# 1:14-CV-392-WKW
# CARNEY V. CITY OF DOTHAN

# DOCKET NUMBER 39 (JUDGMENT) HAS BEEN STRICKEN FROM THE RECORD AS A CLERICAL ERROR. THE JUDGMENT WAS DOCKETED IN THE WRONG CIVIL ACTION NUMBER.