## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RAEMONICA CARNEY,     )
Plaintiff,     )
     )
vs.     )     **CIVIL ACTION NO:**
     )     **1:14-cv-00392-WKW-WC**
CITY OF DOTHAN,     )
Defendant.     )
     )

## DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS
## MOTION FOR SUMMARY JUDGMENT

Defendant City of Dothan submits the following as evidence in support of its Motion for Summary Judgment:

A.    Sworn deposition of Plaintiff with exhibits

B.    Sworn testimony provided at May 23, 2013 Personnel Board hearing transcript without exhibits, except Exhibits H-N

C.    Sworn testimony provided at March 13, 2014 Personnel Board hearing transcript without exhibits

D.    Sworn declarations of Delvick McKay with exhibits

E.    Sworn declaration of Gregory Benton with exhibits

F.    Sworn declaration of Darryl Mathews with exhibits

G.    Sworn declaration of Donny Smith with exhibits

H.    September 23, 2013 audio recording produced and authenticated by Plaintiff in her response to Defendant's Second Interrogatories

I.    Defendant's Second Interrogatories and Plaintiff's response to Defendant's Second Interrogatories

J.    EEOC Charge 420-2013-01860

 

 

 

Respectfully submitted,

 

*/s/ Stephanie H. Mays*_____
Chris Mitchell, Esq.
Stephanie H. Mays, Esq.
Tiffany P. Rainbolt, Esq.
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
cmitchell@maynardcooper.com
smays@maynardcooper.com
trainbolt@maynardcooper.com

## <u>CERTIFICATE OF SERVICE:</u>

I hereby certify that I have this the 17th day of July 2015, served a copy of the foregoing upon the following U.S. mail postage prepaid and properly addressed to:

RaeMonica Carney Cloyd
11508 Nancy Stone Court
Louisville, Kentucky 40229
raecarney@yahoo.com

I filed the foregoing Evidentiary Submission and all exhibits electronically with the Court, except Exhibits 5 and 9 to Exhibit G and Exhibit H, which are audio recordings that I filed via hand delivery to:

U.S. District Court
One Church Street
Montgomery, AL 36104

*/s/ Stephanie H. Mays*