# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RAEMONICA CARNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF DOTHAN, )<br>)<br>Defendant. ) | Case No. 1:14-cv-392-WKW-PWG |

## ORDER OF RECUSAL

The undersigned Magistrate Judge hereby recuses himself from these proceedings. The Clerk of Court is **DIRECTED** to note the recusal on the record.

**DONE** and **ORDERED** this 14th day of September, 2015.

/s/ Paul W. Greene
United States Magistrate Judge