IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAEMONICA CARNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:14-cv-392-WKW-WC |
| ) | |
| CITY OF DOTHAN, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS OPPOSITION RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff RaeMonica Carney submits the following as evidence in support of its Opposition Response to Defendant City of Dothan's Motion for Summary Judgment:

I. The Plaintiff's hereby lists and incorporates by reference the entire set of exhibits submitted by the Defendant in its Evidentiary Submission in Support of Its Motion for Summary Judgment (Doc. 44). This includes Defendant's exhibits A-J, which references will also be used in this submission, to avoid confusion with Plaintiff's exhibits.

II. The Plaintiff also hereby lists and incorporates by reference all exhibits currently of record before this United States District Court for the Middle District, Southern Division (Civil Action No. 1:14-CV-00592-MHT-SRW) in the case titled Ivan Keith Gray v. City of Dothan. Plaintiff notes that the very same attorney for the City of Dothan in the above-captioned case is the same attorney for the City of Dothan in Gray v. City of Dothan. Therefore, defense counsel should be restrained from objecting that she (Ms. Mays) is unaware of said exhibits and has not been given sufficient time to consider the same.

III.   Plaintiff hereby lists the following additional exhibits with Arabic numbers on her case:

PX1:   Affidavit of RaeMonica Cloyd (Carney) dated September 11, 2015, which is issued in opposition to Defendant's Exhibit F (Sworn Affidavit of Darryl Matthews) consisting of 22 paragraphs.

PX2:   Affidavit of Raemonica Cloyd (Carney) dated September 24, 2015, consisting of 50 paragraphs.

PX3:   Affidavit of Karla Mays dated September 9, 2015 consisting of 6 paragraphs.

PX4:   Volume II of deposition of Ivan Gray v. City of Dothan (Civil Action No. 1:14-CV-00592), which also lists Stephanie Mays as counsel for City of Dothan.

PX5:   Amended EEOC Charge dated December. 17, 2013

PX6:   Affidavit of Darrell Davis dated September 23, 2015

Respectfully submitted this 25th day of September, 2015

/s/Julian McPhillips
One of the Attorney's for Plaintiff

**OF COUNSEL:**

Julian L. McPhillips (ASB-3744-L74J)
McPhillips Shinbaum
516 S. Perry St.
Montgomery, AL 36104
Telephone: (334) 262-1911
Facsimile: (334) 263-2321
julianmcphillips@msg-lawfirm.com
cworshek@msg-lawfirm.com

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that on this the 25th day of September, 2015, he forwarded a true and exact copy of the aforesaid via either email, the United States Postal Mail, properly addresses and postage prepaid, or through electronic notification of the CM/ECF system, upon the following:


    /s/Julian McPhillips
    OF COUNSEL