PX 3

## AFFIDAVIT

**THE STATE OF FLORIDA**
**COUNTY OF DUVAL**

My name is Karla Mays and I do solemnly swear that following is true and correct in every particular:

1. I am a 43 year old female of mixed racial descent, a combination of African-American and Caucasian.

2. I have known Raemonica Carney in excess of thirty years and have been a friend of hers on Facebook.

3. On or about February 8, 2013 and for several days after, I saw and read Ms. Carney's post on Facebook about the Los Angeles Police Officer, named Christopher Dorner, who was accused of killing family members of his co-workers. I felt that what Ms. Carney had to say was actually wise and appropriate. I did not consider it to be offensive to any particular police department and certainly not to the Dothan Police Department. Indeed, I felt Ms. Carney raised some legitimate points about Dorner's whistleblower complaints against some of his coworkers and the need for objective review of whistleblower complaints in order to maintain morale and fairness to all. I consider Ms. Carney to be trustworthy, very intelligent, and an asset to the community.

4. I am also aware that the Dothan Police Department Internal Affairs Investigators, SGT Donny Smith and/or SGT Doug Magill, made untrue statements during their investigation and during their sworn testimony at the personnel board hearing about me allegedly having spoken with them to provide any kind of statement in support of or in opposition to Ms. Carney's Facebook post regarding Dorner. I never spoke to any representative, officer, investigator, or other person from the City of Dothan regarding any of Ms. Carney's or my own Facebook posts regarding Dorner. It is totally untrue, as I never even called the Dothan Police Department and no one called me. Therefore, any Dothan Police Officer's statement that I called him or he called me or made any kind of contact with me about Ms. Carney's Facebook post is untrue.

5. I am also aware that during Ms. Carney's personnel board hearing held in May 2013, the City of Dothan's Police Chief Greg Benton testified under oath that he learned about Ms. Carney's post from me on a different social media site called Wiregrass Live. Chief Benton perjured himself in his testimony regarding any posts made by me

on the Wiregrass Live site because I never made any posts to Wiregrass Live. Furthermore, I have never heard of the social media site Wiregrass Live and have never been a member of the Wiregrass Live social media site.

6. I support Ms. Carney's constitutional right to freedom of speech and her right to address a matter of public concern on her personal Facebook page with her friends and family. I am appalled and disgusted at the egregious and unlawful extent to which the City of Dothan's Police Chief and his subordinate investigators and other officers would go to in order to unjustly persecute, ridicule, and publicly slander Ms. Carney's good name and reputation within the community, and then to further violate her employment rights by imposing unjust punishment upon her for exercising her constitutional rights. Their egregious acts against Ms. Carney are criminal and should be treated as such under the law.

Karla Mays

## VERIFICATION

Before me, the undersigned Notary Public, appeared Karla Mays, who did sign the above statement and said the above statement is true and correct, to the best of her knowledge, information and belief, on this the __9__ day of September 2015.

JOHN J. MARSHALL
MY COMMISSION # FF 097173
EXPIRES: March 2, 2018
Bonded Thru Budget Notary Services

Notary Public