**A**
**abiding** 90:7 155:18
**abilities** 215:13
**ability** 8:12 86:18 86:23 235:6
**able** 48:7 61:9 78:15 227:12 236:1
**academy** 50:6,14 148:10,14
**access** 143:22 144:5 148:16 149:5 159:14,18 209:17
**accolades** 207:23
**accommodate** 201:14
**accommodations** 201:8
**account** 22:17,17 22:17 23:4,5 78:1
**accounts** 22:18 23:7,9,12
**accurate** 26:3,13 99:16
**accurately** 8:16
**accused** 208:4
**ace** 165:7,8,20
**achieve** 34:19
**achieved** 63:18
**acknowledge** 176:18
**act** 4:13 51:14 55:6 161:14,18,19,22 162:2
**acting** 5:4
**action** 1:5 4:4,22 18:10,17 29:11 141:6 177:11 237:14
**actions** 48:21 98:14 183:14 184:1 214:20
**activity** 52:16 53:1 53:2,4,16,16,19 53:22 54:4,8,15 54:17 55:23 58:15 90:7 93:14 94:3 105:2
**add** 170:16 228:17
**added** 205:7
**addition** 187:13 229:7
**additional** 11:19 229:6,8 235:20
**address** 10:2
**addressed** 82:1,4 164:23 198:13
**addresses** 11:13
**adhered** 141:12
**admin** 194:11
**administration** 214:3
**administrative** 33:20 34:1,4,10 42:14 43:1 75:6 186:1,8 187:19,21 190:8 194:3 202:4 208:8,18 215:6,22 216:1,4,12 217:1 217:4 220:17 230:7 231:19 232:2
**administrator** 214:12
**admit** 64:15,21
**admitted** 98:23 99:7 102:18
**adult** 207:20
**advancement** 207:4
**advice** 68:1,4 182:12
**advise** 15:13 51:14
**advised** 181:16
**affairs** 58:21 85:12 85:13 86:8 100:5 101:20 181:16
**affect** 41:18
**affiliated** 203:8,12 203:21 204:3
**affirmative** 141:5
**afoot** 181:8
**afraid** 22:12 47:9
**africanamerican** 34:16 35:3,11,15 36:5 71:21 72:3 87:17,21 202:22 208:12
**africanamericans** 35:7 207:9
**age** 83:1 141:8
**agencies** 230:21 232:6,11,18,19,20
**agency** 147:6 177:17
**ago** 8:8 66:18,20 67:1
**agree** 32:18 39:6,8 39:13 43:19 48:1 53:20 54:2,9 55:1 56:21 57:5 168:2 176:20 228:6 229:1
**agreed** 2:2 226:17 228:15,18,21
**agreement** 228:16
**ahead** 158:21 197:1 235:22
**air** 36:19
**airborne** 71:11
**alabama** 1:2 3:8,16 5:3,4,9 10:4 24:6 26:3 50:13 57:21 71:8 79:6,8,9 132:15 135:5,8 165:17,18 231:8 231:13 233:10,11 237:3,22
**alabamas** 25:6
**alcohol** 167:17 182:1
**alive** 36:8
**allegations** 18:9,16
**alleged** 181:5 212:8
**allegiance** 122:8
**allotted** 226:14
**allow** 229:13 235:11
**alluding** 55:18
**altercation** 104:13 104:17
**ambien** 15:4
**amended** 228:17
**amendment** 70:12
**american** 71:8
**amount** 41:22
**angels** 89:22
**animal** 217:3
**anniston** 79:12,13 79:20 80:5,9 109:6 110:10 115:23 116:3,9,15 116:20 117:9 118:7 119:1,7 120:12 121:14 126:12,13,15 165:10,20
**anniversary** 131:4 131:13,21 132:1 133:14 134:1,4
**answer** 7:19,22 8:1 17:18 19:4 26:10 40:18 44:14 45:12 45:12 48:5 51:20 61:9 62:20 73:22 80:22 90:4 91:21 97:21 110:13,18 127:21 131:16 138:10 139:23 154:14 186:23 217:21 218:12 219:17 222:3 228:9 232:14,15 233:6
**answered** 19:16 101:23 161:6 200:10 234:10
**answering** 7:18 63:10 140:21 219:13
**answers** 237:8
**antwaun** 165:7,8 165:19
**anxiety** 12:4,7,12 14:10,12 17:8
**anybody** 19:8 129:20 208:10
**anytime** 52:4
**anyway** 109:15 181:20
**anywise** 237:15
**aopa** 71:9
**appear** 11:5 198:1 211:4
**appeared** 207:23
**appears** 29:18 140:14 215:11 230:4
**applicant** 84:2,4,6
**applicants** 84:20 87:8 94:8
**application** 27:6,14 83:21 84:3,15
**applications** 25:17 27:18,21
**applied** 27:12 65:9 86:17 88:22
**apply** 27:8
**appreciate** 188:17
**approval** 214:4
**approved** 32:11 33:11 195:13
**april** 9:17 173:19 173:23 196:17 198:7 200:19,23 201:3,9 220:14
**area** 107:13,21 117:23,23
**areas** 127:16 200:2 202:22 217:2
**arent** 223:6 227:21
**arm** 117:1,1
**arose** 183:21
**arrest** 182:13
**arrested** 23:20 84:9 86:4 207:8,15
**arrived** 179:2
**article** 203:14,18 204:8,9
**asked** 11:18 44:22 46:7 47:5 58:21 63:21 64:1 87:8 89:2 91:13 101:19 102:1 109:19 112:7 113:18 118:22,23 130:7 130:13 136:13 160:5,13,16 161:3 161:4 162:23

167:4,10 173:20
173:23 180:16,17
180:18,21,22
181:9 216:20
217:18
asking 19:2,5,8
38:9 40:20,21
42:4 45:6,8,15
57:10 61:1 68:4
92:6,7 104:7
114:13 120:4
123:16 128:6
132:1 145:2,3
147:23 148:2
154:4,18,19 157:5
159:9 160:17,19
160:21,23 195:11
200:6,7 211:17
235:20
asks 18:6
aspects 170:17
assault 57:1 182:1
182:4
assign 2:18 43:4
194:7
assigned 33:23 34:6
34:9 194:2 206:17
218:9 220:16
assignment 193:9
assignments 36:13
36:17 39:1 192:6
194:15
assigns 194:13
assist 162:13 163:9
163:12,15
assistance 43:10,12
associate 53:21
54:3,10 55:2,11
55:20 56:6
associated 55:9
associates 24:4
56:9
associating 96:4
association 51:11
71:8,9,12
associations 156:1
156:12
assume 8:2 119:16

119:19 156:23
157:1,2,3,5
assuming 79:6
astray 226:23
attached 213:13
attachment 213:12
attain 24:3
attempt 14:6 15:13
25:19 182:4 218:7
attend 122:11
132:17 133:6
attended 130:22
131:2,7,12 132:2
133:20 191:21
attending 143:11
178:13
attest 12:23
attitude 22:14
attorney 3:5 6:1
17:21,23 21:8,14
26:21 213:21
223:9 224:21
attorneys 3:13 5:20
attuned 52:6
audio 99:23 100:6
100:10,12,13
101:1,9 102:16,21
104:8 221:7,11
august 32:6,9 76:16
88:3 130:21 131:3
131:7 134:8,16,21
144:4,4 221:1,4
229:21 230:2,3,23
authentic 198:11
198:20
authenticate 104:1
140:19 145:1
173:6,12 178:6
185:7 196:11
197:4 199:15
236:1
authenticated
110:4
authenticity 143:12
authority 37:21
38:5,9,10,11,13
38:15,16,20,23
39:22 40:4,10,12

40:14,16,17,20,21
41:11 206:15
216:3 225:16
aviation 15:18
avoid 74:7
avoided 225:23,23
aware 52:17 113:14
143:5 144:15
149:16 156:4,10
222:16 233:13,14

_____
**B**
b 153:13
bachelor 24:11
bachelors 24:12
back 32:16 61:19
62:12 63:4 96:17
98:11 100:23
102:3 104:8
130:17 168:4
179:17,17,21,22
193:18,22 198:19
211:6 212:18
background 28:16
28:19 29:5
backgrounds 87:9
bad 74:8
badge 59:2,7
ballpark 67:6
bama 72:5,8,12,16
73:4 75:4 76:7,21
77:5,14 78:2,6,12
79:5,7,10 80:1,12
81:1 83:22 84:20
85:2,16 86:5,12
86:17 87:16 88:18
88:22 90:14,19
94:12,17 95:21
97:19 100:8,16,20
102:1 104:12,16
104:21 108:14,19
108:23 109:6
110:10 111:14,19
112:8 113:11,11
114:2 115:2,23
116:9 118:6
133:19 134:3
135:17,22 136:5,8

137:12,18,19
138:6,12,14
139:11 164:12,20
164:22 165:10,21
bank 78:1 129:19
129:20 130:2,3
bar 183:17
barely 153:10
bars 177:16,21
178:13,17,18
based 25:7 48:21
155:4 216:3
228:16
basically 107:22
180:15
bates 174:16 175:5
175:12 176:2,21
185:2 197:17,23
battle 205:20
bedford 204:6,7,11
began 26:20 97:9
97:12
beginning 15:3
26:1 41:7 76:9
144:4 171:16
198:6 199:6,12
219:1
behalf 113:11
behave 147:5
behavior 51:14,15
believe 6:3 7:1 9:7
10:14 16:21,23
21:12 28:8 32:11
62:1,9 64:8 65:11
65:22 66:3 68:19
68:20 85:14 99:2
100:10,12 101:15
102:1 110:1,16
111:6 112:4
119:13 124:6,9,10
131:4 135:4,11,14
136:17 161:16
163:22 165:5
168:4 171:9,14
184:19 189:8
191:14,20 193:3
193:11 200:10
205:5,6,8,9,13,21

205:22 206:20
208:12,13,15
215:19 216:18
220:8,10 223:13
223:21 224:8
believed 66:2 135:2
188:9
believing 63:12
belong 71:15
beneath 40:14
benefits 25:3,5,7
42:8,10,11,12,12
bennett 43:4
benton 4:16 33:8,9
41:8,10 43:4,17
186:4 194:14
195:3,9,13 217:15
220:15
best 7:7 9:5 32:15
123:16,20 124:1
154:14 172:23
174:5 193:4 206:6
better 74:9 184:17
184:20,21 210:14
210:15
beverage 231:14
big 114:5,6,8,10
115:4,14,16 116:2
116:8,12 118:5,21
119:5,13,15,17,19
120:1,2,4,12,14
120:16 121:14,14
124:16 126:5
165:16,17
bike 82:23 94:8
biker 88:7 94:6
115:4,18 164:12
165:1
bills 182:22,22
binder 20:2,7
birmingham 3:8,16
5:3,9
birth 9:16 119:19
bit 43:23 210:14
black 207:14
blanket 201:18
blessed 139:3
blessing 107:8,11

108:15,20,23
109:3,6,19 110:10
111:2,14,19 112:7
112:16,19 113:8
113:10,16 114:2
114:14 115:1,2,17
115:23 116:3,9,13
116:18 117:5,13
117:21 118:5,7,22
119:6,12 120:5,21
121:17,23 122:3
124:3,17 126:11
126:11,12,15
127:2,6,6,7,11,15
127:18,22 128:2
128:13 129:1,15
129:23 130:4
136:1,12,18
blessings 116:21
117:15 123:15,18
123:20,22 124:5
165:16 166:1
blind 58:10,14
board 72:23 98:7
99:1,8 102:19
141:20
boards 141:14,16
bomb 36:22 37:2
book 78:22 127:14
151:8,10,22 152:2
152:5
borrow 130:8,10
130:14
bosses 39:4,6
bottom 11:11 26:1
32:10,15 33:5
152:21 168:18
174:15 175:15
box 143:8 153:10
boyz 72:5,9,12,17
73:4 75:4 76:7,21
77:5,14 78:2,6,12
79:5,7,10 80:1,13
81:1 83:22 84:20
85:2,16 86:5,13
86:17 87:16 88:18
88:22 90:14,19
94:12,17 95:21

97:19 100:8,16,20
102:17 104:12,16
104:21 108:14,20
108:23 109:6
110:11 111:14,19
112:8 113:11,12
114:2 115:2,23
116:10 118:6
133:19 134:3
135:17,22 136:5,8
137:12,18,19
138:6,12,14
139:11 164:12,20
164:22 165:10,21
break 7:22 8:1 31:1
37:15,19 104:5,7
140:6 197:10
217:14
brief 123:14
bring 19:21 20:1
54:11 56:16 67:20
67:21 147:6 153:2
153:21 154:7,23
155:8
broken 116:23
117:1
brought 20:7,17
68:15 70:11 84:6
156:1,12 179:21
182:14
build 175:19 176:4
building 75:11,14
184:10
bullet 176:2
bulletin 141:14,16
141:19
bureau 34:1,4,7,10
41:11,18,23 42:5
42:14,15 169:23
170:2,3 177:11
185:23 186:1,8,8
187:15,21,22
188:4,6 190:6,8
194:3 202:4 208:8
208:9,18 215:6,14
215:22 216:2,4,12
217:1 218:14
219:3 220:17

231:9 233:11
bureaus 33:17,19
34:13 43:5 187:10
187:17 206:17
208:5
burglary 57:3
business 71:2 75:20
75:22 105:13,15
105:19 144:18
businesses 25:18
bylaws 77:11,22
81:22 82:1,4,9,20
83:5,15 130:19

**C**

c 3:1,4,14 24:5
237:1,1
calendar 76:23
call 25:16 53:8,9
114:3,4 115:16
117:4 119:23
126:14 130:3,9
133:4 183:4 235:4
called 70:1 89:16
105:13 114:8,10
116:12 117:22
118:5,6 120:7
121:10,11 131:8
138:2,18 152:22
181:15 232:20
233:11
calling 148:15
cant 8:15 12:23
14:1 31:8 32:16
35:20 44:19,20
53:14,17 56:18
61:18,23 64:4
66:21 67:18 68:20
89:13 99:16
101:16 122:23
125:16 126:9
131:16 140:18
141:10 142:8
143:9 144:10,11
148:5 153:11
157:2,3,11,11,14
159:12 162:20
168:18 169:4,7

173:6,14 174:13
175:10,21 178:3,6
186:11,23 192:12
193:11 196:11,12
198:9 199:15
201:12,17,18
205:3,9,11 206:9
206:22 208:23
211:2 212:12,18
221:3 225:17,18
227:3 228:6 229:1
231:22 232:14,15
capacity 35:7
214:18 218:20
captain 33:1,4,7,23
35:5 42:22 44:8
45:19 47:19 63:19
65:1 68:20,21
69:2,20 178:20
186:7,16,16,16,19
186:19 187:2
202:6 214:2,10,20
216:1
captains 186:11,15
186:20 206:18
225:15,16
captured 211:14
car 67:13,14
101:10,20 105:15
carbon 186:9 199:9
card 179:13 180:3
181:2
carding 181:2
care 16:12,16 17:11
59:15 105:15
career 218:22
carney 67:16 69:12
69:16
carneys 70:5,16
carrying 57:5,8,12
case 7:3,4,5 11:1
12:15 16:2 17:2,6
19:13 20:21 21:11
21:13,16,19 22:20
23:13 214:19
221:8 223:7,14,20
224:5,13,18
226:21 227:2

cases 183:10
catfish 120:22
121:3,6,12 165:18
cause 5:11 237:16
ccr 237:21,21
cell 22:9
center 27:5 50:13
75:23 76:4 193:17
194:4,9 214:19
central 151:3
certain 13:8,12,18
30:21 31:13,17
32:1 33:4 66:17
66:21 67:5 79:21
82:23 86:7,11
92:5 93:5 96:11
105:18 119:14
124:7 132:13
135:14 139:6
157:11 171:15
173:22,22 174:13
185:6 186:2
198:10 205:11
206:4 209:15
213:3 216:19
certainty 30:23
83:20 131:16
161:8 186:23
205:9
certificate 119:20
certified 1:21 2:6
5:1
certify 5:5 237:6,13
chain 43:20 171:9
216:5
chance 50:2 196:4
234:12
chances 207:3
change 30:4 42:12
42:19,20 78:9
changes 29:11 88:2
chapter 116:15
120:12 121:14
133:4 165:10,21
205:21,22 212:9,9
character 29:5
51:12 147:10
charge 62:18 63:3

70:11 201:23
207:9 208:9
charged 23:22
84:12,21 85:2,5,8
85:11,16,18,21
86:2,13,16
charitable 78:15
charities 78:17
charity 79:3 125:9
125:11,13,20
charter 211:22,23
212:1,2
chastising 181:21
182:16
check 28:16,19
172:18,21 174:6
checks 29:5
chief 4:16 33:8 41:4
41:6,8,8,10 43:3
43:16 44:10 45:18
51:5,22 65:9
177:7 186:4,10
192:19,22 194:14
195:3,8,13 200:18
214:4 217:15
220:15
chiefs 192:10
194:21
children 10:5
chopper 88:8,14
christian 71:16,21
chronological
197:20
church 71:13,15,16
circle 10:3 169:4
circled 169:7
circumstances
137:2 139:6
cities 79:9
citizen 59:11
city 1:10 5:21 12:19
13:4 19:9,12,15
20:3 22:5 25:8
26:23 28:6,10,18
29:4,12 30:17
34:16 35:17 49:1
52:14 59:18 60:6
60:11 62:20 67:12

67:17 69:8 70:11
89:22 95:10 109:7
110:10 112:16
113:1 117:21,23
118:3 119:12
122:4,15 124:3
130:18 132:11
135:6 139:21
140:11,23 141:5
143:6 144:1,14,16
145:8 146:1,3,13
147:4 148:17
149:17 150:1
152:16 153:3,22
154:5,8,13,20
155:1,17,18 156:5
158:6 160:15
161:13,20 162:13
162:18 163:3,6
165:17 166:2
175:2,7,18 193:22
194:2 201:14
207:2,12 224:12
226:22
citys 142:2 143:22
civic 27:5
civil 1:5 4:13 5:6
7:4 161:14,17,19
161:21 162:1
203:4,6
claim 228:16
claims 12:15 16:2
17:2 18:10,17
20:21 21:11,16,19
22:6,20 23:13
60:21 61:2 223:7
224:5,13 225:3
226:20 227:2
228:18
clarify 38:2 57:11
123:15 160:8,18
162:23 191:6
217:17 233:4
clarifying 160:10
clarity 228:9
classification
144:21 145:8
clean 51:14

clear 6:15 20:10
160:19
clearly 99:3
client 228:20
clifton 165:7,8,20
clock 58:23
close 72:22 73:2,7
74:9 76:21 211:4
212:18
closed 72:21 81:11
81:20 88:1
club 72:6,9,12 73:4
75:9 77:6,8,10,10
77:15,15,17,18,21
78:3,3,7,7,13,13
78:14 79:23 80:2
80:3,6,7,10 86:4
89:3,3,4,10,13,16
89:20 90:2,6,13
90:18 91:1 93:19
93:19,20,20 94:22
95:2,8,11,17
96:10,13 107:12
107:20 108:2,5,22
109:5,10 110:2,7
110:12,17,22
111:3,7,11 113:15
113:20 114:7,22
118:2,7 120:12
124:22 125:12
127:1,22 128:17
128:21 129:1
130:14 133:3
135:18,22,23
136:5 137:1,8,9
139:2,7,7,12
164:13,20,22
230:12
clubhouse 75:21
76:4 131:17 132:3
132:7,11 134:8,14
134:17 135:8
230:16,23
clubs 71:4 74:7,11
78:19 79:2,10,13
89:14,14,15,17,18
90:10 92:19 93:8
93:13,23 96:6,8

96:15 103:21
113:13 116:19
117:22 122:18
123:23 124:3,6,19
125:7,7,8,20
129:2 138:2
183:12
clue 194:23
cocaine 56:22
57:18
code 146:14,16
147:4,17 148:2,5
148:7,9,11,13,16
148:19 149:2,6,10
149:13,14,16,20
149:23 150:4,6,7
150:8,11,12,16
151:9,16,20 152:8
152:14,14 162:3,6
coexist 127:16,22
130:4 136:14,17
college 24:5
color 141:7
colors 136:22 137:3
come 26:7 40:13
63:3 64:10 96:3
96:16 104:8 125:8
148:14 179:17
212:18
comes 98:19 186:10
202:21
coming 96:13 131:9
132:17,20 133:2,4
133:6 134:12
142:5,8 157:13
207:2 226:14
command 43:21
171:10 189:19
208:10 216:5
commander 37:6
215:14
commanding
189:22
commencing 5:10
comment 64:14
commenting 160:2
comments 170:18
199:1 200:18

commission 237:23
commissioner 2:6
5:4 237:22
commit 93:5
committed 207:10
commonly 182:9
communicate
184:17,20,21
communication
18:6,15,21 193:17
194:8 217:6
communications
189:19,23 190:7
194:4,20
community 29:6
48:3,7,10,13
78:15 88:7 94:7
108:12,13 115:18
125:14 126:2
137:11,15 147:12
companies 25:16
company 145:21
companyissued
146:6
compared 203:1
complain 204:21
205:2,4 208:22
complained 205:6
205:8 206:18
207:5,18,20,22
208:3,5,6,15
209:1 218:4
complaining
215:12
complaint 18:9,17
65:21 66:4,4 67:3
67:17 68:8 70:5
70:12,16,17,19
205:7,18 206:1,6
206:8,20 209:10
209:13,14 215:8
219:22 220:4,7,9
226:22
complaints 60:14
64:11 70:10,22
205:10,13,14
208:3 209:21
216:15

complete 101:17,19
219:17
completed 185:4,13
completely 217:23
completion 50:12
compliance 2:11
complies 11:10
comply 149:10,18
149:23
comprehending
235:2
comprised 94:1
concealed 57:6,8
57:12
concerned 143:18
235:6
concerns 200:16,17
concluded 236:6
concludes 235:16
conclusion 56:3,12
conduct 48:21
49:16 50:18,19
52:6 82:7 83:16
83:19 110:5,20
111:9 112:11,23
113:4 147:10
152:9,15,17,23
153:2,7,21 154:6
154:22 155:7,16
155:23 156:8,11
162:7 177:15
178:12 232:1,5,10
conducted 28:18
29:5
conducting 54:8
confederate 202:13
203:15 204:2,6,7
204:13,16 205:19
205:21 209:8
210:5 211:22
212:7,11,21
confirm 65:5 110:6
124:10 149:19
166:1
confirmation
172:12
confirming 126:19
126:21

conflict 54:11
56:16 106:7,14
107:2
conform 150:5
confused 148:21,23
congratulate 50:11
consent 206:14
consider 95:23
considered 57:13
93:6 95:1,3,8,11
95:13 109:10
137:8 218:13
constitutes 98:11
consumed 167:17
consumption
181:23
contact 115:22
116:2 119:11
190:17
contacting 121:5
contain 159:1
199:21
contained 20:6
101:21 147:21
151:5,22 152:2
158:13,19 173:17
175:11 215:2
content 200:7
contents 172:5
196:12
continue 228:20
235:6
continued 179:3
continues 26:14
51:15
continuing 14:13
14:15
control 47:21,23
48:6,8,11,12,16
184:13 192:3,7
193:1,22 231:14
conversation 21:4
21:5 62:16,17,21
62:23 66:11 67:2
68:23 69:11,23
70:14 101:7
114:16,18,20
116:6 120:10

167:1 178:16
179:3 181:13
183:11 188:13
195:2 209:11
221:13,16,20
222:5,11,14,17,23
224:9,20 225:6,10
226:1,3,4
conversations 60:2
60:10,13 69:15,19
69:22 166:22
167:3 177:15,20
178:1,11 188:2,7
189:21 190:3
195:16,19 223:4
224:11,15
convicted 24:3
cooper 3:14
coordinator 36:21
37:1
copies 140:15
copy 82:9,11,15
98:20 99:6,16
130:16 150:16
152:11,12 153:12
158:9 159:5,8,11
168:19 186:9
198:20,21,22
199:8,9,15,17,20
200:13 210:9,9,12
210:14 211:3,4
212:13,16 213:12
corner 174:16
corporal 31:4,5,8
31:12,19 44:7
correct 9:13 11:20
12:1 15:5 17:9
23:6 26:18 34:14
36:6,9 40:22 41:9
42:21 43:2 45:7
45:21 46:6,11
73:6 80:18 90:8
100:3 112:10
122:5 132:10
165:4 187:23
216:21 217:10,11
217:11,20,21
230:4,19 237:11

correctly 18:11,18
83:18 148:7 153:4
172:18 176:7
182:5 191:2
couldnt 48:16
119:21 136:16,17
162:16,21
counsel 2:4,15,17
5:8 98:21 99:1,7
237:14
counseling 4:15
168:5,15 169:11
218:23
counselor 11:18,22
counselors 11:15
counterfeit 182:17
182:19,22 183:4
183:21
counts 226:21
county 205:22
212:9 237:4
couple 25:18 140:4
170:9
course 192:10
court 1:1,21 2:6,12
5:2,7 6:11 7:12
8:7 227:3 229:5
235:20
cover 215:12,15
226:20
covered 82:5
create 80:23
created 214:2
215:6 216:7 220:1
creating 208:7
creed 141:7
crime 23:23 24:3
58:11 84:13,21
85:2,5,11,16 86:2
86:13
crimes 86:16 93:5
criminal 50:13
51:13 54:15 55:6
87:9 90:7 92:12
92:14,17 93:14
94:2
critical 52:6
critique 40:11

cross 113:23
current 10:2 63:9
203:20 204:2
214:18 218:20
currently 9:21 10:7
24:23 72:8 98:23
217:1
customary 231:18
231:22
cut 59:2,4
cycles 89:22

**D**

d 4:1,23 11:22
danny 103:7
dark 143:8 153:14
darker 143:16
darron 233:10,16
darryl 21:4 59:17
61:13 62:14,15,17
63:11,16 64:18,23
65:7,21 66:11
206:2,4,10 207:5
207:18 208:3,22
209:1,7,10,12
215:9 220:23
221:8,11,17 223:2
223:19 224:4,9
226:3 234:7
data 143:1
date 5:5 9:16 16:19
29:20 30:12,15,19
31:9 32:2,6,9 33:2
99:3 224:10
dated 50:8 51:5
98:16
dates 12:8 32:12,14
33:4 186:12
david 186:16,19
187:4,10
davis 1:20 2:5 5:1
237:20,21
day 58:23 125:21
150:4 227:17
230:6,7
days 16:23 125:10
deal 203:4
dealer 51:13

**dealing** 170:16
204:12
**death** 36:3
**december** 169:22
**decide** 59:1 73:7
**decided** 35:18 73:2
192:15
**decision** 39:13
43:18
**decisions** 37:21
39:7,11 56:5
**decree** 206:14
**defendant** 1:11
3:10 7:6 18:7,8,15
**defendants** 4:3,4,5
4:5,6,7,8,9,10,11
4:12,13,14,14,15
4:16,17,18,19,20
4:21,21,22,23
10:17,20 18:5
29:2,10 49:19,20
50:7,22,23 51:3
97:14,17 98:10,12
99:6,12,14 101:14
139:14,17 142:13
142:16,22 146:8
146:11 150:22
157:15,17 158:3,5
159:22 160:1,6
161:12,22 164:1,2
164:7,11,17
168:10,13 169:19
169:20 170:5
171:19 173:3
174:15 185:16,19
186:3 195:22
196:2,7,19,22
197:12 198:2,16
199:1 200:3 210:7
210:15,17 211:8
213:4,7,16 219:8
219:11 220:12
225:4 226:7,10
229:14,20 232:23
233:3,22 234:2
235:14
**define** 19:3 21:21
21:22 22:8,10

36:23 43:7 45:3
60:1 128:4
**definitely** 228:4
**definition** 19:3
47:1,11,12,14
61:6 78:21 80:15
92:4,7 203:9
**degree** 24:4,12,21
**delegate** 188:10
**delvick** 3:19 6:3
33:12 190:18
205:6,16 206:3,3
206:7 215:9
216:17 220:8
**delving** 93:21
**denied** 64:3,13,19
64:19
**deny** 31:14 102:8
**department** 9:10
27:7 30:2 33:17
34:17 35:4,12
36:22 37:3,11
43:16 44:4,16
46:1,2,15 47:20
49:8 52:15 63:19
68:18 73:10,14,19
74:5,6,8,10 75:2
75:13 85:14
104:20 105:1,6,12
105:21 106:8,13
106:15 107:1,3
108:1,5 141:15,17
142:19 145:14
149:7,15 150:14
151:4,20 153:17
153:19,22 154:8
155:1,8,14,19
156:1,12 157:9,20
163:4,7,12,16
170:3 171:10
177:12 190:21
194:22 195:4
202:18,23 211:21
211:22 216:16
232:7
**departments** 38:7
54:19 142:23
143:23 159:19

**dependents** 203:5
**depends** 87:6,23
88:2 228:2
**depicted** 211:16,19
**deponent** 228:15
236:4
**deposed** 6:22
**deposition** 1:15 2:4
2:9,10,19 6:8,19
7:10 17:16 19:22
235:5,17 236:6
237:7,11
**depositions** 2:13
**depression** 12:5,7
12:12 14:10,13
17:8
**describe** 135:16,21
**described** 90:23
**desk** 70:9 149:1
**detail** 105:16 180:8
**details** 53:11,11
**detention** 214:19
217:2
**determine** 40:16
110:21 111:10
112:12 113:1,5
235:13
**determining** 56:6
**develop** 173:20
174:1
**developed** 174:3
**developing** 51:11
**diagnosed** 12:11
**diagnosis** 13:2 14:7
15:14
**diaries** 21:15
**dictionary** 92:7
**didnt** 40:15 41:18
42:2,20 49:8
63:10 66:3,3
68:14,15 69:7
70:18 99:21
101:18 106:13
107:20 109:16,17
110:4,13 112:8
113:23 117:18,18
117:22 120:13,14
120:17 122:2,6

125:10,21 136:3
136:20 150:21
154:23 155:8
156:9 157:4
158:21 168:2
174:4 178:18,19
179:17 181:4,11
188:22 189:3,18
191:3 199:10
219:7 221:22
222:8 225:15
**died** 36:3
**difference** 89:4
211:5
**differences** 89:2
**different** 38:6 43:5
44:3 45:17 102:2
106:22 125:13
192:19 202:22
218:2
**difficult** 227:17
235:2
**digits** 9:18
**dignitary** 37:8
**diminished** 215:13
**direct** 12:21 39:17
54:7 193:16 194:3
194:8 215:5
**directed** 182:23
206:2
**directly** 75:20
98:19
**director** 33:12
206:22 220:8
**directors** 72:23
**disassociate** 55:16
**discharge** 18:7
**disciples** 95:11
130:18 165:17
166:2
**disciplinary** 4:22
158:13,19
**discipline** 38:13,17
166:6 168:21
169:3,15
**disciplined** 183:14
183:23
**discovery** 229:9,15

235:14
**discredit** 147:6
153:2,22 154:7,23
155:8
**discretion** 41:15
**discretionary**
144:16
**discriminated**
12:18 225:12,13
226:1
**discriminating**
215:14
**discrimination**
60:15
**discriminatory**
191:8 193:8
**discuss** 125:8,20
174:18 176:23
177:4,6
**discussed** 65:13,16
68:8 84:4 124:17
125:13,14 176:3
181:19 188:18
217:22 218:1
**discussion** 84:8,11
84:19 98:3 99:10
104:4 125:15
170:10 189:12
218:16 234:20
235:21
**dishonest** 62:10
64:8
**disk** 101:9,19
**disparage** 144:21
**disparaging** 145:7
**dispatcher** 27:9
**dispute** 31:11
146:21 168:20
169:10 173:2
198:15 199:12,19
**disrepute** 156:2,13
**district** 1:1,2 5:7
**division** 1:3 193:18
194:5,9,13 214:3
217:3,3,6,6 219:2
**divisions** 217:7
**docket** 216:23
217:2

**doctor** 14:5 17:6
**doctors** 14:18
**document** 10:21
 11:4 29:15 32:8
 32:22 50:1 51:2
 77:1 78:5 97:23
 139:18 140:1
 150:11 153:15
 154:15,16,17,19
 157:12,13 164:6
 185:1,21 196:3,5
 196:23 197:7
 199:16 213:9,14
 216:21 218:17
 220:13 226:12
 234:20
**documents** 19:21
 20:11,14,17
 171:21 207:6
**doesnt** 39:11 55:15
 55:16 59:11,11
 155:11 161:2
 194:17 199:20
**doing** 25:2 47:16
 54:18 70:5,15
 106:15 107:3
 167:11
**donald** 50:4
**donny** 230:2
**dont** 6:10 7:15 8:2
 12:8 14:6 15:13
 17:12,14 24:8,10
 24:15,18 27:22
 38:1,2 39:8,13
 45:10,11 46:3,4
 46:21,22 47:3,4,7
 47:8 52:1,13
 53:10,11 59:15,21
 60:9,20 61:13
 62:23 63:5,8 64:5
 64:12 65:3,4,22
 66:7,8 70:23 72:4
 74:12,19 75:15
 76:6,15,18,18
 77:11 78:4,11
 79:4 81:7,12,18
 82:11,14 85:9
 87:6,7,15 89:1,7

91:18,20,22 92:5
92:21 93:7,11,16
93:17,21 94:5
95:6,9,19,23
96:18 97:4 100:11
101:8 102:6,7
103:8,17 105:10
105:16 107:5,6,7
107:12,15 108:21
114:12,15,17
115:7,8,9,14,15
115:21 118:2,8,11
118:11,13,13,16
118:17,19 119:22
119:23 120:3,7
121:2 123:3,6
124:9 127:4
130:20 132:19
133:9,15 136:3
137:9,13,16 139:5
139:10 141:12,21
141:22 142:6,12
143:10,15 145:18
146:23 147:2,8,15
148:10,11,12,12
148:15 149:7,8,12
150:18,19,20
152:6 156:15,23
158:2 162:5,8,11
162:21 172:6
174:19,22 176:13
176:16 177:13
179:19 184:11,15
185:11,15 190:12
191:14 193:10,11
193:12,15 194:11
194:12 195:21
198:21 200:3
201:19 203:17,23
204:1,18 209:18
210:1 216:2 221:5
221:14 222:18
223:13 224:10
225:8 226:6 227:6
227:9,11 231:3,7
231:12,17 232:18
232:19
**doom** 89:19

**doorman** 179:7,20
 179:21
**dothan** 1:10 5:21
 9:9 10:4 11:23
 12:20 13:4 22:5
 24:6,13,22 25:8
 26:3,23 27:5 28:7
 29:12 30:17 34:17
 35:4,11 36:14,22
 44:3,16 46:5,8,10
 46:12 47:20 52:15
 54:19 62:14,15
 67:12,13,17 73:10
 73:13,18 74:4,10
 75:2 79:12,13,17
 79:18,23 80:1
 85:13 105:21
 107:23 108:4,23
 111:14,19 112:7
 114:2 115:2 118:6
 118:23 119:6
 126:12 131:19
 132:5,8 133:1
 134:8,18 135:12
 139:21 140:11
 141:1 142:19,22
 144:15 145:9,13
 146:1,4 147:4
 149:6,15 150:2,13
 151:4,19 152:17
 153:3,17 154:6,14
 155:14,17,19
 156:6 157:9,19
 158:6 159:18
 160:15 161:13,20
 162:13 163:3,6
 166:11 175:2,8,18
 193:22 194:2
 202:18,23 205:19
 211:20,21 223:2
 224:12 226:23
 231:1 232:6 233:9
**dothans** 141:5
**downloading**
 144:16 145:4
**dpd** 148:12
**dr** 10:14 12:14 13:7
 15:7,10,15,17

16:11,15,20 17:1
 17:10
**draft** 162:19 163:7
 164:16
**drafted** 194:18
**drafting** 162:14
 163:10,13,16
**drag** 227:9
**drags** 227:17
**drawing** 56:13
**drive** 129:22 130:8
**drivers** 83:3
**drives** 59:4
**driving** 67:13,14
 227:18
**drug** 51:12
**due** 159:11
**duly** 5:15
**duties** 82:6 190:4
 190:1 214:18
**duty** 49:2,6,13
 52:17 53:5,7,8
 58:1,1,10,14,18
 58:18 59:9,14,15
 70:9 108:11
 147:11 153:1,1,20
 153:20 154:9,9,21
 154:22 166:11
 167:15 170:17
 177:15 178:12,20
 179:1 181:15,23
 182:8,10 207:20
 218:21

---
**E**

**e** 3:1,1 4:1 237:1,1
**earl** 10:14 11:22
**earlier** 107:18
 132:14 135:2,4
 149:19 150:3
 209:9 210:20
 220:21 221:6,10
 234:10
**easy** 109:7 111:2
 112:20 113:5
 117:21 118:1
 120:21 121:9
 122:4,15 124:4

127:19 130:18
165:18 166:2
**edenton** 3:7 5:9
**education** 24:17,21
**edward** 109:11
**edwards** 3:4,6 6:10
 11:2 12:3 13:23
 14:4,11,21 15:12
 16:3,7,13,18 17:3
 17:17 18:1,22
 19:2 20:5,8,10
 21:20,23 22:2,12
 22:21 23:14,18
 25:14 26:8,17
 27:1,4,11 28:20
 29:7,13,16 30:16
 31:16 32:13 33:13
 34:21 35:19 36:15
 37:17,23 38:8
 39:9,14 40:1,19
 41:21 42:2,9,16
 43:6 44:13 45:2,7
 45:10 46:21 47:8
 47:13 48:4,14
 49:4,10 51:19
 52:18,22 53:6,23
 54:5,13,20 55:4
 55:13 56:1,8,17
 58:2 60:8,19,23
 61:3,6,12,17,22
 65:14 67:4 68:2
 69:13 71:6 73:15
 74:2 75:5 76:5
 79:11 80:14,21
 82:2,11 83:17
 84:14,22 85:3
 86:19 87:1,5,10
 87:14,19,22 88:12
 88:19,23 89:6,11
 90:3,15,20 91:2,8
 91:11,15,20 92:20
 93:2,10,15 94:4
 94:13,19,23 95:5
 95:12,18,22 97:20
 98:1,9 99:5,11
 100:4,9,17,21
 101:11,15,23
 102:5,10,14,20

103:15,22 105:3,8
106:2,9,16,20
107:4,9,17 108:3
108:8,17 109:14
112:1 113:21
118:12,18 119:2,8
122:16 123:8
124:15 125:1,5,22
126:3 127:3,8,12
127:20 128:3,9,14
128:18 129:18
130:23 131:22
132:6,9 133:8,21
134:5,9 135:19
136:2,19 137:4
138:4,9 139:4,9
139:22 140:2
141:9 142:3,20
143:2 144:6
145:10,17 147:7
147:14,18 148:18
149:11,13 151:14
151:18 152:1,10
152:19 153:8
154:1,10 155:3,9
156:3,7,14,19,22
157:2,7 158:15,20
159:3,7,17,20
160:7,12 164:9,14
165:3 166:3,7,17
166:19 167:19
168:1 170:4,8
171:8,18,23 172:3
172:22 173:5,9
174:12 175:20
177:8,18 178:14
184:5,14,18
186:22 188:20
189:2,11,14
191:13 194:10,16
195:5,10,14,20
196:10 197:1,8
198:5,8,18 199:23
201:11,16 202:8
202:11,15 203:13
203:22 204:4,23
209:23 210:11,21
211:15 213:10

214:5,13,21
215:18,23 216:9
218:10,12 219:6
219:12 220:18
221:2,22 222:2,21
223:13,18,23
224:3 225:1
226:13 227:6,14
227:19,23 228:6
228:14 229:12
230:9 231:2,6,11
231:16,21 232:12
234:3 235:1,8,11
235:18,22
eeo 4:7 59:18 62:11
62:13,14,19 63:6
63:9 64:10 65:12
65:17,21 66:13
67:2 68:8 70:5,16
70:17,18,22
139:20 140:11,18
141:1,19 142:2,4
142:7,9 163:9
193:7 207:1 209:2
215:9 216:17
220:7 223:2 234:9
eeoc 62:18 63:3
64:11 201:23
effect 2:10 58:1,5
59:14 63:20
139:20 144:3,7
216:14
effective 33:2
165:19 186:6
220:15
efforts 25:10,13
26:4,13
either 69:2 149:12
157:4 206:1,3
209:13,13 215:8,9
216:16 220:7,7
electronic 143:1
eleven 169:4,5,6,7
elses 174:5
elston 62:13,16,17
62:22 63:6,16
email 22:18 23:4,8
23:12 172:14

emails 22:4
employed 9:9 24:23
26:7,22 33:16
37:11 49:5 52:14
141:2 143:6 144:1
144:14 146:13,18
146:20 148:17
149:17 150:1,13
150:17 153:17
154:20 161:9,15
175:2,7,18
employee 4:22
146:1,3 158:10,18
226:22
employees 37:10,22
38:14 224:12
employment 12:21
20:3 25:8,11,20
26:5,16 28:23
60:6,11 106:4,6
139:21 141:6
149:21 163:18
193:21 194:1
encompasses 217:1
encourage 190:17
encouraged 175:18
encourages 53:22
54:4 55:3
enforce 59:11
enforcement 43:20
43:23 44:17 45:1
46:9,16,20 50:14
52:5 53:18 71:11
147:17 148:1,5,7
149:2 153:3,23
154:8 155:1 179:2
182:7,18
engage 93:13 94:2
106:13 107:1
156:11
engaged 55:10
engaging 96:15
105:1 106:6
engine 82:23
ensure 107:19
141:5
ensuring 107:22
enter 199:6 200:8

entered 171:6
172:8,13 196:8
199:21
entering 202:2
entire 43:16 98:22
entirety 11:7 26:20
77:19 173:15
entitled 152:8
208:8
entries 170:16,19
170:22,23 171:4,6
171:12,22 172:12
173:4 174:8,10
entry 172:4,9,10,13
172:15,19 196:8
198:7 205:18
209:19
equal 141:6 207:3
equally 225:14
era 203:4
escorted 179:16,18
essence 218:14
established 77:5,6
79:14,16,18,20
80:1,2,6,9 203:2
establishment
179:8,12,13
180:10 182:23
estimate 32:15
191:22
ethical 148:9
ethics 146:14,17
147:4,17 148:2,5
148:7,13,17,19
149:2,6,10,13,14
149:16,20,23
150:4,6,7,8,11,12
150:16 151:9,16
151:21 152:14
162:4
etons 166:10,16,23
169:11 179:6
181:13 189:17
etress 208:9 214:17
216:8 218:19,20
219:5 220:2
evaluate 38:20
evaluations 40:6,7

40:10
event 125:9
events 78:16 79:3
125:14,20,21
126:1 130:22
131:2,6 133:19,23
everybody 93:21
171:10 180:3
everybodys 71:2
evidence 2:20
exact 123:3 135:5
154:16 168:19
186:12 198:9
exactly 32:16 66:9
141:11 142:6
154:13
examination 4:1,2
5:11,18
examined 5:15
examiner 190:21
191:2,3,12,16,17
191:20 192:5,23
examiners 192:4,5
example 42:13
151:5
exams 192:8
excuse 26:8 41:21
42:2 63:16 164:9
191:6 216:16,23
executive 37:7
exemplary 147:11
exercising 216:3
exhibit 4:3,4,5,5,6
4:7,8,9,10,11,12
4:13,14,14,15,16
4:17,18,19,20,21
4:21,22,23 10:17
10:20 18:5 29:2
29:10 32:22 49:19
49:20 50:7,22,23
51:4 97:14,17
98:6,10,12,15,18
98:22,23 99:4,6
99:12,14,15
101:14 139:14,17
140:7 142:13,16
142:22 143:4,7
144:14 146:8,11

147:20,22 150:12
150:22 151:1,19
152:7,12,22 154:2
154:12 157:10,15
157:17 158:3,5
159:8,22 160:1,4
160:6,9,13,14,21
161:2,4,7,9,10,13
161:23 164:1,2,8
164:11,17 168:10
168:14,14,17
169:19,20 170:5
171:17,19 173:4
173:13 174:15
185:16,19 186:4
195:22 196:2,8,19
196:22 197:13
198:3,16 199:2
200:3 210:8,8,16
210:17 211:5,6,7
211:8 213:4,7,11
213:16 216:22
219:8,11 220:12
226:7,10 229:20
230:6 232:23
233:3,22 234:2,12
**exhibits** 4:2 153:10
160:18 197:3
235:3 236:1
**exist** 79:7 161:2
**existence** 79:5
**existing** 107:13
**exists** 73:5
**exited** 179:13 180:3
181:3
**expect** 119:22
**expected** 149:9,17
149:22 154:22
155:7,16,22
156:10 184:3
**experience** 191:4,9
**expires** 237:21,23
**explain** 35:14 40:2
148:23
**explained** 148:13
182:20
**explanation** 183:10
**explicit** 144:19

145:6 146:5
**expressed** 188:2
**extent** 6:14 42:17
98:10,13 99:6
211:1 213:11
235:23
**eye** 58:10,14

---

**F**

**f** 237:1
**face** 103:7 150:10
**facebook** 22:17
23:8
**facility** 65:23 67:3
217:2
**fact** 23:7 27:23
30:15 31:4,21
32:23 35:19 97:11
100:14 120:15
121:16 150:10
153:6 167:21
168:21 179:9
230:1
**fair** 118:18
**faith** 14:15 64:12
223:1
**familiar** 147:16
148:2,8
**family** 164:12
165:1
**far** 53:9 125:11
135:20 143:17
172:5 183:11
208:19
**fbi** 95:16 231:4
**february** 29:20
30:13 166:5
167:22 168:16
169:12 174:17,21
176:10,19
**federal** 5:6
**feel** 74:1,5 96:11
225:15 228:19
**feels** 47:15
**fellow** 49:14 51:10
**felony** 183:10
**felt** 73:9,17 177:1
181:3,9 191:5,7

193:8 206:13,13
207:15
**female** 208:12
**file** 64:10 98:22
201:23 229:5
**filed** 65:21 67:2
219:22 220:4,6
**filing** 70:10
**final** 32:21
**find** 25:10 26:5
224:22 229:14
**findings** 61:16
234:8
**fine** 114:22 121:15
158:22
**finish** 7:18,19
63:10 160:2
219:17
**finished** 167:10
180:21 181:6
219:12,15
**first** 5:15 10:23
19:12 29:19 30:5
30:8 35:10,16
52:3 69:23 70:6
70:12,14 79:16
81:6 113:15
140:13 169:6
176:2 186:6,11
189:17 197:16
200:3 204:15
209:6 212:16
218:18,21 219:20
234:13
**firsthand** 96:21
**five** 12:9 17:13
37:16,17 66:18
67:1 123:5 135:1
135:13 197:9
217:13 228:11
**fixing** 71:9
**flag** 205:20 210:5
211:22
**flightline** 26:3
**fliteline** 26:9,18,19
**fly** 88:11
**flying** 88:15,16
**fmla** 200:22 201:2

**follow** 59:6
**following** 5:12
186:5 230:6
**follows** 5:16
**force** 2:10
**foregoing** 5:7 237:7
237:10
**form** 2:16 4:22
12:3 13:23 14:4
14:11,21 15:12
16:3,7,13,18 17:3
17:17 18:1,22
20:5,8 21:20,23
22:21 23:14,18
25:14 27:1 28:20
29:7 30:16,22
31:2,16 33:13
34:21 36:15 37:23
38:8 39:9,14 42:9
42:16 43:6 44:13
45:2 47:13 48:4
48:14 49:4,10
51:19 52:18,22
53:6,23 54:5,13
54:20 55:4,13
56:1,8,17 58:2
60:8,19,23 61:3
61:12,17,22 65:14
67:4 68:2 69:13
71:6 73:15 74:2
75:5 76:5 79:11
80:14,21 82:2
83:17 84:14,22
85:3 86:19 87:1,5
87:10,14,19,22
88:12,19,23 89:6
89:11 90:3,15,20
91:2,8 92:20 93:2
93:10,15 94:4,13
94:19,23 95:5,12
95:18,22 100:4,9
100:17,21 101:11
102:10,14,20
103:15,22 105:3,8
106:2,9,16,20
107:4,9,17 108:3
108:8,17 109:15
112:1 113:21

119:3,8 122:16
123:8 124:15
125:1,5,22 126:3
127:3,8,12,20
128:3,9,14,17,18
129:18 130:23
131:22 132:6,9
133:8,21 134:5,9
135:19 136:2,19
137:4 138:4,9
139:4,9 141:9
142:3,20 143:2
144:6,23 145:2,10
145:11,12,17
147:7,14,18
148:18 149:11
151:14,18 152:1
152:10,19 153:8
154:1,10 155:3,5
155:9,11,13 156:3
156:7,14,19,22
157:7 158:15,20
159:3,17,20
164:14 165:3
166:3,7,17,19
167:19 168:1,19
171:8,23 172:3,22
173:5,9 174:12
175:20 177:8,18
178:14 184:5,14
184:18 185:6
186:22 188:20
189:2,11,14
191:13 194:10,16
195:5,10,14,20
196:10,13 198:5,8
198:11,18 201:11
201:16,20 202:8
202:15 203:13,22
204:4,23 209:23
210:11,21 211:15
214:5,13,21
215:18,23 216:9
218:10 219:6
220:18 221:2
222:2,21 230:9
231:2,6,11,16,21
232:13

formal 4:14 168:5
  168:15 169:10
formed 128:19,20
  128:23
former 211:21
forms 4:4 14:2,9
  29:11
forrest 204:6,8
found 76:7 100:6
  100:10,13 183:3,7
  223:9,10
foundation 197:6
founded 90:18
founder 80:16
  204:9
founding 80:12,15
  80:19
four 9:18 226:21
  228:11
frame 66:14 77:2
  88:5
freedom 70:12
frequently 75:8
friends 81:3
friendship 51:11
front 143:7 149:14
  150:9 153:11
full 2:11 26:12,12
fully 8:16
funny 215:11
further 25:19 236:4
  237:13

**G**

gale 3:14
gang 89:5,7
garrity 4:21 229:20
  229:22
general 4:8,9,10,11
  44:18,19 84:17
  142:18,23 143:23
  143:23 145:23
  149:15 151:4,12
  151:16,20,23
  152:3,8,13 153:4
  153:23 154:9
  155:2,13 157:20
  159:9,19 160:23

161:4 204:6,7
  207:11
generally 172:11
gentlemen 207:14
george 24:5
getting 53:8 185:9
  227:15
gist 181:12
give 7:11 32:15
  38:23 139:2,11
  201:18 207:22,23
  226:15
given 6:19 22:3
  36:12 87:23
  100:20 120:6
  157:12 160:8
  193:22 194:3
  206:2,4 207:3
  225:16 237:11
gives 139:7
giving 117:13 142:5
  160:11
gmail 22:18 23:5
go 7:9,10 9:3 30:4
  40:15 58:19 59:1
  77:14,22 78:2,12
  78:15 80:12,19
  93:21 98:1,11
  99:9 104:3 114:1
  114:13 120:4
  121:5 149:1
  158:21 170:8
  172:18,21 178:22
  197:1 198:19
  209:21 229:3
  234:12 235:22
goes 115:8,10
going 7:9,11,15,19
  10:14 12:19 14:5
  17:4 31:3 36:23
  55:19 56:19,20
  58:10,14,19 59:2
  59:3,4,5,10 63:23
  73:9,18 109:14
  125:11 138:22
  140:3 155:4
  168:12 177:16,21
  178:3,17,18

179:12 180:2,14
  180:20 182:1
  192:10 196:1
  197:1 210:13
  219:19,23 224:22
  226:18 227:12,14
  228:8,19 233:6
  234:14,18
gonna 181:2
good 5:19 8:6 46:19
  47:15,17,19,22,22
  48:2,7,9 61:20
  gordon 182:11
graduation 50:12
grant 117:5
grass 59:2,4
gray 1:7,17 2:4
  5:10,14,19 8:20
  8:21 38:1 98:4,15
  99:4 153:10 186:7
  186:16 197:3,11
  213:15 226:21
  229:7 235:1,23
grays 98:19
gregory 33:8
grievance 159:2
grounds 2:18
group 56:10 129:16
  144:21 145:7
grueling 228:7
guardian 4:15,17
  4:18 170:13,15,19
  170:22 171:1,11
  171:22 172:4,8,11
  172:21 173:2
  174:7 196:8,13,16
  198:1,13,16
  200:16,17 201:22
  202:2 205:17
  208:1 209:17,20
guess 25:16 38:3
  40:1 45:7 56:13
  124:20 130:9
  148:19 180:13
  182:12 194:13
  224:22
guidance 67:23
  68:5

guidelines 77:23
gun 59:3,7
guy 183:7
guys 182:13

**H**

h 3:11
hadnt 35:14 218:8
half 53:13
halfway 51:9
hand 94:12,12,17
  94:17
handbook 158:10
  158:19
handed 160:3,14
  220:20 234:11
handgun 183:7
handicapped 141:8
handled 177:2
handling 177:1
happened 53:14
  78:10 166:13,15
  172:21 182:11
  195:17 233:9
happy 63:18 64:20
  65:1 227:3 228:12
  229:6
harassed 73:10,13
  73:18 179:23
  206:12
harassing 179:8
  181:5,10
harassment 180:12
  181:3 206:13
harbert 3:15
hard 7:12
harder 153:15
harmony 107:13
  127:23
harold 205:8
havent 11:7 19:10
  20:18 160:5
  173:16 228:17
  232:2 234:12
head 27:13 169:5
  193:2 194:22
  234:15
headache 228:10

health 10:8,11
  202:6
hear 42:3 63:14
  67:10 103:23
  162:16 181:12
  221:22 222:8
  229:17
heard 62:5,6,8 96:2
  96:6 102:12,15,16
  102:21 137:10
  141:10 148:9
hearing 53:8 98:7
  99:1,8 102:19
  219:19 237:12
hearsay 98:11,13
  98:16 197:5
held 217:4
helicopter 36:18
helicopters 88:11
  88:15,16
hello 19:19
hells 89:22
help 40:3 162:18
  163:6 167:4,5
  173:20 174:1
  180:16,18,19
henry 205:22 212:9
heralded 204:9
hes 16:11 47:15,16
  61:7 62:9 194:18
  194:22 215:15
  218:11 227:14
  228:8 234:22
hey 133:5
hi 19:11
hierarchy 44:12
higher 40:17 41:3
highest 34:15 35:2
highlighted 200:1
highlighting 200:7
hire 29:20 30:12,15
  30:19
hired 27:23 28:3,6
history 34:16 35:3
  203:4
holding 152:11
  205:19 210:4
home 59:1,10

178:22 207:19
227:18
**honest** 62:2 63:12
64:5
**hope** 6:9
**hopefully** 7:10
**host** 125:21 133:19
**hosted** 130:22
131:2,6 132:21
**hour** 227:7,10,12
228:5 229:1
**hours** 226:14,16,19
227:16 228:8,11
228:15,19
**hundred** 81:13
117:8 208:13
**hypnosis** 105:14,20
**hypothetical** 86:20
86:21
**hypotheticals**
45:12

**I**
**ia** 97:9,12 98:19
**iacp** 148:12,12
**idea** 91:23 155:6,10
155:15 218:15,16
**ideas** 81:4
**identification**
10:18 29:3 49:21
51:1 97:15 139:15
142:14 146:9
150:23 157:16
158:4 159:23
164:3 168:11
169:21 185:17
195:23 196:20
210:18 213:5
219:9 226:8 233:1
233:23
**identified** 95:16
137:19,22 165:9
**identify** 11:12 18:6
**identifying** 155:12
167:5 182:21
**ill** 7:22 8:1 10:19
15:13 31:1 32:13
32:18 50:21 69:14

139:16 140:2
163:23 168:8
185:18 196:21
213:6 220:11
226:9 229:6,7
232:12 233:2
234:1 235:22
**illegal** 52:16 53:1,1
53:4,16,22 54:4,8
55:17,23 56:22
57:1,3,6,6,9,16,19
57:21 58:15
**im** 5:20 7:9,11,15
7:19 9:6 13:5,8,12
13:18 14:5 15:15
15:22 16:8 17:5
22:12 24:18 30:21
31:13,17 33:14
40:14,15 43:4
44:17 45:9,14,15
53:12 54:21 56:9
58:1,6,18,18,19
59:2,3,3,5,14 61:1
66:8,15 67:5,17
68:19 71:7,9,10
73:22 75:11 76:22
79:6,21 82:10,16
82:23 83:20 86:7
86:10 92:6,7 97:7
97:16 105:17
106:10 109:14
116:19 117:8
119:13 121:21
123:11,17 124:7,7
125:11,14,16
132:1,13 134:6
135:5,13,14
138:22 140:3,20
142:7 143:9,11
145:2,2,12 147:23
148:2 151:11
152:11,15 154:4
154:14,18,19
155:4,12 156:8
157:4 159:9 161:7
162:16 168:12
169:18 170:1,21
171:14 173:22,22

178:3,4,6,7
180:16 182:18
183:12,22 184:23
186:2 189:16
192:17 195:11
196:1,18 197:1
198:10 200:6,7
201:1 204:13
205:5,22 206:4
208:2,12 209:9,14
210:2,13 213:3,13
215:5,19,20
216:19 222:12,15
224:22 226:6
228:12 233:6,13
233:13,14 234:4
**image** 184:13
**images** 144:19
145:5
**immediate** 66:1
**immediately**
165:19 220:16
**impair** 8:12
**implemented** 81:4
**imply** 228:3
**implying** 26:11
**important** 47:18
48:2 87:13 128:1
128:4,5,8,10,12
**improve** 184:4
**improvement**
174:18,21 175:1,6
175:10,17,23
176:10,23 177:5
178:2 184:4,7,9
185:5,14
**inappropriate**
51:15
**incidences** 188:18
188:23 189:10
**incident** 166:9
167:22 168:22
169:11 173:2
181:17,18 182:15
230:22
**incidents** 207:21
**included** 24:9
100:7 173:3

**including** 232:6
**income** 25:2
**incomplete** 98:13
213:12
**incorrect** 219:13
**independent** 56:2
**index** 4:1,2
**indicate** 17:7 23:3
**indicated** 23:1
185:3
**individual** 48:18
56:3,4,11,12,13
56:15,18 91:18
92:13,22
**individuals** 51:13
52:12 55:6,9
92:23 144:22
**inequality** 209:1
**information** 11:19
63:16,23 70:21
109:23 110:3,15
111:5 112:3
199:21 203:12
204:11
**initially** 33:22
217:5
**innocent** 155:20
**input** 40:5,7,9
**inside** 179:11
**instances** 231:23
232:4,10
**instruct** 94:11
167:12
**instructing** 94:16
**instruction** 167:18
**insurance** 42:11,18
83:3
**intended** 201:23
**interact** 125:10
**interacted** 118:21
119:5
**interactions** 59:22
60:1
**interested** 237:15
**internal** 58:21
85:12,13 86:8
100:5 101:20
181:16

**internet** 203:3,15
**interpret** 71:3
**interpretation**
48:17 58:22
**interrogatories** 4:3
10:15,23 11:6
24:9,19 25:23
**interrogatory** 15:1
17:20 18:4 22:15
26:1,10
**interrupt** 158:21
**interruption**
233:15
**interview** 85:13,14
**interviewed** 230:1
**interviews** 66:12
**intranet** 151:6
**introduced** 84:7
**investigate** 61:7,11
**investigated** 60:21
61:2,8 232:1,5,11
233:12
**investigation** 74:22
74:23 75:1 86:9
97:9,12 167:11
168:3 180:19,22
181:7 213:1
230:22 231:5,9,10
231:15,19 232:21
233:17,20 234:9
**investigations**
61:16 232:7
233:11
**investigative** 33:20
187:13,21
**investigators** 100:6
101:21
**invite** 134:3
**invited** 133:6,14
**involved** 51:13 56:7
79:3 90:6 104:12
104:16 144:18
145:4 155:23
156:8 169:12
181:17 182:16
230:21 231:5,9,14
232:7,11 233:9
**involving** 231:20

233:10
isnt 77:19 115:14
  127:14 213:13
issue 66:2 70:8
  183:20
issued 142:18
issues 70:3 107:12
  107:16,16,20
  127:17 130:6
  136:15 177:1,6
  198:13 202:7
ivan 1:7,17 2:4 5:10
  5:14 8:20,20
ive 25:16,17,18

**J**

jack 205:20
jackson 36:11
jail 27:9 28:4,6
  29:23 30:6
january 31:6,11,15
  166:18 185:22
  186:6
jay 186:16,19 187:4
  187:11
jefferson 237:4
job 25:15 30:9
  47:15,16 52:7
  59:12 155:20
  170:18 218:15
john 51:4 192:19
joined 25:15
joining 105:7,9
jokes 144:19 145:5
jones 10:14 11:22
  12:2,14 13:3,7
  62:13,16,22 63:6
journals 21:15
judge 182:10
  207:14,16
july 50:8 165:13
june 199:21 209:20
  213:19 214:1,8
  219:4
junior 24:5
jurisdiction 108:13
justice 50:13

**K**

keep 214:17 218:18
  218:19 227:6
  229:17
keeping 14:15
keith 1:7,17 2:4
  5:10,14 8:20,20
  85:7,8,10 86:15
  186:7
kenneth 16:11,15
key 55:15 85:20
  86:16
kin 237:14
kind 7:3 43:22
  58:19 92:2 124:10
  125:12 143:14
  235:4
king 165:7,8,20
kkk 203:1,8,12,21
  204:3
klan 203:1,17
  204:10
klux 203:1,17
  204:10
knew 75:17 81:3
  133:10,16 145:3
  150:3 157:4,5
know 6:3 7:22 8:4
  12:8 17:12,14
  21:10 24:10 28:18
  29:4,16 45:13
  49:22 51:18,23
  52:1,9,11,13
  55:16 59:20,21
  60:20,21 61:1,10
  61:13 62:23 63:2
  63:5,8 67:6 68:14
  69:5 70:16,18,20
  70:23 71:17 72:4
  74:12,13,14,19
  75:17,19 76:1,3,6
  76:15,18,19 78:9
  79:4 81:7,8,12,18
  82:14,20 85:1,4,9
  85:15,17,21 87:6
  87:7,13,15 88:4
  89:1,7,9,12,13,14

89:15,17,21 91:11
91:15,21,22 92:5
92:21,23 93:4,7
93:11,12,16,17,19
94:5 95:6,7,9,10
95:15,19 96:18,19
96:21 97:8 100:5
100:11 101:3,6
102:6,7 103:10,13
103:17 107:6,7
108:21 109:9,16
109:17 110:4,11
110:13 111:2,15
111:20 112:5,8,10
112:16 114:8
115:7,8,9,10,12
115:13,14,15,16
115:21 117:20
118:8,9,11,11,13
118:13,16,17,19
118:19 119:17,22
119:23 120:1,7,23
121:2,4 123:3,4
127:4,13,15
130:17,20 132:19
132:20 134:23
136:3,4,20 137:9
137:16 138:20
139:1,5,10 140:20
140:23 141:4,18
141:22 143:10,15
145:15,18,19
146:1,4,23 147:1
147:3,9 148:10,11
148:12,12,15,19
149:3,6,7,8,9,12
149:22 150:11,19
152:16 153:9,19
154:4,20 155:22
156:21 157:6,19
157:23 158:6,12
158:17 161:13
163:20 164:4
172:7,20 174:19
174:22,23 176:12
176:13,16 179:19
185:19 187:1,10
187:17 193:5

194:11,12 195:21
196:15 198:10,12
199:5 200:4
202:19 203:7,9,10
203:23 204:1,18
206:5 209:16,18
212:4,15 213:7
220:6 221:19
222:10,13 224:1,1
224:10 226:10,16
227:7,11 228:8
229:2 231:3,4,7,8
231:12,13,17,23
232:4,9,15,16,18
233:19 234:17
knowingly 53:21
  54:3,10 55:2
knowledge 7:1,7
  9:5,15 27:19
  34:18 54:7,14
  55:5,9,14,15 83:2
  104:11,14,15,18
  107:10 112:20
  118:1 119:9,10
  123:17 129:21
  135:3,4 137:5
  138:19 154:19
  156:17 172:23
  173:17 174:5
  193:4 202:21
  203:11 206:6
  212:23 213:2
  216:17 218:18,22
  220:10 221:17
known 86:15,22
  182:9 204:19
knows 182:18
  222:15
kreutzmann 15:7,8
  15:10,16,17
ku 203:1,17 204:9

**L**

l 2:1
label 178:18
labeled 89:14,14,18
  89:20,21 90:2
  98:5 157:20,21

164:17 174:16
175:5,13 176:2
185:2 197:17,23
208:20
lacking 197:6
lady 65:20
ladys 66:7
lamar 67:11 68:23
  69:3,5
language 144:19
  145:5
large 5:4 46:1
  48:20 118:2
  237:22
largest 170:2
late 185:22 188:14
law 3:5,6,13 43:19
  43:23 44:17 45:1
  46:8,16,20 50:13
  52:5 53:18 54:12
  56:16 61:8 71:11
  90:7 147:16 148:1
  148:5,6 149:2
  153:3,23 154:8
  155:1,18 179:2
  182:7,18
lawn 59:6
laws 2:11 77:20
  78:22
lawsuit 20:12 22:6
  225:3
lawyer 20:15,18
  21:1 23:17 47:4
  61:7
lead 62:9 112:4
leader 37:2
leadership 173:21
  174:2,4
leading 2:16
leak 64:2
learn 56:15 85:10
  86:1 188:17,23
  204:15
learned 89:19
  189:7
leave 75:6 149:1
  167:12 181:9
  197:5 200:22

201:2,5,9,20
219:19 230:8
231:19 232:2
**leaving** 180:11
219:21
**lecture** 97:18
**led** 110:1,15 111:5
**leeway** 214:11,12
215:4 226:15
**left** 49:7 192:22
**legacy** 183:19,22
184:1 189:15
**legal** 19:3 61:6
182:11
**legends** 89:19
**legibility** 143:17
**legible** 153:11
**lesson** 173:20 174:2
174:3
**letter** 4:5,5,14 50:7
50:10,17 51:4,8
51:23 52:2,9,12
98:16 164:8,11,16
165:9,11,12,15,23
**level** 136:9
**levels** 44:3,12 45:17
**liaison** 36:19 37:7
**license** 83:3 88:10
**licensed** 16:8
**lie** 214:15
**lieutenant** 32:5,20
33:1,3,7 34:20
35:8,11,22,23
36:4,8 44:8 69:2
208:8,18,21 214:3
214:17 215:5,7
216:4,7 217:23
218:2,8,14,19,20
219:5 220:2,16
**lieutenants** 35:15
**life** 155:21
**light** 48:18 74:8
**limit** 227:16
**limited** 229:15
**linc** 21:6
**linkedin** 22:17 23:3
**list** 95:16
**listed** 14:23 26:9

30:9 186:7 209:6
**listened** 68:16
**listening** 91:3
**little** 43:22 210:14
223:1 226:15
228:23
**lives** 39:3 147:13
**llc** 3:6
**local** 115:18 177:16
177:21 178:13,17
178:18
**locale** 96:13,16
107:14
**located** 101:20
132:12
**location** 74:7,11
96:12 107:14
151:3
**logan** 9:1,2,4,11
**logo** 136:23
**long** 12:6 17:10
34:3 39:19 76:14
95:4 108:19
118:20 204:19
227:23
**longer** 62:14 73:5
**look** 7:14 10:16
11:2 18:3 25:22
29:14,19 30:8
31:1,2,18 32:3,10
32:21 54:23 76:22
97:20 142:15
144:13 146:10
151:1 152:21
157:17 158:5
160:1 161:3,12
174:14 175:12
176:1 185:1,20
210:7 223:16
230:5
**looking** 140:7
153:15 160:21
180:13 215:1
235:3
**looks** 140:5,16,17
152:12 197:9,15
197:16 211:9
**loss** 12:20

**loud** 59:5
**lounge** 166:10,11
166:16,23 169:12
181:15,15,17,18
181:22 182:13,15
182:18 183:15,18
184:1 189:16,16
207:21
**love** 227:4
**lower** 177:2 188:10
**lunch** 104:5,7

---

**M**

**m** 5:10 236:6
**maam** 9:15 46:12
68:11 71:19
120:19 140:22
142:17 151:2
193:6 197:14
211:12 226:5
**mails** 21:18,21 22:3
**maintain** 228:9
**maintaining**
147:11
**major** 4:18 39:16
41:3 43:10,13,14
44:8 45:19 70:3
170:23 172:1,6,8
172:19 173:4
174:7,17 175:21
176:23 178:11
184:8 185:3 188:2
190:14 191:7
193:16 194:7,12
195:3,7,12 196:9
196:15 202:17
207:6 213:19
214:1 215:11
219:2 225:20
**making** 43:17
63:20 64:14,15,20
65:1 107:11,15
199:13 209:19
**male** 187:4,8
**management**
208:20,21
**managing** 188:4
208:4

**manner** 147:5
153:2,21 154:7,23
155:7,19 218:8
**manual** 207:13
**marijuana** 57:18
230:12,16
**mark** 210:15
220:16
**marked** 10:18,19
18:4 29:3,9 49:18
49:21 50:21 51:1
97:15,16 99:4
139:15,16 142:14
142:15 143:16
146:9,10 150:23
157:16 158:4
159:23 163:23
164:3 168:11,13
169:18,21 185:17
185:18 195:23
196:2,20,21 198:2
210:18 213:5,6
219:9 220:11
226:8,9 233:1,2
233:23 234:1
**markhow** 207:10
**marking** 219:10
**markings** 153:14
**markow** 207:7
**married** 9:21,23
**masters** 24:16,21
**material** 18:15,20
19:3 21:13 137:17
226:20
**materials** 144:17
144:20 145:4,6,20
146:5
**mathews** 4:23 21:4
59:17,23 60:7
61:13,21 62:1,14
62:15,17,22 63:3
63:11,17,21 64:13
64:18,23 65:7,12
67:1,21 69:11,15
70:15,21 205:8
206:2,11,23 209:7
209:12 212:20
215:10 220:7,23

221:9,19 222:10
223:2,4,19 224:4
224:9 226:3 234:7
**matter** 5:21 6:1
61:8 118:9
**matters** 18:9 65:12
65:17 231:20
**maynard** 3:14
**mayor** 140:13,15
140:16,17
**mays** 3:11 4:2 5:18
5:20 18:23 19:5
22:12 27:2 37:16
37:20 42:4 61:4
91:9,13,23 98:4
98:18 99:9,13
101:18 102:3
104:3,6 123:12
140:7 168:9,12
170:7,13 197:11
217:15 224:7
226:18 227:11,22
228:2,12 229:3,17
229:19 234:4,21
235:7,9,16,19
**mc** 165:19,21
**mcgill** 191:3,3,10
191:11,18 192:14
193:2
**mckay** 3:19 6:4
19:11,17 33:12
190:18 205:7,16
209:11,12,14,16
209:21 210:1
212:20 215:9
216:17 217:13
220:8
**mean** 18:20 32:15
39:11 40:2 43:13
44:1 45:5 58:7,9
58:13,17,19 59:9
92:10 95:14 96:8
101:12 108:6
127:5,6,10,18
128:5,8,11 136:21
137:13 152:14
194:18 203:10,10
203:20 211:23

217:8 228:14
230:3
**means** 39:12 61:10
71:10 90:2,23
91:7,12 92:1,8
127:15 128:10
**meant** 19:6 51:18
58:22 96:10
**meat** 119:13,15,19
120:4,14,16
121:14 165:17
**meats** 119:17
**mechanic** 69:9
**medical** 11:13 14:5
14:6 15:6,14,14
15:18 16:9 42:11
42:18 201:9,19
**medications** 8:11
13:20 14:14,17,20
**meet** 5:22 6:2
124:13 126:6,8
174:17
**meeting** 73:1
124:16,18,20,21
124:23 125:2,3,4
220:23 221:8
222:20 223:19
228:22
**meetings** 122:12,14
122:19,21 124:13
125:6,18
**meharis** 10:3,3
**member** 71:4,7,13
71:23 72:5,8,11
72:16 82:23 83:22
84:3 85:4,17 86:5
107:23 108:4
114:7 164:21
204:16,22
**members** 71:17
81:5 84:7,9,12
85:1,15 86:12,17
86:18,23 87:16,20
88:4,18 90:6,10
91:4 94:1,9 96:14
96:19 97:19
104:11,13,15,17
108:1 111:15,22

112:9,12,17,21
113:1,5 122:15
123:2 124:13,14
124:22 125:19
133:20 138:14
164:19 202:17
203:16,19,20
205:20 211:20,21
230:15
**membership** 71:20
72:2,19,22 75:3
76:21 81:11,20
82:6,21 87:4 88:2
88:22
**memo** 4:17,20,21
4:23 185:3 186:4
186:9,9 192:9
213:18,23 214:8
214:14,17,22,23
215:2,3,10,16,22
216:6,10 217:9,12
219:4,14 220:14
220:19 234:7,19
**memorandum**
185:7,10 217:19
**memory** 178:4,7
**memos** 217:16
**mental** 10:8,10
**mentioned** 14:17
117:17 179:5
210:3
**message** 21:21,22
22:8
**messages** 21:19
22:4 144:20 145:6
**messaging** 143:1
**met** 123:1 124:19
125:19 126:5,10
126:17 221:3,4
**method** 223:16
**micro** 188:3 208:4
208:19,20
**middle** 1:2 70:4
**mike** 140:16 208:9
**mind** 71:10 107:21
113:23 170:4
197:8
**mindful** 50:17

**mine** 229:23
**minimum** 163:18
**minor** 169:6
**minute** 8:8 55:1
123:13 192:17
**minutes** 140:4
170:9
**misconduct** 231:20
**mmes** 3:11
**mobile** 142:23
**moment** 11:2 29:13
54:21 97:20
118:15 170:5
209:3
**money** 78:16 130:5
130:8,11,14
182:17,19 183:4
183:21
**month** 13:9 32:2
76:20 83:8,10
**monthly** 122:11
**months** 13:11 83:7
**moody** 233:10,16
**morale** 46:20 47:2
47:11,12,14,20,21
47:22
**morning** 5:19
19:11,19 178:21
**motion** 229:5
**motorcycle** 72:6,9
72:12 73:4 77:15
77:17,21 78:3,7
78:13 79:23 80:3
80:7,10 86:4 89:3
89:4,5,7,10,12,15
89:16,18,20,22
90:2,13,18 91:1
92:18 93:8,13,23
94:21 95:2,4,8,11
95:17 96:6,8,15
103:21 108:22
109:5,10 110:2,6
110:12,16,21
111:3,7,11 113:13
113:15,20 114:7
120:12 122:18
125:13,20 126:1
128:17,21 129:1,2

129:5,12 130:13
133:3 135:18,22
135:23 137:9,11
137:14 139:2,7,7
139:12 164:12,20
164:22 230:12
**motorcycles** 81:3
96:4 129:7
**move** 66:5
**moving** 208:5
229:18
**mower** 59:6
**multiclub** 125:9
**multiple** 124:21
129:7 183:9
**music** 59:5
**mutually** 136:14,16
136:17
**myspace** 22:16
23:2

_____
**N**
**n** 2:1 3:1 4:1
**naacp** 71:23
**name** 5:19 8:18 9:3
9:12 11:22 33:14
66:7 74:19 75:18
76:1 103:8 115:9
115:13,15 119:17
120:6 140:16
183:17 192:10
**named** 166:10
204:6,10
**names** 8:23 9:14
11:13 115:11
211:9,11
**narcotic** 9:8
**narrative** 160:11
**nathan** 204:6,7,11
**national** 121:9
141:8 148:15
165:18
**nature** 78:18
**nearly** 191:4
**necessarily** 57:7
**necessary** 2:14
**need** 29:23 37:15
43:20 44:11,20,23

45:15,16,22 46:2
46:13,17,19 47:6
54:16 76:22
116:17,18 117:7
118:14 167:5
168:7 192:8 199:8
200:11 223:16
226:19,20 228:1
229:4,10 235:4
**needed** 63:17,19
66:5 70:2 113:22
116:20 117:16
167:4 178:21
180:16,17 182:12
184:21 207:19
**needs** 160:7,9
**negatively** 177:17
**neither** 237:13
**nelms** 220:16
**networking** 22:19
23:2,8
**never** 62:18 64:3
64:13,18,19 75:17
143:18 218:13,23
219:1
**new** 94:9 133:3
165:9,20 208:7,18
**nickname** 88:8,14
115:4,5,6,9
119:15 120:1
121:1
**night** 183:12
227:21
**nightclub** 188:17
189:10
**nods** 27:13 234:16
**northview** 71:16,20
**notary** 1:23 2:7 5:3
**note** 32:13 47:17
197:2 200:1 229:7
**notes** 12:23
**notice** 4:21 51:10
229:20,22
**notification** 172:10
**notified** 172:15,17
178:23
**november** 31:20,22
**number** 11:12

22:16 25:15 26:1
26:10 98:10,12,15
98:19,22 99:12,14
120:6 121:9 123:3
140:8,12 142:16
143:14 169:4,5
173:18 174:16
176:21 183:8
198:12 200:14
220:22,22
**numbers** 191:22
199:9

**O**

o 2:1 114:5,6,8,11
115:4,14,16 116:2
116:8,13 118:5,21
119:5 120:2,12
121:14 124:16
126:5 165:16
**oath** 8:9
**object** 12:3 13:23
14:4,11,21 15:12
16:3,7,13,18 17:3
17:17 18:1,22
20:5,8 21:20,23
22:21 23:14,18
25:14 27:1 28:20
29:7 30:16 31:16
33:13 34:21 36:15
37:23 38:8 39:9
39:14 42:9,16
43:6 44:13 45:2
47:13 48:4,14
49:4,10 51:19
52:18,22 53:6,23
54:5,13,20 55:4
55:13 56:1,8,17
58:2 60:8,19,23
61:3,12,17,22
65:14 67:4 68:2
69:13 71:6 73:15
74:2 75:5 76:5
79:11 80:14,21
82:2 83:17 84:14
84:22 85:3 86:19
87:1,5,10,14,19
87:22 88:12,19,23

89:6,11 90:3,15
90:20 91:2,8
92:20 93:2,10,15
94:4,13,19,23
95:5,12,18,22
98:9,12 99:5
100:4,9,17,21
101:11 102:10,14
102:20 103:15,22
105:3,8 106:2,9
106:16,20 107:4,9
107:17 108:3,8,17
109:14 112:1
113:21 119:2,8
122:16 123:8
124:15 125:1,5,22
126:3 127:3,8,12
127:20 128:3,9,14
128:18 129:18
130:23 131:22
132:6,9 133:8,21
134:5,9 135:19
136:2,19 137:4
138:4,9 139:4,9
141:9 142:3,20
143:2 144:6
145:10,17 147:7
147:14,18 148:18
149:11 151:14,18
152:1,10,19 153:8
154:1,10 155:3,9
156:3,7,14,19,22
157:7 158:15,20
159:3,17,20
164:14 165:3
166:3,7,17,19
167:19 168:1
171:8,23 172:3,22
173:5,9 174:12
175:20 177:8,18
178:14 184:5,14
184:18 186:22
188:20 189:2,11
189:14 191:13
194:10,16 195:5
195:10,14,20
196:10 197:2,5
198:5,8,18 201:11

201:16 202:8,15
203:13,22 204:4
204:23 209:23
210:11,21 211:15
213:10 214:5,13
214:21 215:18,23
216:9 218:10
219:6 220:18
221:2 222:2,21
230:9 231:2,6,11
231:16,21 232:12
235:23
**objection** 99:11
102:5 202:11
210:22
**objections** 2:15,18
**obscene** 144:18
145:5,20
**observation** 30:2
**observed** 52:16
**obtain** 25:19 34:23
**obtained** 129:23
182:10,12
**occasion** 52:21
**occasions** 176:3
**occur** 97:11
**occurred** 99:2
186:17,18 193:5
230:22
**october** 1:18 5:9
33:2 51:5 98:17
**offduty** 49:15
50:18
**offense** 169:6
**offensive** 144:20
145:7
**offer** 67:23 108:1,5
108:7,11
**offered** 2:19
**office** 64:2 66:13,13
163:9 188:14
**officer** 27:9,10 28:4
28:6,11,13,15
29:23 30:1,6,6,9
30:18,20 31:4,5,7
36:2,4,13 44:2,7
46:3 47:15 48:2
49:3,6,9,12 50:5

51:10 52:5 53:8
53:21 54:3,6,10
54:14,16 55:2,7,8
55:11,14,15,19,21
56:4 59:14,18
62:12,13,15,19
63:7,9 108:9,10
108:11 121:8,9
142:4,7 150:1
152:18,23 153:1,7
153:18 154:5,5
155:16 156:5
166:10,16,23
167:3 169:12
174:10 179:7,18
180:1,1,2 182:3,8
182:18 183:5
193:7 207:7,7,10
207:15 209:2
215:9 216:17
220:7 223:2
231:20 233:9,10
**officers** 9:8 41:11
41:14 43:5 49:15
70:9 82:6 88:17
88:21 147:5,10
148:10 170:17
177:2 179:2
188:11 202:23
205:19 207:1,23
232:1,5,10
**official** 6:16
**officially** 61:14
**offtherecord** 98:3
99:10 104:4
170:10 189:12
234:23 235:21
**oh** 68:19 115:5
191:6 222:6
**okay** 6:13 7:9 8:5
10:16 11:8 15:6
24:20 29:22 30:8
31:10 33:16 36:10
45:11 47:7 63:14
89:9 102:12 104:2
104:10 109:9
111:21 114:22
116:15 117:6,12

121:18,19 132:17
140:9 146:12
147:21 148:6
157:3,18 159:10
161:6 164:7
171:16 173:1
175:16 178:8,15
181:9 196:6
197:19 211:2
219:16 220:13,21
223:16 224:3
235:7,19,22
**okays** 117:7,8,10
**once** 7:1 15:13
123:7,9,10 135:4
135:7 192:18
226:10
**onduty** 50:19
**ones** 14:23 123:17
**online** 25:15 204:12
**opened** 105:19
**openly** 64:9 65:16
**operational** 177:6
**operations** 36:19
37:6
**opinion** 188:3
207:8,16
**opportunities**
141:6
**opportunity** 160:9
197:12 198:23
213:15
**option** 218:23
**oral** 5:11
**order** 4:8,9,10,11
40:9 44:21 45:1,3
45:4,5,6 46:4,5,11
142:23 149:15
151:12,17,20
152:8,13 155:13
157:20 197:16,21
**orders** 142:18
143:23 151:5,23
152:3 159:19
**organization** 54:4,7
54:15 55:3,10,12
55:20 56:7,15,19
72:20 73:2,8 77:3

80:20 81:1,6
84:20 105:7,9,11
109:2 129:16
130:1 165:2
202:16,20 203:2,2
204:22 212:3,4
organizations
53:22 54:11 55:22
71:5,7 122:9
organized 77:21
origin 141:8
original 168:23
169:1,2,2 184:6
198:19,21,21
199:8,15,17 200:4
200:12
originally 228:18
os 120:1
outcast 86:4 89:21
94:12,18,21 95:7
104:13,17 109:1,7
109:9 111:14,15
111:19,23 112:8
112:12 113:9,11
113:15,19 114:2,7
115:1,23 117:5
122:3,15,20,22
123:2 124:3,13,14
124:21 125:4,19
127:11 128:2,13
129:2 130:10,18
130:22 131:3,6
133:20 134:3,7,17
135:7,17,23 136:6
136:8 137:21,22
138:1,7,13,15
139:1 165:17
166:2 230:11,15
230:23
outcome 168:3
outlaw 89:9,12,15
89:18,20,21 90:2
90:13,18 91:1
93:20 94:21 95:1
95:3,11,16 103:21
109:10 110:1,6,11
110:16,21 111:3,6
111:10 113:19

137:8
outlaws 89:16
outlined 83:1
outside 105:2 106:4
179:12,16,18,20
179:22 180:12
owens 192:18,19,22
owner 179:22
180:12 182:17,21
182:23

___P___

p 2:1 3:1,1,12,14
236:6
page 11:5,8,11 15:3
18:5 22:16 25:23
26:2,14 29:19
30:8 31:3,18 32:3
33:5 52:2 140:13
143:13 144:13
147:19 148:8
153:12 171:16
173:10,10 175:4
175:12,14,15
176:1,14 197:16
197:17,18,23
198:6 199:7,7,12
200:3,8 210:8
213:14 217:19
230:5
pages 11:7 22:19
23:2 99:20 173:17
175:9
paid 41:22 130:9
230:7 231:18
232:2
paper 25:17 81:3
86:3,6
papers 20:2,4,6,9
paperwork 188:14
paragraph 51:9
52:3 216:21,23
217:21 234:13
parrish 4:18,20
39:17 41:3 43:10
43:13,14 70:3
170:23 172:1,6,8
172:19 173:4

174:7,17 175:22
176:23 178:12
179:14 180:7,17
181:8,11,20 182:6
182:14,20 183:11
184:8 185:3 188:2
190:14 191:2,7
192:9,11 193:2,8
193:16 194:7,12
194:19 195:3,8,12
196:9,14,15
198:14 200:18
202:17 204:10,11
204:16 206:13,14
206:16 207:6,18
207:22 208:4,7,15
212:8 213:19
214:1 215:11
216:3,6 218:15,16
219:2,18 224:17
224:20 225:2,11
225:20
part 48:20 62:16
63:13 77:9 147:3
151:7 153:6 157:8
175:16 176:9,14
176:16,22 177:4
184:8 206:5
213:23 227:15
particular 55:20
107:13 198:11
particularly 177:16
178:12
parties 2:3,17
237:14
parts 63:14
party 131:5,9,13,15
131:21 132:2,18
132:21 133:2,5,7
133:11,14,17
134:1,4,12 228:22
pass 26:21
passed 35:22 36:2
118:4 209:13,14
passing 182:17
pat 140:13
patch 83:8,10,11,13
137:12,14,16,18

137:21 138:7,13
138:15,16,18,21
139:2,8,12
patches 83:12
138:1,3
patrol 33:21 34:6,7
42:14,23 169:23
170:2 185:23
186:7 187:12,14
188:8
patron 179:10,16
181:1 182:17
patrons 179:8
180:9
patting 183:6
pause 123:14
pay 41:19 42:6
payroll 33:2
peace 59:10 138:18
138:21
penalty 8:9
pending 231:19
people 38:6 64:10
67:13 103:10
108:12 123:19,21
123:23 171:7,9,12
179:11 180:4,5
182:1,8 203:6
210:4
perceived 47:16
percent 9:6 31:13
67:5 83:1,20
117:9 119:14
124:7 135:14
170:21 171:14
205:5,23 206:4,22
208:13 211:2
213:3 215:19,20
216:19
percenter 91:7,12
91:16,18 92:1,5,9
92:16,18,22 93:20
95:8,17
percenters 93:1,4,6
94:1 103:21
111:16,23 112:9
112:13,17,21
113:2,6

137:21 138:7,13
138:15,16,18,21
139:2,8,12
performance 38:21
39:23 40:3,6
170:17 174:18,20
175:1,6,9,16,23
176:9,22 177:5
178:1 184:3,4,6,9
185:5,14
period 30:18 39:16
53:12 72:11 87:23
periodically 172:18
perjury 8:9
permission 104:19
104:23 105:6,12
105:17,21 106:1
permits 105:14
person 19:17 51:12
55:16 57:13 65:4
65:5,6 84:4 116:1
126:6,8,10,18
144:21 145:7
165:2 183:1 191:9
208:17
personal 23:4,4
51:11 129:9,16,22
156:1,11 202:21
personally 181:22
personnel 4:4,12
6:4 27:6 29:11
33:12 43:15 98:7
98:14,20 99:1,8
102:18 158:7,12
158:18 159:6,11
160:2,15,20 161:1
163:3,4,7 186:5
206:22 207:12
216:16 217:16
220:8
persons 55:17
57:14 141:8
peterson 50:4,8
183:6
pg 149:8
ph 11:22
phone 22:9,9 114:3
116:4,9 117:4
120:8 126:14,22
145:21 146:6
photo 4:19 211:1

photograph 210:4
 210:10,19 211:10
 211:14,14,17,20
photostat 140:15
phrase 75:10 89:12
physical 96:15
 104:12
physician 11:17
 15:19 16:9,12,16
 17:11
physicians 11:14
picture 86:3,6
 205:7,18 210:3
 212:10,14,17
piece 83:8,9,11
pilot 16:8
pilots 16:8
place 62:22 63:1
 97:6 106:5 143:6
 143:10 146:14,17
 146:20,22 149:21
 150:6,12 161:14
 199:10 216:11
 221:13 225:7
 233:20
placed 66:1 75:6
 174:20,23 191:18
 192:14,20 230:6,7
 231:18 232:2
places 25:17
placing 218:13
plaintiff 1:8 3:3 7:5
 18:14
plaintiffs 98:21,23
 99:7
plan 173:20 174:2
 174:3,18,21 175:1
 175:6,10,17,23
 176:10,15,17,19
 176:23 177:5
 178:2,8,16 184:4
 184:7,9 185:5,14
planning 228:22
plaza 3:15
please 8:3,18 11:12
 22:23 232:8
pleased 5:22 6:2
pledge 122:8

pockets 181:15,17
 181:18,21 182:13
 183:15 189:16
 207:21
point 35:2 39:3
 77:14 152:3 176:2
 192:2,7 193:21
 194:1 209:4
 216:20 228:13
pointed 182:2
police 9:9 27:10
 28:11,13,15 30:1
 30:6,9,18,20 31:3
 31:4,5,5,7,8,12,19
 31:20,22,23 32:4
 32:4,23 33:1,17
 34:17 35:4,11
 36:2,4,13,22
 37:11 41:4,6,8
 44:2,3,16 46:2,3
 47:19,20 48:1
 49:3,5,7,9,12 50:5
 51:5 52:15 53:20
 54:2,6,9,19 55:1
 59:14 63:19 65:9
 67:13,14 73:10,14
 73:18 74:5,6,10
 75:2,13 85:13
 88:17,21 104:20
 105:1,6,12,21
 106:7,12 107:1,23
 108:4,9,10,11
 141:15,17 142:19
 142:23 143:23
 144:18 145:13
 147:5,10 148:10
 148:14 149:6,15
 150:1,13 151:4,19
 153:17,19 154:4
 155:14,16,19
 157:9,19 159:18
 163:12,16 170:3
 177:12 180:1,1,2
 180:11 182:2,20
 183:5 190:21
 192:19 202:18,23
 202:23 205:19
 211:20,21 214:4

232:6
policies 162:14,18
 163:4,7,10,13,15
 207:11,12
policy 4:7 105:16
 106:3,5,11 137:7
 139:20 140:11,18
 141:1,5,13,19
 142:2 143:5,10,12
 143:13,21 144:3,5
 144:9,15 145:16
 145:22 146:14,19
 146:22 147:9
 148:17 149:18,20
 152:17 153:7
 154:13 156:16,21
 157:8 158:1,14,19
 194:19
polygraph 71:8,8
 105:14,20 190:21
 191:1,5,10,12,15
 191:17,18,20,21
 192:4,4,5,11,12
 192:15,20,23
 193:3
poor 210:9,12,23
portion 148:1
position 9:8 27:8
 28:3,9 30:18,20
 65:9 68:7,12 69:8
 69:10,18 83:12
 147:12 182:6
 190:20 191:20
 206:15 208:7,18
 215:6,14 216:7,11
 216:14 217:5
 218:2 220:1 235:9
positioned 83:12
positions 27:15
 28:1
positive 155:19
possessing 57:18
possession 82:15
 235:13
possibility 187:3
possible 227:5
possibly 110:19
 124:12

post 35:18
posted 141:14,19
 149:7
posthumously
 35:23
postmortem 35:18
potential 84:6,9,12
 87:4 94:9 97:19
powell 192:19,22
practice 43:3,7
prayed 17:19,19
predominantly
 71:21 72:2
prejudice 228:20
premises 167:6,13
prepare 17:15
prepared 32:9
prescribed 13:19
 13:22 14:14,18
presence 230:13,17
present 3:18 103:3
 103:6,11 124:19
 195:2,11,15,18
 221:15
presented 98:7
 161:22 214:1
president 76:9,12
 76:14,16 77:3
 80:16 165:9,16,18
 165:20 212:9
presidents 122:12
pretty 71:1 116:21
 126:19 127:16
 204:13 208:10
 218:14
prevent 106:6
previous 25:8
 28:23 35:6,15
 176:3
previously 100:14
 100:19 126:22
primary 16:12,15
 17:6,11 217:2
printed 140:16
prior 2:20 13:4
 35:17,22 70:14
 113:8,10 130:21
 131:3,7 134:8,16

134:20 209:2
 214:20
privy 232:19
probably 17:4
 204:14
probation 57:13,14
problem 107:22
 120:13,14,17
procedure 5:6
 127:14 159:2,2
 194:19
proceeding 6:17
proceedings 5:12
process 40:15
 83:21 84:1 159:1
produced 20:11
 98:21 221:7
 223:22 224:19
 225:5
production 11:1
professional 1:22
 2:7 5:2 157:21
 162:10 188:19,23
 189:8
professionals 10:8
 10:11
prohibited 78:19
 79:2 144:22 145:8
 145:20 146:4
promises 122:6
promoted 31:5,7,12
 31:19,21,23 32:4
 32:19,23 33:3,7
 33:22 35:21 36:3
 187:2 191:15
 206:19,21 207:3
promotion 35:1,17
 35:23 39:21
promotions 29:12
 98:15 207:1
prone 93:9,13
pronounce 36:1
property 57:16
 155:20
proprietor 179:6
prospect 103:8
prospects 94:6,11
 94:17 95:20 96:1

97:1 100:7,15,20
101:2,22 102:9,18
102:22
protect 155:20,20
protection 37:8
108:7 136:9
protocols 77:12,23
provide 11:18,21
28:22 40:9 95:20
136:8
provided 5:5 20:15
20:18,23 21:7
23:16 100:7,15
101:22 138:2
158:9 199:20
211:3
providing 141:6
psychiatrist 11:17
psychiatrists 11:14
psychologist 11:18
psychologists 11:14
public 1:23 2:7 5:3
52:5
pull 59:7 183:1,2
pulling 67:13
purports 172:6
purpose 16:10
136:11
put 12:20 25:17
53:16 54:16 70:9
81:2 136:23
192:11,13 193:2
206:5 208:9
216:14 228:20
putting 208:7 216:4

**Q**

quality 192:3,7
193:1 210:12,23
quartermaster
193:18 194:5,9
question 7:18,19,20
8:1,3 11:12 18:6
19:1 22:1,22 26:4
27:3 38:1,3 40:18
42:3 46:22,23
47:4,5,7 58:22
61:5 62:20 63:11

64:5 84:18 86:21
91:10 92:2 97:21
102:1 109:11
119:4 128:6,7
148:22 160:13
162:23 163:1,5
178:9,10 193:23
200:11 217:18
219:13,18 221:23
222:6,7,9 229:13
232:14 233:4
234:6,17,18
235:12
questionable 51:12
questions 2:16,16
7:23 8:13 22:11
45:6,15 55:21
57:11 104:7
113:19 160:5,16
160:17,23 161:4
227:1 229:15
237:8
quick 37:18
quickly 227:8
quit 63:20 64:15,20
65:1
quite 215:10
quote 58:23 63:4
65:22 218:19

**R**

r 3:1 237:1
race 59:20 60:14
141:7
racial 206:13
racially 12:19
191:7
racist 191:5
raemonica 67:16
69:12,16 70:5,8
rainbolt 3:12 5:23
raise 78:16
rank 29:12 32:19
35:5,22 36:7
42:20 44:3,12
45:17,18 46:4,5
46:11 63:18 68:13
68:17 69:1,5,10

69:18
ranked 40:18
ranking 34:15 35:3
177:2 188:10
ranks 44:6 45:16
ray 192:18,19,22
read 12:22 18:10
18:18 54:1 99:21
99:21 102:3,4
109:13 140:2,19
144:8,8 153:4,15
161:11,11 163:2
170:11 176:7,8
183:12 189:13
202:10 203:3,14
204:5,12 214:6
215:10 222:1
233:5,7 234:11
reading 2:8 106:10
144:23 145:14
154:11,11 155:11
157:9,13 235:2
real 37:18 115:9,13
115:15 119:17
really 6:10 136:3
181:11 227:8
235:2
reask 193:23
reason 8:15 31:10
31:14 134:11
146:21 169:10
173:1 181:7
198:15 199:19
227:15
reasons 64:3,7
73:11 137:9,10
202:5
reassign 43:5 219:5
recall 12:11 16:19
24:7,14 27:20
28:5,12 31:21
34:3 39:19 59:16
61:18 66:16 68:7
68:12 69:23 78:4
90:17 94:16 97:4
97:5 101:8 102:23
103:3,9,20 105:16
114:12,15,17,19

114:21 116:5
118:2 120:18
125:6 131:12
133:9,10,13,16
134:20 142:12
150:18,20 152:4
154:15 156:15
162:5,8,11 166:5
166:9 173:19
177:3,10,13,14,20
177:23 178:11
184:12,16 185:2
186:14 188:1
189:20 190:2,12
190:19 193:10,11
193:13 201:12,17
202:2 203:17
205:3 206:9,22
210:1 213:18,23
214:7,23 220:23
221:3,12 222:19
225:6,9,17,20,22
226:3 232:21
234:19
recalling 192:17
receive 83:8,9,11
108:23 109:5
120:20 127:2,7,10
127:15 128:1,12
138:6,12,17 142:1
155:14 159:5
167:21 169:15
172:9,12,12 234:6
received 11:15 42:6
63:15 105:14
113:9,12 129:1
136:1 138:14,20
145:13 150:16
152:4 153:16
154:16 155:13
159:11 166:1
168:5,16,19,21
169:10 172:5
175:7,11,17 178:5
192:6 196:14
207:16 215:21
219:4 223:14
receiving 25:3,4

57:16 108:15,20
121:23 122:3
136:11,18 165:16
166:6 185:2
213:18,20 234:19
recite 150:8
recognize 10:22
29:10 51:3 97:17
98:5 99:13 139:19
140:10 146:16
152:7 161:10
164:7,10 168:15
171:21 175:5
182:8 186:3 196:7
210:9 229:19
recollect 162:12
recollection 77:2
78:6 123:21
recommendations
38:17 43:15
recommended 14:2
14:8 84:2,5
195:12
reconvene 228:13
record 6:14,15 7:14
8:19 32:14 92:13
92:14,17 96:23
97:3 98:2,18 99:9
100:23,23 102:4
104:3 109:13
163:2 168:9 170:8
170:11 178:7
189:13 197:2
199:14,23 202:10
210:22 213:11
222:1,5,23 223:3
226:13 233:7
234:21 236:2
recorded 100:15,19
100:22 101:4,6
103:1 221:20
222:10,13 224:8
224:11
recorder 6:6
recording 4:6 6:8
6:12 21:3,5 97:18
98:6 99:23 100:6
100:11,12,13

101:10,12,13,17
102:7,9,13,16,21
103:14,23 104:8
221:11 222:17
223:8,14,19 224:4
224:19 225:2
226:2
**recordings** 21:7,12
221:7 229:13,16
235:12
**records** 98:13,20
217:3 229:9
**redacted** 143:16
**reduced** 237:9
**reference** 70:2
217:18 220:1
**referenced** 99:8
101:13
**references** 28:23
213:12
**referencing** 210:20
220:5
**referring** 65:19,20
145:11 159:7
171:18 188:6
220:9 234:14
**reflect** 215:1
220:14
**reflected** 177:16
**reflects** 177:12
**refresh** 77:2 78:6
**regard** 11:17 75:3
141:7 168:17
**regarding** 26:4
28:23 29:11 38:17
52:23 69:16 70:11
98:14 106:4 150:5
161:7 178:17
195:3 196:9
200:18 206:7,23
212:21 229:16
234:8
**regardless** 41:23
148:6 156:20
**regions** 3:15
**registered** 1:22 2:6
5:2
**regs** 4:12

**regular** 59:11
**regulations** 127:14
158:7,13,18 159:6
159:12,15 160:3
160:15,20 161:1
**reinstated** 185:8
**relate** 22:4,19
155:11 160:12
**related** 12:15 16:1
17:2 18:10 21:11
21:16,19 23:13
60:6 98:14 126:11
126:12,15 142:23
152:17 153:7
171:1,4,7,12
172:1,9,20 174:8
174:11 201:9
223:6 224:5,13
227:2 234:8
**relates** 145:22
177:11 178:1,13
203:15 208:17
**relating** 2:12 18:8
18:16 20:21
178:15 224:18
**relation** 12:22
**relationship** 61:21
135:17,22
**relatives** 203:6
**relegate** 214:18
218:21
**relevant** 227:1
**relieve** 14:9
**relieving** 14:12
**religion** 141:7
**religious** 14:15
**remained** 34:3
42:22
**remember** 7:2
14:16 16:22 17:21
25:20 32:16 53:7
53:10,11,14,17,18
64:4 66:7,8,10
67:18 69:17 70:13
75:15 82:8 83:4
83:14,18 94:14,20
103:7,8 109:8
117:10 118:1,14

122:23 124:1,2,5
125:16,17 126:9
131:11 133:15
134:2 142:4,6,8
142:10 159:12
162:22 163:17,19
172:18 175:21
177:9 182:5
184:11,15 185:7,9
185:11,12,15
186:11,12 191:2
192:18 193:15
196:12 201:19
202:1 205:17,23
208:23 209:4
212:12 213:2,20
213:22 214:14,15
214:16,22,23
216:18 221:5
225:11,18
**remembering**
26:21
**reminded** 49:14
**removed** 65:23
183:8 190:4
206:16 217:7
**repeat** 64:16
111:17 119:4
**rephrase** 17:5 41:7
62:12 69:14
113:10 146:2
**replace** 191:11
**reply** 63:22
**report** 4:19,22 30:4
41:3 51:16 61:15
61:18 69:3 190:14
193:7 196:16
198:1,12,17
201:22 205:16
206:10 209:7
212:21
**reported** 1:20
37:22 38:14 61:19
171:12 192:1
193:13 220:22
**reporter** 1:21,23
2:6,7 5:2,2 6:11
7:13 8:7 233:15

**reports** 60:5,9,17
173:2,3 192:8
220:22
**represent** 155:18
**representative**
18:16 19:9,12,15
21:6 125:7,7
**representatives**
18:8
**representing** 5:21
**represents** 237:10
**reputation** 29:6
48:2,6,10,13,20
**request** 10:23 33:6
33:11 38:5,9,11
104:19 115:22
116:3,9,13 118:5
118:7 119:11
162:3,6,9 224:6
225:4 229:15
**requested** 119:6
123:20,22 201:6
**requesting** 113:8
113:10 114:1
119:7 124:2,5
**requests** 32:11
127:1 229:10
235:15
**required** 28:22
122:11 128:16
144:17
**requirement**
228:21
**requirements**
185:5,13
**research** 110:5,20
111:9 112:11,23
113:4
**resign** 72:16 190:20
190:23 192:16
**resigned** 191:12
192:21 193:4
**resigning** 192:18
**respect** 147:12
**respective** 2:3
**respond** 52:15 53:5
116:16 171:3
206:7 212:20

215:16
**responded** 22:15
53:4,15 225:21
**responding** 53:1,18
**response** 10:21
15:1 18:14 19:6
20:12 25:23,23
26:2,4,12,13
198:7,9
**responses** 4:3 7:12
10:23 11:5 18:4
**responsive** 224:6
225:3,4 229:9,14
235:14
**responsiveness**
228:3
**rest** 138:18,21
**restate** 105:4
**restrictions** 201:9
201:15,18
**restroom** 140:3
**result** 12:18 167:22
168:21 169:11
182:21 183:9
237:15
**retirement** 25:3,5,6
25:7
**return** 62:18
121:22 122:3
**reveal** 64:1
**review** 16:9 39:23
40:2,4,10 49:23
50:2 139:22 164:5
170:5 196:4
197:12 198:23
199:5 213:8,16
226:11 234:18
**reviewed** 17:20
**reviewing** 16:10
11:4 29:15 50:1
51:2 97:23 139:18
140:1 164:6
185:21 196:3,5,23
197:7 213:9
220:13 226:12
234:20,22
**reviews** 98:2
**ride** 108:19 125:11

125:12
rider 83:2
riders 109:7 111:2
112:20 113:5
117:21 118:1
120:21 121:9
122:4,15 124:4
127:19 130:18
137:19 165:19
166:2
riding 77:6,8,10,15
78:3,7,13,19 79:2
80:2,6 89:3 91:3
96:4 108:2
right 7:2 9:7 13:2
14:16 16:12,22
17:8,21 20:13
22:13 23:5 25:21
29:21 30:10,13
34:13 35:20 36:8
38:4,18 39:4,13
40:19 41:15 44:4
45:20 48:22 49:3
49:11 53:11,14,17
54:21 61:18 64:4
64:9 65:3,17
67:19 69:17 70:13
71:10,12 73:19
76:18 77:6,13
80:3,17 82:8,19
83:4,14 89:1,23
90:11 91:5,17
94:10 95:4 100:1
101:8 103:9
105:18 106:17
108:16 109:8
116:11 118:1
119:9,10 123:17
124:1,9,11 125:16
125:17 126:23
129:3,4 130:1
131:11 134:2,6
135:3,5,14 150:4
150:20 151:12,17
162:11,12 163:19
165:10 168:6,12
169:7 176:8 187:5
187:22 190:12,19

193:4,15 201:13
205:6,9,11 206:5
206:9 208:3 209:3
209:15 210:5
211:10 213:2
216:8,18 217:11
220:10 221:9,14
222:22 225:8,19
226:5 232:22
233:6 234:5
235:17
righthand 174:15
rights 96:11
robert 15:7 36:11
robinson 186:17,20
187:7,18 202:6
214:2,11 216:7
robinsons 214:20
rode 108:14
rose 182:11
rpr 237:21
rule 127:14 137:6
rules 2:12 4:12 5:6
7:10 8:5 54:19
77:20 158:7,13,18
159:6,11,14 160:3
160:15,20 161:1,5
207:11 226:16
228:21
rumor 62:6
run 140:3 232:8
running 235:4

### S

s 2:1 3:1 237:20
safe 95:21
safety 107:22 108:1
108:5,12
saith 236:4
samuel 9:1,1,4,11
satisfactorily 185:4
saw 15:20 74:15
144:9
saying 19:11,19
56:9 64:14,15,19
64:21 84:16 94:20
95:13 96:1 103:20
123:19 124:7

132:14 142:7
148:22 152:13
165:1 169:16
175:22 177:13
178:4,8 183:12
189:3 190:12
192:1 198:11
214:7
says 18:14 32:6
51:17 52:8 92:9
143:3 151:19
154:19 160:15
169:6 176:3
197:18 216:6,10
216:22 217:22
220:19
scene 107:19
schmitz 140:16,17
school 191:21
science 24:11,17,21
50:18
scrutiny 49:16
50:18
search 25:16
204:14
searched 183:3
second 41:21 49:23
52:2 63:15 85:12
85:14 164:5
171:16 216:22
217:21 230:5
secretary 208:11
section 148:1
152:22,22 191:19
192:12,15,20
193:3
security 27:9 28:4
28:6 29:23 30:6
183:2,3,6
see 11:19 30:21
31:2 33:14 48:19
99:15 162:3,6,9
168:7,17,23 169:2
171:6,11 174:7
176:4,5,6 180:13
184:6 197:17,21
204:14 210:13
229:4,18 230:2
seeing 162:11,12

seek 26:16
seen 96:2,20,22
130:16 140:19
143:18 144:11,12
161:17,19,21
162:2 173:7,14,16
sees 48:18
self 153:3 184:13
send 51:22 164:19
165:12 217:16
sending 205:17,23
senior 191:1,3,15
191:16,20 192:11
192:23 214:11
sense 106:12,19,21
106:23 107:8
130:7
sent 52:9,11 164:8
164:11,21 165:2,5
206:3 209:10,11
sentence 50:16 52:3
216:22
separate 27:14,18
140:18
september 32:5,12
88:3 99:2 234:8
sergeant 31:20,22
31:23 32:4,19
35:21 44:7
serial 183:7
seriously 60:18
serve 36:7 52:5
served 34:12 35:7
77:3 187:11,14,18
187:20
serves 147:13
service 4:13 75:23
159:10 161:14,17
161:19,21 162:2
services 34:1,4,10
42:14 43:1 185:23
186:8 187:14,14
187:22 189:8
202:4 217:3
220:17
set 77:20,23 137:6
seven 226:14,16,19
227:16 228:7,15

228:19
sew 137:17
sex 141:7
sexually 144:19
145:6,20 146:5
shaded 200:2
share 78:17
shared 207:5
sharing 64:11
sheet 176:21
shes 40:20
shooting 233:9,12
233:16
short 37:19 140:6
197:10 217:14
shouldnt 54:8
55:11
show 10:19 29:9
30:5 32:23 33:6
49:18 50:21 74:8
139:16 163:23
168:8,13 185:18
196:1,21 213:6
219:10 220:11
226:9 233:2 234:1
showing 97:16
169:18 200:2
shows 29:20 30:12
31:3,19
side 181:12 183:1,2
sign 150:10,15
194:15 195:9
signature 2:8
168:18 169:1,2
175:13,14 176:20
194:22 229:23
signatures 32:10
signed 140:13,15
144:8 156:16
176:10,19 229:21
simply 210:23
228:7
sin 89:22 95:10
109:7 110:10
112:16 113:1
117:21,23 118:3
119:12 122:3,15
124:3 130:18

165:17 166:2
sites 23:8,12
sits 217:7
sitting 169:9
situation 86:20
  179:4
situations 68:1
six 13:11 83:7
  140:12 143:14
size 46:15 82:23
skip 18:13
skipping 234:5
slips 71:10
small 173:13
smith 230:2
smoked 230:12,17
smoothly 7:11
snell 85:7 86:15
social 9:19 22:19
  23:2,8 71:4
software 170:15
soldiers 203:6
sole 38:15 43:17
solely 43:18
somebody 40:13
  92:8 101:5 121:7
somewhat 32:14
son 204:10
sons 202:13 203:5
  203:15 204:2,12
  204:16 205:20
  209:8 212:6,11,21
sonya 3:4
soon 179:16
sorry 43:4 68:19
  73:22 97:7 140:20
  152:15 156:9
  162:16 183:22
  201:1 226:6
sought 11:15 15:6
  104:23 105:5,12
  109:3 110:9 111:1
  111:13,18 112:15
  112:19 113:16
sounds 8:6
source 64:1
southern 1:3 21:6
speak 70:2 124:21

180:9 194:13
speaking 210:1
speaks 83:2
special 36:12,17
  37:6
specific 12:8 36:16
  37:5 39:1 52:23
  54:6,14,22 55:5,6
  55:8 61:18 65:15
  73:16 82:3 92:4
  96:11 107:14
  114:15 116:7
  135:15 137:18,21
  148:1 166:14
  184:7 195:6
  196:13 203:18
specifically 42:10
  44:15 48:15 51:21
  53:13,14,17 67:19
  77:4 96:18 117:18
  117:19 133:12
  154:15 156:15
  159:12 162:20,21
  162:21,22 163:17
  163:18 166:20
  175:21 179:4
  182:3 186:13
  197:4 205:3
  208:23 219:18
  221:5 222:22
  225:19 226:5
speculate 24:18
  45:11 46:22 65:3
  65:4 91:21 92:3,3
  107:5
speculating 91:19
  138:22
speech 70:13
spell 8:18
spelled 15:8
spending 227:20
split 125:12
spoke 17:20 19:10
  70:8,9 107:18
  120:7 178:23
  179:4,10 181:14
  212:7
spoken 19:8,10,13

25:18 207:13
squad 36:22 37:2
stacking 180:10
stacy 186:16,20
  187:7,17 216:6
stamina 227:19
stand 179:12
standard 43:3,7
standards 157:21
  162:10 163:18
  188:19 189:1
standing 180:11,23
  181:2,7
stands 99:12
stapled 197:15
start 7:20 117:6
  197:20
started 81:6 90:14
  180:10
starting 11:11
  104:20 116:15
  120:11 121:13
starts 26:2 133:3
state 5:4 8:18 22:22
  24:13,22 25:6
  52:3 165:15 204:2
  214:10 237:3,22
stated 13:1 55:5
  135:2 147:19
  149:19 150:3
  154:2 209:9 214:2
  217:8,11 220:15
statement 4:7 65:7
  139:20 140:11
  141:1,13,19 189:6
  218:5
statements 22:18
  23:11 57:23 58:4
  59:13 62:5,8
  140:18 199:11
states 1:1 5:7 11:12
  57:20 58:8 79:6,7
  152:23 160:4
  165:11
stating 186:5
  214:16
status 30:4
stay 95:21

staying 14:14
stenotype 237:8
stephanie 3:11 5:20
steps 80:23
steve 70:3 196:9
  204:10,15 206:12
  206:14 224:17,20
  225:2,11
stipulated 2:2
stipulation 5:8
stolen 57:16
stop 228:12
story 181:12
straight 209:10
street 3:7 5:9 59:6
  75:11,12,13 206:1
  215:8
stripped 137:3
structure 78:14,18
structured 77:11
  78:20
stuck 40:15
stuff 125:23 173:13
submit 27:14,17
  198:12 200:17
submitted 27:21
  196:16 198:17
  199:16 200:15
subordinates 39:8
  39:12 175:19
  176:5
successful 50:12
  62:18
succession 45:5
suffer 12:4
suggest 184:8
suggested 115:19
suggesting 14:12
  47:10 184:12
supervise 37:10
supervision 193:17
  194:4,8 208:6,17
  237:9
supervisor 37:20
  39:17,20 47:17
  66:1,6,8
supervisors 39:7
  45:16

supervisory 43:20
supplied 24:19
support 122:9
supporter 136:5
  138:2,3,7
supposed 143:15
  150:5 203:5
sure 9:6 13:5 14:1
  15:22 17:5 23:1
  24:19 33:14 36:18
  46:10 53:3 54:21
  58:6 66:8,15
  67:18 68:20 71:11
  76:22 79:22 82:10
  82:16,17 83:1,20
  91:22 92:6 95:19
  105:5 106:10
  107:11,11,15
  109:16,17 110:14
  116:19 117:9
  120:16 121:21
  123:11 125:10,14
  134:6 135:5
  136:14 143:9,11
  145:12 148:21
  150:7 151:11
  154:12 158:17
  166:15,22 170:1,7
  170:21 184:23
  195:7 196:18
  198:20 200:13
  204:13 205:5,23
  208:2,13,14 209:9
  210:2 213:13
  215:19,20 217:20
  222:12,15 232:9
  233:6,13 234:11
surrounding 20:3
surveillance 74:14
  74:18,21
surveilling 74:6,11
  76:4
suspended 233:19
suspicious 53:9
swear 142:8
swore 8:7
sworn 5:15

| T |
|---|
| t 2:1,1 237:1,1 |
| tab 99:15 |
| table 7:23 |
| taiwan 166:10 |
| 179:4 183:5 |
| take 7:13,16,21 8:1 |
| 11:2 29:13 31:1 |
| 37:15,16,17 60:17 |
| 62:12,22 80:23 |
| 96:17 97:20,22 |
| 100:22 118:12 |
| 123:12 140:4 |
| 148:10 170:5,7 |
| 173:10 177:11 |
| 179:17 181:22 |
| 194:20 197:8 |
| 199:4 200:22 |
| 201:2 217:13 |
| taken 2:5 37:19 |
| 104:5 137:7 140:6 |
| 197:10 217:14 |
| 237:7 |
| talk 7:15 17:22 |
| 19:14 69:21 91:4 |
| 96:14 97:3,5,8,11 |
| 100:7,15,19 101:4 |
| 101:21 102:9,17 |
| 102:22 103:1,4,20 |
| 120:15,20 121:3 |
| 209:5,21 227:13 |
| talked 19:18 45:4 |
| 45:17,19 67:11,16 |
| 81:4 83:11 96:1 |
| 116:8 120:18 |
| 126:22 207:16 |
| 222:19 225:9 |
| talking 27:11 30:17 |
| 40:12 44:15,17 |
| 46:7 59:19 64:9 |
| 66:9 70:7 148:20 |
| 180:15 |
| talks 96:23 101:1 |
| tape 6:6 |
| taperecordings |
| 20:20 |
| team 37:3,8 184:10 |

tell 26:22 30:22
43:22 47:3,5,6
56:18 65:6 66:9
71:9 74:20 75:8
91:16 119:21
148:4 149:1
162:20,21 166:13
166:15,21 169:4,7
177:23 178:10,22
179:14 188:9,16
190:10
telling 71:1 123:17
177:10 178:6
180:7,16 184:21
207:19 212:19
219:20 220:3
225:11
ten 10:11 11:16
26:10
tendency 55:22
tends 77:21
tenure 62:19
195:15
teresa 1:20 2:5 5:1
237:20,21
term 92:8
terminals 143:1
terminated 67:12
67:14 213:1
termination 13:4
13:14,17 18:18
19:15,18 20:9
22:5 26:5 98:8
terms 59:1
territorial 96:6,9
107:18
testified 5:15 195:7
221:6,10 229:8
testifies 170:6
testify 8:16 14:6
15:14 101:16
141:11 235:8
testifying 8:8
testimony 6:12
112:6 160:8,10
text 21:18,21,22
22:3,8
texting 22:9

thank 224:7
therapist 11:22
theres 173:13
thereto 2:20 237:8
thing 26:9 99:20
114:21 117:13
126:20,21 140:14
154:11,17 155:5
156:9 160:22
200:11,14 204:14
206:23 225:22
228:15
things 67:8 78:16
78:17 96:2,3,5
106:22 170:16
173:13,15 209:6
220:23
think 24:8 29:22
30:3 35:20,23
44:9,11,23 45:22
46:13,16,19 47:18
48:12 53:12,16
55:21 56:19 64:5
71:11,12 77:12
87:12 89:23 90:11
91:4 92:16,21
93:23 113:18,22
116:23 117:1
118:2,12,14,15,15
120:16 123:6
124:18 131:8
141:12 178:19
192:12 193:12
208:14 213:21
222:18 224:17
225:12 227:23
thinking 116:14
120:11 121:13
178:7
thinks 64:2
third 51:9 182:14
182:15
thomas 140:13
thornton 142:5
thought 66:5 81:2
109:20 180:4
190:15 207:19
233:5,8

thoughts 81:2
threats 113:9,12
three 27:15,17
33:18,19 34:12
123:10 124:3,6,7
124:8,12 135:15
140:15,18 186:11
186:12,14 188:17
189:9 217:1
thumbing 161:7
ticket 59:8
tiffany 3:12 5:23
till 88:1
time 2:18,19 7:21
12:13 13:6 15:20
27:18 31:14 33:8
39:16 42:1 43:9,9
49:15,15 51:5
53:15 65:8 66:14
68:8,10,13 69:1
72:11 75:7 77:2
79:14 81:19 86:5
88:1,5 95:4 96:3
97:22 106:3
109:18 110:9
111:1,13,18 112:4
112:7,15,19 118:4
118:4,6,12,22,23
119:6 134:13,15
134:16 135:23
136:13 144:7
146:17 150:6
158:16 167:15,17
170:7 174:1,6,6
178:20,22 179:1
181:23 185:20
186:17,18,20
187:2 189:20
191:4,16 199:4
201:21 204:19
207:12 209:2,22
213:8 215:21
216:2,8,12 217:16
217:16 218:23
219:20 225:17
226:11 227:3
228:23 229:6
232:8 233:5 235:2

235:5,10,12,20
times 6:22 123:1
134:20 135:13,15
153:1,19 154:21
221:5
timis 103:7
tire 75:23 76:4
title 30:10 34:19,23
37:5
today 7:11 8:11
17:16 19:22 20:7
22:11 74:3 82:12
169:9 173:8
200:14 223:10,11
227:1 229:1,4,18
235:17
told 12:4 58:20
62:11,15,17 63:11
63:23 64:23 70:1
70:4,15,21 72:23
74:15,17 75:7,15
75:17 110:4,18
115:8 116:11
123:21 137:7
161:11 178:21
179:5,7,9,10
180:2,8,12 181:1
181:5,8,15,18,22
182:6,10,18,19
183:4 184:16
185:12 189:9
202:5,17 206:23
207:1,13 208:13
208:16 212:6,10
218:5 219:1,18,20
220:21
top 32:8 33:1 45:18
99:15 153:13
169:4
topic 104:9
topics 67:20 82:5
total 105:15
touch 219:23
tracking 4:16,18,19
170:14,15,20,22
171:1,12,22 172:4
172:9,11,21 173:3
174:7 196:8,13,16

198:1,13,17
200:16,18 201:22
202:3 205:18
208:1 209:17,20
tracks 215:12
trafficking 56:22
training 25:19
50:13 95:20,23
142:1,6,9 173:21
174:2 189:19
190:7 191:9
193:18 194:5,9,21
217:6
trainings 189:22
transcribed 103:13
103:17
transcript 4:6 6:16
6:16 94:15 97:18
98:5,6 100:2
101:17 237:11
transfer 38:10,11
41:11,14
transferred 38:6
41:17 42:5,13,23
185:23 195:13
202:3,6
transfers 41:18
43:15 186:5,10,15
195:4
transmitting
144:17 145:4
treated 10:7,10
13:3,13,16 15:15
74:4 190:15
treating 12:2,6,21
15:10 17:7 225:14
treatment 11:16
12:14 13:22 14:3
14:9 15:7,23 17:1
65:23 66:7 67:3
68:9
trial 2:18
trick 45:9,14
troy 24:13,22
true 71:3 80:5
99:16 218:1
237:10
truitt 166:10,16,23

167:3 169:12
179:5,7,10,15,19
180:15 181:4,10
183:5
trust 46:17 175:19
176:4
truth 70:23 215:1
try 59:7,10 71:9
116:17,18,20
125:9 227:16
trying 45:9,14
53:12 71:2 74:8
107:19 125:16
154:14 208:2
215:11,15
tucker 16:11,15,20
17:10
tuckers 17:1
tuesday 16:21,23
turn 11:8 58:10,14
78:17 175:4
182:19 193:16
turned 21:13 223:8
turquitt 1:20 2:5
5:1 237:20,21
tv 96:20,20,22
twice 123:7 135:3
135:10,11 194:11
two 16:23 21:7
34:12 66:20,23
69:17,22 106:22
117:7,8,9,17
118:17 124:18
125:18 131:10
148:1 152:22
182:1 207:8,14
216:21,23 217:7
twopage 168:14
type 42:12 66:2
92:12,13 116:18
138:12,16 142:5
155:12
types 20:4,6 93:5
107:16 195:16
typewriting 237:9

_____
**U**
u 2:1

uhhuh 6:18 15:18
39:5 65:18 67:9
72:15 73:20 126:7
128:22 132:4
135:9 190:9
uhhuhs 7:13
uhuh 7:13
ultimately 194:14
194:17
unable 197:3
unbecoming
152:17,23 153:7
unclear 32:14
underage 179:11
undercover 9:8,11
undergo 28:16
undergoing 201:20
understand 8:2,3,8
8:12 38:1 46:21
47:4,6,7 60:9
105:10 137:13
140:19 148:21
211:13,16,19
212:2 227:22
230:20
understanding
77:9 79:1 90:1,5,8
90:9,9,12,17,22
91:6,14,16,17
92:8,11
understood 144:9
unduly 74:6
unfairly 190:15
unit 34:7 42:23
united 1:1 5:6
university 24:13,22
unknown 106:18
unlawful 207:15
unlawfully 207:8
unquote 58:23 63:4
218:19
unresponsive 228:4
unsure 189:16
untrue 70:22 215:3
215:4 217:9
untruthful 230:17
unwritten 137:6
urgent 128:10,15

use 59:1 129:16
144:18 145:5
218:2,7
utilize 217:23

_____
**V**
valid 62:19 63:4
66:4 83:3
various 20:2 25:17
170:16
vehicle 129:23
130:8
vehicles 129:10,17
verbal 7:12 104:16
verbally 73:23
verify 31:8 144:11
144:12 157:14
223:23 225:1
vest 83:13 136:23
vests 82:7 83:6
veterans 202:14
203:16 204:2,13
204:17 205:21
209:8 212:7,11,22
vicinity 66:22
victim 74:7
viewing 144:16
145:3,20 146:5
violated 206:14
207:10
violation 54:18
57:13
violence 55:3,10,22
93:9 96:15 113:12
visit 16:20
visited 13:7 15:17
135:7,10
visits 16:1,4
voice 21:18,21 22:3
voiced 216:15
voted 84:7
vs 1:9

_____
**W**
wait 70:4 192:17
waived 2:9
walked 179:15,16
wallace 24:5

want 6:15 7:21
24:18 38:2,2
45:10,11,12 46:22
47:3,4,8 48:9
63:14 65:3,4 67:6
67:10 91:18,20
98:1 106:13 107:1
107:5 119:2
123:15 139:22
156:23 158:21
160:18 166:20
173:11 181:11
194:20 199:4,5
209:5 217:20
226:13 227:6,9,13
wanted 65:23 66:5
195:8 234:17
war 203:4,6
warning 167:22
warrant 182:13
wasnt 26:11 31:11
53:9 63:23 71:2
110:3 120:16
124:20,20 125:3
128:16 206:16,18
206:20 207:3
218:3 219:15
225:13 236:1
wastewater 65:22
66:6 67:3 68:9
watch 95:16
watched 75:9
watching 74:16
75:11,14 208:16
208:19
water 37:14
waves 63:20 64:15
64:20 65:2
way 12:15 16:1
17:2 19:7 36:1
53:16 56:10 74:1
82:18 87:3 93:17
141:22 147:1
150:19 181:19
192:13 204:3
215:17 218:17
ways 14:9,12
weapon 57:6,8,12

wear 82:7 136:21
web 23:2
wendell 85:20,21
  86:1,16
went 27:5 30:5 78:6
  99:19 175:22
  179:14,20 180:8
  215:8
white 51:4,22 187:4
  187:7 207:7,23
  225:14,16
willing 228:23
  229:12
wilson 67:11 68:23
  69:3
wilsons 69:5
wiregrass 105:13
  105:20
wish 129:8
witness 2:9 5:11
  7:8 11:10 27:13
  37:14 227:18,20
  228:10 237:12
woman 67:2 68:9
wont 24:2
word 35:18,20
  91:12 99:21,21
  199:16,16
words 114:15,17
  200:8,9,15 235:3
work 39:1 40:2,5
  40:11 94:12,17
  105:2,14 106:7,13
  106:14 107:2,2
  184:10 188:10
  200:19 227:4,4,8
  228:23
workforce 46:20
working 9:8 49:1
  61:21 195:16
  215:13
works 65:21
worn 227:15
wouldnt 61:8 107:1
  115:12 130:6
  172:20
wrap 227:8,12
write 59:7

writing 143:8,14
  165:23
written 19:8 77:20
  81:22 148:7 166:6
  167:21 176:14
  211:9
wrong 18:23 22:1
  27:2 39:12 45:8
  61:4 91:9 99:3
  151:13
wrote 200:15

**X**

x 4:1
xanax 15:3

**Y**

yahoo 23:4
yall 59:15 69:21
  76:20 125:21
  188:13 189:21
  222:19
yeah 32:18 35:20
  135:13 169:1
  224:2
year 9:6,6 24:7,14
  24:16 27:20 28:5
  28:12 32:1 65:10
  66:16 72:13 76:20
  118:17
years 10:11 11:16
  12:9 17:13 52:4
  53:13 66:18,20
  67:1 91:3 108:15
  118:10 159:10
  162:2 212:18
young 180:5,5

**Z**

zoloft 14:22 15:3

**0**

00 4:5
0198 175:5 176:2
03 237:23
05 5:10
09 237:21

**1**

1 1:5 4:3 10:17,20
  18:5 197:18
10 4:3,5,11 26:1
  99:20 157:15,17
100 9:6 31:13 67:5
  83:1,20 119:14
  124:7 135:14
  170:21 171:14
  182:21 205:5,23
  206:4,22 211:2
  213:3 215:19,20
  216:19
10041 4:9 149:16
  151:20
10050 4:10 152:8
  152:13 156:16
1097 174:16
11 4:12 158:3,5
  159:8 160:4,6,9
  160:13,14,21
  161:2,4,7,9,10
1101 175:5,13,14
  176:21
1102 185:2
1103 10:3
11th 29:20 30:13
12 4:5,13,15 99:20
  159:22 160:1
  161:13,23 237:23
121 3:7 5:8
13 4:14,14,20 11:8
  18:5 164:1,2,11
  164:17 196:14
  221:4
139 4:7
14 4:14 99:20
  168:10,14,17
142 4:8
146 4:9
14cv00592mhtsrw
  1:5
15 4:15 15:3 22:16
  153:13 169:19,20
  170:5 171:19
  173:4,13,18
  174:15 237:21
150 4:10
157 4:11

158 4:12
159 4:13
16 1:18 4:16 5:9
  185:16,19 186:4
  237:23
162 237:21
164 4:14
168 4:14
169 4:15
16yearold 178:22
174 4:17 18:6 195:22
  196:2,8 198:3
18 4:18 11:12
  196:19,22 197:13
  198:12,16 199:2
  200:3,14 210:8
  211:6,7,8,11
185 4:16
18th 9:17
19 4:19 9:6 22:16
  164:8,9,10 210:16
  210:17 211:5,12
195 4:17
196 4:18
1963 9:17
1985 28:8,14 29:21
  30:13
1990 31:6,11,15,20
  31:22 32:1

**2**

2 4:4,15 29:2,10
  32:22 98:12,19
  153:12,12 178:21
  178:21 197:21
  198:6 199:7,12
  200:2
20 4:20 182:22
  213:4,7,11,16
  216:22 217:19
2000 41:6 51:6
  98:17
20030 4:11 157:21
20042h 4:8
2006 32:5,9,17,18
2007 140:14
2008 72:13 76:7,10
  76:12 79:19 80:17

88:1 90:14 191:22
2009 65:11 140:17
2010 33:2,4,23
  39:21 41:7,8
  144:4,4 217:5
2011 173:19,23
2012 50:8 79:21
  140:17 166:5,18
  167:23 168:16
  169:13,22 174:17
  174:21 176:11,19
  185:3,10 220:15
2013 76:17 88:4
  99:2 130:21 131:3
  131:7 134:8,17,21
  165:13 185:22
  186:6 196:17
  198:7 199:22
  200:20,23 201:3
  201:10 209:20
  213:19 214:8
  219:5 221:1
  229:21 230:3,23
  234:8
2014 1:18 5:10
  72:14 76:12 81:10
  214:1
21 4:14,21 219:8,11
  220:12
210 4:19
213 4:20
219 4:21
21st 165:13
22 4:21 226:7,10
  229:20
226 4:21
23 4:22 232:23
  233:3 234:3,4
  235:23
232 4:22
233 4:23
23rd 230:2
24 4:23 233:22
  234:2,11,12
  235:23
2400 3:15
24th 33:2
25 81:17

**25th** 229:21 230:3
 230:23
**26** 4:5 50:8
**27** 4:5 52:4
**27th** 51:6 98:17
 186:6
**28** 53:12 159:10
 162:2
**28year** 226:22
**29** 4:4

**3**
**3** 4:5 49:19,20 50:7
 143:13 144:13
 147:19 148:8
**30** 178:21 237:21
**31st** 32:9
**35203** 3:16
**35242** 3:8

**4**
**4** 4:5 50:22,23 51:4
 98:16 196:14
**4283** 9:20
**475** 197:17,23
**49** 4:5

**5**
**5** 4:2,6 97:14,17
 98:10,22 99:6,12
 99:14 101:14
 197:18,21 198:6
 199:7,7,7,12
 200:2 236:6
**50** 4:5 81:15,19
**54** 236:6

**6**
**6** 4:7,20 11:5
 139:14,17 140:8

**7**
**7** 4:5,8,14 25:23
 142:13,16,22
 143:4,7,13 144:13

**8**
**8** 4:9 26:14 146:8
 146:11 147:22

 150:12 151:19
 196:14
**86** 28:14
**8th** 196:17 198:7

**9**
**9** 4:10 5:10 150:22
 151:1 152:7,12,22
 154:12
**91** 9:7
**97** 4:6 191:21
**9th** 199:22

Page 238

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

CIVIL ACTION NUMBER

1:14-CV-00592-MHT-SRW

IVAN KEITH GRAY,

    PLAINTIFF,

VS.

CITY OF DOTHAN,

    DEFENDANT.

VOLUME TWO

CONTINUATION OF THE DEPOSITION OF IVAN KEITH GRAY

TUESDAY, JANUARY 20, 2015

---

Page 239

1       S T I P U L A T I O N
2       IT IS STIPULATED AND AGREED by and between
3   the parties through their respective counsel,
4   that the continuation of the deposition of IVAN
5   KEITH GRAY, may be taken before Donna Winters,
6   Commissioner and Notary Public, State of Alabama
7   at Large, at the law offices of Edwards Law, LLC,
8   121 Edenton Street, Birmingham, Alabama 35242, on
9   the 20th day of January, 2015 commencing at 1:00
10  p.m.
11  CONTINUATION OF THE DEPOSITION OF IVAN KEITH GRAY
12
13
14
15
16
17
18
19
20
21
22
23

---

Page 240

1       IT IS FURTHER STIPULATED AND AGREED that
2   the signature to and the reading of the
3   deposition by the witness is waived, the
4   deposition to have the same force and effect as
5   if full compliance had been had with all laws and
6   rules of Court relating to the taking of
7   depositions.
8       IT IS FURTHER STIPULATED AND AGREED that it
9   shall not be necessary for any objections to be
10  made by counsel as to any questions, except as to
11  form or leading questions, and that counsel for
12  the parties may make objections and assign
13  grounds at the time of the trial, or at the time
14  said deposition is offered in evidence or prior
15  thereto.
16      IT IS FURTHER STIPULATED AND AGREED that
17  notice of filing of this deposition by the
18  Commissioner is waived.
19      In accordance with Rule 5(d) of Alabama Rules
20  of Civil Procedure, as amended, effective May 15,
21  1988, I, Donna Winters, am hereby delivering to
22  Stephanie H. Mays, Esquire, the original
23  transcript of the oral testimony taken on the

---

Page 241

1       20th day of January, 2015, along with exhibits.
2       Please be advised that this is the same and
3   not retained by the Court Reporter, nor filed
4   with the Court.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 242

1  E X H I B I T S
2  EXHIBIT PG DESCRIPTION
3  DX-25 247 Audio recording, Bates 001560
4  DX-26 253 Photograph
5  DX-27 256 Photograph
6  DX-28 258 Photograph
7  DX-29 260 Photograph
8  DX-30 260 Photograph
9  DX-31 263 Bama Boyz bylaws amended 2-1-2012
10 DX-32 267 Bama Boyz first set of bylaws
11 DX-33 343 1999 Dothan Eagle article
12 DX-34 354 Audio recording of meeting with Steve
13 Parrish
14
15
16
17          I N D E X
18 EXAMINATION BY: PAGE NUMBER
19 Ms. Mays       244 - 383
20                402 - 409
21                412 - 412
22 Ms. Edwards    384 - 402
23                409 - 412

Page 243

1  A P P E A R A N C E S :
2  EDWARDS LAW, LLC, by Ms. Sonya C. Edwards,
3  121 Edenton Street, Birmingham, Alabama 35242,
4  appearing for the Plaintiff.
5  MAYNARD, COOPER & GALE, by Ms. Stephanie H.
6  Mays and Ms. Tiffany P. Rainbolt, 2400
7  Regions/Harbert Plaza, 1901 Sixth Avenue North,
8  Birmingham, Alabama 35203, appearing for the
9  Defendant.
10
11 I, Donna Winters, a Court Reporter of
12 Birmingham, Alabama, acting as Commissioner, and
13 a Notary Public for the State of Alabama at
14 Large, certify that on this date, as provided by
15 Rule 30 of the Alabama Rules of Civil Procedure,
16 and the foregoing stipulation of counsel, there
17 came before me, IVAN KEITH GRAY, witness in the
18 above cause, for oral examination, whereupon the
19 following proceedings were had:
20
21        IVAN KEITH GRAY,
22 having been first duly sworn, was examined
23 and testified as follows:

Page 244

1  COURT REPORTER:  Usual stipulations?
2  MS. MAYS:  Yes.
3  MS. EDWARDS:  Yes, except we would like to
4  reserve objections for summary judgment as well
5  as trial.  I think the usual stipulations,
6  reserve objections for trial and also for summary
7  judgment.
8
9  CONTINUED EXAMINATION BY MS. MAYS:
10 Q.  Mr. Gray, I am showing you what was
11 previously marked as Defendant's Exhibit 24 to
12 your deposition.  Did you receive a copy of this
13 memo from Darryl Mathews to you, that's dated
14 September 18, 2013, the subject being Findings of
15 EEO Investigation of Alleged Racial
16 Discrimination and Federal Consent Decree
17 Violations against Supervisor Major Steve
18 Parrish, Dothan Police Department?
19 MS. EDWARDS:  Before you answer, just take
20 a moment to read it.
21 A.  (Witness complies.)  Yes, I remember
22 receiving that.
23 Q.  Is this a true and accurate copy of the

Page 245

1  memo that you received?
2  MS. EDWARDS:  I don't want you to guess.
3  THE WITNESS:  I know.  I'm just getting
4  together my words.
5  A.  If I had my copy to compare to this, I
6  could say that it is.  It appears that it is.  I
7  don't have my copy that I received to compare to
8  this to make sure word-for-word everything is
9  right, is one hundred percent true and accurate,
10 I guess that's what I'm trying to say.  I don't
11 have my copy.  It appears to be a document that
12 I've seen that came from Darryl Mathews, this
13 memorandum appears to be.
14 Q.  Do you have any reason to dispute that this
15 is a true and accurate copy?
16 A.  For the record, I'm really not trusting the
17 police department and their records based on
18 what -- the reason I'm here today, because I
19 don't -- I don't agree with several things that's
20 in a lot of their records and their
21 documentation, so I'm just cautious and would
22 want to be one hundred percent sure in comparing
23 what I have to what you're putting before me.

2  (Pages 242 to 245)

Freedom Court Reporting                877-373-3660

Page 246

1  Q.  Do you have a copy of this memo in your
2  possession?
3  A.  Right now, today?
4  Q.  You said that you received a copy of this
5  memo; is that right?
6  A.  Yes.
7  Q.  Where is the copy of the memo that you
8  received?
9  A.  It's at my house.
10  Q.  Have you provided a copy of that memo to
11  your attorney?
12  A.  Yes.
13  Q.  Do you know when the City of Dothan learned
14  about Bama Boyz receiving the blessing of another
15  motorcycle club?
16  A.  No.
17  Q.  Have any evidence that would suggest that
18  they learned about it prior to August 25, 2013?
19  A.  I don't know when they've learned.
20  Q.  Do you recall being asked about an audio
21  recording of a talk that you gave to prospects of
22  Bama Boyz by the IA investigators?
23  A.  Could you repeat that again?

Page 247

1  Q.  Sure.  That was a bad question.  Do you
2  recall being asked by the IA investigators about
3  a talk that you gave to some prospects to the
4  Bama Boyz?
5  A.  Yes.
6  (Whereupon, Defendant's Exhibit Number 25
7  was marked for identification, a copy of which is
8  attached to the original of the transcript.)
9  MS. MAYS:  I am going to mark this disc as
10  Exhibit 25 to your deposition.
11  MS. EDWARDS:  I object.  What disc?
12  MS. MAYS:  It's a disc that is an audio
13  recording, and I'll ask him questions about it,
14  but it contains his voice and him talking to
15  prospects.  It was used as a part of the Internal
16  Affairs investigation, and he was questioned
17  about it at that time.
18  MS. EDWARDS:  Well, I'm going to object to
19  it as lacking foundation.  He can't testify to
20  something that lacks a foundation.
21  MS. MAYS:  I haven't even asked him
22  foundational questions, other than whether he was
23  asked about the recording, which he said yes.  So

Page 248

1  I'm going to play the recording and ask him some
2  additional questions about it.
3  MS. EDWARDS:  I'm sorry.  What is this
4  recording or where did it come from?
5  MS. MAYS:  I have marked as Defendant's
6  Exhibit 25 an audio recording that's a part of
7  the documents that we've produced as a part of
8  the IA investigation file.  He was asked about
9  the audio recording as part of the investigation
10  by the IA investigators.
11  MS. EDWARDS:  But no one is here to lay a
12  foundation for this recording for him to be able
13  to testify to it.  I mean, we don't know that
14  this is an accurate recording for him to be able
15  to testify to.
16  MS. MAYS:  I haven't even asked him
17  questions about it yet.
18  MS. EDWARDS:  I know.  But what you're
19  asking him questions off of is an exhibit that
20  has no foundation.
21  MS. MAYS:  Are you instructing him not to
22  answer, or can I proceed to ask him questions
23  about them?

Page 249

1  MS. EDWARDS:  Well, I just wanted to make
2  my objections for the record.
3  MS. MAYS:  Your objections are on the
4  record.
5  MS. EDWARDS:  That he is basically
6  testifying to an audio recording that we don't
7  know who made it, where it came from, the chain
8  of custody of the disc, whether it has ever been
9  edited, or anything else about its reliability.
10  MS. MAYS:  Your objections are on the
11  record.
12  Q.  I'm going to play a portion of this audio
13  recording and ask you whether this is your voice
14  on the audio recording?
15  (Whereupon, at this time, the audio
16  recording was played.)
17  UNKNOWN MALE VOICE:  Following in front of
18  the OMC is the MC, which is motorcycle club.
19  Following in front of the MC is the RC.  That's a
20  riding club.  Following in front of them, you're
21  going to have your PO, which is the property of,
22  for your support.  Now, your SC comes right up
23  under your MC, okay?  So SC comes right up under

Page 250

1    the MC. Starting at the very top, OMC, Outlaw
2    Motorcycle Clubs are one-percenters.
3    Q.   Mr. Gray, is that your voice on this audio
4    recording that I just played?
5    A.   Yes.
6    Q.   And did you in fact make the statements
7    that were made on this audio recording?
8        MS. EDWARDS:  Object to the form.
9    A.   Yes.
10   Q.   I'm going to play another portion of this
11   audio recording.  I have fast-forwarded to begin
12   approximately seven minutes and 29 seconds --
13       MS. EDWARDS:  Excuse me.  Can we go off the
14   record for one second?
15       (Whereupon, at this time a short break was
16   taken from 1:10 until 1:35 p.m.)
17       MS. EDWARDS:  I just move to strike that on
18   the record for lack of foundation.  It has not
19   been authenticated.
20       MS. MAYS:  Plaintiff's counsel and
21   Defendant's counsel have talked about reserving
22   time, reserving an opportunity to ask Mr. Gray
23   questions about audio recordings that have been

Page 251

1    produced by defendant previously in this case,
2    although Defendant's counsel is frustrated that
3    plaintiff alleges that he has not had an
4    opportunity to review the audio recordings that
5    have been previously produced, and this
6    particular audio recording was referenced during
7    the first part of his deposition.  Defendants
8    reluctantly will agree to depose him on audio
9    recordings that have been produced by the
10   defendant in this case at a later time.
11       MS. EDWARDS:  And plaintiff would just like
12   to note for the record that Mr. Gray will testify
13   to audio recordings that have been authenticated.
14   So to the extent that the defendant can
15   authenticate the recordings that it produced
16   during discovery, we will allow defendants
17   additional time to allow Mr. Gray to testify to
18   those recordings at that time, once the
19   recordings are authenticated.
20       MS. MAYS:  Just for the record, it was my
21   understanding that what we agreed to was that I
22   could ask him about these audio recordings at a
23   later date.  There weren't caveats that

Page 252

1    included being authenticated, that I could ask
2    him about these audio recordings after he had an
3    opportunity to review them in full.
4        MS. EDWARDS:  Yes.  And after we discussed
5    that, Mr. Bennett, my co-counsel, and I discussed
6    it, and we just question why defendant wouldn't
7    be able to authenticate them prior to questioning
8    him about the recordings the next time.  Is it a
9    problem authenticating the recordings?
10       MS. MAYS:  Sonya, I asked him about the
11   recordings previously, when we first started
12   taking his deposition in October, and he
13   testified that if he could hear it, then he could
14   tell me whether or not those were things that he
15   had said.  And those were the questions that I
16   was asking him, whether he had made specific
17   statements.  Those were questions that I was
18   asking him in October.
19       MS. EDWARDS:  But that doesn't authenticate
20   these audio recordings.
21       MS. MAYS:  I'm asking him about specific
22   statements that he made.
23       MS. EDWARDS:  You can ask him about whether

Page 253

1    he made specific statements, but he can't
2    authenticate a recording that lacks foundation.
3        MS. MAYS:  That's not what he testified
4    about earlier.
5        MS. EDWARDS:  Well, he never laid a
6    foundation about any recording that defendant has
7    produced in this case that he has not made
8    himself.
9        MS. MAYS:  We can come back to that issue.
10       (Whereupon, Defendant's Exhibit Number 26
11   was marked for identification, a copy of which is
12   attached to the original of the transcript.)
13   Q.   I'm showing you what I've marked as
14   Defendant's Exhibit 26.  Do you recognize this
15   photo?
16   A.   Yes.
17   Q.   Can you tell me who is in this photo,
18   starting from the left?
19   A.   Rashawn Glanton.  The next person is
20   Stoney, but I don't remember -- Stoney Brunson.
21   The next one is me, Keith Gray; the next one is a
22   juvenile, Keon Snell.  I say juvenile, I don't
23   know actually what age he is.  Marcus Rivers,

4  (Pages 250 to 253)

Page 254

1    Walter Parrish, Keith Snell, Walter Kinsey.
2    Q.   Do you know when this photo was taken?
3    A.   No.
4    Q.   Do you know at what event this photo was
5    taken?
6    A.   It was a funeral.
7    Q.   Who was it a funeral for?
8    A.   I don't know.
9    Q.   Had you and the other folks identified in
10   this photograph attended that funeral?
11   A.   I don't understand your question.
12   Q.   You said the occasion at which this photo
13   was taken was a funeral?
14   A.   Correct.
15   Q.   Had you attended the funeral?
16   A.   Yes.
17   Q.   On the right-hand side of this photograph,
18   there is some writing that states, "Our first
19   Outcast RIP patch presented to Bama Boyz
20   Motorcycle Club by Big O." Did I read that
21   correctly?
22   A.   Yes.
23   Q.   And are the individuals in this photograph

Page 255

1    in fact holding a Rest in Peace patch?
2    A.   Yes.
3    Q.   And had that patch been presented to the
4    members of Bama Boyz by Big O?
5    A.   No.
6    Q.   Who presented the Rest in Peace patch to
7    the Bama Boyz?
8    A.   Big O gave me the patches.
9    Q.   And did you in turn give them to the other
10   members of Bama Boyz who had attended the
11   funeral?
12   A.   Yes.
13   Q.   What do the Rest in Peace patches mean?
14        MS. EDWARDS:  Object to the form.
15   A.   They mean to me, it's a symbol of
16   remembrance of someone that died.
17   Q.   Do you know why Big O gave you the patches?
18   A.   No.
19   Q.   The person whose funeral that you attended,
20   was that person a member of Outcast?
21   A.   I don't know for sure.
22   Q.   Why did you and other members of Bama Boyz
23   attend the funeral?

Page 256

1    A.   Because we were there at a different event.
2    We didn't know anything about a funeral.
3    Q.   Did Big O say anything to you when he gave
4    you a Rest in Peace patch?
5    A.   He asked me how many people were there with
6    Bama Boyz.
7    Q.   Who is Big O?
8    A.   He's a member of the Outcast Motorcycle
9    Club.
10        (Whereupon, Defendant's Exhibit Number 27
11   was marked for identification, a copy of which is
12   attached to the original of the transcript.)
13   Q.   I'll show you what I've marked as
14   Defendant's Exhibit 27.  Do you recognize this
15   photograph?
16   A.   Yes.
17   Q.   Who is in this photograph?
18   A.   Myself and the person I know as Big O.
19   Q.   When was this photograph taken?
20   A.   I'm not certain.
21   Q.   Do you have any idea when the photo was
22   taken?
23   A.   No.

Page 257

1    Q.   Was it taken during a specific event?
2    A.   Yes.
3    Q.   What event was that?
4    A.   It was one of Bama Boyz' anniversary
5    parties.
6    Q.   Where was that party held?
7    A.   At Club 334 Live in Dothan.
8    Q.   Do you recognize the patches on Big O's
9    vest?
10   A.   The majority of them.  Several of them
11   resemble the RIP patch as depicted on 26.  I
12   don't know what the one is down here towards the
13   center, and I can't see that one in its entirety
14   at the top; but I see part of it, and I can't
15   determine what that is above his arm right there.
16   I don't know what kind of patch that is either,
17   and I don't know if that's a patch either on the
18   other side, on the top left.  I'm not sure what
19   the patch is up under his arm either, right
20   there.
21   Q.   The one that looks like a cross with some
22   wording?
23   A.   No, I already mentioned that one, but the

Page 258

```
 1    one right above it that's covered up.
 2    Q.   It looks like a half-moon sticking from
 3    under his arm; is that the one you're referring
 4    to?
 5    A.   Kind of like that, yes.
 6    Q.   And you don't know what that one refers to?
 7    A.   No.
 8    Q.   But there are several; and if I count them,
 9    one, two above his arm that resemble the Rest in
10    Peace patch?
11    A.   Correct.
12        (Whereupon, Defendant's Exhibit Number 28
13    was marked for identification, a copy of which is
14    attached to the original of the transcript.)
15    Q.   Let me show you what I've marked as
16    Defendant's Exhibit 28.  Do you recognize this
17    photo?
18    A.   Yes.
19    Q.   Who is in this photo?
20    A.   On the left?
21    Q.   Starting from the left.
22    A.   Danny Temmis; the next one is Walter
23    Kinsey; the next one is Big O.  I don't know the
```

Page 259

```
 1    name of the one that's bent down backwards in
 2    front of him.  The next one is Marcus Rivers; the
 3    next one is Walter Parrish; the next one is
 4    myself; next one is Stoney Brunson; next one is
 5    Chrysantheum Flucker; the next one is Kenneth
 6    Oliver.
 7    Q.   When was this photograph taken?
 8    A.   The same day that 27 was taken, whenever
 9    that was.
10    Q.   So the same day that Defendant's Exhibit 27
11    was taken at the Bama Boyz' anniversary party; is
12    that right?
13    A.   Correct.
14    Q.   Are Danny Temmis, Walter Kinsey, Marcus
15    Rivers, Walter Parrish, Stoney Brunson, and
16    Kenneth Oliver all members of Bama Boyz?
17    A.   They were.  So is Chrysantheum Flucker, or
18    was Chrysantheum Flucker.
19    Q.   And the person who is bent down who is
20    facing backwards, who has on a vest that says
21    Outcast Property of Alabama, is that person a
22    member of the Outcast Motorcycle Club?
23    A.   I can't make an assumption.  I don't know.
```

Page 260

```
 1        (Whereupon, Defendant's Exhibit Number 29
 2    was marked for identification, a copy of which is
 3    attached to the original of the transcript.)
 4    Q.   I'll show you what is marked as Defendant's
 5    Exhibit 29.  Do you recognize this photograph?
 6    A.   Yes.
 7    Q.   And what is this a photograph of?
 8    A.   A motorcycle and a Bama Boyz motorcycle
 9    vest.
10        (Whereupon, Defendant's Exhibit Number 30
11    was marked for identification, a copy of which is
12    attached to the original of the transcript.)
13    Q.   I'll show you what I've marked as
14    Defendant's Exhibit 30.  Do you recognize this
15    photograph?
16    A.   Yes.
17    Q.   And what is that photograph of?
18    A.   A Bama Boyz motorcycle vest.
19    Q.   In Defendant's Exhibit 30, at the top where
20    it says Bama Boyz, is that called a rocker?
21    A.   I'm not one hundred percent certain.
22    Q.   Is there significance to having -- tell me
23    what the significance of the patches are on the
```

Page 261

```
 1    Bama Boyz vest.
 2        MS. EDWARDS:  Object to the form.
 3    A.   The significance would be the speculation
 4    for someone, for anyone looking at it.  Your
 5    significance may be different from my
 6    significance.
 7    Q.   Is there a reason that Dothan, Alabama is
 8    on the vest?
 9    A.   Yes.
10    Q.   And what is that reason?
11    A.   That indicates where your bike club is
12    located, basically, but not always.
13    Q.   Is there any other reason to have Dothan,
14    Alabama on the vest?
15    A.   Not that I can recall right now.
16    Q.   Have you ever heard of the Law Dogs
17    Motorcycle Club?
18    A.   Yes.
19    Q.   What do you know about the Law Dogs
20    Motorcycle Club?
21    A.   I know a member that was in the Law Dogs
22    Motorcycle Club, Adrian Woodruff.
23    Q.   Is it your understanding that in general
```

6 (Pages 258 to 261)

Page 262

1    members of the Law Dogs Motorcycle Club are law
2    enforcement officers?
3    A.   I don't know that for sure.
4    Q.   Were the Bama Boyz in any way associated
5    with the Law Dogs?
6    A.   No.
7    Q.   Have you ever seen a copy of the Law Dogs
8    Motorcycle Club's bylaws?
9    A.   Yes.
10   Q.   Under what circumstances did you see a copy
11   of those bylaws?
12   A.   Sergeant Woodruff gave me -- provided a
13   copy of their bylaws.
14   Q.   Who drafted the bylaws for Bama Boyz?
15   A.   My founding executive board.
16   Q.   Who is on the founding executive board?
17   A.   I am. Let me clarify that last question.
18   The initial -- I can't recall. The first draft
19   of our bylaws, I drafted, but I don't recall if I
20   had any help or not on that one. The second one,
21   myself -- I'm not certain who was on the founding
22   executive board when that one was drafted. I'm
23   trying to split hairs and trying to think of who

Page 263

1    actually was on the founding executive board when
2    that one was drafted, so I can't say for
3    certainty who was on the board, who was on the
4    board at that time.
5    Q.   So am I right that you made the first draft
6    of the bylaws, and then the founding executive
7    board assisted you with the second draft?
8        MS. EDWARDS: Object to the form.
9    A.   I said on the first draft, I know that I
10   did, but I wasn't sure if anyone else assisted on
11   the first one, is what I thought I said. The
12   second one, as I said, was me, and I'm not for
13   certain who was on the founding executive board
14   at the time that we amended it.
15   Q.   Did you use the Law Dogs Motorcycle Club's
16   bylaws as an example when drafting the Bama Boyz'
17   bylaws?
18   A.   Yes.
19       (Whereupon, Defendant's Exhibit Number 31
20   was marked for identification, a copy of which is
21   attached to the original of the transcript.)
22   Q.   I'll show you what I've marked as
23   Defendant's Exhibit 31.

Page 264

1        MS. EDWARDS: I think we may have just a
2    little bit of -- just for the record, on
3    Defendant's Exhibit 31, it appears that the first
4    three pages may have been duplicated. We have a
5    cover page that is marked Gray Bates number 88,
6    we have a number 2 that is not Bates-stamped, and
7    number 3 that is not Bates-stamped, and then it
8    starts over. So it appears it was just a copying
9    error.
10       MS. MAYS: Okay.
11   Q.   Let me know when you've had an opportunity
12   to review the entire document.
13   A.   (Witness complies.) Okay.
14       MS. EDWARDS: Can we take a quick break
15   while he's reviewing that?
16       MS. MAYS: Sure.
17       (Whereupon, at this time a short break was
18   taken from 2:07 p.m. until 2:11 p.m.)
19   Q.   Do you recognize the document that has been
20   labeled as Defendant's Exhibit 31?
21   A.   Yes.
22   Q.   What is that document?
23   A.   It appears to be the bylaws that we amended

Page 265

1    February 2012.
2    Q.   Will you look with me on page 13? Under
3    Article 11.1: Code of Conduct, it states, "At all
4    time, members shall act in a manner so as not to
5    bring discredit upon the club or its members.
6    Members shall act in a manner that is consistent
7    with the actions and behaviors of professional
8    law enforcement officers." Did I read that
9    correctly?
10   A.   You did.
11   Q.   Was that a part of the bylaws for the Bama
12   Boyz?
13   A.   No.
14   Q.   On that same page, Article 11.2: Outlaw and
15   Associate Clubs, it states, "No member of the
16   LDMC shall wear a support shirt of any other
17   motorcycle club while wearing Law Dogs Motorcycle
18   Club colors. No member of the LDMC shall wear a
19   support shirt of any Outlaw Motorcycle Club at
20   any time. No member of the LDMC will at any time
21   visit or frequent any establishment where it is
22   known that an Outlaw Motorcycle Club maintain a
23   presence, or gain economic benefit, or during any

Page 266

1    Outlaw functions, meetings, or benefits. Any
2    violation of this section will be cause for
3    immediate termination from the Law Dogs
4    Motorcycle Club, Incorporated." Did I read that
5    correctly?
6    A.   You did.
7    Q.   And was that section, Article 11.2, a part
8    of the Bama Boyz Motorcycle Club bylaws?
9    A.   To clear up my previous answer, this is
10   contained within what we know as the Bama Boyz
11   Motorcycle Club bylaws. As you can clearly see,
12   everything had not been completed as relates --
13   or some things were overlooked, and what have
14   you. So yes to your answer that they're a part
15   of these bylaws. They're a part of it, but these
16   are also -- everything wasn't -- things weren't
17   deleted from Bama Boyz in its entirety. I guess
18   that's about the best way I can explain it.
19   Q.   Just so I understand clearly, Article 11.1:
20   Code of Conduct, that section did apply to the
21   Bama Boyz Motorcycle Club?
22   A.   No.
23   Q.   It's your testimony that that section --

Page 267

1    let me ask a clearer question. Did Article 11.1:
2    Code of Conduct apply to the Bama Boyz Motorcycle
3    Club?
4    A.   No.
5    Q.   Did Article 11.2: Outlaw and Associate
6    Clubs apply to the Bama Boyz Motorcycle Club?
7    A.   No, it didn't. It also has Law Dogs up
8    under there.
9    Q.   Do you know whether sections 11.1 and 11.2
10   are actually contained in the Law Dogs Motorcycle
11   Club's bylaws?
12   A.   Without seeing them again right now, I
13   can't say for certain.
14        (Whereupon, Defendant's Exhibit Number 32
15   was marked for identification, a copy of which is
16   attached to the original of the transcript.)
17   Q.   I'll show you what I've marked as
18   Defendant's Exhibit 32. Please let me know when
19   you've had a chance to review it.
20   A.   Okay. (Witness complies.) Okay.
21   Q.   Do you recognize the document that's been
22   marked as Defendant's Exhibit 32?
23   A.   Yes.

Page 268

1    Q.   What is this document?
2    A.   It's the first set of bylaws for Bama Boyz.
3    Q.   And are these the bylaws that you
4    drafted -- let me rephrase that. Are these the
5    bylaws that you assisted with drafting for the
6    Bama Boyz?
7    A.   Yes.
8    Q.   Defendant's Exhibit 31, was that the second
9    set of bylaws for Bama Boyz?
10   A.   Yes, ma'am.
11   Q.   Do you know of any other Dothan police
12   officers who are members of motorcycle clubs?
13   A.   Yes.
14   Q.   Would you provide me the names of the
15   Dothan police officers who you know of who are
16   members of motorcycle clubs?
17   A.   Adrian Woodruff, Chris Watson, Taiwann
18   Truitt, Bradford Baum.
19   Q.   Say that name again, please.
20   A.   Bradford Baum. I'm not one hundred percent
21   sure if he's still in his club. I'm not one
22   hundred percent sure if Taiwann Truitt is still
23   in his club. Actually, I've been removed, so I'm

Page 269

1    not sure who are still members of any of the
2    clubs that I just mentioned. That's all that I
3    can remember right now.
4    Q.   Do you know whether Adrian Woodruff was a
5    member of her motorcycle club during the time
6    that you were employed at the City?
7    A.   I don't know for sure.
8    Q.   Do you know whether Chris Watson was a
9    member of a motorcycle club during the time that
10   you were employed at the City?
11   A.   I don't know for sure.
12   Q.   Do you know whether Taiwann Truitt was a
13   member of a motorcycle club during the time you
14   were employed at the City?
15   A.   During the time that I was employed with
16   the City?
17   Q.   Yes.
18   A.   I'm sorry. Maybe I need a break, because I
19   heard -- ask me the question one more time again.
20   Q.   Do you know whether Taiwann Truitt was a
21   member of a motorcycle club during the time that
22   you were employed by the City?
23   A.   I'm sorry. All those questions you just

8  (Pages 266 to 269)

Page 270

1    asked me, the answers are yes.
2    Q.   So during the time that you were employed
3    by the City, Adrian Woodruff --
4    A.   Those questions dealing with the motorcycle
5    club, yes.
6    Q.   Let me just ask the question for the
7    record.
8    A.   I'm sorry.  You said it in one way, and my
9    mind completely heard it a different way.
10   Q.   During the time that you were employed by
11   the City, is it your testimony that Adrian
12   Woodruff, Chris Watson, and Taiwann Truitt were
13   members of motorcycle clubs?
14   A.   Yes.
15   Q.   Was Bradford Baum a member of a motorcycle
16   club at the time that you were employed by the
17   City?
18   A.   Yes.
19   Q.   Are there any other police officers who
20   were members of motorcycle clubs during the time
21   that you were employed by the City, that you know
22   of?
23   A.   Yes.  John White.  Strike John White.

Page 271

1    Strike John White.  I don't know if he was a
2    member of a motorcycle club.  He had a
3    motorcycle.  I'm not one hundred percent sure.  I
4    believe he was in the Blue Knights Motorcycle
5    Club, but I'm not one hundred percent for sure.
6    Richard Odom.  That's all I can remember right
7    now.
8    Q.   What club was Adrian Woodruff a member of?
9    A.   Law Dogs.  I think it's presently called
10   the Iron Dragons.  That's all that I know of
11   right now.
12   Q.   What motorcycle club was Chris Watson a
13   member of?
14   A.   The Iron Pigs.
15   Q.   What motorcycle club was Taiwann Truitt a
16   member of?
17   A.   All Throttle.
18   Q.   What motorcycle club was Bradford Baum a
19   member of?
20   A.   Blue Knights.
21   Q.   What motorcycle club was Richard Odom a
22   member of?
23   A.   Iron Pigs.

Page 272

1    Q.   Are the Iron Dragons, Law Dogs, Iron Pigs,
2    and Blue Knights all law enforcement motorcycle
3    clubs?
4         MS. EDWARDS:  Object to the form.
5    A.   No, not that I know of.
6    Q.   Do you know whether the Law Dogs is a law
7    enforcement motorcycle club?
8    A.   I don't know for certain.
9    Q.   Do you know whether the Iron Dragons is a
10   law enforcement motorcycle club?
11   A.   I don't know for certain.
12   Q.   Do you know whether the Iron Pigs is a law
13   enforcement motorcycle club?
14   A.   I don't know for certain.
15   Q.   Do you know whether the Blue Knights is a
16   law enforcement motorcycle club?
17   A.   Yes.
18   Q.   Is it, in fact, a law enforcement
19   motorcycle club?
20   A.   Yes.
21   Q.   Do you know whether any of the motorcycle
22   clubs that we just mentioned, Law Dogs, Iron
23   Dragons, Iron Pigs, All Throttle, and Blue

Page 273

1    Knights were Outlaw motorcycle clubs?
2    A.   If I'm correct, you didn't mention All
3    Throttle, I didn't think you did, but repeat the
4    question.
5         (Whereupon, at this time the
6    designated portion of the testimony was read back
7    by the court reporter.)
8    A.   All right.  So All Throttle was omitted,
9    correct?  Or did I just mishear it?
10   Q.   I'll ask the question again.  Do you know
11   whether the Law Dogs was considered an outlaw
12   motorcycle club?
13   A.   I'm not for certain.
14   Q.   Do you know whether the Law Dogs was
15   considered a one-percenter club?
16   A.   I don't know.
17   Q.   Do you know whether the Law Dogs had ever
18   received a blessing from a one-percenter club?
19   A.   I don't know.
20   Q.   Do you know whether the Iron Dragons was an
21   outlaw motorcycle club or is an outlaw motorcycle
22   club?
23   A.   I don't know.

9 (Pages 270 to 273)

Page 274

1   Q.   Do you know whether Iron Dragons are a
2   one-percenter motorcycle club?
3   A.   I don't know.
4   Q.   Do you know whether the Iron Dragons ever
5   received a blessing from a one-percenter club?
6   A.   I don't know.
7   Q.   Do you know whether the Iron Pigs are an
8   outlaw motorcycle club?
9   A.   I don't know for sure.
10  Q.   Do you know whether they're a one-percenter
11  club?
12  A.   I don't know.
13  Q.   Do you know whether they've ever received a
14  blessing from a one-percenter motorcycle club?
15  A.   I don't know.
16  Q.   Do you know whether All Throttle is an
17  outlaw motorcycle club?
18  A.   I don't know for sure.
19  Q.   Do you know whether All Throttle is a
20  one-percenter motorcycle club?
21  A.   I don't know for sure.
22  Q.   Do you know whether All Throttle has ever
23  received a blessing from a one-percenter club?

Page 275

1   A.   Yes.
2   Q.   And from what one-percenter club has All
3   Throttle received a blessing?
4   A.   Outcast.
5   Q.   Do you know when All Throttle received a
6   blessing from Outcast?
7   A.   No.
8   Q.   Do you know who requested the blessing of
9   Outcast on behalf of All Throttle?
10  A.   I'm not sure.
11  Q.   Do you know whether Taiwann Truitt was a
12  member of All Throttle at the time that it
13  received a blessing from Outcast?
14  A.   I don't know.
15       (Whereupon, at this time a short break was
16  taken from 2:30 p.m. until 2:43 p.m.)
17  Q.   Were you interviewed by the IA
18  investigators, Doug McGill and Donnie Smith, on
19  the night of August 25, 2013?
20  A.   I believe that's correct.
21  Q.   Do you know whether that interview was
22  recorded?
23  A.   I don't know for certain.

Page 276

1   Q.   Have you ever worked in Internal Affairs at
2   the City of Dothan?
3   A.   Yes.
4   Q.   In your experience, was it common to record
5   interviews that were conducted by Internal
6   Affairs investigators?
7   A.   Yes.
8   Q.   Do you know how long that interview lasted
9   on August 25, 2013?
10  A.   Not specifically.
11  Q.   Do you recall who all was present during
12  that interview?
13  A.   Doug McGill, Donnie Smith, Pat Jones, and
14  myself.
15  Q.   Who is Pat Jones?
16  A.   My attorney.
17  Q.   Do you recall whether you told Mr. McGill
18  and Mr. Smith during that interview that one of
19  the reasons that you sought a blessing from
20  Outcast was that you wanted to minimize any
21  possibility of any type of implied threat by
22  anyone?
23       MS. EDWARDS:  Object to the form.

Page 277

1   A.   No, I don't recall.
2   Q.   Do you deny that you made that statement?
3   A.   I would have to hear the recording again.
4   That was a couple years ago, I think.
5   Q.   Do you recall telling Mr. McGill and Mr.
6   Smith that one-percenters are described as
7   hard-core?
8   A.   I don't recall telling him that in that
9   interview.
10  Q.   Do you have any reason to deny that you
11  told him that?
12  A.   I would need to listen to the interview
13  again to recall or refresh my recollection.
14  Q.   Have you heard or listened to a recording
15  of that interview at any time?
16  A.   No.
17  Q.   Were you interviewed by Doug McGill and
18  Donnie Smith again on September 13, 2013?
19  A.   I'm uncertain if that's the date, but there
20  was a second interview.
21  Q.   Who was present for that second interview,
22  other than you, Mr. McGill, and Mr. Smith?
23  A.   The same four inside the interview room.

Page 278

1     Q.   So you, Pat Jones, Donnie Smith, and Doug
2 McGill were present for that second interview; is
3 that right?
4     A.   Yes.
5     Q.   Do you know how long that interview lasted?
6     A.   Approximately five hours.
7     Q.   Do you know whether that interview was
8 recorded?
9     A.   I don't know.
10     Q.   Following the first interview on
11 August 25th, were you placed on administrative
12 leave with pay, pending the outcome of the
13 investigation?
14     A.   Yes.
15     Q.   I'm showing you what's been previously
16 marked as Exhibit 23 to your deposition. If you
17 will, let me know when you've had an opportunity
18 to review it.
19     A.   (Witness complies.)
20       MS. EDWARDS: I would just like to note for
21 the record that the pages are not in order as far
22 as their Bates numbers are concerned. The first
23 set of pages is Bates stamps 9 —

Page 279

1       MS. MAYS: This is a composition exhibit.
2 I'm going to ask him about the various pages to
3 identify them separately. You are correct that
4 they're not in Bates order.
5       MS. EDWARDS: Yes. Just for the record,
6 Defendant's Exhibit 23 is Bates-stamped 938
7 through 943, and then it skips to Bates stamp
8 947, 948, 949, and then it skips to Bates stamp
9 1076, and then it skips to Bates stamp 944, 945,
10 946, and then it skips to Bates stamp 951.
11     Q.   Have you had an opportunity to review the
12 documents that are contained in Defendant's
13 Exhibit 23?
14     A.   I'm doing that now.
15     Q.   Take your time.
16     A.   (Witness complies.)
17       MS. MAYS: Are we back on the record?
18       MS. EDWARDS: I didn't know we had ever
19 gone off, but that's fine. We are. Have you
20 read all of this?
21       THE WITNESS: No, I haven't read them.
22 This is my first time seeing this.
23       MS. EDWARDS: Do we need to go off the

Page 280

1 record for just a minute while he reviews this?
2 I'll leave that up to you, Stephanie.
3       MS. MAYS: Yes. I've asked that we go off
4 the record whenever he's taking time to review
5 documents.
6       (Whereupon, at this time a short break was
7 taken from 2:55 p.m. until 2:58 p.m.)
8       MS. EDWARDS: Back on the record.
9     Q.   Mr. Gray, do you recognize the documents
10 that are Bates-labeled City of Dothan/Gray 938
11 through 940 as the Disciplinary Action Report
12 that was issued to you on September 30, 2013?
13     A.   Yes. September 20, 2013, yes.
14     Q.   Do you recognize the documents that are
15 Bates-labeled 941 through 943 as a Notice of
16 Determination Hearing and Possible Disciplinary
17 Action that you received on that same date?
18     A.   Yes.
19     Q.   Was there, in fact, a disciplinary hearing
20 that was held regarding your discharge?
21       MS. EDWARDS: Object to the form.
22     A.   No.
23     Q.   Do you recall attending a determination

Page 281

1 hearing on September 23rd?
2     A.   Yes.
3     Q.   Do you recall who was present for that
4 hearing?
5     A.   Yes.
6     Q.   Who was present?
7     A.   Myself; Chief Benton; Fredrick Darryl
8 Mathews; Chris Knight; Pat Thomas; myself;
9 someone from Internal Affairs, I don't recall
10 which specific one, if not both; and I believe my
11 brother, Dwight Baker.
12     Q.   Do you know whether Pam Mosley was also
13 present at that hearing?
14     A.   She could have been.
15     Q.   Is Pat Thomas the same person as Pat Jones?
16     A.   Did I say Thomas? I'm sorry. Pat Jones.
17 Pat Jones, my attorney. Pat Thomas was a city
18 commissioner, ex-city mayor.
19     Q.   Did you provide testimony or make a
20 statement at the determination hearing?
21     A.   I did.
22     Q.   Have you had an opportunity to review the
23 documents that are Bates-labeled 947 to 949?

11 (Pages 278 to 281)

Page 282

1    A.   I have.
2    Q.   Do the statements reflected on 947 to 949
3    accurately and truthfully capture the statements
4    that you made during the determination hearing on
5    September 23rd?
6    A.   This is my first time seeing this document,
7    and I can't be one hundred percent certain that
8    everything is actually what was said during that
9    determination hearing.
10   Q.   At this time do you have any reason to
11   dispute that it accurately reflects the
12   statements that were made during that hearing?
13   A.   I would have to listen to it to see if in
14   fact it is, because this is my first time seeing
15   this.
16   Q.   Do you have an audio recording of that
17   determination hearing?
18   A.   No.
19   Q.   Do you know whether it was recorded?
20   A.   I'm not one hundred percent certain.  I
21   believe it was, but I'm not certain.
22   Q.   Would you look at the document that's
23   Bates-labeled 1076?

Page 283

1    A.   (Witness complies.)  Okay.
2    Q.   Do you recognize that as the due process
3    interview questions that you were asked prior to
4    the determination hearing?
5    A.   I don't recognize it as being that.  This
6    is my first time seeing it, so I'm unsure if
7    these are actually the questions that were
8    reviewed, unless I listen to the recording if
9    they have a recording.
10   Q.   Do you recall whether you were asked those
11   eight questions that are identified on the
12   documents Bates-labeled 1076?
13   A.   I can't say for certain.
14   Q.   If you look at the document that's
15   Bates-labeled 944, have you had an opportunity to
16   review that document?
17   A.   Yes.
18   Q.   Is this a true and accurate copy of the
19   Decision of Determination Hearing that you
20   received on September 23, 2013?
21   A.   It looks like a copy of what was handed to
22   me; but without looking at the original, I'm not
23   one hundred percent sure.

Page 284

1    Q.   Flip to the document that's Bates-labeled
2    945.  Do you recognize this as information
3    regarding the disbursal of your last payroll
4    check?
5    A.   Yes.
6    Q.   Look at the document that's Bates-labeled
7    946.  Do you recognize this as a true and
8    accurate copy of the determination hearing
9    response that you submitted on or about
10   September 23, 2013?
11   A.   Yes.
12   Q.   And if you'll look at the last page in this
13   exhibit, Bates number 951, do you recognize this
14   as the notice of your termination?
15   A.   I don't recall whether or not I received
16   this or have seen it before.
17      MS. EDWARDS:  I would just like to make an
18   objection on the record to Defendant's Exhibit
19   Number 23 to the extent that it's hearsay and to
20   the extent that Mr. Gray cannot authenticate
21   these documents.
22   Q.   Mr. Gray, in this lawsuit are you alleging
23   that you should have received promotions that you

Page 285

1    were denied?
2    A.   Yes.
3    Q.   What promotions are you alleging that you
4    should have received?
5    A.   I should have received promotions to
6    lieutenant, I believe that I should have been
7    promoted to police chief, and –
8      MS. EDWARDS:  I'm sorry, excuse me.  Are
9    you asking about his entire 28-year career?
10     MS. MAYS:  I'm asking about what he is
11   alleging in this lawsuit.
12   A.   Yes.
13   Q.   Have you told me about the promotions that
14   you're alleging as part of this lawsuit?
15   A.   To the best of my knowledge right now.
16   Q.   And what year are you alleging that you
17   should have been promoted to lieutenant?
18   A.   I would have to go back and look at the
19   dates.
20   Q.   Who got the position at the time that you
21   thought that you should have been promoted to
22   lieutenant?
23   A.   I would need to go back and look at the

Page 286

1     dates.
2        Q.   This is my opportunity to ask you about
3     what you're alleging in this lawsuit.
4        A.   I understand that.  If you want accurate
5     information -- right now, I don't remember the
6     specific dates.  I don't remember the specific
7     individuals that were promoted at the time.
8        Q.   Do you know who made the decision to
9     promote the individual or individuals who were
10    promoted to lieutenant?
11       A.   Shawn White was one.  That's the only one I
12    can remember right now.
13       Q.   Do you have any knowledge about the
14    experience or qualifications of the individuals
15    who were promoted to lieutenant?
16       A.   Not right now, I don't.  I would have to
17    find out which ones actually received promotions.
18       Q.   Do you know what their results were on a
19    validated promotional exam?
20       A.   No.
21       Q.   Do you know how your experience or
22    qualifications compared to theirs?
23       A.   I know that I had more education than some

Page 287

1     of them, if not all; more experience within the
2     police department; more experience employed by
3     the Dothan Police Department.  That's all I can
4     remember right now.
5        Q.   Does that help you to recall who any of the
6     individuals were who were promoted?
7        A.   Yes.  Roy Woodham.  Some other names
8     actually have come to mind, but I cannot be one
9     hundred percent certain until I go back and look
10    at the date and which time that I attempted to
11    be -- when I applied for police lieutenant.
12       Q.   Who else do you believe was promoted to
13    police lieutenant at the time you applied?
14       A.   Antonio Gonzales, Raymond Wiehe, Dewayne
15    Herring.  That's all I can recall right now.
16       Q.   Were Roy Woodham, Antonio Gonzales, Raymond
17    Wiehe, and Dewayne Herring promoted to lieutenant
18    at the same time?
19       A.   I'm unsure.
20       Q.   Why do you believe that you were not
21    promoted to lieutenant?
22       A.   The main reason, because I'm an
23    African-American and they are not.

Page 288

1        Q.   When you say "they are not," who is "they"?
2        A.   The ones I named, which are Caucasian
3     males.
4        Q.   The individuals who were promoted -- Roy
5     Woodham, Antonio Gonzales, Raymond Wiehe, and
6     Dewayne Herring -- are all white males?
7        A.   Yes.
8        Q.   Did you make any reports or complaints
9     about not being promoted to lieutenant?
10       A.   Yes.
11       Q.   And who did you make a report to?
12       A.   The City of Dothan Commission; John White.
13    I can't remember at the time if this person was
14    the EEO officer, but Elston Jones.  I believe I
15    made it to the personnel director, Kai Davis;
16    maybe Darryl Mathews, which he was also an EEO
17    officer at some point, I believe, during that
18    time.  I'm not one hundred percent certain of the
19    dates.  As I stated earlier, I would have to go
20    back and look at the dates.  And that's all that
21    I can remember right now.
22       Q.   What was the outcome of your report to the
23    city council?

Page 289

1           MS. EDWARDS:  Object to the form.
2        A.   Due to me not recalling the dates, I can't
3     accurately say what came after regarding my
4     complaints.
5        Q.   What was the outcome of your report to John
6     White?
7           MS. EDWARDS:  Object to the form.
8        A.   John White stated that -- I had a meeting
9     with him about that, and John White admitted that
10    there was discrimination in the police
11    department, there was nepotism and favoritism,
12    but African-Americans being promoted to
13    lieutenant would "work its way out through
14    attrition."  That's exactly what he said.
15       Q.   What was the outcome of your report to
16    Elston Jones?
17          MS. EDWARDS:  Object to the form.
18       A.   Elston Jones told me that there was an
19    affirmative action plan that the City of Dothan
20    was not following.  I didn't -- I don't think I
21    had heard of the affirmative action plan -- I
22    don't believe that I had heard of the affirmative
23    action plan when I discussed it with him.  As a

13  (Pages 286 to 289)

Page 290

1  result of my conversation with him, there were no
2  police promotions to lieutenant because I told
3  him that I was going to file a race
4  discrimination lawsuit, and I was going to file
5  it only after they promoted another white
6  lieutenant. So after -- so they didn't promote.
7  There wasn't any promotion of anyone to
8  lieutenant. I'm trying to make sure I got all
9  the answers correct here. I told him that the
10 attorney that I spoke with was going to -- had
11 won a lawsuit elsewhere in the state of Alabama,
12 and their department went to an assessment center
13 method of testing. And after I had that
14 conversation with him, John White told me that he
15 wasn't going to promote anybody and he was going
16 to go to an assessment center method of testing
17 the next time he did. So the outcome, to me, of
18 having a talk with the EEO officer, Elston Jones,
19 which we discussed the consent decree, was that
20 he shared my complaint with John White, who in
21 turn ensured that no one was going to be
22 promoted, so I wouldn't have the ability to file
23 a racial discrimination lawsuit based on

Page 291

1  promotions to lieutenant. Give me one more
2  second. I'm just trying to make sure that I have
3  said everything that Elston said, to answer your
4  question. That's all that I can remember right
5  now.
6  Q.  Do you know what John White meant when he
7  said that "it would work its way out through
8  attrition"?
9  A.  Yes.
10 Q.  What did he mean by that?
11 A.  The racism, the nepotism, and the
12 favoritism within the department.
13 Q.  How would it work its way out through
14 attrition?
15 A.  That's what he told me.
16 Q.  Do you know why no one else was promoted to
17 lieutenant?
18      MS. EDWARDS: Object to the form.
19 A.  At that specific time?
20 Q.  At that time do you know why no one else
21 was promoted?
22 A.  Just based off of what John White told me,
23 that he wasn't going to, and he repeated the same

Page 292

1  thing that I told Elston Jones, that I was going
2  to file a lawsuit and my attorney had told me to
3  wait -- they were going to wait until there was
4  another lieutenant promoted; and if they were
5  going to be white, which all of them have been up
6  until me, that's when our statute of limitations
7  would open and that's when we would file it.
8  Q.  And what year were you promoted to
9  lieutenant?
10 A.  I believe it was -- I'm thinking maybe
11 2009, but I'm not one hundred percent sure.
12 Q.  How did Kai, K-A-I, Davis, what was the
13 outcome of your report to Kai Davis?
14      MS. EDWARDS: Object to form.
15 A.  I don't recall right now if Kai Davis was
16 the personnel director during that time when I
17 applied for lieutenant. That has been done
18 twice. If I recall correctly, I applied for
19 lieutenant twice. So I'm not one hundred percent
20 sure if she was the personnel director during
21 that time in 2009.
22 Q.  Both times that you applied for lieutenant
23 were prior to 2009; is that right?

Page 293

1  A.  I believe that's correct.
2  Q.  Are you alleging as part of this lawsuit
3  that white officers received preferential work
4  assignments?
5  A.  Definitely, they do.
6  Q.  What officers are you alleging received
7  preferential work assignments?
8  A.  David Jay, Stacy Robinson. You'll have to
9  forgive my pause, because I'm kind of going back
10 through memory lane here. Roy Woodham, Andy
11 Hughes, Tony Gonzales, Dewayne Herring. That's
12 all I can recall at this moment. I'm sure
13 there's others.
14      MS. EDWARDS: Can we take just a
15 couple-minute break? I need to take a quick
16 restroom break.
17      (Whereupon, at this time a short break was
18 taken from 3:27 p.m. until 3:39 p.m.)
19 Q.  In what way are you alleging that David Jay
20 received preferential work assignments?
21 A.  Can you read the last question again, the
22 one prior to the one you just asked?
23 Q.  I can't remember what the last question was

Page 294

1    that I asked prior to that, but I believe that
2    you answered it before we went on break.
3         MS. EDWARDS: Is there something that you
4    need to clarify?
5         THE WITNESS: I want to make sure that I
6    answered the entire question, that I've said
7    everything I needed to say, so I wanted to hear
8    it again because I was kind of getting a little
9    emotional about it, so.
10        MS. MAYS: Can you look back and see what I
11   asked prior to the break?
12        (Whereupon, at this time the designated
13   portion of the testimony was read back by the
14   court reporter.)
15        MS. EDWARDS: Object to the form, once
16   again, as prior to the break.
17   A.   Regarding the same question --
18        MS. EDWARDS: Do you understand the
19   question, first of all?
20   A.   I'm not sure what all work assignments
21   entail. I understand as far as job positions,
22   but does that also contain special assignments to
23   specialty teams? If it entails specialty --

Page 295

1         MS. EDWARDS: Don't assume what it means.
2    If you don't understand the question, just ask
3    her to rephrase it.
4    A.   Can you elaborate more?
5         MS. MAYS: Before I ask another question, I
6    would like to note for the record that we've
7    taken multiple breaks today where plaintiff has
8    conferred with his counsel during those breaks,
9    or apparently conferred with his counsel during
10   those breaks, and by our account of the record,
11   we've only been on the record today for a little
12   over an hour and 25 minutes, and we have a
13   limited time to get through this deposition. I
14   just wanted to note that for the record.
15        MS. EDWARDS: Well, I would just like to
16   note for the record that prior to taking this
17   past break, Mr. Gray was becoming visibly shaken
18   and emotional, and requested to take a break to
19   continue this line of questioning. And I
20   personally take offense to any insinuation that
21   any wrongdoing is going on by virtue of my client
22   needing to take a break.
23   Q.   You have testified today that David Jay is

Page 296

1    a person who you believe received preferential
2    work assignments. In what way do you believe
3    that David Jay received preferential work
4    assignments?
5    A.   I want to make sure that I understand
6    right, then I'm going to answer your question.
7    You're not going to answer my question when I ask
8    your definition of "work assignment."
9    Q.   I'm here to ask the questions, and you
10   answer my questions, and you have responded to my
11   question when I asked about preferential work
12   assignments and have given me a list of
13   individuals who received preferential work
14   assignments. So I want to know what is your
15   testimony about the preferential work assignments
16   that each of these individuals received?
17   A.   Okay. In answering that question, making
18   sure I answered your last question correctly with
19   preferential work assignments, I'm going to
20   assume that's also --
21        MS. EDWARDS: Excuse me. I don't want you
22   to assume. If you don't understand what the
23   meaning of "work assignments" is, ask her to

Page 297

1    clarify, or explain what you understand work
2    assignments to be. But don't assume that is what
3    she's asking.
4    A.   Okay. I assume that "work assignments"
5    means including assignments to specialty teams,
6    which it is a part of our work and part of our
7    employment. It's a specialty team that exists
8    dealing with promotions. So work assignments as
9    it relates to specialty teams, SWAT team, members
10   of the SWAT team in the past, that I'm referring
11   to also in this lawsuit, have mostly been, if not
12   always been white males. Bomb squad is a
13   specialty team. Prior to me being on the bomb
14   squad, it's always been white males. That's all
15   I can remember right now.
16   Q.   Who assigns individuals to be a member of
17   the specialty teams?
18   A.   It changes from administration to
19   administration.
20   Q.   Is there a person in a particular rank who
21   makes those assignments?
22   A.   Usually a captain; it could be the chief.
23   Q.   Who assigned you to be a member of the bomb

15 (Pages 294 to 297)

Page 298

```
1    squad?
2    A.   Chief John Powell.
3    Q.   What specific assignments did David Jay
4    receive that you viewed as preferential
5    treatment?
6    A.   He was given the assignment as the
7    investigative bureau commander.
8    Q.   Are there any other assignments that he
9    received that you viewed as a preferential work
10   assignment?
11   A.   Lieutenant over the investigative division.
12   Q.   Is that the same as investigative bureau
13   commander, or are those different?
14   A.   They're two different ranks.  The first one
15   is a captain, the other one was lieutenant.
16   Q.   Who assigned David Jay as the captain over
17   the investigative bureau unit?
18   A.   I know Greg Benton did.
19   Q.   Do you know when he received that
20   assignment?
21   A.   I don't remember the date.  No, I don't.
22   Q.   Who assigned him to be the lieutenant of
23   the investigative unit?
```

Page 299

```
1    A.   I don't recall right now.
2    Q.   Do you recall when he was assigned to
3    lieutenant over the investigative unit?
4    A.   No, I don't.
5    Q.   Did you request to be the captain over the
6    investigative unit?
7    A.   I don't recall right now if I did or
8    didn't.
9    Q.   Did you request to be lieutenant over the
10   investigative unit?
11   A.   I don't recall right now if I did.
12   Q.   What preferential work assignments are you
13   alleging Stacy Robinson has received?
14   A.   Investigative Services Bureau; SWAT team;
15   FBI National Academy, he was recommended for the
16   FBI National Academy, and he did attend the FBI
17   National Academy.
18   Q.   Who assigned him to the Investigative
19   Services Bureau?
20   A.   Chief Benton.
21   Q.   When was he assigned to that bureau?
22   A.   I'm not sure.  I'm not certain.
23   Q.   Do you know around what time he was
```

Page 300

```
1    assigned to that bureau?
2    A.   I believe it was in 2012.
3    Q.   What bureau were you assigned to in 2012?
4    A.   Administrative Services.  Greg Benton also
5    received preferential treatment, too.
6    Q.   Why do you believe that being assigned to
7    the Investigative Services Bureau was a
8    preferential assignment?
9    A.   It's the most prestigious bureau within our
10   bureaus.
11   Q.   And why is it the most prestigious?
12   A.   Because you're supervising investigators
13   which has several different divisions which are
14   prestigious as well, which is the narcotics
15   division; it contains the juvenile division.
16   It's an investigative division.
17   Q.   Did you request to be assigned to the
18   Investigative Services Bureau?
19   A.   Yes.
20   Q.   At what time did you request to be assigned
21   to that bureau?
22   A.   I'm sorry, it was the division, it wasn't
23   the bureau.  The bureau, you just asked me that
```

Page 301

```
1    question, and I said I'm not certain.  I can't
2    recall whether I asked to be assigned to the
3    Investigative Services Bureau.  That's correct.
4    Q.   Is there a difference between a bureau and
5    a division?
6    A.   Yes.
7    Q.   And what is the difference between
8    Investigative Services Bureau and investigative
9    services division?
10   A.   I guess for clarification, we can call it
11   the detectives division.  They are under
12   investigative services.  So your question was
13   what, again?
14   Q.   Had you ever requested to be assigned to
15   the investigative services division?
16   A.   Okay.  I have.
17   Q.   And at what time did you make that request?
18   A.   That was earlier in my career, and I can't
19   specifically remember the dates.
20   Q.   Who did you make that request to?
21   A.   I believe it was David Kirkland.
22   Q.   And what was David Kirkland's position?
23   A.   He was the bureau -- excuse me.  He was the
```

16 (Pages 298 to 301)

Page 302

1  division commander.
2  Q.   My next question is, had you ever requested
3  to be assigned to the Investigative Services
4  Bureau?
5  A.   And that's the one I'm saying that I'm not
6  one hundred percent certain.
7  Q.   Okay. Who assigned Stacy Robinson to the
8  SWAT team?
9  A.   I don't know.
10 Q.   When was he assigned to the SWAT team?
11 A.   I don't know.
12 Q.   Had you ever requested to be assigned to
13 the SWAT team?
14 A.   Yes.
15 Q.   When had you requested to be assigned to
16 the SWAT team?
17 A.   Earlier on in my career.
18 Q.   Who did you make that request to?
19 A.   John Collier.
20 Q.   And what was John Collier's position?
21 A.   He was a captain, which is a bureau
22 commander, and I believe he was the SWAT team
23 commander as well.

Page 303

1  Q.   At the time that you made that request, did
2  Mr. Collier tell you why he declined that
3  request?
4  A.   Yes.
5  Q.   And what did he say?
6  A.   He said that he had to get a team up pretty
7  quick and he just selected the members himself,
8  and I would have to apply at a later time where
9  he's going to ask for several more positions, at
10 which time I would have to take a test, some type
11 of qualification test; whereas all those that he
12 had just assigned, which were all white, did not
13 have to take a test, they were just put on.
14 Q.   Did he tell you that they had not had to
15 take a test?
16 A.   Yes. Well, he told me I would have to take
17 a test but he just selected those, is what he
18 said. He just selected them, he said the words
19 "among consensus."
20 Q.   Who assigned Stacy Robinson to the FBI
21 National Academy?
22 A.   I'm not sure.
23 Q.   Did you ever request to attend the FBI

Page 304

1  National Academy?
2  A.   Yes.
3  Q.   Is attending the FBI National Academy
4  something that you have to apply for and be
5  selected to attend?
6  A.   That's a good question in that people were
7  just hand- -- to my knowledge, they just
8  disappeared. It was nothing that was advertised,
9  and they just up and went. There was no --
10 nothing.
11 Q.   Do you know whether there's an application
12 process?
13 A.   I know now that there's one.
14 Q.   Did you ever complete an application?
15 A.   No.
16 Q.   What preferential work assignments did Roy
17 Woodham receive?
18 A.   I want to make sure I'm clear on this FBI
19 National Academy thing. Going to the FBI
20 National Academy has to be recommended by the
21 chief of police, and there's only been white
22 people that's been recommended and has gone to
23 the FBI National Academy from our department,

Page 305

1  which also includes Carlton Ott. David Kirkland
2  went to the national academy, John White went to
3  the national academy, Greg Benton went to
4  national academy. So they would have had to be
5  recommended by the chief of police, and I know
6  that I wasn't recommended to the national
7  academy.
8  Q.   Did you request to be recommended to the
9  national academy?
10 A.   Not that I can recall right now.
11 Q.   Do you know whether Carlton Ott, David
12 Kirkland, John White, and Greg Benton requested
13 to be recommended to the national academy?
14 A.   I don't know.
15 Q.   What preferential work assignments did Roy
16 Woodham receive?
17 A.   Detectives Bureau, lieutenant, SWAT team.
18 As I said, he was promoted to the position of
19 lieutenant too, above me, or before me, less
20 education, less schooling, and I think I had more
21 tenure than he did, too.
22 Q.   Are you required to take validated tests
23 before being promoted to a different rank?

17  (Pages 302 to 305)

Page 306

1        MS. EDWARDS: Object to the form.
2    A.   Could you repeat that again?
3    Q.   Are you required to take an exam prior to
4    being promoted to a different rank?
5    A.   Depending on the rank.
6    Q.   Was there an exam that you were required to
7    take prior to being promoted to lieutenant?
8    A.   Yes.
9    Q.   Do you know what Mr. Woodham's score on
10   that exam was?
11   A.   No.
12   Q.   Who assigned Mr. Woodham to the SWAT team?
13   A.   I'm not certain.
14   Q.   Do you know when he was assigned to the
15   SWAT team?
16   A.   No, ma'am.
17   Q.   Who assigned him to the Detectives Bureau?
18   A.   I believe it was Lieutenant David Kirkland.
19   Q.   When was he assigned to the Detectives
20   Bureau?
21   A.   I'm not sure.
22   Q.   What preferential assignments did Andy
23   Hughes receive?

Page 307

1    A.   He was on the SWAT team; he was assigned as
2    the department -- the supervisor over the
3    training division; narcotics division. That's
4    all I can remember right now.
5    Q.   Do you know who assigned him to the SWAT
6    team?
7    A.   No.
8    Q.   Do you know when he was assigned to the
9    SWAT team?
10   A.   No.
11   Q.   Do you know who assigned him as supervisor
12   over training?
13   A.   No.
14   Q.   Do you know when he was assigned as
15   supervisor over training?
16   A.   No.
17   Q.   Did you ever request to be assigned as a
18   supervisor over training?
19   A.   Not that I can recall right now.
20   Q.   Do you know who assigned Andy Hughes to be
21   over the narcotics division?
22   A.   No, ma'am.
23   Q.   Do you know when he was assigned to be over

Page 308

1    the narcotics division?
2    A.   No.
3    Q.   Did you ever request to be a member or over
4    the narcotics division?
5    A.   Yes.
6    Q.   Just so I'm clear, was Mr. Hughes over the
7    narcotics division or was he a member of the
8    narcotics division?
9    A.   He was a member of.
10   Q.   When did you request to be a member of the
11   narcotics division?
12   A.   Approximately 1990.
13   Q.   And who did you make that request to?
14   A.   I don't know. I don't recall.
15   Q.   Do you recall what response you received to
16   that request?
17   A.   I was assigned to the narcotics division.
18   Q.   So in response to you requesting to be
19   assigned to the narcotics division, you were then
20   assigned to the narcotics division; is that
21   right?
22   A.   I was assigned to the narcotics division.
23   I'm not certain if I applied more than once; but,

Page 309

1    yes, I did get assigned to the narcotics
2    division.
3    Q.   Do you know in what year you were assigned
4    to the narcotics division?
5    A.   I think I just told you, about 1990.
6    Q.   What preferential assignments did Tony
7    Gonzales receive?
8    A.   Assignment to the narcotics division,
9    promoted to lieutenant, juvenile division
10   lieutenant. That's all that I can remember right
11   now.
12   Q.   When was Tony Gonzales assigned to the
13   narcotics division?
14   A.   I'm unsure.
15   Q.   Do you know who assigned him to the
16   narcotics division?
17   A.   No, ma'am.
18   Q.   When was he promoted to lieutenant?
19   A.   I'm not certain about his promotion date.
20   Q.   When was he assigned to be the lieutenant
21   over the juvenile division?
22   A.   That, I'm unsure of.
23   Q.   Do you know who assigned him to be the

Page 310

1    lieutenant over the juvenile division?
2    A.   No, I don't.
3    Q.   Had you requested to be the lieutenant over
4    the juvenile division?
5    A.   No.
6    Q.   What preferential work assignments did
7    Dewayne Herring receive?
8    A.   Narcotics division, promotion to
9    lieutenant.  Those are the only two things I can
10   think of right now.
11   Q.   Do you know when Dewayne Herring was
12   assigned to the narcotics division?
13   A.   No, ma'am.
14   Q.   Do you know who assigned him to that
15   division?
16   A.   No, ma'am.
17   Q.   Do you know when he was promoted to
18   lieutenant?
19   A.   No, ma'am.
20   Q.   What preferential assignments --
21       MS. EDWARDS:  Do you need time to think
22   about the answers to the questions?
23       THE WITNESS:  Those specific guys in that

Page 311

1    area, I would need to go back and look at the --
2    of course, I don't know when they were promoted,
3    the dates they were promoted.  I believe I
4    knew -- I know who was the chief when they were
5    promoted; but who actually assigned them at the
6    time, it could be the chief, it could be their
7    lieutenant, but there would be a memo that would
8    be in their files and their records that would
9    answer these questions.  I'm just -- for lack of
10   a better word, I'm not a walking time and date
11   stamp.  I'm just being -- one hundred percent --
12       MS. EDWARDS:  I'm just making sure you're
13   not shutting down, that's all.
14       THE WITNESS:  No.
15   Q.   Did the chief have to approve all
16   assignments to different bureaus or SWAT team?
17   A.   It depends on who the chief was at the
18   time.  Some chiefs manage like that, some would
19   go by the recommendation of a lieutenant; and if
20   it was, mostly every promotion was by
21   recommendation of your lieutenant on those
22   specialty teams, because there's a lieutenant
23   generally over a division.  There may be a

Page 312

1    captain over one specific division, and there's
2    several different divisions that fall under the
3    umbrella of the police department.  So I'm not
4    just throwing them out there.  I'm one hundred
5    percent telling you the truth.  I don't know
6    specific dates or years, because we're talking --
7    this stuff has been going on in this department
8    since I've been there, and I just can't give you
9    the specific years and dates.  I may can give you
10   a chief that was maybe, you know, over it at the
11   time, but then again, I may not, depending on who
12   the individual is.
13   Q.   Have any of the assignments that we've
14   talked about so far related to David Jay, Stacy
15   Robinson, Roy Woodham, Andy Hughes, Tony
16   Gonzales, and Dewayne Herring been since 2010?
17   A.   I didn't write down the names.  I need to
18   hear all the names again.  If you do it one at a
19   time, I may can help you out.
20   Q.   Have any assignments related to David Jay
21   been since 2010?
22       MS. EDWARDS:  Object to the form.
23   A.   Yes.

Page 313

1    Q.   Which ones?
2    A.   His assignment as the bureau manager over
3    their investigations.
4    Q.   And do you recall who the police chief was
5    during that time when he was assigned to the
6    Bureau of Chief Investigations?
7    A.   Greg Benton.
8    Q.   Have any of the assignments related to
9    Stacy Robinson been since 2010?
10   A.   Yes.
11   Q.   Which ones?
12   A.   Bureau, commander over Investigative
13   Services Bureau.
14   Q.   And if I asked you about anything since
15   2010, would Chief Greg Benton be the chief for
16   that entire time since 2010?
17   A.   Yes, ma'am.
18   Q.   Have any of the assignments related to Roy
19   Woodham been since 2010?
20   A.   That one, I'm uncertain of.  I'm trying to
21   think about when he was a lieutenant and when he
22   made lieutenant and when he worked -- that one,
23   I'm uncertain of.

Page 314

1   Q.   Do you know whether any of the assignments
2   related to Andy Hughes were since 2010?
3   A.   No.
4   Q.   Were any of the assignments related to Andy
5   Hughes since 2010?
6   A.   No.
7   Q.   Were any of the assignments related to Tony
8   Gonzales since 2010?
9   A.   No.
10   Q.   Were any of the assignments related to
11   Dewayne Herring since 2010?
12   A.   That one, I'm unsure of.
13   Q.   What preferential work assignments did Greg
14   Benton receive?
15   A.   FBI National Academy; he was promoted to
16   police chief with less experience and less
17   education than I was; promoted through the ranks
18   at a fast rate.
19   Q.   Do you know whether he completed an
20   application to participate –
21   A.   That's all I can remember right now on
22   that.
23   Q.   Do you know whether he completed an

Page 315

1   application to participate in the FBI National
2   Academy?
3   A.   I don't know for a fact, no.
4   Q.   Do you know whether he had to take
5   promotional exams to be promoted through the
6   ranks?
7   A.   I would assume he would.
8        MS. EDWARDS: Don't assume.
9        THE WITNESS: I'm sorry.
10   A.   I don't know for certain.
11   Q.   Are you alleging as part of this lawsuit
12   that other officers received better training
13   opportunities than you?
14   A.   Yes.
15   Q.   Who are you alleging received better
16   training opportunities?
17   A.   David Jay. I'll just say the names because
18   you have most of them there. If it's an
19   additional person, a new person, I'll add to it.
20   David Jay, Greg Benton, Steve Parrish, Gonzales,
21   Hughes, Woodham. I'm sorry to ask you this.
22   You're going to have to give me the question
23   again. I know I named those, but I got to the

Page 316

1   point where I'm thinking so hard, I forgot the
2   question.
3   Q.   What officers are you alleging received
4   better training opportunity than you?
5   A.   That's all I can recall right now, but I'm
6   sure there's more.
7   Q.   What better training opportunities did
8   David Jay receive?
9   A.   Homicide investigation school; I believe
10   there's arson investigation school; hostage
11   negotiation. And those are the ones that I – as
12   far as schooling, training specifically, I can
13   remember right now.
14   Q.   Do you know how David was selected for
15   those training opportunities?
16   A.   I think his relative. I believe his
17   relative selected him.
18   Q.   Who is that relative that you believe
19   selected him?
20   A.   Lieutenant David Kirkland.
21   Q.   And what do you base that belief on?
22   A.   Because they're related and he went to all
23   the premium – or several premium schools that I

Page 317

1   was unable to attend or either paid for on my
2   own.
3   Q.   Do you know whether David actually
4   selected – so we're talking about two Davids
5   here. Do you know whether Lieutenant David
6   Kirkland selected David Jay for these particular
7   schools, or is that your assumption?
8   A.   It is a pretty good assumption.
9   Q.   But you don't know one way or the other?
10   A.   Kirkland was the lieutenant over the
11   Criminal Investigations Bureau. Jay was one of
12   the investigators in the bureau. And the travel
13   requests for going to schools has to be signed
14   off on by the lieutenant of that bureau – excuse
15   me, of that division or the bureau commander of
16   that division. So, no, I did not – I'm not one
17   hundred percent for certain, I'll just leave it
18   that way.
19   Q.   Do you know when David Jay was selected to
20   participate in each of these schools?
21   A.   No.
22   Q.   Was there a selection process for being
23   selected to participate in these schools?

20  (Pages 314 to 317)

Page 318

1   A.   None that I'm aware of.
2   Q.   What better training opportunities did Greg
3   Benton receive? Let me say this. In asking
4   about the training opportunities, I only want to
5   hear about training opportunities from 2010
6   forward. What better training opportunities did
7   Greg Benton receive since 2010?
8   A.   I'm not certain if he attended the FBI
9   academy -- I'm uncertain when he actually
10  attended the FBI National Academy. Other than
11  that, his position as police chief and the
12  training that he has received since he's been
13  police chief.
14  Q.   I may have asked you this. In what year
15  did you apply for the position of police chief?
16  A.   2009, I believe, and I think you did ask me
17  that.
18  Q.   Was that the same year that Chief Benton
19  was selected?
20  A.   Yes, it was. And maybe 2005.
21  Q.   What better training opportunities did
22  Steve Parrish receive?
23  A.   From 2010 forward?

Page 319

1   Q.   Yes, from 2010 forward.
2   A.   First of all, he was selected as major with
3   the Dothan Police Department, and from 2010
4   that's all I can think of right now.
5   Q.   Did you apply for the position of major
6   with the Dothan City Police Department?
7   A.   To my knowledge, there wasn't an
8   application process.
9   Q.   Did you request to be considered?
10  A.   That's not a rank that is readily available
11  for everyone that comes up through the ranks to
12  that. I think we've only had two majors in the
13  history of the police department. Just people
14  get major when they get major. I don't know.
15  Q.   You don't know whether you requested to be
16  considered for a major position when Steve
17  Parrish was selected?
18  A.   Request to be considered for the position
19  of major? I didn't know that there was an
20  advertisement available for the rank of police
21  major.
22  Q.   What better training opportunities did Tony
23  Gonzales receive?

Page 320

1   A.   I'm unsure, since we're limiting it to the
2   year 2010.
3       MS. EDWARDS: Did she say she's limiting it
4   to 2010?
5       THE WITNESS: Yes.
6   Q.   What better training opportunities did Andy
7   Hughes receive?
8   A.   Again, since you've limited it to 2010, I
9   can't -- I can't recall anything right now.
10  Q.   What better training opportunities did Roy
11  Woodham receive?
12  A.   Again, limiting it to 2010, I can't recall
13  specifically right now.
14  Q.   Did you receive hypnosis training when you
15  were employed by the City of Dothan?
16  A.   I did.
17  Q.   Is that training that the City of Dothan
18  paid for?
19  A.   No.
20  Q.   Did you receive polygraph training when you
21  were employed at the City of Dothan?
22  A.   I did.
23  Q.   Is that training that the City of Dothan

Page 321

1   paid for?
2   A.   Yes, after I filed a complaint that the
3   training wasn't being offered to
4   African-Americans across-the-board, and that's
5   the result of -- that's when I went to polygraph
6   school.
7   Q.   Was there any training that you requested
8   that you were denied?
9   A.   Yes.
10  Q.   And what was that?
11  A.   Homicide investigation, arson
12  investigation, hypnosis training, hostage
13  negotiation. I think there was something else,
14  but I can't recall right now.
15  Q.   To the best of your knowledge, in what year
16  did you request to participate in homicide
17  investigation training?
18  A.   I can't recall the year. I'm sorry.
19  Q.   Do you know whether it was prior to 2012?
20  A.   It was.
21  Q.   And what year did you request to
22  participate in arson investigation training?
23  A.   I can't recall.

Page 322

1    Q.   Do you recall whether it was prior to 2012?
2    A.   Yes.
3    Q.   And was it prior to 2012?
4    A.   Yes.
5    Q.   And what year did you request to
6    participate in hypnosis training?
7    A.   I can't recall.
8    Q.   Do you recall whether it was prior to 2012?
9    A.   Yes.
10   Q.   Do you recall in what year you actually
11   participated in hypnosis training?
12   A.   I can't say for certain.
13   Q.   And what year did you request to
14   participate in hostage negotiation training?
15   A.   That one, I can't recall.
16   Q.   Do you recall whether it was prior to 2012?
17   A.   It was.
18   Q.   Are you alleging as part of this lawsuit
19   that other officers received better treatment
20   with regard to testing opportunities?
21        MS. EDWARDS:  Object to the form.
22   A.   Yes.
23   Q.   And who are you alleging received

Page 323

1    preferential treatment with regard to testing?
2    A.   Woodham.  I'm sorry, do I need to say the
3    first name?  I know we've been going over some of
4    the same people, but Roy Woodham, Benton,
5    Parrish, Gonzales.  And this was promotion,
6    right?
7    Q.   Testing.
8    A.   Testing?  There's others, but I can't
9    recall them right now.
10   Q.   Is there anything that would help you to
11   recall them?
12   A.   Yes. Yes.
13   Q.   What is that?
14   A.   A list of our officers throughout the
15   years, our employees.
16   Q.   Do you have that list?
17   A.   No, not today.
18   Q.   Do you have one at your home?
19   A.   I should have.  As far as the specific
20   years, of course, those lists of employees
21   changed over the years.  I don't know what
22   specific years I have.
23   Q.   Since 2010, what preferential treatment has

Page 324

1    Roy Woodham received with regard to testing?
2    A.   I guess the only way I can answer this is,
3    the test that was administered at the time was a
4    civil service exam and it was subjective.  He was
5    selected for promotion based off of that
6    subjective civil service exam.
7    Q.   Are you saying the civil service exam was
8    objective or subjective?
9    A.   It was a civil service exam and it was an
10   oral interview.  I'm saying the process was a
11   subjective process.  There were whites promoted
12   off of that exam and that process.  Later on in
13   the years, there was the assessment center which,
14   to me, wasn't a subjective testing battery.
15   Q.   To what position was Roy Woodham promoted
16   based on this civil service exam?
17   A.   I believe he was promoted to lieutenant.  I
18   don't recall whether or not the sergeant applied
19   at the time, because I don't remember what year
20   he was promoted to sergeant.
21   Q.   Is it your testimony at the time that Mr.
22   Woodham was promoted to lieutenant, that you had
23   also applied for that position?

Page 325

1    A.   I can't be for certain, but I believe so.
2    Q.   Is it your testimony that you also applied
3    for the sergeant position at the time that he was
4    promoted?
5    A.   I'm not sure.  I don't — I'm not sure.
6    Q.   Do you know what Mr. Woodham's scores were
7    on the civil service written exam?
8    A.   No.
9    Q.   Do you know what his scores were on the
10   interview portion of the exam?
11   A.   No.
12   Q.   What preferential treatment with regard to
13   testing did Chief Benton receive?
14   A.   The same thing.
15   Q.   "The same thing," being that he received
16   preferential treatment with regard to the civil
17   service exam?
18   A.   Uh-huh.
19   Q.   For what position?
20   A.   Police lieutenant, I believe police
21   captain.  I'm not one hundred percent certain on
22   the captain, and I'm not one hundred percent
23   certain on the sergeant.

Page 326

1    Q.   Does everyone who is applying for promotion
2    take the same civil service written exam?
3    A.   I don't know.  I would be assuming.
4    Q.   Do you know whether everyone is asked the
5    same questions as a part of the interview
6    process?
7    A.   I don't believe so, but I'm not one hundred
8    percent certain.
9    Q.   Do you know whether everyone should be
10   asked the same set of questions in the written
11   part of the exam?
12       MS. EDWARDS:  Object to the form.
13   A.   I would think so, to make it more
14   structured.
15   Q.   And do you know whether everyone should be
16   asked the same questions as part of the
17   structured interview process?
18       MS. EDWARDS:  Object to the form.
19   A.   I would assume so.
20   Q.   Did you apply for captain at the time that
21   Chief Benton was promoted to captain?
22   A.   No.
23   Q.   And had you applied for lieutenant at the

Page 327

1    time that he was promoted to lieutenant?
2    A.   I'm not sure.
3    Q.   Who are you alleging gave him preferential
4    treatment?
5    A.   Who?
6    Q.   Chief Benton.
7    A.   The city manager, Mike West.  As far as his
8    promotions to captain and lieutenant, that I
9    don't know.
10   Q.   What preferential treatment with regard to
11   testing did Major Parrish receive?
12   A.   To my knowledge, the police major's
13   position, to my knowledge, I don't think that he
14   did take a test for that at all.  Captain and
15   lieutenant, I'm uncertain who made the decision;
16   but for the record, there was no
17   African-Americans that made the decisions --
18   there was no African-Americans in the hierarchy
19   to make the decisions for those promotions, and I
20   don't believe there are any women either, to my
21   knowledge.  There are no minorities, to my
22   knowledge, in any of the decision-making
23   processes dealing with these promotions within

Page 328

1    the City of Dothan referring to the tests that
2    I'm telling you about, the oral interview and the
3    civil service.
4    Q.   So it's your testimony that there are not
5    any African-American or female decision-makers?
6    A.   That deals with the promotions within our
7    department and make recommendations for
8    promotions.
9    Q.   What preferential treatment did Tony
10   Gonzales receive with regard to testing?
11   A.   The same regarding the type of civil
12   service exam and oral interview.  With regards
13   to -- that's all.  That's all I can remember
14   right now.
15   Q.   Related to what positions?
16   A.   Lieutenant, sergeant.
17   Q.   And had you applied for those positions at
18   the time that he was promoted?
19   A.   I believe that I did.  I can't say for
20   certain, but I believe I did.
21   Q.   Do you know who made the decisions to
22   promote Mr. Gonzales to lieutenant and sergeant?
23   A.   No.  There were no minorities on the board,

Page 329

1    no minority decision-makers that I know of.
2    Q.   Are you alleging that you heard racial
3    slurs during your employment with the City of
4    Dothan?
5    A.   Yes.
6    Q.   What racial slurs did you hear during your
7    employment?
8    A.   Nigger.  That's the only one I can recall
9    right now.
10   Q.   Who made that statement?
11   A.   David Kirkland, Frank Reeves.  Those are
12   the only two I can remember right now.
13   Q.   What was Kirkland's position at the time?
14   A.   He was my boss, he was a lieutenant.
15   Q.   And what was your position?
16   A.   I was a sergeant.
17   Q.   And what was Frank Reeves' position?
18   A.   I'm not sure.
19   Q.   What was your position?
20   A.   I was a sergeant.
21   Q.   When did David Kirkland say the N-word?
22   A.   I do not remember the dates.
23   Q.   In what context did he say the word?

23  (Pages 326 to 329)

Page 330

1   A.   There was a run-away juvenile, a run-away
2   child, and I was riding in the police car with
3   him; and as we were searching for him, he looked
4   over at a convenience store and said, quote,
5   "There ain't no niggers over there," end quote.
6   Q.   And how did you respond?
7   A.   I was shocked. I remember looking at him
8   and I remember saying -- I asked him what did he
9   say, and he began apologizing. Excuse me.
10   That's all I can remember right now.
11   Q.   Did you ever report that David Kirkland had
12   made that comment?
13   A.   I did.
14   Q.   Who did you report it to?
15   A.   Nick Monday, and there was someone else. I
16   can't think. I don't know. That's all I can
17   remember right now.
18   Q.   What was Nick Monday's position?
19   A.   I think Nick was a lieutenant at the time,
20   but I can't remember for sure.
21   Q.   Did you ever report that --
22   A.   And I told -- I told some co-workers.
23   Q.   Did you ever report that comment to the

Page 331

1   personnel board director at the time?
2   A.   I don't recall if I reported it to the
3   personnel board director, but I advised the city
4   commission about it.
5   Q.   Do you know whether there was ever an
6   investigation conducted regarding that report?
7       MS. EDWARDS: Object to the form.
8   Q.   My question is, do you know?
9   A.   Not that I'm aware of.
10   Q.   Did you ever hear David Kirkland use the
11   N-word at any other time?
12   A.   Not that I can recall right now.
13   Q.   What was the context in which Frank Reeves
14   used the N-word?
15   A.   He said that "People aren't going to know
16   what to think with a nigger giving a white man
17   money," or something along those lines.
18   Q.   When did he make that statement?
19   A.   I believe it was in -- I don't want to
20   speculate on the date. It was prior to going to
21   polygraph school.
22   Q.   Who did he make that statement to?
23   A.   Pardon me?

Page 332

1   Q.   Who did he make that statement to?
2   A.   Me.
3   Q.   And what was he talking about?
4   A.   We were going to be going to polygraph
5   school, and I received the funds that we needed
6   to split, so I gave him his half of the funds
7   that was provided by the City of Dothan for us to
8   travel; and, of course, I had an equal half. And
9   we were out -- I met him -- I met him out on a
10   kind of busy city four-lane, in a parking lot
11   right near the four-lane.
12   Q.   So you had met him to give him half of the
13   monies that had been provided by the City for you
14   and him to attend polygraph training?
15   A.   Yes.
16   Q.   And it was at that time that he made the
17   comment, "People aren't going to know what to
18   think with a nigger giving a white man money"?
19   A.   Uh-huh.
20   Q.   Was there anyone else present when he made
21   that statement?
22   A.   No.
23   Q.   Was there anyone else present when David

Page 333

1   Kirkland made the statement that he did using the
2   N-word?
3   A.   No. No.
4   Q.   Did you report the statement made by Frank
5   Reeves?
6   A.   I remember advising the city commission. I
7   can't recall if I told the EEO at the time.
8   That's all I remember right now.
9   Q.   Do you recall any other statements by Frank
10   Reeves where he used a racially derogatory term?
11   A.   No.
12   Q.   Does the City of Dothan police department
13   use code words to describe individuals' race and
14   gender?
15   A.   Does the City of Dothan --
16   Q.   Police department use code words to
17   describe citizens' race and gender?
18   A.   I was told that there was another word to
19   describe specifically black people.
20   Q.   What were you told?
21   A.   I can't recall the name that they said. I
22   can't recall the word.
23   Q.   Who told you that there was a name

Page 334

1   specifically to refer to black people?
2   A.   I don't -- I don't know. I don't remember
3   who it was now.
4   Q.   Do you know when you were told that there
5   was a name specifically used to refer to black
6   people?
7   A.   No.
8   Q.   Was it common for Dothan police officers to
9   describe white men as Whiskey Mike?
10  A.   Yes.
11  Q.   Was it common for the Dothan police to
12  refer to Hispanic males as Hotel Mike?
13  A.   Possibly, but I'm not for certain.
14       (Whereupon, at this time a short break was
15  taken from 4:48 p.m. until 4:53 p.m.)
16  Q.   Who are you alleging discriminated against
17  you on the basis of your race?
18       MS. EDWARDS: Object to the form to the
19  extent it calls for a legal conclusion for the
20  definition of "discrimination."
21  A.   Sitting here alone, I was thinking about
22  the answer to who has used the N-word, the
23  question you've asked, and I only gave you two

Page 335

1   answers. Others within the City of Dothan that
2   has used the word was -- I believe it's going to
3   be Anthony Westberry and -- what's his name? I'm
4   sorry, it's right on the tip of my tongue.
5   Anthony Westberry was in the police department,
6   and Tim Stewart was a department head within the
7   City of Dothan. Those are others that just came
8   to mind. I'm sorry, what was your question?
9   Q.   Well, now I'm going to ask you about
10  Anthony Westberry and Tim Stewart. What did you
11  hear Anthony Westberry say?
12  A.   He didn't say it to me. Well, yes, he did,
13  too. He was asking -- he actually said it to
14  someone else, and he asked me what I thought
15  about the statement with the word "nigger" in it.
16  Q.   What statement did Anthony Westberry make
17  that contained the N-word?
18  A.   I don't know. I don't recall.
19  Q.   When did he make the statement?
20  A.   I don't recall.
21  Q.   Do you know to whom he made the statement?
22  A.   Mamie McCrory.
23  Q.   And it's your testimony that you don't

Page 336

1   recall specifically what he said?
2       MS. EDWARDS: Object to the form.
3   Q.   Is that right?
4   A.   I don't remember specifically what he said
5   to her, and I don't remember what he said -- the
6   context of what he said when he was asking me
7   with that word in it.
8   Q.   What do you recall about the conversation
9   that he had with you?
10  A.   He was asking if I thought the taste in
11  which he used -- or the context of -- the way
12  that he used the word "nigger" to her was
13  inappropriate.
14  Q.   And do you recall how you responded?
15  A.   No, I don't.
16  Q.   Do you know whether you reported that he
17  made these comments to anyone?
18  A.   There's an investigation that was done into
19  that one.
20  Q.   Do you know who conducted that
21  investigation?
22  A.   No.
23  Q.   Do you know what the outcome of that

Page 337

1   investigation was?
2   A.   No.
3   Q.   Did you make a report regarding his
4   statement using the N-word?
5   A.   No. It had already been -- it was being
6   investigated or shortly thereafter had been, but
7   it was already reported.
8   Q.   What statement did Tim Stewart make using
9   the N-word?
10  A.   That one wasn't made to me. I just have
11  knowledge of an investigation where he was
12  investigated for that word being used.
13  Q.   Do you know when that investigation took
14  place?
15  A.   Approximately 2011, 2012.
16  Q.   Do you know the outcome of that
17  investigation?
18  A.   Darryl Mathews told me that he received --
19  he received, I think, a day, maybe a day off of
20  work or something like that. It wasn't anything
21  big. Darryl is the one that actually told me
22  about -- well, actually he brought it up. It
23  seems like somebody else brought it up, too, but

Page 338

1  I remember Darryl talking about it.
2  Q.  Do you know what statement Tim Stewart
3  made?
4  A.  No.  He made it to Teresa Wright, his
5  employee.
6  Q.  How do you know that he made a statement to
7  Teresa Wright?
8  A.  From what -- Darryl told me that he made it
9  to Teresa.
10  Q.  Who are you alleging discriminated against
11  you on the basis of your race?
12  MS. EDWARDS:  Object to the form.  That's
13  calling for a legal conclusion.
14  A.  Kater Williams.  The people that were on
15  the boards as it relates to the testing which I
16  explained were subjective, the civil service exam
17  and the oral board, whoever those persons were.
18  I said Kater Williams, right?  David Kirkland,
19  John White, Steve Parrish, Greg Benton, Mike
20  West, Lewis Miller, John Collier.  And in my
21  mind, those people that were in a position to do
22  something about it, such as Darryl Mathews; Gary
23  Griffin; the personnel director, Kai Davis at the

Page 339

1  time; Delvick McKay; Elston Jones.  That's all I
2  can remember right now, but I believe there are
3  probably some others.
4  Q.  Who is Kater Williams?
5  A.  He was the police chief that hired me.
6  Q.  In what way did he discriminate against you
7  on the basis of your race?
8  MS. EDWARDS:  Object to the form; once
9  again calling for a legal conclusion, the
10  definition of discrimination.
11  A.  When I applied for the position of police
12  officer, to my knowledge, I was the only
13  African-American that applied at the time.  I was
14  working at the police department as a jail
15  security officer, and I had been approached by
16  co-workers who told me that the police officers
17  register, is what they call it, the register they
18  make selections off of based on our exam results,
19  they told me that the register was -- that Chief
20  Williams was going to throw out the test in the
21  hiring process from that list; and according to
22  the hiring, they had --
23  (Off-the-record discussion.)

Page 340

1  A.  I was told that he was going to end the
2  selection process, the list, the register, and
3  based on his hiring and the people that were
4  being promoted, I knew I was the next one to be
5  hired.  So I had a meeting with Kater Williams
6  and told him about the rumor that I heard, that
7  he was going to end the list, and he confirmed
8  that he was.  And I asked him if he knew that I
9  was the next person on it, and he said that he
10  did.  And I asked him why he was going to
11  prematurely end the list, and he told me that he
12  was the chief of police and he can do what he
13  wanted to.  So I told him that I had spoken to my
14  father, which was at some point in an
15  organization called the Young Men's Civic Club, I
16  believe that's the name of the club, and that
17  they -- I think they were there.  I don't want to
18  speculate.  But what my father told me was that
19  Kater Williams had never prematurely ended the
20  list like he was going to do since he's been the
21  police chief there.  And I told him that that's
22  what my father said, and I told him that I was
23  going to sue him.  So he put me out of his

Page 341

1  office.  And I went through the testing process
2  again; and after I took the civil service exam
3  again -- I guess it was the civil service exam, I
4  believe it was, but I'm not one hundred percent
5  sure.  But I took the exam again, and I reported
6  to the personnel department, and unbeknownst to
7  me I was being hired.  He selected me off of that
8  first list but didn't tell me, so I went through
9  the hiring process and I was hired.
10  Q.  In what way are you alleging that David
11  Kirkland discriminated against you on the basis
12  of your race?
13  A.  Denying me training just like same as
14  whites; using racial slurs; assigning me more
15  work than -- assigning me specifically more work
16  than other white employees; and as a result, when
17  you don't have the training, you're not as
18  marketable to be promoted as if you had more
19  training.  That's all I can remember right now.
20  Q.  What ways did John White discriminate
21  against you on the basis of your race?
22  A.  Him knowing that there's a racial problem
23  within the Dothan Police Department as we

26 (Pages 338 to 341)

Page 342

1 discussed it, and just telling me that it would
2 work its way out through attrition. The training
3 I complained to him about — well, actually the
4 training — the lack of training, equal training
5 that I complained about went outside — my
6 complaint went outside the police department and
7 he didn't — initially he didn't -- he didn't
8 look into my complaint. The selective — the
9 civil service exam and that type of — that exam
10 that existed actually -- there had been rumor in
11 the department that the police chief has a copy
12 of the exam and the answers, and Sergeant Timmy
13 Ward filed a grievance to that same effect, that
14 the test may have been compromised, and it was
15 during John White's tenure as police chief that
16 that test was compromised. And I did complain
17 about that. I don't remember the exact dates,
18 but I don't think that exam was changed until
19 what I've already told you about dealing with
20 Elston Jones and my threat to file an EEOC race
21 discrimination claim. But pretty much the
22 condoning of racial discrimination with regard to
23 promotion. That's all that I can remember right

Page 343

1 now, but it seems like there's something else
2 that I'm not recalling with John White.
3 Q. Do you recall that John White was the chief
4 of police in 1999?
5 A. That seems like it's right.
6 Q. Do you recall in or around 1999 there being
7 a news conference where more than a hundred
8 officers showed up to support Chief White?
9    MS. EDWARDS: Object to the form.
10 A. I don't recall, but it could have happened.
11 I don't know. I don't recall it, let's put it
12 that way.
13 Q. Do you recall making a statement to the
14 Dothan Eagle around that time regarding Chief
15 White — I'm sorry. Let me rephrase that
16 question. Do you recall making a statement to
17 the Dothan Eagle around that time, in 1999,
18 regarding the Dothan police department?
19 A. If you show it to me, I can probably recall
20 it; but right now, I don't.
21    (Whereupon, Defendant's Exhibit Number 33
22 was marked for identification, a copy of which is
23 attached to the original of the transcript.)

Page 344

1 Q. I'll show you what I've marked as
2 Defendant's Exhibit 33.
3    MS. EDWARDS: I object to Defendant's
4 Exhibit 33 because it hasn't been authenticated.
5 Q. And here is my question. Is the Dothan
6 Eagle the name of the local newspaper in Dothan?
7 A. That's one of them.
8 Q. Look on the second page of this exhibit.
9 Toward the bottom of the page there's an article
10 that continues from page 1A, it's entitled Cops.
11 Do you see that?
12 A. Right.
13 Q. The second full paragraph of that article
14 states, "'There are no race problems,' said Keith
15 Gray, an African-American officer whose duties
16 include minority recruiting. 'Chief White guides
17 us to do the right things.'" Did I read that
18 correctly?
19 A. I think you did.
20 Q. Was it true that at the time you made this
21 statement to the Dothan Eagle that there were no
22 race problems?
23 A. This date — my conversation complaining

Page 345

1 about Chief White and the conversation that we
2 had with him was after 1999. I'm almost sure it
3 was after 1999. With regards to my entire career
4 at the Dothan police department, this one date
5 with this one statement does not surmise my
6 experience with the Dothan police department.
7 Q. Was that statement at that time your
8 experience at that time, that there were no race
9 problems?
10    MS. EDWARDS: Object to the form.
11 A. Let me read this article so I can refresh
12 what it says.
13    MS. MAYS: Let's go off the record while he
14 reviews the article.
15    (Whereupon, at this time a short break was
16 taken from 5:15 p.m. until 5:21 p.m.)
17    (Whereupon, at this time the designated
18 portion of the testimony was read back by the
19 court reporter.)
20    MS. EDWARDS: Object to the form.
21 A. In looking at the date April 19, 1999, one
22 day after my birthday, I don't recall Kelli
23 Hewett as a reporter with the Dothan Eagle at

27 (Pages 342 to 345)

Page 346

1    all. I don't know if I made this statement, but
2    what I do know is it took me many years of things
3    that we've been talking about to occur for me to
4    actually wake up to the fact that there's
5    institutionalized racial discrimination in our
6    police department, in the City of Dothan, period.
7    So trying to be the best that I can be and do the
8    best job that I can do at my place of employment
9    was what I focused on as an individual. I
10   didn't -- it took me a while to understand that
11   there was racial discrimination within the police
12   department, but I can't say that this is
13   something that I did say to whoever this Hewett
14   person is.
15   Q.   Tell me how Steve Parrish has discriminated
16   against you on the basis of your race.
17       MS. EDWARDS:  Object to the form. Once
18   again, calling for a legal conclusion on the
19   definition of discrimination.
20   Q.   You can answer the question.
21   A.   Ma'am?
22   Q.   You can answer.
23   A.   Oh, I was going to. I was just thinking to

Page 347

1    make sure I got --
2        MS. EDWARDS:  Subject to my objection.
3        THE WITNESS:  Uh-huh.
4    A.   Steve Parrish has -- Steve Parrish removed
5    responsibilities and duties from me and placed
6    them under a white male lieutenant. Steve
7    Parrish scrutinized my work performance more so
8    than he has white males. Steve Parrish seems to
9    give white males more recognition in their tasks
10   than he does me. Steve Parrish seems to apply
11   discipline at a more stricter rate -- excuse me.
12   His recommendations for discipline are more
13   severe than whites. Steve Parrish favors whites
14   as it relates to his day-to-day operation within
15   the police department regarding who is around him
16   in his office and when he goes to lunch, things
17   of that nature. Steve Parrish has a direct
18   influence on who obtains specific jobs within the
19   police department. Even though Greg Benton's
20   name may be on memorandums, Steve Parrish is the
21   one that writes several memorandums within the
22   department. Let me think of everything. With
23   regards to assignment, he makes recommendations

Page 348

1    on who gets transferred to which bureau. Steve
2    Parrish, I had conversations with him where white
3    males -- how can I say this?  He seemed to be
4    more critical of me when I made some key
5    decisions, even though the person is a less -- a
6    lower rank than I am. And -- I'm trying to think
7    specifically, there's so many things. He seems
8    to be very critical when it comes to the
9    disciplining of whites than -- well, more
10   critical when it comes to disciplining blacks;
11   but if someone white does something, he seems to
12   be less -- less critical of them. That's all I
13   can remember right now. There's probably
14   other -- other things.
15   Q.   Is there anything that would help you to
16   remember those "probably other things," quote,
17   unquote?
18   A.   Probably just -- I don't know if a little
19   bit more time to think, because, you know, when
20   you're asking direct questions, I think about the
21   best I can, but sometimes there's some things
22   that just slip my mind at the time. So I don't
23   know of something that I could pull out that

Page 349

1    would give an overview of the things.
2        MS. EDWARDS:  Would you like to refer back
3    to your Complaint?
4        THE WITNESS:  That would help.
5        MS. MAYS:  Go off the record, please.
6        (Whereupon, at this time a short break was
7    taken from 5:31 p.m. until 5:37 p.m.)
8    Q.   Have you told me all the ways that you're
9    alleging Steve Parrish discriminated against you
10   on the basis of your race?
11       MS. EDWARDS:  Object to the form, calling
12   for a legal conclusion once again on the legal
13   definition of discrimination.
14   A.   I think as an overview that goes along with
15   things I've named and the things I'm going to
16   name now, Steve Parrish, by his own admission,
17   has been a member of Sons of Confederate Veterans
18   and has written several articles for the Sons of
19   Confederate Veterans. Members of his
20   organization that I know of that's members of the
21   Dothan police department seem to get preferential
22   treatment from him. He goes -- just preferential
23   treatment within the department as well. Those

Page 350

```
 1   persons that I'm referring to are all white
 2   males, the ones that I'm aware of. And I
 3   mentioned in our first deposition that his son's
 4   name is Nathan Bedford Parrish, which Nathan
 5   Bedford Forrest has been widespreadly known as
 6   having ties to the Klu-Klux-Klan, which is a
 7   racist organization. So with the things that
 8   I've seen that I've mentioned and some of the
 9   things that I'm going to continue to mention,
10   it's my belief and several other
11   African-Americans' belief in the police
12   department and white members, either past -- I
13   think most of these are past employees of the
14   police department -- that Parrish is racist, and
15   I have that same feeling. With regard to more so
16   how I feel that he's discriminated towards me, in
17   him removing his -- removing authority from me as
18   operations -- as a patrol service bureau
19   commander and giving it to a less qualified white
20   male, and writing the -- excuse me, and telling
21   me that he's watching me as it relates to how I'm
22   going to supervise this person, that my
23   approximately sixty employees would in some
```

Page 351

```
 1   fashion answer up under my supervision, well,
 2   Etress was placed in a position that I've never
 3   seen while I was at the police department as the
 4   lieutenant of my bureau, a lieutenant of the
 5   Administrative Services Bureau when I was there.
 6   And so people -- the supervisors that would
 7   normally answer to me would answer to Etress, so
 8   Etress was given more authority and was written
 9   in on our organizational chart. His position or
10   his title, position and/or title was written in
11   on our organizational chart, where the other two
12   captains didn't have a lieutenant that was a
13   bureau commander, and I'm the only captain that
14   did have one, and that person is a white male.
15   Not only did he take away, remove my authority by
16   having my divisions answer to Etress, he
17   transferred some of those divisions up under his
18   direct command as a major, and it's my opinion
19   that he tried to embarrass me by publicizing on a
20   memo that I was relieved of my duties as the
21   supervisor. Let me leave that part right there.
22   As I said, he would not give me Guardian Tracking
23   entries for some of the things that I have done.
```

Page 352

```
 1   Examples I've given was dealing with a kidnapping
 2   incident where a child was abducted and the bomb
 3   squad that I was the operations commander over
 4   received commendations from the governor of
 5   Alabama, but Steve Parrish didn't add that into
 6   the internal tracking system we have, which that
 7   eventually may help with promotions, it may help
 8   with a pay raise if your evaluations reflect
 9   above and beyond type of things, which is the
10   reason that Guardian Tracking was made. There
11   were things that he didn't enter in there that I
12   would think was kind of major, where he would
13   enter in things that I thought was not really
14   that -- stood up to that level. And I'll give
15   you one example of that. He had Lieutenant Mark
16   Nelms, he put in a Guardian Tracking entry
17   commending him for riding to Montgomery and
18   transporting brand new purchased police cars
19   back. He thought enough to put him in Guardian
20   Tracking so there would be some way to, I guess,
21   look at it -- commend him or either show it as a
22   positive light in his job performance evaluation;
23   but yet and still, some of the things that I did
```

Page 353

```
 1   that seemed to be a little bit better than that
 2   as far as performance things, he didn't make
 3   entries. Internal Affairs investigation, at one
 4   point I was the subject of three Internal Affairs
 5   investigations I think within one week, and he's
 6   the one that served all three of them on me,
 7   which I think is about unheard of for a captain
 8   in the police department. I've never heard of
 9   him doing anything like that with anyone that's
10   white that's in the Dothan police department.
11   Some of the people that he assigned my divisions
12   to are members of the Sons of Confederate
13   Veterans organization. Those are, I feel, things
14   that I can think of. I know there should be
15   more. I just don't recall all of them right now,
16   I've said so many of them.
17   Q.   And these are what you recall after
18   providing your testimony and also in reviewing
19   your Complaint; is that right?
20   A.   Yes. Reviewing that, some of the testimony
21   may be some things that I just recall that may
22   not be in either one of those that you just
23   mentioned.
```

Page 354

1    (Whereupon, Defendant's Exhibit Number 34
2  was marked for identification, a copy of which is
3  attached to the original of the transcript.)
4  Q.  I'm going to mark as Defendant's Exhibit 34
5  an audio recording that your counsel has produced
6  in this case. It's Bates-labeled 87 with the
7  documents you produced. I'm going to play a
8  portion of it and ask you if you recognize your
9  voice on this recording?
10    MS. EDWARDS:  I'm just going to object to
11  the extent that we haven't been able to review
12  Defendant's Exhibit 34 for accuracy with the
13  recording that was actually produced in this
14  matter.
15    MS. MAYS:  You're welcome to review the
16  entire audio recording.
17    (Whereupon, at this time the video was
18  played.)
19    UNKNOWN MALE VOICE:  What's happening?
20    UNKNOWN MALE VOICE:  Not much.
21    UNKNOWN MALE VOICE:  Did you cut them back?
22    UNKNOWN MALE VOICE:  Yes, sir.
23    UNKNOWN MALE VOICE:  Let me give you that,

Page 355

1  but I want to let you -- I want to let you have
2  time to read it.
3  Q.  Do you recognize the voices on this audio
4  recording?
5    MS. EDWARDS:  Could you hear it?
6  A.  I heard it. I think I may need to hear it
7  again.
8  Q.  I'll continue to play it.
9    (Whereupon, at this time, the audio was
10  played.)
11    UNKNOWN MALE VOICE:  Two-and-a-half hours.
12    UNKNOWN MALE VOICE:  What's happening?
13    UNKNOWN MALE VOICE:  Not much.
14    UNKNOWN MALE VOICE:  Good. Did you cut
15  them back?
16    UNKNOWN MALE VOICE:  Yes, sir.
17    UNKNOWN MALE VOICE:  Let me give you that,
18  but I want to -- I want to let you -- I want to
19  let you have time to read it.
20    UNKNOWN MALE VOICE:  Okay.
21    UNKNOWN MALE VOICE:  How does your day
22  look?
23    UNKNOWN MALE VOICE:  My day?

Page 356

1    UNKNOWN MALE VOICE:  Yes.
2    UNKNOWN MALE VOICE:  Good.
3    UNKNOWN MALE VOICE:  Okay. Let's read it,
4  you know --
5  Q.  Do you recognize the voices on this audio
6  recording that I've marked as Defendant's Exhibit
7  34?
8  A.  Yes.
9  Q.  Whose voices do you recognize on this
10  recording?
11  A.  Stacy Robinson, Steve Parrish, and myself.
12  Q.  Whose voice said, "I want to let you have
13  time to read it"?
14  A.  That sounded like Parrish.
15  Q.  I'm going to continue to play this.
16    (Whereupon, at this time, the audio was
17  played.)
18    UNKNOWN MALE VOICE:  If you've got any
19  questions, let's sit down about 1:00 or 1:30.
20    UNKNOWN MALE VOICE:  Yes, what's the
21  overall, because I've been talking to chief the
22  last few days.
23  Q.  Whose voice said, "I've been talking to

Page 357

1  chief the last few days"?
2  A.  Mine.
3  Q.  Do you recall recording a meeting that you
4  had with Major Parrish?
5  A.  Yes.
6  Q.  When you recorded this meeting that you had
7  with Major Parrish, do you recall that you
8  discussed the Performance Improvement Plan that
9  was being issued to you?
10  A.  Yes.
11  Q.  Did you tell Major Parrish that you were
12  recording that meeting with him?
13  A.  I don't believe I did.
14  Q.  To your knowledge, did he know that that
15  meeting was being recorded?
16  A.  That one, I'm not sure. He's made
17  statements to me before that he knows that I
18  record conversations.
19  Q.  So it's your testimony that he has
20  generally made statements to you that he knows
21  that you record conversations, but you don't know
22  whether he knew that you were recording this
23  specific conversation. Is that right?

1    A.   I don't know if he knew I was recording
2    this specific conversation.
3    Q.   Have you had an opportunity to review the
4    audio recording that you've produced to us as
5    Defendant's Exhibit 34?
6        MS. EDWARDS:  Well, once again, we don't
7    know for sure that Defendant's Exhibit 34 is the
8    exact audio that we produced in this lawsuit, so
9    he can't authenticate Defendant's Exhibit 34.  He
10   could authenticate what he has produced to you.
11   Q.   Would you like to take the opportunity?
12   It's an audio recording that's over an
13   hour-and-a-half long.
14       MS. EDWARDS:  If that's how you choose to
15   spend your remaining time for his deposition.
16       MS. MAYS:  I'm not going to spend my time
17   reviewing an audio recording that he produced to
18   me.  He has either reviewed it or he hasn't.
19   Q.   Did you review the audio recording that was
20   produced to us in this case as a conversation
21   that you had with Major Steve Parrish?
22       MS. EDWARDS:  He has reviewed what --
23       MS. MAYS:  I'm asking him whether he

1    reviewed an audio recording that was produced to
2    us in this case, that was produced to us as a
3    conversation between you and Major Parrish?
4    A.   I provided an audio recording to my
5    attorney that was a conversation with Parrish and
6    I.
7    Q.   And did that audio recording that you
8    produced to your attorney accurately reflect the
9    conversation that you had between Steve Parrish
10   on the day that you recorded it?
11   A.   The one that I provided to her did.
12   Q.   Do you have any reason to believe that the
13   audio recording that I have marked as Defendant's
14   Exhibit 34 isn't an exact copy of the audio
15   recording that you produced to us in this case?
16       MS. EDWARDS:  Object to the form.
17   A.   After it left me to my attorney, I assume
18   that she made you a copy.  I haven't heard yours.
19       MS. EDWARDS:  We would just like to note
20   for the record that we object to Defendant's
21   Exhibit 34 to the extent that Mr. Gray hasn't
22   been afforded the opportunity to review this
23   exhibit to validate its authenticity.  I also,

1    just for the record, in case I didn't do so
2    earlier, object to Defendant's Exhibit 33 and
3    also just move to strike it on the grounds that
4    it hasn't been produced in this litigation, nor
5    has it been authenticated.
6        MS. MAYS:  Let's go off the record just a
7    minute.
8        (Whereupon, at this time a short break was
9    taken from 5:55 p.m. until 6:00 p.m.)
10   Q.   I'm going to play a portion of this audio
11   recording and ask you if you recognize the voice
12   making this statement.
13       MS. EDWARDS:  Are you still referring to
14   Defendant's Exhibit 34?
15       MS. MAYS:  I am referring to Defendant's
16   Exhibit 34.
17       (Whereupon, at this time, the audio was
18   played.
19       UNKNOWN MALE VOICE:  And I feel like, quite
20   frankly, that you don't have a chip on your
21   shoulder because -- because of it.  As we move
22   on, we see -- we see a return to normalcy.  Yes,
23   you're going to get it back completely.

1    Q.   Do you recognize the voice making the
2    statements on this audio recording?
3    A.   Yes.
4    Q.   And whose voice was that?
5    A.   It sounded like it was Major Steve Parrish.
6    Q.   And do you recall Steve Parrish making
7    those comments to you, comments that you were
8    going to return back to normalcy, that he didn't
9    see that you had a chip on your shoulder?
10   A.   Yes.  Do you also show in there when I
11   talked to him about racial discrimination?  Oh,
12   I'm sorry.
13       MS. EDWARDS:  You're not asking the
14   questions.
15   A.   I'm sorry.  I remember vividly from the
16   last time she told me.
17   Q.   I'm going to play another portion of this
18   audio recording beginning at approximately 1 hour
19   36 minutes and 50 seconds.
20       (Whereupon, at this time, the audio
21   recording was played.)
22       UNKNOWN MALE VOICE:  I was afraid to
23   (unintelligible), and since everything transpired

Page 362

1  the way it did, I really — I told the mayor the
2  other day when I saw him, I said, "Hey, it worked
3  out best for me. I've got family, I'm happy." I
4  said, "Greg, I think, is doing a fine job. And
5  from time to time if I run into somebody that
6  says, "Well, I was hoping you would get that job.
7  You've got so much experience." I tell them all
8  the same thing, "You know what? He's a good
9  man." I said, "He's a good Christian." I said,
10 "So whatever — whatever anybody may see as a
11 shortcoming, I recognize that in people, and
12 there's hope for anybody."
13 Q.  Do you recognize that voice on the audio
14 recording?
15 A.  Yes.
16 Q.  And whose voice whose that?
17 A.  Steve Parrish.
18 Q.  And was that Steve Parrish talking to you
19 about his experience in not being promoted to
20 chief?
21      MS. EDWARDS:  Object to the form.
22 A.  I'm not sure if it was him not being
23 promoted to chief or talking about what the

Page 363

1  chief, what his — what he feels about the chief,
2  Christian man, he's a Christian man, he's this,
3  he's that.
4  Q.  Did you and Major Parrish talk for over an
5  hour-and-a-half on that day?
6  A.  I can't say specifically how long we
7  talked, but it was a long time.
8  Q.  I'm going to play one more portion of this
9  audio recording beginning at one hour, 38 minutes
10 and 58 seconds.
11      (Whereupon, at this time the audio
12 recording was played).
13      UNKNOWN MALE VOICE:  All this jumping on
14 stuff that you're referring to about these
15 different people complaining about this and that.
16 That ain't what this is. We've known each other
17 for 25, 30 years. You know, if I didn't like you
18 and didn't have faith in you, I wouldn't have
19 nothing to do with you. I mean, I'll just be
20 honest with you. I think — I think that you
21 have the ability and you have the drive in you
22 that when — when I leave out of here in a couple
23 years, if you're still here, you can step right

Page 364

1  in my — right in my spot. I want to do what I
2  can to get you ready for it, if I can do it.
3  Q.  Do you recognize that voice on the audio
4  recording?
5  A.  I do.
6  Q.  And whose voice was that?
7  A.  Steve Parrish.
8  Q.  And were the statements that we just heard,
9  in fact, statements that he made during the
10 meeting that you had with him regarding your
11 Performance Improvement Plan?
12      MS. EDWARDS:  Object to the form.
13 A.  I don't know if that statement was
14 regarding my Performance Improvement Plan, but
15 those were statements that he did make.
16 Q.  Were you issued a cell phone by the City of
17 Dothan in March of 2013?
18 A.  I am uncertain when the cell phone was
19 issued to me.
20 Q.  Do you know whether it was issued to you in
21 2013?
22 A.  No, I don't.
23 Q.  Do you know who issued you the cell phone?

Page 365

1  A.  I believe it was Karen Kelly, but I'm not
2  one hundred percent sure.
3  Q.  Do you know whether anyone else had used
4  the cell phone that was issued to you by Karen
5  Kelly, prior to it being issued to you?
6  A.  I don't know.
7  Q.  Have you ever accessed another police
8  officer's personal information for nonwork
9  related reasons?
10      MS. EDWARDS:  Object to the form.
11 A.  Not to my knowledge.
12 Q.  Have you ever used a tracking device to
13 track a fellow officer's movements?
14      MS. EDWARDS:  Object to the form.
15 A.  Yes.
16 Q.  Have you ever used a tracking device to
17 track another officer's movement for nonwork
18 related reasons?
19      MS. EDWARDS:  Object to the form.
20 A.  No.
21 Q.  What fellow officers did you track using a
22 tracking device?
23 A.  Sergeant Michael Cirulli.

Page 366

1    Q.   Anyone else?
2    A.   No.
3    Q.   Do you know of any other police officer who
4    has used a tracking device to track a fellow
5    officer?
6    A.   Repeat the question again.
7    Q.   Do you know of any other police officer who
8    has used -- Donna, let me just ask you to read
9    it.
10       (Whereupon, at this time the designated
11   portion of the testimony was read back by the
12   court reporter.)
13   A.   That one I don't know, because usually you
14   don't advertise when you're putting a tracking
15   device on a vehicle.
16   Q.   Do you know of any other police officer who
17   has accessed a fellow officer's personal
18   information for nonwork related reasons?
19   A.   No.
20   Q.   Do you know of any other Dothan police
21   officer who has accessed a pornographic website
22   on their company-issued cell phone?
23       MS. EDWARDS:  I'm going to object to the

Page 367

1    form on that.
2    A.   No.  I want to go back and clarify the
3    question about knowing any other police officer
4    that has used a tracking device on another
5    co-worker's automobile.  The tracking device that
6    was placed on Sergeant Cirulli's automobile was
7    with the approval of Police Chief Greg Benton.
8    So I would have to say that yes, because it was
9    through his approval.
10   Q.   It's your testimony that Chief Benton gave
11   you the approval to place a tracking device on
12   Officer Cirulli's vehicle?
13   A.   Yes.  Yes.
14   Q.   Does your complaint include all the ways
15   that you allege that Chief Benton discriminated
16   against you in this lawsuit?
17       MS. EDWARDS:  I object to the form.  It
18   calls for a legal conclusion of the definition of
19   discrimination.
20   Q.   You can answer.
21   A.   Probably not.
22   Q.   Tell me the ways that you're alleging that
23   Chief Benton discriminated against you on the

Page 368

1    basis of your race.
2        MS. EDWARDS:  Object to the form, calls for
3    a legal conclusion.
4    A.   First off, when I confronted Chief Benton
5    about how I was being harassed racially by
6    Parrish and explained some things to him that I
7    felt that he was -- Parrish was being over
8    critical and harassed me with regard to race, he
9    told me that he would get back with me about
10   those allegations, and he never -- he never did.
11   Cross-training opportunities for me to command
12   the Investigative Services Bureau, out of three
13   captains, me being the only black captain, I'm
14   the only one that hasn't commanded that bureau.
15   And after explaining to Benton that they were
16   also violating the consent -- Parrish was also
17   violating the consent decree and Parrish
18   continued to nitpick -- nitpick my work where I
19   didn't see him nitpicking the other two white
20   employ- -- captains' work.  Benton is in charge
21   of the Internal Affairs Division.  They answer to
22   him, usually going through the major, they answer
23   to him; and I had filed a complaint on an officer

Page 369

1    that I don't think was adequately investigated.
2    Q.   What officer did you file that complaint
3    on?
4    A.   Taiwann Truitt.
5    Q.   In what way was Major Parrish nitpicking
6    your work?
7    A.   Major Parrish, one of the things, he was
8    asking my secretary where I was at when he had
9    full knowledge where I was at.  It was as if he
10   was trying to find something to write me up for
11   being absent, when he would have known where I
12   was at.  With him telling me that I was
13   micromanaging some of my subordinates with
14   regards to an investigation that myself and that
15   subordinate officer supervisor was looking into,
16   the subordinate officer's name was Peter Markow.
17   It had come to my attention that Peter Markow had
18   made an arrest of two African-American gentlemen.
19   Markow was a white male.  And with regards to
20   Markow's procedures for that, it seemed as if his
21   procedures violated department policy, and I
22   brought it to Parrish's attention.  Parrish told
23   me that the two black male suspects, that one of

Page 370

1   the gentlemen pled guilty to the charge that
2   Markow arrested him on, which to me, according to
3   my looking at Alabama law and applying it with
4   his elements, was not an arrestable offense. So
5   Parrish was critical with me looking into the
6   investigation of African-Americans that I felt
7   were arrested without probable cause and
8   incarcerated without probable cause. Another
9   incident, he told me that -- first of all, being
10  the most senior person there with polygraph
11  examiner experience, I was pretty much quality
12  control for polygraph. Well, Parrish questioned
13  the whereabouts of a polygraph report and said
14  that I'm holding on -- accused me of holding on
15  to polygraph reports too long. I told him that
16  that wasn't my responsibility. The
17  responsibility for the report that he was looking
18  at was Lieutenant Roy Woodham, which is a white
19  male lieutenant that he favors and goes out to
20  lunch with all the time, and the one that he
21  moved the division -- the communication division
22  from me up under himself so he could supervise
23  his co-worker that he goes to lunch with. But I

Page 371

1   explained to him that what he had accused me of
2   was not proper. Parrish wasn't giving me even
3   the decency to come ask me had I been responsible
4   or was I a responsible party. He just assumed
5   and used that in a derogatory way towards me.
6   There's something else. Let me back up and just
7   go ahead and put on the record what I'm talking
8   about with the African-Americans.
9   Q.   I have a very limited amount of time to ask
10  you questions.
11  A.   I want to answer the question fully.
12  Q.   I want you to answer fully, I want to hear
13  your testimony.
14  A.   This is how he was discriminating.
15  Q.   I have three other people that you've
16  alleged discriminated against you on the basis of
17  race that I need to ask you about before I run
18  out of time. I just want to state that, but I do
19  want to hear your full answer.
20       MS. EDWARDS: Perhaps don't go into every
21  little detail, but just -- you know, I mean, we
22  want you to be thorough with your testimony.
23       THE WITNESS: That's fine. I understand.

Page 372

1   Q.   I want you to answer the question. I just
2   want you to know that I have three other people I
3   need to ask you about, and I'm running low on
4   time.
5   A.   Let me hurry up, then. I was transferred
6   by Parrish and Chief Benton from the Patrol
7   Services Bureau back to the Administrative
8   Services Bureau, and I was told by Benton and
9   Parrish that the reason was that, number one,
10  Captain Stacy Robinson has health issues, and
11  they thought that it was best that he be
12  transferred to a different bureau because of his
13  health issues, so he was making concessions for
14  him because of his health issue.
15  Q.   Do you know whether, in fact, Mr. Robinson
16  had health issues?
17  A.   He does. And that they were also
18  connecting transfer as a result of
19  cross-training. Well, out of all three captains,
20  I'm the only one that went back for a second term
21  in the administrative bureau while those two had
22  been in -- I'm going to try to make it brief, I'm
23  sorry -- the Investigative Services Bureau and

Page 373

1   Patrol Services Bureau. But anyway,
2   cross-training, when I talked to the police chief
3   about what Parrish had told me was the reason I
4   was being transferred again, the police chief
5   mentioned some -- well, actually Parrish --
6   Parrish mentioned. When I talked to Parrish at a
7   later date, he mentioned that there were other
8   reasons that I was being transferred, so the
9   first two reasons they told me wasn't really it.
10  I felt there was something else. But other ways
11  that Parrish discriminated, or was it Greg
12  Benton?
13  Q.   Benton.
14  A.   Of course, I have more rank -- excuse me.
15  I have more education than Robinson and Jay.
16       MS. MAYS: Do you want to go off the record
17  while you review the Complaint?
18       THE WITNESS: Yes.
19       MS. MAYS: Okay.
20       (Whereupon, at this time a short break was
21  taken from 6:22 p.m. until 6:35 p.m.)
22       MS. EDWARDS: I'm sorry. Could we repeat
23  the last question?

Page 374

1    (Whereupon, at this time the designated
2 portion of the testimony was read back by the
3 court reporter.)
4 Q.   I'll just ask another question.  We just
5 went off the record because you were reviewing
6 your Complaint in an effort to respond to the
7 question that I had asked you about ways that you
8 believe that Chief Benton had discriminated
9 against you.  I don't believe you were finished
10 outlining the ways in which you believe he
11 discriminated against you before we went off the
12 record.  Is that --
13 A.   Yes, ma'am.
14 Q.   If you would, finish answering that
15 question.
16    MS. EDWARDS:  Object to the form, once
17 again, on calling for a legal conclusion for the
18 legal definition of discrimination.
19 A.   As Benton is the head of the police
20 department, he's the department head so
21 everything actually ultimately, I guess, goes
22 to -- responsibility goes to him as well.  But
23 specifically, I was -- with his approval, I was

Page 375

1 the only one of the three captains that was
2 assigned a lieutenant to actually have my other
3 employees answer to, to filter through me.
4 Benton allowed -- allowed me to be the only
5 captain -- which, again, I'm the only
6 African-American captain in our department -- he
7 directly assigned a white male supervisor with
8 less rank, less education, less experience to
9 take the responsibility for -- responsibility for
10 my -- my specific job as bureau commander, or to
11 have my employees answer to him before anything
12 comes to me, and then allowed Parrish to -- or he
13 pretty much stood idly by as Parrish told me not
14 to -- he was watching me with regards to
15 micromanaging the person that he -- Lieutenant
16 Etress that had been put in this position.  So
17 with regards to assignment, I had mentioned that
18 Parrish does not have my best interest in mind to
19 Benton prior to the complaint that I had
20 mentioned earlier when I explained to Benton what
21 Parrish was accusing me of as far as
22 micromanaging and the polygraph, the incident
23 with Officer Markow and also that Parrish -- and

Page 376

1 I told Benton this, that Parrish told me that I
2 needed to be -- something to the effect that I
3 needed to be home, he didn't think it was good
4 for a captain to be out, on my off-duty time,
5 past 2:30 in the morning.  That's on my private
6 time, my private life, and Parrish said that, and
7 I relayed that to Benton as well.  But Benton
8 allowed Parrish to, I guess, go forward with
9 his -- I call it the hostile work environment
10 that I'm in with regard to Parrish being treated
11 differently than other white male employees.
12 Benton never investigated my complaint, my
13 complaints that Parrish does not have my best
14 interest in mind and the complaints where I told
15 him I was going to file a complaint for -- an
16 EEOC complaint, because I'm not being treated the
17 same in regards to assignment, as well, the
18 current investigation -- well, let me take that
19 back -- the investigation that culminated into my
20 termination which I deem as just a witch hunt for
21 me filing a federal EEOC complaint.  I told him
22 about the complaint initially, and I told him
23 that I really didn't want him to do anything to

Page 377

1 get Parrish off of my back because of what things
2 he was doing.  And when I complained about
3 Parrish, he never did anything about it, so
4 basically my ultimate termination is as a result
5 of Chief Benton not following up on my racial
6 harassment complaint.  It was retaliation and
7 racial discrimination.  I'm terminated as a
8 result of Chief Benton not doing his job to
9 investigate adequately and fully all the claims
10 that I've made against Parrish.
11    (Off-the-record discussion.)
12 A.   And deliberate indifference as it relates
13 to disciplining of white employees as it relates
14 to -- as it compares to black employees,
15 specifically where we had a white employee that
16 is still employed there violated department
17 policy to the point that the violation was
18 intolerable and he should have been terminated,
19 and he was not terminated.  So he being a white
20 employee, can violate policies that are
21 intolerable, but Chief Benton turns around and
22 fires a black employee for what he alleges --
23 allegations he alleged that I did, being conduct

Page 378

1  unbecoming and other things within this
2  Complaint, and the white employee still has his
3  job.
4  Q.  Who is the white employee?
5  A.  Arthur Schaffer.
6  Q.  Have you finished telling me the ways you
7  believe Chief Benton discriminated against you on
8  the basis of your race?
9     MS. EDWARDS:  Object to the form; once
10  again, legal conclusion.
11  A.  To my knowledge, that's it, but I'm pretty
12  sure it's not -- that's all I can remember right
13  now.
14  Q.  And right now is the opportunity that I get
15  to ask you questions about it.  Tell me the ways
16  that you allege Mike West discriminated against
17  you on the basis of your race?
18  A.  Mike West changed the chief of police's job
19  description twice when I applied for chief of
20  police.  Those changes actually disqualified me
21  when it appeared that I was extremely qualified.
22  And when I did complain to the city commission,
23  the mayor asked for an investigation into the

Page 379

1  complaint, and I don't think the complaint was
2  adequately investigated.  I don't think it was
3  impartial or an independent complaint.  He gives
4  direction and supervision over EEO officers in
5  the City; and I think, in my opinion, he's very
6  influential over the EEO officer.  I just don't
7  think the investigation was adequately
8  investigated.  Also, I had filed a compliant with
9  the city commission about racial discrimination,
10  and Mike West used my complaint of racial
11  discrimination as a question that was given to
12  the police applicants, where the end result was
13  John Powell was hired as a police chief.  And to
14  me, I felt that I had a target on my back because
15  John Powell knows my complaint and that was part
16  of the quali- -- part of the oral presentation, I
17  think, or the situational test that -- the
18  situational questions they used in hiring in that
19  same case where I was disqualified by Mike West
20  because of the change of the job description.
21  And to my knowledge, the police chief's job
22  description hadn't been changed until I qualified
23  throughout the ranks coming up throughout the

Page 380

1  police department, and that's when the job
2  description was changed.  That's all I can
3  remember right now about Mike West.
4  Q.  In what ways are you alleging that Lewis
5  Miller discriminated against you on the basis of
6  your race?
7  A.  Lewis Miller was the bureau commander over
8  David Kirkland.  My travel requests to attend
9  schools in order that I could compete with my
10  fellow -- my co-workers.  Lewis Miller, I guess
11  the best way I can say it is supported me not
12  being sent to schools where finances were
13  available for me to go, but I was told that they
14  weren't.  When I complained about it and went and
15  spoke with Lewis Miller, he initially denied that
16  I was not being treated equally regarding
17  training opportunities.  And once I shared with
18  him that I had paid for several of the schools
19  out of my pocket and that I had discovered that
20  there was money available for me to go to school
21  when I was told that there wasn't, and some of my
22  white co-workers went to those schools at the
23  same time that I was denied, but city monies went

Page 381

1  to send them to school, he reevaluated and looked
2  at it, and then I was sent to polygraph school,
3  which is a very expensive school.  And that's all
4  that I can remember right now regarding Lewis
5  Miller.  One more thing.  Lewis Miller was the
6  supervisor of David Kirkland when David Kirkland
7  used the "nigger," quote, unquote, the word
8  "nigger" during that time, and nothing was done
9  about it.
10  Q.  Do you know whether Lewis Miller was aware
11  that Mr. Kirkland had used the N-word?
12  A.  I don't know specifically.
13  Q.  Did you ever report to anybody that Lewis
14  Miller had discriminated against you on the basis
15  of your race?
16  A.  Yes, I did.
17  Q.  Who did you report that to?
18  A.  I believe the city manager's name was Jerry
19  Gwaltney at the time.
20  Q.  Do you recall what time frame that was?
21  A.  No, ma'am.
22  Q.  Was it prior to 2012?
23  A.  Yes, ma'am.

Page 382

1    Q.  In what way did John Collier discriminate
2    against you on the basis of your race?
3    A.  I tried to -- I tried out -- well, I turned
4    in a request to be put on the SWAT team.  He was
5    the SWAT team commander at the time, and this is
6    when other -- all white males were placed on the
7    SWAT team without qualifi- -- any prior
8    qualification, to my knowledge.  Then when I
9    spoke with him about not being selected -- when I
10   asked him how the selection process was, he said
11   that he -- it was like there was a rush, he had
12   to do it in a hurry, and he just selected people
13   randomly to be put on the team.  And then when I
14   expressed my desire to be on the team, he said
15   that he would -- they were going to be -- he was
16   going to ask for, I think he said six more
17   positions, but he was going to ask for more
18   positions and told me at that time, if it was
19   granted by the chief of police, that I could
20   qualify.  I would go out and do a -- there was a
21   qualification that I would have to undergo, where
22   the white males didn't have to undergo that
23   qualification.

Page 383

1    Q.  Were you ever on the SWAT team?
2    A.  Yes.
3    Q.  At what time frame were you on the SWAT
4    team?
5    A.  Seemed like I remember trying -- making
6    application for the SWAT team twice under
7    Collier, and I didn't -- he didn't select me
8    either time, and I wasn't going to do it again.
9    I remember I wasn't going to do it again.  I'm
10   thinking it was years later, and I don't remember
11   the exact year, but I did -- I did make it.
12   Q.  Was it prior to 2012?
13   A.  Yes.
14   Q.  Have you told me all the ways that you're
15   alleging that John Collier discriminated against
16   you on the basis of your race?
17       MS. EDWARDS:  Object to the form, asking
18   for a legal definition.
19   A.  That's all I recall right now.
20       MS. MAYS:  Okay.
21       MS. EDWARDS:  I have some follow-ups for
22   Mr. Gray.  I will try to be quick.
23

Page 384

1    EXAMINATION BY MS. EDWARDS:
2    Q.  Back in 1985 when you applied with the City
3    of Dothan, for what positions did you apply?
4    A.  I applied for jail security officer,
5    dispatcher, and police officer.
6    Q.  For which job were you hired?
7    A.  Jail security officer.
8    Q.  Of those officers, which job would be the
9    most prestigious and which job would be the least
10   prestigious between officer, dispatch, and jail
11   assistant?
12       MS. MAYS:  Object to the form.
13   A.  Police officer would be the most and jailer
14   would be -- jail security officer would be the
15   least.
16   Q.  Now, during the first part of your
17   deposition, Ms. Mays walked you through various
18   promotions that you have received over the course
19   of your 28-year career.  How do you claim that
20   you were discriminated against on the basis of
21   receiving those promotions?
22       MS. MAYS:  Object to the form.
23   A.  As I explained earlier, when Kater Williams

Page 385

1    was going to deny my position as a police
2    officer, and it wasn't until I shared that I was
3    going to stand up for my rights, and then he
4    hired me, so I had to -- I had to go a little bit
5    further than other officers, I guess, applying
6    for the job.  I had to go talk with him; but
7    anyway, I was being denied that after I had
8    successfully made the register, and white
9    officers were the only ones hired until I made
10   that complaint to them.  The rank of corporal, I
11   believe that's correct, in 1988 I think is where
12   I had to file a -- I filed a grievance with the
13   City of Dothan because I wasn't being allowed to
14   take the corporal's exam based on the number of
15   years that I had at the department, and there
16   were three white officers that were allowed to
17   have their tenure as auxiliary police officers to
18   count as tenure for them when they were promoted.
19   So I was being treated differently than white
20   officers.  And the circuit court -- the
21   circuit -- we appealed it above the personnel
22   board.  The personnel board did not rule in my
23   favor, but the circuit court did and allowed us

Freedom Court Reporting                877-373-3660

Page 386

1  to -- allowed me to -- allowed me to compete.
2  Q.   So is your testimony that in your opinion,
3  had you not filed a court action, would you have
4  received that promotion?
5  A.   I wouldn't have been promoted at all. I
6  was not -- I didn't receive consideration for
7  being promoted. I was denied it actually. I
8  applied for it, and I was denied it, saying that
9  I wasn't qualified.
10  Q.   After the corporal promotion, how, in your
11  mind, were you discriminated against on the basis
12  of your future promotions?
13  A.   Police lieutenant, I believe I applied for
14  police lieutenant twice, I believe. The civil
15  service test and the subjective oral board,
16  people were being considered and people were
17  promoted over me that did not have the time in
18  the police department nor the education that I
19  had, and some didn't even have the experience,
20  and they were selected as lieutenant and I wasn't
21  until my third try, I think. I believe.
22  Q.   Is it your contention that you were
23  promoted at the same rate as similarly situated

Page 387

1  white officers?
2       MS. MAYS: Object to the form.
3  A.   No. No.
4  Q.   Now, you mentioned -- Ms. Mays asked you
5  about various special assignments that you were
6  given during the course of your employment. Did
7  any of those special assignments result in a
8  change in your pay?
9  A.   No.
10  Q.   Why then did you seek out special
11  assignments if it didn't come with any pay
12  increase?
13  A.   I'll be specific with one and then go to
14  others. I can't think of any other way to
15  explain it. I complained to Chief Powell that
16  our existing bomb squad did not appear -- when I
17  saw them activated, they didn't appear as if they
18  had procedures, adequate procedures for doing
19  their job. So with me bringing the complaint to
20  him, he just instantly put me on the bomb squad
21  without me even asking. I was just bringing that
22  to light. So it was issued to me by Chief
23  Powell. I'm one of these officers, I want to

Page 388

1  bridge any gaps that may be within the
2  department. I'm just that -- I want to promote
3  the department the best I can, I guess you can
4  say, so I would just ask for -- I would take it
5  on myself just to fill the hole or fill the gap
6  that was there, such as mobile data computer
7  terminals. There was a big issue with that not
8  moving forward, and the ball just seemed to be
9  getting dropped more and more, and I just
10  volunteered to take it and run. So I'm just
11  trying to be a team player in the department and
12  trying to be the best that I can.
13  Q.   You mentioned the three bureaus. There's
14  patrol, correct?
15  A.   Yes.
16  Q.   Administration?
17  A.   Yes.
18  Q.   And investigative; is that correct?
19  A.   That's correct.
20  Q.   Of those three bureaus, what, in your mind,
21  is the most prestigious bureau? Rank the bureaus
22  in order, how you believe they would rank as far
23  as prestige within the Dothan police department

Page 389

1  is concerned.
2       MS. MAYS: Object to the form.
3  Q.   I'll just re-ask the question. Of the
4  three bureaus, which is the most prestigious?
5       MS. MAYS: Object to the form.
6  A.   Investigative.
7  Q.   What, in your mind, is the least
8  prestigious?
9       MS. MAYS: Object to form.
10  A.   Administrative.
11  Q.   In your opinion, was this opinion of
12  prestige, as far as the department is concerned,
13  widespread among the department?
14       MS. MAYS: Object to the form.
15  A.   Yes.
16  Q.   So did you consider it a material change in
17  your position when you were transferred from
18  patrol to administration?
19       MS. MAYS: Object to the form.
20  A.   Yes, it was.
21  Q.   Now, when you stated that authority was
22  removed from you while you were over the
23  administration department, after you were

38  (Pages 386 to 389)

Page 390

1   transferred from patrol to administration, how
2   exactly was authority removed from you?
3   A.   Captain -- excuse me, Major Parrish
4   assigned Lieutenant Etress in a position that, to
5   my knowledge, has never existed, which was called
6   the administrative services lieutenant.
7   Q.   So the effect of that change, did it affect
8   the number of people that you directly
9   supervised?
10   A.   Yes.
11   Q.   How so?
12   A.   The supervisors that were being in those
13   divisions that falls up under my bureau would
14   answer to Lieutenant Etress instead of me.
15   Q.   How many employees are we talking about?
16   A.   At the time, approximately 60.
17   Q.   So you went from supervising 60 employees
18   to how many after that?
19   A.   I'd say two at the most, if you would call
20   my supervising Etress one.  When I've been told
21   that I'm going to be watched to see if I'm going
22   to micromanage Etress, I kind of felt like I
23   wasn't supervising him.

Page 391

1   Q.   Who was the other employee that you
2   supervised?
3   A.   Her name was Shondell.  Her last name is
4   Griffin now.  She got married.
5   Q.   What was her position?
6   A.   She was my secretary.
7   Q.   Is Shondell white or black?
8   A.   She's a black female.  She's the only black
9   secretary we had in the police department.
10   Q.   Did you ever knowingly accept persons as
11   members of your motorcycle club, Bama Boyz, who
12   you knew of to have any type of criminal history
13   or affiliation with crime?
14      MS. MAYS:  Object to the form.
15   A.   No.
16   Q.   Did you ever witness any members of the
17   Bama Boyz commit or participate in any criminal
18   act?
19   A.   Never.
20   Q.   Do you know someone by the name of Wendell
21   Keys?
22   A.   Yes.
23   Q.   Is he a member of Bama Boyz?

Page 392

1   A.   No.
2   Q.   Do you know what club he belongs to?
3   A.   He's a member of Outcast.
4   Q.   Has Bama Boyz ever been involved in any
5   type of criminal activity?
6   A.   Absolutely not.
7   Q.   What is the primary purpose of Bama Boyz
8   Motorcycle Club?
9   A.   Camaraderie, supporting charities, and
10   motorcycle enthusiasts.
11   Q.   Is Bama Boyz an outlaw motorcycle club?
12   A.   No.
13   Q.   Did you ever feel that you had a conflict
14   upholding your duties as a police officer and
15   being a member of Bama Boyz Motorcycle Club?
16      MS. MAYS:  Object to the form.
17   A.   Never.  Never.
18   Q.   Ms. Mays kept referring to something
19   earlier during your deposition as "a blessing."
20   Do you know what she's referring to when she says
21   "a blessing"?
22      MS. MAYS:  Object to the form.
23   A.   Yes.

Page 393

1   Q.   And in your opinion, what does she mean by
2   "a blessing"?  Or let me just ask you this.  What
3   did you understand her to mean when she was
4   asking you about blessings?
5   A.   What I understood --
6      MS. MAYS:  Object to the form.
7   A.   What I understood was she was wanting to
8   know -- pretty much the definition of a blessing,
9   in my definition of a blessing, is to coexist
10   among motorcycle clubs without issue.
11   Q.   And what would be the reason for asking for
12   a blessing, in your mind?  What was the purpose
13   of anything that you would refer to as a
14   blessing?  What would have been your purpose for
15   obtaining that?
16      MS. MAYS:  Object to the form.
17   A.   A lot of things in motorcycle clubs are
18   word of mouth.  There are no laws, there's no --
19   there may be -- they're word of mouth.  So I was
20   told that I should ask a blessing, and I was told
21   who to ask it from, and it was so you don't have
22   any -- your club doesn't have any problems with
23   any other clubs, because sometimes clubs can be

39 (Pages 390 to 393)

Page 394

1    territorial. So it was, to me, just doing
2    something that would be safe, ask if we can
3    coexist, "Do you have any problem with that," and
4    they say, "No problem," you know.
5    Q.   So basically, a blessing is permission to
6    ride in an area to avoid friction; is that what
7    you're saying?
8         MS. MAYS: Object to the form.
9    A.   That's basically it.
10   Q.   Ms. Mays mentioned two incidents in which
11   you -- I believe one was a funeral and one was
12   some sort of anniversary party for Bama Boyz --
13   A.   Correct.
14   Q.   -- in which a member of Outcast, Big O, was
15   present. Is that correct?
16        MS. MAYS: Object to the form.
17   A.   Yes.
18   Q.   Did you ever acknowledge any sort of
19   criminal activity on the part of Big O or anyone
20   else who may have been affiliated with the
21   Outcast when you were at these two events?
22        MS. MAYS: Object to the form.
23   A.   No.

Page 395

1    Q.   Why do you believe that you were placed on
2    a Performance Improvement Plan by Major Steve
3    Parrish?
4         MS. MAYS: Object to the form.
5    A.   I believe that it's just part of his racial
6    discriminatory ways. I just -- I just think that
7    he's out -- he's just out to get me or to damage
8    my credibility, damage my character.
9    Q.   Prior to being placed on that Performance
10   Improvement Plan, had you ever been placed on a
11   Performance Improvement Plan during your 28-year
12   career?
13   A.   No, not to my knowledge.
14   Q.   Had you complained of discrimination prior
15   to his placing you on a Performance Improvement
16   Plan?
17   A.   Yes.
18   Q.   And in relation to when you were placed on
19   the Performance Improvement Plan, when had you
20   complained?
21   A.   I can't remember the date. It wasn't that
22   long.
23   Q.   I'll ask the most recent time, because I

Page 396

1    know -- I understand from your testimony that you
2    complained throughout your career, but when had
3    you complained just prior to being placed on the
4    PIP plan?
5         MS. MAYS: Object to the form.
6    A.   I'm thinking that it was within a few
7    months. To the best of my knowledge, I think
8    that's when it was.
9    Q.   Lieutenant Mark Nelms -- and I believe this
10   is following up on something from the first half
11   of the deposition. Was Lieutenant Mark Nelms
12   ever assigned the duties of lieutenant over the
13   Administrative Services Bureau?
14        MS. MAYS: Object to the form.
15   A.   Not that I can ever recall.
16   Q.   Have you ever expressed an interest to
17   anyone about attending FBI National Academy
18   school?
19        MS. MAYS: Object to the form, asked and
20   answered.
21   Q.   Or had you ever communicated with anyone
22   concerning your interest in attending FBI
23   National Academy?

Page 397

1         MS. MAYS: Object to the form.
2    A.   Yes, I have. I believe it was David
3    Kirkland, I'm not one hundred percent for sure.
4    Q.   Was it someone within the Dothan police
5    department?
6    A.   Yes.
7    Q.   Was it a superior to you?
8    A.   Yes.
9    Q.   Was he the only person that you
10   communicated that to?
11   A.   No. I believe I told Sergeant Alton
12   Miller.
13   Q.   Anyone else?
14   A.   Yes, I just remembered. Scott Heath.
15   Q.   What was his position?
16   A.   I'm wanting to think that he was in
17   training, in the training division, but I'm not
18   one hundred percent certain of that.
19   Q.   Was he a superior to you?
20   A.   No.
21   Q.   That he had responsibility over training?
22   A.   I think so. And it seems as if -- I'm just
23   remembering this, excuse me, but it seems as if

40 (Pages 394 to 397)

Page 398

1    he had something to do with like liaison or
2    something for maybe the paperwork for people that
3    submitted to the FBI National Academy, or
4    something like that.
5    Q.   The people who submitted to the national
6    academy, how were they -- what process did they
7    go through to submit? Was there an announcement
8    that you could go to FBI school?
9         MS. MAYS:  Object to the form, compound
10   question.
11   A.   No.  No, there was no announcement.
12   Q.   So you were just chosen to go to FBI
13   school?
14        MS. MAYS:  Object to the form.
15   A.   To my knowledge.
16   Q.   Did you ever see any kind of publicized
17   announcement that the department was accepting
18   requests to attend FBI National Academy?
19   A.   There's never been any announcement that
20   I've ever seen during my entire career at the
21   police department for people to submit to go to
22   the FBI National Academy.
23   Q.   Now, you mentioned several people earlier

Page 399

1    that you had personally heard say the N-word in
2    your presence or heard them saying the N-word to
3    an African-American employee. Have you ever
4    heard of anyone else saying the N-word other than
5    those individuals that you named previously,
6    within the Dothan police department?
7    A.   Not that I can recall right now.
8    Q.   Have you ever heard from any of your
9    African-American co-workers that they have heard
10   the N-word while being employed with the Dothan
11   police department?
12        MS. MAYS:  Object to the form.
13   A.   Yes.
14   Q.   How many times have you heard that?
15        MS. MAYS:  Object to the form.
16   A.   I can recall two specifically right now,
17   but there was a rumor about a third one that I
18   can't verify, but somebody else probably could.
19   Q.   So these African-American co-workers told
20   you that they have heard the N-word while being
21   employed with the City of Dothan?
22   A.   Yes.
23   Q.   Ms. Mays referred you to a newspaper

Page 400

1    article regarding former Police Chief John White,
2    and it's dated back to April 19, 1999. There was
3    a rally that was attended on his behalf that was
4    due to some type of scandal. Do you know what
5    that scandal was concerning?
6    A.   Yes.
7    Q.   What was it concerning?
8    A.   I'll put it in my own words, but I just
9    need to go over it.
10   Q.   I was just wondering if you knew. Was it
11   having to do with race relations in the
12   community?
13        MS. MAYS:  Object to the form.
14   Q.   Or was it something else?
15   A.   In its entirety, I don't know, but a
16   portion of it was a raid that had taken place at
17   a local restaurant, and the police chief did not
18   inform the city commissioners that the FBI was
19   going to conduct a raid. The raid was at a
20   prominent restaurant -- at a prominent
21   restaurant, and there was people apprehended or
22   investigated, I believe it was by the FBI, and I
23   think one was a judge. So I think the politics

Page 401

1    at the time, I think, was going to try to ask the
2    chief for his resignation, John White.
3    Q.   You testified in your first deposition
4    about anxiety and depression. Can you tell me
5    why exactly in your mind you were treated for
6    anxiety and depression?
7         MS. MAYS:  Object to the form.
8    A.   The way that I have been discriminated
9    against racially at this department; the way that
10   I have not been treated fairly, equally as an
11   African-American, versus my white co-workers; the
12   witch hunt as a result of me filing my federal
13   EEOC claim against the City for racial
14   discrimination and what I deem to be a hostile
15   work environment and just harassment by the --
16   ooh.
17   Q.   Have you ever been treated for anxiety or
18   depression not related to your employment with
19   the City of Dothan?
20        MS. MAYS:  Object to the form.
21   A.   That previous answer I just gave, that's --
22   right now, that's all I can remember right now
23   about that, but there may be something else.

Page 402

1    I've never been treated for anxiety and
2    depression before.
3    Q.   You had never been treated for anxiety and
4    depression before your employment at City of
5    Dothan, correct?
6    A.   That's correct.
7    Q.   Have you been treated for anxiety or
8    depression for anything related to anything
9    outside of your employment with the City of
10   Dothan?
11   A.   No.
12        MS. EDWARDS:  No further questions.
13
14   RE-EXAMINATION BY MS. MAYS:
15   Q.   Just a few follow-up questions.  After you
16   received training to perform hypnosis -- do you
17   need to take a break?
18        MS. EDWARDS:  Do you need just a couple of
19   minutes?  Let's just take a break.
20        MS. MAYS:  That's fine.
21        (Whereupon, at this time a short break was
22   taken from 7:26 p.m. until 7:30 p.m.)
23   Q.   Just a few follow-up questions.  After you

Page 403

1    received training to perform hypnosis, did you
2    perform hypnosis outside of work?
3    A.   I did.
4    Q.   And did you receive payment for performing
5    hypnosis outside of work?
6    A.   I did.
7    Q.   A few months prior to being placed on a
8    PIP, who had you complained to about Major
9    Parrish?
10   A.   Chief Benton.
11   Q.   And what was the basis of that complaint?
12        MS. EDWARDS:  Object to the form.
13   A.   Where I felt like he was nitpicking my
14   work, in that there was an incident where I was
15   in an off-duty capacity, and two men were
16   threatening and attempting to assault me while I
17   was waiting on a to-go order at a local
18   lounge-restaurant, I guess you can call it.
19   Major Parrish was critical of that, of me there
20   while in my off-duty capacity, and I informed the
21   municipal court judge about what happened, and
22   there was an Internal Affairs investigation
23   launched by the person that was going to assault

Page 404

1    me.  And I was exonerated, the allegations were
2    unfounded or exonerated, but I told the chief.
3    The chief informed me of the investigation, and I
4    talked with him about it and told him I had
5    talked to a judge about it, and I was obtaining
6    warrants -- or I had obtained a warrant for the
7    person's arrest.  That's why I was talking to the
8    judge, to get some understanding and clarity on
9    the law.  And I told the chief then that Parrish
10   didn't have my best interest in mind, because it
11   looks like he was looking for anything he can --
12   he could to try to paint me in a negative light
13   for some reason.  That's all -- that's all I can
14   remember right now.  I believe it was the same
15   day, I'm not one hundred percent certain, but I
16   showed the police chief some pictures that I
17   saved on my computer screen of my rank, which is
18   typically a gold captain's insignia.  And I had
19   two gold ones, I believe it was, and a black one,
20   which is called a subdued rank.  And I pointed at
21   that and I told him, "This is how I feel.  My
22   bars are not as shiny as the other two captains.
23   I'm not being given the same opportunities as the

Page 405

1    other two," and he just shook his head and
2    walked out of the office.  Now, either that was
3    right then or that was the second time.  I
4    believe it was that -- I believe it was that
5    first time.  I'm almost sure.
6    Q.   What is a black subdued rank?
7    A.   Military.  Whenever officers wear their
8    rank, it signifies their position, their rank.  A
9    black subdued rank or a subdued rank is like flat
10   black.  It's nonreflective.  It's like it's
11   tarnished, it's nonreflective.  So that is for
12   whenever you're in combat, you're still
13   recognized by your rank but you -- it's subdued
14   so you can't see it.  It's almost like it's
15   invisible.
16   Q.   Are you saying that Major Parrish had
17   something to do with you getting a black subdued
18   rank medal?
19        MS. EDWARDS:  Object to the form.
20   Q.   Or are you saying that you told Chief
21   Benton that that's how you felt, just referring
22   to that medal?
23   A.   I'm sorry I shook my head, when you told me

Page 406

1    first to answer aloud. So the first -- the first
2    part of your question, the answer was no, I was
3    shaking my head no. The second part of your
4    question is I communicated that to Chief Benton
5    as it relates to the question that you had asked.
6    Q.   So just so the record is clear, Major
7    Parrish didn't have anything to do with you
8    getting a black subdued rank pin or medal; is
9    that right?
10       MS. EDWARDS: Object to the form.
11   A.   No.
12   Q.   That's not right? Explain to me how this
13   black subdued rank relates to your complaint
14   about Major Parrish.
15   A.   I saved images on my computer screen,
16   almost like a desktop or a screen saver. Do you
17   understand what I'm saying, by the image on my
18   computer?
19   Q.   I do understand you would save a screen
20   saver.
21   A.   It's an image on my computer that I put on
22   there that, in my mind, depicts my rank as not
23   being equal to or being -- it's not -- it's not

Page 407

1    the same as my white co-workers' rank that would
2    be golden, a shiny golden color.
3    Q.   But the actual pin that you had was the
4    same as your white co-workers, right?
5        MS. EDWARDS: Object to the form.
6    A.   Yes.
7    Q.   When you said that there was an incident at
8    a local lounge where you were picking up some
9    food and an incident occur, was that at Pockets
10   Lounge?
11       MS. EDWARDS: Object to the form.
12   A.   Yes.
13   Q.   And am I right that you were not
14   disciplined for that incident?
15   A.   That's correct. Parrish was just critical
16   of me for that incident.
17   Q.   Do you know what criteria were used to
18   decide who would participate in the FBI National
19   Academy?
20       MS. EDWARDS: Object to the form.
21   A.   No.
22   Q.   Am I right that you haven't taken any
23   medicine for anxiety or depression since March of

Page 408

1    2013?
2    A.   To the best of my knowledge, that's
3    correct. That I remember right now, yes.
4    Q.   Am I right that in 2011, you reported to
5    Dr. Kenneth Tucker that it had been alleged that
6    you had a 21-year-old daughter?
7        MS. EDWARDS: Object to the form.
8    A.   Repeat the question again.
9        (Whereupon, at this time the designated
10   portion of the testimony was read back by the
11   court reporter.)
12   A.   I don't remember one hundred percent for
13   sure if I had done that and if that was the time
14   it was done. I'm not one hundred percent
15   certain. I could have, but I'm not one hundred
16   percent certain. I guess I would have to see the
17   record.
18   Q.   Do you recall when you made that report to
19   Dr. Tucker, whether you were treated for anxiety
20   at that time?
21   A.   I don't remember.
22   Q.   You don't remember one way or the other?
23   A.   Huh-uh.

Page 409

1    Q.   Answer verbally for me.
2    A.   Oh, I'm sorry.
3    Q.   Do you recall whether you were treated for
4    anxiety at the time when you reported to Dr.
5    Tucker that you had heard an allegation that you
6    had a daughter that you didn't know about?
7    A.   I do not recall.
8    Q.   And my follow-up question is, you don't
9    recall one way or the other?
10   A.   One way or the other.
11       MS. MAYS: That's all.
12
13   RE-EXAMINATION BY MS. EDWARDS:
14   Q.   Mr. Gray, why do you believe that Parrish
15   was trying to, in your words, paint you in a
16   negative light?
17       MS. MAYS: Object to the form.
18   A.   I believe that Parrish was trying to paint
19   me in a negative light so that if I had competed
20   again for police chief, that there would be
21   something in my file, and I wouldn't have the --
22   there would be something derogatory that would
23   keep me back from being promoted where he would

Page 410

1  possibly be chosen.
2  Q.  Whenever you reported these things to Chief
3  Benton, did Chief Benton investigate your
4  complaints about Major Parrish?
5      MS. MAYS: Object to the form.
6  A.  No.
7  Q.  What was your answer?
8  A.  No, not to my knowledge.
9  Q.  Did he ever take any action to remedy your
10 complaints?
11     MS. MAYS: Object to the form, calls for
12 speculation.
13 A.  No, not to my knowledge.
14 Q.  When did you stop taking medication for
15 anxiety and depression?
16 A.  Around -- in about March -- I think March
17 two thousand -- I would have to speculate. I
18 don't want to speculate.
19 Q.  Was it before or after your termination
20 from the Dothan police department?
21     MS. MAYS: Object to the form.
22 A.  When I stopped taking it?
23 Q.  Uh-huh.

Page 411

1  A.  It was after.
2  Q.  Why did you stop taking the medication?
3  A.  I was told that I could not fly as a solo
4  pilot while on medication for anxiety and
5  depression.
6  Q.  Did you suffer from anxiety or depression
7  upon hearing allegations that you had a
8  21-year-old daughter that you hadn't known of, or
9  was your anxiety and depression that you were
10 being treated for related to your employment with
11 the City of Dothan?
12     MS. MAYS: Object to the form.
13 Q.  Let me just ask a better question. Were
14 you treated for anxiety and depression because of
15 your learning allegations that you may have a
16 21-year-old daughter?
17     MS. MAYS: Object to the form.
18 A.  I wasn't told -- that I can remember, I
19 can't remember anything about
20 depression-depression. I don't have a -- I don't
21 know right now, have a clue about anxiety at that
22 time. I just don't know.
23 Q.  Was your anxiety and depression a constant

Page 412

1  thing? How would you describe how you suffered
2  from anxiety during this time?
3      MS. MAYS: Object to the form.
4  A.  With regards to the Dothan police
5  department, this investigation that came after me
6  filing my federal EEOC complaint and talking with
7  Chief Benton and me being placed on
8  administrative leave and ultimately fired, is the
9  reason why I have anxiety and depression.
10 Q.  Do you still suffer from anxiety and
11 depression?
12     MS. MAYS: Object to the form.
13 A.  I believe so.
14     MS. EDWARDS: No further questions.
15
16 RE-EXAMINATION BY MS. MAYS:
17 Q.  Are you currently being treated for anxiety
18 and depression?
19 A.  Yes.
20 Q.  By whom?
21 A.  Dr. Earl Jones.
22     MS. MAYS: That's all.
23     (Whereupon, at this time, the

Page 413

1  deposition was concluded at 7:45 p.m.)
2      FURTHER DEPONENT SAITH NOT.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 414

```
 1            CERTIFICATE
 2
 3      STATE OF ALABAMA)
 4      JEFFERSON COUNTY)
 5
 6           I hereby certify that the above and
 7      foregoing deposition was taken down by me in
 8      stenotype and the questions and answers thereto
 9      were reduced to typewriting under my supervision
10      and that the foregoing represents a true and
11      correct record of the testimony/evidence given by
12      the deponent.
13           I further certify that I am neither of
14      counsel nor of kin to any of the parties to the
15      action, nor am I in anywise interested in the
16      results of said cause.
17
18           /s/Donna L. Winters
19           Donna L. Winters, Commissioner
20           ACCR Certificate Number: AL-373
21           My commission expires: 10-22-2017
22           Commissioner for State of Alabama
23           Notary commission expires: 10-30-201
```

Freedom Court Reporting                 877-373-3660