PX 5

# Charge of Discrimination

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | Agency | Charge Number |
|---|---|---|
| ☐ | FEPA | |
| ☒ | EEOC | Amendment to Charge: 420-2013-01860C |

**NAME** (Indicate Mr., Ms., Mrs.)
RaeMonica Carney

**HOME TELEPHONE** (area Area Code)
334-685-4623

**STREET ADDRESS, CITY, STATE, AND ZIP CODE**
2601 Stringer Street, Dothan, AL 36303

**DATE OF BIRTH**
10-15-72

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME | CITY OF DOTHAN | NUMBER OF EMPLOYEES, MEMBERS | 15+ | TELEPHONE | 334-615-3000 |
|---|---|---|---|---|---|

**STREET ADDRESS      CITY, STATE, AND      ZIP CODE**
126 North St. Andrews Street, Dothan, AL 36303

**COUNTY**
Houston

**CAUSE OF DISCRIMINATION BASED ON:**
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER

**DATE DISCRIMINATION TOOK PLACE EARLIEST** (ADEA/EPA)
**LATEST** (ALL) 1999 through December 16, 2013
☐ CONTINUING ACTION

## THE PARTICULARS ARE

I am a Black female. I was hired in May 2005 as police officer. In addition to my duties as a police officer, I am a Community Watch Coordinator, Crime Stoppers Coordinator, and a Recruiting Team Member. Despite having been assigned these additional duties, I have not been promoted, nor have I received any additional compensation. Throughout my employment, White male employees with less experience have been promoted at a faster rate than I have. White male employees with less experience are paid more than I am. Furthermore, I have been subjected to harassment from White male employees, but management is turning other cheek. The harassment began when I began speaking up for the rights of minorities who I believed the department was targeting and treating differently. Additionally, the department is undermining my position by limiting my access to certain departmental computer applications. Several White male co-workers complained about my having access to TipSoft, a web-based application that shows tips coming in from the public. I had used that application in the past to help solve crimes. I believe that the department is limiting my access so that I cannot assist in solving those crimes and so that other White male employees can take the credit. I have also noticed that on recent required tests, some of my answers have been counted wrong, even though they were clearly correct. When I challenged one incorrect grading on an ethics test, my White superior officer refused to look into it or correct my grade. In recent a firearms test, several of my shots were not counted as having hit the mark, and I received a score in the 80's. I pointed out to my White superior officer the proof where I had only missed a couple of shots. He gave me credit for some, but not all of the shots made. This concerns me, because the results of these tests can be used to affect both my current position and my chances for future advancement. I was recently suspended for an alleged breach of the department's social media policy for posting my views online about a newsworthy event. Several of my White co-workers complained to management that my comments were racist (they clearly were not), simply because they did not agree with my views. The department suspended me without pay pending a hearing before the personnel board. Nothing that I posted would disparage or otherwise place the department in a negative light. One of the White co-workers even called me a racist on my Facebook page. I have been told that I will be assigned to desk duty following my return from my suspension. A White male will assume my former duties. Additionally, I stand to be placed on a two-year probation in which any further disciplinary action could be used to terminate my employment I believe that I am being harassed and discriminated against on the basis of my race, Black, and my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**AS AMENDED:** I was originally hired in or around June 1999. I took a year of leave in 2004 and returned in 2005. Since the events stated in the above-referenced charge, I was placed on a 10-day, unpaid suspension, demoted to desk duty, had several major areas of responsibility removed, and was placed on a two-year probation. The department terminated my employment on December 16, 2013 based on unfounded allegations of "gross insubordination." I believe the department's actions constitute further discrimination and harassment based on my race and sex and are in violation of the retaliatory provisions of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, If any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Notary - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct
Date: 17 DEC 2013
Charging Party (Signature) *RaeMonica Carney*

SIGNATURE OF COMPLAINANT *RaeMonica Carney*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, Month, and Year) 17, Dec, 2013

*Betty Jean Wood*

My Commission Expires
July 11, 2016