IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2015 MAR 27  P 4: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| IVAN KEITH GRAY, <br> Plaintiff, | ) <br> ) <br> ) |
| vs. | ) CIVIL ACTION NO: <br> ) 1:14-cv-00592-MHT-SRW |
| CITY OF DOTHAN, <br> Defendant. | ) <br> ) |

### DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR COMPLETE SUMMARY JUDGMENT

Defendant City of Dothan submits the following as evidence in support of its Motion for Complete Summary Judgment:

A. Sworn deposition of Plaintiff with exhibits

B. Sworn testimony provided at November 19, 2013 Personnel Board hearing Transcript without exhibits

C. Sworn declarations of Delvick McKay with exhibits

D. Sworn declaration of Gregory Benton with exhibits

E. Sworn declaration of Tim Mullis with exhibits

F. Sworn declaration of Darryl Mathews with exhibits

G. Sworn declaration of Donny Smith with exhibits

H. Sworn declaration of Steve Parrish with exhibits

I. Sworn declaration of Doug Magill

J. Sworn declaration of Adrianne Woodruff with exhibits

K. Sworn declaration of Chris Watson

L. Sworn declaration of Taiwan Truitt with exhibit

M. Sworn declaration of Trampass Gougler

Respectfully submitted,

*/s/ Stephanie H. Mays*

Chris Mitchell, Esq.
Stephanie H. Mays, Esq.
Tiffany P. Rainbolt, Esq.
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
cmitchell@maynardcooper.com
smays@maynardcooper.com
trainbolt@maynardcooper.com

## CERTIFICATE OF SERVICE:

I hereby certify that I have this the 27th day of March 2015, served a copy of the foregoing upon the following U.S. mail postage prepaid and properly addressed to:

Sonya C. Edwards
Edwards Law, LLC
121 Edenton Street
Birmingham, AL 35242
sonyaedwardslaw@gmail.com
Phone: 205-408-0956
Fax: 205-408-9236

Jeffrey W. Bennitt
Edwards Law, LLC
121 Edenton Street
Birmingham, AL 35242
Bennittlaw.aol.com
Phone: 205-408-7240
Fax: 205-408-9236

_____
OF COUNSEL