

# BAMA BOYZ
# MOTORCYCLE CLUB, Inc.

July 21, 2013

To All of Our Biker Family:

The Founding Executive Board has held a series of meetings regarding the possibility of starting a new chapter of Bama Boyz, MC in Anniston, Alabama.  Upon receiving the blessings from Big O, President of Outcast, Alabama, Big Meat, Sin City Disciples, Alabama, and Catfish, National President of Easy Riders, MC it is effective immediately that Antwaun "King Ace" Clifton is the new President of the Anniston Chapter of Bama Boyz, MC.  The Vice President will be Pervis "Cupid" Welch.  All officers positions will be effective for two years unless circumstances dictate otherwise according to bylaws.

Bama Boyz, MC Inc., has always had a great reputation with all bike clubs, and we wish to continue being family with you all giving respect when given respect.  If there are any negative issues about who we are, and what we stand for feel free to call on me.  Judge us on our solid reputation within the community.

If you have any questions I can be reached at (334) 796-0134.

Respectfully yours,

I. Keith Gray, M.S. (Chopper)
Founder
Bama Boyz Motorcycle Club, Inc



DEFENDANT'S
EXHIBIT
13
I. Gray



EXHIBIT
G

CITY OF DOTHAN/GRAY 001209
CONFIDENTIAL

Page 22

 

# The City of Dothan Employee Disciplinary Action Report Form
### *Authority: Regulation III - DISCIPLINARY POLICY*

| SECTION III - EMPLOYEE INFORMATION | | | |
|---|---|---|---|
| Employee Name<br>Keith Ivan Gray | Employee ID Number<br>101482 | Hire Date<br>2/11/85 | Department<br>Police |
| Employee Job Title<br>Police Captain | | Counseling Supervisor Name & Job Title<br>Steve Parrish, Major | |

### SECTION IV - OFFENSE AND TYPE OF ACTION

Check (√) Category and Offense, Circle (O) Rule Number(s) violated

☒ MINOR CATEGORY    ☒ 1st Offense    ☐ 2nd Offense    ☐ 3rd Offense    ☐ 4th Offense

Violation of Rule: Section 3-41.    1  2  3  4  5  6  7  8  9  10  (11)  12  13  14  15  16  17  18

☐ MAJOR CATEGORY    ☐ 1st Offense    ☐ 2nd Offense

Violation of Rule: Section 3-42.    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

☐ INTOLERABLE CATEGORY    ☐ 1st Offense

Violation of Rule: Section 3-43.    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20

Check (√) Type of Disciplinary Action For This Offense

☒ FORMAL COUNSELING    ☐ WRITTEN WARNING    ☐ FINAL WRITTEN WARNING    ☐ DISCHARGE

### SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

In the space below or on additional sheets provide detailed documentation of the rule(s) violated to include dates and the specific actions of the employee. Include details of recommendations for corrective action and consequence of future violations.

On January 27, 2012 Officer Taiwan Truitt, Officer Brandon Dollar, Officer Adam Traylor and Officer Joe Cochran were conducting police business at the Four Stop Inn. Aka. Etons, located at 605 Webb Road. Captain Keith Gray was off-duty inside the establishment partaking in alcoholic beverages. While the officers were standing outside, Captain Gray intervened and summoned Officer Truitt back inside. Captain Gray questioned Officer Truitt concerning his being there and ultimately instructed him to leave the area. Captain Gray directed the other officers to stay. Captain Gray approached the officers and made derogative comments about Officer Truitt that were inaccurate and reflected poorly on him as a Police Officer. Captain Gray later contacted Lieutenant Will Benny and directed him to reassign Officer Truitt to another zone.

Captain Gray's actions are a violation of the City of Dothan Personnel Rules and Regulations, Sec. 3-41. (11) improper use of, Or failure to exercise, supervisory authority and responsibility.

In the future Captain Gray should not intervene in official police business while off-duty and while under the influence of alcohol. The on-duty supervisor should have been contacted to handle any complaint or misconduct by on-duty officers.

Any future violations of this nature will be dealt with in accordance with the City of Dothan Personnel Rules and Regulations.

| Supervisor Signature | Date signed | Department Head Signature | Date Signed |
|---|---|---|---|
| | 2-20-12 | | 2-20-12 |

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above. I understand my signature on this form acknowledges the counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statements documented on this form. I also understand I may provide a written explanation of the offense for which the counseling or warning report has been issued and attach this written statement to this form. I understand this Personnel Form #147 and any attachments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE: Capt. Keith Gray                    Date Signed: 2-20-12

Distribution: ☐ ORIGINAL to Personnel Department    ☐ COPY to Employee    ☐ COPY to Department Head

PERSONNEL FORM #147 (rev. 8/2006)



PAGE 1 OF 2 PAGES

CITY OF DOTHAN/GRAY 001087
CONFIDENTIAL

## The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III – DISCIPLINARY POLICY*

**How to use the Tables below:** Complete SECTION I by listing the employee's minor offense history for the past twelve months and/or Major offense history for the past twenty-four months. Refer to the SECTION II – DISCIPLINARY ACTIONS SUMMARY TABLE to determine the appropriate disciplinary action to be taken and whether the disciplinary action must follow the Due Process Procedure as set out in Personnel Regulation IV.

**Note:** "Minor", "Major", or "Intolerable" offenses have separate disciplinary action progressions. See the SUMMARY TABLE in SECTION II below. The offense free time period required to clear a disciplinary record of MINOR offenses is 12 months and MAJOR offenses is 24 months from the "date of record" for last offense committed.   ("Date of Record" is date form signed by department head.)

| SECTION I - REVIEW OF EMPLOYEE DISCIPLINARY HISTORY | | | |
|---|---|---|---|
| A review of this employee's active Disciplinary History includes the following MINOR category offense(s) and/or the following Major category offense(s).  If the employee has no active disciplinary history, write N/A. | | | |
| Category | Type of Action | Dated | Specific Violation - Cite Rule and Offense |
| MINOR | Formal Counseling | | |
| MINOR | Written Warning | | |
| MINOR | Final Written Warning or Final Written Warning & 1-5 Day Suspension | | |
| MAJOR | Final Written Warning & 1-20 Day Suspension | | |

The SUMMARY TABLE below shows: (1) The disciplinary progression (1st, 2nd, 3rd, etc., offense) and resulting disciplinary action for MINOR, MAJOR, and INTOLERABLE offenses; and (2) Whether a disciplinary action requires a Due Process Hearing before being administered.

| SECTION II - REVIEW OF ACTION SUMMARY TABLE | | | | |
|---|---|---|---|---|
| **DUE PROCESS HEARING NOT REQUIRED** | First Offense MINOR<br><br>Formal Counseling | Second Offense MINOR<br><br>Written Warning | Third Offense MINOR<br><br>Final Warning or (See below) | Fourth Offense MINOR<br><br>See Below |
| **◆ DUE PROCESS HEARING REQUIRED PRIOR TO ADMINISTERING.** | First Offense MAJOR<br><br>Final Warning and 1-20 Day Suspension. | Second Offense MAJOR<br><br>Discharge | Third Offense MINOR<br><br>Final Warning and 1-5 Day Suspension | Fourth Offense MINOR<br><br>Discharge |
| | First Offense INTOLERABLE<br><br>Discharge | Due Process Hearings are implemented in accordance with Personnel Regulation IV | | |



CITY OF DOTHAN/GRAY 001088
CONFIDENTIAL

# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000



## Memorandum

Date:      December 18, 2012

To:        Chief Greg Benton

From:      Major Steve Parrish

RE:        Captain Keith Gray

During the reporting period January 2012-December 2012, Captain Gray has performed well commanding the Patrol Services Bureau. There was a minor incident at the beginning of the reporting period where he received formal disciplinary action; but it was a minor violation. He received a P.I.P. and has made the necessary adjustments to overcome that obstacle.

Captain Gray leads the largest bureau in the Police Department, so it presents the most challenges. He has done a good job particular "juggling resources" in lean times with a lack of man-power. He wears a suit and his Class A uniform from time to time which I believe reflects positively on the Department. He participated in all required training mandated by our Department.

I would encourage you to review the entries I have included in this evaluation from Guardian Tracking; it is one example after the other of his dedication to the Department. I do feel however that the maximum potential of Captain Gray's ability has yet to be achieved. I feel as he continues to develop in to a seasoned commander he will get better. I am going to discuss some of these needs in next year's planning session.

In conclusion, I would like to say that he is reliable and conscientious; two traits that are very important in a senior level commander of an agency this size.



DEFENDANT'S
EXHIBIT
15
I. Gray
PENGAD 800-631-6989

CITY OF DOTHAN/GRAY 001091
CONFIDENTIAL

10/4/2011

# Incident Report
## Dothan Police Department

## Outstanding Performance

**For:** Captain Gray, Keith (344)        **Occurred:** 4/7/2011

**By:** Major Parrish, Steve (337)        **Entered:** 4/7/2011

About two months ago I tasked the Captains with developing a lesson plan on leadership training. Their job was to not only develope, but to instruct the course. My intent was two-fold. First, as the Chief and I had discussed; leadership training was something that new (and older for that matter) supervisors within this department had never had. Secondly, I wanted to see how well our senior managers handled the complex task of developing lesson plans and delivering a presentation while still maintaining their bureau of operation. I am pleased to say that Captain Gray and Captain Robinson did an outstanding job in handling this assignment. I sat through the training on 4/7/11 and found that both administrators did an OUTSTANDING job with their presentations. I really learned a lot from

**By:** Captain Gray, Keith (344)        **Entered:** 4/11/2011

Thank you Major Parrish,

I really enjoyed teaching our newly promoted members the fundamentals of leadership.

 **GuardianTracking**        Page: 1 of 1

CITY OF DOTHAN/GRAY 001134
CONFIDENTIAL

10/4/2011

# Incident Report
## Dothan Police Department

### Training – General

**For:** Captain Gray, Keith (344)     **Occurred:** 4/7/2011

**By:** Captain Robinson, Stacy (375)     **Entered:** 4/8/2011

On 04/07/11 The listed employees attend supervisory training. The training was conducted by the excutive staff and focused on Administrative tasks and leadership development.

 GuardianTracking

Page: 1 of 1

10/4/2011

# Incident Report
Dothan Police Department

## Outstanding Performance

**For:** Captain Gray, Keith (344)          **Occurred:** 5/6/2011

**By:** Major Parrish, Steve (337)          **Entered:** 5/9/2011

Following my walk-through with the City Manager on this date, he conveyed his appreciation with the way Capt Gray handled a complaint from a citizen. He was pleased with his prompt response and follow-up report. Great job Keith!

 **GuardianTracking**                     Page: 1 of 1

10/4/2011

# Incident Report
Dothan Police Department

## Outstanding Performance

**For:** Captain Gray, Keith (344)    **Occurred:** 5/19/2011
**By:** Major Parrish, Steve (337)    **Entered:** 5/19/2011

Captain Gray did an excellent job in participating in today's Law Enforcement Memorial service. I am proud of all three of them for having all of their lieutenants there today. It show great unity within this department and emulates that to the public. Great work!

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001137
CONFIDENTIAL

10/4/2011

# Incident Report
## Dothan Police Department

### Initiative

**For:** Captain Gray, Keith (344)        **Occurred:** 6/2/2011

**By:** Major Parrish, Steve (337)        **Entered:** 6/2/2011

Capt Gray continues to impress me with his drive to get the mobile data program implemented. Great work!
From Capt Gray: "Chief,
Since I have not heard from ACJIC regarding the Advanced Authentication Request letter we mailed on May 20, 2011 I decided to follow up and call them for an update. After a bit of the good ol' run-a-round my phone call was returned by the state of alabama's I.T. department whom stated that they had just received the approval to began entering DAC numbers into their computer. This will allow each officer to use their MDB for running real time information into the state's database. There are still a few very small issues that I am in the process of ironing out which should be taken care of by Monday. "

 **GuardianTracking**        Page: 1 of 1

CITY OF DOTHAN/GRAY 001138
CONFIDENTIAL

# Incident Report
## Dothan Police Department

10/4/2011

## Job/Technical/Skill

**For:** Captain Gray, Keith (344)

**By:** Major Parrish, Steve (337)

**Occurred:** 6/8/2011

**Entered:** 6/9/2011

Captain Gray did an outstanding job figuring out the correct number of cars we had in a draft report to the City Manager's Office. Great technical attention to detail and

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001139
CONFIDENTIAL

Page 75

# Incident Report
## Dothan Police Department

10/4/2011

### Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)

**By:** Major Parrish, Steve (337)

**Occurred:** 6/14/2011

**Entered:** 6/14/2011

This officer participated on a hiring board for interviewing 29 candidates for police officer positions. This took away from the officer's regular duties and is certainly important to this agency and appreciated.

 **GuardianTracking**

Page: 1 of 1

Page 76

# Incident Report
Dothan Police Department

10/4/2011

## Grooming/Dress

**For:** Captain Gray, Keith (344)

**By:** Major Parrish, Steve (337)

**Occurred:** 8/15/2011

**Entered:** 8/15/2011

I want to commend Capt Gray for his dress and appearance. He takes it upon himself to wear his class A uniform from time to time. He also wears a suit regularly. This sets a good example for the rank and file. Good management vision!

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001141
CONFIDENTIAL

# Incident Report
## Dothan Police Department

10/4/2011

### Initiative

**For:** Captain Gray, Keith (344)     **Occurred:** 8/29/2011

**By:** Major Parrish, Steve (337)     **Entered:** 8/29/2011

Chief Benton swore in eleven new employees this morning. Capt Gray took the initiative to dress in a class A uniform for the event. I appreciate him not having to be told how important this type of initiative is, and how positively it reflects on this agency.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001142
CONFIDENTIAL

Page 78

# Incident Report
## Dothan Police Department

10/4/2011

### Initiative

**For:** Captain Gray, Keith (344)       **Occurred:** 9/11/2011

**By:** Major Parrish, Steve (337)       **Entered:** 9/13/2011

It is highly commendable for this bureau commander to attend the Anniversary of 9-11 on Sunday. Although he is a salaried employee, his presence sets and examples for others to emulate. Great job and Thanks!

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001143
CONFIDENTIAL

# Incident Report
## Dothan Police Department

12/17/2012

## Initiative

**For:** Captain Gray, Keith (344)  **Occurred:** 1/24/2012

**By:** Major Parrish, Steve (337)  **Entered:** 1/25/2012

Captain Gray took the initiative to replace some cross-tyes at the range for the BED team. Got them at no cost! Great work.

Major Parrish,

I have directed Lt. Heath to replace the railroad crossties that are located at the range located at our blast area where the large garbage bin is located. The existing ones have been there since Jim Smith was commanding the bomb squad and they are in need of replacement. Lt. Heath has spoken with officials with CSX Railroad and they are willing to give us what we need free of charge as long as we fill out the attached paperwork. The liability agreement that they want us to sign is required because we will be sent offsite to a storage location and will obtain, in good faith, only as many as we requested. Your approval will allow me to fill out the paperwork and obtain these materials.

The crossties are used to contain explosive evidence that will be sent off to Alcohol, Tobacco, Firearms, & Explosives (ATF), and in my opinion they need to be replaced. This is our cheapest route.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001092
CONFIDENTIAL

Page 28

# Incident Report
### Dothan Police Department

12/17/2012

## Community Relations

**For:** Captain Gray, Keith (344)      **Occurred:** 2/5/2012

**By:** Major Parrish, Steve (337)       **Entered:** 2/6/2012

I asked Captain Gray to call Tiffany Khan regarding her 8 year old son Austin. He did so and she told him that Austin loves police officers and wanted to have his upcoming birthday party at the PD. She arranged his party at Chucky Cheese and asked if we could send an officer to attend. Capt. Gray contacted Lt. Todd David to see if we would have a traffic unit available. He arranged for Scott Owens and Mark Foster to attend the party. Capt. Gray told Pam Deese that he wanted to do a bit more for Austin and buy him a birthday card to get as many officers' signatures. Ms. Deese gave him a card, junior police badge, and stuffed bear. Tim Mullis donated a model DPD patrol car with the number "008" on the roof that signified his age, Capt. Jay & Robinson gave several kids items (balloons, badges, crayons, coloring books etc...). Several CID and Patrol officers and Chief Benton filled up his birthday card with signatures. Foster, Owens, and Captain Gray attended Austin's birthday party with two gift bags from DPD.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001093
CONFIDENTIAL

**12/17/2012**

# Incident Report
Dothan Police Department

## Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)          **Occurred:** 2/14/2012
**By:** Major Parrish, Steve (337)          **Entered:** 2/14/2012

Make sure pay more attention to detail when completing the performance appraisals for
subordinates. Sgt. Adrianne Woodruff filed an appeal on the rating you gave her that took
me several days to investigate. This caused you and I both more work on top of what we
normally have to do.
The problem I discovered was primarily in documentation within the appraisal. I met with
the Personnel Director, Delvick McKay after she filed the appeal and he said that any
sub-par score had to be accompanied with "justification" as well as any above-par scores.
While you certainly had causes for concern with some of Sgt. Woodruff's abilities to manage
(and you relayed those to me as you discovered them); the adequate documentation
accompanying the appraisal during the reporting period was not there. Some of the
information you documented as justification in the areas she was "below standards"
occurred in 2010 and therefore could not be used for documentation in 2011. Even if it were
applicable, there was no Performance Improvement Plan (that according to the Personnel
Department, should have been included) with such sub-par scores in 2011. You completed
her mid-year "coaching" on September 13, 2011, nearly three months after it was due and
when it was completed it reflected she met or exceeded goals for that nine month period.

 GuardianTracking                     Page: 1 of 1

CITY OF DOTHAN/GRAY 001094
CONFIDENTIAL

# Incident Report
## Dothan Police Department

12/17/2012

## Performance Improvement Plan

**For:** Captain Gray, Keith (344)  **Occurred:** 2/24/2012
**By:** Major Parrish, Steve (337)  **Entered:** 2/24/2012

Captain Gray and I met for about an hour today and covered his P.I.P. I am encouraged with the dialogue.

 GuardianTracking

Page: 1 of 1



## PERFORMANCE IMPROVEMENT PLAN

This Performance Improvement Plan (P.I.P.) has been developed because you received a formal counseling for a minor violation of Personnel Rules and Regulations 3-41 (11): improper use of, or failure to exercise supervisory authority and responsibility. Following an investigation by Professional Services it was determined that you intervened in an on-duty officer's job while he was doing a walk-through at a local establishment know as the Four Stop Inn. It was further determined that the intervention was unnecessary at the time and you had been consuming alcohol when you exercised your supervisory authority. It was also determined that you made derogatory comments about this officer in front of his peers that were inaccurate and reflected poorly on him.

Contained in this P.I.P. are several areas where I would like to see improvement.

- As we have discussed on previous occasions, I would like to see you build trust among your subordinates. I have advised you that building trust is an important part of management and once trust is lost, it is seldom regained. An example of this was explained by the Chief of Police during your formal counseling session on February 20, 2012. Officer Brandon Thompson was being reassigned to a day shift. He explained to his supervisor that he would have a problem with his ex-wife/girlfriend if he moved to a day shift. You took it upon yourself to contact her and question her about this. I view this as a breach of trust. Not only are you telling Officer Thompson that you don't trust what he is telling you; you are telling everybody he talks to that you check up on them. Regardless of your findings, I am of the opinion that this contributes to a lack of trust among those you lead.

- I feel that you have a "hands-on" approach to management and realize that everyone has their own way of doing things—mine certainly may be no better than the next supervisors. With that in mind, you need to be in tune with the methods the Chief of Police would like to employ for this Department and conform as best you can to that style. On numerous occasions you have called employees in to your office and counseled with them personally about different matters. Many of these, in my opinion, could have been handled by a lower ranking supervisor. My idea has two purposes: It instills a degree of trust and respect for the supervisor in that he/she knows you rely on them to take care of issues. Secondly, you gain the respect and the undivided attention of the employees that you do call in on egregious matters.

- I would like you to discuss operational issues more with the Chief and me. The answer to rectifying what you deem as serious problems within your bureau seems to be requesting the transfer of personnel. This happened at Animal Services with Sgt. Woodruff and on Fourth Squad with Lieutenant Ott. These are staff level positions that require much thought and consideration when changing. Following a lengthy self-initiated investigation of Animal Services where you cultivated an employee to be an informer; you discovered some discrepancies with the operation. While that is commendable and certainly within what we expect a manager to do, the entire situation caused such strife within that division that it had a polarizing affect on the entire operation. You solution to this problem was to transfer Sgt. Woodruff who by other

accounts (past and present) was/is doing an adequate job prior to your assignment as her supervisor. Similarly, with Lt. Ott you became "at odds" with him over the transfer of an employee to the point you wanted to transfer him to the jail operation and get Lt. Nelms to replace him.

**My recommendations as to how to correct the shortcomings are as follows:**

## Avoid Over-Analyzing

You have explained to me that you have an analytical thought process, and I agree with that. You should not overanalyze every situation you encounter. I appreciate that you tend to step outside and try to look at things from that perspective. You tend to complicate things. I don't want this to be misinterpreted, but you have to learn to roll with the flow. Remember that Rome was not built in a day. Everybody does not think the way you do and are not going to be as responsive as you may have been at their level. Understand this and be patient and flexible.

## Work on Team-building

Your lieutenants and division heads are there to help you manage. Let them. We have discussed this in a previous conversation that you may remember. I explained to you that when you were a sergeant, you did as your lieutenant directed you to do. When you became a lieutenant, you did as your captain asked. You have never had a problem with giving orders to your subordinates and making sure they did what you told them to do. The big difference here is that you are the main policy-maker in your bureau. Every word you speak; every action you take can affect the life of over a hundred employees. You are not just telling subordinates what to do because you have been told to do so; you are giving them direction. Rely on your lieutenants to do their job, just as your predecessor relied on you when you were in patrol. Remember, they, just like you achieved their rank because somebody out there thought they were capable. Delegate responsibility and expect accountability. Give a commander a task, mark it on your calendar and call him/her and check to see if the task was completed. You will not have to do that very many times before everyone knows you follow up on what you ask.

## Control Your Self-Image

Personalities are different with everyone and you have to keep yours in check. How you interact with subordinates and co-workers is vital to effective leadership. Remember that leadership is getting someone to do what you want them to do because they want to do it. You seem to have a Type-A personality as most senior administrators do. We have to guard against being boastful or even emulating an attitude of being more important than we really are. For example, few people outside of your family and close friends really care if you were number one on the Captain's Assessment. You brought up your position on the promotional roster in a conversation you had with one of your subordinates during a counseling session with them. You never have to remind people that you are in charge. A good leader radiates a command presence. I cannot help but believe that your ego, combined with alcohol contributed greatly to the incident that led to the disciplinary action you received.

## Communicate Better

There is a line that separates what you should inform the Chief and me (as your supervisors) on and what we don't need to know. If communications between the three of us is good, you should learn quickly what those things are. The more we communicate with one another, the more we understand what the Chief expects from us. We have to remember that he is responsible for this Department and we must strive to head in a direction he wants us to go. It is also imperative that you understand that we are a team. Every action you take as it relates to your bureau reflects on this administration. We (all five of us) share the glory for your excellent ideas; and we all eat the goat when you slide. We would like you to communicate major decisions such as transfer of personnel to the highest level and make sure we make these decisions as a group.

## Be Cognizant of Your Words and Actions

As I stated earlier, I expect you to let your division heads manage their personnel with few exceptions. Under certain circumstances intervening in a matter off duty is acceptable—under the influence of alcohol at a gathering place is not. You may consider your off-duty life your own; but when people around you at a local bar know you are a high-ranking police administrator in this Department, you will refrain from any action that will reflect negatively on this agency. Also, you utilize the word "liar" too much. On numerous occasions, I have heard you refer to employees as "lying" to you? You seem to write them off if you think they've been untruthful with you. Using that word is unnecessary and offensive.

## Time Frame

I will be monitoring your conduct and will we will meet regularly regarding issues outlined in this Plan. I will be utilizing Guardian Tracking to document progress as we move forward. I have set a date of **Tuesday, May 15, 2012 at 0900 hours** as the end of a monitoring period for this P.I.P. At that time, we will meet and discuss whether or not you have conformed to the requirements I have set forth. Also at that time, you may be allowed more discretion with your bureau. In the mean time, I want you to continue handling day to day administrative duties as always. Things such as time sheets, use of force reports, performance appraisals, Guardian Tracking entries and so forth will remain under your control. As this plan progresses, I will delegate more responsibility to you as I see improvement, interest and conformity. It is imperative that we communicate freely during this process. Essentially, we will be working together directing the Patrol Services Bureau until such time that the Chief and I feel comfortable that you have reached the level we expect.

## Closing Notes

I realize that this may be a very uncomfortable and maybe even an embarrassing situation. I want to encourage you to put your best foot forward and give your best effort during this process. The chief and I want to make this the very best police department we've ever had. We know you share this goal and believe you will contribute to achieving it.

Page 36

**Performance Plan Meeting**

Date 02-24-12

Time 11:40AM

Supervisor _____

Employee _____

CITY OF DOTHAN/GRAY 001101
CONFIDENTIAL

**ORIGINAL**



**Dothan Police Department**
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:     May 15, 2012

To:       Captain Keith Gray

From:     Major Steve Parrish

RE:       Performance Improvement Plan Conclusion

Effective immediately your control of operations within the Patrol Services Bureau is reinstated.  You have satisfactorily completed the requirements contained within the Performance Improvement Plan (PIP). I will continue to monitor the direction in which you lead the bureau.

There are several areas in particular that I will closely monitor and have an expectation of compliance:

- How you conduct yourself off-duty as it relates to your position in the Department.
- How you interact with your subordinates (i.e. how you communicate with them; how timely you respond to their needs, e-mails etc...).
- How well you communicate with the command staff.
- Team-building efforts; maintaining a patient, systematic and methodical approach to molding supervisors to conforming to your team concepts.

I have the fullest confidence that you have learned from this experience.  It is my earnest hope that we will not have to tread these grounds again. If any other actions related to your conformity in management are necessary, it will be lengthier in duration.

CITY OF DOTHAN/GRAY 001102
CONFIDENTIAL

# Incident Report
### Dothan Police Department

12/17/2012

## Initiative

**For:** Captain Gray, Keith (344)   **Occurred:** 2/27/2012

**By:** Major Parrish, Steve (337)   **Entered:** 3/2/2012

The Captain made time to attend a community event at Grove Park to discuss a neighborhood watch program after duty hours. I appreciate the dedication. One may not realize how great the impact is when local residents see our senior staff in attendance to things such as these. Thank you.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001103
CONFIDENTIAL

# Incident Report

12/17/2012

Dothan Police Department

## Supervisory Conference

**For:** Captain Gray, Keith (344)          **Occurred:** 3/2/2012

**By:** Major Parrish, Steve (337)          **Entered:** 3/2/2012

03-02-12

Captain Gray and I had a good meeting on Tuesday and several chances to interact aside from that. He seems to be receptive to the direction we want to go. I feel he is moving forward with a very good attitude and eagerness to succeed.

In particular, we discussed a situation that occurred a week or so ago involving Lt. Scott Heath and a patrol officer over the purchase of a water filter for a water cooler that is located at a BED equipment storage area. Lt. Heath apparently told a junior officer that "Captain Gray was pissed" at a situation that I don't believe he had been properly briefed on by the Lieutenant.

Following the meeting, Captain Gray and I talked about what Lt. Heath had done and it was clear that Heath did not know the accounting system for the City of Dothan and he was the catalyst for any confusion that occurred. We discussed how this type of comment from Lt. Heath can erode team-building efforts and we have little or no control over them. We also talked about how we should steer Lt. Heath in a direction that he should go in the future to avoid damaging our efforts to build trust among our employees. I suggested to Captain Gray to talk to Lt. Heath and help him understand what the Team is trying to accomplish.

Also noteworthy was a meeting that occurred on Thursday when he and I met with Lt. Westberry and Corporal Schwab about a probationary officer. There was a good exchange of dialogue. We have an employee that does not appear to be grasping the program here. We reviewed some paperwork and it appears the employee may be terminated. Captain Gray had placed this officer on a second Performance Improvement Plan when the first showed negative results. Unfortunately, this one did not prove to be much better, but what was notable was that the officer in question had a second chance to show improvement because of Captain Gray's efforts.

I feel very good about the direction we are headed and applaud his positive outlook.
SP

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001104
CONFIDENTIAL

Page 40

# Incident Report
## Dothan Police Department

12/17/2012

## Outstanding Performance

**For:** Captain Gray, Keith (344)      **Occurred:** 3/8/2012
**By:** Major Parrish, Steve (337)      **Entered:** 3/9/2012

The apple doesn't fall far from the tree. Thanks to your management efforts the CALEA assessors were very impressed with the overall operations of our agency. This is a credit to the leadership you have provided in your bureau. Anyone can be a "manager" but it takes a special person to be a leader. Thank you and let's keep moving forward.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001105
CONFIDENTIAL

# Incident Report
Dothan Police Department

12/17/2012

## Outstanding Performance

**For:** Captain Gray, Keith (344)    **Occurred:** 3/9/2012

**By:** Major Parrish, Steve (337)    **Entered:** 3/9/2012

I appreciate you pushing our latest hiring process. Your participation has been invaluable. It looks like we are going to hire 8 new officers in record time. This is in large part to your persistance in moving this process forward. When you take a proactive approach in things like this, your staff recognizes it and it betters morale. Thank you and let's get ready to do it again!

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001106
CONFIDENTIAL

Page 42

# Incident Report

12/17/2012

Dothan Police Department

## Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)      **Occurred:** 3/9/2012

**By:** Major Parrish, Steve (337)      **Entered:** 3/9/2012

Following a meeting with the Chief concerning Officer Purifoy it was noted that Captain Gray's decision to place Corporal Schwab with Purifoy was a very good one. The training officers on Lt. Benny's squad had neglected to get Purifoy to sign the daily activity logs during that phase of his training process. Although the meetings with Purifoy likely occurred, it was not noted properly. Captain Gray's decision to have him trained for another P.I.P. period validated the poor performance of the officer by another, more seasoned trainer. He is working on completing the paperwork for the Chief's review on the officer and carefully analyzing the time line.

I scheduled a work session with the squad lieutenants for next week. I did not include Lt. David of the Traffic Division. Captain Gray suggested inviting him to the meeting and explained that some of the squad lieutenant may recommend abolishing the Traffic Division to supplement Patrol Division. He's exactly right. Having Lt. David there would not only make that a non-issue, but would also include him in the process.

I must continue to commend Captain Gray on his attitude. I really feel good about the direction we are headed.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001107
CONFIDENTIAL

Page 43

# Incident Report
## Dothan Police Department

12/17/2012

## Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)      **Occurred:** 3/14/2012

**By:** Major Parrish, Steve (337)      **Entered:** 3/14/2012

Completed a strategy meeting with patrol supervisors. I received good Input and some good ideas of how to better our agency and make more use of allocated manpower. Thank you for your participation and commitment.

 GuardianTracking       Page: 1 of 1

CITY OF DOTHAN/GRAY 001108
CONFIDENTIAL

Page 44

# Incident Report
## Dothan Police Department

12/17/2012

### Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)     **Occurred:** 3/16/2012

**By:** Major Parrish, Steve (337)     **Entered:** 3/16/2012

Captain Gray and I had a brief discussion on Monday and he pointed out that Lt. Westberry had a smart-ellic attitude at a meeting last Friday involving the Secret Service on a protection meeting of presidential candidate Newt Gringrich. I shared his feelings of disappointment with Lt. Westberry's attitude. He said he would like to discuss this with Lt. Westberry and document this incident in Guardian Tracking. I thought that was an excellent idea. He did so on 03-15-12.

Captain Gray reviewed and corrected the administrative paperwork on P.P.O. Purifoy. It was well prepared and well-documented. He also suggested placing Officer Purifoy on Administrative Leave after serving disciplinary action on him. This was a good idea since we had an officer several years ago tear up a vehicle after being allowed to work once on leave while pending termination.

Officer Moore is having some issues with his wife's injury as it relates to daycare of his children. He requested to transfer to a day squad temporarily until his wife gets better. I suggested transferring him to 3rd squad and moving Officer Thompson back to 4th squad in his place. He was willing to do whatever we needed to in order to resolve that issue. He is demonstrating a very positive attitude and very receptive to suggestions regarding the operations of his bureau. I appreciate the positive approach and the demonstration of flexibility I see here.

Captain Gray point out that Administrative Secretary, Ms. Roberts was late on Wednesday, March 14, 2012 by 10 minutes. He said he was going to confer with her and complete a Guardian Tracking entry. I am appreciative of his attentiveness and support this decision.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001109
CONFIDENTIAL

# Incident Report
**Dothan Police Department**

12/17/2012

## Supervisory Conference

**For:** Captain Gray, Keith (344)          **Occurred:** 4/6/2012
**By:** Major Parrish, Steve (337)          **Entered:** 4/6/2012

Captain Gray is continuing to perform as expected. He has engaged in several interactions this week involving members of the patrol services bureau. We had a discussion on a traffic supervisor assignment and discussed it with the Traffic Lieutenant. I feel his decision on the assignment was in line with what best suited the Department's needs.

I am going to notify the Patrol/Traffic Commanders next week to send e-mail requests and other documentation directly to him. I expect to observe prompt responses from him to his subordinates.

He has been handling paperwork very well over the past several weeks. He has also made several documentations in Guardian Tracking that I think are a tremendous opportunity to build morale.

We had a sit-down today and met for about an hour. I feel he is rapidly grasping the path we intend to proceed down and has embraced the ideal.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001110
CONFIDENTIAL

Page 46

# Incident Report
## Dothan Police Department

12/17/2012

## Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)    **Occurred:** 4/20/2012

**By:** Major Parrish, Steve (337)    **Entered:** 4/20/2012

This week I released an e-mail to the patrol commanders having them send request to Captain Gray. My intent was to monitor the content of his responses and the timeliness. Lt. David sent a request involving a traffic matter to him on Monday morning. By 10:30 that morning, Captain Gray had made a good decision and communicated back to Lt. David in a timely fashion.

"I see no problem with him copying the stats from our website and putting it on his, or he can place a link on his site that would automatically pull up our site since it's already published.

From: David, Todd
Sent: Monday, April 09, 2012 7:49 AM
To: Gray, Ivan Keith
Cc: Parrish, Steve
Subject: Request for Traffic Stats
Captain,
Last week I had a phone conversation with Brandon Shoupe. He is affiliated with Strategy 6, a local web company and requested some traffic stats. Basically the information he requested is contained in the annual traffic report. Mr. Shoupe stated that he wanted to publish the information on a web site so interested parties could see numbers and trends with Dothan crashes.
I told Shoupe that this information was published already on the DPD website and I would have to clear releasing the information for publication by a private company. Shoupe did say that there would not be a charge to the public for this information.
Thanks,
Lieutenant CT David
Captain Gray requested to attend the academy graduation on Thursday, April 12th. I appreciate his understanding how important that is to new officers assigned to his command.

Captain Gray handled a meeting on April 16th involving the transfer of a police supervisor. Some of the items discussed were personal and sensitive to the employee; yet necessary to discuss. He handled it well and conveyed all necessary expectations to the supervisor. He followed up with an entry in Guardian Tracking.
I have also noticed over the last week that the speed in which Capt Gray processes e-mails, paperwork and other follow up to subordinates has increased. This is commendable. I feel it is important to not only communicate with your subordinates, but to do it quickly. This

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001111
CONFIDENTIAL

Page 47

# Incident Report
**Dothan Police Department**

12/17/2012

## Volunteerism

**For:** Captain Gray, Keith (344)          **Occurred:** 4/28/2012

**By:** Major Parrish, Steve (337)          **Entered:** 4/30/2012

I appreciate you taking time to volunteer for the event at Gussie Park. I realize it consumed most of your day off, but it speaks well of your concern of how our Department is recieved in the community and you are to be commended for your efforts.

 GuardianTracking          Page: 1 of 1

CITY OF DOTHAN/GRAY 001112
CONFIDENTIAL

Page 48

# Incident Report
Dothan Police Department

12/17/2012

## Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)      **Occurred:** 5/7/2012

**By:** Major Parrish, Steve (337)      **Entered:** 5/7/2012

05-07-12

I have noted several situations over the past weeks that I feel are important regarding some decisions Captain Gray has made.

On the weekend of April 21 there was a significant power outage in the city. He attempted to get up with me for approval of the call out of additional officers but was unable to reach me. He made the call to utilize three additional officers to assist the patrol shift that was working. I appreciate this initiative, but more importantly, I appreciate it being a good one. We had a situation where a signal 63 occurred near one of the local HUD housing projects where the officers did not complete the proper paperwork. This was headed toward being a political night-mare. Capt. Gray did some research of the case and drove by the complex to validate information we had received. Once this was done, he notified the shift lieutenant responsible for the officers who did not do what they were supposed to do; and briefed him. He let the lieutenant handle the situation as he saw fit. That is the type of action I appreciate. He is demonstrating he is willing to let his commanders handle situations rather than getting involved in them.

Captain Gray set up a helicopter training session for supervisors and coordinated it with the airport authority and the Dale County Sheriff's Office. The training was well received by the supervisors attending.

I believe that we are on schedule as per the P.I.P. to turn operational control of Patrol Services over to Captain Gray at the scheduled meeting in May.

I will compile one final memorandum analyzing the Performance Improvement Plan and expectations for a path forward.

 GuardianTracking

Page: 1 of 1

**12/17/2012**

# Incident Report
## Dothan Police Department

### Supervisory Conference

**For:** Captain Gray, Keith (344)     **Occurred:** 5/15/2012

**By:** Major Parrish, Steve (337)     **Entered:** 5/15/2012

Effective immediately your control of operations within the Patrol Services Bureau is reinstated. You have satisfactorily completed the requirements contained within the Performance Improvement Plan (PIP). I will continue to monitor the direction in which you lead the bureau.

There are several areas in particular that I will closely monitor and have an expectation of compliance:

- How you conduct yourself off-duty as it relates to your position in the Department.
- How you interact with your subordinates (i.e. how you communicate with them; how timely you respond to their needs, e-mails etc...).
- How well you communicate with the command staff.
- Team-building efforts; maintaining a patient, systematic and methodical approach to molding supervisors to conforming to your team concepts.

I have the fullest confidence that you have learned from this experience. It is my earnest hope that we will not have to tread these grounds again. If any other actions related to your conformity in management are necessary, it will be lengthier in duration.

 GuardianTracking

**Page: 1 of 1**

CITY OF DOTHAN/GRAY 001114
CONFIDENTIAL

Page 50

# Incident Report
## Dothan Police Department

12/17/2012

### Initiative

**For:** Captain Gray, Keith (344)     **Occurred:** 6/2/2012
**By:** Major Parrish, Steve (337)     **Entered:** 6/5/2012

I appreciate Captain Gray attending the funeral in Troy for Officer Williams' father.

 GuardianTracking

Page: 1 of 1

Page 51

# Incident Report
Dothan Police Department

12/17/2012

## Peer Documentation

**For:** Captain Gray, Keith (344)   **Occurred:** 6/2/2012
**By:** DPD Member Williams, Eugenia (817)   **Entered:** 6/10/2012

On behalf of the Williams Family and National Guard Family,
I'd like to take a moment to thank all of you who thought of and supported us with flowers and police presence during this extremely difficult process of losing my father. Captain Gray and Sergeant Baum truly represented the Dothan Police Department respectfully and honorably at my Dad's military funeral. My family and I can't express enough gratitude and appreciation to them for being there supporting us in our time of sorrow. The support and love this department has shown to me and my family definitely has reassured me that I am becoming a part of a brilliant community and police family. Again I greatly appreciate the flowers, emails, text, calls, etc... and look forward to a wonderful career with my new family members. God bless and keep all of you.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001116
CONFIDENTIAL

# Incident Report
## Dothan Police Department

12/17/2012

### Initiative

**For:** Captain Gray, Keith (344)      **Occurred:** 6/11/2012

**By:** Major Parrish, Steve (337)      **Entered:** 6/12/2012

I appreciate your attendance and input at the community meeting at Cloverdale United Methodist Church.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001117
CONFIDENTIAL

Page 53

# Incident Report
Dothan Police Department

12/17/2012

### Training – Special Assignments

**For:** Captain Gray, Keith (344)  **Occurred:** 7/11/2012

**By:** Major Parrish, Steve (337)  **Entered:** 7/11/2012

I appreciate you instructing a class in police supervision and management per our CALEA requirements to newly promoted supervisors. It is clear that you are interested in our Department's future.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001118
CONFIDENTIAL

# Incident Report
## Dothan Police Department

12/17/2012

### Outstanding Performance

**For:** Captain Gray, Keith (344)　　**Occurred:** 7/23/2012

**By:** Major Parrish, Steve (337)　　**Entered:** 7/31/2012

The Chief and I were out of town from 7-17-12 through 7-22-12. During our absence, Captain Gray was left in charge of the Department. He did an outstanding job during that time period. The City Manager commended him on his efforts. He had somewhat of a crisis involving a domestic kidnapping during that time and resolved it without incident making proper notifications.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001119
CONFIDENTIAL

Page 55

# Incident Report
Dothan Police Department

12/17/2012

## Initiative

**For:** Captain Gray, Keith (344)
**By:** Major Parrish, Steve (337)

**Occurred:** 7/26/2012
**Entered:** 7/31/2012

Good job on the hand-out with the newly hired officers. Capt. Gray handed these out at the Academy graduation.

 **GuardianTracking**

Page: 1 of 1

CITY OF DOTHAN/GRAY 001120
CONFIDENTIAL

12/17/2012

# Incident Report
Dothan Police Department

## Initiative

**For:** Captain Gray, Keith (344)

**By:** Major Parrish, Steve (337)

**Occurred:** 8/4/2012

**Entered:** 8/6/2012

I appreciate your support and attendance at the annual National Night Out campaign. Employees who worked and/or attended noticed that you were there and giving your time for the team. Little things like this is a good example of how we continue moving forward with our Department.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001122
CONFIDENTIAL

Page 58

# Incident Report
Dothan Police Department

12/17/2012

## Outstanding Performance

**For:** Captain Gray, Keith (344)  **Occurred:** 8/7/2012

**By:** Major Parrish, Steve (337)  **Entered:** 8/8/2012

I appreciate you attending the bus tour for our annual National Night Out block party campaign. I know it was after-hours and you didn't get paid, but it showed good leadership and a unity in our organization not only to the public, but the elected officials and department members as well. Thank you.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001123
CONFIDENTIAL

# Incident Report
## Dothan Police Department

12/17/2012

### Initiative

**For:** Captain Gray, Keith (344)          **Occurred:** 8/13/2012

**By:** Major Parrish, Steve (337)          **Entered:** 8/13/2012

I appreciate your attendance at our CALEA presentation. Many of you had excellent representation of your divisions. A true sign of leadership. Thank you.

 GuardianTracking                    Page: 1 of 1

CITY OF DOTHAN/GRAY 001124
CONFIDENTIAL

# Incident Report
## Dothan Police Department

12/17/2012

## Community Relations

**For:** Captain Gray, Keith (344)     **Occurred:** 10/10/2012

**By:** Major Parrish, Steve (337)     **Entered:** 10/12/2012

Capt Gray spoke at a luncheon on Wednesday to a Community Relations Group 10/10. He did an outstanding job and recieved positives comments from those in attendance and from the local news media that evening.

Thanks Keith!

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001125
CONFIDENTIAL

# Incident Report
## Dothan Police Department

12/17/2012

### Initiative

**For:** Captain Gray, Keith (344)

**By:** Major Parrish, Steve (337)

**Occurred:** 10/15/2012

**Entered:** 10/15/2012

I want to commend Captain Gray for his initiative in getting the new bomb team vehicle painted. He solicited the assistance of the Sparks Community College Auto Body Repair Shop to do most of the technical labor at little cost to the City. This is a excellent example of the type of "out of the box" thinking we need in this Department. Great work Keith.

 GuardianTracking

Page: 1 of 1

CITY OF DOTHAN/GRAY 001126
CONFIDENTIAL



# THE CITY OF
# DOTHAN, ALABAMA

POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000

GREGORY J. BENTON
CHIEF OF POLICE

# MEMORANDUM

**TO:**   All Personnel

**FROM:**   Gregory J. Benton, Chief of Police

**DATE:**   January 17, 2013

**SUBJECT:**   Transfers

The following transfers will become effective January 27, 2013:

- Captain Keith Gray from Patrol Services Bureau to Administrative Bureau
- Captain David Jay from Investigative Services Bureau to Patrol Services Bureau
- Captain Stacy Robinson from Administrative Bureau to Investigative Services Bureau
- Lieutenant Benny Baxley from 3rd Squad Patrol to Community Services Division
- Lieutenant Mike Etress from Professional Standards Division to 2nd Squad Patrol
- Lieutenant Scott Long from 2nd Squad Patrol to 3rd Squad Patrol
- Sergeant Ronnie Anderson from 2nd Squad Patrol to 1st Squad Patrol
- Sergeant Rachel David from Administrative Bureau to Community Services Division
- Sergeant Doug Magill from JID to Professional Standards Division
- Sergeant Peter Nunez from SRO Division to 2nd Squad Patrol
- Corporal Raemonica Carney from Administrative Bureau to Community Services Division
- Officer Bryan Tate from 1st Squad Patrol to 2nd Squad Patrol
- Officer Clifton Overstreet from 2nd Squad Patrol to 1st Squad Patrol

Gregory J. Benton
Chief of Police

GJB/pd

#201301171



# POLICE DEPARTMENT

210 NORTH SAINT ANDREWS STREET • DOTHAN, ALABAMA 36303 • 334-615-3601
Email: dpd@dothan.org

CITY OF DOTHAN/GRAY 000455
CONFIDENTIAL

# Supervisor Miscellaneous for Captain Keith Gray (344) occurred on 4/8/2013

## Entered by Major Steve Parrish (337) on 4/8/2013

I had a few inquires this morning as to your whereabouts. It was not until I received an e-mail from the Chief that I knew you were out due to an off duty injury. As I have informed all captains in the past, I encourage you to communicate with the Chief freely. I do however, expect you to also communicate things such as an absence from duty with me. I bring this to your attention, because there seems to be a pattern developing with your lack of communications with me.

Another example was with the latest deployment of the Dignitary Protection Unit and a correspondence from you directly to the Chief, omitting me. You must know that he and I communicate several times daily. He sends me correspondents from all the captains if he does not see my name on them (if these thing pertain to the operations of this Department). I know at one point you said you were not comfortable with communicating with me. Nevertheless, as your supervisor I expect to be informed with things that relate to the operations of this Department.



DEFENDANT'S EXHIBIT
17
I. Gray
PENGAD 800-631-6989

**By:**  Captain Gray, Keith (344)          **Entered:**   6/9/2013

Guardian Tracking Rebuttal
Entry by Major Steve Parrish on 4/8/13

Personnel Director:

On April 7, 2013 I was examined by a physician at the Southeast Alabama
Medical Center whom determined that I had a fibular fracture to my left leg at
which I received medication for pain. I received instructions to follow up at
Southern Bone and Joint in order that my leg be placed in a cast. During this
time I had a previously made arrangements to relocate my father, whom has
dementia, from Bonifay (Florida) Nursing Home to the Veterans Affairs Hospital
located in Tuskegee, Alabama on 4/8/13. I made contact with Chief Benton's
Administrative Assistant regarding my injury as well as Chief Benton. After my
follow up appointment at Southern Bone and Joint on 4/9/13 I proceeded to
the Employee Health Clinic with paperwork of my treatment and to file Family
Medical Leave regarding my elderly father care as well as my medical issues. I
brought the appropriate paperwork to the police department and gave it to
Pam Deese and spoke with Chief Benton (Major Parrish was not in the
building). I was approved for Family Medial Leave and was directed not to
return to work for approximately 3 weeks. Once I returned to work and was
able to check guardian tracking I discovered that Major Steve Parrish had
submitted a negative Supervisor Miscellaneous Incident Report on me (See
Attached Report dated 4/8/13). Within this report Parrish addresses my
absence from duty and lack of communication with him regarding my injury. In
addition he mentioned the deployment of the Dignitary Protection Unit recently
and stated that Chief Benton was informed of the deployment and he was not.
Apparently this is what led to Parrish submitting this guardian tracking entry.
In response to this negative entry that will be added to my personnel file
within the Coaching portion of my Employee Performance Evaluation this
month I must explain issues between Parrish and I that I feel is harassment
from him that dates back to January of 2013. My intent is to file a Title VII
Civil Rights Act Violation regarding Racial Discrimination and Unlawful
Employment Practices complaint with the Equal Employment Opportunity
Commission as a result of Parrish's ongoing practices of deliberately treating
me indifferent. In my opinion he has also violated the Federal Consent Decree
that is currently in place.

On 1/17/13 Captain Jay came to my office and told me that I was needed in
the Chief's Office. Once there Major Parrish and Chief Benton were sitting down
and Parrish informed me of my transferred from the Patrol Services Bureau to
the Administrative Services Bureau. I asked why and was told that Captain
Robinson had health issues that they felt could be better managed if he
supervised a bureau that was the most self-sustaining. In addition I was told





Page: 2 of 5

CITY OF DOTHAN/GRAY 000471
CONFIDENTIAL

that on occasion Captains would be transferred to all 3 bureaus for experience.
I had already supervised the Administrative Bureau in the past so immediately
I became suspicious at the timing of this transfer. I mentioned to Parrish that
within the Administrative Bureau the Animal Control Division supervisor (Sgt.
Woodruff) and I did not see eye-to-eye and we had prior issues. Parrish then
said that she would just have respect that I was her supervisor and follow my
directions. These were the only reasons I received from Parrish and Chief
Benton. The transfer became effective on 1/27/13. Approximately 1 or 2
weeks later I entered Parrish's office and told him that my transfer, "Didn't
pass the smell test." I felt that there were other reasons unknown to me that I
had been transferred. He asked me to close his door and I asked if the recent
department wide survey from employees had anything to do with my transfer
and he said, "No". I then asked why I was transferred. The tone of his voice
changed to chastisement as he began to accuse me of "micromanaging" and
said that I had called for a, " three day investigation into an incident regarding
Officer Peter Markow." I explained to Parrish in detail of several department
and personnel violations (some of a major category) that Markow had
committed during an incident where a suspect was apprehended. I advised
Parrish that I met with several supervisors to determine if the department
failed in training Markow prior to seeking disciplinary action in order to reduce
liability. The suspect was a Black, Male and Parrish brought to my attention
that the suspect plead guilty to the charges, and I responded that he was not
represented by an attorney, and one of his charges were improperly brought
by Markow. Next, Parrish accused me of not forwarding a polygraph report to
Chief Benton once when he was looking for the results. I informed him that Lt.
Roy Woodham was the person who assigns polygraphs and he has done so for
several months. Parrish then described incidents where I was off-duty and
came in contact with police officers. One of these such events I received a
minor infraction for, however he mentioned another incident at Pocket's
Lounge where I was threatened by a "Westside Boys Gang Member" as I was
awaiting a to-go-order. Internal Affairs conducted an investigation into that
incident and I was exonerated from any wrong doing. In that case I obtained a
warrant for the arrest of the suspect instead of making an on-view arrest. I
take offense to Parrish with this incident because I had to defend myself from
being assaulted by 2 men much larger than I just because they discovered that
I was an off-duty police officer and they became aware of that through other
patrons of the establishment. Another incident that Parrish mentioned was that
I assisted the owner of a local lounge in detaining a suspect that had
counterfeit money and an illegal firearm until officers could arrive and make
several felony charges. Usually this is something that an officer would normally
receive praise for, but Parrish seems determined to chastise me for any small
thing that he can. Parrish then told me that I, "... should not be out at 2:30
AM." I again took offense to Parrish's attempt to dictate where I go and what
time that he feels I need to be at my residence during my off-duty private
time. I then proceeded to inform Parrish that he needed tell juveniles what
time to be in bed because I am an adult. In addition I told Parrish that he is
not without fault as it relates to his job as a Major with this department. I
explained that I know that he just does not like me as a person, and it is
readily apparent by employees of this department that he deliberately treats


GuardianTracking

CITY OF DOTHAN/GRAY 000472
CONFIDENTIAL

his close employee friends, some of which are in the organization "Sons of Confederate Soldiers" that Parrish has been a leader of, with more respect and favor than others. I told him that as a supervisor it was incumbent that he not show favoritism for some employees more so than other employees. He then said that maybe he needed to re-evaluate himself in that area. I have been employed with this department for over 28 years and in my opinion based on things that I have witnessed, Parrish has always been part of the "Good ol Boys" and it appears that he still subscribes to this practice. At the end of this discussion Parrish told me that he was monitoring me and that he was going to see if I let Lt. Nelms supervise without me micromanaging him. Since this conversation between Parrish and I he has removed my authority as a Bureau Commander by transferring division supervision from me to a Lieutenant Rank, as well as transferring divisions that would be under my command to be supervised by himself (Communications Division & Training Division). Parrish has created a position of "Administrative Services Bureau Supervisor" which is now the rank of Lieutenant in order to circumvent my authority. This has resulted in the alteration of the department's organizational chart which removes me, (Black, Male) from authority over my bureau and places it at the Lieutenant's level (White, Male). The other two Captains, (White, Male) still retains their authority over the other two bureaus without limitation, and does not have a "bureau supervisor" at the rank of Lieutenant.

Major Parrish has intentionally failed to make several guardian tracking entries that would be favorable for me, however he consistently makes favorable guardian tracking entries for other employees (mostly White) that seem minor. An example of that is Parrish made a favorable guardian tracking entry of an employee taking the assignment to drive newly purchased police vehicles to Dothan from another city. On the other hand Parrish failed to recognize me for: (1) Finding an Executive Protection School for several employees at no cost to the city. (2) Receiving a Commendation from the Governor of the State of Alabama for a recent Kidnapping Case. (3) Working on the kidnapping case without receiving additional compensation since I am a fixed salary. (4) Executive Protection Detail of Governor Robert Bentley during a recent economic announcement in Dothan.

Parrish has not communicated with me since our heated exchange on 1/17/13 where he falsely accused me of micromanaging and not turning in work that was not my responsibility at the time. I have since discovered that another reason for my transfer was indeed for some comments within the survey. I was not given an opportunity to address any of the above mention concerns prior to my transfer. So Parrish's negative guardian tracking regarding my lack of communication with him is hypocritical to say the least. I request to be removed from Parrish's chain-of-command due to his affiliation with Sons of Confederate Soldiers (See Attached Photo), false statements he has made to me; and absolutely no confidence I have in his ability to treat me equally as others within the department. I have two witnesses that have overheard Parrish inquiring as to the whereabouts of Captain Jay when he was absent from work recently, also with a leg injury. I feel certain that he has not written a negative guardian tracking entry such as mine on Jay. I have told Chief Benton as well as Major Parrish that due to his (Parrish's) actions I feel as if he



CITY OF DOTHAN/GRAY 000473
CONFIDENTIAL

does not have my best interest in mind as it related to my position with this department, nor as a citizen of this city. For the record, Parrish cannot speak on my behalf, nor does he represent me in any way due to false statements that he has misrepresented me on. This guardian tracking entry is just another method for Parrish to discriminate on me as an African American due to the position of authority. The attached photocopy depicts Major Parrish with several former and present police department employees who receive preferential treatment, some of who were re-assigned to work directly under Parrish instead of me. The Federal Consent Decree prohibits Parrish from treating me the way he has over several months and I refuse to be subjected to this humiliation any longer.

Captain Keith Gray

cc: Chief Gregory Benton



CITY OF DOTHAN/GRAY 000474
CONFIDENTIAL

# Incident Report
Dothan Police Department

6/10/2013

## Supervisor Miscellaneous

**For:** Captain Gray, Keith (344)      **Occurred:** 4/8/2013
**By:** Major Parrish, Steve (337)      **Entered:** 4/8/2013

I had a few inquires this morning as to your whereabouts. It was not until I received an e-mail from the Chief that I knew you were out due to an off duty injury. As I have informed all captains in the past, I encourage you to communicate with the Chief freely. I do however, expect you to also communicate things such as an absence from duty with me. I bring this to your attention, because there seems to be a pattern developing with your lack of communications with me.

Another example was with the latest deployment of the Dignitary Protection Unit and a correspondence from you directly to the Chief, omitting me. You must know that he and I communicate several times daily. He sends me correspondents from all the captains if he does not see my name on them (if these thing pertain to the operations of this Department). I know at one point you said you were not comfortable with communicating with me. Nevertheless, as your supervisor I expect to be informed with things that relate to the operations of this Department.

 GuardianTracking

Page: 1 of 5

CITY OF DOTHAN/GRAY 000475
CONFIDENTIAL



CITY OF DOTHAN/GRAY 000476
CONFIDENTIAL

GRAY-00083



**©COPY**

## Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

### Memorandum

Date:       June 24, 2013

To:         Captain Keith Gray

From:       Major Steve Parrish

RE:         Career Counseling

At your career development session on Friday, June 21, 2013 you requested more clarity and guidance as to what your role is as commander of the Administrative Bureau. First and foremost, I would suggest you refer to your Functions and Goals (attached). I have included this guide and reference for you. Once you have read this, please feel free to contact me with any questions you may have.

The Administrative Bureau currently encompasses three primary areas: The Docket/Detention Facility; Records Division and Animal Services Division. Under the current structure, a lieutenant is serving in an administrative capacity within that bureau. As I have discussed with you, how you utilize that lieutenant is completely up to you. Your predecessor, Captain Robinson created the Administrative Division Lieutenant with the approval of the Chief of Police and I to assist him the day to day operations of his bureau. He had the leeway to do that as a senior administrator—you have that same leeway. You may keep Lt. Etress in his current capacity or you may relegate his duties to those of only the detention center as was the case prior to Captain Robinson's actions.

Referring to your functions I find a detailed outline of expectations that should assist you in managing the Administrative Bureau. The assignment you hold is very important. You have seen in the past how the Animal Services has a tendency to make the news. Speaking from experience the Chief and I can tell you that it is a tough assignment for all who work out there, and equally as tough for those of us who manage it. Both he and I have done it in the past.

**DEFENDANT'S EXHIBIT**
20
I. Gray
PENGAD 800-631-6989

CITY OF DOTHAN/GRAY 000920
CONFIDENTIAL



THE CITY OF
# DOTHAN, ALABAMA
POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000

GREGORY J. BENTON
CHIEF OF POLICE

# M E M O R A N D U M

**TO:**       All Personnel

**FROM:**   Gregory J. Benton, Chief of Police

**DATE:**    April 6, 2012

**SUBJECT:**   Assignment

Effective immediately Lieutenant Mark Nelms is assigned the duties of Administrative Services Bureau Lieutenant. Lieutenant Nelms will assume these duties in addition to his current assigned duties. In order to maintain proper command structure each division within the Administrative Services Bureau will report to Lieutenant Nelms with the exception of the Communications Division that will continue to report to Lieutenant Woodham.

Gregory J. Benton
Chief of Police

GJB/pd

#201204061



# POLICE DEPARTMENT
210 NORTH SAINT ANDREWS STREET • DOTHAN, ALABAMA 36303 • 334-615-3601
Email: dpd@dothan.org

# DOTHAN POLICE DEPARTMENT

# INTERNAL AFFAIRS DIVISION

# GARRITY NOTICE

You are being questioned as a part of an official administrative investigation of the Dothan Police Department. You will be asked questions specifically directed and narrowly related to the performance of your official duties or fitness for office. You are entitled to all of the rights and privileges guaranteed by the laws and the Constitution of the State of Alabama and the Constitution of the United States, including the right not to be compelled to incriminate yourself. If you refuse to testify or to answer questions related to your official duties or fitness for duty, you will be subject to departmental charges, which could result in your dismissal from the Dothan Police Department. If you do answer, neither your statement nor any information or evidence which is gained by reason of such statements can be used against you in any subsequent criminal proceeding, except for Perjury or Obstruction of Justice charges. However, these statements may be used against you in relation to subsequent departmental charges.

MEMBERS SIGNATURE: _____

  DATE/TIME: _Aug. 25, 2013 @ 2251_

INVESTIGATING OFFICER: _____

  DATE/TIME: _8-25-13   2251_

WITNESS SIGNATURE: _____

  DATE/TIME: _8-25-13_

FD 15 B



DEFENDANT'S
EXHIBIT
22
I. Gray

CITY OF DOTHAN/GRAY 000711
CONFIDENTIAL



**GREGORY J. BENTON**
CHIEF OF POLICE

## THE CITY OF
# DOTHAN, ALABAMA
POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000

# MEMORANDUM

**TO** : Captain Keith Gray

**FROM** : Gregory J. Benton, Chief of Police

**DATE** : August 25, 2013

**SUBJECT** : ADMINISTRATIVE LEAVE WITH PAY

Effective immediately, August 25, 2013 at *2347* hours you are hereby placed on administrative leave with pay pending an internal investigation of officer misconduct.

You shall monitor your pager and make yourself available to members of the Dothan Police Department during the hours of 0800 until 1700, Monday through Friday if requested.

Gregory J. Benton
Chief of Police

Employee Signature

Date and time served: *8-25-13 @ 11:48 PM*

Served by:

Witness:

cc: Major S. Parrish
    Tonya Shelley

## POLICE DEPARTMENT
210 NORTH SAINT ANDREWS STREET • DOTHAN, ALABAMA 36303 • 334-615-3601
Email: dpd@dothan.org                    1

CITY OF DOTHAN/GRAY 000713
CONFIDENTIAL

PENGAD 800-631-6989

**DEFENDANT'S
EXHIBIT
23
I. Gray**

## The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III - DISCIPLINARY POLICY*

### SECTION III - EMPLOYEE INFORMATION

| Employee Name | Employee ID Number | Hire Date | Department |
|---|---|---|---|
| Ivan Keith Gray | 101492 | 02-11-1985 | Police |

| Employee Job Title | Counseling Supervisor Name & Job Title |
|---|---|
| Captain | Gregory J. Benton, Chief |

### SECTION IV - OFFENSE AND TYPE OF ACTION

Check (√) Category and Offense, Circle (O) Rule Number(s) violated

☐ **MINOR CATEGORY**   ☐ 1st Offense   ☐ 2nd Offense   ☐ 3rd Offense   ☐ 4th Offense
Violation of Rule: Section 3-41.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18

☐ **MAJOR CATEGORY**   ☐ 1st Offense   ☐ 2nd Offense
Violation of Rule: Section 3-42.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

X **INTOLERABLE CATEGORY**   X 1st Offense
Violation of Rule: Section 3-43.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  (19)  20

Check (√) Type of Disciplinary Action For This Offense

☐ FORMAL COUNSELING   ☐ WRITTEN WARNING   ☐ FINAL WRITTEN WARNING   X DISCHARGE

### SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

In the space below or on additional sheets provide detailed documentation of the rule(s) violated to include dates and the specific actions of the employee.  Include details of recommendations for corrective action and consequence of future violations.

You are found to be in violation of Dothan Police Department General Order 100-50, Code of Conduct, section II, paragraph B, Conduct Unbecoming of an Officer and section XXXVIII, paragraph A, Membership in Organizations; General Order 20CM2H, Mobile Data Terminals and Electronic Messaging, Section I, paragraph 6, Administrative; General Order 100-50, Code of Conduct; section XXXIII, paragraph A, Truthfulness; General Order 200-30, Professional Standards, section IV, paragraph M, Investigative Procedures and General Order 100-41, Code of Ethics, section I, paragraph I, Private Life. (See Exhibit "A" attached hereto and incorporated herein).

You have further been found in violation of City of Dothan Personnel Rules and Regulations, Sec 3-43, (19)
Intolerable Offense: Other, to include Conduct Unbecoming of an Officer. (See Exhibit "A" attached hereto and incorporated herein).

| Supervisor Signature | Date signed | Department Head Signature | Date Signed |
|---|---|---|---|
| *[signature]* | 9-20-13 | *Gregory J. Benton* | 9-20-13 |

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above.  I understand my signature on this form acknowledges the counseling or warning took place for the reasons given.  I understand my signature does not mean I agree or disagree with the statements documented on this form.  I also understand I may provide a written explanation of the offense for which the counseling or warning report has been issued and attach this written statement to this form.  I understand this Personnel Form #147 and any attachments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE: *Ivan K. Gray*                Date Signed: 9-20-13

Distribution: ☐ ORIGINAL to Personnel Department        ☐ COPY to Employee        ☐ COPY to Department Head

PERSONNEL FORM #147 (rev. 8/2006)

## The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III – DISCIPLINARY POLICY*

**How to use the Tables below:** Complete SECTION I by listing the employee's minor offense history for the past twelve months and/or Major offense history for the past twenty-four months. Refer to the SECTION II - DISCIPLINARY ACTIONS SUMMARY TABLE to determine the appropriate disciplinary action to be taken and whether the disciplinary action must follow the Due Process Procedure as set out in Personnel Regulation IV.

**Note:** "Minor", "Major", or "Intolerable" offenses have separate disciplinary action progressions. See the SUMMARY TABLE in SECTION II below. The offense free time period required to clear a disciplinary record of MINOR offenses is 12 months and MAJOR offenses is 24 months from the "date of record" for last offense committed. ("Date of Record" is date form signed by department head.)

| SECTION I - REVIEW OF EMPLOYEE DISCIPLINARY HISTORY | | | |
|---|---|---|---|
| A review of this employee's active Disciplinary History includes the following MINOR category offense(s) and/or the following Major category offense(s). If the employee has no active disciplinary history, write N/A. | | | |
| **Category** | **Type of Action** | **Dated** | **Specific Violation - Cite Rule and Offense** |
| MINOR | Formal Counseling | | |
| MINOR | Written Warning | | |
| MINOR | Final Written Warning or Final Written Warning & 1-5 Day Suspension | | |
| MAJOR | Final Written Warning & 1-20 Day Suspension | | |

The SUMMARY TABLE below shows: (1) The disciplinary progression (1st, 2nd, 3rd, etc., offense) and resulting disciplinary action for MINOR, MAJOR, and INTOLERABLE offenses; and (2) Whether a disciplinary action requires a Due Process Hearing before being administered.

| SECTION II - REVIEW OF ACTION SUMMARY TABLE | | | | |
|---|---|---|---|---|
| **DUE PROCESS HEARING NOT REQUIRED** | First Offense **MINOR** Formal Counseling | Second Offense **MINOR** Written Warning | Third Offense **MINOR** Final Warning or (See below) | Fourth Offense **MINOR** See Below |
| **❖ DUE PROCESS HEARING REQUIRED PRIOR TO ADMINISTERING.** | First Offense **MAJOR** Final Warning and 1-20 Day Suspension. | Second Offense **MAJOR** Discharge | Third Offense **MAJOR** Final Warning and 1-5 Day Suspension | Fourth Offense **MINOR** Discharge |
| | First Offense **INTOLERABLE** Discharge | Due Process Hearings are implemented in accordance with Personnel Regulation IV | | |

CITY OF DOTHAN/GRAY 000939
CONFIDENTIAL



EXHIBIT
A

In the early morning hours of August 25, 2013, Dothan Police responded to an Assault 2nd call for assistance from 414 N. Appletree St. in Dothan, AKA the Outcast Motorcycle Club clubhouse. Officers found numerous club members inside, all of whom had extensive criminal records. Several of those club members were arrested on felony charges.

Upon your being identified by several of these club members and subsequently other members of the Outcast Motorcycle Club as being involved in various other activities, an internal police investigation was begun. This investigation confirmed your involvement, including, but not limited to, your having met with Otis "Big O" Ashford, State President of Outcast Motorcycle Club in Bessemer, AL, sometime in April, 2013. This meeting was for the purpose of receiving approval or "blessing" of Outcast Motorcycle Club for the start of a new chapter of your motorcycle club, Bama Boyz, in Anniston, AL, which in fact, you did receive. You also sought and received the "blessing" of "Big Meat" (real name unknown), President of Sin City Disciples Motorcycle Club in Alabama. These two clubs are listed by the U.S. Justice Department as "Outlaw Motorcycle Gangs" in Alabama, whose members have voluntarily made a commitment to band together to abide by their organization's rules enforced by violence and who engage in activities that bring them and their club into repeated and serious conflict with society and the law including a pattern of criminal or delinquent conduct.

The investigation confirmed that you have instructed new members of your club that it is "attached directly" to Outcast Motorcycle Club, that you "work hand- in- hand" with them and Sin City Disciples Motorcycle Clubs and that your club follows their directions and guidelines.

The investigation further revealed your misuse of DPD equipment, including, non-police business related access of personal information of your fellow officers on the City's Sungard AS400 system and inappropriate access and viewing of a pornographic internet website on your police issued cellphone.

During the course of this investigation you were untruthful with investigators and made statements intended to deceive and alter the course of their investigation into your conduct which made the basis of these charges.

1

CITY OF DOTHAN/GRAY 000940
CONFIDENTIAL

# NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION

(Reproduce in one page (front and back) format to maintain form integrity)

| (Employee Name) | TO: | Ivan Keith Gray | Emp ID: | 101492 |
|---|---|---|---|---|
| (Department Head) | FROM: | Chief Gregory J. Benton | | |
| | DATE: | 09-20-2013 | | |

## SECTION I - NOTICE OF CATEGORY FOR CHARGES

(✔ All that apply)

| | | |
|---|---|---|
| **MINOR CATEGORY:** | | ✱ 3rd Offense, Final Warning & 1-5 Day Suspension |
| | | ✱ 4th Offense, Grounds for Discharge |
| **MAJOR CATEGORY:** | | ✱ 1st Offense, Final Warning & 1-20 Day Suspension |
| | | ✱ 2nd Offense, Grounds for Discharge |
| **INTOLERABLE CATEGORY:** | X | ✱ 1st Offense, Grounds for Discharge. |
| **SICK LEAVE ABUSE:** | | ✱ 4th Offense, Grounds for Discharge |
| **VEHICLE ACCIDENT:** | | ✱ 2 - 5 Points, Suspension |
| | | ✱ Over 5 Points, Suspension or Termination |

✱ PF #147 (or PF#147-A for Sick Leave Abuse, or PF#148 Vehicle Accident) is submitted when an employee commits any category offense requiring due process and is attached to PF#153 for Major and Intolerable Offenses. If after due process the Department Head or Personnel Board determines the employee did not violate any rules, all copies of the applicable PF#147/PF#147-A/PF#148 are destroyed.

## SECTION II - NOTICE OF CHARGES

You are hereby notified that possible disciplinary action is contemplated against you on the charges specified below and that such action could result in suspension, demotion or dismissal.  It has been brought to my attention as Department Head that you have possibly violated the Personnel Rules and/or Civil Service Act of the City of Dothan, Alabama, in that [Give specific details of the offense(s) to include date(s), location(s), person(s) involved, cite rule(s) violated.  Additional sheets may be attached if needed]:

You are found to be in violation of Dothan Police Department General Order 100-50, Code of Conduct, section II, paragraph B, Conduct Unbecoming of an Officer and section XXXVIII, paragraph A, Membership in Organizations; General Order 20CM2H, Mobile Data Terminals and Electronic Messaging, Section I, paragraph 6, Administrative; General Order 100-50, Code of Conduct, section XXXIII, paragraph A, Truthfulness; General Order 200-30, Professional Standards, section IV, paragraph M, Investigative Procedures and General Order 100-41, Code of Ethics, section I, paragraph I, Private Life. (See Exhibit "A" attached hereto and incorporated herein).

You have further been found in violation of City of Dothan Personnel Rules and Regulations, Sec 3-43, (19) Intolerable Offense: Other, to include Conduct Unbecoming of an Officer. (See Exhibit "A" attached hereto and incorporated herein).

## SECTION III - NOTICE OF HEARING ON CHARGES

You are hereby given twenty-four (24) hours advance notice that a Determination Hearing will be held

(Day of week, Calendar Date and Time of Hearing)   on:   **Monday, September 23, 2013 at 0900 hours (9:00 A.M.)**

(Location where hearing will be held)   at:   **Roy M. Driggers Municipal Building (Civic Center)  1st Floor  Room 101**

At the time of the Determination Hearing you will have the opportunity to respond to the above charge(s) orally and/or in writing if you so desire.  If you wish to reply to the charges in writing, you must have the documents prepared and ready to present at the time designated for the hearing.  You may submit sworn affidavits in reply to these charges if you so elect.  You are hereby advised that you have the right not to respond to these charges if you so elect.  If you desire, you may be accompanied by an impartial observer of your choosing.  This hearing will not be of an adversary nature and no examination or calling of witnesses to testify will be permitted.

You will be notified in writing of the Department Head's disciplinary decision within three (3) working days after the date of this hearing.  In the event disciplinary action is taken, the procedures for review and appeal as provided by the Personnel Rules and/or Civil Service Act of the City of Dothan are available to any Classified employee or laborer, other than those under initial probationary status.

Signature of Department Head:  *Gregory J. Benton*

CITY OF DOTHAN/GRAY 000941
CONFIDENTIAL

## NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION
(Reproduce in one page (front & back format) to maintain form integrity)

### SECTION IV - DOCUMENTATION OF NOTICE BEING SERVED
(Complete either Part A or both Part B and C of this section)

**PART A.**

I certify that I served ___Ivan Keith Gray___ a copy of this Notice of hearing at
(Employee Name)

___0355___ O'clock (☐ am ☒ pm) on ___9·20·13___
(Time Served)                                        (Date Served - M/D/Y)

which is at least twenty-four (24) hours prior to the date and time specified on the front of this form.

_____
(Signature of Department Head or Supervisor)

### OR

**PART B.**

I certify that due to the unavailability of the employee I have delivered a copy of this Notice of Determination Hearing (Personnel Form #153) to the City of Dothan Police Department for service on the employee named on the front of this Notice at least twenty-four (24) hours in advance of the time and date specified on this notice.

_____
(Signature of Department Head or Supervisor)

**PART C.**

I certify that a copy of this Notice of Determination Hearing was served on the employee named on the front of this Notice at

_____ on _____
(Time of Service)          (Date Served - M/D/Y)

_____
(Signature of Server [Member, Dothan Police Department])

### SECTION V - DOCUMENTATION OF NOTICE BEING RECEIVED

I acknowledge that I received a copy of this Notice of Determination Hearing at least twenty-four (24) hours prior to the date and time of said hearing.

Signature of Employee: _____ Date: ___9-20-13___

Distribution of PF#153:   ☐ Original to Personnel Department   ☐ Copy to Department Head   ☐ Copy to Employee

Personnel Form #153 (Revised 6/95
C:\Users\dwsmith\Documents\INTERNAL AFFAIRS INVESTIGATIONS\INTERNAL INVESTIGATIONS\2013\2013 - 00059 Internal Affairs - Capt. K. Gray\PF153-Notice of Det.
Hearing.doc
Page 2 of 2

CITY OF DOTHAN/GRAY 000942
CONFIDENTIAL



**EXHIBIT A**

In the early morning hours of August 25, 2013, Dothan Police responded to an Assault 2nd call for assistance from 414 N. Appletree St. in Dothan, AKA the Outcast Motorcycle Club clubhouse. Officers found numerous club members inside, all of whom had extensive criminal records. Several of those club members were arrested on felony charges.

Upon your being identified by several of these club members and subsequently other members of the Outcast Motorcycle Club as being involved in various other activities, an internal police investigation was begun. This investigation confirmed your involvement, including, but not limited to, your having met with Otis "Big O" Ashford, State President of Outcast Motorcycle Club in Bessemer, AL, sometime in April, 2013. This meeting was for the purpose of receiving approval or "blessing" of Outcast Motorcycle Club for the start of a new chapter of your motorcycle club, Bama Boyz, in Anniston, AL, which in fact, you did receive. You also sought and received the "blessing" of "Big Meat" (real name unknown), President of Sin City Disciples Motorcycle Club in Alabama. These two clubs are listed by the U.S. Justice Department as "Outlaw Motorcycle Gangs" in Alabama, whose members have voluntarily made a commitment to band together to abide by their organization's rules enforced by violence and who engage in activities that bring them and their club into repeated and serious conflict with society and the law including a pattern of criminal or delinquent conduct.

The investigation confirmed that you have instructed new members of your club that it is "attached directly" to Outcast Motorcycle Club, that you "work hand-in-hand" with them and Sin City Disciples Motorcycle Clubs and that your club follows their directions and guidelines.

The investigation further revealed your misuse of DPD equipment, including, non-police business related access of personal information of your fellow officers on the City's Sungard AS400 system and inappropriate access and viewing of a pornographic internet website on your police issued cellphone.

During the course of this investigation you were untruthful with investigators and made statements intended to deceive and alter the course of their investigation into your conduct which made the basis of these charges.

1

CITY OF DOTHAN/GRAY 000943
CONFIDENTIAL

**THE CITY OF DOTHAN**
**Dothan, Alabama**

## DETERMINATION HEARING OF KEITH GRAY

**KRIS KNIGHT** : Alright. Today is Monday, September 23rd [2013] at 9:00 a.m.

This hearing is being recorded, and will be the official transcript in the event of an appeal by the employee to the Personnel Board. My name is Kris Knight, Personnel Analyst with the City of Dothan. Present in the room for the determination hearing are Ivan Keith Gray, Chief Benton, Sgt. Smith, Sgt. Magill, Darryl Mathews, Pat Jones, Pam Moseley, and Dwight Baker.

Captain Gray, do you acknowledge that you were served notice of this determination hearing on or about 3:55 p.m. on September 20, 2013?

**KEITH GRAY** : Yes, I do.

**KRIS KNIGHT** : Do you acknowledge that this is your signature?

**KEITH GRAY** : Yes, it is.

**KRIS KNIGHT** : Have you read the information provided on the form, and did you understand the procedure outlined on the form?

**KEITH GRAY** : Yes, I did.

**KRIS KNIGHT** : Alright. I have several questions I need to ask you. Please respond with yes or no, and respond loud enough for the recorder to pick up your response. If you have a question or do not understand what I am asking you, please direct your questions to me.

Do you acknowledge that you were notified at least 24 hours in advance of this determination hearing?

**KEITH GRAY** : Yes.

**KRIS KNIGHT** : Do you have any specific questions regarding this procedure?

**KEITH GRAY** : No.

**KRIS KNIGHT** : Do you understand this is not an adversarial hearing, this means there's no cross examination of witnesses or calling of witnesses to testify?

**KEITH GRAY** : Yes.

**KRIS KNIGHT** : Do you understand that you do not have to reply to these charges?

**KEITH GRAY** : Yes.

1

CITY OF DOTHAN/GRAY 000947
CONFIDENTIAL

KRIS KNIGHT : Do you understand you do have the right to reply orally, and/or in writing, to these charges?

KEITH GRAY : Yes.

KRIS KNIGHT : Do you understand you have had a reasonable opportunity within the past 24 hours to reply in writing, or submit sworn affidavits in reply to the charges, if you so elected?

KEITH GRAY : Yes.

KRIS KNIGHT : Do you have a written statement or sworn affidavit you wish to submit in response to the charges?

KEITH GRAY : I do.

KRIS KNIGHT : Okay. We'll need to get a copy, one for the Chief and one for the record; but we can do that afterwards.

KEITH GRAY : Okay.

KRIS KNIGHT : Do you have any reason at this time why the hearing should not proceed?

KEITH GRAY : No.

KRIS KNIGHT : Okay, then at this time the Chief will begin the hearing by presenting the charges to you again.

CHIEF BENTON : Captain Gray, in the early morning hours of August 25, 2013, Dothan Police responded to an Assault 2nd call for assistance from 414 N. Appletree St. in Dothan, AKA the Outcast Motorcycle Club clubhouse. Officers found numerous club members inside, all of who had extensive criminal records. Several of those club members were arrested on felony charges.

Upon your being identified by several of these club members and subsequently other members of the Outcast Motorcycle Club as being involved in various activities, an internal police investigation was begun. This investigation confirmed your involvement, including, but not limited to, your having met with Otis "Big O" Ashford, State President - Ashford, State President of Outcast Motorcycle Club in Bessemer, Alabama, sometime in April, 2013. This meeting was for the purpose of receiving approval or blessing of Outcast Motorcycle club for the start of a new chapter of your motorcycle club, Bama Boyz, in Anniston, Alabama, which, in fact, you did receive. You also sought and received the blessing of "Big Meat" real name unknown, President of Sin City Disciples Motorcycle Club in Alabama. These two clubs are listed by the U. S. Justice Department as "Outlaw Motorcycle Gangs" in Alabama, whose members have voluntarily made a commitment to band together to abide by their organization's rules enforced by violence and who engage in activities that bring them and their club into repeated and serious conflict with society and the law, including a pattern of criminal or delinquent conduct.

This investigation confirmed that you have instructed new members of your club that it is attached directly to Outcast Motorcycle Club, that you work hand-in-hand with them and Sin City Disciples Motorcycle Club and that your clubs follows their guidelines.

2

CITY OF DOTHAN/GRAY 000948
CONFIDENTIAL

The investigation further revealed your misuse of DPD equipment, including non-police business related access of personal information of your fellow officers on the City's Sungard AS400 system and inappropriate access and viewing of a pornographic internet website on your police issued cell phone.

During the course of this invest - during the course of this investigation you were untruthful with investigators and made statements intended to deceive and alter the course of their investigation into your conduct which made the basis of these charges.

You are found to be in violation of Dothan Police Department General Order 100-50, Code of Conduct, section II, paragraph B, Conduct Unbecoming of an Officer; and section XXXVIII, paragraph A, Membership in Organizations; General Order 20CM2H, Mobile Data Terminals and Electronic Messaging, Section 1, paragraph 6, Administrative; General Order 100-50, Code of Conduct; Section XXXIII, paragraph A. Truthfulness; General Order 200-30, Professional Standards, section IV, paragraph M, Investigative Procedures and General Order 100-40 [100-41], Code of Ethics, section I, paragraph I, Private Life.

You have further been found in violation of City of Dothan Personnel Rules and Regulations, Sec. 3-43, (19) Intolerable Offense: Other, to include Conduct Unbecoming of an Officer.

**KRIS KNIGHT**                    :    Okay. Captain Gray, do you have anything you would like to say in response to these charges?

**KEITH GRAY**                     :    Yes. I've been the victim of racial discrimination during my employment with the City of Dothan, beginning in 1985 to the present. I've been denied promotions for which I was qualified, and I am currently being retaliated against for filing an Equal Employment Opportunity Commission complaint in August 2013. In addition to retaliation, I am also the victim of racial harassment, which is, has culminated into this witch hunt, the result of which is an attempt to destroy my career. I, uh, adamantly deny every one of the, uh, charges that Chief Benton has, has just read, and would just like to say, umm, for the record, directly to the Chief - you know me, and you know my heart. And, I have no ill will towards you, and I think you know that as well, 'cause we've talked a lot on personal basis, and, umm, I've not changed. I'm not any different than, when I was - when you road in my Corvette during the Peanut Festival Parade, or when my organization pulled together for fundraisers to, umm, donate to the Police Athletic League. And, uh, I understand that you're, you're the Chief, and, and I respect that, but I'm just wanting to just say that, directly to you.

**CHIEF BENTON**                   :    Thank you.

**KRIS KNIGHT**                    :    Okay, I will make a copy of this.

Alright, Chief Benton will give you his decision in writing within three working days of this hearing. Today is Monday, September 23rd, so you should hear something no later than Thursday, September the 26th, at the close of business.

If you are dissatisfied with his decision, you have ten calendar days, from when you receive the decision in writing, to appeal to the Personnel Board.

This concludes the hearing for Ivan K. Gray at 9:10 a.m.

3

CITY OF DOTHAN/GRAY 000949
CONFIDENTIAL

## DUE PROCESS INTERVIEW QUESTIONS TO BE ASKED PRIOR TO DETERMINATION HEARINGS

| Employee Name | Employee SSN | Employee Department |
|---|---|---|
| Ivan K Gray | REDACTED | Police |
| **Employee Job Title** | **Hearing Time** | **Date of Hearing** |
| Police Captain | 9:00AM | 09/23/2013 |

INSTRUCTIONS: With the tape recorder on and recording, the following questions are to be asked directly of the employee for whom the determination hearing is being held. These questions are to be asked prior to proceeding with the hearing.

| YES | NO | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Do you acknowledge that you were notified at least 24 hours in advance of this determination hearing? |
| ☐ | ☑ | 2. | Do you have any specific questions regarding this procedure? |
| ☑ | ☐ | 3. | Do you understand this is not an adversarial hearing? This means there is no cross examination of witnesses or calling of witnesses to testify? |
| ☑ | ☐ | 4. | Do you understand that you do not have to reply to these charges? |
| ☑ | ☐ | 5. | Do you understand you have the right to reply orally and/or in writing to these charges? |
| ☑ | ☐ | 6. | Do you understand you have had a reasonable opportunity within the past 24 hours to reply in writing or submit sworn affidavits in reply to the charges if you so elected? |
| ☑ | ☐ | 7. | Do you have a written statement or sworn affidavits you wish to submit in response to the charges? |
| ☐ | ☑ | 8. | Do you have any reason at this time why this hearing should not proceed? |

☐ The employee failed to appear for this determination hearing on the date and at the time scheduled.

☑ The employee was present and responded as shown to the above questions.

Signature of Personnel Department Staff: _KKnight_

In the space below or on the back of this form, list the name(s), title(s) and reason(s) for the presence of all others present during this hearing.

_Ivan Keith Gray, Chief Benton, Sgt Smith, Sgt Magill_
_Darryl Mathews, Pat Jones, Pam Moseley,_
_Dwight Baker_

Tape No. _2013-03_

Public\PF164\REVISED 4/19/94•3/3/95•12/02/98

# DECISION OF DETERMINATION HEARING COPY

(Personnel Form 155)

| Employee Name | Employee SSN | Department |
|---|---|---|
| Ivan Keith Gray | 101492 | Police |

| Employee Job Title | Date of Determination Hearing |
|---|---|
| Police Captain | 09-23-13 |

### Statement of Department Head's Decision

You are hereby notified that after the due process determination hearing and consideration of the charges and possible violations of Personnel Rules and/or the Civil Service Act of Dothan, as amended, I have made the following decision concerning disciplinary action: (*State the decision in the space below*)

> After reviewing all the facts and circumstances of this case, I have determined that you were in violation of the Dothan Police Department General Orders for which you were charged with.
>
> You have further been found in violation of City of Dothan Personnel Rules and Regulations, Sec 3-43, (19) Intolerable Offense: Other, to include Conduct Unbecoming of an Officer.
>
> It is my decision to terminate your employment with the Dothan Police Department effective immediately.

Furthermore, you are hereby advised that if you are dissatisfied with this decision to discipline, you have available to you the procedures for review and/or appeal as provided by the Civil Service Act of Dothan, as amended, and the Personnel Rules and Regulations.

| Signature of Department Head | Date Signed |
|---|---|
| *Gregory J Benton* | 9-23-2013 |

### Employee Certification of Receipt of Department Head's Decision and Employee Notice of Appeal Right

I hereby certify I have received a copy of this decision to discipline from my department head or his/her designated representative. I understand that should I wish to appeal my department head's disciplinary decision I must file a written notice with my department head and the Personnel Board within the time period specified in the Personnel Rules and Regulations, Section 3-50, Appeal of Disciplinary Action. Personnel Form #152 – City of Dothan Appeal Form may be used to initiate an appeal of disciplinary action. Any Classified employee or laborer, **other than** those under initial **probationary status**, may appeal any disciplinary action taken by following the procedure outlined in REGULATION V - GRIEVANCE AND APPEAL PROCEDURE or by following the procedures in Sections 21 and 22 of "the Civil Service Act of Dothan."

| Employee's Signature | Date Signed |
|---|---|
| *I. Keith Gray* | 9-23-2013 |

### To be completed by person serving this notice to employee

| Signature of person serving this notice | Date Notice Served | Time Notice Served |
|---|---|---|
| *Gregory J Benton* | 9.23.2013 | 9:30 a.m. |

Distribution: ☐ Original to Personnel   ☐ Copy to Department Head   ☐ Copy to Employee

Personnel Form #155 (Revised 2/2001)
C:\Users\dwsmith\Documents\INTERNAL AFFAIRS INVESTIGATIONS\INTERNAL INVESTIGATIONS\2013\2013 - 00059 Internal Affairs - Capt. K. Gray\PF155 Decision Of Determination Hearing - 2.doc

CITY OF DOTHAN/GRAY 000944
CONFIDENTIAL

# INFORMATION FOR DISPERSAL OF LAST PAYROLL CHECK

Ivan Keith Gray
**EMPLOYEE NAME**

1103 Meharis Circle
**MAILING ADDRESS**

Dothan, AL 36303
**CITY, STATE, ZIP**

DEPARTMENT ___POLICE DEPARTMENT___

LAST CHECK SHOULD BE ISSUED ___October 11, 2013___
~~November 8, 2013~~
**DATE**

( ✓ ) PLEASE MAIL MY LAST PAYROLL CHECK TO
THE ABOVE ADDRESS.

( __ ) I WILL PICK UP MY LAST PAYROLL CHECK
FROM THE CITY CLERK'S OFFICE.

( __ ) _____, WHOSE RELATIONSHIP
TO ME IS _____, IS AURTHORIZED BY
ME TO RECEIVE MY LAST PAYROLL CHECK FROM
THE CITY CLERK.

_____
**SIGNATURE OF EMPLOYEE**

9.23-13
**DATE**

_____
**WITNESS**

*NOTE: IF YOU HAVE BEEN PARTICIPATING IN DIRECT DEPOSIT, YOUR LAST CHECK WILL
NOT BE DIRECT DEPOSIT.

PERS FORM 181 (REV 5/24/93)

CITY OF DOTHAN/GRAY 000945
CONFIDENTIAL

# Determination Hearing Response to Charges

## September 23, 2013 at 9:00 AM

I have been the victim of racial discrimination during my employment with the City of Dothan beginning in 1985 to the present. I have been denied promotions for which I was qualified, and I am currently being retaliated against for filing an Equal Employment Opportunity Commission (EEOC) complaint in August of 2013. In addition, to retaliation, I am also the victim of racial harassment, which has culminated into a witch-hunt; the result of which is an attempt to destroy my career.

Ivan Keith Gray

CITY OF DOTHAN/GRAY 000946
CONFIDENTIAL

# THE CITY OF DOTHAN
## Notice of Termination

TO   :   Personnel Director and Employee         Date 9/23/13

FROM :   Police Department

1.   NAME OF EMPLOYEE:                  Gray, Ivan Keith

2.   EMPLOYEE ID NUMBER:               101492

3.   DATE OF HIRE:                     02/11/1985

4.   JOB TITLE and JOB CODE:           288 Police Captain

     Employee Status:
     (☒) Classified   (☐) Probationary   (☐) Unclassified   (☐) Part Time   (☐) Temp/Seasonal

5.   LAST DAY ACTUALLY WORKED:         08/23/2013

6.   DATE(S) and TYPE(S) of LEAVE:     AL on 8/25 through 9/23/13 until 9:30 AM
     (If on leave prior to effective date of
     termination, include any docked time.)

7.   EFFECTIVE DATE OF TERMINATION:    9/24/2013
     (first day employee is no longer employed)

8.   $N/A To be deducted from final paycheck as reimbursement for 1984 pay period change (use Hours Type Code 40).

9.   HAS FINAL CHECK BEEN WRITTEN? Y ☐   N ☒

10.  REASON FOR TERMINATION:

     ☐   (NT)   NO TIME - Processed for employment; Failed to report to work; No Time

     ☐   (RZ)   RESIGNED – WRITTEN NOTICE ATTACHED – PERSONNEL RULE 10.10(1)
                 (Written notice given **at least** one week [seven calendar days] prior to effective date)

     ☐   (QZ)   QUIT WITHOUT PROPER NOTICE - (Written notice given, but not at least one week [seven
                 calendar days] prior to effective date)

     ☐   (QT)   QUIT WITHOUT WRITTEN NOTICE– PERSONNEL RULE 10.10(3)
                 (Quit without written notice or no advance notice of intent to quit)

     ☐   (QP)   QUIT WITH PREJUDICE

     ☐   (CR)   QUIT/COMPULSORY RESIGNATION – PERSONNEL RULE 10.10(2)
                 (Abandoned job – unauthorized absence for period of five (5) consecutive work days)

     ☒   (DM)   DISMISSED – REGULATION IV – DUE PROCESS PROCEDURE, 10.10(8)

     ☐   (RT)   RETIRED UNDER RETIREMENT SYSTEMS OF ALABAMA

     ☐   (ET)   END OF TEMPORARY OR SEASONAL EMPLOYMENT/END OF TERM

     ☐   (LO)   LAYOFF – PERSONNEL RULE 10.10(7)

     ☐   (DC)   DECEASED

     ☐   (UA)   UNAPPOINTED

     RECEIVED
     SEP 24 2013
     PERSONNEL DEPARTMENT

11.  Has the person returned all City property issued to him/her (supplies, tools, ID card)? (Personnel Rule 10.30)
     ☒ YES   ☐ NO   If no, why not? Collected by Sgt. S. Smith

12.  Computer Password Deleted         Date _____ Initials _____

_____          9-23-13          _____          9/25/13
Department Head's Signature        Date         Personnel Director's Signature        Date

Distribution: Original – Personnel;   Copy 1 – Department;   Copy 2 – Employee;   Copy 3 – IT

PERSONNEL FORM #111 (Rev. 08-09)

CITY OF DOTHAN/GRAY 000951
CONFIDENTIAL




DEFENDANT'S EXHIBIT 24 I. Gray

# City of Dothan
# Alabama

F. Darryl Mathews
EEO/Training Officer

## MEMORANDUM

**TO:**       Captain Keith Gray, Dothan Police Department

**CC:**       Michael K. West, City Manager
Delvick McKay, Personnel Director
Greg Benton, Dothan Police Chief

**FROM:**   F. Darryl Mathews, EEO/Training Officer

**DATE:**    September 18, 2013

**SUBJECT:** **Findings of EEO Investigation of alleged racial discrimination and Federal Consent Decree violations against (supervisor) Major Steve Parrish, Dothan Police Department**

Captain Gray, on June 9, 2013, you entered your Guardian Tracking rebuttal to (supervisor) Major Steve Parrish's April 8, 2013 Guardian Tracking Incident Report regarding the execution of your job. (Copies of the Guardian Tracking Rebuttal dated 6/9/2013 and Guardian Tracking Incident Report dated 4/8/2013 are attached.)

This Guardian Tracking document was submitted to Personnel Director, Delvick McKay, on June 10, 2013 to be placed in your personnel file. Captain Gray, you stated in this document, your intent to file Title VII charges with the Equal Employment Opportunity Commission (EEOC) against Major Parrish for Racial Discrimination. This Guardian Tracking rebuttal further stated that you believed Major Parrish violated the City's Federal Consent Decree currently in place. (A copy of this document is attached.) Consequently, on June 17, 2013, my office launched an investigation after receiving this document and notified all parties involved.

### Abbreviated Summary
This investigation covered the same three (3) areas you addressed in your Guardian Tracking rebuttal. Those areas are as follows: (1) alleged lack of communication with (supervisor) Major Steve Parrish; (2) Alleged disparate treatment in your re-assignment to the Administrative Bureau; and (3) Allegations of micro-managing the Patrol Services Bureau.

CITY OF DOTHAN/GRAY 000921
CONFIDENTIAL

Those interviewed in this investigation were: Greg Benton-Police Chief; Steve Parrish-Major; David Jay-Captain; Stacy Robinson-Captain; Keith Gray-Captain; Donny Smith-Sergeant; Mike Etress- Lieutenant; and-Donald Peterson-Police Officer.

The facts in this investigation have been about incidences of micro-managing the Patrol Services Bureau while under your command.  It has also been about incidence of lack of communication with superiors, and Captains' assignments in the police department.

As you know, assignments and/or re-assignments are at the discretion of Police Chief Greg Benton. The chain of command and assignments are standard practice in the Para-military structures like the Dothan Police Department. These assignments are made out of a business necessity and/or operational purposes.

The facts in this investigation do not show racial discrimination as a factor in the areas addressed in your Guardian Tracking Rebuttal. The facts are: you are one (1) of three equally ranking members of the Dothan Police Department Administrative Staff.

In addition to being a Police Captain over the Administrative Services Bureau, you have specialty operational assignments at a high level of importance in the Dothan Police Department.  These  special assignments are worthy of mentioning and are as follows: Helicopter liaison for air operations with the Dale County Sheriff Department, Coordinator for Dothan Police Department Bomb Squad, and liaison for the Dothan Police Department Executive Dignitary Protection Team.  You are also the liaison for mutual aid requests between the Dale County Sheriff and Dothan Police Department.  The Bomb Squad, also under your command, has mutual aid agreements and responds to calls for service throughout the Wiregrass Area.  Last, the Executive Dignitary Protection Team is a very prestigious assignment under your command with the Dothan Police Department and is responsible for the protection of dignitaries visiting the City of Dothan. You have been given exceptional opportunities to excel and much responsibility has been placed under your command.

## Findings

Your allegations of Racial Discrimination against Major Steve Parrish are unsubstantiated. Also, there are no violations of the City's Federal Court Consent Decree, currently in place.


FDM/lam
Attachments (3)

CITY OF DOTHAN/GRAY 000922





DEFENDANT'S
EXHIBIT
26

CITY OF DOTHAN/GRAY 002042
CONFIDENTIAL

DEFENDANT'S
EXHIBIT

27



CITY OF DOTHAN/GRAY 002043
CONFIDENTIAL

DEFENDANT'S EXHIBIT

28



CITY OF DOTHAN/GRAY 002046
CONFIDENTIAL

DEFENDANT'S
EXHIBIT

29



DEFENDANT'S EXHIBIT

30



# BY-LAWS



## BAMA BOYZ MOTORCYCLE CLUB
## INCORPORATED

**Founded by Ivan Keith Gray**

**August 2008**

**AMENDED FEBRUARY 1, 2012**

1

DEFENDANT'S EXHIBIT

31

GRAY-00088

2

THE CONTENTS OF THIS DOCUMENT CONTAIN THE BYLAWS OF THE BAMA BOYZ MOTORCYCLE CLUB, INC. THESE BYLAWS SHOULD BE HELD IN CONFIDENCE BY, AND FOR SOLE USE OF THE MEMBERS OF THE BAMA BOYZ MOTORCYCLE CLUB, INC.

THIS DOCUMENT CONTAINS THE BYLAWS AS ESTABLISHED BY THE FOUNDING GOVERNING MEMBERS OF THE NATIONAL CHAPTER OF THE BAMA BOYZ MOTORCYCLE CLUB, INC. THEY ARE NOT MEANT FOR CIRCULATION, REPRODUCTION OR MODIFICATION WITH THE EXCEPTION OF AMENDMENTS WHICH WILL BE ATTACHED AT THE END.

ARTICLE 1: NAME ........................................................................................................................... 5
    ARTICLE 1.1—NEW CHAPTERS ................................................................................................ 5
ARTICLE 2: PURPOSE .................................................................................................................... 5
ARTICLE 3: EXECUTIVE BOARD ................................................................................................... 5
    ARTICLE 3.1: FOUNDER ............................................................................................................ 6
    ARTICLE 3.2: QUALIFICATIONS ................................................................................................ 6
    ARTICLE 3.3: TERM OF OFFICE ................................................................................................ 6
    ARTICLE 3.4: ELECTIONS .......................................................................................................... 6
    ARTICLE 3.5: REMOVAL FROM OFFICE .................................................................................... 6
ARTICLE 4: OFFICERS ................................................................................................................... 7
ARTICLE S: DUTIES OF OFFICERS ................................................................................................ 7
    PRESIDENT: ............................................................................................................................... 7
    VICE-PRESIDENT: ...................................................................................................................... 7
    SECRETARY: ............................................................................................................................... 7
    TREASURER: .............................................................................................................................. 7
    SERGEANT-AT-ARMS: ............................................................................................................... 7
    ROAD CAPTAINS: ...................................................................................................................... 8
    NATIONAL SERGEANT-AT-ARMS: ............................................................................................ 8
    EXECUTIVE BOARD MEMBERS (OTHER THAN LISTED ABOVE): ............................................... 8
ARTICLE 6: MEMBERSHIP ............................................................................................................ 8
    ARTICLE 6.1: REQUIREMENTS FOR NEW MEMBERS ............................................................... 8
    ARTICLE 6.2: MEMBERSHIP IN GOOD STANDING ................................................................... 9
    ARTICLE 6.3: SUSPENSION AND TERMINATION ...................................................................... 9
    ARTICLE 6.4: REINSTATEMENT ............................................................................................... 10
ARTICLE 7: DUES ........................................................................................................................ 10
    ARTICLE 7.1: ANNUAL DUES ................................................................................................... 10
    ARTICLE 7.2: NON-PAYMENT OF DUES .................................................................................. 10
    ARTICLE 7.3: NEW MEMBERS ................................................................................................. 10
ARTICLE 8: MEETINGS ............................................................................................................... 10
    ARTICLE 8.1: QUORUM ........................................................................................................... 11
ARTICLE 9: VOTING .................................................................................................................... 11
    ARTICLE 9.1: VOTING AT GENERAL OR SPECIAL MEETINGS, AND EXECUTIVE BOARD MEETINGS.. 11
    ARTICLE 9.2: ELECTIONS     .11
ARTICLE 10: RIDE PROTOCOL .................................................................................................... 12
    ARTICLE 10.1: RIDE FORMATION ........................................................................................... 12
    ARTICLE 10.2: RIDE SECURITY ................................................................................................ 12

# BY-LAWS



## BAMA BOYZ MOTORCYCLE CLUB
## INCORPORATED

**Founded by Ivan Keith Gray**

**August 2008**

**AMENDED FEBRUARY 1, 2012**

1

GRAY-00088

2

THE CONTENTS OF THIS DOCUMENT CONTAIN THE BYLAWS OF THE BAMA BOYZ MOTORCYCLE CLUB, INC. THESE BYLAWS SHOULD BE HELD IN CONFIDENCE BY, AND FOR SOLE USE OF THE MEMBERS OF THE BAMA BOYZ MOTORCYCLE CLUB, INC.

THIS DOCUMENT CONTAINS THE BYLAWS AS ESTABLISHED BY THE FOUNDING GOVERNING MEMBERS OF THE NATIONAL CHAPTER OF THE BAMA BOYZ MOTORCYCLE CLUB, INC. THEY ARE NOT MEANT FOR CIRCULATION, REPRODUCTION OR MODIFICATION WITH THE EXCEPTION OF AMENDMENTS WHICH WILL BE ATTACHED AT THE END.

ARTICLE 1: NAME .................................................................................................................. 5
    ARTICLE 1.1—NEW CHAPTERS ............................................................................................ 5
ARTICLE 2: PURPOSE ............................................................................................................. 5
ARTICLE 3: EXECUTIVE BOARD .............................................................................................. 5
    ARTICLE 3.1: FOUNDER ....................................................................................................... 6
    ARTICLE 3.2: QUALIFICATIONS ........................................................................................... 6
    ARTICLE 3.3: TERM OF OFFICE ............................................................................................ 6
    ARTICLE 3.4: ELECTIONS ..................................................................................................... 6
    ARTICLE 3.5: REMOVAL FROM OFFICE ............................................................................... 6
ARTICLE 4: OFFICERS ............................................................................................................ 7
ARTICLE 5: DUTIES OF OFFICERS ........................................................................................... 7
    PRESIDENT: .......................................................................................................................... 7
    VICE-PRESIDENT: .................................................................................................................. 7
    SECRETARY: .......................................................................................................................... 7
    TREASURER: .......................................................................................................................... 7
    SERGEANT-AT-ARMS: ........................................................................................................... 7
    ROAD CAPTAINS: .................................................................................................................. 8
    NATIONAL SERGEANT-AT-ARMS: ........................................................................................ 8
    EXECUTIVE BOARD MEMBERS (OTHER THAN LISTED ABOVE): ........................................... 8
ARTICLE 6: MEMBERSHIP ...................................................................................................... 8
    ARTICLE 6.1: REQUIREMENTS FOR NEW MEMBERS ........................................................... 8
    ARTICLE 6.2: MEMBERSHIP IN GOOD STANDING ............................................................... 9
    ARTICLE 6.3: SUSPENSION AND TERMINATION .................................................................. 9
    ARTICLE 6.4: REINSTATEMENT ........................................................................................... 10
ARTICLE 7: DUES .................................................................................................................... 10
    ARTICLE 7.1: ANNUAL DUES ............................................................................................... 10
    ARTICLE 7.2: NON-PAYMENT OF DUES .............................................................................. 10
    ARTICLE 7.3: NEW MEMBERS ............................................................................................. 10
ARTICLE 8: MEETINGS ........................................................................................................... 10
    ARTICLE 8.1: QUORUM ........................................................................................................ 11
ARTICLE 9: VOTING ................................................................................................................ 11
    ARTICLE 9.1: VOTING AT GENERAL OR SPECIAL MEETINGS, AND EXECUTIVE BOARD MEETINGS .. 11
    ARTICLE 9.2: ELECTIONS .................................................................................................. 11
ARTICLE 10: RIDE PROTOCOL ................................................................................................ 12
    ARTICLE 10.1: RIDE FORMATION ........................................................................................ 12
    ARTICLE 10.2: RIDE SECURITY ............................................................................................ 12

ARTICLE 11: GOOD ORDER AND DISCIPLINE ........................................................................ 12
    ARTICLE 11.1: CODE OF CONDUCT ................................................................. 13
    ARTICLE 11.2: OUTLAW AND ASSOCIATE CLUBS ........................................... 13
ARTICLE12: CLUB LOGOS ........................................................................................... 14
    ARTICLE 12.1: CLUB COLORS (DIAGRAM ATTACHED) ..................................... 14
ARTICLE 13: FINANCIAL ISSUES ...................................................................................... 15
ARTICLE 14: LIABILITY ................................................................................................. 15
ARTICLE 15: AMENDMENTS ......................................................................................... 15
ARTICLE 16: DISSOLUTION/DISTRIBUTION OF ASSETS ........................................................ 15
ARTICLE 17: CORP DISSOLUTION/DISTRIBUTION OF ASSETS ................................................ 16
ARTICLE 18: COMMUNICATIONS ................................................................................... 16
    ARTICLE 18.1: WEBSITES ............................................................................. 16
    ARTICLE 18.2: OTHER COMMUNICATIONS ................................................... 17
ARTICLE 19: NATIONAL PROTOCOL ................................................................................ 17
    ARTICLE 19.1: NATIONAL MEETINGS ............................................................ 17
    ARTICLE 19.2: SENIORITY ............................................................................ 18
    ARTICLE 19.3: MULTI CHAPTER RIDE FORMATION (DIAGRAM ATTACHED) .................. 18
RIDE FORMATIONS .................................................................................................... 19
    ARTICLE 19.4—COLLECTIVE MARKS .............................................................. 20
    ARTICLE 19.5—DUES .................................................................................. 20
    ARTICLE 19.6—LIABILITY ............................................................................. 20
    ARTICLE 19.7---ANNUAL REPORT ................................................................. 20
AMENDMENTS .......................................................................................................... 21
By-laws Approved & Adopted ........................................................................... 22

**ARTICLE 3.1: FOUNDERS**

(THE FOLLOWING ARTICLE APPLIES TO THE NATIONAL FOUNDING CHAPTER ONLY)

IN ADDITION TO THE AFOREMENTIONED OFFICERS OF THE EXECUTIVE BOARD, THE FOUNDER OF THE BAMA BOYZ MOTORCYCLE CLUB, INC: IVAN KEITH GRAY; HEREINAFTER REFERRED TO IN THESE BY-LAWS AS THE FOUNDER. THE ORIGINAL FOUNDER WILL MAINTAIN A POSITION ON THE FOUNDING CHAPTER EXECUTIVE BOARD AND WILL HOLD THE TITLE OF FOUNDER. THE FOUNDER MAY HOLD ANY OTHER POSITION ON THE EXECUTIVE BOARD IF SO VOTED BY A MAJORITY OF THE MEMBERS OF THE RESPECTIVE CHAPTER. WHILE ALWAYS MAINTAINING POSITION AS FOUNDER. SAID FOUNDER, IN GOOD STANDING, RESERVES THE RIGHT TO PARTICIPATE IN THE DECISION MAKING AND VOTING PROCESS OF THE EXECUTIVE BOARD. THE FOUNDER WILL ALWAYS BE CONSIDERED A MEMBER OF THE FOUNDING CHAPTER EXECUTIVE BOARD AND WILL AUTOMATICALLY BE CONSIDERED A MEMBER OF ANY OTHER CHAPTER EXECUTIVE BOARD WITH WHICH THEY MAY AFFILIATE.

**ARTICLE 3.2: QUALIFICATIONS**

ANY REGULAR MEMBER OF THE BAMA BOYZ MOTORCYCLE CLUB, INC IS QUALIFIED TO HOLD OFFICE ON THE EXECUTIVE BOARD.

**ARTICLE 3.3: TERM OF OFFICE**

WITH THE EXCEPTION OF THE FOUNDER, EACH TERM OF OFFICE WILL LAST TWO YEARS. THERE WILL BE NO LIMIT TO THE NUMBER OF TERMS THAT A MEMBER MAY SERVE.

**ARTICLE 3.4: ELECTIONS**

WITH THE EXCEPTION OF THE FOUNDERS, OFFICERS OF EACH CHAPTER WILL BE ELECTED BY THE VOTING MEMBERSHIP OF THE CHAPTER IN ACCORDANCE WITH ESTABLISHED PROVISIONS OF THE BY LAWS.

**ARTICLE 3.5: REMOVAL FROM OFFICE**

WITH THE EXCEPTION OF THE FOUNDER, THE ENTIRE EXECUTIVE BOARD, OR ANY INDIVIDUAL BOARD OFFICER MAY BE REMOVED FROM OFFICE, FOR JUST CAUSE, AT ANY TIME, BY A MAJORITY VOTE OF THE VOTING MEMBERS OF THE RESPECTIVE CHAPTER

IF ANY ONE OFFICER IS SO REMOVED, A NEW OFFICER WILL BE NOMINATED AT THE SAME MEETING AND VOTED UPON AT THE FOLLOWING MONTHLY MEETING. AN OFFICER IN GOOD STANDING, CHOSEN BY THE EXECUTIVE BOARD, WILL PERFORM SAID DUTIES OF REMOVED OFFICER UNTIL A REPLACEMENT IS INSTALLED.

IN THE EVENT THAT ALL OFFICERS OF THE EXECUTIVE BOARD ARE REMOVED AT ONE TIME, NEW OFFICERS WILL BE ELECTED AT THE SAME MEETING.

IN THE EVENT THAT THIS SITUATION SHOULD ARISE, ANY NEWLY ELECTED OFFICER WILL HOLD OFFICE FOR THE REMAINDER OF THAT TERM.

## ARTICLE 4: OFFICERS

THE EXECUTIVE AND ADMINISTRATIVE POWER OF THE NATIONAL FOUNDING CHAPTER OF THE BAMA BOYZ MOTORCYCLE CLUB, INC WILL BE VESTED IN THE EXECUTIVE BOARD.

THE EXECUTIVE AND ADMINISTRATIVE POWER OF THE RESPECTIVE CHAPTERS OF THE BAMA BOYZ MOTORCYCLE CLUB, INC WILL BE VESTED WITH EACH RESPECTIVE EXECUTIVE BOARD.

THE EXECUTIVE BOARD OF ALL CHAPTERS WILL BE COMPRISED OF AN ODD NUMBER FOR VOTING PURPOSES. ALL BOARD MEMBERS WILL HAVE AN EQUAL VOTE. THE PRESIDENT SHOULD ABSTANE FROM VOTING UNLESS NEEDED TO BREAK A TIE VOTE.

## ARTICLE 5: DUTIES OF OFFICERS

**PRESIDENT:** THE PRESIDENT SHALL BE THE SENIOR OFFICER OF THE CHAPTER. HE SHALL PRESIDE AT ALL MEETINGS OF THE CHAPTER AND OF THE EXECUTIVE BOARD. HE SHALL BE AN EX-OFFICIO MEMBER OF ALL COMMITTEES, EXCEPT THE NOMINATING COMMITTEE. HE SHALL BE CO-SIGNER, WITH THE TREASURER ON ALL NOTES, AND ALL LEGAL DOCUMENTS GIVEN ON BEHALF OF THE BAMA BOYZ MOTORCYCLE CLUB, INC., FOUNDING CHAPTER. HE SHALL HAVE THE POWER TO CALL MEETINGS OF THE EXECUTIVE BOARD AS REQUIRED, AND SHALL MAKE FULL AND COMPLETE REPORTS ON THE ACTIONS OF THE EXECUTIVE BOARD, TO THE MEMBERSHIP, AS REQUIRED.

**VICE-PRESIDENT:** THE VICE-PRESIDENT SHALL AID AND ASSIST THE PRESIDENT IN CONDUCTING MEETINGS, AND IN THE ABSENCE OF THE PRESIDENT, HE SHALL HAVE THE FULL POWERS OF THE PRESIDENT. SHOULD THE OFFICE OF PRESIDENT BECOME VACANT DURING THE ELECTIVE TERM, THE VICE-PRESIDENT WILL ASSUME THE OFFICE OF THE PRESIDENT, WITH ALL RESPONSIBILITIES, FOR THE REMAINDER OF THE TERM. HE WILL BE RESPONSIBLE FOR THE MEMBERSHIP RECRUITMENT PROGRAM, AND WILL SUBMIT NECESSARY DOCUMENTS TO THE EXECUTIVE BOARD IN REGARDS TO MEMBERSHIP RECRUITMENT. THE VICE-PRESIDENT IS THE SECOND SENIOR OFFICER OF CHAPTER.

**SECRETARY:** THE SECRETARY WILL KEEP ACCURATE RECORDS OF ALL BUSINESS TRANSACTED AT THE MEMBERSHIP AND THE EXECUTIVE BOARD MEETINGS. HE SHALL MAINTAIN AN UP TO DATE ATTENDANCE LOG OF ALL MEETINGS AND CHAPTER RIDES/ACTIVITIES. HE SHALL GIVE ADEQUATE NOTICE TO ALL MEMBERS OF ANY SPECIAL MEETINGS OF THE CHAPTER. HE SHALL KEEP AN ACCURATE RECORD OF THE MEMBERSHIP OF THE CHAPTER. THE SECRETARY IS THE THIRD SENIOR OFFICER OF THE CHAPTER.

**TREASURER:** THE TREASURER SHALL BE THE CUSTODIAN OF ALL THE CHAPTER FUNDS. HE SHALL KEEP ACCURATE RECORDS OF ALL CHAPTER FINANCIAL TRANSACTIONS. HE SHALL BE A CO-SIGNER WITH THE PRESIDENT ON ALL NOTES, AND LEGAL DOCUMENTS GIVEN ON BEHALF OF THE CHAPTER. HE SHALL MAKE A FULL REPORT OF THE FINANCIAL STATUS OF THE CHAPTER AT EACH MONTHLY MEETING. HE SHALL INSURE THAT ANY LEGAL RELATED TAX OR REVENUE ISSUES ARE COMPLETED AS REQUIRED BY LAW. HE SHALL COLLECT ALL YEARLY DUES AND KEEP ACCURATE RECORDS OF MEMBERSHIP DUES PAYMENTS, FINES ASSESSMENTS AND OTHER FINANCIAL RECORDS. THE TREASURER IS THE FOURTH SENIOR OFFICER OF THE CHAPTER.

**SERGEANT-AT-ARMS:** THE SERGEANT-AT-ARMS WILL BE THE DESIGNATED "QUARTERMASTER" FOR THE CLUB, ACCOUNTABLE FOR ALL CLUB COLORS, CLOTHING AND OTHER CLUB ITEMS AS DEEMED NECESSARY BY THE

7

PRESIDENT AND/OR THE EXECUTIVE BOARD. HE WILL ALSO BE THE MEDIATOR FOR ANY DISPUTES BETWEEN CLUB MEMBERS. THE SERGEANT-AT-ARMS IS THE FIFTH SENIOR OFFICER OF THE CHAPTER.

**ROAD CAPTAIN:** THE ROAD CAPTAINS ARE AN ELECTED POSITION. THE ROAD CAPTAINS ARE RESPONSIBLE FOR PLANNING ROUTES AND CONTROLLING CLUB RIDES. THEY WILL MAKE NOTIFICATION TO APPROPRIATE POLICE AGENCIES OF RIDE TRAFFIC, ARRANGING FOR TRAFFIC CONTROL, ETC. THEY PLAN STOPS, WHEN NEEDED AND MAKE OTHER ARRANGEMENTS AS NEEDED. THE ROAD CAPTAINS FOLLOW THE SERGEANT-AT-ARMS IN SENIORITY, BASED ON THEIR SENIORITY AS ROAD CAPTAINS. SENIORITY IF BASED ON TIME IN POSITION. IF TIME IN POSITION IS EQUAL, SENIORITY WILL BE BASED UPON LENGTH OF MEMBERSHIP.

**NATIONAL SERGEANT-AT-ARMS:** THE NATIONAL SERGEANT-AT-ARMS SHALL BE AN APPOINTED POSITION BY THE EXECUTIVE BOARD. THE RESPONSIBILITY OF THE NATIONAL SERGEANT-AT-ARMS WILL BE TO OVERSEE THE ACTIVITIES OF THE OTHER CHAPTERS OUTSIDE OF THE FOUNDING CHAPTER. HIS RESPONSIBILITY WILL BE TO ACT AS A POINT OF CONTACT FOR THE OUTSIDE CHAPTERS WITH THE FOUNDING CHAPTER. THE NATIONAL SGT-AT-ARMS WILL REPORT TO THE MEMBERSHIP AT THE REGULAR MEETINGS REGARDING THE ACTIVITIES OF OUTSIDE CHAPTERS, CURRENT MEMBERSHIP NUMBERS IF CHANGED, AND ANY DISPUTES, REQUESTS OR PROBLEMS WITH OUTSIDE CHAPTERS. THE NATIONAL SERGEANT-AT-ARMS FOLLOWS THE ROAD CAPTAINS IN SENIORITY

**EXECUTIVE BOARD MEMBERS (OTHER THAN LISTED ABOVE):** THE BOARD MEMBERS WILL CARRY OUT SUCH FUNCTIONS AND DUTIES WHAT WILL BE ASSIGNED TO THEM BY THE PRESIDENT THROUGHOUT THE YEAR.

IN THE EVENT THAT ANY POSITION BECOMES VACANT DURING THE TERM, THE NEXT OFFICER IN LINE WILL BE OFFERED THE POSITION AND MAY DECLINE. IF SO ACCEPTED, THE OFFICER WILL FULFILL THE NEW POSITION UNTIL A REPLACEMENT IS VOTED UPON AT THE NEXT REGULAR MEETING. IF DECLINED, THE EXECUTIVE BOARD WILL APPOINT A MEMBER TO FULFILL THE POSITION UNTIL A REPLACEMENT IS VOTED UPON AT THE NEXT REGULAR METTING.

## ARTICLE 6: MEMBERSHIP

MEMBERSHIP IN THE BBMC IS LIMITED TO SPORT BIKES ONLY; FULL TIME, PART TIME, OR RETIRED IN GOOD STANDING. ALL MEMBERSHIP APPLICATIONS MUST BE SUBMITTED TO THE FOUNDING CHAPTER, FOR FINAL APPROVAL, BASED ON THE RECOMMENDATION FROM THE SPONSORING CHAPTER. (*) AS OF AUGUST 2008, ASSOCIATE MEMBERSHIPS ARE NO LONGER ACCEPTED.

## ARTICLE 6.1: REQUIREMENTS FOR NEW MEMBERS

APPLICANTS FOR REGULAR MEMBERSHIP TO THE BBMC WILL BE ACCEPTED UNDER THE FOLLOWING CRITERIA: 1) APPLICANT MUST BE SPONSORED BY AT LEAST ONE MEMBER IN GOOD STANDING. 2) APPLICANT MUST APPEAR IN PERSON, WHEN REQUESTED BY THE CHAPTER, AT A MEETING OF THE CHAPTER, WITH THE SPONSOR PRESENT. 3) AN OPEN OR SECRET BALLOT WILL BE HELD, IN WHICH THE APPLICANT MUST RECEIVE MAJORITY VOTE OF THE MEMBERS PRESENT, AND ELIGIBLE TO VOTE.

NEW MEMBERS APPLICATIONS MUST BE SUBMITTED TO THE EXECUTIVE BOARD FOR CONSIDERATION. APPLICATIONS ACCEPTED FOR CONSIDERATION BY THE EXECUTIV BOARD, SHALL BE PRESENTED TO THE FULL MEMBERSHIP AT THE SAME REGULAR MEETING. AT THE NEXT REGULAR MEETING, THE APPLICANT AND SPONSOR WILL BE REQUIRED TO APPEAR BEFORE THE MEMBERSHIP. THE MEMBERSHIP WILL THEN VOTE TO ACCEPT OR

DENY THE APPLICANT AS A PROBATIONARY MEMBER. IF ACCEPTED AS A PROBATIONARY MEMBER, THE APPLICANT SHALL IMMEDIATELY BEGIN A SIX (6) MONTH PROBATIONARY PERIOD.

SUCCESSFUL COMPLETION OF THE PROBATIONARY PERIOD REQUIRES THAT THE PROBATIONARY MEMBER ATTEND A MINIMUM OF 3 ADDITIONAL MEETINGS AND AT LEAST 3 CHAPTER FUNCTIONS.

BY THE END OF THE PROBATIONARY PERIOD, AND PRIOR TO FINAL APPROVAL, THE NEW MEMBER MUST OWN AND RIDE A SPORT BIKE STYLE MOTORCYCLE, OF 600CC OR GREATER, AND AGREE TO WEAR THE CLUB COLORS TO ALL CLUB FUNCTIONS. EXCEPTIONS TO THIS REQUIREMENT WILL BE DECIDED ON A CASE-BY-CASE BASIS BY THE EXECUTIVE BOARD.

AT THE START OF THE PROBATIONARY PERIOD, NEW MEMBERS WILL RECEIVE A PROSPECTIVE MEMBER KIT CONSISTING OF A VEST WITH THE WORDS "PROSPECT" IN BBMC COLORS, A TRI-STATE PATCH, A COPY OF THE CHAPTER BY-LAWS, A MEMBERSHIP LIST,AND ANYTHING ELSE THAT MAY BE DEEMED NECESSARY AT THE TIME OF THEIR JOINING.

UPON COMPLETION OF THE PROBATIONARY PERIOD, MEMBERS WILL RECEIVE THE REMAINDER OF THE CLUB COLORS.

## ARTICLE 6.2: MEMBERSHIP IN GOOD STANDING

IN ORDER TO MAINTAIN MEMBERSHIP IN GOOD STANDING IN THE BAMA BOYZ MOTORCYCLE CLUB, INC., EACH MEMBER WILL BE REQUIRED TO BE CURRENT IN DUES, ATTEND A MINIMUM OF SIX CLUB MEETINGS A YEAR AND THREE CHAPTER FUNCTIONS A YEAR. MEETING REQUIREMENTS MAY BE WAIVED FOR LEGITIMATE EXCUSES (IE, WORKING, ILLNESS, ETC). MEMBERSHIP WILL CONTINUE AS LONG AS A PERSON MAINTAINS MEMBERSHIP IN GOOD STANDING AND ACTIVELY SUPPORTS THE CLUB. MEMBERSHIP WILL CEASE UPON RESIGNATION, IN WRITING, OR DISMISSAL FROM THE CLUB. THEREAFTER, THE MEMBER WILL HAVE NO RIGHT, TITLE, OR INTERESTS OR CLAIMS IN ANY ASSET OR OPERATIONS OF THE CLUB, NOR ANY RIGHTS TO ANY REFUND OF ANY DUES, FEES, OR CONTRIBUTIONS THE MEMBER HAS MADE TO THE CLUB. MEMBERS NOT MAKING THE MINIMUM SHOWING FROM JAN. 1st TO DEC. 31st, WILL BE FINED $25.00. MEMBERS NOT CALLING OR NOT SHOWING FOR MANDATORY RIDES OR MEETINGS WILL BE FINED $10.00, TO BE PAID AT THE NEXT MONTHLY MEETING. ALL MEMBERS WILL BE SUPPORTIVE OF OTHER LAW DOGS MOTORCYCLE CLUB CHAPTERS ACTIVITIES AND EVENTS. FOUNDING MEMBERS, WHILE ALWAYS MAINTAING A POSITION ON THE EXECUTIVE BOARD, ARE PROHIBITED FROM VOTING ON ANY MATTERS UNLESS THEY ARE A MEMBER IN GOOD STANDING AS DESCRIBED ABOVE.

## ARTICLE 6.3: SUSPENSION AND TERMINATION

THE RESPECTIVE CHAPTER EXECUTIVE BOARDS WILL HAVE SUMMARY POWER, BY VOTE OF A MAJORITY OF ITS MEMBERS, TO SUSPEND OR TERMINATE THE MEMBERSHIP OF ANY MEMBER. THIS WOULD BE FOR CONDUCT, WHICH IN THE EXECUTIVE BOARD'S OPINION, DISTURBS THE ORDER, DIGNITY, BUSINESS, HARMONY, OR IMPAIRS THE GOOD NAME, POPULARITY OR PROSPERITY OF THE CLUB. IN ADDITION, FOR CONDUCT WHICH IN THE EXECUTIVE BOARD'S OPINION, ENDANGERS THE WELFARE, INTEREST, OR CHARACTER OF THE CLUB, AND FOR CONDUCT IN VIOLATION OF THESE BY-LAWS OF THE CLUB. THE PROCEEDINGS OF THE BOARD IN SUCH MATTERS WILL BE FINAL AND CONCLUSIVE.

**ARTICLE 6.4: REINSTATEMENT**

ANY MEMBER WHOSE MEMBERSHIP HAS BEEN SUSPENDED AND/OR TERMINATED AS PROVIDED IN ARTICLE 6.3, MAY HAVE HIS/HER MEMBERSHIP REINSTATED ON SUCH TERMS AS THE RESPECTIVE CHAPTER EXECUTIVE BOARD DEEMS APPROPRIATE. THE REINSTATEMENT WILL TAKE AFFECT ON A POSITIVE MAJORITY VOTE OF SAID BOARD. REINSTATEMENT FEES FOR A MEMBER WHO'S MEMBERSHIP HAS BEEN SUSPENDED WILL BE TEN DOLLARS ($10.00). REINSTATEMENT FEES FOR A MEMBER WHO'S MEMBERSHIP HAS BEEN TERMINATED WILL BE FIFTY DOLLARS ($50.00). ALL REINSTATMENTS MUST BE APPROVED BY THE FOUNDING CHAPTER EXECUTIVE BOARD.

**ARTICLE 7: DUES**

THE BAMA BOYZ MOTORCYCLE CLUB, INC., IS A NON-PROFIT ORGANIZATION. DUES WILL BE ESTABLISHED TO BE USED SOLELY FOR CHAPTER ADMINISTRATION, STATIONARY SUPPLIES, CLUB PURCHASES AND EVENT COSTS.

**ARTICLE 7.1: ANNUAL DUES**

ALL MEMBERS WILL PAY ANNUAL DUES. PAYMENT OF DUES WILL BE RECEIVED AT THE FIRST SCHEDULED MEETING IN NOVEMBER OF EACH YEAR, AND NO LATER THAN DECEMBER 20TH OF THAT YEAR. MEMBERS RENEWING AFTER THAT DATE WILL PAY A $20.00 SURCHARGE. DUES PAID TO THE RESPECTIVE CHAPTER BECOME THE PROPERTY OF THE CLUB. ANNUAL DUES WILL BE DETERMINED FROM YEAR TO YEAR BY THE RESPECTIVE CHAPTER EXECUTIVE BOARD.

**ARTICLE 7.2: NON-PAYMENT OF DUES**

IF A MEMBER FAILS TO PAY REQUIRED DUES, SAID MEMBER WILL BE SUSPENDED UNTIL ALL MONIES OWED TO BAMA BOYZ MOTORCYCLE CLUB, INC., ARE PAID IN FULL. IN THE EVENT THAT ALL MONIES OWED, ARE STILL NOT PAID WITH IN THIRTY (30) DAYS OF JANUARY 1st, THE MEMBERSHIP OF THE DELINQUENT MEMBER WILL BE TERMINATED. IN ADDITION, ANY DEBT TO THE CLUB, BY A MEMBER, OF GREATER THAN 60 DAYS, WILL HAVE HIS MEMBERSHIP SUSPENDED UNTIL SUCH TIME AS THE DEPT IS PAID ALONG WITH THE REINSTATEMENT FEE.

**ARTICLE 7.3: NEW MEMBERS**

AT THE TIME OF ACCEPTANCE AS A PROBATIONARY MEMBER, ANNUAL DUES MUST BE PAID IN THE AMOUNT DECIDED BY THE EXECUTIVE BOARD, FOR THAT YEAR. ANNUAL DUES WILL BE PRO-RATED BY THE TREASURER IF THE MEMBER IS ACCEPTED AFTER MARCH 31ST OF EACH YEAR. UPON SUCCESSFUL COMPLETION OF THE PROBATIONARY PERIOD, THE MEMBER IS REQUIRED TO PAY THE REMAINDER OF THE NEW MEMBER FEE, AT THE NEXT SCHEDULED MEETING OF THE CHAPTER. THE NEW MEMBER FEE IS DECIDED YEARLY BY THE EXECUTIVE BOARD BASED ON THE COST FOR PRODUCTION OF THE CHAPTER COLORS. THE AMOUNT OF THIS FEE WILL BE GIVEN TO THE NEW MEMBER AT COMMENCEMENT OF THE PROBATIONARY PERIOD. FURTHEMORE ALL ACTIVE MEMBERS MUST MAINTAIN LIABILITY INSURANCE.

**ARTICLE 8: MEETINGS**

THE BAMA BOYZ MOTORCYCLE CLUB, INC., WILL HAVE MEETINGS OF THE GENERAL MEMBERSHIP AT ANY PLACE AS MAY BE DESIGNATED BY THE RESPECTIVE CHAPTER EXECUTIVE BOARD. REGULAR MEETINGS WILL BE HELD

ONCE A MONTH. THE DAY OF THE MEETING SHALL BE DETERMINED BY EACH INDIVIDUAL CHAPTER. NOTICE OF REGULAR MEETINGS WILL BE GIVEN BY WRITTEN OR VERBAL COMMUNICATIONS.

SPECIAL MEETINGS WILL BE CALLED BY THE PRESIDENT OR BY ANY TWO (2) MEMBERS OF THE EXECUTIVE BOARD, AND HELD AT SUCH REASONABLE TIMES AND PLACES, AS MAY BE ORDERED BY THE RESPECTIVE CHAPTER EXECUTIVE BOARD. NOTICE OF SPECIAL MEETINGS WILL BE GIVEN BY WRITTEN OR VERBAL COMMUNICATIONS AS FAR IN ADVANCE AS POSSIBLE.

EXECUTIVE BOARD MEETINGS WILL BE HELD AS NECESSARY. AT A MINIMUM, THE EXECUTIVE BOARD MUST CONVENE QUARTERLY. EXECUTIVE BOARD MEETINGS WILL BE ATTENDED BY THE BOARD MEMBERS ONLY, UNLESS OTHERWISE SPECIFIED BY THE PRESIDENT. REPRESENTATIVES OF COMMITTEES FOR THE PURPOSES OF REPORTING ON SPECIFIC EVENTS, PROJECTS, OR OTHER MATTERS OF IMPORTANCE TO THE EXECUTIVE BOARD AND THE CLUB MEMBERSHIP MAY BE REQUIRED TO ATTEND.

ROBERTS RULES OF ORDER WILL GOVERN ALL MEETINGS, UNLESS INCONSISTENT WITH THESE BYLAWS OR THE ARTICLES OF INCORPORATION.

## ARTICLE 8.1: QUORUM

FIVE (5) CHAPTER MEMBERS, IN GOOD STANDING, TWO (2) OF WHOM MUST BE EXECUTIVE BOARD MEMBERS, WILL CONSTITUTE A QUORUM FOR CHAPTER MEETINGS, BUT A LESSER NUMBER MAY ADJOURN THE MEETING TO A LATER DATE OR CANCEL SAID MEETING.

## ARTICLE 9: VOTING

A MAJORITY VOTE OF THOSE PRESENT AND ELIGIBLE TO VOTE IS REQUIRED TO PASS ANY MOTION ON GENERAL CHAPTER BUSINESS AT MEETINGS.

## ARTICLE 9.1: VOTING AT GENERAL OR SPECIAL MEETINGS, AND EXECUTIVE BOARD MEETINGS

AT ANY MEETINGS WHERE VOTING TAKES PLACE, THERE MUST BE A QUORUM PRESENT, AS LISTED IN ARTICLE 8.1. ONLY MEMBERS IN GOOD STANDING OF THE CHAPTER MAY VOTE AT THE CHAPTER ELECTIONS OR ON ANY ISSUE DEALING WITH THE FOUNDING CHAPTER, OR MATTERS PERTAINING TO OTHER CHAPTERS.

## ARTICLE 9.2: ELECTIONS

AT THE SEPTEMBER MEETING, NOMINATIONS FOR ALL OFFICER POSITIONS FOR THE FOLLOWING TWO CALENDAR YEARS WILL BE ACCEPTED. NOMINATIONS WILL BE PRESENTED AT THE OCTOBER MEETING AND ANY FURTHER NOMINATIONS WILL BE TAKEN FROM THE GENERAL MEMBERSHIP. NOMINATIONS WILL BE CLOSED PRIOR TO THE CONCLUSION OF THE OCTOBER MEETING.

A LIST OF NOMINATED MEMBERS WILL BE PROVIDED TO THE GENERAL MEMBERSHIP IMMEDIATELY FOLLOWING THE OCTOBER MEETING.

VOTING FOR OFFICERS WILL BE DONE BY BALLOT, IN PERSON, AT THE NOVEMBER MEETING. MEMBERS, WHO ARE UNABLE TO ATTEND THE MEETING, MAY MAKE ARRANGEMENTS WITH THE SECRETARY TO VOTE BY ABSENTEE BALLOT, UP TO FIVE DAYS PRIOR TO THE NOVEMBER MEETING. THE SECRETARY WILL ADVISE THE MEMBERS AT THE NOVEMBER MEETING OF THOSE WHO HAVE VOTED BY ABSENTEE BALLOT, PRIOR TO THE START OF THE VOTING. ALL OFFICER POSITIONS WILL BE 24 MONTH TERMS.

FOLLOWING THE ANNOUNCEMENT OF THE RESULTS, ALL NOMINEES WILL HAVE THE RIGHT TO EXAMINE THE BALLOTS AND/OR THE COUNTING OF THE COMMITTEE, IF THEY SO WISH. BALLOTS WILL BE HELD FOR 30 DAYS. PRIOR TO THE CLOSE OF THE DECEMBER MEETING, A MOTION WILL BE ENTERTAINED TO DESTROY ALL THE BALLOTS.

## ARTICLE 10: RIDE PROTOCOL

RIDE PROTOCOL WILL APPLY TO ALL CLUB RIDES WHETHER IT IS AN ORGANIZED AND PRE-PLANNED EVENT OR AN IMPROMPTU RIDE BY CLUB MEMBERS. RIDE FORMATIONS ARE A GUIDELINE FOR ORDERLY RIDES; HOWEVER PREVAILING CONDITIONS AND RIDER SAFETY WILL ALWAYS BE THE DETERMINING FACTOR FOR RIDING POSITIONS.

## ARTICLE 10.1: RIDE FORMATION

ALL RIDES FORMATIONS WILL CONFORM TO THE FOLLOWING GUIDELINES:

A) THE STANDARD RIDE FORMATION SHALL BE TWO ABREAST UNLESS CHANGED BY THE ROAD CAPTAINS OR THE SENIOR OFFICER PRESENT DUE TO ROAD CONDITIONS OR OTHER SAFETY CONSIDERATIONS.

B) RIDES WILL BE LED BY AT LEAST ONE ROAD CAPTAIN, PREFERABLY TWO, IF AVAILABLE. THE LEAD ROAD CAPTAIN(S) WILL BE FOLLOWED BY THE OFFICERS OF THE CHAPTER. FROM LEFT TO RIGHT STARTING WITH THE CHAPTER PRESIDENT, OR HIGHEST RANKING OFFICER PRESENT. OFFICERS WILL BE FOLLOWED BY THE GENERAL MEMBERSHIP. GENERAL MEMBERSHIP WILL BE FOLLOWED BY PROBATIONARY MEMBERS. PROBATIONARY MEMBERS WILL BE FOLLOWED BY ANY CHAPTER GUESTS. AT LEAST ONE ROAD CAPTAIN WILL BE AT THE REAR OF THE RIDE FORMATION.

C) THE REAR ROAD CAPTAIN IS RESPONSIBLE FOR COORDINATING ALL LANE CHANGES AFTER THE LEAD ROAD CAPTAIN HAS SIGNALED A LANE CHANGE. (I.E. ALL RIDE MEMBERS WILL MAINTAIN THE ORDER AND FORMATION IN THE CURRENT LANE UNTIL THE REAR ROAD CAPTAIN HAS SECURED THE NEW LANE. ALL MEMBERS WILL THAN SWITCH LANES BEGINNING IN THE REAR OF THE RIDE FORMATION AND MOVE FORWARD)

D) IF A SUFFICIENT NUMBER OF ELECTED ROAD CAPTAINS ARE UNAVAILABLE OR NOT PRESENT, THE SENIOR ROAD CAPTAIN SHALL DESIGNATE ONE OR MORE ACTING ROAD CAPTAINS TO PROVIDE PROPER RIDE SAFETY.

## ARTICLE 10.2: RIDE SECURITY

ALL RIDE SECURITY FOR UNIT FUNCTIONS WILL BE HANDLED BY UNIT MEMBERS. BBMC WILL AT NO TIME PROVIDE RIDE SECURITY FOR FUNCTIONS/RIDES THAT ARE NOT SPONSORED BY THE BBMC.

## ARTICLE 11: GOOD ORDER AND DISCIPLINE

IF ANY MEMBER OF THE CHAPTER BECOMES AWARE OF ANY CONDUCT, SITUATION, OR BEHAVIOR THAT COULD BRING DISCREDIT UPON THE LDMC OR ITS MEMBERSHIP, OR DISRUPTION TO THE WELL BEING OF THE CHAPTER, IT SHALL BE IMMEDIATELY REPORTED TO THE SGT-AT-ARMS. HE SHALL NOTIFY THE CHAPTER PRESIDENT AND/OR VICE PRESIDENT OF THE REPORTED SITUATION AND COMMENCE A PRELIMINARY INVESTIGATION. IF THE SGT-AT-ARMS DETERMINES HE CANNOT MEDIATE OR RESOLVE THE SITUATION IN A TIMELY MANNER, OR THE SITUATION IS OF SUCH A SERIOUS NATURE, HE SHALL MAKE RECOMMENDATION TO THE PRESIDENT OR VICE PRESIDENT THAT SAID SITUATION WOULD REQUIRE THE APPOINTMENT OF A COMMITTEE TO INVESTIGATE.

THE PRESIDENT WILL THEREAFTER APPOINT A COMMITTEE OF THREE (3) REGULAR MEMBERS, CONSISTING OF THE VICE PRESIDENT, THE SGT-AT-ARMS AND ONE (1) OTHER REGULAR MEMBER, TO CONDUCT AN INVESTIGATION INTO THE ALLEGATIONS. IF THE MEMBER WHO IS BEING INVESTIGATED IS THE VICE PRESIDENT, THE SECRETARY WILL FILL HIS POSITION ON THE COMMITTEE.

THE INVESTIGATION WILL INCLUDE AN INTERVIEW WITH THE COMPLAINANT AND THE RESPONDENT, IF POSSIBLE. PRIOR TO THE INTERVIEW, THE RESPONDENT WILL BE ADVISED IN PERSON OR IN WRITING OF THE ALLEGATIONS/COMPLAINTS AGAINST HIM. THE VICE PRESIDENT WILL REPORT THE FINDINGS OF THE COMMITTEE TO THE PRESIDENT BY THE NEXT REGULAR MEETING.

IF THE COMPLAINT IS UNFOUNDED THE MATTER WILL BE DROPPED AND THE COMPLAINANT AND THE RESPONDENT WILL BE SO ADVISED BY THE PRESIDENT. IF THE COMPLAINT IS FOUNDED THE PRESIDENT WILL DECIDE ON A DISCIPLINARY ACTION. THE PRESIDENT WILL ADVISE THE RESPONDENT AND WILL CARRY OUT THE SAID DISCIPLINARY ACTION. NOTIFICATION TO THE RESPONDENT WILL BE DONE BY THE SERGEANT-AT-ARMS. IF THE RESPONDENT FEELS THAT THE ACTION TAKEN IS NOT JUSTIFIED, HE MAY APPEAL TO THE EXECUTIVE BOARD BY PRESENTING HIS APPEAL TO THE BOARD IN WRITING, WITHIN THIRTY (30) DAYS OF THE RECEIPT OF THE NOTICE OF SAID ACTION. THE BOARD WILL HEAR SUCH APPEAL AT THE NEXT BOARD MEETING OR, IF NECESSARY, THEY WILL CONVENE A SPECIAL MEETING. THE APPEAL WILL BE RESOLVED BY A SECRET BALLOT. THE PRESIDENT WILL ADVISE THE MEMBERS OF THE OUTCOME OF ALL INVESTIGATIONS AND/OR APPEALS AT THE FOLLOWING MEMBERSHIP MEETING.

IF RESPONDENT IS A MEMBER OF ANOTHER CHAPTER, OTHER THAN THE FOUNDING CHAPTER, THE RESPONDENT MAY APPEAL THE LOCAL CHAPTER EXECUTIVE BOARD'S DECISION TO THE FOUNDING CHAPTER'S EXECUTIVE BOARD. SUCH APPEAL MUST BE FILED WITH THE FOUNDING CHAPTER EXECUTIVE BOARD WITHIN THIRTY (30) DAYS OF THE FINAL LOCAL BOARD'S DECISION. THE PRESIDENT OF ANY CHAPTER WILL ADVISE THE FOUNDING CHAPTER IN WRITING SHOULD ANY MEMBER'S MEMBERSHIP BE SUSPENDED OR TERMINATED, PROVIDING FULL DETAILS OF THE INCIDENT AND ANY INVESTIGATION.

## ARTICLE 11.1: CODE OF CONDUCT

AT ALL TIME, MEMBERS SHALL ACT IN A MANNER SO AS NOT TO BRING DISCREDIT UPON THE CLUB OR ITS MEMBERS. MEMBERS SHALL ACT IN A MANNER THAT IS CONSISTENT WITH THE ACTIONS AND BEHAVIORS OF PROFESSIONAL LAW ENFORCEMENT OFFICERS.

## ARTICLE 11.2: OUTLAW AND ASSOCIATE CLUBS

NO MEMBER OF THE LDMC SHALL WEAR A SUPPORT SHIRT OF ANY OTHER MOTORCYCLE CLUB WHILE WEARING LAW DOGS MOTORCYCLE CLUB COLORS. NO MEMBER OF THE LDMC SHALL WEAR A SUPPORT SHIRT OF ANY OUTLAW MOTORCYCLE CLUB AT ANY TIME.

NO MEMBER OF THE LDMC WILL AT ANYTIME, VISIT OR FREQUENT ANY ESTABLISHMENT WHERE IT IS KNOWN THAT OUTLAW MOTORCYCLE CLUBS MAINTAIN A PRESENCE, OR GAIN ECONOMIC BENEFIT, OR DURING ANY OUTLAW FUNCTIONS, MEETINGS, OR BENEFITS. ANY VIOLATION OF THIS SECTION WILL BE CAUSE FOR IMMEDIATE TERMINATION FROM THE LAW DOGS MOTORCYCLE CLUB INC.



### ARTICLE 12: CLUB LOGOS

THE LAW DOGS MOTORCYCLE CLUB LOGO IS FOR THE SOLE USE OF THE PAID MEMBERS IN GOOD STANDING. IDEAS FOR, AND USE OF THE CLUB LOGO MUST HAVE UNANIMOUS APPROVAL OF THE FOUNDING CHAPTER EXECUTIVE BOARD.

### ARTICLE 12.1: CLUB COLORS (DIAGRAM ATTACHED)

CLUB COLORS WILL ONLY BE WORN ON THE BACK OF A BLACK LEATHER VEST. THE LAW DOGS MOTORCYCLE CLUB COLORS WILL CONSIST OF ONE SET OF FOUR PATCHES; A TOP ROCKER DISPLAYING LAW DOGS AT THE TOP OF THE VEST ABOVE THE SHOULDER BLADES, A CENTER PATCH DISPLAYING THE BADGE, DOG AND MOTORCYCLE WHICH WILL BE PLACED BENEATH THE TOP ROCKER AT ABOUT THE CENTER OF THE BACK, A BOTTOM ROCKER DISPLAYING THE CHAPTERS STATE WHICH WILL BE PLACED JUST BELOW THE CENTER PATCH, AND A SIDE PATCH DISPLAYING THE LETTERS MC WHICH SIGNIFY MOTORCYCLE CLUB AND WILL BE WORN JUST TO THE RIGHT AND CENTER OF THE CENTER PATCH. SEE ATTACHED DIAGRAM FOR PROPER PLACEMENT AND DISPLAY.

ALL CHAPTER IDENTIFICATION AND RANK PATCHES WILL BE SEWN ON THE LEFT BREAST OF THE VEST. THE "LAW DOGS" PATCH WILL BE SEWN AT A LOCATION EQUAL TO THE TOP OF A BREAST POCKET ON A SHIRT. IMMEDIATELY ABOVE THE "LD" PATCH WILL BE THE CHAPTER IDENTIFICATION. THE ONLY PATCHES ALLOWED ABOVE THE CHAPTER IDENTIFICATION ARE "FOUNDING MEMBER" OR "CHARTER MEMBER" PATCHES AND THE COUNCIL PATCH AS DESCRIBED BELOW. IMMEDIATELY BELOW THE "LD" PATCH WILL BE SEWN THE MEMBERS CURRENT OR PAST CHAPTER POSITIONS PATCHES FROM OLDEST TO MOST RECENT AWAY FROM THE "LD" PATCH. ALL PAST POSITION PATCHES ARE NOT REQUIRED TO BE WORN.



THE AMERICAN FLAG WILL BE SEWN ON THE RIGHT BREAST EQUAL TO THE TOP OF THE UPPERMOST PATCH ON LEFT BREAST. NO ITEMS, OTHER THAN AMERICAN FLAG PINS, WILL BE PLACED ABOVE THE AMERICAN FLAG. IMMEDIATELY BELOW THE AMERICAN FLAG WILL BE SEWN THE STANDARD BLUE LINE PATCH. THE AREA BELOW THE CHAPTER PATCHES WILL BE KEPT CLEAR FOR FUTURE CHAPTER POSITIONS, IN A STRAIGHT LINE FROM THE LOWER MOST CHAPTER PATCH.

NO OTHER PATCHES/PINS WILL BE SEWN OR PLACED EQUAL TO OR ABOVE THE BLUE LINE PATCH ON THE RIGHT OR THE "LD" PATCH ON THE LEFT. EXCEPTION—PUBLIC SAFETY COUNCIL PATCH WILL BE WORN ON THE LEFT SHOULDER ABOVE ALL CHAPTER IDENTIFICATION.

14

UPON RESIGNATION OR TERMINATION FROM THE LAW DOGS MOTORCYCLE CLUB, THE FOUR PATCHES THAT CONSTITUTE THE CLUB COLORS, AND THE "LAW DOGS" BREAST PATCH MUST BE RETURNED. IF SAID PATCHES ARE RETURNED THEN A FEE WILL BE RETURNED TO SAID MEMBER BASED ON THE PURCHASE PRICE OF THE PATCHES.

ALL MEMORIAL PATCHES FOR DECEASED MEMBERS OF THE LDMC, AS DESCRIBED BELOW, WILL BE WORN IMMEDIATELY BELOW THE BLUE LINE PATCH. MEMORIAL PATCHES WILL BE DESIGNED FOR ANY MEMBER OF THE LDMC THAT DIES WHILE RIDING A MOTORCYCLE, WITH OR WITHOUT LDMC COLORS, OR DURING THE PERFORMANCE OF HIS DUTIES AS A LAW ENFORCEMENT OFFICER. THE DECISION TO DESIGN AND/OR WEAR A MEMORIAL PATCH WILL BE HELD SOLELY BY THE FOUNDING CHAPTER EXECUTIVE BOARD.

## ARTICLE 13: FINANCIAL ISSUES

ANY MEMBER MAY DISBURSE OR COMMIT UP TO $100.00 OF CHAPTER FUNDS WITH PRIOR APPROVAL OF THE PRESIDENT. THE DISBURSEMENT OF FUNDS INVOLVED IN THE NORMAL ADMINISTRATION OF THE CHAPTER IS NOT RESTRICTED BY THIS LIMIT. THE EXECUTIVE BOARD MUST APPROVE ANY DISBURSEMENT OR COMMITTAL OF CHAPTER FUNDS UP TO $400. ANY DISBURSEMENT OR COMMITTAL OF FUNDS OVER $400.00 MUST BE APPROVED BY THE CHAPTER MEMBERSHIP.

REIMBURSEMENT REQUESTS FOR FEES PAID MUST BE MADE TO THE CHAPTER TREASURER, IN WRITING WITH RECEIPTS, NOT MORE THAN 10 DAYS FROM THE TIME THE EXPENSE WAS INCURRED.

## ARTICLE 14: LIABILITY

ANY MEMBER WHO BRINGS A GUEST ON A RIDE WILL HAVE SAID GUEST READ, SIGN AND DATE A LIABILITY RELEASE FORM. ALONG WITH THE GUESTS SIGNATURE, THE SIGNATURE OF THE MEMBER WILL ALSO BE REQUIRED.

## ARTICLE 15: AMENDMENTS

THE RESPECTIVE CHAPTER EXECUTIVE BOARD MEMBERS MAY REVIEW DEVELOPMENTS AND THE NEEDS OF THE CLUB AND MAY SEE FIT TO AMEND, REPEAL, OR ALTER IN WHOLE OR IN PART THESE BY-LAWS AT ANY TIME PROVIDED THAT THE PROPOSED AMENDMENT HAS BEEN SUBMITTED IN WRITING AT A REGULAR OR SPECIAL MEETING PRECEDING THE ONE AT WHICH THE VOTE IS TO BE TAKEN, PROVIDED THE TIME BETWEEN MEETING IS A MINIMUM OF 2 WEEKS.

EACH INDIVIDUAL CHAPTER OF THE LAW DOGS MOTORCYCLE CLUB MAY PLACE MORE STRINGENT CONDITIONS ON THEIR INDIVIDUAL CHAPTERS BY-LAWS, BUT MAY NOT SET LESS STRINGENT CONDITIONS, THAN THOSE SET FOURTH IN THESE FOUNDING CHARTER BY-LAWS.

COPIES OF ANY AMMENDMENTS MUST BE FORWARDED TO THE FOUNDING CHAPTER SECRETARY WITHIN TEN (10) DAYS OF BEING RATIFIED.

## ARTICLE 16: DISSOLUTION/DISTRIBUTION OF ASSETS

THE RESPECTIVE CHAPTER MAY BE DISSOLVED BY A VOTE OF THE RESPECTIVE CHAPTER EXECUTIVE BOARD MEMBERS. THE CHAPTER WILL THAN BE DISSOLVED AT THE NEXT REGULARLY SCHEDULED MEETING OF THE FOUNDING CHAPTER EXECUTIVE BOARD.

UPON ANY SUCH DISSOLUTION, THE FOUNDING CHAPTER EXECUTIVE BOARD SHALL, AFTER PAYING OR MAKING PROVISIONS FOR THE PAYMENT OF ALL OF THE LIABILITIES OF THE CHAPTER, DISPOSE *OF* ALL THE REMAINING ASSETS OF THE CHAPTER BY DONATING THESE ASSETS TO ORGANIZATIONS ORGANIZED AND OPERATED FOR EDUCATIONAL AND/OR CHARITABLE PURPOSES. THESE ORGANIZATIONS ARE DEFINED BY THE INTERNAL REVENUE CODE. ALL LOGOS, BANNERS, INDIVIDUAL COLORS, AND ANY OTHER ITEMS DESIGNATED BY THE FOUNDING CHAPTER SHALL BE RETURNED TO/ACCOUNTED FOR BY THE FOUNDING CHAPTER.

## ARTICLE 17: CORP DISSOLUTION/DISTRIBUTION OF ASSETS

THE NATIONAL FOUNDING CHAPTER CORPORATION MAY BE DISSOLVED BY A RESOLUTION *OF* THE FOUNDING CHAPTER EXECUTIVE BOARD MEMBERS FOR THAT PURPOSE, APPROVED BY A MAJORITY OF THE RESPECTIVE CHAPTER EXECUTIVE BOARD.

UPON ANY SUCH DISSOLUTION, THE EXECUTIVE BOARD SHALL, AFTER PAYING OR MAKING PROVISIONS FOR THE PAYMENT OF ALL OF THE LIABILITIES OF THE CORPORATION, DISPOSE OF ALL THE REMAINING ASSETS *OF* THE NATIONAL FOUNDING CHAPTER CORPORATION BY GRANTING ALL *OF* SAID REMAINING ASSETS TO ORGANIZATIONS ORGANIZED AND OPERATED FOR EDUCATIONAL AND/OR CHARITABLE PURPOSES, AS THE SAME ARE DEFINED BY THE INTERNAL REVENUE CODE

## ARTICLE 18: COMMUNICATIONS

THIS ARTICLE WILL COVER ALL FORMS OF INFORMATION CONVEYANCE. THIS INCLUDES, BUT IS NOT LIMITED TO, CHAPTER WEBSITES, EMAIL, WRITTEN CORRESPONDENCE, AND TELECOMMUNICATIONS.

## ARTICLE 18.1: WEBSITES

EACH CHAPTER MAY BUILD AND MAINTAIN A WEBSITE FOR THE PURPOSES OF INFORMATION DISSEMINATION AND GENERAL CLUB BUSINESS. THE FOUNDING CHAPTER EXECUTIVE BOARD SHALL APPROVE ALL FORMATS VIEWABLE TO THE PUBLIC. ALL GRAPHICS, LOGOS, TITLES, TRADEMARKS, AND COLLECTIVE MARKS SHALL CONFORM TO ARTICLE 12 OF THESE BY-LAWS. WEBSITES MAY HAVE A MEMBERS ONLY AREA FOR CLUB INFORMATIONAL PURPOSES. MEMBERS ONLY AREAS MUST NOT BE ACCESSIBLE TO THE PUBLIC.

EACH CHAPTER EXECUTIVE BOARD WILL APPOINT A WEBMASTER WHO WILL BE RESPONSIBLE FOR THE MAINTENANCE AND CONTENT OF THE WEBSITE. THE FOUNDING CHAPTER WEBMASTER AND EXECUTIVE BOARD WILL PERIODICALLY REVIEW EACH CHAPTERS WEBSITE AND MEMBER AREA TO ASSURE COMPLIANCE WITH THESE BY-LAWS.

ALL COSTS FOR HOSTING, AND MAINTAINING THESE WEBSITES WILL BE THE RESPONSIBILITY OF THE HOSTING CHAPTER.

NO E-COMMERCE WILL BE CONDUCTED WITHOUT AN APPROVAL OF THE FOUNDING CHAPTER EXECUTIVE BOARD. ALL E-COMMERCE REQUESTS MUST BE SUBMITTED, IN WRITING, TO THE FOUNDING CHAPTER.

GENERAL CLUB MEMBER INFORMATION, OF A PERSONAL NATURE, WILL BE MAINTAINED IN THE SECURE MEMBER'S AREA, IF THIS INFORMATION IS SO POSTED IN ELECTRONIC FORMAT.

ALL ELECTRONIC LINKS, AND BANNERS MAINTAINED ON EACH CHAPTER'S WEBSITE WILL BE APPROVED BY THE FOUNDING CHAPTER WEBMASTER PRIOR TO POSTING.

ANY CHANGES TO EACH CHAPTERS WEBSITE MUST BE IMMEDIATELY REPORTED TO THE FOUNDING CHAPTER WEBMASTER FOR REVIEW.

EACH CHAPTER SHALL SUBMIT A REPORT OF WEB ACTIVITY ANNUALLY AS SET FORTH IN THE NATIONAL BY-LAWS ARTICLE 19.7.

EACH CHAPTER IS ALLOWED TO POST PICTURES, IMAGES, GRAPHICS AND DESCRIPTIONS OF CLUB EVENTS THAT WILL PROMOTE THE GOOD NAME AND REPUTATION OF THE LDMC. ALL POSTINGS ARE SUBJECT TO REVIEW AND APPROVAL OF THE FOUNDING CHAPTER WEBMASTER AND EXECUTIVE BOARD. ALL POSTINGS SHOULD BE IN GOOD TASTE.

## ARTICLE 18.2: OTHER COMMUNICATIONS

ALL OTHER COMMUNICATIONS SHOULD BE IN A PROFESSIONAL FORMAT SO AS TO PREVENT A NEGATIVE IMPRESSION OF THE LDMC SHOULD SUCH COMMUNICATION BE OBTAINED BY THE PUBLIC.

## ARTICLE 19: NATIONAL PROTOCOL

THIS ARTICLE IS ESTABLISHED TO PROVIDE GUIDELINES AND PROCEDURES TO FACILITATE NATIONAL UNIFORMITY AND ADDRESS ISSUES NOT PREVIOUSLY ADDRESSED BY INDIVIDUAL CHAPTER BY-LAWS.

## ARTICLE 19.1: NATIONAL MEETINGS

A NATIONAL MEETING OF ALL LAW DOGS CHAPTERS WILL BE HELD ANNUALLY. THE FIRST ANNUAL MEETING WILL BE HELD BY THE FOUNDING CHAPTER IN THE YEAR OF 2005. EACH YEAR, THERE AFTER, THE NATIONAL MEETING SHALL BE HOSTED BY A CHAPTER BASED ON SENIORITY DETERMINED BY THEIR DATE OF ESTABLISHMENT.

THE NATIONAL MEETING SHALL BE USED FOR NOT ONLY FOR BUSINESS PURPOSES, BUT ALSO AS A GENERAL SOCIAL EVENT FOR ALL CLUB MEMBERS AND FAMILIES. IT SHOULD BE A MINIMUM OF ONE DAY IN LENGTH, PREFERABLY AN OVERNIGHT EVENT.

ALL GENERAL PREPARATIONS WILL BE THE RESPONSIBILITY OF THE HOSTING CHAPTER TO INCLUDE LOCATIONS, FOOD, ENTERTAINMENT, ETC. ALL COSTS INCURRED FOR THE EVENT WILL BE DISTRIBUTED AMONG THE MEMBERS ATTENDING.

THE NATIONAL MEETING WILL BE PRESIDED OVER BY THE FOUNDING CHAPTER PRESIDENT. IF THE FOUNDING CHAPTER PRESIDENT IS UNAVAILABLE, THE NEXT SENIOR MEMBER OF THE FOUNDING CHAPTER WILL PRESIDE. MINUTES WILL BE KEPT BY THE FOUNDING CHAPTER SECRETARY, OR IN HIS ABSENCE, THE HOSTING CHAPTER SECRETARY. MINUTES WILL BE PROVIDED TO ALL CHAPTERS WITHIN 2 WEEKS OF THE NATIONAL MEETING.

## ARTICLE 19.2: SENIORITY

CHAPTER SENIORITY WILL BE SOLELY BASED ON THE DATE OF ESTABLISHMENT. SHOULD TWO CHAPTERS HAVE THE SAME DATE OF ESTABLISHMENT; SENIORITY WILL BE BASED ON ALPHABETICAL ORDER.

IN MATTERS PERTAINING TO THE GENERAL WELFARE OF THE LDMC, THE SENIOR MOST OFFICER PRESENT, REGARDLESS OF CHAPTER AFFILIATION, BASED ON CHAPTER SENIORITY, WILL BE RESPONSIBLE FOR DECIDING A COURSE OF ACTION. NO MEMBER IS REQUIRED TO FOLLOW A DECISION THAT IS ILLEGAL, IMPROPER, OR OBVIOUSLY CONTRARY TO THE LDMC BY-LAWS.

## ARTICLE 19.3: MULTI CHAPTER RIDE FORMATION (DIAGRAM ATTACHED)

ALL ROAD CAPTAINS INVOLVED IN A MULTI CHAPTER RIDE WILL COORDINATE UNDER THE HOSTING CHAPTER SENIOR ROAD CAPTAIN(S). ROAD CAPTAINS WILL RIDE IN ACCORDANCE WITH ARTICLE 10.1 AS CONTROLLED BY THE HOSTING CHAPTER SENIOR ROAD CAPTAIN.

IN A TWO CHAPTER RIDE, STANDARD FORMATION SHALL BE TWO ABREAST. FORMATIONS CAN BE ALTERED BY THE ROAD CAPTAINS OR THE PRESIDENT OF THE HOST CHAPTER. THE PRESIDENT OF EACH CHAPTER SHALL LEAD THE RIDE, SIDE BY SIDE. THE PRESIDENTS SHALL BE FOLLOWED IN FORMATION BY THE NEXT SENIOR OFFICERS OF EACH CHAPTER. WHEN OFFICERS ARE PAIRED, THE HOSTING CHAPTER HAS THE LEFT RODE POSITION. THE OFFICERS WILL THEN BE FOLLOWED BY THE GENERAL MEMBERSHIP WITH ALL PROBATIONARY MEMBERS RIDING IN THE REAR. IF AT ALL POSSIBLE, COLORS FROM BOTH CHAPTERS SHOULD BE CLEARLY SEEN FROM THE REAR.

IN A RIDE OF THREE OR MORE CHAPTERS, THE FOUNDING CHAPTER, IF PRESENT, WILL RIDE BESIDE THE HOSTING CHAPTER AS DESCRIBED IN ARTICLE 19.3. THE PRESIDENT, OR SENIOR MOST MEMBER OF THE FOUNDING CHAPTER, AND THE HOSTING CHAPTER, WILL LEAD THE RIDE. THEY WILL BE FOLLOWED BY THE PRESIDENT, OR SENIOR MOST OFFICER OF ALL OTHER CHAPTERS ATTENDING THE RIDE. THE PRESIDENTS WILL BE FOLLOWED BY THE FOUNDING CHAPTER AND HOSTING CHAPTER OFFICERS, RIDING 2 ABREAST, FROM MOST SENIOR TO LEAST SENIOR. THE GENERAL MEMBERSHIP OF THE FOUNDING AND HOSTING CHAPTERS WILL FOLLOW BEHIND THEIR OFFICERS IN SINGLE FILE. OTHER CHAPTERS WILL FOLLOW, BASED ON CHAPTER SENIORITY, LED BY THE NEXT MOST SENIOR OFFICER OF THE CHAPTER, IN FORMATION AS DESCRIBED IN ARTICLE 10.1. IF THE FOUNDING CHAPTER IS NOT PRESENT, THE MOST SENIOR CHAPTER WILL RIDE BESIDE THE HOSTING CHAPTER. IF LESS THAN 10 MEMBERS OF THE FOUNDING CHAPTER ARE PRESENT, FOUNDING CHAPTER OFFICERS WILL RIDE DIRECTLY BEHIND CHAPTER PRESIDENTS AND GENERAL MEMBERS WILL RIDE WITH GENERAL MEMBERS OF THE HOSTING CHAPTER.

RIDE FORMATIONS WITH NON-LDMC CHAPTERS MAY BE IN ACCORDANCE WITH THIS ARTICLE OR MAY BE ADAPTED BY THE SENIOR OFFICERS INVOLVED. TO ALL EXTENT POSSIBLE, THE PREVIOUS ARTICLES SHOULD BE APPLIED.

## RIDE FORMATIONS

### LEGEND

| | | |
|---|---|---|
| P=PRES | V=V.PRES | HOST CHAPTER (HC) |
| S=SEC | T=TREAS | FOUNDING CHAPTER (FC) |
| A=SGT-AT-ARMS | R=ROAD CAPTAINS | OTHER CHAPTER (OC) |
| F=FOUNDERS | C=CHARTER MEMBERS | |
| M=MEMBERS | B=PROBATIONARY MEMBERS | |

| SINGLE CHAPTER | | TWO CHAPTERS | | MULTI-CHAPTER | |
|---|---|---|---|---|---|
| R | R | R | R | R | R |
| P | V | P | P | P | P |
| S | T | V | V | P | P |
| A | F | S | S | V | V |
| F | C | T | T | S | S |
| M | M | A | A | T | T |
| M | M | C | F | A | A |
| B | B | M | C | C | F |
| R | | M | M | M | C |
| | | B | B | M | M |
| | | R | R | M | M |
| | | (HC) | (FC/OC) | B | B |
| | | | | (HC) | (FC) |
| | | | | V | S |
| | | | | T | A |
| | | | | C | C |
| | | | | M | M |
| | | | | M | M |
| | | | | B | B |
| | | | | (OC): BY CLUB SENIORITY | |
| | | | | R | R |

NOTES: (AS PER ARTICLE 19.3)

1. IN A TWO CHAPTER RIDE, HOSTING CHAPTER HAS LEFT ROAD POSITION.

2. IN A MULTI CHAPTER RIDE, ALL PRESIDENTS WILL RIDE AT THE FRONT OF THE FORMATION BEHIND THE FOUNDING CHAPTER PRESIDENT AND HOSTING CHAPTER PRESIDENT. HOSTING CHAPTER WILL HAVE LEFT ROAD POSITION, FOUNDING CHAPTER HAS RIGHT ROAD POSITION. ALL OTHER CHAPTERS WILL ASSEMBLE, BY CHAPTER SENIORITY, LED BY THE V. PRESIDENT.

### ARTICLE 19.4—COLLECTIVE MARKS

THIS ARTICLE ESTABLISHES PROCEDURES, RIGHTS, AND RESPONSIBILITIES PERTAINING TO THE ACQUISITION, AND USE OF COLORS, LOGOS, BANNERS, AND ANY OTHER DISTINGUISHING MARKS.

ALL CHAPTER BANNERS, INDIVIDUAL COLORS, AND BREAST PATCHES, MUST BE OBTAINED SOLELY THROUGH THE FOUNDING CHAPTER. NO CHAPTER OR INDIVIDUAL MAY ALTER THE COLORS, BANNERS, OR IDENTIFYING MARK WITHOUT PRIOR EXPLICIT WRITTEN APPROVAL FROM THE FOUNDING CHAPTER EXECUTIVE BOARD.

ANY VARIATION TO THE STANDARD LOGO SHALL BE SUBMITTED TO THE FOUNDING CHAPTER EXECUTIVE BOARD FOR CONSIDERATION AND APPROVAL PRIOR TO PRODUCING ANY ITEMS.

### ARTICLE 19.5—DUES

ALL CHAPTERS ARE TO PAY YEARLY DUES TO THE FOUNDHING CHAPTER EQUAL TO THE CHAPTER'S MEMBERSHIP MULTIPLIED BY A FEE SET BY THE FOUNDING CHAPTER EXECUTIVE BOARD. AS OF JAN 1ST, 2005, THIS FEE IS SET AT TEN DOLLARS ($10) PER MEMBER. THIS SHALL BE FIGURED BY THE CHAPTER MEMBERSHIP REPORTED TO THE FOUNDING CHAPTER SECRETARY ON DECEMBER 1ST OF EACH YEAR. THE DUES WILL BE PAID TO THE FOUNDING CHAPTER NO LATER THAN THE 31ST OF JANUARY.

### ARTICLE 19.6—LIABILITY

THE FOUNDING CHAPTER, NOR ANY OTHER CHAPTER, IS RESPONSIBLE FOR LIABILITIES, DEBTS, OR ENCUMBRANCES, INCURRED BY ANY OTHER INDIVIDUAL CHAPTER. THE FOUNDING CHAPTER SHOULD BE HELD HARMLESS FOR THE ACTIONS OF ANY CHAPTER OR ITS MEMBERS, FOR ANY ILLEGAL OR IMPROPER ACTIONS, OR ANY ACTIONS CONTRARY TO THE LDMC BY-LAWS.

### ARTICLE 19.7—ANNUAL REPORT

EACH CHAPTER WILL PREPARE AN ANNUAL REPORT OF CHAPTER ACTIVITY. THIS REPORT WILL INCLUDE A STATEMENT OF EACH CHAPTER'S FINANCIAL SITUATION, SIGNIFICANT EVENTS, RECRUITMENT/MEMBERSHIP, AND FUND RAISING EVENTS. THIS REPORT WILL BE SUBMITTED TO THE FOUNDING CHAPTER SECRETARY ONE (1) MONTH PRIOR TO THE NATIONAL MEETING. A COPY OF EACH CHAPTERS ANNUAL REPORT WILL BE GIVEN TO ALL CHAPTER REPRESENTATIVES AT THE NATIONAL MEETING.

THE ANNUAL REPORT WILL COVER THE TIME FRAME FROM THE FIRST (1ST) DAY OF THE MONTH OF THE PREVIOUS NATIONAL MEETING, UP UNTIL THE LAST DAY FO THE MONTH, OF THE MONTH PREVIOUS TO THE UPCOMING NATIONAL MEETING.

# AMENDMENTS

| Number | Date Signed | Article Effected | Notes |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |

# BY LAWS



## BAMA BOYZ MOTORCYCLE CLUB
## INCORPORATED

By-laws Approved & Adopted
Adopted this _____ day of _____ 2012

_____
Ivan Keith Gray, Founder

_____
Rayshawn Glanton

_____
Danny Temmis

_____
Keith Snell

22

# TABLE OF CONTENTS

ARTICLE I - NAME ............................................................................ page-1-

ARTICLE II -PURPOSE ...................................................................... page-1-

ARTICLE III – BOARD........................................................................ page-1-

ARTICLE IV- ELECTIONS.................................................................. page-2-

ARTICLE V- DUTIES OF OFFICERS................................................. page-2-

ARTICLE VI-DUTIES OF APPOINTED OFFICALS......................... page-3-

ARTICLE VII- MEMBERSHIP............................................................ page-4-

ARTICLE VIII- MEMBERSHIP TERMINATION............................. page-5-

ARTICL IX- DUES............................................................................... page-5-

ARTICLE X- MEETINGS.................................................................... page-6-

ARTICLE XI- RULES OF ORDER...................................................... page-6-

ARTICLE XII- LIABILITY.................................................................. page-6-

ARTICLE XIII- DISSOLUTION.......................................................... page-6-

ARTICLE XIV- AMENDMENTS........................................................ page-6-

MEMBER'S NAME  _____

My signature above signifies that I understand and shall abide by the contents of these bylaws.  I also understand that the bylaws are the PROPERTY of BAMA BOYZ MOTORCYCLE CLUB, and I will return them upon request, or termination of my membership.

BOOK NO._____

DEFENDANT'S EXHIBIT

32

GRAY-00095

## Bama Boyz Motorcycle Club Bylaws

### ARTICLE I-NAME

1. 1-*Name*

1.1.1-The Club shall be known as the Bama Boyz Motorcycle Club, herein to be referred as Bama Boyz.

### ARTICLE II-Purpose

2.1-*Purpose*

2.1.1- Bama Boyz is an independent, non-political, non-profit organization founded in August of the year 2008.

2.1.2- Bama Boyz shall promote the safe and enjoyable motorcycle riding and fellowship among members.

2.1.3- Bama Boyz shall provide the environment and organizational structure around which its members may enjoy well-coordinated social gatherings and events without political endorsements or religious affiliations.

2.1.4- Bama Boyz reserves the right and option to encourage good riding habits, promote the interests of its members, keep members aware of motorcyclist rights and issues, sponsor events, and participate in events including those of charitable affairs.

### ARTICLE III-Board

3.1- *Executive Board*

3.1.1- The Executive Board shall consist of the President, Vice President, Treasurer, Secretary, and Board Member-At-Large.

3.1.2- The Executive Board shall govern the business and affairs of the Club.

3.1.2- The Executive Board shall have the power to make appointments of officials that will serve the Club.

3.2. *Officers*

3.2.1- The Officers shall consist of the President, Vice President, Treasurer, and Secretary.

3.3.-*Appointments*

3.3.1- Appointed officials shall consist of the Public Relations Director, Road Captain(s), and Sergeant-At-Arms, and Senior Crew Chief. Additional appointments may be made at the discretion of the Executive Board.

GRAY-00096

## ARTICLE IV - Elections

### 4.1- Officers

4.1.1 - Nominations for all officers of the Club shall be made from the floor at the time of the election. All nominations shall be made from among full members. Elections shall be by secret ballot or show of hands with a majority vote of all-FULL and ACTIVE members present at the time of the election.

4.1.2 - Proxy votes will not be allowed.

4.1.3 - Elections will be held during the regular Club meeting in the month of January with the duly elected officials taking office effective 30 days from the day of election.

4.1.4 - Any vacancy in office shall be filled by a special election held at the next regular Club meeting following the announcement of the vacancy.

### 4.2 - Appointments

4.2.1 - Appointed officials shall be made by a majority vote of the Executive Board.

### 4.3 - Term Length

4.3.1 - The tenure of office of elected officers will be for a period of one year.

4.3.2 - Appointments shall remain in affect until the Executive Board deems them not necessary, by majority vote, to place new appointments.

### 4.4 - Qualifications

4.4.1 - A nominee for officer shall have been a full member for at least three months.

4.4.2 - The Executive Board may also deem it necessary that the nominee agree to certain conditions before being subject to a vote including, but not limited to, attending Executive Board and Club meetings if applicable, and making a reasonable effort to fulfill the position's responsibilities.

## ARTICLE V - Duties of Officers

### 5. 1 - President

5.1.1 - The President presides at meetings of the Club and the Executive Board. The President has general supervision of the operation of the Club. The President cannot make decisions or contracts, which are binding on the Club without authorization by the Club requiring fifty percent vote of the members present, and one member of the Executive Board.

5.1.2 - The President shall report business of the Club to the members at regular Club meetings.

5.1.3 - The President shall call meetings as required.

5.1.4 - The President shall personally represent the Club at various events.

GRAY-00097

## 5.2 - Vice President(s)

5.2.1 - The Vice President(s) shall preside in the absence of the President and perform the President's duties.

## 5. 3 - Treasurer

5.3.1 - The Treasurer receives and disburses all funds of the Club. The Treasurer shall be responsible for paying any debts owed by the Club and shall keep an accurate record of all transactions. The Treasurer shall make regular financial reports at Club meetings, or when requested by the President or the Executive Board.

5.3.2 - The Treasurer shall collect dues from all the members, keep an active list of members, and have custody of all completed membership applications.

## 5.4 - Secretary

5.4.1 - The Secretary shall have custody of the Club bylaws and all other records not in possession by the Treasurer.

5.4.2 - The Secretary will maintain an accurate record of all Club meeting minutes.

## 5.5 – Board Member At-Large

5.5.1 - Board Member-At-Large shall attend Executive Board meetings and assist the Executive Board on all Club issues and elections.

### ARTICLE VI - Duties of Appointed Officials

## 6.1 - Sergeant-At-Arms

6. 1.1 - Sergeant-At-Arms shall bring the Club meeting to order, ensure order during all club functions, whenever present, and promote safety at all Club functions.

6.1.2 – Sergeant-At-Arms shall retrieve and reclaim outstanding Club property.

6.1.3 - Sergeant-At-Arms leads the Club in formation riding.

6.1.4 - Sergeant-At-Arms shall enforce all rules of group riding.

6.1.5 - Sergeant-At-Arms shall in whole or part be responsible for ride coordination on rides.

## 6. 3 - Public Relations Director

6.3.1 - The Public Relations Director shall provide applications for membership and devise ways and means to keep the membership at a desired level.

6.3.2 - The Public Relations Director shall provide information to current members including the Club bylaws, newsletters, event information, and other Club meeting and member correspondence.

6.3.3 - The Public Relations Director shall assist the President in Club representation at various functions and events and promote the interest of activities.

6.3.4 - The Public Relations Director shall assist the Executive Board in determination of membership approval.

GRAY-00098

7.6.4 - Members who operate a motorcycle shall maintain insurance coverage according to the laws of the State in which they reside.

7.6.5 - Members who operate, or are passengers on, a motorcycle shall abide by the laws of the state in which they are riding.

## ARTICLE VIII - Membership Termination

### 8.1- Termination

8.1.1 - The Executive Board shall have the authority by majority vote to suspend the membership of any member for any reason including, but not limited to, violation of the Club's bylaws, representation of the Club that is in conflict with the Club's bylaws, or behavior that is a danger to other members of the Club.

8.1.2 - Any member whose membership is terminated shall forfeit all dues paid.

### 8.2 - Reinstatement

8.2.1 - Any member who has had membership suspended may appeal to the Executive Board to have membership reinstated.

8.2.2 - The member will have 30 days to request reinstatement. After 30 days, membership shall be terminated. Membership into the Club, thereafter, shall be as a new member and incur all new membership requirements, approvals, and dues.

8.2.3 - The member reserves the right for current dues to remain in effect during the suspension period until the Executive Board's determination of the case.

8.2.4 - The Executive Board shall review the member's case for reinstatement at a specially held Executive Board meeting. Reinstating a member will require a majority vote of the Executive Board. Notification of reinstatement approval or rejection shall be within a reasonable amount of time from the request.

### 8. 3 - Resignation

8.3.1 - Any member resigning from the Club forfeits any remaining dues.

8.3.2 - Failure to pay dues after they become due and payable shall automatically be deemed as resignation from the Club. At its discretion, the Executive Board may grant an extension of a due date only upon extreme extenuating circumstances.

## ARTICLE IX - Dues

### 9.1- Dues

9.1.1 - Payment of dues for the initial member shall be required upon confirmation of Full Member status. Whenever possible it will be arranged for the prospective member to join at the beginning of the calendar month. If the prospective member is rejected, payment shall be returned to the applicant.

9.1.2 - Existing member dues shall be payable before the end of January of the renewing year.

9.1.4 –THE amount of dues payable shall be determined by a majority vote of the Executive Board.

## ARTICLE X - Meetings

10.1-Culb Meetings
10.1.1- Regular meetings shall be held when necessary as determined by the Executive Board, but not less than quarterly during the months of January, April, July, and October.
10.2 – Executive Board Meetings
10.2.1 – The Executive Board shall meet whenever it is necessary, to be designated by the President. The President may call special meetings of the Club or Executive Board. A majority of the Executive Board shall be necessary and sufficient to constitute a quorum for the transaction of business.
10.2.2 – Proxy votes shall be allowed for absent Executive Board members on the voting of Club issues.

## ARTICLE XI – Rules of Order

11.1 - Guidelines
11.1.1 –The general procedure of meetings of the BAMA BOYZ Motorcycle Club shall be in harmony with the guidelines set forth in Robert's Rules of Order(Zimmerman) so long as there are no conflicts with these bylaws.

## ARTICLE XII- Liability

12.1-Liability
12.1.1-Member acknowledges the fact that operating a motorcycle in any situation is dangerous to life and limb and property, and agrees to hold harmless BAMA BOYZ Motorcycle Club all BAMA BOYZ Motorcycle Club officers past and present all BAMA BOYZ Motorcycle Club members past and present, and all BAMA BOYZ Motorcycle Club sponsors past and present, from any liability for loss of life or harm or injury to body or the damage or loss of personal property. Member acknowledges full responsibility for his or her guests, including any actions, events and consequences arising from such person's participation in Club events and that of their own.

## ARTICLE XIII- Dissolution

13.1-Dissolution
13.1.1- In the event of dissolution of the Club, all indebtedness will be paid from the existing funds with any remaining funds being donated to a Club designated charity.

## ARTICLE XIV-Amendments

14.1-Amendment
14.1.1-Any amendment proposals must be submitted in writing to the Executive Board one week prior to an Executive Board meeting. Upon consent the Executive Board shall present the amendment proposal to the Club for consideration at least one  week prior to a Club meeting at which time a majority vote of the members present is required to approve and make an amendment to the bylaws.

GRAY-00100

DEFENDANT'S EXHIBIT

33



WEATHER

Sunny
High, 79°
Low, 52°
Details, Page 2-A

**SPORTS**
FAREWELL
Hockey's greatest
player ever plays his
final game/1-B



**STYLE**
A BETTER WAY
Help is available for
families living in
poverty/6-A

**LOCAL**
COKE IS IT
Ozark man dedicates
room to Coca-cola
memorabilia/3-A

# THE DOTHAN EAGLE

THE DAILY NEWSPAPER OF THE WIREGRASS

APRIL 19, 1999

50 CENTS

# 300 rally to support chief

By Kelli S. Howett
Eagle Staff Writer

About 300 supporters offered Dothan Police Chief John White a tearful hero's welcome Sunday at his first public appearance since accusing some city officials of forcing his resignation because of their ties to one of the largest gambling stings in state history.

White's first standing ovation, which lasted more than a minute, erupted before he planted both feet inside the doors of the police station courtroom for a news conference.

Decked in his dress blues, White led a parade of about 100 uniformed officers, who lined up solemnly behind the chief who is fighting to keep his job.

"I'm glad I made the decision, I'm glad it's over," White began, eliciting more applause from the crowd that included former and current employees, colleagues, their families, residents and a few curiosity seekers.

In an exclusive interview with The Dothan Eagle, White accused Mayor Chester Sowell and Commissioner Tim Smith of forcing him out. His said their family and friendship ties to the gambling ring sparked a personal vendetta for his job.

Sowell and Smith deny White's allegations. Sowell said most of the commissioners were displeased with the chief's overall job performance, stemming from other issues.

No elected officials were present at the meeting, where White released copies of secret tapes where Smith asked White to ignore "victimless crimes" like gambling, pornography, marijuana and prostitution. Smith said police focus should be on violent and property crimes.

White read a four-page news release recounting the Bunt's restaurant gambling investigation, which led to 13 indictments and the seizure of more than $700,900.

White mentioned no elected officials during Sunday's news conference. They are scheduled to meet at 7 a.m. this morning in the Dothan City Commission chambers to discuss White's fate in a private executive session.

Police officers and other supporters are expected to pack Tuesday's Dothan City Commission meeting to

## Scandal talks begin today

By Kelli S. Howett
Eagle Staff Writer

The fate of ousted Police Chief John White rests in the hands of Dothan city commissioners, who will gather this morning to consider options ranging from firing him to letting him stay on the job.

White faces allegations of mishandling several cases and failing to correct public relations and image problems with the minority areas of the city.

Commissioners say residents are flooding them with calls about the issue, including a commissioner's request for White to look away from nonviolent crimes.

"Overwhelmingly, people are in favor of keeping John White," said District 6 Commissioner Matt Bullard, a strong White supporter.

Commissioners also shared opinions on the secretly-recorded tapes where District 4 Commissioner Tim Smith asks White to take police emphasis off "victimless crimes" such as gambling, prostitution, pornography and marijuana in favor of violent and property crimes.

"I think he made a terrible mistake to get involved in police matters," Bullard said.

"From what I've read, I totally disagree with Tim's philosophy."

Bullard called the issue one of the most controversial issues of his 14 years in city government.

In an exclusive interview with The Dothan Eagle, District 3's Don Clements announced he will follow the city manager's recommendation in White's case.

Clements reportedly wanted to remove White earlier this year.

If City Manager Jerry Gwaltney changes his recommendation, Clements could provide a pivotal vote in keeping White.

Please see Talks, 7-A



JAY HARRISON/EAGLE
**Above:** Dothan Police Chief John White wipes a tear from his eye during an emotional press conference Sunday. **Right:** Approximately 100 police officers showed their support for Chief White.



show support for White, a career Dothan cop.

The chief's plight is gaining widespread public interest. Sunday's meeting attracted media from as far away as Panama City, Fla., and calls from media in Montgomery.

"I advised the city manager (Jerry Gwaltney) that the investigation and eventual prosecution would impact a large number of people in one way or another, some of which in positions of authority in the community," White said in the statement. "I further explained my concern for my

Please see White, 7-A

## Dothan police officers turn out for their chief

By Kelli S. Howett
Eagle Staff Writer

Law enforcement officers, past and present, packed Dothan Police Chief John White's news conference, vowing support for their leader forced to resign amidst questions of his job performance.

More than 100 of the 155 sworn police officers showed up to stand beside White, a cop's cop who worked from patrol officer to chief in the town where he grew up.

"I feel like the chief has been done wrong," said Sgt. Les Stover. "I feel like he deserves our support and I don't feel he's getting the support he deserves."

Some commissioners have cited problems with his handling of a serial rape case, public relations and minority community concerns among White's shortfalls.

Some residents have echoed those concerns to The Dothan Eagle and through a series of city public forums.

"I would rather him leave so we can have a better

chief to do a better job," said resident JoAnne Mathis. She lists unsolved minority murders, allegations of police brutality and unnecessarily intensive patrols in minority communities as problems tracing back to White.

Most officers within the department seem to disagree.

"He has done nothing but help this department," said Sgt. Andy Hughes. "We support Chief White."

Please see Cops, 7-A

## Inside

Ann Landers ............ 10-A
Local ....................... 3-A
Classifieds ......... 6-12-B
Comics ................... 11-A
Deaths .................... 9-A
Movies .................... 5-A
Opinion ................... 4-A
People ..................... 2-A
Sports .................... 1-5-B
Style ...................... 6-A



This newspaper is printed on recycled newsprint

2 Sections, 24 Pages
Volume 92, Number 174



Baseball
Alabama beats LSU
Sports, Page 1-B

## Tim Smith known for controversial views

By Kelli S. Howett
Eagle Staff Writer

Dothan District 4 Commissioner Tim Smith got his first taste of politics as a chief campaign worker for his boyhood friend Chester Sowell, who is now mayor of Dothan.

Sowell held the District 4 post until his mayoral win in 1997. The upset victory against political powerhouse Alfred Saliba served as a calling card for the voice of the "common

man."

During Sowell's commission term, Smith became an appointed member of the Dothan Planning Commission, where Smith served six years. The two Dothan High School alums were taking on new roles in shaping city government.

While Sowell continued with his computer business, Smith has and continues to operate his own businesses, South Oates Mini Storage and South Oates Car Wash.



Tim Smith

Smith has earned a reputation for being outspoken and steadfast in his ideas some might say to the point of being stubborn.

Those who know him have heard his position for legalizing marijuana for medicinal use

(his father died of cancer), legalizing prostitution for coaxing adults, and the desire to minimize law enforcement efforts on other nonviolent crimes like video pornography, gambling and bribery.

In his taped phone call to Police Chief John White, Smith says he would like to see most of the police efforts concentrated on violent or dangerous crimes like burglar-

Please see Smith, 7-A

## White

continued from 1-A

own position.''

White said Gwaltney told him to do his job.

The chief then offered a time line linking The Dothan Eagle gambling headlines to meetings about crumbling commission support. He cited Feb. 3, 1999 as the day of one meeting, which coincided with the headline "Jury probing alleged gambling ring."

Gwaltney asked White to resign in early March. Neither Gwaltney or commissioners have confirmed gambling as the reason for the retirement request, which Gwaltney initially said was "completely voluntary."

Gwaltney has since confirmed he asked for the resignation but maintains commissioners did not pressure him.

White said he planned to go quietly to protect his family and friends from scandal. When Smith cast what he called a protest vote against a routine police spending request, White said it became "personal."

Smith voted against a request to spend $7,000 seized from drug dealers on police shotguns and cell phones. Smith said he wants to see a federal law changed to allow the money to be spent on prevention and rehabilitation.

Audience members delivered another ovation when White said he had withdrawn his resignation.

"In closing, I would like to ask the same question that I posed to Commissioner Tim Smith," White said. "Would you like to go home and go to bed at night knowing that your police chief would tip someone off about a pending investigation, or keep his mouth shut?' Any answer other than the obvious insults my



integrity. If you can't trust your police chief, who can you trust?"

White teared up by the end of the speech. Several officers also discreetly wiped tears during his comments.

"I think it is absolutely sickening," said Sgt. Andy Hughes. "I think it's a matter of public corruption."

White asked for the support of both the community and public officials. He was scheduled to see Gwaltney Sunday afternoon but the meeting reportedly did not occur. The reasons were unclear at press time.

Gwaltney could not be reached for comment Sunday.

After White's speech, a supporter stood and announced he will file a complaint letter with the Alabama Ethics Commission on White's behalf, asking for an investigation into his forced resignation.

"This is the darkest day I can remember in Dothan's illustrious history," said long-time former Boys and Girls Club director Charles Camp, who penned the ethics request. "We don't need this sort of despicable child's play among our elected leaders."

District 3 residents Dewey and Dale Lee expressed similar sentiments.

While neither family nor friends of White, they said they wanted to show support for the chief.

"It is ridiculous," Mr. Lee said, shaking his head.

Lee said the allegations, the tapes and the political backbiting have forced him to question the integrity of the entire city government.

"I didn't have concerns (about corruption) until now," Mr. Lee said. "This is mind-boggling and very awakening."

Mrs. Lee said her police dealings with White have proven his merits.

"John White is someone you can turn to to do right," Mrs. Lee said. "I hope we get John White back."

JAY HARE/EAGLE

A near capacity crowd turned out to support Dothan Police Chief John White at his Sunday news conference.



JAY HARE/EAGLE

Chief John White talks with supporters at his Sunday news conference.

## Smith

continued from 1-A

ry, assault and rape.

His political interests have included parks and recreation and education, while speaking out to minimize government involvement in the lives of the people.

With questions posed about Smith's ties to Sowell, Smith's commission campaign emphasized his allegiance to no one.

"I'm my own man and I don't want to run on Chester's coattails," Smith told The Eagle in a September 1998 campaign interview.

But since Smith's election, he and

Sowell have remained extremely close. Smith fills in for Sowell during his weekly radio show and makes other official appearances on Sowell's behalf. The pair remain personal friends, often riding together to public functions.

"Tim is one that has volunteered in Little League ball for a number of years at Doug Tew, and given of his monies frequently to promote youth programs throughout the city," Sowell said.

The two have also banned together on several issues, challenging other commissioners on paving project details and the job performance of Police Chief John White.

Sowell emphasized his positions are

not identical to Smith's.

"Tim is a guy who's got his own ideas about how he thinks government should be run," said Sowell, emphasizing the two have plenty of differing opinions as well.

When The Eagle ran an unflattering editorial about Smith earlier this month, it was Sowell, not Smith, who lodged several complaints.

Smith has yet to announce his candidacy for a full term as District 4 Commissioner. Two challengers, businessman Jason Rudd and retired Dothan Fire Battalion Chief Bruce McNeal, will run for the post.

Smith declined to comment to The Eagle on Sunday.

## Talks

continued from 1-A

Clements said he is "shocked" by the news of allegations and details of secret tapes.

"I don't know which one of these guys is right and which one is wrong," Clements said of White and Smith.

Bullard and Pat Thomas of District 1 say they will support White's return.

"The support I've gotten for Chief White is astounding," Thomas said. "I still

consider Chief White a friend and I'm not going to jump on him. What I'm going to do is focus on what I can focus on today, which is Chief White. I will do everything I can to help him return."

District 1 Commissioner George Williams Jr., District 2 Commissioner John Glaston and Gwaltney could not be reached for comment Sunday.

Smith and Sowell declined comment on the tapes. They are not expected to waver in their opinions to get rid of White.



entertainment

We have your ticket to the best movies in the Wiregrass, Read Arts & Entertainment every Friday in The Dothan Eagle for reviews of the latest releases and hottest tickets in town!

THE DOTHAN EAGLE
Bringing The News To The Wiregrass



We Open Doors

The Dothan Eagle's Sunday Real Estate Section ... It's the Wiregrass' number one resource for buying and selling real estate.

THE DOTHAN EAGLE

With everything life throws at you these days, who has time to clean?

$10 OFF

Save Tax. Dollars On Your First Cleaning.

New customers only. Not valid with other offers.

Serving the Enterprise, Ozark and Dothan areas.

671-8680
1-800-807-8680

merry maids



Come join

the 700 825 Happy customers who are feeling better, losing inches and losing weight on

BODYSLIM

Dr. Ken's Herb Shop
673-0881 • 1-800-773-4555

## Cops

continued from 1-A

As for race issues, they point to evidence including White's close relationship with his African-American officers of 10 years, his interest in visiting, dining or just patrolling minority areas, and improve-

ments in minority hiring.

"There are no race problems," said Keith Gray, an African-American police officer whose duties include minority recruiting. "Chief White guides us to do the right things."

A number of former colleagues who watched White

climb the ranks agree, including Thurman Carroll, a retired traffic officer of 20 years.

"I think this is ridiculous," Carroll said. "I think he's one of the best chiefs we've had in a long time."

"We've got the best technology, the best educated police force, the lowest crime

rate in 10 years. Why would you fire him?" said Lt. Jim Smith, a police department veteran.

QUALITY ORGANICALLY GROWN
FRUITS & VEGETABLES
ORDER TUESDAY PICK UP FRIDAY
CALL SHAELC'S HERBS
334-793-8297
SHAELC'S HERBS
INSIDE NORTHGATE MALL

BLINDS    prismblinds

• All types of Blinds & Shutters
• Free on-site consultation
• Most competitive prices
• Guaranteed installation

Local Distributor
673-0044
Corporate Office
1-888-359-1160
(toll free)

Order your blinds today...cover your windows tonight!



Got a home?    Get a Loan!

1st and 2nd mortgages up to 125% Rates starting at 7.25%*
*if qualified buyers

ST HERITAGE
MORTGAGE Co., Inc.

Office
(334)792-3302

Toll free



DOTHAN FOOTCARE, P.C.
Dr. Benjamin J. Werner
Surgical & Medical Management of the Foot

673-1111

Arthritis • Diabetes • Heel & Arch Pain
Painful Nails • Bunions • Hammertoes • Warts
Office Hours By Appointment
286 Westgate Pkwy • Dothan



Silver LINE
New and Replacement Windows

Commercial and Residential Doors
Residential Garage Doors

H&H
DOORS AND HARDWARE, INC.

178 S. ST. ANDREWS • DOTHAN

