# EXHIBIT

# B

Keith Gray, In Re: / Personnel                                    1

1                    CITY OF DOTHAN
2              PERSONNEL DEPARTMENT
3
4
5
6                APPEAL HEARING OF
7                IVAN KEITH GRAY
8
9
10
11             NOVEMBER 19, 2013
12     SAKADO ROOM, SECOND FLOOR, DOTHAN CIVIC
13                    CENTER
14              DOTHAN, ALABAMA
15                 9:00 a.m.
16
17
18
19
20
21
22        REPORTED BY:   PATRICIA TAYLOR, CCR
23

---

Keith Gray, In Re: / Personnel                                    2

1                A P P E A R A N C E S
2    CITY OF DOTHAN PERSONNEL BOARD MEMBERSHIP:
3        Earl Tyson                    Present
4        Barbara Spann Chairwoman      Present
5        Tim Shirley                   Present
6        Mary Davis                    Present
7        Mark Smith                    Present
8
9    FOR CITY OF DOTHAN:
10       F. LENTON WHITE, ESQ.
11       126 N. St. Andrews Street, Suite 313
12       Post Office Box 2128
13       Dothan, Alabama 36302
14       334/615.3130
15       Lwhite@dothan.org
16
17   FOR MR. GRAY:
18       EDWARDS LAW, LLC
19       BY:  SONYA C. EDWARDS, ESQ.
20       121 Edenton Street
21       Birmingham, Alabama 35242
22       205/408.0956
23       SonjaEdwardsLaw@gmail.com

---

Keith Gray, In Re: / Personnel                                    3

1                    INDEX
2                                       PAGE
3    Call to Order/Introduction          9
4    Reading of Charges                 15
5
6
7               CITY'S WITNESSES
8    Witness Ivan Keith Gray
9        Examination by Mr. White       29
10       Examination by Ms. Edwards     208
11   Witness Joseph Thompson
12       Examination by Mr. White       236
13       Examination by Ms. Edwards     265
14   Witness John Wall
15       Examination by Mr. White       266
16       Examination by Ms. Edwards     284
17       Examination by Mr. White       288
18   Witness Tim Mullis
19       Examination by Mr. White       299
20       Examination by Ms. Edwards     303
21       Examination by Mr. White       314
22       Examination by Ms. Edwards     315
23

---

Keith Gray, In Re: / Personnel                                    4

1    INDEX (CONTINUING):                 PAGE
2    Witness Gregory Benton
3        Examination by Mr. White       316
4        Examination by Ms. Edwards     344
5                    - - -
6               GRAY'S WITNESSES
7                    - - -
8    Witness Wendell Key
9        Examination by Ms. Edwards     348
10   Witness James Reading
11       Examination by Ms. Edwards     352
12   Witness Ivan Keith Gray
13       Examination by Ms. Edwards     358
14       Examination by Mr. White       368
15       Examination by Ms. Edwards     369
16       Examination by Mr. White       372
17
18   Rest by the City                   347
19   Rest by Captain Gray               379
20   Closing argument by Ms. Edwards    380
21   Closing argument by Mr. White      383
22   Adjournment                        393
23   Court Reporter Certificate         394

CITY OF DOTHAN/GRAY 000960
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
   78                                    5
```

```
1                 INDEX OF EXHIBITS
2              CITY OF DOTHAN EXHIBITS
3    NUMBER      DESCRIPTION          PAGE
4    A           Transcript    (26 pages)  117
5    1-A         Appeal Hearing Documentation20
6                              (82 pages)
7    A-2         Understanding Motorcycle  125
8                Clubs      (CD)
9    B           waff.com/story (1 page)  280
10   C           News Release   (1 page)  78
11   D           Photograph     (1 page)  75
12   E           Photograph     (1 page)  136
13   F           Photograph     (1 page)  78
14   G           Letter         (1 page)  69
15   H           National Gang Threat     238
16               Assessment 2011  (119 pages)
17   I           --
18   J           --
19   K           --
20   L           --
21   M           Court Report     (3 pages)
22
23
```

Keith Gray, In Re: / Personnel

```
   78                                    6
```

```
1    INDEX (CONTINUING):
2                 INDEX OF EXHIBITS
3              CITY OF DOTHAN EXHIBITS
4    NUMBER      DESCRIPTION          PAGE
5    N           Situational Information  244
6                Report Federal Bureau of
7                Investigation Activity
8                Alert Miami Division
9                              (2 pages)
10   O           --
11   P           --
12   Q           Gangs Infiltrating Law   256
13               Enforcement and Correctional
14               Agencies Intelligence
15               Report 15 January 2010
16                              (8 pages)
17   R           Federal Bureau of        242
18               Investigation Situational
19               Information Report Criminal
20               Activity Alert Jacksonville
21               Division       (3 pages)
22
23
```

Keith Gray, In Re: / Personnel

```
   78                                    7
```

```
1    INDEX (CONTINUING):
2                 INDEX OF EXHIBITS
3              CITY OF DOTHAN EXHIBITS
4    NUMBER      DESCRIPTION          PAGE
5    S           Dothan Police Department 318
6                Officer's Investigation
7.               Report      (2 pages)
8    T           Videos of interviews     330
9                              (CD)
10   U           Dothan Police Department 336
11               General Order 200-42H
12                              (7 pages)
13
14                    - - -
15
16               GRAY EXHIBITS
17   NUMBER      DESCRIPTION          PAGE
18   A           Transcript of Recording  125
19                              (14 pages)
20   B           History of MC Clubs      217
21                              (4 pages)
22   C           Veteran Law Enforcement  219
23               Professional  (4 pages)
```

Keith Gray, In Re: / Personnel

```
   78                                    8
```

```
1    INDEX (CONTINUING):
2                 GRAY EXHIBITS
3    NUMBER      DESCRIPTION          PAGE
4    D           Email        (2 pages)   231
5    E           Media Alert September    362
6                20, 2011     (5 pages)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

CITY OF DOTHAN/GRAY 000961
CONFIDENTIAL

78                                                                9

1   DOTHAN, ALABAMA; TUESDAY, NOVEMBER 19, 2013
2           9:04 A.M.
3             - - -
4       P R O C E E D I N G S
5             - - -
6       CHAIRMAN SPANN:  It's nine
7   o'clock.  At this time I will
8   call the City of Dothan
9   Personnel Board meeting to
10  order.
11      Today is Tuesday, November
12  19, 2013.  Board members present
13  for the hearing today are Mr.
14  Tim Shirley, Ms. Mary Davis, Mr.
15  Earl Tyson and Mr. Mark Smith,
16  and Chairman Barbara Spann.  We
17  have a quorum and this meeting
18  will proceed.
19      The purpose of this meeting
20  is to conduct a disciplinary
21  appeal hearing regarding the
22  termination of Ivan Keith Gray
23  with the City of Dothan Police

78                                                               10

1   Department.
2       At this time I would ask
3   that all persons present and
4   seated at this table, beginning
5   with those seated to my right,
6   identify yourselves for the
7   court reporter, stating your
8   name and title or purpose for
9   being present.
10      MS. EDWARDS:  I am Sonja
11  Edwards and I represent Captain
12  Ivan Keith Gray.
13      MR. TYSON:  I am Earl Tyson
14  with the City of Dothan
15  Personnel Board.
16      MR. SHIRLEY:  Tim Shirley,
17  Personnel Board.
18      CHAIRMAN SPANN:  Barbara
19  Spann, Personnel Board.
20      MS. DAVIS:  Mary Davis.
21      MR. SMITH:  Mark Smith,
22  Personnel Board.
23      MR. McKAY:  Delvick McKay,

78                                                               11

1       Personnel Director.
2       MR. WHITE:  Lenton White,
3   City Attorney.
4       CHIEF BENTON:  Greg Benton,
5   Chief of Police.
6       CHAIRMAN SPANN:  All
7   witnesses, please step forward
8   at this time.  If you are a
9   witness in this case and will be
10  called to testify, please step
11  forward and you will be sworn in
12  by the court reporter.
13      Will all witnesses please
14  step forward at this time?
15      UNIDENTIFIED MALE AUDIENCE
16  MEMBER:  Does that include
17  subpoenas?
18      MR. WHITE:  Yes.
19      CHAIRMAN SPANN:  Yes.
20      COURT REPORTER:  Would you
21  raise your right hands, please?
22      Do you and each of you
23  solemnly swear that the

78                                                               12

1   testimony you are about to give
2   in this case will be the truth,
3   the whole truth, and nothing but
4   the truth, so help you God?
5       (Witnesses each answered in
6       the affirmative.)
7       MR. McKAY:  All of the
8   witnesses who are going to
9   testify will be sequestered in
10  the back hallway.  All of you
11  that were just sworn in, if you
12  will follow me.
13  9:07 a.m.
14      (Witnesses exited the
15      hearing room, following
16      which the following
17      occurred, to-wit:)
18      CHAIRMAN SPANN:  This
19  hearing will be conducted in an
20  informal but orderly fashion.
21  Each person present is reminded
22  to conduct themselves in a
23  professional manner at all

CITY OF DOTHAN/GRAY 000962
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
 78                                    13

 1          times.
 2                Media present:  We would
 3          remind you that you are to
 4          remain as stationary and as
 5          quiet as possible so as not to
 6          disrupt the proceedings before
 7          us today.
 8                Our order of proceedings
 9          will begin with the city
10          attorney presenting the City's
11          information and evidence and
12          calling witnesses to testify.
13                After the City has presented
14          its case, legal counsel for Mr.
15          Gray will have the opportunity
16          to present information and
17          evidence and call witnesses to
18          testify.
19                This Board wants to hear all
20          the information that is relevant
21          to this matter as we cannot make
22          a decision based on anything
23          that is not presented here
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    14

 1          today.
 2                Each of you will have the
 3          opportunity to present and
 4          introduce information and
 5          evidence.  Any objection will be
 6          considered by the Board with the
 7          final ruling made by the
 8          Chairperson.
 9                It's always been the Board's
10          policy to hear everyone out.
11          However, all parties are to
12          understand that this is an
13          administrative hearing dealing
14          only with the disciplinary
15          actions resulting in the
16          termination of Mr. Gray.
17                This Board will hear
18          testimony and consider evidence
19          that pertains to that issue
20          only.  That means each attorney
21          should address only that
22          information which directly
23          relates to the charges that
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    15

 1          resulted in Mr. Gray's
 2          termination.
 3                Each Board member present is
 4          free to question any party
 5          present, including witnesses, at
 6          any time regarding the matters
 7          before us today.
 8                I ask each attorney to
 9          please speak to the Board and
10          not to each other during these
11          proceedings.
12                At this time I will ask
13          Personal Director Mr. Delvick
14          McKay to read the charges.
15                     -  -  -
16                READING OF CHARGES
17                     -  -  -
18                MR. McKAY:  You were found
19          to be in violation of Dothan
20          Police Department General Order
21          100-50, Code of Conduct, Section
22          II, Paragraph B, conduct
23          unbecoming of an Officer; and
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    16

 1          Section 38, paragraph A,
 2          Membership in Organizations;
 3          General Order 20CM2H, Mobile
 4          Data Terminals and Electronic
 5          Messaging, Section 1, paragraph
 6          6, Administrative; General Order
 7          100-50, Code of Conduct; Section
 8          33, paragraph A. Truthfulness;
 9          General Order 200-30,
10          Professional Standards, Section
11          IV, paragraph M, Investigative
12          Procedures and General Order
13          100-40 [100-41], Code of Ethics,
14          Section 1, paragraph 1, Private
15          Life.  See Exhibit A attached
16          hereto and incorporated herein.
17                You have further been found
18          in violation of City of Dothan
19          Personal Rules and Regulations,
20          Section 3-43 (19) intolerable
21          offense:  Other, to include
22          Conduct Unbecoming of an
23          Officer.
```

Freedom Court Reporting, Inc                 877-373-3660

CITY OF DOTHAN/GRAY 000963
CONFIDENTIAL

78                                                              17

1          And here is Exhibit A.
2          In the early morning hours
3     of August 25, 2013, Dothan
4     police responded to an assault
5     2nd call for assistance from 414
6     North Appletree Street in
7     Dothan, AKA the Outcast
8     Motorcycle Club clubhouse.
9     Officers found numerous club
10    members inside, all of whom had
11    extensive criminal records.
12    Several of those club members
13    were arrested on felony charges.
14         Upon your being identified
15    by several of these club
16    members, and subsequently other
17    members, of the Outcast
18    Motorcycle Club as being
19    involved in various other
20    activities, an internal police
21    investigation was begun.  This
22    investigation confirmed your
23    involvement including, but not

78                                                              18

1     limited to, your having met with
2     Otis "Big O" Ashford, State
3     President of Outcast Motorcycle
4     Club in Bessemer, Alabama
5     sometime in April of 2013.
6          This meeting was for the
7     purpose of receiving approval or
8     "blessing" of Outcast Motorcycle
9     Club for the start of a new
10    chapter of your motorcycle club,
11    Bama Boyz, in Anniston, Alabama
12    which, in fact, you did receive.
13         You also sought and received
14    the "blessing" of "Big Meat",
15    (real name unknown), president
16    of Sin City Deciples Motorcycle
17    Club in Alabama.  These two
18    clubs are listed by the U.S.
19    Justice Department as "outlaw
20    motorcycle gangs" in Alabama,
21    whose members have voluntarily
22    made a commitment to ban
23    together to abide by their

78                                                              19

1     organization's rules enforced by
2     violence and who engage in
3     activities that bring them and
4     their club into repeated and
5     serious conflict with society
6     and the law, including a pattern
7     of criminal or delinquent
8     conduct.
9          The investigation confirmed
10    that you have instructed new
11    members of your club that it is
12    attached directly to Outcast
13    Motorcycle Club, that you work
14    hand-in-hand with them and Sin
15    City Deciples Motorcycle Club,
16    and that your club follows their
17    directions and guidelines.
18         The investigation further
19    revealed your misuse of Dothan
20    Police Department equipment,
21    including non-police business-
22    related access of personal
23    information of your fellow

78                                                              20

1     officers on the City's Sungard
2     AS400 system and inappropriate
3     access and viewing of a
4     pornographic internet website on
5     your police-issued cell phone.
6          During the course of this
7     investigation, you were
8     untruthful with investigators
9     and made statements intended to
10    deceive and alter the course of
11    their investigation into your
12    conduct which made the basis of
13    these charges.
14         CHAIRMAN SPANN:  You heard
15    the charges.  At this time we
16    will proceed with Attorney Len
17    White.
18         MR. WHITE:  Thank you,
19    Madam Chairman.  The City moves
20    to introduce the record before
21    you, the case to this point.
22         (City Exhibit 1-A was marked
23    for identification.)

CITY OF DOTHAN/GRAY 000964
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                    21

 1              May it be admitted?
 2          MS. EDWARDS:  What is the
 3     exhibit?
 4          I need to object on the
 5     record.
 6          MR. WHITE:  By all means.
 7          MS. EDWARDS:  If you don't
 8     mind, Board, I'm just now having
 9     privy to this.  If I can just go
10     through it with my client to
11     make sure that he doesn't have
12     anything to object to before it
13     goes into the record.
14          I'm going to make one
15     objection to page 27 of the
16     exhibit packet only to the
17     extent that Captain Gray has
18     never seen this document.  To
19     his knowledge this was never a
20     part of his personnel file.
21          MR. WHITE:  I don't -- my
22     response to that is that's not a
23     valid ground for an objection.
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
78                                    22

 1          I mean, if there is some reason
 2     why this should not be seen by
 3     the Board or why it should not
 4     be made evidence, then the Board
 5     should consider that as a
 6     possible reason.  But just for
 7     the fact that he's never seen it
 8     before, that's not grounds.
 9          MS. EDWARDS:  I'm going to
10     keep my objection on the record
11     just for the simple fact that he
12     believes it wasn't part of his
13     personnel file.  We are not
14     objecting to the Board's
15     consideration of it.  We just
16     want to preserve our objection
17     for the record.
18          CHAIRMAN SPANN:  You did
19     indicate page 27.  Right?
20          MS. EDWARDS:  That's
21     correct.
22          We are going to make the
23     same objection to page 29.
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
78                                    23

 1          Captain Gray has never seen this
 2     document nor does he believe it
 3     to be a part of his personnel
 4     file.
 5          MR. WHITE:  The fact that it
 6     wasn't in his personnel file has
 7     nothing to do with what this is
 8     tendered for.  We're not
 9     tendering his personnel file.
10          CHAIRMAN SPANN:  Your
11     objection is noted.
12          MS. EDWARDS:  Same objection
13     for page number 39.
14          MR. WHITE:  Same response.
15     There is no grounds for the
16     objection.
17          MS. EDWARDS:  Same objection
18     for page 40.
19          Same objection for page
20     41. Same objection for page 43.
21     Same objection for page 44.  And
22     I'd also like to note that page
23     44 is incomplete.
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
78                                    24

 1          Same objection to page 47.
 2          MR. WHITE:  Same response.
 3     No grounds for the objection.
 4          MS. EDWARDS:  Same objection
 5     for pages 53 and 54.  Same
 6     objection for page 59.  Same
 7     objection for page 61.  Same
 8     objection for page 73.  Same
 9     objection for page 74.  And page
10     74 is incomplete.
11          Same objection for page 75.
12          MR. WHITE:  Is that the same
13     objection; that it's incomplete?
14          MS. EDWARDS:  No.  It's the
15     objection that he has never seen
16     this document.
17          MR. WHITE:  Same response:
18     No grounds for the objection.
19          MS. EDWARDS:  Same objection
20     for page 77 and 78.  We are
21     going to object to pages 81 and
22     82, only to the extent that it
23     has no date on it.  It purports
```

Freedom Court Reporting, Inc                 877-373-3660

CITY OF DOTHAN/GRAY 000965
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                          25

1          to be a job description for the
2     Administrative Services Bureau
3     Commander.  There have been two
4     job descriptions for this
5     position.  Being that this isn't
6     dated, we have no way of knowing
7     that it's the most recent job
8     description for this position.
9          Thank you for your patience.
10         CHAIRMAN SPANN:  Regarding
11    her objection on that in
12    particular, can you explain
13    regarding the -- does the
14    employee not have access to the
15    Guardian Tracking to know what
16    is there --
17         MR. WHITE:  I can't testify
18    but I can certainly elicit
19    testimony in response to that
20    question.  If you would have me
21    do that right out of the chute,
22    I will do it.
23         CHAIRMAN SPANN:  I need to,

Keith Gray, In Re: / Personnel

78                                                          26

1          yeah.
2          MR. WHITE:  We will do that.
3          CHAIRMAN SPANN:  Yes, I need
4     to know that.
5          MR. WHITE:  Chief, can you
6     respond to that?
7          CHIEF BENTON:  When that
8     document is posted the employee
9     has the ability to be able to
10    log on and look at the document
11    and the system will show whether
12    that individual has logged on
13    and read it or not.
14         CHAIRMAN SPANN:  Okay.
15         CHIEF BENTON:  And each
16    officer is -- that is one of
17    their duties to do is to look at
18    their Guardian Tracking.
19         CHAIRMAN SPANN:  To look at
20    their Guardian Tracking?
21         CHIEF BENTON:  Correct.
22         MS. EDWARDS:  I just have a
23    question while we're on that

Keith Gray, In Re: / Personnel

78                                                          27

1          topic.  Is that part of their
2     job description to look at the
3     Guardian Tracking?
4          CHIEF BENTON:  Is it part of
5     their -- it's not part of their
6     job description, no, but it's
7     something that they know that
8     they should do.
9          MS. EDWARDS:  How?
10         CHIEF BENTON:  They're told.
11         MS. EDWARDS:  By who?
12         CHIEF BENTON:  By the
13    command staff.  And I'm just
14    going to -- that -- he knows.
15         MS. EDWARDS:  When was he
16    made aware --
17         MR. WHITE:  Wait, wait,
18    wait, wait.  I'm going to
19    object.  I mean --
20         CHAIRMAN SPANN:  Okay.
21    Objection sustained.  We're
22    getting into testimony now and
23    we will come back during our

Keith Gray, In Re: / Personnel

78                                                          28

1          testimony on that.
2          I just needed some
3     information to make my ruling on
4     the objections that were made on
5     the pages that you indicated
6     based on him not -- Captain Gray
7     not being aware of what was in
8     his personnel file at this time.
9     So we'll --
10         MS. EDWARDS:  I will just
11    say for the record that he was
12    not aware at this time.
13         MR. WHITE:  I'm going to
14    object to her testifying.
15    That's out of line.
16         CHAIRMAN SPANN:  Len, speak
17    to me.  Okay?
18         MR. WHITE:  I am.  I am
19    objecting to her testifying.
20         CHAIRMAN SPANN:  We will
21    table those objections that she
22    has made based on that until
23    further in the record.  Thank

CITY OF DOTHAN/GRAY 000966
CONFIDENTIAL

**78**                                                                29

```
1              you.
2                   MR. WHITE:  All right.
3                   CHAIRMAN SPANN:  Proceed.
4                   MR. WHITE:  We call Keith
5         Gray.
6                        - - -
7    (Whereupon,
8                   IVAN KEITH GRAY,
9    having been previously duly sworn, was
10   examined and testifies as follows, to-wit:)
11                   EXAMINATION
12   BY MR. WHITE:
13        Q  Would you state your name for
14   the Board, please?
15        A  Ivan Keith Gray.
16        Q  And what was your previous
17   position with the City of Dothan?
18        A  My last position was Captain,
19   Dothan Police Department.
20        Q  And, generally speaking, what
21   were your duties as police captain?
22        A  At one point I was -- actually
23   at two different terms, I was over the
```

**78**                                                                30

```
1    Administrative Services Bureau.  At one
2    point for a short time I was over the
3    Patrol Officers Bureau.  Would you like the
4    specific --
5         Q  No.  That's what I was --
6         A  Yeah.
7         Q  Thank you.  And how long were
8    you employed?
9         A  For the City of Dothan?
10        Q  Yes.
11        A  Since 1985.
12        Q  Pardon me?
13        A  Since 1985.
14        Q  And are you familiar with the
15   City of Dothan personnel rules and
16   regulations?
17        A  For the most part.
18        Q  And are you familiar with
19   procedural general orders for the Dothan
20   Police Department?
21        A  Yes.
22        Q  Okay.  Can you tell the Board
23   what those are, just generally?
```

**78**                                                                31

```
1         A  They are basically a set of
2    guidelines, directives and protocols that
3    employees are to follow.
4         Q  Are they guidelines or are they
5    orders?  I mean, it's procedural general
6    orders.  Right?
7         A  Right.
8         Q  Okay.  I mean, are they just
9    suggestions or are they orders?
10        A  They are directives.
11        Q  Okay.  And have you been
12   familiar what those PGO's since you have
13   been employed?
14        A  Yes.  I helped write some of
15   them.
16        Q  And are you familiar with the
17   police officer's Code of Ethics?
18        A  I can't quote them for you but I
19   have read them.
20        Q  Do you have objection to any of
21   the rules, orders or Code of Ethics?
22        A  No.
23        Q  Do you feel like you were exempt
```

**78**                                                                32

```
1    from any of those?
2         A  No.
3         Q  During your time as a Dothan
4    police officer have you ever made criminal
5    arrests?
6         A  Yes.
7         Q  Several times?  A few times?  A
8    lot of times?
9         A  A lot of times.
10        Q  A lot of times?
11        A  Yes, sir.
12        Q  And have you ever been involved
13   in criminal investigations?
14        A  Yes.
15        Q  A few times?  A lot?  Many?
16        A  Many.
17        Q  And did those investigations
18   involve individuals?
19        A  Yes.
20        Q  Did they ever involve street
21   gangs?
22        A  Not that I can remember.
23        Q  Do you know what a street gang
```

CITY OF DOTHAN/GRAY 000967
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                    33

1   is?
2        A  It depends on whose terminology
3   or whose definition it is.
4        Q  Under any definition that you
5   choose.
6              MS. EDWARDS:  Object.  Calls
7         for speculation.
8              CHAIRMAN SPANN:  Sustained.
9   BY MR. WHITE:
10       Q  Are there such a thing as street
11  gangs?
12       A  Yes.  There are in the United
13  States, yes.
14       Q  Okay.  Have you ever had street
15  gang activity in Alabama?
16       A  Have I had street gang activity?
17       Q  Has Alabama had street gang
18  activity?
19       A  I would assume.  I can't answer
20  for the state of Alabama.
21       Q  Well, have you ever worked with
22  the FBI?
23       A  Yes.
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
78                                    34

1        Q  And have you ever worked with
2   the -- and who is that?
3        A  Who is what?
4        Q  The FBI.  What does that stand
5   for?
6        A  Federal Bureau of Investigation.
7        Q  That's a federal law enforcement
8   agency.  Is that correct?
9        A  That's correct.
10       Q  Have you ever worked with the
11  Alabama Bureau of Investigation?
12       A  Yes.
13       Q  Have you ever worked with the
14  Alcohol, Tobacco and Firearms agency of the
15  federal government?
16       A  Yes.
17       Q  And are you familiar with the
18  fusion center?
19       A  Yes, sir.
20       Q  Tell the Board, please, what the
21  fusion center is.
22       A  The fusion center is a -- I
23  guess a federal database whereby you can
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
78                                    35

1   obtain information on individuals regarding
2   any criminal activity they've been involved
3   in.
4        Q  Does that include street gangs?
5        A  I would assume so.  I don't know
6   a hundred percent for sure.
7              MS. EDWARDS:  I'm going to
8         object to it being that it calls
9         for speculation.
10             MR. WHITE:  I mean, he can
11        answer if he knows or not.
12             COURT REPORTER:  I didn't
13        hear.
14             MS. EDWARDS:  I'm going to
15        object to the extent that his
16        question calls for speculation.
17  BY MR. WHITE:
18       Q  I mean, do you know whether the
19  fusion center or the FBI or the ATF or the
20  ABI investigate street gangs?
21       A  I'm sure someone in --
22             MS. EDWARDS:  Same
23        objection.
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
78                                    36

1              CHAIRMAN SPANN:  Objection
2         overruled.  Please provide us
3         with your answer.
4        A  I'm sure that someone does.  But
5   you named various agencies and I haven't
6   done any in-depth looking into each and
7   every one of those agencies that you just
8   named to say that I know that each one of
9   them does that.
10  BY MR. WHITE:
11       Q  Okay.  Now, you say that you
12  have worked with some of them before,
13  haven't you?
14       A  That's correct.
15       Q  And is it not true that all of
16  these agencies put out bulletins, alerts --
17       A  That is --
18       Q  -- on criminal activity, don't
19  they?
20       A  Yes.
21       Q  And those are for you, aren't
22  they?
23       A  For me?
```

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 000968
CONFIDENTIAL

78                                                    37

1          Q   Yes.   Your law enforcement -- or
2   you were law enforcement.
3          A   They're for law enforcement.
4          Q   But they're not for you?   Are
5   you telling me that when the FBI puts out a
6   bulletin on a threat constituted by a
7   criminal motorcycle gang, that that's of no
8   interest to you?
9          A   You didn't just say that sitting
10  down.
11         Q   I'm asking you that now.
12         A   Would you repeat the question?
13         Q   When the FBI, the ATF, the ABI,
14  the National Gang Threat Assessment Agency,
15  when these people put out bulletins or
16  alerts on the criminal activity of criminal
17  motorcycle gangs, that doesn't concern you
18  as a captain in the Dothan police force?
19             MS. EDWARDS:   Object to the
20         form of the question.
21             MR. TYSON:   Would that
22         information -- how would that
23         information became available to

78                                                    38

1          him if he don't call it up?
2              MR. WHITE:   I'm asking if
3          whether or not it is of
4          interest.
5              MR. TYSON:   And I asked, how
6          does he get that information if
7          he don't call it up?
8              MR. WHITE:   Well, bear with
9          me.
10  BY MR. WHITE:
11         Q   Is it of interest to you?
12         A   Yes, it is in a certain extent.
13  Because if I'm in the patrol service bureau
14  and my guys are working on the ground and
15  there is some type of need or activity,
16  yes.   If I'm working in the administrative
17  service bureau and my primary job is the
18  commander or the bureau, commander over the
19  jail or the communications center, those
20  things don't come to my desk for me to
21  study or go over because of the position
22  I'm in for the management that I have.
23             My level as a captain, I don't

78                                                    39

1   go through and read every bulletin that
2   you're trying to allege that I read for my
3   own knowledge.
4          Q   I'm just asking you, number one,
5   do these agencies put out threat
6   assessments or alerts or bulletins on
7   criminal activity for the benefit of law
8   enforcement?
9              MS. EDWARDS:   Objection.
10         Asked and answered.
11             CHAIRMAN SPANN:   Objection
12         sustained.   Please, go forward.
13  BY MR. WHITE:
14         Q   Have you ever seen them?
15         A   I'm sure I have seen bulletins
16  throughout my twenty-eight years.
17         Q   You said they don't come to you.
18  Is that right?
19         A   I don't get every bulletin from
20  every agency that you just named on my desk
21  on a routine basis.
22         Q   Okay.
23         A   Nine times out of ten they go

78                                                    40

1   down to the patrol service bureau and they
2   go into investigations and they do go
3   throughout the department.   But I do not
4   get an assessment on everything as a
5   bulletin everyday.   Something may come
6   through my email.   Something may come
7   through one of those agencies that you
8   mentioned.   But in my job as a police
9   bureau commander, I don't read every piece
10  of literature that comes across my desk.
11             I can't tell you that I get all
12  of that stuff that comes across my desk.
13  If it's on a database, it's on a database.
14  If I click on the database and I'm looking
15  into it, I may read it.   If I don't and it
16  doesn't particularly pertain to what my job
17  is and what I'm doing, no, I don't.
18         Q   Okay.   So, if you're working in
19  an administrative capacity and you see a
20  threat assessment for a street gang, that
21  doesn't interest you?
22             MS. EDWARDS:   Objection.
23         Asked and answered.

CITY OF DOTHAN/GRAY 000969
CONFIDENTIAL

78                                          41

1              CHAIRMAN SPANN:  Overruled.
2          Proceed with your answer.
3          A  If that literature comes in my
4     office and I stop to read it, I would read
5     it.  If there is some type of specific
6     threat that is in our area that's dealing
7     with us or a "be on the lookout" or
8     something like that, if it comes through
9     me, and depending on which bureau I'm in,
10    it funnels down.
11             Everything doesn't come through
12    me as you're insinuating.  I don't get
13    every piece of literature from every
14    agency.
15             I do get things from those
16    agencies.  But in my course of my work and
17    if I'm available and I have time to read
18    it, I read it.  Those things funnel down to
19    all other officers as well.  So they don't
20    stop at me and then stop funneling down.
21    BY MR. WHITE:
22         Q  What are the purposes of those
23    reports?

78                                          42

1          A  They are to keep law enforcement
2     updated on different activity.
3          Q  Terrorism?
4          A  Yes.
5          Q  Violent crimes?
6          A  Yes.
7          Q  Drug activity?
8          A  Yes.
9          Q  Missing persons?
10         A  Yes.
11         Q  Most wanted?
12         A  Yes.
13         Q  I mean, aren't those things that
14    law enforcement need to know?
15         A  Yes, it is.
16         Q  They're online, aren't they?
17         A  Yes.
18         Q  I know it doesn't have to come
19    to you, the FBI doesn't walk in your office
20    and bring it to you and hand it to you, do
21    they?  Anybody?
22         A  No.
23         Q  But it's available online if you

78                                          43

1     wanted to see it, if you were interested.
2     Right?
3          A  It's online and comes various
4     ways, yes.
5          Q  Are there any problems with
6     motorcycle gangs to your knowledge?
7              MS. EDWARDS:  I'm going to
8          object to that being vague with
9          regard to problems.
10             CHAIRMAN SPANN:  Overruled.
11         Rephrase your question.
12    BY MR. WHITE:
13         Q  Have you ever known law
14    enforcement or the people of the United
15    States of America ever experiencing
16    problems with motorcycle gangs?
17             MS. EDWARDS:  Same
18         objection.
19             CHAIRMAN SPANN:  Objection
20         overruled.
21         A  Yes.
22    BY MR. WHITE:
23         Q  Violence?

78                                          44

1          A  Yes.
2          Q  Vandalism?
3          A  I would have to make an
4     assumption.
5          Q  Extorsion?
6          A  Still making assumptions.  I'm
7     sure some of this comes up under that but I
8     don't have a specific --
9          Q  You have no knowledge?  You have
10    no information?  You've never heard that
11    outlaw motorcycle gangs have used
12    extortion?
13         A  Not specifically.
14         Q  Have you ever heard that they
15    are a threat to extort?
16         A  I don't have direct knowledge
17    that they do/they don't.  I don't know.
18         Q  Have you ever heard, have you
19    ever read any information furnished by any
20    of these agencies that they use extortion
21    in order to get what they want?
22             MS. EDWARDS:  Objection to
23         the extent it calls for legal

CITY OF DOTHAN/GRAY 000970
CONFIDENTIAL

78                                                45

1            speculation.
2               MR. WHITE:  That's not my
3       question.
4               CHAIRMAN SPANN:  Objection
5       overruled.  Proceed with
6       answering yes or no.
7        A  I have not during my look into
8    the motorcycle clubs.
9        '   Now, I think you're trying to
10   determine "some gangs" or whatever, and if
11   I don't have a specific interest in a gang
12   somewhere, what's going on out in LA as it
13   relates to what's going on out here.
14       So if you're asking me if I've
15   read literature saying specifically
16   extortion in this club or whatever or this
17   gang or whatever you're calling, that's
18   just general knowledge.  I'd have to say
19   probably there is something out there.  But
20   if you're asking me if I read it and I said
21   if I read and there was extortion
22   specifically, I can't relate to a specific
23   incident of extortion.

78                                                46

1    BY MR. WHITE:
2        Q  Larceny?
3        A  And whatever -- no, not
4    specific.
5        Q  You never heard that outlaw
6    motorcycle gangs have committed larceny?
7        A  What is your definition of an
8    outlaw motorcycle club?
9        Q  Whatever yours is.  Are you
10   telling this Board that you don't know what
11   an outlaw motorcycle gang is?
12       A  I don't know if you know.
13       Q  Okay, fine.  Have you ever heard
14   that outlaw motorcycle gangs commit murder?
15       A  I've heard that motorcycle gangs
16   or people in a motorcycle club may.  But
17   the entire gang committing murder, I don't
18   know; there is probably individuals in the
19   clubs, motorcycle clubs, that have.
20       Q  In Alabama --
21       A  Whether they're outlaw or not;
22   maybe they have.
23       Q  In Alabama.  Would that be of

78                                                47

1    interest to you that --
2        A  Pardon me?
3        Q  Would that be of interest to you
4    that a motorcycle gang in Alabama committed
5    murder or a member of a motorcycle gang
6    committed murder?  Would that be of
7    interest to you as a law enforcement
8    officer?
9        A  Sure.
10       Q  Are you aware of any murders
11   committed in Alabama by members of outlaw
12   motorcycle gangs?
13       A  I've heard of one.  And I'm
14   going to have to say maybe in the '90s.
15   I've heard of one that -- well, actually I
16   don't know for have a fact that it was.
17   But I heard someone that was in a
18   motorcycle club was murdered, but I haven't
19   heard of one in Alabama that did the
20   murdering.
21       Q  And it's not of interest to you
22   whether they did or they didn't?
23       A  Right now it's not if it's not

78                                                48

1    in the state of Alabama.
2        Q  What about if it was a member of
3    the Outcast Motorcycle Club that dragged a
4    man out of his struck and stabbed him
5    repeatedly?  Would that be of interest to
6    you?
7        A  Any death of anyone is a topic
8    or an interest of anyone if it happens in
9    this jurisdiction.  If it happens in this
10   area, if it relates to our law enforcement
11   agency, if it's something that we need to
12   address to keep our officers safe, yes.
13       If it's happening in Gadsden and
14   there's no ties down here, I have things in
15   my office and things to do while I'm
16   working that is going to support my job
17   here.  So I don't do a history around the
18   state of Alabama and around the United
19   States to see what somebody is doing there
20   unless it specifically relates here; unless
21   I have a specific interest in it.
22       Q  Do you know any outlaw
23   motorcycle gangs in Gadsden?  You said

CITY OF DOTHAN/GRAY 000971
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                    49

1   Gadsden.
2         A  No.
3         Q  Do you know any in Bessemer?
4         A  Yes.
5         Q  You know an outlaw motorcycle
6   gang in Bessemer?
7         A  Yes.
8         Q  Which one?
9         A  Outcast is the only one that I
10  know that is --
11        Q  Who are the Outcast?
12        A  Outcast is a motorcycle club
13  that's in Bessemer.  They recently opened a
14  chapter in Dothan.  I don't know their
15  numbers.
16        Q  Okay.  You said if it was in
17  Gadsden it wouldn't be of any interest to
18  you what goes on in Gadsden as far as the
19  Outcast is concerned.  Is that correct?
20            MS. EDWARDS:  Object to the
21        form.
22  BY MR. WHITE:
23        Q  If it doesn't concern the people
```

Keith Gray, In Re: / Personnel

```
78                                    50

1   here in Dothan then what goes on in Gadsden
2   doesn't affect people in Dothan so you're
3   not concerned.  Is that right?
4             MS. EDWARDS:  Object to the
5         form.
6             CHAIRMAN SPANN:  Objection
7         overruled.
8   BY MR. WHITE:
9         Q  You can answer.
10        A  Well, first of all you didn't
11  say Outcast in Gadsden.
12        Q  I did not.  I'm asking you what
13  -- you said that you don't care what
14  happens in Gadsden.  You don't care to look
15  up or concern yourself with what goes on in
16  Gadsden, Alabama.  What about Bessemer?
17            UNIDENTIFIED MALE AUDIENCE
18        MEMBER:  What about Dothan?
19            THE WITNESS:  Can I answer
20        his first question?
21            MR. WHITE:  If we can have
22        some instruction.
23            CHAIRMAN SPANN:  Audience,
```

Keith Gray, In Re: / Personnel

```
78                                    51

1             please refrain from speaking out
2         during this hearing.  We are
3         attempting to keep Captain Gray
4         right here and our attorney
5         trying to gain as much
6         information so that we can stay
7         on track with this.  Please
8         refrain from speaking out.
9         Thank you very much for your
10        cooperation.
11            THE WITNESS:  In answering
12        that question, at one point Mr.
13        White said just Gadsden and then
14        he comes back around and says
15        that he said Outcast in Gadsden
16        and that's not what he said.  So
17        if he's trying to say that I
18        have -- I don't have an interest
19        -- and he's putting Outcast and
20        Gadsden.  I don't know anything
21        about Outcast and Gadsden.
22            MR. WHITE:  The record is
23        clear on what I said.  I'm
```

Keith Gray, In Re: / Personnel

```
78                                    52

1             perfectly content with what he
2         testified to because I
3         understand and I believe the
4         Board does, too.
5             CHAIRMAN SPANN:  Ask your
6         next question.
7   BY MR. WHITE:
8         Q  Now, are you concerned or should
9   you be concerned -- we'll say are you
10  concerned with whether a criminal
11  motorcycle gang is in Bessemer?
12        A  Bessemer is closer if it affects
13  what's going on here.  If it affects -- if
14  it's something that our officers need to
15  know about, we need to do something to make
16  sure we are safe as it relates to us,
17  definitely.
18        Q  Okay.  But if a criminal
19  motorcycle gang or an outlaw motorcycle
20  gang in Bessemer, as long as they don't
21  come here, you're free to go join them up
22  there?
23            MS. EDWARDS:  Object to the
```

CITY OF DOTHAN/GRAY 000972
CONFIDENTIAL

```
    78                              53

1           form.
2               CHAIRMAN SPANN:  Overruled.
3               MR. WHITE:  It's not a
4           deposition.
5   BY MR. WHITE:
6       Q  Are you?
7       A  I didn't go to Bessemer and join
8   a motorcycle gang.
9       Q  I'm just asking a question.  I
10  didn't say you did.  I'm saying, if there
11  is a criminal motorcycle gang in Bessemer
12  and you're not concerned with what they do,
13  does that mean you're free to go join them?
14  Yes or no?
15      A  I have not joined --
16      Q  I didn't say you did.  I'm
17  asking you a straight question:  Are you
18  free to go join them because it doesn't
19  affect Dothan?
20      A  Can I finish with my question?
21          CHAIRMAN SPANN:  Answer the
22      question to your knowledge.
23      A  As I stated, I am not a member
```

```
    78                              54

1   of Outcast Motorcycle Club.  If there is
2   some criminal activity going on somewhere
3   else that has nothing to do with Dothan, if
4   it's not a trend or if it's not something
5   specific, I don't count the number of
6   burglaries or murders that happen in
7   Gadsden or Huntsville or anywhere else.
8           This is where I work at.  This
9   is where I do all law enforcement at.  If
10  there's things that come in and affect us,
11  statistics as well, we look at statistics
12  and things of that nature.  But I don't
13  study every city or every state for what's
14  going on in that city or state.
15  BY MR. WHITE:
16      Q  What about when they come here,
17  is that a concern of yours?  When they come
18  to Dothan and they do get arrested, is that
19  a concern?
20          MS. EDWARDS:  I'm going to
21      object to the extent that that
22      is vague.  I'm not sure that
23      Captain Gray would know.
```

```
    78                              55

1   BY MR. WHITE:
2       Q  What happens when the Outcast
3   come to Dothan and get arrested?  Is that a
4   concern of yours?
5       A  Yes.
6       Q  Why?
7       A  Because it's in Dothan.
8       Q  So as long as these people stay
9   out of Dothan and murder, rape, rob, steal,
10  commit kidnapping, as long as they don't
11  come to Dothan, you're cool with it?
12      A  Those are your words.
13      Q  I'm asking you, are they yours?
14      A  You just said, how can they
15  be my words?
16      Q  Do you agree?
17      A  No, I don't.
18      Q  Wait a minute.  You said it's
19  not a concern of yours in Gadsden or
20  Bessemer and if it doesn't come to Dothan.
21  You can't have it both ways.  Which is it?
22      A  If you'll finish letting me
23  answering my questions you'll understand.
```

```
    78                              56

1       Q  Go right ahead.
2       A  If there's someone that has an
3   arrest warrant for any of the charges that
4   you've just named, they're in our
5   jurisdiction, we need to make an arrest,
6   that's fine.
7           I don't go around the country
8   and read around the country seeing who is
9   doing what outside of the jurisdiction,
10  what they're doing, because I have a job
11  here.  I've got enough people.  My people
12  are focused here.
13          When something comes and affects
14  the wiregrass area, if there's something
15  that comes, as you stated earlier,
16  bulletins or what have you by these
17  different agencies that affects the area
18  and it comes across my desk, yes.  But I
19  don't go trying to police in Gadsden.  I
20  don't go and try to police in Bessemer and
21  in Huntsville or anywhere else over the
22  United States.
23      Q  Okay.  I understand you don't
```

CITY OF DOTHAN/GRAY 000973
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                              57

1   police in Bessemer.  I understand you don't
2   police in Birmingham.  But I do understand
3   that the Outcast motorcycle gang is a
4   criminal motorcycle gang.  Would you
5   concede that?
6       A  I can't label just an entire
7   person or entire entity criminals, just
8   like I can't say the congregation of a
9   church, everybody is a criminal or an
10  entire softball group is a criminal.  If
11  you are talking about a specific person
12  that's done specific acts or if there's
13  specific ties, yes, there may be a label of
14  a club but it doesn't mean that if Mr.
15  McKay is a criminal and you're sitting next
16  to him that makes you a criminal.
17      Q  Are the Outcast a one percenter
18  club or not?
19      A  From what I understand there are
20  certain people in Outcast that are one
21  percenters and there's certain people that
22  are not.
23      Q  I'm not asking about people.

Freedom Court Reporting, Inc                        877-373-3660

Keith Gray, In Re: / Personnel

78                                                              58

1       A  Again, I couldn't tell you about
2   the entire club.
3       Q  Well, you have told people about
4   the entire club.  Have you not?
5       A  I've told people about several
6   clubs.
7       Q  I think you have taught other
8   people about other clubs, one percenters;
9   haven't you?
10      A  What?
11      Q  Taught?
12      A  Taught.
13      Q  You are an instructor in this
14  subject and you certainly know what a one
15  percenter gang is or at least you have
16  taught people what they are.  Is that
17  correct?
18      A  First of all, I'm not an
19  instructor in the subject.  Second of all,
20  whenever you're talking about sharing
21  information.  These bits of information
22  comes from word of mouth.  There is no
23  policy, there is no law that says people

Freedom Court Reporting, Inc                        877-373-3660

Keith Gray, In Re: / Personnel

78                                                              59

1   all behave -- there's no stereotype of --
2   of groups.  I guess you can stereotype
3   groups, but it doesn't mean that everyone
4   in that group does what you're trying to
5   stereotype as.
6           So, I have offered information
7   that I have gotten that I have had access
8   to and I've educated other people to make
9   -- kind of make sure that they stay safe.
10  Because motorcycle clubs can be
11  territorial.  Not all of them.  Not
12  stereotyped.  Not all of them.  They can
13  be.
14      Q  Okay.  Are you telling this
15  Board that when the FBI and the Alabama
16  Bureau of Investigations and the Alcohol,
17  Tobacco and Firearms all have
18  classifications for motorcycle gangs that
19  include outlaw motorcycle gangs, that all
20  of that is a stereotype?
21      A  I'm not telling this Board
22  anything.  You're telling the Board.  And
23  what I'm saying is if there is a

Freedom Court Reporting, Inc                        877-373-3660

Keith Gray, In Re: / Personnel

78                                                              60

1   classification by these entities, just
2   because you're associated with this person
3   next to you, you can be associated with it,
4   it doesn't automatically make you a
5   criminal.
6       Q  Thank you very much.  Thank you
7   very much, Mr. Gray.  Because what you have
8   just said I believe is the purpose for us
9   being here.  And that is, according to you,
10  it's perfectly acceptable for you to
11  associate, congregate, hang out with, be
12  blood brothers with multiple convicted
13  felons.  And that makes you nothing other
14  than the same person you were on the
15  outside before you went into that club.
16  Thank you very much for that.
17          Have you ever heard of other
18  criminal motorcycle gangs like the Legions
19  of Doom?
20      A  I know a motorcycle club called
21  Legions of Doom.
22      Q  Are you aware that the FBI
23  considers them an outlaw motorcycle gang?

Freedom Court Reporting, Inc                        877-373-3660

CITY OF DOTHAN/GRAY 000974
CONFIDENTIAL

```
78                                    61

 1          A  I am now, yes.
 2          Q  You are now?
 3          A  Yeah.
 4          Q  Okay.  But you weren't when?
 5          A  I wasn't before internal affairs
 6  came in and interrogated me for five hours
 7  to try to educate me that they were.
 8          Q  The City of Dothan had to tell
 9  you that you were hanging out with an
10  outlaw motorcycle gang?  Is that what
11  you're telling me?  The City of Dothan had
12  to tell you who you were hanging out with.
13  Is that your testimony?
14          A  That is my testimony.
15          Q  Did the City of Dothan have to
16  tell you that when you went to seek the
17  blessing of the state president of outlaw
18  motorcycle gang, that they were an outlaw
19  motorcycle gang?
20          MS. EDWARDS:  I'm going to
21          object to the form.
22          MR. WHITE:  That's not an
23          objection.  This is not a
```

```
78                                    62

 1          deposition.
 2          MS. EDWARDS:  Well, this is
 3          more than that.  If you can't
 4          phrase your question to where he
 5          can answer it and understand it,
 6          it needs to be rephrased.
 7          MR. WHITE:  I think he
 8          understood it.
 9  BY MR. WHITE:
10          Q  Do you understand it?
11          CHAIRMAN SPANN:  Your
12          objection is sustained.  Please
13          redirect your question --
14  BY MR. WHITE:
15          Q  Did you know --
16          CHAIRMAN SPANN:  -- Attorney
17          White.
18  BY MR. WHITE:
19          Q  Did you go to Bessemer to seek
20  the blessing of the state president of the
21  outlaw motorcycle gang Outcast?
22          A  I went to Bessemer to talk with
23  a person that is a member of -- that is a
```

```
78                                    63

 1  member of Outcast.  I don't know if he is
 2  the state president.  I don't know if he's
 3  supposedly a felon or what have you.
 4          Q  Did I say felon?
 5          A  You said outlaw.  You're trying
 6  to classify --
 7          Q  I didn't say felon, did I?
 8          A  You're trying to classify and
 9  stereotype.
10          Q  I am?  I'm sorry, I don't
11  remember saying felon.  But let me ask you
12  again:  Did you go to Bessemer to seek the
13  blessing of the state president of Outcast
14  Motorcycle Club?
15          A  Yes.
16          Q  And I believe you already
17  testified that the Outcast Motorcycle Club
18  is an outlaw motorcycle club?
19          A  I think you testified to that.
20          Q  You haven't?  Are you saying now
21  that you did not say that earlier, that
22  they are not an outlaw motorcycle club?
23          A  You were saying it.
```

```
78                                    64

 1          Q  Did you or did you not say that?
 2  Are you going to say that you did not say
 3  that the Outcasts are an outlaw motorcycle
 4  gang to this Board here today?
 5          A  You said the Legions --
 6          Q  You're not going to answer.
 7  Okay.  I understand you're not going to
 8  answer because you don't want to commit
 9  perjury.  Fine.  Let's move on.
10          What about the --
11          MS. EDWARDS:  Objection.
12          That is badgering the witness.
13  BY MR. WHITE:
14          Q  -- Legions of Doom?  Are --
15          CHAIRMAN SPANN:  Sustained.
16  BY MR. WHITE:
17          Q  -- they an outlaw motorcycle
18  gang?
19          A  According to what internal
20  affairs showed me during my interrogation,
21  yes.  Did I know it beforehand?  No.
22          Q  Now, when you went to seek the
23  blessing of the state president of this
```

CITY OF DOTHAN/GRAY 000975
CONFIDENTIAL

78                                                          65

```
 1   motorcycle club, it didn't concern you at
 2   all because he wasn't in Dothan whether or
 3   not his club was engaged in criminal
 4   activity or not, did it?
 5         A   I never thought about his club
 6   being engaged in criminal activity.
 7         Q   If you had, would it have made a
 8   difference?
 9         A   Of course.
10         Q   If you had checked could you
11   have found it?
12         A   I have checked with my records
13   that I have in December about Outcast.
14         Q   December of what year?
15         A   I'd have to look at my records.
16         Q   Are you familiar with the
17   National Gang Intelligence Center?
18         A   Not particularly.
19         Q   You're not?  What about the
20   Department of Justice, United States of
21   America?
22         A   Sure.
23         Q   Okay.  And I believe you
```

78                                                          66

```
 1   testified that the FBI and the Department
 2   of Justice all publish bulletins, reports
 3   relative to criminal gangs.  Is that
 4   correct?
 5         A   All kinds of criminal activity.
 6         Q   Okay.  Are you aware that the
 7   Department of Justice labeled the Outcast
 8   Motorcycle Club in Alabama as an outlaw
 9   motorcycle gang?
10         A   As I answered earlier, according
11   to internal affairs, the information they
12   showed me, yes.
13         Q   So, you never knew -- you never
14   knew they were criminal -- a bunch of
15   criminals unless the City of Dothan told
16   you?
17             MS. EDWARDS:  Object to
18         form.
19             CHAIRMAN SPANN:  Objection
20         overruled.  Proceed with your
21         answer.
22         A   So what you're saying is --
23
```

78                                                          67

```
 1   BY MR. WHITE:
 2         Q   No, I'm asking a question,
 3   Keith.  I'm saying, did you know --
 4         A   I'm trying to clarify --
 5         Q   -- did you know until they told
 6   you it was a bunch of criminals?
 7         A   No.
 8         Q   You did not know.  Have you ever
 9   heard of the Sin City Deciples?
10         A   Yes.
11         Q   What are they?
12         A   A motorcycle club.
13         Q   Do you have a relationship with
14   them?
15         A   Define relationship.
16         Q   Any kind of relationship.  A
17   relationship.  You don't know what
18   relationship is?
19         A   With your words, I don't.
20         Q   You tell me in your words.
21         A   You're asking the questions.
22         Q   You tell me in your words
23   whether or not you have a relationship --
```

78                                                          68

```
 1   if you don't understand the word
 2   relationship, let me know.
 3         A   Define relationship.
 4         Q   No, you answer the question.  Do
 5   you or don't you?
 6             CHAIRMAN SPANN:  Please
 7         answer the question under your
 8         definition of relationship.  And
 9         you can define your --
10             THE WITNESS:  Yes, ma'am.
11         Thank you.
12             UNIDENTIFIED MALE AUDIENCE
13         MEMBER:  Ms. Chairman, I think
14         it would be wise to ask this guy
15         do he know anyone in Sin City.
16         We're going in a circle here.
17         Do he know anybody in --
18             MR. WHITE:  I'll take that
19         into consideration.
20         A   I'm going to answer your
21   question:  If I know someone in Sin City.
22   Relationship?  I don't have a relationship.
23   I know someone in Sin City and I've talked
```

CITY OF DOTHAN/GRAY 000976
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
 78                                    69

 1   to someone in Sin City but I don't know the
 2   definition of what he's saying as far as
 3   relationship.  So if the relationship would
 4   be have I spoken with someone in Sin City?
 5   Yes, I have.
 6   BY MR. WHITE:
 7        Q  And the purpose for your
 8   speaking with them?
 9        A  Asking could our club coexist in
10   Alabama without any issues if it's
11   territorial in Anniston, Alabama.
12        Q  That's not the words though that
13   you used describing your relationship that
14   you knew them when you were telling the
15   members of your club, was it?
16        A  I don't know what you're talking
17   about.
18        Q  I'm going to show you what's
19   marked as City G.
20             (Exhibit City G was marked
21              for identification.)
22             MS. EDWARDS:  Can I see the
23             exhibit before the witness
```

Freedom Court Reporting, Inc                     877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    70

 1        testifies?
 2             MR. WHITE:  I'll give you
 3        your very own copy.
 4             MS. EDWARDS:  Thank you.
 5   BY MR. WHITE:
 6        Q  Now, what is that exhibit I just
 7   handed you?
 8        A  It is a letter that I put out
 9   where we opened a chapter in Anniston,
10   Alabama and was given the okay to coexist
11   in Anniston with a chapter of the Bama Boyz
12   Motorcycle Club, not the Outcast or the Sin
13   City --
14        Q  Would you just read it for the
15   record, please?
16        A  The founding executive Board --
17        Q  Slow down so we can understand
18   you.
19        A  The founding executive board has
20   held a series of meetings regarding the
21   possibility of starting a new chapter of
22   Bama Boyz Motorcycle Club in Anniston,
23   Alabama upon receiving the blessing from
```

Freedom Court Reporting, Inc                     877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    71

 1   "Big O" president of --
 2        Q  Wait a minute.  Receiving what?
 3        A  The blessings from --
 4        Q  The blessing?
 5        A  Uh-huh (affirmative response).
 6        Q  What is the blessing of the --
 7        A  That is an approval to coexist
 8   in a territory so you can avert any
 9   potential issue if they happen to be
10   territorial.
11        Q  Okay.  Proceed.  Blessing from
12   who?
13        A  "Big O" president of Outcast
14   Alabama, "Big Meat", Sin City Deciples,
15   Alabama, Catfish National President of Easy
16   Riders, MC, it's effective immediately that
17   Autwaun "King Ace" Clifton is the new
18   president of Anniston chapter and Bama Boyz
19   Motorcycle Club or MC.  The vice-president
20   will be per "Cupid" Welch.  All officers
21   positions will be effective for two years
22   unless circumstances dictate otherwise
23   according to bylaws.  Bama Boyz MC,
```

Freedom Court Reporting, Inc                     877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    72

 1   Incorporated has always had a great
 2   reputation with all bike clubs and wish to
 3   continue to being with you all giving
 4   respect when given respect.  If there is
 5   any negative issues about who we are and
 6   what we stand for feel free to call me
 7   based on our solid reputation with the
 8   community.  If you have any questions I can
 9   be reached and my cell phone number.
10        Q  What's the date of that?
11        A  July 21st, '13.
12        Q  July 21st, 2013?
13        A  Correct.
14        Q  And this was put out how long
15   after you got the blessing from the Outcast
16   president and the Sin City Deciples
17   president?
18        A  A couple of months.
19        Q  A couple of months?
20        A  Uh-huh (affirmative response).
21        Q  And when you went to get the
22   blessing, you had no idea that the Outcasts
23   were a criminal motorcycle gang?
```

Freedom Court Reporting, Inc                     877-373-3660

CITY OF DOTHAN/GRAY 000977
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
     78                                    73

 1          A   A criminal motorcycle gang?
 2          Q   Outlaw motorcycle gang.  OMC.
 3          A   OMC --
 4          Q   What does OMC mean?
 5          A   Outlaw Motorcycle Club.
 6          Q   And it was not any concern of
 7   yours when you went up there to get his
 8   blessing that they were an outlaw
 9   motorcycle gang or club?
10          A   My club --
11          Q   I mean, were you concerned or
12   not?
13          A   Can I answer his question?
14              CHAIRMAN SPANN:  Let him
15          answer your question.
16          A   My club is not an Outcast
17   motorcycle club -- my club is not an outlaw
18   motorcycle club.  My club is Bama Boyz
19   Motorcycle Club, Incorporated.  I didn't go
20   out and I don't go out investigating all
21   bike clubs because my club is what I'm
22   concerned about.  My club is what --
23   BY MR. WHITE:
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
     78                                    74

 1          Q   You're not concerned with what
 2   they do?
 3          A   Not particularly.
 4          Q   Okay.
 5          A   Not unless it affects us around
 6   here, my club or whatnot.
 7          Q   Not unless it affects us around
 8   here?
 9          A   Pardon me.
10          Q   Do they have a clubhouse here;
11   Outcast?
12          A   I know they had one.  I don't
13   know if it's still --
14          Q   Wait a minute.  Unless it
15   affects us around here.  Now you said they
16   have a clubhouse here.  This outlaw
17   motorcycle club has got a clubhouse in
18   Dothan.  Does it?  I believe you said it
19   did.  Do you know whether or not they still
20   do?
21          A   I think I just answered.  I
22   don't know if they still --
23          Q   Please answer it again.
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
     78                                    75

 1          A   I don't know if it's still
 2   there.
 3          Q   Okay.  Have you ever been there?
 4          A   Yes.
 5          Q   So, they are here?
 6          A   I don't know if they are still
 7   here.  I haven't went in today, yesterday,
 8   day before, last week.
 9          Q   But they were there when you
10   were there?
11          A   Yes.
12              (City Exhibit D was marked
13          for identification.)
14   BY MR. WHITE:
15          Q   Let me show you what's marked as
16   City Exhibit D and ask you if you can
17   identify it?
18          A   That's me and "Big O" shaking
19   hands.
20          Q   "Big O"?
21          A   Yeah.
22              MR. WHITE:  We'd offer it.
23   BY MR. WHITE:
```

Freedom Court Reporting, Inc                 877-373-3660

Keith Gray, In Re: / Personnel

```
     78                                    76

 1          Q   Let me let you tell us a little
 2   bit about this picture, first of all.
 3   That's you and that's "Big O".  Now, who is
 4   "Big O"?
 5          A   He's the same person I called
 6   and went to see to get the approval for us
 7   to have our club in Anniston.
 8          Q   The blessing?
 9          A   The blessing.
10          Q   I mean, that's what you said;
11   right?  That was your words?
12          A   Several words that I used.
13          Q   Did you say "blessing" or not?
14          A   I think I said the word
15   "blessing," yes.
16          Q   I mean, in this letter.  In this
17   notification you did.
18          A   Yes.
19          Q   This is the man whose blessing
20   you got.  And he is the president of
21   Outcast Motorcycle Club, an outlaw
22   motorcycle club?
23          A   That's one person.
```

Freedom Court Reporting, Inc                 877-373-3660

CITY OF DOTHAN/GRAY 000978
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                          77

1            Q  This is the person that we're
2    talking about:  "Big O"?
3                MS. EDWARDS:  Objection.
4                The attorney is trying to
5                testify here --
6    BY MR. WHITE:
7            Q  Is it not "Big O"?
8                MS. EDWARDS:  -- and not the
9                words of Captain Gray.
10   BY MR. WHITE:
11           Q  Did you say this was "Big O"?
12               CHAIRMAN SPANN:  Overruled.
13               Will you please ask him a
14               specific question related to the
15               picture?
16   BY MR. WHITE:
17           Q  Is this "Big O"?
18           A  I just said it was earlier.
19           Q  Okay.  It is.  And it's also the
20   president of Outcast Motorcycle Club, is it
21   not, in Alabama?
22               CHAIRMAN SPANN:  I believe
23               you just asked him who is "Big
```

Keith Gray, In Re: / Personnel

```
78                                          78

1            O" and let him answer, please,
2            Attorney White.  Please.
3    BY MR. WHITE:
4            Q  Is this the same person in your
5    letter?
6            A  Yes.
7            Q  And your letter says it's the
8    president of Outcast in Alabama?
9            A  Yes.
10           Q  You got his blessing?
11           A  Yes.
12               (City Exhibit C was marked
13               for identification and
14               offered into evidence.)
15               MR. WHITE:  We would offer C
16               and D.
17   BY MR. WHITE:
18           Q  Okay.
19               (City Exhibit F was marked
20               for identification.)
21   BY MR. WHITE:
22           Q  Let me show you what's marked as
23   Exhibit F and ask you if you can identify
```

Keith Gray, In Re: / Personnel

```
78                                          79

1    that?
2            A  It's a picture of several bike
3    members and "Big O" and I think that is the
4    girlfriend or wife.  I'm not sure.
5            Q  You don't know?  Girlfriend?
6    Wife?  Who the woman is kneeling down in
7    front of him facing --
8            A  It's one of the two.
9            Q  What does it say on her back?
10           A  Outcast.  Property of.  Outcast
11   Alabama Property of.
12           Q  Is the jacket Property Of or is
13   she Property Of?
14               MS. EDWARDS:  Objection.
15               Calls for speculation.
16               MR. WHITE:  If he knows.
17               You don't know whether he's
18               speculating or not.
19               CHAIRMAN SPANN:  Objection
20               sustained.
21   BY MR. WHITE:
22           Q  Do you know what the Property Of
23   Attached means?
```

Keith Gray, In Re: / Personnel

```
78                                          80

1            A  Yes.  That person is usually the
2    spouse of or -- they have a relationship of
3    some nature.
4            Q  Okay.  Some relationship as
5    compared with somebody else that is
6    different?  Some woman -- Is a woman a
7    member?
8                MS. EDWARDS:  I'm going to
9                object to relevance here.  I
10               don't quite know how this
11               relates to his termination.
12               MR. WHITE:  I certainly
13               will.
14   BY MR. WHITE:
15           Q  Do you know what it means?
16               MS. EDWARDS:  Objection.
17               Relevance.
18               MR. WHITE:  I understand
19               your objection, but I'm asking a
20               question.
21   BY MR. WHITE:
22           Q  Do you know --
23               CHAIRMAN SPANN:  Are you
```

CITY OF DOTHAN/GRAY 000979
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                      81

1           understanding his question?
2               THE WITNESS:  I understand
3           it perfectly.
4           A It mean, just what I said it
5   meant.  I think it's --
6   BY MR. WHITE:
7           Q You think?
8           A That's right.  That's not my
9   club.  I don't go by their bylaws.  I don't
10  go by their rules.  I don't go by their
11  orders.
12          Q Have you ever taught a group of
13  your students what it means?
14          A I have mentioned Property Of to
15  my -- I set up -- some prospects.  And the
16  same thing is -- that is, is they have some
17  relationship with the person that is there.
18  I'm not a member of Outcast so I can't give
19  you the specifics.  I can give you
20  generals.  I can give you what I know.
21          Q Now, you said you taught your
22  prospects.  What are prospects?
23          A Those are people that are making
```

Keith Gray, In Re: / Personnel

```
78                                      82

1   application to become a member of your
2   club.
3           Q Now, did you teach -- were you
4   teaching that class before you talked to
5   internal affairs?
6           A Yes.
7           Q So, internal affairs didn't have
8   to tell you what to teach?
9               MS. EDWARDS:  Objection to
10          the fact that this is vague.
11          Compared to what?
12              MR. WHITE:  I mean -- go
13          ahead.  Rule.
14              CHAIRMAN SPANN:  Sustained.
15          Rephrase.
16  BY MR. WHITE:
17          Q Now, you testified that you
18  didn't know anything about this until
19  internal affairs told you.
20          A I didn't know anything about
21  what?
22          Q About Outcast or Legions of Doom
23  or Sin City Deciples being criminal
```

Keith Gray, In Re: / Personnel

```
78                                      83

1   motorcycle gangs until the City of Dothan
2   told you.
3           A That's correct.
4           Q Did the City of Dothan have to
5   tell you everything that you taught these
6   probies?
7           A The city of Dothan isn't in my
8   motorcycle club.
9           Q I'm just asking you.  Are you
10  going to blame them for what you knew or
11  didn't know when you taught that class?
12          A I'm not going to blame the City
13  for anything.
14          Q Well, you blame them -- that's
15  where you got your knowledge that anything
16  was wrong.
17          A Well, your play on words --
18          Q Okay, I'm just asking.
19              THE WITNESS:  Can I answer
20          his question?  He cut me off.
21              CHAIRMAN SPANN:  Yes, you
22          can.
23          A I didn't blame the City of
```

Keith Gray, In Re: / Personnel

```
78                                      84

1   Dothan for anything.  My statement was
2   they're the ones that brought literature
3   that showed LOD, the FBI in a different
4   light, more so in a specific way research
5   where I have not researched and I have not
6   done -- conduct criminal -- criminal
7   investigations of members into those clubs
8   because my club is not those clubs.
9   BY MR. WHITE:
10          Q And I'm asking you, did the City
11  of Dothan, internal affairs have to tell
12  you everything about motorcycles that you
13  taught in your class?
14          A How could they just --
15          Q I'm just asking you.  Are you
16  going to say that what you learned you
17  learned from -- I mean, you already said
18  you learned from them about them being
19  criminal.  Now I'm asking, did you learn
20  everything else that you taught from
21  internal affairs or the City of Dothan?
22          A No.  His statement earlier was
23  did I teach my club prior to it being
```

CITY OF DOTHAN/GRAY 000980
CONFIDENTIAL

78                                                                 85

1    called in by internal affairs and I said
2    yes.  So it would stand to reason that I
3    told my club the knowledge that I had of
4    them independently of what research the
5    police department or the FBI or the ATF
6    did, which was brought to me when I was
7    called in for their interrogation.
8              CHAIRMAN SPANN:  Thank you.
9    BY MR. WHITE:
10       Q  Do you remember recording one of
11   your lectures?
12       A  I do.
13       Q  Okay.  And are you -- just to be
14   clear, what you lectured about was your own
15   knowledge?
16       A  What I lectured about is what I
17   knew, what I had available, what people in
18   this community, in the motorcycle community
19   says.  Because this is not -- the
20   motorcycle community is not what they go by
21   are not laws, just like I guess a
22   fraternity is or any other organization.
23   You go by your bylaws.  There is no written

78                                                                 86

1    law that says you absolutely must and
2    absolutely must not.  You try to coexist.
3    Because in the motorcycle world, I don't
4    care what kind of club you're associated
5    with, it has -- it's territorial sometimes;
6    it may not be territorial sometimes.
7              Just like I told internal
8    affairs.  If you go to Ashford, Alabama,
9    there's no motorcycle club there, you ride
10   a bike up and down the street wearing
11   whatever you want to wear, that's fine.  If
12   it is territorial you have the -- if there
13   is a club, not necessarily a gang, a club,
14   they may stop you, they may approach you
15   and they may inquire as to, you know, who
16   you're with, you know.  They just tend --
17   some can be territorial, some may not.
18       Q  I appreciate all of that.
19       A  You're welcome.
20       Q  I'll go back to my question
21   though.  When you gave your lecture that
22   was recorded, that was your own knowledge.
23   Right?

78                                                                 87

1        A  No.
2        Q  Was it you talking?
3        A  You said it was my recording.
4    Yes, sir.  It's me talking, yeah.
5        Q  But you were talking about
6    something you didn't know about?
7        A  As I stated earlier, things in
8    the motorcycle community, there's not a
9    book, there's not a Bible, there's not a
10   specific way that everything has to go.
11   You ride.  You learn.  Someone tells you
12   something.  You take heed.  If there's
13   something that could be harmful to your
14   club because a club tends to be
15   territorial.
16             If you want to safeguard your
17   club you say listen, this is what we've
18   heard, this is what you look out for, this
19   is what to be aware of to keep you safe.
20   That is things that go by word of mouth.
21             It may -- I may -- some of
22   everything I've said I've gotten bits and
23   pieces from word of mouth from clubs from

78                                                                 88

1    Florida over to Myrtle Beach.  So it's just
2    word of mouth things that you learn and you
3    put out to your club so they can be safe or
4    they can be aware.  That doesn't make you a
5    part of that.  I don't subscribe to that.
6              CHAIRMAN SPANN:  Attorney
7         White, can you ask -- I don't
8         want to jump in the middle of a
9         question.
10             MR. WHITE:  Please.
11             CHAIRMAN SPANN:  But to help
12        the Board out here a little bit,
13        Captain Gray, can you explain so
14        we won't be like --
15             THE WITNESS:  Yes, ma'am.
16             CHAIRMAN SPANN:  What outlaw
17        motorcycle club versus a
18        motorcycle, per se, gang and a
19        one percenter gang.  Will you
20        take just a few minutes to
21        explain so that we will be
22        talking -- so we will understand
23        from the question.

CITY OF DOTHAN/GRAY 000981
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                        89

1         THE WITNESS: Yes, ma'am.
2    With the knowledge that I have,
3    the outlaw motorcycle club, as I
4    told the police department, with
5    that label, the first thing you
6    think is they're more serious
7    about the motorcycling community
8    than the other -- they take it
9    -- some of them take it real
10   serious; they take it personal.
11   Territorial.
12        And, you know, they -- some
13   have been labeled as hardcore.
14   You know, these are the guys
15   that put on the real tough
16   persona, you know.  And they're
17   bikers.  You avoid those people
18   and you do your own thing and
19   you stay in your own lane.
20        The motorcycle club
21   community are people that just
22   takes it less seriously.
23        I do charities.  My club

---

Keith Gray, In Re: / Personnel

78                                                        90

1    does charities.  My club has
2    given away toys at Walton Park
3    with Mayor Smith and
4    Commissioner Harvey two years
5    ago.  And we were asked to do it
6    this coming December 7th.  Our
7    club was sponsored by the Dothan
8    Police Department to do a
9    charity ride on September the
10   24th of 2011 for the Dothan
11   Police Department athletic
12   league where I was set -- placed
13   on the Board of Directors by
14   Chief Benton.  And I mentioned
15   in the club -- in the meeting
16   that, hey, I know we need to
17   help get equipment for these
18   young kids so I'm glad to
19   volunteer my club to see if we
20   can do a charity ride for you.
21        So the chief made up a
22   letter, the letter has a
23   signature on it.  And they made

---

Keith Gray, In Re: / Personnel

78                                                        91

1         the invitations, stapled
2    invitations and they came out
3    and supported us.  We had a
4    charity ride.  We had police
5    escorts.  And we wrote them a
6    check for the charity ride.  The
7    chief was there.  And that's
8    what we do.
9         The MC -- we go by, I like
10   to say, protocol.  We have
11   guidelines and bylaws.  And
12   we're registered with the State
13   of Alabama as a corporation.
14        And the other things that
15   OMC, MC --
16        CHAIRMAN SPANN:  One
17   percenter gang.  What does that
18   mean?
19        THE WITNESS:  One
20   percenters.  I can give you my
21   best definition of it, which is
22   kind of the same thing I taught
23   -- I was telling my prospects.

---

Keith Gray, In Re: / Personnel

78                                                        92

1    So when they see someone with a
2    one percent patch on, they're
3    supposed to be the rough -- the
4    rough of the rough, you know.
5    From what I understand,
6    everybody in a motorcycle -- use
7    this term, gang isn't a one
8    percenter.  You can -- I mean,
9    there's -- from the limited
10   knowledge I have and there's no
11   -- like I said, there's no
12   Bible.  No book.  This is just
13   what I'm getting from people.
14        You may have a hundred
15   members in your club and you may
16   have one or two that are one
17   percenters and the rest of them
18   may not be.
19        And a one percenter has told
20   me that the one percenter is
21   actually overrated and, you
22   know, I guess the toughness of
23   it.  You know, the percenters

CITY OF DOTHAN/GRAY 000982
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                      93

1        are supposed to be the big, bad
2        -- you know, you don't come in
3        contact with them.  You don't --
4        you avoid them, you know.
5            CHAIRMAN SPANN:  Are you
6        telling -- is there any
7        difference in a motorcycle gang
8        and a motorcycle club?
9            THE WITNESS:  I think that's
10       a play on words.
11           CHAIRMAN SPANN:  You
12       answered my question.
13           THE WITNESS:  Okay.
14           MR. TYSON:  Let me ask you
15       this.
16           THE WITNESS:  Yes, sir.
17           MR. TYSON:  When a veteran
18       is wounded or injured over in
19       Afghanistan or wherever, they
20       got these motorcycle riders that
21       exploit those guys.  What's the
22       difference in those guys and
23       your guys?
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
78                                      94

1            THE WITNESS:  Without
2        knowing what their bylaws or
3        anything is, that I don't
4        particularly know.  They are
5        patriotic as in the literature
6        that he's alluding to.  The
7        history of it is -- and I've
8        said in World War II and I was
9        speaking off the top of my head.
10       I don't know if it's World War
11       II or the Vietnam War, but I
12       spoke.
13           And the transcript of what
14       they had is that when these vets
15       come back from the military, the
16       history has been they come back
17       and some of them band together
18       to still have that comradery.
19       They have motorcycle -- they
20       join motorcycle clubs or they
21       start -- I met a guy a couple of
22       weeks ago, a United States Army
23       MC Motorcycle Club.  I've met
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
78                                      95

1        Navy motorcycle -- I mean, it's
2        just your organization.
3            So I think you're ruled
4        pretty much by your bylaws and
5        how you set your club up.  But I
6        think it's a patriot guard and
7        I've been there -- I've been at
8        the airport when they brought in
9        some fallen solders and things
10       of that nature.  And they
11       respect -- they do respect.
12           And other than that -- and
13       they ride.  We have the love for
14       riding because it's like
15       therapy.  You know, it's
16       relaxing, of course --
17           MR. TYSON:  So all they do
18       is work with families that are
19       in grievance -- that are
20       grieving?
21           THE WITNESS:  That's what
22       I've seen them -- that's where
23       the most exposure that I've seen
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
78                                      96

1        them at.  And I've also seen
2        them at the memorials that we've
3        had here at the City Memorial
4        Park here at Five Points.
5            So without knowing or riding
6        or speaking with them other than
7        saying thank you for your
8        service, thank you for what
9        you're doing, I really don't
10       know what all else they do.
11           CHAIRMAN SPANN:  Before I
12       turn it back over to Attorney
13       White, I have one more question.
14           THE WITNESS:  Yes, ma'am.
15           CHAIRMAN SPANN:  Who are you
16       instructing?  Your motorcycle
17       group or community instruction
18       to you?  Who are you
19       instructing?  I have heard
20       instruction.
21           THE WITNESS:  Right.  I am
22       talking to those people that
23       want to join my motorcycle club.
```

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 000983
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
 78                                    97

 1          People see us in the community.
 2     And I like to take -- my club is
 3     on the top because we're
 4     organized and we do a lot of
 5     things in the community.  And
 6     we've stood at caskets before.
 7     We've done things like that.
 8     And people come and ask "how can
 9     I get in your club?"  And if
10     they have a bike, you know, we
11     let them come in.  We ask them a
12     little bit about themselves.  We
13     ask -- ask them a little bit
14     about their history of riding.
15     Are they a safe rider, you know.
16          MR. TYSON:  So to be in your
17     club you don't have to go
18     through "Big O" and "Big O"
19     whoever this is?
20          THE WITNESS:  No, not at
21     all.  You come to us -- my
22     protocol is for six months I put
23     you with an experienced rider,
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    98

 1          that's your sponsor.  What we do
 2     -- these guys that don't know
 3     anything -- and I had to learn
 4     the same thing when I started
 5     riding a motorcycle and wearing
 6     a vest.  When you put on a vest
 7     you have -- you have a sense of
 8     togetherness just like the
 9     police department wearing
10     uniforms, you know.  And some
11     people -- I think we kind of
12     start classifying as one
13     percenters or either the outlaws
14     or whatever.  These are people
15     from my knowledge that's been in
16     motorcycling forty, fifty years
17     and it's -- it's what they live,
18     eat and breathe.  But that's not
19     everyone's philosophy.
20          So, they just -- you know,
21     our guys, we let them go through
22     a period, we watch them, we
23     educate them how to ride, how to
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                    99

 1          ride with us.
 2          MR. SHIRLEY:  Two questions,
 3     Captain Gray.  The first thing
 4     is, is how do I understand,
 5     number one, why a blessing was
 6     needed to open a club.  And,
 7     number two, how do you feel now
 8     that since you've found out that
 9     the blessing you received was
10     tainted by criminal activity?
11          THE WITNESS:  Let me answer
12     your second question first if I
13     can:  The blessing tainted by
14     criminal activity.  I have not
15     had criminal activity as it
16     relates to my club, to answer
17     your question, because I'm not
18     an Outcast member.
19          Now, if we're saying the
20     tainting has to do with the
21     particular person that they have
22     a criminal record or something
23     like that, I didn't go to them
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                   100

 1          and ask if you have a criminal
 2     record.  I didn't go to them and
 3     ask are you an outlaw?  I didn't
 4     go to them and do that.
 5          I wanted to start a chapter
 6     of Bama Boyz that does the same
 7     thing we do and go by our bylaws
 8     and protocols and coexist and
 9     didn't want any trouble out of
10     these guys that I was going to
11     put in Anniston.  And Anniston,
12     Birmingham, Bessemer is a big
13     city.  So it's kind of
14     territorial.
15          So if you ask for this
16     blessing and we can dress the
17     word however you want to, but
18     we're asking to coexist in the
19     same area you are without any
20     problems if we're wearing -- you
21     know, our vest is similar to
22     yours, you know.  Are you guys
23     going to have a problem with
```

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 000984
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
      78                              101

 1            that?  This is what this big
 2        blessing thing is.  And it's
 3        basically to keep your guys
 4        safe.
 5            I wouldn't start a club
 6        somewhere if I knew that someone
 7        was just going to -- they're
 8        going to have issues if it's
 9        that territorial.
10            So the minimum contact that
11        I've had is saying, "hey, can we
12        coexist over in this area?  Do
13        you have a problem with it?"
14            "No.  You're going to have
15        to ask someone else as well.
16        Big Meat."
17            "Do you have a problem with
18        us coexisting?"
19            "No, go ahead."
20            We haven't had any issues,
21        haven't had to do anything,
22        haven't had -- haven't had to --
23        we're not mandated to do things,
```

Keith Gray, In Re: / Personnel

```
      78                              102

 1            even though when you -- when you
 2        are talking with OMC's, they try
 3        to recommend and regulate things
 4        in such a way that you don't
 5        either spill over into their OMC
 6        thing because they'll say we're
 7        OMC's, don't worry about what we
 8        do.  You do that.
 9            And also -- they also try to
10        guide.  They try to guide MC's
11        and tell them, "listen, this is
12        what y'all need to do.  This is
13        what y'all need to."  We don't
14        do that.  This is what you do.
15            And I'll give you a couple
16        of examples and then I'll be
17        quiet.  The OMC's, they have
18        said they don't have -- a female
19        can't be a vice-president.  A
20        female can't be an MC member.
21        I've got two females in my club
22        that are MC members.
23            They say "you have to have a
```

Keith Gray, In Re: / Personnel

```
      78                              103

 1            clubhouse."  Well, I have a
 2        clubhouse.  We've been wanting a
 3        clubhouse.  All Throttle
 4        Motorcycle Club in this area,
 5        they don't have a clubhouse.
 6            So, there's a distinction
 7        between the two and there is a
 8        get-along.  The comradery that
 9        you try to have with anybody
10        that's in a biker community just
11        to show respect.  It doesn't
12        mean that you absolutely have to
13        subscribe to what they do, their
14        idea, their bylaws.
15            We don't have to attend a
16        certain number of meetings.  We
17        don't have to -- their meetings.
18        We don't have to attend their
19        meetings at all but there are
20        support groups and they wear a
21        patch.  It's called Supporters.
22        And we chose not to wear that
23        patch because we didn't want to
```

Keith Gray, In Re: / Personnel

```
      78                              104

 1            be labeled or associated that
 2        close.
 3            Now, I say, yeah, we work
 4        hand-in-hand with them but it's
 5        to coexist.  It's not to conduct
 6        criminal activity and be labeled
 7        as a gang.
 8            And just because they do
 9        their thing -- we did the
10        minimum thing we needed to do to
11        make sure that our guys in
12        Anniston were safe and -- and
13        here in Dothan.  And that's all
14        it is with us.
15            CHAIRMAN SPANN:  Okay.
16        Thank you.  I'm sorry.
17    BY MR. WHITE:
18        Q  What would happen if you didn't
19    get their blessing?
20        A  As I said to internal affairs as
21    well, probably open it anyway.  I had my --
22    actually, I had my club here in Dothan
23    before I called him.
```

CITY OF DOTHAN/GRAY 000985
CONFIDENTIAL

78                                    105

1       Q   Wait a minute.  Wait a minute.
2   You went to get their blessing but my
3   question is, if you did not get the
4   blessing of this outlaw motorcycle gang, do
5   they get you?
6       A   You would -- they would probably
7   have problems.
8       Q   They would have a problem?  Now
9   --
10      A   Depends on where you're at.
11      Q   What kind of problems?
12      A   No telling.
13      Q   Did you ever hear of somebody
14  being assaulted because they didn't want
15  you riding in their territory?
16      A   That is a possibility.
17      Q   So, your response --
18      A   I haven't heard specifically of
19  a problem but that is a possibility.
20      Q   So, your response as a captain
21  in the Dothan Police Department when there
22  is a threat of your guys getting assaulted
23  or whatever by these people, these

78                                    106

1   criminals -- these criminals that might
2   assault, your response is go get their
3   blessing?
4       A   As I stated earlier, I didn't
5   know of a threat by this club that you're
6   stereotyping because as I stated earlier,
7   just because I'm a criminal and I'm sitting
8   next to you in church don't make you a
9   criminal.
10      Q   You don't worry about the
11  Patriot Guard assaulting you, do you?
12      A   I'm actually -- I'm not worried
13  about being assaulted because I did what I
14  taught.  And I taught to my people so they
15  could know the potential hazards, dangers
16  out there by educating them.  So they can
17  make an educated guess, "hey, do you want
18  to join the club?"  You know, this is
19  what's out there.  This is the mentality of
20  some people.  This is the mentality of some
21  groups.
22      Q   You didn't have to go get their
23  blessing, did you?

78                                    107

1       A   Who?
2       Q   The Patriot Guard.
3       A   Actually, I don't know where
4   they're based out of.
5       Q   You didn't worry about them
6   assaulting you, did you?  Why were you
7   worried about these people assaulting your
8   members?
9       A   Let me answer your question.
10  I'm not worried about Outcast assaulting me
11  either.
12      Q   Or Sin City Deciples?
13      A   I'm not worried about them
14  either.
15      Q   You're not worried about there
16  being any consequences for your guys
17  wearing your MC patch without their
18  blessing?
19      A   We have their blessing.
20      Q   Okay --
21      A   Hypothetical.  Hypothetical
22  question?
23      Q   Would they be at risk?

78                                    108

1       A   Mr. White, my club, Bama Boyz
2   Motorcycle Club, in Dothan, we rode with
3   our vests on before we asked a blessing to
4   exist in Dothan.
5       Q   Now, you were always an MC?
6       A   Exactly.
7       Q   And as long as you were just an
8   RC -- Tell them what an RC is.
9       A   Riding club.
10      Q   Outcast don't have a problem
11  with riding clubs, do they?  Or do they?
12      A   They probably would.  I think
13  they would.
14      Q   Okay.  You mean to tell me that
15  somebody that would have a problem with
16  you, and you being a police officer,
17  instead of prosecuting them or arresting
18  them, you're going to go get their
19  blessing?
20      A   I don't know of anybody that has
21  done -- when I was getting this blessing,
22  getting the approval to coexist, I did not
23  do any records -- any records check.  I

CITY OF DOTHAN/GRAY 000986
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                        109

1   don't know to this day if "Big O" has a
2   record or not.  That isn't -- wasn't my
3   intent.  My club is fine.  We haven't had
4   any issues with anybody just because we
5   extended some courtesy.  And that's what
6   you do in biking.  You extend courtesies.
7        You respect each other just like
8   you do when you're a motorist out on the
9   street.  If you cut somebody off they're
10  going to be mad at you, they may come chase
11  you.  As long as you extend courtesies,
12  you're fine.  So, no, we didn't think --
13  and Outcast hasn't been a threat to us at
14  all.
15       Q  Do all motorcycle clubs, riding
16  clubs, have to get permission from outlaw
17  motorcycle gangs?
18       A  Actually, anybody that's wanting
19  to start a motorcycle club can do what they
20  want to and be subjected to whatever they
21  want to.  Just like you can drive any car
22  you want to or attend any church that you
23  want to.

Freedom Court Reporting, Inc                      877-373-3660

Keith Gray, In Re: / Personnel

78                                                        110

1        Q  So it was your decision rather
2   than to prosecute them or arrest them, to
3   get their blessing?
4        A  Prosecute them for what?
5   They've never done anything to me.  I've
6   never seen them do anything.  I've never
7   been around them doing any criminal
8   activity, just like you.
9        Q  I understand.  So when you
10  taught your people, you didn't say "call
11  the cops and we'll arrest them if they
12  bother you," you told them, "don't worry, I
13  got you covered"?
14       A  No, I didn't say that.
15       Q  Okay.  Now, you did tell them
16  though that as a member of your motorcycle
17  club that they had to follow the direction
18  of the Outlaw Motorcycle Club?
19       A  I did say we work hand-in-hand
20  with Outcast.  And what I mean by hand-in-
21  hand is, just like any other club around
22  here, if we go to -- let's say we did go to
23  Outcast and they had a party or a dance or

Freedom Court Reporting, Inc                      877-373-3660

Keith Gray, In Re: / Personnel

78                                                        111

1   a charity ride or whatever, if they asked
2   us to do something, "can you carry these
3   chairs?  Can you do this?  Can you do
4   that?"  Sure.  We're going to do it just
5   like -- and we do that all over.  It's
6   respect.  And that's what it is.  It's no
7   -- they're not asking me to sell dope, sell
8   guns, get into a fight or anything like
9   that.
10       Q  What happens if you don't?
11       A  You don't what?
12       Q  If you don't do what they say?
13  You taught them that, too; didn't you?  You
14  taught them what would happen?  What
15  happens when you don't do what they say?
16       MS. EDWARDS:  Object to the
17       form.  Speculation.
18  BY MR. WHITE:
19       Q  If he knows what they do if you
20  don't do what they say, what happens?
21       MS. EDWARDS:  I'm going to
22       object to that as being vague as
23       well.

Freedom Court Reporting, Inc                      877-373-3660

Keith Gray, In Re: / Personnel

78                                                        112

1        CHAIRMAN SPANN:  Ask your
2        question again specifically,
3        Attorney.
4   BY MR. WHITE:
5        Q  You're talking about how you
6   have to follow directions in what
7   situations?  What happens if you don't?
8   What did you teach your members what will
9   happen to them if they don't do what they
10  say?  What did you tell them?
11       CHAIRMAN SPANN:  Let him
12       answer.
13       THE WITNESS:  Thank you very
14       much.
15       A  There's several different things
16  that could happen depending on what the
17  circumstances were.  Some things is they'll
18  tell you to take off your colors.  Which
19  means your club doesn't wear your vest
20  anymore.  If you subscribe to that and
21  that's what's going on and you're going by
22  that protocol, that can be -- it's been
23  done around here with another motorcycle

Freedom Court Reporting, Inc                      877-373-3660

CITY OF DOTHAN/GRAY 000987
CONFIDENTIAL

78                                                    113

1  club.  We coexist.  We're independent and
2  we follow our own bylaws.  If you have the
3  potential of having a problem with someone
4  because of something you either follow that
5  direction, call the police, get out of the
6  club, do what you need to do.
7          Now, with this -- with the way
8  that you're teaching -- we're teaching our
9  prospects, you teach them everything.  You
10  want to teach them what to keep you the
11  safest at all times.  So it is the
12  leadership of that club that's going to say
13  hey, let's take these off because we don't
14  want a problem with anyone.
15          As a matter of fact, I believe
16  Trampass Googler had a run-in with -- as a
17  matter of fact, I was told he had a run-in
18  with a motorcycle club out west and he
19  pulled his -- out 84 and he pulled his
20  colors off so he could avoid any issues
21  with them.  And I don't think, from what I
22  was told, he wasn't harmed.  Specifics, I
23  don't know.  But there's your answer.

78                                                    114

1  BY MR. WHITE:
2      Q  When you go to the Outcast
3  clubs, those guys need to know how to act.
4  Right?
5      A  They need to know how to act.
6      Q  That doesn't make sense to you?
7      A  That's up to them.
8      Q  They don't need to know how to
9  act?
10      A  I don't dictate what --
11          MS. EDWARDS:  Object
12          to being vague.
13  BY MR. WHITE:
14      Q  You didn't tell them --
15          CHAIRMAN SPANN:  Sustained.
16  BY MR. WHITE:
17      Q  You didn't tell them about
18  protocol?
19      A  No.  I didn't tell Outcast
20  Motorcycle Club about protocol.
21      Q  No, your members about protocol.
22      A  Yes.
23      Q  Okay.  And is protocol a way to

78                                                    115

1  act?
2      A  Protocol is several things and
3  it depends on where it comes from.
4      Q  Okay.  Okay.  Did you tell them
5  --
6      A  Word of mouth.  Protocol is my
7  -- our bylaws.  Protocol is what we would
8  expect you to do and protocol is what we
9  would do as it relates to a motorcycle
10  community.
11      Q  And if you don't follow it what
12  did you tell them would happen?
13      A  There is a lot of things that
14  has the potential of happening --
15      Q  Your ass is going to get
16  slapped, whipped, jumped on by everybody.
17      A  That's exactly right.  That is a
18  potential.  Just like I said: Territorial.
19  You could be subjected to that.  We haven't
20  been subjected to that.  And that's
21  something I teach them so they will know
22  the potential hazards that's out there.
23  That's why we asked for a blessing in this

78                                                    116

1  area so we don't have to worry about it.
2  And we haven't had to worry about it.
3  Haven't had any problems.
4          I don't have to report in.  I
5  don't have to follow their rules.  I don't
6  have to do their -- follow their
7  regulations.
8      Q  So, if you don't their blessing,
9  if you don't follow protocol, your ass is
10  going to get slapped?
11      A  There is a potential for any
12  kind of assault, danger, whatever.  It's
13  the potential.  Just like working in the
14  streets as a police officer.  There's a
15  potential in us getting assaulted.  There's
16  a potential for us getting shot.  There's a
17  potential -- there's a lot of potentials
18  out there.  We train for the "what if's" we
19  always have as a police department.  We
20  talk to our people and we put it out there
21  for the "what if's."
22      Q  And it's not their fault, it's
23  your fault or your member's fault because

CITY OF DOTHAN/GRAY 000988
CONFIDENTIAL

78                                                117

```
 1   they didn't follow protocol?
 2            MS. EDWARDS:  Object to the
 3        form once again.  Who didn't
 4        follow protocol?
 5            MR. WHITE:  I just said the
 6        members.
 7            MS. EDWARDS:  If you
 8        understand the question, you can
 9        answer it.
10        A  Could you repeat it again,
11   please?
12   BY MR. WHITE:
13        Q  So, if you go to the Outcast
14   Motorcycle Club and you don't follow
15   protocol and they whip your butt, it's your
16   own fault because you didn't follow
17   protocol?
18        A  What protocol?
19
20            (City Exhibit A was marked
21             for identification.)
22   BY MR. WHITE:
23        Q  Let me offer -- let me show you
```

78                                                118

```
 1   Exhibit A and ask you if you can identify
 2   that as a transcript of your lecture?
 3            MS. EDWARDS:  First of all,
 4        I would like to object to this.
 5        I don't see anywhere that this
 6        was done by a professional court
 7        reporter.  I don't see where
 8        it's been authenticated by
 9        anyone who has taken this as
10        dictation.  So unless we want to
11        break and give him an
12        opportunity to compare it with
13        our transcription, I'm going
14        to --
15            MR. WHITE:  Let's do this.
16        Let me just play it audibly.
17            MS. EDWARDS:  How long is
18        the recording?
19            MR. WHITE:  It's longer than
20        just referring to that document
21        but I'm perfectly ready to play
22        it.
23            MS. EDWARDS:  As long as I
```

78                                                119

```
 1        have my objection on the record,
 2        you know, I'm perfectly happy
 3        with saving time.
 4            CHAIRMAN SPANN:  Can we take
 5        a five-minute break while you're
 6        setting this up and it's going
 7        to be played audibly?  Take a
 8        five-minute recess and we'll
 9        reconvene while he is setting
10        that up.
11   11:03 a.m.
12            (Recess taken.)
13   11:13 a.m.
14            MR. WHITE:  I have some more
15        questions before we play the
16        tape.
17            CHAIRMAN SPANN:  Thank you.
18   BY MR. WHITE:
19        Q  Mr. Gray, before we play this
20   tape I want to ask you, is it your
21   testimony you never told your probies that
22   the Outcasts were a one percenter
23   motorcycle club?
```

78                                                120

```
 1        A  I probably did.  But all Outcast
 2   members are not one percenters is what I'm
 3   telling you now.
 4        Q  I understand.  That's not my
 5   question.  My question is -- and after that
 6   we're going to play the tape, you're going
 7   to answer the question and that is that you
 8   told them that the Wheels of Soul, the Sin
 9   City Deciples are one percenters?
10        A  I don't remember saying that I
11   didn't say it.
12        Q  And that you gave this lecture
13   before your employment was terminated?
14        A  That's correct.
15        Q  So, it was not DPD that told you
16   they were one percenters, was it?
17        A  As I just stated, everybody in
18   Outcast is not a one percenter.
19        Q  Okay.  My question though is not
20   related to everybody.  But I'm talking
21   about your statement was made before you
22   were terminated?  This statement we're
23   about to play was made before you were
```

CITY OF DOTHAN/GRAY 000989
CONFIDENTIAL

78                                                          121

1    terminated?
2              MS. EDWARDS:  Objection.
3         Until we hear the statement I
4         don't think he can answer that
5         question.
6    BY MR. WHITE:
7         Q  You don't remember --
8              CHAIRMAN SPANN:  Sustained.
9         Move on.
10             MR. WHITE:  Yes, ma'am.
11             MS. EDWARDS:  Okay.  I want
12        to make an objection as to lack
13        of foundation for this CD.  I
14        don't know where this CD came
15        from.  I don't know who recorded
16        it.  I don't know whether it's
17        been edited.  I'm making an
18        objection to the CD itself.
19             MR. WHITE:  First of all, my
20        response is there's been
21        numerous references to this in
22        which he's responded.  This
23        Board is not bound by the Rules

78                                                          122

1              of Evidence that's going to
2         require us to lay a predicate.
3         Now, we can go all day long here
4         and we can bring people in here
5         to do all of that.  But I'm
6         trying to move this along.  So
7         if we're going to play it, I'll
8         say it right now.
9              MS. EDWARDS:  I just
10        preserve my objection for the
11        record in my event of an appeal
12        would be necessary down the
13        road.  I would also like to
14        request that this be
15        transcribed.
16             COURT REPORTER:  I don't
17        transcribe tapes, Ma'am.
18             MR. WHITE:  We'll introduce
19        it.
20             COURT REPORTER:  And the
21        reason, if I can elaborate.  Is
22        because that I was not present
23        and I cannot authenticate

78                                                          123

1              anything like that because I was
2         not there to see.
3              MS. EDWARDS?  Exactly.  I
4         have the same objection.
5    11:16 a.m.
6              (Tape playing).
7    11:50 a.m.
8              CHAIRMAN SPANN:  The
9         attorneys have agreed to proceed
10        and --
11             MR. WHITE:  Okay.  I --
12             CHAIRMAN SPANN:  --
13        questions and attorney --
14             MR. WHITE:  For the sake of
15        the Board and expediency, you
16        know, we have a transcript of
17        that and I have the transcriber
18        here who can come and testify
19        and she's dually certified and
20        all of that and we can do that
21        or I can just offer the
22        transcript now.
23             MS. EDWARDS:  That's fine.

78                                                          124

1              We'll offer ours as well.
2              CHAIRMAN SPANN:  Thank you.
3    BY MR. WHITE:
4         Q  I'm going to show you what's
5    marked as City Exhibit A and ask you if you
6    can identify it.  Is that a transcript of
7    what we just heard?
8         A  I'm going to assume so.  I
9    didn't have your copy to follow by.  I used
10   my own copy to follow by.
11        Q  If you see something in there
12   that's incorrect, please point it out.
13        A  I would have to go through this
14   whole --
15        Q  I mean --
16        A  -- hour and fifteen minutes.
17             MR. WHITE:  I would also
18        offer the actual audio into the
19        record, as she stated she cannot
20        transcribe it as we went, so I'm
21        going to offer that.  Is that
22        admitted?
23             (City Exhibit A-2 was marked

CITY OF DOTHAN/GRAY 000990
CONFIDENTIAL

78                                                                125

1                 for identification.)
2           MS. EDWARDS:  And I object
3     to it just to preserve the
4     record.  Feel free to listen to
5     it again if you need to --
6           MR. WHITE:  I mean --
7           MS. EDWARDS:  -- for the
8     purpose of -- okay.
9           CHAIRMAN SPANN:  Thank you.
10          (Gray Exhibit A was marked
11          for identification.)
12          MS. EDWARDS:  I'm going to
13     go ahead and offer this as Gray
14     Exhibit A, which is our
15     transcript of the recording,
16     that way we keep them in the
17     record together.
18  BY MR. WHITE:
19     Q  Now, Mr. Gray, that was a lot of
20  information that you were giving those
21  prospects.  Is that right?
22     A  Most of them were prospects.
23     Q  Okay.  That was a lot of

78                                                                126

1   information.
2       A  Sure.
3       Q  And you sounded very
4   knowledgeable.  Would you consider yourself
5   knowledgeable on what you were talking
6   about?
7       A  It was basically if I had
8   something in my hand that I referred to and
9   things that I'm going from.
10      Q  Okay.  Did you not have the
11  transcript or either one or both?  Take
12  them all.  But the things you were talking
13  about though, you were knowledgeable about
14  them?
15      A  I can sit here just like I told
16  you earlier and tell you about everything.
17  There's no book; there's no Bible; there's
18  no law.  You can go on the internet, you
19  can Google motorcycle clubs, you can Google
20  whatever.  You can read.  It doesn't say
21  that's the law.
22          There's no -- you can talk to
23  other people.  Everything or a lot of that

78                                                                127

1   stuff right there, it would make -- word of
2   mouth.  It was mixed in with safety in
3   mind, it was mixed in with whether you can
4   -- want to make up your mind if you want to
5   be involved in this club or not.  Because
6   you hear some of the things that are there.
7   It's made to keep people safe.  It's made
8   from things that I've heard from the OMC's,
9   made from people in RC.
10          It's just a smorgasbord of what
11  I presented in a nonprofessional setting
12  talking to a closed group of people and
13  putting information out there that I have.
14          Can I testify that every single
15  thing that I said is exactly the way it is
16  one hundred percent?  That everything is
17  one hundred percent?  No, I can't.
18      Q  But it was your lecture?
19      A  It was my lecture.  No doubt
20  about it.
21      Q  You put it together?
22      A  I did.  Off the top of my head
23  --

78                                                                128

1       Q  And you put that together based
2   on your research?
3       A  I wouldn't call it research.
4       Q  Okay.
5       A  I put it together with
6   information that I had over the years of
7   being involved in motorcycle clubs and --
8   since about 2008, a little bit longer that
9   than.
10      Q  So you did not research any of
11  that?
12      A  That's not what I said.
13      Q  I'm asking.  Did you or didn't
14  you research anything?
15      A  There's not a one or the other.
16  I put it together with what I have been
17  experienced with through 2008, some things
18  that I've heard other motorcycle clubs
19  members said, things I may have Googled.
20  Things that --
21      Q  That's what I'm asking.  You did
22  --
23      A  -- motorcycle associations.

CITY OF DOTHAN/GRAY 000991
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                    129

1        Q  Did you Google Outcast?
2        A  I don't think I Googled it but I
3   do have something that I did get from
4   Outcast, a site for Outcast.
5        Q  All right.  So you did go online
6   and check out Outcast?
7        A  Yes.
8        Q  Did you see any of the reports
9   of their criminal activity before you got
10  their blessing?
11       A  No.
12       Q  Did you check any of the
13  information put out on Outcast by the FBI?
14       A  Internal affairs, during their
15  five-hour interrogation, they had about a
16  stack that thick.
17       Q  I'm just asking you, before you
18  gave this lecture, before you got the
19  blessing and while you were putting all of
20  this together, did you check?
21       A  I've answered this question
22  several times.
23            MS. EDWARDS:  I'll object
```

Keith Gray, In Re: / Personnel

```
78                                    130

1            for you.  It's asked and
2        answered.
3            MR. WHITE:  I know you will.
4            MS. EDWARDS:  It's asked and
5        answered.
6   BY MR. WHITE:
7        A  Okay.  Well, let me ask it
8   again.  Did you check?
9            MS. EDWARDS:  Same
10       objection.  Asked and answered.
11           CHAIRMAN SPANN:  Your
12       objection is overruled.  Please
13       answer one more time.
14       A  I went to a website that has
15  something about Outcast Motorcycle Club on
16  it before this investigation.  And I
17  culminated the information taken from, as
18  you're labeling, my lecture.  From bits and
19  pieces of what people have said, things
20  I've read, coming from different things.
21  No law.  No set standard.  No big protocol
22  of OMC, MC.  I did a smorgasbord of
23  listening, talking and referencing from
```

Keith Gray, In Re: / Personnel

```
78                                    131

1   what I had to -- and parts so they could be
2   safe.
3   BY MR. WHITE:
4        Q  Does it matter that Outcast had
5   criminal members?
6        A  Does it matter?
7        Q  Yeah, for you to go get their
8   blessing.  I mean, did it matter?
9            MS. EDWARDS:  Objection to
10       the question being vague.
11           CHAIRMAN SPANN:  Objection
12       is overruled.  Answer his
13       question.
14       A  One more time, please, sir.
15  BY MR. WHITE:
16       Q  Did it matter that Outcast
17  members had criminal records when you went
18  to get their blessing?
19       A  Had I had prior knowledge, that
20  would make a difference.
21       Q  Does it matter now?
22       A  Of course it does.
23       Q  Okay.  So in other words, if you
```

Keith Gray, In Re: / Personnel

```
78                                    132

1   had known that this was a one percent
2   motorcycle group, you wouldn't have gone to
3   get their blessing?
4        A  And I've explained to you
5   before.  You're stereotyping an entire
6   group of people.  When I go to church, my
7   deacon, I don't do his criminal record to
8   see if he's a one percenter.  We have a
9   motorcycle club in my church.  Northview
10  Christian Church of --
11       Q  A one percent club?
12       A  We have a motorcycle club in my
13  church.
14       Q  Not a one percent motorcycle
15  club?
16       A  We have a motorcycle club in my
17  church.
18       Q  Not a one percent?  We're
19  talking about a one percent motorcycle
20  club.  You knew was a one percent
21  motorcycle club because you told your
22  members.
23           CHAIRMAN SPANN:  Attorney
```

CITY OF DOTHAN/GRAY 000992
CONFIDENTIAL

78                                        133

1          White, let him answer the
2       question.  Please.
3   BY MR. WHITE:
4       Q  Didn't you?
5       A  As I said --
6       Q  Didn't you tell them that it was
7   a one percent motorcycle club?
8          CHAIRMAN SPANN:  Attorney
9       White, let him answer the
10      question.
11  BY MR. WHITE:
12      Q  Didn't you?
13      A  I had a motorcycle club in my
14  church.  I have not ran criminal histories
15  on my church members to see if they are one
16  percenters, if they are part of Outcast, if
17  they're a part of any other club.  And if I
18  choose to ride with someone because we
19  enjoy riding motorcycles, I'm not going to
20  interrogate them, pat them down or I'm not
21  going to run criminal histories just
22  because I enjoy riding motorcycles and
23  raising money and doing things of that

78                                        134

1   nature.
2       Q  You also told them that your
3   club was attached directly to the one
4   percent gang, didn't you?
5       A  Bring me the transcript and --
6       Q  That's not necessary.  It speaks
7   for itself.  And I think they heard it.
8          UNIDENTIFIED MALE AUDIENCE
9       MEMBER:  Let him have the
10      transcript.
11         CHAIRMAN SPANN:  Audience,
12      please refrain your comments,
13      please.  Thank you.
14  BY MR. WHITE:
15      Q  Page three middle, of the page:
16  MC is attached directly to the OMC.  We
17  work hand-in-hand with them.
18         Did you say that?
19      A  I know I said something close to
20  that.  I want to make sure because you've
21  been putting words in my mouth all day.
22      Q  That's not necessary.
23      A  Sir?

78                                        135

1       Q  It's not necessary for me to do
2   that.  Those are your words.
3       A  Yes.
4       Q  Thank you.  Let me show you
5   what's been marked --
6       A  It also says we don't subscribe
7   to the hardcore.  There's criminal elements
8   in them or if it's the rough side of them,
9   we don't subscribe to them, we just
10  coexist.  So if we're reading what we're
11  going to read --
12      Q  Let's do that.  I mean, I
13  thought I heard you tell them that if you
14  don't follow protocol they were going to
15  get slapped and jumped on or whatever.  You
16  subscribe to that, don't you?  You
17  subscribe to them pulling colors.  You
18  subscribe to anything that's in their
19  protocol.
20         MS. EDWARDS:  Objection.
21      That is vague and harassing the
22      witness.
23         (City Exhibit E was marked

78                                        136

1          for identification.)
2   BY MR. WHITE:
3       Q  Let me show what's marked as
4   Exhibit E.
5          CHAIRMAN SPANN:  Overruled.
6   BY MR. WHITE:
7       Q  Can you identify that
8   photograph?
9       A  Yeah.  That's a picture of
10  several members of my club.
11      Q  And who else?  Anybody in this
12  courtroom?  I mean, anybody in this
13  proceeding in that picture?
14      A  In this proceeding?
15      Q  Anybody in this room in that
16  picture?  I'm talking about you, Mr. Gray.
17      A  Oh.
18      Q  Are you in that picture?
19      A  I am.
20      Q  Would you tell me where that was
21  taken?
22      A  It was taken -- actually, I
23  don't know exactly where that was taken at.

CITY OF DOTHAN/GRAY 000993
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                      137

1        Q  And what are you holding?  Wait
2   a minute.  Do you know when?
3        A  Not specifically.
4        Q  Does it say anything about
5   Outcast on that?  I don't want to put words
6   in your mouth.
7        A  I don't want to either, sir.
8   Yes, it does say that on it.
9        Q  What does it say about Outcast?
10       A  It says our Outcast -- our first
11  Outcast are our team patch presented to
12  Bama Boyz by "Big O".
13       Q  And this picture is you and your
14  members?
15       A  Yes.  I said that earlier.  Yes,
16  sir.
17       Q  Holding a patch given to you by
18  "Big O" the president of Outcast?
19       A  He's still the president of
20  Outcast?  I'm asking.
21       Q  I'm using your words.
22       A  No, you're not.  You're using
23  your own.

Keith Gray, In Re: / Personnel

78                                                      138

1        Q  Let's go back --
2        A  If he is, he is.  If he's not,
3   he's not.
4        Q  Why did you get his blessing?
5   Because he was the private -- or probie?
6        A  If I can address the Board and
7   explain.  Just because I'm a president
8   today, don't mean I'm a president tomorrow.
9        Q  Okay.  So you're going to say
10  that you don't know if he is.  Was he then?
11       A  I'm going to have to assume so
12  but I don't know one hundred percent.
13       Q  But he was when you got his
14  blessing?
15       A  I'm going to have to assume so
16  but I don't know.  I'm not -- I don't for
17  fall up under what -- who that --
18       Q  And then this is the Outcast RIP
19  patch that he gave you?
20       A  It sure is.
21          MR. TYSON:  Meaning what?
22          THE WITNESS:  When they have
23       a fallen member they'll give a

Keith Gray, In Re: / Personnel

78                                                      139

1           patch that has that fallen
2           member's name on it.  Outcast,
3           they sew them on their vest, to
4           remember a fallen member or
5           comrade.  We were given one by
6           "Big O".  We never sewed it on
7           our patch -- on our vest.
8           Nobody in my club sewed it on
9           our vest.  Just like we never
10          sewed a supporter patch on our
11          vest because we didn't want to
12          be governed or them to believe
13          that we're governed in such a
14          way to have to fall strictly and
15          do what they say and things of
16          that nature.  But yes, we were
17          given a patch.  Respect I take
18          it.
19  BY MR. WHITE:
20       Q  So this relationship that you
21  had with Outcast goes beyond just getting
22  their blessing.  You're getting patches as
23  well.  Is that true?

Keith Gray, In Re: / Personnel

78                                                      140

1        A  Are you specifically talking to
2   the people that I have dealt with?  Are you
3   trying to say that the entire Outcast --
4        Q  You didn't know what a
5   relationship was, didn't know if you had
6   one but you've got a blessing, now you're
7   getting patches.  Do you have to give
8   anything back?
9        A  To clarify the record, you said
10  a relationship with Sin City.  That's where
11  you were talking about relationships with.
12       Q  Okay.
13          MR. TYSON:  Didn't you just
14       say you didn't sew this patch
15       on?
16          THE WITNESS:  I did.
17          MR. TYSON:  Okay.
18       A  I'm trying to understand your
19  question so I can answer.
20  BY MR. WHITE:
21       Q  So, your getting this patch that
22  doesn't mean anything?
23       A  I'm not a member of Outcast.

CITY OF DOTHAN/GRAY 000994
CONFIDENTIAL

```
 78                              141
```

1        Q  Does it mean anything for him to
2  give you a --
3        A  Yeah.  It was an honor for him
4  to give me a patch.
5        Q  It was an honor.
6        A  It's an honor for the chief to
7  give me a police department spirit coin.
8        Q  So you are equating a patch from
9  a criminal motorcycle gang with a pin from
10 the Dothan Police Department?
11       A  The patch didn't kill anybody.
12 The patch didn't murder anybody.
13       Q  The pin did?
14       A  It's a respect.
15       Q  Okay.
16       A  It is a respect.  He gave us
17 something.  Somebody offers you a glass of
18 sweet tea are you going to say no, I don't
19 want it?  Or you're going to either take it
20 and drink it or give it back or whatever.
21 It's just respect.  There's no ties; no
22 association.
23       Q  Is it a sign of respect for you

```
 78                              142
```

1  to go to their clubhouse and bring your
2  club?
3        A  No.
4        Q  It's not a respect?
5        A  No.
6        Q  Didn't you talk in your talk to
7  the probies about how important it was to
8  bring numbers to those clubs because they
9  bring numbers to yours, and if you don't --
10 that's a sign of disrespect?  You didn't
11 teach them that?
12       A  That was not specifically for
13 Outcast, that's everybody.
14       Q  That's everybody.
15       A  That is everybody.
16       Q  Including Outcast?
17       A  And we're going to associate,
18 we're going to go and support or have --
19 before all of this of course or whatever,
20 you know, this FBI investigation and what
21 I'm being told and everything, you go and
22 you support because when they come and
23 support my club -- and when I say they, I'm

```
 78                              143
```

1  talking about any motorcycle club.  They
2  come, they pay money for charity rides such
3  as the money that we donated to the Dothan
4  Police Department athletic league through
5  Chief Benton and give money because people
6  come support you.  So you don't call and
7  say.  "Hey, are you a one percenter?  Did
8  you commit murder?"  Okay, now I'll come.
9  You just -- it's the ride.  The fun of the
10 ride.
11       It's the relaxation from letting
12 your hair down from being in the police
13 department and going against these
14 criminals and seeing these -- and these
15 children being injured and things of that
16 nature.  You have a release when you --
17 it's therapy getting on a bike and riding.
18 You can paint it up in any manner that you
19 want to trying to make me out to be a
20 criminal, but my club does not do that no
21 matter how you say it.  And we are not
22 going to be criminals just because you try
23 to label us criminals.

```
 78                              144
```

1        Q  Thank you very much.
2        A  You're welcome.
3        Q  You don't have to be a criminal
4  to be in a criminal motorcycle gang, do
5  you?
6        A  I don't know.  I don't have a
7  criminal motorcycle gang.
8        Q  I mean, do you know -- I mean,
9  do you know whether or not OMC's are all
10 criminals?
11       A  I know an OMC that's in the
12 United States Army.  So are you calling him
13 a criminal?
14       Q  I'm just asking you a simple
15 question.
16       A  I'm just asking you a question.
17       Q  It sounds like, and correct me
18 if I'm wrong, but what you're telling the
19 Board is that it's not the club that's the
20 OMC, it's the member that's the criminal is
21 all that's important.  Is that what you're
22 saying?
23       A  Exactly.  I'm telling the Board

CITY OF DOTHAN/GRAY 000995
CONFIDENTIAL

78                                            145

1  I don't stereotype.
2       Q  So if a criminal motorcycle gang
3  has somebody in there that's never been
4  arrested then it's okay to hang out with
5  that gang?
6            MS. EDWARDS:  I'm going to
7       object.
8            MR. WHITE:  I know, I was
9       expecting that.
10           MS. EDWARDS:  Asked and
11      answered.
12           CHAIRMAN SPANN:  Objection
13      sustained.
14 BY MR. WHITE:
15      Q  Have you ever been to an OMC's
16 club?
17      A  Clubhouse?
18      Q  Clubhouse?
19      A  Yes.
20      Q  Why?
21      A  Same reason I've gone to every
22 other biker's clubhouse.  Because you go,
23 you ride.  You have people in common that

78                                            146

1  enjoys having motorcycles and riding.
2  That's it.  You don't go to get together on
3  the distribution of drugs or killing
4  anybody or anything.  You just ride your
5  bike to ride.
6       Q  I understand that.  I'm not
7  asking about why you ride a bike.  I'm just
8  asking why go to an OMC clubhouse?
9       A  I just told you.
10      Q  Okay.  Do you take your members
11 --
12      A  Clubhouse.
13      Q  I'm talking about OMC.  I'm
14 talking about outlaw motorcycle clubs.
15      A  I don't target and say, okay,
16 we're just all going to go to outlaw
17 motorcycle clubs.  I've been to, heck,
18 countless motorcycle clubs.  I've supported
19 their charities.  I've supported their club
20 by just going and being there and the
21 comradery.  Because when they come to
22 Dothan, like a lot of them did, and
23 supported our police department that we had

78                                            147

1  a police escort with and the invitations
2  from the police department and gave the
3  money and presented it to the police
4  department athletic league with the chief's
5  blessing, that is what we do.  We do
6  charity.  We do charity events as well.
7       Q  We'll talk about that a little
8  bit more.  I think you want this Board to
9  believe that you did that after you became
10 an MC and after you got blessed?
11           MS. EDWARDS:  Object to the
12      form.
13 BY MR. WHITE:
14      Q  Is that what you're trying to
15 convince them?
16           CHAIRMAN SPANN:  Are you
17      asking him a question?
18 BY MR. WHITE:
19      Q  Yeah.  I'm asking you did you
20 get the --
21           CHAIRMAN SPANN:  Ask a
22      specific question, please.
23 BY MR. WHITE:

78                                            148

1       Q  Did you get the chief's blessing
2  for your fundraiser after you got the
3  blessing of the motorcycle club?
4       A  I had a blessing from Outcast
5  Motorcycle Club before I gave them.
6       Q  Okay.  So when you did this
7  ride, you were riding also with Outlaw?
8       A  I don't think so.  I don't know.
9  There could have been some in there.  I
10 don't know.  I didn't poll anybody.
11      Q  Do you know when the City of
12 Dothan learned of your association with the
13 OMC's?
14      A  Probably after I filed my
15 federal EEO claim against the City on
16 August the 2nd, 2013.
17      Q  Did that have anything in there
18 about OMC's?
19      A  No, sir.  Witch hunt that
20 resulted in.
21      Q  Do you know how the City of
22 Dothan learned about your association with
23 OMC?

CITY OF DOTHAN/GRAY 000996
CONFIDENTIAL

78                                                          149

1          A  After I said after the witch
2    hunt from -- after I filed my federal EEOC
3    complaint and after I told the chief I was
4    being harassed by Major Steve Harris back
5    on May the 14th, 2013 at 4:45 p.m.
6          Q  So at 4:45 p.m., on what date?
7    What happened for them to learn that you
8    were blessed by an OMC?
9          A  The witch hunt started.
10         Q  Okay.  Is part of the witch hunt
11   the multiple arrests that occurred at
12   Outcast Motorcycle Club here in Dothan?
13         A  Say it one more time.
14         Q  You're saying that the City
15   learned about your involvement with the
16   Outcasts and Sin City Deciples when you
17   filed the EEOC claim.
18         A  Yes.
19              MS. EDWARDS:  Object to the
20              form to the extent that it calls
21              for speculation on his part of
22              when the department learned.
23              MR. WHITE:  I agree with

78                                                          150

1              you.  I don't understand it a
2              bit.  I'm wondering why he's
3              saying it.  That's what he said.
4    BY MR. WHITE:
5          Q  But what I want to know though
6    is --
7              CHAIRMAN SPANN:  Sustained.
8    BY MR. WHITE:
9          Q  -- did it not start with an
10   incident where members of the Outcast
11   Motorcycle Club ratted you out?
12         A  Is that what happened?
13         Q  I'm asking you.
14         A  According to internal affairs
15   and my interrogation -- I wasn't there.
16   They know I wasn't there.  They knew I
17   wasn't there on the day -- on the night
18   that I was called in on August the 25th.
19   And the City of Dothan and internal affairs
20   investigators told me that they knew I
21   wasn't there.  So for you to try to imply
22   that I had something to do with that is
23   false.

78                                                          151

1          Q  Okay.
2          A  The City just mislead the public
3    into thinking that I was there --
4          Q  Okay, let me ask you again.  I
5    mean, you know, I'm not saying that you
6    were there.
7          A  You just said I --
8          Q  I'm asking you if you were aware
9    that's how they learned about your
10   involvement was when those members ratted
11   you out?
12         A  What involvement?  What are --
13         Q  Being blessed.  Is that not
14   involved when you're blessed?
15         A  A motorcycle club that I'm not
16   at has a fight and I'm called into internal
17   affairs and I wasn't there --
18         Q  All I'm asking you is, is
19   whether or not you knew --
20         A  -- happened?
21         Q  I mean yes or no?  Did you know
22   that you got ratted out by those guys?
23              MS. EDWARDS:  Objection --

78                                                          152

1              CHAIRMAN SPANN:  Captain
2              Gray, can you answer the
3              question to the best of your
4              knowledge?  And if you need him
5              to re-ask the question, please
6              ask for him to re-ask it.
7          A  When I was called in that night
8    to be questioned about 10:00 something that
9    night, I was told that there was a fight
10   there at that place and, quote/unquote,
11   five people said that I had been involved
12   in some other activity, some other time and
13   they were vague as anything.
14              So it was this fishing
15   expedition that I was being asked about
16   when there's a separate group of
17   individuals that had an incident that I
18   wasn't at.
19              Now, it was alleged that I was
20   there and my police car was there.
21              CHAIRMAN SPANN:  August the
22              25th --
23              THE WITNESS:  Yes, ma'am, it

CITY OF DOTHAN/GRAY 000997
CONFIDENTIAL

Keith Gray, In Re: / Personnel

---

78                                                          153

```
 1            was alleged that but I had
 2       nothing to do with that.  So
 3       internal affairs, they're the
 4       ones that said five people -- I
 5       don't know if they said that
 6       five people from that club or
 7       that association, they just said
 8       five people alleged something
 9       else at some other time.  And it
10       was -- to me it was hearsay.
11            MR. TYSON:  Going back to
12       the question he just asked you.
13       These guys that were arrested
14       that night, did you know them?
15            THE WITNESS:  Let me see the
16       pictures.  Thank you.  I know
17       four of the eight.
18            MR. WHITE:  We would offer.
19       Exhibit C.
20            CHAIRMAN SPANN:  Are those
21       four members of your club?
22            THE WITNESS:  No.  They were
23       members of two -- they were
```

Freedom Court Reporting, Inc                  877-373-3660

---

78                                                          154

```
 1            members of another motorcycle
 2       club here locally before they
 3       changed over into the Outcast
 4       club, which has only been a few
 5       months.  They were members of --
 6       they were members of Bandidos at
 7       one time.  One of them -- they
 8       change up.
 9            CHAIRMAN SPANN:  But they
10       weren't members of your club?
11  BY MR. WHITES:
12       Q  Which ones did you know?  When
13  you say --
14       A  I don't know his name.
15       Q  What name is under it?
16       A  One, two, three, four, five,
17  six, seven.  There's seven names on here.
18  I know four of them and I don't know
19  anybody's name but one.  I don't go by --
20       Q  But they are named in the
21  picture though?
22       A  Yeah.  But I can't tell you --
23       Q  From left to right, top to
```

Freedom Court Reporting, Inc                  877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          155

```
 1  bottom tell what their names are.
 2       A  Yes, sir.  Let me read them for
 3  you.  And I just want to make the record --
 4  just because I'm reading these names, I
 5  don't know their names from the ones that I
 6  do know.  I know -- I know one of them.
 7  One says Key, one says --
 8       Q  I'm talking about the ones you
 9  know.
10       A  I just told you I only know one
11  of them by name, Mr. White.  You told me to
12  read off all their names --
13       Q  You know their face.  They have
14  their faces and they have their names.
15  Which ones do you know?
16       A  I know --
17            CHAIRMAN SPANN:  Are the
18       names associated with the
19       picture --
20            THE WITNESS:  I can read the
21       names out as I was trying to do.
22            MR. WHITE:  He's being
23       evasive for the record.
```

Freedom Court Reporting, Inc                  877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          156

```
 1            MS. EDWARDS:  I'm going to
 2       object --
 3            CHAIRMAN SPANN:  It does say
 4       left to right, top to bottom.
 5            MS. EDWARDS:  -- and say
 6       that he is not being evasive.
 7       He's doing his best to answer
 8       evasive questions.
 9            CHAIRMAN SPANN:  All the
10       names are there.  So if you
11       point out the picture you can
12       point out the names, you know
13       the names.  Okay.
14  BY MR. WHITE:
15       Q  All right.  Which one do you
16  know?
17       A  This one.
18       Q  Put a check mark by the ones you
19  know.
20       A  (The witness complied.)
21       Q  Okay.  How do you know them?
22            MS. EDWARDS:  May I see
23       that, Mr. White?  For the
```

Freedom Court Reporting, Inc                  877-373-3660

CITY OF DOTHAN/GRAY 000998
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                    157

1          record, Captain Gray has checked
2      the upper left corner, the
3      bottom left corner and the
4      bottom right corner of this
5      compilation of pictures.
6          CHAIRMAN SPANN:  Okay.
7      Thank you.  We would offer that.
8  BY MR. WHITE:
9      Q  How do you know them?
10     A  There -- the four that I checked
11 are in Outcast Motorcycle Club and they
12 were in other motorcycle clubs before they
13 went to Outcast Motorcycle Club.
14     Q  Does Outcast care whether or not
15 they have extensive felony arrests or
16 convictions?
17     A  I don't know.
18     Q  I mean, obviously they don't.
19 Do they?
20     A  I don't know.
21     Q  Do you dispute that those men
22 have extensive felony records?
23     A  I've not ran criminal histories

Keith Gray, In Re: / Personnel

78                                                    158

1  on any of those men.
2      Q  Do you dispute that Wendell Key
3  has twenty arrests, kidnapping twice?
4      A  No, I don't.
5      Q  Drugs, assault, theft, one of
6  the Outcasts in that club that you go to?
7          MS. EDWARDS:  I'm going to
8          object to this once again.  It's
9          calling for speculation.
10 BY MR. WHITE:
11     Q  Did you know that Eze Abuwali
12 had multiple arrests for assault?
13     A  I don't know him.  I didn't
14 check that one.
15     Q  Robert Williams.  Fourteen
16 arrests for assault, drugs, receiving
17 stolen property, stolen vehicle, burglary?
18     A  I don't know.
19     Q  Johney Thompson.  Five drug
20 arrests, burglary.
21     Dominic Overton.  Cocaine,
22 trafficking, arrests for assault, multiple.
23          MS. EDWARDS:  I'm going to

Keith Gray, In Re: / Personnel

78                                                    159

1          object to the extent that Mr.
2          White is attempting to testify
3          into the record.
4          MR. WHITE:  I'm asking if he
5          knows.
6          MS. EDWARDS:  Rather than
7          asking a question.
8  BY MR. WHITE:
9      Q  Do you know that Michael Lockett
10 had ten arrests, at least?  Including
11 assault?  Do you know him?
12     A  No.
13     Q  Do you know Dominic Overton?
14     A  That's the one that I checked.
15     Q  Okay.
16     A  Is he?  I don't know.
17          CHAIRMAN SPANN:  It is
18          checked.
19 BY MR. WHITE:
20     Q  Does it matter that those people
21 are at the clubhouse when you and your
22 people go there?
23     A  I have not said that they were

Keith Gray, In Re: / Personnel

78                                                    160

1  at the clubhouse when I went there.
2      Q  Would it matter at all?
3      A  Before or after that information
4  that you just shared with me that I didn't
5  know about?
6      Q  Would it matter to you now, at
7  any time that you were going to a one
8  percent motorcycle clubhouse?
9      A  Yes.
10     Q  And you're claiming that you
11 went there because you didn't know?
12     A  I didn't say I went there
13 because I didn't know.  I said I don't know
14 that they have criminal histories or -- I
15 say I have not ran any criminal histories
16 of anybody in these motorcycle clubs.  I
17 don't know if they're a preacher or if they
18 just got out of prison.  I don't know.
19 That's not my club.  I don't run with -- my
20 club is Bama Boyz Motorcycle Club,
21 Incorporation.
22     Q  Respect is gold, isn't it?
23     A  Sure it is.

CITY OF DOTHAN/GRAY 000999
CONFIDENTIAL

78                                              161

1        Q   And who gets that gold?
2        A   Everybody.
3        Q   People with a patch, right?
4   Probies don't get it, do they?
5        A   No, not always.
6        Q   Probies don't get that gold.
7        A   Mine do but not a lot of others
8   don't.
9        Q   But if they don't give that
10  respect, they get slapped, jumped on,
11  whipped or whatever.  Right?
12       A   No.  That was just as I said --
13       Q   You didn't mean that?
14           MS. EDWARDS:  Object to the
15           form.
16  BY MR. WHITE:
17       Q   You didn't mean it when you said
18  that?
19           CHAIRMAN SPANN:  Attorney
20           White, please ask him a
21           question.  Don't imply to what
22           he said.
23  BY MR. WHITE:

78                                              162

1        Q   Respect is gold.  And if you
2   don't give it, what happens?
3        A   Whatever I said in there is what
4   I said to my probies to make sure that they
5   know as much as they can so they can
6   understand that some clubs can be volatile.
7   Some clubs can be angry.  Some won't be.
8        Q   What are tasks?
9        A   Your vest.
10       Q   Okay.  And if somebody is
11  wearing an MC patch do you treat them
12  different than somebody that's got an RC
13  patch?
14       A   Some do.  I used to be an RC and
15  changed to an MC.  Some do, some don't.
16  There's different associations.
17       Q   Your lecture on protocol
18  addresses that though.  Right?
19       A   That's correct.
20       Q   And you used to be an RC.
21  Right?
22       A   Yes, sir.
23       Q   And you could have continued to

78                                              163

1   be an RC all day long and up to now,
2   couldn't you?
3        A   Sure.
4        Q   It you'd wanted to?
5        A   Sure.  I was one.
6        Q   So you didn't have to go get the
7   blessing?
8        A   RC's are doing that now, too.
9        Q   But they don't have to though,
10  or they do?
11       A   It depends on the area.  It
12  depends on what's going on.  Like I said,
13  there's no --
14       Q   What could happen to them if
15  they don't?
16       A   I can speculate.  That's about
17  it.
18       Q   Go ahead.
19           MS. EDWARDS:  Objection.
20           CHAIRMAN SPANN:  Objection
21           overruled.  Move forward,
22           please.  Answer the question.
23           And Attorney White, we've

78                                              164

1           heard the audio and if we can
2           move forward with questioning
3           that pertains to the dismissal,
4           please.  Thank you.
5           MR. WHITE:  Okay.
6   BY MR. WHITE:
7        Q   Go ahead.
8        A   Anything from nothing, depending
9   on what territory you're at.  Someone
10  asking you about your colors, someone --
11  depending on the kind of club or the
12  territory, if they're territorial, they can
13  ask you to remove your colors.
14           There can be violence in
15  motorcycle clubs as we've seen in the
16  media.  But it's doesn't mean everybody
17  that rides a bike is violent.
18       Q   And I believe in your lecture
19  you said that there are rules that you have
20  to follow and those rules are really like
21  protocol.  I guess you might call them
22  protocol or rules?
23       A   Yeah.

CITY OF DOTHAN/GRAY 001000
CONFIDENTIAL

78                                                    165

1      Q   Okay.  And that some of this has
2   to do with anniversary parties.  Is that
3   right?
4      A   When we're doing our -- when we
5   had our association, we did talk about
6   rules and finding specific members that
7   didn't attain a certain monetary value, you
8   know, uh-huh (affirmative response).
9      Q   And are the only mandatory
10  parties your own parties?
11     A   What do you mean by own party?
12     Q   Bama Boyz's parties are the only
13  parties that are mandatory for them to go
14  to.  Are they just your club parties?
15     A   Mandatory for my club?
16     Q   Yeah.
17     A   No.
18     Q   So you have anniversary parties.
19  Tell them what an anniversary party is.
20     A   Whenever your club is founded,
21  every year after it's founded have a
22  charity ride.  Most clubs have a meet and
23  greet on Friday nights where you invite

78                                                    166

1   clubs from all over to come and --
2   comradery, and have a disco.  May have some
3   food.  May have some drinks.  You have a
4   host hotel.  The next day there's usually a
5   charity ride.  With the majority of them
6   there's a charity ride.  Everyone has a
7   charity or something and you go because
8   your supporting their charity.
9          After the charity there is
10  usually a picnic associated with it.  And
11  there's either a monetary amount for the
12  entire ride or the picnic.  And that night
13  -- well, some clubs, like me, we have
14  competitions between the different
15  motorcycle clubs and trolley races, tug of
16  war, balloon -- I mean, just competitions.
17  Slow roll, things on your motorcycle.  And
18  we give trophies away for the team or club.
19         And then you have a disco that
20  night, a party that night.  You award
21  trophies sometimes at night instead of
22  during the day at the party and everybody
23  goes home.

78                                                    167

1      Q   Does the Legion of Doom have
2   those?
3      A   Yes.
4      Q   Who is the Legion of Doom?
5      A   Who is it?
6      Q   What is it?
7      A   It's a bike club.
8      Q   Is it an MC?
9      A   I believe they are but I'm not
10  one hundred percent.
11     Q   But you wouldn't dispute that
12  they're listed by the gang assessment as an
13  OMC, outlaw motorcycle gang?
14         MS. EDWARDS:  Object to the
15         form.  Calls for speculation.
16  BY MR. WHITE:
17     Q   I can show you.  Exhibit H.
18  Have you ever been to their clubhouse?
19     A   Which one?
20     Q   Legion of Doom.
21     A   Yes.
22     Q   Where is it?
23     A   The one I attended was in Panama

78                                                    168

1   City.
2      Q   In Florida?
3      A   Correct.
4      Q   I want you to look under Florida
5   for the gangs listed by the National Gang
6   Threat Assessment and see if you find in
7   the third column the Legion of Doom?
8          MS. EDWARDS:  May I see the
9          exhibit?
10         MR. WHITE:  I think you have
11         your own copy.
12         MS. EDWARDS:  I don't
13         believe I do, sir.
14         MR. WHITE:  Let me get you
15         one.
16  BY MR. WHITE:
17     Q   We go past Alabama and we'll
18  talk about -- well, we have talked about
19  the Sin City Deciples being listed.
20  Outcast.
21         MR. TYSON:  Where are you
22         getting these facts from, sir?
23         MR. WHITE:  It's on the

CITY OF DOTHAN/GRAY 001001
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                    169

```
 1              cover.
 2                   MR. TYSON:  I'm asking you.
 3       I can't read that over there.
 4                   MR. WHITE:  This is the
 5       National Gang Threat Assessment
 6       published by the Department of
 7       Justice and the National Gang
 8       Intelligence Center available to
 9       all law enforcement.
10  BY MR. WHITE:
11       Q  Let's look under Florida.  Are
12  they listed?
13       A  I see Legion of Doom highlighted
14  there.
15       Q  Thank you.
16                   MR. WHITE:  Yes, ma'am.
17                   CHAIRMAN SPANN:  We've gone
18       through this motorcycle club
19       thing over and over.  I would
20       like for you to proceed with the
21       criminal things that the captain
22       has done that has caused him to
23       be dismissed from the City of
```

Keith Gray, In Re: / Personnel

78                                                    170

```
 1       Dothan with the police
 2       department because that's what
 3       we are here to determine today.
 4       Yes, we have -- we do understand
 5       and we appreciate that because
 6       we came with lack of knowledge
 7       about motorcycle clubs and all
 8       but I feel that the Board
 9       understands now what the
10       motorcycles clubs are, what the
11       one percent gang -- if they
12       don't we will ask those
13       questions.  And let's move
14       forward because we're going
15       around and around.  We have
16       spent right now almost two -- on
17       that same topic of the
18       motorcycle club and we've got to
19       get to Examination.
20                   MR. WHITE:  Yes, ma'am.
21       Well let me just state for the
22       record he's not charged with a
23       crime nor does that constitute
```

Keith Gray, In Re: / Personnel

78                                                    171

```
 1       the basis of these charges at
 2       all whatsoever.  We are not
 3       alleging in any shape, form or
 4       fashion and never have made any
 5       allegation that he has committed
 6       a crime.
 7           What we have alleged and
 8       what he has denied is that he
 9       had knowledge that he was
10       associated with --
11                   CHAIRMAN SPANN:  Criminal
12       acts.  We'll put it that way.
13                   MR. WHITE:  Associated and
14       being directly associated with
15       an outlaw motorcycle gang.  Now
16       he has denied that.
17                   MR. TYSON:  Mr. Gray, how
18       long have you been in motorcycle
19       clubs?
20                   THE WITNESS:  About 2004,
21       2005.
22                   MR. TYSON:  Have you ever
23       seen any criminal activity take
```

Keith Gray, In Re: / Personnel

78                                                    172

```
 1       place?
 2                   THE WITNESS:  I have seen a
 3       lot of speeders on motorcycles
 4       going up and down the --
 5                   MR. TYSON:  I'm not talking
 6       about speeding.  I think you
 7       know what I'm talking about.
 8           Have you ever seen any
 9       criminal activity taking place
10       when you were visiting a
11       clubhouse or whatever?
12                   THE WITNESS:  No, sir.  Many
13       years -- pardon my time but I've
14       been to a lot of different
15       clubhouses and a lot of
16       different things.
17  BY MR. WHITE:
18       Q  You've never seen no criminal
19  activity, something that you should have
20  resulted you calling law enforcement?
21       A  No.
22       Q  Speak up for the record.
23       A  No.
```

CITY OF DOTHAN/GRAY 001002
CONFIDENTIAL

78                                    173

1          Q   Does that include marijuana?
2          A   Correct.
3          Q   So you're testifying that you've
4   never seen anybody smoking marijuana at any
5   of these parties?
6          A   That's correct.
7          Q   Do you deny they were?
8          A   Who was?  And if I just said
9   no --
10             MS. EDWARDS:  I'll object to
11         that as being vague.
12             CHAIRMAN SPANN:  Sustained.
13  BY MR. WHITE:
14         Q   We left off a minute ago you
15  were talking about, you know, what an
16  anniversary party was.  And my question
17  though is whether or not it's mandatory for
18  you or have you made it mandatory for your
19  members to go to other club's parties, such
20  as an anniversary party?
21         A   To other club's anniversary
22  parties mandatory?  Is that hard?
23             MS. EDWARDS:  I'm going to

78                                    174

1          object to this.  I thought we
2          moved on from the OMC's.
3              CHAIRMAN SPANN:  Are you
4          going to show us, Attorney
5          White, how this ties into?  The
6          anniversary party?
7              MR. WHITE:  Absolutely.
8              CHAIRMAN SPANN:  Will you
9          answer the question?
10         A   Yes.  I've required my club to
11  go to my other club's anniversary parties.
12  I've required my club to attend our own
13  anniversary parties.  And at all of those
14  none of them full members never did because
15  we have people that work.  We have people
16  that do different things.  Yeah, we call it
17  mandatory.  One gives his maximum
18  participation as we can out of it.  But
19  we're talking about adults that have jobs
20  and everything like that.  And this is --
21  this is comradery.  This is a good time.
22
23  BY MR. WHITE:

78                                    175

1          Q   Comradery is better than your
2   own family, I believe is your words.
3          A   I've said that before and
4   several other people in motorcycle clubs.
5          Q   Is it better than comradery than
6   with your fellow officers?
7          A   It depends if your fellow
8   officers are your friends or your fellow
9   officers trying to prosecute you.
10         Q   Let's talk about your friends.
11  Is it better than police officers that are
12  your friends?
13         A   No.  We have police officers
14  that also ride motorcycles.  And we have
15  people -- police officers that have the
16  same interest.  I've got police officers
17  that I've had a longer history with and
18  we're good friends, we're just good
19  friends.  So, this is so vague.  I have
20  friends that are police officers that I
21  enjoy being with more so.  And then I have
22  certain instances what we're going to watch
23  the Alabama game.  I've got friends in

78                                    176

1   motorcycle clubs that I prefer better than
2   police officers that root for Auburn.  I'm
3   an Alabama fan.
4          Q   Are you aware of any other
5   police officers that belong to a motorcycle
6   gang that's affiliated with an outlaw
7   motorcycle club?
8              MS. EDWARDS:  Object to the
9          extent that it calls for
10         speculation.
11             MR. WHITE:  No, it does not.
12         I'm asking if he knows of any
13         other police officers that is a
14         member of a club associated with
15         an outlaw motorcycle club.
16             CHAIRMAN SPANN:  Objection
17         overruled.  Go ahead and answer
18         that.
19         A   Yes.
20  BY MR. WHITE:
21         Q   Who?
22         A   Tiwan Truitt.
23         Q   Still?

CITY OF DOTHAN/GRAY 001003
CONFIDENTIAL

78                                                  177

1         A   You're going to have to tell me
2    that.
3         Q   Well, I'm asking.  I'm saying
4    now.  You know he is no longer or do you
5    not?
6              MS. EDWARDS:  Objection.
7    BY MR. WHITE:
8         Q   Do you?
9              MS. EDWARDS:  The attorney
10            is testifying.
11   BY MR. WHITE:
12        Q   Are you aware of that, that he's
13   not?
14        A   I've heard but I don't know for
15   sure.  Y'all let him get out or something
16   so he could keep his job?
17        Q   So you know a police officer --
18        A   And Truitt, also -- they also --
19   that club also -- which he's a member of,
20   did a fund raiser for the Dothan Police
21   Department and the police department --
22   across from the parking lot called All
23   Throttle Motorcycle Club and they have

78                                                  178

1    donated money to the Dothan Police
2    Department as well.
3         Q   Anybody else?
4         A   Can I get something to drink?
5         Q   Sure.
6         A   I believe Adrian Woodruff is in
7    a motorcycle club.  Sergeant --
8         Q   I'm talking about MC's.
9         A   Sergeant Chris Watson is in a
10   motorcycle club.
11        Q   MC's?
12        A   I think they're MC's.  Dothan
13   MC's.
14        Q   Do you know their names?
15        A   Iron Dragons and Iron pigs, I
16   think it is.
17        Q   Are MC's?
18        A   Uh-huh (affirmative response).
19   I believe so.  And the -- I believe
20   Sergeant Ball may still be in the Blue
21   Knights.
22        Q   Are you saying that the Blue
23   Nights is an MC?

78                                                  179

1         A   An MC?  A motorcycle club?  Yes.
2         Q   Do you know what the MC's are,
3    the Blue Knights are?
4         Q   Do you know what the MC's are?
5         Q   I'm asking you.
6         A   A motorcycle club.
7         Q   I'm talking about the Blue
8    Knights.  Tell them who the Blue Knights
9    are.
10        A   The Blue Knights is a law
11   enforcement motorcycle club, just like
12   United States Army Motorcycle Club.  They
13   are a motorcycle club.
14        Q   Are they blessed by an outlaw
15   motorcycle club like yours?
16        A   I can't tell you.  I don't know.
17        Q   Did you have any training about
18   outlaw motorcycle gangs while you were in
19   Dothan Police Department?
20        A   Not that I recall.
21        Q   Do you remember specifically
22   watching videos about the Outcast
23   Motorcycle Club?

78                                                  180

1              MS. EDWARDS:  I'm going to
2         object.  I feel like we're
3         continuing to go around in
4         circles --
5              MR. WHITE:  I haven't
6         touched this.  I have not
7         touched this.  I'm talking about
8         his specific training by DPD.
9         Now, how that could be circular
10        -- I know that's a good word,
11        you know, for everybody saying
12        it but I ain't touched what he's
13        been taught by DPD about Outcast
14        and what he knew before he
15        joined and got their blessing.
16             CHAIRMAN SPANN:  Are you
17        asking him now --
18             MR. WHITE:  Has he --
19             MR. CHAIRMAN SPANN:  Been
20        trained by the Dothan Police
21        Department?  Proceed to answer
22        the question.
23        A   Not that I recall.

CITY OF DOTHAN/GRAY 001004
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                181

1   BY MR. WHITE:
2        Q   Do you recall any training about
3   outlaw motorcycle gangs?
4        A   Over my twenty-eight and a half
5   years at the Dothan Police Department, I
6   cannot recall.  I could have been.  I
7   cannot recall out of all of those years of
8   training.
9        Q   Now, I'll leave it up to the
10  Board about how we want to authenticate
11  these training videos.  These videos that
12  were shown.  The chief can testify to that,
13  we can put him on the stand, let him
14  authenticate this before we play them or
15  however you choose to do it.  Or we can
16  proceed and ask --
17       CHAIRMAN SPANN:  Do you just
18       have an attendance record that
19       he was in attendance to these
20       training videos?
21       MR. WHITE:  No.  But we have
22       -- we can get it.  You want to
23       break for lunch and then get

Freedom Court Reporting, Inc                877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                182

1        that and then play the video?
2        CHAIRMAN SPANN:  Yes.  If we
3        can get the training records
4        where Captain Gray was in
5        attendance and put the video in.
6        That does not mean he was in
7        attendance.
8        Let's break for lunch.
9        Forty-five minutes.  Be back at
10       1:30, please.  Thank you so
11       much.
12  12:46 p.m.
13       (Recess taken.)
14  1:39 p.m.
15       CHAIRMAN SPANN:  If I can
16       have your attention.  We are
17       going to call the meeting back
18       to order.  Back on the record.
19       Do you want Mr. Gray back?
20       MR. WHITE:  Yes, please.
21       CHAIRMAN SPANN:  Proceed.
22
23  BY MR. WHITE:

Freedom Court Reporting, Inc                877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                183

1        Q   Captain, you've alleged that
2   this investigation arose in a way other
3   than your being named by members of the
4   Outcast Motorcycle Club.  Can you tell us
5   any and all facts which support your
6   contention?
7        A   Any and all facts.  The fact
8   that I talked to Benton and told him that I
9   was being harassed by Parrish and he said
10  he would get back to me and he never did.
11  And the results of it.
12       I filed -- I told him I didn't
13  want to file anything against the City,
14  didn't want to file an EEO claim, didn't
15  want to go to the media.  I told him I was
16  being harassed.  And I spoke to him
17  specifically on why I felt like Major
18  Parrish was harassing me.  And he said he
19  would get back to me and he never did.  And
20  as a result of him not getting back to me,
21  I had a statute of limitations on my EEO
22  complaint, and he never got back to me
23  which is the reason I filed, the sole

Freedom Court Reporting, Inc                877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                184

1   reason that I filed.  Because I expected to
2   get some relief for it, even an answer.
3        So, in that -- I didn't -- and
4   shortly after the City EEO officer
5   contacted me, Mr. Darrell Matthews, he told
6   me that he had received notice from EEOC
7   that I filed an EEOC claim.  And shortly
8   after that is when I went home on a normal
9   Friday evening and I became the subject of
10  an investigation to which it was one
11  hundred percent clear to me that this is
12  retaliation for me standing up for my
13  rights.
14       The basis -- and then there's a
15  lot I guess you're trying to get out.  The
16  basis for me talking to him about --
17       Q   Chief?
18       A   Yes.
19       Q   Or Darrell?  Chief?
20       A   It's chief.  Was -- there's been
21  -- there's been several accolades that I
22  should have received, which would go
23  towards my evaluation in a positive way.

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 001005
CONFIDENTIAL

78                                                          185

1   Major Parrish began -- well, the chief of
2   Major Parrish transferred me back in
3   January from the field operations bureau to
4   the admin bureau.
5            After I was transferred Major
6   Parrish removed two of several divisions
7   from me and put them up under himself
8   directly.  The communications division
9   where everybody knows Rory Woodman.  He
10  goes to lunch everyday; they are great
11  friends.  And he removed this position from
12  me.  And he also removed the training
13  division, which also at the time was under
14  the administrative division.
15           Shortly after I was advised by
16  chief Benton and Major Parrish that I was
17  being transferred, they gave me the reason
18  that it was cross-training and the fact
19  that Captain Stacy Robinson had a health
20  issue, that if he was transferred to the
21  investigative services bureau it was more
22  of a self-sustaining bureau and he could
23  tend to his medical issues.  Those were the

78                                                          186

1   only two reasons why I was transferred.
2            Shortly thereafter I talked to
3   Parrish a few weeks after that and I told
4   him that this didn't pass the smell test;
5   the time limits of it.  And there had been
6   a survey that the chief had put out within
7   the department asking about morale in the
8   department and what could we do to make
9   certain aspects of the department as far as
10  morale and what would they do if they were
11  -- what would we do if we were the chief
12  and what changes and things should be made
13  in the department.
14           And as a result of talking with
15  Parrish, I asked -- I told him it didn't
16  pass the smell test.  He said come in and
17  close the door.  He said, "you are a
18  micro-manager."  I said "how so?"  He said
19  Lieutenant -- excuse me.  "Chief Benton was
20  looking for a polygraph report and he's
21  been -- he can't find it and you're over
22  the polygraph section."
23           And I said, "no, I do the check.

78                                                          187

1   I receive the reports and I give them to
2   him but I don't distribute polygraphs."  I
3   said, "Woodham distributes polygraphs."
4            "No, no.  You."
5            I said, "yes he does."  So I
6   said, "is there anything else?"
7            "Yes.  You -- you stay out --
8   you stay out late at night and you
9   shouldn't be -- you shouldn't be -- should
10  have anything -- you shouldn't be out past
11  2:30 in the morning."
12           And I said "really?"  I said,
13  "what time do I need to be in the house,
14  Major?"  All of the stuff I told Chief
15  Benton as well.  But I told him in May.  I
16  said, "what time do I need to be home,
17  Major?"
18           And then he started trying to
19  backtrack and say, "well, I'm just saying
20  the patrol is seeing you out during your
21  off-duty time."  And he said, "you being a
22  micro-manager, you conducted a,
23  quote/unquote, "three-day investigation"

78                                                          188

1   into an officer that his supervisor should
2   have conducted this investigation of."
3            And I said, "do you know all the
4   facts about what's going on here?  We had
5   an officer -- I'm not going to name the
6   name, that -- my opinion and in two, three
7   -- three other supervisor's opinions had
8   violated multiple policies with regards to
9   a traffic stop that he had made."
10           MR. TYSON:  What kind of
11  policies?
12           THE WITNESS:  The stop dealt
13           with a DUI.  And when the
14           officer pulled this car over it
15           was -- the car was pulled over
16           on HUD property.  The officer
17           approached and spoke with the
18           driver and obtained the driver's
19           license of the driver and the
20           passenger.  And I believe the
21           one in the back was a juvenile,
22           I believe it was.  And the
23           officer saw what he believed to

CITY OF DOTHAN/GRAY 001006
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                        189

```
1        be a weapon, the butt of a
2     revolver.
3            And when the officer went
4     back from his vehicle to -- and
5     I'll get to the policy.  When
6     the officer went back to his
7     vehicle to run the names, the
8     passenger ran but he still had
9     his ID.
10           The officer then went back
11    to the vehicle and saw the butt
12    of this, what he believed to be,
13    a gun and asked the driver --
14    remove the driver.  Found some
15    -- I think an open -- liquor
16    that the seal had been broken
17    on.  And he detained the driver.
18           After going back to get the
19    weapon it turned out to be a toy
20    pistol with an orange plastic --
21    it was a plastic pistol with an
22    orange plastic end on the end of
23    it.
```

Freedom Court Reporting, Inc                877-373-3660

---

Keith Gray, In Re: / Personnel

78                                        190

```
1            And, anyway, the officer
2     arrested the subject for
3     carrying a concealed weapon.
4     And there was also a billy -- a
5     billy club, something you check
6     and make sure -- you check your
7     tire with.  And he made an
8     arrest of that driver, taking
9     him in for DUI and carrying a
10    concealed weapon.
11           According to his supervisor
12    that was on the scene, there
13    wasn't a field sobriety test
14    done.  The driver said that he
15    was not guilty of drinking.
16    Instead of the officer booking
17    him straight in, which the
18    policy is you book them in and
19    do the field sobriety test -- I
20    mean the alcohol test, the
21    officer took him straight into a
22    breath test.  The guy blew
23    zeros.  He didn't charge him
```

Freedom Court Reporting, Inc                877-373-3660

---

Keith Gray, In Re: / Personnel

78                                        191

```
1        with DUI.  He charged him with
2     carrying a concealed weapon.  He
3     signed and swore that -- to the
4     magistrate that the concealed
5     weapon on the complaint says
6     brass knuckles and slingshot
7     where he had a toy plastic
8     pistol and a billy club.  And he
9     sworn unto the magistrate with
10    the paperwork that I've seen and
11    also submitted a ticket for DUI
12    to the magistrate.
13           And to my knowledge and
14    speaking with the magistrate,
15    the defendant didn't get a copy
16    of the DUI ticket, nor was he
17    booked for DUI.  So we had a
18    ticket that was turned in for
19    DUI, the person wasn't arrested,
20    wasn't booked for it.  He was
21    booked for something that,
22    according to Alabama State law
23    and in speaking with the judge,
```

Freedom Court Reporting, Inc                877-373-3660

---

Keith Gray, In Re: / Personnel

78                                        192

```
1        that toy pistol and that billy
2     club did not -- number one, it
3     wasn't a slingshot or brass
4     knucks and it was still sworn
5     to.
6            So I brought this to the
7     attention -- I brought this to
8     the attention of Major Parrish.
9     However, I -- this officer had
10    come from out of town, a
11    different department.  And I
12    wanted to make sure that our
13    department wasn't unfairly going
14    to look at him for discipline
15    because we may have failed
16    somewhere.
17           So I asked the training
18    coordinator at the time to come
19    over.  Internal affairs, I'm a
20    senior officer, to come over.
21    And his then supervisor, which
22    was a lieutenant, laid out all
23    of the information and asked if
```

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 001007
CONFIDENTIAL

78                                                            193

1      our department erred in any type
2      of training in any type of way.
3      And all three of them said no.
4          This officer should have
5      followed proper protocol.  And,
6      so, I called the personnel
7      department and spoke with --
8      they had me on the phone.  I
9      believe it was Chris Knight and
10     it seemed like two other ladies
11     from personnel, just gave them
12     about the same story I gave you.
13     And they said you know what,
14     that was -- that sounds like
15     some major offense could cause
16     undue liability to the city
17     or --
18         MR. TYSON:  What was the
19     results of this?
20         THE WITNESS:  He told -- the
21     major told me that I -- I was
22     micromanaging.  His supervisor
23     should have conducted the

78                                                            194

1      investigation and the major
2      selected the same officer as
3      being on the recruitment team.
4      He favors this particular
5      officer.  And I -- that was one
6      of the other reasons he said
7      that I was micromanaging.
8          So I feel like because I was
9      bringing an issue to the major
10     and reported it to him and I
11     reported it to the chief that I
12     was the one being chastised and
13     I was being the one transferred,
14     which this is one of the reasons
15     now.
16         And the chief wasn't there.
17     He didn't know at the time.  He
18     was out of town.  That this was
19     one of the reasons out of the
20     reasons why I was really
21     transferred.  It wasn't what
22     Chief Benton said and what Major
23     Parrish said the first day I was

78                                                            195

1      told.  This is what Major
2      Parrish was telling me was the
3      reason -- he didn't say the real
4      reason, but he said these are
5      the things what I asked him
6      didn't pass the smell test.
7      These are a few of the things.
8          So this is some of the
9      reasons, coupled with the fact
10     that I was getting Guardian
11     Tracking.  I wasn't getting any
12     positive Guardian Tracking
13     feedback.
14         When I was the bomb squad
15     commander when Ethan was in an
16     underground bunker I was given a
17     citation by the governor.  I'm
18     the one that actually set up the
19     FBI coming to give the bomb
20     squad the certificates that they
21     had gotten.
22         I'm the one that recommended
23     this with the governor's office.

78                                                            196

1      But I didn't get anything such
2      as what you just received in
3      your first exhibit that we're
4      going through.  I didn't get
5      anything from Parrish.  Because
6      when Parrish was telling me I
7      stayed out too late at night I
8      told him that you are playing --
9      you are showing favoritism
10     towards Lieutenant Woodham.  And
11     people -- we see it.
12         And the first rule in
13     Supervisory 101 is you don't
14     show favoritism to any employee
15     because it could cause
16     animosity.  And he said, well,
17     maybe -- you know, maybe I
18     should look at what I'm doing
19     differently.
20         And we stopped
21     communicating.  I stopped
22     getting information from the
23     department.  I stopped -- he

CITY OF DOTHAN/GRAY 001008
CONFIDENTIAL

78                                         197

```
1              stopped keeping me in the loop
2         of things.
3              I'm just finding out things
4         just by other subordinates,
5         officers coming to me.  So this
6         coupled with he's wanting to
7         keep a tighter tab on me than he
8         is any other supervisor.  And
9         it's just changing policy.
10             I -- there's a lot of
11        different things if you want to
12        continue to go on.
13             CHAIRMAN SPANN:  No.
14             MR. TYSON:  If you feel
15        you've been discriminated
16        against for thirty years we'll
17        be here all day.  No, sir.  No,
18        sir.  No, sir.
19   BY MR. WHITE:
20        Q  That's what comes to mind.  Is
21   that right?
22        A  Pardon me?
23        Q  That's what comes to mind?
```

78                                         198

```
1         A  A lot more things come to mind.
2         Q  Is there anything that you would
3    have this Board know about the real reason
4    behind this investigation?
5         A  The real reason is a witch hunt.
6         Q  A witch hunt.  Are you claiming
7    this is an improper investigation?
8         A  Had I not told this man that I
9    was being harassed by Major Parrish on May
10   the 14th, I would still be working in that
11   department right now.
12        Q  Do you dispute that known felons
13   gave you up as being an associate of
14   theirs?
15        A  So we're talking about hearsay
16   of someone that got in trouble at an event
17   that I wasn't at and I am now fired because
18   of it?
19        Q  I'm talking about what we have
20   on videotape.  But I'm just asking, do
21   you believe that it was improper for them
22   to do an investigation on you when these
23   known felons said that they saw you
```

78                                         199

```
1    numerous times with them while they were
2    smoking dope?
3         A  Oh, yeah.  Yes.  That's --
4         Q  That's improper?
5         A  Let's bring the dope smokers on.
6    Like I told internal affairs:  Let's do the
7    drug test.
8         Q  We'll get to that but right now
9    we're with you.
10        A  Yeah.
11        Q  What I'd like to do is finish
12   with you before we get to the dope smokers.
13        A  Bring them on.
14        Q  Okay.  But before we do, I'm
15   asking you, do you believe that it was
16   improper once the chief of police found out
17   that when all of these felonies occurred
18   and all of these felony arrests occurred at
19   the Outcast Motorcycle Club --
20        A  Correct.
21        Q  -- and during the interviews of
22   those subjects, those people who were
23   charged --
```

78                                         200

```
1         A  Okay.
2         Q  -- they named you as being
3    associated with them, do you think he
4    should have let that go?
5         A  The chief had --
6         Q  Wait a minute.  Please.  Your
7    lawyer can ask you all kinds of questions
8    but right now my question is:  Do you think
9    the chief should have ignored that?
10        A  The chief can call for an
11   investigation whenever he wants to.  The
12   motive behind it is because I filed my
13   federal EEOC claim.
14             Now, for someone to give so much
15   credence to some people you just arrested
16   that had nothing to do with me and then
17   call me in -- if it was any other captain
18   down there, someone just came up with
19   hearsay or what have you, this wouldn't be
20   happening.
21             MR. TYSON:  What about May
22        the 14th?  You just said a few
23        minutes ago that's when your
```

CITY OF DOTHAN/GRAY 001009
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                          201

```
 1              problems started.
 2                  THE WITNESS:  I told him
 3          that I had been harassed by
 4          Parrish all the way going back
 5          towards January.  I told him
 6          some of the things that I shared
 7          with you, as well as the
 8          investigation by the officer I
 9          just told you about on the
10          charges.  And he told me he had
11          the file on his desk and it
12          appeared that I was making a
13          mountain out of a molehill, but
14          after I explained to him all the
15          details of what had been found
16          out and his supervisor conducted
17          the investigation.
18                  MR. TYSON:  So, from May the
19          14th until you filed the
20          grievance on August the 2nd,
21          what happened between then, May
22          and August the 2nd?  That little
23          stretch.  Did everybody --
```

Keith Gray, In Re: / Personnel

78                                                          202

```
 1          everything go well then?
 2                  THE WITNESS:  Parrish and I
 3          still weren't talking, weren't
 4          collaborating --
 5                  MR. TYSON:  From May the
 6          14th until August the 2nd.
 7                  THE WITNESS:  Yes, sir.  I
 8          understand what you're saying.
 9                  MR. TYSON:  Okay.
10                  THE WITNESS:  I had a six-
11          month counseling session with
12          Parrish.  Lieutenant Mike Etris
13          (phonetic) had been promoted to
14          lieutenant.  Mike Etris was
15          placed as the administrative --
16          administrative services
17          lieutenant.  There's no such
18          thing.  They created -- this
19          position was created.  And, so,
20          the people that answered to me
21          now answer to Lieutenant Mike
22          Etris.
23                  Two divisions were removed
```

Keith Gray, In Re: / Personnel

78                                                          203

```
 1          from me and put directly up
 2          under Major Parrish.  And my
 3          authority began to be minimized
 4          as a result of Parrish and I --
 5          the issue that he -- you know,
 6          whatever issue he is having with
 7          me specifically.
 8      BY MR. WHITE:
 9          Q  Is there any documentation of
10      your interaction with Major Parrish?
11                  MS. EDWARDS:  I'm going to
12          object to that as being a vague
13          question.
14                  MR. WHITE:  I mean, he's
15          given some pretty detailed
16          accounts of some things that
17          have transpired.  I'm just
18          asking if he's aware -- that's
19          all a matter of record.
20                  MS. EDWARDS:  I object.  I
21          don't understand that question.
22      BY MR. WHITE:
23          Q  My question is, what he just
```

Keith Gray, In Re: / Personnel

78                                                          204

```
 1      said, is that a matter of record?
 2                  CHAIRMAN SPANN:  Do you
 3          understand the question?
 4                  THE WITNESS:  I don't know
 5          what -- "matter of record."  I
 6          don't know what he's saying.
 7          Have I filed something?  Is that
 8          what you're asking?
 9      BY MR. WHITE:
10          Q  Has Steve Parrish filed
11      something regarding when the governor was
12      in town and various things that you are
13      documented as having done or not done?
14                  MR. TYSON:  He's going back
15          to the Ethan deal up in Midland
16          City.  Am I correct?
17                  MR. WHITE:  You know, I
18          would like -- you know, we can
19          get Captain Parrish in here and
20          give his account.  But I'm sure
21          --
22                  MR. TYSON:  But what you're
23          referring to is when the
```

CITY OF DOTHAN/GRAY 001010
CONFIDENTIAL

78                                        205

```
1              governor came with the Ethan up
2         here.  Right?
3                   MR. WHITE:  July 8th.
4    BY MR. WHITE:
5         Q  You're alleging that some of
6    these administrative changes were aimed at
7    you and punishing you.  But are you aware
8    that there were reports given before that
9    decision was made to justify those changes?
10        A  Of course.
11        Q  And you're saying that it
12   doesn't matter what they say, you know,
13   there was no need, it was all aimed at you?
14        A  The report which I -- I don't
15   know if you're alluding to it or not.
16   There is a report where Parrish -- when I'm
17   getting my six months counseling statement
18   says that prior to me taking the
19   administrative bureau over, that this had
20   been -- this lieutenant that placed in
21   administrative services bureau, lieutenant,
22   was approved by Chief Benton when Captain
23   Robinson was over the division.  Is that
```

78                                        206

```
1    what you're referring to?
2         Q  What I'm referring to is you
3    made several allegations as far as the
4    reason or the actions taken that were
5    discriminatory against you.  Made several
6    allegations.  And I don't want get too far
7    afield of what we're here for today, which
8    none of that is part of your charge.
9    You're not charged here with whatever the
10   reason for the change in the department
11   was.  What you're charged with was
12   associating with known felons and getting
13   the blessing of a known outlaw motorcycle
14   club and visiting XXX obscene websites and
15   being -- gaining access to material in
16   order to search for information, personal
17   information, on your co-employees.
18             Now, I don't see anything in
19   there, you know, about the charges today --
20             MS. EDWARDS:  I'm going to
21             object to the extent that Mr.
22             White is testifying right now
23             rather than asking a question.
```

78                                        207

```
1              CHAIRMAN SPANN:  Objection
2         sustained.  Will you please go
3         back to the question at hand as
4         to why this --
5              MR. WHITE:  Okay.
6              CHAIRMAN SPANN:  -- Board is
7         sitting here today and not
8         because of discrimination?
9         Thank you.
10   BY MR. WHITE:
11        Q  Now, I asked you a minute ago
12   and I want to clarify.  Do you think that
13   it was discriminatory or do you think it
14   was improper or do you think it was wrong
15   when those people who were arrested at the
16   Outcast Motorcycle Club for felonies named
17   you, and for the chief to investigate that?
18   Was that discriminatory or wrong?
19        A  Had I not complained about being
20   racially harassed, had I not been
21   complaining of racial discrimination, this
22   investigation that comes from a place where
23   I was not at, not associated, and we have
```

78                                        208

```
1    some other criminals just throwing up my
2    name to try to get off of a charge or
3    something like that is the basis for what
4    is -- I'm here today on.  So the chief can
5    conduct any investigation he wants to.
6              MR. WHITE:  Nothing further
7         of this witness.  Thank you.
8              CHAIRMAN SPANN:  Thank you.
9                   - - -
10             EXAMINATION
11   BY MS. EDWARDS:
12        Q  Captain Gray, I'm going to go
13   back to and address some of the questions
14   that we had in the very beginning from Mr.
15   White and when Mr. White was questioning
16   you about FBI and ABI.
17             Have you received every FBI or
18   ABI bulletin that has ever been produced by
19   either of those bureaus?
20        A  No.
21        Q  How many have you seen over your
22   career, would you estimate, that would even
23   relate to an outlaw motorcycle club?  And
```

CITY OF DOTHAN/GRAY 001011
CONFIDENTIAL

78                                                            209

1    first of all, let me ask you, how do they
2    come to you?
3         A  Some of them would come through
4    -- in my younger years some of them would
5    come through your lieutenant.  They would
6    come down through your box.  Some would be
7    -- come to you based upon what schools you
8    may have attended, that may be from Alabama
9    Bureau of Investigation.  If you attended
10   an Alabama school, you know, criminal -- a
11   school or training session or something
12   like that.  Some of them just filter down
13   through the administration of the police
14   department.
15        Q  Have you ever received a direct
16   order that it is your responsibility to
17   check every FBI or ABI bulletin that is put
18   out on either of those organizations?
19        A  No, ma'am.
20        Q  Verbally?
21        A  No.
22        Q  In writing?
23        A  No.

78                                                            210

1         Q  Have you ever committed
2    extorsion?
3         A  No.
4         Q  Have you ever committed any
5    violence?
6         A  No, ma'am.
7         Q  Have you ever committed larceny?
8         A  No, ma'am.
9         Q  Have you ever been in a club
10   where any of those crimes had been
11   committed?
12        A  No, ma'am.
13        Q  Have you ever witnessed any of
14   those crimes being committed?
15        A  No.
16        Q  Now, you said that you had been
17   a member of internal affairs before.  Is
18   that correct?
19        A  That's correct.
20        Q  How many years were you a member
21   of internal affairs?
22        A  Approximately seven.
23        Q  Now, I understand that you were

78                                                            211

1    the subject of an internal affairs
2    investigation leading to your termination?
3         A  Yes, ma'am.
4         Q  In your opinion, was the
5    investigation conducted by internal affairs
6    done according to the protocol that you
7    understand internal affairs investigations
8    to be conducted?
9         A  No, it wasn't.
10        Q  Can you explain why?
11           MS. EDWARDS:  And I'm just
12           going to go ahead, if I may,
13           Board, and have him walk us
14           through both of his interviews.
15           I believe his first was one- to
16           two-hours long and the second
17           was about five hours long and
18           kind of take us through the
19           process of how this whole
20           investigation unfolded.
21   BY MS. EDWARDS:
22        First of all, starting the night
23   that you were called in.  What were the

78                                                            212

1    reasons given to you for you being
2    questioned that night?
3         A  I was told that I had been
4    present at some other -- well, first of
5    all, I was asked if I knew about the
6    incident that happened at Outcast
7    Motorcycle Club, and I believe the
8    investigator said about two o'clock in the
9    morning.  I told them I wasn't there, I was
10   at home asleep.  And he said that they had
11   received information from five people that
12   some other time, some other place, but
13   didn't specify what, when or where that I
14   had been, quote/unquote, "around marijuana
15   smoke so thick you can cut it with a
16   knife."
17        Q  And may I ask, have you ever
18   been around marijuana smoke that was so
19   thick that you could cut it with a knife?
20        A  No, ma'am.
21        Q  Have you ever been around
22   marijuana smoke at any motorcycle club
23   event that you've ever been around?

CITY OF DOTHAN/GRAY 001012
CONFIDENTIAL

78                                                          213

1        A  No.

2        Q  Now, what else was brought up?

3  How else were you questioned?

4        A  I asked them:  Let's take a drug

5  test immediately.  I've been taking them

6  over my twenty-eight years, and I adamantly

7  deny that.  And I was told that the same

8  five people told me that I had been

9  witnessed on my motorcycle unsteady on my

10  feet, being under the influence of alcohol

11  to the point that I was unsteady on my

12  feet.

13        Q  What was your response to that?

14        A  I asked them -- well, I told

15  them that anybody that rides a motorcycle

16  with two wheels has been unsteady on their

17  feet at some point based on speeds, lights

18  changing, just different factors.

19             But after that, I said I want to

20  answer your question:  No, I have not been

21  under the influence of alcohol.  And I've

22  not been on my motorcycle where I've been

23  drunk or unsteady on my feet, or whatever

78                                                          214

1  the allegations are.

2        Q  So, it's your testimony here

3  today that you have never driven your

4  motorcycle over the legal limit of alcohol?

5        A  That's correct.

6        Q  What else was brought up during

7  this first meeting?  Let me ask you this

8  question:  Was anything brought up about

9  one percenters in this first meeting?

10        A  No, not that I can recall.

11        Q  So, the first time that anything

12  about an outlaw motorcycle club or about a

13  one percenter ever came about was the

14  second time that you were questioned?

15        A  That's correct.

16        Q  Now, first of all, this

17  investigation lasted approximately one

18  month?

19        A  Yes, give or take a week.  Well,

20  it was at least a month.

21        Q  Okay.  In your thirty years of

22  law enforcement have you ever seen, either

23  while you were in internal affairs or not,

78                                                          215

1  an internal affairs investigation last that

2  long?

3        A  No.

4        Q  So, you have this first meeting

5  where they're asking you these questions,

6  you're emphatically answering:  No.  No.

7  No.  No.  A period of time goes by.  How

8  long goes by before you're called in for

9  the second round of questioning?

10        A  It was a month.  It was about a

11  month.

12        Q  So, the second time that you

13  were brought in for questioning, how long

14  were you questioned?

15        A  About five hours.

16        Q  And that's the first that you

17  heard of a one percenter club?

18        A  Yes, ma'am.

19        Q  Now, during your questioning and

20  during the second interview were you asked

21  about an incident that occurred with the

22  Outcast Motorcycle Club?

23        A  During the first --

78                                                          216

1        Q  Well, during the second one.  Or

2  had they abandoned that by the second one?

3  I'm just trying to get it clear in my mind.

4        A  No, they continued.  I had to

5  ask them was this a continuation of the

6  first interview.  Because I wasn't given

7  the policy that says that I be advised in

8  writing before any questions of any new

9  allegations or any allegation regardless of

10  its nature.  And I didn't get that in the

11  second interview.  I got it in the first

12  one but they didn't tell me or give me that

13  to sign in the second.

14        Q  What was included in the first

15  written notification that you received?

16        A  It was very vague.  That I was

17  being questioned dealing with my activities

18  regarding my motorcycle club where I failed

19  to remove myself or to take action and

20  that's all it said.

21        Q  So, are you testifying that you

22  didn't receive a second notice prior to

23  this five hours of questioning?

CITY OF DOTHAN/GRAY 001013
CONFIDENTIAL

78                                              217

1        A   That's correct.
2        Q   So, you had no idea what you
3    were going to be questioned about during
4    this second five-hour long interview?
5        A   I assumed that it was going to
6    be a continuation of the first one.  But I
7    didn't receive any notice saying what it
8    was going to be.
9        Q   And your testimony here today is
10   the topics in the second interview were
11   different from the first?
12       A   Yes.
13              (Gray Exhibit B was marked
14               for identification.)
15   BY MS. EDWARDS:
16       Q   I'm going to show you what I'm
17   going to mark as Gray's Exhibit B.  Would
18   you read through that and tell me -- make
19   sure I'm giving you a complete copy.
20           Can you briefly look through at
21   that and let me know what you believe that
22   to be?
23              MR. WHITE:  May I see it,

78                                              218

1            please?
2              MS. EDWARDS:  Yes.
3        A   This is some literature from a
4    website, internet, about different aspects
5    of motorcycle clubs, the history of MC's,
6    misconceptions of MC's, the American
7    Motorcycle Association, and one percenters.
8    BY MS. EDWARDS:
9        Q   Now, let me ask you specifically
10   about that.  In this literature is it your
11   understanding that motorcycle clubs who
12   were considered one percenters, the ones
13   that you described as perhaps the more
14   volatile clubs, are they members of the
15   American Motorcycle Association?
16       A   According to the literature, no.
17       Q   Are you a member of the American
18   Motorcycle Association?
19       A   I am.
20       Q   And does this, in fact, show
21   proof of your membership into that club?
22       A   It does.
23       Q   Thank you.

78                                              219

1              MR. WHITE:  No objection.
2    BY MS. EDWARDS:
3        Q   So it is your testimony, Captain
4    Gray, that you are not a member of a one
5    percenter club?
6        A   That's correct.
7        Q   You are not a member of an
8    outlaw motorcycle club, are you?
9        A   That's correct.
10       Q   Now, I think it's only fair that
11   we just let the Board get to know you as an
12   individual and an employee of the city.
13           You have worked for the city for
14   thirty years.  And I'd like to introduce
15   what I'm going to mark as Gray Exhibit C?
16              (Gray Exhibit C was marked
17               for identification.)
18   BY MR. EDWARDS:
19       Q   I'd like for you to look over
20   that and tell me what this document is.
21       A   It's my resume.
22       Q   Now, I'd like for you just to
23   kind of read over some of your experience

78                                              220

1    that you have in law enforcement.
2        A   Okay.
3        Q   I'd like for the Board to
4    understand what an upstanding employee
5    Captain Gray has been over the years.  I
6    want the Board to understand some of the
7    accolades.  I want the Board to understand
8    --
9              MR. WHITE:  I want to object
10              to arguing to this court or
11              testifying right now.  I mean,
12              he's on the stand.  He's got an
13              exhibit.  If she wants to
14              introduce it and have him
15              discuss that, that's fine.  But,
16              you know, in closing that's
17              fine.  It's appropriate to argue
18              your case but not during the
19              middle of testimony.
20   BY MS. EDWARDS:
21       Q   Tell us who you are, Captain
22   Gray.
23              CHAIRMAN SPANN:  Objection

CITY OF DOTHAN/GRAY 001014
CONFIDENTIAL

78                                              221

1              overruled.  Proceed.
2         A  I started with the Dothan Police
3    Department as a teenager at Northview High
4    School.  I was recruited by retired
5    Lieutenant S. Prichard as a junior police
6    cadet.  And I worked my way up through the
7    junior police cadet to obtain the rank of
8    captain and to be the captain over the
9    junior police explorers.  Encouraged
10   friends of mine to join and be a member as
11   well.
12             I applied for a position with
13   the police department in '85 and I was
14   hired as a jail security officer.  And then
15   I received my shot at being a police
16   officer.  That's what I was born to do.
17   That's what the Lord put me here to do.
18             As I continued on with the
19   department, I worked my way through school,
20   I obtained my associate's degree in science
21   after receiving a scholarship from high
22   school at Northview High School.
23   Associates degree at Wallace.

78                                              222

1              I attended Troy University at
2    the same time I was attending Wallace in
3    order to get my bachelor's degree in
4    criminal justice.  I later received my
5    master's degree in education from Troy
6    University and I taught as an adjunct
7    instructor.
8              The police department -- I was
9    going through somewhat of a struggle trying
10   to attend real -- I guess high profile
11   schools, homicide investigations, arson
12   investigation, things of that nature.  So I
13   -- since I couldn't get them to send me, I
14   sent myself to forensic hypnosis school at
15   the University of Sam Houston, Texas,
16   Forensic Hypnosis Institute, where I became
17   a basic investigative hypnotist.
18             And I went back and received my
19   advanced investigative hypnosis
20   certification where I began using this, at
21   no cost to the City, in law enforcement,
22   criminal justice.  Other departments didn't
23   have a forensic hypnotist and I did

78                                              223

1    forensic hypnosis for those departments as
2    well.
3              As I continued to struggle up
4    the ranks, and mostly every rank was met
5    with -- with difficulty, and competing, I
6    just continued to try to excel and I was
7    promoted to sergeant; eventually
8    lieutenant.  And after that, I was promoted
9    to captain.
10             I was placed on the Dothan
11   Police Department's bomb squad by former
12   Chief John Powell.  And I went to the FBI
13   bomb school at Redstone where I obtain a
14   certification in the management of bomb
15   squads.
16             I've continued that until my
17   termination, in which region two -- region
18   two bomb squad, which we basically respond
19   to ten counties.  And I was able to secure
20   -- I was able to secure several spots,
21   approximately sixteen spots, for Dothan
22   Police Department, the combination -- well,
23   the SWAT team and a few bomb squad members

78                                              224

1    for the dignitary protection school.
2              If I remember correctly, I was
3    to obtain guests of that school free of
4    charge.  And I think it was $700 a head
5    usually.
6              And the State of Alabama, in
7    talking with some official there, came to
8    Dothan and we sponsored a dignitary
9    protection team where our mayor was
10   actually -- he helped us with our practical
11   exercise at the end of guarding him as a
12   dignitary.
13             And the dignitary protection
14   team, the instructors that came from
15   Meridian said that our department, our
16   personnel, which I was pretty much the
17   operations -- I was kind of trained as the
18   supervisor over the dignitary protection
19   team, they told us that our department was
20   one of the best departments that had gone
21   through training and they were very
22   impressed with us.
23             As a result of -- I have been a

CITY OF DOTHAN/GRAY 001015
CONFIDENTIAL

78                                                    225

1   direct supervisor over the dignitaries
2   whenever -- mostly when the governor --
3   Governor Bentley came to town.  I became
4   real good friends with his security.  And
5   we actually had attended the same school,
6   not at the same time.  But when they came
7   to Dothan they were extremely impressed
8   with how our protocol, our organization
9   was.
10          The governor -- I have had the
11  fine opportunity to protect him maybe the
12  last four or five -- maybe four times, five
13  times he's come to Dothan.  And the last
14  time he came to dedicate the medical
15  college, he told me when we took him back
16  to the airport that out of all the law
17  enforcement agencies that has protected him
18  in the state of Alabama, this department
19  was the best.  I relayed that on to our
20  chief.
21          And I spoke with his security
22  detail in order for them to see if the
23  governor would give our men over the bomb

78                                                    226

1   squad some type of citation for when Ethan
2   was kidnapped in an underground bunker, our
3   department contacted the FBI out of Mobile,
4   which is the supervising agency around
5   here, and asked for their assistance.  They
6   had been impressed with our bomb squad.
7           I got the Dothan Police
8   Department bomb squad re-certified.
9   Re-certified because we had lost our
10  certification as a bomb squad.  And we even
11  elevated up to, I believe it was, a tier
12  two bomb squad, which is able to handle
13  multiple incidents.
14          And as a result of speaking with
15  the governor's detail and his liaison and
16  with the FBI asking if the FBI could get
17  the guys some type of recognition because
18  they do an outstanding job, and they still
19  do.
20          And the FBI told me to start
21  with the governor first.  The governor's
22  office invited us in and gave us all the
23  bomb squad citation for our good work we

78                                                    227

1   did with regard to the Ethan case.
2           And, basically, they kept us on
3   -- our bomb squad, they kept us on where a
4   lot of the other -- or some of the other
5   law enforcement, I guess, you know, had
6   manpower issues or whatever, but the FBI
7   took on that investigation.  But they asked
8   our bomb squad to stay the entire duration.
9   I was a part of that.
10          And the latest, which I'm glad
11  the FBI finally came in and gave our -- our
12  squad FBI certificate.
13          I also -- and the last thing,
14  and I won't hold you any longer, our
15  department, Chief Benton, he helped us to
16  get a bomb vehicle that saved the City of
17  Dothan thousands of dollars; a used
18  vehicle.  He authorized us to go get it.
19          And my brother was just sitting
20  behind me as an auto body instructor at
21  Wallace College in Eufaula, so Sparks
22  College in Eufaula.  And they -- in
23  collaborating with him and the students, I

78                                                    228

1   thought it would be a good idea to have
2   collaboration between law enforcement and
3   students.  And they agreed, came down and
4   just had to pay them with a couple of
5   pizzas, paid for their lunch, and they came
6   down and they painted -- they did a job on
7   what is now the Dothan Police Department's
8   bomb squad vehicle.  And it brought the
9   officers together.  And it let these
10  students from college see law enforcement
11  are good guys.  We've got good men and
12  women here on the department.  And it made
13  such an impression on those students.
14          Chief Benton went up to Eufaula
15  with us and we presented the students with
16  certificates of appreciation for really
17  helping out the City and saving the City
18  money.
19          So, basically, that's why -- I
20  am a polygraph examiner.  I was the liaison
21  for the aviation division.  So whenever you
22  seen the helicopter out here in the civic
23  center parking lot on the National Night

CITY OF DOTHAN/GRAY 001016
CONFIDENTIAL

```
      78                                    229

1   Out.  I was the liaison that flew with them
2   whenever we had need for -- a lot of times
3   had a need for law enforcement helicopters,
4   Dale County Sheriff's office.  I was the
5   liaison and I flew helicopters with them.
6       Q  You have your pilot's license as
7   well, Captain Gray?
8       A  I have my airplane pilot's
9   license and the guys have been to school
10  for helicopters as well.  I'm a first
11  lieutenant in the United States Civil Air
12  Patrol.
13      Q  Captain Gray, you've got an
14  illustrious thirty year career and those
15  three attempts to disparage your character,
16  how does that make you feel?
17          MR. WHITE:  I'm going to
18      object to that.  And not only
19      object, we are here before this
20      Board pursuant to the rules of
21      the personnel board and to
22      characterize, you know, this
23      proceeding as somehow criminal
```

```
      78                                    230

1       or a violation of anything is
2       out of line.
3          MS. EDWARDS:  I'm not
4       objecting to this being criminal
5       whatsoever.  This proceeding is
6       to vindicate his rights.  We
7       recognize that.
8          MR. WHITE:  I mean, to
9       characterize this as some sort
10      of disparagement is out of line.
11         CHAIRMAN SPANN:  Objection
12      overruled.
13  BY MS. EDWARDS:
14      Q  One of the accusations that was
15  made against you through all of this, in
16  addition to your alleged affiliation
17  somehow with criminal activity relating to
18  motorcycle groups, to which you don't even
19  belong or don't monitor, and the City
20  hasn't touched on any of this as of yet,
21  but I feel it important to bring it into
22  the record.  They have accused you of
23  accessing XXX websites on your company-
```

```
      78                                    231

1   owned cell phone.  Is that correct?
2       A  That's correct.
3       Q  How do you respond to that
4   allegation?
5       A  I feel like someone set me up.
6       Q  Have you ever accessed a XXX
7   website on your company cell phone?
8       A  No.
9       Q  Can you tell me -- I'm going to
10  show you what is now marked as Exhibit D.
11  I'm going to show you what has been marked
12  Gray Exhibit D.
13         (Gray Exhibit D was marked
14      for identification.)
15         MR. WHITE:  If we may, just
16      for the sake of keeping the
17      record straight, make that
18      Defendant's Exhibit D because
19      mine are labeled and I've got
20      different labels.
21         MS. EDWARDS:  Okay.
22         MR. WHITE:  And then we'll
23      have C.
```

```
      78                                    232

1          MS. EDWARDS:  Usually the
2       employee is the complainant in
3       these.
4          MR. WHITE:  Just so we can
5       keep them separate.
6          MS. EDWARDS:  I'm putting
7       "Gray."
8   BY MS. EDWARDS:
9       Q  Can you identify this first
10  document and tell me what this is?
11      A  This is a document that came
12  from the chief's secretary of my
13  SouthernLINC police cell phone, I guess you
14  can call it.  My cell phone number and my
15  two-way communicator is on it.
16      Q  So, this is an email.  Correct?
17      A  That's correct.
18      Q  And this is an email from Pam
19  Deese, which is whom?
20      A  That's the chief's secretary.
21      Q  And can you please read the body
22  of the email?
23      A  Yes.  It says:  Service planner.
```

CITY OF DOTHAN/GRAY 001017
CONFIDENTIAL

78                                                    233

1  Dear Keith Gray, your SouthernLINC account
2  has been activated.  Please review your
3  service plan details and account
4  information below.
5          Q  Now, can you read the date at
6  the top of that email?
7          A  It is May the 8th, 2013.
8          Q  Now, let me ask you this
9  question:  What is the date that you were
10 accused of accessing a XXX website on your
11 company cell phone?
12         A  Internal affairs told me May the
13 8th, 2013.
14         Q  The same date that you received
15 the email that your phone was being
16 activated?
17         A  That's correct.
18         Q  Now, I believe that's all,
19 Captain Gray.  I would like to request your
20 girlfriend -- What is your girlfriend's
21 name?
22         A  Deborah.
23             MS. EDWARDS:  I would like

78                                                    234

1              to call Deborah to the stand at
2          this time if I may.  And I have
3          one question regarding this
4          issue.
5              MR. WHITE:  I'm going to
6          object.  At this point -- I
7          mean, there was no -- it was
8          clear that all witnesses were
9          sequestered.  Now, we would love
10         to have had our witnesses in
11         here, too, but --
12             MS. EDWARDS:  That's
13         regarding subpoena power.
14         Whether we need to subpoena.
15             MR. WHITE:  No, it's not.
16         It's for witnesses.
17             MS. EDWARDS:  So are you
18         stating that the only two people
19         that will be testifying for the
20         City are the two agents that
21         were on your subpoena witness
22         list?
23             MR. WHITE:  The police chief

78                                                    235

1              here will testify but he is a
2          party.  He's entitled to stay
3          here because he is a party.  He
4          is the City's representative.
5              MS. EDWARDS:  Okay.  Let's
6          do it this way then.
7  BY MS. EDWARDS:
8          Q  Captain Gray, when did you pick
9  up your phone on May 8th, 2013?
10         A  In the afternoon.
11         Q  All right.
12             MS. EDWARDS:  No further
13         questions.
14             MR. WHITE:  And,
15         furthermore, the only people
16         that are restricted would be
17         somebody -- I guess would be
18         Corporal Dote (phonetic).  He's
19         the only one that's been in
20         here.  Anyone that's not in
21         here, I submit to you, we can
22         call but --
23             MS. EDWARDS:  It's not a

78                                                    236

1              problem.  I believe we've gotten
2          the information in for the
3          record anyway.
4              MR. WHITE:  Call the next
5          witness.  Joe Thompson.
6              CHAIRMAN SPANN:  Just one
7          minute.  Board, do you have any
8          additional questions for Captain
9          Gray?  Thank you, Captain Gray.
10             MR. WHITE:  Just for the
11         Board's information, this is not
12         a witness.  He's just another
13         special agent.  He's going to
14         monitor the proceedings.  He's
15         not going to testify.
16                 - - -
17 (Whereupon,
18         JOSEPH THOMPSON,
19 having been previously duly sworn, was
20 examined and testifies as follows, to-wit:)
21             EXAMINATION
22 BY MR. WHITE:
23         Q  Would you state your name for

CITY OF DOTHAN/GRAY 001018
CONFIDENTIAL

78                                                     237

1    the Board, please?
2        A   Yes.  My name is Joseph,
3    J-o-s-e-p-h, Thompson, T-h-o-m-p-s-o-n.
4        Q   And how are you employed?
5        A   I'm an intelligence analyst with
6    the Federal Bureau of Investigations.
7        Q   Where is that?
8        A   In Mobile, Alabama.
9        Q   Is that the district office?
10       A   It is the headquarter city for
11   the Mobile Division and we cover the entire
12   southern part of Alabama, pretty much from
13   -- just say Montgomery south and to the
14   Mississippi and Georgia lines.
15       Q   What are your duties with the
16   FBI?
17       A   As an intelligence analyst, I
18   work a variety of criminal programs.
19   Violent crime squad is the one I'm vetted
20   on.  I work everything from violent crimes
21   against children program to Mexican drug
22   trafficking organizations.  Violent street
23   gangs to include special emphasis groups,

78                                                     238

1    violent street gangs such as the Crips and
2    the Bloods.  Violent prison gangs and
3    motorcycle gangs.
4        Q   Are you familiar with the
5    National Gang Intelligence Center?
6        A   I am familiar with it.  It's a
7    joint unit headed by FBI that consist of
8    law enforcement personnel from numerous
9    organizations, ATI, federal and local law
10   enforcement personnel and intelligence
11   professionals that monitor gang activity to
12   include the gangs I mentioned:  Motorcycle
13   gangs, street gangs, prison gangs.
14           (City Exhibit H was marked
15            for identification.)
16   BY MR. WHITE:
17       Q   Let me show you what has been
18   marked as Exhibit H and ask you if you can
19   identify that document?
20       A   Yes.  I've seen this document
21   before.  It's the National Gang Threat
22   Assessment for 2011 that was produced by
23   the National Gang Intelligence Center.

78                                                     239

1        Q   What's the purpose of that
2    document?
3        A   This document is intended to
4    provide law enforcement professionals with
5    information on gang activity throughout the
6    United States.  It covers the issues I
7    mentioned earlier:  Street gangs,
8    motorcycle gangs, prison gangs.
9            It discusses motorcycle operandi
10   of the different gangs, what they're
11   involved in.  It gives examples of gang
12   activity throughout the United States.  It
13   gives examples of size, structure and
14   issues that are of interest to law
15   enforcement personnel related to gangs to
16   include all outlaw motorcycle gangs.
17       Q   Okay.  Is that publication, that
18   threat assessment, available to law
19   enforcement?
20       A   Yes, it is.
21       Q   And how is it available to law
22   enforcement?
23       A   It's billable online.  You can

78                                                     240

1    get it -- sometimes they'll mail out
2    hardcopies to different organizations.
3    Primarily it's delivered electrically in a
4    pdf format.
5        Q   Okay.  If anyone in Dothan with
6    a computer wanted to look at it or to
7    determine whether or not a motorcycle gang
8    was listed as an outlaw motorcycle gang,
9    could they look at that document?
10       A   Yes.  Yes, they would be able
11   to.  I believe it's accessible through our
12   website online.
13       Q   Do you know whether or not the
14   Outcast Motorcycle Club is listed as an
15   outlaw motorcycle gang in Alabama in that
16   document?
17       A   Yes, it is.
18       Q   Do you know whether or not the
19   Legion of Doom is listed as an outlaw
20   motorcycle club in Florida?
21       A   Yes, I believe it is.
22       Q   Is the Sin City Deciples listed
23   as an outlaw motorcycle gang in Alabama?

CITY OF DOTHAN/GRAY 001019
CONFIDENTIAL

```
            78                        241

 1        A  Yes, I believe it is.
 2        Q  Do outlaw motorcycles gang
 3   constitute a threat in the state of
 4   Alabama?
 5        A  Yes, they do.  There's a body of
 6   reporting to include intelligence-related
 7   reporting, former investigations being
 8   conducted at different law enforcement
 9   agencies that show that outlaw motorcycle
10   gangs -- what we classify as one percenter
11   motorcycle gangs.
12            These are gangs that consist of
13   three or more people to use their
14   motorcycle gang, or sometimes they'll refer
15   to it as a club, as a conduit for criminal
16   activity are, in fact, a threat within the
17   state of Alabama, yes.
18        Q  Thank you.  Does the FBI put out
19   reports, alerts, bulletins, regarding
20   motorcycle gang activity?
21        A  We do.  We put out -- something
22   we put out fairly regularly what is called
23   a Situational Information Report.  It is a
```

```
            78                        242

 1   notification for law enforcement agencies
 2   throughout the state and can be
 3   disseminated throughout the entire state of
 4   Alabama.  It can also be disseminated to
 5   other states.
 6            Generally when we put one out
 7   we'll include neighboring states:
 8   Mississippi, Georgia, Florida, Tennessee.
 9   It also can be disseminated regionally.
10            The intent for the Situational
11   Information Reports is to provide law
12   enforcement agencies at the state and local
13   level with information that FBI has
14   obtained on specific threat issues, officer
15   safety issues, notifications of criminal
16   activity and criminal alerts.
17            (City Exhibit R was marked
18            for identification.)
19   BY MR. WHITE:
20        Q  Let me show you what's been
21   marked as City Exhibit R and ask you if you
22   can identify that document?
23        A  I can.  This is a Situational
```

```
            78                        243

 1   Information Report that was put out by the
 2   FBI, Jacksonville Division.  It includes
 3   information on the identification of
 4   outcast motorcycle clubs in Florida and the
 5   potential establishment of a chapter in
 6   Orlando, Florida.
 7        Q  What is the date of that report?
 8        A  The date of this report is 14,
 9   September, 2011.
10        Q  And the purpose of that report
11   is what?
12        A  The purpose of this report would
13   have been to inform state and local law
14   enforcement agencies of the criminal -- of
15   the presence of an outlaw motorcycle gang
16   within the state of Florida.
17            There's a distribution list in
18   the back that actually tells you who it was
19   sent to.  So it went to the Florida State
20   Fusion Center.
21            And normally the way it operates
22   when the SIR goes to the fusion center,
23   it's disseminated out to the lowest level
```

```
            78                        244

 1   so that the local law enforcement personnel
 2   and all of the jurisdiction -- all of the
 3   state would have access to this information
 4   so that they can be aware that the Outcast
 5   Motorcycle Club has formed a chapter within
 6   the state of Florida.  So in the event that
 7   they run across them they can know -- for
 8   example, since 2010 the Outcast have
 9   committed or been suspected of committing
10   violent acts to include murder, aggravated
11   assaults, intimidation, harassment and
12   other violations.
13        MR. WHITE:  We would offer
14        City Exhibit R.
15            (City Exhibit R was offered
16            into evidence.)
17            (City Exhibit N was marked
18            for identification.)
19   BY MR. WHITE:
20        Q  Let me show you what's been
21   marked as Exhibit N and ask you if you can
22   identify that document?
23        A  Yes.  This is a Situational
```

CITY OF DOTHAN/GRAY 001020
CONFIDENTIAL

78                                                    245

1   Information Report from the FBI in the
2   Miami Division.  It deals with members of
3   the Street Warfare Motorcycle Club
4   migrating into south Florida.  Its intended
5   purpose is the same as the other SIR that I
6   mentioned, which is the dissemination of
7   this information to state and local law
8   enforcement agencies within the state of
9   Florida, possibly other states.  This one
10  doesn't have the distribution list attached
11  to it.  So it's possible they sent it to
12  Alabama State Fusion Center as well as
13  Georgia.
14       Q   What is a fusion center?
15       A   A fusion center is a -- it's an
16  organization that was set up after 9/11.
17  Each -- I shouldn't say each state has a
18  fusion center.  Every state is covered by a
19  fusion center.  Some states have multiple
20  fusion centers based on size and
21  population.  Alabama has one fusion center.
22       The purpose of the fusion center
23  is to be a conduit for sharing information

78                                                    246

1   related to threats.  It could be terrorism;
2   could be criminal threats.  Set up to make
3   sure the coordination takes place.
4       Prior to 9/11 state, local,
5   federal law enforcement agencies didn't
6   always communicate in the way that was in
7   the best interest of the country.  The
8   fusion center was created to be that focal
9   point so that information that FBI obtains,
10  we can pass it to the fusion center, the
11  fusion center could then pass it to state
12  and local law enforcement agencies and
13  vice-versa.  Any information that a state
14  trooper within the state of Alabama might
15  encounter, he can report it up to the
16  fusion center and then they share that
17  information to FBI.  So it's an information
18  sharing entity.
19       Q   Are you familiar with the term
20  OMC?
21       A   Yes.  I understand that term to
22  mean outlaw motorcycle club.
23       Q   Is that different than an MC?

78                                                    247

1       A   It is different from an MC.  The
2   way the FBI looks at OMC, or oftentimes
3   what we refer to as OMG's, outlaw
4   motorcycle gangs, are the gangs that
5   identify themselves as one percenter
6   motorcycle gangs.  These are not clubs.
7       When we look at clubs and we
8   talk about clubs within federal law
9   enforcement -- within law enforcement
10  community, we're not talking about clubs
11  that are going out and doing evangelical
12  work, things like Riders for Christ, these
13  motorcycle clubs.  We're talking about
14  outlaw motorcycle gangs that are using
15  those clubs, or have a history of using
16  their clubs, as a conduit for criminal
17  activity.
18       It also applies to their support
19  clubs.  That is something that is very
20  important that you understand.  When we
21  talk about OMC's or OMG'S, outlaw
22  motorcycle gangs, a lot of times people
23  think we're only talking about groups like

78                                                    248

1   the Outcast or the Hell's Angels.  But it
2   will also apply to their support clubs.
3       If those support clubs are also
4   being used as conduits for criminal
5   activity to support the national level
6   clubs, we also identify them as OMG's, or
7   one percenter supporter clubs.
8       Q   Where do OMC -- the outlaw
9   motorcycle gang members come from?  Do you
10  know?
11       A   They can come from anywhere,
12  really.  Normally they are recruited for a
13  particular purpose.  They self-identify as
14  individuals who might want to be part of a
15  group or organization for any number of
16  reasons.
17       Every motivation for every
18  member is different.  I mean, it's
19  impossible to say what motivates every
20  individual person to join a one percenter
21  motorcycle club.  But one of the things
22  that seems to be universal is that they all
23  understand the one percenter -- if you're

CITY OF DOTHAN/GRAY 001021
CONFIDENTIAL

78                                     249

1   part of that community, the motorcycle
2   community, you understand what a one
3   percenter motorcycle club is, the history
4   behind it.
5          And the FBI identifies it --
6   again, it's a club that has a history of
7   criminal activity.
8          The term one percenter is
9   something that came along back in the '60s
10  when motorcycle gangs were starting to
11  become prominent.  It started with the
12  Hell's Angels, things like that.
13         When the president of the
14  American Motorcycle Association felt like
15  motorcyclists, motorcycle enthusiasts, were
16  getting a bad rep, the majority of
17  motorcycle riders were honest law-abiding
18  citizens, so he came out with a statement
19  saying, you know:  Don't lump all of us in
20  with those Hell's Angels, with those outlaw
21  motorcycle gangs.  Ninety-nine percent of
22  us are law-abiding, honest, hardworking
23  people.  It's just that one percent that is

78                                     250

1   causing trouble.
2          Well, the outlaw motorcycles
3   gangs, Hell's Angels, they took that and
4   they ran with it.  It became a badge of
5   honor to be referred to as the one percent
6   and they're the one percent that caused the
7   trouble.  They're the one percent that are
8   getting the publicity.  And that has
9   morphed over the decades into being
10  understood by law enforcement to mean a
11  club, a gang, as we identify it that has
12  been used historically as a historic trend
13  of conducting criminal activity.
14         MR. TYSON:  Do you think
15     there is such a term as an OMC
16     wannabe?
17         THE WITNESS:  As an OMC
18     wannabe?
19         MR. TYSON:  Yes.
20         THE WITNESS:  Is there such
21     a term?  Yes.  But when you say
22     wannabe, within the OMC
23     community you're either on the

78                                     251

1          horse or you're not.  To want to
2          be an OMC, to want to be a one
3          percenter, if you're false
4          claiming to be a one percenter
5          -- for example, and let's say
6          you -- one of the motorcycle
7          gangs in the state of Alabama --
8          there are numerous, including
9          the -- we identify, FBI,
10         identifies one percenter,
11         Outcast, Bandidos, Outlaw.  If
12         you are a member of one of
13         those, the national level, if
14         you false claim to be one of
15         those members, if you say you
16         are but you're not, you haven't
17         be initiated -- and let's say
18         you take a tattoo that is of a
19         Hell's Angel mascot or a
20         Bandidos mascot and you come
21         across a legitimate member of
22         that motorcycle club, they can
23         cut that tattoo off of you.

78                                     252

1          They will grind it off of you
2          with a sander.  It's considered
3          a huge affront to falsely claim
4          that you are a one percenter and
5          not be.
6              To say that you're a
7          wannabe, if you're in that
8          community and know the history
9          of the one percenters, you would
10         realize that's a very dangerous
11         proposition.
12  BY MR. WHITE:
13     Q  Are all members of the outlaw
14  convicted felons?
15     A  No, I can't say that all members
16  are.  I don't know what percentage of the
17  outlaw community or OMC community are
18  convicted felons.
19     Q  Does it matter, as far as the
20  involvement in the gang, whether or not
21  they all are convicted felons as far as the
22  FBI is concerned?
23         MS. EDWARDS:  Object to

CITY OF DOTHAN/GRAY 001022
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                        253

1              that.  It calls for speculation.
2              MR. WHITE:  No, I think he
3    can answer that specifically, if
4    you can.
5              CHAIRMAN SPANN:  Overruled.
6    Provide us with your answer.
7         A  No, it doesn't make a
8    difference.  They will recruit individuals
9    who are not convicted felons.
10              MR. TYSON:  In a small town
11              like this in southeast Alabama,
12              do you foresee a OCM gang in
13              this market?
14              THE WITNESS:  Yes, sir.
15              There is documented activity
16              with one percenter motorcycle
17              gangs within the state of
18              Alabama to include --
19              MR. TYSON:  I mean in this
20              particular market.
21              THE WITNESS:  You mean
22              Dothan?
23

Freedom Court Reporting, Inc                          877-373-3660

Keith Gray, In Re: / Personnel

78                                                        254

1    BY MR. WHITE:
2         Q  Right.
3         A  Yes, sir, I do.
4         Q  The state of Alabama has, like I
5    said, some history of outlaw motorcycle
6    gang activity.  One of the one percenter
7    gangs, the Outcast, that we -- the FBI
8    identifies as one percenter gang, there is
9    a report from last year of individuals
10   within that gang forcing a truck driver off
11   the road, beating him and stabbing him.
12              MR. TYSON:  Would that be in
13              metro Birmingham or small town
14              Dothan?
15              THE WITNESS:  It did not
16              occur in Dothan.  No, sir.  I
17              believe it occurred maybe in
18              Bessemer.
19              MR. TYSON:  Okay.  That's
20              where I was going.
21   BY MR. WHITE:
22         Q  Are they here:  Outcast
23   Motorcycle Club?

Freedom Court Reporting, Inc                          877-373-3660

Keith Gray, In Re: / Personnel

78                                                        255

1         A  It's my understanding that there
2    was a chapter, and may be currently.  I'm
3    not sure of the current status of the
4    chapter but it's my understanding there was
5    a chapter of the Outcast Motorcycle Club in
6    Dothan.
7         Q  The Outlaws?
8         A  Outcast.
9         Q  I understand that.  But are you
10   familiar with the Outlaws?
11         A  The Outlaws Motorcycle Gang?
12   Yes.
13         Q  Are they also in Dothan?
14         A  Yes, sir.  It's my understanding
15   that they have a chapter within Dothan as
16   well.
17              CHAIRMAN SPANN:  While we're
18              looking at -- Mr. Thompson, the
19              support club that you spoke of
20              being a support club, if you are
21              blessed by an OMC, you're
22              considered a support club of
23              that particular group?

Freedom Court Reporting, Inc                          877-373-3660

Keith Gray, In Re: / Personnel

78                                                        256

1              THE WITNESS:  Yes, ma'am.
2              It's my understanding that
3              within the outlaw motorcycle
4              gang community, if they take you
5              on as a support club, that is
6              essentially them saying you work
7              for them.  That in addition to
8              doing what they ask of you,
9              you're also provided protection
10             by them so that other one
11             percenter motorcycle clubs
12             cannot harass you.  Yes, ma'am.
13              CHAIRMAN SPANN:  Thank you.
14   BY MR. WHITE:
15         Q  Do all support clubs wear
16   patches saying they're support clubs?
17         A  Some do, some don't.  I can't
18   speak to all of the support clubs.
19              (City Exhibit Q was marked
20              for identification.)
21   BY MR. WHITE:
22         Q  Okay.  Let me show you what's
23   marked as Exhibit Q and ask you if you can

Freedom Court Reporting, Inc                          877-373-3660

CITY OF DOTHAN/GRAY 001023
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                              257

1   identify that?
2          A  Yes, sir.  This looks like an
3   intelligence report produced on 15,
4   January, 2010 by the National Gang
5   Intelligence Center entitled Gangs
6   Infiltrating Law Enforcement, Correctional
7   Agencies.
8          Q  Did you have knowledge of outlaw
9   motorcycle clubs recruiting from law
10  enforcement?
11         A  At the national level, yes, sir,
12  I have seen reporting of that occurring.
13         Q  What's the advantage to outlaw
14  motorcycle clubs having either a supporter,
15  an associate or a member in law
16  enforcement?
17         A  It could be a number of reasons.
18  To provide information, to provide early
19  warning.  There have been reports --
20         Q  Let me stop you with early
21  warning.  Is it a possibility that a member
22  of law enforcement would warn an outlaw
23  motorcycle club that there's being an

Keith Gray, In Re: / Personnel

78                                                              258

1   investigation or surveillance conducted on
2   them?
3          A  Is that possible?
4          Q  Yes.
5          A  I would say it's possible.
6          Q  Would that be an advantage to
7   avoid prosecution and arrest?
8          A  I would say yes.
9          Q  What other reasons might they
10  have for warning?
11         A  These gangs -- outlaw motorcycle
12  gangs are known to target a number of
13  special groups.  Law enforcement being one.
14  Government workers who may have access to
15  databases being another.  Current, former
16  military members to be another.  They
17  target them all for different reasons.  The
18  law enforcement may be because they have
19  access to information that they're
20  interested in.  The military members
21  because they have specialized training that
22  the gang could use.  There's always a
23  motivation behind targeting.

Keith Gray, In Re: / Personnel

78                                                              259

1              MR. TYSON:  Can a law
2       enforcement officer be in a
3       motorcycle club without criminal
4       activity, from your experience?
5          THE WITNESS:  Can a law
6       enforcement officer be involved
7       in a motorcycle club without
8       criminal activity?  From my
9       experience, I really can't speak
10      to that.  I would say anything
11      is possible.
12         Could you have motorcycle
13      members who are not involved in
14      criminal activity?  I would say
15      yes you could.
16         MR. TYSON:  So anything
17      could be possible with Mr. Gray?
18         THE WITNESS:  Any testimony
19      on Mr. Gray is outside the scope
20      of what I'm allowed to talk
21      about here.  I can't make any
22      opinion on whether or not I
23      think Mr. Gray was in any way

Keith Gray, In Re: / Personnel

78                                                              260

1       involved in any type of criminal
2       activity.
3          MR. TYSON:  But it is
4       possible for a man in law
5       enforcement to be in a
6       motorcycle --
7          THE WITNESS:  Is it possible
8       for an individual in a
9       motorcycle club and be one of
10      the individuals not committing
11      that criminal activity?  I would
12      say it is possible.
13         MR. TYSON:  Okay, that's
14      what I was asking.  Thank you.
15  BY MR. WHITE:
16         Q  Are there any outlaw motorcycle
17  clubs that are not considered a threat by
18  the FBI?
19         A  No.  No.  They are all
20  identified as being a threat to not just
21  local and state communities but national
22  security at large.  Because some of these
23  outlaw motorcycle gangs truly have an

CITY OF DOTHAN/GRAY 001024
CONFIDENTIAL

78                                                                261

1    international reach.  Groups like Hell's
2    Angel's, the Outlaws, the Bandidos, they're
3    not just in the state of Alabama, they're
4    not just in the southern part of the United
5    States.  The United States as a whole,
6    these groups have reached beyond our
7    boarders.  They operate in places as
8    diverse as Asia, Australia, South America,
9    Europe.  So they really do have an
10   international nexus and as such are
11   identified as being a threat, potential
12   threat to national security.
13        Q  Have you ever heard of outlaw
14   motorcycle gangs having a charitable event?
15        A  Yes, I have heard of that.
16        Q  How can an outlaw group do
17   charity work?
18        A  It's understood within law
19   enforcement that a lot of times that
20   charity work is intended to act as
21   camouflage for other criminal activity.
22            I can't sit here and tell you
23   that that is always the motivation.  I can

78                                                                262

1    tell you that there has been reporting that
2    it has been used to cover up criminal
3    activity and to legitimatize the gangs so
4    they appear more mainstream within the
5    community.
6         Q  Is it done for public relations
7    purposes?
8         A  That is my understanding, yes,
9    sometimes it is public relations.
10        Q  Does that include gangs like
11   Hell's Angels?
12        A  Yes.  Sometimes they will have
13   charity rides.  The Outlaws will have
14   charity rides.  A lot of times outlaw
15   motorcycle gangs -- I'm speaking in general
16   terms, not specific to any outlaw
17   motorcycle gang at this time.  They will
18   have charity events.  They will cosponsor
19   charity events.  Sometimes they'll
20   participate in charity events.  Marine
21   Corps, Toys for Tots, for example.  A lot
22   of times they will raise money for that.
23   Doing rides for wounded warriors, disabled

78                                                                263

1    military veterans.  They will at times do
2    that.
3         Q  Are you familiar with an
4    execution-style shooting done by the Sin
5    City motorcycle club?
6         A  I am.  In 2009 is the one you're
7    referring to?
8         Q  Yes.
9         A  Yes, I am.
10        Q  Could you tell the Board --
11   well, let me just show you this and ask you
12   if this is a report on that incident.  Do
13   you recognize it?
14            MS. EDWARDS:  I'm going to
15        object to his laying the
16        foundation to an article that
17        was printed off line unless he
18        wrote the article.
19            MR. WHITE:  If I'm not
20        mistaken, you just presented a
21        whole big -- about what a
22        motorcycle gang was that was
23        printed off line.

78                                                                264

1             MS. EDWARDS:  Yeah, but he's
2         testifying as an expert.  Am I
3         correct?
4             MR. WHITE:  I mean, you're
5         saying your objecting because it
6         was online.  He's already
7         testified he's familiar with the
8         incident and I'm asking if this
9         is the same incident.
10            MS. EDWARDS:  I simply want
11        the expert to make clear on the
12        record whether he drafted this
13        website.
14            MR. WHITE:  We'll stipulate
15        that he didn't write this
16        article.  My question is if this
17        is the incident that's he
18        referring to.
19            MS. EDWARDS:  That's fine.
20        A  Yeah, that is the incident that
21   I'm familiar with.
22   BY MR. WHITE:
23        Q  And did this involve an

CITY OF DOTHAN/GRAY 001025
CONFIDENTIAL

78                                                    265

1   execution-style shooting by a member of Sin
2   City?
3        A   Yes.   It's my understanding that
4   he executed a rival gang member from a gang
5   known as, I believe it was, Sho' Nuff.
6        Q   And that man that he executed
7   was from Bessemer.   Is that right?
8        A   That is my understanding.   Yes,
9   sir.
10       Q   Bessemer, Alabama?
11       A   Yes, sir.   That is my
12  understanding.
13                MR. WHITE:   That's all.
14                - - -
15                EXAMINATION
16  BY MS. EDWARDS:
17       Q   Mr. Thompson, is the Bama Boyz
18  Motorcycle Club a one percenter?
19       A   I'm not familiar with them being
20  known as a one percenter motorcycle gang.
21  No, ma'am.
22                MS. EDWARDS:   No further
23                questions.

78                                                    266

1                MR. WHITE:   That's all of
2            this witness at this time.
3                CHAIRMAN SPANN:   Any
4            questions from the Board?   Okay.
5            Thank you, Mr. Thompson.   Can we
6            have five minutes to go to the
7            restroom?
8   3:04 p.m.
9                (Recess taken.)
10  3:18 p.m.
11                - - -
12  (Whereupon,
13                JOHN WALL, JR.,
14  having been previously duly sworn, was
15  examined and testifies as follows, to-wit:)
16                EXAMINATION
17  BY MR. WHITE:
18       Q   Would you state your name for
19  the Board, please?
20       A   Sergeant John W. Wall, Jr.
21       Q   How are you employed, Sergeant
22  Wall?
23       A   I'm a sergeant with the Alabama

78                                                    267

1   Bureau of Investigations, Criminal
2   Operations Unit out of Montgomery.
3        Q   What are your duties there?
4        A   I'm the supervisor of the
5   criminal unit, also training coordinator,
6   cold case coordinator and outlaw motorcycle
7   gang coordinator for the Montgomery area.
8        Q   How long have you been in law
9   enforcement?
10       A   Over twenty-one years.   I
11  started my career with the Montgomery
12  Police Department.   I've been a trooper for
13  seventeen years and I've been assigned to
14  ABI for the last ten years.
15       Q   And you said you're familiar
16  with outlaw motorcycle gangs?
17       A   Yes.
18       Q   Do you see any harm in a police
19  captain being associated with an outlaw
20  motorcycle gang?
21       A   Yes, sir.
22       Q   Can you tell the Board what the
23  problem with that is?

78                                                    268

1        A   One percenters, which are -- I'm
2   not sure if everybody is familiar with the
3   term "one percenter."
4                MR. SHIRLEY:   Yes.
5        A   Okay.   Good.   That will save me
6   some time.   The way of one percenters
7   operate is through fear and intimidation.
8   The problem -- the only power they have is
9   through fear and intimidation.   There are a
10  lot of clubs out there and just because
11  you're a member of a club does not mean
12  it's an outlaw motorcycle club.   You have
13  police, firefighter, you have military.   A
14  lot of different clubs out there.   But the
15  way they get their influence is, again like
16  I said, through fear and intimidation.
17                The problem with -- there's two
18  problems:   One, any police officer that's
19  involved with them, one, will give
20  legitimacy to them having authority they
21  don't have.   Their only authority is not
22  through the court system or through laws,
23  again, it's basically by being a bully.

CITY OF DOTHAN/GRAY 001026
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                    269

1          Number two:  Your one percent
2    club are criminal organizations.  And what
3    they try to do, just like law enforcement
4    organizations, try to develop confidential
5    informants for investigative purposes.  The
6    one percenters are well known to try to do
7    the same thing but with law enforcement
8    officers.  That would help them gain -- not
9    only law enforcement officers, anybody that
10   works in the organization:  A dispatcher, a
11   secretary, a police officer.  That way they
12   can gain information.
13         I know several years ago in
14   Montgomery a club, a one percent club up
15   there, when the clubhouse was raided they
16   actually got an intel book that had police
17   officers' names and home addresses and
18   pictures.
19         So they'll try to gather
20   information, just like law enforcement
21   tries to gather information on them.
22        Q   Where do they recruit from:
23   OMC's, outlaw motorcycles gangs?  Where do

Keith Gray, In Re: / Personnel

78                                                    270

1    they recruit from?
2        A   To be members?
3        Q   Yes.  To be members of their
4    club.  Do they just go get anybody or do
5    they have groups that call them --
6        A   I --
7        Q   -- around, wannabes, support
8    clubs?
9        A   I understood what you're saying.
10   I'm going to use it as a baseball analogy.
11   You'll have a major club.  I'm sure
12   everybody has heard of the Hell's Angels
13   and things like that.  You'll have your top
14   club, which would be your major league
15   team, then you'll have support clubs, which
16   would be AAA team and AA team.  They're
17   feeder clubs to where just like in
18   baseball, you see an individual has certain
19   skills to play at the major league level,
20   they'll do it the same way.  So a lot of
21   them have what we call support clubs.  Some
22   are official support clubs and some are
23   unofficial support clubs.  A lot of times

Keith Gray, In Re: / Personnel

78                                                    271

1    those support clubs will actually do the
2    illegal things for them.
3          I can give one example that
4    occurred in Georgia approximately three
5    years ago.  You had two miliary clubs.
6    They were separate clubs.  One was
7    affiliated with a predominant one percent
8    club in the Atlanta area, one was not.  The
9    one that was not created a benefit, a poker
10   run.  It's a charity run to raise money for
11   the Wounded Warrior Project.  But they
12   didn't get permission from the dominant one
13   percent club.  So at the place where they
14   ended for the charity ride, the military
15   vet club that was affiliated with them
16   showed up with guns, armed the doors with
17   guns, and actually took that club, put them
18   on the ground and cut their patches off
19   with weapons pointed at them.
20         So, you'll have clubs that are
21   feeder clubs.  You'll have clubs that will
22   do their -- at their behest.  But, yes,
23   sir, there's different associations.

Keith Gray, In Re: / Personnel

78                                                    272

1        Q   What happens when someone who
2    becomes associated with an OMC, let's say
3    just a plain ole MC, motorcycle club, gets
4    blessed or associated with an outlaw
5    motorcycle gang, and then that outlaw
6    motorcycle gang comes to them for something
7    and they say, well, I didn't sign up for
8    that, we don't do criminal stuff.  What can
9    happen in that situation?
10       A   Well --
11           MS. EDWARDS:  I'm going to
12       object to that question to the
13       extent it calls for speculation.
14   BY MR. WHITE:
15       Q   Based on your experience --
16           CHAIRMAN SPANN:  Objection
17       overruled.  Proceed with your
18       answer.
19   BY MR. WHITE:
20       Q   Do you understand my question?
21       A   Yes, sir.  Typically what will
22   happen is like with any criminal
23   organization, they'll try to compromise

CITY OF DOTHAN/GRAY 001027
CONFIDENTIAL

78                                                    273

1    you.  Meaning it could be you're hanging
2    out, you're good buddies, and all of a
3    sudden they'll hook you up with a female
4    other than your wife, or whatever it is,
5    and then under threat if you don't do this,
6    if you don't do that.  But that's typically
7    how they'll do it.  They'll come across as
8    we're just a good ole organization.  We're
9    just a bunch of brothers and we just like
10   to hang out for fellowship.
11        And it's not until you get
12   inside -- you know, the Hell's Angels have
13   the largest Toys For Tots in the country
14   but they're not a charitable organization.
15             MR. TYSON:  Okay.  What if I
16        went to Huntsville and got
17        blessed, after I get blessed and
18        I come back to Dothan, does that
19        mean I'm a bad person?
20             THE WITNESS:  Sir, if you're
21        talking about being blessed, I
22        assume you're talking about a
23        one percent club giving your

78                                                    274

1    club permission.  Is that what
2    y'all mean by the term
3    "blessed"?
4             MR. TYSON:  Yes.
5             THE WITNESS:  It's not about
6    -- no, sir.  I'm not saying
7    you're a bad person.  You know,
8    there are a lot of people that
9    will join these organizations,
10   are the support clubs and not
11   realize what they're getting
12   into until they get into it, and
13   a lot of them get out.
14             MR. TYSON:  Let me rephrase
15        that.  Say I get blessed by --
16        what's the name?  OMC?  I get
17        blessed by this OMC in
18        Huntsville and I come back to
19        Dothan and organize an MC.
20             THE WITNESS:  Yes, sir.
21             MR. TYSON:  Can we operate
22        that MC without criminal
23        activity?

78                                                    275

1             THE WITNESS:  What you can
2        operate is, once you give them a
3        foothold into you, they're going
4        to be with you.  You can't shake
5        them off.  That's why it's
6        important you don't recognize
7        them to begin with.  If you let
8        them in then they're going to
9        have a say so.  They're going to
10       attend your meetings.  They're
11       going to tell you what you can
12       do and what you can't do.
13            MR. TYSON:  So, by them
14       blessing me in Birmingham, they
15       can come here and tell me and my
16       guys what to do?
17            THE WITNESS:  Yes, sir.
18       You've got to understand, they
19       don't -- with these clubs, which
20       some of them are even
21       international.  They have
22       international presidents.
23       Depending on the club you're

78                                                    276

1    talking about, they have
2    national presidents, they have
3    regional presidents, they have
4    chapter presidents.  On your
5    national/international clubs,
6    somebody doing something here in
7    Dothan, Alabama, if he gets the
8    word from his regional
9    president, for example in
10   Atlanta, he's not going to do
11   it.  You've actually had the
12   federal government have RICO
13   cases against some of the
14   motorcycle clubs showing that
15   they're criminal organizations
16   just like they had with mafia
17   families.
18            CHAIRMAN SPANN:  How do you
19       classify the Bama Boyz?  Have
20       you heard of Bama Boyz?
21            THE WITNESS:  Just prior to
22       this.  But I'm not familiar with
23       the Bama Boyz.  I wouldn't feel

CITY OF DOTHAN/GRAY 001028
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                          277

```
 1            comfortable.  I'll not familiar
 2         with them.
 3   BY MR. WHITE:
 4         Q  Are you familiar with the
 5   Outcast MC?
 6         A  Yes.
 7         Q  Are they an outlaw motorcycle
 8   gang?
 9         A  They promote themselves as an
10   outlaw motorcycle gang.  Yes, sir.
11            MR. TYSON:  You're saying
12         promote.  Can you be a member of
13         that club without being a
14         gangster or being --
15            THE WITNESS:  No, sir.  If
16         you're a member of the one
17         percent club and that one
18         percent is saying that I'm that
19         one percent and lives outside
20         society.
21            MR. TYSON:  Even though
22         they're in another city?
23            THE WITNESS:  It doesn't
```

Freedom Court Reporting, Inc                    877-373-3660

Keith Gray, In Re: / Personnel

78                                                          278

```
 1            matter.  Within the biker
 2         culture -- within the biker
 3         culture, when you say "I'm a one
 4         percenter" or you wear one a
 5         percent tab, what you're telling
 6         them is that, you know, ninety-
 7         nine percent, as all you've been
 8         educated to, ninety-nine percent
 9         are law-abiding citizens, I'm
10         that one percent that lives
11         outside society's norms.
12            The history of the one
13         percenters even -- are to offend
14         society's norms.  That's why a
15         lot of times with one percenters
16         you'll see them kiss each other
17         on the lips.  And that was
18         originally mostly started in the
19         '30s, '40s and '60s.  It's to --
20         folks see them walk down the
21         street, they have a shock value.
22            So, no, sir, if you join a
23         one percent club you can't not
```

Freedom Court Reporting, Inc                    877-373-3660

Keith Gray, In Re: / Personnel

78                                                          279

```
 1         be a non-one percenter.  You're
 2         telling the world that I don't
 3         live by society's norms.
 4   BY MR. WHITE:
 5         Q  And if you become associated
 6   what them by whatever term, "blessed" or
 7   "pledge allegiance," can you tell them just
 8   no?
 9         A  No, sir.
10            MS. EDWARDS:  I'm going to
11         object to that as calling for
12         speculation.
13   BY MR. WHITE:
14         Q  If you know.
15            MR. WHITE:  He's an expert.
16   BY MR. WHITE:
17         Q  Unfortunately, you know --
18            CHAIRMAN SPANN:  Objection
19         overruled.
20            MR. WHITE:  Thank you.
21   BY MR. WHITE:
22         Q  Are you familiar with activity
23   of the -- criminal activity of the Outcast
```

Freedom Court Reporting, Inc                    877-373-3660

Keith Gray, In Re: / Personnel

78                                                          280

```
 1   Motorcycle Club in Alabama?
 2         A  I have read reports.
 3            (City Exhibit B was marked
 4            for identification.)
 5   BY MR. WHITE:
 6         Q  Let me show you what's been
 7   marked as B and ask if you're familiar with
 8   that incident?
 9         A  Yes, sir.  I have read the
10   report going in.
11         Q  Okay.  What was your report?
12         A  I read an intel report regarding
13   this incident.  I wasn't involved.
14         Q  Would you tell the Board what
15   the incident was that you're referring to?
16         A  When the ABC Board executed a
17   search warrant for the clubhouse Outcast in
18   Huntsville.
19         Q  And arrests were made.  Is that
20   right?
21         A  Yes, sir.
22            MR. TYSON:  Mr. Attorney, we
23         are here for an incident that
```

Freedom Court Reporting, Inc                    877-373-3660

CITY OF DOTHAN/GRAY 001029
CONFIDENTIAL

78                                            281

1              happened here in Dothan.  Why
2         can't we show him the pictures
3         of those guys that was arrested
4         over here on Appletree.  Can we
5         show him that?
6                  MR. WHITE:  Yes, sir.
7                  MS. EDWARDS:  Object to the
8         extent that this involves
9         Jefferson County --
10                 MR. TYSON:  And we're
11        talking about Dothan.
12                 MR. WHITE:  I understand.
13   BY MR. WHITE:
14        Q   Are you familiar with an
15   incident involving twenty Outcast members
16   pulling a man from his vehicle in Jefferson
17   County?
18        A   Yes, sir.  I've also read a
19   report regarding that.
20        Q   Is it important for law
21   enforcement officers to be aware of threats
22   in their jurisdiction?
23        A   Yes, sir.

78                                            282

1         Q   Are there agencies, such as
2    yours, who publish bulletins or assessments
3    that help them become aware of such
4    threats?
5         A   There are law enforcement intel
6    bulletins sent out.  Yes, sir.
7         Q   Is it your testimony that there
8    are outlaw motorcycle gangs in Dothan?
9         A   Yes, sir.
10        Q   Would it not stand to reason
11   therefore that a person in law enforcement
12   would be interested in that intel?
13        A   Well, with any criminal
14   organization, yes, sir, or any gang,
15   whether it's OMG or the Crips or the
16   Bloods.  I mean, that's our business to
17   know who we're dealing with.
18        Q   Especially if it's in their
19   jurisdiction?
20        A   Yes, sir.
21        Q   Okay.  And --
22        A   From an officer safety
23   standpoint, you need to know who you're

78                                            283

1    dealing with.  And when you're dealing with
2    an outlaw motorcycle club, it's different
3    than dealing with a lot of other
4    organizations.  They have -- it's almost
5    like the military.  If you're dealing with
6    a large group of them, what you would need
7    to do is, for example, in training, being
8    aware of who they are, you find one of
9    their officers.  Within the organization
10   itself it has officers.  It will have a
11   president, a vice-president, a sergeant of
12   arms, a road captain.  You locate the
13   highest officer within the club and they
14   can control their group.  And the members
15   of the club will adhere to the authority of
16   their officers.
17        Q   Is it appropriate for a law
18   enforcement officer to become associated
19   with a one percent club?
20        A   Is it appropriate for a law
21   enforcement officer to be associated with
22   one socially?  No, sir.
23                 MR. WHITE:  That's all.

78                                            284

1                  EXAMINATION
2    BY MS. EDWARDS:
3         Q   Is the Bama Boyz Motorcycle Club
4    a one percent club?
5         A   I'm not familiar with them,
6    ma'am.  So I -- not to my knowledge.  I'm
7    not familiar with them.
8                  MS. EDWARDS:  No further
9         questions.
10                 MR. WHITE:  That's all for
11        this witness.
12                 CHAIRMAN SPANN:  Let me ask
13        you one question.
14                 THE WITNESS:  Yes, ma'am.
15                 CHAIRMAN SPANN:  I'm just
16        being sure that I'm clarifying
17        this right.  The OMC, Outcast,
18        is an OMC club, Outcast of
19        Bessemer, they are one percent.
20        Right?
21                 THE WITNESS:  Yes, ma'am.
22                 CHAIRMAN SPANN:  If an MC
23        that I understand has been

CITY OF DOTHAN/GRAY 001030
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                      285

1            supported by them to be a part
2            of the organization, the overall
3            organization, whether they wear
4            a patch or no patch, they're
5            still responsible to that OMC?
6            You talked about a one percent
7            patch.
8                  THE WITNESS:  Yes, ma'am.
9                  CHAIRMAN SPANN:  So what
10           does that one percent patch do
11           different?  I mean, if you're
12           not wearing a one percent patch
13           are you --
14                 THE WITNESS:  Well, the one
15           percent diamond -- and that's
16           what it is, it's a diamond
17           typically with a one and a
18           percent sign.  It's just telling
19           the world that you're a one
20           percenter.
21                 Now, I said you have
22           official support clubs and
23           unofficial support clubs.  Quite

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

78                                                      286

1            often an official support club
2            will have patches that say --
3            for example, it will "say
4            Support Your Local Outcast" or
5            "Support Your Local Hell's
6            Angels".
7                  Now, do all clubs that
8            support them are they initially
9            support -- official support
10           clubs?  I refer to an official
11           support club as a feeder club,
12           meaning your next step would be
13           to patch up, or become a member,
14           of the higher group.
15                 You have other lower tier
16           support clubs that may not
17           necessarily wear the patch but
18           they'll be invited to the
19           parties, they'll be invited to
20           the runs, they're going to be
21           generally hanging out with them
22           and associating with them.  And
23           a lot of times with your lower

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

78                                                      287

1            clubs, they'll move up.  And you
2            see a guy that I think he's got
3            potential in their mind, he may
4            move him up to an official
5            support club.
6                  I know, for example, there
7            were two in Montgomery recently
8            that were a support club that
9            were moved up.  So it's a
10           process.  But just because they
11           don't have a patch on doesn't
12           mean that they're not a support
13           club.  That just means they're
14           an officially-recognized support
15           club.
16                 CHAIRMAN SPANN:  So I can be
17           invited to a party and all
18           without wearing a patch?
19                 THE WITNESS:  Yes, ma'am.
20                 MS. EDWARDS:  I have one
21           further question.
22   BY MS. EDWARDS:
23           Q  So you have no personal

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

78                                                      288

1    knowledge of the Bama Boyz Motorcycle Club
2    being affiliated with a feeder club or a
3    supporting club as a one percenter?
4           A  No, I'm familiar with the Bama
5    Boyz as a support club.
6                  MS. EDWARDS:  No further
7           questions.
8                        - - -
9                  EXAMINATION
10   BY MR. WHITE:
11          Q  Let me followup on that.  Let me
12   show you what has been marked as City
13   Exhibit F and ask you if you can identify
14   any of the patches in that picture?
15          A  Yes.  As a matter of fact -- I'm
16   assuming that y'all have already been
17   explained what the difference between MC,
18   RC and all of that.  This is a property
19   patch but it shows -- the thing is we're
20   talking about three patch MC's.  And in the
21   motorcycle world that is a -- the highest
22   you can be.  Which the top obviously means
23   the name of the club, the middle is

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 001031
CONFIDENTIAL

78                                          289

1   typically the symbol, and the bottom is the
2   territory that they cover.  The MC.  It
3   appears that the female's wearing a
4   property patch, which means she belongs to
5   a member of the Outcast Motorcycle Club.
6           A property patch, if you
7   understand what that is, no one else -- it
8   means that she belongs to a particular
9   member.  So no other member of the club
10  should have access to her sexually or
11  otherwise.  She belongs to him.
12          CHAIRMAN SPANN:  What do the
13          ones surrounding him with
14          nothing on, just white on?
15          Nothing?
16          THE WITNESS:  No, ma'am.  I
17          mean, as far as the white
18          shirts -- I saw the subject that
19          she's standing in front of.
20          Now, he had an Outcast vest on
21          but I would have to look at the
22          pictures again to see.  But I
23          didn't see any significance

78                                          290

1           about the white shirt.
2           MR. TYSON:  Mr. Gray already
3           testified those are his gang
4           members.
5           CHAIRMAN SPANN:  I want him
6           to look at it and tell me if he
7           sees anything with the ones in
8           the white.
9           THE WITNESS:  They're all
10          dressed the same but that's all
11          I can say.
12          CHAIRMAN SPANN:  Thank you.
13  BY MR. WHITE:
14      Q  It says Bama Boyz.  In Exhibit G
15  --
16      A  If I may, sir, about the
17  blessing that we're talking about.  The
18  thing is with one percent clubs, when we
19  talk about blessing, that -- they have,
20  like I said, no legal authority to tell
21  anybody in this country what they can ride,
22  where they can ride and how they can ride
23  and what clothes they can ride in.  The

78                                          291

1   only authority they have is through fear
2   and intimidation and that's it.  They have
3   no legal authority whatsoever to tell
4   anybody to do that.
5           So, really, legally they have no
6   legal standing to "bless" anybody.  Myself
7   or you or anyone else.  We can wear
8   whatever we want to riding down the road.
9   The only authority that they have, again,
10  comes through fear and intimidation.
11          CHAIRMAN SPANN:  With your
12          knowledge of gangs and
13          motorcycle clubs, what makes a
14          person want to be a member of an
15          OMC?
16          THE WITNESS:  Well, what
17          they preach is brotherhood and
18          fellowship and family.  Not
19          unlike any other gang, to tell
20          you the truth.
21          I mean, when you're talking
22          about an OMC or OMG or the Crips
23          and the Bloods, what do you hear

78                                          292

1           the young folks talk about?
2           "This is my family."  This is
3           somebody that cares about me.
4           This is somebody that loves me.
5           And that's the attraction that
6           they talk about.
7           When the clubs were
8           originally started they were by
9           ex-vets that were looking for
10          that comradery they had within
11          their military units.  And
12          that's what they sell to
13          potential people.
14          But when you join a top tier
15          one percent club, I mean, you
16          have to sign your bike over to
17          them.  I mean, it comes before
18          your family; it comes before
19          your job.
20          If they call you at three
21          o'clock in the morning and tell
22          you to go pick up a package in
23          this town and take it to that

CITY OF DOTHAN/GRAY 001032
CONFIDENTIAL

78                                                              293

```
1            town, that's what you do because
2            you're -- if you're at the top
3            tier club, your full commitment
4            is to that club and that's where
5            your allegiance is supposed to
6            be.
7                 CHAIRMAN SPANN:  So during
8            the investigation I'm sure you
9            talked to Mr. Gray, too?
10                THE WITNESS:  No, ma'am.
11                CHAIRMAN SPANN:  Okay.  I
12           was just going to ask during
13           that did anybody find out about
14           the Bama Boyz and what they were
15           about.  But you don't know
16           anything about the Bama Boyz?
17                THE WITNESS:  No, ma'am.
18                CHAIRMAN SPANN:  Thank you.
19      BY MR. WHITE:
20           Q  As a followup to Madam
21      Chairman's question about the Bama Boyz.
22      If you would, please, take a look at
23      Exhibit G that's headed Bama Boyz
```

78                                                              294

```
1       Motorcycle Club and --
2                 MS. EDWARDS:  May I see a
3            copy of that as well?
4                 MR. WHITE:  It's Exhibit G,
5            the blessing.
6            A  Yes.  It says clearly upon
7       receiving the "blessings" from "Big O",
8       president of Outcast Alabama, "Big Meat",
9       Sin City Deciples, Alabama, and "Catfish"
10      the national president of Easy Riders as,
11      I've said does not -- you can't look at
12      these club as just a local in this town.  I
13      mean, it's a widespread network that they
14      ask permission to basically exist up in
15      Anniston.
16      BY MR. WHITE:
17           Q  He's asking permission for a
18      club in Anniston?
19           A  Yes.
20           Q  And he's asking for a blessing
21      for his club Bama Boyz?
22           A  Which is permission.  He's been
23      given permission.
```

78                                                              295

```
1            CHAIRMAN SPANN:  What does
2       given permission mean?  Explain
3       it a bit more.
4            THE WITNESS:  One, you won't
5       be harassed.  I can give you an
6       analogy of an incident that I'm
7       familiar with that happened
8       actually in Enterprise where a
9       group of folks who just rode
10      bikes and one of them was a
11      graphic designer and they
12      created a design.  And a one
13      percent club got the president
14      and told him:  Who gave you
15      permission to have a club?  Who
16      gave you permission to wear
17      that?  The subject surrounded
18      this particular president and
19      made him take his vest off and
20      cut the patches off.  So if --
21      you have some people do it so
22      they're not harassed.  I mean,
23      that's basically it.
```

78                                                              296

```
1            CHAIRMAN SPANN:  So --
2            THE WITNESS:  Civilian
3       clubs.
4            CHAIRMAN SPANN:  So if a
5       group like Bama Boyz received
6       that blessing for permission to
7       prevent being harassed, does
8       that also mean that they have to
9       -- that permission does not mean
10      they have to adhere to murder or
11      drugs or anything?
12           THE WITNESS:  That gives
13      them authority -- that gives
14      them authority.  That gives them
15      authority over the Bama Boyz.
16      You have -- you have lots of
17      clubs in this state.  You have
18      lots of legitimate clubs.  You
19      have law enforcement clubs.  You
20      have firefighter clubs.  You
21      have military clubs.  Those
22      clubs do not go to the one
23      percent clubs to ask for
```

CITY OF DOTHAN/GRAY 001033
CONFIDENTIAL

78                                              297

```
1          permission.  The reason you
2      don't go to those clubs and ask
3      for permission is because, one,
4      you validate their authority,
5      which you don't want to do.
6      And, number two, it will give
7      them an in to you.  Once you
8      give them a say so you can't
9      take away that say so.  Once --
10     they're going to attend your
11     meetings.  They're going to --
12     they're going to do things --
13     they've got their fingers into
14     you.  So that's why most of them
15     don't mess -- don't touch them
16     at all.
17         Where it comes into effect
18     about -- it's not about every
19     single club out there.  They
20     generally do not care about
21     riding clubs, RC's.  They
22     generally do not care about two
23     patch clubs.  It's all over
```

78                                              298

```
1          three patch MC's.  If you have a
2      three patch MC, that's where the
3      issue typically is.
4          Now, otherwise, you know,
5      some people may think it's cool.
6      Some people may watch Sons of
7      Anarchy too much.  I don't know.
8      But if you go solicit their
9      support because you think it's a
10     cool thing, these folks are
11     making a mistake because they
12     don't know what they're dealing
13     with.
14         Like I said, they're
15     criminal organizations.  What
16     they'll tell you is:  We're not
17     a criminal organization, we're
18     an organization with criminals.
19     But as law enforcement officers,
20     we shouldn't be involved in an
21     organization with felons anyway.
22         CHAIRMAN SPANN:  Thank you.
23         MR. WHITE:  That's all.
```

78                                              299

```
1              MS. EDWARDS:  Thank you.
2                  - - -
3  (Whereupon,
4              TIM MULLIS,
5  having been previously duly sworn, was
6  examined and testifies as follows, to-wit:)
7              EXAMINATION
8  BY MR. WHITE:
9          Q  Will you state your name,
10 please?
11         A  Tim Mullis.
12         Q  How are you employed?
13         A  I'm a corporal with the Dothan
14 Police Department.
15         Q  What are your duties?
16         A  My current assignment is primary
17 polygraph examiner and background
18 investigation.
19         Q  Have you ever been involved with
20 cell phones?
21         A  Yes, sir.
22         Q  How?
23         A  In August of this year I went to
```

78                                              300

```
1  a class in Hoover and received the
2  equipment and training to do forensic
3  analysis of cell phones.
4          Q  Okay.  Have you been involved in
5  case --
6              UNIDENTIFIED MALE AUDIENCE
7      MEMBER:  Tell him to talk louder
8      so we can hear.
9              MR. WHITE:  I'm sorry?  What
10     was that?
11             UNIDENTIFIED MALE AUDIENCE
12     MEMBER:  Talk a little louder so
13     we can hear you.
14             MR. WHITE:  Do you want to
15     test that mic so they can hear.
16             THE WITNESS:  Yes, sir.
17             MR. WHITE:  Let me just say
18     now that -- you know, this is
19     for the Board to decide.  This
20     is not an entertainment session
21     for everyone to be able to hear.
22     Okay?  So if you can keep your
23     comments, please.
```

CITY OF DOTHAN/GRAY 001034
CONFIDENTIAL

Keith Gray, In Re: / Personnel

---

78                                               301

```
1   BY MR. WHITE:
2        Q   What are your duties or what
3   were your duties with respect to this
4   investigation?
5        A   I performed a forensic analysis
6   of a cell phone, a Dell PC and a laptop.
7        Q   What did you find?
8        A   Well, first of interest on the
9   cell phone, which was also the first item
10  that I analyzed.  I found two sites that I
11  thought would bear looking into.  The first
12  of which was xxxblackbook.com and the
13  second was partnertracker.com.
14       Q   What were those?  How would you
15  describe them?
16       A   When I loaded the first one,
17  xxxblackbook.com, it appeared to be a
18  pornographic website offering sexual
19  services in the -- whatever areas you live
20  in.
21       Q   Did you find any evidence that
22  that had been put on there by the City of
23  Dothan?
```

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

---

78                                               302

```
1        A   No, sir.
2        Q   Would there be any evidence or
3   would you be able to detect any evidence
4   that anyone other than the user did that?
5        A   No, sir.  And, in fact, a lot of
6   the bookmarks were put on the same day,
7   which led me to believe that they were
8   transferred from another device onto that
9   one.
10       Q   And that was accessed from
11  another phone?
12       A   Apparently.  Yes, sir.
13       Q   Okay.  So, that was just when he
14  transferred or when whoever transferred one
15  device, that's why they were all on that
16  same day, they got transferred from -- did
17  Captain Gray have another device prior to
18  that one?
19       A   I would believe so.  Yes, sir.
20           MR. WHITE:  That's all.
21
22              - - -
23
```

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

---

78                                               303

```
1            EXAMINATION
2   BY MS. EDWARDS:
3        Q   Sir, do you know if Captain
4   Gray's former device transferred
5   information to the new device?
6        A   I don't know what device did.
7        Q   So you didn't research that part
8   of it?
9        A   I'm not able to determine that.
10       Q   Are you not able to tell the IP
11  address of where the information is coming
12  from?
13       A   It's not an IP address issue.
14  It's just that either all of the bookmarks
15  were transferred at the same time or they
16  were all entered at the same time.
17       Q   So you can't tell how the
18  information got on the phone?
19       A   Based on them all being
20  transferred within seconds of each other, I
21  would guess that unless somebody could type
22  that fast they were transferred from
23  another device.
```

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

---

78                                               304

```
1        Q   But you don't know whose device
2   or what device they came from?
3        A   No.
4        Q   Who requested that you screen
5   Captain Gray's phone and computer?
6        A   Sergeant McGill.
7        Q   And when did Sergeant McGill
8   request that you do this?
9        A   To be honest with you, I'm not
10  sure.  I just -- before I did it.  I
11  believe it was on August 26th, 27th,
12  somewhere in that area.
13       Q   So, do you know whether Captain
14  Gray was on administrative leave,
15  suspended, at the time this was taking
16  place?
17       A   Yes, I believe he was.
18       Q   And, so, you actually analyzed
19  his phone and his computer?
20       A   Yes, ma'am.
21       Q   Is that correct?
22       A   (The witness then nodded his
23  head affirmatively.)
```

Freedom Court Reporting, Inc                    877-373-3660

CITY OF DOTHAN/GRAY 001035
CONFIDENTIAL

78                                                   305

1      Q  And just so I'm clear, there was
2  only one website that was mentioned to
3  Captain Gray but you're now testifying that
4  there were two?
5      A  I also checked into
6  partnertracker just because I wasn't aware
7  of what that was.
8      Q  Okay.  And, so, you're saying
9  that they were both found on the phone?
10     A  Yes.
11     Q  On what date?
12     A  Again, please don't quote me on
13 this.  I believe it was August 26th, 27th.
14     Q  I mean, what was the date that
15 the information was on the phone that you
16 saw that the information had been --
17     A  I don't know have the sheet of
18 paper in front of me but I believe it was a
19 day in May when all of the bookmarks were
20 transferred over.
21     Q  Now, when Sergeant McGill asked
22 you to search this information, what
23 exactly did he tell you?  How did he direct

78                                                   306

1  you to do this?
2      A  Honestly, he just told me to --
3  I had just gotten the equipment at the time
4  of this anyway and he just told me to run
5  them all through the equipment and see what
6  turns up.
7      Q  Run them through the equipment.
8  And what sort of equipment are you
9  referring to?
10     A  Specifically we're talking about
11 the cell phone that's the UFED forensic
12 device, which stands for Universal Forensic
13 Evidentiary Device.
14     Q  So you ran the cell phone under
15 the UFED device?
16     A  Yes, ma'am.
17     Q  And what type of information
18 does that search for?
19     A  Well -- and obviously this is
20 different by each manufacturer of the
21 phone.  But what it physically does is it
22 takes a dump of the entire memory of the
23 phone, that's literally what it's called,

78                                                   307

1  "a physical dump," and then it analyzes
2  that memory for items that it recognizes to
3  be certain things.  Certain phones store
4  certain items in certain ways.  So on this
5  particular phone it, I believe, recognized
6  the contacts, call log, the bookmarks and
7  some SMS, and I believe there was one
8  multimedia message on there.
9      Q  The UFED device -- and if you
10 would, just explain to me how you run the
11 phone through there if you don't mind.  I'm
12 not an IT expert and so I'm just wondering
13 how the process goes if you run the phone
14 through the system.
15     A  You locate a cable that fits the
16 phone, it has all the cables in the box, so
17 to speak.  You plug it up, tell it what
18 type of phone it is and press start.
19     Q  What type of phone was it?
20     A  It was a Motorola.  I believe it
21 was an XT6.6, I believe was the number.
22     Q  And, so, when you plugged the
23 phone into that, what does it do at that

78                                                   308

1  point?  You plug it into the UFED device?
2      A  Yes, ma'am.
3      Q  Okay.  And then what happens?
4      A  It transfers the -- or it copies
5  the device's memory from the phone onto my
6  computer, the UFED.
7      Q  And, then, so UFED is a program
8  on your computer?
9      A  It's a part of the hardware.  A
10 physical piece of hardware.
11     Q  Okay.  So what happens after you
12 feed the information into the UFED?
13     A  It analyzes it and then puts it
14 into a report.
15     Q  Okay.  So it just prints out a
16 report?
17     A  I wouldn't say prints.  It makes
18 a pdf.
19     Q  Have you ever been asked to look
20 at any other officer's cell phone on the
21 UFED?
22     A  No.
23     Q  Have you ever been asked to look

CITY OF DOTHAN/GRAY 001036
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                    309

1    at any other officer's computer?
2         A   Yes.
3         Q   Okay.
4         A   Correction.  I have looked at
5    another officer's phone.
6         Q   How long ago?
7         A   A few weeks ago.
8         Q   Whose phone was that?
9         A   Lance Barnes.
10        Q   So you would say it's rare that
11   they ask for an officer's cell phone to be
12   run through UFED?
13        A   It has been a small percentage
14   of the number of phones that I've run.
15            MS. EDWARDS:  No further
16        questions.
17            MR. TYSON:  Whatever you
18        found on Mr. Gray's phone on
19        that UFED device, is it possible
20        that someone else could have
21        entered that information on his
22        phone?
23            THE WITNESS:  I'm going to
```

Keith Gray, In Re: / Personnel

```
78                                    310

1        say that that would require me
2        to guess.  But I would say no
3        because it would have been on
4        the phone ever since May.
5            MR. WHITE:  So if he had his
6        phone laying down there, there's
7        no way I could -- just no way I
8        could --
9            THE WITNESS:  I mean, really
10       anybody that had the phone in
11       their hands could have saved
12       that to the bookmarks but it's a
13       physical entry in the bookmarks.
14           CHAIRMAN SPANN:  I'm not an
15       IT expert either, I'm sorry, but
16       my understanding from earlier
17       testimony was the phone that --
18       I think the phone that was in
19       question now was issued to you
20       on May 8th.  It was picked up on
21       May 8th in the afternoon of that
22       day.  You were running
23       information that was dated what
```

Keith Gray, In Re: / Personnel

```
78                                    311

1        date?
2            THE WITNESS:  I don't know
3        the exact date.  I do believe it
4        was in May that the bookmarks
5        were stored in that phone.
6            CHAIRMAN SPANN:  Any records
7        of that day that you would know
8        what -- I'm just trying -- if it
9        was May 8th that this
10       information and this phone was
11       in somebody else's hands before
12       it was issued to him, could it
13       very well have been something
14       put on that phone before he got
15       it?  That's what I'm asking.
16       I'm not an expert so I don't
17       know.  I'm asking you as an
18       expert.
19           THE WITNESS:  Without me
20       knowing what date he got the
21       phone -- all I can tell you is
22       that the phone reported that the
23       bookmark was stored on a day in
```

Keith Gray, In Re: / Personnel

```
78                                    312

1        May.
2            CHAIRMAN SPANN:  Okay.  So
3        May 8th was the testimony.  Is
4        that correct?  Is that correct?
5        Attorney White, is that correct?
6        May 8th --
7            MR. WHITE:  No, ma'am.
8            CHAIRMAN SPANN:  -- that I
9        heard your testimony.
10           MR. WHITE:  I mean, whatever
11       you recall.  I'm not going to
12       testify.  I can't do that.
13           CHAIRMAN SPANN:  May 8th is
14       what I wrote down.  Okay.  May
15       8th was the day that afternoon
16       that somebody picked up the
17       telephone.  So what is important
18       to me is to know what date you
19       were running.
20           THE WITNESS:  What date you
21       ran the --
22           CHAIRMAN SPANN:  What day
23       you were running the information
```

CITY OF DOTHAN/GRAY 001037
CONFIDENTIAL

Keith Gray, In Re: / Personnel

---

**78**                                                                 313

```
 1        on.
 2            THE WITNESS:  It was in
 3    August.  I ran the exam on the
 4    phone in August.
 5            CHAIRMAN SPANN:  No, not
 6    when you ran the exam.  For the
 7    information that you picked up
 8    from the phone, was it in May?
 9    You said the data --
10            THE WITNESS:  Yes.  The
11    bookmark --
12            CHAIRMAN SPANN:  So what is
13    important to me is what date in
14    May that information was picked
15    up.  Was it May 8th?
16            THE WITNESS:  Do you have
17    the folder?
18            CHAIRMAN SPANN:  Or May 9th
19    or May 10th.
20            MR. WHITE:  Maybe I can
21    help.
22
23                - - -
```

---

Keith Gray, In Re: / Personnel

**78**                                                                 314

```
 1                EXAMINATION
 2    BY MR. WHITE:
 3        Q  Was it a new phone when he got
 4    it?
 5        A  It's my understanding it was.
 6    Yes, sir.
 7        Q  And when you talked about being
 8    transferred, you're talking about
 9    favorites?  Are you not?
10        A  Yes, sir.  The internet
11    bookmarks.
12        Q  Right.  We're not talking about
13    how many times he went there, we're
14    talking about bookmarks that were on the
15    telephone for pornographic websites.  Do
16    you know whether or not there were any
17    records of any visits to those while he
18    was on that phone?
19        A  Yes.
20        Q  So what you've got here are
21    pornographic websites on his phone that
22    he's claiming somebody else put there and
23    you've got visits to those pornographic
```

---

Keith Gray, In Re: / Personnel

**78**                                                                 315

```
 1    websites that some other dude went to.  And
 2    every time that there was a visit somebody
 3    had to go get his phone in order for it not
 4    to be him.  Right?
 5        A  That would be correct.
 6            MR. WHITE:  Okay.
 7                - - -
 8                EXAMINATION
 9    BY MS. EDWARDS:
10        Q  I have a question.  So are you
11    saying that you saw that these websites had
12    been visited a certain amount of time?
13        A  Yes.
14        Q  How many?
15        A  That website was reported to
16    have been visited by the phone three times.
17        Q  What date?
18        A  It doesn't say the date.
19        Q  It doesn't tell you when?  So it
20    could have been before May 8th?
21        A  I literally do not know.
22        Q  And you don't know for sure if
23    the phone was used when he got it?
```

---

Keith Gray, In Re: / Personnel

**78**                                                                 316

```
 1        A  I do not know that either.
 2            MS. EDWARDS:  No further
 3        questions.
 4            MR. WHITE:  That's all.  We
 5    call Police Chief Benton.
 6                - - -
 7    (Whereupon,
 8            GREGORY BENTON,
 9    having been previously duly sworn, was
10    examined and testifies as follows, to-wit:)
11                EXAMINATION
12    BY MR. WHITE:
13        Q  Would you state your name for
14    the Board, please?
15        A  Gregory J. Benton.
16        Q  And how are you employed?
17        A  City Dothan police chief.
18        Q  And how long have you been so
19    employed?
20        A  I've been with the City for
21    twenty-four years and as the chief, in
22    January will be four years.
23        Q  And how do you know Keith Gray?
```

CITY OF DOTHAN/GRAY 001038
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                      317

1        A  I have worked with Keith Gray
2    for the past twenty-four some odd years.
3        Q  While he was still a police
4    captain, did you order an internal affairs
5    investigation into his possible involvement
6    with a criminal motorcycle gang?
7        A  I did.
8        Q  Did you or internal affairs
9    investigate for any discriminatory reason?
10       A  Absolutely not.
11       Q  What information did you have
12   that you felt like needed investigating?
13       A  I was called that night by the
14   Lieutenant of Investigations, Lieutenant
15   Will Benny, explained to me that there had
16   been an assault at the Outcast Motorcycle
17   Clubhouse and that while they were doing
18   the investigation, that multiple times
19   Captain Gray's name was brought up as being
20   an associate of theirs.
21          I then directed -- I then told
22   him that I would get an internal affairs
23   investigator there to question them as

Keith Gray, In Re: / Personnel

78                                      318

1    well.
2        Q  Did you order him investigated
3    because he filed a discrimination charge
4    with the EEOC?
5        A  No.
6              (City Exhibit S was marked
7               for identification.)
8    BY MR. WHITE:
9        Q  Let me show you what's been
10   marked as City Exhibit S and ask you if you
11   can identify that.
12       A  I can.  This is an officer's
13   investigation report from Officer Michael
14   Woodside to me concerning Outcast
15   Motorcycle Club.
16       Q  What's the date of that report?
17       A  August 27th, 2013.
18       Q  Is that the date of the incident
19   at the Outcast Motorcycle Club clubhouse?
20       A  I believe it is.
21       Q  Does that report relate --
22       A  It does.
23       Q  -- to that incident at the

Keith Gray, In Re: / Personnel

78                                      319

1    Outcast Motorcycle Club here in Dothan,
2    Alabama?
3        A  It does.
4        Q  What does that report say?
5        A  Would you like me to read it?  I
6    think it would be easier if I just read it.
7        Q  Go ahead.
8        A  On 8/26/2013, Officer Parrish
9    and I responded to 414 North Appletree
10   Street in reference to an Assault 2nd
11   complaint.  During our initial
12   investigation we were able to locate seven
13   of the eight suspects on scene when we had
14   all the occupants exit the Outcast
15   Motorcycle Club clubhouse.  One of the
16   subjects that exited the clubhouse was not
17   identified as a suspect and was cleared by
18   all witnesses and victims and released on
19   scene.  I completed my task at the police
20   department and was sent back to sit on the
21   clubhouse for an eventual search warrant.
22   When I pulled up on scene I observed two
23   female subjects and one male subject.  The

Keith Gray, In Re: / Personnel

78                                      320

1    male subject was the same individual who
2    was released from the initial assault call.
3    I cleared the clubhouse and made contact
4    with three subjects to see if they had
5    removed any potential evidence from the
6    clubhouse.  The male subject known to me as
7    McGuire was still wearing an Outcast MC
8    t-shirt and was in the company of Kunta
9    McGoley's wife Dorothy McGoley.  I was
10   given verbal consent to search the two
11   vehicles and found no evidence related to
12   the crime or the clubhouse.  During my
13   conversation with McGuire, I learned that
14   he is a firefighter with Troy Fire
15   Department.  I asked McGuire if he was
16   aware of the Outcast's reputation and if he
17   was aware that they classified themselves
18   as a one-percent outlaw motorcycle gang.
19   McGuire stated that he had no idea, that
20   this was his first event at the Dothan
21   clubhouse.  McGuire stated that he was
22   bothered by what was done to the two
23   victims and told me that he did not want to

CITY OF DOTHAN/GRAY 001039
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                          321

1   lose his job over -- I'll just say it:
2   Bullshit like this.
3            I asked McGuire to speak to me
4   in private and pulled him away from the two
5   female subjects.  I asked McGuire how he
6   became involved with the Outcast.  And he
7   stated that he and four of his friends had
8   a motorcycle club in Troy and they just
9   participate in charity rides and other
10  events.  McGuire stated that they were
11  approached by a member of the Outcasts and
12  told that they had to patch over -- that
13  they had to patch over, become a support
14  club, of the Outcasts or not be allowed to
15  wear their "cuts" (MC vests).  McGuire
16  stated that they seemed cool and didn't
17  have a problem, until this incident.  I
18  asked McGuire if he knew of any other
19  firefighters or police officers that were
20  involved with the Outcasts.  McGuire stated
21  that he knew of two police officers who
22  either lived in Dothan or worked at Dothan
23  PD.  McGuire stated that he knew one

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          322

1   officer claimed to be the assistant chief
2   of Dothan and went by the club name of
3   "Chopper".  McGuire described "Chopper" as
4   an older dark skinned black male
5   approximately five foot, eight inches tall,
6   shaved head with glasses.  McGuire stated
7   that he had personally seen "Chopper"
8   several times in the company of other
9   Outcast Motorcycle Club members and has
10  attended multiple Outcast Motorcycle Club
11  functions.  McGuire stated that he believed
12  "Chopper" rode with the Bama Boyz MC but
13  was not sure.
14           After obtaining that information
15  I asked McGuire about the other officer.
16  McGuire stated that he did not know the
17  other officer but provided me a club name
18  that I do not remember at this time.
19  McGuire did state that the officer rides
20  with All Throttle Motorcycle Club out of
21  Dothan, Alabama.  I verified this by having
22  McGuire look at an All Throttle MC "cut"
23  that was hanging in a vehicle that was

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          323

1   driven by one of the suspects from the
2   assault call, Wendell Key.  McGuire
3   positively identified that "cut" as one
4   similar to one used by the other officer.
5   I asked McGuire if the Bama Boyz MC is a
6   support club to Outcast MC and he stated
7   that they do not have a support patch but
8   they are around the Outcasts a lot.
9            I asked McGuire if the All
10  Throttle MC is a support club and he stated
11  they are not.  They have not received their
12  support patches yet.
13           I asked McGuire if he knew of
14  any other officer, male or female, that may
15  be involved with the Outcast Motorcycle
16  Club and he stated that he was not sure of
17  any females because they're not allowed to
18  speak up.  McGuire stated that he would be
19  able to find out more if he needed to.
20           It should be noted that I had
21  prior information provided to me that
22  Captain Gray's club name with the Bama Boyz
23  is "Chopper".  I was told that he has the

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          324

1   name "Chopper" because he is a helicopter
2   pilot.  Further, I have personal knowledge
3   that Officer Truitt was currently a member
4   of All Throttle MC, which had arranged a
5   charity ride in recent months.
6            After receiving this
7   information, because there are two possible
8   Dothan PD officers in association with
9   Outcast MC, I contacted Lieutenant Benny.
10  I provided Lieutenant Benny a brief
11  synopsis of what I had been told by
12  McGuire.  Lieutenant Benny instructed me to
13  keep McGuire on scene.  I had no further
14  conversations with McGuire in regards to
15  this matter but did talk to him about some
16  definitions of one percent motorcycle gang
17  or OMG, which had him repeat his disgust
18  for what had occurred earlier that morning.
19  No other action taken.
20           MR. WHITE:  We offer City S.
21           (City Exhibit S was offered
22           into evidence.)
23

Freedom Court Reporting, Inc                    877-373-3660

CITY OF DOTHAN/GRAY 001040
CONFIDENTIAL

```
78                                    325


 1    BY MR. WHITE:
 2        Q  When you got that report were
 3    you concerned?
 4        A  Yes.
 5        Q  Why were you concerned?
 6        A  That a law enforcement officer
 7    in my department would associate with a one
 8    percent motorcycle gang.
 9        Q  Why is that a concern?
10        A  It's a concern because of the
11    criminal element of one percent motorcycle
12    gangs and what they represent.
13        Q  Now, you read in that report
14    that there was another officer.  Did you
15    followup and order an investigation into
16    that?
17        A  I did not.
18        Q  Would you tell the Board why you
19    did not and who that was?
20        A  It was Tiwan Truitt, who I was
21    told was out of the gang by then or out of
22    that motorcycle club.
23        Q  Are you aware of their action
```

```
78                                    326


 1    taken against him that resulted in his
 2    leaving?
 3        A  No.
 4        Q  Are you aware of any arrests
 5    that were made that night that that report
 6    refers to?
 7        A  There were arrests.
 8        Q  Who got arrested?
 9        A  I would have to look at the
10    names.  I don't have them.
11        Q  Were they Outcast Motorcycle
12    Club members?
13        A  They were associated.
14        Q  Where did the arrest take place?
15        A  414 North Appletree Street at
16    the clubhouse.
17        Q  Was that the --
18        A  That's the Outcast Motorcycle
19    clubhouse.
20        Q  Were there statements taken from
21    those people?
22        A  There were.
23        Q  And at the time that those
```

```
78                                    327


 1    statements were taken were they wearing
 2    Outcast Motorcycle clothing?
 3        A  I do not know.
 4        Q  Would the videotape of that
 5    confirm it?
 6        A  I'm sure it would.
 7        Q  And during the course of those
 8    interviews did those people that were
 9    arrested name Mr. Gray in the same manner
10    that was read in that report?
11        A  Yes, they did.
12        Q  As being associated, having
13    visited them?
14        A  Correct.
15        Q  What about being in the presence
16    of illegal activity, such as illegal drugs?
17        A  They did say that that happened.
18        Q  Now, at this time if we can play
19    those interviews of those people but I'll
20    leave that to up to the Board whether or
21    not you think you want to listen to the
22    interviews of those people who were
23    arrested that night.  The ones that named
```

```
78                                    328


 1    as being there on other occasions in the
 2    presence of marijuana, which led to this
 3    investigation, which led to this case.  And
 4    the point of that is, of course, there's
 5    some serious allegations here.
 6            MR. TYSON:  Either one of
 7        the guys that's on that CD, are
 8        they outside as a witness?
 9            MR. WHITE:  I didn't
10        subpoena any of them.  Do you
11        have any of them?
12            MS. EDWARDS:  We have an
13        individual here ready to testify
14        in person who was there that
15        night and who was interviewed by
16        the police department that night
17        and we are -- we'll put him on
18        the stand.
19            MR. TYSON:  Well, see, I can
20        listen to this all evening but I
21        don't know --
22            MR. WHITE:  Well, if he's
23        going to say that he didn't say
```

CITY OF DOTHAN/GRAY 001041
CONFIDENTIAL

78                                      329

1       what he said, we would like to
2       play it.  Because we got what he
3       said.  If he's going to come in
4       here and say something different
5       y'all need to know.
6               MR. TYSON:  Let him come in.
7               MR. WHITE:  I don't know who
8       you got but we got a bunch.
9               CHAIRMAN SPANN:  The
10      majority wants to hear.
11              MR. WHITE:  Do you want to
12      go ahead and do it now?
13              MS. EDWARDS:  If I may, I
14      would like to make the same
15      objection as to authentication
16      of this and we don't know if
17      it's been edited.  We haven't
18      seen the original.  I would like
19      the objection.
20              MR. WHITE:  We have somebody
21      who can testify to that if you
22      want to hear him say that they
23      were there.  In fact, he's there

78                                      330

1       in the video and he can say that
2       that's what it is if you want
3       to.  We'll go get him.
4               MR. TYSON:  I understand.
5           (Subsequent to the hearing,
6           a CD was marked as City
7           Exhibit T for
8           identification.)
9    4:17 p.m.
10          (Playing video.)
11              MR. WHITE:  I know who they
12      got so let's play them all.  I
13      don't know who their guy is.
14          (Playing video.)
15   4:20 p.m.
16              CHAIRMAN SPANN:  Out of a
17      respectful manner to Captain
18      Gray and all that's involved,
19      please refrain from speaking
20      out.  I would really appreciate
21      that.  Okay.  Thank you.
22          (Playing video.)
23   4:49 p.m.

78                                      331

1               MR. WHITE:  Just note that
2       there are several interviews and
3       I think this one goes on some
4       more.  But, really, I would
5       offer to just proceed to the
6       interview of the person they
7       intend to put on.
8               MS. EDWARDS:  For the
9       record, I would like copies of
10      every single one of those
11      interviews.  If he's offering
12      them into evidence as part of
13      this transcript, I want copies
14      of them.
15              MR. WHITE:  I mean --
16              MS. EDWARDS:  And we can put
17      the live witness on as well.
18              MR. WHITE:  I mean, as far
19      as right now I mean, I'm going
20      to leave that to the Board.
21      We'll play them right now if the
22      Board wants to hear them.  I
23      don't know about giving you

78                                      332

1       copies, what good that is
2       because we'll play them right
3       now.
4               MS. EDWARDS:  If it's part
5       of the record, I want copies.
6               CHAIRMAN SPANN:  We'll make
7       them available.
8               MS. EDWARDS:  Thank you.
9               MR. WHITE:  I mean, we'll
10      play them now.  I mean, because
11      I don't know -- I mean, you
12      know, if she's going to come
13      back and say something's on
14      there and y'all haven't even
15      heard it --
16              CHAIRMAN SPANN:  We have
17      them and if we decide we need to
18      listen to them because she's
19      coming back saying something
20      then we have the right to look
21      at them also.
22              MR. WHITE:  Okay.  What I'm
23      going to object to though is

CITY OF DOTHAN/GRAY 001042
CONFIDENTIAL

78                                                      333

```
1          there being any argument about
2          something that we don't get a
3          chance to hear here and now.
4          I'll play it right here and now
5          and there won't be any question
6          whether it was there or not.
7              MS. EDWARDS:  But you've
8          offered --
9              MR. WHITE:  I've only
10         offered this one.
11             MS. EDWARDS:  I'm not
12         objecting to the foundation for
13         them.  If you're offering --
14             MR. WHITE:  That's very
15         good.
16             MS. EDWARDS:  -- legitimate
17         evidence and they're part of the
18         record, I want a copy.
19             MR. WHITE:  That's fine.
20         But I'm objecting to us coming
21         back --
22             CHAIRMAN SPANN:  Can you go
23         ahead and without looking at
```

78                                                      334

```
1              them and submitting them into
2          evidence that you're going to
3          get since you're going to make
4          them accessible to Attorney
5          Edwards, please?  Okay?  That
6          way --
7              MR. WHITE:  You can look at
8          it yourself.
9              CHAIRMAN SPANN:  Yeah.  All
10         right?  Thank you.
11             MR. WHITE:  Right now though
12         I would like for you to hear
13         their witness.
14             CHAIRMAN SPANN:  Oh, yeah,
15         we will.
16             MR. WHITE:  If you could go
17         to number five.
18  4:52 p.m.
19             (Playing video.)
20  5:11 p.m.
21             CHAIRMAN SPANN:  We need
22         five minutes for a bathroom
23         break and we will be right back
```

78                                                      335

```
1              in.  Thank you.
2   5:11 p.m.
3              (Recess taken.)
4   5:24 p.m.
5              CHAIRMAN SPANN:  I will call
6          the hearing back to order.
7   BY MR. WHITE:
8       Q  In the interest of moving along
9   here, is there a procedural general order
10  on mobile data terminals and electronic
11  messaging in the Dothan Police Department?
12      A  Yes, there is.
13      Q  And is that related to this
14  case?
15      A  Yes, it is.
16      Q  While she's looking at this, can
17  you just tell us in essence what that is
18  and how it relates to this case?
19      A  Are you talking about the
20  charges against Captain Gray?
21      Q  The policy and how it relates to
22  the charges.  What does it prohibit and how
23  does it violate?
```

78                                                      336

```
1       A  It prohibits the use of any
2   electronic device that visits any
3   pornographic websites or websites that
4   might be pornographic in nature.  It also
5   prohibits you for the use of a computer for
6   non-law enforcement purposes or anything
7   outside the scope of your work.
8              (City Exhibit U was marked
9              for identification.)
10  BY MR. WHITE:
11      Q  Okay.  If you would please refer
12  to page three of this Exhibit U and ask you
13  if that's what you're talking about; those
14  highlighted sections?
15      A  Correct.
16      Q  Now, during your investigation
17  you asked internal affairs to determine to
18  what extent this information you received
19  was correct.  Is that right?
20      A  Correct.
21      Q  I mean, you had statements from
22  members of the Outcast Motorcycle Club of
23  his association with them.  Is that
```

CITY OF DOTHAN/GRAY 001043
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                    337

1   correct?

2        A   Correct.

3        Q   Okay.  You wanted to pursue that

4   further.  Is that correct?  I mean, you

5   just didn't take their words for it.

6   Right?  You wanted to do an investigation?

7        A   That's right.

8        Q   And that investigation, did that

9   include his telephone?

10        A   Yes.

11        Q   And during the course of that

12   analysis what did you find on his

13   telephone?

14        A   A website that was pornographic

15   in nature.  Xxxblackbook, I believe is the

16   name of it.

17        Q   And you heard of the contention

18   that you put it there or somebody put it

19   there as part of a frame-up or a set-up.

20   Did you hear that today?

21        A   From what I understood that he

22   said, yes, that's what he's claiming.

23        Q   Okay.  Did you do that or did

Keith Gray, In Re: / Personnel

78                                                    338

1   you order anybody to put pornography on his

2   telephone?

3        A   Absolutely not.

4        Q   Could something like that be

5   proved -- I mean, you did that -- or, you

6   know, would you risk that?

7        A   I'm sure it could be proved

8   somehow.  No, I would not risk that.

9        Q   Okay.  Was that a new telephone

10   that he had that that was on?

11        A   I have spoken with the person

12   that delivered the phones from SouthernLINC

13   and she assured me that they were brand new

14   phones.

15        Q   Now, there's also an element of

16   this proceeding that relates to

17   unauthorized use --

18            MS. EDWARDS:  I'm going to

19        object to that last statement as

20        being hearsay.  We don't have

21        her here to validate that.

22            CHAIRMAN SPANN:  Objection

23        overruled.

Keith Gray, In Re: / Personnel

78                                                    339

1   BY MR. WHITE:

2        Q   Relating to the Sungard system,

3   would you tell them what that is?

4        A   That is a database that the

5   police department uses the AS400 in

6   particular for records keeping, for

7   criminal intelligence gathering, things of

8   that nature.

9        Q   Did you notice anything out of

10   the ordinary related to then Captain Gray's

11   use of that system during this

12   investigation?

13        A   Yes.  He went to several

14   personal -- went to the screen where

15   officers have their personal information

16   and accessed several different officers'

17   personal information.

18        Q   Is that within his duty to be

19   looking up a fellow officer's personal

20   information?

21        A   It could be.  I will give you a

22   for instance.  If I needed to know -- if I

23   needed to get in touch with a particular

Keith Gray, In Re: / Personnel

78                                                    340

1   officer and I did not know his phone

2   number, I could go to his personal

3   information page and get that phone number

4   from that personal information.  Usually

5   that would involve people that work

6   directly under your purview.

7        Q   Okay.  Did you notice anything

8   that would indicate that that was as simple

9   as that inquiry was?

10        A   It very much appeared that he

11   was accessing people outside the norm of

12   his normal scope of duties.

13        Q   There was mention of two police

14   officers -- well, three police officers but

15   two police officers as being members of

16   support clubs of Outcast, another being

17   Tiwan Truitt.  Do you know Tiwan Truitt?

18        A   Yes, I did.

19        Q   And was Tiwan Truitt the subject

20   of any disciplinary action?

21        A   Stemming from this?

22        Q   Stemming from the information --

23        A   No.

CITY OF DOTHAN/GRAY 001044
CONFIDENTIAL

78                                          341

1       Q   And did that relate to the fact
2   that he was in bad standing with them or
3   why wasn't he disciplined for his being
4   named by these defendants?
5       A   From what I understand, he was a
6   member in bad standing because of
7   information that he was using for law
8   enforcement purposes.  That's all I really
9   know.
10      Q   There was information -- I mean,
11  there was some indication that he was a
12  snitch.  Are you aware of anything like
13  that?
14      A   That's just what I gathered from
15  the investigation.
16      Q   Okay.  That's all you know about
17  that.  All right.  Do you know whether or
18  not at any time during then Captain Gray's
19  time with the Dothan Police Department that
20  he was ever involved in a deep cover
21  operation with outlaw motorcycle gangs?
22      A   That I'm aware of, no.
23      Q   So his involvement and

78                                          342

1   association with them was not a department
2   direction?
3       A   Correct.
4       Q   That was strictly his business?
5       A   Yes.
6       Q   He was not working any cases
7   against them.
8       A   No.
9       Q   Is it his job to combat criminal
10  organizations?
11      A   Yes, it is.
12      Q   Such as the Outcast?
13      A   Correct.
14      Q   Such as Sin City Deciples?
15      A   Correct.
16      Q   And the Legion of Doom?
17      A   Correct.
18      Q   Is it okay that he only
19  associates with them when he's off duty?
20      A   That would appear to be so.
21      Q   Is it okay with you that he
22  associates with them?
23      A   Absolutely not.

78                                          343

1       Q   Okay.  How does his association
2   with these criminal organizations reflect
3   on your or on the City of Dothan's police
4   department?
5       A   It looks very bad.  If the --
6   you know, from a department standpoint
7   there's going to cause some unrest in the
8   department once they -- other officers find
9   out he's a member -- he's associated with
10  known felons and associates with them on a
11  -- appears to be a very frequent basis.  It
12  very well could really affect our working
13  relationship with the public and their
14  confidence in us.  And once you are
15  associating with these kind of individuals
16  it is very hard to disassociate yourself
17  with these individuals from all that I have
18  read and all that I have studied.  You're
19  pretty much in bed with them.
20      Q   You heard the investigators
21  during their interviews with these Outcast
22  members discussing information flowing from
23  the Dothan Police Department regarding

78                                          344

1   ongoing observations and investigations.
2   Did you not?
3       A   I heard that, yes, sir.
4       Q   Is it a concern to you that
5   someone in his position might be pressured
6   or even the victim of extortion to use
7   their position or information in such a
8   way?
9           MS. EDWARDS:  I'm going to
10          object to that question to the
11          extent that it's calling for
12          speculation.  And it's leading.
13          CHAIRMAN SPANN:  Proceed.
14  BY MR. WHITE:
15      Q   You can answer.
16      A   Yes, that's a concern.
17          MR. WHITE:  That's all.
18              - - -
19          EXAMINATION
20  BY MS. EDWARDS:
21      Q   Chief Benton, you didn't
22  personally inspect Captain Gray's phone,
23  did you?

CITY OF DOTHAN/GRAY 001045
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                               345

```
1        A  No, I did not.
2        Q  So, you can't say based on your
3   personal knowledge whether or not the phone
4   was new or used when he received it, can
5   you?
6        A  I cannot.
7        Q  Now, did you monitor every
8   minute that Captain Gray had that phone in
9   his possession?
10       A  No.
11       Q  So, you can't say whether or not
12  he, personally, ever accessed a XXX website
13  on his cell phone?
14       A  No.
15       Q  What was your role in the
16  investigation?  Did you assist in
17  performing the investigation?
18       A  No, I did not.
19       Q  Who did you direct to do the
20  investigation?
21       A  Sergeant Doug McGill and
22  Sergeant Donnie Smith.
23       Q  Did you direct them to do the
```

Freedom Court Reporting, Inc                    877-373-3660

Keith Gray, In Re: / Personnel

78                                                               346

```
1   investigation?
2        A  Yes, I did.
3        Q  Did Major Parrish direct them to
4   do the investigation?
5        A  No, he did not.
6        Q  Did he have any role in the
7   investigation?
8        A  Major Parrish absolutely knew
9   nothing about the investigation except that
10  when I got back to work and saw him, I told
11  him that Captain Gray was on administrative
12  leave pending an investigation, that he
13  would be notified at the end of the
14  investigation.
15       Q  So, you said that you directed
16  Doug McGill and which other officer?
17       A  Donnie Smith.  Sergeant Donnie
18  Smith.
19       Q  So, however you received a memo
20  from an Officer Michael Woodside that
21  informed you of the one percenter?
22       A  Correct.
23       Q  And this memo is dated 8/27?
```

Freedom Court Reporting, Inc                    877-373-3660

Keith Gray, In Re: / Personnel

78                                                               347

```
1        A  Yes.
2        Q  Why, then, was Captain Gray
3   suspended on -- one day before your
4   knowledge of this one percenter on August
5   the 26th?
6        A  He was suspended.
7        Q  Before you received the
8   knowledge of the one percenter?
9        A  He was not suspended -- he was
10  put on administrative leave on the day of
11  the occurrence that he was interviewed.
12       Q  An occurrence that he was not
13  involved in.  Just answer yes or no.  Was
14  he there?
15       A  No, he was not there.
16       Q  Do you have any knowledge of any
17  crime that Captain Gray has committed?
18       A  No.
19            MS. EDWARDS:  No further
20  questions.
21            MR. WHITE:  We rest.
22            CHAIRMAN SPANN:  Any
23  questions from the Board?  Thank
```

Freedom Court Reporting, Inc                    877-373-3660

Keith Gray, In Re: / Personnel

78                                                               348

```
1   you, Chief.
2            MS. EDWARDS:  If I may just
3        review this and determine.  We
4        may have actually a couple of
5        witnesses.  We still have Mr.
6        Wendell Key, which I'll be very
7        quick.  If we can call him.  Is
8        Wendell Key here?
9            MR. WHITE:  He tells me he
10       was not here when all witnesses
11       were sworn.
12               -  -  -
13  (Whereupon,
14            WENDELL KEY,
15  having been duly sworn, was examined and
16  testifies as follows, to-wit:)
17            EXAMINATION
18  BY MS. EDWARDS:
19       Q  Mr. Key, you understand your
20  testimony here, that you're under oath?
21       A  Uh-huh (affirmative response).
22       Q  And that you must tell the
23  truth, the whole truth and nothing but the
```

Freedom Court Reporting, Inc                    877-373-3660

CITY OF DOTHAN/GRAY 001046
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                              349

1   truth?
2        A   Uh-huh (affirmative response).
3        Q   I don't want you to perjure
4   yourself --
5        A   Right.
6        Q   -- by telling a lie.  Okay.  And
7   we watched a little bit of a video where
8   internal affairs was investigating you.
9        A   Right.
10       Q   I guess the morning after the
11  incident had occurred on August 26th.  Is
12  that correct?
13       A   Right.
14       Q   Now, we saw this interview.
15  However, how many times were you
16  interviewed?
17       A   Twice.
18       Q   Did you see any of this video --
19       A   No.
20       Q   -- that was played in here?
21  Because you were outside of the room.
22  Right?
23       A   Right.

Keith Gray, In Re: / Personnel

78                                              350

1        Q   Okay.  So, the first time you
2   were interviewed what was asked of you?
3        A   They were asking us what
4   happened that night, you know.  I told them
5   that I wasn't really there.  I was pulling
6   up.  I actually came back home from taking
7   my medicine and when I got back everything
8   was going on outside.  And then I told all
9   the guys in the club, let's go back on the
10  inside.  So we all went inside.
11           The next thing we know the
12  police come and knock on the door and they
13  made all of us come out.  And all of them
14  guys, like, everybody had their vest on.
15       Q   Now, Captain Gray wasn't there
16  that night, was he?
17       A   No, ma'am.
18       Q   Now, the second time that you
19  were questioned, what did they start asking
20  then?
21       A   They started asking me do Keith
22  be there.  I told them he come by there,
23  you know.  They asked me did he see anybody

Keith Gray, In Re: / Personnel

78                                              351

1   be smoking.  I told them, I say what's --
2   if you do smoke, see anybody smoking, I
3   wasn't around them then.  And they asked me
4   about Tiwan and I told them Tiwan is a good
5   guy.  And they asked me about a female.  I
6   don't know her name.  But I told them she
7   don't come around me.
8        Q   Would that name have been
9   Vermonika Carney?
10       A   Yes, ma'am.  I think that's her.
11       Q   Did they ask you about any other
12  officers?
13       A   No, just those three.
14       Q   So they just asked you about
15  Captain Gray, Vermonika Carney and Tiwan?
16       A   Right.
17           MS. EDWARDS:  That's all I
18       have.
19           MR. WHITE:  No questions.
20           MS. EDWARDS:  Thank you,
21       sir.
22           CHAIRMAN SPANN:  Thank you.
23       We have one last witness and

Keith Gray, In Re: / Personnel

78                                              352

1           this will be very quick as well,
2           Board.  And it is Commissioner
3           James Reading.
4                 - - -
5   (Whereupon,
6                 JAMES READING,
7   having been previously duly sworn, was
8   examined and testifies as follows, to-wit:)
9                 EXAMINATION
10  BY MS. EDWARDS:
11       Q   Mr. Reading, were you --
12       A   Reading.
13       Q   Reading.  My apologies.  It's
14  spelled reading, correct, but it's
15  pronounced Redding?
16       A   Yes, ma'am.
17       Q   My apologize, Mr. Reading.  Were
18  you sworn in earlier --
19       A   Yes, ma'am.
20       Q   -- with the remainder of the
21  witnesses?  Okay.  So you understand that
22  you are under oath and have a duty to tell
23  the truth, the whole truth, and nothing but

CITY OF DOTHAN/GRAY 001047
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                          353

1  the truth today?
2       A  That's right.
3       Q  I understand that you called
4  Captain Gray back when you learned all of
5  this investigation was being conducted
6  against him.  Is that correct?
7       A  That's correct.
8       Q  And that would have been in
9  early September?  Does that sound correct
10 to you?
11      A  It was -- I don't know the exact
12 date but it would be September.
13      Q  Late August, early September?
14 Somewhere around --
15      A  Yes.
16      Q  So, when you called him you left
17 a message for him.  Correct?
18      A  Would you like for me run it
19 through you?
20      Q  By all means.  And I'll followup
21 as need be.
22      A  Okay.  Anthony Keith and I were
23 driving and -- when I learned that Captain

Keith Gray, In Re: / Personnel

78                                          354

1  Gray, I think he had been suspended for ten
2  days.  And I've known Keith, my wife and I,
3  since he was this high.  And I called Keith
4  and I asked him where was he.  Anthony
5  Keith and I was riding by his house.  So I
6  had called him on the phone and asked him
7  where he was and he told me he was out of
8  Flowers Hospital.  I said "come over to the
9  house."  I said, "I'd like to talk with you
10 for a minute."  And he said, "okay."  So
11 Anthony and I, we went back to my house.
12 And it took Keith quite a while to get
13 there.  A lot longer than I thought, you
14 know, it took to get from Flowers Hospital
15 to my house.
16      So we go out in the sunroom.
17 And the first question I asked you, I
18 said, "Keith, are you wearing a wire?"  And
19 he said, "no, I'm not."  I said, "if you're
20 wearing a wire," I said, "we don't need to
21 have this conversation."  I asked Keith, I
22 said, "as far as I know you're under
23 suspension or whatever."  And I said, "do

Keith Gray, In Re: / Personnel

78                                          355

1  you realize what you are putting on the
2  line?  You are putting twenty-eight years
3  of service."
4       The kid is like a kid -- he's
5  like a kid to me.  And I said, "Keith, you
6  are in a leadership position.  You're
7  captain of the Dothan Police Department."
8  And I said, "there are some places as a
9  captain you cannot go."  I said, "there are
10 some people that you can't associate with."
11 I said, "it's just as simple as that."
12      And I said, "my only dog in the
13 fight is you.  I just want you to realize
14 what you stand to lose."  I said, "the only
15 one reason that Anthony Keith is here" --
16 Anthony Keith is a lawyer.  He had a
17 lawsuit against Movie Gallery a few years
18 back.
19      And I said, "I want you to hear
20 it from somebody who has been there, has
21 been in your situation and maybe you can
22 believe what he is saying to you.  And that
23 was just about the extent of the

Keith Gray, In Re: / Personnel

78                                          356

1  conversation.
2       Q  And, sir, just to clarify for
3  the record, you were city commissioner at
4  the time of this conversation?
5       A  That's correct.
6       Q  For the City of Dothan?
7       A  Yes.
8       Q  And you advised Captain Gray to
9  just retire?
10      A  No, you're not listening.  I
11 said if -- I said, "what I would do," I
12 said, "Keith, look what you stand to lose."
13 I said, "you've got twenty-eight years with
14 the Dothan Police Department."  I said, "if
15 you lose," I said, "everything is out the
16 window."
17      Q  Did you --
18      A  And -- let me finish, please.
19 And I said, "if nothing else, if you
20 retire," I said, "Andy Hughes was hiring
21 people left and right."
22      Q  Yes, sir.  And I'm aware --
23      A  We got accreditation.  I said,

CITY OF DOTHAN/GRAY 001048
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                          357

1   "you're a captain."  I said, "you can
2   always get another job."  I said "but if
3   you're terminated, that's it."
4        Q  And, Mr. Reading, did you also
5   just tell him that you stand to lose your
6   benefits, stand everything -- if you just
7   let this happen, if you don't just retire?
8        A  I did -- I never said retire.
9        Q  Okay.
10       A  I said if you lose.
11       Q  If you lose.
12       A  You stand to lose all of your
13  benefits.
14       Q  Okay.
15            MS. EDWARDS:  No further
16       questions.
17            MR. WHITE:  No questions.
18            CHAIRMAN SPANN:  Any
19       questions for the Board?  Thank
20       you, Mr. Reading.  We appreciate
21       it.
22            MR. WHITE:  I waive
23       rebuttal.

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          358

1            MS. EDWARDS:  Board, I'd
2       like to request to recall
3       Captain Gray for a couple of
4       followup questions.
5            CHAIRMAN SPANN:  Okay.
6                   -  -  -
7   (Whereupon,
8            IVAN KEITH GRAY,
9   having been previously duly sworn, was
10  examined and testifies as follows, to-wit:)
11            EXAMINATION
12  BY MS. EDWARDS:
13       Q  Captain Gray, isn't it true that
14  you actually called your cell phone company
15  to confirm --
16            MR. WHITE:  Object to
17       leading.
18  BY MS. EDWARDS:
19       Q  When you were accused of
20  visiting this XXX website by the police
21  department, what did you do?
22       A  I called the police department's
23  cell phone company where that phone was

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          359

1   being purchased by the police department
2   and I recorded the conversation with the
3   customer service representative.
4            MS. EDWARDS:  Would the
5       Board like to hear the recording
6       of the phone conversation with
7       the City's cell phone provider
8       stating that there is no data on
9       his phone, then we would be
10      happy to play that for you.
11           CHAIRMAN SPANN:  Yes.
12  4:52 p.m.
13           (Playing tape.)
14  4:55 p.m.
15           MS. EDWARDS:  I actually
16      have the minutes on the phone
17      where she said no data.  If it's
18      okay with everybody for us to
19      fast forward it on the recording
20      for you, I have minutes noted
21      of where the representation is.
22           CHAIRMAN SPANN:  Yes.
23  4:55 p.m.

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

78                                                          360

1            (Playing tape.)
2   5:11 p.m.
3   BY MS. EDWARDS:
4        Q  Captain Gray, you became alarmed
5   after this whole incident, did you not,
6   about your security?
7        A  Yes.
8        Q  And can you tell me why?
9        A  When I was told by internal
10  affairs that my computers were accessed,
11  Sergeant Doug McGill, he told me that my
12  cell phone was accessed, my laptop was
13  accessed, my desktop was accessed.  And on
14  my Dothan police department desktop
15  computer, I have every username and
16  password for everything pretty much that I
17  own.  My bank accounts, my Facebook
18  account.  I mean, everything in there.
19  Because it's in a safe building, behind the
20  door, police department, and I just felt
21  that was safe to write my username and
22  passwords on that computer.  I knew we had
23  firewalls and everything within the City's

Freedom Court Reporting, Inc                    877-373-3660

CITY OF DOTHAN/GRAY 001049
CONFIDENTIAL

78                                                          361

```
 1   system.
 2        Q   Have, in fact, any of your
 3   accounts been accessed?
 4        A   Oh, yes.
 5        Q   Can you explain?
 6        A   My Facebook account changed to
 7   "formerly police Captain, Dothan Police
 8   Department."
 9        Q   And you didn't make that change?
10        A   No.
11        Q   What else changed?
12        A   My LinkedIn account.  Someone
13   went in and put in, "so long azhole,"
14   a-z-h-o-l-e.  And I start changing all my
15   usernames and passwords that I can
16   remember.  And I still have usernames and
17   passwords that I know that I can't remember
18   that's on my City computer they
19   interrogated.
20        Q   Okay.  Just for purposes of
21   wrapping up the final two exhibits that we
22   didn't get.  We're going to lay the
23   foundation through Captain Gray if I may.
```

78                                                          362

```
 1             (Gray Exhibit E was marked
 2             for identification.)
 3   BY MS. EDWARDS:
 4        Q   Let the record reflect that I am
 5   now showing Captain Gray what has been
 6   premarked as Exhibit E.  Can you please
 7   read through that and identify what these
 8   documents are for the Board?
 9        A   This is Dothan Police Department
10   letterhead with Gregory J. Benton, Chief of
11   Police, Media Alert, September 20th, 2011.
12   It says:  Dothan Police Department is happy
13   to announce an exciting new program for the
14   City of Dothan.  Our agency has begun a
15   valuable partnership with members of our
16   community, which will allow our agency to
17   be a part of a national trend.  Police
18   Athletic League, (PAL).  This tremendous
19   program has been in existence for over
20   ninety years and has evolved into a
21   successful program that has touched
22   thousands of young lives.
23             The Police Athletic League
```

78                                                          363

```
 1   allows members of the police force to coach
 2   young people, both boys and girls, in
 3   athletics, as well as helping with tutoring
 4   and other school-related activities.  The
 5   interaction between participants and
 6   officers strengthens police-community
 7   relations and focuses on youth enrichment,
 8   educational programs, as well as sports.
 9   Studies have shown that if a young person
10   respects police officers in the gym or
11   classroom the youth will likely come to
12   respect the laws that police officers
13   enforce.  Such respect is beneficial to the
14   youth, the police officer, the
15   neighborhoods and the business community.
16             In 1914, Arthur Woods, a police
17   commissioner in New York City, began the
18   movement that would eventually be known as
19   the Police Athletic League.  Commissioner
20   Woods' reputation held him as an advocate
21   of New York City's poor who frequently
22   instructed police to seek out needy
23   citizens to participate in charitable
```

78                                                          364

```
 1   programs.  Commissioner Woods' convictions
 2   reached out particularly to poor children
 3   living in congested areas without safe
 4   areas to play --
 5        Q   Captain Gray?
 6        A   Yes.
 7        Q   Would you mind, in the interest
 8   of time -- I don't mean to interrupt you.
 9   But the Board would like for you to skip
10   down to the third paragraph on page two.
11        A   Okay.
12        Q   Read that paragraph for us,
13   please, sir.
14        A   The Dothan Police Department
15   will be seeking the help of our community
16   in sponsoring this beneficial program.
17   Police department -- the police departments
18   that participate in the Police Athletic
19   League generally solicit funds to help --
20   did you say second or third?  Am I on the
21   right one?
22        Q   You're at the right one.
23        A   To help the program from members
```

CITY OF DOTHAN/GRAY 001050
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
 78                              365

 1   of the community.  As referenced
 2   previously, studies support the benefits of
 3   the program to the community in which it is
 4   held.  Shown part -- participants are
 5   statistic -- statistically less likely to
 6   engage in crime and more likely to
 7   discourage their friends from committing
 8   criminal activity.
 9       Q   Okay.  I'm going to ask you to
10   go down to about the middle of the last
11   paragraph on that page.
12       A   Yes.
13       Q   With the sentence that beings
14   with "women's restrooms and shower rooms."
15   And what does it say right there after
16   that?
17       A   Yes.  To defray project costs, a
18   motorcycle charity ride is being held and a
19   golf tournament and fitness race are being
20   planned for next spring.
21       Q   Now, was the Bama Boyz
22   Motorcycle Club, your club, involved in
23   this charity ride?
```

Keith Gray, In Re: / Personnel

```
 78                              366

 1       A   Yes.
 2       Q   And this ride was sponsored by
 3   the Dothan Police Department?
 4       A   Yes.
 5       Q   And, in fact, did you raise
 6   money for charity?
 7       A   Yes.  And the police department
 8   provided actually this media alert to go
 9   out to the media disseminated by the
10   Chief's office and they actually are the
11   ones that made the invitation that went out
12   to ask for participants.
13       Q   And could you please explain to
14   the Board what this is?  I don't believe
15   yours had a copy of that.
16       A   It's a check from our account
17   with Wachovia where the police department
18   and charity ride raised $505 that was
19   donated to the Dothan Police Athletic Club.
20       Q   And whose checking account did
21   this check come out of?
22       A   Bama Boyz Motorcycle Club.
23       Q   Thank you.  Now, one last
```

Keith Gray, In Re: / Personnel

```
 78                              367

 1   followup question and this is concerning
 2   the guardian, the Guardian Tracking system.
 3   Is that correct?  Were you accused of, I
 4   guess, wrongly accessing the Guardian
 5   Tracking system?  Or do I have the lingo
 6   wrong?
 7       A   You have the lingo wrong.
 8       Q   Okay.
 9       A   It is the AS-400 mainframe that
10   has law enforcement officers, several -- a
11   lot of information in it, not just personal
12   information.
13       Q   Okay.  Was that one of the
14   violations that you were accused of?
15       A   That's correct.
16       Q   Do you have access to that
17   system as part of your duties?
18       A   I do.
19       Q   How long have you had access to
20   that system as part of your duties?
21       A   I'm going to have to guess,
22   approximately fifteen years or more.
23       Q   Let me just ask, you've always
```

Keith Gray, In Re: / Personnel

```
 78                              368

 1   had access to the information that you're
 2   now being written up for accessing?
 3       A   Yes, ma'am.
 4       Q   Now, had there been occasions
 5   where Captain Gray has directed you to
 6   access information?
 7       A   Chief Benton.
 8       Q   Chief Benton.  Who did I say?
 9   Captain Gray?
10       A   Captain Gray.
11       Q   My apologies.  Chief Benton.
12   It's been a long day.
13       A   Yes, he has.
14       MS. EDWARDS:  No further
15       questions.
16            - - -
17            EXAMINATION
18   BY MR. WHITE:
19       Q   On your fellow officers?
20       A   I actually have a support --
21       Q   No, I'm just asking you:  Were
22   you directed to conduct investigations on
23   your fellow officers?
```

CITY OF DOTHAN/GRAY 001051
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
78                                    369

1        A  I have a report --
2        Q  I'm just --
3            MS. EDWARDS:  We are not
4        going to --
5            MR. WHITE:  Okay.  Okay.
6        Okay.
7            MS. EDWARDS:  Go ahead.  I
8        didn't mean to interrupt you,
9        sir.
10           MR. WHITE:  Go ahead.
11           CHAIRMAN SPANN:  Go ahead.
12                  - - -
13           EXAMINATION
14   BY MS. EDWARDS:
15       Q  Captain Gray, is that your
16   handwriting?
17       A  I'm --
18           MR. WHITE:  Let's just hold
19       off here.  He's not -- this is
20       the witness.
21           MS. EDWARDS:  You asked the
22       question.
23           MR. WHITE:  I'm not asking
```

Keith Gray, In Re: / Personnel

```
78                                    370

1        him any questions.
2            MS. EDWARDS:  You asked him
3        the question.
4            MR. WHITE:  You can wait for
5        rebuttal if you don't mind.
6            MS. EDWARDS:  Sure.  I'll do
7        that --
8            MR. WHITE:  Why don't you go
9        --
10           UNIDENTIFIED MALE AUDIENCE
11       MEMBER:  Don't talk to the lady
12       like that.
13           MR. WHITE:  Okay, I'm going
14       to ask for some instructions to
15       be removed.
16           CHAIRMAN SPANN:  Attorney
17       White --
18           MR. WHITE:  Okay.  You're --
19           CHAIRMAN SPANN:  Please,
20       Audience, refrain from making
21       any -- we're fixing to wrap this
22       up --
23           UNIDENTIFIED MALE AUDIENCE
```

Keith Gray, In Re: / Personnel

```
78                                    371

1        MEMBER:  Thank you.
2            CHAIRMAN SPANN:  -- for the
3        evening.  But we will have
4        respect in here, okay, for
5        everybody.  Okay.  All right.
6        Are you finished with Captain --
7            MS. EDWARDS:  I didn't want
8        to interrupt him if he's got a
9        line of questions.
10           MR. WHITE:  If I can go
11       ahead.
12           CHAIRMAN SPANN:  Are we
13       ready?  Are you finished with
14       your questions for Captain Gray?
15           MS. EDWARDS:  I have a
16       followup question after Mr.
17       White presents his remaining
18       questions.
19           CHAIRMAN SPANN:  Okay.
20       We're ready for closing
21       arguments.
22           MS. EDWARDS:  Okay.  Well, I
23       do have a followup then.
```

Keith Gray, In Re: / Personnel

```
78                                    372

1            MR. WHITE:  Wait a second
2        here.  She's brought up some new
3        evidence that I would like to
4        ask him about.
5            CHAIRMAN SPANN:  Okay.  So
6        you do have some questions --
7            MR. WHITE:  I do.  If I
8        could be allowed.
9            CHAIRMAN SPANN:  Go ahead.
10           MR. WHITE:  Thank you very
11       much.
12                  - - -
13           EXAMINATION
14   BY MR. WHITE:
15       Q  Your testimony is that any time
16   your fellow officers appeared on the
17   records of your searches it was because the
18   police chief asked you to?
19           MS. EDWARDS:  Object to the
20       form.
21           CHAIRMAN SPANN:  Proceed to
22       answer.  Overruled.  Proceed to
23       answer the question.
```

CITY OF DOTHAN/GRAY 001052
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                    373

```
 1         A  I've been directed on surveys,
 2   which I have one here to -- where I have to
 3   do -- I was directed via his signature and
 4   his direction on this envelope to go
 5   through certain -- well, actually, several
 6   police officer's histories to fill out this
 7   statistical survey that has to go back and
 8   be reported into the department of -- it's
 9   a state department, I think, for reporting.
10         And also, Chief Benton also
11   asked me to look into the background of our
12   employees that are service or have had done
13   any military service.  And the only way you
14   can really do that is either, number one, I
15   asked for assistance through Tonya, which
16   is the accounts clerk, as well as call the
17   personnel department, and myself, to try to
18   find out who has ever been in the service.
19   He wanted to know things like how many
20   children they had.  I mean, it's just so
21   many different things.
22         So this system is a system that
23   not only -- I have to call him every time
```

Keith Gray, In Re: / Personnel

78                                                    374

```
 1   -- I don't have to call him every time to
 2   access it because --
 3         Q  You're supposed to call him?
 4         A  No, sir.  No, sir --
 5         Q  You don't have access to it?  I
 6   thought you said you had access to it.
 7         CHAIRMAN SPANN:  Let him
 8         finish answering.
 9         A  You said I was supposed to call
10   him?  Is that what you said?
11   BY MR. WHITE:
12         Q  You said you have to have access
13   -- I mean, you have to call him every time
14   you get on it.
15         A  I said I don't.
16         Q  That's right.  You don't.
17         A  That's what I said.
18         Q  Thank you.
19         A  This system is one where if a
20   caller comes in and complains on a police
21   officer and they only know their badge
22   number, you can go right in, put in the
23   badge number and the officer's name comes
```

Keith Gray, In Re: / Personnel

78                                                    375

```
 1   up.  If you want to -- if you need to send
 2   papers to his or her home, you don't know
 3   the address, you can put the information in
 4   and that's their address.  This system is
 5   not anything that's limited.
 6         And, actually, it's kind of
 7   ironic that he's accusing me of this
 8   because I'm the only one that I've even
 9   known of being accused of going into a
10   system and accessing things that everyone,
11   I think from sergeant on up or either
12   corporal on up, has access to because it's
13   right there on the mainframe.  I don't see
14   where -- this is beyond me.
15         MR. TYSON:  What's the
16         difference in this computer,
17         LETS, you know we had five years
18         ago?  Does that still exist?
19         MR. BENTON:  This is totally
20         separate than LETS.  This is an
21         internal reporting mechanism
22         that is used within.  LETS is a
23         national database.
```

Keith Gray, In Re: / Personnel

78                                                    376

```
 1   BY MR. WHITE:
 2         Q  If the Chief tells this Board
 3   that he didn't authorize you to do all of
 4   these investigations into Captain -- or
 5   Major Parrish, then he's lying.  Is that
 6   right?
 7         A  Into Major Parrish?
 8         Q  Yeah.  When you investigated
 9   Major Parrish, you're saying the Chief told
10   you to do that?
11         A  Your statement was that I had
12   access to all of these --
13         Q  No, I'm just asking you a
14   question.  You run around it and we can
15   leave it alone.
16         Now, you said that the -- you
17   said that somebody tampered with your phone
18   to put obscene material websites on there.
19   Is that correct?
20         A  I don't think I testified to
21   that.
22         Q  Isn't it true that the phone
23   company does not have records when you use
```

CITY OF DOTHAN/GRAY 001053
CONFIDENTIAL

78                                          377

1    wireless to access those sites?
2        A   I'd have to ask somebody --
3        Q   Well, we will if the Board wants
4    to.  But we certainly can and we have them
5    ready to do that, is to say that if you use
6    wireless on your phone, they won't have a
7    record of it.  Are you aware of that?
8        A   Somebody with the phone company?
9    I know what they told me when I called.
10       Q   And you heard her say that if
11   your original got transferred automatically
12   when you put that new --
13              MS. EDWARDS:  I'm going to
14          object to this being lawyer
15          testimony.
16              MR. WHITE:  Let them play
17          the tape all they want.  Okay.
18   BY MR. WHITE:
19       Q   This media alert that really
20   goes on about the community benefit of your
21   motorcycle club, what's the date on that?
22       A   The community benefit of my
23   motorcycle club?

78                                          378

1        Q   Yeah.
2        A   The PAL activity --
3        Q   What's the date?
4        A   September 2011.
5        Q   2011.
6        A   And September 24th, 2011.
7        Q   When did you go to "Big Meat"?
8        A   2013.
9        Q   You weren't close to getting
10   blessed in 2011, were you?
11       A   I was already blessed in 2011.
12       Q   You were?
13       A   Yes, I was.
14       Q   Did you tell anybody?
15       A   You didn't ask.
16       Q   No, and we didn't ask this time
17   either, did we?  Had to have some of your
18   members, ex-members rat you out.  Is that
19   right?
20       A   No.
21       Q   Wasn't he an ex-member of yours?
22   Wendell Key?
23       A   Yes.

78                                          379

1        Q   And didn't he say -- didn't he
2    say that you went and got blessed?  Didn't
3    he say that he'd seen you in the presence
4    of all of this activity?  Didn't he say
5    he's seen you at these things?  Wasn't he
6    the one that identified you?
7              MR. WHITE:  We rest.  Thank
8          you.
9              CHAIRMAN SPANN:  We've heard
10         that testimony.  Okay?
11             MR. WHITE:  Well, I wanted
12         to remind him if he needed
13         reminding.
14             CHAIRMAN SPANN:  We've heard
15         it.  We're clear on it.
16             MR. WHITE:  All right.
17             CHAIRMAN SPANN:  Are we
18         ready for closing arguments?
19             MS. EDWARDS:  Yes.
20             MR. WHITE:  We waive
21         rebuttal.
22             CHAIRMAN SPANN:  You waive
23         rebuttal.  Proceed.

78                                          380

1               - - -
2           CLOSING ARGUMENT
3               - - -
4              MS. EDWARDS:  Ladies and
5          gentlemen of the Board, this has
6          been nothing but a witch hunt in
7          this case.  The internal affairs
8          investigators made that clear as
9          you saw on the video where they
10         are questioning these witnesses,
11         they specifically stated "I
12         don't care about anything else
13         but whether an officer of this
14         department was involved."  They
15         were asking these arrested
16         individuals leading questions
17         while suggesting a plea bargain.
18             Now, if that's credible
19         information to try to pinpoint
20         an officer of this department of
21         doing wrongdoing, I don't know
22         what the world is coming to.
23             They have not produced one

CITY OF DOTHAN/GRAY 001054
CONFIDENTIAL

Keith Gray, In Re: / Personnel

78                                                    381

```
 1        inkling of evidence of any crime
 2    committed by Captain Gray.  They
 3    haven't even produced any
 4    evidence of his witnessing a
 5    crime that has been committed.
 6        He is not a member of a one
 7    percenter.  He has the right to
 8    be involved with a motorcycle
 9    club.  That is his First
10    Amendment right to associate
11    with a motorcycle club.  And the
12    City's termination of his
13    employment violated his First
14    Amendment right.
15        The City further violated
16    his Fourteenth Amendment due
17    process rights when they failed
18    to provide him notice of this
19    second five hours of
20    questioning.  They drug him in
21    for a couple of hours with what
22    information they had from these
23    witnesses that they interviewed
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

78                                                    382

```
 1        from a party that Captain Gray
 2    wasn't even present at the day
 3    before.
 4        When they didn't get what
 5    they wanted on him then they
 6    suspended him for a month until
 7    they could try to drum up
 8    something else.  So what did
 9    they drum up?  They drum up this
10    one percenter motorcycle
11    association because they want to
12    get him on one major offense.
13    They wanted to try to find
14    something serious enough where
15    they could just terminate his
16    employment because he had such a
17    glowing record.  He didn't have
18    prior offenses.  So they've got
19    to try to cook up something big.
20    And the one percenter, as
21    strange as it is, is what they
22    have accused him of.
23        Now, the City's own expert
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

78                                                    383

```
 1        from the ABI and the FBI, both
 2    testified that they know nothing
 3    about Bama Boyz.  That's not
 4    anywhere on their radar screen.
 5    That's not even an outlaw
 6    motorcycle club, much less a one
 7    percenter.
 8        The City's actions in
 9    terminating Captain Gray's
10    thirty years of employment are
11    unlawful, they're discriminatory
12    and Captain Gray requests that
13    this Board see fit to do justice
14    and reinstate him to his former
15    position with back pay and
16    restore his benefits, plus
17    attorney's fees.  Thank you.
18            - - -
19        CLOSING ARGUMENT
20            - - -
21        MR. WHITE:  If it's not
22    clear to Captain Gray, I'd like
23    it to be clear to the Board,
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

78                                                    384

```
 1        that there's never been, nor is
 2    there now, any allegation of any
 3    criminal activity.  And if you
 4    read the charge, it doesn't
 5    mention that he is in any way
 6    accused of criminal activity.
 7    That's not what this is about.
 8    Never has been.
 9        And I understand why the
10    argument is made but
11    unfortunately it doesn't address
12    the charge.  You know, the
13    charge is written here before
14    you.  And that has to do with
15    the conduct that is undisputed.
16    And it is the conduct that you
17    have heard, not just from the
18    City's witnesses, but from
19    people who know him, people who
20    are criminals, people he did
21    associate with.  There is no
22    dispute about any of that.
23        We can argue all day long
```

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 001055
CONFIDENTIAL

Keith Gray, In Re: / Personnel

```
 78                                      385

 1          about whether Bama Boyz is a one
 2     percenter.  There is no argument
 3     about that.  But there's neither
 4     any argument either that it was
 5     a support club for these people.
 6     And that was out of his own
 7     mouth when he was teaching
 8     protocol.  They do work hand-in-
 9     hand with them and they answer
10     directly to them and there are
11     consequences if they don't.
12          Anything from what you read
13     about in the newspaper of
14     murder, of someone in a gang
15     conflict with another gang to
16     just as he said, getting their
17     asses whipped, pardon my French
18     but I'm just using the evidence
19     out of his own mouth.  This is
20     unacceptable.
21          His job is to fight these
22     people.  Not to kiss their ring,
23     not to go up there and ask them
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                      386

 1          for something that he's got a
 2     right to go do and anybody in
 3     this country has a right to go
 4     do.
 5          If he wants to ride his
 6     motorcycle and his people want
 7     to ride their motorcycle, who
 8     are those criminals to say so
 9     over him?  And you've heard,
10     that doesn't come for nothing.
11     When you go to them, just like
12     you heard the analyst say,
13     you're under their thumb,
14     they've got you.  Their hooks
15     are in you.  And if you don't,
16     their consequences vary clearly.
17     But it could get worse if you
18     don't -- first time.  Just like
19     anything.  The longer you refuse
20     somebody, the fewer the chances
21     you get.
22          And what happens then?
23     Well, those agents have said
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                      387

 1          people got shot, people get
 2     killed, beat up, assaulted.
 3     There are consequences for when
 4     you fail to do what your
 5     superior motorcycle club tells
 6     you to do, what they want you to
 7     do.
 8          And there is certainly a
 9     threat, like you heard, that
10     they may want information.  And
11     the evidence was in this case
12     they got it.  They get
13     information, they want more
14     information, they get it from
15     people in MC's, they get it from
16     people out of MC's.  They want
17     information.  They want him.
18     They want anybody that can help
19     them.  It's a status thing as
20     well.
21          Sin City Deciples.  Sin City
22     Deciples.  A police captain goes
23     and kisses his ring.  Sin City
```

Freedom Court Reporting, Inc                877-373-3660

Keith Gray, In Re: / Personnel

```
 78                                      388

 1          Deciples Motorcycle Gang, an
 2     outlaw motorcycle gang.  "Oh, I
 3     didn't know."  Well, we know he
 4     did.  He taught his class that
 5     these were the one percenters.
 6     He taught his class.  He can't
 7     say he didn't know.  Why?  Thank
 8     goodness -- thank goodness I
 9     don't have to prove why a police
10     captain would do such a thing.
11     I don't know.  Maybe it's like
12     the speculation of the officer:
13     It's a status thing.  I don't
14     understand that.  I don't
15     understand what would lead
16     anybody who's a police --
17     anybody.  Not just a police
18     captain.
19          I can understand birds of a
20     feather flock together.  I mean,
21     if he had an extensive criminal
22     record like the people that got
23     arrested here, how you would
```

Freedom Court Reporting, Inc                877-373-3660

CITY OF DOTHAN/GRAY 001056
CONFIDENTIAL

78                                              389

1    want to associate with them, but
2    he doesn't.  Except one of them
3    gave us a clue:  He liked being
4    the boss.  He wanted to be in
5    charge of all of it.  That's the
6    only reason we were ever given.
7    And with that authority, they
8    are at the top.  And with that
9    comes authority.  That's what
10   they are.
11       And they get it -- what do
12   they say how they exert their
13   authority?  What were the words
14   you heard?  Fear.  Intimidation.
15       The idea that this police
16   chief would hear that one of his
17   police captains is associating
18   to that extent with an outlaw
19   criminal motorcycle gang would
20   he just ignore that?  You heard
21   it.  You heard for him to hear
22   and to know and to be reported
23   what those men told the

78                                              390

1    investigators about Keith Gray
2    to just forget it?  He ought to
3    be sitting here.  He would then
4    be the one sitting there
5    answering to those charges:  How
6    you could let that go on in your
7    department.
8        And I submit to you that he
9    did his job and I'm going to ask
10   that y'all do yours.  And that
11   is to support him in this
12   decision because it's in the
13   benefit of the law enforcement
14   agency here and everywhere whose
15   job it is to fight these people,
16   not to give them credit, not to
17   -- not to honor them and give
18   them gold, respect, and all of
19   that sort of thing.  No.  That
20   is not a law enforcement's job
21   and it's not our job here.  It's
22   not anybody's job here to allow
23   these people to just operate

78                                              391

1    outside the law with impunity
2    and give them honor and respect
3    just because they wear some
4    patch.  Thank you.
5        MS. EDWARDS:  Board, that
6    would be all well and good --
7        MR. WHITE:  Wait a minute.
8    That's rebuttal.
9        MS. EDWARDS:  It's rebuttal.
10   Rebuttal is --
11       MR. WHITE:  No.  No, ma'am.
12   Absolutely no.  I waive --
13       MS. EDWARDS:  I want to
14   clarify something that you said.
15       CHAIRMAN SPANN:  We will
16   take care of -- he asked if the
17   rebuttal -- okay.  So that's
18   closing.  The hearing.  That's
19   it.  That's it.  At this point.
20   Okay.
21       This concludes the hearing
22   for Mr. Keith Gray.  The
23   personnel board has heard

78                                              392

1    testimony and evidence presented
2    here today.  No decision will be
3    rendered this evening.  Upon
4    receipt of the reporter's
5    transcript, the Board will
6    review the information and
7    reconvene to render a decision.
8    Thank you and have a safe night.
9
10
11
12
13   (THE PROCEEDING WAS ADJOURNED AT 6:40 P.M.)
14
15
16
17
18
19
20
21
22
23

CITY OF DOTHAN/GRAY 001057
CONFIDENTIAL

Keith Gray, In Re: / Personnel

393

78

```
 1              C E R T I F I C A T E

 2

 3     STATE OF ALABAMA   )

 4     COUNTY OF CONECUH )

 5

 6          I hereby certify that the above and

 7     foregoing transcript of proceedings was

 8     taken down by me in machine shorthand, and

 9     the questions and answers thereto were

10     transcribed by means of computer-aided

11     transcription, and that the foregoing

12     represents a true and correct transcript of

13     the proceedings given by said witness upon

14     said hearing.

15          I further certify that I am neither

16     of counsel nor of kin to the parties to the

17     action, nor am I in anywise interested in

18     the result of said cause.

19     I further certify that I am duly licensed

20     by the Alabama Board of Court Reporting as

21     a Certified Court Reporter as evidenced by

22     the ACCR number following my name below.

23
```

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel

394

78

```
 1     _____

 2     PATRICIA L. TAYLOR, CCR.

 3     CCR# 363, Expires 9/30/14

 4     Commissioner for the.

 5     State of Alabama at Large.

 6     My Commission Expires:  12/31/16
```

Freedom Court Reporting, Inc                    877-373-3660

---

Keith Gray, In Re: / Personnel                                    I

WORD INDEX

< $ >
$505 -2:18
$700 -2:4

< 1 >
1 -2:9, 10, 11, 12, 13, 14, 5, 14, 14
1:30 -2:10
1:39 -2:14
10 -2:1
10:00 -2:8
100 -2:1
100-40 -2:13
100-41 -2:13
100-50 -2:21, 7
101 -2:1, 13
102 -2:1
103 -2:1
104 -2:1
105 -2:1
106 -2:1
107 -2:1
108 -2:1
109 -2:1
10th -2:19
11 -2:1, 16, 4
11:03 -2:11
11:13 -2:13
11:16 -2:5
11:50 -2:7
110 -2:1
111 -2:1
112 -2:1
113 -2:1
114 -2:1
115 -2:1
116 -2:1
117 -2:4, 1
118 -2:1
119 -2:16, 1
12 -2:1  0:6
120 -2:1
121 2:20  -2:1
122 -2:1
123 -2:1
124 -2:1

125 -2:7, 18, 1
126 2:11  -2:1
127 -2:1
128 -2:1
129 -2:1
13 -2:1, 11
130 -2:1
131 -2:1
132 -2:1
133 -2:1
134 -2:1
135 -2:1
136 -2:12, 1
137 -2:1
138 -2:1
139 -2:1
14 -2:19, 1, 8  0:3
140 -2:1
141 -2:1
142 -2:1
143 -2:1
144 -2:1
145 -2:1
146 -2:1
147 -2:1
148 -2:1
149 -2:1
14th -2:5, 10, 22, 19, 6
15 3:4  -2:15, 1, 3
150 -2:1
151 -2:1
152 -2:1
153 -2:1
154 -2:1
155 -2:1
156 -2:1
157 -2:1
158 -2:1
159 -2:1
16 -2:1  0:6
160 -2:1
161 -2:1
162 -2:1
163 -2:1
164 -2:1
165 -2:1
166 -2:1
167 -2:1

168 -2:1
169 -2:1
17 -2:1
170 -2:1
171 -2:1
172 -2:1
173 -2:1
174 -2:1
175 -2:1
176 -2:1
177 -2:1
178 -2:1
179 -2:1
18 -2:1
180 -2:1
181 -2:1
182 -2:1
183 -2:1
184 -2:1
185 -2:1
186 -2:1
187 -2:1
188 -2:1
189 -2:1
19 1:11  -2:1, 12, 20, 1
190 -2:1
191 -2:1
1914 -2:16
192 -2:1
193 -2:1
194 -2:1
195 -2:1
196 -2:1
197 -2:1
198 -2:1
1985 -2:11, 13
199 -2:1
1-A -2:5, 22

< 2 >
2 -2:9, 7, 4
2:30 -2:11
20 -2:6, 1
200 -2:1
200-30 -2:9
2004 -2:20
200-42H -2:11
2005 -2:1

2008 -2:8, 17
2009 -2:6
201 -2:1
2010 -2:15, 8, 4
2011 -2:16, 6, 10, 22, 9, 11, 4, 5, 6, 10, 11
2013 1:11  -2:1, 12, 3, 5, 12, 16, 5, 7, 13, 9, 17, 8, 8
202 -2:1
203 -2:1
204 -2:1
205 2:22  -2:1
206 -2:1
207 -2:1
208 3:10  -2:1
209 -2:1
20CM2H -2:3
20th -2:11
21 -2:1
210 -2:1
211 -2:1
212 -2:1
2128 2:12
213 -2:1
214 -2:1
215 -2:1
216 -2:1
217 -2:20, 1
218 -2:1
219 -2:22, 1
21st -2:11, 12
22 -2:1
220 -2:1
221 -2:1
222 -2:1
223 -2:1
224 -2:1
225 -2:1
226 -2:1
227 -2:1
228 -2:1
229 -2:1
23 -2:1
230 -2:1
231 -2:4, 1
232 -2:1
233 -2:1

Keith Gray, In Re: / Personnel                                    2

234 -2:1
235 -2:1
236 3:12  -2:1
237 -2:1
238 -2:15, 1
239 -2:1
24 -2:1
240 -2:1
241 -2:1
242 -2:17, 1
243 -2:1
244 -2:5, 1
245 -2:1
246 -2:1
247 -2:1
248 -2:1
249 -2:1
24th -2:10, 6
25 -2:3, 1
250 -2:1
251 -2:1
252 -2:1
253 -2:1
254 -2:1
255 -2:1
256 -2:12, 1
257 -2:1
258 -2:1
259 -2:1
2560s -2:18, 22
26 -2:4, 1, 8
260 -2:1
261 -2:1
262 -2:1
263 -2:1
264 -2:1
265 3:13  -2:1
266 3:15  -2:1
267 -2:1
268 -2:1
269 -2:1
26th -2:11, 13, 5, 11
27 -2:15, 19, 1, 23
270 -2:1
271 -2:1
272 -2:1
273 -2:1
274 -2:1
275 -2:1

276 -2:1
277 -2:1
278 -2:1
279 -2:1
27th -2:11, 13, 17
28 -2:1
280 -2:9, 1
281 -2:1
282 -2:1
283 -2:1
284 3:16  -2:1
285 -2:1
286 -2:1
287 -2:1
288 3:17  -2:1
289 -2:1
29 3:9  -2:23, 1
290 -2:1
291 -2:1
292 -2:1
293 -2:1
294 -2:1
295 -2:1
296 -2:1
297 -2:1
298 -2:1
299 3:19  -2:1
2nd -2:5, 16, 20, 22, 6, 10

< 3 >
3 -2:21, 21
3:04 -2:8
3:18 -2:10
30 -2:1  0:3
300 -2:1
301 -2:1
302 -2:1
303 3:20  -2:1
304 -2:1
305 -2:1
306 -2:1
307 -2:1
308 -2:1
309 -2:1
30s -2:19
342 2:21
310 -2:1
311 -2:1

312 -2:1
313 2:11  -2:1
314 3:21  -2:1
315 3:22  -2:1
316 4:3  -2:1
317 -2:1
318 -2:5, 1
319 -2:1
32 -2:1
320 -2:1
321 -2:1
322 -2:1
323 -2:1
324 -2:1
325 -2:1
326 -2:1
327 -2:1
328 -2:1
329 -2:1
33 -2:8, 1
330 -2:8, 1
331 -2:1
332 -2:1
333 -2:1
334 2:14  -2:1
335 -2:1
336 -2:10, 1
337 -2:1
338 -2:1
339 -2:1
34 -2:1
340 -2:1
341 -2:1
342 -2:1
343 -2:1
3-43 -2:20
344 4:4  -2:1
345 -2:1
346 -2:1
347 4:18  -2:1
348 4:9  -2:1
349 -2:1
35 -2:1
350 -2:1
351 -2:1
352 4:11  -2:1
353 -2:1
354 -2:1

355 -2:1
356 -2:1
357 -2:1
358 4:13  -2:1
359 -2:1
36 -2:1
360 -2:1
361 -2:1
362 -2:5, 1
363 -2:1  0:3
36302 2:13
364 -2:1
365 -2:1
366 -2:1
367 -2:1
368 4:14  -2:1
369 4:15  -2:1
37 -2:1
370 -2:1
371 -2:1
372 4:16  -2:1
373 -2:1
374 -2:1
375 -2:1
376 -2:1
377 -2:1
378 -2:1
379 4:19  -2:1
38 -2:1, 1
380 4:20  -2:1
381 -2:1
382 -2:1
383 4:21  -2:1
384 -2:1
385 -2:1
386 -2:1
387 -2:1
388 -2:1
389 -2:1
39 -2:13, 1
390 -2:1
391 -2:1
392 -2:1
393 4:22  -2:1
394 4:23  0:1

< 4 >
4 -2:21, 23
4:17 -2:9

Freedom Court Reporting, Inc                    877-373-3660

CITY OF DOTHAN/GRAY 001058
CONFIDENTIAL

## Keith Gray, In Re: / Personnel — 3

```
4:20 -2:15              <7>
4:45 -2:5, 6            7 -2:1, 12
4:49 -2:23             70 -2:1
4:52 -2:18, 12         71 -2:1
4:55 -2:14, 23         72 -2:1
40 -2:18, 1            73 -2:8, 1
408.0956  2:22         74 -2:9, 10, 1
40s -2:19              75 -2:11, 11, 1
41 -2:20, 1            76 -2:1
414 -2:5, 9, 15        77 -2:20, 1
42 -2:1                78 -2:1, 10, 13, 1, 1
43 -2:20, 1
44 -2:21, 23, 1         <8>
45 -2:1                8 -2:16, 1, 8, 23
46 -2:1                80 -2:1
47 -2:1, 1             81 -2:21, 1
48 -2:1, 1             82 -2:6, 22, 1
49 -2:1                83 -2:1
                       84 -2:1, 19
<5>                    85 -2:1, 13
5 -2:1, 6              86 -2:1
5:11 -2:20, 2, 2       87 -2:1
5:24 -2:4              88 -2:1
50 -2:1                89 -2:1
51 -2:1                8th -2:3, 7, 13, 9, 20,
52 -2:1                  21, 9, 3, 6, 13, 15, 15,
53 -2:5, 1               20
54 -2:5, 1
55 -2:1                 <9>
56 -2:1                9 3:3 -2:1, 16, 4
57 -2:1                0:3
58 -2:1                9:00  1:15
59 -2:6, 1             9:04 -2:2
                       9:07 -2:13
<6>                    90 -2:1
6 -2:1, 6              90s -2:14
6:40 -2:13             91 -2:1
60 -2:1                92 -2:1
60s -2:19              93 -2:1
61 -2:7, 1             94 -2:1
615.3130  2:14         95 -2:1
62 -2:1                96 -2:1
63 -2:1                97 -2:1
64 -2:1                98 -2:1
65 -2:1                99 -2:1
66 -2:1                9th -2:18
67 -2:1
68 -2:1                 <A>
69 -2:14, 1            a.m  1:15  -2:2, 13,
                         11, 13, 5, 7
                       A-2 -2:7, 23
                       AA -2:16
```

```
AAA -2:16
ABC -2:16
ABI -2:20, 13, 16,
  18, 17, 14, 1
abide -2:23
ability -2:9
able -2:9, 19, 20, 12,
  10, 21, 3, 9, 10, 12, 19
absolutely -2:1, 2,
  12, 7, 10, 3, 23, 8, 12
Abuwali -2:11
acceptable -2:10
access -2:22, 3, 14,
  7, 15, 3, 14, 19, 10,
  16, 19, 1, 6, 2, 5, 6,
  12, 12, 12, 1
accessed -2:6, 10,
  16, 12, 10, 12, 13, 13,
  3
accessible -2:11, 4
accessing -2:23, 10,
  11, 4, 2, 10
accolades -2:21, 7
account -2:20, 1, 3,
  18, 6, 12, 16, 20
accounts -2:16, 17,
  3, 16
ACCR -2:22
accreditation -2:23
accusations -2:14
accused -2:22, 10,
  19, 3, 14, 9, 22, 6
accusing -2:7
Ace -2:17
act -2:3, 5, 9, 1, 20
action -2:19, 19, 23,
  20, 17
actions -2:15, 4
activated -2:2, 16
activities -2:20, 3,
  17, 4
Activity -2:7, 20, 15,
  16, 18, 2, 18, 16, 15,
  7, 2, 7, 2, 4, 6, 5, 10,
  14, 15, 6, 8, 9, 12, 23,
  9, 19, 17, 11, 5, 5, 16,
  20, 16, 17, 5, 7, 13,
  15, 6, 4, 8, 14, 2,
```

## Keith Gray, In Re: / Personnel — 4

```
11, 21, 3, 23, 22, 23,
16, 8, 2, 4, 3, 6
acts -2:12, 12, 10
actual -2:18
adamantly -2:6
addition -2:16, 7
additional -2:8
address -2:21, 12, 6,
  13, 11, 13, 3, 4, 11
addresses -2:18, 17
adhere -2:15, 10
ADJOURNED
-2:13
Adjournment -4:2
adjunct -2:6
admit -2:4
administration
-2:13
administrative
-2:13, 6, 2, 1, 16, 19,
  14, 15, 16, 6, 19, 21,
  14, 11, 10
admitted -2:1, 22
Adrian -2:6
adults -2:19
advanced -2:19
advantage -2:13, 6
advised -2:15, 7, 8
advocate -2:20
affairs -2:5, 20, 11,
  5, 7, 19, 11, 21, 1, 8,
  9, 10, 17, 14, 19, 7, 3,
  19, 6, 17, 21, 1, 5, 7,
  23, 1, 12, 4, 8, 22, 17,
  8, 10, 7
affect -2:2, 19, 10,
  12
affiliated -2:6, 7, 15,
  8, 19
affiliation -2:16
affirmative -2:6, 5,
  20, 8, 18, 21, 1
affirmatively -2:23
affront -2:3
Afghanistan -2:10
afield -2:7
afternoon -2:10, 21,
  15
Agencies -2:14, 5, 7,
  16, 5, 7, 16, 20, 17,
```

```
17, 9, 1, 12, 14, 8, 5,
12, 7, 1
agency -2:8, 14, 14,
  20, 14, 11, 4, 14, 16,
  14
agent -2:13
agents -2:20, 23
aggravated -2:10
ago -2:5, 22, 14, 23,
  11, 13, 5, 6, 7, 18
agree -2:16, 23
agreed -2:9, 3
ahead -2:1, 13, 19,
  13, 18, 7, 17, 12, 7,
  12, 23, 7, 10, 11, 11, 9
aimed -2:6, 13
ain't -2:12
Air -2:11
airplane -2:8
airport -2:8, 16
AKA -2:7
ALABAMA 1:14
  2:13, 21 -2:1, 4, 11,
  17, 20, 15, 17, 20, 11,
  20, 23, 4, 11, 19, 1,
  18, 16, 15, 8, 10, 11,
  10, 23, 14, 15, 21, 8,
  11, 8, 13, 17, 23, 3,
  22, 8, 10, 6, 19, 8, 12,
  15, 23, 4, 17, 4, 12,
  21, 14, 7, 11, 18, 4, 3,
  10, 23, 7, 1, 8, 9, 19,
  6, 17, 21, 1, 5, 7,
  23, 1, 12, 4, 8, 22, 17,
  8, 10, 7
alarmed -2:4
Alcohol -2:14, 16,
  20, 10, 21, 4
Alert -2:8, 20, 5, 11,
  8, 19
alerts -2:16, 16, 6,
  19, 16
allegation -2:5, 9, 4,
  1, 9, 5
allegations -2:3, 6,
  1, 9, 5
allege -2:2
alleged -2:19, 1, 8,
  7, 1, 16
allegiance -2:5
allegiancy -2:7
```

```
alleging -2:3, 5
allow -2:16, 22
allowed -2:20, 14,
  17, 8
allows -2:1
alluding -2:6, 15
alter -2:10
Amendment -2:10,
  14, 16
America -2:15, 21,
  8
American -2:6, 15,
  17, 14
amount -2:11, 12
analogy -2:10, 6
analysis -2:3, 5, 12
analyst -2:5, 17, 12
analyzed -2:10, 18
analyzes -2:1, 13
Anarchy -2:7
Andrews  2:11
Andy -2:20
Angel -2:19
Angela -2:1, 12, 20,
  3, 11, 12, 12, 6
Angel's -2:2
angry -2:7
animosity -2:16
Anniston -2:11, 11,
  9, 11, 22, 18, 7, 11,
  11, 12, 15, 18
anniversary -2:2,
  18, 19, 16, 20, 21, 6,
  11, 13
announce -2:13
answer -2:19, 11, 3,
  2, 9, 19, 21, 5, 6, 8,
  21, 4, 7, 20, 13, 15,
  23, 1, 19, 11, 16, 9,
  12, 23, 9, 7, 4, 13, 22,
  1, 9, 19, 2, 7, 22, 9,
  17, 21, 2, 21, 20, 3, 6,
  18, 15, 13, 22, 23, 9
answered -2:5, 10,
  23, 10, 21, 12, 21, 2,
  5, 10, 11, 20
answering -2:6, 11,
  23, 6, 8, 5
answers -2:9
```

```
Anthony -2:22, 4,
  11, 15, 16
Anybody -2:21, 17,
  9, 20, 4, 18, 11, 12,
  15, 11, 12, 4, 10, 16,
  4, 3, 15, 9, 4, 21, 4, 6,
  13, 10, 1, 23, 2, 14, 2,
  18, 16, 17
anybody's -2:19, 22
anymore -2:20
anyway -2:21, 1, 3,
  21, 4
anywise -2:17
apologies -2:13, 11
apologize -2:17
Apparently -2:12
APPEAL  1:6 -2:5,
  21, 11
appear -2:4, 20
appeared -2:12, 17,
  10, 16
appears -2:3, 11
Appletree -2:6, 4, 9,
  15
application -2:1
applied -2:12
applies -2:18
apply -2:2
appreciate -2:18, 5,
  20, 20
appreciation -2:16
approach -2:4, 20, 7
approached -2:17,
  11
appropriate -2:17,
  17, 20
approval -2:7, 7, 6,
  22
approved -2:22
Approximately
  -2:22, 17, 21, 4, 5, 22
April -2:3
area -2:6, 10, 14, 17,
  19, 12, 4, 1, 11, 7, 8,
  12
areas -2:19, 3, 4
argue -2:17, 23
arguing -2:10
argument 4:20, 21
```

## Keith Gray, In Re: / Personnel — 5

```
-2:1, 2, 19, 10, 2, 4
arguments -2:21, 18
armed -2:16
arms -2:12
Army -2:22, 12, 12
arose -2:2
arrangement -2:16,
  14, 4, 20, 12, 6, 5, 22,
  8, 7, 14
arrested -2:13, 18,
  3, 4, 13, 2, 19, 15, 15,
  3, 8, 9, 23, 15, 23
arresting -2:17
arrests -2:5, 11, 15,
  3, 12, 16, 20, 22, 10,
  18, 19, 4, 1
arson -2:11
Arthur -2:16
article -2:16, 18, 16
AS400 -2:2, 3
AS-400 -2:9
Ashford -2:2, 8
Asia -2:8
asked -2:5, 10, 23,
  23, 5, 3, 1, 23, 1, 4,
  10, 10, 15, 12, 15, 13,
  17, 23, 3, 11, 5, 4, 14,
  20, 5, 7, 21, 19, 23,
  15, 3, 5, 18, 15, 5, 9,
  13, 17, 2, 23, 3, 5, 14,
  4, 6, 17, 21, 21, 2, 18,
  11, 15, 16
asking -2:11, 2, 4,
  14, 20, 12, 9, 17, 13,
  23, 2, 21, 9, 19, 9, 18,
  10, 15, 19, 18, 7, 13,
  21, 17, 20, 14, 16, 7,
  8, 17, 19, 13, 8, 18, 4,
  7, 10, 2, 12, 3, 5, 17,
  7, 20, 15, 18, 8, 23, 5,
  16, 14, 8, 17, 20, 15,
  17, 3, 19, 21, 21, 23,
  13, 15
asleep -2:10
aspects -2:9, 4
ass -2:15, 9
assault -2:4, 2, 12,
  5, 12, 16, 22, 11, 16,
  10, 2, 2
```

```
assaulted -2:14, 22,
  13, 15, 2
assaulting -2:11, 6,
  7, 10
assaults -2:11
asses -2:17
Assessment -2:16,
  14, 4, 20, 12, 6, 5, 22,
  18
assessments -2:6, 2
assigned -2:13
assignment -2:16
assist -2:16
assistance -2:5, 5,
  15
assistant -2:1
associate -2:11, 17,
  13, 15, 20, 7, 10, 10,
  21, 1
associated -2:2, 3, 4,
  1, 18, 10, 10, 13, 14,
  14, 3, 23, 19, 2, 4, 5,
  18, 21, 13, 12, 9
Associates -2:23, 19,
  22, 10
associate's -2:12
associating -2:12,
  22, 15, 17
association -2:22,
  12, 22, 7, 5, 7, 15, 18,
  14, 8, 23, 1, 1, 11
associations -2:23,
  16, 23
assume -2:19, 5, 8,
  11, 15, 22
assumed -2:16
assumption -2:4
assumptions -2:4
assured -2:13
ATF -2:19, 13, 5
athletic -2:11, 4, 4,
  18, 23, 19, 18, 19
athletics -2:3
ATI -2:9
Atlanta -2:8, 10
attached -2:15, 12,
  23, 3, 16, 10
attain -2:7
```

```
attempting -2:3, 2
attempts -2:15
attend -2:15, 18, 22,
  12, 10, 10, 10
attendance -2:18,
  19, 5, 7
attended -2:3, 16, 1,
  1, 5, 10
attending -2:2
attention -2:16, 7, 8
Attorney -2:3, 10,
  20, 8, 16, 4, 16, 4, 2,
  6, 12, 3, 13, 23, 8, 19,
  23, 4, 9, 22, 5, 4, 16
attorneys -2:9
attorney's -2:17
attraction -2:5
Auburn -2:2
audibly -2:16, 7
AUDIENCE -2:15,
  17, 23, 12, 8, 11, 6,
  11, 10, 20, 23
audio -2:18, 1
August -2:3, 16, 18,
  21, 20, 22, 6, 23, 11,
  13, 3, 4, 17, 4, 11, 13
Australia -2:8
authentic -2:23,
  10, 14
authenticated -2:8
authentication
  -2:15
authority -2:3, 20,
  21, 15, 20, 1, 3, 9, 13,
  14, 15, 4, 7, 9, 13
authorize -2:3
authorized -2:18
auto -2:20
automatically -2:4,
  11
Autwaun -2:17
available -2:23, 17,
  23, 17, 8, 18, 21, 7
avert -2:8
aviation -2:21
avoid -2:17, 4, 20, 7
award -2:20
aware -2:16, 7, 12,
  10, 22, 6, 19, 4, 8, 4,
  12, 18, 7, 4, 21, 3, 8,
```

```
6, 16, 17, 23, 4, 12,
22, 22, 7
ax-h-o-l-e -2:14
azhole, -2:13

<B>
bachelor's -2:3
back -2:10, 23, 14,
  9, 20, 15, 16, 12, 1, 8,
  20, 4, 11, 9, 17, 18,
  19, 10, 19, 20, 22, 2,
  21, 4, 6, 10, 18, 4, 14,
  3, 13, 18, 15, 18, 9,
  18, 18, 20, 13, 19, 21,
  23, 6, 10, 6, 7, 9, 4,
  11, 18, 7, 15
backtrack -2:19
bad -2:1, 16, 19, 7,
  7, 6, 5
badge -2:4, 21, 23
badgering -2:7
Ball -2:20
balloon -2:16
Bama -2:11, 11, 22,
  18, 23, 18, 6, 1, 12,
  20, 12, 17, 19, 20, 23,
  3, 1, 4, 14, 14, 16, 21,
  23, 21, 5, 15, 12, 5,
  22, 21, 22, 3, 1
ban -2:22
band -2:17
Bandidos -2:6, 11,
  20, 2
bank -2:17
Barbara  2:4 -2:16,
  18
bargain -2:17
Barnes -2:2
baseball -2:10, 18
based -2:22, 6, 22,
  7, 4, 1, 7, 17, 20, 15,
  19, 2
basic -2:17
basically -2:1, 3, 7,
  18, 2, 19, 23, 14, 23
based -2:6, 3, 2
basis -2:12, 21, 1,
  14, 16, 3, 11
```

## Keith Gray, In Re: / Personnel — 6

```
bathroom -2:22
Beach -2:2
bear -2:8, 11
beat -2:2
beating -2:11
bed -2:19
began -2:1, 3, 20, 17
beginning -2:4, 14
begun -2:21, 14
behave -2:1
behest -2:22
beings -2:13
believe -2:2, 3, 8,
  16, 23, 18, 22, 15, 12,
  9, 18, 9, 13, 2, 6, 19,
  19, 20, 22, 9, 21, 15,
  15, 7, 21, 11, 18, 1,
  11, 21, 1, 17, 5, 7, 19,
  11, 17, 13, 18, 5, 7,
  20, 21, 3, 20, 15, 22,
  14
believed -2:23, 12,
  23
believes -2:7
belong -2:5, 19
belonged -2:6
beneficial -2:13, 16
benefit -2:7, 9, 20,
  22, 13
benefits -2:6, 13, 2,
  16
Benny -2:15, 9, 10,
  3
Bentley -2:3
Benton  4:2 -2:4, 4,
  7, 15, 21, 4, 10, 12,
  14, 5, 8, 16, 19, 15,
  22, 22, 15, 14, 5, 8,
  15, 21, 10, 7, 8, 11,
  19, 5, 20, 6
Bessemer -2:4, 3, 6,
  13, 16, 11, 12, 20, 7,
  11, 20, 20, 1, 19, 22,
  12, 12, 18, 7, 10, 19
best -2:21, 3, 7, 20,
  19, 7
better -2:1, 5, 11, 1
beyond -2:21, 6, 14
Bible -2:19, 12, 21
```

```
Big -2:2, 14, 1, 13,
  14, 18, 20, 3, 4, 2, 7,
  11, 17, 23, 3, 1, 18,
  18, 12, 1, 16, 1, 16,
  12, 18, 6, 21, 7, 8, 7,
  19
bike -2:2, 21, 2, 10,
  10, 17, 5, 7, 17, 7, 16
Biker -2:10, 1, 2
bikers -2:17
biker's -2:22
bikes -2:10
biking -2:6
billable -2:23
billy -2:4, 5, 8, 1
birds -2:19
Birmingham  2:21
  -2:2, 12, 13, 14
bit -2:2, 12, 12, 13,
  8, 8, 2, 3, 7
bite -2:21, 22, 18
black -2:4
blame -2:10, 12, 14,
  23
bless -2:6
blessed -2:20, 8, 13,
  14, 14, 21, 4, 17, 17,
  21, 3, 15, 17, 6, 10,
  11, 2
blessing -2:8, 14,
  17, 20, 13, 23, 23, 4,
  6, 11, 15, 22, 8, 8, 9,
  13, 19, 10, 5, 9, 13,
  16, 2, 19, 2, 4, 3, 23,
  18, 19, 3, 18, 4, 19, 8,
  4, 14, 22, 6, 5, 1, 3, 4,
  7, 15, 13, 14, 17, 19,
  5, 20, 6
blessing, -2:15
blew -2:22
blood -2:12
Bloods -2:2, 16, 23
Blue -2:20, 22, 3, 7,
  8, 10
BOARD  2:2 -2:9,
  12, 15, 17, 19, 22, 19,
  6, 17, 3, 9, 8, 3, 4, 14,
  22, 20, 10, 4, 15, 21,
```

```
22, 4, 16, 19, 12, 13,
23, 15, 6, 19, 23, 8, 8,
10, 3, 6, 13, 11, 3, 6,
7, 20, 21, 7, 1, 10, 4,
12, 18, 6, 21, 7, 8, 7,
19
boarders -2:7
Board's -2:9, 14, 11
body -2:20, 21, 5
bomb -2:14, 19, 11,
  13, 14, 18, 23, 13, 6,
  8, 10, 12, 23, 3, 8, 16,
  8
book -2:9, 12, 17,
  18, 16
booked -2:17, 20, 21
booking -2:16
bookmark -2:23, 11
bookmarks -2:14,
  19, 6, 12, 13, 4, 11, 14
born -2:16
boss -2:4
bother -2:12
bothered -2:22
bottom -2:1, 4, 3, 4,
  1
bound -2:8
Box  2:12 -2:6, 16
boys -2:2
Boyz -2:11, 11, 22,
  18, 23, 18, 6, 1, 12,
  20, 17, 19, 20, 23, 3,
  1, 5, 14, 14, 16, 21, 
  23, 21, 5, 15, 12, 5,
  22, 21, 22, 3, 1
Boyz's -2:12
brand -2:13
brass -2:6, 3
break -2:11, 5, 23,
  8, 23
breath -2:12
breathe -2:18
brief -2:10
briefly -2:20
bring -2:3, 20, 4, 5,
  1, 8, 9, 5, 13, 21
bringing -2:9
```

```
broken -2:16
brother -2:19
brotherhood -2:17
brothers -2:12, 9
brought -2:2, 6, 8,
  6, 7, 2, 6, 8, 13, 8, 19,
  4, 15
buddies -2:2
building -2:19
bulletin -2:6, 1, 19,
  5, 18, 17
bulletins -2:16, 15,
  6, 15, 16, 2, 19, 2, 6
Bullshit -2:2
buddy -2:23
bunch -2:14, 6, 9, 8
bunker -2:16, 2
Bureau -2:6, 17, 2,
  1, 3, 6, 11, 13, 17, 18,
  7, 9, 9, 16, 3, 2, 7, 4,
  22, 19, 21, 9, 6, 1
bureaus -2:19
burdens -2:6
burglary -2:17, 20
business -2:21, 16,
  4, 15
butt -2:15, 1, 11
bylaws -2:23, 9, 23,
  11, 2, 4, 7, 14, 2, 7

<C>
cable -2:15
cadaver -2:16
cadet -2:6, 7
Cal  3:3 -2:8, 17, 5,
  4, 1, 7, 6, 10, 5, 3, 6,
  21, 16, 17, 10, 17, 14,
  1, 2, 4, 5, 21, 20, 6,
  5, 2, 2, 5, 7, 16, 23, 1,
  3, 9, 13
called -2:10, 20, 5,
  1, 7, 21, 23, 18, 16, 7,
  22, 6, 23, 8, 22, 23,
  13, 3, 16, 3, 6, 14, 22,
  9
caller -2:10
calling -2:12, 17, 12,
  9, 20, 11, 11
Calls -2:6, 8, 16, 23,
```

CITY OF DOTHAN/GRAY 001059
CONFIDENTIAL

15, 20, 15, 9, 1, 13
camouflage -2:21
capacity -2:19
Captain 4:19
-2:11, 17, 1, 6, 18, 21, 18, 23, 3, 23, 9, 13, 3, 20, 1, 1, 21, 4, 1, 19, 17, 19, 22, 12, 2, 3, 5, 21, 8, 8, 9, 7, 13, 19, 8, 8, 9, 19, 17, 17, 3, 5, 13, 3, 4, 19, 22, 17, 20, 10, 18, 22, 8, 11, 2, 17, 13, 15, 4, 23, 7, 9, 8, 1, 3, 13, 4, 7, 23, 5, 5, 5, 9, 10, 15, 6, 14, 4, 2, 1, 9, 12, 22, 22, 10, 18
captains -2:17
car -2:21, 20, 14, 15
care -2:13, 14, 4, 14, 20, 22, 12, 16
career -2:22, 14, 11
cares -2:3
Carney -2:9, 15
carry -2:2
carrying -2:3, 9, 2
case -2:9, 2, 14, 21, 18, 1, 6, 5, 3, 14, 18, 7, 11
cases -2:13, 6
caskets -2:6
Catfish -2:15, 9
cause -2:15, 15, 7, 18
caused -2:22, 6
causing -2:1
CCR 1:22
CD -2:8, 9, 13, 14, 18, 7, 6
cell -2:5, 9, 1, 7, 13, 14, 11, 20, 3, 6, 9, 11, 14, 20, 11, 13, 14, 23, 7, 12
CENTER 1:13
-2:18, 21, 22, 19, 19, 17, 8, 23, 5, 23, 20, 22, 12, 14, 15, 18, 19, 21, 22, 8, 10, 11, 16, 5
centers -2:20

certain -2:12, 20, 21, 16, 7, 22, 9, 18, 3, 3, 4, 4, 12, 5
certainly -2:18, 14, 12, 4, 8
Certificate 4:23 -2:12
certificates -2:20, 16
certification -2:20, 14, 10
certified -2:19, 21
certify -2:6, 15, 19
CHAIRMAN -2:6, 16, 18, 6, 19, 18, 14, 19, 18, 10, 10, 23, 3, 14, 19, 20, 16, 20, 3, 8, 1, 11, 1, 10, 19, 4, 6, 23, 5, 2, 21, 11, 16, 15, 6, 11, 16, 16, 5, 13, 4, 11, 15, 1, 11, 15, 4, 17, 8, 12, 2, 9, 11, 11, 23, 8, 11, 5, 12, 6, 9
Chairman's -2:21
Chairperson -2:21
chairs -2:4, 1, 12, 20, 10
Chairwoman 2:4
chance -2:3
chances -2:20
change -2:18, 15
changed -2:3, 15, 6, 11
Chopper -2:3, 3, 7, 12, 23, 1
chose -2:22
changes -2:12, 6, 9

changing -2:9, 18, 14
chapter -2:10, 14, 9, 11, 21, 18, 5, 5, 5, 3, 4, 4, 15, 4
character -2:15
characterize -2:22, 9
charge -2:23, 8, 2, 4, 3, 4, 12, 13, 5
charged -2:22, 1, 23, 9, 11
Charges 3:4 -2:23, 14, 16, 13, 13, 15, 3, 1, 10, 19, 20, 22, 3
charitable -2:14, 14, 23
charities -2:23, 1, 19
charity -2:9, 20, 4, 6, 1, 3, 6, 6, 22, 3, 6, 7, 8, 9, 17, 20, 13, 14, 18, 19, 20, 10, 14, 9, 5, 18, 23, 6, 18
chase -2:10
chastised -2:12
check -2:6, 23, 6, 12, 20, 8, 18, 14, 23, 5, 6, 17, 16, 21
checked -2:10, 12, 1, 10, 14, 18, 5
checking -2:20
CHIEF -2:4, 5, 5, 7, 15, 21, 4, 10, 12, 14, 21, 7, 6, 3, 3, 17, 19, 20, 1, 16, 6, 11, 19, 14, 11, 16, 22, 16, 5, 9, 10, 20, 4, 11, 18, 10, 2, 9, 16
chief's -2:4, 1, 12, 20, 10
children -2:15, 21, 2, 20
choose -2:3, 18, 15
Chopper -2:3, 3, 7, 12, 23, 1
chose -2:22

Chris -2:9, 9
Christ -2:12
Christian -2:12
church -2:9, 8, 22, 6, 9, 10, 13, 17, 14, 15
chute -2:21
circle -2:16
circles -2:4
circular -2:9
circumstance -2:22, 17
citation -2:17, 1, 23
citizens -2:10, 9, 23
CITY 1:1 2:2, 9, 4:18 -2:2, 3, 3, 8, 23, 14, 3, 9, 13, 18, 16, 15, 19, 22, 17, 9, 13, 13, 14, 8, 11, 15, 15, 9, 15, 21, 23, 1, 4, 19, 20, 13, 14, 16, 12, 16, 12, 19, 23, 14, 7, 12, 23, 20, 21, 13, 20, 9, 5, 2, 23, 3, 10, 9
CITY'S 3:7 -2:10, 1, 4, 7, 23, 21, 12, 23, 8, 18
CIVIC 1:12 -2:22
Civil -2:11
Civilian -2:2
claim -2:15, 17, 14, 7, 13, 14, 3
claimed -2:1
claiming -2:10, 6, 4, 22, 22
clarify -2:4, 9, 12, 2, 3
clarifying -2:16
class -2:4, 11, 13, 1, 4, 6

classification -2:1
classifications -2:18
classified -2:17
classify -2:6, 8, 10, 19
classifying -2:12
classroom -2:11
clear -2:23, 14, 11, 3, 8, 11, 1, 15, 8, 22, 23
cleared -2:17, 3
clearly -2:6, 16
clerk -2:16
click -2:14
client -2:10
Clifton -2:17
close -2:2, 19, 17, 9
closed -2:12
closer -2:12
Closing 4:20, 21 -2:16, 20, 16, 23, 9, 18
clothes -2:23
clothing -2:23
Club -2:8, 9, 12, 15, 18, 4, 9, 10, 17, 4, 11, 13, 15, 16, 16, 8, 16, 18, 3, 12, 1, 14, 18, 2, 4, 13, 20, 14, 7, 18, 22, 1, 15, 12, 21, 19, 5, 9, 10, 16, 17, 17, 18, 14, 17, 18, 12, 16, 6, 19, 22, 12, 6, 7, 21, 1
clubhouse -2:10, 16, 17, 1, 2, 3, 5, 1
clubs -2:15, 17, 19, 15, 16, 21, 5, 6, 12, 21, 16, 19
clubhouses -2:15
Clubs -2:8, 20, 18, 8, 19, 19, 6, 8, 10, 22, 21, 7, 8, 23, 20, 11, 15, 16, 3, 19, 7, 18, 8, 14, 17, 18, 12, 16, 6, 19, 22
club's -2:19, 21, 11

10, 1, 6, 11, 12, 13, 15, 23, 4, 5, 8, 2, 19, 14, 16, 23, 9, 7, 22, 12, 17, 22, 18, 21, 5, 8, 14, 20, 15, 5, 3, 22, 21, 3, 6, 11, 22, 23, 5, 19, 20, 22, 5, 23, 3, 7, 9, 5, 18, 11, 12, 2, 14, 4, 11, 14, 8, 13, 15, 17, 3, 23, 1, 23, 13, 17, 23, 1, 2, 10, 16, 17, 3, 11, 10, 5, 7, 15, 22, 1, 13, 15, 7, 10, 16, 18, 7, 14, 15, 19, 23, 7
coach -2:21
Cocaine -2:21
Code -2:21, 7, 13, 7, 14, 15, 19, 23, 7,

17, 21
co-employees -2:17
coexist -2:9, 10, 7, 2, 8, 18, 12, 5, 22, 1, 10
coexisting -2:18
coin -2:7
cold -2:6
collaborating -2:4, 2
collaboration -2:15
college -2:15, 21, 22, 10
colors -2:18, 10, 17, 10, 13
column -2:7
combat -2:9
combination -2:22
come -2:23, 20, 17, 5, 6, 11, 18, 21, 10, 16, 17, 3, 11, 10, 2, 15, 16, 8, 11, 21, 10, 18, 22, 2, 6, 8, 21, 1, 16, 10, 18, 20, 1, 2, 3, 5, 6, 7, 13, 9, 11, 20, 7, 18
comfortable -2:1
coming -2:6, 20, 19, 5, 11, 19, 20, 22
command -2:13
Commander -2:3, 18, 18, 9, 15
comments -2:12, 23
Commission 0:6
Commissioner -2:4, 2, 3, 17, 19, 1, 9, 4
commitment -2:14, 10, 8, 8
commitment -2:22, 3
committed -2:6, 4, 6, 11, 5, 1, 4, 7, 11, 14, 9, 17, 2, 5

15
committing -2:17, 9, 10, 21
communicate -2:6
communicating -2:21
communications -2:19, 8
communicator -2:15
communities -2:4
community -2:8, 18, 18, 20, 8, 7, 21, 17, 1, 5, 10, 10, 10, 1, 2, 23, 8, 17, 17, 4, 5, 16, 15, 19, 1, 3, 23
company -2:23, 7, 11, 8, 8, 14, 23, 23, 8
compare -2:12
compared -2:5, 11
competing -2:3
competitions -2:14, 16
compilation -2:5
complainant -2:2
complained -2:19
complaining -2:22
complains -2:20
complaint -2:3, 22, 5, 11
complete -2:19
completed -2:19
complied -2:20
compromise -2:23, 9
computer -2:6, 5, 19, 6, 8, 1, 5, 15, 22, 18, 16
computer-aided -2:10
computers -2:1
comrade -2:5
concealed -2:3, 18, 8, 21, 2, 21, 1, 5, 10
concealed -2:3, 10, 1, 4
concede -2:5
concern -2:17, 23, 15, 17, 19, 4, 19, 1, 6, 9, 10, 4, 16

concerned -2:19, 3, 8, 9, 10, 12, 11, 22, 1, 22, 3, 3
concerning -2:14, 1
concludes -2:2
conduct -2:20, 22, 21, 22, 7, 22, 8, 12, 6, 5, 3, 22, 15, 16
conducting -2:13
conduit -2:15, 23, 16
conduits -2:9
CONECUH -2:14
confidence -2:14
confidential -2:4
confirm -2:5, 15
confirmed -2:22, 9
conflict -2:5, 15
congested -2:3
congregate -2:11
congregation -2:8
consent -2:10
consequences -2:16, 11, 16, 3
consider -2:18, 3, 4
consideration -2:15, 19
considered -2:6, 12, 2, 22, 17
considers -2:23
consist -2:7, 12
constitute -2:23, 3
constituted -2:6
contact -2:13, 10, 3
contacted -2:5, 3, 9
contacts -2:6
content -2:1
contention -2:6, 17
continuation -2:5, 6
continue -2:3, 12
continued -2:23, 4, 18, 3, 6, 16
CONTINUING -2:1, 1, 1, 3
control -2:14
conversation -2:13, 21, 1, 4, 2, 6
conversations -2:14

convicted -2:12, 14, 18, 21, 9
convictions -2:16, 1
convince -2:15
cook -2:19
cool -2:11, 5, 10, 16, 20, 10, 22, 20, 21
cooperation -2:10
coordination -2:3
coordinator -2:18, 5, 6, 7
copies -2:4, 9, 13, 1, 20
cops -2:11
copy -2:3, 9, 10, 11, 15, 19, 3, 18, 19
corner -2:2, 3, 4
Corporal -2:18, 13, 12
corporation -2:13
Corps -2:21
correct -2:21, 21, 8, 9, 14, 19, 17, 4, 13, 3, 14, 17, 19, 3, 2, 6, 20, 16, 18, 19, 5, 15, 4, 20
Correction -2:4
Correctional -2:13, 6
correctly -2:2
cosponsor -2:18
cost -2:21
costs -2:17
counsel -2:14, 16
counseling -2:11, 17
count -2:5
counties -2:19
countless -2:18
country -2:7, 8, 7, 13, 21, 3
County -2:4, 9, 17, 4
couple -2:18, 19, 21, 15, 4, 4, 3, 21
coupled -2:9, 6

course -2:6, 10, 16, 9, 16, 22, 19, 10, 7, 4, 18, 21, 9
Court 4:23 -2:21, 7, 12, 20, 12, 6, 16, 20, 10, 22, 20, 21, 14
courtesies -2:6, 11
courtesy -2:3
courtroom -2:12
cover -2:1, 11, 2, 2, 20
covers -2:6
created -2:18, 19, 8, 9, 12
credence -2:18
credible -2:18
credit -2:16
crime -2:23, 6, 19, 12, 17, 6, 1, 5
crimes -2:5, 10, 14, 20
Criminal -2:19, 11, 7, 4, 13, 2, 18, 7, 16, 16, 7, 10, 18, 11, 1, 2, 4, 9, 10, 15, 16, 3, 18, 3, 6, 5, 19, 10, 14, 15, 22, 1, 6, 7, 9, 19, 20, 11
cross-training -2:18
culminated -2:17
culture -2:2, 3
Cupid -2:23, 1, 16
currently -2:2, 3
customer -2:3

cut -2:20, 9, 15, 19, 23, 18, 20, 22, 3
cuts -2:15

<D>
Dale -2:21
dance -2:23
danger -2:12
dangerous -2:10
dangers -2:15
dark -2:4
Darrell -2:15, 19
Data -2:4, 9, 10, 8, 17
database -2:23, 13, 13, 14, 4, 23
databases -2:15
date -2:23, 10, 6, 5, 9, 14, 7, 8, 11, 14, 1, 3, 20, 18, 20, 13, 17, 18, 16, 18, 12, 21, 3
David -2:6, 23, 23
Davis -2:6, -2:14, 20
day -2:8, 1, 3, 21, 17, 1, 4, 22, 23, 17, 6, 16, 19, 22, 7, 23, 15, 22, 3, 10, 12, 2, 23
days -2:2
dealing -2:13, 6, 17, 17, 1, 1, 3, 3, 12
deals -2:2
dealt -2:2, 12
Dear -2:1
death -2:7
Deborah -2:22, 1
decades -2:9
deceive -2:10
December -2:13, 14, 6
decide -2:19, 17
Deedples -2:16, 15, 9, 14, 16, 23, 12, 9, 16, 19, 22, 9, 14, 21, 22, 1
decision -2:21, 1, 9, 12, 2

dedicate -2:14
deep -2:20
Deese -2:19
defendant -2:15
defendants -2:4
Defendant's -2:12
Define -2:15, 3, 9
definitely -2:17
definition -2:3, 4, 1, 8, 2, 21
definitions -2:16
defray -2:17
degree -2:20, 23, 3, 5
delinquent -2:7
delivered -2:3, 12
Dell -2:6
Delvick -2:23, 13
dented -2:8, 16
deny -2:7, 7
DEPARTMENT 1:2 -2:3, 10, 1, 20, 19, 20, 19, 20, 3, 20, 1, 7, 5, 4, 8, 11, 9, 21, 19, 7, 10, 4, 13, 23, 2, 4, 22, 6, 2, 21, 21, 2, 19, 1, 5, 7, 8, 9, 13, 11, 13, 1, 7, 23, 11, 10, 14, 3, 13, 19, 8, 22, 15, 19, 18, 3, 8, 15, 12, 12, 14, 20, 15, 7, 16, 11, 5, 19, 1, 4, 6, 8, 23, 7, 14, 21, 14, 20, 9, 12, 14, 17, 3, 7, 17, 8, 9, 17, 14, 20, 7
departments -2:22, 1, 20, 17
Department's -2:11, 7, 22
depending -2:9, 16, 8, 11, 23
depends -2:2, 10, 3
deposition -2:4, 1, 11, 12, 7
describe -2:15
described -2:13, 3
describing -2:13

DESCRIPTION -2:3, 4, 4, 17, 3, 1, 8, 2, 6
descriptions -2:4
design -2:12
designer -2:11
desk -2:20, 20, 10, 12, 18, 11
desktop -2:13, 14
detail -2:22, 15
detailed -2:15
details -2:15, 3
detained -2:17
detect -2:3
determine -2:10, 3, 7, 9, 17, 3
develop -2:4
device -2:18, 13, 17, 4, 3, 6, 23, 1, 2, 12, 13, 15, 9, 1, 19, 2
device's -2:5
diamond -2:15, 16
dictate -2:22, 10
dictation -2:10
difference -2:8, 7, 22, 20, 8, 17, 16
different -2:23, 2, 17, 6, 3, 15, 20, 10, 16, 14, 14, 16, 16, 11, 18, 11, 14, 20, 10, 2, 8, 23, 1, 18, 17, 14, 23, 2, 11, 20, 4, 16, 21, 4, 16, 8, 6, 33, 7, 14, 21, 14, 20, 3, 9, 16, 21, 15, 5, 4
differently -2:19
difficulty -2:19
difficulty -2:1, 8, 12, 13, 18
dignitaries -2:13
dignitaries -2:1, 8, 12, 13, 18
direct -2:16, 15, 1, 23, 19, 23, 3
directed -2:21, 15
direction -2:17, 5, 2, 3
directions -2:17, 6
directives -2:2, 10
directly -2:22, 12, 3, 16, 14, 8, 1, 6, 10
Director -2:1, 13
Directors -2:3

disabled -2:23
disassociate -2:16
disciplinary -2:20, 14, 20
discipline -2:14
disciplined -2:3
disco -2:2, 19
discourage -2:7
discriminated -2:15
discrimination -2:8, 21, 3
discriminatory -2:13, 18, 9, 11
discuss -2:15
discusses -2:19
discussing -2:22
disgust -2:17
dismissal -2:3
dismissed -2:23
disparage -2:15
disparagement -2:10
dispatcher -2:10
dispute -2:21, 2, 11, 12, 22
disrespect -2:10
disrupt -2:6
disseminated -2:3, 4, 9, 23, 9
dissemination -2:6
distinction -2:16
distribute -2:2
distributes -2:3
distribution -2:3, 17, 10
district -2:9
diverse -2:8
Division -2:8, 21, 8, 13, 14, 23, 21, 11, 2, 3
divisions -2:6, 23
do, -2:11
document -2:18, 2, 16, 8, 10, 20, 20, 10, 11, 19, 20, 2, 3, 9, 16, 22, 22
documentation -2:9
Documentation20 -2:5
documented -2:13,

documents -2:8
dog -2:12
doing -2:17, 19, 9, 10, 9, 7, 23, 7, 8, 4, 18, 11, 8, 23, 6, 17, 21
dollars -2:17
dominant -2:12
Dominic -2:21, 13
donated -2:3, 19
Doom -2:22, 17, 17
Doom -2:19, 21, 14, 22, 1, 4, 20, 7, 13, 19, 16, 1
door -2:17, 12, 20
doors -2:16
dope -2:7, 2, 5, 12
Dorothy -2:19
Dote -2:18
DOTHAN 1:1, 12, 14 2:2, 9, 13, 2, 3, 3, 5, 10, 1, 4, 8, 23, 14, 19, 18, 3, 7, 17, 19, 9, 15, 19, 3, 18, 14, 1, 2, 18, 19, 3, 18, 3, 7, 9, 11, 10, 8, 11, 15, 2, 15, 18, 1, 4, 7, 1, 11, 21, 7, 10, 13, 22, 21, 2, 4, 10, 3, 12, 22, 2, 21, 8, 11, 19, 23, 7, 6, 14, 14, 7, 9, 12, 14, 14, 3, 19
Dothan's -2:3
Doug -2:21, 16, 11
DPD -2:15, 18
drafted -2:12
dragged -2:3
Dragons -2:19
dress -2:10
driven -2:20
drink -2:20, 4
drinking -2:15

CITY OF DOTHAN/GRAY 001060
CONFIDENTIAL

## Panel 1 (Page 11)

drinks -2:3
drive -2:21
driven -2:3, 1
driver -2:18, 19, 13, 14, 17, 8, 14, 10
driver's -2:18
driving -2:23
Drug -2:7, 19, 7, 4, 21, 20
drugs -2:3, 5, 16, 11, 16
drum -2:7, 9, 9
drunk -2:23
dually -2:19
dude -2:1
due -2:16
DUI -2:13, 9, 1, 11, 16, 17, 19
duly -2:9, 19, 14, 5, 9, 15, 7, 9, 19
dump -2:22
dump, -2:1
duration -2:8
duties -2:17, 21, 15, 3, 15, 2, 3, 12, 17, 20
duty -2:18, 19, 22

<E>
Earl -2:13, 13
earlier -2:15, 21, 10, 18, 22, 7, 4, 6, 16, 15, 7, 16, 18, 18
early -2:12, 18, 20, 9, 13
easier -2:6
Easy -2:15, 10
eat -2:18
Edenton -2:20
edited -2:17, 17
educate -2:7, 23
educated -2:16, 17
educating -2:16
educator -2:5
educational -2:18
EDWARDS -2:18, 19 3:10, 13, 16, 20, 22 4:4, 9, 11, 13, 15, 20 -2:10, 11, 2, 7, 9, 20, 12, 17, 4, 19, 22, 9, 11, 15, 10, 6, 7, 1

14, 22, 19, 9, 22, 7, 17, 22, 20, 4, 23, 20, 20, 2, 11, 17, 22, 4, 3, 8, 14, 8, 16, 9, 16, 21, 11, 2, 7, 3, 11, 9, 3, 23, 2, 7, 12, 23, 4, 9, 9, 20, 6, 10, 11, 19, 23, 1, 5, 22, 7, 23, 6, 14, 19, 14, 18, 12, 10, 23, 8, 6, 9, 1, 11, 20, 20, 11, 11, 21, 15, 2, 8, 2, 18, 20, 3, 13, 21, 1, 6, 8, 23, 12, 17, 5, 7, 12, 23, 23, 14, 1, 10, 19, 16, 12, 11, 10, 7, 2, 8, 20, 22, 6, 2, 1, 2, 15, 9, 2, 12, 13, 8, 16, 4, 8, 7, 11, 16, 5, 18, 9, 20, 19, 6, 18, 17, 20, 10, 15, 1, 12, 18, 4, 15, 3, 3, 14, 3, 7, 14, 21, 2, 6, 7, 15, 22, 19, 13, 19, 4, 5, 9, 13
EEO -2:15, 14, 4
EEOC -2:2, 17, 21, 6, 7, 13, 4
effect -2:7
effective -2:16, 21
eight -2:17, 13, 5
either -2:13, 5, 11, 14, 4, 11, 7, 19, 11, 19, 18, 22, 23, 14, 14, 15, 1, 22, 6, 14, 11, 4, 12
elaborate -2:21
electrically -2:3
Electronic -2:4, 10, 2
element -2:11, 15
elements -2:7
elevated -2:11
elicit -2:18
else's -2:11
Email -2:4, 6, 16, 18, 22, 6, 15
emphasis -2:23
emphatically -2:6
employed -2:8, 13, 4, 21, 12, 16, 19

employee -2:14, 8, 14, 12, 4, 2
employees -2:3, 12
employment -2:13, 13, 16, 10
encounter -2:15
Encouraged -2:9
ended -2:14
enforce -2:11
enforced -2:1
Enforcement -2:13, 22, 7, 1, 2, 3, 8, 1, 14, 14, 7, 10, 9, 9, 20, 11, 22, 1, 21, 17, 5, 2, 10, 3, 8, 10, 4, 15, 19, 22, 8, 1, 12, 14, 1, 5, 12, 9, 3, 10, 6, 10, 16, 22, 13, 18, 4, 5, 19, 9, 3, 7, 9, 20, 21, 5, 11, 18, 21, 19, 49, 16, 8, 10, 13
engage -2:2, 6
engaged -2:3, 6
enjoy -2:19, 22, 21
enjoys -2:1
enrichment -2:7
entered -2:16, 21
Enterprise -2:8
entertainment -2:10
enthusiasts -2:15
entire -2:17, 6, 7, 10, 2, 4, 5, 3, 12, 8, 11, 3, 22
entities -2:1
entitled -2:2, 5
entity -2:7, 18
entry -2:13
envelope -2:4
equating -2:8
equipment -2:20, 17, 2, 3, 5, 7, 8
erred -2:1
escort -2:1
escorts -2:5
Especially -2:18
ESQ 2:10, 19
essence -2:17
essentially -2:6

establishment -2:5
estimate -2:22
Ethan -2:15, 15, 1, 1, 1
Ethics -2:13, 17, 21
Etris -2:21, 14, 22
Eufaula -2:21, 22, 14
Europe -2:9
evaluation -2:23
evangelical -2:11
evasive -2:23, 6, 8
evening -2:9, 20, 3, 1
event -2:11, 16, 23, 6, 14, 20
events -2:6, 18, 19, 20, 10
eventual -2:21
eventually -2:7, 18
everybody -2:9, 6
everyone -2:16, 17, 20, 13, 14, 18, 5
everyone's -2:19
evidence -2:11, 17, 5, 18, 4, 14, 1, 16, 21, 2, 3, 5, 11, 22, 12, 17, 2, 3, 1, 4, 18, 11, 1
evidenced -2:21
Evidentiary -2:13
evolved -2:20
exact -2:3, 11
Exactly -2:6, 17, 3, 15, 23, 23, 23
exam -2:3, 6
Examination 3:9, 10, 12, 13, 15, 16, 17, 19, 20, 21, 22 4:3, 4, 9, 11, 13, 14, 15, 16 -2:11, 19, 10, 21, 15, 16, 1, 9, 7, 1, 6, 11, 19, 17, 9, 11, 17, 13, 13
examined -2:10, 20, 15, 6, 10, 15, 8, 10
examiner -2:20, 17
example -2:8, 5, 21, 3, 9, 7, 3, 6

## Panel 2 (Page 12)

examples -2:16, 11, 13
excel -2:6
exciting -2:13
excuse -2:19
executed -2:4, 6, 16
execution-style -2:4, 1
executive -2:16, 19
exempt -2:23
exercise -2:11
exert -2:12
Exhibit -2:15, 1, 22, 3, 16, 20, 23, 6, 12, 16, 12, 19, 23, 20, 1, 5, 23, 10, 14, 23, 4, 19, 17, 9, 3, 13, 17, 15, 16, 13, 10, 12, 13, 18, 14, 18, 17, 21, 14, 15, 17, 21, 19, 23, 3, 14, 21, 4, 5, 10, 21, 7, 8, 12, 1, 6
EXHIBITS -2:1, 2, 3, 2, 3, 16, 2, 21
exist -2:4, 14, 18
existence -2:19
exit -2:14
exited -2:14, 16
ex-member -2:21
ex-members -2:18
expect -2:8
expected -2:1
expecting -2:9
expediency -2:15
expedition -2:15
experience -2:23, 4, 9, 15
experienced -2:23, 17
experiencing -2:15
expert -2:21, 11, 15, 12, 15, 16, 18, 23
Expires -2:3, 6
explain -2:12, 13, 21, 7, 10, 2, 10, 5, 13
explained -2:4, 14, 17, 15
explains -2:9
explorers -2:9

exposure -2:23
extend -2:6, 11
extended -2:3
extensive -2:11, 15, 22, 21
extent -2:17, 22, 15, 12, 23, 21, 20, 1, 9, 21, 13, 8, 18, 11, 23, 13, 20, 19, 16, 17, 17, 12, 3, 16, 16, 20, 6, 11, 12, 16, 7, 18, 13, 2, 6, 15, 9, 23
Extortion -2:5, 2
extort -2:15
extortion -2:12, 20, 16, 23, 6
extremely -2:7
ex-vets -2:9
Eze -2:11

<F>
face -2:13
Facebook -2:16
faces -2:14
facing -2:7
fact -2:12, 7, 11, 5, 16, 10, 15, 17, 7, 18, 9, 20, 16, 15, 5, 23, 1, 2, 5
factors -2:18
facts -2:22, 5, 7, 4
fail -2:4
failed -2:15, 18, 17
fair -2:10
fairly -2:22
fall -2:17, 14
fallen -2:19, 13, 4
false -2:23, 3, 14
falsely -2:3
familiar -2:14, 18, 12, 16, 17, 16, 4, 6, 19, 10, 3, 7, 21, 19, 15, 2, 22, 1, 4, 22, 7, 14, 5, 7, 4, 7
families -2:18, 17
family -2:2, 18, 2, 18
fan -2:3
far -2:18, 2, 9, 3, 6, 19, 21, 17, 18
fashion -2:20, 4
fast -2:22, 19

fault -2:22, 23, 23, 16
favorites -2:9
favoritism -2:9, 14
favors -2:4
FBI -2:22, 4, 19, 5, 13, 19, 15, 22, 1, 3, 5, 13, 20, 19, 16, 17, 17, 12, 3, 16, 16, 20, 6, 11, 12, 16, 7, 18, 13, 2, 1, 9, 17, 2, 5, 9, 22, 7, 18, 1
fear -2:7, 9, 16, 1, 10, 14
feather -2:20
Federal -2:6, 17, 6, 7, 15, 23, 15, 2, 13, 6, 9, 5, 8, 12
feed -2:22
feedback -2:13
feeder -2:17, 21, 11, 2
feedback -2:19
feel -2:23, 6, 7, 4, 8, 2, 8, 14, 16, 21, 5, 23
fees -2:17
feet -2:10, 12, 17, 23
fellow -2:23, 6, 7, 8, 19, 19, 23, 16
fellowship -2:10, 18
felon -2:3, 4, 7, 11
felonies -2:17, 16
felons -2:13, 12, 12, 14, 18, 21, 9, 21, 18
felony -2:13, 15, 22, 18
felt -2:17, 14, 12, 20
female -2:18, 20, 3, 23, 5, 14, 5
females -2:21, 17
female's -2:3
fewer -2:20
field -2:3, 13, 19
fifteen -2:16, 22
fifty -2:16
fight -2:8, 16, 9, 13, 21, 15
file -2:20, 13, 4, 6, 9, 8, 13, 14, 11

filed -2:14, 2, 17, 12, 23, 1, 7, 12, 19, 7, 10, 3
fill -2:6
filter -2:12
final -2:2, 21
finally -2:11
find -2:6, 21, 8, 13, 7, 21, 19, 12, 8, 18, 13
finding -2:6, 3
fine -2:13, 6, 9, 11, 3, 12, 23, 15, 17, 11, 19, 19
fingers -2:13
finish -2:20, 22, 11, 18, 8
finished -2:6, 13
Fire -2:14
Firearms -2:14, 17
fired -2:17
firefighter -2:13, 20, 14
firefighters -2:19
firewalls -2:23
first -2:10, 20, 18, 2, 5, 3, 12, 3, 19, 10, 23, 5, 13, 14, 16, 24, 5, 7, 9, 11, 16, 4, 16, 23, 6, 11, 14, 6, 11, 21, 10, 9, 8, 9, 11, 16, 20, 1, 17, 9, 13, 18
fishing -2:14
fit -2:13
fitness -2:19
fits -2:15
five -2:6, 4, 11, 4, 6, 8, 16, 19, 17, 11, 8, 15, 23, 12, 12, 6, 5, 17, 22, 17, 19
five-hour -2:15, 4
five-minute -2:5, 8
fixing -2:21
flew -2:1, 5
flock -2:20
FLOOR 1:12
Florida -2:1, 2, 4, 11, 20, 8, 4, 6, 16, 19, 6, 4, 9
Flowers -2:14

## Panel 3 (Page 13)

flowing -2:22
focal -2:8
focused -2:12
focuses -2:7
folks -2:8
folla -2:20, 1, 10
follow -2:12, 3, 17, 6, 2, 4, 11, 5, 6, 9, 1, 4, 14, 16, 9, 10, 14, 20
followed -2:5
following -2:15, 16, 22
follows -2:16, 10, 20, 15, 6, 10, 16, 8, 10
followup -2:11, 20, 15, 20, 4, 1, 16, 23
food -2:3
foot -2:5
foothold -2:3
force -2:18, 1
forcing -2:10
foregoing -2:7, 11
forensic -2:14, 16, 23, 1, 2, 5, 11, 12
foresee -2:12
forget -2:2
form -2:20, 21, 5, 1, 21, 18, 17, 3, 12, 20, 15, 15, 3, 20
format -2:4
formed -2:3
former -2:11, 7, 15, 4, 14
formerly -2:7
forty -2:16
Forty-five -2:9
forward -2:7, 11, 14, 11, 21, 2, 14, 19
found -2:18, 17, 9, 11, 8, 14, 16, 15, 10, 9, 18, 11
foundation -2:13, 16, 12, 23
founded -2:20, 21
founding -2:16, 19
four -2:27, 21, 16, 18, 10, 12, 12, 22, 3, 7
Fourteen -2:15
Fourteenth -2:16

frame-up -2:22
fraternity -2:22
free -2:4, 21, 13, 18, 6, 4, 3
French -2:17
frequent -2:11
frequently -2:21
Friday -2:23, 9
friends -2:8, 10, 12, 18, 19, 20, 23, 11, 10, 4, 7, 7
front -2:7, 19, 18
full -2:14, 3
fun -2:9
functions -2:11
fund -2:20
fundraiser -2:2
funds -2:19
funded -2:18
funneling -2:20
funnels -2:10
furnished -2:19
further -2:17, 18, 23, 6, 12, 21, 8, 21, 6, 15, 2, 2, 13, 4, 19, 15, 14, 15, 15, 19
furthermore -2:15
fusion -2:18, 21, 22, 19, 20, 22, 12, 14, 15, 18, 19, 20, 21, 22, 8, 10, 11, 16

<G>
Gadsden -2:23, 13, 1, 17, 18, 1, 11, 14, 16, 13, 15, 20, 21, 7, 19, 19
gain -2:5, 8, 12
gaining -2:15
Gallery -2:17
game -2:23
Gang -2:15, 23, 15, 16, 17, 7, 14, 20, 11, 17, 11, 17, 4, 5, 6, 11, 19, 20, 8, 11, 3, 4, 15, 23, 10, 18, 19, 21, 4, 18, 17, 9, 23, 1, 2, 3, 13, 18, 19, 17, 7, 7, 4, 4, 9, 4, 7, 2, 5, 13, 5, 5, 7, 11, 15, 6, 23, 10, 6, 13

5, 11, 21, 23, 5, 11, 7, 8, 15, 23, 2, 14, 20, 15, 9, 11, 20, 11, 12, 6, 8, 10, 11, 4, 4, 23, 7, 6, 8, 10, 14, 3, 16, 18, 16, 8, 21, 14, 15, 1, 2, 19
Gangs -2:12, 20, 21, 11, 4, 20, 17, 6, 16, 11, 10, 6, 14, 15, 12, 1, 7, 19, 20, 19, 20, 20, 23, 2, 6, 20, 19, 19, 20, 10, 20, 23, 14, 19, 18, 3, 17, 3, 13, 13, 7, 10, 20, 23, 18, 6, 11, 6, 19, 22, 19, 2, 22, 18, 13, 21, 18, 8, 6, 21
gangster -2:14
gather -2:19, 21
gathered -2:14
gathering -2:7
General -2:21, 20, 3, 6, 9, 12, 19, 5, 18, 15, 9
generally -2:20, 23, 6, 21, 20, 22, 19
generals -2:20
gentlemen -2:5
Georgia -2:14, 8, 13, 4
get-along -2:8
getting -2:22, 13, 22, 21, 22, 15, 16, 21, 22, 7, 21, 17, 22, 20, 10, 12, 22, 17, 12, 16, 8, 11, 9, 16
girlfriend -2:4, 5, 20
girlfriend's -2:20
girls -2:2
give -2:1, 2, 18, 19, 20, 20, 15, 11, 23, 7, 12, 13, 14, 23, 18, 2, 4, 7, 20, 9, 20, 11, 1, 7, 2, 13, 15, 15, 13, 4, 4, 13, 14, 11, 14, 20, 12, 12, 3, 5, 8, 16, 17, 15, 9, 17, 9, 11, 3, 15, 11, 20, 17, 16, 17, 13

gives -2:17, 11, 13, 12, 13, 14
giving -2:23, 20, 19, 23, 23
glad -2:18, 10
glass -2:17
glasses -2:6
glowing -2:17
go -2:9, 21, 1, 12, 23, 2, 2, 21, 7, 13, 18, 1, 7, 19, 20, 19, 19, 20, 23, 8, 20, 10, 20, 9, 17, 21, 23, 4, 17, 19, 2, 22, 18, 22, 21, 2, 8, 16, 19, 6, 22, 6, 22, 22, 22, 8, 7, 12, 3, 22, 16, 2, 9, 10, 9, 8, 4, 7, 22, 7, 23, 2, 3, 11, 6
God -2:4
goes -2:13, 18, 1, 15, 21, 23, 10, 7, 8, 22, 13, 2, 20, 22
going -2:8, 14, 9, 22, 21, 14, 18, 13, 7, 14, 7, 12, 13, 14, 14, 15, 16, 7, 13, 23, 16, 6, 20, 11, 1, 7, 23, 12, 14, 4, 23, 18, 10, 4, 4, 22, 11, 1, 18, 8, 4, 21, 21, 9, 10, 12, 2, 13, 8, 16, 13, 9, 17, 9, 11, 16, 18, 14, 11, 15, 18, 17, 18, 13, 19, 21, 11, 14, 9, 1, 4, 12, 12, 4, 5, 10, 5, 11, 2, 2, 12, 2

## Panel 4 (Page 14)

11, 23, 3, 19, 12, 23, 2, 3, 18, 7, 9, 8, 22, 9, 21, 4, 13, 9, 13, 9, 22, 7
gold -2:22, 1, 6, 1, 18
golf -2:19
good -2:21, 18, 18, 10, 4, 23, 1, 11, 11, 5, 2, 8, 1, 15, 4, 6
goodness -2:8, 8
Google -2:19, 19, 1
Googled -2:19, 2
Googler -2:16
gotten -2:7, 22, 21, 1, 3
governed -2:12, 13
government -2:15, 14, 12
governor -2:17, 11, 1, 2, 3, 10, 23, 21
governor's -2:23, 15, 21
graphic -2:11
GRAY 1:7 3:8 4:12, 19 -2:16, 2, 22, 12, 15, 16, 17, 1, 6, 5, 8, 15, 3, 23, 7, 9, 13, 3, 19, 10, 13, 19, 16, 2, 1, 17, 4, 19, 12, 15, 4, 15, 16, 5, 22, 7, 13, 13, 7, 1, 9, 8, 9, 9, 17, 19, 23, 9, 17, 14, 21, 18, 13, 4, 13, 8, 7, 18, 18, 7, 13, 1, 14, 17, 13, 15, 12, 20, 10, 18, 23
GRAY'S 4:6 -2:1, 17, 4, 5, 18, 19, 22, 10, 18, 22, 9
great -2:1, 10
Greg -2:23
Greg -2:2
Gregory 4:2 -2:8, 15, 10
grievance -2:19, 20
grieving -2:20
grind -2:1
ground -2:23, 14

grounds -2:8, 15, 3, 18
group -2:10, 4, 12, 17, 12, 2, 6, 16, 15, 23, 16, 6, 14, 14, 9, 5
group -2:2, 3, 20, 21, 18, 23, 23, 13, 1
groups -2:2, 3, 6, 5
guard -2:16, 11, 2
Guardian -2:15, 18, 20, 3, 10, 12, 2, 3, 4
guarding -2:11
guess -2:23, 2, 21, 22, 17, 21, 15, 10, 5, 13, 17, 21, 2, 10, 4, 21
guests -2:3
guide -2:10, 10
guidelines -2:17, 2, 4, 11
guilty -2:15
gun -2:13
guns -2:8, 16, 17
guy -2:14, 21, 22, 2, 13, 5
guys -2:14, 14, 21, 22, 23, 2, 21, 10, 22, 3, 11, 22, 16, 3, 22, 13, 17, 11, 9, 16, 3, 7, 9, 14
gym -2:10

<H>
hair -2:12
hair -2:4
hallway -2:10
halted -2:20, 21, 8, 3, 9
handed -2:7
hand-in -2:20, 8
hand-in-hand -2:14, 4, 19, 17
handle -2:12
hands -2:21, 19, 11, 7
handwriting -2:16
hang -2:11, 4, 10
hanging -2:9, 12, 1, 21, 23

happen -2:6, 9, 18, 14, 9, 16, 12, 14, 9, 22, 7
happened -2:7, 12, 20, 21, 6, 1, 7, 17, 4
happening -2:13, 10, 20
happens -2:8, 9, 14, 2, 10, 15, 20, 7, 2, 1, 3, 11, 22
happy -2:2, 10, 12
harass -2:12
harassed -2:4, 9, 16, 9, 3, 20, 5, 22, 7
harassing -2:21, 18
harassment -2:11, 13, 7
hard -2:22, 16
hardcopies -2:2
hardcore -2:13, 7
hardware -2:9, 10
hardworking -2:2
harm -2:18
harmed -2:22
harmful -2:13
Harris -2:4
Harvey -2:4
hazards -2:15, 22
head -2:9, 22, 4, 23, 6
headed -2:7, 23
headquarter -2:10
health -2:19
hear -2:19, 10, 17, 13, 13, 3, 6, 23, 8, 13, 15, 21, 10, 22, 22, 3, 9, 20, 23, 16, 10, 7, 6
heard -2:14, 10, 14, 18, 5, 13, 13, 13, 15, 17, 19, 17, 9, 18, 19, 18, 7, 3, 18, 7, 13, 11, 14, 17, 13, 15, 12, 20, 9, 15, 17, 20, 3, 10, 9, 14, 17, 9, 12, 9, 14, 20, 11, 21
HEARING 1:6 -2:5, 13, 21, 15, 19, 13, 2, 5, 6, 18, 21, 14
hearsay -2:10, 15, 19, 20

heck -2:14
he'd -2:3
hear -2:12
held -2:20, 20, 4, 18
helicopter -2:22, 1
helicopters -2:3, 5, 10
Hell's -2:1, 12, 20, 3, 19, 1, 11, 12, 12, 5, 2, 8, 1, 15
help -2:4, 11, 17, 4, 8, 3, 21, 15, 19, 23, 18
helped -2:14, 10, 15
helping -2:17, 3
hereto -2:16
hey -2:16, 11, 17, 13, 7
High -2:3, 21, 22, 10, 3
higher -2:14
highest -2:13, 21
highlighted -2:13, 14
hindered -2:14
hire -2:14
hired -2:21
hiring -2:20
historic -2:12
historically -2:12
histories -2:14, 21, 15, 23, 14, 15, 6
History -2:20, 17, 7, 16, 14, 17, 3, 15, 3, 6, 8, 5, 12
hold -2:14, 18
holding -2:1, 17
home -2:23, 8, 16, 10, 17, 6, 2
homeland -2:11
honest -2:17, 22, 19
Honestly -2:2
honor -2:3, 5, 6, 5, 7, 17, 2
hook -2:3
hooks -2:14
Hoover -2:21
horse -2:1
Hospital -2:8, 14
host -2:4
Hotel -2:1
hour -2:14
hours -2:2, 6, 17, 15, 23, 19, 21

CITY OF DOTHAN/GRAY 001061
CONFIDENTIAL

**Keith Gray, In Re: / Personnel  15**

house -2:13, 5, 9, 11, 15
Houston -2:15
HUD -2:16
huge -2:3
Hughes -2:20
hundred -2:6, 14, 16, 17, 12, 10, 11
hunt -2:19, 2, 9, 10, 5, 6, 6
Huntsville -2:7, 21, 16, 18, 18
hypnosis -2:14, 16, 19, 1
hypnotist -2:17, 23
Hypothetical -2:21, 21
<I>
ID -2:9
idea -2:22, 14, 2, 1, 19, 15
identification -2:23, 21, 13, 13, 20, 21, 1, 11, 1, 14, 17, 14, 15, 18, 3, 18, 20, 4, 7, 8, 9, 2, 3
identified -2:14, 20, 11, 7, 3, 6
identifies -2:5, 10, 8
identify -2:6, 17, 23, 1, 6, 7, 9, 19, 22, 22, 5, 6, 11, 9, 1, 13, 11, 7
if's -2:18, 21
ignore -2:20
ignored -2:9
II -2:21, 8, 11
illegal -2:12, 16, 16
illustrious -2:14
immediately -2:16, 5
imply -2:21, 21
important -2:7, 21, 21, 20, 6, 20, 17, 13
impossible -2:19
impressed -2:22, 7, 6
impression -2:13
improper -2:7, 21,

4, 16, 14
impunity -2:1
inappropriate -2:1
inches -2:5
incident -2:23, 10, 17, 6, 21, 12, 8, 9, 17, 20, 8, 13, 15, 23, 15, 6, 18, 23, 17, 11, 3
incidents -2:13
include -2:16, 21, 4, 19, 1, 23, 12, 16, 6, 7, 10, 18, 10, 9
included -2:14
includes -2:22
including -2:5, 23, 6, 21, 16, 10, 8
incomplete -2:23, 10, 13
incorporated -2:16, 1, 19
Incorporation -2:21
incorrect -2:12
independent -2:1
independently -2:4
in-depth -2:6
INDEX 3:1 4:1 -2:1, 1, 2, 1, 2, 1
indicate -2:19, 8
indicated -2:3
indication -2:11
individual -2:12, 12, 20, 8, 18, 1, 13
individuals -2:18, 1, 18, 17, 14, 8, 9, 10, 15, 17, 16
Infiltrating -2:12, 6
influence -2:10, 21, 15
inform -2:13
informal -2:20
informants -2:5
Information -2:5, 19, 11, 16, 20, 4, 22, 23, 3, 1, 22, 23, 6, 20, 19, 6, 21, 21, 6, 11, 20, 1, 13, 6, 13, 17, 3, 23, 22, 16, 17, 11, 4, 2, 11, 5, 23, 11, 13, 1, 3, 3, 1, 7, 23, 9, 13, 17, 17, 18, 19, 12, 20,

21, 5, 11, 18, 15, 16, 22, 17, 12, 21, 23, 10, 23, 7, 14, 11, 14, 21, 7, 16, 15, 17, 20, 3, 4, 22, 7, 10, 22, 7, 11, 12, 1, 6, 3, 19, 22, 10, 13, 14, 17, 6
informed -2:21
initial -2:11, 2
initially -2:8
initiated -2:17
injured -2:18, 15
inkling -2:1
inquire -2:15
inquiry -2:9
inside -2:10, 12, 10, 10
insinuating -2:12
inspect -2:22
instance -2:22
instances -2:22
Institute -2:16
instructed -2:10, 12, 22
instructing -2:16
instruction -2:22, 17, 20
instructions -2:14
instructor -2:13, 19, 7, 20
instructors -2:14
intel -2:16, 12, 5, 12
Intelligence -2:14, 17, 8, 5, 17, 5, 10, 23, 3, 5, 7
intelligence-related -2:6
intend -2:17
intended -2:9, 3, 4, 20
intent -2:3, 10
interaction -2:10, 3
interest -2:8, 4, 11, 21, 11, 3, 7, 21, 5, 8, 21, 17, 18, 16, 14, 7, 8, 8, 7
interested -2:1, 20, 12, 17

internal -2:20, 5, 19, 11, 5, 7, 19, 11, 21, 11, 7, 20, 14, 14, 19, 16, 3, 19, 6, 17, 21, 1, 5, 7, 23, 1, 12, 4, 8, 22, 17, 6, 9, 21, 7
international -2:1, 10, 21, 22, 5
internet -2:4, 18, 4, 10
interrogate -2:20
interrogated -2:6
interrogation -2:20, 7, 15, 15
interrupt -2:8, 8, 8
interfere -2:20, 6, 11, 4, 10, 6, 14
interviewed -2:15, 11, 16, 2, 23
interviews -2:8, 21, 14, 8, 19, 22, 2, 11, 21
intimidation -2:11, 7, 9, 16, 2, 10, 14
intolerable -2:20
introduce -2:4, 20, 18, 14, 14
Introduction 3:3
investigate -2:20, 17, 9
investigated -2:8, 8
investigating -2:20, 12, 8
Investigation -2:7, 18, 6, 21, 22, 9, 18, 7, 11, 6, 11, 16, 20, 2, 10, 23, 2, 1, 4, 7, 22, 11, 8, 17, 22, 5, 9, 2, 5, 17, 1, 11, 7, 1, 8, 18, 4, 5, 18, 13, 15, 3, 16, 6, 8, 12, 15, 16, 17, 20, 1, 4, 7, 9, 12, 14, 5
investigations -2:13, 17, 2, 16, 7, 7, 11, 6, 7, 1, 14, 1, 22, 4
Investigative -2:11, 21, 17, 19, 5
investigator -2:8, 23

**Keith Gray, In Re: / Personnel  16**

investigators -2:8, 20, 20, 8, 1
invitation -2:11
invitations -2:1, 2, 1
invite -2:5
invited -2:22, 18, 19, 17
involve -2:18, 20, 23, 5
involved -2:19, 12, 2, 5, 7, 14, 11, 11, 6, 13, 1, 19, 13, 20, 19, 4, 6, 20, 15, 18, 20, 13, 22, 14, 8
involvement -2:23, 15, 10, 12, 20, 5, 23
involves -2:8
involving -2:15
IP -2:10, 13
Iron -2:15, 15
ironic -2:7
issue -2:19, 9, 20, 9, 5, 6, 4, 3, 13
issued -2:19, 12
issues -2:10, 5, 8, 20, 4, 20, 23, 6, 6, 14, 14, 15
item -2:9
items -2:2, 4
its -2:14, 10, 4
IV -2:11
IVAN 1:7 3:8 4:12 -2:12, 8, 15, 8
<J>
jacket -2:12
Jacksonville -2:20, 2
jail -2:19, 14
James 4:10 -2:3, 6
January -2:15, 3, 5, 4, 22
Jefferson -2:9, 16
job -2:1, 4, 7, 2, 6, 17, 8, 16, 16, 10, 16, 18, 6, 19, 1, 9, 2, 21, 9, 15, 20, 21, 22
jobs -2:19
Joe -2:5

John 3:14 -2:12, 13, 20
Johnny -2:19
join -2:21, 7, 13, 18, 20, 23, 18, 10, 20, 9, 22, 14
joined -2:15, 15
joint -2:7
Joseph 3:11 -2:18, 5
J-o-s-e-p-h -2:3
JR -2:13, 20
judge -2:12, 18, 20, 13, 22, 14, 8
jump -2:8
jumped -2:16, 15, 10
junior -2:5, 7, 9
jurisdiction -2:9, 5, 9, 2, 22, 19
Justice -2:19, 20, 2, 7, 7, 4, 22, 13
justify -2:9
juvenile -2:21
<K>
keep -2:10, 1, 12, 3, 19, 3, 10, 16, 7, 16, 7, 5, 3, 23
keeping -2:1, 16, 16
KEITH 1:7 3:8 4:22 -2:12, 12, 4, 8, 15, 3, 1, 23, 1, 21, 22, 2, 3, 5, 12, 18, 21, 5, 15, 16, 12, 18, 5, 12
kept -2:2, 3
Key 4:8 -2:7, 2, 2, 6, 8, 14, 19, 22
kid -2:4, 4, 5
kidnapped -2:2
kidnapping -2:10, 3
kids -2:18
kill -2:11
killed -2:2
killing -2:13
kin -2:16

kinds -2:5, 7
King -2:17
kiss -2:16, 22
kisses -2:23
kneeling -2:6
knew -2:13, 14, 14, 10, 17, 6, 20, 16, 20, 19, 14, 5, 18, 21, 23, 13, 8, 23
knife -2:16, 19
Knight -2:9
Knights -2:21, 3, 8, 8, 10
knock -2:12
know -2:15, 4, 7, 23, 5, 18, 8, 14, 18, 17, 10, 12, 12, 18, 16, 22, 3, 5, 10, 14, 20, 13, 23, 14, 20, 15, 1, 2, 21, 3, 5, 8, 17, 2, 15, 17, 21, 23, 1, 16, 12, 13, 19, 22, 1, 6, 5, 17, 22, 10, 15, 22, 20, 18, 20, 11, 15, 16, 6, 12, 14, 16, 16, 4, 2, 23, 6, 6, 9, 10, 13, 15, 16, 21, 16, 19, 15, 9, 17, 20, 11, 13, 18, 9, 11, 13, 16, 5, 11, 13, 13, 17, 18, 5, 8, 7, 15, 4, 14, 17, 14, 2, 4, 16, 10, 11, 3, 13, 17, 17, 3, 5, 4, 6, 17, 18, 12, 15, 19, 10, 21, 11, 16, 5, 22, 13, 18, 7, 10, 19, 8, 16, 13, 12, 7, 6, 14, 17, 17, 23, 6, 15, 4, 7, 13, 18, 3, 6, 1, 13, 17, 2, 7, 17, 18, 15, 21, 22, 1, 23, 16, 3, 21, 5, 7, 16, 11, 13,

23, 11, 12, 6, 22, 1, 17, 9, 16, 17, 6, 4, 11, 23, 6, 11, 14, 22, 17, 19, 21, 2, 17, 9, 21, 12, 19, 2, 1, 17, 9, 21, 12, 19, 2, 5, 17, 11, 20, 20, 19, 3, 23, 1, 11, 13, 3, 7, 11, 22
knowing -2:6, 2, 3, 10
knowledge -2:19, 3, 6, 9, 16, 18, 22, 15, 3, 15, 22, 2, 10, 15, 19, 4, 6, 9, 13, 8, 6, 1, 12, 2, 3, 4, 8, 16
knowledgeable -2:4, 5, 13
known -2:13, 1, 12, 23, 12, 13, 12, 5, 20, 6, 6, 10, 2, 18, 9
knows -2:14, 11, 16, 19, 5, 12, 9
knuckles -2:6
knucks -2:4
Kunta -2:8
<L>
LA -2:12
label -2:16, 13, 23
labeled -2:7, 13, 1, 6, 19
lacking -2:18
labels -2:20
lack -2:12, 6
ladies -2:10, 4
laid -2:22
Lance -2:9
lane -2:19
laptop -2:6, 12
Lanney -2:2, 6, 7
large -2:22, 6, 9, 5
largest -2:13
lasted -2:17
late -2:8, 7, 13
latest -2:10
LAW 2:18 -2:12, 22, 6, 7, 1, 2, 3, 7, 1, 14, 13, 7, 10, 9, 23, 1, 18, 21, 21, 9, 20, 10, 22, 22, 1, 21, 16, 5, 2, 10, 3, 8, 9, 4, 14, 18, 21, 8, 1, 11, 13, 1, 7,

**Keith Gray, In Re: / Personnel  17**

5, 12, 8, 9, 10, 6, 9, 15, 22, 13, 18, 1, 5, 4, 18, 8, 3, 7, 9, 20, 20, 5, 11, 17, 20, 19, 19, 6, 7, 10, 13, 20, 1
law-abiding -2:17, 22, 9
laws -2:21, 22, 12
lawsuit -2:17
lawyer -2:7, 16, 14
lay -2:2, 22
laying -2:15, 6
lead -2:15
leadership -2:12, 6
leading -2:2, 12, 17, 16
league -2:12, 4, 4, 14, 19, 18, 23, 19, 19
learn -2:19, 11, 2, 3, 7
learned -2:16, 17, 18, 12, 22, 15, 22, 9, 13, 4, 23
leave -2:9, 14, 20, 20, 12, 10, 15
leaving -2:2
lecture -2:21, 2, 12, 18, 19, 18, 18, 17, 18
lectured -2:14, 16
lectures -2:11
led -2:7, 2, 3
left -2:23, 4, 2, 3, 14, 16, 21
legal -2:14, 23, 4, 20, 3, 6
legally -2:5
Legion -2:1, 4, 20, 7, 13, 19, 16
Legions -2:18, 21, 5, 14, 22
legitimate -2:21, 18, 16
legitimatize -2:3
Len -2:16, 16
LENTON 2:10 -2:2
LETS -2:17, 20, 22
Letter -2:14, 8, 16,

5, 7, 22, 22
letterhead -2:10
letting -2:21, 11
level -2:23, 13, 23, 3, 13, 11, 19
liability -2:16
liaison -2:15, 20, 1, 5
license -2:19, 6, 9
licensed -2:19
lie -2:6
Lieutenant -2:19, 22, 10, 12, 14, 17, 21, 20, 21, 5, 5, 8, 11, 14, 14, 9, 10, 12
Life -2:15
light -2:4
lights -2:17
liked -2:3
limit -2:4
limitations -2:21
limited -2:1, 9, 5
limits -2:5
line -2:15, 2, 10, 17, 23, 2, 9
lines -2:14
lingo -2:5, 7
LinkedIn -2:12
lips -2:17
liquor -2:13
list -2:22, 17, 10
listed -2:18, 12, 5, 19, 12, 8, 14, 19, 22
listen -2:17, 11, 4, 21, 20, 18
listening -2:23, 10
literally -2:23, 21
literature -2:10, 3, 13, 15, 2, 5, 3, 10, 16
little -2:1, 12, 12, 13, 8, 7, 22, 12, 7
live -2:17, 3, 19, 17
lived -2:22
lives -2:19, 10, 22
living -2:3
LLC -2:18
loaded -2:16
local -2:9, 12, 13, 1, 7, 4, 12, 21, 4, 5, 12

locally -2:2
locate -2:12, 15, 12
Lockett -2:9
LOD -2:3
log -2:10, 6
logged -2:12
long -2:7, 20, 8, 10, 14, 7, 11, 17, 23, 3, 1, 18, 16, 17, 2, 8, 13, 4, 8, 6, 18, 13, 19, 12, 23
longer -2:19, 8, 17, 4, 14, 13, 19
look -2:10, 17, 19, 2, 7, 14, 11, 15, 18, 4, 11, 14, 18, 20, 19, 6, 9, 7, 21, 6, 22, 11, 19, 23, 22, 9, 20, 7, 12, 11
looked -2:4
looking -2:6, 14, 20, 18, 9, 11, 23, 16, 19
lookout -2:7
looks -2:2, 2, 5
loop -2:1
Lord -2:17
lose -2:1, 14, 12, 5, 10, 11, 12
lose, -2:15
lost -2:9
lot -2:8, 9, 10, 15, 4, 13, 17, 19, 23, 23, 22, 7, 3, 14, 15, 22, 15, 10, 1, 4, 23, 2, 22, 19, 14, 21, 10, 14, 20, 23, 8, 13, 15, 3, 23, 5, 8, 13, 11
lots -2:16, 18
louder -2:7, 12
love -2:13, 9
loves -2:4
lower -2:15, 23
lowest -2:23
lump -2:19
lunch -2:23, 8, 10, 5
Lwhite@dothan.org 2:15
lying -2:5
<M>
ma'am -2:10, 15, 1, 14, 10, 17, 23, 16, 20,

19, 6, 8, 12, 3, 20, 18, 1, 12, 21, 6, 14, 21, 8, 19, 16, 10, 17, 20, 16, 2, 7, 17, 10, 16, 19, 3, 11
machine -2:8
mad -2:10
Madam -2:19, 20
mafia -2:16
magistrate -2:4, 9, 12, 14
mail -2:1
mainframe -2:9, 13
mainstream -2:4
Major -2:4, 17, 1, 2, 5, 16, 14, 17, 8, 15, 21, 1, 9, 22, 1, 9, 2, 10, 11, 14, 19, 3, 8, 5, 7, 9, 12
majority -2:5, 16, 10
make -2:17
making -2:6, 23, 17, 12, 11, 20
MALE -2:15, 17, 12, 8, 6, 11, 23, 1, 6, 4, 14, 10, 23
man -2:4, 19, 8, 4, 6, 16
management -2:22, 14
mandated -2:23
mandatory -2:9, 13, 15, 17, 18, 22, 17
manner -2:23, 18, 9, 17
manpower -2:6
manufacturer -2:20
marijuana -2:1, 4, 14, 18, 22, 2
Marine -2:20
Mark 2:7 -2:15, 21, 18, 17, 15
marked -2:22, 19, 20, 21, 15, 11, 19, 22, 20, 5, 33, 10, 5, 23, 3, 13, 16, 10, 11, 13, 14, 18, 17, 21, 17, 21, 19, 23, 3, 7, 12, 6, 10, 6, 8

**Keith Gray, In Re: / Personnel  18**

market -2:20, 6, 23
Mary 2:6 -2:14, 20
mascot -2:19, 20
master's -2:5
material -2:15, 18
matter -2:21, 15, 17, 4, 6, 8, 16, 21, 16, 20, 2, 6, 19, 1, 5, 12, 19, 1, 15, 15
matters -2:6
Matthews -2:5
maximum -2:17
Mayor -2:3, 9
MC -2:20, 16, 19, 23, 9, 15, 23, 20, 22, 17, 3, 22, 16, 10, 11, 15, 8, 23, 1, 23, 1, 3, 19, 22, 5, 22, 17, 6, 21, 7, 23, 12, 22, 5, 6, 10, 4, 9
McGill -2:6, 7, 21, 21, 16, 11
McGoey -2:9
McGoey's -2:9
McGuire -2:17, 13, 15, 19, 21, 3, 5, 10, 15, 18, 20, 23, 3, 6, 11, 15, 16, 19, 2, 5, 9, 13, 18, 12, 13, 6, 20, 1, 15, 16
McKAY -2:23, 8, 7, 14, 18, 13
MC's -2:10, 8, 11, 12, 13, 17, 2, 4, 5, 6, 20, 1, 15, 16
mean -2:1, 19, 5, 8, 10, 18, 13, 13, 14, 3, 4, 11, 10, 16, 4, 12, 17, 18, 8, 1, 11, 14, 20, 15, 6, 8, 12, 18, 3, 21, 21, 8, 21, 2, 15, 16, 14, 22, 23, 22, 15, 1, 23, 18
MEMBERSHIP 2:2 -2:2, 21
memo -2:19, 13
Memorial -2:3
memorials -2:2
memory -2:22, 2, 5
mental -2:19, 1
mention -2:13, 5
mentioned -2:14, 14, 12, 7, 6, 2
Meaning -2:11, 1, 12

means -2:20, 6, 23, 13, 13, 19, 13, 22, 4, 8, 20, 10
meant -2:5
Meat -2:14, 14, 16, 8, 7
mechanism -2:21
Media -2:5, 2, 16, 15, 11, 8, 9, 19
medical -2:23, 14
medicine -2:7
meet -2:22
meeting -2:9, 17, 19, 6, 15, 17, 7, 9, 4
meetings -2:20, 16, 17, 19, 10, 11
MEMBER -2:16, 3, 5, 2, 18, 23, 23, 1, 13, 7, 18, 1, 18, 20, 16, 9, 23, 4, 23, 20, 14, 19, 17, 20, 17, 4, 7, 10, 18, 12, 21, 15, 1, 21, 4, 11, 12, 16, 13, 5, 9, 11, 4, 17, 4, 23, 5, 11, 9, 14, 5, 18, 23, 14, 4, 9, 12, 22, 15, 12, 13, 1, 5, 13, 18
members -2:12, 10, 12, 16, 17, 21, 11, 11, 15, 3, 7, 15, 22, 8, 8, 21, 6, 2, 19, 5, 17, 22, 15, 10, 14, 10, 10, 10, 21, 23, 1, 5, 6, 10, 6, 10, 7
memo -2:19, 13
men -2:20, 16, 9
Meridian -2:15
mess -2:15
message -2:8, 17
Messaging -2:5, 11
metal -2:21, 11, 3, 4
metro -2:13
Mexican -2:21
Miami -2:8, 1
mic -2:15
Michael -2:9, 13, 20
micro-manager -2:18, 22
micromanaging -2:22, 7
middle -2:8, 15, 19, 23, 20
Midland -2:15
migrating -2:4
Mike -2:12, 14, 21
military -2:5, 16, 19, 8, 11, 1, 3, 4, 10, 18, 19, 18, 20, 23, 18, 20, 19, 21, 14, 22, 13
mind -2:8, 3, 4, 20, 23, 1, 3, 3, 11, 7, 5, 17, 18, 19, 17, 12, 22, 19, 23, 1, 2, 5, 9, 17, 18, 19, 17, 21, 12, 20, 20, 1, 8, 18, 10, 9, 19, 21, 14, 17, 18, 3, 17, 1, 8, 9, 12
minimized -2:3
minimum -2:10, 10
minute -2:18, 2, 14, 1, 1, 2, 14, 6, 11, 7, 8, 10, 7
minutes -2:20, 16, 9, 23, 6, 21, 16, 20
misconceptions -2:6
mislead -2:2
Missing -2:9
Mississippi -2:14, 8
mistake -2:11
mistaken -2:20
misuse -2:19
mixed -2:2, 3
Mobile -2:3, 8, 11, 10
molehill -2:11
monetary -2:7, 11
money -2:23, 2, 3, 5, 16, 7, 8, 14, 15, 20, 18, 3, 23, 3, 14, 10, 4, 15, 3, 23, 22, 4, 13, 14, 22, 9, 21, 1, 3, 10, 14, 15, 17, 21, 6, 22
monitor -2:19, 14, 11, 7

Montgomery -2:13, 2, 7, 11, 14, 7
month -2:11, 18, 20, 10, 11, 6
months -2:18, 19, 22, 5, 17, 5
morale -2:7, 10
morning -2:2, 11, 9, 21, 18, 10
morphed -2:7
motives -2:19
motivation -2:17, 23, 23
motive -2:9
Motorcycle -2:7, 8, 18, 3, 8, 10, 16, 20, 13, 15, 7, 17, 6, 16, 11, 8, 6, 8, 11, 14, 15, 16, 19, 4, 5, 12, 18, 3, 23, 5, 12, 11, 19, 19, 8, 11, 1, 3, 4, 10, 18, 19, 18, 20, 18, 20, 19, 21, 14, 22, 7, 8, 20, 19, 20, 23, 1, 16, 23, 5, 4, 4, 2, 15, 17, 19, 16, 18, 23, 18, 6, 10, 7

CITY OF DOTHAN/GRAY 001062
CONFIDENTIAL

16, 3, 23, 5, 11, 3, 11, 9, 14, 23, 11, 3, 7, 12, 6, 9, 16, 23, 14, 15, 17, 3, 22, 18, 20, 6, 16, 20, 12, 3, 5, 6, 14, 7, 10, 1, 8, 2, 3, 1, 21, 3, 13, 1, 6, 16, 13, 19, 1, 15, 18, 8, 9, 10, 20, 15, 16, 8, 11, 22, 11, 18, 2, 22, 21, 18, 22, 22, 21, 23, 8, 11, 10, 6, 6, 7, 5, 1, 2, 19
**motorcycles** -2:12, 19, 22, 1, 10, 3, 14, 2, 2, 33
**motorcycling** -2:7, 16
**motorcyclists** -2:15
**motorist** -2:5
**Motorola** -2:20
**mountain** -2:13
**mouth** -2:22, 20, 23, 2, 6, 2, 21, 6, 7, 19
**move** -2:9, 9, 6, 21, 2, 13, 1, 4
**moved** -2:2, 9
**movement** -2:18
**moves** -2:19
**Movie** -2:17
**moving** -2:8
**Mullis** 3:18 -2:4, 1, 11
**multimedia** -2:8
**multiple** -2:12, 11, 12, 22, 8, 13, 19, 18, 10
**murder** -2:14, 17, 5, 6, 9, 12, 8, 10, 10, 14
**murdered** -2:14
**murdering** -2:20
**murders** -2:10, 6
**Myrtle** -2:1

**< N >**
**name** -2:8, 15, 13, 2, 14, 15, 19, 11, 5, 6, 2, 21, 23, 2, 18, 16, 23, 9, 13, 19, 2, 17, 22, 1, 9, 16, 6, 8, 23, 22

**named** -2:5, 8, 20, 4, 20, 3, 2, 16, 23, 4
**names** -2:17, 1, 4, 5, 12, 14, 18, 21, 10, 12, 13, 14, 7, 17, 10
**National** -2:15, 14, 17, 15, 5, 5, 7, 23, 5, 21, 23, 5, 13, 4, 11, 21, 12, 2, 5, 10, 17, 23
**nature** -2:12, 3, 10, 1, 16, 16, 10, 12, 4, 15, 8
**Navy** -2:1
**necessarily** -2:13, 17
**necessary** -2:12, 6, 22, 1
**need** -2:4, 23, 3, 15, 14, 11, 14, 15, 5, 16, 12, 13, 6, 3, 5, 8, 5, 4, 13, 16, 13, 2, 3, 14, 23, 6, 3, 17, 21, 21, 20, 1
**needed** -2:2, 6, 10, 12, 19, 22, 23, 12
**needs** -2:6
**needy** -2:22
**negative** -2:13
**neighborhoods** -2:15
**neighboring** -2:7
**neither** -2:3, 13
**network** -2:13
**never** -2:18, 19, 7, 1, 15, 10, 5, 5, 13, 13, 5, 6, 6, 21, 6, 9, 3, 4, 18, 4, 14, 10, 19, 22, 3, 8, 1, 8
**new** -2:9, 10, 21, 17, 8, 5, 3, 9, 13, 4, 13, 17, 21, 2, 12
**News** -2:10
**newspaper** -2:13
**nexus** -2:10
**night** -2:17, 7, 9, 14, 12, 20, 20, 21, 8, 7, 22, 2, 23, 13, 5, 23, 15, 16, 4, 16, 8
**nights** -2:23, 23

**nine** -2:6, 23, 7
**ninety** -2:6, 20
**Ninety-nine** -2:21, 8
**nodded** -2:22
**non-law** -2:6
**non-one** -2:1
**non-police** -2:21
**non-professional** -2:11
**normal** -2:11
**normal** -2:8, 12
**normally** -2:21, 12
**norms** -2:11, 14, 3
**Northview** -2:9, 3, 22
**note** -2:11, 20, 20
**notice** -2:6, 22, 7, 9, 7, 18
**notification** -2:17, 15, 1
**notifications** -2:15
**notified** -2:13
**NOVEMBER** 1:11 -2:1, 11
**Nuff** -2:5
**NUMBER** -2:3, 4, 4, 17, 3, 13, 4, 5, 9, 5, 7, 16, 2, 14, 15, 17, 12, 1, 6, 21, 14, 17, 2, 3, 14, 22, 23, 22
**numbers** -2:15, 8, 9
**numerous** -2:9, 21, 1, 8, 8

**< O >**
**oath** -2:20, 22
**object** -2:4, 12, 21, 19, 14, 6, 8, 15, 19, 8, 20, 4, 23, 21, 21, 17, 9, 16, 22, 11, 2, 4, 2, 23, 7, 11, 19, 2, 8, 1, 14, 14, 10, 1, 8, 2, 12, 20, 21, 9, 18, 19, 6, 23, 15, 12, 11, 7, 23, 19, 10, 16, 19, 14
**objecting** -2:14, 19, 4, 5, 12, 20

**objection** -2:5, 15, 23, 10, 16, 23, 11, 12, 16, 17, 19, 20, 21, 1, 3, 4, 6, 7, 8, 9, 11, 13, 15, 18, 19, 11, 21, 20, 23, 1, 9, 11, 22, 18, 19, 22, 4, 6, 23, 12, 11, 19, 3, 14, 19, 16, 9, 9, 1, 2, 12, 18, 10, 4, 10, 12, 9, 11, 20, 12, 23, 19, 20, 16, 6, 1, 1, 23, 11, 16, 18, 15, 19, 22
**objections** -2:4, 21
**obscene** -2:14, 18
**observations** -2:1
**observed** -2:22
**obtain** -2:1, 7, 13, 3
**obtained** -2:18, 20, 14
**obtaining** -2:14
**obtains** -2:9
**obviously** -2:18, 22, 19
**occasions** -2:1, 4
**occupants** -2:14
**occur** -2:16
**occurred** -2:17, 11, 17, 18, 21, 17, 4, 18, 21
**occurrence** -2:11, 12
**occurring** -2:12
**o'clock** -2:7, 8, 21
**OCM** -2:21
**odd** -2:2
**off-duty** -2:21
**offend** -2:13
**offense** -2:21, 15, 12
**offenses** -2:18
**offer** -2:22, 15, 23, 21, 1, 18, 21, 13, 18, 7, 13, 20, 5
**offered** -2:6, 14, 15, 21, 8, 10
**offering** -2:18, 11, 13
**offers** -2:17
**Office** 2:12 -2:4, 19, 15, 23, 22, 4, 9, 10

**Officer** -2:23, 23, 16, 4, 8, 16, 14, 17, 4, 1, 5, 14, 16, 23, 3, 6, 10, 1, 16, 21, 9, 20, 4, 2, 5, 8, 14, 16, 14, 2, 6, 18, 11, 22, 13, 18, 11, 13, 8, 1, 13, 17, 19, 4, 14, 3, 6, 14, 1, 16, 20, 14, 21, 13, 20, 12
**Officers** -2:9, 1, 3, 19, 12, 14, 20, 6, 8, 9, 11, 13, 15, 16, 20, 2, 5, 13, 5, 9, 8, 9, 17, 21, 9, 10, 16, 19, 19, 21, 8, 15, 16, 14, 14, 15, 8, 12, 6, 10, 12, 10, 19, 23, 16
**Officer's** -2:6, 17, 20, 1, 5, 11, 12, 19, 6, 21
**official** -2:7, 22, 22, 1, 9, 10, 4
**officially-recognized** -2:14
**oftentimes** -2:2
**Oh** -2:17, 3, 14, 4, 2
**Okay** -2:14, 20, 17, 22, 8, 11, 14, 11, 22, 18, 13, 16, 18, 23, 14, 4, 7, 23, 6, 10, 11, 4
**old** -2:9, 11, 4, 8
**older** -2:4
**ole** -2:3, 8

**OMC** -2:2, 3, 4, 15, 5, 22, 16, 11, 20, 8, 13, 23, 8, 13, 20, 2, 8, 15, 17, 22, 2, 17, 21, 2, 16, 17, 17, 18, 5, 23
**OMC's** -2:2, 7, 17, 8, 9, 15, 13, 18, 2, 21, 23
**OMG** -2:15, 22, 17
**OMG's** -2:3, 21, 6
**once** -2:3, 8, 16, 2, 7, 9, 8, 14
**one-percent** -2:18
**ones** -2:2, 4, 12, 5, 8, 15, 18, 12, 13, 7, 23, 21
**ongoing** -2:1
**online** -2:16, 23, 3, 5, 23, 12, 6
**open** -2:6, 21, 13
**opened** -2:13, 9
**operandi** -2:9
**operate** -2:7, 7, 21, 2, 23
**operates** -2:1
**operation** -2:21
**operations** -2:3, 17, 2
**opinion** -2:6, 4, 22
**opinions** -2:7
**opportunity** -2:15, 3, 11, 11
**orange** -2:20, 22
**Order** 3:3 -2:17, 10, 8, 20, 3, 6, 9, 12, 21, 18, 16, 16, 3, 22, 3, 4, 2, 15, 6, 9, 1
**orderly** -2:20
**orders** -2:19, 5, 6, 9, 21, 11
**ordinary** -2:10
**organization** -2:22, 2, 8, 16, 15, 10, 23, 8, 14, 14, 9, 2, 3, 17, 18, 21
**Organizations** -2:2, 18, 22, 9, 2, 2, 4, 9, 15, 4, 15, 10, 2

**organization's** -2:1
**organize** -2:19
**organized** -2:4
**original** -2:18, 11
**originally** -2:18, 8
**Orlando** -2:6
**Otis** -2:2
**ought** -2:2
**Outcast** -2:7, 17, 3, 8, 12, 3, 9, 11, 12, 19, 11, 15, 19, 21, 1, 2, 3, 17, 20, 21, 1, 13, 17, 13, 7, 12, 13, 15, 16, 11, 21, 20, 8, 10, 10, 18, 22, 18, 10, 10, 13, 20, 23, 2, 19, 13, 1, 18, 1, 4, 4, 6, 13, 15, 4, 16, 16, 5, 9, 10, 11
**outbid** -2:18
**outburst** -2:9
**Outcast's** -2:10, 4
**outlaw** -2:19, 11, 5, 8, 11, 14, 21, 11, 22, 5, 19, 19, 23, 10, 17, 18, 21, 5, 18, 22, 3, 17, 8, 2, 5, 8, 17, 16, 21, 16, 3, 3, 4, 16, 18, 14, 16, 7, 13, 15, 16, 12, 8, 16, 6, 15, 19, 15, 14, 18, 3, 13, 23, 12, 8, 16, 6, 15, 19, 21, 16, 23, 13, 14, 1, 16, 23, 13, 16, 14, 16, 6, 16, 19, 12, 23, 4, 5, 7, 10, 8, 2, 18, 21, 5, 2, 18
**outlaws** -2:13, 7, 10, 11, 2, 13

**outside** -2:9, 15, 19, 19, 11, 8, 7, 11, 21, 8, 21
**outstanding** -2:18
**overall** -2:21
**overrated** -2:21
**overruled** -2:2, 1, 10, 20, 5, 7, 2, 20, 12, 12, 12, 5, 21, 17, 1, 12, 5, 17, 19, 23, 22
**Overton** -2:21, 13
**owned** -2:1

**< P >**
**p.m** -2:5, 6, 12, 14, 8, 10, 9, 15, 23, 18, 20, 2, 4, 12, 14, 23, 2, 18
**package** -2:22
**packet** -2:16
**PAGE** 3:2 -2:3, 9, 10, 11, 12, 13, 14, 4, 4, 17, 3, 15, 19, 23, 13, 18, 19, 20, 21, 22, 1, 6, 7, 8, 9, 9, 11, 20, 15, 15, 12, 3, 10, 11
**pages** -2:4, 6, 16, 21, 9, 16, 21, 7, 12, 19, 21, 23, 4, 6, 5, 21, 5
**paid** -2:3
**paint** -2:18
**painted** -2:6
**PAL** -2:18, 2
**Pam** -2:18
**Panama** -2:23
**paper** -2:18
**papers** -2:2
**paperwork** -2:10
**Paragraph** -2:22, 1, 5, 8, 11, 14, 10, 12, 11
**Pardue** -2:12, 2, 9, 13, 22, 17
**Park** -2:22, 4
**parking** -2:22, 23
**Parrish** -2:19, 18, 1, 2, 6, 16, 3, 15, 8, 23, 2, 5, 6, 9, 4, 2, 12, 2, 4, 10, 10, 19, 16, 8, 3, 8, 5, 7, 9

**part** -2:20, 12, 3, 1, 4, 5, 17, 5, 16, 17, 10, 21, 8, 9, 12, 14, 1, 4, 1, 7, 9, 12, 4, 17, 19, 17, 4, 17, 20
**participants** -2:5, 4, 12
**participate** -2:20, 9, 23, 18
**participation** -2:18
**particular** -2:12, 21, 4, 13, 20, 23, 8, 18, 5, 6, 23
**particularly** -2:16, 18, 3, 4, 2
**parties** -2:11, 2, 10, 10, 12, 13, 14, 18, 3, 19, 22, 11, 13, 19, 16
**partnership** -2:13
**partnertracker** -2:6
**partnertracker.com** -2:13
**parts** -2:1
**party** -2:4, 3, 18, 19, 20, 22, 16, 20, 6, 2, 3, 17, 1
**pass** -2:4, 14, 6, 10, 11
**passenger** -2:20, 8
**password** -2:14
**passwords** -2:22, 15, 17
**pat** -2:20
**patch** -2:22, 21, 23, 17, 11, 17, 19, 1, 7, 10, 17, 14, 21, 4, 8, 11, 12, 3, 11, 13, 4, 4, 7, 10, 12, 13, 17, 11, 18, 19, 20, 4, 6, 23, 1, 2, 12, 13, 7, 4
**patches** -2:22, 7, 16, 18, 2, 14, 20, 12
**patience** -2:9
**PATRICIA** 1:22 -0:2
**patriot** -2:6, 11, 2
**patriotic** -2:5
**Patrol** -2:3, 13, 1, 20, 12

**pattern** -2:6
**pay** -2:6
**PC** -2:6
**PD** -2:23, 8
**pdf** -2:4, 18
**pending** -2:12
**people** -2:13, 14, 16, 23, 2, 8, 11, 11, 10, 21, 23, 3, 5, 8, 16, 23, 8, 23, 17, 17, 21, 13, 22, 1, 8, 11, 14, 20, 3, 14, 20, 7, 10, 20, 4, 23, 7, 19, 6, 21, 1, 3, 6, 10, 17, 18, 5, 10, 23, 7, 9, 12, 19, 6, 2, 12, 3, 13, 16, 14
**percent** -2:16, 17, 1, 11, 14, 18, 19, 17, 4, 17, 23, 17, 11, 21, 23, 5, 7, 1, 14, 7, 13, 23, 17, 18, 19, 5, 7, 8, 10, 23, 18, 11, 21, 2, 19, 19, 20, 3, 20, 21, 16, 21, 5, 23, 10, 10, 22, 6, 3, 4, 8, 11, 22, 13
**percentage** -2:16, 13
**percenter** -2:17, 19, 17, 8, 19, 20, 22, 18, 8, 7, 13, 17, 11, 21, 23, 21, 21, 16, 22, 13, 8, 6, 17, 22, 1, 18, 6, 21, 6, 10, 23, 8, 11, 20, 3, 4, 4, 7, 17, 11, 18, 19, 4, 8, 7, 18, 10, 20, 3, 4, 8, 4, 8, 7, 20, 13, 9, 2, 2, 12, 2, 13, 18, 8
**percenters** -2:21, 8, 10, 17, 23, 13, 2, 9
**perfectly** -2:1, 10, 3, 2
**performed** -2:5
**performing** -2:17
**period** -2:22, 7
**perjure** -2:22, 5, 2, 9, 13, 16, 18, 13, 21, 19, 11, 14
**perjury** -2:9

**permission** -2:16, 12, 1, 14, 17, 22, 23, 2, 15, 16, 6, 9, 1, 3
**person** -2:21, 7, 11, 2, 14, 23, 5, 23, 1, 4, 1, 17, 21, 19, 20, 19, 7, 11, 14, 14, 6, 11, 9
**persona** -2:16
**Personal** -2:13, 19, 22, 10, 16, 23, 2, 14, 15, 17, 19, 2, 4, 3, 11
**personally** -2:7, 22, 12
**PERSONNEL** 1:2 2:2 -2:9, 15, 17, 19, 12, 1, 20, 13, 3, 6, 9, 8, 15, 6, 11, 16, 21, 8, 10, 15, 1, 17, 23
**persons** -2:3, 9
**pertain** -2:16
**pertains** -2:19, 3
**PGO's** -2:12
**philosophy** -2:9
**phone** -2:3, 9, 8, 1, 7, 13, 14, 11, 15, 9, 6, 9, 11, 18, 5, 19, 9, 15, 11, 14, 21, 23, 5, 11, 13, 16, 18, 19, 23, 5, 20, 5, 8, 11, 18, 22, 4, 6, 10, 17, 18, 5, 10, 14, 21, 22, 4, 8, 3, 18, 21, 3, 16, 23, 1, 3, 22, 3, 8, 13, 6, 14, 23, 23, 6, 7, 9, 16, 12, 17, 22, 6, 8
**phones** -2:20, 3, 3, 14, 12, 14
**phonetic** -2:13, 18
**Photograph** -2:11, 12, 13, 8
**phrase** -2:4
**physical** -2:1, 10, 13
**physically** -2:1
**pick** -2:6
**picked** -2:20, 16, 7, 14
**picnic** -2:10, 10
**picture** -2:2, 15, 2, 9, 13, 16, 18, 13, 21, 19, 11, 14

**pictures** -2:16, 5, 18, 2, 22
**piece** -2:9, 13, 10
**pieces** -2:23, 19
**pigs** -2:15
**pilot** -2:2
**pilot's** -2:6, 8
**pin** -2:9, 13
**pinpoint** -2:19
**pistol** -2:20, 21, 8, 1
**pizzas** -2:5
**place** -2:10, 1, 9, 22, 12, 3, 13, 16, 14
**placed** -2:12, 15, 20, 10
**places** -2:7, 8
**plain** -2:3
**plan** -2:3
**planned** -2:20
**planner** -2:23
**plastic** -2:20, 21, 22, 7
**play** -2:17, 10, 16, 21, 15, 19, 6, 23, 7, 14, 1, 19, 18, 2, 12, 21, 2, 10, 4, 10, 4, 16
**played** -2:7, 20
**playing** -2:6, 8, 10, 14, 22, 19, 13, 1
**plea** -2:22, 17
**please** -2:7, 10, 13, 21, 9, 14, 20, 2, 12, 1, 7, 12, 6, 15, 23, 13, 1, 2, 10, 11, 12, 12, 14, 2, 12, 13, 22, 5, 20, 22, 4, 10, 20, 6, 2, 1, 21, 2, 1, 19, 22, 10, 23, 12, 14, 19, 5, 11, 8, 6, 13, 13, 19
**pledge** -2:7
**plugged** -2:22
**plus** -2:16
**point** -2:21, 22, 2, 12, 21, 11, 12, 11, 17, 6, 9, 1, 4, 19
**pointed** -2:19
**Points** -2:4
**poker** -2:9

**Police** -2:5, 10, 23, 5, 20, 4, 20, 20, 19, 21, 20, 17, 4, 18, 8, 19, 20, 1, 2, 5, 4, 8, 11, 4, 9, 21, 16, 5, 14, 19, 7, 10, 4, 12, 23, 1, 2, 3, 20, 1, 11, 13, 15, 16, 20, 2, 3, 13, 17, 15, 8, 11, 22, 7, 7, 18, 23, 2, 6, 18, 23, 5, 14, 15, 4, 19, 23, 5, 11, 3, 15, 19, 3, 13
**police-community** -2:2
**police-issued** -2:3
**policies** -2:8, 11
**policy** -2:10, 23, 5, 12, 3, 3
**poll** -2:10
**polygraph** -2:20, 22, 20, 17
**polygraphs** -2:2, 3
**poor** -2:21, 2
**population** -2:21
**pornographic** -2:4, 18, 15, 21, 23, 3, 4, 14
**pornography** -2:1
**position** -2:3, 6, 17, 18, 21, 11, 19, 12, 3, 7, 6, 15
**positions** -2:21
**positive** -2:23, 12
**positively** -2:3
**possession** -2:9
**possibility** -2:21, 16, 19, 21
**possible** -2:5, 6, 11, 3, 5, 11, 17, 4, 7, 12, 19, 5, 7
**possibly** -2:9

**Post** 2:12
**posted** -2:8
**potential** -2:9, 15, 3, 14, 18, 22, 11, 13, 15, 16, 17, 3, 11, 3, 13, 5
**potentials** -2:17
**Powell** -2:12
**power** -2:23, 8
**practical** -2:10
**preach** -2:17
**preacher** -2:17
**predicate** -2:2
**predominant** -2:7
**prefer** -2:1
**premarked** -2:6
**prepare** -2:14, 2
**preparing** -2:10, 1, 2, 3
**Present** -2:3, 4, 5, 6, 7 -2:12, 3, 9, 21, 2, 16, 3, 3, 5, 22, 4, 2
**presented** -2:13, 23, 11, 11, 3, 15, 20, 1
**presentation** -2:11
**presents** -2:17
**preserve** -2:16, 16, 15, 2, 3
**President** -2:3, 15, 17, 20, 2, 13, 23, 1, 13, 15, 18, 16, 17, 20, 20, 8, 18, 19, 7, 8, 13, 9, 11, 8, 10, 13, 18
**presidents** -2:22, 2, 3, 4
**press** -2:18
**pressured** -2:5
**pretty** -2:4, 15, 16, 12, 19, 16
**prevent** -2:7
**previous** -2:16
**previously** -2:9, 19, 14, 5, 9, 7, 9, 2
**Prichard** -2:5
**Primarily** -2:3
**Primary** -2:17, 16
**prints** -2:15, 17
**prior** -2:23, 19, 18, 22, 4, 21, 17, 21, 18
**prison** -2:12, 13

8
**Private** -2:14, 5, 4
**privy** -2:9
**probably** -2:19, 18, 2, 6, 12, 1, 14
**probe** -2:3
**probies** -2:6, 21, 7, 4, 6, 4
**problem** -2:23, 13, 17, 8, 19, 10, 15, 3, 14, 1, 23, 8, 17, 17
**problems** -2:9, 9, 16, 20, 7, 11, 3, 1, 18
**procedural** -2:19, 5, 17
**Procedures** -2:12
**proceed** -2:18, 16, 3, 2, 5, 20, 11, 9, 20, 21, 16, 21, 1, 17, 5, 13, 21, 22, 23
**proceeding** -2:13, 14, 23, 5, 16, 13
**proceedings** -2:6, 8, 11, 14, 7, 13
**process** -2:19, 10, 18
**produced** -2:18, 22, 3, 23, 3
**Professional** -2:23, 23, 10, 6
**professionals** -2:11, 4
**profile** -2:10
**program** -2:21, 7, 13, 19, 21, 16, 23, 3
**programs** -2:18, 8
**prohibit** -2:22
**prohibits** -2:21, 5
**Project** -2:11, 17
**prominent** -2:17
**promote** -2:19, 12
**promoted** -2:13, 7, 8
**pronounced** -2:15
**proof** -2:21
**proper** -2:5
**Property** -2:10, 11, 12, 13, 22, 14, 17, 16, 1, 17, 22, 6, 14, 22,

18, 4, 6
**proposition** -2:11
**prosecute** -2:2, 4, 9
**prosecuting** -2:17
**prosecutor** -2:9
**prospects** -2:21, 22, 22, 23, 9, 21, 22
**protect** -2:1
**protected** -2:17
**protection** -2:1, 9, 13, 18, 9
**protocol** -2:10, 22, 22, 18, 20, 21, 23, 2, 6, 7, 8, 9, 1, 4, 15, 17, 18, 21, 14, 19, 17, 21, 22, 5, 6, 8, 8
**prove** -2:19
**proved** -2:5, 7
**provide** -2:2, 4, 11, 6, 18, 18, 18
**provided** -2:9, 17, 21, 10, 8
**provider** -2:7
**public** -2:2, 6, 9, 13
**publication** -2:21
**publicity** -2:8
**publish** -2:2, 2
**published** -2:6
**pulled** -2:19, 19, 14, 15, 22, 4
**pulling** -2:17, 16, 5
**purchased** -2:1
**purported** -2:1
**purports** -2:23
**purpose** -2:9, 8, 7, 10, 12, 9, 3, 14, 2, 20, 13, 12, 3, 6, 1, 5, 11, 2, 13
**pursuant** -2:20
**pursue** -2:3
**purview** -2:6
**push** -2:23
**pushed** -2:15, 5, 8, 14, 3, 15, 22, 6, 11, 20, 21, 1, 3, 16, 13, 5, 13, 12, 13, 5, 7, 6, 1, 17, 17, 18, 21, 22, 6, 1, 17, 22, 6, 14, 22,

CITY OF DOTHAN/GRAY 001063
CONFIDENTIAL

Keith Gray, In Re: / Personnel                                                 23

17, 7, 16, 18, 18, 1,
10, 13, 22, 3, 18, 12
puts  -2:5, 13
putting  -2:19, 13,
19, 21, 6, 1, 2

<Q>
question  -2:4, 20,
23, 16, 12, 20, 11, 3,
20, 12, 6, 9, 17, 20,
22, 4, 13, 2, 4, 7, 21,
13, 15, 14, 20, 1, 20,
20, 9, 23, 12, 13, 12,
17, 3, 9, 22, 2, 8, 5, 5,
7, 19, 5, 21, 10, 13, 2,
10, 19, 15, 16, 17, 22,
3, 5, 12, 7, 21, 22, 16,
9, 22, 8, 13, 21, 23, 3,
23, 3, 20, 8, 9, 3, 16,
12, 20, 13, 21, 21, 19,
10, 23, 5, 10, 17, 1,
22, 3, 16, 23, 14
questioned  -2:8, 2,
3, 14, 14, 17, 3, 19
questioning  -2:2,
15, 9, 13, 19, 23, 10,
20
questions  -2:23, 21,
8, 2, 15, 13, 8, 13, 7,
13, 5, 8, 13, 8, 23, 4,
9, 7, 16, 3, 20, 23, 19,
16, 17, 19, 4, 15, 1, 9,
14, 18, 6, 16, 9
quick  -2:7, 1
quiet  -2:5, 17
quite  -2:10, 23, 2
quorum  -2:17
quote  -2:18, 10, 23,
14, 12

<R>
race  -2:19
races  -2:15
racial  -2:21
racially  -2:20
radar  -2:4
raided  -2:15
raise  -2:21, 22, 10, 5
raised  -2:18

raiser  -2:20
raising  -2:23
ran  -2:14, 23, 15, 8,
4, 14, 21, 3, 6
rank  -2:7, 4
ranks  -2:4
rape  -2:9
rare  -2:10
rat  -2:18
ratted  -2:11, 10, 22
RC  -2:8, 8, 9, 12,
14, 20, 1, 18
RC's  -2:8, 21
reach  -2:1
reached  -2:9, 6, 2
read  -2:14, 13, 19,
1, 2, 9, 15, 4, 4, 17,
18, 19, 15, 20, 21, 8,
14, 20, 20, 11, 2, 11,
20, 3, 18, 23, 21, 5, 2,
9, 12, 18, 5, 6, 13, 10,
18, 7, 12, 4, 12
Reading  3:4  4:10
-2:16, 10, 4, 3, 6, 11,
12, 13, 14, 17, 4, 20
ready  -2:21, 13, 13,
20, 5, 18
real  -2:15, 9, 15, 3,
3, 5, 10, 4
realize  -2:10, 11, 1,
13
really  -2:9, 20, 12,
20, 16, 12, 9, 9, 5, 9,
20, 4, 8, 12, 5, 14, 19
re-ask  -2:15, 6
reason  -2:1, 6, 2, 21,
21, 23, 1, 17, 3, 4, 3,
5, 4, 10, 10, 1, 9, 15, 6
reasons  -2:1, 6, 14,
19, 20, 9, 1, 16, 17, 9,
17
rebuttal  -2:23, 5,
21, 23, 8, 9, 10, 17
recall  -2:20, 23, 2, 6,
7, 10, 11, 2
receipt  -2:4
receive  -2:12, 1, 22,
7
received  -2:13, 9, 6,
22, 2, 17, 15, 11, 15,

15, 4, 18, 14, 5, 1, 11,
18, 4, 19, 7
receiving  -2:7, 23, 2,
16, 21, 7, 6
re-certified  -2:8, 9,
9, 3
recess  -2:8, 12, 13,
9, 3
recognition  -2:17
recognize  -2:7, 13, 6
recognized  -2:5
recognizes  -2:2
recommend  -2:3
recommended  -2:22
reconvene  -2:9, 7
record  -2:20, 5, 11,
10, 17, 11, 23, 22, 15,
22, 2, 2, 1, 11, 19, 4,
17, 7, 9, 3, 23, 1, 3,
22, 22, 18, 18, 19, 1,
5, 22, 17, 3, 12, 9, 5,
18, 3, 4, 7, 17, 22
recorded  -2:22, 15,
2
Recording  -2:18,
10, 3, 18, 15, 3, 19
records  -2:11, 12,
15, 23, 23, 17, 22, 3,
6, 16, 6, 17, 23
recruit  -2:8, 22, 1
recruited  -2:4, 12
recruiting  -2:9
recruitment  -2:3
Redding  -2:15
redirect  -2:13
Redstone  -2:13
refer  -2:14, 3, 10, 11
reference  -2:10
referenced  -2:1
references  -2:21
referencing  -2:23
referred  -2:8, 3
referring  -2:20, 23,
1, 2, 7, 18, 15, 9
refers  -2:6
reflect  -2:2, 4
refrain  -2:21, 8, 12,
19
refuse  -2:19
regard  -2:9, 1

regarding  -2:21, 6,
10, 13, 1, 20, 11, 18,
3, 13, 19, 12, 19, 23
regardless  -2:9
regards  -2:8, 14
region  -2:17, 17
regional  -2:3, 8
regionally  -2:9
registered  -2:12
regularly  -2:22
regulate  -2:3
Regulations  -2:19,
7, 16
reinstate  -2:14
relate  -2:22, 23, 21,
1
related  -2:22, 14,
20, 15, 1, 11, 13, 10
relates  -2:23, 13, 10,
20, 16, 11, 16, 9, 18,
21, 16
relating  -2:17, 2
relations  -2:6, 9, 7
relationship  -2:13,
15, 16, 17, 18, 23, 2,
3, 8, 22, 22, 3, 3, 13,
2, 4, 17, 20, 5, 10, 13
relationships  -2:11
relative  -2:3
relaxation  -2:11
relaxing  -2:16
relayed  -2:19
Release  -2:10, 16
released  -2:18, 2
relevance  -2:9, 17
relevant  -2:20
relief  -2:2
remain  -2:4
remainder  -2:20
remaining  -2:17
remember  -2:22,
11, 10, 10, 7, 4, 21, 2,
18, 16, 17
remind  -2:3, 12
reminded  -2:21
reminding  -2:13
remove  -2:13, 14,
19
removed  -2:6, 11,

Keith Gray, In Re: / Personnel                                                 24

12, 23, 5, 15
render  -2:7
rendered  -2:3
rep  -2:16
repeat  -2:12, 10, 18
repeated  -2:4
repeatedly  -2:5
Rephrase  -2:11, 15,
14
rephrased  -2:6
Report  -2:21, 6, 15,
19, 7, 4, 20, 14, 16,
23, 1, 7, 8, 10, 12, 1,
15, 9, 3, 12, 10, 11,
12, 19, 14, 16, 13, 16,
21, 4, 2, 13, 5, 10, 1
REPORTED  1:22
-2:10, 11, 22, 15, 8,
22
Reporter  4:23
-2:4
reporter's  -2:4
reporting  -2:6, 7,
12, 1, 9, 21, 20
reports  -2:23, 2, 8,
1, 8, 19, 11, 19, 2
represent  -2:11, 12
representation
-2:21
representative  -2:4,
3
represents  -2:12
reputation  -2:2, 7,
16, 20
request  -2:14, 19, 8,
2
requested  -2:4
requests  -2:12
require  -2:2, 1
required  -2:10, 12
research  -2:4, 4, 2,
3, 10, 14, 7
researched  -2:5
respect  -2:4, 4, 11,
11, 11, 7, 6, 17, 14,
16, 21, 23, 4, 22, 10,
1, 3, 12, 13, 4, 18, 2
respectful  -2:17

respects  -2:10
responded  -2:6, 18, 3
responded  -2:4, 22,
9
response  -2:22, 14,
2, 17, 19, 5, 20, 17,
20, 2, 20, 8, 18, 13,
21, 2
responsibility  -2:16,
3
responsible  -2:19
responsibly  -2:5
Rest  4:18, 19
-2:17, 21, 7
restore  -2:16
restricted  -2:16
restroom  -2:7
restrooms  -2:14
result  -2:20, 14, 4,
23, 14, 18
resulted  -2:1, 20,
20, 1
resulting  -2:15
results  -2:11, 19
resume  -2:21
retaliation  -2:12
retire  -2:9, 7, 8
retire,  -2:20
retired  -2:4
revealed  -2:19
review  -2:2, 3, 6
revolver  -2:2
RICO  -2:12
ride  -2:9, 11, 9, 20,
4, 6, 13, 23, 1, 1, 18,
9, 10, 23, 4, 5, 7, 7,
22, 5, 6, 12, 14, 14,
21, 22, 22, 23, 5, 18,
23, 2, 18, 5, 7
rider  -2:15, 23
Riders  -2:16, 20, 12,
17, 10
rides  -2:2, 17, 15,
13, 14, 23, 9, 19
riding  -2:14, 5, 14,
5, 15, 9, 11, 15, 19,
22, 17, 1, 7, 8, 21, 5
right  -2:5, 21, 19,
21, 2, 6, 7, 18, 2, 23,
3, 4, 1, 11, 8, 23, 21,
4, 17, 8, 21, 1, 5, 23,
4, 15, 4, 3, 11, 18, 21,

3, 16, 21, 11, 8, 8, 2,
22, 11, 11, 2, 7, 20,
17, 20, 12, 4, 19, 21,
2, 20, 4, 10, 11, 23,
19, 6, 7, 17, 5, 9, 13,
22, 23, 16, 2, 21, 21,
22, 15, 5, 16, 22, 13,
6, 19, 16, 7, 10, 14, 2,
3
rights  -2:13, 6, 17
ring  -2:22, 23
RIP  -2:18
risk  -2:23, 6, 8
rival  -2:4
road  -2:13, 11, 12, 8
rob  -2:9
Robert  -2:15
Robinson  -2:19, 23
rode  -2:2, 9, 12, 12
role  -2:15, 6
roll  -2:17
ROOM  1:12  -2:13,
15, 21
rooms  -2:14
root  -2:2
Rory  -2:9
rough  -2:3, 4, 4, 8
round  -2:9
routine  -2:21
Rule  -2:13, 12
ruled  -2:3
Rules  -2:19, 1, 15,
21, 10, 5, 23, 19, 20,
22, 6, 20
ruling  -2:7, 3
run  -2:21, 19, 7, 7,
10, 10, 4, 7, 10, 13,
12, 14, 18, 14
run-in  -2:16, 17
running  -2:22, 19,
23
runs  -2:20

<S>
safe  -2:12, 16, 9, 19,
3, 15, 4, 12, 7, 2, 19,
21, 3, 8
safeguard  -2:16
safest  -2:11

safety  -2:2, 15, 22
22, 11, 11, 2, 7, 20,
17, 20, 12, 4, 19, 21,
Sake  -2:14, 16
Sam  -2:15
sander  -2:2
save  -2:5
saved  -2:16, 11
saving  -2:3, 17
saw  -2:23, 11, 23,
18, 16, 11, 10, 14, 9
saying  -2:15, 10, 23,
11, 20, 23, 22, 3, 2, 7,
19, 11, 10, 22, 14, 3,
5, 3, 22, 11, 19, 8, 6,
11, 7, 19, 6, 16, 5, 9,
6, 11, 18, 8, 11, 19,
22, 9
says  -2:14, 23, 7, 19,
1, 6, 10, 7, 7, 5, 18, 7,
23, 14, 6, 12
scene  -2:12, 13, 19,
22, 13
scholarship  -2:21
school  -2:10, 11, 4,
19, 22, 22, 14, 13, 1,
3, 3, 9
school-related  -2:4
schools  -2:7, 11
science  -2:20
scope  -2:19, 7, 12
screen  -2:4, 14, 4
se  -2:18
seal  -2:16
search  -2:16, 17, 22,
18, 21, 10
searches  -2:17
seated  -2:4, 5
SECOND  1:12
-2:19, 12, 16, 14, 9,
12, 20, 1, 2, 11, 13,
22, 4, 10, 13, 18, 20,
1, 19
seconds  -2:20
secretary  -2:12, 20,
11
Section  -2:21, 1, 5,
7, 10, 14, 20, 22
sections  -2:14
secure  -2:19, 20

Keith Gray, In Re: / Personnel                                                 25

security  -2:14, 4, 21,
22, 12, 6
See  -2:15, 19, 1, 19,
22, 6, 19, 1, 1, 5, 7, 2,
11, 8, 8, 15, 15, 22, 6,
8, 13, 11, 18, 23, 22,
10, 18, 18, 16, 20, 2,
22, 23, 2, 5, 4, 19, 18,
23, 2, 13, 13
seeing  -2:8, 14, 20
seek  -2:16, 19, 12,
22, 22
seeking  -2:15
seen  -2:18, 2, 7, 1,
15, 14, 15, 22, 23, 1,
6, 15, 23, 2, 8, 18, 4,
10, 21, 22, 22, 20, 12,
7, 18, 3, 5
sees  -2:7
selected  -2:2
self-identify  -2:13
self-sustaining  -2:22
sell  -2:7, 7, 11
send  -2:13, 1
senior  -2:20
sense  -2:7, 6
sent  -2:14, 19, 11, 6,
20
sentence  -2:13
separate  -2:16, 5, 6,
20
September  -2:5, 9,
9, 9, 12, 13, 11, 4, 6
sequestered  -2:9, 9
Sergeant  -2:7, 9, 20,
7, 20, 21, 23, 11, 6, 7,
21, 21, 22, 17, 11, 11
series  -2:20
serious  -2:5, 6, 10,
19
seriously  -2:22
service  -2:13, 17, 1,
8, 23, 3, 3, 3, 12, 13,
18
Services  -2:2, 1, 21,
16, 21, 19
session  -2:11, 11, 20
set  -2:1, 15, 12, 5,
21, 18, 5, 16, 2

setting  -2:6, 9, 11
set-up  -2:19
seven  -2:17, 17, 22,
12
seventeen  -2:13
sew  -2:3, 14
sewed  -2:6, 8, 10
sexual  -2:18
sexually  -2:10
shake  -2:4
shaking  -2:18
shape  -2:3
share  -2:16
shared  -2:4, 6
sharing  -2:20, 23,
18
shaved  -2:6
sheet  -2:17
Sheriff's  -2:9
Shirley  2:5  -2:14,
16, 16, 2, 4
shirt  -2:1
shirts  -2:18
Sho  -2:5
shock  -2:21
shooting  -2:4, 1
short  -2:2
shorthand  -2:8
shortly  -2:4, 7, 15, 2
shot  -2:16, 18, 15
show  -2:11, 18, 15,
22, 11, 23, 4, 4, 3, 17,
4, 14, 16, 20, 10, 11,
17, 9, 20, 20, 22, 11,
6, 2, 5, 12, 9
showed  -2:20, 12, 3,
16
shower  -2:14
showing  -2:9, 14, 5
shown  -2:12, 9, 4
shows  -2:19
side  -2:8
sign  -2:23, 10, 13, 7,
18, 16
signature  -2:23, 3
signed  -2:3
significance  -2:23
similar  -2:21, 4
simple  -2:11, 14, 8,

11
simply  -2:10
Sin  -2:16, 14, 9, 15,
21, 23, 1, 4, 12, 14,
16, 23, 12, 8, 10, 16,
19, 22, 4, 1, 9, 14, 21,
21, 23
single  -2:14, 19, 10
sir  -2:11, 19, 4, 16,
14, 23, 7, 16, 19, 2,
22, 13, 22, 12, 17, 18,
18, 7, 22, 5, 14, 3, 16,
14, 21, 7, 16, 9, 11,
21, 23, 20, 6, 20, 17,
10, 15, 22, 9, 9, 21, 6,
18, 23, 5, 14, 10, 18,
17, 2, 8, 20
six  -2:22, 17, 10, 17
sixteen  -2:21
size  -2:11, 20
skills  -2:19
skinned  -2:4
skip  -2:9
slapped  -2:16, 10,
15, 10
slingshot  -2:6, 3
Slow  -2:17, 17
small  -2:10, 13, 13
smell  -2:4, 16, 6
Smith  2:7  -2:15,
21, 21, 3, 22, 17, 18
smoke  -2:15, 18, 22,
2
smoked  -2:15, 2
smoking  -2:4, 2, 1, 2
smorgasbord  -2:10,
22
SMS  -2:7

snitch  -2:12
sobriety  -2:13, 19
society  -2:12
society  -2:5, 20
society's  -2:11, 14, 3
softball  -2:10
solders  -2:9
sole  -2:23
solemnly  -2:3
solicit  -2:8, 19
solid  -2:7
somebody  -2:19, 5,
13, 15, 9, 17, 3, 10,
12, 17, 6, 3, 4, 21, 11,
16, 22, 2, 20, 18, 20,
17, 2, 8, 20
somewhat  -2:13
somewhat  -2:9
Sonja  -2:10
SonjaEdwardsLaw
@gmail.com  2:13
Sons  -2:6
SONYA  2:19
sorry  -2:10, 16, 9,
15
sort  -2:9, 8, 19
sought  -2:13
Soul  -2:8
sound  -2:9
sounded  -2:3
sounds  -2:17, 14
south  -2:13, 4, 8
southeast  -2:11
southern  -2:12, 4
SouthernLINC
-2:13, 1, 12
Spann  2:4  -2:6, 16,
18, 19, 6, 19, 18, 14,
19, 20, 16, 20, 3, 8, 1,
11, 1, 10, 19, 4, 6, 23,
5, 2, 11, 11, 16, 15,
19, 6, 14, 12, 22, 19,
23, 14, 21, 8, 6, 11,
14, 7, 17, 4, 21, 3, 18,
17, 9, 13, 19, 9, 3
0:5
stated  -2:23, 15, 7,
4, 6, 17, 19, 19, 21, 7,
10, 16, 20, 23, 6, 11,
16, 6, 10, 16, 18, 11
statement  -2:1, 22,
21, 22, 3, 17, 18, 19,
7, 21, 19
spoke  -2:12, 16, 17,
spoken  -2:4, 11
sponsor  -2:1

States  -2:13, 15, 19,
22, 20, 22, 12, 12, 11,
6, 12, 5, 7, 9, 19, 5, 3
stating  -2:7, 18, 8
stationary  -2:4
statistic  -2:5
statistical  -2:7
statistically  -2:5
statistics  -2:11, 11
status  -2:3, 19, 13
statute  -2:21
stay  -2:6, 8, 9, 19, 7,
8, 8, 2
stayed  -2:7
steal  -2:9
Stemming  -2:21, 22
step  -2:7, 10, 14, 12
stereotype  -2:1, 2, 5,
9
stereotyped  -2:12
stereotyping  -2:6, 5
Steve  -2:4, 10
stipulate  -2:14
stolen  -2:17, 17
stood  -2:16
stop  -2:4, 20, 20, 14,
9, 12, 20
stopped  -2:20, 21,
23, 1
store  -2:4
stored  -2:5, 23
story  -2:9, 12
straight  -2:17, 17,
21, 17
strange  -2:21
Street  2:11, 20
-2:6, 20, 23, 10, 14,
16, 17, 4, 20, 20, 10,
9, 22, 1, 13, 7, 3, 21,
10, 15
streets  -2:14
strengthens  -2:6
stretch  -2:23
strictly  -2:14, 4
struck  -2:4
structure  -2:13
struggle  -2:9, 3
students  -2:13, 23,
3, 10, 13, 15

studied  -2:18
Studies  -2:9, 2
study  -2:21, 13
stuff  -2:12, 1, 14, 8
subject  -2:14, 19, 9,
2, 1, 18, 17, 23, 1, 6,
19
subjected  -2:20, 19,
20
subjects  -2:22, 16,
23, 4, 5
subject  -2:21, 8
submitted  -2:11
submitting  -2:1
subordinates  -2:4
subpoena  -2:13, 14,
2, 10
subpoenas  -2:3, 13,
11
subscribe  -2:5, 13,
20, 6, 9, 10, 17, 18
Subsequent  -2:5
subsequently  -2:16
successful  -2:1
sudden  -2:3
suggesting  -2:17
suggestion  -2:9
Suite  2:11
Sungard  -2:1, 2
sunroom  -2:16
superior  -2:5
supervising  -2:4
supervisor  -2:1, 11,
21, 22, 8, 16, 18, 1, 4
supervisor's  -2:7
Supervisory  -2:13
support  -2:16, 20,
18, 22, 23, 6, 5, 18, 2,
3, 5, 19, 20, 22, 5, 15,
16, 18, 7, 15, 21, 22,
23, 1, 10, 22, 23, 1, 4,
3, 8, 9, 9, 11, 16, 3, 8,
12, 14, 5, 9, 13, 6, 7,
10, 12, 16, 2, 20, 5, 11
supported  -2:3, 18,
19, 23, 1
supporter  -2:10, 7,
14
Supporters  -2:21
supporting  -2:8,

Keith Gray, In Re: / Personnel                                                 26

12, 3, 8, 16, 16, 19,
17, 2, 13, 21, 13, 2, 1,
6, 8, 23, 11, 6, 5, 17,
13, 3, 16, 18, 18, 12,
15, 22, 9, 16, 12, 5,
12, 11, 7, 11, 18, 1, 1,
4, 22, 14, 6, 2, 8, 13,
22, 5, 12, 18, 9, 16, 6,
16, 22, 9, 14, 21, 5,
22, 13, 22, 22, 18, 5,
11, 22, 11, 16, 19, 2,
12, 19, 5, 9, 21, 7, 9,
14, 17, 22, 15
Sparks  -2:21
speak  -2:9, 16, 22,
18, 9, 17, 3, 18
speaking  -2:20, 1, 8,
8, 9, 6, 14, 23, 14, 15,
19
speaks  -2:6
special  -2:13, 23, 13
specialized  -2:21
specific  -2:4, 3, 8,
11, 22, 4, 21, 5, 11,
12, 13, 14, 4, 10, 22,
6, 8, 14, 16
specifically  -2:13,
15, 22, 20, 18, 2, 3, 1,
12, 21, 17, 7, 9, 3, 10,
11
specifics  -2:19, 22
specify  -2:13
speculate  -2:16
speculating  -2:18
speculation  -2:7, 9,
16, 1, 15, 17, 21, 9,
15, 10, 1, 13, 12, 12,
12
speeders  -2:3
speeding  -2:6
speeds  -2:17
spelled  -2:14
spent  -2:16
spill  -2:23
spirit  -2:7
spoke  -2:12, 16, 17,
7, 21, 19
spoken  -2:4, 11
sponsor  -2:1

sponsored  -2:7, 8, 2
sponsoring  -2:16
sports  -2:8
spots  -2:20, 21
spouse  -2:2
spring  -2:20
squad  -2:14, 20, 11,
23, 5, 12, 18, 9, 16, 6,
16, 22, 9, 14, 21, 5,
22, 13, 22, 22, 18, 5,
11, 22, 11, 16, 19, 9,
12, 19, 5, 9, 21, 7, 9,
14, 17, 22, 15
squads  -2:15
St  2:11
stabbed  -2:14
stabbing  -2:11
stack  -2:16
Stacy  -2:19
staff  -2:13
stand  -2:4, 6, 2, 13,
12, 1, 10, 18, 14, 12,
5, 6, 2
standard  -2:21
Standards  -2:10
standing  -2:12, 19,
6, 2
standpoint  -2:23, 6
stands  -2:12
stapled  -2:1
start  -2:9, 21, 12, 5,
5, 19, 9, 20, 18, 19, 14
started  -2:4, 9, 18,
1, 2, 11, 11, 18, 8, 21
starting  -2:21, 22,
10
State  -2:23, 30, 1,
18, 13, 14, 17, 20, 22,
13, 23, 12, 21, 22, 6,
18, 23, 3, 17, 2, 3, 12,
13, 16, 19, 3, 6, 7, 8,
12, 17, 18, 4, 11, 13,
14, 7, 17, 4, 21, 3, 18,
17, 9, 13, 19, 9, 3

studied  -2:18

CITY OF DOTHAN/GRAY 001064
CONFIDENTIAL

supposed -2:3, 1, 5, 3, 9
supposedly -2:3
sure -2:11, 6, 21, 4, 15, 7, 9, 16, 22, 9, 22, 4, 11, 4, 2, 20, 20, 23, 4, 3, 5, 15, 5, 6, 12, 20, 19, 3, 3, 2, 11, 16, 8, 10, 22, 13, 16, 6, 7, 6
surrounded -2:17
surrounding -2:13
surveillance -2:1
survey -2:6, 7
surveys -2:1
suspect -2:17
suspected -2:9
suspects -2:13, 1
suspended -2:15, 3, 6, 9, 1, 6
suspension -2:23
sustained -2:21, 8, 12, 12, 15, 20, 14, 15, 8, 13, 7, 12, 2
SWAT -2:23
swear -2:23
sweet -2:18
swore -2:3
sworn -2:11, 11, 9, 9, 4, 19, 14, 5, 9, 11, 15, 7, 18, 9
symbol -2:1
synopsis -2:11
system -2:2, 11, 22, 14, 2, 11, 1, 2, 5, 17, 20, 22, 22, 19, 4, 10

< T >
tab -2:7, 5
table -2:4, 21
tainted -2:10, 13
tainting -2:20
take -2:18, 12, 20, 8, 9, 10, 2, 18, 13, 4, 7, 11, 17, 19, 10, 23, 18, 4, 19, 19, 18, 4, 23, 22, 19, 9, 14, 5, 16
taken -2:9, 12, 17, 21, 22, 23, 13, 4, 9, 19, 1, 20, 1, 3, 8
takes -2:22, 3, 22
talk -2:22, 20, 22, 6, 6, 7, 5, 18, 10, 8, 21, 20, 19, 1, 6, 7, 12, 15, 9, 11
talked -2:23, 4, 18, 8, 2, 6, 9, 7
talking -2:11, 20, 16, 2, 2, 4, 5, 22, 22, 2, 5, 20, 5, 12, 12, 23, 19, 16, 1, 11, 1, 13, 14, 8, 5, 7, 15, 19, 8, 7, 7, 16, 14, 15, 19, 3, 7, 10, 13, 23, 21, 22, 1, 11, 20, 17, 21, 10, 8, 12, 13, 19, 13
tall -2:5
tampered -2:17
tape -2:16, 20, 6, 6, 13, 1, 17
tapes -2:17
target -2:15, 12, 17
targeting -2:23
task -2:19
tasks -2:8
tattoo -2:18, 23
taught -2:7, 11, 12, 16, 12, 21, 5, 11, 13, 20, 22, 14, 14, 10, 13, 14, 13, 6, 4, 6
TAYLOR 1:22 0:2
tea -2:18
teach -2:3, 8, 23, 8, 9, 10, 21, 11
teaching -2:4, 8, 8, 7
team -2:11, 18, 3, 23, 9, 14, 19, 15, 16, 16
teenager -2:3
telephone -2:17, 14, 9, 13, 2, 9
tell -2:22, 20, 11, 1, 8, 12, 16, 20, 22, 1, 8, 5, 11, 11, 8, 14, 15, 10, 18, 14, 17, 19, 4, 12, 16, 6, 13, 20, 22, 1, 19, 1, 8, 16, 4, 12, 18, 20, 21, 9, 10, 22, 1, 10, 22, 11, 15, 7, 14, 6, 20, 3, 19, 21, 16, 7, 10, 17, 23, 17, 21, 19, 18, 17, 3, 22, 22, 5, 8, 14
telling -2:5, 10, 14, 21, 22, 11, 14, 23, 6, 12, 3, 18, 23, 2, 6, 5, 2, 18, 6
tells -2:11, 18, 9, 2, 5
ten -2:23, 10, 19, 14, 1
tend -2:16, 23
tendered -2:8
tendering -2:9
tends -2:14
Tennessee -2:8
term -2:7, 19, 21, 8, 15, 21, 3, 2, 6
Terminals -2:4, 10
terminate -2:15
terminated -2:13, 22, 1, 3
terminating -2:9
termination -2:22, 16, 2, 11, 2, 17, 12
terminology -2:2
terms -2:23, 16
territorial -2:11, 11, 10, 5, 6, 12, 17, 15, 11, 14, 9, 18, 12
territory -2:8, 15, 9, 12, 2
Terrorism -2:3, 1
test -2:4, 16, 13, 19, 20, 22, 6, 7, 5, 15
testified -2:2, 17, 19, 1, 17, 7, 3, 20, 2
testifies -2:10, 1, 20, 15, 6, 10, 16, 8, 10
testify -2:10, 9, 12, 18, 17, 5, 18, 14, 2, 12, 1, 15, 12, 13, 21
testifying -2:14, 19, 3, 10, 22, 21, 11, 19, 2, 3
testimony -2:1, 18, 19, 22, 1, 13, 14, 21, 2, 9, 3, 19, 18, 7, 17, 3, 9, 20, 15, 15, 10, 1
Texas -2:15
Thank -2:18, 9, 23, 7, 9, 6, 6, 16, 11, 4, 8, 7, 8, 16, 13, 17, 2, 9, 13, 4, 1, 16, 7, 4, 15, 10, 9, 7, 8, 23, 9, 18, 13, 14, 5, 20, 12, 18, 22, 1, 21, 8, 10, 1, 23, 20, 22, 19, 23, 1, 10, 18, 7, 17, 7, 8, 4, 8
theft -2:5
theirs -2:14, 20
therapy -2:15, 17
thereto -2:9
thick -2:16, 15, 19
thing -2:10, 16, 5, 18, 22, 4, 3, 7, 2, 6, 9, 10, 15, 19, 18, 13, 7, 19, 18, 10, 11, 19, 10, 13, 19
things -2:20, 15, 18, 13, 14, 15, 10, 12, 7, 20, 2, 14, 9, 5, 7, 23, 3, 15, 17, 2, 13, 9, 12, 6, 8, 17, 19, 20, 19, 20, 23, 15, 15, 17, 21, 16, 16, 12, 5, 7, 2, 3, 11, 1, 6, 16, 12, 12, 12, 21, 12, 13, 2, 12, 3, 7, 19, 21, 10, 5
think -2:9, 7, 7, 19, 13, 21, 14, 3, 5, 7, 6, 9, 3, 6, 11, 12, 12, 21, 4, 2, 7, 8, 8, 10, 6, 12, 16, 15, 3, 8, 12, 13, 14, 10, 4, 23, 14, 2, 23, 2, 5, 9, 18, 6, 21, 3, 10, 1, 9, 11, 20
thinking -2:3
third -2:7, 10, 20
thirty -2:16, 21, 14, 14, 10
Thompson 3:11 -2:19, 5, 18, 3, 18, 17, 5
T-h-o-m-p-s-o-n -2:3
thought -2:5, 13, 1, 1, 11, 13, 6
thousands -2:17, 22
Threat -2:15, 6, 14, 5, 20, 6, 15, 22, 5, 13, 6, 5, 21, 18, 3, 16, 14, 17, 20, 11, 12, 5, 9
threats -2:1, 2, 21, 4
three -2:15, 16, 6, 7, 3, 15, 13, 4, 20, 20, 1, 2, 16, 4, 12, 14, 13
three-day -2:23
Throttle -2:3, 23, 20, 22, 10, 4
throwing -2:1
thumb -2:13
ticket -2:11, 16, 18
tier -2:11, 15, 14, 3
ties -2:14, 13, 21, 5
tighter -2:7
Tim 2:5 3:18 -2:14, 16, 4, 11
time -2:7, 2, 8, 14, 6, 12, 15, 8, 12, 2, 3, 17, 3, 13, 14, 13, 12, 9, 7, 7, 13, 21, 13, 5, 13, 16, 21, 18, 17, 12, 11, 14, 7, 12, 2, 6, 14, 2, 17, 2, 6, 15, 16, 15, 3, 2, 12, 18, 23, 18, 18, 19, 1, 18, 4, 8, 15, 23, 1, 13, 16, 18
times -2:1, 7, 7, 8, 9, 10, 15, 23, 11, 22, 1, 12, 13, 2, 22, 19, 14, 22, 1, 23, 15, 23, 13, 16, 18, 8, 15
tire -2:7
title -2:8
Tiwan -2:22, 20, 17, 17, 19, 4, 4, 15
Tobacco -2:14, 17
Today -2:11, 13, 7, 1, 7, 4, 7, 8, 3, 7, 19, 7, 4, 3, 9, 20, 1, 2
togetherness -2:8
told -2:10, 3, 5, 15, 5, 19, 2, 3, 7, 4, 19, 12, 17, 22, 21, 8, 15, 15, 21, 2, 21, 9, 3, 20, 9, 10, 11, 8, 12, 15, 5, 3, 15, 14, 15, 20, 21, 1, 8, 8, 6, 2, 5, 9, 10, 3, 9, 7, 8, 14, 19, 15, 20, 12, 14, 2, 4, 21, 23, 12, 23, 11, 21, 10, 4, 8, 22, 1, 4, 6, 7, 9, 11, 9, 9, 23
tomorrow -2:8
Tonya -2:15
top -2:9, 3, 22, 23, 4, 6, 13, 22, 14, 2, 8
topic -2:1, 7, 17
topics -2:10
totally -2:19
Tots -2:21, 13
touch -2:15, 23
touched -2:6, 7, 12, 20, 21
tough -2:15
toughness -2:22
tournament -2:19
to-wit: -2:17, 10, 20, 15, 6, 10, 16, 8, 10
town -2:10, 18, 12, 3, 10, 13, 23, 1, 12
toy -2:19, 7, 1
toys -2:2, 21, 13
track -2:7
Tracking -2:15, 18, 20, 3, 11, 12, 2, 5
traffic -2:9
trafficking -2:22, 22
train -2:18
trained -2:20, 17
training -2:17, 8, 2, 8, 11, 20, 3, 12, 17, 2, 11, 21, 21, 5, 7, 2
Trampass -2:16
transcribe -2:17, 20
transcribed -2:15, 10
transcriber -2:17
Transcript -2:4, 18, 13, 2, 16, 22, 6, 15, 11, 5, 10, 13, 5, 7, 12
transcription -2:13, 11
transferred -2:2, 5, 17, 20, 1, 13, 21, 8, 14, 14, 16, 4, 15, 20, 22, 20, 8, 11
transfers -2:4
transpired -2:17
treat -2:11
tremendous -2:18
trend -2:4, 12, 17
tries -2:21
trolley -2:15
trooper -2:14, 12
trophies -2:18, 21
trouble -2:9, 16, 1, 7
Troy -2:1, 5, 14, 8
truck -2:10
true -2:15, 23, 13, 22, 12
Truitt -2:22, 18, 3, 20, 17, 17, 19
truly -2:23
truth -2:2, 3, 4, 20, 23, 23, 1, 23, 23, 1
Truthfulness -2:8
try -2:20, 7, 2, 2, 9, 10, 9, 22, 21, 2, 6, 3, 4, 6, 19, 23, 17, 19, 7, 13, 19
trying -2:2, 9, 5, 17, 19, 4, 5, 8, 4, 4, 6, 3, 18, 19, 14, 21, 9, 15, 18, 3, 9, 8
t-shirt -2:8
TUESDAY -2:1, 11
tug -2:15
turn -2:12
turned -2:19, 18
turns -2:6
tutoring -2:3
twenty -2:3, 15
twenty-eight -2:16, 4, 6, 2, 13
twenty-four -2:21, 2
twenty-one -2:10
twice -2:3, 17
two -2:17, 3, 23, 21, 8, 4, 16, 2, 7, 21, 7, 23, 16, 16, 6, 1, 6, 10, 23, 8, 16, 17, 18, 12, 18, 20, 17, 1, 5, 7, 6, 22, 10, 4, 22, 10, 22, 4, 21, 7, 13, 15, 21, 10
two-hours -2:16
two-way -2:15
type -2:15, 5, 1, 2, 1, 17, 1, 21, 17, 18, 19
Typically -2:21, 6, 17, 1, 3
Tyson 2:3 -2:15, 13, 13, 21, 5, 14, 17, 17, 16, 21, 13, 17, 11, 21, 2, 17, 22, 5, 10, 18, 14, 21, 18, 5, 9, 14, 22, 14, 19, 10, 19, 12, 19, 1, 16, 3, 13, 15, 4, 14, 21, 13, 11, 21, 22, 10, 2, 17, 6, 19, 6, 4, 15

< U >
US -2:18
UFED -2:11, 15, 9, 1, 6, 7, 12, 21, 12, 19
Uh-huh -2:5, 20, 8, 18, 21, 2
unacceptable -2:20
unauthorized -2:17
unbecoming -2:23, 22
underground -2:16, 2
understand -2:12, 3, 23, 23, 1, 2, 19, 5, 10, 7, 1, 17, 18, 2, 22, 5, 4, 9, 8, 4, 18, 6, 1, 6, 4, 8, 21, 3, 23, 7, 4, 6, 7, 21, 20, 23, 2, 9, 20, 18, 12, 23, 7, 4, 5, 19, 21, 3, 9, 14, 15, 19
Understanding -2:7, 1, 11, 1, 4, 14, 2, 8, 3, 8, 12, 16, 5
understands -2:9
understood -2:8, 10, 18, 9, 21
undisputed -2:15
undue -2:16
unfairly -2:13
unfolded -2:20
Unfortunately -2:17, 11

UNIDENTIFIED -2:15, 17, 12, 8, 6, 11, 10, 23
uniforms -2:10
unit -2:7, 2, 5
United -2:12, 14, 18, 22, 20, 22, 12, 12, 11, 6, 12, 4, 5
units -2:11
universal -2:22, 12
University -2:1, 6, 15
unknown -2:15
unlawful -2:11
unofficial -2:23, 23
unquote -2:10, 23, 14
unrest -2:7
unsteady -2:9, 11, 16, 23
untruthful -2:8
updated -2:2
upper -2:2
upstanding -2:4
use -2:20, 6, 13, 22, 10, 1, 5, 17, 11, 6, 23, 5
user -2:4
username -2:15, 21
usernames -2:15, 16
uses -2:5
usually -2:1, 4, 10, 5, 1, 4

< V >
vague -2:8, 22, 10, 22, 12, 10, 21, 13, 11, 19, 12, 16
valid -2:23
validate -2:4, 21
valuable -2:15
value -2:7, 21
Vandalism -2:2
variety -2:18
various -2:19, 5, 3, 12
vary -2:16
vehicle -2:17, 4, 7, 11, 16, 18, 8, 16, 23
vehicles -2:11
verbal -2:10
Verbally -2:20
verified -2:21
Vermonika -2:9, 15
versus -2:17
vest -2:6, 6, 21, 19, 3, 7, 9, 11, 9, 20, 19, 14
vests -2:3, 15
vet -2:15
Veteran -2:22, 17
veterans -2:1
vets -2:14
vetted -2:19
vice-president -2:19, 19, 11
vice-versa -2:13
victim -2:6
victims -2:18, 23
video -2:1, 5, 1, 10, 14, 22, 19, 7, 18, 9
Videos -2:8, 22, 11, 11, 20
videotape -2:20, 4
Vietnam -2:11
viewing -2:3
vindicate -2:6
violate -2:23
violated -2:8, 13, 15
violation -2:19, 18, 1
violations -2:12, 14
violence -2:2, 23, 14, 5
Violent -2:5, 17, 19, 20, 22, 1, 2, 10
visit -2:2
visited -2:12, 16, 13
visiting -2:10, 14, 20
visits -2:17, 23, 2
volatile -2:6, 14
voluntarily -2:21
volunteer -2:19

< W >
Wachovia -2:17
waff.com -2:9
wait -2:17, 17, 18, 18, 18, 2, 14, 1, 1, 1, 6, 4, 1, 7
waive -2:22, 20, 22, 12
walk -2:19, 13, 20
Wall 3:14 -2:13, 20, 22
Wallace -2:23, 2, 21
Walton -2:2
wannabe -2:16, 18, 22, 7
wannabes -2:7
want -2:16, 21, 8, 11, 16, 8, 23, 9, 17, 23, 14, 17, 20, 21, 22, 23, 10, 14, 10, 20, 11, 4, 4, 20, 5, 7, 11, 19, 19, 8, 5, 3, 4, 10, 22, 19, 13, 14, 15, 11, 6, 12, 19, 6, 7, 9, 14, 1, 2, 10, 5, 8, 14, 5, 14, 23, 21, 11, 22, 2, 13, 5, 18, 3, 13, 19, 7, 1, 17, 11, 6, 6, 10, 13, 16, 17, 18, 1, 13
wanted -2:11, 1, 5, 4, 12, 6, 3, 6, 19, 11, 5, 13, 4
wanting -2:2, 18, 6
wants -2:19, 11, 5, 13, 10, 22, 3, 5
War -2:8, 10, 11, 16
Warfare -2:3
warn -2:22
warning -2:19, 21, 10
warrant -2:3, 17, 21
Warrior -2:11
warriors -2:23
watch -2:22, 22, 6
watched -2:7
watching -2:22
Watson -2:9
way -2:6, 4, 10, 4, 7, 23, 16, 15, 14, 12, 2, 23, 2, 4, 6, 19, 6, 21, 6, 2, 23, 6, 15, 11, 20, 7, 7, 6, 8, 13, 5
ways -2:4, 21, 4
weapon -2:1, 19, 3, 10, 2, 5
weapons -2:19
wear -2:11, 20, 22, 19, 15, 4, 3, 17, 7, 16, 15, 3
wearing -2:10, 5, 9, 20, 17, 11, 12, 18, 3, 7, 1, 18, 20
website -2:4, 14, 4, 7, 10, 12, 13, 18, 2, 15, 14, 12, 20
websites -2:14, 23, 15, 21, 1, 11, 3, 3, 18
week -2:8, 19
weeks -2:22, 3, 7
Welch -2:20
welcome -2:19, 2
Well -2:21, 8, 19, 15, 10, 11, 3, 2, 14, 17, 15, 1, 21, 23, 1, 7, 23, 6, 13, 18, 21, 3, 2, 1, 15, 19, 16, 7, 1, 4, 14, 19, 1, 11, 2, 22, 7, 10, 12, 2, 16, 11, 6, 7, 10, 13, 14, 16, 3, 8, 19, 13, 1, 19, 22, 17, 14, 12, 1, 3, 8, 22, 5, 16, 3, 11, 23, 20, 3, 6
Wendell 4:8 -2:2, 2, 6, 8, 14, 22
went -2:15, 16, 22, 22, 21, 7, 7, 6, 2, 20, 14, 17, 13, 1, 11, 12, 8, 3, 6, 10, 18, 12, 14, 19, 16, 23, 13, 1, 2, 13, 14, 10, 11, 13, 11, 2
We're -2:8, 23, 21, 16, 1, 12, 3, 19, 18, 20, 23, 6, 4, 1, 8, 6, 22, 7, 18, 10, 10, 13, 17, 18, 16, 4, 14, 19, 18, 18, 22, 2, 3, 15, 9, 7, 10, 13, 23, 17, 8, 8, 10, 17, 19, 17, 16, 17, 10, 12, 13, 22, 21, 20, 15
west -2:18

we've -2:17, 2, 6, 7, 2, 23, 15, 17, 18, 11, 1, 9, 14
whatnot -2:6
whatsoever -2:2, 5, 3
Wheels -2:8, 16
whip -2:15
whipped -2:16, 11, 17
WHITE 2:10 3:9, 12, 15, 17, 19, 21 4:3, 14, 16, 21 -2:2, 2, 18, 17, 18, 6, 21, 5, 14, 2, 12, 17, 17, 2, 5, 17, 13, 18, 2, 4, 12, 9, 10, 17, 10, 2, 8, 10, 13, 21, 12, 22, 2, 1, 22, 8, 21, 13, 22, 7, 3, 5, 15, 1, 22, 7, 9, 14, 17, 18, 13, 16, 1, 18, 6, 2, 5, 23, 14, 22, 23, 6, 10, 16, 2, 3, 15, 17, 21, 16, 21, 12, 14, 18, 21, 6, 12, 16, 9, 9, 7, 10, 13, 17, 1, 18, 4, 1, 13, 16, 5, 12, 22, 15, 19, 14, 18, 6, 10, 19, 18, 11, 14, 3, 17, 6, 18, 3, 6, 3, 15, 1, 3, 9, 11, 14, 2, 6, 19, 20, 8, 14, 13, 18, 23, 23, 4, 8, 18, 11, 22, 14, 23, 8, 10, 2, 4, 8, 19, 16, 20, 23, 23, 5, 6, 16, 10, 14, 16, 23, 4, 10, 16, 20, 13, 17, 13, 5, 7, 23, 11, 20, 7, 11, 5, 18, 1, 21, 20, 23, 19, 8, 14, 22, 9, 17, 3, 4, 22, 5, 10, 6, 15, 15, 23, 1, 9, 17, 8, 15, 22, 4, 5, 15, 23, 14, 4, 10, 22, 16, 19, 13, 19, 12, 2, 1, 21, 14, 21, 15, 19, 4, 14, 22, 13, 1, 17, 14, 19, 3, 4, 13, 15, 16, 20, 21, 5, 6, 12, 13, 23, 10, 10, 14, 17, 1, 8, 13, 19, 4, 16, 23, 8, 9, 14, 17, 1, 20, 5, 5, 7, 10, 20, 2, 6, 4, 12, 8, 20, 1, 9, 22, 7, 11, 20, 11, 1, 15, 18, 9, 22, 9, 14, 19, 7, 11, 16, 7, 10, 1, 14, 17, 21, 9, 19, 17, 22, 16, 18, 5, 10, 18, 23, 4, 8, 13, 17, 18, 10, 17, 1, 7, 10, 14, 11, 1, 16, 18, 7, 11, 16, 20, 21, 7, 11
WHITES -2:11
widespread -2:13
wife -2:4, 6, 4, 9, 2
Williams -2:15
window -2:16
wire -2:18, 20
wiregrass -2:14
wireless -2:1, 6
wise -2:14
wish -2:2
Witch -2:19, 1, 9, 10, 5, 6, 6
Witness 3:8, 11, 14, 18 4:2, 8, 10, 12 -2:9, 19, 11, 12, 10, 23, 2, 19, 15, 1, 19, 9, 13, 16, 1, 21, 14, 21, 20, 11, 13, 22, 22, 16, 23, 15, 22, 20, 20, 20, 2, 12, 12, 20, 2, 2, 7, 10, 4, 7, 21, 5, 12, 17, 20, 14, 21, 15, 1, 5, 18, 7, 2, 20, 5, 20, 1, 17, 21, 15, 23, 11, 14, 21, 8, 14, 19, 16, 9, 16, 10, 17, 4, 2, 12, 16, 22, 23, 9, 2, 19, 20, 2, 10, 16, 8, 17, 13, 23, 20, 13
witnessed -2:13, 9
WITNESSES 3:7 4:6 -2:7, 13, 5, 8, 14, 12, 17, 5, 8, 10, 16, 18, 5, 10, 21, 10, 23, 18
witnessing -2:4
woman -2:6, 6, 6
women -2:12
women's -2:14
wondering -2:2, 12
Woodham -2:3, 10
Woodman -2:9
Woodruff -2:6
Woods -2:16, 20, 1
Woodside -2:14, 20
word -2:22, 1, 14, 20, 23, 2, 17, 6, 1, 10, 8
words -2:12, 15, 19, 20, 22, 12, 11, 12, 9, 17, 10, 23, 21, 2, 5, 21, 2, 5, 13
work -2:13, 16, 8, 18, 3, 19, 17, 15, 23, 18, 20, 12, 6, 17, 20, 7, 5, 10, 8
worked -2:21, 1, 10, 13, 12, 13, 6, 19, 1, 22
workers -2:14
working -2:14, 16, 18, 16, 13, 10, 6, 12
works -2:10
world -2:3, 8, 10, 2, 19, 21, 22
worried -2:12, 7, 10, 13, 15
worry -2:7, 10, 5, 12, 1, 2
worse -2:17
wounded -2:18, 23, 11
wrap -2:21
wrapping -2:21
write -2:14, 15, 21
writing -2:22, 8
written -2:23, 15, 2, 13
wrong -2:16, 18, 14, 18, 6, 7
wrongdoing -2:21
wrongly -2:4
wrote -2:5, 18, 14

< X >
XT6.6 -2:21
XXX -2:14, 23, 6, 10, 12, 20
Xxxblackbook -2:15
xxxblackbook.com -2:12, 17

< Y >
y'all -2:12, 13, 15, 2, 16, 5, 14, 10
yeah -2:1, 6, 3, 21, 4, 3, 7, 9, 3, 19, 22, 23, 16, 16, 3, 10, 1, 20, 9, 14, 8, 1
year -2:14, 21, 14, 9, 23
years -2:16, 21, 4, 16, 6, 13, 5, 7, 16, 4, 20, 6, 21, 14, 5, 10, 13, 14, 13, 5, 21, 22, 2, 2, 17, 13, 20, 22, 17, 10
yesterday -2:7
York -2:17, 21
you, -2:12
young -2:18, 1, 22, 2, 9
younger -2:4
youth -2:7, 11, 14

< Z >
zeros -2:23

CITY OF DOTHAN/GRAY 001065
CONFIDENTIAL