# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IVAN KEITH GRAY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO:** |
| | ) | **1:14-cv-00592-MHT-SRW** |
| **CITY OF DOTHAN,** | ) | |
| **Defendant.** | ) | |

## DECLARATION OF TIM MULLIS

I, the undersigned, Tim Mullis, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1.     My name is Tim Mullis. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2.     I have been employed by the City of Dothan Police Department as a police officer for approximately twelve years. I am currently a corporal with the Dothan Police Department.

1

TM
Initials

3.     I have been trained as a mobile data examiner at the National Computer Forensics Institute and have performed over a hundred cell phone examinations for jurisdictions all over the state of Alabama.

4.     I performed a forensic analysis of Gray's City-issued cell phone. The forensic analysis I performed captured the entire memory of the contents of the cell phone, and "physically dumped" the information gathered from the phone into a report.

5.     On May 8, 2013, twenty-six (26) bookmarks, including Gray's Bama Boyz's Facebook page and xxx.blackbook.com, a pornographic website, were added to Gray's phone at nearly the exact same time - which led me to believe that all of the bookmarks were transferred from another device onto the phone at nearly the exact same time (around 3:55 p.m.) on May 8, 2013. Attached hereto as Exhibit 1 is a true and correct excerpt from the report created by the forensic analysis that I conducted on Gray's city-issued cell phone.  According to the report created by the forensic analysis, the xxx website had been visited three times.

6.     Around the same time that I performed the forensic analysis, I also reviewed an e-mail from Southern Linc dated May 8, 2013 at 7:52 a.m. stating Gray's Southern Linc service had been activated and providing him with a

2

TM
Initials

username and password for the phone.  Attached hereto as Exhibit 2 is a true and correct copy of the May 8, 2013 e-mail that I reviewed.

Dated this _27_ th day of March, 2015.

_____
Tim Mullis

3

Initials

# EXHIBIT

# 1

| 16 | +12055557677 | 8/28/2013 7:19:30 AM(UTC+0) | +13348000011 | Read | 2000 BLK HOLLY LN CLOSED TIL 1900 HOURS AUTH 678 .. #4STACY |
| 17 | +12055557677 | 8/28/2013 7:19:47 AM(UTC+0) | +13348000011 | Read | CANCEL BOLO WFQ REF SGR WM DONALD ROBERT PAGE 10/27/70 AU1H 801 .. #4STACY |
| 18 | +12055557677 | 8/28/2013 12:20:37 PM(UTC+0) | +13348000011 | Read | CANCEL BOLO S3F S15 RYAN SCOTT DAULT 08/10/71 AUTH 857 SUBJ 10-16 ... #46 |
| 19 | +12055557677 | 8/28/2013 1:24:20 PM(UTC+0) | +13348000011 | Read | 183-O ROBINSON'S LING IS 10-7, AVAIL BY CELL IF NEEDED .-- #22 |
| 20 | +12055557677 | 8/28/2013 6:25:45 PM(UTC+0) | +13348000011 | Read | 1 LANE OF N OATES, SB CLOSED UNTIL FURTHER AUTH 725 #85 |
| 21 | +12055557677 | 8/28/2013 8:54:48 PM(UTC+0) | +13348000011 | Read | 16:54:32/S9RIP-Burglary-Residence-In Progres/1700 HODGESVILLE RD LOTE907/DOTHAN/GARDEN ESTATES E907/11DHEARS SUBJS INSIDE RESI/ |
| 22 | +12055557677 | 8/27/2013 7:08:50 AM(UTC+0) | +13348000011 | Read | CANCEL BOLO S1 ENTERPRISE BLU 09 SCION XB AL TAG AW12447 -- VEH HAS BEEN LOCATED AUTH ENTERPRISE PD...99 |
| 23 | +12055557677 | 8/27/2013 8:47:12 AM(UTC+0) | +13348000011 | Read | 03:47:00/S9RIP-Burglary-Residence-In Progres/708 TUSKEGEE AVE APT116/DOTHAN/MARTIN 116//6AH/ |
| 24 | +12055557677 | 8/27/2013 1:01:58 PM(UTC+0) | +13348000011 | Read | BED GRP: CPL WOZNIAK & THE BOMB DOG WILL BE OUT OF TOWN UNTIL 09/02/13 ... #8 |

Sent (2)

| # | Party | Time | SMSC | Status | Message | Del? |
|---|-------|------|------|--------|---------|------|
| 1 | +13342370557 Chanudall Griffin* | 8/21/2013 12:48:19 PM(UTC+0) | | Sent | Maj. Parrish, I will be going directly to bomb squad training this morning. I can be reached by link. | |
| 2 | 3347883040 Steve A Maj. Parrish* | 8/21/2013 12:48:19 PM(UTC+0) | | Sent | Maj. Parrish, I will be going directly to bomb squad training this morning. I can be reached by link. | |

Unknown (1)

| # | Party | Time | SMSC | Status | Message | Del? |
|---|-------|------|------|--------|---------|------|
| 1 | +12055.. | | | +13348000 | Unknown | W/◊+12055557677@◊ [◊ ◊ ◊ PLEASE BE ADV'D 726 WILL BE UNAVL FOR CALL OUT UNTIL 2100//RS THIS DATE .. AUTH 726 .. THANK YOU! #137 | Yes |

User Accounts (5)

| # | User Account | Entries | | | | Del? |
|---|--------------|---------|---|---|---|------|
| 1 | Username ikgray@dothan.org Service Type com.motorola.blur.provider.active sync | | | | | |
| 2 | Username kgray54 Password password11601003 Service Type com.motorola.plt.MOTOTALK | | | | | |
| 3 | Username Motorola Password {3}f71beed7d4b3f250a Service Type com.motorola.blur.service.bsutils. MOTHER_USER_CREOS_TYPE | | | | | |
| 4 | Username helicop03@gmail.com Password AFcb4KSRykTgbNxddX20Bh0Ro qzSwDF8cfpt26038npEfrTlJVr3J R4a3PMsRXBt5lNG2HjFYaVUAQ OEnctcCExo aZUhBPNtTZnv0d GnvSrkJl3ncrK2AURvpi9DUPyxl sJCKEEyYdbeW4r9werOabr2Pn WJCt3sWanFL5SYh0f0w353lQ= Service Type com.google | | | | | |
| 5 | Username helicop03@gmail.com Account Name helicop03@gmail.com Service Type Google Talk | Photos (1) | | | | |

| Photo | Name | | Del? |
|-------|------|---|------|
|  | | | |

CITY OF DOTHAN/GRAY 004197
CONFIDENTIAL

113

Web Bookmarks (38)

Uncategorized (38)

| # | Title | URL | Path | Time | Del? |
|---|-------|-----|------|------|------|
| 1 | ::: Official Online Entry Form ::: | http://spectrum.pch.com/Pch/201 2080AUHOLPM/EoForm.aspx? | | 5/8/2013 3:55:41 PM(UTC+0) | |
| 2 | ADDS - Aviation Digital Data Service | http://aviationweather.gov/adds/ | | 5/8/2013 3:55:41 PM(UTC+0) | |
| 3 | AMA Membership Sign-Up | http://www.americanmotorcyclist.c om/membership/join | | 5/8/2013 3:55:41 PM(UTC+0) | |
| 4 | Amazon | http://www.amazon.com/ | | 5/8/2013 3:55:40 PM(UTC+0) | |
| 5 | Bama Boyz | http://m.facebook.com/home.php? s=100003370803848&type=cs& _cdnff/photo.php?fbid=111720222 2920&id=100003840527018& el=a.111729049958745.14164.10 0003840523701&ref=pymk&__us er=1143114469 | | 6/8/2013 3:55:41 PM(UTC+0) | |
| 6 | BBC | http://www.bbc.co.uk/ | | 5/8/2013 3:55:41 PM(UTC+0) | |
| 7 | Best Android Apps | http://android.th/exchange.mobi | | 5/8/2013 3:55:41 PM(UTC+0) | |
| 8 | Best Wallpapers | http://android.bestwallpapers.mob | | 6/8/2013 3:55:41 PM(UTC+0) | |
| 9 | CNN | http://www.cnn.com/ | | 5/8/2013 3:55:40 PM(UTC+0) | |
| 10 | Content Not Found | https://m.facebook.com/confirmco ntact.php?c=675786&x=1&gid=A OBERes1OFtglGmX&refsrc=https %3A%2F%2Fwww.facebook.com %2Fconfirmcontact.php&_rdr | | 7/23/2013 4:48:21 AM(UTC+0) | |
| 11 | Covert Track - Login | http://www.coverttrack.com/public/ Login.aspx?ReturnUrl=%2ftrack/n g.aspx | | 5/8/2013 3:55:41 PM(UTC+0) | |
| 12 | Deals, Coupon Codes, Bargains, Free Stuff - Deals of America | http://www.dealsofamerica.com/ | | 7/10/2013 5:16:35 AM(UTC+0) | |
| 13 | DealsOfAmerica.com-Search any deals or offers! | http://www.dealsofamerica.com/d eals/search.php | | 7/10/2013 5:16:23 AM(UTC+0) | |
| 14 | eBay | http://www.ebay.com/ | | 5/8/2013 3:55:40 PM(UTC+0) | |
| 15 | ESPN | http://espn.com/ | | 5/8/2013 3:55:40 PM(UTC+0) | |
| 16 | Facebook | http://www.facebook.com/ | | 5/8/2013 3:55:40 PM(UTC+0) | |
| 17 | Google | http://www.google.com/ | | 8/27/2013 3:34:07 PM(UTC+0) | |
| 18 | Google | http://www.google.com/m?client= ms-android-verizon&source=android-home | | 5/8/2013 3:55:40 PM(UTC+0) | |
| 19 | Heroes Behind The Badge – Sacrifice & Survival - News - LawOfficer.com | http://www.lawofficer.com/video/n ews/heroes-behind-badge-sacrifice | | 8/18/2013 12:34:54 AM(UTC+0) | |
| 20 | http://accessories.woot.c om/offers/invicta-13057-vintage-gold-chronograph?utm_camp aign=Commission+Juncti on+-+10838818&utm_source =Commission+Junction+ Publisher+-+4328635&utm_medium =affiliate+-+woot.com | http://accessories.woot.com/offers /invicta-13057-vintage-gold-chronograph?utm_campaign=Co mmission+Junction+-+10838818&utm_source=Commis sion+Junction+Publisher+-+4328635&utm_medium=affiliate+-+woot.com | | 7/10/2013 5:09:30 AM(UTC+0) | |
| 21 | http://m.facebook.com/ph oto.php?fbid=105624006 173409 | http://m.facebook.com/photo.php? fbid=105624006173409 | | 8/4/2013 2:26:32 PM(UTC+0) | |
| 22 | http://www.pate.com/onli ne/feature/2013_ja_soci al.shtml | http://www.pate.com/online/featur e/2013_ja_social.shtml | | 7/10/2013 6:57:44 PM(UTC+0) | |
| 23 | http://www.sportys.com/ Pilotshop/product/15728 ?utm_source=PilotShop& utm_medium=email&utm _campaign=A13072B&ut m_content=RamiPadSuc tionCupMount | http://www.sportys.com/Pilotshop/ product/15728?utm_source=Pilot Shop&utm_medium=email&utm_c ampaign=A13072B&utm_content =RamiPadSuctionCupMount | | 7/11/2013 1:30:55 PM(UTC+0) | |
| 24 | http://www.sportys.com/ Pilotshop/product/17085 ?utm_source=PilotShop& utm_medium=email&utm _campaign=A13072B&ut m_content=ResQLink+P ersonalLocatorBeacon(P LB) | http://www.sportys.com/Pilotshop/ product/17085?utm_source=Pilot Shop&utm_medium=email&utm_c ampaign=A13072B&utm_content =ResQLink+PersonalLocatorBeac on(PLB) | | 7/11/2013 1:31:52 PM(UTC+0) | |

CITY OF DOTHAN/GRAY 004201
CONFIDENTIAL

117

| 25 | https://m.facebook.com/confirmcontact.php?c=6411338x=1&gfid=AQCVoE7Y3llnHcqW&refsrc=https7Y3llnHcqW&refsrc=https%3A%2F%2Fwww.facebook.com%2Fconfirmcontact.php&_rdr | https://m.facebook.com/confirmcontact.php?c=6411338x=1&gfid=AQCVpE7Y3llnHcqW&refsrc=https%3A%2F%2Fwww.facebook.com%2Fconfirmcontact.php&_rdr | | 7/23/2013 4:57:01 AM(UTC+0) | |
| 26 | https://m.facebook.com/profile.php?id=100001246238505 | https://m.facebook.com/profile.php?id=100001246238505 | | 7/27/2013 7:30:50 AM(UTC+0) | |
| 27 | IATIS - the best ATIS aviation app for iphone, great for both pilots and students | http://www.iatisapp.com/about.html | | 6/8/2013 3:55:41 PM(UTC+0) | |
| 28 | MSN | http://www.msn.com/ | | 6/8/2013 3:55:40 PM(UTC+0) | |
| 29 | mySpace | http://www.myspace.com/ | | 6/8/2013 3:55:40 PM(UTC+0) | |
| 30 | New York Times | http://www.nytimes.com/ | | 6/8/2013 3:55:40 PM(UTC+0) | |
| 31 | Partner Tracker | http://m.partner.bizzmo.us/?ref=reh0PALQHUNiY&affiliate=mundomedia&cid=CD5453&cookie3cid=55e574ee4d9176b7d4f35a1f3df7e208hash=e2c4x20464v2 | | 6/8/2013 3:55:41 PM(UTC+0) | |
| 32 | Picasa | http://picasaweb.google.com/mviewer?source=androidclient | | 6/8/2013 3:55:40 PM(UTC+0) | |
| 33 | Verizon Wireless | http://converge.vzwwap.com/ | | 6/8/2013 3:55:40 PM(UTC+0) | |
| 34 | W1KS RADIO | http://1000strongradio.m.webs.com/site/mobile?dm_path=%2f &fw_sig_permissions=none&fw_sig_access_token=b0c60c1d88b0b8c33d47d8eb02e5f511f4f077b&fw_sig_time=1357440749193&fw_sig_session_key=2cb863e3e201a00056549a820d5ccf44c73d7aa1e30cd3ad5750bf9ae79830c1-1033859188&fw_sig=f511bb013d682a1aa03914a8b7a5bbed&fw_sig_site=1033959188&fw_sig_social=1&fw_sig_is_admin=0&fw_sig_permission_level=0&fw_sig_url=http://1000strongradio.webs.com/&fw_sig_api_key=522b0cedf6c13fc034fc72005b2d53a1&fw_sig_iter=0&fw_sig_premium=0&fw_sig_networx=fw | | 6/8/2013 3:55:41 PM(UTC+0) | |
| 35 | Weather Channel | http://www.weather.com/ | | 6/8/2013 3:55:41 PM(UTC+0) | |
| 36 | Wikipedia | http://www.wikipedia.org/ | | 6/8/2013 3:55:40 PM(UTC+0) | |
| 37 | XXX Blackbook | http://xxxblackbook.com/index-mobile.php?c=register | | 6/8/2013 3:55:41 PM(UTC+0) | |
| 38 | Yahoo! | http://www.yahoo.com/ | | 6/8/2013 3:55:40 PM(UTC+0) | |

## Wireless Networks (39)

| # | BSSID | SSID | Security Mode | Last Connected | Del? |
|---|---|---|---|---|---|
| 1 | | 02FX12004522 | | | |
| 2 | | 2HRS-FreeTideFi | | | |
| 3 | | A-Advantage | | | |
| 4 | | altwifi | | | |
| 5 | | CaroInfan | | | |
| 6 | | CaroInfanOcean | | | |
| 7 | | Cisco_WPS_0755-guest | | | |
| 8 | | ciscosb | | | |
| 9 | | Country Inn & Suites | | | |
| 10 | | Courtyard_LOBBY | | | |
| 11 | | Daiquiris | | | |
| 12 | | Denny's-Guest-WIFI | | | |
| 13 | | EconoLodge1 | | | |
| 14 | | EconoLodge2 | | | |
| 15 | | guenrfe | | | |
| 16 | | Guest | | | |
| 17 | | hhonors | | | |
| 18 | | Holiday Inn Koger Guest Rooms | | | |
| 19 | | HP-nomodel.0307BB | | | |
| 20 | | HP-Print-51-LaserJet 1102 | | | |
| 21 | | infected | | | |
| 22 | | Internet | | | |

CITY OF DOTHAN/GRAY 004202
CONFIDENTIAL

Sqlite file name: browser.db
Table: bookmarks
Total rows: 38

| _id | title | url | visits | date | created | description | bookmark | favicon | thumbnail |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Verizon Wi | http://com | 3 | 0 | 136802854 | | 1 | | |
| 2 | Google | http://www | 3 | 0 | 136802854 | | 1 | | |
| 3 | Picasa | http://pica | 3 | 0 | 136802854 | | 1 | | |
| 4 | Yahoo! | http://www | 3 | 0 | 136802854 | | 1 | | |
| 5 | MSN | http://www | 3 | 0 | 136802854 | | 1 | | |
| 6 | mySpace | http://www | 3 | 0 | 136802854 | | 1 | | |
| 7 | Facebook | http://www | 3 | 0 | 136802854 | | 1 | | |
| 8 | Wikipedia | http://www | 3 | 0 | 136802854 | | 1 | | |
| 9 | eBay | http://www | 3 | 0 | 136802854 | | 1 | | |
| 10 | CNN | http://www | 3 | 0 | 136802854 | | 1 | | |
| 11 | New York 1 | http://www | 3 | 0 | 136802854 | | 1 | | |
| 12 | ESPN | http://espr | 3 | 0 | 136802854 | | 1 | | |
| 13 | Amazon | http://www | 3 | 0 | 136802854 | | 1 | | |
| 14 | Weather C | http://www | 3 | 0 | 136802854 | | 1 | | |
| 15 | BBC | http://www | 3 | 0 | 136802854 | | 1 | | |
| 16 | Covert Trai | http://www | 3 | 0 | 136802854 | | 1 | | |
| 17 | AMA Mem | http://www | 3 | 0 | 136802854 | | 1 | | |
| 18 | IATIS - the | http://www | 3 | 0 | 136802854 | | 1 | | |
| 19 | ADDS - Avi | http://avia | 3 | 0 | 136802854 | | 1 | | |
| 20 | Best Wallp | http://and | 3 | 0 | 136802854 | | 1 | | |
| 21 | Best Andrc | http://and | 3 | 0 | 136802854 | | 1 | | |
| 22 | ::: Official ( | http://spec | 3 | 0 | 136802854 | | 1 | | |
| 23 | Partner Tra | http://m.p | 3 | 0 | 136802854 | | 1 | | |
| 24 | XXX Blackb | http://m.x | 3 | 0 | 136802854 | | 1 | | |
| 25 | Bama Boyz | http://m.fa | 3 | 0 | 136802854 | | 1 | | |
| 26 | W1KS RAD | ="http://1( | 3 | 0 | 136802854 | | 1 | | |
| 27 | Google | http://www | 3 | 1377617640 | | 0 | | 0 | | file:thumb |
| 28 | http://acce | http://acce | 1 | 1373432970 | | | 0 | | file:thumb |
| 29 | Deals, Cou | http://www | 2 | 1373433390 | | | 0 | | file:thumb |
| 30 | DealsOfAm | http://www | 1 | 1373433380 | | | 0 | | file:thumb |
| 31 | http://www | http://www | 1 | 1373479060 | | | 0 | | file:thumb |
| 32 | http://www | http://www | 1 | 1373549450 | | | 0 | | file:thumb |
| 33 | http://www | http://www | 1 | 1373549510 | | | 0 | | file:thumb |
| 34 | Content Nc | https://m.1 | 1 | 1374554900 | | | 0 | | file:thumb |
| 35 | https://m.l | https://m.1 | 1 | 1374555420 | | | 0 | | file:thumb |
| 36 | https://m.l | https://m.1 | 1 | 1374910790 | | | 0 | | file:thumb |
| 37 | http://m.fa | http://m.fa | 1 | 1375626390 | | | 0 | | file:thumb |
| 38 | Heroes Bel | http://www | 1 | 1376786090 | | | 0 | | |

CITY OF DOTHAN/GRAY 004551
CONFIDENTIAL

Sqlite file name: browser.db
Table: bookmarks
Total rows: 38

| _id | title | url | visits | date | created | description | bookmark | favicon | thumbnail |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Verizon Wl | http://com | 3 | 0 | 136802854 | | 1 | | |
| 2 | Google | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 3 | Picasa | http://pica | 3 | 0 | 136802854 | | 1 | | |
| 4 | Yahoo! | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 5 | MSN | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 6 | mySpace | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 7 | Facebook | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 8 | Wikipedia | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 9 | eBay | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 10 | CNN | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 11 | New York 1 | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 12 | ESPN | http://espr | 3 | 0 | 136802854 | | 1 | | |
| 13 | Amazon | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 14 | Weather C | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 15 | BBC | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 16 | Covert Tra | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 17 | AMA Mem | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 18 | IATIS - the | http://wwv | 3 | 0 | 136802854 | | 1 | | |
| 19 | ADDS - Avi | http://avia | 3 | 0 | 136802854 | | 1 | | |
| 20 | Best Wallp | http://and | 3 | 0 | 136802854 | | 1 | | |
| 21 | Best Andrc | http://and | 3 | 0 | 136802854 | | 1 | | |
| 22 | ::: Official ( | http://spec | 3 | 0 | 136802854 | | 1 | | |
| 23 | Partner Tr | http://m.p | 3 | 0 | 136802854 | | 1 | | |
| 24 | XXX Blackb | http://m.x: | 3 | 0 | 136802854 | | 1 | | |
| 25 | Bama Boyz | http://m.fz | 3 | 0 | 136802854 | | 1 | | |
| 26 | W1KS RAD | ="http://1( | 3 | 0 | 136802854 | | 1 | | |
| 27 | Google | http://wwv | 3 | 1377617640 | | 0 | | | file:thumbi |
| 28 | http://acce | http://acce | 1 | 1373432970 | | 0 | | | file:thumbi |
| 29 | Deals, Cou| | http://wwv | 2 | 1373433395 | | 0 | | | file:thumbi |
| 30 | DealsOfArr | http://wwv | 1 | 1373433385 | | 0 | | | file:thumbi |
| 31 | http://wwv | http://wwv | 1 | 1373479060 | | 0 | | | file:thumbi |
| 32 | http://wwv | http://wwv | 1 | 1373549450 | | 0 | | | file:thumbi |
| 33 | http://wwv | http://wwv | 1 | 1373549510 | | 0 | | | file:thumbi |
| 34 | Content Nc | https://m.f | 1 | 1374554900 | | 0 | | | file:thumbi |
| 35 | https://m.l | https://m.f | 1 | 1374555420 | | 0 | | | file:thumbi |
| 36 | https://m.l | https://m.f | 1 | 1374910750 | | 0 | | | file:thumbi |
| 37 | http://m.fz | http://m.fz | 1 | 1375626395 | | 0 | | | file:thumbi |
| 38 | Heroes Bel | http://wwv | 1 | 1376786095 | | 0 | | | |

CITY OF DOTHAN/GRAY 004552
CONFIDENTIAL

touch_lcor user_entered

0
0
0
0
0
0
0
0
0
0
0
0

CITY OF DOTHAN/GRAY 004553
CONFIDENTIAL



CITY OF DOTHAN/GRAY 004554
CONFIDENTIAL

# EXHIBIT

# 2

**Deese, Pam**

| | |
|---|---|
| ~ ~m: | SoLINC Activations [R2SOLINACT@southernco.com] |
| ·  nt: | Wednesday, May 08, 2013 7:52 AM |
| To: | Deese, Pam; kkelley@southernco.com |
| Cc: | kkelley@southernco.com |
| Subject: | MotoTALK Account Activation - Dothan Police Department Keith Gray |

Please do not reply to this message as this mailbox is not monitored for incoming messages

Dear Keith Gray,

Your SouthernLINC 3G Service Account has been activated. Please review your service plan details and account information below.

| SERVICE DETAILS | |
|---|---|
| Service Plan: | Nationwide Data Plus 4GB w/ Regional Cell |
| Account Number: | 1657254 |
| SouthernLINC Phone Number: | 334-805-7717 |
| 3G Service Phone Number: | 334-333-0120   *Nationwide Contact No.* |
| Push to Talk ID: | 1*150*1003 |
| .oup PTT IDs: | 1-5, 9, 10, 29, 30, 33, 34, 50, 155 |
| MOTOTALK SETTING INFORMATION | |
| Business Unit (BU-ID): | mototalk1 |
| Application Server: | ptt.southernlinc.com |
| User ID: | kgray54 |
| Password: | password11501003 |

For instructions on setting up your MOTOTALK service or for a feature overview please review the Product Training. If you have any questions please contact our Customer Support team at 1-800-818-5462.

1

CITY OF DOTHAN/GRAY 001199
CONFIDENTIAL