# EXHIBIT
# G

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **IVAN KEITH GRAY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO:** |
| | ) | **1:14-cv-00592-MHT-SRW** |
| **CITY OF DOTHAN,** | ) | |
| **Defendant.** | ) | |

## DECLARATION OF DONNY SMITH

I, the undersigned, Donny Smith, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1.     My name is Donny Smith. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2.     I have been employed by the Dothan Police Department for approximately 27 years.

3.     I am currently a sergeant in the Dothan Police Department who works as an Internal Affairs Investigator.

1


Initials

4.     On or about August 25, 2013, the Dothan Police Department responded to reports of a felony assault at the Outcast Motorcycle Club clubhouse.

5.     Together with the Dothan Police Department, the Federal Bureau of Investigation and Alabama Beverage Control investigated the events that took place at the Outcast Motorcycle Club house on August 25, 2013. That investigation led to eight (8) second degree felony assault arrests.

6.     On August 25, 2013, following the incident at the Outcast clubhouse, Chief Greg Benton contacted fellow Internal Affairs Investigator, Sergeant Doug Magill, and me and instructed us to conduct an investigation into allegations resulting from the incident that two officers were associated with Outcast Motorcycle Club. When Sergeant Magill and I began our investigation, I did not know that Gray had filed an EEOC Charge against the City.

7.     On August 25, 2013, Sergeant Magill and I interviewed individuals involved in or present for the assault at the Outcast clubhouse: Kunta McGoley, Rafael Tyrues, Dominic Overton, Michael Lockett, Wendell Key, Eze Abuwali, and Willie McGuire. McGuire was not in police custody when interviewed and neither McGuire nor McGoley was arrested as a result of the August 25th assault incident.

Initials

8.     We video recorded those seven interviews. A true and correct recording of each of those video interviews is attached hereto as Exhibit 1.

9.     Although both Gray and another police officer, Taiwann Truitt, were initially accused of associating with Outcast, the interviews of those seven individuals, plus an interview of Officer Truitt himself, indicated that Officer Truitt was not associated with Outcast but that Gray was associated with Outcast.

10.     On August 25, 2013, I sent a memorandum to Gray informing him of the complaint against him and the investigation that was being conducted. A true and correct copy of that August 25, 2013 memorandum is attached hereto as Exhibit 2.

11.     Also on August 25, 2013, after interviewing McGoley, Tyrues, Overton, Lockett, and Key, I issued a Garrity Notice to Gray and Sergeant Magill and I interviewed Gray. Gray's attorney was present for this interview. A true and correct copy of the August 25, 2013 Garrity Notice is attached hereto as Exhibit 3. A true and correct recording of that August 25, 2013 interview with Gray is attached hereto as Exhibit 4.

12.     As part of our investigation, Sergeant Magill and I conducted in depth research regarding outlaw motorcycle gangs.

3

13.    In an effort to confirm whether Gray had provided any information to the motorcycle clubs regarding ongoing police investigations, I searched Plaintiff's police vehicle and Sergeant Magill requested a forensic analysis of his City-issued cell phone.

14.    I found a disc in Gray's vehicle titled "Understanding Motorcycle Clubs," on which we found a recording of a lecture that Gray had given prospective members, or "probies" of his motorcycle club, Bama Boyz. A true and correct copy of that recording as we found it in Gray's vehicle and as it was used to question him is attached hereto as Exhibit 5.  A true and correct transcript of that recording is attached hereto as Exhibit 6. Sergeant Magill and I relied on the information found on that recording in the course of our investigation and questioned Gray about the statements made in the recorded lecture. Gray admitted to us that he made the statements on the recording.

15.    Other information that Sergeant Magill and I discovered and relied on during the course of our investigation included, among other things:

- A July 21, 2013 letter signed by Gray, a true and correct copy of which is attached hereto as Exhibit 7;

- An August 27, 2013 report from Officer Michael Woodside, a true and correct copy of which is attached hereto as Exhibit 8;

4


Initials

- A photograph of a computer screen showing the website that was bookmarked in Gray's cell phone, a true and correct copy of which is attached hereto as Exhibit 9;

- A report showing when Gray had accessed Dothan Police Department cameras, a true and correct copy of which is attached hereto as Exhibit 10;

- A report from the Department's Sunguard record maintenance system showing that Gray accessed the personal information of several officers, a true and correct copy of which is attached hereto as Exhibit 11;

- A screenshot of the personal information available through the Sunguard software that was used by the Internal Affairs Investigators during the investigation, a true and correct copy of which is attached hereto as Exhibit 12;

16.    On or about September 13, 2013, I issued Gray another Garrity Notice and Sergeant Magill and I interviewed Gray again with his attorney present. A true and correct copy of the September 13, 2013 Garrity Notice is attached hereto as Exhibit 13. A true and correct recording of that interview is attached hereto as

Initials

Exhibit 4. A true and correct transcript of the recording of that interview is attached hereto as Exhibit 14.

17.    Due to the complexity and the many local and federal agencies involved, it took approximately four (4) weeks to uncover all of the facts of this investigation. Sergeant Magill and I kept Chief Benton informed regarding the progress of our investigation throughout the investigation. Sergeant Magill and I concluded that our investigation confirmed Gray's involvement and association with the Outcast motorcycle club.

18.    On or about September 16, 2013, I submitted a report of the internal investigation to Chief Benton along with various documents, audio and video recordings to support the Internal Affairs' findings.  A true and correct copy of that September 18, 2013 report is attached hereto as Exhibit 15.

19.    On or about September 20, 2013, per the instructions of Chief Benton, I served Gray a Disciplinary Action Report. A true and correct copy of that September 20, 2013 Disciplinary Action Report is attached hereto as Exhibit 16. That same day, I issued Plaintiff a Notice of Determination Hearing. A true and correct copy of that September 20, 2013 Notice of Determination Hearing is attached hereto as Exhibit 17.

Initials

20.     Sergeant Magill and I also investigated whether any other Dothan police officers were associated with Outcast or other outlaw or one-percenter motorcycle clubs. In conducting this investigation we spoke with Sergeant Adrianne Woodruff, Officer Taiwann Truitt, Sergeant Chris Watson, and Safety Officer Trampas Gougler. It was never reported to me that Sergeant Bradford Baum was affiliated with a motorcycle club and Officer Richard Odum was not with the Department at the time of the investigation, as he was terminated in 2006. We determined that no other officers in the Department were members of one-percenter motorcycle clubs and none of them had ever received a blessing from one-percenter clubs.

Dated this 27th day of March, 2015.

Donny Smith

7

# EXHIBIT

# 1

## (CD Bates Labeled 5538)

# EXHIBIT

# 2

FAX FROM : 334 702 4566                                    08-28-13 12:42p   Pg:   2





# THE CITY OF
# DOTHAN, ALABAMA

POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000

GREGORY J. BENTON
CHIEF OF POLICE

# MEMORANDUM

**TO**        :  CAPTAIN KEITH GRAY

**FROM**    :  SERGEANT DONNY SMITH

**DATE**     :  AUGUST 25, 2013

**SUBJECT** :  INTERNAL COMPLAINT

Department policy provides that you have the right to be advised in writing of the complaint against you prior to you being questioned concerning the allegation regardless of its nature.

This is to inform you of a complaint filed against you by The Internal Affairs Division. It is alleged that on numerous occasions you were present during illegal activities involving your motorcycle club . During these incidents you failed to take action or remove yourself from the situation.

You will be given an opportunity in the future to respond to the allegations against you.

The office of the Chief of Police has been notified of this investigation as well as your supervisor.

You will be notified at the conclusion of this internal investigation.

Sergeant Donny Smith
Internal Affairs Division

# POLICE DEPARTMENT

210 NORTH SAINT ANDREWS STREET • DOTHAN, ALABAMA 36303 • 334-615-3001
Email: dpd@dothan.org

CITY OF DOTHAN/GRAY 001617
CONFIDENTIAL

# EXHIBIT

# 3

# DOTHAN POLICE DEPARTMENT

# INTERNAL AFFAIRS DIVISION

# GARRITY NOTICE

You are being questioned as a part of an official administrative investigation of the Dothan Police Department. You will be asked questions specifically directed and narrowly related to the performance of your official duties or fitness for office. You are entitled to all of the rights and privileges guaranteed by the laws and the Constitution of the State of Alabama and the Constitution of the United States, including the right not to be compelled to incriminate yourself. If you refuse to testify or to answer questions related to your official duties or fitness for duty, you will be subject to departmental charges, which could result in your dismissal from the Dothan Police Department. If you do answer, neither your statement nor any information or evidence which is gained by reason of such statements can be used against you in any subsequent criminal proceeding, except for Perjury or Obstruction of Justice charges. However, these statements may be used against you in relation to subsequent departmental charges.

MEMBERS SIGNATURE: _____

DATE/TIME: _Aug. 25, 2013 @ 2251_

INVESTIGATING OFFICER: _____

DATE/TIME: _8-25-13   2251_

WITNESS SIGNATURE: _____

DATE/TIME: _8-25-13_

FD 15 B

CITY OF DOTHAN/GRAY 002085
CONFIDENTIAL

# EXHIBIT

# 4

# (CD Bates Labeled 1559)

# EXHIBIT
# 5

## (CD Bates Labeled 1560)

# EXHIBIT
# 6

During a search of Captain's Gray city issued vehicle, four CD's were found which were labeled Understanding Motorcycle Clubs. A transcript of the disks is as follows:

*(AUDIBLE BEGINS)*

*KG: UP UNDER THE "OMC" IS THE MC.. JUST MOTORCYCLE CLUB. FOLLOWING UP UNDER THE "MC" IS THE "RC". THAT'S A RIDING CLUB. FOLLOWING UP UNDER THEM YOU'RE GONNA HAVE YOUR "PO", WHICH IS YOUR PROPERTY OF OR.. YOUR.. SUPPORT. NOW, YOUR "SC" COMES RIGHT UP UNDER YOUR "MC".. OKAY. SO, NOW THAT.. LET'S GET THAT. SO THE "SC" COMES RIGHT UP UNDER THE MC. START AT THE VERY TOP. "OMC" OUTLINE.. OUT.. OUTLAW MOTORCYCLE CLUBS ARE ONE PERCENTERS. JUST BECAUSE THEY HAVE THE NAME OUTLAW ON THEIR BACK DOESN'T MEAN THEY'RE AN OUTLAW MOTORCYCLE CLUB. AN OUTLAW MOTORCYCLE CLUB IS A ONE PERCENTER. THE ONE PERCENTERS USUALLY RIDE WEARING A PATCH THAT SAYS ONE PERCENTER ON IT. WHEN YOU SEE SOMEONE WITH A PATCH THAT HAS ONE PERCENTER ON IT, KNOW THAT'S THE MOST VOLATILE.. GANG.. THAT THERE.. THERE IS OUT THERE.. OKAY. NOW, THE "OMC" THAT YOU'RE READING SOME OF THE.. THE LITERATURE, UM.. UM.. AT THE END OF THE WAR.. THESE GUYS GOT OUTTA THE MILITARY. PTSD BACK THERE IN WORLD WAR II ON ALL THAT STUFF, II MEAN THEY DIDN'T HAVE A WHOLE LOT A THINGS UH.. TO.. TO HELP THEM COPE WITH UH.. THEIR UH.. ANGERS OR FRUSTRATIONS. BUT YOU HAD GUYS UM.. OUT ON THE BATTLEFIELD THAT WAS.. WATCHING EACH OTHER'S BACKS.. SAVING EACH OTHER'S LIVES. AND AFTER THAT'S OVER THEY'RE OUT AND NOW THEY'RE ON THE STREET, TRYING TO GET JOBS. PTSD.. THEY HAVE THIS.. THIS.. THIS.. THIS CAMARADERIE THAT THEY NO LONGER HAVE BECAUSE ALL THEIR BUDDIES THAT JUST.. KEPT THEM FROM GETTING KILLED AND.. THAT WAS A EX.. A.. A TRAUMATIC EVENT SO IT REALLY PLAYS ON YOUR EMOTION. WELL THESE GUYS DID SOMETHING THEY HAD IN COMMON WHICH WAS.. GET ON MOTORCYCLES. THEY WERE BOUND AS A MOTORCYCLE GANG. THEY WERE THE BAND OF BROTHERS.. AGAIN. SO, YOU HAD SOME THAT UM.. STILL HAD THAT VIOLENT STREAK IN 'EM. YOU HAD SOME THAT WAS.. SMOKING WEED AND DOING HEROIN BACK THERE.. BACK IN THE DAY. AND THOSE.. GUYS JUST GOT TOGETHER, TALKED ABOUT WAR STORIES AND DID WHAT THEY HAD TO DO AND RODE TOGETHER AND HAD THAT CAMARADERIE. BUT IF YOU GOT IN THEIR WAY, THEY WOULD MOW YOU DOWN ONE WAY OR THE OTHER.. OKAY. SO, THE.. THE HISTORY OF IT, YOU HAVE TO REALLY UNDERSTAND THAT'S WHERE IT ORIGINATED BEFORE WE STARTED GETTING TO EVERYBODY ELSE. OKAY.. YOUR HELL'S ANGELS CAME OUTTA THAT. UM.. YOUR REAL HARD CORE.. YOUR HELL'S ANGELS, UM.. YOU GOT YOUR PISTOLEROS OUTTA THEM AND YOU GOT YOUR OUTLAWS OUTTA THEM. YOU GOT YOUR VIKINGS, YOUR WAR LORDS. UM.. THESE GUYS WERE THE BIG GUYS. THESE ARE GUYS THAT WERE.. AND THEY'RE NAMED UM.. BY THE FEDERAL GOVERNMENT AS BEING THE*

CITY OF DOTHAN/GRAY 001788
CONFIDENTIAL

*ACTUAL.. ONE PERCENTERS, THOSE THAT ARE INVOLVED IN RACKETEERING, UM.. CRIMINAL ENTERPRISE, DRUG UM.. DISTRIBUTION AND THINGS OF THAT NATURE.. OKAY. THEY'RE.. THEY ARE ACTUALLY.. LISTED BY THE FEDERAL GOVERNMENT. SO, WHEN YOU LOOK AT THE ONE PERCENTERS, ALL OF THEM ARE NOT LISTED BY THE FEDERAL GOVERNMENT AS BEING THE MAIN ONES THAT'S INVOLVED IN ALL THAT. BUT YOUR HELL'S ANGELS, YOUR WAR LORDS, YOUR VIKINGS, YOUR BIKE LORDS.. THOSE ARE. YOU'LL SEE THOSE.. (UNINTELLIGIBLE). . . . FROM NOW.. NOW AND THEN. WHEN YOU SEE ONE.. YOU AUTOMATICALLY KNOW AND ACCEPT.. THAT THOSE ARE ONES YOU REALLY DON'T EVEN WANNA WASTE THEIR TIME WITH.. LOOK AROUND STOP BECAUSE.. THEY TEND TO LOOK FOR.. THINGS TO GET INTO. THEY TEND TO BE THE ONES THAT START.. PROBLEMS. BUT THEY ALSO TEND TO BE THE ONES THAT RIDE IN BIG PACKS.. OKAY. NOW, AS.. AS.. YOU KNOW LIFE CONTINUED AND.. PEOPLE BEGAN TO GET INTO MOTORCYCLE CLUBS. THEY BEGAN TO GET VESTS LIKE OURS AND PUT WHAT THEY WANTED OUT OF IT. BUT THEY WASN'T THE PEOPLE THAT WENT TO WAR OR WHATEVER. THEY WANTED TO BUY THEIR BIKES. THEY WANTED TO GET TOGETHER UM.. WITH FRIENDS AND.. YOU KNOW HAVE CAMARADERIE AND.. AND WHAT HAVE YOU. AND UM.. THEY UM.. BECAME THE TARGETS OF.. THE "OMC'S" BECAUSE.. YOU'RE NOW TRYING TO COPY US. YOU HAVE NO RIGHT TO. YOU HAVEN'T GONE THROUGH WE'VE GONE THROUGH.. YOU KNOW. SO, THIS TYPE OF MENTALITY IS WHAT THEY HAD AND.. THERE'S A WHOLE LOT OF SQUABBLING BETWEEN "OMC'S" AND "MC'S". AND TO.. TO THIS DAY, THERE IS STILL SOME OF THAT GOING ON. NOT AS PRONOUNCED AS BACK THEN, BUT THEY.. THEY.. IT IS STILL TO THIS DAY. NOW, WHAT HAS HAPPENED IS.. AS.. UM.. THE ENTIRE MOTORCYCLE COMMUNITY HAS EVOLVED, AND KEEP IN MIND.. WHEN WE'RE TALKING ABOUT THIS, WE'RE TALKING ABOUT PEOPLE THAT DIDN'T CARE WHAT ANYBODY ELSE THOUGHT OF THEM.. YOU KNOW. THEY DON'T CARE WHAT YOU THINK.. DON'T CARE HOW I DRESS.. DON'T CARE HOW UH.. YOU.. HOW.. HOW I LOOK. YOU GIVE ME THE SLIGHTEST LOOK THAT YOU DON'T LIKE ME AND I'M AN "OMC".. YOUR ASS IS GONNA GET SLAPPED, WHIPPED, JUMPED ON BY EVERYBODY OR WHATEVER. YOU JUST DON'T DISRESPECT THEM IN ANY.. WAY. THEY DON'T CARE.. WHAT YOU THINK.. AT ALL.. OKAY. NOW, AS.. AS LIFE E.. EVOLVED AND THE "MC'S" BEGAN TO COME ON THE SCENE, WHAT IS CURRENTLY GOING ON NOW IS.. THAT IN CERTAIN.. IN DIFFERENT STATES THINGS ARE KNOWN.. THINGS HAPPEN A LITTLE BIT DIFFERENTLY.. BECAUSE THERE'S NO BOOK. THERE'S NO BIBLE OF HOW THIS THING IS DONE.. OKAY. THERE IS NO LAW THAT SAYS.. THIS MOTORCYCLE CLUB, YOU HAVE TO ABIDE BY THIS MOTORCYCLE CLUB'S PROTOCOL OR THEIR BYLAWS OR WHATEVER.. OKAY. THERE'S NO LAW THERE BUT THERE IS A GENERAL CONSENSUS AND UNDERSTANDING, WHAT YOU'RE GOING THROUGH RIGHT NOW, BECAUSE IT'S THE UNWRITTEN LAW AND IT'S GOING TO HAPPEN WHETHER YOU WANT IT TO OR NOT.. YOU KNOW. SO, AS THE "MC'S" START COMING OUT ON THE SCENE AND.. AND.. UM.. THERE ARE.. STARTING TO BE MORE CHARITABLE KIND A CONTRIBUTIONS. THESE BIKER*

CITY OF DOTHAN/GRAY 001789
CONFIDENTIAL

CLUBS ARE GETTING TOGETHER TO TRY TO RAISE MONEY UH.. FOR CHARITY AND DO DIFFERENT THINGS, UM.. THE "OMC'S" GOT INTO THAT AS WELL. UM.. SO, THE "OMC'S" HAVE NOW.. PRETTY MUCH COME TOGETHER.. AND LET ME GO AHEAD AND.. CLARIFY THIS. I KNOW IN ALABAMA.. IT'S THIS WAY. I'M PRETTY SURE AROUND OUR BORDERING STATES IT'S PRETTY MUCH THAT WAY. BUT WHEN YOU GO TO CALIFORNIA.. I WOULD PROBABLY ADVISE IF YOU'RE THE ONLY ONE WEARING.. A VEST, OR YOU'RE.. (UNINTELLIGIBLE).. DON'T WEAR IT WHEN YOU GET UP THERE BECAUSE YOU DON'T KNOW WHAT.. THEIR MENTALITY IS.. OKAY. UM.. SO, UH.. AND I'M GONNA TRY TO GO OVER SOME.. SOME TERMINOLOGIES.. (UNINTELLIGIBLE). . . . ALABAMA.. WE DO THINGS ACCORDING TO UM.. "OMC" PROTOCOL. ALL THAT MEANS IS.. IN THE STATE OF ALABAMA.. THE DOMINANT MOTORCYCLE CLUBS THAT ARE ONE PERCENTERS THAT WE'RE DEALING WITH UM.. THE OUTLAWS ARE ONE PERCENTERS. THEY'RE YOUR UM.. PREDOMINANTLY BLACK UM.. I MEAN WHITE MOTORCYCLE CLUBS IN THE.. IN. IN THIS AREA OF ALABAMA. THE PISTOLEROS ARE AS WELL. UM.. THE BANDITOS ARE AS WELL. ALL THREE OF THOSE ARE ONE PERCENTERS AND THEY ARE IN DOTHAN, ENTERPRISE, LEVEL PLAINS, UM.. MAYBE ACROSS THE LINE. BUT THOSE ARE UM.. AND THOSE ARE PREDOMINANTLY WHITE MOTORCYCLE CLUBS THAT ARE ONE PERCENTERS. THE AFRICAN AMERICAN MOTORCYCLE CLUBS PREDOMINANTLY ARE.. OUTCASTS, WHEELS OF SOUL, SIN CITY DISCIPLES AND MORTAL SOULS. THEY'RE.. AROUND THIS AREA AND PREDOMINANTLY BLACK MOTORCYCLE UM.. ONE PERCENTERS. NOW THE THING ABOUT IT IS.. ALL OF THEM KNOW ABOUT EACH OTHER. AND ALL OF THEM KNOW WHO THE PRESIDENT OR THE DOMINANT PRESIDENT OR THE OFFICER IS FROM EACH ONE OF THEM. THEY CAN PICK UP THE PHONE AND CALL EACH ONE OF THEM WITH NO PROBLEM. THEY MAY NOT RIDE TOGETHER BUT THEY RECOGNIZE EACH OTHER.. AND ALLOW EACH OTHER PRETTY MUCH TO.. PRETTY MUCH EXIST. NOW, THE UM.. THE UH.. "MC" ASPECT OF IT IS.. SINCE WE'RE AN OUTLAW STATE WHICH MEANS.. BEFORE YOU CAN PUT.. A.. VEST ON.. WITH.. DESIGNATIONS OR COLORS AND STUFF ON THE BACK.. YOU HAVE TO HAVE THE PERMISSION OF AN "OMC".. TO BE AN "MC". YOU HAVE TO HAVE PERMISSION. WE HAVE IT.. OKAY. JUST FOLLOW.. NO LOT A QUESTIONS.. JUST FOLLOW. WE HAVE IT TOO. WE STARTED OUT AS A RIDING CLUB ("RC"). NOW, JUST FOR DEFINITION.. PURPOSES BECAUSE I'M FIXING TO START SKIPPING BETWEEN "OMC", "MC" AND "RC". THE "MC" IS ATTACHED DIRECTLY TO THE "OMC". WE WORK UM.. HAND-IN-HAND WITH 'EM. WE DON'T SUBSCRIBE TO.. THE HARD CORE.. IF THERE'S A CRIMINAL ELEMENT IN 'EM OR.. IF THERE'S A ROUGH SIDE OF 'EM, WE DON'T SUBSCRIBE TO THAT, BUT WE CO-EXIST WITH THEM AND THEY KNOW IT. THEY HAVE SAID.. THAT LISTEN.. WE KNOW "MC'S" ARE.. ARE LADIES AND.. GENTLEMEN THAT WANTS TO CO-EXIST AND HAVE A GOOD TIME LIKE WE ARE AND WE KNOW THEY AREN'T HARD CORE LIKE US. SO, BACK OFF OF THE "MC'S".. THE "OMC'S", WE DEAL WITH EACH OTHER ON OUR LEVEL. LET THEM HAVE THEIR FUN AND DO THEIR THING AND.. TRY TO STAY HANDS OFF. THAT'S WHAT WE HAVE AROUND IN THIS AREA; ALABAMA,

CITY OF DOTHAN/GRAY 001790
CONFIDENTIAL

*GEORGIA, FLORIDA, TENNESSEE.. (UNINTELLIGIBLE). . . . SO, NOW.. THE "MC'S".. AND.. WHEN YOU SEE THE.. THE VEST, IT'S ON THE BACK. THE "MC".. IS ACTUALLY THE.. A BIG PART OF.. WHAT IDENTIFIES YOU FROM WHICH CLUB YOU'RE IN. SO, THE "MC" UM.. IS A.. MEMBER.. I'M GONNA TELL YOU THE TECHNI.. THE.. THE PROPER WAY IT'S SUPPOSED TO BE AND THEN I'M GONNA TELL YOU WHAT.. WHAT WE'RE SEEING AROUND IN THE AREA. AN "MC" HAS A MOTORCYCLE.. IS IN A CLUB.. AND.. THEY.. ARE.. A.. APPROVED.. THEY'RE.. THEY ARE BLESSED BY.. THE "OMC".. TO BE WEARING THE "MC" ON THEIR BACK.. OKAY. NOW, BELOW THAT YOU HAVE YOUR "RC". THE "MC'S", WE GO BY A SET.. SET.. SET OF PROTOCOLS, WHATEVER IS SET OUT WITHIN YOUR CLUB.. YOU'RE GOING BY THOSE PROTOCOLS BUT WHAT WE'RE DOING IS WE'RE LOOKING AT.. WHAT THE "OMC'S" HAVE SAID.. HOW WE ARE TO ORGANIZE AND LET ME GIVE YOU AN EXAMPLE. "OMC" SAYS IF YOU'RE AN "MC".. YOU GOTTA HAVE A CLUBHOUSE.. PERIOD. IF YOU'RE AN "MC".. NOT SUPPOSED TO BE FEMALES.. WEARING "MC" ON THEIR BACK. IF YOU'RE.. AN "MC".. YOU CANNOT HAVE A FEMALE AS A PRESIDENT OR A VICE-PRESIDENT.. OKAY. THESE ARE JUST A.. A FEW EXAMPLES OF THAT. BUT.. IN "OMC'S" EVERYTHING I JUST SAID.. YOU WON'T SEE. IN "MC'S".. YOU WILL SEE THAT BECAUSE.. AS I SAID WE ARE NOT.. SUBSCRIBING TO THE HARD CORE.. UM.. WAY THAT THE.. THE "OMC'S" ARE DOING.. AND THEY'RE LETTING US HAVE OUR SAY.. OKAY. THEY'RE.. THEY'RE LETTING US HAVE OUR THING. SO, THERE IS.. THERE IS A DISCONNECT AS YA'LL CAN SEE. THERE IS A DISCONNECT BUT WE'RE.. ALLOWED TO DO THAT BECAUSE WE'RE.. OUR "MC" STATUS.. OKAY. UM.. NOW, BELOW THAT YOU HAVE YOUR.. YOUR SOCIAL CLUB. YOUR.. YOUR "SC".. YOUR "SC".. IS THE SOCIAL CLUB THAT THE "MC" UM.. IS RESPONSIBLE FOR PERIOD.. OKAY. IF THE "MC" CEASES TO EXIST THE "SC" AUTOMATICALLY DISAPPEARS.. AUTOMATICALLY. AN "SC" CANNOT REMAIN AN "SC", AN ACTIVE "SC" UNLESS THEY ARE DIRECTLY UP UNDER AN "MC".. PERIOD. NOW THAT "SC", IF THEY WANNA CONTINUE TO EXIST AND THE "MC" SAYS THAT THEY CAN, THEY CAN FALL UNDER ANOTHER "MC". THAT'S ONLY IF THE "MC" THAT UM.. ALLOWS THEM TO DO IT. IF THE "MC" DISSIPATES.. THEY GOTTA HAVE THE APPROVAL OF THAT "MC" EVEN THOUGH THEY DISSIPATED TO GO UP UNDER ANOTHER ONE. IF NOW, THEY'RE JUST OVER WITH.. OKAY. SO.. AND.. THE "SC".. OPERATES.. INDEPENDENTLY.. BUT SUPPORTS THE "MC". "SC".. THEY TEND TO GO TO THEIR OWN.. UM.. EVENTS. THEY HAVE CON.. YOU KNOW CONVENTIONS. THEY GOT ANNIVERSARY PARTIES. AND THEY TEND TO.. UM.. UM.. GO TO THEIR OWN.. OWN THING.. WHEN THE "MC" ISN'T HAVING SOMETHING. "SC'S" HAVE CERTAIN THINGS THAT THEY HAVE TO ABIDE BY TOO. RIGHT NOW, "SC'S" CANNOT HAVE ANY TYPE OF UH.. FUNCTIONS ON SATURDAYS.. PERIOD. THAT'S THE "MC'S" DAY. CAN'T HAVE IT.. CAN'T DO IT.. OKAY. UM.. THE UH.. "SC'S" HAS THEIR OWN PRESIDENT, WHICH RUNS THEIR "SC". AND THAT PRESIDENT WORKS CLOSE WITH THE "MC".. SO EVERYBODY IS ON THE SAME SHEET OF MUSIC.. OKAY. NOW, THE UM.. "RC" IS A RIDING CLUB. NOT AS WELL RESPECTED.. REALLY DOESN'T HAVE PROTOCOL.. REALLY DON'T GO*

CITY OF DOTHAN/GRAY 001791
CONFIDENTIAL

*BY.. THE.. EVEN THE STRICT "MC" PROTOCOL, BUT.. THEY'RE.. THEY ARE THERE. SO THERE.. THERE IS A DISCONNECT. THERE.. YOU KNOW REALLY IT.. I KNOW YOU READ THE PAPERWORK BUT.. THEY'RE.. THEY'RE THE ONES THAT'S JUST.. AND WE STARTED.. THEM BOYS STARTED OUT AS AN "RC". YOU DON'T HAVE TO ANSWER TO.. NOBODY. YOU DON'T HAVE TO WORRY ABOUT.. ALL THIS BS.. ALL THIS PROTOCOL AND YOU GOTTA DO THIS.. THIS WAY. AND YOU.. YOU CAN'T HAVE THAT.. THAT WAY. RIDING CLUBS ARE A GROUP THAT COMES TOGETHER.. AND THEY HAVE THEIR VESTS AS WELL BUT IT HAS TO HAVE "RC" ON IT. NOW WHAT'S THE DIFFERENCE? THE RIDING CLUB.. IN ALABAMA, THE RIDING CLUB IS ALSO ALLOWED TO BE.. IN EXISTENCE. BY.. THE "OMC".. THAT'S IF THEY WANT.. IF.. IF THEY WANT 'EM TO OR NOT. HAVE NO.. DON'T HAVE ANYTHING TO DO WITH 'EM. YOU WON'T SEE AN "OMC".. AT A "RC'S".. EVENT. YOU WON'T HARDLY SEE "MC'S".. AT A "RC" EVENT EITHER CAUSE THEY'RE JUST KIND A.. LIKE I SAID THEY'RE NOT.. THEY'RE.. THEY'RE.. BENEATH US IN A WAY YOU KNOW. TAKE IT HOWEVER YOU WANT BUT I'M JUST TRYING TO PUT IT IN A PROPER PROSPECTIVE.. OKAY. UM.. THOSE THINGS YOU WON'T.. YOU WON'T HARDLY SEE. NOW, AS IT RELATES TO.. TO AROUND HERE, GOING BACK UP TO THE.. THE "MC". UM.. THE "MC'S" ON.. YOUR BACK.. REPRESENTS.. UM.. AN ORGANIZED CLUB. PROTOCOL YOU HAVE.. YOUR "OMC'S" THAT YOU'RE FOLLOWING REAL CLOSE BEHIND AND YOU'RE FOLLOWING THEIR DIRECTION AND GUIDELINES. AND WHAT WE HAVE AROUND HERE.. IS.. UH.. AN ASSOCIATION YOU WILL ALSO HEAR CALLED THE "COALITION".. OKAY. EVERY.. "MC" AROUND HERE.. IN OUR AREA IS PART OF OUR ASSOCIATION. WE HAVE A MEETING.. EVERY.. EVERY SECOND.. EVERY OTHER MONTH.. EVERY SECOND SUNDAY.. AT TWO O'CLOCK (2:00) EVERY TIME. TO GIVE YOU AN EXAMPLE OF HOW THIS "OMC" THING WORKS.. UM.. IN OUR "COALITION" MEETING THE "OMC" SAID.. YOU KNOW WHAT? ANYTIME.. THAT THERE'S NO ONE REPRESENTED BY YOUR CLUB AT OUR ASSOCIATION MEETINGS.. COST YOUR CLUB A HUNDRED BUCKS ($100). JUST PASSED THIS PAST SUNDAY. IF A REPRESENTATIVE ISN'T.. AT THE MEETING A SECOND TIME.. THREE HUNDRED BUCKS ($300) RIGHT OUTTA YOUR CLUB.. RIGHT THERE. IF THEY'RE NOT THERE A THIRD TIME IN A CALENDAR YEAR, BOOM.. THE WHOLE CLUB'S COLORS COME OFF FOR THE REST OF THAT YEAR. NOW, THE "OMC" CAN TAKE.. THE "MC'S" COLORS AT ANY TIME. IT WAS JUST DONE LAST MONTH. AT ANY TIME.. FOR SOMETHING THAT IS.. GROSSLY AGAINST.. WHAT WE KNOW SHOULD BE THE PROPER PROTOCOL FOR HANDLING THINGS; SUCH AS.. ONE STARTING A FIGHT IN SOMEONE ELSE'S CLUBHOUSE.. OKAY.. (LAUGHS).. SO.. UM.. THEY CAN BE PULLED AND.. YOU THINK WELL, IF THEY'RE NO LAW ABOUT THIS.. WHAT'S THE CONSEQUENCES? AFTER YOU GET NOTIFICATION.. THAT YOU AREN'T SUPPOSED TO WEAR THOSE COLORS, YOU WEAR 'EM AND SEE. OKAY, YOU JUST SEE. BECAUSE.. YOU KNOW, PERSONALLY I THOUGHT.. I'M THE POLICE. I GOT.. I GOT DOGGONE.. ACCESS TO MANY.. ANY GUNS.. MONEY, GUNS AND BADGES AS I WANT TO.. I'M NOT REALLY.. BUT THE THING IS.. THAT'S FINE AND GOOD HERE.. BUT WHEN I'M IN FLORIDA.. (LAUGHS).. OR.. OR TENNESSEE OR*

CITY OF DOTHAN/GRAY 001792
CONFIDENTIAL

*WHATEVER YOU KNOW, AND THEY'VE GOT CHAPTERS EVERYWHERE.. SOMETHING IS GONNA HAPPEN BAD.. OKAY. SO THE BEST THING.. FOR YOU TO ALWAYS DO IS SHOW RESPECT CAUSE RESPECT IS GOLD. IT'S GOLD.*

*?? YOU TELLING ME THINGS THAT I NEVER.. (BOTH TALKING).. I NEVER KNEW ALL THIS.*

*KG: MM HUH.. AND THAT'S WHY.. THAT'S WHY WE'RE DOING THIS. AND I'M SAYING IT STRAIGHT AND I'M.. AND UH.. AND.. AND I'M SAYING IT FOR A REASON. BECAUSE.. THIS "MC" THING IS.. NOT JUST A PASTIME.. SOME'EM THAT YOU KIND A SAY WELL.. ALRIGHT, I DON'T HAVE ANYTHING TO DO SO I'LL GO. IT IS KIND OF LIKE.. A WAY OF LIFE. BECAUSE WITH THESE.. EVERYBODY IN THESE ORGANIZATIONS AND WEARING THESE COLORS THAT MEANS SOMETHING. YOU'RE REPRESENTING YOUR OWN. YOU WERE ABLE TO.. TO WEAR THOSE COLORS, GET THOSE COLORS, AND YOU WERE RESPECTED ALL THE WAY AROUND. AND I SAID THIS ONCE BEFORE BUT.. IT DOESN'T MATTER IF I'VE GOT ONE LEG. IF I'VE GOT A VEST ON.. AND I'VE GOT ONE LEG.. I'VE GOT JUST AS MUCH RESPECT AS EVERY "MC" THAT SEES MY "TATS" ON MY BACK AS ANYBODY ELSE. I'M NOT JUDGED. SO THE BIKER COMMUNITY IS A WHOLE LOT A PEOPLE FROM EVEN HIGHER ECHELONS IN LIFE.. THAT LOVES.. IT'S GOT A BAD BOY IMAGE BUT.. YOU'RE NOT JUDGED BY ANYBODY. THIS IS WHY EVERYBODY IS SO TIGHTKNIT IN A BIKE CLUB.. YOU KNOW. UM.. IF YOU'RE LOOKING FOR STRUCTURE.. IF YOU'RE LOOKING FOR EVERYTHING TO BE DONE EXACTLY RIGHT; I'S DOTTED, T'S CROSSED.. YOU NEED TO GO SOMEWHERE ELSE CAUSE THIS ISN'T IT.. AT ALL. NO PART OF THIS BIKER COMMUNITY.. IT'S NOT IT. YOU CAN GO JUST.. HAVE A GOOD TIME AND JUST.. JUST.. IT'S EMBARRASSING TO PEOPLE.. STANDING.. AROUND THAT DOESN'T KNOW ABOUT WHAT'S GOING ON. TO US.. IT'S NOTHING. WE WALKED.. (BOTH TALKING).. INTO..*

*??: (BOTH TALKING).. I'M SORRY.*

*KG: GO AHEAD.*
*??: YA'LL ARE GONNA HAVE TO TEACH ME THESE THINGS.*

*KG: THAT'S WHAT WE'RE DOING.*
*??: I JUST.. THIS IS..*

*KG: THAT'S WHAT WE'RE DOING AND I GOT A LOT MORE COMING TO YOU.*
*??: MMM..*

*KG: SO.. WHEN YOU GO INTO.. WHEN YOU GO INTO ANOTHER BIKE CLUB'S.. CLUBHOUSE.. YOUR FACIAL.. EXPRESSIONS WILL GET YOU AND THE REST OF YOUR CLUB BEAT DOWN. SOMETHING YOU SAY ABOUT SOMEONE AND YOU SAID IT.. TOO LOUD AND THIS MEMBER HEARD IT.. WILL GET YOU IN A WHOLE*

CITY OF DOTHAN/GRAY 001793
CONFIDENTIAL

*LOT A TROUBLE.  THAT'S WHY WE SAY IN OUR MEETINGS.. OUR BUSINESS STAYS OUR BUSINESS.  WE HAVE A LOT A FRIENDS OUT HERE IN THE COMMUNITY AND WE DON'T HAVE ANY ENEMIES PERIOD AND IT'S JUST BECAUSE HOW WE RUN OUR CLUB.  YOU KNOW, WE KEEP THE LORD FIRST.. AND WE.. DO THE RIGHT THING.. AND WE STAY ORGANIZED.  IN A LOT OF CLUBS, YOU'LL SEE.. THEY JUST DON'T HAVE THAT ORGANIZATION THAT WE DO.  AND.. AND WE'RE GONNA CONTINUE.. TO HAVE THAT ORGANIZATION BECAUSE.. THAT IS WHAT.. SEEMS TO BE.. OF COURSE, FIRST OF ALL IT'S RIGHT.  SECOND OF ALL, WHEN YOU'RE ORGANIZED.. YEA, YOU'VE GOT THINGS JUST ABOUT AS RIGHT AS IT CAN BE.. BUT WHEN YOU'RE NOT ORGANIZED, YOU WILL TELL A RAG-TAG CLUB IN A HEARTBEAT.  AND.. YEA, THEY'RE TALKED ABOUT IN YOUR OWN SET.. AND SOMETIMES.. WITH OTHER CLUBS THAT.. CAN TALK ABOUT IT, BUT YOU HAVE TO KNOW THAT YOU CAN TALK ABOUT THAT IN.. IN THAT.. WAY.*

*?? SPEAKING OF ORGANIZATION, WE STAY IN THE PARKING LOT.. EVERYBODY TO GET THERE, BUT WE CAN WALK IN.. ALL AT ONE TIME.*

*KG:  SAME TIME.. YEA.*

*??:  THAT.. THAT'S HOW ORGANIZED WE TRY TO DO OUR STUFF.*

*KG:  AND WHEN THINGS.. THANKS FOR SAYING THAT CAUSE THAT GIVES ME A.. A.. (UNINTELLIGIBLE).. TO GO ON SOMETHING.  WHENEVER.. WE GO TO, LET'S SAY ANOTHER BIKE CLUB'S EVENT.  IT SUPPOSED TO BE.. START AT EIGHT O'CLOCK (8:00).  WE'RE SUPPOSED TO START AT EIGHT O'CLOCK (8:00). IT STARTS ABOUT EIGHT THIRTY.. EIGHT FORTY.. WHATEVER (8:30-8:40).  YEA.. IT JUST STARTS.. REMEMBER WHAT I JUST SAID ABOUT.. THERE'S NO.. NOTHING THAT IS ABSOLUTE.  IT'S.. EVERYTHING ISN'T TO A FINE SCIENCE. NOW, WE TRY TO START.. AT.. AT THE RIGHT TIME.  AND WE TRY TO PUT OUT THERE.. WE WILL BE ON TIME, WHICH MEANS.. YOU KNOW BE ONE TIME.  BUT IF NOT.. DON'T NEED TO BE SWEATING IT.  IT'S PART OF.. THE CULTURE. THAT.. UH.. IT'S PART OF THE CULTURE.  YOU JUST.. GONNA HAVE TO ACCEPT IT.. AND MOVE ON.  UM.. NOW, AS IT RELATES TO.. THE UM.. THE.. "MC".. AND SOME OF THE THINGS THAT YOU'LL HEAR.  AS PROSPECTS.. YA'LL NOTICE I'M NOT GOING BY THIS?  DID YOU NOTICE THAT?*

*?? MM HUH.*

*KG:  KNOW WHY I'M NOT.. (UNINTELLIGIBLE). . . CAUSE.. (UNINTELLIGIBLE). . . . . . PROSPECTS.. OKAY.  WHEN I'M IN.. THE PRESENCE OF A "MC".. I'M GONNA.. (UNINTELLIGIBLE). . . . . . PROSPECT, AS YA'LL READ ON THE PAPERWORK.. YOU'RE JUST TRYING TO GET WHERE WE ARE.  THERE ARE DIFFERENT.. ASPECTS OF BEING A PROSPECT AS IT RELATES TO DIFFERENT.. CLUBS AND ORGANIZATIONS.  YOU'RE GONNA SEE SOME OF 'EM.  SOME OF 'EM JUST HAVE*

*ON A SHIRT WITH SOME MASKING TAPE THAT SAYS "P" ON THE BACK AND IT'S FUNKY AS HELL.  IT'S MEANT TO BE.*

*??:  MM HUH.*

*KG:  OURS GOT IT GOOD.  YOU'LL SEE THESE PROSPECTS AND WHEN.. WHEN YOU GO TO OTHER CLUB AS A PROSPECT.. AND A "PATCH MEMBER".. WHEN I SAY "PATCH MEMBER" THAT MEANS THEY HAVE "MC" ON THEIR BACK.  A "PATCH MEMBER".. TELLS A PROSPECT FROM ANY CLUB WHATSOEVER.. TO DO SOMETHING.. YOU BETTER GET AT IT.  DON'T ASK NOT QUESTIONS.. GET AT IT.  THAT'S THE WAY IT IS.  GET AT IT.  THEY'RE GONNA TELL YOU TO SWEEP.. GET SOMETHING UP THAT JUST BROKE.. WHEN THERE'S SPILLS IN THE CLUB.  THEY'RE GONNA TELL YOU TO.. UM.. STAND OUT THERE AND WATCH MY BIKE ALL NIGHT.. YOU KNOW.  THEY'RE GONNA TELL YOU TO GO.. TAKE THIS STUFF.. CARRY THIS STUFF IN.  THEY'RE GONNA.. THEY'RE GONNA TELL YOU.. I NEED A BEER.  YEA, GET ME A BEER "PROBIE".. YOU KNOW. "PROBIE".. "PROSPECT".. SAME THING.  OH AND.. THEY'RE GONNA TELL YOU ALL THIS STUFF AND THAT.. THAT'S HOW IT'S SUPPOSED TO BE.  THAT'S.. THEY HAVE.. YOU'RE GOING THROUGH A.. A TESTING PERIOD, A TESTING PHASE, OF YOUR LOYALTY TO HOW YOU ARE GOING TO ADHERE TO RULES AND REGULATIONS BECAUSE GUESS WHAT THAT TURNS INTO.. FOLLOWING PROTOCOL.  WE'RE GONNA GIVE YOU PROTOCOL.. YOU KNOW.  YOU'RE GONNA LEARN PROTOCOL.  YOU'RE GONNA KNOW WHAT IT IS.. IT'S WHO.. IT'S WHAT YOU LIVE FOR IN THE "MC" UM.. COMMUNITY.  THE CAMARADERIE, YOU GET NONE BETTER THAN IN AN.. A DOGGONE "MC" CLUB.. OR AN "OMC" CLUB.  YOU WON'T FIND NOWHERE.. YOUR OWN FAMILY.. YOU WON'T FIND IT, THE.. THE.. THE.. COHESIONS.. THAT ARE HERE BECAUSE GUESS WHAT?  I'M NOT JUDGING YOU FOR.. WHATEVER IT IS WE'VE SHARED ALREADY, YOU KNOW WHAT I'M SAYING, ANYTHING THAT.. YOU'RE NOT JUDGING ME.. YOU KNOW.  I'M NOT JUDGING YOU WHATEVER.  WE'RE ALL.. THE SAME PERSON HAVING THE SAME INTEREST.. BACKING EACH OTHER UP.. LOOKING OUT FOR EACH OTHER.. UM.. LENDING A HAND OUT, NO.. MATTER.. WHAT.. IT.. IS. THAT'S HOW.. IT IS AND THAT'S WHAT TYPE OF AN ORGANIZATION YOU'RE IN. SO, YEA.. YOU KNOW, WHEN WE STARTED IT WE STARTED AS A "RC" AND WE EVENTUALLY CAME UP INTO THE "MC" STATUS.  AND WHAT WE'VE DONE NOW IS SINCE WE'VE UH.. FORMED THIS.. UH.. UH.. COALITION.. THE "OMC" IS SAYING.. WE NEED TO TIGHTEN UP A LITTLE BIT BECAUSE WE'VE GOT FEMALES WEARING CLUB.. COLORS THAT HAS "MC" ON IT.. AND THEY DON'T EVEN HAVE A BIKE.*

*??:  CAN'T EVEN RIDE ONE.. DON'T EVEN KNOW HOW.*

*KG:  THOSE ARE COMING OFF.  AND THEY.. FOR THE MOST PART MOST OF 'EM I'VE SEEN HAS LEFT.  BUT THIS IS.. WITHIN THE LAST MMM.. ABOUT WHAT? SIX MONTHS?*

CITY OF DOTHAN/GRAY 001795
CONFIDENTIAL

**??:** *MM HUH.*

**KG:** *KIND OF COMING DOWN A LITTLE BIT HARD BECAUSE WE'RE ORGANIZING BETTER AND WE'RE.. COMING UP TO WHERE WE SHOULD BE. AND ALL THE PRESIDENTS AND VICE-PRESIDENTS ARE THE ONES THAT ARE ON THE COALITION AND WE.. AND THOSE MEETINGS, WE BRING BACK.. WHAT THE.. COALITION.. IS UM.. IS HANDING DOWN, SO EVERYBODY WILL.. WILL BE KNOWLEDGEABLE. NOW, EVEN AS A "PROBIE".. MORE THAN LIKELY YOU'RE GONNA BE UM.. YOU'RE GONNA BE WALKING.. WITH THE PRESIDENT OR THE FOUNDER, SHADOWING THEM WHEREVER THEY GO BECAUSE YOU'RE THEIR SECURITY.. PERIOD. YOU'LL SEE IT IN OTHER CLUBS, OTHER SETS. YOU JUST KNOW THAT'S WHAT IT IS BECAUSE YOU'RE GONNA SEE IT. IT'S.. IT'S PART OF THE JOB.. OKAY. AND.. AS YOU GO THROUGH WITH US.. YOU HAVE A SIX MONTHS PROBATION PERIOD. UM.. AND THERE IS ONE EXCEPTION TO THAT.. THE FOUNDING EXECUTIVE BOARD, WHICH WE HAVE IN OUR CLUB.. WE HAVE THE FOUNDER. FOR SOME REASON I THOUGHT THAT.. THAT THIS CLUB AND THOUGHT IT WAS NAMED CAUSE I USED TO BE A.. A.. A PRESIDENT OF ANOTHER CLUB THAT.. UM.. WASHED OUT YEARS AGO.. OKAY.*

**??:** *I TALKED TO ONE A YOUR OLD MEMBERS TODAY TOO.*

**KG:** *WELL YEA..*

**??:** *HE SAID YA'LL WAS DOING.. (BOTH TALKING)..*

**KG:** *(BOTH TALKING).. UM.. SO.. UM.. I THOUGH A.. BOUT IT AND SAID YOU KNOW WHAT? I SURE WOULDN'T MIND HAVING ANOTHER CLUB. DANG, WHAT AM I GONNA CALL IT? WHAT AM I GONNA DO? WHAT? AND I RODE AROUND.. A YEAR THINKING ABOUT.. WHAT.. HOW I WANT IT TO BE? WHERE DID I WANT IT TO BE AT? ONE THING I THOUGHT IS.. I DON'T WANT THE.. THE.. THE YOUNG CATS THAT I HAD IN MY FIRST ONE CAUSE EVERYBODY WAS AROUND.. JUST BARELY TWENTY-ONE.. TWENTY-TWO.. TWENTY-THREE. ONE LOST THEIR LIFE.. ONE LOST THEIR LEG FROM HERE DOWN AND ONE LOST THEIR FOOT.. OKAY. UM.. SO, AFTER.. THINKING OF THE.. NAME AND COMING UP WITH.. LOT A DIFFERENT SKETCHES, I SAT DOWN WITH SOME GUYS WITH SOME DIFFERENT NAMES AND.. AND HASHED OUT UH.. "BAMA BOYS".. OKAY. AND IT SEEMED TO BE THE GOOD THING.. IT WAS GOOD. SO WHAT.. UM.. I DID AFTER THAT IS I DECIDED YEA.. I'M THE FOUNDER, BUT THERE'S BEEN SOME GUYS IN THIS CLUB THAT HAS REALLY, REALLY, REALLY.. BEEN WITH.. THE CLUB.. THROUGH THICK AND THIN. THESE GUYS GOT GOOD LEVEL HEADS ON 'EM. SO, I TALKED TO UM.. OUR CPA. AND UM.. HE SAID YOU KNOW WHAT YOU NEED TO INCORPORATE.. AND YOU NEED TO GO AHEAD AND GET YOUR NAME RESERVED WITH THE STATE OF ALABAMA. WE DID THAT. YOU GO TO THE SECRETARY OF STATE OF ALABAMA AND TYPE UP*

CITY OF DOTHAN/GRAY 001796
CONFIDENTIAL

*"BAMA BOYS", YOU'RE GONNA SEE "BAMA BOYS" AND EVERYTHING.  BUT YOU'LL SEE "BABA BOYS" MOTORCYCLE CLUB.. DOTHAN, ALABAMA.. OUR PAPERWORK.  WE'RE INCORPORATED.  WE'RE FILED AND.. AT THE PROBATE OFFICE DOWN HERE AS WELL.  SO, TO INCORPORATE, I NEEDED TO HAVE SOME BOARD OF DIRECTORS.  THOSE ARE THE FOUNDING.. EXECUTIVE BOARD MEMBERS.. WHICH CONSIST OF..*

*??:  EXCUSE ME.*

*KG:  MM HUH.. UM.. WHICH CONSISTS OF.. OF MYSELF AS THE FOUNDER.. "DIRTY", HE'S ONE A THE FOUNDING EXECUTIVE BOARD MEMBERS.  WE GOT "DOG POUND".*

*??:  EXCUSE ME.  I'M SORRY GUYS.. I GOTTA GO.*

*KG:  OKAY.. ALRIGHT.*

*??:  (UNINTELLIGIBLE)..*

*KG:  ALRIGHT. . "DIRTY".. "DOG POUND".. "DOUBLE DOG".  US FOUR MAKES UP THE FOUNDING EXECUTIVE BOARD.  WHAT DO WE DO?  WE GOVERN ANY.. BRANCH, ANY SOCIAL.. WE'RE.. THE BOARD OF DIRECTORS OVER THE ENTIRE OPERATION.  WE WILL ALWAYS BE THE BOARD OF DIRECTORS OVER.. THE ENTIRE OPERATION.  I HAPPEN TO BE THE PRESIDENT BECAUSE I WAS ELECTED IN AS THE PRESIDENT LAST TIME.  UM.. AND.. OUR TERM IS FOR TWO YEARS.  AND UM.. SO, I MAY.. SOMEBODY ELSE MAY BE VOTED IN AS THE PRESIDENT.. BUT I'M STILL ON.. THE EXECUTIVE BOARD BY PROXY OF BEING THE FOUNDER ALWAYS.  UM.. EXECUTIVE BOARD MEMBERS CAN CHANGE, BUT IT DEPENDS ON.. IF I WANNA ADD, SUBTRACT, DELETE.. WHATEVER.  BUT IT IS ON THE PAPERWORK THAT WE HAVE, THE INCORPORATION PAPERWORK.. OKAY.  NOW AFTER THAT YOU HAVE YOUR OFFICERS. PRESIDENT, THE VICE-PRESIDENT, SECRETARY, TREASURER, UM.. UM.. SERGEANT AT ARMS.  YOU GOT YOUR ROAD CAPTAIN.  YOU HAVE YOUR CHAPLAINS.  SOME DIFFERENT CLUBS DO.. DOESN'T RECOGNIZE THE.. THE.. THE ROAD CAPTAIN AND THE SERGEANT AT ARMS AS A OFFICER OR WHATEVER.  WE DO.. THAT'S WHY WE HAVE.. OUR.. OUR BY.. OUR BY-LAWS.. OKAY.  SO, UM.. THAT KIND A ORGANIZATIONAL STRUCTURE IS WHAT WE HAVE.  NOW, THERE IS AN EXECUTIVE BOARD THAT JUST HANDLES ANY CONTROVERSY, JUST WITHIN.. THAT ONE CLUB.  SO LET'S JUST SAY.. HE.. HASN'T PAID HIS DUES FOR NINE MONTHS.  SOMEBODY IS GONNA HAVE TO DO SOMETHING ABOUT THAT.  THAT'S GONNA BE THE EXECUTIVE BOARD. NOT THE FOUNDING EXECUTIVE BOARD, BUT THE EXECUTIVE BOARD.  BUT SOMETHING THAT WOULD RELATE TO.. THE FUNCTIONALITY OR SOME ASPECT OF THE ENTIRE CLUB.. THE FOUNDING EXECUTIVE BOARD IS THE ONE THAT MAKE THE DECISION.  JUST LIKE THIS NEW CHAPTER WE OPENED*

CITY OF DOTHAN/GRAY 001797
CONFIDENTIAL

*UP IN ANNISTON, UH.. THAT IS A SOCIAL CLUB.. SAME THING. WE'RE STILL THE BOARD OVER.. THEM AS WELL. SO, THAT KIND A GIVES YOU AN IDEA OF THE.. THE HEIRARCHY AND HOW IT COMES DOWN AND SEPARATES.. THE "MC'S", THE "RC'S", THE "SC'S". THE UH.. "PO'S" (THE PROPERTY OF).. AND THE SUPPORTERS.. ARE.. SUPPORTERS. "PO" GENERALLY.. WITH THE "OMC'S", THEY'RE THE ONLY ONES THAT CAN HAVE.. LADIES THAT HAVE "PROPERTY OF" ON THEIR BACK. WHAT DOES THIS MEAN? IT COULD MEAN THAT THAT'S HIS WIFE.. OR LADY. OR IT COULD MEAN THAT THIS IS A PERSON THAT ANSWERS TO ONE OF.. THE.. "OMC'S" UM.. MEMBERS. IN THE "OMC" WORLD.. ONE.. MEMBER.. LET'S SAY HE IS AN "OMC" MEMBER. HE MAY HAVE FOUR "PO'S".. THAT DOES EXACTLY WHAT HE TELLS THEM TO DO. WHENEVER YOU.. SEE A "PO" AND WE GO TO SOMEONE ELSE'S EVENT, THE BEST THING TO DO IS TO LEAVE THEM ALONE BECAUSE YOU DON'T HAVE A CLUE. IF THEY, YOU KNOW.. COME TO YOU AND TALK TO YOU OR WHATEVER.. YEA, YOU CAN TALK TO THEM. BUT.. KNOW THAT SOMEBODY'S EYES ARE ON THEM.. NO MATTER WHERE.. WHERE WE GO. UM.. OUR SUPPORTERS, WE'VE JUST STARTING GETTING SUPPORTERS. WE.. VOTED ON THE CONCEPT AND ADOPTED IT BACK THEN BUT WE JUST DIDN'T HAVE.. WE DIDN'T HAVE 'EM. OUR SUPPORTERS.. OUR SUPPORTERS.. THEY ARE PEOPLE THAT ENJOY BEING WITH US AND.. AND HAVING A GOOD TIME.. AND.. AND THAT'S IT. OUR SUPPORTERS DON'T HAVE VOTING RIGHTS. UM.. AND.. OUR SUPPORTERS DON'T.. GET INTO THE BUSINESS.. OF THE CLUB. THEY'RE THERE AS A SUPPORT PERSON.. OKAY. THEY DON'T WEAR "MC" ON THEIR BACK. THEIR VESTS ARE SIMILAR TO OURS BUT THE "MC" MEANS EVERYTHING.. OKAY. UM.. NO SAY-SO. NO VOTING RIGHTS. JUST.. THEY SUPPORT US. THEY GO WHERE WE GO AND HAVE A GOOD TIME.. YOU KNOW. AND THEY WILL BE SEEN AS A SUPPORTER BECAUSE THERE'S NOT AN "MC" ON THEIR BACK.. AN "SC" ON THEIR BACK. THAT'S IT.*

*??: THEY USUALLY ON THE BACK OF SOMEBODY'S MOTORCYCLE.*

*KG: YEA.. THEY.. THEY'RE SUPPORTERS.. OKAY. UM.. YOUR PROSPECT PHASE LASTS FOR SIX MONTHS.. AFTER YOU'RE VOTED IN. THE FIRST THREE MONTHS YOU WEAR UM.. "PROSPECT" ON YOUR BACK.. ONLY. IT'S IN.. ON THE TOP AS A UH.. AS A ROCKER. YOUR FOURTH MONTH, THE "PROSPECT" COMES OFF THE TOP AND YOU GET A BOTTOM ROCKER. HAVE YOU GOT YOURS WITH YOU?*

*??: (UNINTELLIGIBLE)..*

*KG: OKAY, HE'S ALREADY.. AND YOU CAN SEE RIGHT HERE.. HE'S ALREADY.. BEEN "PROSPECT". HE GETS A BOTTOM ROCKER. THAT MEANS SOMETHING.. NO MATTER WHOSE CLUBHOUSE WE WALK IN.. NO MATTER WHO.. THEY KNOW EXACTLY WHAT THAT MEANS. NO DOUBT.. IT SPEAKS FOR ITSELF.. OKAY. THIS IS KIND A LIKE UNIVERSAL.. OKAY. THE.. THE NEXT MONTH*

CITY OF DOTHAN/GRAY 001798
CONFIDENTIAL

*AFTER THAT.. HE GETS THE TOP ROCKER. THE NEXT MONTH AFTER THAT.. HE GETS.. THE.. THE UH.. "BAMA BOY" UM.. ON THE FRONT. THAT'S FOUR OR FIVE.. ONE-TWO-THREE-FOUR-FIVE. HIS LAST MONTH.. HE GETS HIS CENTER PATCH.. AND HIS RIDING NAME.. OKAY. THAT'S THE SIX MONTH PROBATION. HOW DO YOU GET THAT? HAVING YOUR DUES PAID ON TIME. AS A "PROBIE", YOU CAN'T AFFORD TO MAKE ANY MISTAKES AT ALL. IT'S TO SHOW YOUR LOYALTY TO THE CLUB.. SHOW THAT YOU'RE GOING TO RESPECT THE PROTOCOL AND FOLLOW THE DIRECTIONS.. AND SHOW THAT YOU'RE REALLY INTERESTED IN BEING IN THE CLUB. DON'T ATTEND MEETINGS? BEST GET READY CAUSE YOU'RE GONNA BE KICKED OUT BIG TIME. UM.. DON'T PAY YOUR DUES AND STUFF ON TIME? FIXING TO BE KICKED OUT OR.. SOME KIND OF SANCTION. UM.. AND UH.. DON'T FOLLOW DIRECTIONS? YOU KNOW, THAT IS.. (BOTH TALKING)..*

*??: (BOTH TALKING).. THAT'S MY PROBLEM.. FOLLOW DIRECTIONS.*

*KG: (LAUGHS).. THAT'S EXACTLY IT.*

*??: (LAUGHS)..*

*KG: YOU HAVE TO DO YOUR SIX MONTHS. YOU HAVE TO DO YOUR TIME.*

*??: YOU HAVE TO ATTEND THE UH.. THE UH..*

*KG: YOU GOTTA.. (BOTH TALKING)..*

*??: (BOTH TALKING).. WHEN THEY GO.. WHEN THEY GO TO DIFFERENT UH.. EVENTS AND DIFFERENT CLUB THINGS, YOU GOTTA ATTEND 'EM.*

*KG: YOU GOTTA BE ACTIVE.. GO TO EVERYTHING THAT YOU SEE THAT WE'RE GOING TO.. BE THERE. IT'S A SACRIFICE. IT'S MORE OF A SACRIFICE FOR THOSE SIX MONTHS THAN IT WILL WHEN YOU'RE.. A FULL MEMBER. BUT.. YOU GOT TO SHOW THAT YOU HAVE THE INITIATIVE AND YOU'RE GONNA BE IN THE CLUB. ANOTHER THING THAT YOU'LL HEAR THAT'S COMING OUT SUNDAY IS THAT UM.. MO.. MOST OF THE OTHER CLUBS.. SOME OF THE.. SOME OF YA'LL HAS BEEN TO SOME OF THE THINGS THAT WE'VE HAD. WE'LL SEE SOME CLUBS THAT HAVE A LOT A PEOPLE THERE. YOU GOT SOME CLUBS THAT REPRESENTED BY FOUR OR FIVE PEOPLE. THAT'S FIXING TO CHANGE.. DRASTICALLY. BECAUSE THE COALITION IS SEEING THAT.. AND THERE'S BEEN DISCUSSION THAT.. SOME CLUBS ARE GETTING UH.. A LITTLE BIT OF ANIMOSITY BECAUSE.. WHEN THEY COME TO.. ANOTHER CLUB'S EVENT THEY MAY COME WITH FIFTEEN.. TWENTY PEOPLE.. AND THEY'RE ALL PAYING TO GET IN THE CLUB. YOU'RE SUPPORTING THAT CLUB. HAVE A GOOD TIME, YOU KNOW UH.. GO.. COME AND GO, DRINK, PARTY.. YOU KNOW. WHEN YOU.. GO TO THEIR CLUB AND YOU HAVE FOUR MEMBERS.. REALLY NOT SP.. AND*

CITY OF DOTHAN/GRAY 001799
CONFIDENTIAL

*THEY USE THAT MONEY FOR.. UH.. FUND RAISERS AND YOU KNOW JUST
DIFFERENT THINGS. SO, THEY'RE.. THE ONES THAT YOU SEE THE MOST
MEMBERS.. AND IT'S USUALLY BECAUSE THERE'S A FINE ASSOCIATED WITH IT
IF YOU DON'T ATTEND. WELL GUESS WHAT? WE FINALLY GOT TO THAT
POINT. WE'VE GOTTA DO THE SAME THING BECAUSE.. THERE'S ONLY A HAND
FULL OF US.. THAT GOES TO EVERYTHING.. ON A CONSISTENT BASIS. UM.. SO
FINES.. ARE NE.. NORMAL IN CLUBS, WHICH IS., YOU KNOW AND., IF YOU JUST
THINK ABOUT IT GUYS, EVERY ONE OF YOU ARE BUSINESS OWNERS.. OKAY.
YOU HAVE EMPLOYEES. IF.. YOUR EMPLOYEES DON'T COME TO TRANSACT
YOUR BUSINESS.. YOU'RE GONNA LOSE MONEY AND YOUR BUSINESS IS NOT
GONNA UH.. PROSPER. UM.. BUT, THERE'S INCENTIVES.. YOU KNOW. OF
COURSE, A PAYCHECK IS AN INCENTIVE. NEXT THING IS.. IF YOU.. LOSE THAT
JOB OR THAT EMPLOYEE.. YOU KNOW YOU TELL THAT EMPLOYEE YOU KNOW
WHAT? YOU'RE NOT HERE TO SUPPORT MY BEST INTERESTS. I NEED YOU
HEAR AT EIGHT O'CLOCK (8:00) BECAUSE WE HAVE CUSTOMERS COMING AND
WHAT.. YA-DA.. YA-DA.. YA-DA. YOU NEED TO GET TO WORK. YOU MAKE IT
HARD FOR OTHER PEOPLE BY NOT BEING THERE. THAT'S THE SAME THING
THAT'S GOING ON RIGHT NOW.. OKAY. WELL.. HEY.. THIS CLUB ISN'T PAYING..
DIVIDENDS. IT'S NOT.. FEEDING MY FAMILY. WHY.. SHOULD I.. BE THERE?
WE SHOULDN'T EVEN HAVE TO ASK.. (UNINTELLIGIBLE).. WHAT THE
CONSEQUENCES ARE. GUESS WHAT? WHEN WE DON'T GO TO THEIR EVENTS,
THEY'VE ALREADY UM.. SAID THEY'RE GONNA START PULLING FIFTY BUCKS
($50) FROM THE CLUB FOR NOT HAVING.. A MINIMUM.. A MINIMUM OF FIVE
MEMBERS.. FIFTY BUCKS ($50). AND I'M SURE THAT'S GONNA GO UP. I.. I.. I
SEE THE WRITING ON THE WALL. I DONE ALREADY HEARD ONE HUNDRED
BUCKS AND TEN ($110-??).*

*??: THAT'S GONNA COME FROM OUR CLUB.*

*KG: OUR.. (BOTH TALKING). . . .*

*??: (APPEARS TO BE SEVERAL PEOPLE TALKING). . . . . .*

*??: IF IT COME FROM OUR CLUB.*

*??: IS THAT.. ACROSS THE UNITED STATES OR WHERE.. WHAT IS THAT?*

*KG: GOOD QUESTION. THAT APPLIES.. TO.. SANCTIONED EVENTS. WE'RE IN..
OUR COALITION.. AND LET ME.. I'VE BEEN.. SKIPPING OVER THIS WORD..
INTENTIONALLY BECAUSE I HAVEN'T EXPLAINED IT.. AND I DIDN'T WANNA
USE IT A WHOLE LOT. THE "SETS".. THE SET IS WHERE WE THRIVE.. WHERE
WE DO OUR BUSINESS.. WHERE WE GO ASSOCIATE THESE.. FOR.. THE SET FOR
US IS PRETTY MUCH FROM.. UM.. EUFAULA.. ALL THE WAY DOWN TO THE
FLORIDA LINE.. ALL THE WAY OVER TO THE GEORGIA LINE.. GEORGIA LINE
AND.. ALL THE WAY DOWN.. YEA, FLORIDA ON THAT SIDE TOO.*

CITY OF DOTHAN/GRAY 001800
CONFIDENTIAL

*??:  WELL IT'S NO BIG DEAL THEN? .. (BOTH TALKING)..*

*KG:  (BOTH TALKING).. THIS IS.. THIS IS A SET.*

*??:  TENNESSEE AND EVERYWHERE ELSE?*

*KG:  IF.. IF YOU HEAR SOMEBODY SAYING.. YEA, WE.. WE DON'T DO THAT ON THE SET.  THAT JUST MEANS.. THAT'S NOT THE WAY WE DO IT AMONGST ALL OF OUR CLUBS THAT'S IN THE SAME ASSOCIATION.  BIRMINGHAM HAS A DIFFERENT SET.  BUT WHEN THEY SAY THIS IS THE WAY WE DO IT ON THE SET.. KNOW THAT THAT'S WHAT THEY'RE TALKING ABOUT.  THAT'S WHAT WE DO IN OUR COMMUNITY.. OKAY.  UM.. "RAGS".  "RAGS" ARE YOUR COLORS. "RAGS" ARE YOUR VESTS.. (UNINTELLIGIBLE).. . THO.. THOSE ARE YOUR "RAGS".  IT'S ALSO CALLED YOUR "CUT".. OKAY.  JUST A COUPLE OF TERMINOLOGIES YOU'RE GONNA BE HEARING.  SO, WHEN WE.. HAVE.. WE HAVE DEFINED.. UH.. THAT WE'RE GONNA ATTEND.. EACH OTHER'S ANNIVERSARY PARTIES.. AND THEIR CHARITY.  EVERY CLUB IN OUR.. ON OUR SET WILL HAVE AN ANNIVERSARY PARTY.. AND THEY WILL HAVE A CHARITY, A MAIN CHARITY THAT THEY'RE DOING.  THESE.. ARE GOING TO BE.. MANDATORY.  OUR ANNIVERSARY.  OUR OWN ANNIVERSARY PARTY.. WILL BE MANDATORY.  FINES WILL BE ASSOCIATED WITH THOSE THINGS THAT.. (UNINTELLIGIBLE). . . . . . UH.. THAT YOU HAVE TO ATTEND BECAUSE.. THE CLUB IS GONNA LOSE OUT ANYWAY.. YOU KNOW.  BUT.. IF THE MEMBERS DON'T.. PARTICIPATE.. THAT'S THE ONLY INCENTIVE TO GET THEM TO PARTICIPATE CAUSE WE'VE BEEN IN EXISTENCE.. SINCE '08 AND HAVEN'T HAD TO DO THIS AND THIS.. IS ABOUT.. I'VE FOUGHT HAVING TO DO THIS.. FOR THIS LONG.  THE.. OUR CLUB ALMOST COLLAPSED.. AS A RESULT OF WHAT? NOBODY.. IN OUR CLUB COMING TO SUPPORT EACH OTHER.. TO BE.. ON THE SET AND SUPPORT OTHER CLUBS.  SAT DOWN AND THOUGHT ABOUT DIFFERENT WAYS TO MAKE IT COME BACK, AND WE DID A GOOD JOB OF THAT.  MATTER A FACT WE BOUNCED ALL THE WAY BACK AND WENT ALL THE WAY TO THE TOP.  AND THAT'S WHERE WE REMAIN RIGHT NOW.  THE RESPECT ON THE SET, WE'VE GOT.  THE IMAGE ON THE SET, WE'VE GOT.  "BAMA BOYS MC".. HAS ONE.. ISSUE.. ON THE SET THAT I CAN THINK OF PERIOD OUT OF ANYTHING THERE THAT COULD BE.  WE HAVEN'T BEEN HAVING THE NUMBERS TO GO ASSOCIATE WITH OTHER.. (SKIP IN RECORDING).. THEY DON'T TELL YOU TO YOUR FACE BUT YOU START HEARING IT.  THEY.. THEY ARE HINTING AROUND.  THEY'VE BEEN.. HINTING AROUND FOR.. FOR A LITTLE WHILE NOW.  THAT'S CHANGING.  THAT.. THAT.. THAT'S JUST CHANGING. WELL IT'S UNACCEPTABLE.  PROSPECTS.. BE WHERE YOU NEED TO BE.  DO WHAT YOU NEED TO DO.  THIS SAME THING BUT A LOT MORE IS GONNA PREACHED UH.. SUNDAY AT THE HOUSE AS WELL.  AND WE GOT SOME NEW EXCITING STUFF UM.. I'M TO BRING BEFORE YA'LL AS WELL.  BUT GENERALLY, JUST GENERAL GETTING A LITTLE BIT OF A.. A UNDERSTANDING ABOUT*

CITY OF DOTHAN/GRAY 001801
CONFIDENTIAL

PROTOCOL FOR PROSPECTS.. YOU KNOW YA'LL READ THE PAPERWORK AND EVERYTHING. THAT IS THE GENERAL CONSENSUS. ARE WE IN A ORGANIZATION THAT IS SO DANGEROUS THAT WE NEED TO FEAR.. FOR OUR LIFE? I'M AN EXECUTIVE WITH THE POLICE DEPARTMENT. I PROTECT THE GOVERNOR.. OF ALABAMA. I'M THE.. I'M HEAD OF THE HOMELAND SECURITY BOMB SQUAD UH.. FOR REGION TWO. WOULD I BE IN THIS THING.. WITH THAT MUCH TO LOSE IF IT WAS ABSOLUTELY THAT CRITICAL? AND I WON'T DO.. I WON'T HAVE YA'LL TO DO A THING THAT I WON'T DO FIRST.. AND KNOW THAT. YOU KNOW SOME DANGER.. THAT WAS ASSOCIATED WITH US BEING ON THE SET.. TO THAT DEGREE.. (UNINTELLIGIBLE).. I'M NOT GONNA.. (BOTH TALKING)..

??: (BOTH TALKING). . . .

KG: I'M NOT GONNA.. I'M NOT GONNA.. UH.. PUT ANYBODY'S FAMILY.. YOUR OWN LIFE.. IN JEOPARDY. BUT I'LL GUARANTEE YOU ONE THING.. (UNINTELLIGIBLE). . . . ANY OF YA'LL.. I'M GONNA GET IN THE FIRST LICK. I.. I HOPE NOT TO HIT YOU.. TRYING TO.. (BOTH TALKING)..

??: (BOTH TALKING).. YEA.

KG: YEA.. BUT I'M GONNA BE.. I'M GONNA BE THE FIRST ONE THERE. BECAUSE WHAT THEY DID WAS THEY DISGRACED US BECAUSE I KNOW.. THAT WE.. DON'T GO AROUND ACTING LIKE BAD ASSES. BUT.. WE'RE GONNA END THE CONFLICT IF SOMEBODY ELSE BEGINS IT.. AND IT'S WITH US. IF SOME OTHER CLUB STARTS SOME STUFF.. ON THEIR OWN.. THEY'RE ON THEIR OWN BECAUSE THEY HAVE TO LIVE BY THE SAME THING.. AND THEY'RE ON THEIR SET. WE DON'T KNOW WHAT BEEF THEY MAY HAVE ON THEIR SET.. YOU KNOW. UM.. THERE MAY BE ONE EXCEPTION TO THAT.. THAT I KNOW OF RIGHT NOW.. AND THAT'S "LOD".. DOWN IN PANAMA CITY. THOSE GUYS ARE LIKE THIS WITH US AND "BAMA GIRLS" YOU KNOW.

??: THAT'S RIGHT.

KG: LIKE THIS WITH US. I MEAN.. MORE SO THAN YOU KNOW AND YOU'LL SEE WHEN WE GO DOWN AND.. AND THEY.. THEY HAVE SOMETHING COMING UP, TOO, AND WE'LL BE DOWN THERE. I MEAN..

??: (UNINTELLIGIBLE). . .

KG: HUH?

??: (UNINTELLIGIBLE). . .

CITY OF DOTHAN/GRAY 001802
CONFIDENTIAL

KG: THEY.. THESE GUYS ARE.. ARE OUT OF SIGHT.. OUT OF THIS WORLD AND.. AND I.. I'VE GIVEN THIS EXAMPLE ONCE BEFORE AND I'LL GIVE IT.. JUST IN CASE YOU NEW GUYS. UM.. (UNINTELLIGIBLE). . . . . . GOING DOWN TO PANAMA CITY. IT'S CALLED "LEGIONS OF DOOM". WE GO DOWN THERE AND THEY HAVE A CLUBHOUSE. WELCOMED.. WHEN THEY FIRST MET US THEY.. THEY WELCOMED US. THE FIRST TIME THEY SAW US WE WERE ON THE.. WE STOPPED ON THE UH.. TO GET SOME FUEL.. IN PANAMA CITY AND THEY WERE THERE.. FUELING UP. AND "BAMA BOYS", WE PULLED UP.. FIRST TIME THEY EVER SEEN US.. AND EVERYTHING. AND THEY ASKED QUESTIONS MAN JUST.. SHOWED MUCH LOVE AND NEVER SEEN US AT ALL.. FIRST DAY IN OUR LIFE. THEY GOT A CLUBHOUSE.. INVITED US DOWN AND WE WENT DOWN THERE AND MAN, THEY TREATED ME BETTER THAN MY OWN FAMILY TREATS ME RIGHT NOW. I MEAN THEY REALLY JUST ALL OUT MAN. WE FA.. FALL IN BEHIND THEM, A WHOLE BUNCH A CATS. YOU FALL IN.. AND IT'S LIKE YOU RUN PANAMA CITY CAUSE THERE'S SO MANY A YOU RIDING. SO DEEP.. YOU JUST.. YOU'LL FEEL IT. AND WHEN YOU GET THERE, YOU'LL KNOW EXACTLY WHAT I'M TALKING ABOUT.

??: YOU AIN'T GOTTA PAY FOR NOTHING.

KG: YEA.. THEY.. YOU WON'T.. THEY'LL.. DAMN NEAR.. TACKLE YOU IF YOU TRY TO PAY FOR SOMETHING.. YOU KNOW. SO, THEY LET US COME TO THEIR.. CLUB HOUSE AND THEY LET US WRITE OUR NAME ON THE FOYER GOING IN, ON THE WALL GOING IN. WITH A BIKE CLUB AND YOU WRITING SOMETHING ON THE WALL IN THEIR CLUBHOUSE, THAT IS HUGE. THAT IS HUGE. WELL, A LOT OF OTHER CLUBS' NAMES ARE WRITTEN.. ON THERE AS YOU GO IN.. I MEAN ALL OVER.. ALL OVER IT GOING THROUGH THE DOOR INTO THEIR CLUBHOUSE. WE WENT BACK.. WAS IT LAST YEAR? ABOUT LAST YEAR?

??: YEA.

KG: ALL THE NAMES WERE PAINTED OVER.. BUT ONE. AND IT WAS OURS. ALL OF 'EM.. EVERY BODY ON THE SET HERE.. EVERYBODY'S WAS PAINTED OVER.. BUT "BAMA BOYS" AND IT STILL SITS THERE TODAY. WE'VE GONE TO A COUPLE OF THEIR MEMBER'S FUNERALS. I MEAN IT'S JUST.. YOU CAN.. YOU CAN FEEL WHAT I'M TALKING ABOUT. AND I CAN'T EVEN SAY ANYTHING ANY BETTER THAN THAT. SO, UM.. YOU CAN TAKE THAT TO THE BANK. SO.. SO, WHAT YOUR ROLE IS AS A PROSPECT.. IS LIKE THE SHEET SAID.. LISTEN. DO WHAT YOU'RE TOLD TO DO. YOUR ASSIGNED YOUR SPONSOR. THIS IS THE PERSON YOU COMMUNICATE WITH. UH.. HE'S RESPONSIBLE FOR LETTING YOU KNOW.. WHERE YOU GOING.. WHERE YOU DOING.. WHAT YOU DOING AND ALL THAT KIND A STUFF. THIS SUNDAY UM.. AT MY HOUSE I WILL HAVE A UH.. A SHEET WITH EVERYBODY'S NAME.. AND PHONE NUMBER AND IF YOU GAVE ME YOUR ADDRESS IT'LL BE ON THAT TOO, SO EVERYBODY 'LL HAVE EACH OTHER'S INFORMATION. FLIP IT OVER, IT'S GONNA HAVE.. ALL THE

*EVENTS WE HAVE.. FOR THE REST OF THE YEAR.. OKAY; FOR THE REST A THE YEAR, THE DATES AND EVERYTHING, WHERE THEY'RE AT AND STUFF LIKE THAT. THERE'S A FEW THAT WE WANT A.. A BIG SHOWING.. A BIG SHOWING TO. THIS SUNDAY UM.. NO, THIS SATURDAY.. (UNINTELLIGIBLE). . . RIDE IS IN TROY. THEIR ANNUAL.. WHICH THERE ON THE SET. THAT'S THE ONE THAT ALL OF US NEEDS TO BE AT. THEIR ANNUAL.. IT'S ONLY GOTTA BE A CHARITY RIDE AND A PICNIC THAT DAY. THEY'RE NOT HAVING A PARTY AT NIGHT. AND USUALLY WITH A BIKE CLUB'S ANNUAL, WHICH IS.. IT'S THEIR ANNIVERSARY PARTY.. THE WAY IT'S SET UP.. IS THERE'S A MEET AND GREET GENERALLY ON FRIDAY.. AND IT USUALLY STARTS LATE. ALL THAT IS.. IS FOR OUTSIDE.. MEMBERS, OR OUTSIDE CLUBS TO COME. YOU GET CHECKED INTO WHATEVER THE HOST HOTEL IS THAT THEY HAVE ON THEIR FLYER OR THEIR CARD. DO YOU HAVE ONE OF ANYBODY'S, EVEN IF IT'S AN OLD ONE?*

*??:  SURE.*

*KG:  UM..*

*??:  EXCUSE ME.*

*KG:  YOU'LL.. YOU'LL HAVE.. YOU'LL.. YOU USUALLY GET A FLYER OR.. OR YOU'LL GET IT ON FACEBOOK, WHATEVER. AND.. THAT IS JUST SET UP FOR.. FOR A MEETING PLACE FOR ALL CLUBS TO COME, JUST SIT DOWN.. CHEW THE FAT, HAVE A DRINK.. WHATEVER, AND.. JUST.. SETTLE IN FROM A LONG RIDE.. IF YOU'RE RIDING ON TWO'S.. OKAY. THE NEXT DAY THEY USUALLY HAVE SOME TYPE OF CHARITY EVENT. IT CAN BE A RIDE OR SOMETHING, A DONATION.. YA-DA.. YA-DA. YA-DA. GENERALLY FROM TEN TO FIFTEEN DOLLARS ($10-$15) AND.. THAT IS.. THE CHARITY RIDE.. OKAY. THEY MAY HAVE.. THEY HAVE..*

*??:  THIS IS.. (UNINTELLIGIBLE). . . .*

*KG:  YEA.*

*??:  (UNINTELLIGIBLE)..*

*??:  (UNINTELLIGIBLE)..*

*KG:  YEA.. PASS THOSE THREE AROUND.. AND JUST LOOK AT 'EM. UM.. THAT MONEY IS TO SUPPORT THEIR CHARITY. THEY CAN'T GET IT ANY OTHER WAY. THEY'RE TRYING TO GET IT FROM THE COMMUNITY AND THE BIKE CLUB COMMUNITY, AND THAT'S GOING TO A CHARITY.. THAT.. THAT THEY HAVE.. YOU KNOW. WE DON'T WORRY ABOUT IT. UM.. IT'S THEIRS. WE DON'T SHOW UP WITH A NUMBER OF PEOPLE, GUESS WHAT? "BAMA BOYS".. HERE'S YOUR CHECK.. SORRY WE WASN'T THERE. THAT'S RESPECT AND THAT'S PROTOCOL*

*NOW. WE DON'T SHOW UP, THEY BETTER.. THEY BETTER BE HOLDING A CHECK..*

*??: (UNINTELLIGIBLE)..*

*KG: PERIOD. BECAUSE GUESS WHAT? WE'RE GONNA ASK THEM TO COME TO OURS AND PAY.*

*??: AND IF THEY DON'T SHOW UP THEY GONNA PAY.*

*KG: WE'RE SWAPPING MONEY. THIS IS ALL WE'RE DOING. SO, UM.. THEY HAVE THAT EVENT AND THEN THERE'S USUALLY A PICNIC.. YOU KNOW. IT MAY BE PART OF THE OVERALL PRICE. YOU EAT.. NICE PICNIC, GOOD CAMARADERIE AND THERE'S USUALLY SOME TYPE OF COMPETITIONS OR GAMES OR WHATEVER; TUG-OF-WAR, SLOW ROLL, TIRE TOSS, YA-DA.. YA-DA.. YA-DA.. YA-DA. AND YOU ARE REPRESENTING YOUR CLUB TRYING TO BRING THE TROPHY HOME. GOOD FUN. AFTER THAT, THERE'S USUALLY SOME TYPE OF PARTY.. THAT NIGHT.. OKAY. UM.. THEY'VE GOT A D.J. IT'S EITHER A B.Y.O.B. OR YOU.. IT'S A.. CASH BAR OR WHATEVER. BUT YOU GO IN.. YOUR CLUB GOES IN WEARING YOUR CLUB COLORS.. HAVE A GOOD TIME AND PARTY AND DANCE AND JUST HAVE A GOOD TIME. SOCIALIZE.. AND HAVE A GREAT TIME AND THEN THEY USUALLY AWARD THE TROPHIES THAT YOU UM.. HAVE WON OR YOUR CLUB HAS WON. AND THEY USUALLY HAVE TROPHIES FOR THE.. MOST REPRESENTED, THE LONGEST.. THE FARTHEST TRAVELED ON TWO'S.. UM.. THE MOST REPRESENTED.. CO-ED, IF THERE'S A CO-ED. THEY MAY HAVE THE MOST REPRESENTED SOCIAL CLUB. UM.. AND YOU KNOW.. OR.. WE'VE STARTED SOMETHING NEW HERE AND WE CALLED THE.. (UNINTELLIGIBLE).. CREW..*

*??: (UNINTELLIGIBLE)..*

*KG: UM.. A FEW YEARS AGO. AND.. WE WANTED.. EVERYBODY IN OUR.. AT OUR PARTY THAT NIGHT TO JUST HAVE A BALL. I MEAN WE JUST WAS LOOKING FOR A REAL GOOD FRENZY, A REAL GOOD TIME.. EVERYBODY JUST HAVING A GOOD TIME SO.. EACH.. CLUB.. WAS GIVEN THE OPPORTUNITY.. TO JUST YELL, SCREAM, SHOW WHAT THEY HAD.. PUT A SON ON, WHATEVER THEY WANNA DO. AND THEY DID IT AND THAT'S WHO WON THE BIG TROPHY. WHEN WE DID IT, SOMEBODY STOLE IT. SO, STOLE THE IDEA SO WE'RE USUALLY THE LEADERS.. IN.. THE.. THE NEWEST.. THING TO COME OUT AND THEN.. ONCE IT'S OUT.. ANOTHER CLUB HAS STOLE IT.. (LAUGHS).. YOU KNOW. AND SO.. WE KEEP ON MOVING. AND WE KEEP ON DOING THINGS DIFFERENT. AND LET ME TELL YA'LL WHAT.. SUNDAY WHEN YOU SEE WHAT WE'RE GONNA GET.. WHAT WE'RE GONNA WEAR, OR SATURDAY NIGHT.. IT'S.. GONNA BE.. OFF.. THE.. CHARTS. WE.. WE.. AND AT PRIOR UM.. ANNIVERSARY PARTIES, WE'VE YOU KNOW WENT IN.. NICE SHIRT, TIE, VEST.. YOU KNOW*

*LOOKING ALL CLEAN, DAPPER AND EVERYTHING AND HAVING A GOOD TIME AND EVERYTHING. WE'RE GONNA SPIN IT AROUND A LITTLE BIT. THEY'RE ALWAYS WANTING TO YOU KNOW.. ONE CLUB WENT IN WITH.. WITH TUXEDOS ON. AND THAT'S UH.. YEA.. YEA, TUXES.*

*??:  (UNINTELLIGIBLE)..*

*KG:  TUXES.. YOU KNOW. THAT'S WHAT THEY DID.. (BOTH TALKING).. BUT IT WAS A PARTY.*

*??:  (BOTH TALKING).. WENT ON THE BIKES?*

*KG:  IT WAS A PARTY. HUH?*

*??:  AND THEY WENT ON THE BIKES?*

*KG:  UM.. NO, THEIR BIKES WERE THERE EARLIER. IF YOU'RE THE HOST CLUB, YOUR BIKES ARE USUALLY INSIDE OF THE EVENT AS PART OF THE DÉCOR.. OR LINED UP, YOU KNOW WHAT I'M SAYING. IF WE.. JUST LIKE OUR ANNIVERSARY PARTY ON AUGUST 30TH AND 31ST, WE WILL BE THERE HOURS BEFORE ANYBODY ELSE GETS THERE, SETTING UP AND DOING THINGS GETTING READY TO RECEIVE ALL THESE PEOPLE. THAT'S GENERALLY HOW IT IS. YOU'RE TOO BUSY TO BE ON BIKES BECAUSE.. YOU HAVE TO RECEIVE ALL THESE PEOPLE FROM OUTTA TOWN AND MAKE SURE YOU'RE TAKING UP MONEY FOR TICKETS AND.. YOU GOOD YOUR FOOD LICENSE. I MEAN IT'S.. IT'S A LOT AND.. AND YOU'LL SEE. SO, AND.. YOU'LL HAVE A LOT OF.. OF WORK AS PROSPECTS IN DOING THAT BECAUSE YOU'RE GONNA BE.. DEALING WITH THE SETTING UP, GETTING THE BIKES IN PLACE, YA-DA.. YA-DA.. YA-DA.. YA-DA.. YA-DA.. YA-DA.. YA-DA.. YA-DA.. YA-DA.. OKAY. COOKING THE FOOD FOR OUR PICNIC AND STUFF LIKE THAT. YOU KNOW MAKING SURE EVERYTHING'S UM DONE UH.. YOU KNOW TAKEN CARE OF.. (UNINTELLIGIBLE). . . STUFF LIKE THAT. SO GENERALLY, THAT WAS JUST THE.. THE OVERVIEW UM.. THAT I WANTED TO SHARE TONIGHT ABOUT.. UM.. UM.. HOW YOU NEED TO.. TO LOOK AT THINGS FROM THE PROSPECT'S POINT OF VIEW. THE DUES UM.. ARE.. TWENTY DOLLARS ($20) A MONTH, UH.. FROM THE TIME THAT YOU'RE VOTED IN. I REMEMBER THAT'S A QUESTION YOU HAD.*

*??:  UH-HUH.*

*KG:  FROM THE TIME YOU'RE VOTED IN. UM.. THE.. THE..*

*??:  YOU WANNA TELL 'EM ABOUT THE UH.. THE RIDING? YOU KNOW BEHIND THE PATCH.. (BOTH TALKING)..*

CITY OF DOTHAN/GRAY 001806
CONFIDENTIAL

*KG: (BOTH TALKING).. IN OUR.. IN OUR UH.. TELL YOU WHAT?  WHY DON'T YOU TELL 'EM AND LET ME SIT DOWN.. (BOTH TALKING)..*

*??: ALRIGHT GO AHEAD.*

*??: UH.. WHEN WE'RE RIDING IN UH.. FORMATION, UH.. ALL THE PROSPECTS WILL RIDE BEHIND ALL THE PATCHED MEMBERS.  UH.. WE HAVE IT.. UH.. FORMATION WHERE WE GOT.. FOUNDER/PRESIDENT AND THEN THE V.P. THEN THE SECRETARY AND THE.. AND ON DOWN THE LINE.  AND.. AND GENERALLY LIKE WHEN YA'LL PATCHES WITH YOUR BY-LAWS.. (UNINTELLIGIBLE). . . PROSPECTS GENERALLY.. RIDE IN THE BACK BEHIND ALL THE UH.. PATCHED MEMBERS.  AND UH.. THE SAME THING WITH UH.. WHEN WE GOING IN AND OUTTA THINGS.. (UNINTELLIGIBLE). . . . . . FRONT OF 'EM AND ALL AROUND.  BUT EXCEPT FOR WHEN YOU.. SWING OFF AND.. YOU GOT THE PROSPECTS GO OVER WHERE THE.. WHERE THE.. PRESIDENT GOES TO.. BE THE BODY GUARDS.  PROSPECTS, WE START RIDING A LITTLE BIT WITH EVERYBODY TO UH.. LEARN UH.. THE WAY WE RIDE SO.. POPPING WHEELIES AND ALL THAT, YOU KNOW WHAT I'M SAYING.. RIDING ON ONE WHEEL.. FLY BY AND ALL THAT STUFF.  WHEN WE'RE RIDING IN FORMATION, YOU PRETTY MUCH STAY IN THE JET AND UH.. SOMETIMES.. DIFFERENT SITUATIONS.*

*??: YEA, WE HAVE DIFFERENT.. WE HAVE DIFFERENT.*

*KG: UM.. THE UH.. ONLY OTHER THING UH.. ABOUT RIDING.. IS THAT UM.. WHENEVER.. UM.. CAUSE IF YOU RUN INTO ME, I WANT MY BIKE FIXED.*

*(LAUGHTER)*

*KG: (UNINTELLIGIBLE.. BACKGROUND).. SO UM.. UH.. THAT.. IT'S JUST BEING RESPECTFUL OF EACH OTHER.  KEEPING YOUR BIKE UP AND MAKING SURE THAT THINGS ARE PROPERLY UH.. SET ON THE BIKE.  YOU KNOW THE BOLTS AND.. AND.. STUFF ARE TORQUED DOWN AND THERE'S NO.. WIRE SHOWING FROM YOUR TIRES THAT LOOK LIKE IT COULD ALMOST POP AT ANY MOMENT NOW, OR.. OR ANYTHING LIKE THAT.  JUST GIVING.. JUST SAYING.. PAYING ATTENTION TO WHERE YOU'RE GOING SO YOU WON'T HAVE TO SLIDE.. WHEN THE LIGHT TURNS RED EVERYBODY.. (UNINTELLIGIBLE)..*

*(LAUGHTER)..*

*KG: AND YOU KNOW NOTHING LIKE THAT.  YOU KNOW THOSE ARE JUST EXAMPLES.  YOU KNOW I'M JUST SAYING.*

*??: (UNINTELLIGIBLE). . . .*

*KG: NO.. HEY, I'M.. I'M JUST..*

CITY OF DOTHAN/GRAY 001807
CONFIDENTIAL

*??: HE WAS JUST RIDING ON JUST ONE OF 'EM. HE DON'T NEED BOTH OF 'EM.*

*(LAUGHTER)*

*KG: BUT UM..*

*??: SWITCH FROM ONE TO THE OTHER.*

*(LAUGHTER)*

*KG: NOW, WE DID.. WE DID ASK YA'LL TO WRITE DOWN SOME QUESTIONS THAT YOU MAY WANTED TO ASK AFTERWARDS. UM.. DID I ANSWER.. SOME OF THE QUESTIONS YOU HAD WRITTEN DOWN OR IS THERE SEPARATE QUESTIONS? MAMA, YOU IN THERE LOOKING.*

*??: YEA, I'M LOOKING. MY QUESTION IS.. (UNINTELLIGIBLE)...*

*KG: THE QUESTION IS UM.. IF YOU'RE ASKED TO REMOVE YOUR PATCH OR YOUR COLOR, WHO DOES IT MEAN BY IT? IT DEPENDS ON WHAT CONTEXT THAT'S IN. IF SOMEBODY FROM ANY OTHER CLUB TELL YOU TO MOVE.. REMOVE YOUR.. YOUR.. YOUR VEST.. PUT IT IN THE RIGHT CONTEXT CAUSE I SAID THAT TWICE.. (BOTH TALKING)..*

*??: (BOTH TALKING)..*

*KG: UH.. AND IF IT.. DOESN'T COME DOWN.. IF IT DOESN'T COME DOWN FROM THE LEADERSHIP.. OF YOUR ORGANIZATION, YOU DON'T TAKE ANYTHING OFF. A PISTOLERO COMES UP TO YOU.. WE'RE ALL STOPPED. WE'RE IN THE STORE AND YOU COME OUT FIRST AND THEY TRY TO.. JACK YOU UP. YOU BETTER.. YOU KNOW.. UH.. YOU DON'T DESERVE TO WEAR THAT. THAT'S NOT THE RIGHT PLACE. YOU'RE WEARING THE WRONG.. YOU KNOW WHATEVER. YOU BETTER NOT COME OUTTA THAT VEST. OUT.. TOGETHER AS A UNIT, AS.. AS A.. CLUB, AND WE'RE GOING TO DIFFERENT UH.. TERRITORIES, ALWAYS HAVE SOMEBODY WITH YOU AND IF YOU'RE.. WALKING OUT OR YOU NEED TO WALK BEHIND SOMETHING OR WHATEVER, TAKE SOMEBODY WITH YOU ALL THE TIME. WHAT ELSE MAMA? I SEE YOU STILL LOOKING AT YOUR PAPER GIRL.*

*??: OF COURSE MY PATCH IS DIFFERENT THAN EVERYBODY ELSE'S. I'M STILL.. (UNINTELLIGIBLE)..*

*KG: MM HUH.*

CITY OF DOTHAN/GRAY 001808
CONFIDENTIAL

*??:  DEPENDING ON.. WHEREVER WE GO, WHOEVER WE MEET, WHO WE RUN UP ON.. IT'S STILL SUPPORTER.. (UNINTELLIGIBLE).....*

*KG:  MM HUH.*

*??:  I.. I JUST WANNA KNOW ABOUT THAT SO I'LL KNOW.. WHAT I NEED TO KNOW.. (UNINTELLIGIBLE)............*

*??:  ONE.. ONE A THE THINGS IS WITH A "SUPPORTER PATCH", YOU DON'T WANNA WEAR A.. YOU DON'T WANNA WEAR A DRESS.. (UNINTELLIGIBLE).. AROUND LIKE A.. A FASHION SHOW.  UH.. TECHNICALLY, WHEN YOU WEARING THAT SUPPORTER VEST, YOU ARE WITH THE CLUB.*

*KG:  RIGHT.*

*??:  ONLY.. YOU DON'T WEAR IT TO NOTHING ELSE.  IF YOU AIN'T GOING TO A EVENT OR SOME'EM WITH THAT CLUB, YOU DON'T FLY.*

*KG:  AND IF SOMEBODY TRIES TO UH.. ASK YOU QUESTIONS ABOUT THE CLUB.. AND UH.. THEY JUST.. ASSUME THAT YOU'RE AN "MC" BECAUSE THEY DIDN'T SEE THAT YOU DON'T HAVE "MC" ON YOUR BACK, SAY.. I'M JUST A SUPPORTER.  I'M NOT AN "MC".*

*??:  (UNINTELLIGIBLE).......*

*KG:  UH.. YOU NEED TO GO SEE SOMEBODY WITH "MC" ON THEIR BACK.. (BOTH TALKING)..*

*??:  (BOTH TALKING)..*

*KG:  PROPERTY OF.. LIKE I TOLD EARLIER.. PROPERTY OF.. ONLY DEALS WITH UH.. UH.. OMC'S.  THEY'RE THE ONLY ONES THAT CAN WEAR PROPERTY OF. UM.. THEY'RE SUPPOSEDLY.. (UNINTELLIGIBLE).... GOT A OKAY.. (UNINTELLIGIBLE)... TO.. TO WEAR PROPERTY OF, BUT YOU WON'T SEE ANYBODY ELSE UH.. LIKE THAT UNLESS.. (BOTH TALKING)....*

*??:  (BOTH TALKING).... E-MAIL AND E-MAIL HIS NAME..*

*KG:  I DON'T EVEN HAVE A COMPUTER.*

*??:  (BOTH TALKING)..*

*??:  (BOTH TALKING).. SO YOU WANT IT ON E-MAIL PHONE? .. (UNINTELLIGIBLE)....*

CITY OF DOTHAN/GRAY 001809
CONFIDENTIAL

*KG: UM.. (UNINTELLIGIBLE). . . . . I HAVE HIS APPLICATION STILL.*

*??: OKAY.*

*KG: SO I HAVE HIS PHONE NUMBER AND.. ALL THAT STUFF.*

*??: I PUT MY E-MAIL BUT I DIDN'T PUT MY PHONE NUMBER.*

*KG: UH.. THIS IS WHAT I'M LOOKING AT. UH.. WE'VE TRIED THIS ONCE BEFORE AND IT DIDN'T WORK. WE'RE GONNA UM.. TRY TO.. TO DO IT AGAIN. UM.. WHENEVER WE TRANSACT A.. A MEETING AND.. THE TOPICS AND EVERYTHING, THE MINUTES OF THE MEETING.. YOU WEREN'T THERE.. IT'S UP TO EVERY MEMBER TO CONTACT THE SECRETARY THAT TOOK THE.. THE.. THE MINUTES SO YOU CAN BE BROUGHT UP TO SPEED. HAS IT BEEN DONE? USUALLY.. NOT.. (UNINTELLIGIBLE). . . BUT WE'RE FINDING.. THERE IS A LOT OF DISCONNECT.. AND A LOT A THE SAME QUESTIONS ARE BEING ASKED BECAUSE.. SOMEBODY CHOSE NOT TO ATTEND THREE MEETINGS.. YOU KNOW.. OR WHAT HAVE YOU. AND UH.. I'M JUST GONNA GO AHEAD AND TELL YOU. I'M GLAD I SAID THAT AND I'M GONNA SAY ONE MORE THING.. ANOTHER THING. UM.. I'M NOT GONNA GO BACK AND REPEAT OVER SOME'EM WHERE YOU SHOULD A BEEN AT IT IN THE FIRST PLACE. WELL, IF WE HAVE YOUR E-MAIL ADDRESSES.. I'M GONNA HAVE THE SECRETARY JUST.. UH.. WHEN THEY TRANSCRIBE THE MINUTES, JUST BLAST 'EM TO.. TO EVERYBODY THAT HAS AN E-MAIL ADDRESS AND YOU CAN KEEP UP UH.. THAT WAY IF YOU JUST CAN'T COME.. YOU KNOW. THE.. BUSINESS MEETINGS, SUPPORTERS DON'T HAVE TO ATTEND AT ALL. YOU'LL BE AT THE.. THE FUNCTIONS, THE COOKOUT THINGS AND.. JUST, YOU'RE REALLY IN THE SUPPORT ROLE. YOU DON'T HAVE A LOT TO REALLY WORRY ABOUT BECAUSE YOU SHOULDN'T HAVE TO AS A SUPPORTER.. YOU KNOW. THE.. THE "MC" AND ALL THE HYPE THAT GOES ALONG WITH IT AND.. AND "OMC" STUFF.. IS FOR THEM SPECIFICALLY BECAUSE YOU'RE NOT GONNA BE RECOGNIZED AS A "MC". YOU'RE GONNA BE RECOGNIZED AS A SUPPORTER AND YOU WON'T BE QUESTIONED, JACKED UP BY ANYBODY OR ANYTHING LIKE THAT. SO UH.. THE BUSINESS OF THE "MC" IS GONNA BE JUST THAT. UM.. BUT WHAT I'M GONNA DO, AND I THINK IT'S GONNA BE "TRIGGER", BUT I'M GONNA WAIT UNTIL THE MEETING SUNDAY.. I'M GONNA FIND ASSIGN ONE PERSON TO ALL THE UH.. SUPPORTERS AS WELL. AND UH.. I'M GONNA UH.. I'M GONNA UM.. ASSIGN ONE OF 'EM.. ONE TO THE SUPPORTERS SO UH.. YOU'LL HAVE ONE.. POINT OF CONTACT.. THAT'LL TELL YOU WHAT YOU NEED TO KNOW AND.. UM.. GET THE INFORMATION OUT TO YOU. SO, THE BUSINESS OF THE CLUB FOR THE SUPPORTERS.. YOU DON'T REALLY HAVE TO WORRY ABOUT IT. NOW WE'RE GONNA HAVE.. WE'LL HAVE A DUE.. WE'LL HAVE DUES UH.. FOR THE SUPPORTER. AND I THINK RIGHT NOW.. AND SUNDAY I'M GONNA HAVE TO VERIFY IT, BUT I THINK IT'S TEN DOLLARS ($10).. UH.. A MONTH. UM.. BUT I.. I'LL HAVE TO VER.. VERIFY THAT WITH OTHER UH.. MEMBERS BUT.. AS FAR.. YOU KNOW.. UM.. HAVING TO*

CITY OF DOTHAN/GRAY 001810
CONFIDENTIAL

*ANSWER ANY QUESTIONS ABOUT THE WAY THE "MC" DOES ANYTHING.. (BOTH TALKING).. SUPPORTERS ARE HERE TO HAVE FUN.*

*??:  (BOTH TALKING).. HOW MANY SUPPORTERS DO WE HAVE?*

*KG:  HUH?*

*??:  HOW MANY SUPPORTERS DO WE HAVE?*

*KG:  THREE.*

*??:  (UNINTELLIGIBLE)..*

*??:  WE'RE GONNA SET A LIMITATION ON THAT TOO.*

*KG:  UH.. RIGHT NOW.. YOU, SHAWN.. UH.. "DOUBLE BUCK" AND UH.. DIDN'T YOUR NEXT DOOR NEIGHBOR.. WE TALKED ABOUT HIM?  SO..*

*??:  SO, DOES THE "MC" HAVE TO BE..*

*KG:  OH.. THIS IS THE BIG THING I'VE BEEN WANTING TO SAY ALL NIGHT.  UM.. DON'T TAKE OFFENSE.. IF.. AN "MC" IN YOUR.. IS A.. A PROSPECT.. DON'T TAKE OFFENSE TO THEM.. TREATING YOU LIKE.. LIKE DIRT, TALKING TO YOU LIKE DIRT, BECAUSE THAT'S WHAT YOU ARE.. TO THEM.  DON'T REACH OUT TO SHAKE.. AN "MC'S" HAND OR YOU GONNA FIND OUT.. REAL QUICK.*

*??:  (UNINTELLIGIBLE)..*

*KG:  THEY'RE LAUGHING BECAUSE THEY'RE ALREADY BEEN THERE.. (LAUGHTER)..*

*??:  IF THEY SAY GO GET ME A BEER.. JUST GO GET IT.*

*KG:  YEA.*

*(LAUGHTER)*

*??:  (BOTH TALKING)..*

*??:  (BOTH TALKING).. BUT THE THING ABOUT IT IS.. THINK ABOUT IT IS YOU KNOW.. AND ONCE YOU'VE BEEN IN THAT SPOT.. AND THEN YOU GET ALL YOUR COLORS AND.. AND.. AND YOUR.. WELL GET YOUR "RAGS"..*

*??:  IT'S WORTH IT.*

CITY OF DOTHAN/GRAY 001811
CONFIDENTIAL

*??: THEN.. YOU DON'T HAVE TO DEAL WITH THAT NO MORE. THEN YOU WIND UP AND YOU SEE THE PROSPECTS UNDER YOU.. GOING THROUGH THE SAME THING THAT YA'LL GOING THROUGH.. (BOTH TALKING)..*

*KG: (BOTH TALKING).. YOU WON'T BE CONFUSED.*

*??: (BOTH TALKING)..*

*KG: (BOTH TALKING).. IF YOU WALK UP TO THE WRONG PERSON AND SAY SOMETHING, THEY'RE GONNA TURN AROUND.. (BOTH TALKING)..*

*??: (BOTH TALKING)..*

*KG: AND EITHER WALK AWAY FROM WHERE Y'ALL ARE STANDING OR THEY'RE GONNA TELL YOU WHAT THEY THINK OF YOU.. AND THEN TURN AROUND AND WALK OFF.*

*??: (UNINTELLIGIBLE). . .*

*(LAUGHTER)..*

*KG: COUPLE A SMALL THINGS CAUSE YA'LL 'LL BE.. (UNINTELLIGIBLE). . . WHEN YOU WALK UP TO THE BAR.. WHEN YOU WALK TO THE BAR, IF YOU ORDER SOMETHING OR WHATEVER.. WHATEVER.. THEY TELL YOU TO GO GET ME A BEER.. DON'T TURN AROUND.. AND WALK AWAY FROM THE BAR.. (BOTH TALKING)..*

*??: (BOTH TALKING)..*

*KG: WHEN YOU WALK UP.. (BOTH TALKING).. TO A BAR..*

*??: (BOTH TALKING)..*

*??: HE AIN'T LYING.*

*KG: THEN.. AND "MC".. SAID.. DON'T.. TURN YOUR BACK TO THE BAR.. AND WALK AWAY FROM THE BAR. GET YOUR DRINK.. AND YOU TAKE A COUPLE A STEPS BACK.. AND THEN YOU TURN AND WALK AWAY. SECOND THING.. AND THIS IS GONNA GO FOR.. "MC'S", "SC'S".. EH.. EVERYBODY. REMEMBER WHEN I SAID THERE'S NOT A LAW.. ETCHED IN STONE ABOUT HOW.. WE DO THINGS. SOMETIMES THERE'S.. MESS OR DRAMA BROUGHT UP IN YOUR CLUB. IF.. A UH.. AND IT'S USUALLY AROUND YOUR.. YOUR OFFICERS. IF THEY JUST HAD ENOUGH A MESS AND YOU'RE AROUND.. AND THEY TELL A MEMBER TO GET THE FUCK ON. GET THE FUCK OUTTA MY GOD DAMN CLUB. YOU BEST GET.. GET OUT BECAUSE YOU HAVE JUST BECOME AN ENEMY. BECAUSE.. AT TIMES*

CITY OF DOTHAN/GRAY 001812
CONFIDENTIAL

*THERE CAN BE SO MUCH DRAMA.. WITH PEOPLE AND YOU'VE TOLD SOMEBODY SOMETHING OVER AND OVER AGAIN.  KEEP IN MIND.. THE "MC" WORLD IS REALLY THE "MC" WORLD BECAUSE.. IT.. WE'RE CORDIAL AND EVERYTHING.  BUT "BRO" LET ME TELL YOU WHAT.  WHEN IT COMES DOWN TO IT.. THERE IS NO UNDERSTANDING WHEN IT GETS TO BE SOMETHING THAT IS JUST SO.. OUTRAGEOUS.  THERE'S JUST NO UNDERSTANDING.  I FELT LIKE THAT ONE.. TWICE.. OKAY.  BECAUSE IT'S THE WAY THAT I JUST SAID IT IS BECAUSE I JUST SAID IT AND I'M THE PRESIDENT.  I JUST SAID.. SHUT THE HELL UP.  GET OUTTA MY DAMN FACE.  I JUST SAID IT.  THAT'S ALL YOU NEED TO KNOW.  THE DEAL IS.. THERE'S SOME.. THERE'S.. SOMETIMES THERE'S THINGS THAT ARE SO SIMPLE.. LET ME GIVE YOU A GOOD EXAMPLE.  LET ME GIVE YOU LIGHT ON EXAMPLE.  YOU'RE GONNA REMEMBER THIS AS SOON AS I OPEN MY MOUTH.  I HAD A PROSPECT IN FLORIDA.. AT.. (UNINTELLIGIBLE).. CLUBHOUSE.. THAT WENT AROUND SOMEWHERE.. SMOKED SOME WEED.. AND CAME BACK.. AND WAS IN OUR SAME SETTING AND EVERYBODY SMELLED IT.*

*??:  MM HUH.*

*KG:  AND HE WAS WEARING THIS RIGHT HERE, SOME "SOFT COLORS".  THESE ARE CALLED "SOFT COLORS".. GOT YOUR NAME ON IT AND EVERYTHING.  IT'S NOT UM.. YOUR.. YOUR "TAT".  THESE ARE CALLED "SOFT COLORS".  HE WAS WEARING "SOFT COLORS".  I LIKED TO HAVE STROKED OUT.  I LIKE TO HAVE.. I DID.. (LAUGHS).. OKAY.*

*??:  (UNINTELLIGIBLE)..*

*KG:  I JUST ABOUT HAD HIM IN MY HAND LIKE THIS.. WALKING TO THE BACK OF THE BACK YARD.*

*??:  YEA.*

*KG:  (LAUGHS).. CAUSE.. HEY.. I JUST STARTED KNOCKING HIM OUT RIGHT NOW BECAUSE.. THAT DIDN'T DISRESPECT HIM.  THAT DISRESPECTED EVERY ONE OF US THAT WAS.. THAT WERE THERE.. PERIOD..*

*??:  YEA.*

*KG:  YOU KNOW WHAT I'M SAYING.*

*??:  UH HUH.*

*KG:  DON'T CARE WHAT YOU DO ON YOUR OWN.  DON'T CARE.. IF YOU'RE EMBARRASSED.  I DON'T GIVE A.. DAMN.. YOU KNOW.  BUT WHEN IT HAS TO DEAL WITH THE CLUB.. OUR CUT, OUR REPUTATION AND EVERYTHING LIKE*

CITY OF DOTHAN/GRAY 001813
CONFIDENTIAL

*THAT.. I JUST ABOUT STRIPPED HIM NAKED OF THAT.. OF HIS.. MATTER A FACT I TOOK HIS UH.. "SOFT COLOR".. (BOTH TALKING).. RIGHT THEN.*

*??:  (BOTH TALKING).. IN OTHER WORDS EVERYBODY KNOWN WHAT HE DID.*

*KG:   YEA.. BUT NOT ONLY DID I TAKE THEM.. HE FOLLOWED ME AROUND LIKE A PUPPY.. ASKING FOR THEM BACK THE ENTIRE TIME WHICH IS EMBARRASSING AS HELL.. AROUND EVERYBODY THERE AND EVERY OTHER CLUB THAT KNEW IT WAS GOING ON.  TO GET THE "F" ON WAS WHAT I MEANT RIGHT THERE AND.. THERE'S NOBODY GONNA INTER.. INTERCEDE.*

*??:  THAT'S RIGHT.*

*KG:   AIN'T NO-BODY GONNA INTERCEDE.. I DON'T CARE WHOSE THERE.  I GUARANTEE.. YOU KNOW.  SO THAT'S WHAT I'M SAYING.. YOU KNOW. SOMETHING THAT.. THAT'S.. TO THE.. (UNINTELLIGIBLE). . . OR WHATEVER, YOU.. YOU JUST GO AND DISRESPECT.. AND YOU'LL SEE THAT IN OTHER CLUBS.  YOU'LL SEE IT IN.. OTHER.. YOU MAY SEE IT IN OTHER CLUBS.. HOUSES.  I'M TELLING YOU ALL THIS STUFF TO GIVE YOU THE.. THE TRUTH OF IT, CAUSE I'M NOT GONNA PAINT IT UP.  UM.. BUT NOW.. WHAT WE ENJOY AND WHAT WE SEE.. IS A GOOD TIME.. RIDING BIKES AND DOING WHAT WE DO; HAVING PARTIES.. HAVING EVENTS.  UM.. OUT HERE FOR CHARITIES, WE'RE GONNA DO SOME'EM FOR CHRISTMAS FOR.. FOR.. FOR UM.. SOME KIDS THIS CHRISTMAS.  CAUSE I WANTED TO DO IT LAST YEAR.  WE COULDN'T DO IT LAST YEAR BUT.. WE'RE JUST GONNA HAVE A GOOD TIME.. AND WE'RE GONNA CONTINUE TO BUILD.. WHAT WE HAVE.  AND.. AND KEEP THE RESPECT.. HOPEFULLY KEEP THE RESPECT UM.. OF EVERYBODY UM.. AROUND HERE.*

*??:  WELL I'LL TRY TO KEEP YA'LLS RESPECT.*

*(LAUGHTER)*

*KG:   WELL, WE'RE.. WE'RE ALL.. WE'RE ALL ONE FAMILY.  WE'RE GONNA REMAIN THAT WAY.. AND THERE'S NOTHING ANY DIFFERENT.  IF.. YOU GOT A PROBLEM WITH HIM, YOU GOT A PROBLEM WITH ME.  IF YOU GOT A PROBLEM WITH HIM, YOU GOT A PROBLEM WITH ME.. OKAY.*

*??:  UH HUH.. THAT'S RIGHT.*

*KG:   WE CAN SETTLE OUR OWN.. AND YOU KNOW WHAT.. FROM TIME TO TIME, THERE'S GONNA BE TWO DIFF.. SOME DIFFERENCES BETWEEN TWO.. TWO MEMBERS OR WHATEVER.  I'M GONNA SAY YOU KNOW WHAT?  YA'LL NEED TO TAKE CARE OF THAT SHIT RIGHT THERE.  YA'LL NEED TO CHECK THAT, GO AHEAD AND DO WHAT YOU NEED TO DO.. YOU KNOW.. GET IT TAKEN CARE OF AND LET'S.. GET.. HOW WE NEED TO BE.  BECAUSE.. IT MAY BE VALID*

*BUSINESS THAT YA'LL.. (UNINTELLIGIBLE).. FOR REAL.. YOU KNOW. I DON'T HAVE ANY PROBLEM WITH THAT. BUT.. I'M.. I'VE GOT TOO MUCH STUFF ON MY PLATE, BEING THE FOUNDER AND EXECUTIVE BOARD MEMBER.. AND RIGHT NOW WITH THINGS GOING ON RIGHT NOW, THERE.. THERE'S THREE CRITICAL THINGS GOING ON AT ONE TIME, WELL ACTUALLY THERE'S FOUR INCLUDING THAT ANNIVERSARY PARTY WE'RE HAVING.*

*??: MM HUH.*

*KG: GOING ON AT ONE TIME AND.. I HAVE TO DECIPHER ALL OF IT.. GET WITH MY EXEC.. EXECUTIVE BOARD ON SOME OF IT. GET WITH THE REGULAR EXECUTIVE BOARD ON SOME OF IT. GET WITH THE "SC" ON SOME OF IT. AND GET WITH THE.. THE CHAIRMAN OF THE ANNIVERSARY PARTY TO MAKE SURE THINGS IS GOING.. BEING DONE. AND ALL THAT SHIT IS GOING THROUGH MY MIND EVERY DAY. I HAVEN'T BEEN ABLE TO SLEEP AT NIGHT FOR ABOUT THE LAST.. TWO.. (SEVERAL TALKING)..*

*??: (SEVERAL TALKING).. AND YOU DON'T.. AND YOU DON'T.. AND YOU DON'T. I WAS.. (BOTH TALKING). . .*

*KG: (BOTH TALKING). . . BECAUSE ALL I CAN DO.. I CAN GO TO BED AND I'M GONNA SLEEP FOR FOUR HOURS AND GUESS WHAT WAKES ME UP? DAMN, WHAT AM I GONNA GO FOR ANNISTON?*

*??: MM HUH.*

*KG: I GOTTA GET THAT IN PLACE. I GOTTA DO THIS. AND.. MY MIND IS SO ACTIVE.. I CAN'T GO BACK TO SLEEP.*

*??: (BOTH TALKING).. EVERY YEAR.*

*??: (BOTH TALKING)..*

*KG: I.. I.. AND THEN.. ABSOLUTELY, LIKE YOU SAID IT HAPPENS THIS TIME EVERY YEAR.*

*??: (LAUGHS)..*

*KG: BUT IT'S JUST A WHOLE LOTTA STUFF AT ONE TIME.. YOU KNOW. SO UH.. UM.. AND THAT'S JUST THE.. THE PASSION I HAVE..*

*??: MM HUH.*

CITY OF DOTHAN/GRAY 001815
CONFIDENTIAL

*KG: FOR THIS CLUB.. EVERY MEMBER IN IT.. WHAT WE STAND FOR.  IT'S JUST ME.. YOU KNOW.. (UNINTELLIGIBLE). . . . CAN'T HELP IT.  IT'S JUST ME.. YOU KNOW.  AND..*

*??: (UNINTELLIGIBLE)..*

*KG: YEA.. SO..*

*??: CAN'T DO IT.. (UNINTELLIGIBLE)..*

*KG: YEA.. (BOTH TALKING)..*

*??: (BOTH TALKING).. I.. I WAS A.. EX-PRESIDENT.. OF THE CLUB.  I WAS PRESIDENT OF "BAMA BOYS".. LIKE IN 2011.*

*KG: MM HUH.*

*??: AND.. AND.. CALL EVERYBODY.. YOU SEND OUT THESE TEXTS TO EVERYBODY.  AND GUYS.. IF I SEND YOU A TEXT OR I CALL YOU OR WHATEVER.. CALL BACK.. TEXT BACK.. SAY SOME'EM.  IT'S VERY IMPORTANT BECAUSE OTHERWISE WE.. WE WOULDN'T BE SENDING IT TO YOU.  AND YOU KNOW.. (BOTH TALKING)..*

*KG: (BOTH TALKING).. HEAR OVER AND OVER AGAIN.*

*??: YEA.  AND.. AND YOU KNOW.. AS YOU UH.. (MOVEMENT AROUND RECORDER).. THE BEST THING IS JUST KEEP COMING TO THE MEETINGS.  AND ONCE AGAIN I'LL JUST SAY.. THESE PATCHES YOU GET.. THEY'RE NOT GONNA GIVE 'EM TO YOU.  YOU GOTTA EARN 'EM.  YOU KNOW YOU GOTTA.. (UNINTELLIGIBLE). . . . . . . YOU KNOW.  SAME THING WITH YOUR.. (UNINTELLIGIBLE). . . . . . I MEAN YOU GOT.. (UNINTELLIGIBLE). . . . . . . . YOU KNOW.*

*??: (UNINTELLIGIBLE). . . . GUYS AND I HOPE OF YA'LL YOU KNOW.. HANG IN THERE WITH IT.. GIVE IT A CHANCE.*

*KG: FINDING OUT THAT AS WE BUILD THE FOUNDATION AS YA'LL GO, UM.. YA'LL DESERVE THE RIGHT TO KNOW THINGS AS PROSPECTS COMING UP.. (UNINTELLIGIBLE). . . . YA'LL 'LL BE TALKING LIKE THAT IN ABOUT.. I'LL GIVE YOU ABOUT ANOTHER.. (UNINTELLIGIBLE).. SAME THING.*

*??: SAME THING.*

*KG: YOU'RE GONNA.. YOU'RE GONNA SEE THINGS AS WE GO AND THAT'S.. THAT'S PART OF PROSPECTING.  AS YOU GO.. (BOTH TALKING)..*

??: (BOTH TALKING)..

KG: YOU'RE GONNA SEE EVERYTHING I JUST TOLD YOU.

??: YOU RIGHT.

KG: BUT THE THING ABOUT IT IS.. YOU'RE GONNA HAVE SEEN IT AND NOTICE IT AND IDENTIFY IT AND..

??: MM HUH.

KG: YOU KNOW.. YEA, THAT'S.. THAT'S EXACTLY WHAT HE WAS TALKING ABOUT.

??: (UNINTELLIGIBLE)......... I SAID YOU COME GET ME.

KG: MM HUH.

??: AND THAT'S WHAT THEY DID.

KG: MM HUH.

(UNIDENTIFIED MALE FEMALE AUDIBLE)..............................

KG: LET ME END THE FIRST REFERENCE WITH THE LAST REFERENCE. THE FIRST THING I REFERENCED YA'LL.. THE FIRST THING I REFERENCED.. WERE.. THE SOLDIERS FIGHTING AND KILLED FOR EACH OTHER.. WATCHING EACH SOLDIER.. HONORING THEM BY PROTECTING THEIR BACK. THEY HAD.. THAT PERSON KILLS.. KILLED SOMEBODY THAT WAS FIXING TO KILL ME AND I DID THE SAME THING. SO.. AS THEY HAVE DONE THAT AND GOTTEN INTO THE "OMC" WORLD FOR THAT SAME PURPOSE.. ARE WE TO RESPECT THAT AND DO THE SAME THING FOR EACH OTHER AT.. TO THAT LEVEL. AND YOU KNOW WE'RE ALL ON.. ON ONE ACCORD. ALREADY.. THERE WAS A.. I THINK.. DID WE VOTE.

(SEVERAL TALKING)..

??: (SEVERAL TALKING).. YEA, WE DID.

KG: OKAY.. YEA.. SO UH.. UH.. (UNINTELLIGIBLE)....... WENT TO ABOUT FOUR OR FIVE DIFFERENT PLACES WITH US BEFORE HE.. (UNINTELLIGIBLE).. LAST THING, AND I REALLY MEAN LAST THING.. THERE IS ONE EXCEPTION TO WHAT I SAID ABOUT YOUR UH.. THE UH.. SIX MONTH PROGRESS UH..

*PROSPECT.. (UNINTELLIGIBLE).. EXECUTIVE BOARD.. CAN.. UH.. WE'VE UH.. HAD MEETING..*

*??: WAS IT LAST NIGHT?*

*(SEVERAL PEOPLE TALKING)..*

*??: MM HUH.*

*??: LAST NIGHT.*

*??: LAST NIGHT.*

*KG: WE WERE UP TILL TWELVE THIRTY (12:30).*

*??: OHH..*

*KG: WE WERE UP TILL TWELVE THIRTY (12:30.*

*??: LAST NIGHT.*

*??: AT HOME BY MYSELF.*

*(LAUGHTER)*

*KG: HATCHING OUT A WHOLE LOT A THINGS THAT WE NEEDED TO GET HATCHED OUT.*

*??: THAT'S RIGHT.*

*KG: THIS CLUB.. OUR ANNISTON CHAPTER.. SOCIAL CLUB.. THE WHOLE NINE YARDS AND WE STILL DIDN'T GET TO.. (UNINTELLIGIBLE). . . . . . . . AND WE HAD SOME.. MY MOUTH IS CLOSED.*

*??: ARE WE GONNA MEET WITH HIM IN A LITTLE BIT OR ARE WE JUST GONNA..*

*KG: (UNINTELLIGIBLE). . . . . . .*

*??: OKAY.*

*??: (UNINTELLIGIBLE). . . . . .*

*(LAUGHTER)..*

CITY OF DOTHAN/GRAY 001818
CONFIDENTIAL

# EXHIBIT

# 7



## BAMA BOYZ
## MOTORCYCLE CLUB, Inc.

July 21, 2013

To All of Our Biker Family:

The Founding Executive Board has held a series of meetings regarding the possibility of starting a new chapter of Bama Boyz, MC in Anniston, Alabama. Upon receiving the blessings from Big O, President of Outcast, Alabama, Big Meat, Sin City Disciples, Alabama, and Catfish, National President of Easy Riders, MC it is effective immediately that Antwaun "King Ace" Clifton is the new President of the Anniston Chapter of Bama Boyz, MC. The Vice President will be Pervis "Cupid" Welch. All officers positions will be effective for two years unless circumstances dictate otherwise according to bylaws.

Bama Boyz, MC Inc., has always had a great reputation with all bike clubs, and we wish to continue being family with you all giving respect when given respect. If there are any negative issues about who we are, and what we stand for feel free to call on me. Judge us on our solid reputation within the community.

If you have any questions I can be reached at (334) 796-0134.

Respectfully yours,

*I. Keith Gray*

I. Keith Gray, M.S. (Chopper)
Founder
Bama Boyz Motorcycle Club, Inc

CITY OF DOTHAN/GRAY 002035
CONFIDENTIAL

# EXHIBIT
# 8

# DOTHAN POLICE DEPARTMENT
## OFFICER'S INVESTIGATION REPORT

CN # 01 - __13__ - _____016193_____     SOURCE: _____

TO:  Chief Benton _____     FROM: __Ofc. Michael Woodside #895__ ·

SUBJECT: __Outcast MC_____     DATE: ___08/27/2013___  TIME: ___1700___

NARRATIVE: _____

On 08-26-2013 Ofc. Parrish and I responded to 414 N. Appletree St. in reference to an Assault 2nd Complaint. During our initial investigation we were able to locate seven of the eight suspects on scene when we had all the occupants exit the Outcast MC clubhouse. One of the subjects, that exited the clubhouse, was not identified as a suspect and was cleared by all witnesses and victims and released on scene. I completed my tasks at the Police Department and was sent back to sit on the clubhouse for an eventual search warrant. When I pulled up on scene I observed two female subjects and one male subject. The male subject was the same individual who was released from the initial Assault call. I cleared the clubhouse and made contact with the three subjects to see if they had removed any potential evidence from the clubhouse.

The male subject, known to me as "McGuire", was still wearing an Outcast MC T-shirt and was in the company of Kunta McGoley's wife, Dorothy McGoley. I was given verbal consent to search the two vehicles and found no evidence related to the crime or the clubhouse. During my conversation with McGuire I learned that he is a Firefighter with Troy Fire Department. I asked McGurie if he was aware of the Outcasts' reputation and if he was aware that they classify themselves as a 1% Outlaw Motorcycle Gang (OMG). McGuire stated that he had no idea and that this was his first event at the Dothan clubhouse. McGuire stated that he was bothered by what was done to the two victims and told me that he did not want to lose his job over "some bullshit like this".

I asked McGuire to speak to me in private and pulled him away from the two female subjects. I asked McGuire how he became involved with the Outcasts and he stated that he and four of his friends have a MC club in Troy and they just participated in charity rides and other events. McGuire stated that they were approached by a member of the Outcasts and told that they had to patch over, become a support club of the Outcasts, or not be allowed to wear their "cuts" (MC vests). McGuire stated that they seemed cool and didn't have a problem, until this incident. I asked McGuire if he knew of any other Firefighters or Police Officers that were involved with the Outcasts. McGuire stated that he knew of two Police Officers who either lived in Dothan or worked at Dothan PD. McGuire stated that he knew one officer claimed to be the Assistant Chief of Dothan and went by the club name of "Chopper". McGuire described "Chopper" as an older dark skinned black male, approximately 5-08 tall, shaved head, with glasses. McGuire stated that he had personally seen "Chopper" several times in the company of other Outcast MC members and has attended multiple Outcast MC Functions. McGuire stated that he believed "Chopper" rode with the Bama Boyz MC, but was not sure.

1 of 2

---

USE THIS FORM REPORTING OCCURRENCES OTHER THAN CRIMES

**PD 12**

CITY OF DOTHAN/GRAY 002083
CONFIDENTIAL

# DOTHAN POLICE DEPARTMENT
## OFFICER'S INVESTIGATION REPORT

CN # 01 - __13__ - ____016193____     SOURCE: _____

TO: __Chief Benton_____     FROM: __Ofc. Michael Woodside #895__

SUBJECT: __Outcast MC_____     DATE: __08/27/2013__   TIME: __1700__

NARRATIVE: _____

    After obtaining that information I asked McGuire about the other officer. McGuire stated that he did not know the other officer, but provided me a club name that I do not remember at this time. McGuire did state that the other officer rides with the All Throttle MC out of Dothan, AL. I verified this by having McGuire look at an "All Throttle MC" cut that was hanging in a vehicle that was driven by one of the suspects from the Assault call, Wendell Key. McGuire positively identified that cut as one similar to the one used by the other officer. I asked McGuire if the Bama Boyz MC is a support club to the Outcast MC and he stated that they do not have their support patch, but they are around the Outcasts a lot. I asked McGuire if the All Throttle MC is a support club and he stated that they are, but have not received their support patches yet. I asked McGuire if he knew of any other officer, male or female, that may be involved with the Outcast MC and he stated that he was not sure of any females, because they're not allowed to speak up. McGuire stated that he would be able to find out more if needed to.

    It should be noted that I had prior information provided to me that Capt. Gray's club name, with the Bama Boyz MC, is "Chopper". I was told that he has the name "Chopper" because he is a helicopter pilot. Further, I have personal knowledge that Ofc Truitt was currently a member of the All Throttle MC, which he had arranged a charity ride in recent months. After receiving this information, and because there are two possible Dothan PD officers in association with the Outcast MC, I contacted Lt. Benny. I provided Lt. Benny with a brief synopsis of what I had been told by McGuire. Lt. Benny instructed me to keep McGuire on scene. I had no further conversations with McGuire in regards to this matter but did talk to him about some definitions of a 1% OMG, which had him repeat his disgust for what had occurred earlier that morning. No other action was taken.

Respectfully Submitted,

Ofc. Michael Woodside #895

2 of 2

USE THIS FORM REPORTING OCCURRENCES OTHER THAN CRIMES

**PD 12**

CITY OF DOTHAN/GRAY 002084
CONFIDENTIAL

# EXHIBIT
# 9



# EXHIBIT

# 10

| | | | | |
|---|---|---|---|---|
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | Court Fines Payment    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 11 PD Lobby 3    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 7 - CID Lobby    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 8 - Records Back    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 2 - Admin Entrance    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 1 - Admin Hallway    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 4 - Vault    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 3 - Records    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 6 - PD Lobby 2    Subscribe, double-click to view XML. |
| 8/26/2013 9:34:02 AM | 127.0.0.1:65203 | kgray3611 | Live | 10 Front PTZ    Subscribe, double-click to view XML. |
| 8/26/2013 9:33:00 AM | 127.0.0.1:65203 | kgray3611 | Login | |

70.193.76.146

CITY OF DOTHAN/GRAY 002803
CONFIDENTIAL

8/26/2013 5:07:50 PM   127.0.0.1:62611   kgray3611   Live   8 - Records Back   Unsubscribe, double-click to view XML.

8/26/2013 5:07:50 PM   127.0.0.1:62611   kgray3611   Live   2 - Admin Entrance   Unsubscribe, double-click to view XML.

8/26/2013 5:07:50 PM   127.0.0.1:62611   kgray3611   Live   6 - PD Lobby 2   Unsubscribe, double-click to view XML.

8/26/2013 5:02:58 PM   127.0.0.1:62611   kgray3611   Live   11 PD Lobby 3   Subscribe, double-click to view XML.

8/26/2013 5:02:58 PM   127.0.0.1:62611   kgray3611   Live   6 - PD Lobby 2   Subscribe, double-click to view XML.

8/26/2013 5:02:58 PM   127.0.0.1:62611   kgray3611   Live   4 - Vault   Subscribe, double-click to view XML.

8/26/2013 5:02:58 PM   127.0.0.1:62611   kgray3611   Live   5 - PD Lobby 1   Subscribe, double-click to view XML.

8/26/2013 5:02:58 PM   127.0.0.1:62611   kgray3611   Live   7 - CID Lobby   Subscribe, double-click to view XML.

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Live   Court Fines Payment   Subscribe, double-click to view XML.

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Live   3 - Records   Subscribe, double-click to view XML.

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Live   8 - Records Back   Subscribe, double-click to view XML.

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Live   10 Front PTZ   Subscribe, double-click to view XML.

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Live   1 - Admin Hallway   Subscribe, double-click to view XML.

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Live   2 - Admin Entrance   Subscribe, double-click to view XML.

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Login

8/26/2013 5:02:57 PM   127.0.0.1:62611   kgray3611   Live   9 PD Entrance   Subscribe, double-click to view XML.

8/26/2013 10:50:17 AM   127.0.0.1:65203   kgray3611   Logout

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   4 - Vault   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   6 - PD Lobby 2   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   7 - CID Lobby   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   9 PD Entrance   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   11 PD Lobby 3   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   Court Fines Payment   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   10 Front PTZ   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   8 - Records Back   Unsubscribe, double-click to view XML.

8/26/2013 10:45:33 AM   127.0.0.1:65203   kgray3611   Live   1 - Admin Hallway   Unsubscribe, double-click to view XML.

8/26/2013 10:45:32 AM   127.0.0.1:65203   kgray3611   Live   5 - PD Lobby 1   Unsubscribe, double-click to view XML.

8/26/2013 10:45:32 AM   127.0.0.1:65203   kgray3611   Live   3 - Records   Unsubscribe, double-click to view XML.

8/26/2013 10:45:32 AM   127.0.0.1:65203   kgray3611   Live   2 - Admin Entrance   Unsubscribe, double-click to view XML.

8/26/2013 9:34:02 AM   127.0.0.1:65203   kgray3611   Live   5 - PD Lobby 1   Subscribe, double-click to view XML.

8/26/2013 9:34:02 AM   127.0.0.1:65203   kgray3611   Live   9 PD Entrance   Subscribe, double-click to view XML.

CITY OF DOTHAN/GRAY 002804
CONFIDENTIAL

ExacqVision Login Report

| | | | | |
|---|---|---|---|---|
| 8/26/2013 9:33:00 AM | 127.0.0.1:65203 | kgray3611 | Login | |
| 8/26/2013 10:50:17 AM | 127.0.0.1:65203 | kgray3611 | Logout | |
| 8/26/2013 5:02:57 PM | 127.0.0.1:62611 | kgray3611 | Login | |
| 8/26/2013 5:17:00 PM | 127.0.0.1:62611 | kgray3611 | Logout | |

| | | | | | |
|---|---|---|---|---|---|
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | Communications Center | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | Court Back Entrance | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | Complex Tower PTZ | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | 2 - Admin Entrance | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | 9 PD Entrance | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | 11 PD Lobby 3 | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | B - Records Back | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | 7 - CID Lobby | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:15 PM | 127.0.0.1:62611 | kgray3611 | Live | 6 - PD Lobby 2 | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:12:14 PM | 127.0.0.1:62611 | kgray3611 | Live | 5 - PD Lobby 1 | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:33 PM | 127.0.0.1:62611 | kgray3611 | Live | Complex Tower PTZ | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | Communications Center | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | 6 - PD Lobby 2 | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | 2 - Admin Entrance | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | 11 PD Lobby 3 | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | 9 PD Entrance | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | 7 - CID Lobby | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | 8 - Records Back | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:32 PM | 127.0.0.1:62611 | kgray3611 | Live | 5 - PD Lobby 1 | Subscribe, double-click to view XML. |
| 8/26/2013 5:11:27 PM | 127.0.0.1:62611 | kgray3611 | Live | Complex Tower PTZ | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:27 PM | 127.0.0.1:62611 | kgray3611 | Live | 6 - PD Lobby 2 | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:26 PM | 127.0.0.1:62611 | kgray3611 | Live | 8 - Records Back | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:26 PM | 127.0.0.1:62611 | kgray3611 | Live | 7 - CID Lobby | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:26 PM | 127.0.0.1:62611 | kgray3611 | Live | 5 - PD Lobby 1 | Unsubscribe, double-click to view XML. |

CITY OF DOTHAN/GRAY 002805
CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 8/26/2013 5:11:26 PM | 127.0.0.1:62611 | kgray3611 | Live | Communications Center | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:26 PM | 127.0.0.1:62611 | kgray3611 | Live | 2 - Admin Entrance | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:26 PM | 127.0.0.1:62611 | kgray3611 | Live | 11 PD Lobby 3 | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:11:26 PM | 127.0.0.1:62611 | kgray3611 | Live | 9 PD Entrance | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:10:40 PM | 127.0.0.1:62611 | kgray3611 | Live | 10 Front PTZ | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:10:39 PM | 127.0.0.1:62611 | kgray3611 | Live | 4 - Vault | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:10:39 PM | 127.0.0.1:62611 | kgray3611 | Live | 12 SS PTZ | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:10:39 PM | 127.0.0.1:62611 | kgray3611 | Live | 3 - Records | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:10:39 PM | 127.0.0.1:62611 | kgray3611 | Live | 1 - Admin Hallway | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:10:23 PM | 127.0.0.1:62611 | kgray3611 | Live | 10 Front PTZ | Subscribe, double-click to view XML. |
| 8/26/2013 5:10:23 PM | 127.0.0.1:62611 | kgray3611 | Live | 4 - Vault | Subscribe, double-click to view XML. |
| 8/26/2013 5:10:23 PM | 127.0.0.1:62611 | kgray3611 | Live | 1 - Admin Hallway | Subscribe, double-click to view XML. |
| 8/26/2013 5:10:23 PM | 127.0.0.1:62611 | kgray3611 | Live | 12 SS PTZ | Subscribe, double-click to view XML. |
| 8/26/2013 5:10:23 PM | 127.0.0.1:62611 | kgray3611 | Live | 3 - Records | Subscribe, double-click to view XML. |
| 8/26/2013 5:10:15 PM | 127.0.0.1:62611 | kgray3611 | Live | 11 PD Lobby 3 | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:54 PM | 127.0.0.1:62611 | kgray3611 | Live | 5 - PD Lobby 1 | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:53 PM | 127.0.0.1:62611 | kgray3611 | Live | 6 - PD Lobby 2 | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:53 PM | 127.0.0.1:62611 | kgray3611 | Live | 2 - Admin Entrance | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:47 PM | 127.0.0.1:62611 | kgray3611 | Live | 6 - PD Lobby 2 | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:09:27 PM | 127.0.0.1:62611 | kgray3611 | Live | Court Fines Payment | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:09:27 PM | 127.0.0.1:62611 | kgray3611 | Live | 3 - Records | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:09:27 PM | 127.0.0.1:62611 | kgray3611 | Live | 4 - Vault | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:09:27 PM | 127.0.0.1:62611 | kgray3611 | Live | 1 - Admin Hallway | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:09:27 PM | 127.0.0.1:62611 | kgray3611 | Live | 10 Front PTZ | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:09:12 PM | 127.0.0.1:62611 | kgray3611 | Live | 6 - PD Lobby 2 | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:11 PM | 127.0.0.1:62611 | kgray3611 | Live | 8 - Records Back | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:11 PM | 127.0.0.1:62611 | kgray3611 | Live | Complex Tower PTZ | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:11 PM | 127.0.0.1:62611 | kgray3611 | Live | Communications Center | Subscribe, double-click to view XML. |
| 8/26/2013 5:09:11 PM | 127.0.0.1:62611 | kgray3611 | Live | Court Back Entrance | Subscribe, double-click to view XML. |
| 8/26/2013 5:07:51 PM | 127.0.0.1:62611 | kgray3611 | Live | 5 - PD Lobby 1 | Unsubscribe, double-click to view XML. |
| 8/26/2013 5:07:50 PM | 127.0.0.1:62611 | kgray3611 | Live | 11 PD Lobby 3 | Unsubscribe, double-click to view XML. |

CITY OF DOTHAN/GRAY 002806
CONFIDENTIAL

# EXHIBIT

# 11

```
Date/Time:  8/28/13    09:57:38
--------------------------------------------------------------------------------
Progrm: PWS015                    Password History Listing / By Employee Number
                                          DOTHAN POLICE DEPT
                                  FROM:  1/01/2012 TO: 12/31/2013                    Page:    1

Employee#:     344  Police        Name: GRAY, IVAN K
--------------------------------------------------------------------------------
```

| Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|------|----------------------|-------------|-----------|-----|---------------------|-------------|--------|------|
| SMRY |  | 1/03/12 | 0905 | 0905 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176314 |
| SMRY |  | 1/03/12 | 0905 | 0905 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 176315 |
| SMRY |  | 1/04/12 | 0811 | 0811 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 186661 |
| SMRY |  | 1/04/12 | 0811 | 0811 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 186665 |
| SMRY |  | 1/04/12 | 0811 | 0811 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 186671 |
| SMRY |  | 1/04/12 | 0914 | 0914 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 187300 |
| CHNG | 923-000 | 1/04/12 | 0915 | 0936 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 187300 |
| SMRY |  | 1/04/12 | 1321 | 1321 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 190036 |
| SMRY |  | 1/11/12 | 1052 | 1053 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 255375 |
| SMRY |  | 1/11/12 | 1317 | 1317 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 256795 |
| SMRY |  | 1/11/12 | 1318 | 1318 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 256795 |
| SMRY |  | 1/11/12 | 1318 | 1318 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 256795 |
| SMRY |  | 1/11/12 | 1320 | 1320 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 256795 |
| SMRY |  | 1/11/12 | 1320 | 1320 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 256795 |
| SMRY |  | 1/12/12 | 0912 | 0912 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 264504 |
| CHNG | 1-12-000691-000 | 1/12/12 | 0920 | 0920 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 264504 |
| SMRY |  | 1/12/12 | 0926 | 0926 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 264652 |
| SMRY |  | 1/12/12 | 0928 | 0928 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 264665 |
|  | 1-11-026623-000 | 1/12/12 | 0928 | 0928 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 264665 |
| SMRY |  | 1/12/12 | 0936 | 0936 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 264770 |
|  | 316-000 | 1/12/12 | 0937 | 0937 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 264770 |
| SMRY |  | 1/13/12 | 1037 | 1047 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 276542 |
| SMRY |  | 1/13/12 | 1312 | 0831 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 277864 |
| SMRY |  | 1/17/12 | 1432 | 1432 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 306842 |
| SMRY |  | 1/17/12 | 1624 | 1624 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 308728 |
| CHNG | 1-11-025577-000 | 1/18/12 | 0923 | 0923 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 308728 |
| CHNG | 1-06-001819-000 | 1/18/12 | 0923 | 0923 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 308728 |
| CHNG | 1-11-025577-000 | 1/18/12 | 0924 | 0928 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 308728 |
| CHNG | 1-10-014372-000 | 1/18/12 | 0928 | 0928 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 308728 |
| CHNG | 1-06-001819-000 | 1/18/12 | 0928 | 0928 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 308728 |
| CHNG | 1-07-008430-000 | 1/18/12 | 0928 | 0928 | CMS214 Pawn Shop Tracking | CJBEA02B | IKGRAY | 308728 |
| CHNG | 1-06-001819-000 | 1/18/12 | 1031 | 1031 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 308728 |
| SMRY |  | 1/18/12 | 1033 | 1033 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 306842 |
| SMRY |  | 1/18/12 | 1035 | 1035 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 306842 |
| SMRY |  | 1/18/12 | 1036 | 1036 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 306842 |
| SMRY |  | 1/18/12 | 1043 | 1044 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 315722 |
| SMRY |  | 1/18/12 | 1045 | 1045 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 315741 |
| INQY | 1-11-025577-000 | 1/18/12 | 1045 | 1349 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 315741 |
| SMRY |  | 1/18/12 | 1349 | 1349 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 317807 |
| SMRY |  | 1/18/12 | 1455 | 1456 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 318764 |
| CHNG | 923-000 | 1/18/12 | 1455 | 1456 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 318764 |
| SMRY |  | 1/18/12 | 1630 | 1630 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 317807 |
| SMRY |  | 1/19/12 | 0814 | 0814 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 325413 |
| SMRY |  | 1/19/12 | 0815 | 0815 | CAD204 Supervisor Status Scr | CJBEA02B | IKGRAY | 325425 |
| SMRY |  | 1/19/12 | 0917 | 0917 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 326159 |
|  | 916-000 | 1/19/12 | 0924 | 0924 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 326159 |
| SMRY |  | 1/20/12 | 1516 | 1607 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 340284 |
| CHNG | 895-000 | 1/20/12 | 1516 | 1607 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 340284 |

DOTHAN/GRAY 005641
CONFIDENTIAL

```
Date/Time:  8/28/13                                      DOTHAN POLICE DEPT
                                                   FROM: 1/01/2012 TO:12/31/2013                      Page:    2
```
------------------------------------------------------------------------------------------------------------

```
Emp#:    344  Police          Name: GRAY, IVAN K
```
------------------------------------------------------------------------------------------------------------

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 1/23/12 | 1423 | 1539 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 362204 |
| INQY | 1-11-028531-000 | 1/23/12 | 1423 | 1539 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 362204 |
| SMRY | | 1/23/12 | 1540 | 1540 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 363651 |
| SMRY | | 1/24/12 | 1446 | 1446 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 374691 |
| CHNG | 1-00-001025-000 | 1/24/12 | 1513 | 1513 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 374691 |
| SMRY | | 1/26/12 | 1029 | 1029 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 393478 |
| | 923-000 | 1/26/12 | 1029 | 1029 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 393478 |
| SMRY | | 1/30/12 | 1342 | 1342 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 426848 |
| SMRY | | 1/31/12 | 1234 | 1234 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 437134 |
| | 1-11-027394-000 | 1/31/12 | 1234 | 1234 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 437134 |
| SMRY | | 1/31/12 | 1251 | 1251 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 437259 |
| SMRY | | 2/02/12 | 1012 | 1012 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 459114 |
| SMRY | | 2/02/12 | 1014 | 1024 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 459124 |
| SMRY | | 2/02/12 | 1049 | 1456 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 459745 |
| CHNG | 1-11-021623-000 | 2/02/12 | 1050 | 1054 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 459745 |
| SMRY | | 2/02/12 | 1055 | 1055 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 459806 |
| INQY | 1-11-021623-000 | 2/02/12 | 1055 | 1501 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 459806 |
| INQY | 1-11-021623-000 | 2/02/12 | 1107 | 1114 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 459745 |
| SMRY | | 2/02/12 | 1456 | 1456 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 462271 |
| CHNG | 1-07-018930-000 | 2/02/12 | 1458 | 1458 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 462271 |
| CHNG | 1-11-013355-000 | 2/02/12 | 1500 | 1501 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 462271 |
| | 1-07-018930-000 | 2/02/12 | 1501 | 1501 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 459806 |
| SMRY | | 2/02/12 | 1502 | 1502 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 462355 |
| SMRY | | 2/02/12 | 1517 | 1647 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 462679 |
| SMRY | | 2/02/12 | 1610 | 1610 | CAD204 Supervisor Status Scr | CJBEA02B | IKGRAY | 463501 |
| SMRY | | 2/03/12 | 1018 | 1018 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 470769 |
| SMRY | | 2/03/12 | 1020 | 1020 | CAD204 Supervisor Status Scr | CJBEA02B | IKGRAY | 470802 |
| SMRY | | 2/03/12 | 1407 | 1408 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 473245 |
| SMRY | | 2/06/12 | 1408 | 1408 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 494666 |
| CHNG | 1-11-005386-000 | 2/06/12 | 1408 | 1410 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 494666 |
| CHNG | 1-11-005386-000 | 2/06/12 | 1410 | 1529 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 494666 |
| SMRY | | 2/06/12 | 1417 | 1443 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 494986 |
| SMRY | | 2/06/12 | 1443 | 1443 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 494986 |
| SMRY | | 2/06/12 | 1525 | 1525 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 495814 |
| SMRY | | 2/06/12 | 1743 | 1809 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 498096 |
| CHNG | 792-000 | 2/06/12 | 1744 | 1809 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 498096 |
| SMRY | | 2/07/12 | 1011 | 1011 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 503227 |
| CHNG | 1-02-002199-000 | 2/07/12 | 1012 | 1012 | CMS209 Accident Entry/Update | CJBEA02B | IKGRAY | 503227 |
| CHNG | 1-02-002109-000 | 2/07/12 | 1012 | 1013 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 503227 |
| SMRY | | 2/07/12 | 1015 | 1015 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 503273 |
| CHNG | 1-02-010864-000 | 2/07/12 | 1016 | 1019 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 503273 |
| CHNG | 1-02-002109-000 | 2/07/12 | 1040 | 1042 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 503273 |
| CHNG | 1-02-002109-000 | 2/07/12 | 1043 | 1043 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 503273 |
| SMRY | | 2/08/12 | 1850 | 1850 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 520644 |
| SMRY | | 2/08/12 | 1851 | 1852 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 520651 |
| SMRY | | 2/08/12 | 1852 | 1852 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 520651 |
| SMRY | | 2/08/12 | 1912 | 1912 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 520779 |
| SMRY | | 2/08/12 | 1912 | 1912 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 520779 |
| SMRY | | 2/08/12 | 1912 | 1912 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 520779 |

DOTHAN/GRAY 005642
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                         FROM: 1/01/2012 TO:12/31/2013                    Page:    3

Emp#:    344  Police          Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 2/09/12 | 0930 | 0930 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 524664 |
| | 1-00-000293-000 | 2/09/12 | 0930 | 0930 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 524664 |
| SMRY | | 2/09/12 | 0931 | 0931 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 524677 |
| CHNG | 1-06-005400-000 | 2/09/12 | 0933 | 0933 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 524677 |
| CHNG | 1-05-006890-000 | 2/09/12 | 0933 | 0933 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 524677 |
| SMRY | | 2/09/12 | 1106 | 1106 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 525613 |
| SMRY | | 2/09/12 | 1447 | 1447 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 525613 |
| SMRY | | 2/09/12 | 1449 | 1449 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 525613 |
| SMRY | | 2/09/12 | 1450 | 1450 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 525613 |
| SMRY | | 2/09/12 | 1451 | 1451 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 525613 |
| SMRY | | 2/10/12 | 0853 | 0853 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 535538 |
| | 1-07-006861-000 | 2/10/12 | 0856 | 0856 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 535538 |
| SMRY | | 2/10/12 | 0859 | 0859 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 535608 |
| SMRY | | 2/10/12 | 0933 | 0934 | CMS221 Interactive Global BO | CJBEA02B | IKGRAY | 535965 |
| SMRY | | 2/13/12 | 1110 | 1111 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 559787 |
| CHNG | 344-000 | 2/13/12 | 1110 | 1111 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 559787 |
| SMRY | | 2/14/12 | 1452 | 1452 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 572691 |
| SMRY | | 2/14/12 | 1606 | 1606 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 573729 |
| SMRY | | 2/14/12 | 1607 | 1607 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 573729 |
| SMRY | | 2/14/12 | 1608 | 1608 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 573729 |
| SMRY | | 2/14/12 | 1608 | 1608 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 573729 |
| SMRY | | 2/15/12 | 1119 | 1120 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 581750 |
| SMRY | | 2/15/12 | 1120 | 1120 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 581759 |
| SMRY | | 2/15/12 | 1442 | 1442 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 583937 |
| CHNG | 1-93-138841-000 | 2/15/12 | 1445 | 1445 | CMS208 Warrant Entry/Update | CJBEA02B | IKGRAY | 583937 |
| CHNG | 1-93-141465-000 | 2/15/12 | 1445 | 1445 | CMS208 Warrant Entry/Update | CJBEA02B | IKGRAY | 583937 |
| CHNG | 1-94-001742-000 | 2/15/12 | 1445 | 1446 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 583937 |
| CHNG | 1-93-010080-000 | 2/15/12 | 1446 | 1446 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 583937 |
| SMRY | | 2/16/12 | 0810 | 0811 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 591424 |
| SMRY | | 2/16/12 | 0811 | 0811 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 591447 |
| SMRY | | 2/16/12 | 0811 | 0811 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 591454 |
| SMRY | | 2/17/12 | 1337 | 1445 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 402-000 | 2/17/12 | 1337 | 1344 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 453-000 | 2/17/12 | 1345 | 1346 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 357-000 | 2/17/12 | 1346 | 1346 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 419-000 | 2/17/12 | 1346 | 1347 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 339-000 | 2/17/12 | 1347 | 1349 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 357-000 | 2/17/12 | 1349 | 1352 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 382-000 | 2/17/12 | 1352 | 1353 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 418-000 | 2/17/12 | 1353 | 1353 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| CHNG | 382-000 | 2/17/12 | 1353 | 1445 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 605514 |
| SMRY | | 2/21/12 | 1302 | 1633 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 637042 |
| SMRY | | 2/21/12 | 1633 | 1643 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 639712 |
| CHNG | 1-10-007573-000 | 2/21/12 | 1634 | 1635 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 639712 |
| SMRY | | 2/24/12 | 0926 | 0927 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 665986 |
| SMRY | | 2/24/12 | 0927 | 0927 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 665986 |
| SMRY | | 2/24/12 | 0928 | 0928 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 665986 |
| SMRY | | 2/24/12 | 0929 | 0929 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 665986 |
| SMRY | | 2/28/12 | 1345 | 1345 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 701083 |

DOTHAN/GRAY 005643
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                       FROM:  1/01/2012 TO:12/31/2013                    Page:    4

Emp#:    344  Police         Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------

     Access  Incident#/     Access     Time
     Type    Other Code     Date    From  To    Program Description      Workstation Userid    Job#

     SMRY                   2/28/12  1345 1345  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1347 1347  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1347 1347  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1348 1348  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1348 1348  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1348 1348  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1349 1349  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1353 1353  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1354 1354  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1429 1429  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1431 1431  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1432 1432  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1529 1529  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   701085
     SMRY                   2/28/12  1545 1546  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   702970
     SMRY                   2/28/12  1546 1546  CMS220 Master Global Lookup  CJBEA02A   IKGRAY   702985
     CHNG  1-07-019024-000  2/28/12  1547 1548  CMS209 Accident Entry/Update CJBEA02A   IKGRAY   702985
     CHNG  1-09-002265-000  2/28/12  1549 1553  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   702985
     CHNG  1-08-031053-000  2/28/12  1553 1553  CMS214 Pawn Shop Tracking    CJBEA02A   IKGRAY   702985
     CHNG  1-08-027319-000  2/28/12  1554 1554  CMS214 Pawn Shop Tracking    CJBEA02A   IKGRAY   702985
     SMRY                   3/01/12  1037 1037  CMS220 Master Global Lookup  CJBEA02A   IKGRAY   721750
     CHNG  1-11-007478-000  3/01/12  1038 1043  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   721750
     SMRY                   3/01/12  1039 1041  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   721776
     CHNG  1-05-004938-000  3/01/12  1043 1043  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   721750
     SMRY                   3/01/12  1505 1506  CHF101 Personnel Entry/Updat CJBEA02A   IKGRAY   724975
     SMRY                   3/01/12  1506 1509  CHF101 Personnel Entry/Updat CJBEA02A   IKGRAY   724988
     CHNG        831-000    3/01/12  1507 1509  CHF101 Personnel Entry/Updat CJBEA02A   IKGRAY   724988
     CHNG  1-99-000630-000  3/01/12  1617 1618  CMS204 Young Offender Entry/ CJBEA02A   IKGRAY   721750
     CHNG  1-99-000630-000  3/01/12  1618 1618  CMS204 Young Offender Entry/ CJBEA02A   IKGRAY   721750
     CHNG  1-99-000630-000  3/01/12  1618 1619  CMS204 Young Offender Entry/ CJBEA02A   IKGRAY   721750
     CHNG  1-94-000424-000  3/01/12  1619 1619  CMS204 Young Offender Entry/ CJBEA02A   IKGRAY   721750
     SMRY                   3/01/12  1628 1630  CMS209 Accident Entry/Update CJBEA02A   IKGRAY   726033
     CHNG  1-03-000058-000  3/01/12  1628 1629  CMS209 Accident Entry/Update CJBEA02A   IKGRAY   726033
     CHNG  1-92-509955-000  3/01/12  1629 1629  CMS209 Accident Entry/Update CJBEA02A   IKGRAY   726033
     CHNG  1-88-642110-000  3/01/12  1629 1629  CMS209 Accident Entry/Update CJBEA02A   IKGRAY   726033
     CHNG  1-87-135720-000  3/01/12  1629 1630  CMS209 Accident Entry/Update CJBEA02A   IKGRAY   726033
     CHNG  1-03-000058-000  3/01/12  1630 1630  CMS209 Accident Entry/Update CJBEA02A   IKGRAY   726033
     SMRY                   3/02/12  1517 1517  CMS220 Master Global Lookup  CJBEA02A   IKGRAY   736047
     CHNG  1-04-002649-000  3/02/12  1518 1519  CMS208 Warrant Entry/Update  CJBEA02A   IKGRAY   736047
     CHNG  1-04-004706-000  3/02/12  1520 1520  CMS202 Arrest Entry/Update S CJBEA02A   IKGRAY   736047
     SMRY                   3/06/12  1650 1652  CMS208 Warrant Entry/Update  CJBEA02A   IKGRAY   772267
     CHNG  1-09-300288-000  3/06/12  1651 1652  CMS208 Warrant Entry/Update  CJBEA02A   IKGRAY   772267
     SMRY                   3/06/12  1652 1657  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   772301
     CHNG  1-12-003926-000  3/06/12  1653 1654  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   772301
     CHNG  1-10-021405-000  3/06/12  1654 1654  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   772301
     SMRY                   3/08/12  1456 1458  CHF101 Personnel Entry/Updat CJBEA02A   IKGRAY   794006
     CHNG        923-000    3/08/12  1456 1458  CHF101 Personnel Entry/Updat CJBEA02A   IKGRAY   794006
     SMRY                   3/09/12  0806 0806  CAD204 Supervisor Status Scr CJBEA02A   IKGRAY   801104
     SMRY                   3/09/12  0807 0807  CAD204 Supervisor Status Scr CJBEA02A   IKGRAY   801122
     SMRY                   3/09/12  1700 1559  CHF101 Personnel Entry/Updat CJBEA02A   IKGRAY   805958
```

DOTHAN/GRAY 005644
CONFIDENTIAL

Date/Time: 8/28/13

```
                              DOTHAN POLICE DEPT
                         FROM: 1/01/2012 TO:12/31/2013                    Page:   5

Emp#:      344  Police          Name: GRAY, IVAN K
------------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| CHNG | 923-000 | 3/09/12 | 1700 | 1559 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 805958 |
| SMRY | | 3/10/12 | 1559 | 1600 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 812307 |
| SMRY | | 3/10/12 | 1601 | 1601 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 812307 |
| SMRY | | 3/12/12 | 0852 | 0853 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 821810 |
| SMRY | | 3/12/12 | 1030 | 1052 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 823093 |
| SMRY | | 3/12/12 | 1042 | 1042 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 823179 |
| | 1-12-004700-000 | 3/12/12 | 1042 | 1042 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 823179 |
| SMRY | | 3/12/12 | 1053 | 1053 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 823286 |
| | 815-000 | 3/12/12 | 1057 | 1057 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 823286 |
| SMRY | | 3/13/12 | 1431 | 1431 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 836336 |
| SMRY | | 3/13/12 | 1432 | 1432 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 836336 |
| CHNG | 1-93-005000-000 | 3/13/12 | 1433 | 1434 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 836336 |
| CHNG | 1-85-000069-000 | 3/13/12 | 1434 | 1434 | CMS212 Bicycle Registration | CJBEA02A | IKGRAY | 836336 |
| SMRY | | 3/15/12 | 0824 | 0826 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 855201 |
| SMRY | | 3/15/12 | 0826 | 0826 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 855232 |
| CHNG | 1-08-027202-000 | 3/15/12 | 0827 | 0827 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 855232 |
| CHNG | 1-07-025166-000 | 3/15/12 | 0827 | 0827 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 855232 |
| SMRY | | 3/15/12 | 1020 | 1020 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 856487 |
| CHNG | 1-10-007573-000 | 3/15/12 | 1021 | 1025 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 856487 |
| SMRY | | 3/16/12 | 0819 | 0819 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 866202 |
| CHNG | 1-09-017490-000 | 3/16/12 | 0820 | 0826 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 866202 |
| CHNG | 1-10-025936-000 | 3/16/12 | 0827 | 0828 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 866202 |
| CHNG | 1-98-000697-000 | 3/16/12 | 0828 | 0828 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 866202 |
| SMRY | | 3/19/12 | 1016 | 1016 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 889401 |
| SMRY | | 3/19/12 | 1404 | 1405 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 891679 |
| SMRY | | 3/19/12 | 1405 | 1405 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 891679 |
| SMRY | | 3/19/12 | 1406 | 1406 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 891679 |
| SMRY | | 3/20/12 | 1529 | 1529 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 903576 |
| SMRY | | 3/20/12 | 1529 | 1533 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 903582 |
| SMRY | | 3/20/12 | 1533 | 1533 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 903629 |
| SMRY | | 3/20/12 | 1538 | 1540 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 903777 |
| IVLD | | 3/20/12 | 1541 | 1541 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 903828 |
| SMRY | | 3/20/12 | 1541 | 1629 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 903828 |
| SMRY | | 3/20/12 | 1629 | 1703 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 904393 |
| CHNG | 1-12-005386-000 | 3/20/12 | 1639 | 1641 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 904393 |
| CHNG | 1-12-005386-000 | 3/20/12 | 1642 | 1656 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 904393 |
| SMRY | | 3/21/12 | 1032 | 1032 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 911567 |
| CHNG | 1-11-005014-000 | 3/21/12 | 1042 | 1045 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 911567 |
| CHNG | 1-11-005014-000 | 3/21/12 | 1045 | 1045 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 911567 |
| CHNG | 1-12-004841-000 | 3/21/12 | 1052 | 1054 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 911567 |
| CHNG | 1-09-004302-000 | 3/21/12 | 1058 | 1058 | CMS203 FIS Entry/Update | CJBEA02B | IKGRAY | 911567 |
| CHNG | 1-11-005014-000 | 3/21/12 | 1058 | 1058 | CMS205 Property/Evidence Tra | CJBEA02B | IKGRAY | 911567 |
| SMRY | | 3/21/12 | 1421 | 1636 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 913497 |
| CHNG | 1-12-005386-000 | 3/21/12 | 1421 | 1424 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 913497 |
| SMRY | | 3/21/12 | 1427 | 1427 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 913571 |
| SMRY | | 3/21/12 | 1428 | 1428 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 913571 |
| CHNG | 1-12-005433-000 | 3/21/12 | 1442 | 1445 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 913497 |
| CHNG | 1-12-005433-000 | 3/21/12 | 1445 | 1539 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 913497 |
| SMRY | | 3/22/12 | 0803 | 0804 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 920993 |

DOTHAN/GRAY 005645
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                         FROM:  1/01/2012 TO:12/31/2013                        Page:    6

Emp#:      344  Police          Name: GRAY, IVAN K
```

---

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 3/22/12 | 0808 | 0808 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 921064 |
| SMRY | | 3/22/12 | 1554 | 1704 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 925737 |
| CHNG | 1-12-005500-000 | 3/22/12 | 1554 | 1555 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 925737 |
| SMRY | | 3/23/12 | 1148 | 1148 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 933616 |
| INQY | 1-11-009359-000 | 3/23/12 | 1148 | 1149 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 933616 |
| CHNG | 1-10-009359-000 | 3/23/12 | 1151 | 1525 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 933616 |
| CHNG | 1-12-005386-000 | 3/23/12 | 1525 | 1525 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 933616 |
| | 1-12-005433-000 | 3/23/12 | 1526 | 1526 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 933616 |
| SMRY | | 3/28/12 | 1624 | 1624 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 016476 |
| | 714-000 | 3/28/12 | 1624 | 1624 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 016476 |
| SMRY | | 3/29/12 | 1514 | 1515 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 294049 |
| CHNG | 1-12-004825-000 | 3/29/12 | 1514 | 1515 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 294049 |
| SMRY | | 3/29/12 | 153O | 1645 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 299978 |
| SMRY | | 4/02/12 | 0822 | 1015 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 254716 |
| SMRY | | 4/02/12 | 1016 | 1016 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 256223 |
| SMRY | | 4/03/12 | 1500 | 1311 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 292046 |
| SMRY | | 4/09/12 | 1010 | 1013 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 348878 |
| SMRY | | 4/09/12 | 1126 | 1133 | CHF101 Personnel Entry/Update | CJBEA02A | IKGRAY | 349783 |
| CHNG | 891-000 | 4/09/12 | 1126 | 1133 | CHF101 Personnel Entry/Update | CJBEA02A | IKGRAY | 349783 |
| SMRY | | 4/10/12 | 0918 | 0918 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 360344 |
| SMRY | | 4/12/12 | 1629 | 1629 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 410826 |
| | 1-11-021692-000 | 4/12/12 | 1629 | 1629 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 410826 |
| SMRY | | 4/13/12 | 0836 | 0836 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 416724 |
| CHNG | 1-11-021692-000 | 4/13/12 | 0837 | 1100 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 416724 |
| | 1-12-007054-000 | 4/13/12 | 1100 | 1100 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 416724 |
| SMRY | | 4/13/12 | 1145 | 1145 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 418563 |
| SMRY | | 4/16/12 | 0803 | 1348 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 437736 |
| CHNG | 418-000 | 4/16/12 | 0803 | 1045 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 437736 |
| SMRY | | 4/16/12 | 1015 | 1015 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 439117 |
| CHNG | 1-12-003363-000 | 4/16/12 | 1015 | 1016 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 439117 |
| CHNG | 1-08-025196-000 | 4/16/12 | 1016 | 1016 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 439117 |
| CHNG | 1-06-002127-000 | 4/16/12 | 1016 | 1016 | CMS207 Citation Entry/Update | CJBEA02A | IKGRAY | 439117 |
| CHNG | 1-10-015982-000 | 4/16/12 | 1027 | 1027 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 439117 |
| CHNG | 1-08-025196-000 | 4/16/12 | 1027 | 1028 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 439117 |
| CHNG | 402-000 | 4/16/12 | 1045 | 1055 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 437736 |
| CHNG | 678-000 | 4/16/12 | 1055 | 1348 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 437736 |
| SMRY | | 4/16/12 | 1128 | 1128 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 439761 |
| SMRY | | 4/16/12 | 1348 | 1348 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 440989 |
| SMRY | | 4/17/12 | 1001 | 1001 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 449919 |
| SMRY | | 4/20/12 | 1112 | 1115 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 484706 |
| SMRY | | 4/23/12 | 1517 | 1517 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 510454 |
| SMRY | | 4/23/12 | 1517 | 1517 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 510459 |
| SMRY | | 4/23/12 | 1531 | 1404 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 510931 |
| CHNG | 375-000 | 4/23/12 | 1532 | 1404 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 510931 |
| SMRY | | 4/24/12 | 1228 | 1228 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 520420 |
| SMRY | | 4/25/12 | 1350 | 1351 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 532635 |
| SMRY | | 4/25/12 | 1418 | 1418 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 532635 |
| SMRY | | 4/25/12 | 1426 | 1426 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 532635 |
| SMRY | | 4/25/12 | 1429 | 1429 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 532635 |

DOTHAN/GRAY 005646
CONFIDENTIAL

```
                                      DOTHAN POLICE DEPT
                            FROM:  1/01/2012 TO:12/31/2013                        Page:     7

Emp#:     344  Police          Name: GRAY, IVAN K
---------------------------------------------------------------------------------------------

    Access  Incident#/      Access      Time
    Type    Other Code      Date     From  To    Program Description         Workstation Userid      Job#

    SMRY                    4/25/12  1546 1546  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      532635
    SMRY                    4/29/12  1204 1204  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      532635
    SMRY                    4/30/12  1045 1045  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      576736
    SMRY                    4/30/12  1045 1045  CAD204 Supervisor Status Scr  CJBEA02A    IKGRAY      576738
    SMRY                    5/01/12  0949 0949  CMS220 Master Global Lookup   CJBEA02A    IKGRAY      588151
    CHNG    1-12-300081-000 5/01/12  0951 0951  CMS208 Warrant Entry/Update   CJBEA02A    IKGRAY      588151
    SMRY                    5/01/12  0955 1007  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY      588226
    SMRY                    5/01/12  1007 1008  CMS210 Weapons  Registration  CJBEA02A    IKGRAY      588342
    SMRY                    5/01/12  1008 1008  CMS220 Master Global Lookup   CJBEA02A    IKGRAY      588347
    CHNG    1-12-300081-000 5/01/12  1009 1010  CMS208 Warrant Entry/Update   CJBEA02A    IKGRAY      588347
    CHNG    1-12-300081-000 5/01/12  1012 1012  CMS208 Warrant Entry/Update   CJBEA02A    IKGRAY      588347
    SMRY                    5/02/12  1445 1446  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      604421
    SMRY                    5/02/12  1450 1450  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      604421
    SMRY                    5/02/12  1558 1558  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      604421
    SMRY                    5/02/12  1600 1600  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      604421
    SMRY                    5/02/12  1605 1605  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      604421
    SMRY                    5/02/12  1607 1607  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      604421
    SMRY                    5/02/12  1607 1607  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      604421
    IVLD                    5/03/12  0811 0811  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY      611570
    SMRY                    5/03/12  0811 0812  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY      611570
    SMRY                    5/03/12  0813 0813  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      611585
    SMRY                    5/03/12  0816 0816  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      611585
    SMRY                    5/03/12  0817 0830  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY      611632
    INQY    1-12-006699-000 5/03/12  0817 0830  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY      611632
    SMRY                    5/03/12  0819 0819  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      611585
    SMRY                    5/03/12  0825 0825  CMS220 Master Global Lookup   CJBEA02A    IKGRAY      611756
    CHNG    1-12-005534-000 5/03/12  0826 1004  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY      611756
    SMRY                    5/03/12  0831 0831  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY      611871
    INQY    1-12-005534-000 5/03/12  0959 1551  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY      611871
    SMRY                    5/07/12  1631 1631  CMS220 Master Global Lookup   CJBEA02A    IKGRAY      652202
    CHNG    1-12-009840-000 5/07/12  1632 1633  CMS214 Pawn Shop Tracking     CJBEA02A    IKGRAY      652202
    SMRY                    5/07/12  1647 1647  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      652425
    SMRY                    5/07/12  1651 1651  CAD116 BOLO Maintenance       CJBEA02A    IKGRAY      652441
    SMRY                    5/07/12  1652 1652  CMS220 Master Global Lookup   CJBEA02A    IKGRAY      652470
    CHNG    1-12-009840-000 5/07/12  1654 1655  CMS214 Pawn Shop Tracking     CJBEA02A    IKGRAY      652470
    CHNG    1-12-009840-000 5/07/12  1655 1656  CMS214 Pawn Shop Tracking     CJBEA02A    IKGRAY      652470
    SMRY                    5/07/12  1656 1657  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      652593
    SMRY                    5/07/12  1709 1709  CMS221 Interactive Global BO  CJBEA02A    IKGRAY      652816
    SMRY                    5/08/12  1417 1417  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      661849
    SMRY                    5/08/12  1417 1417  CAD204 Supervisor Status Scr  CJBEA02A    IKGRAY      661851
    SMRY                    5/08/12  1454 1455  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      662343
    SMRY                    5/08/12  1531 1531  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      662343
    SMRY                    5/08/12  1531 1531  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      662343
    SMRY                    5/08/12  1531 1531  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      662343
    SMRY                    5/08/12  1531 1531  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      662343
    SMRY                    5/08/12  1532 1532  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY      663071
    SMRY                    5/08/12  1533 1533  CAD203 Detail Call Inquiry    CJBEA02A    IKGRAY      662343
    SMRY                    5/08/12  1535 1537  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY      663113
    INQY    1-12-008711-000 5/08/12  1536 1537  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY      663113
```

DOTHAN/GRAY 005647
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                              FROM:  1/01/2012 TO:12/31/2013                    Page:    8

Emp#:      344  Police            Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 5/08/12 | 1537 | 1537 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 663133 |
| SMRY | | 5/08/12 | 1538 | 1538 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 663167 |
| | 891-000 | 5/08/12 | 1538 | 1538 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 663167 |
| SMRY | | 5/09/12 | 1558 | 1558 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 675000 |
| SMRY | | 5/09/12 | 1559 | 1559 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 675000 |
| SMRY | | 5/09/12 | 1600 | 1600 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 675000 |
| SMRY | | 5/09/12 | 1604 | 1615 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 675057 |
| SMRY | | 5/10/12 | 0845 | 0848 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 681285 |
| SMRY | | 5/10/12 | 0848 | 0848 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 681285 |
| SMRY | | 5/10/12 | 0853 | 0853 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 681383 |
| | 781-000 | 5/10/12 | 0854 | 0854 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 681383 |
| SMRY | | 5/10/12 | 1404 | 1404 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 684522 |
| SMRY | | 5/10/12 | 1522 | 1522 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 685750 |
| CHNG | 1-12-008959-000 | 5/10/12 | 1526 | 1527 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 685750 |
| SMRY | | 5/11/12 | 0848 | 0848 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 681285 |
| SMRY | | 5/11/12 | 0853 | 0853 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 681285 |
| SMRY | | 5/11/12 | 1233 | 1233 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 681285 |
| SMRY | | 5/11/12 | 1234 | 1234 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 694906 |
| INQY | 1-12-008950-000 | 5/11/12 | 1234 | 1240 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 694906 |
| | 1-11-022251-000 | 5/11/12 | 1241 | 1241 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 694906 |
| SMRY | | 5/11/12 | 1253 | 1253 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 695072 |
| SMRY | | 5/14/12 | 1005 | 1005 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 716662 |
| SMRY | | 5/14/12 | 1038 | 1039 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 717048 |
| CHNG | 1-12-009065-000 | 5/14/12 | 1039 | 1039 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 717048 |
| SMRY | | 5/14/12 | 1040 | 1530 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 717074 |
| INQY | 1-12-009065-000 | 5/14/12 | 1040 | 1040 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 717074 |
| SMRY | | 5/14/12 | 1041 | 1041 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 716662 |
| SMRY | | 5/14/12 | 1125 | 1125 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 716662 |
| SMRY | | 5/14/12 | 1504 | 1505 | CMS208 Warrant Entry/Update | CJBEA02A | IKGRAY | 719957 |
| SMRY | | 5/14/12 | 1505 | 1509 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 719965 |
| SMRY | | 5/14/12 | 1515 | 1515 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 716662 |
| CHNG | 1-11-017585-000 | 5/14/12 | 1524 | 1525 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 717074 |
| CHNG | 1-11-017349-000 | 5/14/12 | 1525 | 1527 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 717074 |
| SMRY | | 5/14/12 | 1541 | 1541 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 716662 |
| SMRY | | 5/14/12 | 1544 | 1544 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 716662 |
| SMRY | | 5/16/12 | 1344 | 1344 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 741719 |
| SMRY | | 5/17/12 | 1512 | 1529 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 754742 |
| SMRY | | 5/21/12 | 0810 | 0833 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782243 |
| SMRY | | 5/21/12 | 0833 | 0835 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 782510 |
| CHNG | 1-12-009802-000 | 5/21/12 | 0834 | 0834 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 782510 |
| CHNG | 1-06-007076-000 | 5/21/12 | 0835 | 0835 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 782510 |
| IVLD | | 5/21/12 | 0835 | 0835 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 782529 |
| SMRY | | 5/21/12 | 0835 | 0853 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 782529 |
| CHNG | 1-12-009802-000 | 5/21/12 | 0836 | 0836 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 782529 |
| SMRY | | 5/21/12 | 0853 | 0854 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/21/12 | 1638 | 1638 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 788843 |
| SMRY | | 5/22/12 | 1435 | 1435 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 788843 |
| SMRY | | 5/22/12 | 1548 | 1548 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 788843 |
| SMRY | | 5/22/12 | 1620 | 1620 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 800535 |

DOTHAN/GRAY 005648
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                         FROM:  1/01/2012 TO:12/31/2013                    Page:   9

Emp#:     344  Police          Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| | 419-000 | 5/22/12 | 1621 | 1621 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 800535 |
| SMRY | | 5/23/12 | 0856 | 0856 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0859 | 0859 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0917 | 0917 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0919 | 0919 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0919 | 0919 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0921 | 0921 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0922 | 0922 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0922 | 0922 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0923 | 0923 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 782771 |
| SMRY | | 5/23/12 | 0929 | 0935 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 806888 |
| CHNG | 1-10-003681-000 | 5/23/12 | 0932 | 0933 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 806888 |
| SMRY | | 5/29/12 | 0944 | 0944 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 858895 |
| SMRY | | 5/29/12 | 0946 | 0946 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| INQY | 1-12-010129-000 | 5/29/12 | 0947 | 0947 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| SMRY | | 5/29/12 | 0955 | 0955 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 859053 |
| CHNG | 1-12-005386-000 | 5/29/12 | 1605 | 1606 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| CHNG | 1-12-005386-000 | 5/29/12 | 1607 | 1608 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| CHNG | 1-12-010598-000 | 5/29/12 | 1608 | 1609 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| CHNG | 1-12-010598-000 | 5/29/12 | 1610 | 1618 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| CHNG | 1-12-010598-000 | 5/29/12 | 1625 | 1634 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| CHNG | 1-11-002123-000 | 5/29/12 | 1653 | 1655 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| CHNG | 1-11-002108-000 | 5/29/12 | 1656 | 1656 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 858930 |
| SMRY | | 5/30/12 | 1025 | 1026 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 871048 |
| CHNG | 1-12-008186-000 | 5/30/12 | 1027 | 1027 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 871048 |
| SMRY | | 5/30/12 | 1028 | 1028 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 871048 |
| SMRY | | 5/30/12 | 1029 | 1029 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 871048 |
| SMRY | | 5/30/12 | 1029 | 1029 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 871048 |
| SMRY | | 5/30/12 | 1029 | 1029 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 871048 |
| SMRY | | 5/30/12 | 1510 | 1510 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 874513 |
| CHNG | 1-12-009524-000 | 5/30/12 | 1510 | 1513 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874513 |
| SMRY | | 5/30/12 | 1517 | 1628 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| CHNG | 1-96-000792-000 | 5/30/12 | 1518 | 1518 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| CHNG | 1-10-006244-000 | 5/30/12 | 1518 | 1518 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| SMRY | | 5/30/12 | 1522 | 1522 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 871048 |
| INQY | 1-11-028362-000 | 5/30/12 | 1607 | 1607 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| CHNG | 1-11-028362-000 | 5/30/12 | 1607 | 1609 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| CHNG | 1-11-028362-000 | 5/30/12 | 1609 | 1623 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| SMRY | | 5/30/12 | 1613 | 1627 | CMS221 Interactive Global BO | CJBEA02A | IKGRAY | 875341 |
| INQY | 1-11-028362-000 | 5/30/12 | 1624 | 1625 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| CHNG | 1-06-004764-000 | 5/30/12 | 1628 | 1628 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 874598 |
| SMRY | | 5/30/12 | 1628 | 1628 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 875471 |
| CHNG | 1-08-013555-000 | 5/30/12 | 1629 | 1629 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 875471 |
| SMRY | | 5/30/12 | 1633 | 1502 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 875514 |
| CHNG | 1-12-010729-000 | 5/30/12 | 1700 | 1701 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 875514 |
| CHNG | 1-12-010729-000 | 5/30/12 | 1701 | 1710 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 875514 |
| SMRY | | 5/31/12 | 1344 | 1344 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 884404 |
| SMRY | | 5/31/12 | 1502 | 1503 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 885674 |
| CHNG | 685-000 | 5/31/12 | 1502 | 1503 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 885674 |

DOTHAN/GRAY 005649
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                              FROM: 1/01/2012 TO:12/31/2013                        Page:   10

Emp#:     344  Police          Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 5/31/12 | 1504 | 1504 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 885700 |
| SMRY | | 5/31/12 | 1505 | 1505 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 885700 |
| SMRY | | 5/31/12 | 1506 | 1506 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 885700 |
| SMRY | | 5/31/12 | 1509 | 1509 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 885776 |
| | 870-000 | 5/31/12 | 1510 | 1510 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 885776 |
| SMRY | | 6/02/12 | 0351 | 0351 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 901578 |
| SMRY | | 6/05/12 | 1350 | 1351 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 929353 |
| SMRY | | 6/05/12 | 1438 | 1438 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 930087 |
| SMRY | | 6/05/12 | 1538 | 1539 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 931245 |
| IVLD | | 6/06/12 | 0814 | 0814 | CAD204 Supervisor Status Scr | CJBEA02C | IKGRAY | 937652 |
| SMRY | | 6/06/12 | 0814 | 0814 | CAD204 Supervisor Status Scr | CJBEA02C | IKGRAY | 937652 |
| SMRY | | 6/06/12 | 1045 | 1420 | CMS202 Arrest Entry/Update S | CJBEA02C | IKGRAY | 939643 |
| CHNG | 1-12-011240-000 | 6/06/12 | 1046 | 1046 | CMS202 Arrest Entry/Update S | CJBEA02C | IKGRAY | 939643 |
| SMRY | | 6/06/12 | 1426 | 1426 | CAD203 Detail Call Inquiry | CJBEA02C | IKGRAY | 941610 |
| SMRY | | 6/06/12 | 1450 | 1450 | CHF101 Personnel Entry/Updat | CJBEA02C | IKGRAY | 942039 |
| CHNG | 281-000 | 6/06/12 | 1450 | 1451 | CHF101 Personnel Entry/Updat | CJBEA02C | IKGRAY | 942039 |
| | 344-000 | 6/06/12 | 1451 | 1451 | CHF101 Personnel Entry/Updat | CJBEA02C | IKGRAY | 942039 |
| SMRY | | 6/07/12 | 0914 | 0914 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 949949 |
| SMRY | | 6/07/12 | 0915 | 0915 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 949970 |
| SMRY | | 6/07/12 | 0919 | 0919 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 949996 |
| SMRY | | 6/07/12 | 0935 | 0936 | CMS201 Warrant Entry/Update | CJBEA02A | IKGRAY | 950175 |
| SMRY | | 6/07/12 | 0936 | 0936 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 950187 |
| SMRY | | 6/07/12 | 0941 | 0941 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 950217 |
| SMRY | | 6/07/12 | 0942 | 0942 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 950217 |
| SMRY | | 6/10/12 | 1545 | 1545 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 978110 |
| SMRY | | 6/10/12 | 1545 | 1547 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 978113 |
| CHNG | 817-000 | 6/10/12 | 1547 | 1547 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 978113 |
| SMRY | | 6/11/12 | 0814 | 0814 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 982260 |
| SMRY | | 6/11/12 | 1047 | 1047 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 984033 |
| CHNG | 1-10-010529-000 | 6/11/12 | 1048 | 1048 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 984033 |
| CHNG | 1-01-000425-000 | 6/11/12 | 1048 | 1049 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 984033 |
| CHNG | 1-99-008453-000 | 6/11/12 | 1049 | 1050 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 984033 |
| SMRY | | 6/11/12 | 1452 | 1452 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 986734 |
| CHNG | 808-000 | 6/11/12 | 1607 | 1607 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 986734 |
| CHNG | 115-000 | 6/11/12 | 1607 | 1607 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 986734 |
| CHNG | 808-000 | 6/11/12 | 1608 | 1608 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 986734 |
| CHNG | 891-000 | 6/11/12 | 1740 | 1740 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 986734 |
| CHNG | 891-000 | 6/11/12 | 1740 | 0805 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 986734 |
| SMRY | | 6/12/12 | 0926 | 0926 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 994623 |
| INQY | 1-12-010075-000 | 6/12/12 | 0927 | 0927 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 994623 |
| INQY | 1-12-009983-000 | 6/12/12 | 0928 | 0928 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 994623 |
| | 1-12-009625-000 | 6/12/12 | 0929 | 0929 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 994623 |
| SMRY | | 6/12/12 | 0949 | 0949 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 994942 |
| | 868-000 | 6/12/12 | 0950 | 0950 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 994942 |
| SMRY | | 6/12/12 | 0951 | 0951 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 994977 |
| CHNG | 1-00-000293-000 | 6/12/12 | 0951 | 0951 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 994977 |
| SMRY | | 6/12/12 | 1029 | 1029 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 995606 |
| | 1-08-018750-000 | 6/12/12 | 1030 | 1030 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 995606 |
| SMRY | | 6/12/12 | 1031 | 1033 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 995632 |

DOTHAN/GRAY 005650
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                    FROM:  1/01/2012 TO:12/31/2013                    Page:   11

Emp#:      344  Police          Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 6/12/12 | 1037 | 1037 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 995632 |
| SMRY | | 6/12/12 | 1517 | 1517 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 995632 |
| SMRY | | 6/12/12 | 1520 | 1520 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 995632 |
| SMRY | | 6/12/12 | 1520 | 1520 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 995632 |
| SMRY | | 6/12/12 | 1521 | 1521 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 995632 |
| SMRY | | 6/12/12 | 1521 | 1521 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 999146 |
| SMRY | | 6/12/12 | 1525 | 1525 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 999191 |
| SMRY | | 6/12/12 | 1537 | 1537 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 999399 |
| SMRY | | 6/13/12 | 0848 | 0848 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 005772 |
| SMRY | | 6/13/12 | 0849 | 0849 | CMS221 Interactive Global BO | CJBEA02A | IKGRAY | 005790 |
| SMRY | | 6/13/12 | 0948 | 1010 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 006510 |
| CHNG | 357-000 | 6/13/12 | 0948 | 1010 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 006510 |
| SMRY | | 6/13/12 | 1310 | 1310 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 008462 |
| CHNG | 965-000 | 6/13/12 | 1310 | 1310 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 008462 |
| CHNG | 965-000 | 6/13/12 | 1312 | 1351 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 008462 |
| SMRY | | 6/14/12 | 0927 | 0927 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 018039 |
| CHNG | 772-000 | 6/14/12 | 0927 | 0933 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 018039 |
| CHNG | 965-000 | 6/14/12 | 1008 | 1010 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 018039 |
| SMRY | | 6/15/12 | 1110 | 1110 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 031039 |
| SMRY | | 6/15/12 | 1444 | 1444 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 032967 |
| | 438-000 | 6/15/12 | 1444 | 1444 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 032967 |
| SMRY | | 6/18/12 | 0922 | 1009 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 052312 |
| CHNG | 678-000 | 6/18/12 | 0922 | 1009 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 052312 |
| SMRY | | 6/18/12 | 1143 | 1658 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| CHNG | 678-000 | 6/18/12 | 1143 | 1537 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| CHNG | 818-000 | 6/18/12 | 1603 | 1603 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| CHNG | 497-000 | 6/18/12 | 1604 | 1605 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| CHNG | 365-000 | 6/18/12 | 1605 | 1606 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| CHNG | 670-000 | 6/18/12 | 1606 | 1607 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| CHNG | 365-000 | 6/18/12 | 1607 | 1620 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| CHNG | 670-000 | 6/18/12 | 1649 | 1658 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 054150 |
| SMRY | | 6/18/12 | 1913 | 1930 | CMS220 Master Global Lookup | PDMT96A | IKGRAY | 060029 |
| SMRY | | 6/18/12 | 1930 | 1943 | CMS204 Young Offender Entry/ | PDMT96A | IKGRAY | 060138 |
| CHNG | 1-08-030293-000 | 6/18/12 | 1940 | 1942 | CMS204 Young Offender Entry/ | PDMT96A | IKGRAY | 060138 |
| CHNG | 1-08-010618-000 | 6/18/12 | 1942 | 1942 | CMS204 Young Offender Entry/ | PDMT96A | IKGRAY | 060138 |
| SMRY | | 6/18/12 | 1943 | 1943 | CMS220 Master Global Lookup | PDMT96A | IKGRAY | 060204 |
| CHNG | 1-12-008542-000 | 6/18/12 | 1946 | 1948 | CMS201 Offense Entry/Update | PDMT96A | IKGRAY | 060204 |
| CHNG | 1-07-023829-000 | 6/18/12 | 1948 | 1951 | CMS201 Offense Entry/Update | PDMT96A | IKGRAY | 060204 |
| CHNG | 1-07-019369-000 | 6/18/12 | 1951 | 1953 | CMS201 Offense Entry/Update | PDMT96A | IKGRAY | 060204 |
| CHNG | 1-10-013193-000 | 6/18/12 | 1954 | 1955 | CMS201 Offense Entry/Update | PDMT96A | IKGRAY | 060204 |
| SMRY | | 6/19/12 | 0903 | 0903 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 064130 |
| SMRY | | 6/19/12 | 1014 | 1404 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 065014 |
| SMRY | | 6/19/12 | 1050 | 1050 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 065387 |
| SMRY | | 6/19/12 | 1405 | 1454 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 067393 |
| CHNG | 1-12-008766-000 | 6/19/12 | 1413 | 1454 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 067393 |
| SMRY | | 6/19/12 | 1454 | 1456 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 068345 |
| SMRY | | 6/21/12 | 0843 | 0844 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 088051 |
| SMRY | | 6/21/12 | 0847 | 0850 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 088087 |
| SMRY | | 6/21/12 | 0851 | 0853 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 088143 |

DOTHAN/GRAY 005651
CONFIDENTIAL

```
                                      DOTHAN POLICE DEPT
                              FROM:  1/01/2012 TO:12/31/2013                    Page:   12

Emp#:      344  Police           Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY |  | 6/21/12 | 1419 | 1419 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 091934 |
| SMRY |  | 6/21/12 | 1649 | 1649 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 094537 |
| CHNG | 1-12-004686-000 | 6/21/12 | 1649 | 1650 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 094537 |
| CHNG | 1-11-023782-000 | 6/21/12 | 1650 | 1650 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 094537 |
| CHNG | 1-11-022979-000 | 6/21/12 | 1651 | 1652 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 094537 |
| SMRY |  | 6/22/12 | 0934 | 0934 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 100784 |
| CHNG | 283-000 | 6/22/12 | 0936 | 0936 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 100784 |
| CHNG | 283-000 | 6/22/12 | 0937 | 0943 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 100784 |
| CHNG | 347-000 | 6/22/12 | 0943 | 0943 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 100784 |
| CHNG | 347-000 | 6/22/12 | 0948 | 0953 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 100784 |
| CHNG | 347-000 | 6/22/12 | 0953 | 1015 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 100784 |
|  | 678-000 | 6/22/12 | 1016 | 1016 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 100784 |
| SMRY |  | 6/25/12 | 0850 | 0914 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 123401 |
| INQY | 1-12-012304-000 | 6/25/12 | 0850 | 0914 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 123401 |
| IVLD |  | 6/25/12 | 0915 | 0915 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 123678 |
| SMRY |  | 6/25/12 | 0915 | 0915 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 123678 |
| SMRY |  | 6/25/12 | 0916 | 0916 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 123678 |
| SMRY |  | 6/25/12 | 0917 | 0917 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 123678 |
| SMRY |  | 6/25/12 | 1109 | 1109 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 125034 |
|  | 1-12-012524-000 | 6/25/12 | 1110 | 1110 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 125034 |
| SMRY |  | 6/25/12 | 1117 | 1117 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 125110 |
| CHNG | 861-000 | 6/25/12 | 1118 | 1118 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 125110 |
| CHNG | 769-000 | 6/25/12 | 1118 | 1118 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 125110 |
| CHNG | 418-000 | 6/25/12 | 1121 | 1121 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 125110 |
| SMRY |  | 6/25/12 | 1352 | 1352 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 126716 |
| INQY | 1-12-012304-000 | 6/25/12 | 1352 | 1353 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 126716 |
| SMRY |  | 6/25/12 | 1407 | 1408 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 126858 |
| SMRY |  | 6/25/12 | 1524 | 1524 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 126858 |
| SMRY |  | 6/25/12 | 1638 | 1638 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 129052 |
| SMRY |  | 6/25/12 | 1640 | 1640 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 129052 |
| SMRY |  | 6/25/12 | 1641 | 1641 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 129052 |
| SMRY |  | 6/25/12 | 1641 | 1641 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 129052 |
| SMRY |  | 6/25/12 | 1642 | 1642 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 129052 |
| SMRY |  | 6/25/12 | 1644 | 1644 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 129052 |
| SMRY |  | 6/26/12 | 1008 | 1008 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 135983 |
| CHNG | 1-02-009198-000 | 6/26/12 | 1009 | 1009 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 135983 |
| CHNG | 1-09-024810-000 | 6/26/12 | 1010 | 1010 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 135983 |
| SMRY |  | 6/26/12 | 1011 | 1038 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 136030 |
| SMRY |  | 6/26/12 | 1516 | 1516 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 136030 |
| SMRY |  | 6/26/12 | 1632 | 1632 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 140735 |
| CHNG | 1-09-030349-000 | 6/26/12 | 1633 | 1633 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 140735 |
| CHNG | 1-09-026767-000 | 6/26/12 | 1633 | 1633 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 140735 |
| CHNG | 1-00-000293-000 | 6/26/12 | 1633 | 1633 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 140735 |
| SMRY |  | 6/26/12 | 1635 | 1636 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 140767 |
| SMRY |  | 6/26/12 | 1636 | 1636 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 140767 |
| SMRY |  | 6/26/12 | 1637 | 1637 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 140767 |
| SMRY |  | 6/26/12 | 1641 | 1641 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 140842 |
| SMRY |  | 6/26/12 | 1641 | 1641 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 140767 |
| SMRY |  | 6/26/12 | 1642 | 1642 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 140767 |

DOTHAN/GRAY 005652
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                       FROM: 1/01/2012 TO:12/31/2013                Page:   13

Emp#:    344  Police          Name: GRAY, IVAN K
----------------------------------------------------------------------------------------
     Access   Incident#/     Access    Time
      Type    Other Code      Date    From  To    Program Description        Workstation Userid    Job#

      SMRY                   6/26/12   1643 0911  CMS220 Master Global Lookup  CJBEA02A  IKGRAY   140865
      SMRY                   6/27/12   0912 0912  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   140767
      SMRY                   6/27/12   0918 0918  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   140767
      SMRY                   6/27/12   0944 0944  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   140767
      SMRY                   6/27/12   1543 1543  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   151506
      SMRY                   6/28/12   0842 0844  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   158551
      CHNG       337-000     6/28/12   0843 0843  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   158551
      SMRY                   6/28/12   1039 1909  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   159892
      INQY    1-12-008643-000 6/28/12  1039 1049  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   159892
      SMRY                   6/28/12   1910 1919  CMS220 Master Global Lookup  CJBEA02A  IKGRAY   166232
      SMRY                   6/29/12   0908 0956  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   170531
      SMRY                   6/29/12   1122 1122  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   171884
      CHNG       196-000     6/29/12   1122 1122  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   171884
      SMRY                   7/01/12   1622 1623  CMS201 Offense Entry/Update  CJBE26A   IKGRAY   188482
      SMRY                   7/01/12   1623 1623  CMS220 Master Global Lookup  CJBE26A   IKGRAY   188487
      CHNG    1-12-012324-000 7/01/12  1624 1625  CMS201 Offense Entry/Update  CJBE26A   IKGRAY   188487
      SMRY                   7/01/12   1628 1628  CAD203 Detail Call Inquiry   CJBE26A   IKGRAY   188504
      SMRY                   7/01/12   1636 1637  CMS204 Young Offender Entry/  CJBE26A   IKGRAY   188530
      SMRY                   7/01/12   1637 1637  CMS220 Master Global Lookup  CJBE26A   IKGRAY   188534
      CHNG    1-11-005887-000 7/01/12  1639 1727  CMS201 Offense Entry/Update  CJBE26A   IKGRAY   188534
      CHNG    1-09-023486-000 7/01/12  1727 1727  CMS201 Offense Entry/Update  CJBE26A   IKGRAY   188534
      SMRY                   7/01/12   1727 1741  CMS201 Offense Entry/Update  CJBE26A   IKGRAY   188501
      CHNG    1-12-013289-000 7/01/12  1727 1728  CMS201 Offense Entry/Update  CJBE26A   IKGRAY   188501
      CHNG    1-12-013289-000 7/01/12  1728 1741  CMS201 Offense Entry/Update  CJBE26A   IKGRAY   188501
      SMRY                   7/02/12   1046 1430  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   195272
      CHNG    1-12-013289-000 7/02/12  1047 1113  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   195272
      CHNG    1-12-013289-000 7/02/12  1113 1158  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   195272
      CHNG    1-12-013289-000 7/02/12  1159 1207  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   195272
      SMRY                   7/02/12   1430 1430  CMS220 Master Global Lookup  CJBEA02A  IKGRAY   197471
      CHNG    1-11-019764-000 7/02/12  1440 1443  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   197471
      CHNG    1-10-016337-000 7/02/12  1444 1445  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   197471
      SMRY                   7/03/12   1004 1004  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   206505
      SMRY                   7/03/12   1004 1014  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   206543
      SMRY                   7/03/12   1026 1026  CMS220 Master Global Lookup  CJBEA02A  IKGRAY   207005
      CHNG    1-11-006126-000 7/03/12  1027 1027  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   207005
      SMRY                   7/09/12   0804 0804  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   255137
      SMRY                   7/09/12   0804 0804  CAD204 Supervisor Status Scr CJBEA02A  IKGRAY   255141
      SMRY                   7/10/12   1235 0818  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   270126
      SMRY                   7/11/12   0830 0830  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   279412
      SMRY                   7/11/12   0830 0830  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   279412
      SMRY                   7/11/12   0832 0832  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   279412
      SMRY                   7/11/12   1142 1142  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   281817
      CHNG       853-000     7/11/12   1702 1709  CHF101 Personnel Entry/Updat CJBEA02A  IKGRAY   281817
      SMRY                   7/12/12   1011 1011  CAD203 Detail Call Inquiry   CJBEA02A  IKGRAY   292845
      SMRY                   7/12/12   1013 1013  CMS201 Offense Entry/Update  CJBEA02A  IKGRAY   292872
      SMRY                   7/12/12   1020 1021  CAD203 Detail Call Inquiry   CJBEA02B  IKGRAY   293077
      SMRY                   7/12/12   1021 1021  CAD203 Detail Call Inquiry   CJBEA02B  IKGRAY   293077
      SMRY                   7/12/12   1025 1025  CHF101 Personnel Entry/Updat CJBEA02B  IKGRAY   293120
      SMRY                   7/12/12   1031 1031  CAD203 Detail Call Inquiry   CJBEA02B  IKGRAY   293077
```

DOTHAN/GRAY 005653
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                              FROM:  1/01/2012 TO:12/31/2013                    Page:   14


Emp#:      344  Police           Name: GRAY, IVAN K
--------------------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|
| SMRY | | 7/12/12 | 1104 1104 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 293077 |
| CHNG | 347-000 | 7/12/12 | 1114 1115 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 293120 |
| SMRY | | 7/12/12 | 1116 1116 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 293077 |
| SMRY | | 7/12/12 | 1126 1126 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 293077 |
| SMRY | | 7/12/12 | 1603 1603 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 293077 |
| SMRY | | 7/12/12 | 1604 1604 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 293077 |
| SMRY | | 7/12/12 | 1606 1606 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 293077 |
| SMRY | | 7/12/12 | 1607 0955 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 297023 |
| CHNG | 1-12-008874-000 | 7/12/12 | 1608 0955 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 297023 |
| SMRY | | 7/13/12 | 0955 0955 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 304537 |
| SMRY | | 7/13/12 | 0957 0957 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 304564 |
| CHNG | 1-12-003391-000 | 7/13/12 | 0958 1448 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 304564 |
| CHNG | 1-09-024320-000 | 7/13/12 | 1448 1448 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 304564 |
| CHNG | 1-11-013808-000 | 7/13/12 | 1449 1449 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 304564 |
| CHNG | 1-11-010177-000 | 7/13/12 | 1449 1450 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 304564 |
| CHNG | 1-11-013808-000 | 7/13/12 | 1647 1647 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 304564 |
| SMRY | | 7/16/12 | 1615 1616 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 334540 |
| SMRY | | 7/16/12 | 1616 1616 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 334540 |
| SMRY | | 7/16/12 | 1617 1617 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 334540 |
| SMRY | | 7/16/12 | 1618 1618 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 334540 |
| SMRY | | 7/17/12 | 1440 1440 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 334540 |
| SMRY | | 7/17/12 | 1515 1516 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 345962 |
| SMRY | | 7/17/12 | 1524 1524 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 345962 |
| SMRY | | 7/17/12 | 1529 1529 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 346191 |
| SMRY | | 7/18/12 | 0814 0814 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 353283 |
| SMRY | | 7/18/12 | 0821 0821 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 353372 |
| SMRY | | 7/18/12 | 0835 0835 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 353536 |
| SMRY | | 7/18/12 | 1326 1326 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 356744 |
| SMRY | | 7/19/12 | 0935 1744 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 366839 |
| CHNG | 419-000 | 7/19/12 | 0935 0936 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 366839 |
| CHNG | 419-000 | 7/19/12 | 0937 0937 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 366839 |
| CHNG | 419-000 | 7/19/12 | 0937 1643 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 366839 |
| SMRY | | 7/19/12 | 1136 1136 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 368101 |
| SMRY | | 7/19/12 | 1136 1627 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 368104 |
| CHNG | 1-12-014498-000 | 7/19/12 | 1137 1149 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 368104 |
| CHNG | 402-000 | 7/19/12 | 1643 1644 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 366839 |
| CHNG | 344-000 | 7/19/12 | 1644 1744 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 366839 |
| SMRY | | 7/19/12 | 1744 1744 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 373341 |
| CHNG | 1-10-000093-000 | 7/19/12 | 1746 1746 | CMS215 Name Registration Mai | CJBEA02A | IKGRAY | 373341 |
| SMRY | | 7/19/12 | 1859 1859 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 374040 |
| SMRY | | 7/19/12 | 1914 1914 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 374133 |
| CHNG | 1-98-004138-000 | 7/19/12 | 1915 1916 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 374133 |
| SMRY | | 7/19/12 | 1926 1926 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 374192 |
| SMRY | | 7/19/12 | 1926 1926 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 374194 |
| SMRY | | 7/20/12 | 1110 1520 | CMS221 Interactive Global BO | CJBEA02A | IKGRAY | 379633 |
| SMRY | | 7/20/12 | 1131 1131 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 379822 |
| SMRY | | 7/20/12 | 1150 1150 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 379936 |
| SMRY | | 7/20/12 | 1512 1513 | CMS208 Warrant Entry/Update | CJBEA02A | IKGRAY | 382203 |
| CHNG | 1-12-004897-000 | 7/20/12 | 1514 1514 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 379822 |

DOTHAN/GRAY 005654
CONFIDENTIAL

```
                                        DOTHAN POLICE DEPT
                               FROM:  1/01/2012 TO:12/31/2013                    Page:  15

Emp#:     344  Police          Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| CHNG | 1-12-004897-000 | 7/20/12 | 1515 | 1515 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 379822 |
| SMRY | | 7/20/12 | 1523 | 1523 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 382336 |
| SMRY | | 7/20/12 | 1635 | 1635 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 383063 |
| SMRY | | 7/22/12 | 0958 | 0958 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 442085 |
| SMRY | | 7/23/12 | 0757 | 0757 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 447766 |
| SMRY | | 7/23/12 | 0758 | 0805 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 447766 |
| INQY | 1-12-014952-000 | 7/23/12 | 0758 | 0758 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 447786 |
| SMRY | | 7/23/12 | 0805 | 0805 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 447922 |
| INQY | 1-12-014952-000 | 7/23/12 | 0806 | 0806 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 447922 |
| | 1-12-014952-000 | 7/23/12 | 0806 | 0806 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 447922 |
| | 1-12-014952-000 | 7/23/12 | 0806 | 0806 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 447922 |
| CHNG | 1-12-014952-000 | 7/23/12 | 0806 | 0806 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 447922 |
| SMRY | | 7/23/12 | 0836 | 1723 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 448417 |
| CHNG | 968-000 | 7/23/12 | 1139 | 1456 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 448417 |
| SMRY | | 7/24/12 | 0929 | 0930 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 461660 |
| | 1-12-007624-000 | 7/24/12 | 0929 | 0929 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 461660 |
| CHNG | 1-12-007624-000 | 7/24/12 | 0929 | 0929 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 461660 |
| | 1-12-007624-000 | 7/24/12 | 0929 | 0929 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 461660 |
| SMRY | | 7/24/12 | 0930 | 0930 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 461679 |
| | 1-12-014864-000 | 7/24/12 | 0931 | 0931 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 461679 |
| | 1-12-014864-000 | 7/24/12 | 0932 | 0932 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 461679 |
| CHNG | 1-12-014864-000 | 7/24/12 | 0932 | 0932 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 461679 |
| | 1-12-014831-000 | 7/24/12 | 0933 | 0933 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 461679 |
| | 1-12-014831-000 | 7/24/12 | 0933 | 0933 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 461679 |
| CHNG | 1-12-014831-000 | 7/24/12 | 0933 | 0933 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 461679 |
| CHNG | 1-11-008794-000 | 7/24/12 | 1347 | 1348 | CMS205 Property/Evidence Tra | CJBEA02A | IKGRAY | 461679 |
| | 1-11-008794-000 | 7/24/12 | 1348 | 1348 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 461679 |
| | 1-11-008794-000 | 7/24/12 | 1348 | 1348 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 461679 |
| CHNG | 1-11-008794-000 | 7/24/12 | 1348 | 1348 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 461679 |
| SMRY | | 7/25/12 | 0914 | 0914 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 473126 |
| SMRY | | 7/25/12 | 0915 | 0915 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 473136 |
| SMRY | | 7/25/12 | 1049 | 1049 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 473136 |
| SMRY | | 7/25/12 | 1618 | 1857 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 479226 |
| SMRY | | 7/30/12 | 1002 | 1002 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 534248 |
| CHNG | 283-000 | 7/30/12 | 1002 | 1002 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 534248 |
| CHNG | 283-000 | 7/30/12 | 1002 | 1002 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 534248 |
| CHNG | 283-000 | 7/30/12 | 1002 | 1002 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 534248 |
| SMRY | | 7/30/12 | 1133 | 1134 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 535458 |
| SMRY | | 7/30/12 | 1428 | 1428 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 535458 |
| SMRY | | 7/30/12 | 1558 | 1558 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 539273 |
| | 1-05-007209-000 | 7/30/12 | 1600 | 1600 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 539273 |
| | 1-05-007209-000 | 7/30/12 | 1602 | 1602 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 539273 |
| CHNG | 1-05-007209-000 | 7/30/12 | 1602 | 1602 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 539273 |
| | 1-11-028389-000 | 7/30/12 | 1603 | 1603 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 539273 |
| | 1-11-028389-000 | 7/30/12 | 1617 | 1617 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 539273 |
| CHNG | 1-11-028389-000 | 7/30/12 | 1617 | 1617 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 539273 |
| CHNG | 1-07-400601-000 | 7/30/12 | 1617 | 1617 | CMS208 Warrant Entry/Update | CJBEA02A | IKGRAY | 539273 |
| SMRY | | 7/30/12 | 1627 | 1627 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 539834 |
| | 1-05-007209-000 | 7/30/12 | 1628 | 1628 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 539834 |

DOTHAN/GRAY 005655
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                         FROM:  1/01/2012 TO:12/31/2013              Page:    16


Emp#:     344  Police           Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| | 1-05-007209-000 | 7/30/12 | 1628 | 1628 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 539834 |
| CHNG | 1-05-007209-000 | 7/30/12 | 1628 | 1628 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 539834 |
| SMRY | | 7/30/12 | 1841 | 1841 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 541761 |
| CHNG | 365-000 | 7/30/12 | 1842 | 1906 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 541761 |
| SMRY | | 7/31/12 | 0857 | 0858 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 546044 |
| SMRY | | 7/31/12 | 0900 | 0900 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 546088 |
| CHNG | 676-000 | 7/31/12 | 0900 | 0901 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 546088 |
| CHNG | 644-000 | 7/31/12 | 1013 | 1013 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 546088 |
| CHNG | 644-000 | 7/31/12 | 1013 | 1013 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 546088 |
| SMRY | | 7/31/12 | 1129 | 1129 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 546044 |
| SMRY | | 7/31/12 | 1405 | 1406 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1407 | 1407 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1409 | 1409 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1409 | 1409 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1410 | 1410 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1410 | 1410 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1411 | 1411 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1411 | 1411 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1414 | 1414 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 549764 |
| SMRY | | 7/31/12 | 1728 | 1826 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 554053 |
| | 891-000 | 7/31/12 | 1730 | 1730 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 546088 |
| SMRY | | 7/31/12 | 1731 | 1741 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 554069 |
| SMRY | | 8/01/12 | 0914 | 0915 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 559347 |
| SMRY | | 8/01/12 | 0931 | 0931 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 559535 |
| | 1-12-012557-000 | 8/01/12 | 0932 | 0932 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559535 |
| | 1-12-012557-000 | 8/01/12 | 0932 | 0932 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559535 |
| CHNG | 1-12-012557-000 | 8/01/12 | 0932 | 0932 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 559535 |
| IVLD | | 8/01/12 | 0939 | 0939 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| SMRY | | 8/01/12 | 0939 | 0941 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| | 1-12-012557-000 | 8/01/12 | 0941 | 0941 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| CHNG | 1-12-012557-000 | 8/01/12 | 0941 | 0941 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| | 1-12-012557-000 | 8/01/12 | 0941 | 0941 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| | 1-09-026241-000 | 8/01/12 | 0941 | 0941 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| | 1-09-026241-000 | 8/01/12 | 0941 | 0941 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| CHNG | 1-09-026241-000 | 8/01/12 | 0941 | 0941 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559663 |
| SMRY | | 8/01/12 | 0942 | 1637 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| SMRY | | 8/01/12 | 0946 | 1012 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 559756 |
| CHNG | 873-000 | 8/01/12 | 0946 | 0949 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 559756 |
| CHNG | 833-000 | 8/01/12 | 0949 | 1012 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 559756 |
| INQY | 1-12-015660-000 | 8/01/12 | 1012 | 1013 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| SMRY | | 8/01/12 | 1018 | 1018 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 559347 |
| INQY | 1-12-015673-000 | 8/01/12 | 1031 | 1459 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| SMRY | | 8/01/12 | 1139 | 1208 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 560993 |
| SMRY | | 8/01/12 | 1201 | 1000 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 561236 |
| CHNG | 920-000 | 8/01/12 | 1208 | 1456 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 560993 |
| CHNG | 891-000 | 8/01/12 | 1456 | 0946 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 560993 |
| | 1-12-014018-000 | 8/01/12 | 1503 | 1503 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-12-014018-000 | 8/01/12 | 1504 | 1504 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| CHNG | 1-12-014018-000 | 8/01/12 | 1504 | 1504 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |

DOTHAN/GRAY 005656
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                              FROM:  1/01/2012 TO:12/31/2013                    Page:   17

Emp#:      344  Police           Name: GRAY, IVAN K
```

---

| Access Type | Incident#/ Other Code | Access Date | Time From To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|
| | 1-12-006326-000 | 8/01/12 | 1504 1504 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| CHNG | 1-12-006326-000 | 8/01/12 | 1504 1504 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-12-006326-000 | 8/01/12 | 1504 1504 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-12-000048-000 | 8/01/12 | 1505 1505 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| CHNG | 1-12-000048-000 | 8/01/12 | 1505 1505 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-12-000048-000 | 8/01/12 | 1505 1505 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-12-000048-000 | 8/01/12 | 1505 1505 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| CHNG | 1-12-000048-000 | 8/01/12 | 1556 1556 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-12-000048-000 | 8/01/12 | 1556 1556 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-08-011581-000 | 8/01/12 | 1634 1634 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| | 1-08-011581-000 | 8/01/12 | 1634 1634 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| CHNG | 1-08-011581-000 | 8/01/12 | 1634 1634 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 559700 |
| SMRY | | 8/01/12 | 1637 1650 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 565698 |
| | 1-00-000293-000 | 8/01/12 | 1642 1642 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 565698 |
| | 1-00-000293-000 | 8/01/12 | 1642 1642 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 565698 |
| CHNG | 1-00-000293-000 | 8/01/12 | 1642 1642 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 565698 |
| SMRY | | 8/01/12 | 1650 1651 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 565917 |
| SMRY | | 8/01/12 | 1803 1806 | CMS208 Warrant Entry/Update | CJBEA02A | IKGRAY | 567303 |
| SMRY | | 8/02/12 | 0922 0922 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 573091 |
| SMRY | | 8/02/12 | 0923 0923 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 573091 |
| SMRY | | 8/02/12 | 0927 0927 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 573091 |
| SMRY | | 8/02/12 | 0937 0937 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 573261 |
| | 1-10-003087-000 | 8/02/12 | 0937 0937 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 573261 |
| SMRY | | 8/02/12 | 0943 0943 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 573091 |
| SMRY | | 8/02/12 | 1613 1707 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 578915 |
| IVLD | | 8/02/12 | 1707 1707 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 579875 |
| IVLD | | 8/02/12 | 1707 1707 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 579875 |
| IVLD | | 8/02/12 | 1707 1707 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 579875 |
| SMRY | | 8/02/12 | 1709 1709 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 573091 |
| SMRY | | 8/02/12 | 1709 1723 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 579897 |
| CHNG | 360-000 | 8/02/12 | 1710 1723 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 579897 |
| SMRY | | 8/02/12 | 1723 1725 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 580508 |
| SMRY | | 8/03/12 | 0823 0823 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 585970 |
| CHNG | 972-000 | 8/03/12 | 0824 1414 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 585970 |
| SMRY | | 8/03/12 | 1550 1550 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 590885 |
| SMRY | | 8/06/12 | 0906 0906 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 610427 |
| SMRY | | 8/06/12 | 0928 0928 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 610785 |
| SMRY | | 8/06/12 | 1553 1553 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 615782 |
| | 1-12-015307-000 | 8/06/12 | 1553 1553 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 615782 |
| CHNG | 1-12-015307-000 | 8/06/12 | 1556 1556 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 615782 |
| | 1-12-015307-000 | 8/06/12 | 1556 1556 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 615782 |
| SMRY | | 8/07/12 | 1447 1447 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 628118 |
| SMRY | | 8/07/12 | 1712 1538 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 630742 |
| SMRY | | 8/08/12 | 1539 1539 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 630742 |
| SMRY | | 8/09/12 | 0915 1733 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 649733 |
| SMRY | | 8/13/12 | 1044 1044 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 688295 |
| | 1-97-003318-000 | 8/13/12 | 1045 1045 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 688295 |
| CHNG | 1-97-003318-000 | 8/13/12 | 1045 1045 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 688295 |
| | 1-97-003318-000 | 8/13/12 | 1045 1045 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 688295 |

DOTHAN/GRAY 005657
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                             FROM:  1/01/2012 TO:12/31/2013                      Page:   18

Emp#:      344  Police           Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 8/13/12 | 1047 | 1047 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688309 |
| SMRY | | 8/13/12 | 1049 | 1049 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688309 |
| SMRY | | 8/13/12 | 1050 | 1050 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688350 |
| SMRY | | 8/13/12 | 1051 | 1051 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688350 |
| SMRY | | 8/13/12 | 1052 | 1052 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688377 |
| SMRY | | 8/13/12 | 1053 | 1053 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688382 |
| SMRY | | 8/13/12 | 1054 | 1054 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688382 |
| SMRY | | 8/13/12 | 1107 | 1109 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 688571 |
| SMRY | | 8/13/12 | 1109 | 1109 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688382 |
| SMRY | | 8/13/12 | 1130 | 1130 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688382 |
| SMRY | | 8/13/12 | 1131 | 1131 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 688382 |
| SMRY | | 8/13/12 | 1645 | 1646 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 693041 |
| | 1-01-007269-000 | 8/13/12 | 1645 | 1645 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 693041 |
| CHNG | 1-01-007269-000 | 8/13/12 | 1646 | 1646 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 693041 |
| | 1-01-007269-000 | 8/13/12 | 1646 | 1646 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 693041 |
| SMRY | | 8/13/12 | 1646 | 1646 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 693053 |
| SMRY | | 8/16/12 | 0828 | 0828 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 725003 |
| CHNG | 926-000 | 8/16/12 | 0828 | 0829 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 725003 |
| | 965-000 | 8/16/12 | 0830 | 0830 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 725003 |
| SMRY | | 8/16/12 | 0912 | 0915 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 725474 |
| | 1-12-015673-000 | 8/16/12 | 0912 | 0912 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 725474 |
| CHNG | 1-12-015673-000 | 8/16/12 | 0914 | 0914 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 725474 |
| | 1-12-015673-000 | 8/16/12 | 0914 | 0914 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 725474 |
| SMRY | | 8/16/12 | 0915 | 0940 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 725504 |
| SMRY | | 8/16/12 | 0940 | 1539 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 725857 |
| IVLD | | 8/20/12 | 0909 | 0909 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 0909 | 0910 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 0923 | 0923 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 0923 | 0923 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 0924 | 0924 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 0924 | 0924 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 0926 | 0926 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 0933 | 0933 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 762004 |
| | 830-000 | 8/20/12 | 0933 | 0933 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 762004 |
| SMRY | | 8/20/12 | 0948 | 0948 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 1204 | 1204 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761706 |
| SMRY | | 8/20/12 | 1637 | 1637 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 767217 |
| SMRY | | 8/20/12 | 1654 | 1655 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 767386 |
| SMRY | | 8/20/12 | 1655 | 1656 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 767442 |
| SMRY | | 8/20/12 | 1822 | 1822 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 768756 |
| CHNG | 929-000 | 8/20/12 | 1824 | 1631 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 768756 |
| SMRY | | 8/21/12 | 1215 | 1420 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |
| SMRY | | 8/21/12 | 1422 | 1422 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |
| SMRY | | 8/21/12 | 1422 | 1422 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |
| SMRY | | 8/21/12 | 1423 | 1423 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |
| SMRY | | 8/21/12 | 1424 | 1424 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |
| SMRY | | 8/21/12 | 1424 | 1424 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |
| SMRY | | 8/21/12 | 1425 | 1425 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |
| SMRY | | 8/21/12 | 1425 | 1425 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 776322 |

DOTHAN/GRAY 005658
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                          FROM: 1/01/2012 TO:12/31/2013                    Page:  19

Emp#:    344  Police            Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------

  Access  Incident#/     Access      Time
  Type    Other Code     Date      From  To     Program Description       Workstation Userid    Job#

  SMRY                   8/21/12   1746 1746  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   776322
  SMRY                   8/23/12   1032 1032  CAD203 Detail Call Inquiry   CJBEA02A   IKGRAY   800172
  SMRY                   8/27/12   0914 0914  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
          1-12-004686-000 8/27/12  0914 0914  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
  CHNG    1-12-004686-000 8/27/12  0914 0914  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
          1-12-004686-000 8/27/12  0914 0914  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
          1-11-023782-000 8/27/12  0914 0914  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
  CHNG    1-11-023782-000 8/27/12  0914 0914  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
          1-11-023782-000 8/27/12  0914 0914  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
          1-11-022979-000 8/27/12  0915 0915  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
  CHNG    1-11-022979-000 8/27/12  0916 0916  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
          1-11-022979-000 8/27/12  0916 0916  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
          1-12-016963-000 8/27/12  0947 0947  CMS201 Offense Entry/Update  CJBEA02A   IKGRAY   837470
  SMRY                   8/27/12   1341 0753  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY   840517
  CHNG    891-000        8/27/12   1342 1422  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY   840517
  CHNG    737-000        8/27/12   1423 0753  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY   840517
  SMRY                   8/28/12   1112 1114  CMS208 Warrant Entry/Update   CJBEA02A   IKGRAY   851937
  SMRY                   8/28/12   1116 1117  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   851984
  SMRY                   8/28/12   1125 1125  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   852051
  SMRY                   8/28/12   1522 1522  CAD204 Supervisor Status Scr  CJBEA02A   IKGRAY   854639
  SMRY                   8/28/12   1532 1533  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   854759
  SMRY                   8/28/12   1534 1534  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   854759
  SMRY                   8/29/12   1228 1135  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY   864546
  SMRY                   8/30/12   1147 1147  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   854759
  SMRY                   8/30/12   1736 1736  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   854759
  SMRY                   8/30/12   1738 1738  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   854759
  SMRY                   8/31/12   1901 2205  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   895405
          1-03-001588-000 8/31/12  1902 1902  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   895405
          1-03-001588-000 8/31/12  1902 1903  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   895405
  CHNG    1-03-001588-000 8/31/12  1903 1903  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   895405
  SMRY                   8/31/12   2208 2208  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2209 2209  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2209 2209  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2210 2210  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2214 2214  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2215 2215  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2220 2220  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2222 2222  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2223 2223  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2223 2223  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2227 2227  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   8/31/12   2227 2227  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY   896483
  SMRY                   9/04/12   0821 0821  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY   920123
  SMRY                   9/04/12   1208 1627  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   922953
          1-12-005206-000 9/04/12  1208 1208  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   922953
  CHNG    1-12-005206-000 9/04/12  1223 1223  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   922953
          1-12-005206-000 9/04/12  1223 1223  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   922953
          1-11-026623-000 9/04/12  1342 1342  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   922953
  CHNG    1-11-026623-000 9/04/12  1344 1344  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY   922953
```

DOTHAN/GRAY 005659
CONFIDENTIAL

```
-----------------------------------------------------------------------------------------
                              DOTHAN POLICE DEPT
                       FROM: 1/01/2012 TO:12/31/2013                    Page:    20

Emp#:      344  Police          Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
|  | 1-11-026623-000 | 9/04/12 | 1344 | 1344 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-05-005037-000 | 9/04/12 | 1345 | 1345 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-05-005037-000 | 9/04/12 | 1346 | 1346 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
| CHNG | 1-05-005037-000 | 9/04/12 | 1346 | 1346 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-12-005960-000 | 9/04/12 | 1346 | 1346 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
| CHNG | 1-12-005960-000 | 9/04/12 | 1347 | 1347 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-12-005960-000 | 9/04/12 | 1347 | 1347 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-08-003910-000 | 9/04/12 | 1347 | 1347 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-08-003910-000 | 9/04/12 | 1348 | 1348 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
| CHNG | 1-08-003910-000 | 9/04/12 | 1348 | 1348 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-12-005206-000 | 9/04/12 | 1626 | 1626 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
| CHNG | 1-12-005206-000 | 9/04/12 | 1626 | 1626 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-12-005206-000 | 9/04/12 | 1626 | 1626 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-12-005206-000 | 9/04/12 | 1626 | 1626 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
| CHNG | 1-12-005206-000 | 9/04/12 | 1626 | 1626 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
|  | 1-12-005206-000 | 9/04/12 | 1626 | 1626 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 922953 |
| SMRY |  | 9/04/12 | 1628 | 1628 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 926133 |
| SMRY |  | 9/04/12 | 1628 | 1628 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 926136 |
| SMRY |  | 9/04/12 | 1629 | 1633 | CMS221 Interactive Global BO | CJBEA02A | IKGRAY | 926144 |
| SMRY |  | 9/04/12 | 1633 | 1635 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 926207 |
| SMRY |  | 9/04/12 | 1636 | 1636 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 926207 |
| SMRY |  | 9/05/12 | 0921 | 0921 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 934351 |
| SMRY |  | 9/05/12 | 1333 | 1333 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 937268 |
| CHNG | 870-000 | 9/05/12 | 1333 | 1333 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 937268 |
| CHNG | 891-000 | 9/05/12 | 1333 | 1334 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 937268 |
|  | 870-000 | 9/05/12 | 1334 | 1334 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 937268 |
| SMRY |  | 9/05/12 | 1618 | 1618 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 934351 |
| SMRY |  | 9/05/12 | 1619 | 1619 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 934351 |
| SMRY |  | 9/05/12 | 1619 | 1619 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 934351 |
| SMRY |  | 9/05/12 | 1621 | 1621 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 934351 |
| SMRY |  | 9/06/12 | 1231 | 1231 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 949401 |
| CHNG | 1-07-018903-000 | 9/06/12 | 1231 | 1232 | CMS209 Accident Entry/Update | CJBEA02A | IKGRAY | 949401 |
| CHNG | 1-08-018061-000 | 9/06/12 | 1232 | 1232 | CMS209 Accident Entry/Update | CJBEA02A | IKGRAY | 949401 |
| SMRY |  | 9/06/12 | 1612 | 1741 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 952363 |
| SMRY |  | 9/07/12 | 1006 | 1006 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 960351 |
| SMRY |  | 9/07/12 | 1457 | 1457 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 963673 |
| SMRY |  | 9/07/12 | 1539 | 1539 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 964166 |
| SMRY |  | 9/07/12 | 1822 | 1822 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 964166 |
| SMRY |  | 9/07/12 | 1841 | 1841 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 967798 |
|  | 1-00-003014-000 | 9/07/12 | 1841 | 1841 | CMS209 Accident Entry/Update | CJBEA02A | IKGRAY | 967798 |
|  | 971-000 | 9/10/12 | 1540 | 1540 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 963673 |
| SMRY |  | 9/10/12 | 1640 | 1640 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 991691 |
| SMRY |  | 9/11/12 | 1338 | 1338 | CMS210 Weapons  Registration | CJBEA02A | IKGRAY | 001132 |
| SMRY |  | 9/11/12 | 1339 | 1339 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 001140 |
| SMRY |  | 9/11/12 | 1859 | 2008 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 005673 |
| CHNG | 418-000 | 9/11/12 | 1859 | 1904 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 005673 |
| CHNG | 418-000 | 9/11/12 | 1904 | 2003 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 005673 |
| SMRY |  | 9/11/12 | 1922 | 1922 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 005790 |
| CHNG | 418-000 | 9/11/12 | 2003 | 2008 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 005673 |

DOTHAN/GRAY 005660
CONFIDENTIAL

```
-----------------------------------------------------------------------------------------------
                            DOTHAN POLICE DEPT
                            FROM:  1/01/2012 TO:12/31/2013                        Page:   21

Emp#:     344  Police          Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY |  | 9/12/12 | 0942 | 1347 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 010220 |
| CHNG | 418-000 | 9/12/12 | 0942 | 0907 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 010220 |
| SMRY |  | 9/12/12 | 0943 | 0943 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 010252 |
| SMRY |  | 9/12/12 | 0944 | 1325 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 010263 |
| SMRY |  | 9/12/12 | 1200 | 1200 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 012137 |
| SMRY |  | 9/12/12 | 1203 | 1532 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 012173 |
| SMRY |  | 9/12/12 | 1532 | 1625 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-95-001339-000 | 9/12/12 | 1534 | 1534 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-11-019444-000 | 9/12/12 | 1534 | 1534 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-11-017176-000 | 9/12/12 | 1535 | 1535 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-11-014317-000 | 9/12/12 | 1535 | 1536 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-11-019444-000 | 9/12/12 | 1536 | 1537 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-11-024187-000 | 9/12/12 | 1537 | 1538 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-95-001339-000 | 9/12/12 | 1538 | 1539 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-09-028612-000 | 9/12/12 | 1540 | 1541 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-11-014318-000 | 9/12/12 | 1541 | 1541 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| CHNG | 1-11-024187-000 | 9/12/12 | 1541 | 1542 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 014760 |
| SMRY |  | 9/12/12 | 1626 | 1628 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 015720 |
| CHNG | 418-000 | 9/13/12 | 0907 | 0907 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 010220 |
| CHNG | 347-000 | 9/13/12 | 1129 | 1345 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 010220 |
| SMRY |  | 9/13/12 | 1323 | 1323 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 015720 |
| SMRY |  | 9/13/12 | 1325 | 1325 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 025607 |
| CHNG | 317-000 | 9/13/12 | 1345 | 1347 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 010220 |
| SMRY |  | 9/13/12 | 1642 | 1714 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 028539 |
| CHNG | 843-000 | 9/13/12 | 1643 | 1714 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 028539 |
| SMRY |  | 9/17/12 | 1424 | 1429 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 061686 |
| SMRY |  | 9/17/12 | 1431 | 1431 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 061686 |
| SMRY |  | 9/17/12 | 1436 | 1827 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 061797 |
| CHNG | 644-000 | 9/17/12 | 1436 | 1731 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 061797 |
| SMRY |  | 9/17/12 | 1501 | 1501 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 061686 |
| CHNG | 921-000 | 9/17/12 | 1732 | 1732 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 061797 |
| CHNG | 418-000 | 9/17/12 | 1732 | 1732 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 061797 |
| SMRY |  | 9/18/12 | 1723 | 1723 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 061686 |
| CHNG | 10-000 | 9/18/12 | 1724 | 1827 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 061797 |
| SMRY |  | 9/19/12 | 1519 | 1521 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 087428 |
| SMRY |  | 9/20/12 | 1014 | 1014 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 096322 |
| SMRY |  | 9/20/12 | 1137 | 1137 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 097164 |
| SMRY |  | 9/20/12 | 1225 | 1225 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 097164 |
| SMRY |  | 9/20/12 | 1233 | 1236 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 097730 |
| SMRY |  | 9/20/12 | 1344 | 1345 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 098483 |
| SMRY |  | 9/20/12 | 1637 | 1637 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 101435 |
| SMRY |  | 9/20/12 | 1639 | 1639 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 101435 |
| SMRY |  | 9/20/12 | 1640 | 1640 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 101435 |
| SMRY |  | 9/20/12 | 1643 | 1643 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 101435 |
| IVLD |  | 9/24/12 | 1133 | 1133 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 134349 |
| SMRY |  | 9/24/12 | 1133 | 1133 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 134349 |
|  | 1-12-019563-000 | 9/24/12 | 1133 | 1133 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 134349 |
| SMRY |  | 9/24/12 | 1555 | 1555 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 137251 |
| SMRY |  | 9/25/12 | 0803 | 0803 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 144245 |

DOTHAN/GRAY 005661
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                             FROM:  1/01/2012 TO:12/31/2013                    Page:   22

Emp#:      344  Police            Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| CHNG | 917-000 | 9/25/12 | 0803 | 0806 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 144245 |
|  | 870-000 | 9/25/12 | 0806 | 0806 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 144245 |
| SMRY |  | 9/25/12 | 0843 | 0843 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 144768 |
| CHNG | 418-000 | 9/25/12 | 0844 | 0844 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 144768 |
| CHNG | 921-000 | 9/25/12 | 0845 | 1458 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 144768 |
| SMRY |  | 9/25/12 | 1024 | 1024 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 145942 |
| SMRY |  | 9/25/12 | 1025 | 1025 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 145951 |
| SMRY |  | 9/25/12 | 1025 | 1027 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 145953 |
| SMRY |  | 9/25/12 | 1033 | 1034 | CMS221 Interactive Global BO | CJBEA02A | IKGRAY | 146032 |
| SMRY |  | 9/25/12 | 1436 | 1725 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1436 | 1436 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1443 | 1443 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| CHNG | 1-12-020140-000 | 9/25/12 | 1443 | 1443 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1443 | 1443 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1444 | 1444 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| CHNG | 1-12-020140-000 | 9/25/12 | 1444 | 1444 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1444 | 1444 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1445 | 1445 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| CHNG | 1-12-020140-000 | 9/25/12 | 1445 | 1445 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1445 | 1445 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1447 | 1448 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| CHNG | 1-12-020140-000 | 9/25/12 | 1448 | 1448 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1448 | 1448 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1706 | 1716 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| CHNG | 1-12-020140-000 | 9/25/12 | 1716 | 1716 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1716 | 1716 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1718 | 1719 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| CHNG | 1-12-020140-000 | 9/25/12 | 1719 | 1719 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1719 | 1719 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
|  | 1-12-020140-000 | 9/25/12 | 1724 | 1725 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| CHNG | 1-12-020140-000 | 9/25/12 | 1725 | 1725 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 148381 |
| SMRY |  | 9/25/12 | 1731 | 1731 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 152337 |
| SMRY |  | 9/26/12 | 1623 | 1657 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 163613 |
| CHNG | 843-000 | 9/26/12 | 1625 | 1625 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 163613 |
| SMRY |  | 9/26/12 | 1657 | 1657 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 164040 |
| SMRY |  | 9/26/12 | 1659 | 1711 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 164075 |
| SMRY |  | 9/27/12 | 1129 | 1129 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 172334 |
| SMRY |  | 9/27/12 | 1136 | 1136 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 172399 |
| SMRY |  | 9/27/12 | 1336 | 1737 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 173522 |
| SMRY |  | 9/27/12 | 1350 | 1350 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 173625 |
| SMRY |  | 9/28/12 | 1122 | 1122 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 184132 |
| SMRY |  | 9/28/12 | 1616 | 1616 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 189514 |
| SMRY |  | 9/28/12 | 1822 | 1901 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 191448 |
| CHNG | 928-000 | 9/28/12 | 1822 | 1823 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 191448 |
| CHNG | 921-000 | 9/28/12 | 1823 | 1823 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 191448 |
| CHNG | 921-000 | 9/28/12 | 1823 | 1824 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 191448 |
| CHNG | 928-000 | 9/28/12 | 1824 | 1836 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 191448 |
| CHNG | 837-000 | 9/28/12 | 1836 | 1901 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 191448 |
| SMRY |  | 10/01/12 | 0924 | 1411 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 209262 |

DOTHAN/GRAY 005662
CONFIDENTIAL

```
--------------------------------------------------------------------------------
                              DOTHAN POLICE DEPT
                        FROM:  1/01/2012 TO:12/31/2013                Page:   23

Emp#:    344  Police           Name: GRAY, IVAN K
--------------------------------------------------------------------------------

   Access  Incident#/      Access      Time
   Type    Other Code      Date      From  To      Program Description              Workstation Userid      Job#

   INQY  1-12-020143-00010/01/12   0924 1411   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     209262
   SMRY              10/01/12      1411 1411   CAD204 Supervisor Status Scr      CJBEA02A    IKGRAY     212741
   SMRY       746-00010/01/12      1749 1744   CHF101 Personnel Entry/Updat      CJBEA02A    IKGRAY     217396
   CHNG       746-00010/01/12      1749 1744   CHF101 Personnel Entry/Updat      CJBEA02A    IKGRAY     217396
   SMRY              10/02/12      1745 1759   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231512
         1-12-021055-00010/02/12   1745 1745   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231512
         1-12-021055-00010/02/12   1758 1758   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231512
   CHNG  1-12-021055-00010/02/12   1758 1758   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231512
   SMRY              10/02/12      1800 1800   CMS220 Master Global Lookup       CJBEA02A    IKGRAY     231631
         1-08-010503-00010/02/12   1801 1801   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231631
         1-08-010503-00010/02/12   1802 1802   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231631
         1-06-010865-00010/02/12   1802 1802   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231631
   CHNG  1-08-010503-00010/02/12   1802 1802   CMS418 State Audit Report         CJBEA02A    IKGRAY     231631
         1-06-010865-00010/02/12   1802 1802   CMS418 State Audit Report         CJBEA02A    IKGRAY     231631
   CHNG  1-06-010865-00010/02/12   1802 1802   CMS418 State Audit Report         CJBEA02A    IKGRAY     231631
         1-09-020405-00010/02/12   1806 1806   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231631
         1-09-020405-00010/02/12   1806 1806   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231631
   CHNG  1-09-020405-00010/02/12   1806 1806   CMS418 State Audit Report         CJBEA02A    IKGRAY     231631
   SMRY              10/02/12      1806 1809   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231682
         1-12-021055-00010/02/12   1806 1806   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231682
         1-12-021055-00010/02/12   1808 1808   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231682
   CHNG  1-12-021055-00010/02/12   1808 1808   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231682
   SMRY              10/02/12      1809 1809   CMS220 Master Global Lookup       CJBEA02A    IKGRAY     231696
   SMRY              10/02/12      1813 1813   CAD203 Detail Call Inquiry        CJBEA02A    IKGRAY     231712
   SMRY              10/02/12      1815 1815   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     231742
   SMRY              10/02/12      1821 1821   CAD203 Detail Call Inquiry        CJBEA02A    IKGRAY     231712
   SMRY              10/08/12      1124 1124   CHF101 Personnel Entry/Updat      CJBEA02A    IKGRAY     287414
   CHNG       402-00010/08/12      1130 1139   CHF101 Personnel Entry/Updat      CJBEA02A    IKGRAY     287414
   SMRY              10/08/12      1700 1700   CMS202 Arrest Entry/Update S      CJBEA02A    IKGRAY     292141
   SMRY              10/08/12      1701 1712   CMS220 Master Global Lookup       CJBEA02A    IKGRAY     292153
   SMRY              10/10/12      0832 0832   CAD203 Detail Call Inquiry        CJBEA02A    IKGRAY     311192
   SMRY              10/10/12      0947 0947   CAD204 Supervisor Status Scr      CJBEA02A    IKGRAY     312312
   IVLD              10/10/12      1609 1609   CAD203 Detail Call Inquiry        CJBEA02A    IKGRAY     317230
   SMRY              10/10/12      1609 1609   CAD203 Detail Call Inquiry        CJBEA02A    IKGRAY     317230
   SMRY              10/11/12      1655 1655   CMS220 Master Global Lookup       CJBEA02A    IKGRAY     330206
         1-10-002571-00010/11/12   1655 1655   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     330206
         1-10-002571-00010/11/12   1655 1655   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     330206
         1-09-016528-00010/11/12   1655 1655   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     330206
   CHNG  1-10-002571-00010/11/12   1655 1655   CMS418 State Audit Report         CJBEA02A    IKGRAY     330206
         1-09-016528-00010/11/12   1655 1655   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     330206
   CHNG  1-09-016528-00010/11/12   1655 1655   CMS209 Accident Entry/Update      CJBEA02A    IKGRAY     330206
   CHNG  1-09-016528-00010/11/12   1655 1655   CMS418 State Audit Report         CJBEA02A    IKGRAY     330206
         1-01-010011-00010/11/12   1656 1656   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     330206
         1-01-010011-00010/11/12   1657 1657   CMS201 Offense Entry/Update       CJBEA02A    IKGRAY     330206
   CHNG  1-01-010011-00010/11/12   1657 1657   CMS418 State Audit Report         CJBEA02A    IKGRAY     330206
   SMRY              10/16/12      0858 0858   CHF101 Personnel Entry/Updat      CJBEA02A    IKGRAY     371744
   CHNG       972-00010/16/12      0858 1008   CHF101 Personnel Entry/Updat      CJBEA02A    IKGRAY     371744
   SMRY              10/16/12      1003 1003   CAD203 Detail Call Inquiry        CJBEA02A    IKGRAY     372530
   SMRY              10/16/12      1003 1004   CAD204 Supervisor Status Scr      CJBEA02A    IKGRAY     372535
```

DOTHAN/GRAY 005663
CONFIDENTIAL

```
                                      DOTHAN POLICE DEPT
                             FROM:  1/01/2012 TO:12/31/2013                    Page:    24

Emp#:     344  Police          Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------------

  Access   Incident#/      Access      Time
   Type    Other Code       Date     From  To     Program Description        Workstation Userid      Job#

   SMRY                    10/16/12   1012 1013  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     372663
   SMRY                    10/16/12   1014 1014  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     372663
   SMRY                    10/16/12   1014 1014  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     372663
            976-00010/16/12           1127 1127  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     371744
   SMRY                    10/16/12   1138 1138  CMS220 Master Global Lookup   CJBEA02A   IKGRAY     373508
            1-88-004413-00010/16/12   1139 1139  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY     373508
            1-88-004413-00010/16/12   1139 1139  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY     373508
   CHNG     1-88-004413-00010/16/12   1139 1139  CMS418 State Audit Report     CJBEA02A   IKGRAY     373508
   SMRY                    10/19/12   1610 1610  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     413215
   SMRY                    10/23/12   2012 2013  CAD204 Supervisor Status Scr  PDMT96A    IKGRAY     453219
   SMRY                    10/24/12   2234 2235  CAD204 Supervisor Status Scr  PDMT96A    IKGRAY     466472
   SMRY                    10/24/12   2236 2236  CAD203 Detail Call Inquiry    PDMT96A    IKGRAY     466472
   SMRY                    10/24/12   2237 2237  CAD203 Detail Call Inquiry    PDMT96A    IKGRAY     466472
   SMRY                    10/29/12   1022 1022  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     505760
   CHNG     818-00010/29/12           1022 1210  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     505760
            848-00010/29/12           1210 1210  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     505760
   SMRY                    10/29/12   1431 1431  CMS220 Master Global Lookup   CJBEA02A   IKGRAY     508373
            1-12-019769-00010/29/12   1432 1432  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY     508373
            1-12-019769-00010/29/12   1639 1639  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY     508373
   CHNG     1-12-019769-00010/29/12   1639 1639  CMS418 State Audit Report     CJBEA02A   IKGRAY     508373
   SMRY                    10/30/12   1127 1127  CAD204 Supervisor Status Scr  CJBEA02A   IKGRAY     519135
   SMRY                    10/31/12   1607 1749  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     534232
   SMRY                    11/05/12   1027 1028  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     578319
   SMRY                    11/05/12   1028 1028  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     578319
   SMRY                    11/05/12   1114 1115  CMS201 Offense Entry/Update   CJBEA02A   IKGRAY     579116
   SMRY                    11/05/12   1711 1711  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     584556
   SMRY                    11/05/12   1729 1729  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     584945
   SMRY                    11/05/12   1730 1731  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     584956
   SMRY                    11/05/12   1737 1737  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     584956
   SMRY                    11/06/12   0912 0912  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     590512
   CHNG     733-00011/06/12           0913 0913  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     590512
   CHNG     818-00011/06/12           0913 1001  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     590512
   CHNG     977-00011/06/12           1003 1003  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     590512
   SMRY                    11/06/12   1014 1014  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     591608
   SMRY                    11/06/12   1018 1347  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     591699
   SMRY                    11/07/12   0926 0926  CMS221 Interactive Global BO  CJBEA02A   IKGRAY     603420
   SMRY                    11/07/12   0927 0927  CMS220 Master Global Lookup   CJBEA02A   IKGRAY     603438
   CHNG     978-00011/07/12           1617 1632  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     590512
   CHNG     974-00011/07/12           1632 1633  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     590512
            977-00011/07/12           1633 1633  CHF101 Personnel Entry/Updat  CJBEA02A   IKGRAY     590512
   SMRY                    11/07/12   1708 1709  CAD203 Detail Call Inquiry    CJBEA02A   IKGRAY     610518
   SMRY                    11/09/12   1033 1033  CMS220 Master Global Lookup   CJBEA02B   IKGRAY     629287
   CHNG     1-96-001895-00011/09/12   1033 1033  CMS209 Accident Entry/Update  CJBEA02B   IKGRAY     629287
            1-08-026904-00011/09/12   1033 1033  CMS209 Accident Entry/Update  CJBEA02B   IKGRAY     629287
   SMRY                    11/13/12   1611 1611  CMS220 Master Global Lookup   CJBE71A    IKGRAY     663663
            1-10-002571-00011/13/12   1611 1611  CMS201 Offense Entry/Update   CJBE71A    IKGRAY     663663
            1-10-002571-00011/13/12   1611 1611  CMS201 Offense Entry/Update   CJBE71A    IKGRAY     663663
            1-09-016528-00011/13/12   1611 1611  CMS201 Offense Entry/Update   CJBE71A    IKGRAY     663663
   CHNG     1-10-002571-00011/13/12   1611 1611  CMS418 State Audit Report     CJBE71A    IKGRAY     663663
```

DOTHAN/GRAY 005664
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                        FROM: 1/01/2012 TO:12/31/2013                    Page:   25

Emp#:    344  Police          Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| | 1-09-016528-0001 | 11/13/12 | 1611 | 1611 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| CHNG | 1-09-016528-0001 | 11/13/12 | 1611 | 1611 | CMS418 State Audit Report | CJBE71A | IKGRAY | 663663 |
| | 1-08-011387-0001 | 11/13/12 | 1611 | 1611 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| | 1-08-011387-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| | 1-06-009854-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| CHNG | 1-08-011387-0001 | 11/13/12 | 1612 | 1612 | CMS418 State Audit Report | CJBE71A | IKGRAY | 663663 |
| | 1-06-009854-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| | 1-04-010888-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| CHNG | 1-06-009854-0001 | 11/13/12 | 1612 | 1612 | CMS418 State Audit Report | CJBE71A | IKGRAY | 663663 |
| | 1-04-010888-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| | 1-02-004384-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| CHNG | 1-04-010888-0001 | 11/13/12 | 1612 | 1612 | CMS418 State Audit Report | CJBE71A | IKGRAY | 663663 |
| | 1-02-004384-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| | 1-02-004079-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| CHNG | 1-02-004384-0001 | 11/13/12 | 1612 | 1612 | CMS418 State Audit Report | CJBE71A | IKGRAY | 663663 |
| | 1-02-004079-0001 | 11/13/12 | 1612 | 1612 | CMS201 Offense Entry/Update | CJBE71A | IKGRAY | 663663 |
| CHNG | 1-02-000311-0001 | 11/13/12 | 1612 | 1612 | CMS209 Accident Entry/Update | CJBE71A | IKGRAY | 663663 |
| CHNG | 1-02-004079-0001 | 11/13/12 | 1612 | 1612 | CMS418 State Audit Report | CJBE71A | IKGRAY | 663663 |
| IVLD | | 11/14/12 | 1630 | 1630 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 676291 |
| SMRY | | 11/14/12 | 1630 | 1713 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 676291 |
| SMRY | | 11/14/12 | 1713 | 1713 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 677586 |
| SMRY | | 11/16/12 | 1016 | 1017 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 696302 |
| SMRY | | 11/16/12 | 1017 | 1017 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 696308 |
| IVLD | | 11/16/12 | 1037 | 1037 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 696516 |
| SMRY | | 11/16/12 | 1038 | 1458 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 696516 |
| CHNG | 347-0001 | 11/16/12 | 1038 | 1038 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 696516 |
| SMRY | | 11/16/12 | 1502 | 1502 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 699337 |
| SMRY | | 11/16/12 | 1502 | 1502 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 699337 |
| SMRY | | 11/16/12 | 1505 | 1505 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 699382 |
| | 1-04-001123-0001 | 11/16/12 | 1508 | 1508 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 699382 |
| SMRY | | 11/19/12 | 0920 | 0920 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 720720 |
| SMRY | | 11/19/12 | 0920 | 1021 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 720724 |
| SMRY | | 11/19/12 | 1002 | 1002 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 721332 |
| CHNG | 283-0001 | 11/19/12 | 1002 | 1003 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 721332 |
| CHNG | 347-0001 | 11/19/12 | 1003 | 1003 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 721332 |
| SMRY | | 11/19/12 | 1022 | 1022 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 721678 |
| SMRY | | 11/19/12 | 1023 | 1023 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 721678 |
| SMRY | | 11/19/12 | 1025 | 1025 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 721678 |
| SMRY | | 11/23/12 | 0815 | 0815 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 761651 |
| SMRY | | 11/23/12 | 0817 | 0817 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0817 | 0817 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0818 | 0818 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0818 | 0818 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0818 | 0818 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0818 | 0818 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0819 | 0819 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0819 | 0819 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/23/12 | 0819 | 0819 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |

DOTHAN/GRAY 005665
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                      FROM:  1/01/2012 TO:12/31/2013              Page:   26

Emp#:     344  Police           Name: GRAY, IVAN K
-----------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 11/23/12 | 0819 | 0819 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 761656 |
| SMRY | | 11/26/12 | 0859 | 0859 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 781496 |
| CHNG | 862-0001 | 11/26/12 | 0900 | 0853 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 781496 |
| IVLD | | 11/26/12 | 0931 | 0931 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 781926 |
| SMRY | | 11/26/12 | 0931 | 0933 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 781926 |
| SMRY | | 11/26/12 | 0934 | 0934 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 781926 |
| SMRY | | 11/26/12 | 0944 | 0944 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 781926 |
| | 895-0001 | 11/27/12 | 0854 | 0854 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 781496 |
| SMRY | | 11/27/12 | 0942 | 0942 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 795112 |
| | 1-04-010569-0001 | 11/27/12 | 0943 | 0943 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 795112 |
| | 1-04-010569-0001 | 11/27/12 | 0951 | 0951 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 795112 |
| CHNG | 1-04-010569-0001 | 11/27/12 | 0951 | 0951 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 795112 |
| | 1-12-004342-0001 | 11/27/12 | 0954 | 0954 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 795112 |
| | 1-12-004342-0001 | 11/27/12 | 0955 | 0955 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 795112 |
| CHNG | 1-12-004342-0001 | 11/27/12 | 0955 | 0955 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 795112 |
| SMRY | | 11/27/12 | 1130 | 1130 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 796297 |
| SMRY | | 11/27/12 | 1144 | 1144 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 796297 |
| SMRY | | 11/27/12 | 1152 | 1155 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| | 1-12-025511-0001 | 11/27/12 | 1153 | 1153 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| CHNG | 1-12-025511-0001 | 11/27/12 | 1153 | 1153 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| | 1-12-010729-0001 | 11/27/12 | 1153 | 1153 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| CHNG | 1-12-010729-0001 | 11/27/12 | 1153 | 1153 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| | 1-12-010729-0001 | 11/27/12 | 1153 | 1153 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| | 1-12-014175-0001 | 11/27/12 | 1153 | 1153 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| CHNG | 1-12-014175-0001 | 11/27/12 | 1154 | 1154 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| | 1-12-014175-0001 | 11/27/12 | 1154 | 1154 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 796491 |
| SMRY | | 11/28/12 | 0941 | 0942 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 807687 |
| SMRY | | 11/28/12 | 1549 | 1549 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 807687 |
| SMRY | | 11/29/12 | 1055 | 1056 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 821256 |
| SMRY | | 11/29/12 | 1432 | 1432 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 821256 |
| SMRY | | 11/29/12 | 1432 | 1432 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 823536 |
| SMRY | | 11/29/12 | 1434 | 1434 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 823560 |
| SMRY | | 11/29/12 | 1437 | 1437 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 823560 |
| SMRY | | 11/29/12 | 1440 | 1440 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 823560 |
| SMRY | | 11/29/12 | 1459 | 1459 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 823996 |
| SMRY | | 11/29/12 | 1510 | 1510 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 824117 |
| SMRY | | 11/29/12 | 1512 | 1512 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 824117 |
| SMRY | | 11/29/12 | 1516 | 1516 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 824117 |
| SMRY | | 11/29/12 | 1517 | 1517 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 824117 |
| SMRY | | 11/29/12 | 1519 | 1519 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 824117 |
| SMRY | | 11/29/12 | 1520 | 1520 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 824117 |
| SMRY | | 11/29/12 | 1525 | 1140 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 824579 |
| INQY | 1-12-025511-0001 | 11/29/12 | 1525 | 1140 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 824579 |
| SMRY | | 12/04/12 | 1141 | 1141 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 874938 |
| CHNG | 1-03-002843-0001 | 12/04/12 | 1154 | 1154 | CMS209 Accident Entry/Update | CJBEA02A | IKGRAY | 874938 |
| SMRY | | 12/06/12 | 1208 | 1403 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 901126 |
| | 1-12-026245-0001 | 12/06/12 | 1209 | 1209 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 901126 |
| | 1-12-026245-0001 | 12/06/12 | 1212 | 1242 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 901126 |

DOTHAN/GRAY 005666
CONFIDENTIAL

```
                            DOTHAN POLICE DEPT
                       FROM: 1/01/2012 TO:12/31/2013              Page:   27

Emp#:     344  Police           Name: GRAY, IVAN K
---------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| CHNG | 1-12-026245-0001 | 2/06/12 | 1242 | 1242 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 901126 |
| | 1-12-026245-0001 | 2/06/12 | 1242 | 1242 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 901126 |
| | 1-12-026245-0001 | 2/06/12 | 1358 | 1358 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 901126 |
| CHNG | 1-12-026245-0001 | 2/06/12 | 1358 | 1358 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 901126 |
| SMRY | | 12/06/12 | 2147 | 2149 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 907493 |
| | 1-12-026245-0001 | 2/06/12 | 2147 | 2147 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 907493 |
| | 1-12-026245-0001 | 2/06/12 | 2148 | 2148 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 907493 |
| CHNG | 1-12-026245-0001 | 2/06/12 | 2148 | 2148 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 907493 |
| SMRY | | 12/10/12 | 0953 | 0953 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 936632 |
| CHNG | 283-0001 | 2/10/12 | 0953 | 0954 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 936632 |
| CHNG | 347-0001 | 2/10/12 | 0954 | 0954 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 936632 |
| CHNG | 283-0001 | 2/10/12 | 0954 | 1107 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 936632 |
| SMRY | | 12/11/12 | 1522 | 1522 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 954226 |
| SMRY | | 12/13/12 | 1219 | 1219 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 977552 |
| SMRY | | 12/13/12 | 1455 | 1650 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 979348 |
| CHNG | 986-0001 | 2/13/12 | 1455 | 1456 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 979348 |
| CHNG | 983-0001 | 2/13/12 | 1456 | 1649 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 979348 |
| IVLD | | 12/14/12 | 1034 | 1034 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 988917 |
| SMRY | | 12/14/12 | 1034 | 1034 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 988917 |
| SMRY | | 12/17/12 | 0926 | 0926 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 014034 |
| SMRY | | 12/17/12 | 0929 | 0929 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 014034 |
| SMRY | | 12/17/12 | 0935 | 1736 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 014135 |
| SMRY | | 12/17/12 | 1040 | 1040 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 014034 |
| SMRY | | 12/18/12 | 1011 | 1011 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 028269 |
| CHNG | 1-12-026929-0001 | 2/18/12 | 1012 | 1013 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 028269 |
| SMRY | | 12/18/12 | 1721 | 1159 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 034864 |
| SMRY | | 12/19/12 | 1909 | 1909 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 049291 |
| SMRY | | 12/20/12 | 0902 | 0902 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 053699 |
| SMRY | | 12/20/12 | 0902 | 0902 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 053699 |
| SMRY | | 12/27/12 | 1306 | 1307 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 112514 |
| SMRY | | 12/27/12 | 1438 | 1438 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 113462 |
| CHNG | 347-0001 | 2/27/12 | 1510 | 1511 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 113462 |
| CHNG | 347-0001 | 2/27/12 | 1511 | 1707 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 113462 |
| SMRY | | 12/27/12 | 1749 | 1749 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 116987 |
| SMRY | | 12/28/12 | 1532 | 1535 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 124937 |
| SMRY | | 12/28/12 | 1532 | 1532 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 124971 |
| | 1-12-027755-0001 | 2/28/12 | 1534 | 1534 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 124971 |
| | 1-12-027755-0001 | 2/28/12 | 1534 | 1534 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 124971 |
| CHNG | 1-12-027755-0001 | 2/28/12 | 1534 | 1534 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 124971 |
| SMRY | | 1/02/13 | 1313 | 0943 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 164411 |
| SMRY | | 1/03/13 | 1103 | 1104 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176051 |
| SMRY | | 1/03/13 | 1352 | 1352 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176051 |
| SMRY | | 1/03/13 | 1424 | 1424 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176051 |
| SMRY | | 1/03/13 | 1425 | 1425 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176051 |
| SMRY | | 1/03/13 | 1427 | 1427 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176051 |
| SMRY | | 1/03/13 | 1427 | 1427 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176051 |
| SMRY | | 1/03/13 | 1427 | 1427 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 176051 |
| IVLD | | 1/04/13 | 1614 | 1614 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 192118 |
| SMRY | | 1/04/13 | 1614 | 1614 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 192118 |

DOTHAN/GRAY 005667
CONFIDENTIAL

```
                                      DOTHAN POLICE DEPT
                             FROM:  1/01/2012 TO:12/31/2013                  Page:   28


Emp#:      344  Police           Name: GRAY, IVAN K
--------------------------------------------------------------------------------------

      Access  Incident#/      Access      Time
      Type    Other Code      Date     From  To      Program Description         Workstation Userid      Job#

              976-000  1/04/13  1632 1632  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    192118
      SMRY             1/09/13  0812 0812  CAD203 Detail Call Inquiry     CJBEA02A    IKGRAY    234789
      SMRY             1/09/13  0814 0851  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    234849
      INQY    1-13-000457-000 1/09/13  0815 0817  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    234849
      SMRY             1/09/13  0827 0827  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    234988
      SMRY             1/09/13  0845 0851  CMS202 Arrest Entry/Update S   CJBEA02A    IKGRAY    235212
              1-03-001777-000 1/09/13  0849 0851  CMS202 Arrest Entry/Update S   CJBEA02A    IKGRAY    235212
              1-03-001777-000 1/09/13  0849 0849  CMS202 Arrest Entry/Update S   CJBEA02A    IKGRAY    235212
      CHNG    1-03-001777-000 1/09/13  0849 0849  CMS202 Arrest Entry/Update S   CJBEA02A    IKGRAY    235212
      CHNG    917-000  1/09/13  0849 1013  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    234988
              1-12-007919-000 1/09/13  0850 0850  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    234849
      CHNG    1-12-007919-000 1/09/13  0851 0851  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    234849
              1-12-007919-000 1/09/13  0851 0851  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    234849
      SMRY             1/09/13  0852 0852  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    235402
      SMRY             1/09/13  0852 0853  CMS215 Name Registration Mai   CJBEA02A    IKGRAY    235417
      SMRY             1/09/13  0853 0854  CMS215 Name Registration Mai   CJBEA02A    IKGRAY    235431
      SMRY             1/09/13  0854 0854  CMS202 Arrest Entry/Update S   CJBEA02A    IKGRAY    235436
      SMRY             1/09/13  0854 0856  CMS215 Name Registration Mai   CJBEA02A    IKGRAY    235446
      SMRY             1/09/13  0856 1013  CMS202 Arrest Entry/Update S   CJBEA02A    IKGRAY    235461
      SMRY             1/09/13  1508 1508  CMS220 Master Global Lookup    CJBEA02A    IKGRAY    239361
      SMRY             1/10/13  1104 1104  CAD203 Detail Call Inquiry     CJBEA02A    IKGRAY    249528
      SMRY             1/10/13  1105 1106  CMS220 Master Global Lookup    CJBEA02A    IKGRAY    249541
      SMRY             1/10/13  1425 1425  CMS220 Master Global Lookup    CJBEA02A    IKGRAY    251605
      SMRY             1/10/13  1535 1535  CMS220 Master Global Lookup    CJBEA02B    IKGRAY    252433
      CHNG    1-04-002139-000 1/10/13  1537 1537  CMS209 Accident Entry/Update   CJBEA02B    IKGRAY    252433
      SMRY             1/10/13  1537 1539  CAD203 Detail Call Inquiry     CJBEA02B    IKGRAY    252454
      SMRY             1/10/13  1540 1540  CAD203 Detail Call Inquiry     CJBEA02B    IKGRAY    252454
      SMRY             1/10/13  1541 1541  CAD203 Detail Call Inquiry     CJBEA02B    IKGRAY    252454
      SMRY             1/11/13  0844 0844  CAD203 Detail Call Inquiry     CJBEA02A    IKGRAY    260839
      SMRY             1/11/13  0846 1613  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    260873
              1-13-000673-000 1/11/13  0846 0846  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    260873
      SMRY             1/11/13  1417 1417  CAD204 Supervisor Status Scr   CJBEA02B    IKGRAY    264361
              1-13-000673-000 1/11/13  1452 1452  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    260873
      CHNG    1-13-000673-000 1/11/13  1452 1452  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    260873
      SMRY             1/14/13  0904 1106  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    286185
      CHNG    276-000  1/14/13  0909 0909  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    286185
      CHNG    418-000  1/14/13  0910 0910  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    286185
      CHNG    365-000  1/14/13  0910 0910  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    286185
      CHNG    365-000  1/14/13  0910 0910  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    286185
      CHNG    365-000  1/14/13  0911 0911  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    286185
      CHNG    684-000  1/14/13  0911 1106  CHF101 Personnel Entry/Updat   CJBEA02A    IKGRAY    286185
      SMRY             1/14/13  1106 1113  CAD203 Detail Call Inquiry     CJBEA02A    IKGRAY    287878
      SMRY             1/14/13  1125 1125  CAD203 Detail Call Inquiry     CJBEA02A    IKGRAY    287878
      SMRY             1/14/13  1712 1712  CMS220 Master Global Lookup    CJBEA02A    IKGRAY    292981
              1-12-024957-000 1/14/13  1713 1713  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    292981
              1-12-024957-000 1/14/13  1717 1717  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    292981
              1-13-000828-000 1/14/13  1717 1717  CMS202 Arrest Entry/Update S   CJBEA02A    IKGRAY    292981
      CHNG    1-12-024957-000 1/14/13  1717 1717  CMS418 State Audit Report      CJBEA02A    IKGRAY    292981
              1-13-000828-000 1/14/13  1724 1724  CMS201 Offense Entry/Update    CJBEA02A    IKGRAY    292981
```

DOTHAN/GRAY 005668
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                            FROM:  1/01/2012 TO:12/31/2013              Page:   29

Emp#:     344  Police          Name: GRAY, IVAN K
-----------------------------------------------------------------------------------------

     Access   Incident#/      Access      Time
     Type     Other Code      Date     From  To    Program Description       Workstation Userid    Job#

              1-13-000828-000 1/14/13   1724 1724  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY   292981
     CHNG     1-13-000828-000 1/14/13   1724 1724  CMS418 State Audit Report      CJBEA02A   IKGRAY   292981
              1-13-000828-000 1/14/13   1724 1724  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   292981
     CHNG     1-13-000828-000 1/14/13   1724 1724  CMS418 State Audit Report      CJBEA02A   IKGRAY   292981
     SMRY                     1/15/13   1713 1713  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   305521
                      360-000 1/15/13   1713 1713  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   305521
     SMRY                     1/23/13   1047 1047  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY   383238
     SMRY                     1/23/13   1050 1050  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   383275
     SMRY                     1/23/13   1050 1050  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY   383238
     SMRY                     1/24/13   1005 1005  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   395171
     CHNG              344-000 1/24/13   1005 1007  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   395171
                      344-000 1/24/13   1007 1007  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   395171
     SMRY                     1/28/13   0936 0936  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   433642
     CHNG              344-000 1/28/13   0938 0944  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   433642
     CHNG              337-000 1/28/13   0944 0957  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   433642
     SMRY                     1/28/13   1152 1222  CMS220 Master Global Lookup    CJBEA02A   IKGRAY   435327
     SMRY                     1/28/13   1223 1453  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   435576
              1-11-018174-000 1/28/13   1223 1223  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   435576
     CHNG     1-11-018174-000 1/28/13   1223 1223  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   435576
              1-11-018174-000 1/28/13   1223 1223  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   435576
              1-12-010011-000 1/29/13   1453 1453  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   435576
              1-12-010011-000 1/29/13   1453 1453  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   435576
     CHNG     1-12-010011-000 1/29/13   1453 1453  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   435576
     SMRY                     1/29/13   1454 1455  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY   449638
     SMRY                     1/29/13   1501 1503  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   449972
     INQY     1-13-001971-000 1/29/13   1501 1503  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   449972
     IVLD                     1/29/13   1523 1523  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY   450342
     IVLD                     1/29/13   1524 1524  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY   450342
     IVLD                     1/29/13   1524 1524  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY   450342
     SMRY                     1/29/13   1524 1524  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY   450342
     SMRY                     1/31/13   1108 1153  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   472775
              1-13-001965-000 1/31/13   1152 1152  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   472775
              1-13-001965-000 1/31/13   1153 1153  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   472775
     CHNG     1-13-001965-000 1/31/13   1153 1153  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   472775
     SMRY                     1/31/13   1153 1153  CMS206 Tow History Entry Scr   CJBEA02A   IKGRAY   473215
     INQY     1-13-001965-000 1/31/13   1154 1154  CMS206 Tow History Entry Scr   CJBEA02A   IKGRAY   473215
     INQY     1-13-001965-000 1/31/13   1154 1154  CMS206 Tow History Entry Scr   CJBEA02A   IKGRAY   473215
     SMRY                     1/31/13   1510 1510  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY   475165
     SMRY                     1/31/13   1511 1511  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   475211
              1-13-001973-000 1/31/13   1511 1511  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   475211
     CHNG     1-13-001973-000 1/31/13   1543 1543  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   475211
              1-13-001973-000 1/31/13   1543 1543  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   475211
              1-08-011387-000 1/31/13   1608 1608  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   475211
     SMRY                     2/05/13   1450 1451  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY   525278
     SMRY                     2/05/13   1451 1650  CMS220 Master Global Lookup    CJBEA02A   IKGRAY   525290
     SMRY                     2/07/13   1640 1642  CMS220 Master Global Lookup    CJBEA02A   IKGRAY   552001
     SMRY                     2/07/13   1646 1647  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY   552084
     SMRY                     2/08/13   0902 0902  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY   558638
     SMRY                     2/08/13   0902 0903  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY   558639
```

DOTHAN/GRAY 005669
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                             FROM: 1/01/2012 TO:12/31/2013                    Page:   30

Emp#:     344  Police          Name: GRAY, IVAN K
--------------------------------------------------------------------------------
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 2/14/13 | 1658 | 1658 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 629364 |
| | 1-09-020517-000 | 2/14/13 | 1659 | 1659 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 629364 |
| SMRY | | 2/22/13 | 0817 | 0818 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 709254 |
| SMRY | | 2/26/13 | 1037 | 1037 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 750695 |
| CHNG | 685-000 | 2/26/13 | 1038 | 1038 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 750695 |
| CHNG | 818-000 | 2/26/13 | 1039 | 1040 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 750695 |
| CHNG | 818-000 | 2/26/13 | 1040 | 1040 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 750695 |
| SMRY | | 3/01/13 | 1600 | 1600 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 845401 |
| CHNG | 1-06-011863-000 | 3/01/13 | 1602 | 1602 | CMS207 Citation Entry/Update | CJBEA02A | IKGRAY | 845401 |
| SMRY | | 3/05/13 | 1023 | 1023 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 882558 |
| INQY | 1-13-004107-000 | 3/05/13 | 1023 | 1024 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 882558 |
| | 1-13-004107-000 | 3/05/13 | 1025 | 1025 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 882558 |
| SMRY | | 3/06/13 | 1349 | 1349 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 897973 |
| SMRY | | 3/08/13 | 0811 | 1534 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 921101 |
| SMRY | | 3/11/13 | 0814 | 1649 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 949376 |
| INQY | 1-10-009359-000 | 3/11/13 | 0817 | 0818 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 949376 |
| INQY | 1-10-009359-000 | 3/11/13 | 0819 | 1414 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 949376 |
| INQY | 1-11-016504-000 | 3/11/13 | 1415 | 1649 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 949376 |
| SMRY | | 3/12/13 | 0942 | 0945 | CMS208 Warrant Entry/Update | CJBEA02A | IKGRAY | 964117 |
| CHNG | 1-06-200281-000 | 3/12/13 | 0943 | 0943 | CMS208 Warrant Entry/Update | CJBEA02A | IKGRAY | 964117 |
| CHNG | 1-96-005009-000 | 3/12/13 | 0943 | 0944 | CMS208 Warrant Entry/Update | CJBEA02A | IKGRAY | 964117 |
| SMRY | | 3/12/13 | 0947 | 0947 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 964176 |
| SMRY | | 3/12/13 | 0948 | 1747 | CMS221 Interactive Global BO | CJBEA02A | IKGRAY | 964197 |
| SMRY | | 3/12/13 | 1748 | 1748 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 971406 |
| SMRY | | 3/13/13 | 1101 | 1102 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 978488 |
| SMRY | | 3/15/13 | 0941 | 0942 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 004992 |
| SMRY | | 3/20/13 | 1129 | 1129 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 059774 |
| CHNG | 1-13-000977-000 | 3/20/13 | 1132 | 1132 | CMS214 Pawn Shop Tracking | CJBEA02B | IKGRAY | 059774 |
| CHNG | 1-12-027913-000 | 3/20/13 | 1132 | 1132 | CMS214 Pawn Shop Tracking | CJBEA02B | IKGRAY | 059774 |
| | 1-12-022575-000 | 3/20/13 | 1132 | 1132 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 059774 |
| | 1-12-022575-000 | 3/20/13 | 1133 | 1133 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 059774 |
| CHNG | 1-12-017249-000 | 3/20/13 | 1133 | 1133 | CMS214 Pawn Shop Tracking | CJBEA02B | IKGRAY | 059774 |
| CHNG | 1-12-022575-000 | 3/20/13 | 1133 | 1133 | CMS418 State Audit Report | CJBEA02B | IKGRAY | 059774 |
| SMRY | | 3/20/13 | 1133 | 1134 | CMS221 Interactive Global BO | CJBEA02B | IKGRAY | 059809 |
| SMRY | | 3/20/13 | 1217 | 1217 | CAD203 Detail Call Inquiry | CJBEA02B | IKGRAY | 060202 |
| SMRY | | 3/21/13 | 1700 | 1700 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 077179 |
| | 1-13-003009-000 | 3/21/13 | 1701 | 1701 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 077179 |
| | 1-13-003009-000 | 3/21/13 | 1706 | 1706 | CMS202 Arrest Entry/Update S | CJBEA02B | IKGRAY | 077179 |
| CHNG | 1-13-006229-000 | 3/21/13 | 1706 | 1706 | CMS214 Pawn Shop Tracking | CJBEA02B | IKGRAY | 077179 |
| CHNG | 1-13-003009-000 | 3/21/13 | 1706 | 1706 | CMS418 State Audit Report | CJBEA02B | IKGRAY | 077179 |
| SMRY | | 3/21/13 | 1707 | 1710 | CHF101 Personnel Entry/Updat | CJBEA02B | IKGRAY | 077334 |
| SMRY | | 3/22/13 | 1438 | 1438 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 087818 |
| | 1-11-028428-000 | 3/22/13 | 1439 | 1439 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 087818 |
| SMRY | | 3/25/13 | 1113 | 1113 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 113755 |
| SMRY | | 3/25/13 | 1114 | 1114 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 113755 |
| SMRY | | 3/25/13 | 1648 | 1701 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 118415 |
| CHNG | 344-000 | 3/25/13 | 1649 | 1701 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 118415 |
| SMRY | | 3/26/13 | 0914 | 0914 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 125440 |
| CHNG | 1-03-002843-000 | 3/26/13 | 0915 | 0915 | CMS209 Accident Entry/Update | CJBEA02A | IKGRAY | 125440 |

DOTHAN/GRAY 005670
CONFIDENTIAL

```
                                   DOTHAN POLICE DEPT
                         FROM:  1/01/2012 TO:12/31/2013                    Page:   31

Emp#:      344  Police          Name: GRAY, IVAN K
----------------------------------------------------------------------------------------

    Access   Incident#/      Access      Time
    Type     Other Code      Date     From  To      Program Description        Workstation Userid     Job#

    SMRY                     4/03/13   1528 1528  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    223021
    SMRY                     4/03/13   1529 1529  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    223021
    SMRY                     4/03/13   1530 1530  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    223021
    SMRY                     4/03/13   1531 1531  CMS206 Offense Entry/Update     CJBEA02A    IKGRAY    223063
    SMRY                     4/03/13   1557 1557  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    223494
    SMRY                     4/05/13   1230 1230  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    246894
    SMRY                     4/29/13   0901 0901  CMS220 Master Global Lookup     CJBEA02A    IKGRAY    515359
             1-12-023363-000 4/29/13   0902 0902  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    515359
             1-12-023363-000 4/29/13   0907 0907  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    515359
    CHNG     1-12-023363-000 4/29/13   0907 0907  CMS418 State Audit Report       CJBEA02A    IKGRAY    515359
             1-11-014318-000 4/29/13   1608 1608  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    515359
             1-11-014318-000 4/29/13   1608 1608  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    515359
    CHNG     1-11-014318-000 4/29/13   1608 1608  CMS418 State Audit Report       CJBEA02A    IKGRAY    515359
    CHNG     1-05-005408-000 4/29/13   1609 1609  CMS207 Citation Entry/Update    CJBEA02A    IKGRAY    515359
             1-09-001421-000 4/29/13   1609 1609  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    515359
             1-09-001421-000 4/29/13   1609 1609  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    515359
    CHNG     1-09-001421-000 4/29/13   1609 1609  CMS418 State Audit Report       CJBEA02A    IKGRAY    515359
    SMRY                     4/29/13   1609 1610  CMS220 Master Global Lookup     CJBEA02A    IKGRAY    521796
    SMRY                     4/29/13   1610 1611  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    521805
    SMRY                     4/29/13   1612 1716  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    521836
             1-89-008808-000 4/29/13   1613 1613  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    521836
    CHNG     1-89-008808-000 4/29/13   1613 1613  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    521836
             1-89-008808-000 4/29/13   1613 1613  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    521836
             1-12-018152-000 4/29/13   1613 1613  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    521836
    CHNG     1-12-018152-000 4/29/13   1613 1613  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    521836
             1-12-018152-000 4/29/13   1613 1613  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    521836
    SMRY                     4/30/13   1553 1553  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    534370
    SMRY                     5/01/13   1046 1046  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    543966
    SMRY                     5/01/13   1047 1047  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    543971
    SMRY                     5/01/13   1047 1047  CAD204 Supervisor Status Scr    CJBEA02A    IKGRAY    543972
    SMRY                     5/01/13   1654 1654  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    549770
    SMRY                     5/13/13   1124 1124  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    688664
    CHNG          344-000    5/13/13   1124 1125  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    688664
    CHNG          382-000    5/13/13   1125 1132  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    688664
                  366-000    5/13/13   1133 1133  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    688664
    SMRY                     5/14/13   1757 1757  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    711870
                  366-000    5/14/13   1757 1757  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    711870
    IVLD                     5/15/13   0924 0924  CMS210 Weapons  Registration    CJBEA02A    IKGRAY    717336
    SMRY                     5/15/13   0924 0924  CMS210 Weapons  Registration    CJBEA02A    IKGRAY    717336
    SMRY                     5/15/13   0924 0926  CMS204 Young Offender Entry/    CJBEA02A    IKGRAY    717342
             1-95-000453-000 5/15/13   0925 0925  CMS204 Young Offender Entry/    CJBEA02A    IKGRAY    717342
             1-95-000453-000 5/15/13   0926 0926  CMS204 Young Offender Entry/    CJBEA02A    IKGRAY    717342
    CHNG     1-95-000453-000 5/15/13   0926 0926  CMS204 Young Offender Entry/    CJBEA02A    IKGRAY    717342
    SMRY                     5/15/13   1106 1447  CMS220 Master Global Lookup     CJBEA02A    IKGRAY    718431
    SMRY                     5/15/13   1447 1448  CAD203 Detail Call Inquiry      CJBEA02A    IKGRAY    720756
    SMRY                     5/15/13   1449 1449  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    720779
    INQY     1-13-008492-000 5/15/13   1449 1450  CMS201 Offense Entry/Update     CJBEA02A    IKGRAY    720779
    SMRY                     5/16/13   1133 1138  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    733593
    CHNG          983-000    5/16/13   1134 1136  CHF101 Personnel Entry/Updat    CJBEA02A    IKGRAY    733593
```

DOTHAN/GRAY 005671
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                        FROM:  1/01/2012 TO:12/31/2013                    Page:   32

Emp#:      344  Police          Name: GRAY, IVAN K
```

---

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| CHNG | 983-000 | 5/16/13 | 1137 | 1137 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 733593 |
| SMRY | | 5/16/13 | 1139 | 1139 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 720756 |
| SMRY | | 5/16/13 | 1139 | 1139 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 720756 |
| SMRY | | 5/16/13 | 1153 | 1153 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 733799 |
| SMRY | | 5/17/13 | 1626 | 1627 | CAD302 Dispatch Incid.#/Type | CJBEA02A | IKGRAY | 752935 |
| SMRY | | 5/17/13 | 1644 | 1644 | CMS213 Intelligence Entry Sc | CJBEA02A | IKGRAY | 753364 |
| SMRY | | 5/17/13 | 1645 | 1644 | CMS213 Intelligence Entry Sc | CJBEA02A | IKGRAY | 753364 |
| IVLD | | 5/17/13 | 1645 | 1645 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 753373 |
| SMRY | | 5/17/13 | 1645 | 1645 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 753373 |
| CHNG | 1-09-022618-000 | 5/17/13 | 1651 | 1652 | CMS203 FIS Entry/Update | CJBEA02A | IKGRAY | 753373 |
| SMRY | | 5/20/13 | 0900 | 0900 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 775464 |
| CHNG | 879-000 | 5/20/13 | 0900 | 1134 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 775464 |
| SMRY | | 5/20/13 | 0938 | 0938 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 775948 |
| | 1-13-007609-000 | 5/20/13 | 0938 | 0938 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 775948 |
| | 1-13-007609-000 | 5/20/13 | 0939 | 0939 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 775948 |
| CHNG | 1-13-007609-000 | 5/20/13 | 0939 | 0939 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 775948 |
| | 1-10-019115-000 | 5/20/13 | 0939 | 0939 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 775948 |
| | 1-10-019115-000 | 5/20/13 | 1133 | 1133 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 775948 |
| CHNG | 1-10-019115-000 | 5/20/13 | 1133 | 1133 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 775948 |
| CHNG | 982-000 | 5/20/13 | 1134 | 1134 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 775464 |
| SMRY | | 5/20/13 | 1135 | 1135 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 777737 |
| SMRY | | 5/20/13 | 1419 | 1419 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 779886 |
| | 1-01-002339-000 | 5/20/13 | 1419 | 1419 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 779886 |
| SMRY | | 5/20/13 | 1420 | 1031 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 779900 |
| | 1-01-002339-000 | 5/20/13 | 1429 | 1429 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 779886 |
| | 1-97-005465-000 | 5/20/13 | 1429 | 1429 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 779886 |
| CHNG | 1-01-002339-000 | 5/20/13 | 1429 | 1429 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 779886 |
| | 1-97-005465-000 | 5/20/13 | 1429 | 1429 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 779886 |
| CHNG | 1-97-005465-000 | 5/20/13 | 1429 | 1429 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 779886 |
| SMRY | | 5/21/13 | 1031 | 1031 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 779900 |
| SMRY | | 5/28/13 | 0758 | 0758 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 779900 |
| SMRY | | 5/28/13 | 0805 | 0805 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 779900 |
| SMRY | | 5/28/13 | 1451 | 1451 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 959280 |
| | 1-13-001973-000 | 5/28/13 | 1510 | 1510 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 959280 |
| | 1-13-001973-000 | 5/28/13 | 1513 | 1513 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 959280 |
| CHNG | 1-13-001973-000 | 5/28/13 | 1513 | 1513 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 959280 |
| | 1-12-006447-000 | 5/28/13 | 1515 | 1515 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 959280 |
| | 1-12-006447-000 | 5/28/13 | 1516 | 1516 | CMS204 Young Offender Entry/ | CJBEA02A | IKGRAY | 959280 |
| CHNG | 1-12-006447-000 | 5/28/13 | 1516 | 1516 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 959280 |
| SMRY | | 5/30/13 | 1215 | 1215 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 987846 |
| SMRY | | 5/30/13 | 1216 | 1217 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 987856 |
| SMRY | | 5/30/13 | 1218 | 1218 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 987856 |
| SMRY | | 5/30/13 | 1219 | 1219 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 987856 |
| SMRY | | 6/03/13 | 1730 | 1730 | CMS220 Master Global Lookup | CJBEA02B | IKGRAY | 038503 |
| | 1-12-008721-000 | 6/03/13 | 1730 | 1730 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 038503 |
| | 1-12-008721-000 | 6/03/13 | 1731 | 1731 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 038503 |
| | 1-09-002269-000 | 6/03/13 | 1731 | 1731 | CMS201 Offense Entry/Update | CJBEA02B | IKGRAY | 038503 |
| CHNG | 1-12-008721-000 | 6/03/13 | 1731 | 1731 | CMS418 State Audit Report | CJBEA02B | IKGRAY | 038503 |
| SMRY | | 6/04/13 | 1618 | 1618 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 053019 |

DOTHAN/GRAY 005672
CONFIDENTIAL

```
                              DOTHAN POLICE DEPT
                         FROM: 1/01/2012 TO:12/31/2013                    Page:   33

Emp#:     344  Police          Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 6/06/13 | 1131 | 1131 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 079690 |
| SMRY | | 6/11/13 | 0828 | 0828 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 145518 |
| SMRY | | 6/12/13 | 0802 | 0802 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0802 | 0802 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0803 | 0803 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0804 | 0804 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0805 | 0805 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0835 | 0835 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0836 | 0844 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 160769 |
| SMRY | | 6/12/13 | 0845 | 0845 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0847 | 0847 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| SMRY | | 6/12/13 | 0847 | 0847 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 160259 |
| IVLD | | 6/12/13 | 1427 | 1427 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 167499 |
| SMRY | | 6/12/13 | 1427 | 1723 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 167499 |
| CHNG | 811-000 | 6/12/13 | 1427 | 1723 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 167499 |
| SMRY | | 6/13/13 | 1432 | 1515 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 183778 |
| CHNG | 475-000 | 6/13/13 | 1435 | 1435 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 183778 |
| CHNG | 366-000 | 6/13/13 | 1447 | 1515 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 183778 |
| SMRY | | 6/17/13 | 1535 | 1536 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 231305 |
| SMRY | | 6/17/13 | 1536 | 1536 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 231305 |
| SMRY | | 6/17/13 | 1537 | 1537 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 231305 |
| SMRY | | 6/18/13 | 0811 | 0811 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 239847 |
| SMRY | | 6/18/13 | 1006 | 0838 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 241490 |
| CHNG | 366-000 | 6/18/13 | 1006 | 1007 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 241490 |
| CHNG | 366-000 | 6/18/13 | 1007 | 1039 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 241490 |
| CHNG | 366-000 | 6/18/13 | 1408 | 1427 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 241490 |
| SMRY | | 6/18/13 | 1424 | 0837 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 245016 |
| | 1-10-017176-000 | 6/18/13 | 1425 | 1425 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 245016 |
| | 1-10-017176-000 | 6/18/13 | 1426 | 1426 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 245016 |
| CHNG | 1-10-017176-000 | 6/18/13 | 1426 | 1426 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 245016 |
| | 1-07-002565-000 | 6/18/13 | 1426 | 1426 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 245016 |
| | 1-07-002565-000 | 6/18/13 | 1426 | 1426 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 245016 |
| CHNG | 1-07-002565-000 | 6/18/13 | 1426 | 1426 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 245016 |
| SMRY | | 6/18/13 | 1427 | 1427 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 245065 |
| SMRY | | 6/18/13 | 1429 | 1429 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 245065 |
| SMRY | | 6/18/13 | 1543 | 1543 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 246586 |
| CHNG | 382-000 | 6/19/13 | 0838 | 0838 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 241490 |
| SMRY | | 6/20/13 | 0819 | 0819 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 272182 |
| CHNG | 1-12-025187-000 | 6/20/13 | 0820 | 0821 | CMS203 FIS Entry/Update | CJBEA02A | IKGRAY | 272182 |
| | 1-10-023259-000 | 6/20/13 | 0821 | 0821 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 272182 |
| | 1-10-023259-000 | 6/20/13 | 0822 | 0822 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 272182 |
| CHNG | 1-10-023259-000 | 6/20/13 | 0822 | 0822 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 272182 |
| CHNG | 1-12-025187-000 | 6/20/13 | 0822 | 0822 | CMS203 FIS Entry/Update | CJBEA02A | IKGRAY | 272182 |
| | 1-06-007794-000 | 6/20/13 | 0826 | 0826 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 272182 |
| | 1-06-007794-000 | 6/20/13 | 0826 | 0826 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 272182 |
| | 1-05-008663-000 | 6/20/13 | 0826 | 0826 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 272182 |
| CHNG | 1-06-007794-000 | 6/20/13 | 0826 | 0826 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 272182 |
| | 1-05-008663-000 | 6/20/13 | 0827 | 0827 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 272182 |
| CHNG | 1-05-008663-000 | 6/20/13 | 0827 | 0827 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 272182 |

DOTHAN/GRAY 005673
CONFIDENTIAL

```
                                    DOTHAN POLICE DEPT
                              FROM: 1/01/2012 TO:12/31/2013                          Page:   34


Emp#:      344  Police           Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| SMRY | | 6/20/13 | 0827 | 0827 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 272298 |
| SMRY | | 6/21/13 | 1126 | 1127 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 289178 |
| SMRY | | 6/28/13 | 0925 | 0925 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 371199 |
| SMRY | | 6/28/13 | 0925 | 0925 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 371199 |
| SMRY | | 7/09/13 | 1343 | 1807 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 061679 |
| SMRY | | 7/10/13 | 0801 | 0802 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 140772 |
| CHNG | 976-000 | 7/10/13 | 0802 | 0802 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 140772 |
| SMRY | | 7/11/13 | 1111 | 1111 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 253500 |
| SMRY | | 7/11/13 | 1111 | 1111 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 253518 |
| SMRY | | 7/11/13 | 1112 | 1112 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 253547 |
| INQY | 1-13-012613-000 | 7/11/13 | 1113 | 1119 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 253500 |
| SMRY | | 7/15/13 | 0808 | 0808 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 687675 |
| | 366-000 | 7/15/13 | 0808 | 0808 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 687675 |
| IVLD | | 7/16/13 | 1437 | 1437 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 813810 |
| IVLD | | 7/16/13 | 1437 | 1437 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 813810 |
| SMRY | | 7/16/13 | 1437 | 1440 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 813810 |
| SMRY | | 7/16/13 | 1447 | 1447 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 814584 |
| | 1-12-008529-000 | 7/16/13 | 1451 | 1451 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 814584 |
| | 1-12-008529-000 | 7/16/13 | 1451 | 1451 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 814584 |
| CHNG | 1-12-008529-000 | 7/16/13 | 1451 | 1451 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 814584 |
| | 1-12-008529-000 | 7/16/13 | 1451 | 1451 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 814584 |
| | 1-12-008529-000 | 7/16/13 | 1509 | 1509 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 814584 |
| CHNG | 1-12-008529-000 | 7/16/13 | 1509 | 1509 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 814584 |
| SMRY | | 7/17/13 | 1341 | 1341 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 914119 |
| | 1-13-011635-000 | 7/17/13 | 1342 | 1342 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 914119 |
| CHNG | 1-13-011635-000 | 7/17/13 | 1351 | 1351 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 914119 |
| | 1-13-011635-000 | 7/17/13 | 1351 | 1351 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 914119 |
| SMRY | | 7/17/13 | 1356 | 1356 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 915429 |
| | 1-12-027729-000 | 7/17/13 | 1357 | 1357 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 915429 |
| | 1-12-027729-000 | 7/17/13 | 1414 | 1414 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 915429 |
| CHNG | 1-12-027729-000 | 7/17/13 | 1414 | 1414 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 915429 |
| IVLD | | 7/23/13 | 0759 | 0759 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 414530 |
| SMRY | | 7/23/13 | 0759 | 0759 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 414530 |
| SMRY | | 7/23/13 | 0803 | 0803 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 414530 |
| IVLD | | 7/29/13 | 1353 | 1353 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 984522 |
| SMRY | | 7/29/13 | 1353 | 1353 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 984522 |
| | 1-13-007224-000 | 7/29/13 | 1354 | 1354 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 984522 |
| | 1-13-008019-000 | 7/29/13 | 1355 | 1355 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 984522 |
| | 1-13-007224-000 | 7/29/13 | 1355 | 1355 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 984522 |
| CHNG | 1-13-007224-000 | 7/29/13 | 1355 | 1355 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 984522 |
| | 1-13-008019-000 | 7/29/13 | 1356 | 1356 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 984522 |
| CHNG | 1-13-008019-000 | 7/29/13 | 1356 | 1356 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 984522 |
| | 1-13-007224-000 | 7/29/13 | 1356 | 1356 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 984522 |
| | 1-13-007224-000 | 7/29/13 | 1400 | 1400 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 984522 |
| CHNG | 1-13-007224-000 | 7/29/13 | 1400 | 1400 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 984522 |
| SMRY | | 7/29/13 | 1407 | 1407 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 985782 |
| SMRY | | 7/31/13 | 0832 | 0832 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 160795 |
| CHNG | 1-09-021129-000 | 7/31/13 | 0833 | 0833 | CMS214 Pawn Shop Tracking | CJBEA02A | IKGRAY | 160795 |

DOTHAN/GRAY 005674
CONFIDENTIAL

```
--------------------------------------------------------------------------------
                              DOTHAN POLICE DEPT
                      FROM: 1/01/2012 TO:12/31/2013                    Page:  35

Emp#:     344  Police          Name: GRAY, IVAN K
--------------------------------------------------------------------------------

    Access  Incident#/      Access      Time
    Type    Other Code       Date    From  To     Program Description          Workstation Userid     Job#

    SMRY                    7/31/13   1541 1541  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       337-000      7/31/13   1541 1541  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       337-000      7/31/13   1542 1542  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       337-000      7/31/13   1542 1542  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       337-000      7/31/13   1542 1542  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       337-000      7/31/13   1543 1544  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       337-000      7/31/13   1544 1544  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       344-000      7/31/13   1545 1549  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       921-000      7/31/13   1549 1550  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       971-000      7/31/13   1550 1551  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       207-000      7/31/13   1551 1551  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       276-000      7/31/13   1551 1551  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       677-000      7/31/13   1552 1552  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    CHNG       382-000      7/31/13   1552 1553  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    192344
    SMRY                    8/02/13   0839 0839  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    363515
    SMRY                    8/04/13   2132 2132  CMS220 Master Global Lookup    CJBEA02A   IKGRAY    390233
             1-13-009217-000 8/04/13  2132 2132  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY    390233
             1-13-009217-000 8/04/13  2132 2132  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY    390233
    CHNG     1-13-009217-000 8/04/13  2132 2132  CMS418 State Audit Report      CJBEA02A   IKGRAY    390233
             1-10-006648-000 8/04/13  2133 2133  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY    390233
             1-10-006648-000 8/04/13  2133 2133  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY    390233
             1-13-009217-000 8/04/13  2133 2133  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY    390233
    CHNG     1-10-006648-000 8/04/13  2133 2133  CMS418 State Audit Report      CJBEA02A   IKGRAY    390233
             1-13-009217-000 8/04/13  2134 2134  CMS201 Offense Entry/Update    CJBEA02A   IKGRAY    390233
    CHNG     1-13-009217-000 8/04/13  2134 2134  CMS418 State Audit Report      CJBEA02A   IKGRAY    390233
    IVLD                    8/04/13   2135 2135  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    390241
    SMRY                    8/04/13   2135 2135  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    390241
    IVLD                    8/06/13   0823 0823  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    410097
    SMRY                    8/06/13   0823 0823  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    410097
    SMRY                    8/06/13   0823 0823  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    410097
    SMRY                    8/07/13   0805 0805  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY    425308
    SMRY                    8/08/13   1746 1755  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    450423
    CHNG       860-000      8/08/13   1746 1755  CHF101 Personnel Entry/Updat   CJBEA02A   IKGRAY    450423
    IVLD                    8/09/13   0828 0828  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    456113
    SMRY                    8/09/13   0828 0828  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    456113
    SMRY                    8/09/13   0952 0953  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY    457400
    SMRY                    8/12/13   0825 0825  CAD203 Detail Call Inquiry     CJBEA02A   IKGRAY    488397
    SMRY                    8/12/13   0825 0826  CAD204 Supervisor Status Scr   CJBEA02A   IKGRAY    488402
    SMRY                    8/12/13   1311 1311  CMS220 Master Global Lookup    CJBEA02A   IKGRAY    492066
             1-09-002525-000 8/12/13  1311 1311  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY    492066
             1-09-002525-000 8/12/13  1312 1312  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY    492066
             1-08-026768-000 8/12/13  1312 1312  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY    492066
    CHNG     1-09-002525-000 8/12/13  1312 1312  CMS418 State Audit Report      CJBEA02A   IKGRAY    492066
             1-08-026768-000 8/12/13  1312 1312  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY    492066
             1-08-007497-000 8/12/13  1312 1312  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY    492066
    CHNG     1-08-026768-000 8/12/13  1312 1312  CMS418 State Audit Report      CJBEA02A   IKGRAY    492066
             1-08-007497-000 8/12/13  1312 1312  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY    492066
             1-08-007498-000 8/12/13  1312 1312  CMS202 Arrest Entry/Update S   CJBEA02A   IKGRAY    492066
```

DOTHAN/GRAY 005675
CONFIDENTIAL

```
                                      DOTHAN POLICE DEPT
                              FROM: 1/01/2012 TO:12/31/2013                    Page:   36

Emp#:     344 Police           Name: GRAY, IVAN K
```

| Access Type | Incident#/ Other Code | Access Date | Time From | To | Program Description | Workstation | Userid | Job# |
|---|---|---|---|---|---|---|---|---|
| CHNG | 1-08-007497-000 | 8/12/13 | 1312 | 1312 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-08-007498-000 | 8/12/13 | 1312 | 1312 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 492066 |
| | 1-08-000281-000 | 8/12/13 | 1312 | 1312 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-08-007498-000 | 8/12/13 | 1312 | 1312 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-08-000281-000 | 8/12/13 | 1313 | 1313 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-08-000281-000 | 8/12/13 | 1313 | 1313 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-95-003910-000 | 8/12/13 | 1314 | 1314 | CMS210 Weapons  Registration | CJBEA02A | IKGRAY | 492066 |
| | 1-11-013468-000 | 8/12/13 | 1319 | 1319 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-11-013468-000 | 8/12/13 | 1323 | 1323 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-13-004356-000 | 8/12/13 | 1323 | 1323 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-11-013468-000 | 8/12/13 | 1323 | 1323 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| IVLD | | 8/12/13 | 1536 | 1536 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 494150 |
| SMRY | | 8/12/13 | 1536 | 1556 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 494150 |
| SMRY | | 8/12/13 | 1557 | 1557 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 494150 |
| SMRY | | 8/12/13 | 1558 | 1558 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 494150 |
| | 1-13-004356-000 | 8/12/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-12-007507-000 | 8/12/13 | 1559 | 1559 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-13-004356-000 | 8/12/13 | 1559 | 1559 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-12-007507-000 | 8/12/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-12-007507-000 | 8/12/13 | 1559 | 1559 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-12-007507-000 | 8/12/13 | 1559 | 1559 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-12-007507-000 | 8/12/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-07-010332-000 | 8/12/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-12-007507-000 | 8/12/13 | 1559 | 1559 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-07-010332-000 | 8/12/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-08-005577-000 | 8/12/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-07-010332-000 | 8/12/13 | 1559 | 1559 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-08-005577-000 | 8/12/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-08-005577-000 | 8/12/13 | 1559 | 1559 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-07-022551-000 | 8/12/13 | 1604 | 1604 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-07-022551-000 | 8/13/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-07-022551-000 | 8/13/13 | 1559 | 1559 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| | 1-08-005577-000 | 8/13/13 | 1559 | 1559 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| | 1-08-005577-000 | 8/13/13 | 1602 | 1602 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 492066 |
| CHNG | 1-08-005577-000 | 8/13/13 | 1602 | 1602 | CMS418 State Audit Report | CJBEA02A | IKGRAY | 492066 |
| SMRY | | 8/13/13 | 1608 | 1608 | CMS220 Master Global Lookup | CJBEA02A | IKGRAY | 510171 |
| CHNG | 1-88-001847-000 | 8/13/13 | 1608 | 1608 | CMS210 Weapons  Registration | CJBEA02A | IKGRAY | 510171 |
| SMRY | | 8/13/13 | 1609 | 1609 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 494150 |
| SMRY | | 8/14/13 | 0806 | 0939 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 519014 |
| SMRY | | 8/14/13 | 1556 | 1556 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 527764 |
| | 1-12-007507-000 | 8/14/13 | 1556 | 1556 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 527764 |
| | 1-12-007507-000 | 8/14/13 | 1557 | 1557 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 527764 |
| CHNG | 1-12-007507-000 | 8/14/13 | 1557 | 1557 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 527764 |
| SMRY | | 8/14/13 | 1621 | 1621 | CMS202 Arrest Entry/Update S | CJBEA02A | IKGRAY | 528685 |
| SMRY | | 8/15/13 | 1439 | 1439 | CHF101 Personnel Entry/Updat | CJBEA02A | IKGRAY | 542293 |
| SMRY | | 8/15/13 | 1440 | 1440 | CAD203 Detail Call Inquiry | CJBEA02A | IKGRAY | 542317 |
| SMRY | | 8/19/13 | 0856 | 0856 | CAD204 Supervisor Status Scr | CJBEA02A | IKGRAY | 584543 |
| SMRY | | 8/19/13 | 1617 | 1617 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 592067 |
| | 1-08-027514-000 | 8/19/13 | 1617 | 1617 | CMS201 Offense Entry/Update | CJBEA02A | IKGRAY | 592067 |

DOTHAN/GRAY 005676
CONFIDENTIAL

```
                                        DOTHAN POLICE DEPT
                                 FROM:  1/01/2012 TO:12/31/2013                        Page:   37

Emp#:      344  Police            Name: GRAY, IVAN K
--------------------------------------------------------------------------------------------------

      Access  Incident#/       Access     Time
      Type    Other Code       Date     From  To     Program Description          Workstation Userid      Job#

       SMRY                    8/19/13   1622  1622  CMS220 Master Global Lookup   CJBEA02A    IKGRAY     592125
               1-85-107605-000 8/19/13   1625  1625  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     592125
               1-85-107605-000 8/19/13   1625  1625  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     592125
               1-85-107580-000 8/19/13   1625  1625  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     592125
       CHNG    1-85-107605-000 8/19/13   1625  1625  CMS418 State Audit Report     CJBEA02A    IKGRAY     592125
       SMRY                    8/20/13   0920  0921  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     601670
               1-86-030870-000 8/20/13   0921  0921  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     601670
       CHNG    1-86-030870-000 8/20/13   0921  0921  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     601670
               1-86-030870-000 8/20/13   0921  0921  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     601670
       SMRY                    8/20/13   0921  0922  CMS220 Master Global Lookup   CJBEA02A    IKGRAY     601680
       SMRY                    8/20/13   0922  0923  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     601690
       SMRY                    8/20/13   0923  0927  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     601700
               1-10-020039-000 8/20/13   0923  0923  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     601700
       CHNG    1-10-020039-000 8/20/13   0926  0926  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     601700
               1-10-020039-000 8/20/13   0926  0926  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     601700
       SMRY                    8/20/13   0927  0927  CMS220 Master Global Lookup   CJBEA02A    IKGRAY     601733
               1-86-030870-000 8/20/13   0927  0927  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     601733
               1-86-030870-000 8/20/13   0927  0927  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     601733
       CHNG    1-86-030870-000 8/20/13   0927  0927  CMS418 State Audit Report     CJBEA02A    IKGRAY     601733
       SMRY                    8/20/13   0928  0928  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     601743
       SMRY                    8/20/13   0938  1440  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     601890
       SMRY                    8/20/13   1440  1441  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     605886
       SMRY                    8/20/13   1441  1441  CMS220 Master Global Lookup   CJBEA02A    IKGRAY     605914
       SMRY                    8/21/13   1156  1420  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     618885
               1-12-007507-000 8/21/13   1418  1418  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     618885
       CHNG    1-12-007507-000 8/21/13   1419  1419  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     618885
               1-12-007507-000 8/21/13   1419  1419  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     618885
       SMRY                    8/21/13   1420  0807  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     621025
               1-13-004356-000 8/21/13   1421  1421  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     621025
               1-13-004356-000 8/21/13   1425  1425  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     621025
       CHNG    1-13-004356-000 8/21/13   1425  1425  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     621025
               1-12-007507-000 8/21/13   1425  1425  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     621025
       CHNG    1-12-007507-000 8/22/13   0807  0807  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     621025
               1-12-007507-000 8/22/13   0807  0807  CMS201 Offense Entry/Update   CJBEA02A    IKGRAY     621025
       SMRY                    8/23/13   0952  0953  CMS220 Master Global Lookup   CJBEA02A    IKGRAY     648843
       SMRY                    8/23/13   0953  0953  CMS202 Arrest Entry/Update S  CJBEA02A    IKGRAY     648850


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

        ** Number of Records Listed.......: 1799
```

DOTHAN/GRAY 005677
CONFIDENTIAL

# EXHIBIT
# 12

CHF101                    Law Enf. Personnel Entry/Updat      Change        CJBE2
Employee #... 1 - 0000000244 Personal Data

Name: Last SMITH          First DONNY          Middle WAYNE
Adr :                                              RD    Apartment
City : ASHFORD            State AL     ZIP CODE 36312
Home Phone :          ( 334 ) Unlisted _  (x to mark as unlisted)
Alt Work :          ( 334 ) Employer POLICE DEPARTMENT

   11 Race...... 1 WHITE                              SSN
   10 Sex....... 1 MALE                               DOB  REDACTED
   32 Ethnic... 84 CAUCASIAN                          OL #
   34 Marital... 2 Married                            Expires        0/00/00
  217 Ins. Type.                                      W-4 Allowances
  Ins. Provider.                                      W-4 Add'l Withhold.   00
  Short Empl        244 (For use in older applications)

   Dept. Phone           ( 334 ) Extension 93608
   Mobile Phone.         ( 334 )

   F1=Prompt        F7=Fingerprints      F8=Balances    F9=E-Contacts
   F10=Imaging      F11=Additional Phone #  F12=Cancel

CITY OF DOTHAN/GRAY 002802
CONFIDENTIAL

# EXHIBIT 13

# DOTHAN POLICE DEPARTMENT

## INTERNAL AFFAIRS DIVISION

## GARRITY NOTICE

You are being questioned as a part of an official administrative investigation of the Dothan Police Department. You will be asked questions specifically directed and narrowly related to the performance of your official duties or fitness for office. You are entitled to all of the rights and privileges guaranteed by the laws and the Constitution of the State of Alabama and the Constitution of the United States, including the right not to be compelled to incriminate yourself. If you refuse to testify or to answer questions related to your official duties or fitness for duty, you will be subject to departmental charges, which could result in your dismissal from the Dothan Police Department. If you do answer, neither your statement nor any information or evidence which is gained by reason of such statements can be used against you in any subsequent criminal proceeding, except for Perjury or Obstruction of Justice charges. However, these statements may be used against you in relation to subsequent departmental charges.

MEMBERS SIGNATURE: _Alan K. Gray_

DATE/TIME: _Sept. 13, 2013 @ 9:16 AM_

INVESTIGATING OFFICER: _Kerry Snell_

DATE/TIME: _9-13-13   0916 hrs_

WITNESS SIGNATURE: _____

DATE/TIME: _9-13-13,   0918_

PD 15 B

CITY OF DOTHAN/GRAY 002086
CONFIDENTIAL

# EXHIBIT

# 14

(AUDIBLE BEGINS)

KG:   THIS.. IS THIS MY SIT?

DM:   HUH?
KG:   IS THAT MY SIT?

DS:   UH.. RIGHT THERE.. WILL BE FINE.
DM:   FINE.
KG:   (UNINTELLIGIBLE.. MOVEMENT AROUND RECORDER)..

DS:   YEA.. IT SURE IS.. (MOVEMENT CONTINUING AROUND RECORDER)..
      ALRIGHT.. LET ME READ YOU THIS AGAIN, OKAY?  I KNOW WE READ
      ONE BE.. BEFORE BUT WE NEED TO DO IT AGAIN.  IT SAYS.. YOU
      ARE BEING QUESTIONED AS PART OF AN OFFICIAL ADMINISTRATIVE
      INVESTIGATION OF THE DOTHAN POLICE DEPARTMENT.  YOU WILL BE
      ASKED QUESTIONS SPECIFICALLY DIRECTED AND NARROWLY RELATED
      TO THE PERFORMANCE OF YOUR OFFICIAL DUTIES AND YOUR FITNESS
      FOR OFFICE.  YOU ARE ENTITLED TO ALL THE RIGHTS AND
      PRIVILEGES GUARANTEED BY THE LAW OF THE CONSTITUTION OF THE
      STATE OF ALABAMA AND THE CONSTITUTION OF THE UNITED STATES,
      INCLUDING THE RIGHT NOT TO BE COMPELLED TO INCRIMINATE
      YOURSELF.  IF YOU REFUSE TO TESTIFY OR TO ANSWER QUESTIONS
      RELATED TO YOUR OFFICIAL DUTIES OR FITNESS FOR DUTY YOU
      WILL BE SUBJECT TO DEPARTMENTAL CHARGES WHICH COULD RESULT
      IN YOUR DISMISSAL FROM THE DOTHAN POLICE DEPARTMENT.  IF
      YOU DO ANSWER NEITHER YOUR STATEMENT OR ANY INFORMATION OR
      EVIDENCE WHICH IS GAINED BY REASONS OF THE STATEMENT CAN BE
      USED AGAINST YOU IN ANY SUBSEQUENT CRIMINAL PROCEEDING,
      EXCEPT FOR PERJURY OR OBSTRUCTION OF JUSTICE CHARGES.
      HOWEVER, THESE STATEMENTS MAY BE USED AGAINST YOU IN
      REFERENCE TO SUBSEQUENTAL DEPARTMENTAL CHARGES.. OKAY.  IF
      YOU WILL, JUST SIGN ON THE TOP AND DATE AND TIME ON THE
      SECOND LINE.

KG:   . . TODAY IS SEPTEMBER WHAT?
DM:   13.

DS:   13TH. . .
DM:   . . . T'S HOT IN HERE.

DS:   OKAY.. LET ME JUST START OUT BY SAYING.. YOU KNOW, I
      UNDERSTAND YOU'RE A CAPTAIN WITH THE DOTHAN POLICE
      DEPARTMENT, AND.. AND I'M A SERGEANT, UH.. AND I RESPECT
      YOUR POSITION.  UH.. NOW, I HAVE BEEN TASKED WITH THE.. THE
      JOB OF INTERNAL AFFAIRS.  SO THEREFORE, AT TIMES I.. IT'S
      REQUIRED UPON ME TO ASK QUESTIONS OF SOMEONE HIGHER IN RANK
      THAN ME.  DO YOU UNDERSTAND?
KG:   MM HUH.

CITY OF DOTHAN/GRAY 000741
CONFIDENTIAL

DS: OKAY. SO, WHENEVER I'M ASKING YOU QUESTIONS UH.. YOU HAVE
TO BE TRUTHFUL WITH ME.. OKAY. I MEAN.. OF COURSE YOU KNOW
THAT AND I.. BUT I JUST.. I CAN'T STRESS ENOUGH THAT.. THAT
YOU JUST HAVE TO BE TRUTHFUL WITH US.. OKAY.
KG: OKAY.

DS: ALRIGHT. OKAY.. UH.. YOU SAID YOU WERE THE FOUNDER OF
"BABA BOYS", RIGHT, AND THIS WAS IN 2008?
KG: YEA, IS THIS A CONTINUATION OF THE LAST.. INVESTIGATION
DEALING WITH MY CLUB?

DS: YES, THIS.. YOU'RE ON ADMIN LEAVE.
KG: OKAY.

DS: UH.. IT.. IT'S STILL.. YEA, IT'S.. IT'S STILL..
KG: OKAY.

DS: AN INTERVIEW.
KG: OKAY.

DS: UH.. OKAY, YOU.. YOU.. YOU STARTED THE "BAMA BOYS" AND THAT
WAS IN 2008? IS THAT RIGHT?
KG: MM HUH.

DS: OKAY. UH.. WHAT KIND OF CLUB WERE YOU THEN?
KG: (NO AUDIBLE RESPONSE).

DS: OR WHAT DID YOU CONSIDER YOURSELF TO BE THEN?
KG: KIND OF A RIDING CLUB.

DS: OKAY. WHAT.. WHAT IS A RIDING CLUB?
KG: MM.. YOU KIND A GET TOGETHER. YOU DON'T HAVE ANY..
BY-LAWS. JUST A WHOLE BUNCH OF PEOPLE GETTING TOGETHER
JUST.. RIDING WHEREVER THEY WANNA RIDE.

DS: OKAY. AND.. AND THEN SINCE THEN YOU'VE CHANGED.. TO A
MOTORCYCLE CLUB? IS THAT RIGHT?
KG: YES.

DS: WHEN WAS THAT?
KG: MM.. SUUHUUU.. I CAN'T GIVE YOU A SPECIFIC DATE.. (BOTH
TALKING).. TIME.. YEAR.

DS: (BOTH TALKING).. YOU DON'T REMEMBER WHEN YOU CHANGED OVER?
KG: UH-UH.

DS: WHAT DID YOU HAVE TO DO TO CHANGE OVER?
KG: UM.. BASICALLY, UM.. LEARN ABOUT WHAT.. UM.. THE DIFFERENCE
WAS.. WHICH IS.. UH.. YOU HAVE A LITTLE MORE RULES.. YOU
KNOW. YOU SET YOUR OWN BY-LAWS, SET UP THINGS THAT YOU..
YOU KNOW YOU GO BY. AND UH.. SO.. TRYING TO.. STRUCTURE IT
AS A.. A.. AN ORGANIZATION WHERE.. WE WERE LOOKING AT

TRYING TO DO CHARITIES AND STUFF LIKE THAT.  SO IT PROBABLY
NEEDS TO BE A LITTLE BIT MORE ESTABLISHED THAN JUST A
RIDING CLUB SO.. UH.. YOU.. AS I MENTIONED EARLIER.. UM..
IT'S A.. IT WAS.. IT'S A.. ENTIRE LEARNING PROCESS A.. AS
YOU GO.. YOU KNOW.  AND THEN UH.. YOU LEARN HEY, YOU KNOW,
THERE'S SOME.. THERE COULD BE SOME.. UH.. UH.. RAMIFICATIONS
IF YOU'RE WEARING UH.. A VEST WITH UH.. UH.. YOUR STUFF ON
THE BACK.  AND.. SO IN LEARNING THAT.. I WAS TOLD.. I GUESS
THROUGHOUT THE BIKE COMMUNITY, THAT YOU NEEDED TO UM.. GO
AND ASK SOMEONE IF IT WAS OKAY.

DS:  MM HUH.
KG:  AND UH.. IT WOULD BE UM. . I WAS TRYING TO THINK WHO SAID
     IT.  I CAN'T REMEMBER WHO.. WHO SAID BUT.. UM.. YOU HAVE TO
     ASK PERMISSION FROM.. "BIG O", WHICH I MENTIONED.  AND UH..
     I CALLED THIS PERSON WHICH.. I DIDN'T KNOW UNTIL THEN BUT..
     I THOUGHT I'D REMEMBER WHO TOLD ME BUT ANYWAY, UM.. HE SAID
     YOU NEED TO.. YOU KNOW, MAKE SURE YOU ASK.. CAN.. YA'LL..
     COME ON THE SET.. AND I SAID OKAY.  SO, I DID THAT.. AND
     THEY SAID YEA.. SURE, GO AHEAD.  AND I SAID WHAT IS IT THAT
     UH.. WHAT IS IT THAT'S REQUIRED?  AND THEY SAID WELL
     LISTEN.. UH.. WE'RE.. THEY SAID WE.. UH.. DO THINGS
     DIFFERENTLY.  BUT "MC'S", WHICH ARE MOTORCYCLE CLUBS..
     YA'LL JUST DO CHARITIES, HAVE FUN AND STUFF LIKE THAT.  AND
     UH.. AND THAT'S WHAT "MC'S" DO.  AND I SAID WELL THAT'S..
     WHAT I UNDERSTOOD THAT WE.. WE DO.  HE SAID WELL, UM.. ARE
     YOU TRYING TO DO ANYTHING ELSE OTHER THAN THAT?  I SAID,
     YOU KNOW.. WHAT DO YOU MEAN?  YOU KNOW I DON'T KNOW WHAT..
     WHAT ELSE IS THERE?  HE SAID.. UH.. ARE YOU TRYING TO OPEN
     UP A WHOLE LOT A CHAPTERS ARE YOU?  AND I SAID NO.. JUST
     TRYING TO START.. SOMETHING IN DOTHAN.

DS:  MM HUH.
KG:  AND UH.. HE SAID YEA.  HADN'T HAD ANY.. ANY ISSUES SINCE
     THEN.

DS:  OKAY, YOU SAID THAT.. THAT YOU WENT FROM A RIDING CLUB TO A
     MOTORCYCLE CLUB..
KG:  MM HUH.

DS:  AND UH.. IN ORDER TO DO CHARITY.  COULD YOU.. WHAT.. COULD
     YOU NOT DO CHARITIES AS A RIDING CLUB?
KG:  I DON'T KNOW BECAUSE THERE'S A WHOLE LOT OF.. YOU KNOW
     THERE'S.. I THINK FOR THE MOST PART AS I'VE LEARNED THROUGH
     THE YEARS, AND IT WAS.. IT'S ALWAYS BEEN A LEARNING
     PROCESS, GETTING A LITTLE TIDBITS BY A LITTLE TIDBITS, UM..
     YOU'RE TOLD UM.. CERTAIN THINGS.  UM.. UM.. RIDING CLUBS
     CAN'T HAVE ANNIVERSARY PARTIES.  I WAS TOLD THAT YOU KNOW.

DS:  MM HUH.
KG:  OH OKAY.. UM..

DS: BUT, THEY.. THEY.. WHO SAYS YOU CAN'T HAVE 'EM?

KG: THIS IS JUST.. LIKE I SAID THERE'S NO LAW.  THERE'S NO SET
    LAW.  IT'S JUST.. PEOPLE THAT'S BEEN RIDING FOR A WHILE..
    KIND A LIKE YOUR GRANDPARENTS.. TEACHING YOU.. THIS IS WHAT
    THAT IS AND THAT'S WHAT THAT IS.  YOU'RE JUST GETTING
    LITTLE TIDBITS AND THERE'S NO.. SUPREME ANYBODY YOU GO TO..
    TO GET ANYTHING.  YOU JUST HEAR IT THROUGHOUT.. I GUESS
    PEOPLE THAT'S ALREADY.. DONE IT BEFORE.

DS: OKAY.  SO YOU'RE SAYING THAT THERE'S SOME OR.. SOMETHING
    THAT WOULD RESTRICT YOU FROM DOING THE THINGS YOU WANTED TO
    DO AS A RIDING CLUB?

KG: THERE IS SOME INFORMATION OUT THERE THAT SAYS THAT RIDING
    CLUBS HAVE.. UH.. MAY HAVE OTHER RESTRICTIONS.  UM.. HAVE
    I.. READ IT IN A BOOK OR.. OR WHATEVER?  NO.. LIKE I SAID
    THIS.. A LOT A THE THINGS YOU HEAR IS JUST WORD OF MOUTH
    AND.. IN ORDER FOR YOU TO.. UH.. I GUESS NOT CAUSE ANY..
    RUFFLES OR WAVES WITH WHOEVER.. AND IT'S NOT A SPECIFIC
    PERSON, OR.. OR ENTITY, YOU JUST KIND A.. OKAY.. THAT'S
    COOL.

DS: OKAY.  UH.. SO YOU SAID YOU HAD TO TALK WITH UH.. "BIG O"..
    AND HE'S WITH THE OUTCASTS.  IS THAT RIGHT?

KG: CORRECT.

DS: OKAY.  UH.. WHAT IS YOUR DEFINITION OF A ONE PERCENT CLUB?

KG: .. I THINK WE WENT OVER THIS THE OTHER DAY WHERE DOUG GAVE
    HIS.. WEBSTER'S DICTIONARY UM.. TERM AS..

DS: WELL I'M PUTTING THAT ONE SLAM OUT.  I JUST WANT YOUR
    DEFINITION.

KG: OH.. (LAUGHS).. OF A UM.. ONE PERCENTERS ARE.. UM.. A MORE
    SERIOUS TYPE OF A.. A CLUB.  THEY LIVE, BREATH, AND EAT
    MOTORCYCLE.  UM.. UM.. IN THE MOTORCYCLE COMMUNITY THEY'RE
    UM.. PEOPLE THAT YOU WANNA.. STAY AWAY FROM.. DON'T CROSS,
    CAUSE THEY JUST TAKE THE THING.. TAKE THE MOTORCYCLING WAY
    TOO SERIOUS.. YOU KNOW UM.. UM.. TO THE POINT WHERE THERE
    COULD BE UM.. SOME VIOLENCE WITH THEM.

DS: MM HUH.  AND.. THESE ARE THE.. THIS.. AN OUTCAST IS A ONE
    PERCENTER.  IS THAT RIGHT?

KG: THAT'S WHAT I UNDERSTAND.

DS: OKAY.  UH.. HOW LONG HAVE YOU BEEN RIDING BIKES?

KG: MM.. I'M GONNA GUESS MAYBE.. '06.. '07.

DS: OKAY.. ALRIGHT.  AND.. AND.. THESE.. THESE GUYS YOU'RE
    TALKING ABOUT THAT.. THERE COULD BE.. YOU SAID PHYSICAL
    RAMIFICATIONS IS.. UH.. THEY TAKE IT TOO SERIOUS?

KG: YEA.

DS: OKAY.  SO.. IN ORDER TO BE A MOTORCYCLE CLUB.. YOU HAD TO..

CITY OF DOTHAN/GRAY 000744
CONFIDENTIAL

BE SURE THAT YOU DIDN'T SUBJECT YOURSELF TO ANY PHYSICAL HARM.  IS THAT RIGHT?

KG:  IN ORDER TO BE A MOTORCYCLE CLUB?

DS:  YEA.  YEA.. YOU MADE.. YOU MADE THE CHOICE TO GO.. TO BE.. TO BECOME A MOTORCYCLE CLUB.  IS THAT RIGHT?

KG:  YES.

DS:  THAT WAS YOUR CHOICE?

KG:  YES.

DS:  OKAY.  AND EVEN THOUGH YOU KNEW THAT IT MEANT.. CONTACTING.. UH.. A ONE PERCENT MOTORCYCLE CLUB WHICH.. YOU DESCRIBE AS BEING VIOLENT.. COULD POSSIBLY BE VIOLENT?

KG:  AT THE TIME THAT I.. WAS TOLD THIS, I DIDN'T KNOW ANYTHING ABOUT THEM BEING ONE PERCENTERS OR ANYTHING LIKE THAT. LIKE I SAID AT THE VERY BEGINNING.. YOU'VE BEEN.. YOU BEGIN TO EVOLVE.. YOU DON'T KNOW.  IT'S LIKE.. HEY MAN, I ASK.. (UNINTELLIGIBLE).. RIDING.  AND YOU GET OUT AND START RIDING.  TWO OR THREE MORE MEMBERS COME UP.. YOU START RIDING.  HEY, LET'S PUT ON SOME LEATHER.  SO OKAY, YOU START RIDING.  AND THEN YOU START HEARING HEY.. YOU KNOW, UH.. I'M LOOKING AT YOUR.. LEATHER.  YOU KNOW THIS HAS MEANING.. OKAY.  WELL WHAT DOES IT MEAN?  YOU KNOW COMPLETELY IGNORANT OF IT.

DS:  MM HUH.

KG:  AND LIKE I SAID EARLIER, IT'S A LEARNING PROCESS.  SO, AT THE TIME I WAS TOLD THAT, YOU KNOW I DIDN'T KNOW ANYTHING ABOUT THAT.  I WAS JUST TOLD THIS IS WHO YOU NEED TO.. CALL.  THIS IS WHAT YOU NEED TO DO.. SO YOU WON'T BE.. SUBJECT TO.. ANY TYPE OF.. VIOLENCE.. WHAT.. YOU KNOW, ANYTHING LIKE THAT.  SO..

DS:  OKAY.. SO AT WHAT.. WHAT POINT DID YOU KNOW THAT.. THAT THE OUTCASTS WAS.. LIKE THEY ARE.. ONE PERCENTERS AND POSSIBLY VIOLENT?

KG:  NOW, I DIDN'T SAY THAT THE OUTCASTS WAS POSSIBLY VIOLENT. YOU ASKED FOR THE DEFINITION UH.. (BOTH TALKING)..

DS:  (BOTH TALKING).. YEA..

KG:  OF LIKE ONE PERCENTER OR WHATEVER.

DS:  MM HUH.

KG:  AND I SAID.. (BOTH TALKING)..

DS:  (BOTH TALKING).. YOU SAID OUTCASTS WAS A ONE PERCENTER.

KG:  YEA, AND..

DS:  OKAY.. GO AHEAD.

KG:  YEA.. YES.. AND THAT.. UM.. THAT.. DEFINITION OF ONE PERCENTER.. THOSE GUYS TOOK IT MORE SERIOUSLY.

CITY OF DOTHAN/GRAY 000745
CONFIDENTIAL

DS: OKAY.
KG: AND IT COULD BE..

DS: COULD BE?
KG: I DIDN'T SAY IT WAS..

DS: WAS.. JUST COULD BE?
KG: AT ALL.  AND IT..

DS: THERE'S A.. THERE'S A POTENTIAL FOR IT?
KG: IT COULD BE.

DS: OKAY.
KG: (BOTH TALKING)..

DS: (BOTH TALKING).. AND.. AND WHAT POINT DID YOU.. REALIZE
    THAT?
KG: OKAY, WHO DID I SEE WITH A ONE PERCENTER..
    (UNINTELLIGIBLE.. LOW VOLUME FADING OUT). . . I'M NOT.. I'M
    NOT ONE HUNDRED PERCENT SPECIFIC. UH..

DS: WAS IT A YEAR AGO?  TWO YEARS AGO?  THREE YEARS AGO?
KG: MM. . . MAYBE A YEAR, BUT I.. DON'T.. DON'T HOLD ME TO IT..
    RIGHT AROUND THERE.

DS: BUT..
KG: MAYBE ABOUT A YEAR OR WHATEVER.

DS: OKAY.  SO IT WAS A YEAR AGO THAT YOU REALIZED WHAT..
KG: MAYBE.. LIKE I SAID I'M NOT.. I'M NOT SURE ON THAT.

DS: OKAY.  UH.. WHAT.. WHEN.. DID YOU GO.. SEE "BIG O"?  WHEN
    WAS THAT?
KG: . . .ABOUT.. I'M GUESSING AROUND APRIL.

DS: OF THIS YEAR?
KG: YES.

DS: OKAY.  SO THAT WAS AFTER YOU.. BECOME AWARE OF THE
    POTENTIAL FOR.. UH.. HARM.. THAT ARE BY OUTCASTS?
KG: I DIDN'T SAY.. (BOTH TALKING)..

DS: (BOTH TALKING).. OR THERE.. THERE..
KG: YOU KEEP ON SAYING THERE WAS POTENTIAL FOR HARM.  I SAID..
    I RELATE THAT TO YOUR QUESTION OF A ONE PERCENTER.

DS: MM HUH.
KG: JUST.. IF YOU'RE A ONE PERCENTER.. I CAN'T SAY THAT YOU..
    ARE GONNA HARM ME..

DS: EXACTLY.

CITY OF DOTHAN/GRAY 000746
CONFIDENTIAL

KG: OR YOU HAVE POTENTIAL TO HARM ME.. YOU KNOW.  UM.. A ONE
PERCENTER IN.. IN CALIFORNIA.. MAY HAVE A DIFFERENT MINDSET
THAN A ONE PERCENTER IN FLORIDA.. YOU KNOW.  SO, THERE IS
NO.. GUARANTEE.. FOR HARM OR ANYTHING ELSE JUST BECAUSE YOU
HAVE A ONE PERCENTER ON.  YOU CAN.. I GUESS YOU CAN BE A
PASTOR..

DS: MM HUH.
KG: AND HAVE A ONE PERCENTER ON.  SO, UM.. YOU HAVE TO KNOW THE
IDEOLOGY I GUESS OF.. UH.. VIOLENCE WITH A PARTICULAR..
CLUB LIKE.. EXAMPLE.. I THINK HELL'S ANGELS ARE ONE
PERCENTERS.  BUT I HEAR THEY'RE THE DIRTIEST OF THE DIRTY
AND THEY'RE.. LISTED WITH THE GOVERNMENT AS BEING.. THE
OUTLAW.. MOTORCYCLE CLUB WHERE I SAID.. TO MY KNOWLEDGE THE
OUTCASTS DID NOT FALL IN THAT SO.. I WOULD THINK MORE SO..
HELL'S ANGELS.. TYPE THING.. WITH THEIR ONE PERCENTER UM..
STATUS WOULD BE MORE SO THAN.. THAN ANYONE ELSE.  SO, YOU
JUST CAN'T.. YOU KNOW..

DS: OKAY.  TELL.. GIVE ME.. (BOTH TALKING).. YOUR DEFINITION
AGAIN ONE..
KG: (BOTH TALKING).. YOU CAN'T PUT THEM ALL IN..

DS: FOR THE ONE PERCENTER.
KG: YOU CAN'T PUT ALL OF THEM IN THE SAME BASKET NO MATTER..
(BOTH TALKING).. WHAT THEY'RE WEARING.

DS: (BOTH TALKING).. WELL I MEAN THE PATCHES ON.. ONE VEST
LOOKS JUST LIKE A ONE PERCENTER PATCH ON ANOTHER VEST.  SO
WHAT'S THE DEFINITION OF A ONE PERCENTER?
KG: YOUR SHIRT AND MY SHIRT ARE MADE, THEY'RE THE SAME, UM..
AND THEY LOOK THE SAME BUT YOU'RE WEARING A.. (BOTH
TALKING). . . . .

DS: (BOTH TALKING).. NO.. NO, THEY'RE ACTUALLY DIAMOND SHAPED
AND SAY ONE PERCENT ON 'EM.  I.. I.. (BOTH TALKING)..
KG: (BOTH TALKING).. YEA, BUT YOU'RE.. BUT YOU'RE.. YOU'RE
TRYING TO COMPARE THE TWO AND TRYING TO MAKE THEM ALL THE
SAME AND I'M JUST USING THAT SAME ANALOGY.  YOUR SHIRT AND
MY SHIRT ARE THE SAME..

DS: OKAY, WHAT.. WHAT IS YOUR DEFINITION OF A ONE PERCENTER?
KG: I JUST GAVE IT TO YOU.

DS: I'D LIKE FOR YOU TO GIVE IT TO ME AGAIN PLEASE.
KG: A ONE PERCENTER.. THE.. THE ONE PERCENT..

DS: MM HUH.
KG: THOSE GUYS SEEM TO TAKE THINGS MORE SERIOUSLY.

DS: WHICH ONE OF THE ONE PERCENTERS?

CITY OF DOTHAN/GRAY 000747
CONFIDENTIAL

KG: I DON'T KNOW.

DS: DON'T KNOW WHICH ONES DO WE?
KG: RIGHT.

DS: OKAY.
KG: OKAY. THEY SEEM TO TAKE IT MORE SERIOUSLY. AND UM.. WITH
    TAKING.. IT MORE SERIOUSLY UM.. SOME COULD HAVE THE
    PROTENT.. PROPENSITY FOR.. VIOLENCE.

DS: OKAY.
KG: MM HUH.

DS: SO A ONE PERCENTER COULD HAVE.. THE POTENTIAL FOR VIOLENCE?
KG: YES.

DS: OKAY. AFTER YOU LEARNED THE OUTCASTS WAS A ONE PERCENTER..
    YOU WENT AND MET WITH THE HEAD.. THE LEADER OF IT, RIGHT..
    THE BESSEMER CHAPTER PRESIDENT?
KG: AFTER I LEARNED THEY WERE A ONE PERCENTER, I WASN'T. . .
    REMOVING THAT.. YOU'RE PUTTING THE ONE PERCENT THERE. I
    WENT TO TALK TO A PERSON..

DS: OKAY.
KG: UM.. EH.. IN.. IN BESSEMER.. YEA.

DS: MM HUH. WELL I ASKED YOU IF OUTCASTS WAS A ONE PERCENTER
    AND YOU SAID YES. SO YOU PUT THE ONE PERCENT THERE..
KG: AND YOU PUT IT THERE..

DS: AS WELL.
KG: OKAY.

DS: YES.. BUT WE AGREE THAT OUTCASTS IS A ONE PERCENTER?
KG: YES.

DS: OKAY.. ALRIGHT. . AND AF-TER YOU LEARNED THAT THERE.. OF
    THE POTENTIAL OF.. OF WHAT A ONE PERCENTER WAS, YOU WERE
    EDUCATED ON IT.. THAT'S WHEN YOU MET WITH "BIG O" AND HE
    GAVE YOU YOUR.. HIS BLESSING TO BE A ONE.. A.. A RIDING
    GROUP, RIGHT.. OR A MOTORCYCLE GROUP? MOTORCYCLE CLUB?
KG: WHEN ARE YOU.. WHEN ARE YOU TALKING ABOUT?

DS: WHEN YOU WENT TO BESSEMER IN APRIL AND SPOKE WITH HIM.
    THAT'S WHAT YOU JUST TOLD ME.
KG: I.. HE DID SAY I COULD START ANOTHER CLUB, YES.

DS: OKAY.. ALRIGHT. . AND THAT'S IN ANNISTON, RIGHT?
KG: CORRECT.

DS: OKAY, AND THIS IS AFTER YOU.. YOU WERE EDUCATED ON THE ONE
    PERCENTER.. WHAT A ONE PERCENTER IS.. AND WHAT THE

```
        POTENTIALS ARE WITH A ONE PERCENTER?
KG:     I KNEW WHAT ONE PERCENT STOOD FOR?

DS:     OKAY.. ALRIGHT. . UM..
KG:     WHICH DOESN'T MEAN THAT ME HAS A.. UH.. THAT HE HAS TO BE
        VIOLENT.

DS:     EXACTLY.
KG:     OR.. OR.. (BOTH TALKING)..

DS:     (BOTH TALKING).. JUST A POTENTIAL FOR IT?
KG:     GOT THE POTENTIAL FOR DANGER EVERY DAY, YEA.

DS:     YES.. OKAY.. ALRIGHT. BUT YOU.. WHAT I'M SAYING IS YOU
        CHOSE TO PUT YOURSELF IN THAT.. IN THAT REALM, RIGHT? IN..
        IN THAT..
KG:     IN WHAT REALM?

DS:     YOU COULD HAVE RODE YOUR MOTORCYCLE.. WITHOUT HAVING TO GO
        SEE OTIS.. AND ASK HIM TO OPEN A CHAPTER. IS THAT CORRECT?
KG:     YOU'LL HAVE TO REPHRASE THAT.

DS:     OKAY.
KG:     I DON'T HAVE A CLUE WHAT YOU'RE TALKING ABOUT.

DS:     YOU CAN RIDE YOUR MOTORCYCLE ANYTIME YOU WANT TO, ANYWHERE
        YOU WANT TO.. WITHOUT HAVING TO GO.. TO SEE OTIS OR ANYONE
        ELSE TO ASK THEM. IS THAT CORRECT? AS A CITIZEN OF THE
        UNITED STATES.
KG:     YEA, ANY CITIZEN CAN RIDE A BIKE.

DS:     OKAY, SO YOU CHOSE.. TO GO THE ROUTE YOU WENT.. AND THEN GO
        SPEAK TO OTIS. IS THAT RIGHT?
KG:     . . I CHOSE TO GO AND SEE HIM AND.. YEA, I MADE A.. YEA, I
        CHOSE TO GO SEE HIM.

DS:     OKAY. AND THAT WAS TO GET.. PROTECTION FROM HIM.. SO YOU..
        WHY WAS IT? YOU TELL ME WHY YOU.. YOUR MEETING WITH OTIS
        WAS.
KG:     FIRST OF ALL, HE HAD BROKEN HIS LEG AND HIS ARM.. OKAY.
        AND.. HE HAD BEEN IN THE HOSPITAL AND HE HAD A STROKE..
        OKAY. AND.. UM.. WHEN I WENT TO SEE HIM I TOLD HIM THAT I
        WANTED TO MAKE SURE THAT, YOU KNOW, HE WAS DOING OKAY..
        WHATEVER.. THERE. AND..

DS:     SO IT.. SO IT WAS A.. A FRIENDLY GESTURE?
KG:     IT WAS.. JUST WENT.

DS:     OKAY.
KG:     HOW ARE YOU DOING? YEA. AND UH.. HE TOLD ME ABOUT HIS
        STROKE AND EVERYTHING.. (BOTH TALKING).. YOU KNOW.
```

CITY OF DOTHAN/GRAY 000749
CONFIDENTIAL

DS: (BOTH TALKING).. MM HUH.
KG: AND I MENTIONED UH.. THAT I WAS UH.. WANTING TO. . . YEA, I
    MENTIONED THAT UH.. I WAS THINKING ABOUT STARTING A.. CLUB
    IN ANNISTON.  AND UH.. HE SAID YEA.. YEA, SAID WELL UH..
    THAT SOUNDS GOOD.  THAT SOUNDS GOOD.  YOU KNOW GO AHEAD AND
    DO WHAT YOU GOTTA DO.. AND I STARTED A CLUB IN ANNISTON.

DS: MM HUH.
KG: IT'S NOT A ONE PERCENTER CLUB.

DS: EXACTLY.
KG: MM HUH.

DS: OKAY.  SO..
KG: UNTIL NOW..

DM: REAL QUICK CAPTAIN GRAY, IS.. IS UH.. IS "BIG O", IS HE THE
    PRESIDENT OF OUTCASTS, THE STATE PRESIDENT?
KG: I'M NOT EXACTLY SURE WHAT HIS TITLE IS.

DM: OKAY.
KG: HE COULD.. BUT I'M NOT SURE EXACTLY WHAT HIS TITLE IS.

DM: OKAY.
DS: ALRIGHT.. AND WHAT WAS YOUR.. WHAT WAS THE REASON FOR YOUR
    MEETING WITH "BIG O"?  UH.. YOU HAD SAID IN THE EARLIER..
    INTERVIEW.. THAT YOU WENT UP THERE TO.. TO GET BLESSINGS
    FROM HIM, WHAT YOU DESCRIBED AS BLESSINGS.. TO KEEP YOUR
    GUYS SAFE WHEN THEY RIDE.  THAT'S WHAT YOU SAID ON THE.. IN
    OUR LAST INTERVIEW.  SO IS.. IS THAT WHAT YOU'RE SAYING?
KG: THE RIGHT TO BE LEFT ALONE, YES.

DS: OKAY.. THE RIGHT TO BE LEFT ALONE.  AND WHAT.. WHAT
    POSITION DOES.. DOES OTIS HAVE.. IN ORDER TO GRANT THAT TO
    YOU?
KG: I WAS JUST TOLD HE WAS THE PERSON TO GO TO.

DS: UH..
KG: REMEMBER I SAID THAT EARLIER?

DS: OKAY, SO JUST IN THE MOTORCYCLE WORLD?  NOT IN THE.. UH..
    LIKE YOU KNOW YOU GOT.. THE STATE LEGISLATURE AND CONGRESS
    WHERE YOU GOTTA GET STUFF DONE.  YOU..  IT'S JUST THE BIKER
    WORLD?  IT'S JUST SOME'EM YOU KNOW TO HAVE TO DO, RIGHT?
KG: NO, THAT'S SOME'EM THAT SOMEONE TOLD ME THAT IT WAS..
    NEEDED TO BE DONE.

DS: AND YOU DIDN'T QUESTION WHY YOU NEEDED TO DO THAT?
KG: NO, CAUSE IT'S.. WE'RE RIDING MOTORCYCLES.  WE'RE.. WEARING
    A VEST.  AND SOMEONE SAYS.. HEY, YOU KNOW.. WEARING THAT
    VEST AND.. HAVING A MOTORCYCLE CLUB ON YOUR BACK UM.. MAY..
    MAY CAUSE YOU.. YOUR GUYS SOME HARM IF YOU DON'T KNOW.. YOU

KNOW.. WHAT YOU'RE ACTUALLY WEARING ON YOUR VESTS.  AND I'M
LIKE.. OKAY.. SO.. WHAT DO WE NEED TO DO.. YOU KNOW TO
AVOID.. ANY HARM?  YOU NEED TO CALL THIS PERSON.. AND SAY
HEY, I'M THINKING ABOUT OPENING UP A MOTORCYCLE CLUB.  IS
THIS OKAY?  YEA, THAT.. THAT'S OKAY.. AND THAT'S WHAT YOU
DO SO.. THERE IS NO.. PARTICULAR PERSON THAT'S GONNA COME OUT AND SAY.. I'M THE BIG GUY OF
THIS.  I DO THAT.. YOU KNOW.  AND KEEP IN MIND, LIKE I SA..
LIKE I SAID.. IT'S A LEARNING PROCESS..

DS: MM HUH.
KG: BY JUST LISTENING AND.. AND.. AND DOING.

DS: MM HUH.. OKAY. . SO, OTIS DIDN'T GIVE YOU ANY KIND OF
PAPERWORK SAYING.. YOU'RE SAFE OR ANYTHING LIKE THAT?  IT
WAS JUST A COMPLETE UNDERSTANDING?
KG: MM HUH.

DS: OKAY, THERE'S.. THERE'S NOTHING OFFICIAL ABOUT IT?
KG: MM UH.

DS: OKAY.  UM.. WHENEVER YOU WERE TOLD THERE WOULD BE POTENTIAL
FOR VIOLENCE, IF YOU WERE WEARING A CERTAIN THING, UH. .
YOU.. WHY DID YOU NOT MAKE THE CHOICE TO JUST NOT WEAR
THAT?
KG: I WASN'T TOLD.. THAT'S A POTENTIAL FOR VIOLENCE.

DS: OKAY.
KG: YOU UH.. AS I SAID, AS YOU'RE GOING THROUGH THIS LEARNING
PROCESS YOU BEGIN TO TRY TO READ AND TRY TO.. YOU HEAR..
THERE ARE SO MANY PEOPLE THAT RIDE MOTORCYCLES THAT SAYS SO
MUCH.. SOME OF IT'S.. YOU MAY.. SEE SOME IT.. YOU MAY NOT
SEE.  UM.. SOMEBODY COULD BE BLOWING SMOKE.. YOU KNOW.  YOU
JUST.. KIND A HEAR IT AND.. AND YOU.. YOU TRY TO GO WITH IT
TO.. BE PEACEFUL, KEEP PEACE AND JUST DO WHAT YOU WANT TO
WITH YOUR.. YOUR OWN CLUB.

DS: MM HUH.. OKAY.  YOU WERE TOLD BY SOMEONE THAT IF YOU DIDN'T
GO SEE THIS GUY THERE COULD BE POTENTIAL FOR.. DANGER TO
YOU OR YOUR MEMBERS, RIGHT?
KG: NO.. DIDN'T ANYONE.. (BOTH TALKING).. TELL ME THAT.

DS: (BOTH TALKING).. VIOLENCE.. VIOLENCE?
KG: NO.

DS: OKAY, THEY TOLD YOU.. YOU NEEDED TO GO SEE "BIG O" FOR WHAT
REASON AGAIN?
KG: IF YOU WANNA ESTABLISH A.. A CHAPTER.

DS: AND YOU SAID AND TO KEEP FROM BEING.. THREATENED OR
HARASSED.
KG: MY DEFINITION OF.. GOING TO DO THIS IS.. JUST THAT.

CITY OF DOTHAN/GRAY 000751
CONFIDENTIAL

BECAUSE WHEN YOU.. START A CHAPTER IT SAYS.. BECAUSE..
LET'S SAY.. YOU WANNA START ONE IN.. FLORIDA.. OKAY.  YOU
DON'T KNOW WHAT'S GOING ON IN FLORIDA IN THE MOTORCYCLE
COMMUNITY.

DS: MM HUH.
KG: YOU GO ASK SOMEONE.  HEY, IS IT OKAY TO START A CLUB.. DOWN
HERE?

DS: MM HUH.
KG: SOME OF 'EM 'LL SAY NO.. NO AND.. YOU.. YOU MAY HAVE TO
ASK.. BIG JOHN IF YOU CAN START.. START A CLUB OVER IN THAT
AREA.  SO GUESS WHAT?  YOU CALL BIG JOHN AND SAY HEY.. THIS
IS WHO I AM.  I WANNA START A CLUB OVER IN THAT AREA.  IS
THAT OKAY.. AND MY FOLKS 'LL BE UH.. LEFT ALONE?  YEA MAN,
GO AHEAD.. START A CLUB IN THAT AREA.  SO, YOU GO.  YOU
DON'T DO A DEFINITION.. OR A BACKGROUND ON WHO BIG JOHN IS.
YOU DON'T KNOW WHAT KIND.. WHERE.. YOU DON'T KNOW IF HE'S
THE PASTOR OF THE CHURCH OR.. YOU JUST DON'T KNOW.  SO YOU
ASK BIG JOHN HEY, YA'LL GOT.. (BOTH TALKING).. ANY
PROBLEM..

DS: COULD BE THE.. (BOTH TALKING). . . . OF EVIL COULDN'T HE?
KG: AND CAN BE THE.. THE POPE.. OKAY.

DS: OR THE.. OR THE.. OR THE DEVIL.
KG: OR THE POPE.

DS: MM HUH.. EXACTLY.  YOU JUST GO BLINDLY AND SEE HIM?
KG: YOU DON'T EVEN HAVE TO SEE HIM SOMETIMES.  AND I DON'T KNOW
WHAT.. WHATEVER THE PROCESS IS.  IF YOU SUPPOSED TO GO SEE
HIM.. SUPPOSED TO GO SEE HIM.  IF YOU DON'T.. YOU DON'T.

DS: SO YOU WOULD GO.. TOLD TO GO SEE OTIS?
KG: I WAS TOLD I NEEDED TO TALK TO HIM TO START A CLUB.

DS: OKAY.  IS HE LIKE IN CHARGE OF A.. ORGANIZATION THAT..
GRANTS PERMISSION FOR RIDING CLUBS.. MOTORCYCLE CLUBS?
KG: DON'T HAVE A CLUE.  IT ISN'T THAT SERIOUS.  YOU WANNA START
A RIDING CLUB.  YOU WANNA START ANOTHER CHAPTER SOMEWHERE.
YOU JUST LEARN IN THE MOTORCYCLE COMMUNITY THAT.. YOU
GOTTA.. UM.. I.. I GUESS IT'S TERRITORIAL KIND OF.

DS: OKAY.
KG: HEY.. CAN I START A CLUB UP IN THIS AREA?  SURE.. GO AHEAD.
GOT MY BLESSINGS.. GO AHEAD AND DO IT.  GUESS WHAT?  THAT..
KIND OF TELLS YOU THAT YOU HAVE THE RIGHT TO BE LEFT ALONE.
YEA.. I DON'T KNOW WHAT.. THE "BAMA BOYS" GONNA BE COMING..
UP HERE.  TH.. THEY'RE GOOD GUYS.  YOU KNOW, THEY CAN RIDE.
THEY'RE DOING THEIR CHARITY WORK.  THEY'RE RAISING MONEY
FOR CHARITIES, YA-DA.. YA-DA.. YA-DA.  IT'S JUST OUT THERE.
THERE IS NO RULE.. NO REGULATION.. NO LAW.. NO CODE.. OR

CITY OF DOTHAN/GRAY 000752
CONFIDENTIAL

WHATEVER.. THAT SAYS YOU GO TO THIS PERSON.  THIS PERSON IS
THIS STATUS.  THIS PERSON HAS TO BE A CRIMINAL BEFORE YOU
CAN ASK HIM.  THIS PERSON HAS TO BE A DEACON IN THE CHURCH
BEFORE YOU ASK HIM.  IT'S NONE OF THAT.  IT'S JUST.. TO BE
LEFT ALONE.. BECAUSE SOME.. MOTORCYCLE CLUBS ARE
TERRITORIAL AND CAN BE.  YOUR JUST ASKING.. HEY, CAN MY
GUYS BE LEFT ALONE IF WE START A CHAPTER HERE?

DS:   WHAT'S YOUR DIS... DEFINITION OF BEING LEFT ALONE?
KG:   LIKE I SAID NOT HARASSED..

DS:   OKAY.
KG:   BY ANY OTHER.. ANY OTHER CLUB.  BECAUSE THEY MAY FEEL THAT
      YOU'RE.. TERRITORIAL OR SOMETHING LIKE THAT.

DS:   YOU KNOW WHAT.. WHAT'S YOUR DEFINITION OF HARASSED?  GIVE
      ME AN EXAMPLE OF HARASSED BY 'EM.
KG:   . . SOMEBODY COMES UP.. YOU KNOW WHAT?  I'VE HEARD YOUR
      CLUB BEING AROUND HERE.  WHAT ARE YOU AROUND IN OUR
      TERRITORY?

DS:   MM HUH.
KG:   THAT'S HARASSMENT.  NO, YOU CAN'T HAVE THIS CAR WASH.

DS:   SO..
KG:   NO, YOU CAN'T DO ANY DONATIONS THERE CAUSE WE'RE DONATING
      TO EVERYBODY.. YOU KNOW.  UH.. SO.. THAT TYPE OF
      HARASSMENT.

DS:   WHO WOULD BE DOING THAT?
KG:   IT COULD BE ANYBODY.  IF UM.. YOU HADN'T.. GOT THE OKAY TO
      BE IN THAT.. THAT AREA IF THAT AREA IS TERRITORIAL.  IF
      THERE'S ANOTHER AREA.. LET'S SAY.. LET'S SAY ASHFORD.. AND
      I WANNA START A CLUB  IN ASHFORD.  UM.. WHAT I'LL DO IS ASK
      CLUBS AROUND HERE.  HEY, YA'LL THINK IT'LL BE ALRIGHT TO
      OPEN UP IN ASHFORD?  HEY, WE DON'T KNOW OF ANY CLUBS.. IN
      ASHFORD.  WE DON'T KNOW OF ANYTHING.  GUESS WHAT?  YOU OPEN
      A CLUB IN ASHFORD.  YOU PUT ON.. YOUR COLORS.. SAYS
      ASHFORD, ALABAMA.. AND YOU'RE THERE.  IF SOMEBODY COMES UP
      AND SAYS HEY, WHAT ARE YOU DOING YOU KNOW.. YOU KNOW
      WEARING YOUR COLORS OVER HERE IN ASHFORD?  UHH.. JUST
      RIDING IN THIS MOTORCYCLE CLUB.  OKAY UH.. UH.. DID YOU..
      ASK ANYBODY IF THERE WAS ANY OTHER CLUBS OVER HERE OR
      WHATEVER?  NO.. NO.. NO.  SO LET ME GIVE YOU AN ANALOGY.

DS:   MM HUH.
KG:   IT'S LIKE A FRANCHISE.  IF I WANTED TO OPEN UP A MCDONALD'S
      RIGHT HERE.  DO I JUST COME SET MY MCDONALD'S HERE
      WITHOUT.. EVEN TALKING TO ANYBODY?  NO, THERE'S KIND OF A
      FRANCHISE THING.

DS:   PAPERWORK INVOLVED.

KG: THERE.. THERE CAN'T.. THERE CAN'T BE.. I GUESS THERE CAN'T BE MORE THAN A CERTAIN AMOUNT THERE IN THAT AREA OR SOMETHING LIKE THAT.. OR A BURGER KING OR SOMETHING LIKE THAT.

DS: MM HUH.
KG: SO SOMEBODY HAS TO ASK SOMETHING AND.. FOR IT.. THAT MAY BE MORE STRUCTURED..

DS: MM HUH.
KG: YOU KNOW.  BUT THIS ISN'T.  SO, IT'S.. PRETTY MUCH THE SAME THING.  SO, YOU DON'T GO CHECK THE.. CRIMINAL HISTORY OR BACKGROUND OF WHO OWNS THESE FRANCHISES.. TO PUT A FRANCHISE HERE.

DM: WELL, I GUESS.. CAPTAIN, REAL QUICK.. BUT IF I BUILD A MCDONALD'S IN A CERTAIN AREA.. THAT I VIOLATED, WHAT WOULD HAPPEN TO ME?
KG: I DON'T HAVE A CLUE.

DM: I'D BE SUED CIVILLY, RIGHT?
KG: I DON'T HAVE A CLUE.

DM: WHAT HAPPENS IF YOU START A MOTORCYCLE CLUB?
KG: I DON'T THINK YOU'D BE SUED.

DS: YES.. YEA, BUT GOING BACK TO WHAT YOU SAID.. LIKE SAY IF YOU START A CLUB IN ASHFORD AND SOMEBODY COME UP TO YOU.. AND SAID IF YOU ASKED ANYBODY AND YOU SAY NO?
KG: MM HUH.

DS: WHAT.. WHAT WILL HAPPEN TO YOU?
KG: SOMEBODY MAY SAY WELL, THIS IS.. WHO YOU NEED TO ASK.

DS: OKAY.
KG: THEY MAY SAY.. THEY GOT..

DS: WHAT IF YOU..
KG: THEY MAY NOT SAY A THING.  IT'S JUST..

DS: OKAY.. AND WHAT.. WHAT IF YOU SAY.. WELL I'M NOT ASKING ANYBODY.  I'M A CITIZEN OF THE UNITED STATES.  I CAN DO WHAT I WANNA DO.. AS LONG AS IT'S.. LEGAL BY LAW.
KG: YOU DO WHAT YOU WANNA.

DS: SO YOU.. YOU CHOOSE TO DO WHAT YOU WANNA DO?
KG: BASICALLY YEA, YOU.. YOU.. GO.. YOU DO WHAT YOU WANNA DO.  YOU GET.. WORD OF.. WORD A MOUTH.  YOU JUST.. GO.. GO WITH.. I GUESS WHAT'S GOTTA BE.. IN.. IN YOUR BEST INTEREST TO.. TO.. CO-EXIST.. YOU KNOW.  THAT.. THAT'S ALL IT IS.

DS: OKAY.  OKAY.  DID UH.. OTIS GIVE YOU ANY GUIDELINES OR

CITY OF DOTHAN/GRAY 000754
CONFIDENTIAL

```
        ANYTHING THAT YOU HAVE TO DO OR NOT DO.. IN ORDER TO..
        EXIST AS A RIDING.. AS A MOTORCYCLE CLUB?
KG:     NO.

DS:     ALRIGHT.
DM:     HAS OUTCASTS IN GENERAL GIVE YOU ANY GUIDELINES?  MAYBE NOT
        BIG.. "BIG O" BUT ANYBODY IN OUTCASTS?
KG:     WHAT DO YOU MEAN IN GENERAL?

DM:     IN GENERAL.. DO.. IS PART OF.. LIKE DO YOU HAVE A
        CLUBHOUSE?
KG:     I DO HAVE.

DM:     OKAY.  WAS THAT A REQUIREMENT?
KG:     FOR?

DM:     FOR A BLESSING FROM OUTCASTS?
KG:     NO.

DM:     IT WAS NOT?
KG:     NO.

DM:     OKAY.
DS:     OKAY.  I UNDERSTAND YOU'VE TALKED TO "BIG O" WITH OUTCASTS.
        DID YOU HAVE TO SPEAK WITH ANYONE ELSE OR WAS IT JUST
        "BIG O"?
KG:     FOR ANNISTON?

DS:     YES.
KG:     YEA, I SPOKE WITH SOMEONE ELSE.

DS:     WHO WAS THAT?
KG:     THEY CALL HIM "BIG MEAT".

DS:     "BIG MEAT".. YOU DON'T KNOW HIS REAL NAME?
KG:     NOPE.

DS:     SO YOU SET UP A MEETING WITH A MAN NAMED "BIG MEAT"?
KG:     I CALLED.

DS:     YOU CALLED A MAN NAMED "BIG MEAT"?
KG:     MM HUH.

DS:     YOU DIDN'T ACTUALLY GO SEE HIM?
KG:     MM UH.

DS:     OKAY.. AND WHO IS "BIG MEAT"?
KG:     MM.. HE IS A MEMBER OF SIN CITY DISCIPLES.

DS:     AND WHY DID YOU FEEL LIKE YOU NEEDED TO CALL "BIG MEAT" AND
        TALK TO HIM?
KG:     BECAUSE OF THE SAME THING FOR "BIG O".
```

CITY OF DOTHAN/GRAY 000755
CONFIDENTIAL

DS: OKAY.. PROTECTION FROM HARASSMENT?
KG: IT'S.. LIKE I SAID THE THING IS TERRITORIAL.. MM HUH.

DS: SO PROTECTION FROM HARASSMENT.. FROM OTHER BIKERS I'M
    ASSUMING?
KG: TO BE ALLOWED.. TO BE ALLOWED TO CO-EXIST.. IN THAT AREA.

DS: OKAY.. ALRIGHT. UM.. IS THAT THE ONLY PEOPLE YOU HAD TO
    TALK TO?
KG: THAT'S IT.

DS: JUST THOSE TWO?
DM: IS SIN CITY A ONE PERCENTER?
KG: I DON'T HAVE A CLUE.

DS: OKAY. SO YOU DON'T HAVE NO IDEA WHO YOU WENT AND TALKED TO
    OR HAD TO ASK ABOUT IT? YOU DON'T KNOW ANYTHING ABOUT 'EM?
KG: NO, DON'T HAVE ANY IDEA. LIKE.. (BOTH TALKING). . . .

DS: (BOTH TALKING).. BUT YOU FELT YOU NEEDED TO TALK TO 'EM IN
    ORDER TO RIDE PEACEFULLY?
KG: LIKE I JUST TOLD YOU EARLIER..

DS: MM HUH.
KG: YOU'RE TOLD.. WHO TO CALL OR WHAT THE.. AND.. YOU JUST DO
    IT. YOU DON'T GO INTO A HISTORY OR A BACKGROUND.

DS: I.. I MAY ASK YOU THE SAME QUESTION TWO OR THREE TIMES.
KG: (LAUGHS)..

DS: SO JUST.. JUST BEAR WITH ME AND ANSWER IT, OKAY.
KG: AND I'M NOT.. AND I'M NOT TRYING TO.. YOU KNOW. I.. I
    JUST.. NOTICED THAT YOU'RE SAYING THE SAME THING SO..

DS: WE.. WE.. I'M JUST.. I'M JUST UNDERSTANDING.. (BOTH
    TALKING).. TRYING TO UNDERSTAND WHY..
KG: (BOTH TALKING).. TRYING TO GET AN UNDERSTANDING..

DS: YOU HAVE TO MEET WITH SOMEONE.. THAT YOU DON'T KNOW OR I
    MEAN.. WHY YOU HAVE TO HAVE PERMISSION TO CO-EXIST.
KG: UM..

DS: YOU CHOOSE TO.. (BOTH TALKING)..
KG: (BOTH TALKING).. IF YOU..

DS: HAVE TO HAVE PERMISSION TO CO-EXIST.
KG: IF YOU.. ARE DOING SOMETHING AT HOME. LET'S SAY YOU WANNA
    POUR A NEW FOUNDATION.

DS: MM HUH.
KG: YOU DON'T HAVE A CLUE WHO DOES IT.. (BOTH TALKING).. YOU

CITY OF DOTHAN/GRAY 000756
CONFIDENTIAL

JUST.. YOU..

DS: (BOTH TALKING).. YOU KNOW THERE'S RULES AND REGULATIONS.
KG: YOU.. YOU.. YOU ASK A.. YOU ASK AROUND.

DS: MM HUH.
KG: YOU ASK AROUND.  THERE'S NOT ANY RULES OR REGULATIONS TO
    ASK AROUND TO SEE WHAT IT IS THAT YOU NEED TO DO TO GET
    WHAT YOU WANT DONE.  SAY HEY, DO YOU KNOW ANYBODY THAT
    POURS CONCRETE?  YOU MAY ASK YOUR NEIGHBOR.. YOU KNOW WHAT?
    LET ME CALL BOB AND SEE WHAT BOB SAYS.  AND THEN HE GIVE..
    LET ME GIVE YOU BOB'S NUMBER.  YOU CALL BOB.. AND.. YOU GET
    CONCRETE POURED.. OKAY.  YOU DON'T HAVE TO GO INTO.. YOU
    KNOW.. YOU KNOW.. WHATEVER.. YOU KNOW.  THAT.. THAT'S JUST
    THE WAY IT IS.  SO, I GUESS WHAT I'M TRYING TO TELL YOU AND
    YOU'RE KIND A.. KIND A DANCING AROUND THIS.. THERE IS NOT
    A.. A STRUCTURE OR A LAW LIKE.. DOUG HAD MENTIONED THAT
    THERE'S UH.. UH.. CERTAIN LAWS.. STRUCTURED AROUND..
    ESTABLISHING A FRANCHISE AND STUFF LIKE THAT.  THERE'S..
    THERE'S NO WRITTEN ANYTHING LIKE THAT.  SO.. WHAT YOU DO
    IS.. YOU DO THE BEST.. WITH WHAT.. KNOWLEDGE YOU HAVE.

DS: MM HUH.
KG: YOU DO THE BEST WITH.. WHAT SOMEONE TELLS YOU.  AND IF..
    WE'RE.. GONNA EMBARK ON SOMETHING, AND YOU AND I ARE
    FRIENDS, AND SOMEONE SAID YOU KNOW WHAT?  WE HAVE POTENTIAL
    TO.. PROBABLY RUN INTO SOMETHING.. ON THE WAY FROM HERE TO
    THE BEACH.. YOU KNOW SOME.. SOME DANGER OR WHATEVER.  OH
    WELL DANG, WON.. WONDER WHAT.. WHAT THAT IS YOU KNOW.

DS: MM HUH.
KG: WELL.. NAH YOU.. TAKE THIS ROAD INSTEAD A THAT ROAD OR
    WHATEVER AND.. YOU MAKE A CONSCIOUS EFFORT TO.. TO DO
    THAT.. TO STAY OUT OF HARM'S WAY.

DS: MM HUH.
KG: THAT'S IT GUYS.

DS: SO BUT..
KG: THAT'S IT.

DS: BUT BASICALLY WEARING THE VEST AND THE COLORS.. THAT PUTS
    YOU IN HARM'S WAY OF THESE PEOPLE YOU ARE TALKING ABOUT?
KG: IT.. WELL YOU COULD POTENTIALLY HAVE SOME ISSUES FROM
    SOMEBODY JUST BECAUSE OF THE CLOTHING WHEN YOU DECIDE TO
    WEAR YOUR OWN.

DS: MM HUH.. IN THIS MOTORCYCLE WORLD?
KG: YEA, IN SOME PARTS AND I CAN'T SAY IT'S IN ALL PARTS.

DS: MM HUH.
KG: YOU MAY HAVE.. MORE OF A THREAT IN LOS ANGELES, CALIFORNIA,

CITY OF DOTHAN/GRAY 000757
CONFIDENTIAL

WHICH I HEAR A LOT ABOUT THE.. HELL'S ANGELS AND STUFF LIKE
THAT.  AND PRO.. DO.. DOTHAN OR.. OR ASHFORD.. YOU MAY NOT.
SO, IT'S NOT.. ONE PARTICULAR.. IT'S NOT ONE PARTICULAR
WAY.. OF LIFE.  IT'S.. DIFFERENT NO MATTER WHAT SO.. YOU
JUST LEARN AS YOU GO.. TYPE THING.

DS:  YOU MAKE YOUR OWN CHOICES?
KG:  YOU LEARN AS YOU GO.

DS:  YEA.. YOU MAKE YOUR OWN CHOICES THOUGH?
KG:  YOU LEARN AS YOU GO.

DS:  MM HUH.
KG:  AND THAT'S ALL.. YOU.. YOU LEARN AS YOU GO AND TRY TO
     DISCERN.. WHAT'S GONNA BE.. THE BEST FOR.. YOUR.. CLUB OR
     KEEPING YOU SAFE.

DS:  OKAY.
KG:  OR.. WHAT MAY BE THE.. THE BEST WAY TO GET OUT AND RIDE
     YOUR BIKE WITHOUT ANYBODY BOTHERING YOU.. YOU KNOW.  YOU
     CAN.. YOU CAN NOT BE.. IN A CLUB AND RIDE YOUR BIKE AND
     SOMEONE.. YOU KNOW I MEAN IT'S JUST..

DS:  EXACTLY.. (BOTH TALKING)..
KG:  (BOTH TALKING).. THERE'S JUST..

DS:  THAT'S WHAT I WAS GETTING AT.
KG:  THERE'S JUST SO MANY.. THERE IS SO MANY WHAT IFS.

DS:  YOU JUST CHO.. YOU CHOOSE WHAT YOU WANNA DO.  IT'S YOUR
     CHOICE.  YOU'RE FREE TO CHOOSE, RIGHT?
KG:  YEA.

DS:  OKAY.. ALRIGHT.  UM.. LET'S SEE.. DO YOU HAVE ANYTHING ELSE
     ON THAT NOTE..
DM:  MM UH.

DS:  RIGHT THERE.. OKAY.  OKAY, DO YOU.. DO YOU RECOGNIZE ANY OF
     THESE MEN HERE?
KG:  YEEES.

DS:  OKAY.. WHO DO YOU RECOGNIZE?
KG:  . . MM.. THIS ONE. . AND THIS ONE.. AND THIS ONE AND THIS
     ONE.

DS:  SO YOU KNOW EVERYONE ON THERE?
KG:  NO.

DS:  OR.. BUT THE ONES YOU NAMED?
KG:  THE ONE I JUST.. POINTED AT OUT, I RECOGNIZE THEM.

DS:  OKAY.  HAS ANY OF THEM EVER BEEN IN YOUR MOTORCYCLE CLUB?

CITY OF DOTHAN/GRAY 000758
CONFIDENTIAL

KG:   YES.

DS:   WHICH ONES?
KG:   MM.. THIS ONE.

DS:   THIS ONE RIGHT HERE?
KG:   MM HUH.

DS:   OKAY.  AND HE'S THE ONLY ONE THAT'S EVER BEEN IN YOUR
      MOTORCYCLE CLUB?
KG:   OUT OF THOSE.. (BOTH TALKING)..

DS:   (BOTH TALKING).. FROM THOSE FOUR?
KG:   MM HUH.

DS:   OKAY.  AND THIS RIGHT HERE, IS THIS A MEMO FROM YOU?
KG:   . . . YES.

DS:   OKAY. . OKAY. . AND WHO IS "CATFISH"?
KG:   "CATFISH" IS A UH.. I THINK THEY DESCRIBED HIM AS THE
      NATIONAL.. PRESIDENT OF EASY RIDERS.

DS:   OKAY.  AND WHEN DID YOU CONTACT HIM?
KG:   EHH.. I DO NOT HAVE A CLUE.. SOMETIME THIS YEAR.

DS:   OKAY.  SO YOU'RE.. CONFIRMING TO YOUR MEMBERS THAT YOU'VE
      RECEIVED THE BLESSING.. THAT YOU AND YOUR GROUP HAVE
      RECEIVED THE BLESSING FROM OUTCASTS AND SIN CITY DISCIPLES
      AND EASY RIDERS.  IS THAT CORRECT?
KG:   MM.. YES AND NO.

DS:   OKAY.
KG:   (LAUGHS).. THAT'S A LITTLE BIT UH.. UM.. YES AND NO.  UM..
      IN.. DEALING WITH THE.. THE TER.. TERRITORIAL TYPE THING..

DS:   MM HUH.
KG:   UM.. EASY RIDERS.. THEY SAY THAT THEY'RE THE OLDEST CLUB..
      IN THAT AREA.

DS:   MM HUH.
KG:   SO.. UH.. WE NEEDED TO ASK THEIR PERMISSION TO CO-EXIST
      WITH THEM IN THAT AREA.  UM.. LIKE I SAID, DIFFERENT
      SCHOOLS OF THOUGHTS, WELL.. I.. DIDN'T KNOW ANYTHING ABOUT
      THAT.  SO, JUST TO TRY TO BE PEACEFUL WITH EVERYBODY.. I
      CALLED THEM AND SAID HEY, UH.. DO YOU HAVE ANY PROBLEM WITH
      US COMING ON THE SET?  SAID NO, WE DON'T BUT.. IT'S
      DEBATABLE WHETHER OR NOT.. YOU KNOW.. THEY NEEDED TO BE
      ASKED OR JUST THE OTHERS NEEDED TO BE ASKED SO.. UM.. BUT..
      BUT YEA, I DID.. DID TALK WITH THEM ABOUT IT.

DS:   OKAY.  THIS UH.. PURVIS WELCH.. AND ANTWAUN CLIFTON, DO YOU
      KNOW THEM?

CITY OF DOTHAN/GRAY 000759
CONFIDENTIAL

```
KG:   NOT.. NOT PERSONALLY.

DS:   OKAY, YOU.. YOU.. YOU CHOSE 'EM TO BE A PRESIDENT AND A
      VICE-PRESIDENT..
KG:   NO.

DS:   OF THE CLUB THAT YOU FOUNDED?
KG:   NO.. THE.. PRESIDENT DID.

DS:   YOU'RE THE FOUNDER RIGHT?
KG:   YEA.

DS:   YOU CREATED IT?
KG:   I CREATED WHAT?

DS:   "BAMA BOYS ANNISTON"?
KG:   CORRECT.

DS:   OKAY.  AND.. SO THEREFORE YOU HAD TO APPOINT A PRESIDENT.
      IS THAT CORRECT?
KG:   MY BOARD DID.

DS:   WHO'S YOUR BOARD?
KG:   UM.. THERE IS FOUR OF US.

DS:   OKAY.  WHO ARE THEY?
KG:   UM.. DANNY TEMMIS.. SHAWN GLANTON.. KEITH SNELL.. AND
      MYSELF.

DS:   OKAY.  SO THE FOUR OF YA'LL CHOSE.. ANTWAUN CLIFTON AS THE
      PRESIDENT?
KG:   YES.

DS:   OKAY.  ON.. WHAT MERITS DID YOU CHOOSE HIM AS PRESIDENT?
      YOU SAID YOU DON'T KNOW HIM PERSONALLY.
KG:   UM.. HE WAS FROM DOTHAN AT.. AT SOME POINT.  UM.. LIVED
      HERE.. AND ONE OF THE OTHER UH.. ONE OF THE GUYS KNEW.. OF
      HIM.. AS FROM LIVING IN DOTHAN.  HE'S YOUNGER THAN I AM.
      AND SINCE.. HE'S IN ANNISTON.. AND HE WAS FROM DOTHAN..
      UM.. JUST HAD CONVERSATION WITH HIM.  AND UH.. HE.. UH..
      SAID THAT HE HAD THOUGHT ABOUT STARTING A CLUB OF HIS OWN
      AT.. AT SOME POINT.  AND UH.. AFTER JUST THE.. BOARD
      TALKING WITH UH.. HIM UH.. THEY SAID THEY THINK THAT HE
      WILL BE GOOD.

DS:   THEY BEING YOU ALSO?
KG:   YEA.

DS:   YOU'RE ON THE BOARD.  UM.. AND THEN WHAT ABOUT THE
      VICE-PRESIDENT?  THE PRESIDENT CHOSE THE VICE-PRESIDENT?
KG:   YEA, HE CHOSE HIS.. (UNINTELLIGIBLE)..
```

CITY OF DOTHAN/GRAY 000760
CONFIDENTIAL

DS: LET ME ASK YOU.. GO BACK JUST A SECOND AND ASK YOU A
QUESTION.  UM.. HAD YOU.. WHEN YOU CONTACTED "BIG O".. AND
SIN CITY.. AND EASY RIDERS, IF THEY'D A SAID UH.. NAH, I
DON'T WANT YOU TO OPEN.. (BACKGROUND NOISE).. UH.. A
CHAPTER IN ANNISTON.  AS A MATTER A FACT I DON'T WANT YA'LL
TO RIDE AS "BAMA BOYS" IN DOTHAN.  WHAT WOULD HAVE BEEN
YOUR NEXT RECOURSE?  WHAT WOULD HAVE HAPPENED TO "BAMA
BOYS"?

KG: MM.. (BACKGROUND NOISE CONTINUING).. WE WOULD HAVE PROBABLY
RODE AS "BAMA BOYS" IN DOTHAN STILL ANYWAY.

DS: ANYWAY?
KG: MM HUH.. (BACKGROUND NOISE CONTINUING)..

DS: OKAY.  AND JUST.. TOOK YOUR CHANCES ON THE UH.. HARASSMENT?
KG: YEA.

DS: OKAY.. (BACKGROUND NOISE CONTINUING).. ALRIGHT.  I GUESS
THIS IS ALSO A MEMO.. THIS IS ONE THAT YOU UH.. (BACKGROUND
NOISE CONTINUING).. WHERE SYLVIA SUMMERS WAS REMOVED AS
PRESIDENT OF UH.. OF THE GIRL'S.. PART OF THE CLUB.

KG: MM HUH.

DS: KEITH SNELL WAS ONE OF YOUR FOUNDING EXEC.. UH.. EXECUTIVE
BOARD MEMBERS.  IS THAT RIGHT?
KG: MM HUH.

DS: IS IT.. IS IT THIS KEITH SNELL RIGHT HERE? .. (BACKGROUND
NOISE CONTINUING)..
KG: . . YEA, THAT LOOKS LIKE THAT COULD BE HIM.  THAT LOOKS
LIKE IT COULD BE HIM.

DS: YOU DON'T KNOW WHAT HE LOOKS LIKE?
KG: (LAUGHS).. THAT PICTURE.. WHAT.. (BOTH TALKING)..

DS: (BOTH TALKING).. BUT YOU DON'T..
KG: WHAT YEAR IS THAT PICTURE?

DS: UM.. (BACKGROUND NOISE CONTINUING).. UM.. I DIDN'T WRITE IT
DOWN.  I'M NOT SURE BUT IT'S.. IT'S A PICTURE OF HIM.
KG: IT.. IT LOOKS CLOSE.  THAT'S.. IF IT IS THAT ONE IS SEVERAL
YEARS OLD.. SOME.. OR SOME'EM.

DS: OKAY.  SO YOU.. ARE YOU PRETTY CONFIDENT THIS IS HIM?
KG: . . MM.. IF I COULD SEE A MORE RECENT PICTURE, I COULD TELL
YOU.  IT FAVORS.. IT FAVORS KEITH.

DS: OKAY.  ALRIGHT, THAT'S FINE.  THAT'S GOOD.  ALRIGHT.. THIS
IS THE APPLICATION FOR MEMBERSHIP FOR.. I'LL LET YOU
PRONOUNCE IT.  HOW.. WHAT IS THE NAME A THAT?
KG: "PLATINUM YOUNG STUNNERS".

CITY OF DOTHAN/GRAY 000761
CONFIDENTIAL

DS: OKAY.  AND IS THIS.. DID.. DID YOU UH.. COME UP WITH THIS
    APPLICATION?
KG: UM.. NOT THIS ONE.. SYLVIA DID.

DS: OKAY.  UH..
KG: AND IT'S BASED UPON.. IRISH BUT..

DS: OKAY.. WHAT IS THE.. INVESTIGATION.. PRIOR TO BEING
    ACCEPTED?  WHAT KIND OF INVESTIGATION IS THERE?
KG: IT'S JUST SO.. SOMEONE TO ASK AROUND IN THE COMMUNITY WHO..
    WHO THE PERSON IS AND.. YOU KNOW IF THERE'S ANYTHING.. THAT
    THEY KNOW THAT.. UH.. THEY MAY NOT WANT TO.. (BOTH
    TALKING)..

DS: (BOTH TALKING).. JUST A WORD OF MOUTH THING?
KG: YEA.

DS: OKAY.. ALRIGHT.  UH.. THIS HERE.. THIS IS UH.. IS THIS
    WHERE.. OR DO YOU RECOGNIZE THIS?
KG: MM HUH.

DS: OKAY.  WHAT IS THAT?
KG: . . . IT'S WHERE.. SOME VESTS WERE ORDERED.

DS: OKAY.
KG: FROM MY E-MAIL.. MM HUH.

DS: OKAY.  AND THEY WERE.. LOOKS LIKE THEY WERE SHIPPED TO YOU
    AT YOUR HOME ADDRESS?
KG: RIGHT.

DS: AND BILLED TO YOU AT YOUR HOME ADDRESS?
KG: RIGHT.

DS: OKAY.. ALRIGHT.  DOES THIS ONE.. LOOK FAMILIAR TO YOU ALSO?
KG: YES.

DS: OKAY.  WHAT WAS THE UH.. REASONING BEHIND THE SOLD TO, BILL
    TO, AND SHIP TO THE DOTHAN POLICE DEPARTMENT FOR?
KG: SOLD TO HERE.

DS: AND DE.. AND DELIVERED HERE.
KG: I DON'T KNOW WHAT THE SOLD TO AND BILL TO FOR?  THAT'S
    SOMETHING ON.. ON THEIR.. ON THEIR PART.

DS: WELL, THEY DIDN'T MAKE IT UP.  I MEAN YOU.. SOMEBODY TOLD
    'EM.. TO PUT THE.. WHAT NAME TO PUT ON THERE.
KG: UH.. I THINK THEY PUT THAT THERE THEMSELVES.  NOW THE SHIP
    TO UM.. THE SHIP TO.. I MAY HAVE TOLD 'EM TO SHIP IT HERE
    BUT THE SOLD TO AND BILL TO, I DON'T.. THAT'S SOMETHING ON
    THEM.

CITY OF DOTHAN/GRAY 000762
CONFIDENTIAL

DS: OKAY.  SO YOU GAVE 'EM THE NAME AND THEY.. PUT IT WHERE THEY WANTED TO PUT IT.
KG: ON THAT EVIDENTLY, THAT'S WHAT HAPPENED.  I.. I DIDN'T CONTROL THAT.

DS: OKAY.  SO YOU HAD 'EM SHIPPED HERE TO THE DOTHAN POLICE DEPARTMENT?
KG: I MAY HAVE.

DS: OKAY.  WAS THAT WHAT IT LOOKED.. APPEARS BY THIS?
KG: YEA.

DS: OKAY.. ALRIGHT.  IS THAT UH.. IS THAT PICTURE.. UH.. OF YOUR GROUP.. OR CLUB?
KG: SOME OF 'EM.

DS: OKAY.  IS THIS OTIS HERE?
KG: MM HUH.

DS: OKAY.  WHO IS THIS HERE SQUATTED DOWN IN FRONT OF HIM?
KG: THAT'S HIS GIRLFRIEND OR WIFE OR SOMETHING LIKE THAT.

DS: OKAY.  WHY IS SHE SQUATTED DOWN IN FRONT OF HIM?  DO YOU KNOW?
KG: YOU'RE GONNA HAVE TO ASK HER.

DS: YOU DON'T KNOW.  YOU DIDN'T..
KG: MM UH.

DS: JUST.. OKAY.  YOU HAVE NO IDEA?  I NOTICED IT SAYS PROPERTY OF.  UH.. HOW DOES OUTCASTS THREAT THEIR WOMEN?
KG: YOU'RE GONNA HAVE TO ASK THEM.

DS: OKAY.
KG: WE'RE NOT.. WE'RE NOT ONE PERCENTERS SO I DON'T..

DS: OKAY.. ALRIGHT.  YOU'RE PROTECTED BY OUTCASTS, RIGHT.. FROM HARASSMENT?
KG: (BOTH TALKING).. NO.

DS: (BOTH TALKING).. CAUSE YOU ASKED.. WHEN YOU.. YOU ASKED 'EM.. OKAY, YOU WANNA.. (BOTH TALKING)..
KG: (BOTH TALKING)..

DS: EXPLAIN THAT TO ME AGAIN.
KG: I DIDN'T SAY WE WERE PROTECTED BY OUTCASTS.

DS: OKAY.
KG: I NEVER SAID WE WERE PROTECTED BY THEM.

DS: ALRIGHT.. WHY DID YOU GO SEE "BIG O"?
KG: TO ASK FOR A CLUB.. TO.. TO OPEN UP A CLUB.

CITY OF DOTHAN/GRAY 000763
CONFIDENTIAL

DS: YOU SAID.. YOU SAID UH.. TO KEEP FROM BEING HARASSED.
KG: BUT I DIDN'T SAY I WAS BEING PROTECTED BY.

DS: HOW IS GOING TO "BIG O".. AND ASKING HIM TO OPEN A CLUB
GONNA KEEP YOU FROM BEING HARASSED?
KG: AS I SAID EARLIER.. WHEN YOU ASK TO EXIST.. IT.. IT KEEPS
YOU FROM BEING HARASSED.. BECAUSE BIKERS ARE TER.. SOME OF
THEM TENDS TO BE TERRITORIAL.

DS: OKAY.
KG: OKAY. HE DOESN'T OFFER.. PROTECTION.

DS: OKAY.
KG: OKAY. IT'S JUST.. OKAY.. YEA, GO AHEAD AND DO WHAT YOU
GOTTA DO. AND.. YOU DON'T.. YOU MAY NOT.. SEE ANY
HARASSMENT. YOU MAY SEE HARASSMENT. IT'S JUST.. ASKING..
AS I SAID TO COME TO THAT AREA.. THE SAME EXAMPLE I USED
FOR UH.. FOR A FRANCHISE.

DS: MM HUH. SO YOU'RE SAYING YOU WENT AND SAW "BIG O".. TO
KEEP FROM BEING HARASSED.. AS A CLUB?
KG: TO MAKE SURE IT WAS OKAY TO START A CH.. CLUB IN..
ANNISTON.. BECAUSE IT'S TERRITORIAL.

DS: AND NOT BE HARASSED IS WHAT YOU SAID. IS THAT RIGHT?
KG: NOT SUBJECT TO HARASSMENT.. AND THAT'S NOT EVERY TIME YOU
GO ANYWHERE. LIKE I SAID IT'S.. IT'S JUST.. DEPENDING ON
WHERE YOU ARE, WHO IT IS.. IF IT'S.. SOME OTHER BIKERS IN
THAT AREA. IF IT'S NOT.. YOU.. YOU JUST DON'T KNOW.

DS: OKAY. HOW DOES GOING TO SEE "BIG O" KEEP YOU FROM BEING
HARASSED?
KG: YOU KEEP ON USING THE TERM GOING TO SEE. IT DOESN'T MAKE A
DIFFERENCE WHETHER YOU GO..

DS: NO, YOU'RE RIGHT.
KG: YOU GO AND SEE OR..

DS: YOU'RE RIGHT.
KG: OR MAKE A PHONE CALL.

DS: HE GAVE.. OKAY, HE BL.. HE GAVE YOU HIS BLESSINGS ACCORDING
TO YOUR MEMO.
KG: HE.. HE SAID.. HOW DOES IT KEEP ME FROM BEING HARASSED?

DS: HARASSED.. YES. YOU SAID.. YOU..
KG: IT'S THE TERRITORIAL THING I JUST TOLD YOU ABOUT. UM..
(BOTH TALKING).. I GUESS..

DS: (BOTH TALKING).. HOW DOES SOMEBODY.. GO AHEAD. I'M SORRY.
KG: I'M GUESSING THAT.. ONCE YOU.. OH.. I THINK I SEE WHERE

CITY OF DOTHAN/GRAY 000764
CONFIDENTIAL

YOU'RE TRY.. YOU'RE TRYING TO GO NOW.  YOU'RE SAYING WHAT..
DOES THAT DO BY ASKING THEM..

DS:  HIM FOR THE BLESSINGS.
KG:  IF YOU'RE ASKED IN THAT TERRITORY UH.. UH.. WHY ARE YOU..
WHY ARE YA'LL.. RIDING COLORS OVER HERE?  WE SAY.. WELL, WE
WERE TOLD WE COULD RIDE THE COLORS OVER HERE.. (BOTH
TALKING).. WHO TOLD YOU?

DS:  (BOTH TALKING).. "BIG O" SAID I COULD.
KG:  WHO TOLD YOU?  UH.. "BIG O" OR "CATFISH" OR WHATEVER..
WHATEVER.  IT'S JUST LIKE THEM SAYING YOU KNOW WHAT?
DONNY'S A GOOD OLD BOY.  YEA, YOU CAN GO AHEAD AND.. BUY
SOME'EM FROM HIM.  YOU DON'T FEEL.. HE AIN'T.. HE..
(UNINTELLIGIBLE).. SCREW YOU UP.  OKAY.. ALRIGHT.. YOU
KNOW.. I APPRECIATE THAT.. YOU KNOW.  HE'S A GOOD GUY.. YOU
KNOW, OR SOMETHING LIKE THAT.  IT'S.. IT'S THE SAME MANNER.

DM:  AND.. AND I GUESS WE GOTTA.. CAPTAIN REAL QUICK.. ON THE
LAST INTERVIEW YOU SAID THAT.. CAUSE WHEN I SAID THAT
YOU'RE A CAPTAIN AND YOU WENT.. AND THEN YOU SAID.. UH..
WELL I'M RIDING DOWN THE ROAD THEY DON'T KNOW I'M A CAPTAIN
IN THE POLICE DEPARTMENT WHEN THEY COME KICK ME OFF MY
BIKE.  AND YOU SAID I WENT TO THEM FOR PROTECTION FOR MY
GUYS.  AND LIKE THAT'S WHERE WE CAME UP WITH PROTECTION.
DS:  YEA, THAT WAS YOUR STATEMENT.
KG:  I DON'T HAVE A CLUE WHAT YOU JUST SAID.. (BOTH TALKING)..

DS:  (BOTH TALKING).. THAT'S WHAT YOU..
KG:  SOMEBODY KICKING SOMEBODY OFF OF A BIKE:

DM:  REMEMBER IN THE FIRST INTERVIEW WHEN I SAID.. YOU'RE A
CAPTAIN IN THE POLICE DEPARTMENT AND YOU GO TO THIS.. TO
THESE PEOPLE FOR PROTECTION.  AND YOU SAID.. WHEN I'M
RIDING DOWN THE ROAD IN ANOTHER JURISDICTION THEY DON'T
KNOW I'M A CAPTAIN IN THE POLICE DEPARTMENT WHEN THEY KICK
ME OFF MY BIKE.  I WENT THERE FOR PROTECTION OF MY GUYS..
WHEN I'M NOT WITH 'EM.
KG:  WHEN THEY KICK ME OFF MY BIKE?

DM:  THAT'S WHAT YOU SAID.
DS:  YEA.

DM:  YOU SAID THEY DON'T CARE IF YOU'RE A POLICE OFFICER.. OR
THEY DON'T KNOW YOU'RE A POLICE OFFICER WHEN YOU'RE RIDING
DOWN THE ROAD AND THEY COME KICK YOU OFF YOUR BIKE.  THAT'S
WHAT YOU SAID.
KG:  I'D HAVE TO SEE THAT.  I.. I DON'T.. I DON'T EVEN REMEMBER.

DS:  SO THAT'S NOT THE CASE?
KG:  UM.. I DON'T EVEN REMEMBER.. I DON'T EVEN KNOW WHAT YOU'RE
GETTING AT BUT I DON'T EVEN REMEMBER.. (BOTH TALKING)..

CITY OF DOTHAN/GRAY 000765
CONFIDENTIAL

SAYING..

DM: (BOTH TALKING).. OKAY.. REPEATING WHAT YOU SAID.
KG: SOMEONE KICKING ME OFF MY BIKE.

DS: OKAY.. ALRIGHT.. LET ME GO BACK UH.. YOU WENT TO SEE
    "BIG O" TO SEE IF IT WAS OKAY TO OPEN ANOTHER CLUB?
KG: YEA, AND TO SEE HOW HE WAS DOING..

DS: OKAY.
KG: AFTER HIS UH.. HE.. HE CAME OUTTA THE HOSPITAL.

DS: AND TO GET HIS BLESSINGS.. TO KEEP FROM YOUR GROUP BEING
    HARASSED?
KG: TO MAKE SURE THAT WE CAN OPEN UP A.. A CLUB.. OVER IN
    ANNISTON.

DS: YES.. AND KEEP FROM BEING HARASSED?  YOU SAID THAT TODAY.
    THAT'S..
KG: BUT IT SEEMS LIKE YOU'RE TRYING TO IMPLY..

DS: NO.
KG: IS THAT I'M.. LOOKING FOR PROTECTION.  MY SOLE THING IS..
    TO.. BECAUSE I WAS TOLD.. THIS PERSON IS THE ONE YOU NEED
    TO SEE.. OR SAY.. OR TALK TO UM.. SO YOU CAN WEAR.. YOUR
    VESTS AND YOUR COLORS.

DS: MM HUH.
KG: I SAID OKAY.. DIDN'T DO ANY BACKGROUND INTO IT AND
    EVERYTHING.  THAT'S WHAT I DID.. HEY, CAN I START.. A
    CHAPTER IN ANNISTON?  IS THAT OKAY?  YEA.. GO AHEAD.
    YOU'RE FINE WITH ME.. OKAY.  SO, I DIDN'T GO SAY.. HEY, SO
    THAT YA'LL WON'T HARASS ME.. CAN I START A CLUB OVER HERE,
    AND SUCH AND SUCH AND SUCH.  IT.. IT'S NOT.. HOW YOU'RE
    TRYING TO IMPLY.  IT IS.. GOING THROUGH THE STEPS.. THE
    GOING THROUGH A MOTION JUST TO.. HAVE A CLUB OPENING.  IF..
    I HAD TO DO IT AGAIN IN FLORIDA.. I DON'T SAY HEY, IN ORDER
    FOR YOUR GUYS NOT TO HARASS ME, BECAUSE I DON'T KNOW WHAT
    KIND A CLUB.. YOU REPRESENT.  I DON'T KNOW WHAT KIND A
    TERRITORIAL THING YA'LL MAY OR MAY NOT HAVE.  I.. I.. I..
    DON'T KNOW ANY OF THAT.  ALL I'M SAYING IS.. HEY, DO I.. DO
    YA'LL MIND IF I OPEN A.. A CLUB.. YOU KNOW HERE?  OR.. DO I
    HAVE ANY.. ISSUES WITH OPENING A CLUB?  NAH.. GO AHEAD.
    YOU'RE.. YOU'RE FINE.  YOU'RE.. YOU'RE OKAY.  JUST LIKE THE
    EXAMPLE I GAVE YOU.. OF SOMEBODY SAYING HEY, DONNY SMITH,
    YOU KNOW HE HAS A BALE A HAY OVER THERE.  CAN I GO GET
    SOME?  WELL YEA, HE'S A GOOD GUY.  GO AHEAD.. YOU DON'T
    HAVE TO WORRY ABOUT YOU KNOW.  IT'S THAT.  IT'S NOT HOW..
    YOU'RE TRYING TO PAINT IT AS THAT THERE'S SOME TYPE OF
    NEGATIVE STIGMA JUST BY ASKING SOMEBODY.. CAN.. YOU.. HAVE
    A CLUB, MAYBE IN A TERRITORY THAT YOU DON'T KNOW ANYTHING
    OR ANYBODY ABOUT OR THERE MAY BE NOBODY THERE.  SO, THERE

CITY OF DOTHAN/GRAY 000766
CONFIDENTIAL

ISN'T ANY INFORMATION THAT YOU RECEIVE TO SAY.. HEY, YOU
GOTTA WHOLE BUNCH A.. BAD ASS BIKERS OVER IN THIS AREA.
YOU PROBABLY WANNA GO OVER THERE.. YOU MAY WANNA DO THIS TO
SEE IF YOU BE LEFT A.. ALONE.  IT'S NOT THAT WAY.

DS:  BUT THAT'S WHAT YOU HAD SAID THOUGH.
KG:  AND.. AND.. NO.. NO, THAT.. THAT'S HOW YOU'RE TRYING TO
     CHANGE.

DS:  NO, THAT'S..
KG:  THAT'S HOW YOU'RE TRYING TO TWIST THINGS UP..

DS:  GO AHEAD.. GO AHEAD.
KG:  AND I'M TRYING TO STRAIGHTEN OUT FOR THE RECORD.  YOU JUST
     GO.. BECAUSE THAT'S THE WAY THEY SAID GO.. (BACKGROUND
     NOISE).. I APPRECIATE THAT.  IT'S KIND A STUFFY IN HERE
     AIN'T IT?  YOU JUST..

DS:  HUH?
DM:  THAT VENT IS CLOSED OFF.  THAT MIGHT HAVE SOMETHING TO DO
     WITH IT.
KG:  (LAUGHS).. YOU JUST GO.. SAY HEY, DO YA'LL HAVE ANY PROBLEM
     WITH US STARTING UP A CLUB IN THIS AREA?  NO.. OKAY.  MAY
     BE NOBODY THERE.  THERE MAY NOT BE EVEN A CLUB THERE.
     THERE MAY NOT BE.  IT'S JUST SOMETHING YOU'RE TOLD TO DO.
     THAT.. THAT'S ALL IT IS.  THERE'S NOTHING ELSE INTO IT.
     THERE'S NOTHING ELSE TO READ OR IMPLY INTO IT.  THAT'S
     JUST..

DS:  EXACTLY.  I ASKED YOU THE QUESTION AND YOU.. YOUR
     STATEMENTS, WHICH.. YOUR STATEMENTS WAS THAT YOU WENT THERE
     TO KEEP FROM BEING HARASSED.. CORRECT?
KG:  AND I'M NOW ADDING TO THAT TO MAKE SURE THAT THERE'S A
     COMPLETE UNDERSTANDING.

DS:  SO YOU'RE ADDING TO.. THE FACT THAT HARASSED?
KG:  I'M EXPLAINING MORE OF WHAT..

DS:  SIR, YOU NEED TO UH.. YOU'RE GONNA HAVE TO LEAVE IF YOU
     KEEP ON WITH THAT, OKAY?
??:  I CAN'T WRITE A WORD DOWN.. (BOTH TALKING).. IN HERE AND
     SHOW IT TO HIM?

DS:  (BOTH TALKING).. NO SIR, YOU CAN'T.. NO.. YOU CAN'T
     COMMUNICATE WITH HIM AT ALL.  YOU'RE REALLY JUST HERE TO
     OBSERVE.  ALRIGHT.. I APPRECIATE IT.. OKAY.
??:  ALRIGHT.

DS:  ALRIGHT.
??:  THAT'S WHAT HE SAID LAST TIME.

DS:  WHAT'S THAT?

CITY OF DOTHAN/GRAY 000767
CONFIDENTIAL

??:  HE SAID THAT.

DS:  CO-EXIST?
??:  YEA.

DS:  YEA.. WELL NO, HE.. THIS MORNING HE SAID HARASS.  JUST..
     JUST LET ME.. LET ME JUST TALK TO HIM.. OKAY.
??:  OKAY.

DS:  I'M SORRY.. OKAY.. YOU..
KG:  SORRY ABOUT THAT.

DS:  YOU.. YOU SAID HARASS.  SO.. SO THAT UH.. OTHER PEOPLE IN
     THE AREA WOULDN'T HARASS US.  THAT WAS YOUR STATEMENT.
KG:  OKAY.. OKAY.

DS:  SO YOU WENT TO SEE "BIG O".. SEE IF YOU COULD OPEN THE CLUB
     AND ALSO TO SEE IF YOU.. TO KEEP FROM BEING HARASSED IN
     THAT AREA.
KG:  LIKE I JUST SAID, AND I EXPOUNDED ON..

DS:  MM HUH.
KG:  OKAY.  THERE IS NO PARTICULAR NETWORK OF ANYBODY ANYWHERE.
     YOU CAN'T BEGIN TO FATHOM.. LET'S SAY.. FIFTEEN MILES
     FROM.. FROM COTTONWOOD..

DS:  MM HUH.
KG:  YOU DON'T KNOW IF THERE'S A BIKE CLUB THERE OR NOT.  BUT IF
     YOU'RE JUST TOLD HEY.. YOU NEED TO CALL SOMEBODY AND MAKE
     SURE IT'S OKAY, YOU KNOW IN THAT AREA.  THERE MAY BE
     SOMEBODY THERE AND THERE MAY NOT BE.. OKAY.

DS:  YOU'RE GONNA TAKE THAT CHANCE, RIGHT?
KG:  THERE MAY OR THERE MAY NOT BE.

DS:  IT'S A CHOICE.
KG:  I DON'T KNOW WHAT YOU'RE GETTING AT BUT.. THERE MAY BE
     SOMEONE THERE OR THERE MAY NOT BE SOMEONE THERE.  YOU'RE
     JUST GOING THROUGH.. THE MOTIONS.  DO YOU SEE WHAT I'M
     SAYING?

DS:  MM HUH.
KG:  AND.. I WENT THROUGH THE MOTIONS.. JUST.. LIKE.. THE..
     SOMEONE IN THE BIKE COMMUNITY SAID DO.. SO.. YOU CAN..

DS:  SO JUST SOMEONE TOLD YOU TO GO SEE HIM?
KG:  SO YOU CAN GO HAVE.. NO PROBLEMS, CO-EXIST.. NOT INTER..
     NOT INTERFERING ON SOMEBODY ELSE'S TURF WAR.. YOU KNOW.
     YOU DON'T KNOW WHAT'S GOING ON IN THAT.. IN THAT AREA.. YOU
     KNOW.

DS:  MM HUH.

CITY OF DOTHAN/GRAY 000768
CONFIDENTIAL

KG:  SO..

DS:  WHAT COULD BE GOING ON THAT YOU.. THAT YOU'D BE WORRIED
     ABOUT?
KG:  THERE IS NO TELLING.  I MEAN YOU.. I.. WHAT'S GOING ON IN
     THE "BOTTOM" RIGHT NOW? .. (BOTH TALKING)..

DS:  (BOTH TALKING).. I'M TALKING ABOUT BIKER WORLD.  WE.. WE'RE
     DEALING WITH BIKER WORLD.. STRICTLY.
KG:  I.. I CAN'T TELL YOU.

DS:  OKAY.
KG:  I DON'T HAVE A CLUE.

DS:  BUT JUST IF ANYTHING IS GOING ON, YOU WANTED HIS BLESSING
     SO IT WON'T HAPPEN TO YOU?
KG:  AND SOMETHING MAY NOT BE GOING ON.. (BOTH TALKING).. IT'S
     JUST..

DS:  (BOTH TALKING).. YEA.
KG:  IT'S NOT.. IT'S NOT A BIG BROTHER THING.  IT'S NOT.. YOU
     KNOW WHAT?  IF SOMETHING GOES WRONG, WE'LL COME IN AND
     WE'LL SWOOP DOWN.  IT'S NOT THAT.  YOU'RE JUST SAYING HEY,
     CAN WE CO-EXIST WITH YA'LL?

DS:  MM HUH.  AND IF THEY SAY NO?
KG:  EITHER.. YOU DON'T.. OR YOU DO.

DS:  BUT YOU FELT A NEED TO ASK HIM IF YOU COULD CO-EXIST?
KG:  I WAS TOLD THAT'S KIND A WHAT YOU DO IN THE BIKER COMMUNITY
     TO KEEP.. PEOPLE SAFE IN MY CLUB.

DS:  OKAY.
KG:  AND IF IT'S TO KEEP.. (BOTH TALKING).. AND IT'S..

DS:  (BOTH TALKING).. SAFE.. SAFE FROM WHAT?  SORRY..
KG:  LET ME.. LET ME.. LET ME FINISH.. (BOTH TALKING). . .

DS:  (BOTH TALKING).. OKAY, I'LL GO BACK TO THAT.
KG:  AND IF IT'S UM.. TO KEEP SAFE.. UM..

DS:  ARE YOU GONNA ANSWER MINE RIGHT NOW OR.. I.. I.. (BOTH
     TALKING).. I MENTIONED THE SAFE.
KG:  (BOTH TALKING).. I'M STILL.. I'M STILL FINISHING..

DS:  OKAY.. GO AHEAD.  I'M SORRY.. GO AHEAD.
KG:  YOU INTERRUPTED WHILE.. (BOTH TALKING).. I WAS..

DS:  (BOTH TALKING).. GO RIGHT AHEAD.  I'M SORRY.
KG:  YOU GOT MY TRAIN OF THOUGHT OFF NOW BUT.. IF.. IT'S..
     SOMETHING YOU HAVE TO DO.. TO MAKE SURE THAT.. YOUR GUYS
     ARE.. AS I SAID SAFE OR IF THEY UM.. IF THERE'S ANY..

CITY OF DOTHAN/GRAY 000769
CONFIDENTIAL

ISSUES DEALING WITH AN.. ANOTHER CLUB OR.. IF THERE'S..
SOMEONE THAT DON'T WANT YOU COMING BECAUSE THEY.. GET..
FUNDRAISERS.. FROM THIS AREA AND THEY HAVE SOMETHING THAT
THEY.. GIVE TO SPECIFICALLY.  UM.. HAVE AN EXAMPLE LIKE A
CLUB I KNOW.. TWO CLUBS UM.. WERE.. TRYING TO DO
FUNDRAISERS FOR THE SAME ENTITY, OR THE SAME BUSINESS.
WELL, ONE CLUB SAYS.. HEY, YOU KNOW WE'RE DOING THE
FUNDRAISER FOR THEM.  THE OTHER CLUB MAY SAY.. OKAY, I'M
SORRY.  WE DIDN'T KNOW IT.. YOU KNOW CAUSE YOUR.. YOU MAY
HAVE.. MONEY YOU'RE GIVING AWAY FOR A SCHOLARSHIP.  THE
OTHER ONE MAY WANNA GO TO THAT CLUB CAUSE THEY HEARD THEY
GIVE OUT A LOT A MONEY FOR.. LIKE KID'S UNIFORMS OR
SOMETHING LIKE THAT.  SO.. YOU DON'T KNOW.. UNTIL YOU ASK.

DS: OKAY NOW, FOR THE SAFETY OF YOUR GUYS FOR WHAT.. FROM WHAT?
KG: ENCROACHING ON SOMEBODY.. JUST LIKE I JUST SAID, EXAMPLE
OF.. THE FUNDRAISER THING.  YOU KNOW.. YOU DON'T WANNA STEP
ON SOMEBODY'S TOES THAT'S DOING SOMETHING ALREADY  EV..
EVEN IF IT'S POSITIVE, YOU DON'T WANNA STEP ON SOMEONE'S
TOES.

DS: EXACTLY.  SO, YOU.. YOU WANTED TO KEEP 'EM SAFE FROM WHAT?
KG: WHAT I JUST SAID.  FROM.. ANYTHING THAT MAY.. YOU MAY NOT
HAVE ANY KNOWLEDGE OF..

DS: MM HUH.
KG: IN THAT AREA BECAUSE YOU DON'T KNOW TERRITORIES.

DS: MM HUH.
KG: YOU DON'T KNOW IF THERE IS A TERRITORY.  YOU DON'T KNOW..
IF THERE'S A CLUB THERE.. OR IF THERE'S A HUNDRED CLUBS
THERE OR NO CLUBS THERE.

DS: OKAY.  BUT THE SAFETY ISSUE?
DM: CAPTAIN, REAL QUICK.. WHO.. WHO.. (ALL TALKING)..
KG: (ALL TALKING)..

DS: (ALL TALKING)..
DM: OH, I'M SORRY.

DS: IT'S A.. IT'S A SAFETY ISSUE, RIGHT?
DM: I'M SORRY.
KG: FROM YOUR STANDPOINT, IT'S ONLY A SAFETY.. (BOTH TALKING)..

DS: JUST OUR.. JUST OUR STANDPOINT IN PARTICULAR.
KG: I GUESS YOURS.

DS: EH.. YOU SAID.. YOU THE ONE THAT SAID SAFETY OF YOUR GUYS
SO IT WAS FROM A SAFETY STANDPOINT.
KG: YEA, BUT IT'S.. BUT IT'S THE WAY THAT.. (BOTH TALKING)..

DS: (BOTH TALKING).. SEVERAL THINGS ALONG WITH SAFETY?  LET'S

CITY OF DOTHAN/GRAY 000770
CONFIDENTIAL

```
        GO WITH THAT.. SEVERAL THINGS ALONG WITH SAFETY. .IS THAT
        GOOD?
KG:     IF YOU SAY SO.

DS:     WELL YOU SAID SAFETY.  THAT'S WHY..
KG:     YEA, BUT YOU'RE TURNING IT AROUND TO A CONTEXT.. (BOTH
        TALKING)..

DS:     (BOTH TALKING).. NO.. NO SIR, I'M NOT TURNING IT AROUND AT
        ALL.  I'M ASKING YOU THE QUESTIONS AND.. AND.. YOU'RE
        TELLING ME THOSE ANSWERS.  SAFETY WAS YOUR WORD.
KG:     NO, BUT YOU'RE PUTTING MORE.. (BOTH TALKING).. TO THAT.

DS:     (BOTH TALKING).. OKAY.. WELL, EXPLAIN IT AGAIN TO ME.  I'M
        SORRY.  GO AHEAD.
KG:     WHENEVER.. YOU.. GO IN.. AND YOU'RE ASKING..

DS:     MM HUH.
KG:     IT COULD BE AN AREA.. THAT IS OCCUPIED BY THE BIKE CLUBS.

DS:     MM HUH.
KG:     IT MAY NOT BE OCCUPIED BY OTHER BIKE CLUBS.  YOU JUST
        MERELY.. DO.. LIKE THEY SAID YOU KNOW WHAT?  IT'S BEST TO
        CALL THIS PERSON RIGHT HERE.  IF SOMEONE KNOWS.. YOU KNOW
        THERE'S SOMEONE YOU NEED.. JUST LIKE EASY RIDERS..

DS:     MM HUH.
KG:     THEY'RE THE.. THEY'VE BEEN THERE THE LONGEST.  CALL THEM..
        CAUSE.. YOUR CLUB MAY BE INFRINGING ON..

DS:     MM HUH.
KG:     HECK, I DON'T KNOW.  YOU KNOW WHO.. WHO KNOWS?  YOU DON'T
        KNOW.

DS:     MM HUH.
KG:     AND.. IN ORDER TO.. UM.. NOT BE A PROBLEM.. AND TO.. AVOID
        A PROBLEM IF THERE'S ONE THAT EXISTS.. YOU JUST ASK
        SOMEBODY..

DS:     MM HUH.
KG:     YOU KNOW.  AND.. IN ASKING.. THEM, I GUESS YOU ARE
        SAFEGUARDING YOURSELF FROM.. SOMETHING YOU MAY NOT KNOW
        THAT'S GOING ON.  IT MAY NOT BE ANYTHING GOING ON.  IT MAY
        BE.. FUNDRAISER.. INFORMATION, LIKE I SAID.  THERE IS..
        YOU.. IT COULD BE ANYTHING.. (BOTH TALKING).. YOU DON'T
        KNOW.

DS:     (BOTH TALKING).. IT.. I AGREE.
KG:     AND.. AND IT MAY BE NOTHING.

DS:     THAT'S EXACTLY RIGHT.  I AGREE.
KG:     OKAY.
```

CITY OF DOTHAN/GRAY 000771
CONFIDENTIAL

DS: ALRIGHT.

DM: CAPTAIN, REAL QUICK.. REAL QUICK, UM.. OBVIOUSLY.. LIKE YOU SAID THERE'S NO WRITTEN MANUAL.  THERE'S NOTHING WRITTEN ABOUT ANY OF THIS.  SO, WHERE DID YOU GET THIS INFORMATION? WHERE DID YOU GET THE INFORMATION THAT.. OKAY, SOMEONE TOLD ME I HAD TO CHECK WITH OUTCASTS AND SOMEBODY TOLD ME I HAD TO GO TO.. SEE "BIG O".  WHERE.. WHERE DID YOU GET THIS.. (BOTH TALKING).. INFORMATION FROM?

KG: (BOTH TALKING).. YOU JUST GET IT WORD OF MOUTH.

DM: I MEAN ANY PERSON IN PARTICULAR?

KG: NO.  NO.

DS: BUT IT WAS SOMEONE YOU TRUSTED, RIGHT.. CAUSE YOU ACTUALLY DID IT?

KG: NO.. LIKE I SAID, WHEN YOU START OUT WITH THE BIKER COMMUNITY YOU'RE STARTING FROM.. THINGS.. YOU KNOW.. I'M A RIDING CLUB.  WE'RE JUST RIDING ALONG.. HO-HO-HUM.  HEY, YA'LL ARE WEARING VESTS.  UH.. UH.. YA'LL MAY NEED TO.. CHECK AND SEE IS IT OKAY TO WEAR THOSE VESTS.  I'M LIKE WHAT DO YOU MEAN IS IT OKAY TO WEAR THE VESTS.. YOU KNOW? NAH, YOU KNOW.. SOMETIMES PEOPLE ARE TERRITORIAL ABOUT.. ABOUT BIKING AND WEARING VESTS.  SOME.. SOMEBODY MAY JACK YOU UP IN PANAMA CITY.  YOU KNOW I'M JUST THROWING.. (ALL TALKING).. JUST STUFF OFF THE TOP OF MY..

DS: (ALL TALKING)..

DM: (ALL TALKING).. IS THIS ONE PERSON OR IS THIS A BUNCH OF PEOPLE TELLING YOU THIS STUFF?

KG: IT'S JUST DIFFERENT PEOPLE THAT'S BEEN IN BIKING.. BEFORE.

DS: SO..

KG: IT'S SOMEONE I GUESS THAT'S.. I DON'T KNOW.. I GUESS IT'S JUST PEOPLE THAT'S BEEN IN BIKING BEFORE.  YOU KNOW PEOPLE.. TEND TO TRY TO WANNA.. I GUESS ADVISE YOU OF THINGS THAT YOU MAY NOT KNOW.. AS YOU'RE RIDING ALONG ON YOUR OWN, ON YOUR OWN BIKE.. YOU KNOW.

DS: BUT LET.. LET ME ASK YOU A QUESTION.  UH.. YOU JUST SAID.. UH.. EXPLAIN TO ME WHAT JACKING.. GETTING JACKED UP IN PANAMA CITY IS.

KG: I JUST THREW THAT UP AS A HYPOTHETICAL SITUATION.

DS: WELL I.. I'M.. (BOTH TALKING).. ONLY MENTIONING IT..

KG: (BOTH TALKING).. FIRST OF ALL.. FIRST..

DS: CAUSE YOU SAID IT SO.

KG: I'M NOTICING THAT.  OKAY, SO UM..

DS: I'M TAKING.. I'M USING YOUR ANSWERS.

KG: THAT.. THAT.. THAT'S FINE.

CITY OF DOTHAN/GRAY 000772
CONFIDENTIAL

DS: THAT'S FINE?
KG: THAT'S FINE.

DS: WHAT DOES JACKING UP MEAN?
KG: UM.. IT CAN BE.. FROM ANYTHING FROM SAYING.. HEY, WHERE'D
    YOU GET THOSE COLORS FROM?

DS: MM HUH.
KG: HEY, UM.. WHAT DOES THAT MEAN?

DS: IS THAT BAD?
KG: QUESTIONING.

DS: IS THIS BAD?
KG: I GUESS NOT.

DS: OKAY.. OKAY.
DM: WHO SPECIFICALLY TOLD YOU.. THAT "BIG O" WAS UH.. YOUR
    POINT A CONTACT?
KG: I DON'T KNOW.

DS: BUT YOU WENT AND SAW "BIG O" SO PEOPLE WOULD NOT ASK YOU..
    WHY YOU'RE WEARING YOUR COLORS.. OR.. WHAT THEY MEAN?
KG: SAY THAT AGAIN.

DS: YOU WENT AND SAW "BIG O" SO PEOPLE IN PANAMA CITY WOULDN'T
    ASK YOU.. WHY YOU'RE WEARING YOUR COLORS AND WHAT THEY
    MEAN?
KG: I SAID PANAMA CITY WAS A HYPOTHETICAL SITUATION.

DS: MM HUH.. BUT I.. I'M.. I'M USING IT AS HYPOTHETICAL TOO..
    PANAMA CITY.
KG: SO HYPOTHETICALLY, I WENT TO SEE "BIG O".. SO I WOULDN'T
    BE.. JACKED UP IN..

DS: PANAMA CITY? . . I.. I..
KG: I DON'T KNOW.. I DON'T KNOW HOW TO.. (BOTH TALKING)..

DS: (BOTH TALKING).. THESE ARE YOUR STATEMENTS. I.. I.. I'M
    JUST..
KG: WHEN.. WHEN I SAID HYPOTHETICAL, I'M JUST THROWING
    SOMETHING UP.. (BOTH TALKING).. AN EXAMPLE.

DS: (BOTH TALKING).. MEANS IT COULD HAPPEN?  MEANS IT'S
    POSSIBLE?
KG: IT'S JUST THROWING IT UP AS A EXAMPLE FROM MY POINT OF
    VIEW.

DS: WHAT IS YOUR POINT OF VIEW ON IT?
KG: ON A HYPOTHETICAL SITUATION..

CITY OF DOTHAN/GRAY 000773
CONFIDENTIAL

DS: THAT IT'S NOT EVER GONNA HAPPEN?

KG: HYPOTHETICALLY, I COULD FEEL LIKE I'M BEING HARASSED BY YOU RIGHT NOW.. YOU KNOW.

DS: NO, I'M ASKING YOU.. (BOTH TALKING).. THAT YOU HAVE TO ANSWER TRUTHFUL.

KG: (BOTH TALKING).. BUT.. BUT.. NO.. BUT.. BUT SEE AND UH.. EVERYTHING IS TRUTHFUL.

DS: OKAY.

KG: BUT YOU JUST ASKED ME A QUESTION AND I JUST ANSWERED TRUTHFULLY AS WELL.

DS: OKAY.

KG: SO I SAID HYPOTHETICALLY I JUST GAVE YOU AN EXAMPLE OF THAT.

DS: OKAY, HYPOTHETICALLY SPEAKING, IF YOU'RE IN PANAMA CITY AND SOMEONE ASKS YOU.. WHAT DO THOSE MEAN AND.. WHY ARE YOU WEARING THEM.. IS THAT WHY YOU WENT TO SEE "BIG O".. SO NOBODY WOULD ASK YOU THAT?

KG: NO.

DS: OKAY, WELL YOU.. THAT WAS YOUR HYPOTHETICAL.. ANSWER TO THAT.

KG: WHEN I SAY SOMETHING HYPOTHETICAL, I JUST THROW SOMETHING OFF THE TOP OF MY HEAD WITHOUT GIVING IT WEIGHT OR CHARACTERISTICS. I JUST THREW IT UP.

DS: OKAY. ALRIGHT, WELL WHAT DID THAT.. WHAT DID.. WHAT DID.. PANAMA CITY HAVE TO DO WITH IT THEN? .. (BOTH TALKING).. IS THAT..

KG: (BOTH TALKING).. WHAT QUESTION..

DS: IS THAT MEANING ANYWHERE?

KG: WHAT QUESTION.. WHAT QUESTION DID YOU ASK ME.. (BOTH TALKING)..

DS: (BOTH TALKING).. WHEN SOMEBODY ASKED YOU.. WHAT YOUR COLORS MEAN AND YOU'RE WEARING THEM. WAS PANAMA CITY JUST A PLACE.. IT COULD BE ANY PLACE.. OTHER THAN HERE IS WHAT YOU WERE.. TRYING TO GET TO, RIGHT? ANY PLACE OTHER THAN HERE?

KG: I JUST.. (BOTH TALKING)..

DS: (BOTH TALKING).. IF YOU'RE OUT OF A TERRITORY?

KG: OKAY, I JUST PULLED.. PANAMA CITY UP JUST TO THROW IT UP.

DS: OKAY. WHAT ABOUT ANOTHER PLACE? YOU.. YOU NAME THE PLACE.

KG: I NEED TO BE.. I NEED TO MAKE SURE I UNDERSTAND WHERE YOU'RE COMING FROM. WHAT..

DS: YOU SAID IF SOMEBODY APPROACHES YOU IN PANAMA CITY, SO..

CITY OF DOTHAN/GRAY 000774
CONFIDENTIAL

KG: OKAY.

DS: SO.. TAKE PANAMA CITY OUT AND YOU CAN PUT ANY NAME YOU WANT
    THERE.  IF SOMEBODY APPROACHES YOU AND ASKS YOU WHAT YOUR
    COLORS MEAN AND WHY YOU'RE WEARING THEM.
KG: MM HUH.

DS: YOU CAN ADD ANY PLACE YOU WANNA ADD THERE.  SO, PICK A
    DIFFERENT PLACE.  SO, PICK A DIFFERENT PLACE.
KG: OKAY.. BUT.. WHAT IS IT THAT YOU'RE ASKING ME SO I CAN
    ANSWER IT FOR YOU?

DS: YOU SAID YOU TALKED TO HIM.. SO PEOPLE WOULDN'T HARASS
    YOU.. BECAUSE YOU DON'T KNOW WHAT HAPPENS DOWN THERE IN
    PANAMA CITY.. OR INSERT YOUR OWN NAME THERE.
KG: OKAY.

DS: SO YOU HAD.. SO YOU HAD TO HAVE BLESSINGS FROM SOMEONE ELSE
    SO YOU WOULDN'T.. BE JACKED UP.  AND.. NOT IN PANAMA CITY,
    BUT JACKED UP ANYWHERE.  THAT WAS YOUR..
KG: OKAY.. SEE, YOU'RE PUTTING A LOT MORE.. (BOTH TALKING)..
    STUFF IN THAT.  SO..

DS: (BOTH TALKING).. NO, DON'T.. CAPTAIN, DON'T TELL ME WHAT
    I'M DOING.. OKAY.
KG: OKAY.. WELL..

DS: I'M ASKING YOU A QUESTION.
KG: WELL IN MY.. MY OPINION.. YOU'RE ADDING MORE..

DS: NO.. I'M ADDING ONLY WHAT.. (BOTH TALKING).. YOU'VE PUT IN
    IT.
KG: (BOTH TALKING). . .

DS: OKAY.
KG: REPHRA..

DS: OKAY.
KG: REPHRASE YOUR QUESTION..

DS: ALRIGHT.
KG: SO I CAN UNDERSTAND IT.

DS: YOU SAID.. YOU SAID.. SO I WON'T GET JACKED UP IN PANAMA
    CITY.
KG: OKAY.

DS: ALRIGHT.
KG: MM HUH.

DS: WHAT WAS WRONG WITH THAT?  YOU SAID IT WAS HYPOTHETICAL SO
    IT WASN'T.. IT WASN'T THE TRUTH.

CITY OF DOTHAN/GRAY 000775
CONFIDENTIAL

KG:   WHAT WAS WRONG WITH GETTING JACKED UP IN PANAMA CITY?

DS:   YOU SAID YOU WENT AND TALKED TO THEM.. SO YOU WOULDN'T GET
      JACKED UP IN PANAMA CITY.  SEE?
KG:   (NO AUDIBLE RESPONSE).

DM:   OKAY, LET'S.. LET'S JUST TAKE HYPOTHETICAL OUTTA THERE..
      OKAY.  YOU WENT TO "BIG O".. TO GET BLESSED, RIGHT?
KG:   I DIDN'T SAY THAT I.. (BOTH TALKING)..

DM:   (BOTH TALKING).. SO YOU COULD CO-EXIST..
KG:   I DIDN'T..

DM:   AND GO IN OTHER TERRITORIES, RIGHT?
KG:   YEA, I DIDN'T SAY I GOT JACKED.. I WENT TO HIM SO I
      WOULDN'T GET JACKED UP IN PANAMA CITY.

DS:   WHAT DID YOU DO SO YOU WOULDN'T GET JACKED UP IN PANAMA
      CITY?
KG:   I WAS JUST THROWING THAT UP THERE.  I DIDN'T.. OKAY, I.. I
      THINK I SEE WHERE YOU'RE AT.

DS:   MM HUH.
KG:   THAT IS NOT.. THAT IS NOT A REALITY.. WHAT I SAID.. (BOTH
      TALKING).. WHEN I SAID..

DS:   (BOTH TALKING)..
KG:   I JUST THREW SOMETHING UP.

DS:   MM HUH.
KG:   I SAID I JUST THREW IT.. I COULD..

DM:   WELL GIVE US THE REAL ONE.. (BOTH TALKING)..
KG:   (BOTH TALKING).. JUST BECAUSE THE NAME'S A.. (BOTH
      TALKING).. JUST TO NAME ONE HERE.

DS:   (BOTH TALKING).. WELL GIVE.. GIVE US A REAL ONE THEN.  YEA,
      GIVE US A REAL ONE THEN.
KG:   AS IT RELATES TO WHAT?

DS:   TO WHY YOU.. SOUGHT BLESSINGS FROM "BIG O".  OUTSIDE OF
      BEING ABLE TO.. HAVE A RIDING CLUB.. THE HARASS PART AND
      THE SAFETY PART.
KG:   THE SAME THING THAT I TOLD YOU EARLIER..

DS:   MM HUH.
KG:   WHENEVER.. I.. WAS TOLD THAT I NEEDED TO CONTACT THIS
      PERSON..

DS:   MM HUH.
KG:   TO.. IN ORDER TO START ANOTHER CLUB.. OR TO OPEN UP A CLUB.

CITY OF DOTHAN/GRAY 000776
CONFIDENTIAL

DS: MM HUH.
KG: I.. CALLED THE PERSON.. SO.. THERE CAN BE SOME CO-EXISTING..

DS: MM HUH.
KG: SO.. THERE WOULDN'T BE ANY ISSUES IF THERE.. COULD POSSIBLY BE ISSUES, JUST.. SO WE COULD CO-EXIST WITH OTHER CLUBS WITHOUT STEPPING ON ANYONE'S TOES.

DS: OKAY.
KG: OKAY. MM.. MM.. AND THAT'S IT. THERE'S.. THERE'S NOTHING ELSE ADDED TO IT.

DM: HAVE YOU EVER WITNESSED ANY ISSUES?
KG: WITH WHAT?

DM: WITH WHAT WE'RE TALKING ABOUT.. WITH.. WITH.. SOMEBODY NOT BEING BLESSED? SOMEBODY NOT WEARING COLORS? COLORS GETTING SMASHED OFF SOMEBODY?
KG: I HEARD THAT UM. . . I HEARD SOMEONE IN.. I THINK THAT GROUP THAT ADRIANNE. .

DS: I THINK HE ASKED YOU IF YOU HAD SEEN ANY. IS THAT RIGHT?
DM: MM HUH.
KG: OKAY.. NO.

DS: OKAY.
KG: (BOTH TALKING)..

DS: (BOTH TALKING).. GOOD ANSWER.
KG: (LAUGHS)..

DS: AND THIS IS YOU WITH OTIS? IS THAT RIGHT? ALSO SHAKING HANDS WITH HIM?
KG: YES.

DS: OKAY. WHERE IS THIS TAKEN AT?
KG: UM.. IN DOTHAN.

DS: OKAY.
KG: (UNINTELLIGIBLE)..

DS: OKAY.. ALRIGHT. AND THIS IS WITH SOME OF YOUR RIDING GROUP AND.. AS WELL AS THIS? IS THAT RIGHT?
KG: YES.

DS: AND WHERE ARE YA'LL THERE?
KG: WE'RE IN.. SOMEWHERE IN THE BACK HILLS OF UH.. OF UH.. ANNISTON.. I MEAN UM.. SOMEWHERE UP AROUND BIRMINGHAM OR WHATEVER.

DS: OKAY, WHAT.. WHAT ARE YOU HOLDING?

CITY OF DOTHAN/GRAY 000777
CONFIDENTIAL

KG: THAT IS A UM.. (UNINTELLIGIBLE.. LOW VOLUME).. IT IS A
PATCH THAT THEY.. THAT.. OUTCASTS USED.. FOR A FALLEN..
RIDER OR A DEATH.. OF A RIDER.

DS: WHY.. WHY ARE YA'LL.. THERE THAT DAY?
KG: THEY HAD A.. ANNIVERSARY PARTY.. UP THERE WHICH IS UM..
UH.. EVERY CLUB HAS AN ANNIVERSARY PARTY.  WE JUST HAD ONE.

DS: MM HUH.
KG: AND UM.. LITTLE.. UNBEKNOWNST TO US.. THERE WAS A.. THEY
HAD A FALLEN.. UH.. RIDER AND UM.. UM.. IT WAS A FUNERAL.
WE WENT TO.. UH.. A FUNERAL THERE.. (RECORDER PICKING UP
BACKGROUND AUDIBLE OUTSIDE INTERVIEW ROOM)..

DS: OKAY.. (MOVEMENT AROUND RECORDER/SOUND OF DOOR CLOSING)..
AND YOU SAID THEY WHO?
KG: OUT.. UH.. OUTCASTS, THEIR ORGANIZATION.

DS: OUTCASTS ORGANIZATION.. IS THAT IN BESSEMER?  IS THAT WHERE
YA'LL WENT?
KG: THIS IS.. (BOTH TALKING)..

DS: (BOTH TALKING).. IS THIS "BIG O'S" GROUP?
KG: THIS ISN'T IN BESSEMER.

DS: OKAY.
KG: AND I CAN'T SAY.. THERE WAS A LOT OF 'EM.  AND YOU HAVE..
YOU SEE DIFFERENT PATCHES FROM DIFFERENT AREAS SO..

DS: SO YA'LL.. YA'LL WENT TO A FUNERAL OF AN OUTCAST MEMBER?
KG: YES.

DS: OKAY.  AND YA'LL RECEIVED A.. I BELIEVE THIS IS AN R.I.P.
PATCH.  IS THAT RIGHT?  IS THAT WHAT IT'S CALLED?
KG: I GUESS YOU CAN CALL IT THAT.

DS: OKAY.  AND.. SO YA'LL RECEIVED THIS PATCH AS.. A GIFT I
GUESS FROM OUTCASTS.  IS THAT RIGHT?
KG: I DON'T KNOW IF YOU'D CALL IT A GIFT BUT IT WAS GIVEN TO US
FROM THEM.

DM: IT WAS RESPECT.  YOU SHOWED UP SO THEY GAVE YOU SOME'EM?
KG: THEY DIDN'T DEFINE THE REASON.. (BOTH TALKING)..

DS: (BOTH TALKING).. HOW DO YOU.. HOW DO YOU DEFINE IT?  WHAT..
WHY DID THEY GIVE IT TO YOU?
KG: I GUESS CAUSE WE WERE THERE.

DS: YOU DON'T KNOW WHY THEY GAVE IT TO YOU?  DID THEY HAND
EVERYBODY ONE?
KG: THERE WAS NO EXPLANATION FOR IT AND I DIDN'T WATCH TO SEE
IF THEY HANDED EVERYBODY ONE.

CITY OF DOTHAN/GRAY 000778
CONFIDENTIAL

DS: OKAY. WHO HANDED IT TO YOU?
KG: "BIG O".

DS: OKAY. AND HE DIDN'T SAY.. WHY OR NOTHING? HE JUST SAID.. HERE, YA'LL HAVE A PATCH?
KG: THAT'S IT. HE DIDN'T EVEN SAY HERE, YA'LL HAVE A PATCH.

DS: WHAT DID HE SAY?
KG: HE DIDN'T SAY ANYTHING. I JUST TOLD YOU.

DS: WHENEVER HE HANDED IT, DID YOU JUST LOOK AT IT? DID YOU QUESTION IT?
KG: (NO AUDIBLE RESPONSE).

DS: I DON'T NEED THIS. DO I.. DO YOU NEED ME.. (BOTH TALKING)..
KG: (BOTH TALKING).. MO.. MOVE ON.

DS: DO I NEED THIS?
KG: MOVE ON.. (BOTH TALKING).. DIDN'T KNOW WHAT IT WAS.

DS: (BOTH TALKING).. NO.. NO.. IF YOU GIVE ME SOME'EM AND I DIDN'T ASK FOR IT, I'M GONNA ASK WHAT IT'S ABOUT.
KG: IT.. (BOTH TALKING)..

DS: (BOTH TALKING).. THAT'S ME. I'M JUST ASKING WHAT YOU DID.
KG: YEA, IT.. IT WASN'T CONTRABAND. IT WASN'T ANYTHING ILLEGAL. AND..

DS: WAS IT ANYTHING YOU HAD EVER SEEN BEFORE?
KG: I THINK I'VE SEEN IT ON THEIR VEST..

DS: MM HUH.
KG: BUT DIDN'T ASK ABOUT IT.

DS: DIDN'T ASK.. THEY JUST HANDED IT TO YOU AND YA'LL TOOK IT?
KG: THAT'S RIGHT AND IT'S NOT ILLEGAL.

DS: NO.. UM.. I GUESS YA'LL WERE PROUD ENOUGH TO GET IT THOUGH TO TAKE A PICTURE WITH IT. OR IS THAT JUST.. IT'S JUST IRRELEVANT?
KG: PROUD ENOUGH TO TAKE A PICTURE WITH THIS.. (BOTH TALKING).. JUST A PICTURE..

DS: (BOTH TALKING).. I.. OKAY, I JUST.. YOU.. YOU TOOK A PICTURE HOLDING YOUR PATCH UP. EVERYONE'S HOLDING THEIR PATCH UP.
KG: AND WE'RE.. YEA.

DS: OKAY.
KG: WE TOOK A PICTURE WITH 'EM.

CITY OF DOTHAN/GRAY 000779
CONFIDENTIAL

DS: OKAY.  ALRIGHT.. IS UH.. DO YOU RECOGNIZE ANYONE IN THIS
PICTURE?
KG: . . I HAVE NEVER SEEN THIS PICTURE BEFORE.

DS: OKAY.  YOU DON'T KNOW ANYBODY THAT'S IN THERE.. RIGHT OFF?
KG: . . . NOT THAT I RECOGNIZE.

DS: OKAY.. ALRIGHT.  OF COURSE THIS IS JUST SOMETHING THAT
YOU'VE ALREADY TOLD ME ALREADY BUT UH.. UH.. THIS UH..
OUTCAST BIKERS ARE STILL PROUD TO BE IN THE ONE PERCENT OF
PEOPLE THAT LIVE BY THE CODE OF OUTLAWS.  UH.. THEY WERE
ALL BLACK, RIDE HARLEYS AND HAVE THEIR OWN RULES.  THEY
CALL THEIR WOMEN THEIR PROPERTY, WHICH WE SHOWED.. I.. WE
SAW A PICTURE OF THAT.  UH.. AND THEY DON'T TAKE SHIT FROM
NO ONE.  AND.. THIS DOCUMENTARY THAT THEY WERE DOING ON
OUTCASTS, IT SHOWS THE DARK WORLD OF.. OF THESE SELF-
PROCLAIMED OUTLAW BIKERS.
KG: I'VE NEVER SEEN THAT BEFORE.

DS: OKAY.
KG: NEVER READ IT BEFORE.. DON'T KNOW ANYTHING ABOUT IT.

DS: OKAY.  BUT A LITTLE OVER A YEAR AGO YOU LEARNED THERE WERE
ONE PERCENTERS, RIGHT?  THAT'S WHAT YOU SAID.
KG: I.. YES.. (BOTH TALKING)..

DS: (BOTH TALKING).. APPROXIMATELY A YEAR AGO.
KG: KNOW WHAT THE ONE PERCENT MEANS.

DS: OKAY.. ALRIGHT.  ALRIGHT.. HERE'S AN ARTICLE UH.. DO YOU
KNOW A.. A.. SIN CITY DISCIPLE BY THE NAME OF "COYOT".. OR
"COYOTE"?
KG: NO.

DS: HE'S NOT THE ONE YOU WENT AND TALKED TO IS HE?
KG: NO.. (LOW VOLUME)..

DS: ALRIGHT, HERE'S A NEWS ARTICLE FROM THE BIRMINGHAM NEWS
UH.. WHERE A SIN CITY.. MEMBER UH.. SHOT AND KILLED UH..
THE PRESIDENT OF SURE ENOUGH.. CLUB UP THERE.  YOU'RE NOT
FAMILIAR WITH THAT ARE YOU?
KG: MY FIRST TIME HEARING IT.

DS: OKAY.  ARE YOU FAMILIAR WITH "R.O.C.I.C."?
KG: YES.

DS: OKAY.. WHAT DOES THAT MEAN TO YOU?
KG: IT'S LIKE A REGIONAL INTELLIGENCE DATA BASE.

DS: OKAY.. ALRIGHT.  LAW ENFORCEMENT SENSITIVE STUFF.. PRETTY
MUCH?

CITY OF DOTHAN/GRAY 000780
CONFIDENTIAL

KG: MM.. I GUESS.

DS: OKAY. . OKAY.. UH.. THIS STATEMENT AT THE END.. IT SAYS
OUTLAW MOTORCYCLE GANGS CONSIST OF HIGHLY SKILLED AND
INTELLIGENT PEOPLE WHO CONSTANTLY ADAPT AS TECHNOLOGY AND
TIMES EXCHANGE.  WHILE OUTLAW MOTORCYCLE GANGS ARE VERY
MUCH CRIMINAL ORGANIZATIONS, THEY HAVE MANAGED TO LAUNCH
PUBLIC RELATION CAMPAIGNS THAT HAVE CONVINCED MUCH OF THE
GENERAL PUBLIC.. THEY ARE JUST GUYS WHO BELONG TO A CLUB
AND WANT TO HANG OUT TOGETHER.  IT IS IMPORTANT TO STRESS
THAT LAW ENFORCEMENT GANGS ARE VERY DANGEROUS, CRIMINAL
ORGANIZATIONS THAT CONTINUE TO BE A THREAT TO THE NATION.
DO YOU AGREE WITH THAT STATEMENT?
KG: I DON'T KNOW WHERE THEY GOT THEIR INFORMATION FROM.. DON'T
KNOW ANYTHING.. ABOUT ALL THAT SO.. (BOTH TALKING)..

DS: (BOTH TALKING).. I'M JUST ASKING.. DO.. DO YOU AGREE WITH
THAT STATEMENT?
KG: THAT'S THEIR OPINION.

DS: YES.
KG: I DIDN'T.. I DIDN'T WRITE IT.  I HAVEN'T DONE ANY RESEARCH
IN IT.  UM.. BLUE KNIGHTS ARE A LAW ENFORCEMENT UH..
MOTORCYCLE CLUB SO..

DS: EXACTLY.
KG: I DON'T.. I DON'T HAVE ANY OPINION AS.. (BOTH TALKING)..

DS: (BOTH TALKING).. NO, THIS IS JUST OUTLAW.. IT DON'T SAY
MOTORCYCLE.. CLUBS.  IT SAYS OUTLAW MOTORCYCLE CLUBS.
KG: OKAY.

DS: DO YOU..
KG: "BAMA BOYS" ISN'T AN OUTLAW MOTORCYCLE CLUB EITHER.

DS: NO.. OUTCASTS IS THOUGH.
KG: THAT'S THEIR CLUB.  THEY HAVE NOTHING TO DO.. (BOTH
TALKING).. WITH OUR CLUB.

DS: (BOTH TALKING).. OKAY.. I'M JUST.. I'M JUST ASKING YOU..
SEE..
KG: OKAY.

DS: DO.. DOES THIS SOUND ABOUT RIGHT FOR MOTOR.. OUTLAW
MOTORCYCLE CLUBS?
KG: I HAVE NO OPINION ON THAT.

DS: YOU DON'T HAVE AN OPINION ON IT?
KG: NO.

DS: OKAY.. ALRIGHT.
KG: (MOVEMENT AROUND RECORDER).. THEIR RESEARCH.  AND I JUST

CITY OF DOTHAN/GRAY 000781
CONFIDENTIAL

HAVE NO OPINION ON IT.

DS:   THAT'S WHERE WE GET OUR INTELLIGENCE FROM?  IS THAT RIGHT?
      YOU SAID YOU'RE FAMILIAR WITH R.O.C.I.C?
KG:   YEA.

DS:   OKAY.  THIS IS WHAT WE PASS ON TO OUR GUYS ON THE STREET,
      RIGHT?
KG:   I HAVEN'T EVER SEEN THAT SO IF YOU PASSED IT ON TO ME, I..
      I HADN'T GOTTEN A COPY OF IT.

DS:   OKAY.. OKAY.. NOW, NOT THIS ONE IN GENERAL.  JUST
      INFORMATION FROM R.O.C.I.C.. WE PASS ON TO OFFICERS ON THE
      STREET.  IS THAT RIGHT?
KG:   SOMETIMES WE DO, YEA.

DS:   OKAY.  UH.. THIS IS FROM VIRGINIA FUSION CENTER.  THIS IS
      OUTTA VIRGINIA.  UH.. BUT IT'S ALSO ABOUT OUTCASTS BECAUSE
      THEY'RE A NATIONALLY KNOWN CLUB.  UH.. AS A MATTER A FACT
      THEY'RE THE LARGEST.. ALL BLACK MOTORCYCLE GANG.. UH..
      MOTOR.. YEA.. WELL THEY.. WELL THEY.. THEY CALL THEIRSELF A
      GANG.. MOTORCYCLE GANG.. IN THE COUNTRY, UH.. THE OLDEST
      AND LARGEST.  UH.. DO YOU SEE RIGHT HERE THIS STATEMENT IT
      SAY.. THIS IS FROM THE VIRGINIA FUSION CENTER.  YOU.. ARE
      YOU FAMILIAR WHAT A FUSION CENTER IS?  SUCH AS THE ALABAMA
      FUSION CENTER?
KG:   YEA.

DS:   OKAY.  UH.. IT SAYS OUTCASTS OMG HAS INCREASED THEIR
      VIOLENCE TOWARDS OTHER MOTORCYCLE CLUBS THROUGHOUT THE
      SOUTHEASTERN UNITED STATES.  ON JULY 13, 2013 MEMBERS OF
      THE OUTCAST MOTORCYCLE CLUB COMMITTED AN ASSAULT ON MEMBERS
      OF THE J.I.G.. J.A.G.  UH.. THEY FORCEFULLY.. FORCEFULLY..
      (UNINTELLIGIBLE). . . . . . . J.A.G.  UH.. THE OUTCASTS OMG
      SUPPORT CLUB CALLED THE REAL KINGS EXCHANGED GUNFIRE WITH
      MEMBERS OF THE WHEELS OF SOUL OMG IN THE STATE OF NORTH
      CAROLINA AND THREE PEOPLE WERE KILLED.
KG:   OKAY.

DS:   OKAY.  UH.. IT SAYS ONE MEMBER OF THE OUTCASTS AND ONE
      MEMBER OF THE SUPPORT CLUB WERE TREATED AT LOCAL AREA
      HOSPITALS FOR MULTIPLE STAB AND GUNSHOT WOUNDS.  DID YOU
      UNDERSTAND WHAT I READ?
KG:   I DID.

DS:   I.. I KNEW YOU WERE WRITING.  I'LL WAIT TILL YOU GET
      THROUGH.
KG:   I CAN HEAR YOU AT THE SAME TIME.

DS:   OKAY.
KG:   I'VE JUST WRITING SOME COMMENTS.

CITY OF DOTHAN/GRAY 000782
CONFIDENTIAL

DS: WELL IT.. THIS IS FROM THE VU.. FUSION CENTER.  DO YOU.. DO YOU UNDERSTAND WHAT THEY'RE WRITING ABOUT?
KG: I HEARD WHAT YOU READ.

DS: I'M ASKING DO YOU UNDERSTAND IT?
KG: I HEARD AND UNDERSTAND WHAT YOU READ.

DS: OKAY.. THANKS.  THIS IS FROM THE.. FLORIDA.. FUSION CENTER, WHICH IS ALSO A FUSION CENTER, JUST LIKE THE VIRGINIA ONE AND THE ALABAMA ONE.. OKAY.  I JUST WANNA GO OVER A FEW MORE THINGS IN THIS.  UH.. BEFORE I SHOW YOU THIS ONE.. BEFORE I ASK YOU ABOUT THIS ONE, UH.. ARE YOU FAMILIAR WITH LEGIONS OF DOOM.. MOTORCYCLE CLUB?
KG: UM.. YES I KNOW OF THE CLUB.

DS: OKAY.  IF YOU WOULD EXPLAIN TO ME YOUR RELATIONSHIP WITH THEM.
KG: UM.. I KNOW SOME OF THE GUYS.  UM.. GONE DOWN TO THEIR ANNIVERSARY PARTY LIKE WE HAVE ANY OTHER CLUB'S ANNIVERSARY PARTY.  MM.. AND AS FAR AS.. THE HISTORY OF.. JUST LIKE ALL THIS STUFF YOU'RE NOW READING..

DS: MM HUH.
KG: I DON'T KNOW THE HISTORY OF.. OUTCASTS.. DON'T KNOW THE HISTORY OF.. LEGIONS OF DOOM.. DON'T DWELL INTO THOSE HISTORIES BECAUSE MY CLUB IS NOT THEIR CLUB.  MY CLUB IS "BAMA BOYS" MOTORCYCLE CLUB, INCORPORATED.  AND UH.. WE.. OPERATE INDEPENDENTLY.

DS: MM HUH.
KG: SO.. UM.. JUST LIKE.. UM.. ANY OF THE OTHER CLUBS.. I HAVEN'T DONE ANY RESEARCH INTO 'EM TO SEE.. UM.. WHAT.. YOU'VE DONE.  YOU'VE DONE A LOT OF LAW ENFORCEMENT..

DS: MM HUH.
KG: RESEARCH THROUGH LAW ENFORCEMENT DATABASES.  AND.. AND I.. (BOTH TALKING).. AND I..

DS: (BOTH TALKING).. WHICH.. WHICH.. WHICH YOU'RE CAPABLE OF DOING.
KG: AND I HAVEN'T.  DON'T WANNA..

DS: DON'T WANNA DO IT?
KG: YOU MIGHT SAY I'M MISUSING YOU KNOW.  SO.. UM.. IN.. THAT RESPECT..

DS: MM HUH.
KG: UM.. YOUR RESEARCH IS A LOT MORE DEFINED.  BUT.. I'M NOT IN THOSE CLUBS.

DS: OKAY.
KG: AND MY CLUBS ARE NOT IN THOSE CLUBS.  SO.. THAT INFORMATION

CITY OF DOTHAN/GRAY 000783
CONFIDENTIAL

ON THEM CLUB.. THOSE CLUBS HAS TO DO WITH THEM.. NOT.. NOT US.

DM: WELL THE LAST INTERVIEW YOU TOLD US THAT WE NEEDED TO RESEARCH SOME MORE.

DS: YEA, YOU TOLD US TO RESEARCH. UM.. I.. I.. I KNOW THAT THE REASON I'M BRINGING THIS INTO IT IS BECAUSE YOU MADE THE.. THE CHOICE.. TO GO SEE.. "BIG O".. OTIS.. AT THE OUTCAST CLUBHOUSE. YOU DIDN'T KNOW WHERE YOU WERE GOING.. DIDN'T KNOW IF YOU WERE GOING TO MEET A PREACHER OR THE DEVIL. UH.. YOU DIDN'T LOOK INTO IT TO SEE WHO YOU WERE GOING TO SEE DID YOU? YOU JUST WENT. IS THAT RIGHT?

KG: KIND A LIKE MY CHURCHES. I UH.. HAVE ATTENDED SEVERAL. DIFFERENT CHURCHES. AND UM.. I.. SOMETIMES WITH MY FAMILY. SOMETIMES I WENT ON MY OWN. BUT I DIDN'T DO THE HISTORY OF MY PREACHER.. YOU KNOW, TO SEE IF MY PREACHER HAD GONE TO PRISON FOR SOMETHING AND HE'S TURNED HIS LIFE AROUND FOR CHRIST AND.. WHATEVER. I DIDN'T DO THAT.

DS: MM HUH.

KG: MY.. IF I GET SOMEBODY TO.. DO MY YARD, CLEAN MY YARD..

DS: MM HUH.

KG: I DON'T STOP AND GO THROUGH THIS TYPE OF MATERIAL.. TO SEE WHAT KIND OF UH.. BACKGROUND THAT PERSON DOES. I HIRE HIM TO CUT.. TO CUT MY GRASS. I'M NOT ASSOCIATED WITH HIM.

DS: OKAY.

KG: IT.. SO.. IT'S.. IT'S JUST.. THAT SAME WAY. NO.. I DIDN'T DO ANY RESEARCH INTO THAT WITH THOSE GUYS BECAUSE.. I'M NOT IN THEIR CLUBS. I'M NOT.. (BOTH TALKING)..

DS: (BOTH TALKING).. YOU.. YOU DID ENOUGH RESEARCH TO KNOW YOU HAD TO GO TALK TO HIM.

KG: I DIDN'T DO RESEARCH THEN. REMEMBER WHEN I TOLD YOU.. (BOTH TALKING).. SAID.. THAT..

DS: (BOTH TALKING).. WORD OF MOUTH. YES, JUST WORD OF MOUTH.

KG: (BOTH TALKING).. NO..

DS: (BOTH TALKING).. AND YOU TOOK IT SERIOUS CAUSE YOU WENT AND TALKED TO HIM.

KG: NO RESEARCH.

DS: BUT YOU TOOK IT SERIOUS AND YOU WENT?

KG: SERIOUSLY?

DS: MM HUH.

KG: I DON'T KNOW IF YOU'D CALL IT SERIOUSLY. I WAS JUST TOLD BY SOMEBODY.. THAT THIS IS WHAT NEEDED TO BE DONE AND I DID IT. SO IT ISN'T.. (BOTH TALKING).. AS URGENT..

CITY OF DOTHAN/GRAY 000784
CONFIDENTIAL

DM: (BOTH TALKING).. YOU DRIVE THREE HOURS?
KG: IT'S UR.. IT'S NOT AS URGENT.. AS YOU'RE SAYING..

DS: OKAY.
KG: AS YOU'RE TRYING TO STRESS.

DS: SO YOU.. LET ME.. LET ME ASK YOU.. YOU TOOK A VACATION DAY
    AND DROVE ALL THE WAY TO BESSEMER.. FOR SOMETHING THAT YOU
    DIDN'T REALLY HAVE TO DO?
KG: DID I TAKE A VACATION DAY?

DS: YES.
KG: OKAY.

DS: OKAY.
KG: VACATION DAYS ARE MADE FOR EMPLOYEES.  THEY CAN.. (BOTH
    TALKING).. TAKE IT ANY TIME THEY WANT TO..

DS: (BOTH TALKING).. TAKE OFF PERSONAL TIME.. YES SIR.
KG: FOR ANYTHING WE WANT TO.

DS: YES SIR.
KG: NOT MANDATED BY ANY..

DS: NO.
KG: REGULATIONS OF THE POLICE DEPARTMENT.

DS: ABSOLUTELY NOT.
KG: OKAY.. SO ARE YOU SAYING THERE'S SOMETHING WRONG WITH ME
    TAKING A VACATION DAY?

DS: NO SIR, I DIDN'T SAY THAT AT ALL.
KG: OKAY.. JUST WONDERING.

DS: MM UH.
KG: BUT.. IF I TOOK A VACATION DAY, AND YOU PROBABLY LOOKED AT
    THE RECORD.. I PROBABLY DID.

DS: OKAY.. UH..
KG: WHICH I'M ENTITLED TO TAKE.

DS: BUT I.. I JUST.. HOW LONG HAVE YOU BEEN A LAW ENFORCEMENT
    OFFICER?
KG: ABOUT AS LONG AS YOU I THINK.

DS: A LITTLE LONGER THAN I HAVE.. YEA, LONGER THAN I HAVE.  HOW
    LONG?
KG: ABOUT.. ABOUT TWENTY-EIGHT AND A HALF YEARS YOU THINK?

DS: MM HUH.. ALRIGHT.  AND.. WHEN YOU DECIDED TO MAKE A.. A..
    A.. CREATE A MOTORCYCLE RIDING CLUB.. SOMEONE JUST TOLD
    YOU.. THAT YOU NEEDED TO GO TALK TO THIS GUY.. RIGHT?  HE'S

```
           SHAKING HIS HEAD YES.
KG:   WHEN I.. (BOTH TALKING)..

DS:   (BOTH TALKING). . . . .
KG:   (LAUGHS). . . WHEN I.. WHEN I DECIDED TO MAKE A..
      MOTORCYCLE RIDING CLUB.. UM.. I JUST.. DID SOMETHING
      BECAUSE.. I'M A MOTORCYCLE ENTHUSIAST.. JUST WANTED TO GET
      TOGETHER.. (BOTH TALKING).. WITH SOME RIDERS..

DS:   (BOTH TALKING).. SOMEBODY SAID GO SEE "BIG O" TO GET
      PERMISSION?
KG:   SOMEBODY SAID.. CALL HIM UP.. (BACKGROUND NOISE/DOOR)..
      MAKE SURE YOU'RE OKAY.

DS:   OKAY.. AND YOU DID THAT?
KG:   YEA.

DS:   OKAY.. ALRIGHT.
KG:   MM HUH.

DS:   WITHOUT RESEARCHING ANYTHING ABOUT.. MOTORCYCLE CLUBS?
      YOU.. YOU HAD NO HISTORY OF MOTORCYCLE CLUBS?
KG:   SERGEANT SMITH, IT WASN'T THAT SERIOUS.

DS:   OKAY.
KG:   WE WERE JUST TRYING TO.. (BOTH TALKING).. RIDE BIKES..

DS:   (BOTH TALKING).. JUST TRYING TO GET A CLUB?
KG:   TRYING TO GET A CLUB, RIDE BIKES, UM.. GET TOGETHER..
      DO THINGS.  GIVE MONEY, LIKE WE DID TO THE DOTHAN POLICE
      DEPARTMENT.  LIKE WE JUST DID TO ANOTHER UH.. A ELITE
      PROFESSIONALS CLUB.  UH.. WE RAISE MONEY FOR CHARITIES,
      FOR SCHOLARSHIPS.. THAT'S ALL WE'RE TRYING TO DO.

DS:   BUT..
KG:   WE WEREN'T RESEARCHING..

DS:   MM HUH.
KG:   UM.. THE BACKGROUNDS IN THE.. PEOPLE THAT'S DONATING THE
      MONEY..

DS:   MM HUH.
KG:   THAT WE USED TO DONATE TO THE POLICE DEPARTMENT.  WE DIDN'T
      RESEARCH THE BACKGROUND OF ANY OF.. UH.. THE MOTORCYCLE..
      CLUBS THAT YOU'RE MENTIONING HERE.  I DIDN'T DO ANY
      RESEARCH INTO.. UH.. "BIG O" TO SEE.. WHO HE WAS.  UM.. I
      DIDN'T DO ANY RESEARCH INTO "L.O.D." AND WHAT THEY STAND
      FOR.  I DON'T DO ANY RESEARCH WHEN I GO.. INTO A MO.. GO
      SOMEWHERE ELSE AND.. SUSPECT EVERY.. ANYTHING AS BEING
      CRIMINAL.  I'M JUST TRYING TO LIVE MY LIFE..

DS:   MM HUH.
```

CITY OF DOTHAN/GRAY 000786
CONFIDENTIAL

KG: WITHOUT HARASSMENT.  AND I JUST TEND.. TO GO OUT.. AND YOU
KNOW WHAT, IF I THINK OF A GOOD IDEA.. THAT I THINK IS A
GOOD IDEA.. TO MAKE A MOTORCYCLE CLUB..

DS: MM HUH.
KG: SO WE CAN DONATE MONEY.. AND DO THINGS POSITIVE IN THE
COMMUNITY.. THAT'S WHAT WE DID.  SOMEWHERE ALONG THE WAY
SOMEBODY SAID HEY.. LISTEN, YOU MAY NEED TO.. UM.. CHECK
OUT.. YOUR PATCH CAUSE UH.. THIS MAY BE SOMETHING.. THAT YOU
MAY.. RECEIVE A LITTLE FLACK OVER.  WHY IS THAT?  UM..
SOME PEOPLE TAKE.. UM.. WHAT YOU HAVE ON YOUR VESTS.. MORE
PERSONAL THAN OTHERS.  AND THIS IS AN EDUCATION PROCESS.

DS: MM HUH.
KG: WHY IS THAT?  DON'T KNOW.. JUST.. HEY.. THIS IS WHO YOU NEED
CALL.

DS: JUST LEARNING AS YOU GO WASN'T YOU?
KG: THAT'S EXACTLY IT.

DS: SO.. OKAY.
KG: THAT'S EXACTLY IT.

DS: AND YOU HAD NO.. YOU HAD NO.. (BOTH TALKING)..
KG: (BOTH TALKING).. I HAD NO..

DS: KNOWLEDGE OF MOTORCYCLE..
KG: I HAD NO PREVIOUS KNOWLEDGE..

DS: KNOWLEDGE OF MOTORCYCLE CLUBS.. (BOTH TALKING).. BEFORE YOU
STARTED?
KG: (BOTH TALKING).. I HAD NO PREVIOUS KNOWLEDGE OF.. THE. .
OUTCASTS.  I HAD NO PREVIOUS KNOWLEDGE OF.. THEM.  THERE IS
CLUBS THAT I'VE MET THAT I STILL DON'T.. YOU KNOW.. YOU JUST
DON'T.  IT'S.. LIKE WHEN YOU GO PLAY BASEBALL.. (BACKGROUND
NOISE AROUND RECORDER).. YOU GO PLAY ANOTHER SOFTBALL TEAM..
YOU.. IT'S THE FUN OF PLAYING SOFTBALL.

DS: MM HUH.
KG: WHEN YOU GO PLAY WITH ANOTHER TEAM.. THE GAME IS OVER AND YOU
GO YOUR OWN SEPARATE WAY.

DS: MM HUH.. OKAY.. ALRIGHT.  BUT.. WHOEVER.. YOU DON'T REMEMBER
WHO TOLD YOU.. YOU NEEDED TO GO SEE HIM?  THAT WAS.. YOU..
YOU AGREE.. THAT WAS SERIOUS ENOUGH THAT YOU ACTUALLY WENT..
TO SEE HIM IN BESSEMER, ALABAMA.. RIGHT?
KG: I DON'T KNOW WHAT YOU'RE TALKING ABOUT.. SERIOUS ENOUGH.

DS: YOU FELT LIKE YOU HAD TO DO THAT?
KG: I DIDN'T FEEL LIKE I HAD TO GO SEE HIM.. NO.

DS: YOU JUST DID IT CAUSE YOU CHOSE TO?

KG:   YEA.

DS:   OKAY.. THAT'S.. THAT'S UH.. ALRIGHT.  UH.. BACK TO LEGIONS OF
      DOOM.  UH.. YOU SAID YOU.. YOU'VE UH.. YOU KNOW OF 'EM.
      YOU'VE BEEN TO SOME OF THEIR ANNIVERSARY PARTIES.  ARE..
      ARE.. YOUR CLUB.. TIGHT WITH THEIR CLUB OR..
KG:   YEA, WE'RE FRIENDS.  IN.. IN UH.. IN MOTORCYCLE CLUBS.. YOU..
      JUST LIKE ANYTHING ELSE THAT YOU HAVE.. IF YOU HAVE A CAR
      CLUB.

DS:   MM HUH.
KG:   YOU MAY HAVE SOMEBODY THAT HAS A CAR JUST LIKE YOURS..

DS:   MM HUH.
KG:   YOU KNOW.  AND YOU.. LIKE SOME OF THE.. MODIFIED PIECES ON
      THEIR CAR AND YOU NEVER THOUGHT ABOUT THAT.. WHATEVER.  YOU
      MAY GET THAT PERSON'S PHONE NUMBER.

DS:   MM HUH.
KG:   BECAUSE YOU HAVE A COMMON INTEREST AND A COMMON.. YOU KNOW
      AND.. YOU KNOW.. SHARE SOME THINGS.. MAY.. GET.. PARTS
      CHEAPER OR WHATEVER.  IT'S THE SAME THING.

DS:   MM HUH.. OKAY.. ALRIGHT.  ONCE YOU.. ONCE YOU GOT.. ON THE
      MOTORCYCLE SET.. AND STARTED LEARNING HOW TO DO THINGS, DID
      YOU RESEARCH IT THEN ANY?  OR DID YOU STILL NOT FOOL WITH IT?
KG:   UM.. A LITTLE BIT.. START.. START TRYING TO LOOK INTO A
      LITTLE BIT OF A.. WHAT UH.. YOU KNOW.. WHAT'S GOING ON AND..
      AND.. AND SO YOU TEND TO TRY TO FIND OUT.

DS:   WHAT DID YOU FIND OUT?
KG:   GOT.. SOCIAL CLUBS.. GOT.. SOCIAL CLUBS.. UM.. FORM.. UP
      UNDER.. MOTORCYCLE CLUBS.  IF A MOTORCYCLE CLUB UH.. CEASED
      TO EXIST, THE SOCIAL CLUB DOESN'T EXIST.

DS:   MM HUH.
KG:   UM.. DIFFERENT..

DS:   DID YOU LEARN ANYTHING ABOUT THE BAD SIDE OF IT?
KG:   DIFFERENT SLANG NAMES OF.. SLANG NAMES THEY USE AS FAR AS
      JARGON.

DS:   DID YOU EVER LEARN THE BAD SIDE OF IT?
KG:   I MEAN.. JUST LIKE WATCHING TV THERE'S A SHOW THAT'S ON TV..
      ABOUT THE HELL'S ANGELS AND STUFF THAT HAPPENS IN CALIFORNIA
      WITH THOSE UM.. BIG NAME UM.. OUTLAW UM.. BIKER CLUBS AND..
      YOU JUST HEAR AND.. YOU KNOW THEY'VE GOT.. GOT DOCUMENTARIES
      AND STUFF LIKE THAT.

DS:   SO, WHAT DID YOU LEARN ABOUT.. ABOUT THE BAD BOYS?  ABOUT THE
      BAD CLUBS?
KG:   UM.. THERE ARE SOME THAT ARE SPECIFIC ENEMIES TO EACH OTHER.

CITY OF DOTHAN/GRAY 000788
CONFIDENTIAL

UM.. NOW WHO IN PARTICULAR I CAN'T TELL YOU.

DS:  OKAY.
KG:  IT DIDN'T APPLY TO MY CLUB.  UM.. THAT THEY'RE.. THEY'RE.. THEY CAN BE TERRITORIAL.

DS:  ANY VIOLENT.. KNOWN VIOLENCE ON ANY OF 'EM?
KG:  YEA, THAT'S ON TV.  YOU CAN.. THEY'RE.. THEY GOT SOME'EM.. (BOTH TALKING)..

DS:  (BOTH TALKING).. WELL TV YOU CAN COULD BE.. NON-FICTION OR.. OR FICTIONAL SO..
KG:  NO, I THINK THIS WAS SOMETHING THAT ACTUALLY HAPPENED.

DS:  OKAY.
KG:  IT WAS A CASINO SOMEWHERE UP IN.. L.A. I THINK IT WAS.. (BOTH TALKING)..

DS:  (BOTH TALKING).. THERE'S A POTENTIAL FOR VIOLENCE IN THE MOTORCYCLE WORLD?
KG:  YEA.

DS:  OKAY.. ALRIGHT.
KG:  POTENTIAL FOR VIOLENCE IN THE POLICE WORLD TOO.

DS:  OH YES, EVERY DAY.
KG:  (LAUGHS)..

DS:  EVERY DAY.. EVERY DAY.  ARE YOU BENEFITTING AT ALL FROM BEING IN THE MOTORCYCLE CLUB?
KG:  (LAUGHS).. NO, I'M LOSING MONEY.

DS:  OKAY.
KG:  (LAUGHS)..

DS:  ALRIGHT.. SO, TO GET.. IT'S A CHOICE TO.. TO.. TO BE IN ONE?
KG:  FOR RAISING MONEY AND.. AND HELPING OUT DO THINGS YEA..

DS:  OKAY.
KG:  YEA, IT'S.. AND I'M LOSING MONEY.

DS:  OKAY.. ALRIGHT.  UH.. JUST SOME.. YOU DIDN'T RESEARCH THE CLUBS.  UH.. SO I'M JUST GONNA TELL YOU.. THE LEGIONS OF DOOM, UH.. IT SAYS UH.. THE OUTLAWS HAVE BEEN OBSERVED ASSOCIATING WITH THE LEGIONS OF DOOM.  OF COURSE YOU KNOW THE OUTLAWS.. YOU SAID THEY WERE THE.. THE BAD BOYS IN THE TOP FOUR OF THE.. BUREAU.
KG:  MM.. YOU KNOW WHAT.. THE OUTLAWS MAY BE.  UM.. I REMEMBER UH.. HELL'S ANGELS, UM.. WHICH THEY STAND OUT THE MOST.  UM.. MAYBE THE BANDITOS.. PISTOLEROS.. LIKE THAT.. THAT.. AND THAT SIDE.

CITY OF DOTHAN/GRAY 000789
CONFIDENTIAL

DS: OKAY.. ALRIGHT.  UH.. SO AND OUTLAW SUPPORT GROUPS.. I.. I..
    LET ME.. LET ME ASK YOU THIS REAL QUICK LIKE.  WHAT DO YOU..
    THINK OF OUTCASTS RIGHT NOW?  WITH THE KNOWLEDGE YOU HAVE OF
    OUTCAST, HOW DO YOU FEEL ABOUT 'EM?
KG: WHAT YOU JUST READ.. IS A LOT OF INFORMATION THAT I DIDN'T
    KNOW.  SO UH..

DS: WELL JUST TAKE THIS AWAY.  TAKE THIS AWAY.  WHAT YOU KNEW ON
    YOUR OWN ABOUT OF OUTCAST, HOW.. WHAT.. WHAT DO YOU THINK OF
    'EM?
KG: THAT'S KIND A HARD TO SEPARATE THROUGH NOW.  UM..

DS: WELL BEFORE TODAY, HOW DID FEEL.. (BOTH TALKING).. ABOUT
    OUTCAST?
KG: (BOTH TALKING).. OKAY. . I FELT THAT OUTCAST.. AND.. AND I
    WANNA.. REALLY.. QUALITY THIS TOO..

DS: OKAY.
KG: BECAUSE THERE'S.. THERE'S A.. ANOTHER DIFFERENCE.  UM.. I'VE
    NEVER.. BEEN EXPOSED.. TO ANY.. THING CRIMINAL..

DS: MM HUH.
KG: WHEN I'VE BEEN AROUND OUTCAST.  THE PICTURES THAT YOU JUST
    SHOWED.. AT OUR ANNIVERSARY PARTY..

DS: MM HUH.
KG: UM.. "BIG O", UH.. I TRIED TO BUY HIM A.. A DRINK AT THE BAR.
    HE SAID.. ALL I WANT'S WATER.  ALL I NEED IS WATER.

DS: MM HUH.
KG: HE AND.. THE PERSON THAT HAD THE PROPERTY OF, HIS
    GIRLFRIEND.. THAT'S ALL THEY DRANK ALL NIGHT WAS WATER.
    THAT.. THAT'S IT.  YOU KNOW I OFFERED 'EM ALCOHOL.. NO.

DS: WOULDN'T TAKE IT?
KG: HE'S AN OLDER GUY.

DS: MM HUH.
KG: AND UM.. HE UH.. HE.. BASICALLY JUST.. HECK, HE'S A NICE GUY.
    I MEAN I.. I DON'T KNOW WHAT HIS HISTORY..

DS: WELL.. GO AHEAD.. GO AHEAD, I'M SORRY.
KG: LET.. LET ME KIND A FINISH.

DS: YEA, GO AHEAD.. I'M SORRY.
KG: I DON'T KNOW WHAT HIS.. HISTORY OR ANYTHING IS.. BUT.. HE
    SAYS UH.. HIS PERSONALITY IS.. JUST THAT OF ENJOYING.. BIKING
    AND UH.. I'VE NEVER HEARD HIM SAY A BAD THING.  I'VE NEVER..
    SEEN HIM.. DO ANYTHING.. YOU KNOW UH.. CRIMINAL, BAD, OR
    WHATEVER.

DS: MM HUH.

CITY OF DOTHAN/GRAY 000790
CONFIDENTIAL

KG: HE JUST.. SEEMS TO BE A NICE GUY. AND.. ALL I CAN TELL YOU
    IS.. IS.. IS WHAT I KNOW OF HIM. SO, MY IMPRESSION OF HIM..
    (BACKGROUND NOISE AROUND RECORDER).. IS.. SEPARATE FROM THE
    IMPRESSION THAT I HAVE WITH THE LOCAL OUTCAST THAT JUST
    STARTED.

DS: MM HUH.
KG: BECAUSE.. UM.. I GUESS I'M HEARING NOTHING BUT HELL RAISING.
    BY THE LOCAL.. CHAPTER. AND BEFORE THOSE GUYS CAME HERE, YOU
    KNOW.. WE HADN'T HEARD ANYTHING.. YOU KNOW.. HADN'T SEEN
    ANYTHING.. YOU KNOW SUCH AS WHAT HAPPENED WITH THIS..

DS: MM HUH.
KG: UH.. THEIR CLUBHOUSE.. YOU KNOW. SO, UH.. KNOWING OF THE
    OUTLAWS.. UH.. EXCUSE ME FROM OUTCAST.. WAS FROM A DISTANCE..
    UNTIL.. THIS GUY, "BLACK MAGIC", CAME HERE WITH THIS.. THIS
    LOCAL CHAPTER.

DS: OKAY.
KG: OKAY.

DS: SO.. SO, AFTER YOU TALKED TO "BIG O" YOU JUST KIND A..
    OUTCAST JUST KIND A LEFT YOUR MIND? YOU DIDN'T REALLY EVEN..
    (BOTH TALKING).. KNOW ANYTHING ABOUT 'EM?
KG: (BOTH TALKING).. THEY DON'T HAVE ANY.. THEY DON'T HAVE
    ANYTHING TO DO.. WITH US OTHER THAN YOU KNOW.. IN.. SENDING
    AN INVITATION TO OUR ANNIVERSARY PARTY AND.. AND.. AND..
    RAISING MONEY FOR FUNDS TO DONATE.

DS: OKAY.. ALRIGHT.
DM: WHERE.. WHERE.. LET ME REAL QUICK.. WHERE WERE YOU AT.. WHEN
    YOU TRIED TO BUY "BIG O" A DRINK?
KG: THAT SAME PA.. PLACE ON THE PICTURE RIGHT THERE.

DS: (UNINTELLIGIBLE)..
KG: YEA.

DS: WHERE IS THAT AT?
KG: ON SOUTH SAINT ANDREWS STREET.

DM: HAVE THEY GOT A LIQUOR LICENSE?
KG: HECK, I DON'T KNOW. YOU'LL HAVE TO.. I DON'T KNOW. I DON'T
    GO IN PLACES AND ASK DO THEY HAVE A LIQUOR LICENSE.

DM: GO AHEAD.
DS: HMM?

DM: GO AHEAD.
DS: OKAY. UH.. IN THIS.. FROM THE UH.. FLORIDA FUSION CENTER
    THAT I LOOKED AT.. IT SAYS HERE THAT.. UH.. SOME OUTLAW
    SUPPORT GROUPS INCLUDE UH.. AND IT HAS A WHOLE LIST OF 'EM.
    OF COURSE, OUTCAST MOTORCYCLE IS IN THIS GROUP. UH.. THEN IT

CITY OF DOTHAN/GRAY 000791
CONFIDENTIAL

```
                 SAYS RIGHT HERE THAT.. OUTCAST MOTORCYCLE IS THE PREVAILING
                 AFRICAN AMERICAN MOTORCYCLE CLUB.  IT APPEARS TO BE GROWING..
                 THEIR MEMBERSHIP.  THE OUTLAWS HAVE ENLISTED THE OUTCAST..
                 MC'S TO REGULATE THE SMALLER AFRICAN.. UH.. MOTORCYCLE CLUBS.
                 UH.. THEY CLAIM AS MANY AS TWENTY-EIGHT AFRICAN AMERICAN
                 SUPPORT GROUPS IN THE AREA.  UH.. THEY HAVE BEEN STREET GANG
                 MEMBERS.  MEMBER HANG-AROUNDS OBSERVED AT MANY OUTCAST
                 FUNCTIONS.  THE OUTCAST MC ARE FIERCE RIVALS OF THE WHEELS OF
                 SOUL AND A RECENT ALTERCATION BETWEEN THE TWO GROUPS LED TO
                 AGGRAVATED BATTERY AND ATTEMPTED MURDER CHARGES AGAINST AN
                 OUTCAST MEMBER.  OKAY.. SO, THIS IS FROM HE FUSION CENTER.
                 DO YOU AGREE WITH WHAT THEY SAY?  OR.. OR DO YOU BELIEVE WHAT
                 THEY SAY?
        KG:      (NO AUDIBLE RESPONSE).

        DS:      IT'S JUST WHAT THEY SAY ISN'T IT?
        KG:      IT'S JUST WHAT THEY SAY.

        DS:      OKAY.  I MEAN IF YOU.. IF YOU WAS A LAW ENFORCEMENT OFFICER,
                 A CAPTAIN SITTING UP THERE IN YOUR OFFICE AND YOU GOT THIS..
                 I MEAN YOU'D BELIEVE IT WOULDN'T YOU?
        KG:      IT.. YEA, IT WOULD BE.. IT WOULD BE KNOWLEDGE.

        DS:      YES.
        KG:      WHICH UH.. KNOWLEDGE I DIDN'T HAVE.

        DS:      THAT'S RIGHT.
        KG:      KNOWLEDGE I DIDN'T RESEARCH.

        DS:      OKAY.
        KG:      UM.. SO.. AM I BEING HELD ACCOUNTABLE FOR.. KNOWLEDGE THAT I
                 DIDN'T KNOW OR..

        DS:      NO.
        KG:      OKAY.

        DS:      UH..
        KG:      AND ANOTHER THING IN THERE.. SUPPORT GROUPS.. AS I SAID IN
                 THE FIRST INTERVIEW, UM.. SUPPORT GROUPS HAVE SUPPORT PATCHES
                 WHICH.. KIND A WOULD TIE YOU CLOSER TO THEM AND THEIR
                 IDEALS..

        DS:      MM HUH.
        KG:      AND THINGS OF THAT NATURE.. (BOTH TALKING).. AND UH..

        DS:      (BOTH TALKING).. AND YOU SAID YOU CHOSE NOT TO WEAR 'EM
                 DIDN'T YOU?
        KG:      WE.. WE DIDN'T AND WE.. AND WE STILL DON'T.  AND UH.. UH..

        DS:      BECAUSE YOU DIDN'T AGREE WITH HOW THEY ARE, RIGHT?
        KG:      WELL, WE DIDN'T WANNA BE SUBJECT TO SOMEBODY ELSE'S.. I GUESS
                 RULES OR.. OR WHAT.. WHAT HAVE YOU.
```

DS: MM HUH.
KG: YOU KNOW IF.. IF THAT'S WHAT.. WHAT IN FACT THEY DO AND I
THINK THEY DO USE.. ONCE YOU WEAR.. A PATCH YOU.. YOU HAVE
TO.. GO MORE ALONG WITH WHAT.. WHATEVER THEIR.. BELIEFS AND
STUFF ARE AND.. UH..

DS: YOU DON'T LIKE THEIR BELIEFS DO YOU?
KG: WELL.. IT'S NOT NECESSARILY.. NOT LIKING THEIR BELIEFS, AND..
AND THAT MAY BE.. A TRUE STATEMENT, BUT THAT'S NOT WHAT I'M..
I WAS GETTING AT.

DS: MM HUH.
KG: I'M GETTING AT.. I DON'T LIKE.. I DON'T PARTICULARLY CARE FOR
ANOTHER.. FORM OF CONTROL OVER.. THE.. THE CHARITY STUFF THAT
WE TRY TO DO.  IN OTHER WORDS, I MEAN JUST.. DIDN'T WANNA
SUBSCRIBE TO ANYTHING THAT WOULD.. YOU KNOW UH.. MAKE US HAVE
TO DO SOMETHING THEY WANT TO DO OR WHATEVER BE IT.. WHATEVER
IT IS.  I DON'T..

DS: OKAY.  OKAY.. IT SAYS OUTLAW MOTORCYCLE GANGS IN FLORIDA..
THIS IS FLORIDA BUT.. UH.. WILL POSE A THREAT TO LAW
ENFORCEMENT AND THE GENERAL PUBLIC BASED ON THEIR VIOLENT
NATURE.  SO, IF.. IF YOU JUST HAPPENED TO SEE THAT.. DURING
YOUR DAY-TO-DAY POLICE WORK, YOU.. YOU WOULD BELIEVE THAT
WOULDN'T YOU?
KG: (NO AUDIBLE RESPONSE).

DS: WOULD YOU AGREE WITH THAT OR SAY NAH, THEY'RE WRONG?
KG: UM.. I CAN KIND A GIVE YOU.. A.. A SUM-UP OF EVERYTHING, WHAT
UH.. WHICH LOOKS WHAT YOU'RE TRYING TO GET TO.

DS: I'M JUST..
KG: UM..

DS: ASKING QUESTIONS.
KG: WELL..

DS: I JUST..
KG: WELL LET ME SAY THIS FOR..

DS: OKAY.
KG: FOR MY.. BENEFIT THEN.

DS: ALRIGHT.
KG: UM.. ALL OF YOUR RESEARCH THAT YOU HAVE..

DS: MM HUH.
KG: ARE UH.. IS RESEARCH FROM.. YOU KNOW A CONGLOMERATION OF
PEOPLE.. PEOPLE THAT'S DONE SPECIFIC RESEARCH INTO IT.  THEY
MAY KNOW OF.. SPECIFIC CIRCUMSTANCES THAT I HAVE NO KNOWLEDGE
OF.  UM.. WHEN I'VE BEEN IN FLORIDA RIDING MY MOTORCYCLE IN

CITY OF DOTHAN/GRAY 000793
CONFIDENTIAL

FLORIDA, I HAVEN'T HAD.. ANYBODY TO COME UP AND.. AS THIS
ARTICLE JUST SAID..

DS: MM HUH.
KG: UM.. DONE ANYTHING TO ME WHILE I WAS RIDING MY BIKE IN
FLORIDA.  SO.. THESE SPECIFIC THINGS MAY DEAL WITH RESEARCH
TRENDS AND THINGS OF THAT NATURE.

DS: MM HUH.
KG: UH.. BUT I DON'T THINK THEY'RE ALL.. ENCOMPASSING.. UPON JUST
BECAUSE YOU WEARING THIS.. IT MEANS THAT'S GOING TO HAPPEN.

DS: MM HUH.
KG: JUST BECAUSE YOU.. RIDE A MOTORCYCLE, THIS IS ABSOLUTELY
GOTTA HAPPEN BECAUSE THE RESEARCH SHOWED THAT NINE TIMES OUT
OF TEN.  YOU KNOW WELL WHAT'S GOING ON WITH THAT TENTH.. YOU
KNOW.  SO.. I'M NOT.. DISPUTING..

DS: MM HUH.
KG: YOUR RESEARCH.

DS: MM HUH.
KG: WHAT I AM SAYING IS. . THE KNOWLEDGE FROM THOSE PEOPLE AS IT
APPLIES TO WHAT THEY HAVE DONE IN THEIR RESEARCH WITH THOSE
OUTLAW GROUPS.. MAY.. IN FACT BE TRUE WITH THOSE OUTLAW
GROUPS.  BUT, MY CLUB IS NOT AN OUTLAW CLUB SO.. THAT DOESN'T
APPLY.

DS: UH.. THE.. THE GROUP.. THE GROUP YOU WENT.. THE.. THE
CLUBHOUSE YOU WENT TO.. IS AN OUTLAW MOTORCYCLE GANG
CLUBHOUSE.  YOU DIDN'T KNOW THAT AT THE TIME, RIGHT?
KG: IS AN OUTLAW CLUB.. CLUBHOUSE?

DS: OUTLAW "OMC".  YOU DIDN'T KNOW THEY WERE OUTLAW.. A OUTLAW
MOTORCYCLE CLUB?
KG: (NO AUDIBLE RESPONSE).

DS: WHEN YOU WENT THERE?
KG: I GUESS YOU'D.. I GUESS YOU'D HAVE TO DEFINE THEM AS.. DEFINE
IT AS AN OUTLAW.  I KNOW THE NAME IS OUTCAST.

DS: YEA, BUT.. BUT..
KG: BUT..

DS: SO YOU DON'T KNOW.. (BOTH TALKING)..
KG: (BOTH TALKING)..

DS: YOU DON'T KNOW WHAT OUTLAW MOTORCYCLE CLUB MEANS?
KG: NO, THAT'S NOT WHAT I'M SAYING.

DS: WELL..
KG: THEIR NAME IS OUTCAST.

CITY OF DOTHAN/GRAY 000794
CONFIDENTIAL

DS: YES.
KG: AND THERE'S A.. CLUB CALLED OUTLAW.

DS: OUTLAWS.. YES, THAT'S RIGHT.
KG: NOW.. HOW YOU ATTACHED THE.. THE WORD OUTLAW TO THEM.. NO.. I
DON'T KNOW THAT THEY WERE AN OUTLAW.. I KNOW THEY WERE CALLED
OUTCAST AND I WAS JUST TOLD TO.. TALK TO THIS PERSON TO GO
AHEAD..

DS: BUT YOU DIDN'T KNOW THEY WERE BAD..
KG: TO GO..

DS: THEY WERE.. THE BAD BOYS?
KG: ARE THEY SUPPOSED TO BE?

DS: WELL YOU.. YOU..
KG: WELL ACCORDING TO THIS THEY ARE.

DS: WELL YOU SAID A LITTLE OVER A YEAR AGO, OR A YEAR AGO, YOU
FOUND OUT THEY WERE ONE PERCENTERS.  AND YOU SAID YOU KNEW
THE DEFINITION OF A ONE PERCENTER.
KG: AND THEN.. YOU WERE TALKING OUTLAW.. DIFFERENCE IN OUTLAW AND
ONE PERCENTER.

DS: NO, ONE PERCENTER IS AN OUTLAW MOTORCYCLE GROUP.  THAT'S WHAT
YOU SAID.
KG: I KNOW WE WERE DEFINING.. DOUG WAS DEFINING WHAT THE ONE
PERCENTER IS BUT..

DS: WELL NO.. YOU.. YOUR.. WHAT'S YOUR DEFINITION OF A ONE
PERCENTER?
KG: (LAUGHS).. YOU ASKED ME THAT ALREADY?

DS: I DID..
KG: (LAUGHS)..

DS: A LONG TIME AGO BUT WE GONNA DO IT AGAIN CAUSE WE DONE
FORGOT.
KG: UM.. UM.. THOSE CLUBS THAT MAY.. CAUSE MORE TROUBLE BASED ON
WHO THE CLUB IS OR WHAT TYPE OF CLUB THEY HAVE THAN.. THAN
THOSE THAT.. THAT DON'T CAUSE TROUBLE.

DS: SO.. AND GOING TO BESSEMER YOU KNEW THIS?  THIS WAS KNOWLEDGE
YOU HAD?
KG: NO, GOING TO BESSEMER I WAS GOING TO TALK TO A GUY ABOUT HOW
HIS LEG WAS.. HIS.. (UNINTELLIGIBLE).. WAS GOING IN TO SEE IF
I COULD UH.. (BOTH TALKING)..

DS: (BOTH TALKING).. YEA, BUT A LITTLE..
KG: IF IT'D BE OKAY TO.. (BOTH TALKING).. TO HAVE A CLUB.

CITY OF DOTHAN/GRAY 000795
CONFIDENTIAL

DS: (BOTH TALKING).. A LITTLE OVER A YEAR AGO.. OKAY, I'M SORRY.
    A LITTLE OVER A YEAR AGO YOU SAID YOU UH.. YOU LEARNED THAT
    OUTCAST WAS A ONE PERCENTER CLUB.  AND YOUR DEFINITION OF ONE
    PERCENTERS WAS.. WHAT JUST THEN?
KG: . . . I'M TRYING TO THINK BACK TO SEE IF THAT'S WHAT I SAID.
    MM.. I'M NOT SURE IF I.. I'M NOT SURE IF I SAID THAT BUT..
    UM..

DS: OKAY, WHEN.. WHEN DID YOU LEARN THAT OUTCAST.. WAS A ONE
    PERCENTER CLUB?
KG: I HAD TO SEE IT ON SOMEBODY'S.. I HAD TO SEE IT ON SOMEBODY'S
    VEST.. (BOTH TALKING).. SO..

DS: (BOTH TALKING).. APPROXIMATELY HOW LONG AGO?  ONE.. TWO..
    THREE YEARS?
KG: I'M NOT SURE.

DS: OKAY.. YOU DON'T REMEMBER WHAT YOU TOLD ME..
KG: NO..

DS: JUST A FEW MINUTES AGO?
KG: I DON'T HAVE A CLUE.  I KNOW I SEEN IT ON SOMEONE'S VEST.

DS: OKAY.
KG: BUT I CAN'T SAY WHEN THE FIRST TIME WAS I SAW THAT ON
    SOMEBODY'S VEST.

DS: OKAY.
DM: I THINK IN THE LAST INTERVIEW YOU SAID YOU GOT.. (BOTH
    TALKING)..

DS: (BOTH TALKING).. NO, TODAY.. THIS MORNING.
DM: I WAS TALKING ABOUT THE LAST ONE WHEN HE GOT BLESSED IS WHEN
    HE KNEW THEY WAS ONE PERCENTERS.. WAS OVER A YEAR AGO.

DS: BUT THIS.. THIS MORNING YOU SAID THAT YOU HEARD.. CAUSE I
    ASKED.. I USED THE SAME EXAMPLE.  I SAID ONE.. TWO.. THREE
    YEARS?  AND YOU SAID.. AT LEAST A YEAR AGO.
KG: AND I WAS SAYING APPROXIMATELY CAUSE I SAID I DIDN'T..

DS: YEA.
KG: I WASN'T THAT SURE.

DS: YEA.
KG: AND THAT'S WHY I'M SAYING TO YOU NOW.. THE SAME THING.  I'M..
    I REMEMBER SEEING IT ON SOMEONE'S VEST BUT I JUST CAN'T SAY..
    DONNY, IT WAS JANUARY OR FEBRUARY OR MARCH..

DS: NO.. UH UH..
KG: OR WHATEVER.  I'M..

DS: BUT.. BUT YOU SAID ROUGHLY A YEAR AGO?  COULD IT HAVE BEEN

CITY OF DOTHAN/GRAY 000796
CONFIDENTIAL

LESS THAN THAT NOW?

KG:  I'M SAYING I'M NOT SURE.

DS:  OKAY.

KG:  THAT'S WHAT I.. AND I.. I SAID THAT EARLIER.  I'M NOT..

DS:  NO YOU.. NO EARLIER YOU SAID IT WAS A.. A YEAR AGO, AROUND A
     YEAR AGO.

KG:  EARLIER.. YOU'RE TRYING TO..

DS:  I'M NOT TRYING TO DO ANYTHING CAPTAIN.  I'M ASKING YOU A
     QUESTION.  I ASKED YOU THE QUESTION.. THAT'S WHY I SAID WE
     MAY ASK THE SAME QUESTION OVER AND OVER AGAIN.  CAUSE I ASKED
     YOU EARLIER, UH.. WHEN YOU KNEW THEY WERE A ONE PERCENTER..
     CLUB, AFTER YOU GAVE ME THE DEFINITION OF A ONE PERCENTER..
     AND YOU SAID APPROXIMATELY A YEAR AGO.  CAUSE YOU WASN'T SURE
     AND I SAID.. UH.. ONE.. TWO.. THREE YEARS, AND YOU SAID OH,
     AT LEAST A YEAR AGO.  AND THEN I ASKED YOU WHEN YOU WENT AND
     SPOKE TO "BIG O" AND YOU SAID APRIL OF THIS YEAR.  SO THAT
     WOULD.. THAT SEEMS TO ME.. COMMON SENSE SAYS THAT WHEN YOU
     WENT IN APRIL TO SEE "BIG O" YOU.. WERE KNOWLEDGEABLE OF THEM
     BEING A ONE PERCENT CLUB BY YOUR DEFINITION.  AM I WRONG?

KG:  CAN I SPEAK WITHOUT BEING INTERRUPTED?

DS:  YES SIR, GO RIGHT AHEAD.

KG:  AS I WAS SAYING.. EARLIER, YOU TRIED TO.. NARROW DOWN
     STARTING AT THREE YEARS.  THEN YOU SAID TWO YEARS.  THEN YOU
     SAID ONE YEAR.  AND THE ENTIRE TIME I WAS SAYING.. I'M NOT
     SURE.  SO, YOU START.. (BACKGROUND NOISE AROUND RECORDER)..
     WELL JUST TAKE A GUESS AT IT.  AND SO WHEN I GUESSED I SAID
     MAYBE A YEAR.  I AM NOT SURE.  SO I WANT TO MAKE SURE THAT
     YOU AREN'T TURNING WORDS AROUND.

DS:  IT'S ALL RECORDED.

KG:  AND..

DS:  IT'S ALL..

KG:  EXACTLY..

DS:  YOU'LL SEE..

KG:  THAT'S WHY I'M REPEATING THIS AGAIN.. OKAY.. JUST LIKE I DID
     THE FIRST TIME.

DS:  MM HUH.

KG:  I SAID THAT.. THAT I WASN'T SURE AND.. YOU STARTED
     ELIMINATING AND I SAID WELL MAYBE.. YEA, I GUESS MAYBE ABOUT
     A YEAR AGO.

DS:  MM HUH.

KG:  AND IT'S BECAUSE OF THE NARROWING DOWN BUT..

DS:  OKAY.

CITY OF DOTHAN/GRAY 000797
CONFIDENTIAL

KG:   AS I SAID THEN AND NOW, I'M NOT ONE HUNDRED PERCENT SURE.
      AND I KNOW I'VE SEEN THE ONE PERCENTER.. THE PATCH ON.. THEIR
      VESTS.  I AM NOT SURE AT ALL WHEN I SAW IT.

DS:   OKAY.  DO YOU THINK A LAW ENFORCEMENT OFFICER SHOULD BE
      ASSOCIATING WITH A ONE PERCENT.. CLUB?
KG:   WE'RE NOT ASSOCIATING WITH ONE PERCENTER CLUBS.

DS:   OKAY.. ALRIGHT. . ALRIGHT.. THIS IS FROM THE ALABAMA FUSION
      CENTER.. WHICH IS UH.. WHICH.. WHICH THEY TRACK.. MOTORCYCLE
      GANGS ALSO.  OF COURSE IT SAYS OUTCAST IS A ONE PERCENT CLUB,
      BUT YOU ALREADY KNEW THAT.  AND THIS IS JUST SOME UH.. DO
      YOU.. DO YOU RECOGNIZE EITHER ONE OF THESE MEN?
KG:   NO.

DS:   YOU DON'T KNOW EITHER ONE OF 'EM?
KG:   MM UH.

DS:   IS THAT.. IS THAT OTIS THERE?
KG:   I DON'T RECOGNIZE HIM.

DS:   OKAY.. ALRIGHT.. (UNINTELLIGIBLE).. LOOK AT THAT PICTURE.
      ALRIGHT.  DO YOU SEE WHAT THIS IS?
KG:   OUTLAW MOTORCYCLE GANG.. IT'S.. OKAY.

DS:   SO IT'S A PRESENTATION BY THE DOTHAN POLICE DEPARTMENT AT OUR
      TRAINING, RIGHT?
KG:   I'VE NEVER SEEN IT.

DS:   YOU'VE NEVER SEEN IT?
KG:   MM UH.

DS:   OKAY.  BUT THAT'S WHAT IT LOOKS LIKE TO YOU?  IT.. IT WOULD
      BE.. UH.. A TRAINING MANUAL UH.. FOR THE DOTHAN POLICE
      DEPARTMENT?
KG:   MM.. I SEE WHAT'S ON THE FRONT BUT THAT'S ALL I SEE.

DS:   OKAY.
KG:   I'VE NEVER SEEN IT BEFORE.. NEVER SEEN THE PRESENTATION OR..
      IT.

DS:   OKAY.  UH.. I'M NOT GONNA FLIP THROUGH ALL THESE PAGES BUT
      IT'S GOT ALL THE CLUBS, THE MONGELS, AND IT'S GOT ALL THE..
      THE CLUBS.  AND UH.. ON DOWN INTO THE.. (BOTH TALKING)..
KG:   (BOTH TALKING)..

DS:   I'M SORRY.
KG:   DOES IT HAVE BAMA BOYS IN THERE?

DS:   NO, IT DOES NOT.
KG:   OKAY.

CITY OF DOTHAN/GRAY 000798
CONFIDENTIAL

DS: UH.. IT HAS OUTCAST.
KG: OKAY.

DS: WHICH.. IS.. THEY.. THEY HAVE A.. AT CLUB IN BESSEMER. UH..
    THEY ALSO HAVE A CLUB HERE. UH.. I JUST WANTED TO SHOW YOU..
    FLIP THROUGH.. THIS IS WHAT WE TRAIN THE DOTHAN POLICE
    OFFICERS.. TO BE ON THE LOOKOUT FOR AS.. OUTLAW MOTORCYCLE
    CLUBS.. OKAY.
KG: OKAY.

DS: ALRIGHT.. UH.. THERE'S OUTCAST UH.. THERE. THERE'S A VIDEO
    LISTED HERE, UH.. THE FUNERAL FOR THE.. I BELIEVE THE FUNERAL
    YA'LL WERE IN. OUTCAST..
KG: IS..

DS: I'M SORRY.
KG: AM I ON THAT VIDEO OR SOME'EM.. (BOTH TALKING).. LIKE THAT?

DS: (BOTH TALKING).. NO SIR.. NOT THAT I KNOW OF. I HAVEN'T
    LOOKED AT IT THAT CLOSE. I DON'T HAVE.. (BOTH TALKING)..
KG: (BOTH TALKING).. SO..

DS: NO IDEA IF YOU'RE THERE. YOU AND A WHOLE LOT MORE COULD BE
    THERE.
KG: SO THAT WHY YOU.. BELIEVE THAT I WAS THERE?

DS: CAUSE YOU HAD THE R.I.P. PATCH. YOU SAID YOU WERE AT THE
    FUNERAL.
KG: SO ANY VIDEO THAT THEY MADE THERE YOU BELIEVE.. (BOTH
    TALKING)..

DS: (BOTH TALKING).. NO, IT'S.. IT'S THE FUNERAL YOU SAID YOU
    WERE AT.. THE NINE MILLIMETER R.I.P.. THE ONE THAT DIED.
KG: UH.. NOT.. (BOTH TALKING)..

DS: (BOTH TALKING).. YOU MAY NOT HAVE BEEN AT THIS ONE. YOU MAY
    NOT HAVE BEEN AT THIS ONE.
KG: I WASN'T.

DS: YOU WAS AT A FUNERAL THOUGH. THEY GAVE YOU A.. A PATCH FOR.
KG: WELL I WAS JUST WONDERING WHY YOU JUST AUTOMATICALLY PUT ME
    AT THAT AND..

DS: CAUSE I BELIEVE THAT'S THE R.I.P. PATCH YOU HAVE IS THE..
    NINE MILLIMETER.
KG: OKAY.

DS: AM I RIGHT OR WRONG?
KG: YOU'RE WRONG.

DS: OKAY.. ALRIGHT. SO YOU WASN'T AT THIS ONE THEN. YOU WASN'T
    AT THIS ONE.

KG:  (LAUGHS)..

DS:  I'LL TAKE THAT BACK.
KG:  THANK YOU SIR.  I APPRECIATE THAT.

DS:  OKAY.. YEA, WE TRAIN THE DOTHAN POLICE OFFICERS UH.. THAT
     THEIR ALLI.. AL.. ALLIED WITH OUTLAWS.  THEY'RE ALLIED WITH
     UH.. ALIGNED WITH THE BLACK PANTHER PARTY.  UH.. THIS IS JUST
     STUFF THAT WE TEACH OUR DOTHAN OFFICERS.  I JUST WANTED YOU
     TO LOOK AT IT.
KG:  (NO AUDIBLE RESPONSE).

DS:  ALL THE PAGES ARE STICKING TOGETHER.  UH. . THERE'S A SHOT OF
     THE WOMEN WITH THE "PROPERTY OF" ON THERE.  CAN YOU BELIEVE
     THEY DO THAT?
KG:  (NO AUDIBLE RESPONSE).

DS:  WHAT DO YOU THINK ABOUT THAT?  WHAT'S YOUR OPINION A THAT?
KG:  MM..

DS:  CON..SIDERING WOMEN PROPERTY?
KG:  MM.. THIS IS MY FIRST TIME SEEING IT.  WHAT'S THEIR
     DEFINITIONS OF PROPERTY AND STUFF.

DS:  WHAT'S YOUR DEFINITION OF PROPERTY?
KG:  (LAUGHS).. I ASKED YOU FIRST.  WHAT'S YOURS?  I DON'T KNOW.
     YOU'RE.. YOU'RE SAYING.. THAT..

DS:  WHAT.. WHAT'S YOUR.. OKAY.
KG:  CAN I GO AHEAD? .. (BOTH TALKING).. WHAT..

DS:  (BOTH TALKING).. WHAT'S YOUR DEFINITION OF PROPERTY THEN?
KG:  (NO AUDIBLE RESPONSE).

DS:  WHAT DOES THAT EN.. ENTAIL TO YOU?
KG:  THIS PROPERTY IS WHAT I OWN.  THIS RIGHT.. THIS IS MY
     PROPERTY.

DS:  SOME'EM YOU OWN.. PROPERTY.
KG:  MM HUH.

DS:  YOU OWN THAT PROPERTY.
KG:  OKAY.

DS:  OKAY.
KG:  I WANTED TO KNOW WHAT YOURS WAS CAUSE YOU.. YOU BROUGHT IT
     UP.

DS:  TO ME.. TO.. TO ANY.. NORMAL PERSON THIS APPEARS LIKE SHE IS
     PROPERTY OF OUTCAST.  IS THAT RIGHT?  SHE'S WEARING.. THE..
     (UNINTELLIGIBLE).. THE OTHER PICTURE I SHOWED YOU, THE LADY
     HAS A JACKET ON THAT SAYS PROPERTY OF OUTCAST.

CITY OF DOTHAN/GRAY 000800
CONFIDENTIAL

KG:  MM HUH.

DS:  PROBABLY JUST MEANING THE JACKET AIN'T IT?
KG:  WHAT IS.. WHAT IS THE DEFINITION UH.. FOR THEM?

DS:  I DON'T KNOW.  I'M ASKING YOU.  YOU DON'T KNOW EITHER?
KG:  NO, BECAUSE THE THING IS.. IF YOU'RE LOOKING AT SOMETHING AND
     YOU'RE TRYING TO INTERPRET WHAT THAT IS..

DS:  MM HUH.
KG:  IT COULD MEAN.. ANYTHING.

DS:  SEVERAL THINGS.. YES.  EVERY.. SEV.. SEVERAL THINGS.  I AGREE
     WITH YOU.  I WAS ASKING WHAT YOUR OPINION OF THIS IS.
KG:  (LAUGHS).. OKAY.. YOU SAID.. YOU MADE A STATEMENT ABOUT
     PROPERTY..

DS:  MM HUH.. UH HUH..
KG:  AT FIRST AND I WAS ASKING YOU.. WELL WHAT DO YOU MEAN BY
     THAT?  AND THEN YOU START.. YOU TURNED AROUND AND ASKED ME.

DS:  OKAY.. WELL WHAT'S YOUR OPINION OF THIS THEN?
KG:  UH.. THE.. THE PICTURE IN ITSELF IS.. LOOKS KIND A DISGUSTING
     TO ME.

DS:  DON'T IT THOUGH?
KG:  YOU KNOW I GUESS.. I DON'T KNOW IF.. IS THAT A COLLAR OR IS
     THAT A.. (BOTH TALKING).. CHOKE..

DS:  (BOTH TALKING).. LOOKS LIKE A.. LIKE A.. (BOTH TALKING)..
KG:  CHOKE NUT OR.. (BOTH TALKING)..

DS:  YEA, IT'S LIKE A DOG COLLAR.
KG:  UH.. THAT'S IN BLACK AND WHITE SO.. BUT ANYWAY.

DS:  YEA.
KG:  THAT'S..

DS:  IT'S DISGUSTING ANYWAY, ISN'T IT?  I AGREE WITH YOU ON THAT.
     OKAY, IT SAYS WE HAVE.. OF COURSE WE HAVE OUTCAST..
     EVERYWHERE.  THERE.. THERE'S PLENTY OF 'EM.  IT'S THE
     LARGEST.. LARGEST GROUP SO..
KG:  IT'S THE LARGEST WHAT GROUP?

DS:  UH.. LARGEST UH.. ALL BLACK MOTORCYCLE GROUP.
KG:  OH..

DS:  YOU DIDN'T REALIZE THAT?
KG:  NO.

DS:  OKAY.  ALRIGHT.. ARE YOU FAMILIAR WITH THAT?
KG:  YEA.

DS: OKAY.. HAVE YOU EVER BEEN INSIDE THERE?
KG: YEA.

DS: OKAY..
KG: (BOTH TALKING)..

DS: (BOTH TALKING).. WE'LL GET TO THAT IN JUST A MOMENT.
KG: MM HUH.

DS: UH.. LOOKS LIKE THE.. OUTLAW.. OUTCAST MOTORCYCLE CLUB, LOOKS
    LIKE THE COMMON PRACTICE IS MOTORCYCLE THEFT, NARCOTICS, BAR
    TAKEOVERS, ILLEGAL ALCOHOL SALES, TAKEOVER OF ALL LOCAL..
    BLACK "MC'S" BY INTIMIDATION.  ALL CLUBS EITHER SUPPORT OR
    PATCH OVER.
KG: I HAVEN'T.. EVER SEEN ANY OF THAT.

DS: WHAT IF YOU DID?
KG: (NO AUDIBLE RESPONSE).

DS: JUST.. JUST WHAT WOULD YOU.. WHAT WOULD YOU DO IF YOU
    REALIZED THAT.. OR.. OR DO YOU SEE THAT OUTCAST IS BAD IN ANY
    WAY RIGHT NOW.. AT THIS POINT?
KG: ACCORDING TO WHAT YOU'RE SHOWING, YEA.

DS: OKAY.  SO WHAT DO YOU FEEL ABOUT 'EM NOW?
KG: YOU ASKED ME THAT EARLIER.

DS: NO, I ASKED YOU WHAT YOU FELT ABOUT 'EM BEFORE.. TODAY..
    (BOTH TALKING).. TAKE ALL THIS AWAY.
KG: (BOTH TALKING).. I FEEL.. YEA, I SEE ALL YOUR INFORMATION,
    THAT'S UH.. SOMETHING ELSE.

DS: SO WHAT DO YOU THINK ABOUT 'EM NOW?
KG: I CAN'T HELP BUT TO THINK UH.. IF.. EVERYTHING YOU'RE SAYING
    IS TRUE THEY'RE.. SOME BAD DUDES.

DS: AND SIN CITY DISCIPLES ALSO?
KG: MM.. I'VE NEVER SEEN THEIR PATCH.  I HAVEN'T SEEN.. A LOT A
    THESE.

DS: IT'S EASY TO FIND.  IT'S REAL EASY TO FIND.
KG: GO BACK TO THAT RIGHT THERE.

DS: MM HUH.  THOSE ARE LOCAL ONES.  YOU'VE SEEN ALL THOSE.
KG: OKAY.

DS: THESE ARE SUPPORTERS OF OUTCAST.  UH.. I BELIEVE YOU.. I..
    I.. I KNOW YOU'VE RODE WITH THEM MANY TIMES IN.. IN
    GATHERINGS OR UH.. UH.. WHAT'S IT CALLED.. CHARITIES.  UH..
    DONE DEAL, I KNOW YOU'VE RODE WITH THEM.. IN.. WITH THE
    CHARITIES, UH.. CHARITY RIDES.  AND THEY'RE SUPPORTERS OF

CITY OF DOTHAN/GRAY 000802
CONFIDENTIAL

OUTCAST IF YOU DIDN'T KNOW THAT BEFORE NOW.  AND TRIPLE X,
UH.. I.. I SAW THE GROUP PICTURE YA'LL MADE IN FRONT OF THE
BIG TRIPLE X.. POSTER, SO I KNOW YOU'RE FAMILIAR WITH TRIPLE
X.

KG: UMMM.. NOW.. YOU'RE TALKING ABOUT SUPPORTERS OF..

DS: OUTCAST, YES.
KG: THAT SUPPORTER OF OUTCAST PATCH.. IS NOT THAT OLD BEING..
AROUND HERE.  THAT IS.. THAT HAS NOT BEEN.. AROUND FOR..
YEARS OR WHATEVER.  THAT..

DS: WHAT?  THIS PATCH?
KG: YEA, THAT'S SOMETHING..

DS: NOW HOW DO YOU KNOW THIS?
KG: THAT'S SOMETHING THAT CAME.. CAUSE YOU CAN SEE 'EM ON OTHER
PEOPLE'S VESTS.. (BOTH TALKING).. WHEN THEY COME UP.

DS: (BOTH TALKING).. OKAY.. OKAY.. ALRIGHT..
KG: UM.. THAT'S SOMETHING BRAND NEW THAT.. THAT JUST CAME ABOUT.

DS: OKAY.
KG: THAT MAY NOT HAVE BEEN.. THOSE MAY HAVE BEEN ABOUT MAYBE..
MAYBE TWO MONTHS MAYBE.. MAYBE.  I'M GUESSING.

DS: OKAY.
DM: THIS WAS OUR INTER-DEPARTMENT TRAINING.. (BOTH TALKING)..
WELL THAT..

DS: (BOTH TALKING).. YEA, THIS WAS JUST.. 2012.
DM: TRAINING?

DS: YES.
KG: NOW WHERE DID YOU.. NO.. NO.. NO.. NO..

DS: I'M SORRY.. (BOTH TALKING).. I'M SORRY.. GO AHEAD.
KG: (BOTH TALKING).. WE'RE.. WE'RE SAYING TWO DIFFERENT THINGS.

DS: OKAY.. I'M SORRY.
KG: THE PATCH MAY HAVE BEEN IN EXISTANCE FOR..

DM: RIGHT.
DS: OKAY.
KG: EONS..

DS: OKAY.
KG: IT'S JUST AROUND HERE.

DM: IT JUST GOT HERE?
KG: YEA.

DS: YEA, CAUSE OUTCAST JUST GOT HERE BASICALLY.

KG: RIGHT.

DS: YEA.. OKAY. AND.. AND AS A MATTER OF FACT, I MEAN YOU MAY
    KNOW MORE THAN I DO, BUT UH.. DONE DEAL DOESN'T EXIST
    ANYMORE, DO THEY?
KG: I THINK THEY DO.

DS: OKAY.. DO THEY STILL EXIST?
KG: MM HUH.

DS: OKAY.. ALRIGHT.  DO THEY HAVE A CLUBHOUSE ANYMORE?
KG: I DON'T KNOW.

DS: BUT THESE ARE LAW ENFORCEMENT.. PATCHES, RIGHT? ..
    (BACKGROUND NOISE AROUND RECORDER)..
KG: I'D HAVE TO ASSUME SO.  WHERE IS THE IRON PIGS?

DS: MMM.. I DON'T SEE 'EM ON THIS ONE.
KG: ARE THESE ALL AFRICAN AMERICAN CLUBS?

DS: UH.. NO, THEY'RE MIXED.  THERE'S.. THERE'S NO RACIAL LINES
    THERE.  IT'S ALL.. WHITE OR BLACK.
KG: SO YA'LL ARE SPECIFICALLY LOOKING AT.. INTO ALL BLACK
    MOTORCYCLE CLUBS?

DS: NO SIR.
KG: MOST OF YOUR STUFF HERE..

DS: NO.
KG: WHICH IS WHAT I.. THE MAJORITY OF WHAT I SEE.

DS: NO.. SIN CITY DISCIPLES IS NOT.  LEGIONS OF DOOM ARE NOT.
    AND BAMA BOYS IS NOT.
KG: NO, WE'RE TALKING OUT.. OUTLAWS.

DS: YEA, THE OUTLAWS.. YES, AND THE.. (BOTH TALKING)..
KG: (BOTH TALKING).. YOU'RE.. YOU'RE LOOKING AT..

DS: NO.
KG: ALL BLACK OUT.. OUTLAW.. (BOTH TALKING)..

DM: (BOTH TALKING).. JUST.. JUST THE ONES YOU'RE ASSOCIATED..
    (BOTH TALKING)..
DS: (BOTH TALKING).. JUST THE ONES YOU'RE ASSOCIATED WITH.

DM: YEA
KG: YOU'RE LOOKING AT ALL BLACK MOTORCYCLE CLUBS.

DS: (BOTH TALKING).. NO..
DM: (BOTH TALKING).. JUST THE ONES YOU'RE ASSOCIATED WITH.

DS: IS THERE MORE BLACK.. ALL BLACK?  I DON'T KNOW.  I'M JUST.. I

CITY OF DOTHAN/GRAY 000804
CONFIDENTIAL

JUST DID RESEARCH ON THE ONES YOU'RE ASSOCIATED WITH.
KG: I'M JUST.. I'M JUST SEEING.. I'M JUST NOTICING THE.. THE
FLAVOR OF WHERE YOU'RE GOING NOW.

DS: I'M NOT GOING ANYWHERE.
KG: OKAY.. GO AHEAD.

DS: (BACKGROUND NOISE AROUND RECORDER).. HAVE YOU.. HAVE YOU
DEALT WITH ANY OTHER CLUBS BESIDES ALL.. ALL AFRICAN
AMERICAN?
KG: I'VE RIDDEN WITH SEVERAL DIFFERENT CLUBS.

DM: BANDITO?
DS: YEA, BANDITOS.. HELL'S ANGELS.
KG: (NO AUDIBLE RESPONSE).

DS: YOU DIDN'T GO MEET WITH THE HELL'S ANGELS.  THERE'S A LOCAL
HELL'S ANGELS CHAPTER RIGHT HERE IN DOTHAN.
KG: IS IT?

DS: YOU DON'T KNOW DO YOU?
KG: NO.

DS: NOBODY HAS TOLD YOU THAT.
KG: NO.

DS: YOU DIDN'T.. YOU DIDN'T GO SEE THEIR SU.. PRESIDENT ABOUT
RIDING DID YOU?
KG: I DON'T KNOW ANYTHING ABOUT 'EM.

DS: OKAY.
KG: WOULDN'T KNOW TO HAVE..

DS: WHY.. SO WHY DID YOU GO TO ONE ALL BLACK CLUB TO GET..
PERMISSION?
KG: .. DID I?

DS: YES.. OUTCAST.. THAT'S WHAT YOU SAID.
KG: THAT'S NOT WHAT I SAID.

DS: YOU WENT TO OUTCAST AND GOT PERMISSION FOR A CHARTER.
DM: (UNINTELLIGIBLE)..

DS: YOU WENT TO OUTCAST AND GOT PERMISSION FOR A CHARTER, RIGHT?
KG: I'M GONNA QUOTE WHAT YOU JUST SAID.

DS: OKAY.. GO AHEAD.
KG: WHY DID I GO TO AN ALL BLACK.. (BOTH TALKING)..

DS: (BOTH TALKING).. ALL BLACK..
KG: MOTORCYCLE CLUB..

DS:  TO GET PERMISSION.
KG:  AND WHAT WAS MY ANSWER?

DS:  YOU SAID YOU DIDN'T.
KG:  THAT'S RIGHT.

DS:  OKAY.
KG:  CAUSE I DON'T KNOW OF THEM TO BE ALL BLACK.

DS:  OKAY.
KG:  YOU JUST SAID THAT, SO YOU JUST INFORMED ME.

DS:  I LEARNED THAT.  I DIDN'T KNOW THAT TWO WEEKS AGO BUT I SURE
     LEARNED IT IN THE LAST TWO OR THREE WEEKS.
KG:  HEY..

DM:  OKAY.
KG:  I'M GLAD YOU DID.

DS:  SO NOBODY TOLD YOU TO GO SEE THE HELL'S ANGELS OR BANDITOS,
     OR NOTHING LIKE THAT, TO GET PERMISSION TO GET A CHARTER?
KG:  UM.. THAT'S EXACTLY AS I JUST TOLD YOU.

DS:  I'M SORRY.. TELL ME AGAIN.
KG:  I RECEIVED.. INFORMATION FROM SOMEBODY, AND I DON'T KNOW WHO
     IT WAS, THAT TOLD ME I NEEDED TO GO.. CHECK.. AND.. SEE IF
     THERE WAS ANY ISSUE WITH UH.. OUR.. COLORS, UM.. UM.. TO..
     UM.. MAKE SURE WE WERE GOOD UM.. RIDING.. BIKES AND.. RIDING
     WITH OUR VEST ON.

DS:  AND YOU DON'T REMEMBER WHO TOLD YOU THAT?
KG:  THAT'S EXACTLY WHAT I SAID.

DS:  AND WHO DID THEY TELL YOU TO GO SEE?
KG:  THEY TOLD ME TO CONTACT.. "BIG O".

DS:  "BIG O"?
KG:  YEA.

DS:  THAT'S WHAT YOU DID?
KG:  YEA.

DS:  OKAY.
KG:  WITHOUT NO RESEARCH, WITHOUT NO..

DS:  NOTHING.
KG:  CRIMINAL HISTORY INTO HIM..

DS:  YOU DIDN'T KNOW NOTHING ABOUT HIM?  YOU JUST BLINDLY WENT UP
     THERE AND..
KG:  JUST SO I COULD START A CLUB.

CITY OF DOTHAN/GRAY 000806
CONFIDENTIAL

DS: WHAT DOES THEIR.. DESCRIBE WHAT THEIR CLUBHOUSE LOOKS LIKE
    THAT YOU WENT TO.
KG: .. KIND A LIKE A WAREHOUSE.

DS: MM HUH.  DID YOU GO BY YOURSELF?
KG: YES.

DS: HOW LONG HAVE YOU BEEN A POLICE OFFICER?
KG: (NO AUDIBLE RESPONSE).

DS: I.. I.. I WOULDN'T GO TO A WAREHOUSE IN.. IN A BIG CITY IN
    THE MIDDLE A NOWHERE LIKE THAT.. BY MYSELF.. TO SEE SOMEONE I
    DON'T KNOW.  DO YOU UNDERSTAND WHAT I'M SAYING?  I'M JUST
    ASKING WHY YOU DID.  WHY DID YOU?
KG: WHY WOULDN'T YOU DO IT?

DS: BECAUSE.. IT'S NOT SAFE.  I CAN LOOK AT A BUILDING AND TELL I
    DON'T NEED TO GO IN A PLACE.
KG: IN YOUR EYES.

DS: YES SIR.
KG: I SAW NOTHING OF A.. (BOTH TALKING).. THREAT..

DS: (BOTH TALKING).. YOU SAW NOTHING THAT.. OKAY.. ALRIGHT.
KG: I HADN'T SEEN ANYTHING THREAT.. NOTHING CRIMINAL.. NOTHING
    UNSAFE..

DS: NO..
KG: UH.. NOTHING EVEN TO INDICATE THAT THERE WAS ANYTHING TO BE
    AFRAID OF.

DS: THAT'S ALL WELL AND GOOD.  THAT'S FINE.  ALRIGHT.. THIS RIGHT
    HERE IS THE.. A.T.F.. AND YOU'RE FAMILIAR WITH A.T.F.. RIGHT?
KG: YES.

DS: OKAY.  ALRIGHT, IT SAYS UH.. THIS IS TALKING ABOUT THE BIKE
    WEEK IN MYRTLE BEACH, SOUTH CAROLINA.  DID YOU GO THERE?
KG: . . ONE YEAR.

DS: OKAY.. WHAT YEAR WAS IT?  DO YOU REMEMBER?
KG: NO.

DS: OKAY.. ALRIGHT.  UH.. IT SAYS.. UH.. INDIVIDUAL..
    (UNINTELLIGIBLE).. HAVE BEEN INCLUDED BUT ARE NOT LIMITED
    TO.. AND IT'S GOT A WHOLE BUNCH OF 'EM.  UH.. IT SAYS
    MOTORCYCLE CLUBS OR ASSOCIATES, POSSIBLE STREET GANG MEMBERS
    AND ASSOCIATES AND GENERAL.. BEACH GOERS.  DURING PAST BIKE
    WEEK FESTS, NUMEROUS CRIMINAL ACTIVITIES HAVE BEEN REPORTED,
    SUCH AS THEFTS, THEFT OF SERVICES, MOTORCYCLE THEFTS,
    ASSAULTS AND STABBINGS.. FURTHERMORE.. WITH RISING LEVELS OF
    TENSION AND INCREASED VIOLENCE IN BETWEEN VARIOUS UH.. BLACK
    BIKER ORGANIZATIONS, PARTICULARLY THE "WOS" AND RIVAL

ORGANIZATIONS, SUCH AS OUTCAST MOTORCYCLE GROUP.  SEE THERE'S
ANOTHER ONE THAT SAYS IT'S ALL BLACK RIGHT THERE.  THAT'S HOW
I LEARNED IT.  UH.. THERE EXISTS THE POSSIBILITY OF VIOLENCE
ERUPTING.  WOULD YOU AGREE WITH THAT?

KG:  (NO AUDIBLE RESPONSE).

DS:  IF.. IF.. IF.. A.T.F. PUTS IT OUT, WOULD YOU.. I MEAN.. IF
THEY HAD PASSED THIS ON TO US AND SAID IT WAS HERE IN DOTHAN
WOULD YOU.. WOULD YOU PRETTY MUCH AGREE WITH THIS?

KG:  YEA, AND UH.. THIS WILL BE TO PART TWO WHERE YOU SAID GENERAL
BEACH GOERS AS WELL.

DS:  MM HUH.

KG:  AND YOU KNOW THE TIME THAT I WENT TO MYRTLE BEACH I DON'T
KNOW IF WE.. HAD EVEN SPOKEN WITH OUTCAST OR NOT.

DS:  OKAY.  I.. I.. YEA.. OKAY.  AND UH.. ALSO, THE A.T.F. ALSO
SAYS HERE THAT UH.. IN JACKSONVILLE A UH.. I REMEMBER WHEELS
OF SOUL WAS SHOT AND KILLED BY AN OUTCAST MEMBER.. WHICH IS
AWFUL ISN'T IT?

KG:  (NO AUDIBLE RESPONSE).

DS:  I'M SORRY.

KG:  ANYBODY THAT'S SHOT.. (BOTH TALKING)..

DS:  (DOTHAN TALKING).. EXACTLY.. AND I AGREE WITH YOU.  I AGREE
WITH YOU A HUNDRED PERCENT ON THAT.  ALRIGHT, HERE'S ANOTHER
UH.. THIS IS F.B.I.

??:  THE ONE YOU TOLD US TO LOOK AT?

DS:  YEA, THE F.B.I.  DID YOU SEE THIS ONE?  DO YOU UNDERSTAND
WHAT THE F.B.I. IS?

KG:  YES.

DS:  OKAY, I JUST GOTTA.. HAVE.. CLARIFICATION IS ALL IT IS.

KG:  NOT A PROBLEM.

DS:  OKAY, IT SAYS HERE THE UH.. STREET WARFARE MOTORCYCLE CLUB
IS.. IS UH.. ATTEMPTING TO INCREASE MEMBERSHIP IN ORDER TO
CHALLENGE THE OUTCAST MOTORCYCLE CLUB.  UH.. THE OUTCAST
MOTORCYCLE CLUB UH.. IS THE LARGEST AFRICAN AMERICAN ONE
PERCENTER MOTORCYCLE CLUB IN THE UNITED STATES.  UH.. THEY
WILL ATTEMPT TO PATCH OVER.. OTHER CLUBS.  THEY HAVEN'T NEVER
TRIED TO PATCH OVER YA'LL HAVE THEY?

KG:  NO.

DS:  OKAY.  ALRIGHT.. HERE'S ANOTHER UH.. F.B.I.. CRIMINAL
ACTIVITY ALERT.  ARE YOU FAMILIAR WITH THESE ALERTS LIKE
THIS?

KG:  I THINK I'VE EVER SEEN ONE LIKE THAT.

DS:  OKAY.  OKAY, IT SAYS AS OF JULY 2011, THE BLACK ONLY OUTCAST

CITY OF DOTHAN/GRAY 000808
CONFIDENTIAL

```
        MOTORCYCLE CLUB OPERATES AS A ONE PERCENT OUTLAW MOTORCYCLE
        GANG.  BUT YOU SAID YOU ALREADY KNEW THAT, RIGHT?  THAT THEY
        ARE A ONE PERCENT.. MOTORCYCLE GROUP?
KG:     (NO AUDIBLE RESPONSE).

DS:     WHICH THE F.B.I.. SAYS THEY'RE A ONE PERCENT OUTLAW
        MOTORCYCLE GANG.  SO IF THE F.. WOULD YOU BELIEVE THEY ARE?
        OR IS THIS.. (BOTH TALKING).. JUST THE F.B.I.'S OPINION?
KG:     (BOTH TALKING).. DIFFERENCE BETWEEN GROUP AND GANG.

DS:     WELL THAT'S WHAT I'M SAYING.  THE UH.. NATIONAL.. THE UH..
        FEDERAL BUREAU OF INVESTIGATION CALLS THEM A ONE PERCENT
        OUTLAW MOTORCYCLE GANG.  THAT'S JUST THEIR OPINION THOUGH
        ISN'T IT?
KG:     THAT'S THE F.B.I.  THEY DO GOOD RESEARCH AND THEY DO GOOD
        BACKGROUND.  THEY DO GOOD WORK.

DS:     SO, ACCORDING TO THEM THEY LOOK LIKE BAD GUYS DON'T THEY?
KG:     I SUPPORT THE F.B.I. ON WHATEVER THEY SAY.

DS:     OKAY.  SO NOW OUTCAST AIN'T LOOKING TOO GOOD IS IT..
        ACCORDING TO THE F.B.I.?
KG:     UM.. AS I SAID, WITH THE RESEARCH THAT YOU'VE DONE..

DS:     MM HUH.
KG:     WHERE I HAD NONE..

DS:     THAT I'VE DONE FOR YOU.. YES.  I'VE.. I'VE DONE IT FOR YOU.
        AND THIS HERE.. THIS IS ANOTHER ONE.  THIS IS THE NATIONAL
        GANG INTELLIGENCE CENTER, WHICH IS UH.. DISTRIBUTED.. HAVE
        YOU EVER.. ARE YOU FAMILIAR WITH THEM?
KG:     (BOTH TALKING).. NO.

DS:     (BOTH TALKING).. UH.. THE F.B.I.. (UNINTELLIGIBLE).. IT'S THE
        F.B.I.  IT'S THEIR NATIONAL GANG.. INTELLIGENCE CENTER..
KG:     NO I'M NOT.

DS:     OF THE F.B.I.. OKAY.  THEY LIST AN OUTSAW.. OUTLAW
        MOTORCYCLE, "OMG'S" AS THEY'RE CALLING 'EM, ARE ORGANIZATIONS
        WHOSE MEMBER USE THEIR MOTORCYCLE CLUBS AS CONDUITS FOR
        CRIMINAL ENTERPRISES.  ALTHOUGH SOME LAW ENFORCEMENT AGENCIES
        REGARD ONLY ONE PERCENTERS AS "OMG'S", THE "N.G.I.G", FOR THE
        PURPOSE OF THIS ASSESSMENT, COVERS ALL "OMG" CRIMINAL
        ORGANIZATIONS INCLUDING "OMG" SUPPORT AND PUPPET CLUBS.
        WHAT'S A PUPPET CLUB?
KG:     I'VE NEVER HEARD OF IT.

DS:     I'D NEVER HEARD OF IT EITHER TILL I READ IT IN THE F.B.I.
        MANUAL HERE.
KG:     HMM..

DS:     ONE.. ONE PERCENTER "OMG'S".  A.T.F. DEFINES ONE PERCENTERS
```

AS ANY GROUP OF MOTORCYCLISTS WHO HAVE VOLUNTARILY MADE A
COMMITMENT TO BAND TOGETHER TO ABIDE THEIR ORGANIZATION'S
RULES ENFORCED BY VIOLENCE.. AND TO ENGAGE IN ACTIVITIES THAT
BRING THEM AND THEIR CLUB INTO REPEATED AND SERIOUS CONFLICT
WITH SOCIAL.. WITH SOCIETY AND THE LAW.  THE GROUP MUST BE
ORGANI.. AN ON-GOING ORGANIZATION, ASSOCIATED OF THREE OR
MORE PERSONS.. WHICH HAVE A COMMON INTEREST AND/OR ACTIVITY
CHARA.. CHARACTERIZED BY THE COMMISSION OR.. OF OR AN
INVOLVEMENT IN A PATTERN OF CRIMINAL DELINQUENT CONDUCT.
A.T.F. ESTIMATES THERE ARE APPROXIMATELY THREE HUNDRED ONE
PERCENTER "OMG'S" IN THE UNITED STATES.  THAT WAS JUST A
DEFINITION I WAS READING YOU.

KG:  RIGHT.

DS:  UH. . . OKAY.. THIS IS THE F.B.I.'S LIST OF GANGS.. OR GANG
MEMBERS WHO WERE IN THE MILITARY.  THEY LIST LEGION OF DOOM,
WHICH IS I BELIEVE.. THE CLUB.. IN FLORIDA.  IS THAT RIGHT?
LEGIONS OF DOOM?  DIDN'T YOU SAY THEY WERE AROUND PANAMA
CITY?

KG:  MMM.. NO, YOU SAID PANAMA CITY.

DS:  WELL WHERE DID YA'LL GO TO THEIR ANNIVERSARY PARTY AT?

KG:  IT WAS IN PANAMA CITY.

DS:  OKAY.  THAT'S.. I THOUGHT.. I THOUGHT IT WAS.  OKAY.  UM..
HERE'S AN APPENDIX BY.. STATE, BY UH.. GANGS.  THIS IS THE
F.B.I.'S.. TERMS.. GANGS..

KG:  MM HUH.

DS:  BY STATE.  UH.. HERE'S OUTCAST MOTORCYCLE CLUB.  UH.. SIN
CITY DISCIPLES.  THAT'S THE TWO THAT YOU.. GOT APPROVAL FROM
TO OPEN A CHARTER.. A MOTORCYCLE CLUB, RIGHT?

KG:  THEY DIDN'T GIVE ME APPROVAL TO OPEN IT.  THEY SAID THAT IT
WOULD BE OKAY TO.. UH.. UH.. START ONE.. (BOTH TALKING)..

DS:  (BOTH TALKING).. OKAY, WHAT DID..

KG:  IN THE AREA THAT..

DS:  WHAT DID YOU GO THERE FOR.. TO SEE THE.. OR WHAT DID YOU TALK
TO THE PEOPLE THAT REPRESENT THOSE TWO CLUBS FOR?

KG:  MM.. LIKE I SAID, SO I COULD HAVE A GA.. A CLUB.  YOU GOT ME
SAYING GANG.. (LAUGHS).. I'D HAVE A CLUB UH.. IN UH.. IN
ANNISTON.

DS:  OKAY.  AND THERE'S.. THERE'S NO..

KG:  WITHOUT ANY.. (BOTH TALKING).. WITHOUT ANY ISSUES.

DS:  (BOTH TALKING).. THERE.. THERE'S NOTHING YOU.. OKAY.. THERE'S
NOTHING LEGAL THAT SAYS YOU HAVE TO TALK TO THEM, RIGHT?

KG:  RIGHT.

DS:  IT'S JUST KNOWN IN THE BIKER WORLD?

CITY OF DOTHAN/GRAY 000810
CONFIDENTIAL

KG:  RIGHT.

DS:  OKAY.. AND THAT WAS YOUR CHOICE THEN, TO GO TALK TO THEM
     INSTEAD A RIDE.. AND DO THINGS YOUR WRONG WAY.. YOU CHOSE TO
     GO.. TO SEEK THEIR BLESSING?  IS THAT RIGHT?  I BELIEVE..
     THAT'S WHAT THE MEMO SAYS.
KG:  UM.. I CHOSE TO ASK THEM.. TO CO-EXIST.. IN AN AREA.. THAT I
     HAD NO KNOWLEDGE ABOUT.. SO WHERE I COULD ESTABLISH A CLUB.
     THAT'S WHAT I DID.

DS:  SO NOW YOU REALIZE THAT YOU ACTUALLY.. ASKED TWO GANG.. TWO..
     ALABAMA GANGS.
KG:  I KNOW THAT I SPOKE WITH TWO INDIVIDUALS WITH THE KNOWLEDGE
     THAT I HAD RIGHT THERE, JUST BECAUSE SOMEONE SAID THAT I
     NEEDED TO DO IT TO MAKE SURE.. (BOTH TALKING)..

DS:  (BOTH TALKING).. JUST SOMEBODY SAID THAT YOU DIDN'T.. YOU
     DIDN'T FOLLOW-UP ON TO FIND OUT..
KG:  JUST.. DIDN'T DO ANY.. (BOTH TALKING).. OF THIS RESEARCH.

DS:  (BOTH TALKING).. JUST.. JUST YOUR CHOICE, RIGHT?
KG:  ALL THIS..

DM:  ALRIGHT.. WELL CAPTAIN, I JUST WANNA MAKE CERTAIN..
KG:  ALL THIS RESEARCH.. (BOTH TALKING)..

DM:  (BOTH TALKING).. I'M A LITTLE CONFUSED ON.. OKAY.  SOMEBODY
     THAT YOU CAN'T IDENTIFY.. TELLS YOU TO DRIVE TWO HUNDRED
     MILES.. UP.. TWO HUNDRED MILES BACK.. TO GO TALK TO SOMEBODY
     THAT YOU DON'T KNOW.  CAUSE THAT.. THAT'S WHAT YOU'RE..
     THAT'S WHAT YOU'RE SELLING RIGHT NOW?
KG:  I'M NOT OFFERING ANYTHING FOR SALE.

DM:  OKAY...THAT'S WHAT YOU'RE SAYING?  YOU'RE SAYING THAT
     SOMEBODY THAT YOU DON'T KNOW TOLD YOU TO GO SEE SOMEBODY ELSE
     YOU DON'T KNOW.. AND YOU DROVE TWO HUNDRED MILES TO GO SEE
     HIM AND TWO HUNDRED MILES BACK?  WHAT..
KG:  THAT'S NOT WHAT I'M SAYING.

DS:  OKAY.. YOU SAY IT AGAIN FOR US THEN.
KG:  I MEAN WHAT'S YOUR QUESTION.  I WANNA ANSWER YOUR QUESTION.

DM:  I MEAN..
DS:  TELL.. TELL US WHAT YOU DID.
KG:  . . THE PICTURE.. THAT YOU SAW HERE?

DM:  MM HUH.
DS:  MM HUH.
KG:  THAT'S THE PERSON THAT I WENT TO TALK TO SEE.

DM:  MM HUH.. YEA, I KNOW.
KG:  SO.. IT'S NOT LIKE YOU'RE TRYING TO SAY.. I'VE NEVER SEEN

HIM.. NEVER TALKED TO HIM.  JUST OUTTA THE BLUE, THAT'S WHAT
YOU'RE TRYING TO PUT OUT HERE.

DM: NAH.. JUST..
KG: AND IT'S NOT.. IT'S NOT THAT WAY.. OKAY.  SO.. SOMEBODY THAT
I DO KNOW OF, CAUSE I BOUGHT HIM WATER.  I HAD A CONVERSATION
WITH HIM.  THIS PERSON SEEMED TO BE A NICE GUY.  I DID NOT
LOOK INTO HIS CRIMINAL HISTORY.  I DID NOT LOOK INTO THE
CLUB'S CRIMINAL HISTORY IF THEY HAVE ONE.  I DIDN'T LOOK INTO
THE RESEARCH OF.. BECAUSE.. IT WASN'T THAT SERIOUS GUYS.  I..
HEARD THAT YOU NEED TO MAKE A PHONE CALL.. OR.. TALK TO
SOMEONE.. JUST.. TO.. SEE IF YOU CAN HAVE A CLUB UM.. THAT..
WILL NOT BE STEPPING ON SOMEONE'S TOES.. JUST TO CO-EXIST.
THAT'S.. EXACTLY WHAT WAS DONE.  SO, WITHOUT ALL THIS
KNOWLEDGE THAT YOU ALL ARE JUST PULLING UP.. AND IT'S GOOD
INFORMATION.. IT LOOKS LIKE IT'S VALID.. LOOKS LIKE IT'S
CREDIBLE, GOOD..

DS: IT IS.
KG: COMES FROM A GOOD SOURCE AND THINGS OF THAT NATURE..

DS: MM HUH.
KG: LOOKS GREAT.  PRIOR TO MY KNOWLEDGE.. ALL I DID.. WAS AS I'M
LEARNING FROM THE.. GROUND FLOOR UP.. JUST TRYING TO LEARN
ABOUT MOTORCYCLE CLUBS, SOMEONE BROUGHT TO MY ATTENTION..
HEY, YOU MAY WANNA.. TAKE A LOOK AT YOUR VEST.  YOU MAY WANNA
TALK TO SOMEONE.. TO SEE IF THERE IS ANYTHING.. ANY ISSUES OR
WHATEVER.  THAT IS HOW THIS THING IS.  THERE IS NOT ANY BIG
CONSPIRACY SE.. THEORY.  MY CLUB IS NOT AN "OMG"..

DS: MM HUH.
KG: AS YOU SAID.  MY CLUB IS NOT AN OUTLAW CLUB.  WE DO NOT WEAR
SUPPORTER PATCHES.  WE DO NOT SUBSCRIBE TO THINGS IN HERE
THAT HAS BEEN THERE.  NOR HAVE WE SEEN.. ANY OF THIS GOING
ON.. IN OUR LITTLE CIRCLE.  AND.. NEITHER HAVE WE SUPPORTED.
NO, WE DID NOT ACTIVELY GO TRY TO.. SEEK OUT A.. AN OUTLAW..
WHATEVER FOR CRIMINAL ACTIVITY.. OR HAVE BEEN AROUND CRIMINAL
ACTIVITY.. OKAY.  I.. FOLLOWED.. WHAT SOMEONE SAID WAS A GOOD
SUGGESTION.. JUST TO MAKE SURE THAT WE.. DIDN'T HAVE.. STEP
ON ANYBODY'S TOES.  THAT'S IT.

DS: OKAY.
KG: AND I NOTICED HOW YA'LL.. (BOTH TALKING)..

DS: (BOTH TALKING).. GO AHEAD..
DM: YEA.

DS: YOU GOT..
DM: YEA, I JUST.. I JUST.. YOU SAID YOU DON'T SUBSCRIBE AND
YOU'VE NEVER BEEN AROUND ANY OF THAT STUFF THAT GOES ON,
RIGHT?
KG: I'VE NEVER SEEN ANY DOPE SMOKING.. NEVER DONE ANY.. (BOTH

CITY OF DOTHAN/GRAY 000812
CONFIDENTIAL

TALKING).. DOPE SMOKING.

DM: (BOTH TALKING).. YOU'VE NEVER BEEN AROUND ANY DOPE SMOKING AT ANY OF THESE CLUBS?  THAT'S UH.. THAT'S WHAT I'M ASKING.  IS THAT TRUE?
KG: THAT'S RIGHT.

DM: THAT'S WHAT YOU SAID?  YOU'VE NEVER BEEN AROUND ANY DOPE SMOKING.. AT ANY OF THESE CLUB MEETINGS?  AT ANYWHERE? RIGHT?
KG: I DON'T GO AROUND DOPE SMOKING.  DON'T UH.. (BOTH TALKING).. SUBSCRIBE TO NO DOPE..

DM: (BOTH TALKING).. BUT YOU HADN'T BEEN AROUND ANYBODY ELSE SMOKING EITHER, RIGHT?
KG: EXACTLY.

DM: OKAY.. OKAY.
DS: UH.. OKAY, YOU.. BUT YOU.. YOU SEE HERE THAT UH.. THE F.B.I. LIST IN ALABAMA, WE HAVE OUTCAST AND SIN CITY.  UH.. OF COURSE UH.. I FLAGGED WHERE THEY'RE IN SEVERAL STATES, UH.. LEGIONS OF DOOM.. UH.. IN FLORIDA.. WHICH YOU KNOW ABOUT WHERE THEY'RE AT.  ANOTHER OUTCAST UH.. THAT'S IN GEORGIA. JUST BASICALLY THEY'RE ALL OVER.  THEY'RE ALL OVER.  OF COURSE YOU DIDN'T KNOW THIS PRIOR TO TODAY.  SIN CITY DISCIPLES, UH.. THEY'RE IN.. OHIO OR SOMEWHERE.  BUT YOU DIDN'T KNOW THAT PRIOR TO TODAY, RIGHT?
KG: NO.

DS: OKAY.. ALRIGHT.  UH.. THIS IS JUST.. THAT'S WHAT ALL THESE TAGS ARE IS JUST MORE OF 'EM.. SIN CITY.. OKAY.  ALRIGHT, UH.. NOW.. KNOWING WHAT WE KNOW HERE, THE KNOWLEDGE WE HAVE NOW, UH.. YOU HAD NO KNOWLEDGE OF ANY OF THIS BEFORE TODAY, DID YOU?
KG: THE MAJORITY OF IT, YOU'RE CORRECT.

DS: OKAY.  AT.. AT.. BUT.. BUT YOU SAID.. YOU CAN'T REMEMBER WHEN.. AT FIRST YOU SAID APPROXIMATELY A YEAR AGO BUT THEN.. YOU SAID YOU REALLY CAN'T PINPOINT IT.
KG: NO.

DS: IT.. IT'LL BE.. I MEAN I CAN READ IT LATER.  IT'LL BE TRANSCRIBED AND I CAN READ IT LATER BUT..
KG: THAT'S FINE.

DS: UH.. (BOTH TALKING).. YOU DO KNOW..
KG: (BOTH TALKING).. CAN WE GET.. CAN WE GET A COPY OF THAT TRANSCRIPT?

DS: NOT AT THIS TIME, NO.  UH.. YOU SAID THAT YOU KNEW THEY WERE A ONE PERCENTER?
KG: (BOTH TALKING). . . .

CITY OF DOTHAN/GRAY 000813
CONFIDENTIAL

DS: (BOTH TALKING).. AND.. AND.. WELL GO.. GO AHEAD AND GIVE ME YOUR DEFINITION OF A ONE PERCENTER AGAIN.  I'M SORRY.
KG: OKAY.. UM.. A ONE PERCENTER.. IS.. UM.. A CLUB THAT TAKES.. CYCLING, MOTORCYCLING..

DS: MM HUH.
KG: UM.. MORE SERIOUS.  UM.. THEY.. MAY HAVE A SEPARATE SET OF RULES UH.. THAT THEY GO BY.  UM.. AND.. I THINK WHAT WITH THEM IT'S.. YOU KNOW MORE THAN JUST.. GETTING AROUND, DOING FUNDRAISERS.. AND THINGS THAT A UH.. REGULAR MOTORCYCLE CLUB.. UM.. SUCH AS MYSELF.. DOES.  UM.. UH.. THEY'RE JUST.. MORE SERIOUS INTO THE BIKING THING.  AND TO ME, IT'S A PAST TIME.  IT'S..

DS: MM HUH.
KG: A HOBBY.  UM.. AND IT'S.. UH.. IT'S THE ENJOYMENT OF THE CLUB.. AND RAISING MONEY.. FOR COMMUNITY.. (BOTH TALKING).. AND THINGS OF THAT NATURE.

DS: (BOTH TALKING).. A ONE PERCENTER IS NOT THAT BAD THEN.. NOT BAD AT ALL.
KG: I DON'T KNOW.  WE'RE NOT ONE.  ACCORDING TO WHAT YOU HAVE RIGHT HERE THEY ARE.

DS: YOU DIDN'T KNOW WHAT A ONE PERCENTER WAS TILL TODAY?  OR YOU DIDN'T KNOW THEY WERE.. THEY WERE.. THEY COULD BE BAD OR.. (BOTH TALKING).. THE POTENTIAL..
KG: (BOTH TALKING).. YOU ADD.. YOU ADDED A MORE..

DS: I'M SORRY.
KG: YOU ADDED A LOT MORE INFORMATION.. TO MY KNOWLEDGE THAN I HAD.

DS: OKAY.
KG: MM HUH.

DS: ALRIGHT.. YOU DIDN'T KNOW..
KG: THANKS.. THANKS FOR THE EDUCATION.

DS: NO PROBLEM.. YOU HAD NO IDEA THEY WERE.. THEY WERE AS BAD AS THEY ARE DID YOU?
KG: THAT IS CORRECT.

DS: OKAY.  UH.. TRANSCRIPTS.. ARE WE READY FOR THAT?
DM: ANY TIME.. YOU GOT.. I GAVE YOU ONE DIDN'T I?

DS: NO.
DM: THERE'S ONE.. AND THERE'S..

DS: THERE'S YOU A COPY.. UH..
KG: CAN.. CAN I KEEP THIS?

CITY OF DOTHAN/GRAY 000814
CONFIDENTIAL

DS: YES.  THIS IS.. HAVE YOU GOT THE ACTUAL DISC?
DM: NO, I CAN GET IT THOUGH IF I NEED TO.

DS: OH.. OKAY.  UH.. IT APPEARS THAT.. UH.. YOU PUT ON A CLASS TO
    YOUR PROBIES.  IS THAT RIGHT?
KG: (NO AUDIBLE RESPONSE).

DS: OR EXPLAIN TO ME WHAT A PROBIE IS TO YOU.
KG: UM.. SOMEONE THAT'S.. TRYING TO.. GET FULL MEMBERSHIP INTO
    THE MOTORCYCLE CLUB.

DS: OKAY.. ALRIGHT.  AND YOU.. AND YOU.. HAVE UH.. CREATED A.. A
    DISC THAT YOU.. UH.. YOU ACTUALLY PUT ON A CLASS I GUESS,
    RIGHT?
KG: MM..

DS: TO YOUR PROBIES?
KG: ACTUALLY, ONE OF MY UH.. ONE OF MY.. MEMBERS.. WAS PUTTING IT
    ON AND.. I SPOKE.. AT UH.. DURING HIS.

DS: OKAY.  HE.. HE RECORDED IT BUT IT WAS YOU.. YOU'RE THE.. YOU
    WERE THE INSTRUCTOR?
KG: I DON'T CALL YOU.. I DON'T CALL IT THE INSTRUCTOR.  I.. I
    SAID..

DS: WELL WHAT..
KG: I SPOKE AT.. I SPOKE THERE.  IT WAS.. HIM DOING IT AND I
    SPOKE THERE.

DS: SO HE PUT IT ON AND YOU JUST WERE LIKE A GUEST SPEAKER?  IS
    THAT WHAT.. IS THAT IT?  I DON'T KNOW.  YOU TELL ME.  I DON'T
    KNOW.
KG: I WAS THERE WHILE HE WAS PUTTING IT ON AND I ADDED COMMENTS
    TO IT.  AND THAT'S..

DS: SO HE DID THE MAJORITY OF THE SPEAKING?
KG: (NO AUDIBLE RESPONSE).

DS: I DON'T KNOW.  I'M ASKING YOU.
KG: WE BOTH SPOKE.  I DON'T KNOW.. THERE WASN'T..

DS: YOU DON'T KNOW WHO SPOKE MORE THAN THE OTHER DO YOU?
KG: THERE WASN'T A.. I TALK ALL THE TIME.  SO.. (LAUGHS)..

DS: (LAUGHS)..
KG: I TALK ALL THE TIME SO I.. I COULD HAVE DONE MOST OF THE
    TALKING, BUT THERE ISN'T A.. SET SCHEDULE.. (BOTH TALKING)..
    OUTLINE OR WHATEVER.

DS: (BOTH TALKING).. JUST.. IT'S JUST A.. IT'S JUST.. FLY OFF THE
    HANDLE TYPE THING?  JUST TO.. UH.. GIVE 'EM MORE INFORMATION,

CITY OF DOTHAN/GRAY 000815
CONFIDENTIAL

RIGHT?

KG: RIGHT.

DS: OKAY.  UM.. AND YOU CAN READ ALONG THERE, UH.. IT SAYS UH..
UNDER THE "OMC".. UH.. THERE'S THE "MC", WHICH IS YA'LL,
RIGHT?

KG: WE'RE AN "MC", YEA.

DS: SO, YOU'RE.. YOU'RE SAYING THAT THE "MC" FALLS UNDER THE
OUTLAW MOTORCYCLE CLUBS.  THESE ARE YOUR STATEMENTS.

KG: OKAY.

DS: OKAY.  UN.. AND UNDER THE "MC" IS THE "RC", WHICH YOU WERE AN
"RC", RIGHT?

KG: YES.

DS: OKAY.  UH.. AND THEN UH.. THEN YOU'RE GONNA HAVE THE "PO",
WHICH IS PROPERTY OF.  WHAT YOUR.. THAT WAS YOUR STATEMENT.
WHAT.. WHAT DID YOU MEAN BY PROPERTY OF IN THAT STATEMENT?

KG: (NO AUDIBLE RESPONSE).

DS: ME TOO.

KG: (UNINTELLIGIBLE).. ARE YOUR SUPPORT CLUBS.  THE "PO'S".. ARE
FOR THE ONE PERCENTERS.

DS: OKAY.

KG: THE "SC'S" ARE FOR.. THE "MC'S".

DM: (UNINTELLIGIBLE). . . . . .

KG: HMM?

DM: GO AHEAD.

KG: WANNA MAKE A COMMENT?

DM: NO, I DIDN'T.  GO AHEAD.. (BOTH TALKING). . . .

DS: (BOTH TALKING). . . . OKAY.. START AT THE VERY TOP.. VERY
TOP.

KG: GO AHEAD.

DS: "OMC".. OUTLAW MOTORCYCLE CLUB.  I'M.. I'M.. IT'S.. (BOTH
TALKING).. IT'S ON YOURS TOO.

KG: (BOTH TALKING).. THAT'S NOT AT THE TOP.  AND..

DS: NO.

KG: OKAY.

DS: I'M.. I'M READING.. I'M READING.

KG: OKAY.

DS: THIS IS YOUR STATEMENT.  LET'S START AT THE TOP.  YOU SAID
START AT THE TOP.  THIS IS YOUR COMMENT.  "OMC".. OUTLINE.
SO YOU.. YOU'RE DOING AN OUTLINE.  I GUESS YOU'RE GOING BY AN

CITY OF DOTHAN/GRAY 000816
CONFIDENTIAL

OUTLINE.  OUTLAW MOTORCYCLE CLUBS ARE ONE PERCENTERS.  UH..
JUST BECAUSE THEY HAVE THE NAME OUTLAW ON THEIR BACK DOESN'T
MEAN THEY'RE AN OUTLAW MOTORCYCLE CLUB.  AN OUTLAW MOTORCYCLE
CLUB IS A ONE PERCENTER.  THE ONE PERCENTERS USUALLY RIDE
WEARING A PATCH THAT SAYS ONE PERCENTER ON IT.  WHEN YOU
SEE.. SOMEONE WITH A PATCH THAT HAS ONE PERCENTER ON IT, KNOW
THAT THAT'S THE MOST VOLATILE.. GANG.. THAT THERE IS OUT
THERE.. OKAY.

KG:  MM HUH.

DS:  ALRIGHT.  UH.. NOW THE "OMC", WHICH YOU'RE READING SOME OF
THE LITERATURE ABOUT, UH.. THAT WAS.. YOU GO IN AND TALK
ABOUT THE WAR AND.. AND THE ONES THAT STARTED IT RIGHT OUTTA
THE WAR.  UH. . "RC" IS A RIDING CLUB.. NOT AS WELL
RESPECTED.. (BACKGROUND NOISE AROUND RECORDER).. YOU WERE AN
"RC", RIGHT?

KG:  RIGHT.

DM:  (UNINTELLIGIBLE.. BACKGROUND NOISE CONTINUING AROUND
RECORDER)..

DS:  OKAY.. SO YOU.. YOU WERE AN "RC", WHICH WAS.. WHICH IS NOT..
AS WELL RESPECTED?

KG:  RIGHT.

DS:  OKAY.  UH.. REALLY DON'T HAVE PROTOCOL.  YOU JUST GET OUT
THERE AND RIDE AND DO YOUR THING AND NOT BE BOTHERED BY
NOBODY.  IS THAT WHAT THAT'S REFERRING TO?

KG:  . . AND NOT.. AND NOT WEARING A.. VEST.. WELL, MOST OF 'EM
DON'T.. DON'T WEAR A VEST.. (BOTH TALKING).. SOME..

DS:  (BOTH TALKING).. BUT YOU DID AS.. AS THE BAMA BOYS AS A..
"RC" YOU DID?

KG:  WE HAD..

DS:  ONE PIECE?  PATCH?

KG:  I GUESS YOU CAN CALL IT THAT.  IT'S JUST A LOGO..

DS:  OKAY.

KG:  THAT I.. (UNINTELLIGIBLE)..

DS:  OKAY.. ALRIGHT.  AND YOU HAD NOT PROBLEMS RIDING AS A MOTOR..
RIDING CLUB DID YOU?  OR NO HARASSMENT FROM NOBODY THAT YOU
KNOW OF?  DID YOU GET HARASSED AS A RIDING CLUB?

KG:  NO.

DS:  OKAY.. ALRIGHT.  BUT.. BUT.. YOU CHOSE TO BE.. (BOTH
TALKING).. AN "MC".

KG:  (BOTH TALKING).. I HAVEN'T.. I HAVEN'T BEEN..

DS:  WHAT WAS.. WHAT.. WHAT WAS THAT REASON YOU WENT FROM..

KG:  I HAVEN'T BEEN HARASSED AS AN "MC".

CITY OF DOTHAN/GRAY 000817
CONFIDENTIAL

DS: OKAY.. WHAT WAS THE REASON GOING FROM AN "RC" TO AN "MC"?
YOU WANTED TO DO WHAT?

KG: UM.. YOU CAN HAVE ANNIVERSARY PARTIES.  UM.. UH.. YOU HAVE
YOUR OWN SET.. YOUR.. YOUR BY-LAWS.

DS: IT GOES A LITTLE ABOVE AND BEYOND RIDING.. JUST RIDING..
(BOTH TALKING).. HAVING GOOD TIMES?

KG: (BOTH TALKING).. YEA.. MM HUH.

DS: OKAY.  ALRIGHT.. MORE STRUCTURED.  OKAY.. YOU DON'T HAVE TO
ANSWER TO NOBODY.  NOW WHAT'S THAT REFERRING TO.. ANSWER TO
NOBODY?  IF YOU'RE NOT.. IF YOU'RE SOMETHING OTHER THAN AN
"RC", WHO DO YOU ANSWER TO?

KG: SAY WHAT NOW?

DS: UH.. RIGHT HERE WHERE IT SAYS UH.. YOU DON'T HAVE TO UH..
ANSWER TO NOBODY.  "RC"?  DON'T HAVE TO ANSWER TO NOBODY.

KG: MM HUH.

DS: (UNINTELLIGIBLE). . . THEY HAD A VEST.  DO EVERYTHING THAT
YOU.. WERE INTERESTED IN DOING.

KG: RIGHT.. IT'S ACTUALLY.. YEA.. IT.. IT'S WHAT IT SAYS AND WHAT
IT SAYS BUT UH.. THERE'S.. MORE TO IT THAN THAT.

DS: BUT THIS IS WHAT YOU'RE TEACHING YOUR PROBIES?

KG: OKAY..

DS: WHAT'S MORE TO IT?

KG: UM...LIKE UH.. AS OPPOSED TO NOT HAVING TO ANSWER TO.. TO
NOBODY, UM.. RECENTLY IT'S.. BEEN SAID THAT.. THEY WOULD
PROBABLY HAVE TO GET UH.. UH.. THE SAME KIND OF UH..
PERMISSION TO BE LEFT ALONE.. TOO.

DS: MM HUH.  BE LEFT ALONE.. (BOTH TALKING).. JUST TO BE LEFT
ALONE?

KG: (BOTH TALKING).. JUST SO YOU.. WOULDN'T STEP ON NOBODY'S
TOES.. SAME..

DS: OKAY.

KG: SO YOU WOULDN'T STEP ON.. (BOTH TALKING).. SOMEBODY'S TOES.

DS: (BOTH TALKING).. ALRIGHT.. I UNDERSTAND WHAT YOU'RE SAYING.

KG: MM HUH.

DS: MM.. THE RIDING CLUB IS ALSO ALLOWED TO BE IN EXISTENCE BY
THE "OMC" IF THEY WANNA BE.. UH.. IF THEY WANT 'EM TO OR NOT.
UH.. AND I'M JUST GONNA KIND A GO THROUGH THIS.  YOU CAN READ
LONG THERE.

KG: OKAY.

DS: THE.. YOU KNOW A RIDING CLUB IS BENEATH AN "MC" OR.. YOU SAID
TAKE IT HOW YOU WANT IT, THEY'RE.. THEY'RE JUST.. THEY'RE

```
          LOWER THAN YA'LL ARE.
KG:   (NO AUDIBLE RESPONSE).

DS:   "MC" IS ON YOUR BACK REPRESENTS AN ORGANIZED CLUB.  UH.. THE
      PROTOCOL YOU HAVE, YOUR "OMC'S".. THAT YOU'RE FOLLOWING.
      LET'S SEE.. YOUR "OMC'S" THAT YOU'RE FOLLOWING REAL CLOSE
      BEHIND.. AND YOU'RE FOLLOWING THEIR DIRECTION AND GUIDELINES.
KG:   (NO AUDIBLE RESPONSE).

DS:   YOU SEE.. DO YOU SEE THAT?
KG:   MM HUH.

DS:   WELL WHAT'D YOU MEAN.. WHAT.. WHAT DOES THAT MEAN?  I MEAN
      CAUSE YOU SAID YOU DON'T.. DO ANYTHING THAT THEY DO BUT IT
      SAYS RIGHT HERE.. UH.. THAT YOUR "OMC'S", WHICH IS OVER
      YA'LL, UH.. THAT YOU'RE FOLLOWING REAL CLOSE BEHIND AND
      YOU'RE FOLLOWING THEIR DIRECTION AND GUIDELINES.
KG:   THE.. (BACKGROUND NOISE AROUND RECORDER).. "MC" COMMUNITY..
      WE HAVE OUR OWN.. BY-LAWS AND WE GO BY THOSE.

DS:   EXACTLY.
KG:   THE.. "OMC".. TRIES TO MAKE SURE THAT YOU.. DON'T.. WORRY
      ABOUT WHAT THEY'RE DOING.. AND YOU STAY ON YOUR PARTICULAR..
      SIDE OF THE STREET.

DS:   OKAY.
KG:   SO.. BY.. YOU.. ASKING A QUESTION ABOUT.. LET'S SAY.. HECK, I
      JUST GOTTA FIND AN EXAMPLE.  MM. . . LET'S SAY I WANNA HAVE
      A.. LET'S SAY I WANNA HAVE A.. AN ANNIVERSARY PARTY..

DS:   MM HUH.
KG:   YOU KNOW.  I HAVE UH.. WELL I WANNA HAVE AN ANNIVERSARY PARTY
      ON OCTOBER 3RD.. (BACKGROUND NOISE AROUND RECORDER).. MY
      ANNIVERSARY PARTY.  UM.. THEY MAY SAY.. YOU KNOW WHAT THERE'S
      ANOTHER.. "MC" THAT'S HAVING A.. ANNIVERSARY PARTY.. YOU KNOW
      ON.. THAT DAY.  WHY DON'T YA'LL TRY TO WORK SOMETHING OUT
      AND.. AND.. HAVE IT ON A DIFFERENT DAY?  SO.. UH.. YOU'RE
      BASICALLY TRYING TO MADE SURE THAT YOU.. YOU HAVE A.. YOU
      KNOW.. THERE'S NO.. PROPERTY.. NO PROP.. UH.. PROBLEM
      BETWEEN..

DS:   OKAY.
KG:   UH.. BOTH OF 'EM BUT..

DS:   OKAY.  BUT THIS IS A.. A.. A CORRECT STATEMENT?
KG:   . . BUT THESE AREN'T BY-LAWS AND THIS IS NOT.. (BOTH
      TALKING)..

DS:   (BOTH TALKING).. NO.. NO, THIS.. NO, THIS IS JUST AN
      INSTRUCTIONAL VIDEO BY YOU.
KG:   (BOTH TALKING).. THEIR WAY.. THEIR WAY OF DOING THINGS.
```

CITY OF DOTHAN/GRAY 000819
CONFIDENTIAL

DS: OR INSTRUCTIONAL AUDIO BY YOU.
KG: IN GENERAL.

DS: YEA.. WELL YOU WROTE ON THERE.. ON THE DISC WHAT IS WAS
    EXACTLY SO..
KG: IN GENERAL.. MM HUH.

DS: OKAY. UH.. THERE WERE BOUND AS A MOTORCYCLE GANG. UH..
    LET'S SEE BAND OF BROTHERS. OKAY. THEY HAD A VIOLENT
    STREAK IN 'EM. THEY'RE SMOKING WEED, DOING HEROIN BACK
    THERE. THAT WAS OLD.. OLD SCHOOL BOYS. UH..
KG: WAY BACK IN.. (BOTH TALKING).. THE DAY.

DS: (BOTH TALKING).. BUT.. BUT.. BUT IF YOU GOT IN THEIR WAY,
    THEY'D MOW YOU DOWN ONE WAY OR OTHER. UH.. THE HISTORY OF IT
    YOU HAVE TO REALLY UNDERSTAND.. EH.. WHERE WAS.. WHERE WAS I
    AT BEFORE.. (UNINTELLIGIBLE.. MUMBLING).. OKAY, HELL'S ANGELS
    COME OUTTA THAT. UH.. REAL HARD CORE, THE HELL'S ANGELS.
    PISTOL.. PISTOLEROS. YOU SEEM PRETTY KNOWLEDGEABLE OF.. OF..
    OF.. MOTORCYCLE GROUPS.. UH.. BY THIS. I WAS JUST AMAZED AT
    HOW KNOWLEDGEABLE YOU ACTUALLY WERE. UH.. YOU SAID THESE..
    THESE GUYS ARE NAMED BY THE FEDERAL GOVERNMENT, SO YOU
    ACTUALLY DO READ THE FEDERAL.. F.B.I. STUFF CAUSE YOU SAW
    THESE GUYS ON THERE. I'M SORRY? (RECORDER PICKING UP
    BACKGROUND AUDIBLE NOT RELATED TO INTERVIEW)..
KG: WHEN I HAD MY INTERVIEW.

DS: I'M SORRY.. I THOUGHT HE LOOKED AT ME.
KG: WHEN I HAD MY FIRST INTERVIEW..

DS: MM HUH.
KG: I DID SAY.. THAT UM.. YOU NEED TO LOOK AT A.. A FEDERAL
    WEB SITE.. TO SEE..

DS: MM HUH.
KG: WHO WAS CA.. CLASSIFIED AS..

DS: YES.
KG: THE..

DS: I DID.
KG: OUTLAW.

DS: YEA.
KG: YEA.

DS: YEA.
KG: SO..

DS: WELL I.. (BOTH TALKING).. I..
KG: (BOTH TALKING).. I DIDN'T SAY.. I DIDN'T SAY A SPECIFIC ONE.
    I SAID A FEDERAL WEB PAGE.

CITY OF DOTHAN/GRAY 000820
CONFIDENTIAL

DS: YOU LOOKED ON 'EM AND SAW.. THAT THESE FOUR..
KG: ON UM.. I SAY.. I LOOKED ON A.. FEDERAL WEB SITE.

DS: AND JUST.. AND SAW THOSE FOUR?
KG: AND SAW.. UM.. AND I CAN'T QUOTE WORD-FOR-WORD ON..

DS: OKAY.
KG: THE FEDERAL WEB SITE..

DS: THAT'S FINE.
KG: BUT THOSE ARE THE ONES THAT..

DS: YEA, THAT'S FINE.
KG: I KNEW IT DIDN'T INCLUDE OUTCAST.

DS: ON THE ONE YOU SAW?
KG: RIGHT.

DS: OKAY.. I UNDERSTAND THAT.
KG: MM HUH.

DS: LET ME SEE. . OKAY, ACCORDING THE FEDERAL GOVERNMENT.. YOUR
    STATEMENT HERE SAYS UH.. BY THE FEDERAL GOVERNMENT AS BEING
    AN ACTUAL ONE PERCENTER.  THOSE ARE THE ONES VOLVE.. INVOLVED
    IN RACKETEERING, UH.. CRIMINAL ENTERPRISE, DRUG DISTRIBUTION
    AND THINGS OF THAT NATURE.  THAT'S.. YOU.. YOU.. YOU
    EXPLAINED.. (BOTH TALKING).. YOU EXPLAINED..
KG: (BOTH TALKING).. SEEM.. IT SEEMS LIKE THAT CAME OFF OF THAT
    SITE I WAS TALKING ABOUT.

DS: YEA, YOU WAS EXPLAINING TO YOUR PROBIES THAT THE F.B.I.. SAYS
    THAT ONE PERCENTERS ARE RACKETEERS, UH.. DRUG DISTRIBUTERS..
    STUFF OF THAT NATURE.  UH.. LET'S SEE.. LET'S SEE..
KG: WHICH MY CLUB IS NOT A ONE PERCENTER.

DS: OH NO, ABSOLUTELY NOT.. NO.  I AGREE.  YEA, IT SAYS HERE THAT
    UH.. YOU AUTOMATICALLY KNOW AND ACCEPT THOSE ARE THE ONES YOU
    REALLY DON'T EVEN WANNA WASTE.. YOUR TIME WITH.  UH.. I'M
    JUST READING ALONG HERE.  UH.. THEY LOOK.. THEY TEND TO LOOK
    FOR THINGS TO GET INTO.  THEY TEND TO BE THE ONES WHO START
    PROBLEMS.  WHAT KIND OF PROBLEMS DO THEY START?
KG: I DON'T KNOW.  IT'S DIFFERENT FROM.. FROM.. PLACE TO PLACE.
    I DON'T KNOW.

DS: OKAY.. (BOTH TALKING)..
KG: (BOTH TALKING).. SAYING, YOU DON'T REALLY WANNA WASTE YOUR
    TIME.  YOU DON'T WANNA FOOL AROUND WITH..

DS: YEA.
KG: ANYBODY LIKE THAT.

DS: BECAUSE THEY'LL.. LIKELY TEND TO START PROBLEMS?
KG: THEY COULD.

DS: OKAY. UHH.. OKAY, SO YOU.. YOU TALK ABOUT THE.. THE HISTORY
    OF THE VEST THERE AND THEN PUTTING THE PATCHES ON. AND UH..
    HOW THESE FOLKS JUST.. GOSH BE KNOWN, THEY WANTED TO PUT
    THEIR VE.. THEIR THINGS ON WITHOUT BEING.. TOLD THEY COULD.
KG: WHERE AT NOW?

DS: UH.. THEY BEGIN.. I'M ON PA.. ABOUT PAGE FOUR LOOKS LIKE.
    ONE.. TWO.. THREE.. FOUR. THERE'S ABOUT FORTY OR FIFTY PAGES
    OF THIS.
KG: OKAY.

DS: UM..
KG: KNOW WHERE YOU'RE AT?

DS: UH.. RIGHT UP HERE AT THE TOP. SAYS THEY BEGIN TO GET VESTS
    UH.. IT SAYS YOU KNOW LIFE CONTINUED AND PEOPLE BEGAN TO GET
    INTO MOTORCYCLE CLUBS.
KG: HOLD ON.

DS: YEA, THAT WAS IT. THAT WAS THE PAGE.
KG: OKAY.

DS: UH.. BEGAN TO GET INTO MOTORCYCLE CLUBS. THAT'S.. THEY BEGAN
    TO GET VESTS LIKE OURS AND PUT WHAT THEY WANTED ON IT UH..
    BUT THEY WASN'T THE PEOPLE THAT.. WENT TO WAR OR WHATEVER.
    THEY WANTED TO BUY THEIR BIKES. UH.. THEY WANTED TO GET
    TOGETHER. YOU HAVE TO.. HAVE CAMARADERIE AND.. UH.. THEY
    BECAME TARGETS OF THE "OMC'S" CAUSE THEY DIDN'T.. WHY.. WHY
    DID THEY BECOME TARGETS.. OF "OMC'S"? IT SAYS HERE CAUSE..
    THEY.. THEY TRIED TO TAR.. THEY TRIED TO.. COPY 'EM. DIDN'T
    HAVE A RIGHT.. THEY.. THEY HAD NO RIGHT TO DO THAT.
KG: THAT'S WHAT THE UH.. ALABAMA ROCKER ON THE BOTTOM LIKE BLUE
    KNIGHTS WEAR.

DS: MM HUH.
KG: MM HUH.

DS: . . UH.. WE'RE TALKING ABOUT "OMC'S" HERE. ARE YOU SAYING
    BLUE KNIGHTS IS AN "OMC"?
KG: (NO AUDIBLE RESPONSE).

DS: UH.. THEY'RE.. THEY'RE CLASSIFIED LAW ENFORCEMENT BY THE
    F.B.I.
KG: THAT'S NOT WHAT I'M SAYING.

DS: OKAY.. WELL WHAT IS IT THEN?
KG: BLUE KNIGHTS WEAR AN ALABAMA ROCKER.

DS: MM HUH.

KG:  ON THE BOTTOM IT SAYS THE WHOLE STATE OF ALABAMA.  THAT'S..
     WHAT.. THE "OMC'S" GENERALLY TRY.. IDENTIFY AS AN OUTLAW
     CLUB.

DS:  WHAT DOES AN OUTLAW CLUB HAVE?
KG:  THE FULL STATE.

DS:  OKAY.  SO, BLUE KNIGHTS IS AN OUTLAW?
KG:  I'M JUST TELLING YOU FACT.

DS:  OKAY.
KG:  BLUE KNIGHTS HAS THE WHOLE STATE OF ALABAMA ON THE BOTTOM OF
     IT.  IN THE OUTLAW.. COMMUNITY.. OUTLAWS.. ASSOCIATE BY
     HAVING THE WHOLE STATE ON THE BOTTOM OF THEIR.. VEST.

DS:  MM HUH.
KG:  (UNINTELLIGIBLE)..

??:  (UNINTELLIGIBLE)..
KG:  RIGHT.  SO DOTH.. MY CLUB HAS DOTHAN..

DS:  MM HUH.
KG:  AND THEN "AL".

DS:  MM HUH.
KG:  WHICH.. SIGNIFIES THAT MY CLUB IS NOT AN OUTLAW CLUB.

DS:  NO.. ABSOLUTELY NOT.  BUT YOU WERE TALKING ABOUT.. THE BLUE
     KNIGHTS WEAR ALABAMA ON THE BOTTOM OF THEIRS.
KG:  I'M JUST GIVING YOU FACT.  I CAN'T TELL YOU ANYTHING OTHER
     THAN..

DS:  YEA.
KG:  BLUE.. BLUE KNIGHTS HAS ALABAMA ON THE BOTTOM OF THEIRS.

DS:  OKAY.
KG:  AND.. I MEAN IT'S JUST..

DS:  OKAY.
KG:  I'M JUST GIVING YOU INFORMATION.  THAT'S.. I'M..

DS:  ALRIGHT.. WELL I.. YEA, F.B.I. HAD ALL THAT.
KG:  AND I'M NOT SAYING..

DS:  YEA, THE F.B.I..
KG:  BLUE KNIGHTS ARE AN OUT.. ARE AN OUTLAW CLUB.

DS:  OKAY.
KG:  I'M JUST SAYING THAT.. THEY HAVE ALABAMA ON THE BOTTOM OF
     THEIRS.  AND.. BUT MOST OF THE.. OUTLAWS.. USE THAT AS A
     DISTINGUISHING FACTOR BY SAYING.. THAT'S HOW THEY
     DIS..TINGUISH OUTLAW CLUBS.

CITY OF DOTHAN/GRAY 000823
CONFIDENTIAL

DS: MM HUH.
KG: BLUE KNIGHTS MAY HAVE A DIFFERENT.. FRAME OF THOUGHT.. YOU
    KNOW. ANY OTHER CLUB MAY.. (BOTH TALKING)..

DS: (BOTH TALKING).. WELL THEY'RE IN LAW ENFORCEMENT SO..
KG: ANY.. YEA.. ANY OTHER CLUB COULD HAVE A DIFFERENT FRAME OF
    THOUGHT. LIKE I SAID THERE'S NO.. LAW. THERE'S NOTHING
    ETCHED IN STONE ABOUT IT.

DS: JUST A.. A.. A.. A.. OPINION.. WHY DID YOU NOT GO WITH A LAW
    ENFORCEMENT MOTORCYCLE CLUB?
KG: I WAS IN.. BLUE KNIGHTS.

DS: I KNOW BUT WHY DID YOU BRANCH OUT.. WHY DIDN'T YOU STAY
    WITH.. CAUSE SEE I.. I'VE.. I'VE.. INTERVIEWED SEVERAL
    EXPERTS ON THIS.. AND I'VE GOTTEN A LOT A DATA ON IT.
KG: MM HUH.

DS: AND.. LAW ENFORCEMENT CLUBS DO NOT.. (BACKGROUND NOISE AROUND
    RECORDER).. HAVE TO MEET WITH OTIS.. OR "BIG O".. TO GET
    PROTECTION. UH..
KG: UM..

DS: SO YOU.. SO.. A LAW ENFORCEMENT CLUB DON'T HAVE TO DO THAT.
KG: OKAY.

DS: OKAY, THAT'S JUST A CHOICE, RIGHT?
KG: (NO AUDIBLE RESPONSE).

DS: IT'S JUST A CHOICE TO BE WHOEVER YOU WANNA BE?
KG: MM.. I GUESS.

DS: OKAY.. THAT'S. . UH. . (UNINTELLIGIBLE.. MUMBLING).. UH..
    RIGHT HERE I BELIEVE.. AND I'M ON THE SAME PAGE. UH.. IT
    SAYS UH.. THEY DON'T CARE WHAT YOU THINK.. DON'T CARE HOW I
    DRESS.. DON'T CARE HOW.. UM.. YOU.. HOW I LOOK. YOU GIVE ME
    THE SLIGHTEST LOOK THAT YOU DON'T LIKE 'EM.. AND.. YOU'RE AN
    O.. I'M AN "OMC", AND YOUR ASS IS GONNA GET SLAPPED, WHIPPED,
    JUMPED ON BY EVERYBODY OR WHATEVER.
KG: I'M TRYING TO READ THE CONTEXT OF IT.

DS: YEA.
KG: I SEE IT.. (BOTH TALKING)..

DS: (BOTH TALKING).. OKAY, I..
KG: GO BACK FOR SOME CONTEXT.

DS: OKAY.
DM: OPEN THIS DOOR BACK.. (BACKGROUND NOISE AROUND RECORDER)..

    (UNINTELLIGIBLE.. WHISPERING)

CITY OF DOTHAN/GRAY 000824
CONFIDENTIAL

KG:   OKAY.. MM HUH.

DS:   OKAY.  SO.. SO RIGHT THERE YOU'RE SAYING THAT.. I MEAN IF YOU
      DON'T.. IF YOU LOOK AT THEM WRONG.. THERE'S VIOLENCE THERE,
      RIGHT?
KG:   AND.. IT'S.. THAT'S EXACTLY WHAT I SAID.

DS:   MM HUH.
KG:   AND IT'S JUST.. BASICALLY PUTTING OUT THERE THAT.. DON'T.. DO
      ANYTHING.. THAT COULD CAUSE SOMEBODY ELSE TO BE PISSED OFF.
      AND.. AND THAT'S EXACTLY.. EXACT.. THAT'S EXACTLY IT.  SO
      SINCE OUR CLUB IS NOT AN "OMC".. I'M TRYING TO MAKE SURE THAT
      OUR GUYS DON'T SUBJECT THEMSELVES TO ANYTHING THAT COULD
      CAUSE THEM HARM.

DS:   MM HUH.
KG:   MM HUH.

DS:   FROM AN "OMC"?
KG:   RIGHT.

DS:   OKAY.
KG:   THAT'S ANYWHERE.

DS:   WHICH "OMC" REGULATES "MC'S".. (BOTH TALKING)..
KG:   (BOTH TALKING).. THAT'S.. THAT'S.. THAT'S..

DS:   ACCORDING TO YOUR FIRST STATEMENT.
KG:   WHEN YOU GET THE.. APPROVAL.. WHEN YOU GET.. THE OKAY..

DS:   MM HUH.
KG:   TO BE LEFT ALONE..

DS:   I UNDERSTAND.
KG:   THAT IS EXACTLY WHAT YOU'RE DOING.  YOU'RE GETTING THE OKAY..
      NOT TO BE.. BOTHERED..

DS:   MM HUH.
KG:   OR.. (BOTH TALKING).. MAKE SURE YOU'RE NOT..

DS:   (BOTH TALKING).. OR JUMPED ON OR WHIPPED?
KG:   OR MAKE SURE YOU'RE NOT.. GOING.. IN AN AREA.. WHERE SOMEBODY
      ELSE MAKE HAVE UH..

DS:   OKAY.. I UNDERSTAND.  SLAPPED, WHIPPED, JUMPED ON BY
      EVERYBODY.  UH.. THEY DON'T CARE.  UH.. (LOW VOLUME..
      MUMBLING).. THAT IN CERTAIN.. IN DIFFERENT STATES.. THERE'S
      NO BOOK.. THERE'S NO BOOK.  THERE'S NO BIBLE TELLS YOU HOW TO
      DO THIS.  YOU JUST DO IT AT YOUR OWN.. AT YOUR CHOICE.
      THERE'S NO LAWS YOU HAVE TO GO BY THAT SAYS YOU HAVE TO DO
      ANY OF THIS STUFF.  THAT'S WHAT'S.. I MEAN YOU KNOW..
KG:   I TOLD YOU THAT.. (BOTH TALKING)..

CITY OF DOTHAN/GRAY 000825
CONFIDENTIAL

DS: (BOTH TALKING).. EXACT.. FROM THE BEGINNING.. YES SIR.  IT'S
    ALL A CHOICE.  IT'S A PERSON'S OWN CHOICE WHAT THEY DO.
KG: AND OUR CHOICE WAS TO MAKE SURE WE STAYED OUTTA THE WAY SO WE
    WOULD NOT BE SUBJECT TO..

DS: EXACTLY.. (BOTH TALKING).. I.. EH.. EXACTLY..
KG: (BOTH TALKING).. ANYTHING..

DS: EXACTLY.  UH.. MM. . . UM.. AT THE BOTTOM OF THAT PAGE IT
    SAYS UH.. WE DO.. WE DO THINGS ACCORDING TO UH.. "OMC"
    PROTOCOL.. OUTLIE MOTOR.. OUTLAW MOTORCYCLE CLUB PROTOCOL.
    UH.. ALL THAT MEANS IS IN THE STATE OF ALABAMA THE DOMINANT
    MOTORCYCLE CLUBS.. THAT ARE ONE PERCENTERS.. THAT WE'RE
    DEALING WITH, UM.. THE OUTLAWS ARE ONE PERCENTERS.  UH..
    THEY'RE UM.. PREDOMINANTLY BLACK.  THIS IS YOUR STATEMENTS.
KG: MM HUH.

DS: I.. ACTUALLY WHERE I GOT SOME MORE OF THE EDUCATION FROM.
KG: MM HUH.

DS: UH.. I MEAN WHITE MOTORCYCLE CLUBS IN THE AREA OF ALABAMA.
    THE PISTOLEROS.. SO YOU KNOW UH.. YOU.. YOU.. KNOW A LOT
    ABOUT THESE.  I WAS REALLY AMAZED.
KG: I.. I MENTIONED.. (BOTH TALKING).. THE PISTOLEROS EARLIER..

DS: PISTOLEROS..
KG: AND I MENTIONED THE BANDIDOS EARLIER.

DS: UH HUH.. YEA.  UH.. BANDIDOS AS WELL UH.. ALL THREE OF THESE
    ARE ONE PERCENTERS AND THEY ARE IN DOTHAN.
KG: I THINK THEY'RE IN.. (BOTH TALKING).. I THINK THEY'RE IN..

DS: (BOTH TALKING).. YOU SAID THEY WERE IN DOTHAN.
KG: LEVEL PLAINS.

DS: OKAY.  YEA, YOU SAID THAT.. YOU SAID DOTHAN, ENTERPRISE,
    LEVEL PLAINS.. ANY MAYBE ACROSS THE LINE EVEN.
KG: I DON'T KNOW IF I SAID ACROSS THE LINE OR IF IT WAS SOMEONE
    ELSE SAID ACROSS THE LINE.

DS: UH.. IT'S GOT QUOTATIONS, IT'S YOURS.
KG: CAUSE LIKE I SAID, THERE'S OTHER PEOPLE IN THAT.. IN THAT
    ROOM.. (BOTH TALKING).. TALKING TOO.

DS: (BOTH TALKING).. OH YEA, YOU COULD HEAR IT.. YEA, YOU COULD
    HEAR IT.. YEA.
KG: MM HUH.

DS: YEA, IT'S ALL PLAIN ON THE.. ON THE CD.
KG: MM HUH.

CITY OF DOTHAN/GRAY 000826
CONFIDENTIAL

DS: UH.. OKAY, THE AFRICAN AMERICAN MOTORCYCLE CLUBS
    PREDOMINANTLY ARE.. BUT YOU SAID YOU DIDN'T REALLY KNOW OF
    ANY.  BUT..
KG: KNOW OF ANY WHAT?

DS: PREDOMINANTLY BLACK CLUBS.  YOU DIDN'T KNOW THE OUTCAST WAS
    UNTIL.. YOU JUST LEARNED OF IT.  UH.. BUT YOU SAID HERE THAT
    THE OUTCASTS ARE.. THE WHEELS OF SOUL ARE.. SIN CITY
    DISCIPLES ARE.. AND MORTAL SOULS.
KG: I NEVER MET.. ANYONE FROM.. (BOTH TALKING).. SIN CITY..

DS: (BOTH TALKING).. I AIN'T SAYING YOU DID.
KG: I'M GONNA..

DS: GO RIGHT AHEAD.. I'M SORRY.
KG: THAT'S ALRIGHT.  I NEVER MET.. ANYONE FROM SIN CITY.  YOU
    SEEM TO BE ENJOYING THIS.. (BOTH TALKING).. YOU'VE GOT SMILES
    ON YOUR FACE AND EVERYTHING.

DS: (BOTH TALKING).. NO.. NO.. I.. I JUST SMILED BACK WHEN YOU
    SMILED AT ME.  I CAN'T.. (LAUGHS).. HELP IT.  I CAN'T HELP
    IT.
KG: THAT WAS A FALSE STATEMENT.  BUT ANYWAY, THE UM.. I'VE NEVER
    MET.. MEMBERS OF SOME OF THOSE OTHER CLUBS.  SO ACCORDING TO
    WHAT.. MAY BE OUT THERE FROM WHAT ANYONE ELSE MAY SAY..
    ANYTHING YOU MAY READ OR ANYTHING YOU MAY HEAR..

DS: MM HUH.
KG: YOU KNOW.. THAT'S.. THAT'S ALL ENCOMPASSED SO.. AND.. THIS
    RESEARCH THAT CAME FROM A WEB SITE THAT I'M.. REFERRING ALL
    THIS FROM.. ALL THIS IS A SMORGASBORD OF WHAT UM.. I'VE
    HEARD, UM.. SEEN, READ.. (BOTH TALKING)..

DS: (BOTH TALKING).. SO YOU HAVE DONE SOME RESEARCH?
KG: I TOLD YOU THAT.

DS: WELL NO, YOU SAID YOU HAD NOT RE.. DONE ANY RESEARCH ON ANY
    OF THESE GROUPS YOU WENT AND TALKED TO.
KG: AS I SAID, ALL THIS DEEP RESEARCH THAT YOU'RE TALKING ABOUT?

DS: MM HUH.
KG: YEA, NOW.. UH UH.. NO.

DS: NO.. NO..
KG: UH UH.

DS: BUT YOU.. YOU KNOW.. (BOTH TALKING).. HOW THEY ARE?
KG: (BOTH TALKING).. SPECIFICALLY.. SPECIFICALLY ON ANY SPECIFIC
    ONE, NO.. WE'RE TALKING ABOUT GENERALITIES.

DS: OKAY.. ALRIGHT.  UH.. BUT YOU.. YOU KNEW ABOUT THE AF..
    AFRICAN AMERICAN ONES.. THE OUTCAST, WHEELS OF SOUL, SIN CITY

CITY OF DOTHAN/GRAY 000827
CONFIDENTIAL

```
        AND MORTAL SOULS.  UH.. THEY'RE AROUND THE AREA.. AND
        PREDOMINANTLY BLACK MOTORCYCLE AND UH.. ONE PERCENTERS.  UH..
        ALL OF 'EM KNOW ABOUT EACH OTHER.  YOU.. YOU SAID UH..
KG:     I GUESS SO.

DS:     ALL.. OKAY.  UH.. EVERYBODY KNOWS THE PRESIDENT OF EACH ONE.
        YOU KNOW THEY CAN PICK UP THE PHONE.. TALK TO 'EM, NO
        PROBLEMS.  UH.. MAY NOT.. MAY NOT RIDE TOGETHER BUT THEY
        RECOGNIZE EACH OTHER.. AND ALLOW EACH OTHER TO PRETTY MUCH..
        EXIST, WHICH I BELIEVE YOU SAID THAT.. CO-EXIST.  UH.. SINCE
        WE'RE.. UH.. THE "MC" ASPECT OF.. OF IT IS.. SINCE WE'RE AN
        OUTLAW STATE, WHICH MEANS BEFORE YOU CAN PUT A VEST ON.. WITH
        DESIGNATIONS OF COLORS AND STUFF ON THE BACK, YOU HAVE TO
        HAVE THE PERMISSION.. OF AN OUTLAW MOTORCYCLE CLUB.. TO BE AN
        "MC".  YOU HAVE TO HAVE THEIR PERMISSION TO BE AN "MC".
KG:     (NO AUDIBLE RESPONSE).

DS:     SO IT'S NOT A CH.. UH.. MAYBE IT'S NOT A CHOICE TO GO SEE
        'EM.  MAYBE IT'S YOU HAVE TO DO IT.
KG:     (NO AUDIBLE RESPONSE).

DS:     YOU HAVE TO HAVE PERMISSION.  THAT'S THE NEXT STATEMENT.
        AND.. THERE'S NO EXCLAMATION ON HERE THE WAY YOU'RE SAYING
        IT, BUT I.. I MEAN I REMEMBER HEARING THE VIDEO AND YOU.. YOU
        WERE PRETTY.. PRETTY SERIOUS ABOUT THAT.
KG:     (NO AUDIBLE RESPONSE).

DS:     AND IT SAYS WE HAVE IT.. OKAY.  UH.. JUST FOLLOW.. NOT A LOT
        A QUESTIONS JUST FOLLOW.. WE HAVE IT.  YOU'RE TELLING YOUR
        CLUB THAT YA'LL HAVE THE PERMISSION FROM THESE OUTLAW
        MOTORCYCLE GROUPS.
KG:     TO BE LEFT ALONE.. YEA.

DS:     YES.
KG:     MM HUH.

DS:     THAT'S RIGHT.
KG:     AND I DON'T KNOW ABOUT THESE..

DS:     (BOTH TALKING).. I'M SORRY.
KG:     (BOTH TALKING).. AND YOU'RE.. YOU'RE TRYING TO MAKE
        EVERYTHING ALL ENCOMPASSING AND IT'S NOT ALL.. (BOTH
        TALKING).. THOSE THAT YOU JUST..

DS:     NO.. NO, JUST.. JUST THE ONES YOU PUT ON YOUR MEMO TO YOUR
        GUYS, UH.. SIN CITY AND OUTCAST.. AND EASY RIDERS.
KG:     EASY RIDERS.. MM HUH.

DS:     UH.. LET'S SEE.. (BOTH TALKING).. WE START..
KG:     (BOTH TALKING).. EASY RIDERS ARE NOT AN "OMC".

DS:     WE STARTED.. YA'LL STARTED OUT AS A RIDING CLUB.  UH.. THE
```

CITY OF DOTHAN/GRAY 000828
CONFIDENTIAL

```
         "MC" IS ATTACHED DIRECTLY TO THE "OMC".  SO YA'LL ARE
         ATTACHED DIRECTLY TO THEM.. TO OUTCAST?
KG:      WE DON'T FOLLOW THEIR PRO..

DS:      WE.. OKAY..
KG:      WE DON'T FALL INTO THEIR.. THEIR..

DS:      I'M JUST.. THIS IS YOUR STATEMENT.  I'M JUST READING IT.
KG:      I UNDER.. OKAY.

DS:      IT SAYS WE WORK.. HAND-IN-HAND WITH.'EM.  WE DON'T SUBSCRIBE
         TO THE HARDCORE.  UH.. THE "MC" IS ATTACHED DIRECTLY TO THE
         "OMC".  WE WORK UM.. HAND-IN-HAND WITH 'EM.  UH.. HAND-IN-
         HAND, WHAT DO YOU MEAN BY.. I MEAN YOU JUST.. (BOTH
         TALKING)..
KG:      (BOTH TALKING).. WHAT PAGE.. WHERE ARE YOU AT?

DS:      RIGHT HERE AT THE BOTTOM OF THE PAGE.
KG:      WHICH ONE?

DS:      UH.. GOT O.. "OMC".. WE'RE GONNA HAVE TO COUNT IT.  WE'RE
         GONNA HAVE TO COUNT THE PAGES AGAIN.
KG:      LET.. LET ME LOOK OFF OF YOURS THEN.

DS:      OKAY.  UH.. THE "MC" IS ATTACHED DIRECTLY TO THE "OMC".  WE
         WORK HAND-IN-HAND WITH 'EM.  WE DON'T SUBSCRIBE TO 'EM..
         (BOTH TALKING).. TO THE HARD CORE..
KG:      (BOTH TALKING).. SUBSCRIBE TO THE HARD CORE.

DS:      MM HUH.
KG:      MM HUH.. THAT'S RIGHT.

DS:      WHAT'S THE HAND-IN-HAND WORK?
KG:      THERE'S NO HAND-IN-HAND.  WE DON'T SUBSCRIBE TO THEIR.. THEIR
         HA.. HARD CORE AND WE DON'T SUBSCRIBE TO.. ANYTHING THAT.. IF
         THEY SAY OKAY, YOU KNOW WHAT?  LET'S GO JUMP ON THIS CLUB OR
         LET'S GO DO THIS.  LET'S GO DO THAT.

DS:      YOU'RE NOT GONNA DO IT.
KG:      WE DON'T DO IT.  WE DON'T FOL.. WE'RE NOT AN "OMC".

DS:      I AGREE.  I UNDERSTAND THAT.
KG:      MM HUH.

DS:      UH.. RIGHT HERE WHERE YOU SAID.. YOU'RE ATTACHED DIRECTLY TO
         'EM.  HOW ARE YOU ATTACHED TO 'EM?  HOW ARE YOU DIRECTLY
         ATTACHED TO SIN CITY AND OUTCAST?
KG:      I'M NOT.  THE SUPPORTER CLUBS ARE ATTACHED TO THEM.  AND
         WE'RE NOT A SUPPORTER CLUB.

DS:      HOW ARE YOU.. HOW IS YOUR.. CLUB.. DIRECTLY ATTACHED TO THE..
         TO THE OUTCAST AND SIN CITY?
```

CITY OF DOTHAN/GRAY 000829
CONFIDENTIAL

KG: JUST BY SAYING.. CAN WE CO-EXIST?  DO YOU MIND AND THEY'RE
    SAYING NO.

DS: OKAY.
KG: MM HUH.

DS: WELL THEY SAID YES?  THEY SAID YES, YOU COULD CO-EXIST?  YES?
KG: YEA.

DS: OKAY.  UH. . UH.. THEY'RE.. LOOKS LIKE THEY'RE TELLING 'EM
    UH.. I.. I FLIPPED THE PAGE OVER.  THEY WANT TO CO-EXIST,
    HAVE A GOOD TIME.  UH.. THEY AREN'T HARD CORE LIKE US.  UH..
    THIS IS YOU SAYING WHAT THE "OMC'S" WOULD BE SAYING.  UH..
    SO, IT'S PRETTY MUCH TELLING EVERYBODY ELSE TO BACK OFF OF
    THE "MC'S".. BACK OFF OF YA'LL.
KG: CAUSE WE DON'T SUBSCRIBE TO THEIR WAY OF DOING THINGS.

DS: THAT'S RIGHT.  THEY'RE PROTECTING YA'LL.. (BOTH TALKING).. IS
    THAT..
KG: (BOTH TALKING).. NO.. (BOTH TALKING).. NO..

DS: (BOTH TALKING).. OKAY.  WHO WANTS TO CO-EXIST AND HAVE A GOOD
    TIME LIKE WE ARE AND WE.. KNOW THEY AREN'T HARD CORE LIKE US.
    THIS IS OUT.. THIS IS THE OUT.. OUTLAWS SAYING THIS
    STATEMENT.  THIS IS YOU SAYING THE OUTLAWS SAY THIS.. ABOUT
    YA'LL?
KG: RIGHT.. RIGHT.

DS: YEA.  OKAY.  LET YOU HAVE FUN AND UH.. DO THEIR THING AND TRY
    TO STAY HANDS OFF.  ALABAMA.. THAT'S WHAT WE HAVE AROUND
    HERE.. ALABAMA, GEORGIA, FLORIDA, TENNESSEE.  UH.. SO I GUESS
    YOU KNOW ABOUT.. THE OTHER STATES TOO.
KG: NNN.. NO.  I MAY MENTION 'EM BUT I DON'T.. (BOTH TALKING)..

DS: (BOTH TALKING).. OKAY.. OKAY.  UH.. THE VEST ON THE BACK..
    THE "MC" IS ACTUALLY THE BIG PART OF WHAT IDENTIFIES YOU,
    WHICH CLUB YOU'RE IN, SO THE "MC" UH.. IS A MEMBER.  UH..
    LET'S SEE.. (MUMBLING).. THEY APPROVE UH.. IS.. IS IN A CLUB
    AND THEY ARE APPROVED BY.. UH.. THE "OMC", THEY'RE BLESSED..
    THEY ARE BLESSED.. BY THE "OMC".. TO BE WEARING THE "MC" ON
    THEIR BACK.  THAT'S WHAT I HAVE A PROBLEM WITH.  I HAVE A
    PROBLEM WITH SOMEBODY TELLING ME THAT I CAN OR CAN'T WEAR AN
    "MC" ON MY BADGE.. ON MY BACK.
KG: MM HUH.. AND KIND A LIKE I SAID BEFORE, YOU KNOW IF.. (BOTH
    TALKING).. AND YOUR.. YOUR QUESTION..

DS: (BOTH TALKING).. IF I'M GONNA HAVE TROUBLE WITH 'EM I'M NOT
    GONNA WEAR THE DURN THING.
KG: YOUR QUESTION WAS YOU KNOW.. IF NO ONE.. IF THEY TOLD YOU..
    YOU COULDN'T DO IT.. WHAT WOULD YOU DO?

DS: YOU'D DO IT ANYWAY.

KG: MM HUH.

DS: THAT'S WHAT.. YEA.
KG: MM HUH.

DS: I.. I.. I CAN'T.. I CAN'T FATHOM ASKING.. A.. A.. A.. A UH..
OUTLAW MOTORCYCLE GANG.. IF I CAN WEAR SOME'EM ON MY CLOTHES.
THAT'S WHAT.. THAT'S THE HARD PILL FOR ME TO SWALLOW.  UH..
LET'S SEE.. UH.. WE ARE.. (UNINTELLIGIBLE). . . . . "OMC"
SAYS IF YOU.. OKAY, SO "OMC'S" IS TELLING YA'LL WHAT TO DO.
"OMC" SAYS IF YOU'RE AN "MC" YOU GOTTA HAVE A CLUBHOUSE.  SO
THEY DID TELL YOU.. YOU HAD TO HAVE A CLUBHOUSE?
KG: MM UH.

DS: THAT'S WHAT YOU SAID.
KG: MM.. THE THING ABOUT IT IS.. DEPENDING ON WHAT SET YOU'RE AT
OR WHERE YOUR.. YOUR RIDING AT.. YOU MAY.. HAVE SOMEONE THAT
SAYS.. UM. . . I'M BEGINNING TO FEEL IT CAUSE OF THE TIME.
IT KIND A GOES BACK TO WHERE THERE'S NO SET WRITTEN LAW.. OF
ANYTHING.  UM.. EXAMPLE, UM.. A FEMALE ISN'T.. ISN'T SUPPOSED
TO BE AN "MC".

DS: MM HUH.
KG: THERE ARE.  AND THEY ARE AROUND HERE.

DS: MM HUH.
KG: SO.. EVERYTHING ISN'T ETCHED IN STONE.

DS: MM HUH.
KG: SO.. IF.. THEY SAY.. THERE'S NO FEMALE "MC".. GUESS WHAT?
THERE IS.

DS: YOU.. YOU ADDRESS THAT IN HERE.
KG: OKAY.  WELL, THAT'S AN EXAMPLE OF WHAT I'M SAYING.  IT'S NOT
A SPECIFIC WAY AND NO, UM.. OUTCAST ISN'T SAYING.. EVERYTHING
ABSOLUTELY HAS TO BE LIKE THIS AND IT'S GONNA TO BE THIS WAY.
YA-DA.. YA-DA.. YA-DA.. YA-DA.. YOU KNOW, CAUSE IT'S NOT
ETCHED IN STONE.  SO.. IF THEIR.. PART OF THEIR WAY OF DOING
THINGS IS.. HEY, YOU CAN'T HAVE.. "MC'S".. CAUSE THE "MC'S"
ARE ALL MEN.. YOU KNOW.. I'VE GOT AN "MC" THAT'S A FEMALE IN
MY CLUB.  WE'RE NOT SUBSCRIBING TO WHAT.. THEY'RE SAYING..
DO.

DS: OKAY.. (BOTH TALKING)..
KG: (BOTH TALKING).. LIKE I'VE.. LIKE I'VE.. (BOTH TALKING)..
SAID BEFORE..

DS: (BOTH TALKING).. ACCORDING TO THIS.. (UNINTELLIGIBLE). . . .
. . YOU.. YOU TELL YOUR LADIES IN THERE THAT THEY CAN'T BE
WEARING THEIR STUFF.. CAUSE IT'S RESERVED FOR MEN ONLY.
KG: I SAID THAT'S WHAT O.. THE "OMC" IS..

CITY OF DOTHAN/GRAY 000831
CONFIDENTIAL

DS: OKAY.. ALRIGHT, WELL.. OKAY.
KG: SELLING.

DS: OKAY.. ALRIGHT.

DM: BUT.. BUT.. I GUESS.. WE KIND A DANCED AROUND THE QUESTION
    BUT.. YOU SAID HERE THAT THEY TOLD YOU TO OPEN A CLUBHOUSE..
    AND DID YOU OPEN A CLUBHOUSE?
KG: NOT BECAUSE THEY SAID OPEN A CLUBHOUSE.

DS: OKAY.
KG: WE'VE PLANNED ON OPENING UP A CLUBHOUSE.. FOR A LONG TIME.
    MATTER OF FACT, OUR DUES.. MY DUES BEING.. I REDUCED MY
    DUES.. IN MY CLUB BECAUSE.. WE COULDN'T AFFORD.. A CLUBHOUSE
    AND WE WERE DOING FINE WHERE.. WE WERE DOING IT AT.  SO, A
    CLUBHOUSE IS SOMETHING THAT ANY BIKE CLUB.. WANTS TO HAVE
    UM..

DS: SO IT'S HARD TO FINANCE IT?
KG: (SIGHS).. YEA, YOU'RE GONNA HAVE TO DO SOMETHING, YOU KNOW..
    HAVE SOME FUNDRAISERS OR.. (BOTH TALKING)..

DS: (BOTH TALKING).. WHY EVEN HAVE THE DOGGONE THING IF IT COST
    SO DOGGONE MUCH?
KG: UH.. IT'S JUST A PLACE FOR EVERYBODY TO COME AROUND AND
    EVERYBODY IS NOT AT YOUR HOUSE DIRTYING UP YOUR CARPET.. YOU
    KNOW.. (BOTH TALKING).. OR.. OR.. OR WHATEVER.

DS: (BOTH TALKING).. I UNDERSTAND THAT.  OKAY.. UH.. YOU.. CANNOT
    HAVE A FEMALE PRESIDENT OR VICE-PRESIDENT. . . DOING YOUR
    THING.  AND YOU TALKED ABOUT THE SOCIAL CLUBS.  A LOT OF
    PROTOCOL HERE UH.. THAT YOU HAVE TO GO BY THAT.. A LOT OF IT
    FOR.. FOR IT NOT TO BE WRITTEN, THAT'S A FRICKIN' LOT OF IT
    TO HAVE TO GO BY AND REMEMBER, FOR IT NOT TO BE NO WRITTEN
    NOTHING ANYWHERE.
KG: THAT'S.. WELL, LIKE I SAID A LOT OF IT'S WORD OF MOUTH AS
    YOU.. (BOTH TALKING).. JUST RIDE..

DS: (BOTH TALKING).. IT'S A LOT TO.. A LOT TO REMEMBER.
KG: JUST RIDE.

DS: UH.. SO ACTUALLY YA'LL HAVE A LITTLE AUTHORITY OVER THE
    SOCIAL CLUBS.  YA'LL HAVE TO SAY THEY CAN EXIST UH.. LOOKS
    LIKE HERE.
KG: I SAID THAT.. EARLIER.

DS: YEA.. UH HUH.  UH.. LET'S SEE.. MM.. CAN'T HAVE NOTHING ON
    SATURDAYS CAUSE THAT'S THE "MC'S" DAY.  MM.. UM.. OKAY, THE
    COALITION, WHO.. WHAT.. WHAT IS THE COALITION MAKE UP?
KG: UM.. "MC'".

DS: OKAY.  IS OUTCAST INVOLVED IN THIS COALITION?

CITY OF DOTHAN/GRAY 000832
CONFIDENTIAL

KG:  THEY'RE NOT A PART OF THE COALITION ACCORDING TO WHAT THEY
     SAY.  THEY'RE NOT A PART OF IT.

DS:  DO THEY RULE IT?
KG:  NNNO.. THE UH.. PRESIDENTS OF.. EACH.. "MC".. SIT DOWN.. AND
     THE THING ABOUT THAT IS.. WHAT YOU WANT TO DO IS HAVE.. YOU
     DON'T WANNA STEP ON ANYBODY'S TOES.

DS:  MM HUH.
KG:  LET'S SAY UH.. LET'S SAY ALL THROTTLE.. IS GONNA HAVE A
     FUNDRAISER ON.. JANUARY THE 13TH.  AND UM.. I USED.. I WAS
     GONNA HAVE SOMETHING ON JANUARY THE 13TH.  WELL, WE'RE KIND A
     PULLING FROM.. YOU KNOW THEIR MONEY THAT THEY CAN RAISE FOR
     THEIR FUNDRAISER SO THE COALITION CAME TOGETHER SO.. WE CAN
     KIND A GET ON THE SAME.. SHEET OF MUSIC.. SO WE'D SUPPORT
     EACH OTHER..

DS:  OKAY.
KG:  YOU KNOW.  AND UH.. AND.. TRY TO HAVE.. UH.. PRETTY MUCH..
     NOT.. SO MANY CLUBS COMING IN AND.. AND.. AND.. STIFLING THE
     ENTIRE.. AREA WITH SO MANY MOTORCYCLE CLUBS YOU KNOW SO UM..

DS:  OKAY.  UH.. BUT YOU SAID THAT.. THAT THE.. OUTCAST DON'T HAVE
     ANY SAY SO IN THAT?  THAT'S JUST YA'LL, THE PRESIDENTS OF THE
     CLUBS?
KG:  THE PRESIDENTS.. OF THE CLUB MAKES UP THE COALITION.

DS:  MM HUH.
KG:  UM.. OUTCAST.. THEY WILL ATTEND THE COALITION MEETING.  BUT
     AS I SAID, OF THEMSELF.. THEY SAY WELL, IF THERE'S ANY UM..
     IF THERE IS A.. LET'S SAY.. A DISAGREEMENT.  LET'S SAY.. I
     WANNA HAVE A PARTY ON SATURDAY AND YOU WANNA HAVE A PARTY ON
     SATURDAY.  OF COURSE, THE MEMBERS ARE GONNA.. THE.. THE..
     PRESIDENT IS GONNA.. MAKE SOME KIND A CONCESSION FOR THAT.

DS:  MM HUH.
KG:  IF THERE IS SOMETHING THAT WE.. COULDN'T DISAGREE ON, THEY
     MAY SAY.. OUTCAST MAY SAY OKAY.. YOU JUST DO THIS ON THIS DAY
     OR YOU JUST DO THAT ON THAT DAY OR.. THEY SAY THAT THEY'LL..
     THAT.. YOU KNOW.. IF THERE'S AN ISSUE THEY MAY.. TRY TO
     MEDIATE AN ISSUE OR SOMETHING LIKE THAT.

DS:  OKAY, WELL.. WELL ACCORDING TO THIS, IT SAYS HERE THAT UH..
     HOW THE "OMC" THING WORKS.. UH.. IF YOU.. AT THE COALITION
     MEETING THE "OMC" HAS SAID.. THE OUTLAW MOTORCYCLE CLUB HAS
     SAID..
KG:  RIGHT.

DS:  UH.. ANYTIME THERE IS NO ONE REPRESENTED BY YOUR CLUB, IT'S A
     HUNDRED DOLLARS ($100).
KG:  RIGHT.

CITY OF DOTHAN/GRAY 000833
CONFIDENTIAL

DS: SO OUTCAST IS REGULATING.. YOUR ATTENDING THESE MEETINGS..
BASED ON THIS.
KG: FOR THE COALITION?

DS: YES.
KG: MM HUH.

DS: OKAY.  UH.. JUST PAST THIS SUNDAY.. SO I GUESS THAT YA'LL HAD
A MEETING THE SUNDAY BEFORE THIS WAS DONE.  UH.. IF A
REPRESENTATIVE ISN'T THERE AT THE SECOND MEETING, IT'S THREE
HUNDRED BUCKS ($300) SO..
KG: YES.

DS: THEY STEPPING IT UP.  THE SAID..
KG: THAT'S SOME'EM WE TALKED ABOUT.

DS: OUTCAST IS SAYING IF YOU DON'T COME TO THESE COALITION
MEETINGS WE GONNA FINE YOU.. TAKE YOUR MONEY.  UH.. AND IF
YOU'RE NOT THERE A THIRD TIME, THE WHOLE CLUB'S COLORS COME
OFF FOR THE REST OF THAT YEAR.
KG: RIGHT.  AND THEN WHAT'S.. (BOTH TALKING).. AFTER THAT?

DS: (BOTH TALKING).. WHAT IF YA'LL DON'T WANNA TAKE THE DURN
THINGS OFF?
KG: EXACTLY.. AND WHAT'S SAID AFTER THAT?

DS: UH.. IT SAYS NOW THE "OMC" CAN TAKE THE "MC'S" COLORS AT ANY
TIME.
KG: MM HUH.

DS: WHY?  WHY CAN THEY TAKE YOUR COLORS AT ANY TIME?  THAT'S
YOURS.  YOU BOUGHT THEM DIDN'T YOU?
KG: THAT'S RIGHT.

DS: WHY CAN THEY TAKE 'EM AT ANY TIME?
KG: MM.. THEY COULD TRY TO.

DS: OH, SO.. YA'LL AIN'T GONNA LET 'EM ARE YOU?
KG: (LAUGHS)..

DS: I WOULDN'T, NOT MY DOGGONE STUFF.
KG: EXACTLY.

DS: OKAY.  UH.. IT WAS JUST DONE LAST MONTH.  WHO GOT THEIR
COLORS TAKEN LAST MONTH?  OR.. WHEN YOU WERE TALKING ABOUT
IT.  WHO GOT THEIR COLORS TAKEN AROUND HERE LATELY?
KG: THE PRESIDENTS.

DS: THE PRESIDENTS IN OZARK?
KG: MM HUH.

DS: ENTERPRISE OR OZARK?  OZARK.

CITY OF DOTHAN/GRAY 000834
CONFIDENTIAL

```
KG:   OZARK.

DS:   YEA.  UH.. ANYTIME THAT SOMETHING IS GROSSLY AGAINST WHAT..
      WE SHOULD KNOW SHOULD BE THE PROPER PROTOCOL FOR HANDLING
      THINGS.. SUCH AS STARTING A FIGHT IN SOMEONE ELSE'S
      CLUBHOUSE.  SO THEY.. YOU KNOW.. THAT MAKES SENSE.  UH.. THEY
      CAN PULL.. UH.. THERE'S NO.. WELL YOU THINK IF THERE'S NO LAW
      ABOUT IT WHAT'S THE CONSEQUENCES?
KG:   MM HUH.
??:   MM HUH.

DS:   SO UH.. IT SAYS AFTER YOU GET NOTIFIED THAT YOU AREN'T
      SUPPOSED TO WEAR THOSE COLORS AND YOU WEAR 'EM.. UH.. AND
      SEE.. OKAY, YOU JUST SEE.. BECAUSE YOU KNOW PERSONALLY I
      THOUGHT.. I'M THE POLICE.  I GOT.. I GOT DOGGONE ACCESS TO
      MANY GUNS AND MONEY..
KG:   (LAUGHS)..

DS:   GUNS AND BADGES I WANT TO.  I'M NOT REALLY.. BUT THE THING
      IS.. THAT'S FINE AND GOOD HERE BUT WHEN I'M IN FLORIDA, UH..
      OR IN TENNESSEE OR WHEREVER YOU KNOW.. THEY GOT CHAPTERS
      EVERYWHERE.
KG:   (UNINTELLIGIBLE)..

DS:   UH.. SOME'EM IS GONNA HAPPEN.. BAD.. WHICH THAT'S WHAT YOU
      SAID.  UH.. SO THE BEST THING FOR YOU TO DO IS UH.. SHOW
      RESPECT AND.. GIVE 'EM TO 'EM.
KG:   (NO AUDIBLE RESPONSE).

DS:   SO THEY.. THEY PRETTY MUCH RUN THE DOGGONE SHOW AROUND HERE
      IT LOOKS LIKE.  ACCORDING.. ACCORDING TO WHAT YOU.. WHAT
      YOU'RE TELLING THESE NEW PEOPLE THAT'S JUST COMING INTO YOUR
      CLUB.
DM:   IF YOU'RE AN "MC".

DS:   YEA, IF YOU'RE AN "MC".  AN "RC" CAN DO WHAT THEY WANNA DO.
      YOU CAN RIDE AROUND AND HAVE CHARITY RIDES AND.. SHOOT.. DO
      WHATEVER THE FRICK YOU WANNA DO IT LOOKS LIKE.  UH.. UH..
      LET'S SEE.. UH.. THIS "MC" THING IS NOT JUST A PAST TIME..
      WHERE YOU JUST..
KG:   RIGHT.

DS:   JUST SOMEONE WANNA SAY WELL, ALRIGHT.. I AIN'T GOT ANYTHING
      TO DO.  I'M JUST GONNA KIND A LIKE GET OUT HERE AND RIDE.
      UH.. IT'S A WAY OF LIFE YOU SAID.
KG:   MM HUH.

DS:   YOU KNOW CAUSE.. EVERYBODY IN THESE ORGANIZATIONS THAT WEAR
      THESE COLORS, IT MEANS SOMETHING.  THEY'RE.. YOU'RE
      REPRESENTING YOUR OWN.. WHICH YOUR GROUP I GUESS.
KG:   MM HUH.
```

CITY OF DOTHAN/GRAY 000835
CONFIDENTIAL

DS: UH.. YOU WERE ABLE TO WEAR THOSE COLORS.  UH.. YOU'RE
RESPECTED BY ALL AROUND.

KG: MM HUH.

DS: UH.. IT DOESN'T MATTER.. IT SAYS IF I'VE GOT ONE LEG UH..
OR.. IF I'VE GOT ON A VEST AND I GOT ONE LEG, I'M GONNA GET
JUST AS MUCH RESPECT CAUSE YOU'RE AN "MC".. WITH YOUR "TATS"
ON.  UH.. SO IN THE BIKER COMMUNITY IS A WHOLE LOT A PEOPLE
FROM EVEN HIGHER ECHELONS IN LIFE.  IT'S GOT A BAD BOY IMAGE
BUT UH.. YOU'RE NOT JUDGED BY ANYBODY.  UH.. UH.. WE'RE
LOOKING UH.. WE'RE.. IF YOU'RE LOOKING FOR STRUCTURE.. IT'S
NOT HERE IS WHAT YOU.. WHAT YOU TOLD THEM.  YOU'RE GONNA HAVE
TO LOOK SOMEWHERE ELSE.  I.. CROSS "I'S" AND DOT "T'S"..
YA'LL DON'T DO THAT.  YA'LL.. SEAT OF THE PANTS I GUESS.

KG: (LAUGHS)..

DS: YOU DON'T DO ANY.. UH.. NO PART OF THIS BIKER COMMUNITY.
UH.. YOU CAN GO JUST HAVE A GOOD TIME AND JUST.. IT'S
EMBARRASSING TO PEOPLE STANDING AROUND THAT DOESN'T KNOW
ABOUT WHAT'S GOING ON.

KG: YEA, YOU DON'T HAVE A BY-LAW.  I MEAN, EXCUSE ME, YOU DON'T
HAVE A.. P.G.O..

DS: YES.

KG: THAT SAYS THIS TIME YOU DO THAT.. THIS TIME YOU DO THAT.

DS: YEA.. YEA.. UH.. (MOVEMENT AROUND RECORDER).. AND THEN YOU'RE
INTER.. INTERACTING WITH SOME OF THE PEOPLE IN THE AUDIENCE
THERE THAT.. THAT UH.. SAID YEA, WE DON'T.. UNDERSTAND THIS..
THESE RULES.  UH.. SO WHEN YOU GO INTO ANOTHER BIKE'S
CLUBHOUSE UH.. YOUR FACIAL EXPRESSIONS WILL GET YOU AND THE
REST OF YOUR CLUB BEAT DOWN.

KG: MM HUH.

DS: THOSE ARE YOUR TERMS.. BEAT DOWN.  UH.. SOMETHING YOU SAY
ABOUT SOMEONE.. AND YOU SAID IT TOO LOUD.. A MEMBER HEARD IT
AND YOU CAN GET IN A WHOLE LOT A TROUBLE.  THAT'S WHY WE SAY
IN OUR MEETINGS OUR BUSINESS STAYS OUR BUSINESS.

KG: YEA, YOU DON'T DISRESPECT ANYBODY.

DS: WE HAVE A LOT OF FRIENDS OUT HERE IN THE COMMUNITY AND WE
DON'T HAVE ANY ENEMIES PERIOD.  UH.. LET'S SEE.. DO THE RIGHT
THING AND WE STAY ORGANIZED.. KEEP THE LORD FIRST.  IN LOTS
OF CLUBS YOU'LL SEE THEY JUST DON'T HAVE THAT ORGANIZATION
THAT WE DO.  AND YOU'RE TALKING ABOUT YOUR CLUB IN PARTICULAR
NOW.  UH.. FIRST OF ALL.. (UNINTELLIGIBLE.. MUMBLING). . .
MMM.. YOUR OWN SET.  SO THE BIKE.. THE BIKER WORLD HAS A SET
JUST LIKE.. JUST LIKE STREET GANGS DO?  I HEAR SET IN STREET
GANGS.  IS THE SET USED.. (BOTH TALKING).. IN THE BIKER..

KG: (BOTH TALKING).. I DON'T.. I DON'T KNOW ABOUT.. STREET GANGS
OR ANYTHING BUT IT'S YOUR OWN.. IN THE AREA THAT ALL OF YOU
CO-EXIST AT.

CITY OF DOTHAN/GRAY 000836
CONFIDENTIAL

DS:  IT'S CALLED A SET?
KG:  YEA.

DS:  OKAY.. I.. I.. I.. THE ONLY TIME I HAD EVER SEEN THAT WORD
     WAS IN DOGGONE UH..
DM:  AND COLORS FOR THAT MATTER.

DS:  YEA, COLOR.. AND COLORS TOO.  I.. I.. YOU KNOW.. UH..
     SOMETIMES.. LET'S SEE.. BUT.. BUT LIKE YOU SAID LAW
     ENFORCEMENT HAS COLORS SO.. UH.. MMM.. LET'S SEE. . UH.. JUST
     A LOT A INFORMATION. . . YOU TELL THE PROSPECTS, OF COURSE
     THEY'RE JUST TRYING TO GET TO THE LEVEL YOU'RE ON.  UH..
     SHIRT ON WITH.. (LOW VOLUME).. OF COURSE AND.. AND I
     UNDERSTAND YOU KNOW.. YEA, YOU'VE GOT PROSPECTS.  YOU TELL
     'EM TO DO SOME'EM, BY GOD THEY BETTER DO IT AND THAT'S WHAT
     YOU'RE TELLING THEM.  YOU KNOW GET ME A BEER.. THEY'RE GONNA
     GET YOU A DOGGONE BEER CAUSE THEY WANNA BE PART OF YOUR CLUB.
     UH.. THAT'S THE WAY IT IS.  UH.. TELL 'EM TO SWEEP.. THEY'RE
     GONNA SWEEP.  IF ANOTHER CLUB TELLS.. YOUR PROBIE TO GET
     SOME'EM THEY'RE GONNA GET IT.  IF YOU TELL 'EM TO STAND AND
     WATCH MY BIKE, GOD.. BY GOD THEY BETTER STAND AND WATCH YOUR
     BIKE.  I UNDERSTAND ALL THAT.  UH.. MM.. LET'S SEE.. THEY'RE
     GOING THROUGH A TESTING PHASE OF YOUR LOYALTY.. YEA, TO THE
     CLUB.  MMM.. LET'S SEE.. IT.. IT SAYS.. LET'S SEE.. IT'S WHAT
     YOU LIVE FOR IN THE "MC" AND THE COMMUNITY.  NOTHING BETTER
     THAN A DOGGONE "MC".  OKAY.. WELL I DIDN'T EVEN SEE THIS THE
     FIRST TIME.  THERE'S CAMARADERIE.. YOU GET NONE BETTER THAN
     AN.. THAN IN AN.. A DOGGONE "MC" CLUB.. OR AN "OMC" CLUB.. AN
     OUTLAW MOTORCYCLE CLUB.  YOU GET NO BETTER CARAM..
     CAMARADERIE THAN AN OUTLAW MOTORCYCLE CLUB?
KG:  READ THE WHOLE SENTENCE.

DS:  THE CAMARADERIE, YOU GET NONE BETTER THAN IN A.. A DOGGONE
     "MC" CLUB.. OR AN "MC".. "OMC" CLUB.
KG:  (NO AUDIBLE RESPONSE).

DS:  YOU WON'T FIND NOWHERE.. YOUR OWN FAMILY, YOU WON'T EVEN FIND
IT.
KG:  AND THAT.. AND THAT'S.. THAT'S A TRUE STATEMENT.. (BOTH
     TALKING)..

DS:  (BOTH TALKING).. IN "OMC'S"?  I DON'T KNOW A WHOLE LOT..
     (BOTH TALKING)..
KG:  (BOTH TALKING).. YEA.

DS:  ABOUT "OMC'S"..
KG:  (BOTH TALKING)..

DS:  OTHER THAN WHAT I READ HERE.
KG:  IF.. IF YOU'RE IN A FRATERNITY..

CITY OF DOTHAN/GRAY 000837
CONFIDENTIAL

DS:  MM HUH.
KG:  AND YOU HAVE ANOTHER.. (BOTH TALKING)..

DS:  (BOTH TALKING).. LET'S KEEP.. LET'S KEEP IT TO "OMC" THOUGH.
KG:  OKAY..

DS:  THAT'S WHAT WE'RE TALKING ABOUT
KG:  JUST LIKE A FRATERNITY..

DS:  OKAY.
KG:  THE SAME.. IF YOU'RE IN ALPHA PHI OR WHATEVER.. YOU'RE IN
     ALPHA PHI OR WHATEVER..

DS:  MM HUH.. RIGHT.
KG:  UH.. THERE'S AN UNDERSTANDING OF.. WHAT YOU MAY HAVE HAD TO
     GO THROUGH BECAUSE OF YOU'RE IN THAT FRATERNITY OR WHATEVER.

DS:  I AGREE.
KG:  SO IT'S.. IT'S A LITTLE BIT DIFFERENT THAN JUST.. YOU'RE A
     JOCK AND I'M.. AN ALPHA PHI OMEGA OR WHATEVER.. YOU KNOW.

DS:  YEA, I UNDERSTAND.. I SEE.  OKAY, LET'S SEE. . SO YOU STARTED
     AS AN "RC".  IT SAYS YOU EVENTUALLY CAME UP INTO THE EH..
     "MC" STATUS.  WHAT DID IT MEAN TO COME FROM AN "RC" TO "MC"
     STATUS?  I THOUGHT IT WAS JUST A CHOICE.  YOU COULD STAY ONE
     OR BE THE OTHER OR..
KG:  MM HUH, IT IS.

DS:  SO.. YA'LL EVENTUALLY CAME.. IS IT.. UP INTO THE "MC" STATUS?
KG:  YOU CAN.. YOU CAN CALL IT THAT.  I MEAN YOU.. (BOTH
     TALKING).. DON'T HAVE..

DS:  (BOTH TALKING).. WELL THAT'S WHAT YOU CALLED IT.
KG:  YOU DON'T HAVE TO.. OKAY.

DS:  I.. DON'T PUT WORDS IN MY MOUTH.  I.. I'M READING .. (BOTH
     TALKING)..
KG:  (BOTH TALKING)..

DS:  I'M READING YOUR STATEMENT.  I BORROWED ONE OF YOUR LINES.
     DON'T PUT WORDS IN MY MOUTH.
KG:  MM HUH.

DS:  UH.. LET'S SEE.  IT SAYS UH.. AND WE'VE BEEN.. WE'VE.. AND
     WHAT WE'VE DONE NOW IS SINCE WE'VE UH.. FORMED THIS
     COALITION, THE "OMC" IS.. IS SAYING THAT.. WE NEED TO TIGHTEN
     UP A LITTLE BIT 'CAUSE WE GOT FEMALES WEARING CLUB COLORS..
     THAT HAS "MC" ON IT AND THEY DON'T EVEN HAVE A BIKE.
KG:  MM HUH.

DS:  SO YOU TELL 'EM RIGHT THERE THEY CAN'T DO IT.
KG:  I JUST REPEATED SOMETHING.  I DIDN'T TELL.. (BOTH TALKING)..

CITY OF DOTHAN/GRAY 000838
CONFIDENTIAL

DS: (BOTH TALKING).. THAT THE "OMC" TOLD YA'LL IN YOUR COALITION?
KG: I'M JUST REPEATING SOME'EM THAT THEY SAID.. YEA.

DS: OKAY.  SO THE "OMC" TOLD YA'LL.. YA'LL NEEDED TO TIGHTEN IT
    UP?
KG: WHAT'S DOUG POINTING AT?

DS: HUH?
KG: (NO AUDIBLE RESPONSE).

DS: "OMC" IS UH.. (BOTH TALKING).. SAYING..
KG: (BOTH TALKING)..

DS: YOU NEED TO TIGHTEN IT UP A LITTLE BIT.  SO THEY TOLD YA'LL..
    YA'LL NEEDED.. (BOTH TALKING).. TO TIGHTEN UP YOUR CLUB?
KG: (BOTH TALKING).. BECAUSE WE'VE GOT FEMALES WEARING CLUB
    COLORS.. CLUB COLORS THAT THE "MC'S"..

DS: MM HUH.
KG: HAD ON IT.  AND THEY DON'T EVEN HAVE.. A BIKE.

DS: YEA.
KG: THAT'S TRUE.

DS: AND SOMEBODY SAID.. SOMEBODY IN THE AUDIENCE.. (BOTH
    TALKING).. SAYS..
KG: (BOTH TALKING).. FEMALES ARE.. FEMALES ARE SUPPOSED TO.. HAVE
    A BIKE.  WELL ACTUALLY, ANYBODY WEARING "MC" IS SUPPOSED TO
    HAVE A BIKE.

DS: WELL IN THE NEXT SENTENCE YOU SAID THOSE ARE COMING OFF.  SO
    YOU'RE TELLING YOUR GIRLS TO TAKE 'EM OFF.
KG: LET'S SEE.. (UNINTELLIGIBLE.. MUMBLING).. YEA, WE DO HAVE
    ONE.. WE HAVE.. WAIT A MINUTE.. WAIT A MINUTE.  NO, SHE HAS A
    BIKE.  YES, WE.. WE DID HAVE ONE THAT HAD AN "MC" ON.. ON HER
    BACK.  SHE DOES HAVE A BIKE.

DS: OKAY.
KG: AND.. BUT SHE DOESN'T RIDE HER BIKE.  SO UM.. UM.. TO BE AN
    "MC" YOU'RE SUPPOSED TO RIDE A BIKE.

DS: MM HUH.
KG: SO WE TOLD HER UH.. THAT UH.. (MOVEMENT AROUND RECORDER)..
    SHE WOULD HAVE TO.. COME WITH A DIFFERENT VEST BECAUSE SHE
    DIDN'T HAVE A.. SHE DOESN'T RIDE A BIKE.

DS: OKAY.  UH.. IT SAYS THE CO.. COALI.. UH.. THE "OMC" IS KIND
    A.. LET'S SE.. KIND A COMING DOWN A LITTLE BIT HARD BECAUSE
    WE'RE ORGANIZED BETTER AND WE'RE UH.. COMING UP TO WHERE WE
    SHOULD BE.  UH.. AND ALL THE PRESIDENTS AND VICE-PRESIDENTS
    ARE THE ONES THAT ARE ON THE COALITION AND WE.. THOSE

CITY OF DOTHAN/GRAY 000839
CONFIDENTIAL

```
            MEETINGS WE BRING BACK WHAT THE COALITION IS HANDING DOWN SO
            EVERYBODY WILL BE KNOWLEDGEABLE.
      KG:   MM HUH.

      DS:   UH.. THEY CAN.. (UNINTELLIGIBLE).. PROBIES DOING SECURITY
            WORK.  WELL WHAT DOES THAT MEAN?  IS THAT JUST A TERM?  IS
            THAT JUST A SAYING?
      KG:   UM..

      DS:   THEY'RE GONNA BE YOUR SECURITY.. WHILE THEY'RE IN TRAINING?
      KG:   YEA.. YEA, THEY'LL.. (BOTH TALKING).. SHADOW US.

      DS:   (BOTH TALKING).. SECU..
      KG:   THEY'LL WALK.. (BOTH TALKING)..

      DS:   (BOTH TALKING).. I GOTTA ASK THIS.
      KG:   THEY'LL WALK AROUND WITH YOU.

      DS:   I WAS FIXING TO SAY.. I GOTTA ASK YOU THIS.  SECURITY FROM
            WHAT?
      KG:   THAT'S JUST THE WAY IT IS IN THE BIKER WORLD.

      DS:   OKAY.
      KG:   YOU HAVE.. YOU'RE ALWAYS GONNA HAVE.. A PROBIE WALKING BEHIND
            YOU.

      DS:   OKAY.  AND THAT'S JUST A FIGURE..
      KG:   JUST A..

      DS:   JUST A TERM?  BUT THEY.. THEY THERE.. THEY'RE THERE FOR YOUR
            SECURITY?
      KG:   YEA.

      DS:   OKAY.  OKAY. . . AND YOU WERE TELLING 'EM ABOUT HOW YOU HAD
            COME TO BY THE BAMA BOYS.. UH.. YOU'RE THE FOUNDER.  GOT GOOD
            LEVEL HEADS ON 'EM.  THAT'S.. AND YA'LL INCORPORATED. . . AND
            "DIRTY" IS ONE.. WHO'S "DIRTY"?
      KG:   (LAUGHS)..

      DS:   WHAT IS HIS NAME?
      KG:   (LAUGHS).. DANNY.. HE'S THE ONE YOU WROTE DOWN EARLIER.

      DS:   OH.. OH, OKAY.. DANNY TEMMIS?
      KG:   YEA.

      DS:   WHO'S "DOG POUND"?
      KG:   UM.. UH.. GLANTON, THAT'S THE ONE I TOLD YOU ABOUT EARLIER
            TOO.

      DS:   WHAT'S HIS FIRST NAME?
      KG:   RASHAUN.
```

CITY OF DOTHAN/GRAY 000840
CONFIDENTIAL

```
DS:  OKAY.. AND WHAT ABOUT "TRIGGER"?  I SEEN..
KG:  (LAUGHS).. UM.. WALTER.. KINSEY.

DS:  OKAY.. (UNINTELLIGIBLE).. SO YOU'RE THE FOUNDER AND THE
     PRESIDENT?
KG:  YES.

DS:  SO YOU MAKE THE DECISIONS BASICALLY, YOU AND THE FO..
     EXECUTIVE BOARD MEMBERS MAKE THE DECISIONS ON WHAT THE CLUB
     DOES AND.. HOW THEY.. PROMOTE THEIRSELF?
KG:  UM.. THE OFFICERS DO.  THE FOUNDERS.. DO IT FROM.. NO MATTER
     WHAT CHAPTERS OR WHATEVER.. (BOTH TALKING)..

DS:  (BOTH TALKING).. OKAY, EXECUTIVE FOUNDERS FOR DIFFERENT
     CHAPTERS?
KG:  YEA.. YEA.

DS:  OKAY.
KG:  AND I SPOKE HERE WHERE THESE GUYS HAVE GOOD LEVEL HEADS ON
     THEM..

DS:  MM HUH.
KG:  WHEN I WAS TALKING ABOUT COMING UP AND INCORPORATING AND
     DOING THINGS..

DS:  MM HUH.
KG:  NAME RESERVATIONS AND DOING THINGS UM.. WITH THE STATE OF
     ALABAMA.  UM.. UM.. SO WE CAN UH.. HAVE.. (BOTH TALKING)..
     OUR OWN PAPERWORK.

DS:  (BOTH TALKING).. YA'LL WERE LEGIT.. EVERYTHING BE ON THE UP
     AND UP.
KG:  MM HUH.

DS:  OKAY. . LET'S SEE.. THE HIERARCHIES THAT COMES DOWN AND
     SEPARATES THE "MC'S".  THEN YOU HAVE THE "RC'S" AND THE
     "SC'S" AND THEN "THE PROPERTY OF"..
KG:  MM HUH.

DS:  AND THE "SUPPORTERS".  SO NOW WHAT ARE PROPERTY OF?  IS THAT
     A GROUP OF IT'S OWN?
KG:  THAT.. IS RELATED.. WHENEVER YOU SEE THAT, SUPPOSEDLY THE..
     "OMC" CAN ONLY HAVE THE PROPERTY OF.

DS:  OKAY.
KG:  THAT ISN'T.. THAT ISN'T IN THE "MC" WORLD.

DS:  OKAY.  IF I'VE SEEN CLUBS LIKE THE PRESIDENTS AND DONE DEAL
     AND SOME THAT'S GOT GIRLS IN THE PICTURES WITH 'EM THAT SAY
     PROPERTY OF.. THEY SHOULDN'T BE DOING THAT?
KG:  I DON'T KNOW IF YOU'LL SEE IT OR NOT.  I DON'T THINK YOU'LL
     SEE IT.
```

CITY OF DOTHAN/GRAY 000841
CONFIDENTIAL

```
DS:  I THINK I'VE GOT A FEW.
KG:  HMM..

DS:  BUT THAT'S NOT RIGHT.. OKAY.  THAT SHOULDN'T BE DONE THOUGH,
     SHOULD IT?
KG:  MM..

DS:  THAT'S.. THAT'S RESERVED STRICTLY FOR THE "OMC" LEVEL?
KG:  THAT'S WHAT'S BEEN OUT THERE BUT LIKE I SAID THERE'S NOTHING
     ETCHED IN STONE SO.. IT.. DOESN'T HAVE TO BE ONE WAY JUST
     BECAUSE IT SAYS IT IS.

DS:  OKAY.. OKAY. . OF COURSE YOU'VE GOT CERTAIN FOLKS YOU.. CAN
     TALK TO AND CAN'T TALK TO.. WHICH THAT'S JUST RESPECT.  MM..
     THERE ARE PEOPLE THAT ENJOY BEING WITH US AND HAVE A GOOD
     TIME.  SO THERE'S FOLKS THAT CAN ACTUALLY GET OUT AND HAVE A
     GOOD TIME AND DON'T HAVE TO ACTUALLY BE A MEMBER OF THE CLUB?
     THEY'RE.. YA'LL CALL 'EM THE SUPPORTERS.  THEY GET INTO THE..
     THE CLUB.  THERE'S NO.. THEY'RE JUST A SUPPORT PERSON?  THEY
     DON'T WEAR THE "MC" ON THEIR VEST.. CAUSE THE "MC" MEANS
     EVERYTHING.  THEY DON'T HAVE NO VOTING RIGHTS IN.. IN YOUR
     CLUB.
KG:  RIGHT.

DS:  THEY.. THEY JUST GET OUT THERE TO HAVE A GOOD TIME?
KG:  YEA.

DS:  OKAY.
DM:  BUT THEY CAN ONLY WEAR THE COLORS..
KG:  YOUR..

DS:  WHEN THEY'RE AROUND?
KG:  YOUR RELATIVES OR WHATEVER.. (MOVEMENT AROUND RECORDER)..
     DO WHAT?

DM:  THEY CAN ONLY WEAR THEIR COLORS WHEN THEY'RE.. IN AN EVENT
     WITH THEIR "MC" THAT THEY'RE SUPPORTING? .. (BOTH TALKING)..
DS:  (BOTH TALKING).. YEA, THEY CAN'T WEAR 'EM OFF ON THEIR OWN.
KG:  SUPPORTER?

DS:  YEA.. THEY CAN'T WEAR 'EM OFF ON THEIR OWN.  THEY GOTTA BE
     WITH YA'LL.. SUPPORTING SOMETHING.
DM:  THAT'S YA'LLS WORDS.. NOT MINE..

     (ALL TALKING)..

DM:  YEA.
DS:  I SKIPPED OVER..
KG:  YES.. YES.. YES.. YES.. YES.. YES..

DS:  YEA, THEY CAN'T WEAR 'EM JUST OUT, JUST LIKE A SOCIAL CLUB,
```

CITY OF DOTHAN/GRAY 000842
CONFIDENTIAL

YOU KNOW JUST OUTTA THE BLUE BY THEIRSELF.  GOTTA BE PART OF
FUNCTION YA'LL ARE PUTTING ON.

KG:  HIS VEST.

DS:  YEA.  UH.. MM.. AND OF COURSE YOU EARN YOUR ROCKERS. . . AND
CAN'T AFFORD TO MISS ANY MEETINGS. . . I'M GONNA HAVE TO STEP
TO THE RESTROOM A MINUTE.  DO YA'LL NEED TO TAKE A BREAK?

??:  YEA, MY LEGS ARE JUST GOING TO SLEEP SITTING IN THAT CHAIR.

DM:  (MOVEMENT AROUND RECORDER).. FIFTEEN..

DS:  (MOVEMENT AROUND RECORDER CONTINUING).  WE'LL COME RIGHT
BACK.  WE'RE RIGHT THERE.  YA'LL GONNA..

??:  YEA.. (MOVEMENT CONTINUING).. JUST MOVE AROUND A LITTLE BIT.

DS:  OKAY.

??:  OOOHH..

DS:  I'LL BE RIGHT BACK.

??:  I'LL BE RUNNING SPRINTS UP AND DOWN.. (LAUGHS).. IT'S COLOR
IN HERE NOW.

KG:  YEA.. CAN WE GO OUTSIDE?

(ON BREAK FOR APPROXIMATELY ELEVEN MINUTES THIRTY SECONDS..
MOST AUDIBLE IS IN BACKGROUND OUTSIDE OF RECORDER RANGE, NOT
RELATED TO INTERVIEW, OR MOVEMENT AROUND RECORDER)

DS:  . . . (MOVEMENT AROUND RECORDER).. OKAY, WE WERE GOING
THROUGH THE LIST HERE, THROUGH THIS UH.. TRAINING UH.. STUFF.
LET'S SEE.. UHHH.. OKAY.. YEA, YOU WERE TALKING ABOUT MEMBERS
BEING IN THE CLUB.  UH.. COALITION SEEING THAT THERE.. UH..
SOME CLUBS ARE GETTING A LITTLE BIT OF ANIMOSITY.  FIFTEEN OR
TWENTY PEOPLE.. YEA,  YOU WERE TALKING ABOUT THE CLUB STUFF
THERE.  IF YOUR EMPLOYEES DON'T COME.. THE BUSINESS IS GONNA
LOSE MONEY.  UH.. (UNINTELLIGIBLE). . . MAKE IT HARD FOR
OTHER PEOPLE BY NOT BEING THERE.  THIS CLUB IS NOT PAYING
DIVIDENDS.  IT'S NOT FEEDING OUR FAMILIES.  WHY SHOULD I BE
THERE?  WHICH THAT IS.. AND THAT'S TRUE.

KG:  MM HUH.

DS:  AND SO GUESS WHAT?  WE SHOULDN'T EVEN HAVE TO.. GUESS.. UH..
IT SAYS WHAT THE CONSEQUENCES ARE.  GUESS WHAT?  WHEN WE
DON'T GO TO THEIR EVENTS THEY ALREADY SAID THEY'RE GONNA..
START PULLING FIFTY BUCKS ($50) FROM OUR CLUB FOR NOT HAVING
A MINIMUM OF FIVE MEMBERS.

KG:  YEA.

DS:  WHAT IS THAT?  THE COALITION IS GONNA PULL IT?

KG:  UM.. YEA.. YEA, AND IT'S BECAUSE.. LET'S SAY YOU HAVE.. SAY
YOU HAVE TWENTY MEMBERS.  AND YOU COME TO MY BIKE EVENT AND I
HAVE.. THREE THAT COMES TO YOURS.

DS:  MM HUH.

CITY OF DOTHAN/GRAY 000843
CONFIDENTIAL

KG:   AND THE MONEY IS GOING TOWARDS CHARITIES AND STUFF LIKE THAT
      SO.. YOU KNOW IT'S KIND OF UNFAIR FOR ONE TO BRING TO SUPPORT
      YOU AND YOU DON'T SUPPORT EACH OTHER.  SO, ALL WE'RE DOING IS
      JUST TRYING TO.. MAKE SURE EVERYONE.. (BOTH TALKING)..
      SUPPORTS EACH OTHER.

DS:   (BOTH TALKING).. THAT MAKES SENSE.  THAT MAKES SENSE.  OKAY..
      THE SET.. OKAY THERE, YOU ANSWERED THAT QUESTION.  THE SETS
      IS.. IS WHERE WE THRIVE, WE DO OUR BUSINESS, WHERE WE GO
      ASSOCIATE.  UH.. THE SET UH.. IS PRETTY MUCH FROM EUFAULA
      DOWN TO THE FLORIDA LINE AND OVER TO THE GEORGIA LINE.
KG:   YEA, AND YOUR LOCAL COMMUNITY.

DS:   YEA.
KG:   THOSE WHO RIDE BIKES IN THAT AREA.

DS:   TENNESSEE.. WELL IT SAYS TENNESSEE AND EVERYWHERE ELSE THOUGH
      SO..
KG:   (BOTH TALKING)..

DS:   (BOTH TALKING).. UH.. YOU DIDN'T SAY THAT.  THAT WAS SOMEBODY
      ELSE THAT SAID THAT.  IF YOU HEAR SOMEBODY SAY WE DON'T DO
      THAT ON OUR SET THAT MEANS THE GENERAL AREA.  OH, LET'S SEE..
      "RAGS" ARE YOUR COLORS ARE ON YOUR VEST UH.. ALSO CALLED YOUR
      "CUT".
KG:   MM HUH.

DS:   UHH.. LET'S SEE.. MANDATORY.. OKAY, EVERYBODY'S GOTTA COME TO
      THE ANNIVERSARY PARTY.  IT SAYS THAT YA'LL HAVE GOT THE MOST
      RESPECT ON THE SET I GUESS LOOKS LIKE.. (UNINTELLIGIBLE.. LOW
      VOLUME).. AND GIVE A LITTLE BIT OF UNDERSTANDING ABOUT
      PROTOCOL AND PROSPECTS.  UH.. I GUESS YOU.. YOU HAVE THAT
      PAPERWORK TOO, I GUESS, CAUSE YOU REFER TO THE PAPERWORK A
      FEW TIMES.
KG:   RIGHT.

DS:   SO I GUESS YOU GAVE 'EM SOME HANDOUTS.
KG:   MM HUH.

DS:   UH.. IT SAYS UH.. YOU'RE TELLING 'EM YOU'RE NOT IN AN
      ORGANIZATION TO.. FEAR FOR YOUR LIFE, CAUSE YOU'RE AN
      EXECUTIVE WITH THE DOTHAN.. WITH THE POLICE DEPARTMENT.  YOU
      PROTECT THE GOVERNOR, HEAD OF HOMELAND SECURITY BOMB SQUAD..
KG:   MM HUH.

DS:   FOR REGION TWO.  YOU HAVE TOO MUCH TO LOSE.
KG:   MM HUH.. SO I WOULDN'T BE AN "OMC" AND.. DOING THINGS..

DS:   MM HUH.
KG:   THAT "OMC'S" DO.

DS:   I WON'T HAVE YA'LL DO A THING THAT I WON'T DO FIRST.. AND

CITY OF DOTHAN/GRAY 000844
CONFIDENTIAL

```
         KNOW THAT.
KG:      MM HUH.

DS:      YOU KNOW.. YOU KNOW SOME DANGER THAT WAS ASSOCIATED WITH US
         BEING IN THE SET, TO THAT DEGREE I'M NOT GONNA.. LET' SEE..
         I'M NOT GONNA.. PUT ANYBODY'S FAMILY OR YOUR OWN LIFE IN
         JEOPARDY BUT I GUARANTEE YOU ONE THING.. ANY OF YA'LL I'M
         WANNA GET IN THE.. FIRST LICK.
KG:      (LAUGHS)..

DS:      I HOPE.. NOT TO HIT YOU.
KG:      (LAUGHS)..

DS:      IF SOMEBODY STARTS SOME'EM WITH YA'LL, RIGHT?
KG:      RIGHT.  HEY, IF YOU GONNA SWING ON ME, I'M.. LIKE WHEN..
         (BOTH TALKING)..

DS:      (BOTH TALKING).. SWING BACK.
KG:      WE WAS GETTING BEAT.. BEAT UP BY BILLY CLUB.. (BOTH
         TALKING)..

DS:      (BOTH TALKING)..
KG:      BY POLICE.

DM:      (UNINTELLIGIBLE).. SAYS THE FIRST LICK.
DS:      YEA, I'M GONNA GET IN THE FIRST LICK.. YEA.  BUT I GUARANTEE
         YOU ONE THING, ANY OF YA'LL, I'M.. I'M GONNA GET IN THE FIRST
         LICK.
KG:      MM HUH.

DM:      SO.. I.. (UNINTELLIGIBLE)..
DS:      RIGHT DOWN HERE.

DM:      SO, PROTECT THE GOVERNOR AND THE DOTHAN POLICE DEPARTMENT AND
         GET IN THE FIRST LICK.
DS:      YEA.  SO IF THERE'S A CONFRONTATION YOU'RE GONNA BE THERE TO
         HELP OUT.  THAT'S.. BASICALLY WHAT YOU'RE SAYING?
KG:      BECAUSE YOU KNOW WHAT?  WE DON'T START ANYTHING.

DS:      BUT WE'LL FINISH IT.
KG:      JUST LIKE POLICE, BUT YOU KNOW..

DS:      BUT YOU CAN FINISH IT.
KG:      ARE YOU GONNA LET SOMEBODY HIT YOU FIRST?

DS:      OH.. YEA.. YEA.. YEA, THEY CAN HIT ME FIRST.
KG:      YOU'RE GONNA LET.. AS A POLICE..

DS:      I'M GONNA STOP IT.. YES.
KG:      OKAY.

DS:      YES.  OKAY.. CAUSE WHEN THEY DO THEY DISGRACE OUR.. LET'S
```

CITY OF DOTHAN/GRAY 000845
CONFIDENTIAL

SEE.. (LOW VOLUME).. WE DON'T GO AROUND ACTING LIKE BAD ASSES BUT WE'RE GONNA END THE CONFLICT IF SOMEBODY ELSE BEGINS IT. THERE YOU GO RIGHT THERE.

KG: SOMEBODY START KICKING OUR BUTT.. (BOTH TALKING)..

DS: (BOTH TALKING).. START STUFF GOING.

KG: IT'S LIKE ANYTHING ELSE.. I'M NOT GONNA.. LET SOMEBODY DO ME WRONG.

DS: THERE MAY BE ONE EXCEPTION TO THAT.. THAT I KNOW OF AND THAT'S L.O.D. DOWN IN PANAMA CITY.  THOSE GUYS ARE.. ARE LIKE THIS WITH US.  AND BAMA GIRLS YOU KNOW, UH..

KG: MM HUH.

DS: LIKE THIS WITH US.  I MEAN MORE SO THAN YOU KNOW AND YOU'LL SEE WHEN WE GO DOWN.  AND THEY.. THEY HAVE SOMETHING COMING UP TOO AND WE'LL BE DOWN THERE.  I MEAN THEY.. THESE GUYS ARE OUT OF SIGHT.  SO LE.. LEGEND OF DOOM?

KG: THESE GUYS HAVE TREATED US.. (BOTH TALKING).. THEY..

DS: (BOTH TALKING).. LEGION OF DOOM, I'M SORRY.

KG: THEY HAVEN'T EVER TREATED US IN UH.. ANY BAD WAY WHATSOEVER.

DS: YOU HAD NO IDEA THAT THEY WERE SUPPORT GROUPS FOR THE OUTLAWS?

KG: MM UH.

DS: OKAY.

KG: UH.. LEGION OF DOOM, I THINK THEY'RE THEIR.. I THINK THEY ARE THEIR OWN.. THEIR OWN..

DS: RIGHT.

KG: STAND ALONE.

DS: WELL YEA, BUT IT SAYS IN THE.. THE F.B.I. DOCUMENT SAID THAT THEY ARE A UH.. SUPPORT GROUP.. OF OUTLAWS.

KG: MM..

DS: IS LEGION OF DOOM A ALL BLACK BIKER GROUP OR IS IT..

KG: NO, THEY'RE MIXED.

DS: THEY'RE MIXED, OKAY.

KG: MM HUH.

DS: IS OUTLAWS ALL.. WHITE, OR IS IT MIXED?

KG: I THINK THEY ARE.

DS: OKAY, I DON'T.. I DON'T KNOW.  BUT ACCORDING TO THE DOCUMENTS THE F.B.I. HAD THAT THEY ARE SUPPORT GROUPS FOR OUTLAWS, WHICH IS ONE OF THE TOP FOUR I BELIEVE.

KG: MM.. I'VE NEVER SEEN.. I THOUGHT LEGIONS OF DOOM WERE SUPPORT.. OR WAS A STAND ALONE CLUB.  LIKE I SAID I DIDN'T DO

CITY OF DOTHAN/GRAY 000846
CONFIDENTIAL

ANY RESEARCH IN THAT, BUT THEY JUST SEEM.. (BOTH TALKING)..
LIKE THEY'RE STAND ALONE.

DS: (BOTH TALKING).. OKAY.
KG: THEY JUST..

DS: LEGIONS OF DOOM, YEA.
KG: I'VE NEVER SEEN 'EM DO ANYTHING WRONG, OUT OF COLOR, OUT..
OUT OF TEXT AGAINST THE LAW OR ANYTHING LIKE THAT.

DS: LET'S.. LET'S SEE, THE FIRST TIME THEY SEEN YOU OUT..
KG: AND YOU KNOW WITH.. WITH BIKERS..

DS: UH HUH.
KG: YOU ALREADY HAVE A STIGMA, AND THEY TALK ABOUT THAT ON.. ON
TV AS WELL THAT.. BECAUSE YOU'RE IN A.. ASSOCIATE WITH A BIKE
CLUB, YOU HAVE A NEGATIVE STIGMA JUST CAUSE YOU'RE ASSOCIATED
WITH A BIKE CLUB.. WHICH I THINK IS KIND A THE SAME THING
GOING HERE.  BUT YEA, UM.. YOU.. DON'T KNOW EVERYBODY'S
BACKGROUND WHEN YOU'RE IN THIS JUST LIKE YOU DON'T IN CHURCH
OR ANYTHING ELSE..

DS: MM HUH.
KG: YOU KNOW.  IF YOU SUBSCRIBE TO.. THAT MENTALITY IN DOING
UNLAWFUL THINGS AND WHATEVER, THAT'S ONE THING YOU KNOW.  BUT
IF YOU DON'T, AND YOU DON'T KNOW.. OR DON'T DWELL OFF INTO OR
WHATEVER, YOU DON'T HAVE ANY IDEA.. YOU KNOW.  AND.. (BOTH
TALKING).. AND I DON'T.

DS: (BOTH TALKING).. WELL I CAN UNDERSTAND.  I MEAN IN A CHURCH
YOU KNOW, YOU'RE THERE AS A CHURCH.  BUT NOW IN A.. IN A..
OUTLAW MOTORCYCLE GANG, THEY PROFESS TO BE OUTLAWS.
KG: AND..

DS: SO THEY DON'T HIDE ANYTHING.
KG: WELL..

DS: THEY ARE WHAT THEY ARE.
KG: YEA.. YEA, ESPECIALLY IF YOU GO THROUGH AND YOU RESEARCH AND
YOU'RE..

DS: MM HUH.
KG: YOU.. YOU HAVE KNOWLEDGE OF THAT YOU KNOW.  BUT, IN THE
CHURCH YOU ALSO HAVE UH.. YOU ALSO HAVE FELONS AND EVERYTHING
ELSE TRYING TO GIVE THEIR LIFE TO CHRIST.. TOO.

DS: THAT'S RIGHT.. TRYING TO TURN OVER TO THE GOOD.
KG: BUT.. BUT YOU'RE IN THE SAME.. YOU'RE IN THE SAME CHURCH OR
YOU HAVE THE SAME.. MEMBERSHIP YOU KNOW.

DS: YEA.  OKAY.  UH.. LET ME SEE.. TALKED ABOUT HAVING YA'LLS
NAME ON THEIR CLUBHOUSE.  I GUESS THEY REALLY DID LIKE YA'LL

CITY OF DOTHAN/GRAY 000847
CONFIDENTIAL

```
             BECAUSE.. (BOTH TALKING)..
KG:   (BOTH TALKING)..

DS:   THEY PAINTED OVER IT AND EVERYBODY'S WAS PAINTED OVER BUT
      YA'LLS.
KG:   THEY DID.

DS:   OKAY, UH..
KG:   CAUSE WE'RE GOOD GUYS.

DS:   UH HUH. . NOW SEE, LEGIONS OF DOOM NOW IS.. SEE BAMA BOYS IS
      NOT ON ANY OF THESE LISTS.. F.B.I., FUSION CENTER, NONE A
      THAT.  OUTCAST IS AND SIN CITY IS AND LEGIONS OF DOOM ARE..
      (BOTH TALKING).. SO..
KG:   (BOTH TALKING)..

DS:   LEGIONS OF DOOM ARE EVEN WITH OUTCAST AND SIN CITY.  THEY'RE
      NOT LIKE YOU AND THE BAMA BOYS, THEY'RE EVEN.. THEY'RE THE
      BIG.. THEY'RE UP HERE.  THAT'S BASED ON..
KG:   SO ARE THEY.. ARE THEY CONSIDERED UH.. "OMC"?

DS:   YES, OUTLAW MOTORCYCLE.
KG:   HMM.

DS:   YES.  THAT'S THAT LIST I HAD FROM THE F.B.I. WHERE IT'S GOT
      'EM IN STATES.  IT HAS OUTCAST, SIN CITY IN A BUNCH A STATES
      AND IT ALSO HAS LEGIONS OF DOOM, JUST LIKE THEM.
KG:   (BOTH TALKING)..

DS:   (BOTH TALKING).. SEE BAMA BOYS AIN'T ON.. WOULDN'T BE ON
      THERE.  YA'LL ARE NINE-NINE PERCENTERS.
KG:   (LAUGHS)..

DS:   SO TO SPEAK.
KG:   WE'RE.. WE'RE NOT A.. A.. (BACKGROUND NOISE AROUND
      RECORDER).. WE HAVE NO KNOWLEDGE OF UH.. LEGIONS OF DOOM
      STATUS EITHER.

DS:   OKAY.. ALRIGHT.  LET'S SEE.. EVENTS OKAY.. TELLING 'EM ABOUT
      YA'LLS WEEK.  YA'LL WANT A BIG SHOWING FOR THE RIDE AT TROY.
      DID YOU MAKE ANOTHER COPY.
DM:   YES SIR.. THAT'S THE SECOND PART.

DS:   YEA, SECOND PART.
DM:   THERE'S ACTUALLY A THIRD PART THEY HAVEN'T..

DS:   SO THERE'S ANOTHER PART?
DM:   YEA, THEY JUST GOT TO FINISH IT UP.

DS:   SO WHERE WERE WE AT ON HERE?  WHAT'S THE.. (UNINTELLIGIBLE)..
      ALRIGHT, WE BETTER START AT THE TOP.  UH.. OKAY, YOU REMIND
      EVERYBODY THAT THERE'S NOT A LAW.  IT'S NOT ETCHED IN STONES
```

```
        HOW YOU DO THINGS.  UH.. SOMETIMES THERE'S A MESS BROUGHT UP
        IN YOUR CLUB.  UH.. IT'S USUALLY AROUND YOUR OFFICERS UH.. IF
        THEY'VE JUST HAD ENOUGH.  UH.. TELL ME.. TELL A MEMBER TO..
        TO GET THE.. (BOTH TALKING).. FUCK ON.
KG:     (BOTH TALKING).. GET THE HELL ON.

DS:     YEA.
KG:     MM HUH.

DS:     GET THE FUCK OUTTA MY GOD DAMN CLUB.
KG:     MM HUH.

DS:     UH.. YOU CAN BE.. YOU BEST GET, IS WHAT YOU TOLD 'EM.
KG:     MM HUH.

DS:     SO, UH.. GET OUT BECAUSE YOU'VE JUST BECOME AN ENEMY.  AND
        THAT'S IN YOUR OWN CLUB.
KG:     THAT'S IN ANY CLUB.

DS:     YEA.
KG:     MM HUH.

DS:     UH.. CAUSE THEN.. THERE CAN BE SO MUCH DRAMA WITH PEOPLE, YOU
        TELL SOMEBODY SOME'EM OVER AND OVER AGAIN.  UH.. WE'RE
        CORDIAL AND EVERYTHING BUT BROTHER, LET ME TELL YOU WHAT.
        WHEN IT COMES DOWN TO IT THERE'S NO UNDERSTANDING WHEN IT
        GETS TO BE SOMETHING.. THAT IS JUST SO OUTRAGEOUS.  UH..
        THERE'S NO UNDERSTANDING.  UH.. I FELT LIKE THAT ONCE OR
        TWICE OKAY.
KG:     MM HUH.

DS:     AND BECAUSE IT'S THE WAY THAT I JUST.. SAID IT IS.. WELL YOU
        TELL 'EM.. YEA, THIS IS.. THE WAY I SAID IT, THAT'S.. BECAUSE
        I'M THE PRESIDENT.  I JUST SAID IT.  SHUT THE HELL UP.
KG:     MM HUH.

DS:     GET OUTTA MY DAMN.. OKAY.  UH.. LET'S SEE.. AND THEN YOU GIVE
        AN EXAMPLE.
KG:     MM HUH.

DS:     UH.. WHEN YOU WERE WITH YOUR GROUP..  IN LEGIONS OF DOOM'S..
        LEGION OF DOOM'S CLUBHOUSE, ONE OF YOUR PROSPECTS..
KG:     THAT'S RIGHT.

DS:     UH.. HAD SMOKED SOME WEED.  AND WHEN HE COME BACK AROUND, IT
        WAS OBVIOUS.  EVERYBODY KNEW IT.
KG:     MM HUH.

DS:     EVERY FRICKIN' BODY KNEW IT.
KG:     (UNINTELLIGIBLE)..

DS:     AND YOU TOOK HIS SHIRT OFF OF HIM.
```

CITY OF DOTHAN/GRAY 000849
CONFIDENTIAL

KG: MM HUH.

DS: WHAT ELSE DID YOU DO?
KG: . . THAT'S IT. I REMEMBER UH.. AND WE WEREN'T INSIDE. WE
WERE OUT.. WE WERE OUTSIDE. AND UH.. WE WERE ALL JUST
STANDING AROUND TALKING. AND UH.. I SMELLED.. I'M LIKE..
WHAT'S GOING.. YOU KNOW I SMELLED AND.. THAT GUY, WHICH WAS A
BRAND NEW PROSPECT, SMELLED LIKE HE HAD SMOKED SOME WEED.
AND I PULLED UH.. HIS SHIRT OFF OF HIM. AND UH.. AND UH.. HE
KEPT ON FOLLOWING ME TRYING TO.. TO LIKE GET HIS SHIRT BACK,
APOLOGIZE AND WHATEVER LIKE THAT. AND UH.. I DON'T STAND FOR
THAT AND THEY KNOW THAT I DON'T.. YOU KNOW STAND FOR ANY OF
THAT NOISE. I DIDN'T SEE HIM SMOKE IT.. DIDN'T KNOW WHERE IT
COME FROM. BUT I SMELLED THE ODOR. I DON'T KNOW IF HE
SMOKED IT OR IF IT JUST GOT.. HE WAS STANDING AROUND SOMEBODY
WITH IT BUT UH.. (BOTH TALKING)..

DS: (BOTH TALKING).. WHO WAS THAT?
??: (UNINTELLIGIBLE)..

DS: (UNINTELLIGIBLE)..
KG: HIS INITIALS WAS T.J. AND HE'S DEAD.

DS: HE'S DEAD. HOW DID HE DIE?
KG: IN A CAR ACC.. IN A BIKE ACCIDENT.

DS: HERE IN DOTHAN?
KG: MM UH.

DS: WAS HE FROM HERE? HE WAS YOUR.. HE WAS.. I GUESS HE WAS A
BAMA BOYS' PROSPECT?
KG: MM.. YEA.

DS: WHERE WAS HE FROM?
KG: OZARK I THINK.

DS: SO HE WAS A BAMA BOYS' PROSPECT?
KG: HE WAS A PROSPECT.

DS: OKAY.
KG: JUST.. JUST GOT TO BE.. I THINK THAT WAS HIS FIRST.. YEA,
UH.. THAT WAS HIS FIRST.. (BOTH TALKING).. RIDE WITH US.

DS: (BOTH TALKING).. OKAY. HE HAD A BIKE AND ALL SO.. YOU GOTTA
HAVE A BIKE?
KG: YEA.. YEA.

DS: ALRIGHT. DID HE.. DID HE.. JOIN YA'LLS CLUB?
KG: NO.. HE WAS JUST A PROSPECT.

DS: DID HE JOIN ANYBODY'S CLUB AFTER THAT?
KG: NO, HE DIED.. HE MAY HAVE DIED.. A WEEK AFTER THAT.

CITY OF DOTHAN/GRAY 000850
CONFIDENTIAL

DS: OKAY.  DID.. DID YOU MAKE HIM LEAVE RIGHT THEN?  OR DID.. DID
    HE STAY AND RIDE BACK WITH YA'LL?
KG: NO, HE.. SEEM LIKE HE LEFT ON HIS OWN.

DS: OKAY.  ALRIGHT.  UH.. LET'S SEE.. DOWN HERE AT THE BOTTOM
    WHERE.. (BOTH TALKING).. IT SAYS..
KG: (BOTH TALKING).. I HAD FORGOT THAT.

DS: UH.. DON'T CARE WHAT YOU DO ON YOUR OWN.. DON'T CARE IF
    YOU'RE EMBARRASSED.  I DON'T GIVE A DAMN YOU KNOW BUT.. BUT
    WHEN IT HAS TO DO WITH THE CLUB YOU DO.  SO THERE.. THERE
    AGAIN, THE DON'T CARE WHAT YOU DO ON YOUR OWN.  WHAT.. WHAT..
KG: I DON'T CARE WHAT YOU DO ON YOUR OWN.  I MEAN YOU.. ON YOUR
    OWN TIME I'M NOT YOUR PARENT.  I'M NOT YOUR..

DS: OKAY.  ALRIGHT.  UH.. SO THEN HE FOLLOWED YOU AROUND LIKE
KG: MM HUH.. MM HUH.

DS: NOBODY GONNA INTER.. NOBODY GONNA INTERCEDE IN YOUR.. YOUR
    CLUB BUSINESS IS IT?  EVEN THOUGH YOU AT SOMEBODY ELSE'S
    CLUB?
KG: (NO AUDIBLE RESPONSE).

DM: CAPTAIN, DIDN'T I ASK YOU IF THERE WAS ANY MARIJUANA.. IF
    YOU'VE BEEN AROUND ANY MARIJUANA THAT'S BEEN SMOKED OR PEOPLE
    THAT SMOKED MARIJUANA, AND YOU.. YOU TOLD ME NO?  ESPECIALLY
    ASSOCIATED WITH YOUR CLUB?
KG: NO, I DON'T REMEMBER YOU ASKING ME THAT.

DM: YOU DON'T REMEMBER ME ASKING THAT?
KG: NO.

DM: WELL I DID ASK YOU THAT.. (BOTH TALKING)..
KG: (BOTH TALKING)..

DM: AND YOU LIED TO ME.
KG: NO I DIDN'T AND I KNOW YOU.. ONE OF THE THINGS I KNOW.. THAT
    WHY YA'LL ARE TRYING TO GO HERE, YOU'RE TRYING TO FIGURE OUT
    THE ONLY WAY YOU CAN GET ME TERMINATED IS TO TRY TO SAY THAT
    I LIED TO YOU IN AN INTERNAL AFFAIRS.. INTERVIEW.

DS: (BOTH TALKING).. OH NO.. OH NO..
DM: (BOTH TALKING).. NO..
KG: I EXPECTED THAT WHEN I WALKED IN HERE.. AND THAT'S WHAT
    YOU'RE.. (BOTH TALKING).. MAKING REFERENCE TO.

DM: (BOTH TALKING).. NO, I JUST.. I JUST WANNA KNOW.. (BOTH
    TALKING).. WHY YOU LIED TO ME.
KG: (BOTH TALKING).. I JUST.. I JUST SAID I DIDN'T RECALL AND I
    DID NOT RELY.. I DID NOT LIE TO YOU.

CITY OF DOTHAN/GRAY 000851
CONFIDENTIAL

DM: OKAY.
KG: AND I.. BUT I KNOW THAT'S WHAT YOU'RE TRYING TO DO.

DS: ABSOLUTELY NOT.. ABSOLUTELY NOT.  I MEAN THE.. THE.. IT'S ON
    VIDEO.  I MEAN IT'S ALL.. IT'S RECORDED.
KG: AND.. AND..

DS: AND SO IF YOU LIED IT'S GONNA BE OBVIOUS ON THERE.
KG: AND I'M GLAD I'M.. ON VIDEO.

DS: YEA.. THAT'S FOR..
KG: AND I.. AND I'M LIKE.. AND I'M SEEING THE.. THE NATURE, OR
    THE SPIN, THAT YOU ALL ARE TRYING TO PUT ON THIS..

DS: WHAT IS THAT?
KG: TO TRY TO MAKE IT TO SEEM AS IF I'M LYING.  I'M ANSWERING YOU
    TRUTHFULLY.  I'M SAYING WHAT I REMEMBER.  I'M SAYING WHAT I
    RECALL.  AND IF I DON'T RECALL IT, I DON'T RECALL IT.

DS: AND WE APPRECIATE THAT.  WE SURE DO.
KG: I'M SURE YOU DO.

DS: I'M SORRY.
KG: I'M SURE YOU DO.

DS: OH I DO.  I ABSOLUTELY APPRECIATE YOUR COOPERATION.
KG: YES SIR.. WOULDN'T DO ANYTHING BUT.

DS: ALRIGHT.  UH.. LET'S SEE. . UUUHH.. LET'S SEE.. GONNA DO SOM
    STUFF FOR THE KIDS AT CHRISTMAS.  UH. . OF COURSE YOU SAY
    FROM TIME TO TIME THERE'S GONNA BE SOME.. (BOTH TALKING)..
KG: (BOTH TALKING).. AND ALSO, FOR THE RECORDS AND..
    (UNINTELLIGIBLE).. RECORDING IT..

DS: MM HUH.
KG: UH.. I WASN'T AROUND MARIJUANA HERE.  I WASN'T AWARE OF THIS
    GUY MAY HAVE SMOKED OR WHO HE STOOD NEXT TO.. I WAS IN
    ANOTHER PLACE.

DM: YEA.
DS: HE COME UP TO YOU.
KG: SO.. SO.. NO, I WAS NOT AROUND MARIJUANA.  I WASN'T AROUND
    ANYBODY SMOKING IT.

DS: MM UH.
KG: AND I DIDN'T SEE ANYBODY SMOKE IT AND I DIDN'T PARTAKE IN ANY
    OF THE SMOKING SCENE OR ANYTHING LIKE THAT.

DS: AND NOBODY HAS ACCUSED YOU.. (BOTH TALKING).. OF ANY OF THAT.
KG: (BOTH TALKING).. THAT WAS JUST.. AND I'M JUST CLARIFYING..
    (BOTH TALKING)..

CITY OF DOTHAN/GRAY 000852
CONFIDENTIAL

DM:  (BOTH TALKING).. I'M JUST TRYING TO GET.. (BOTH TALKING)..
KG:  (BOTH TALKING).. THAT WAS JUST..

DM:  I'M JUST TRYING TO FIND OUT.  THAT'S MY JOB.
KG:  THAT WAS JUST AN ODOR THAT I SMELLED ON SOMEONE ELSE.. (BOTH
     TALKING).. I DID NOT SEE..

DM:  (BOTH TALKING).. DID YOU FRISK HIM?
KG:  NO, WHEN I'M OFF.. I'M OFF.  I DON'T..

DM:  ANY CONTACT WITH LOCAL AUTHORITIES AND HOLD HIM TO SEE IF
     THERE WAS ANY.. (BOTH TALKING).. EVIDENCE..
KG:  (BOTH TALKING).. THAT I.. THAT I SMELLED SOMETHING IN
     FLORIDA, DID I..

DM:  I'M JUST ASKING.. DID YOU?
KG:  NO.

DM:  I MEAN I'M JUST ASKING YOU A QUESTION.. DID YOU?
KG:  I DID NOT CALL THE POLICE.

DM:  OKAY.. (BOTH TALKING).. AND YOU DIDN'T KICK HIM OUTTA THE
     CLUBHOUSE?
KG:  (BOTH TALKING).. BUT AS.. BUT AS I WAS.. AS I WAS SAYING,
     IT'S NOT.. IT WASN'T MY CLUBHOUSE.  AS I WAS SAYING, UM..
     DIDN'T SEE ANY.. MAR.. I WANNA MAKE IT.. I WANNA MAKE THIS
     ONE HUNDRED PERCENT KNOWN.

DS:  I AGREE WITH YOU.
KG:  IT WAS JUST THE ODOR THAT I.. (BOTH TALKING).. I THOUGHT WAS
     MARIJUANA..

DS:  (BOTH TALKING).. IT'S.. IT'S WRITTEN RIGHT HERE.
KG:  ON SOMEBODY.

DS:  IT'S WRITTEN RIGHT HERE.
KG:  EXACTLY.  SO I DIDN'T LIE.

DS:  NO. . LET ME SEE.  COME ON DOWN.. LET ME SEE. . . OKAY, SO
     THERE'S MORE AFTER THIS ONE?
DM:  YEA, THERE'S ONE MORE.. (MOVEMENT AROUND RECORDER)..

DS:  OKAY.. YEA, SEE IF IT'S READY YET.. (BACKGROUND NOISE AROUND
     RECORDER)..
??:  WOULD YOU GIVE THOSE TO ME?  CAN I HAVE THOSE TOO?

DS:  UH.. NO, I'M GONNA HANG ON TO 'EM ACTUALLY.  I'M GONNA HANG
     ON TO 'EM.
??:  OKAY, CAN WE GET A COPY OF 'EM SO I CAN READ 'EM?

DS:  UH.. YEA, YOU POSSIBLY CAN.  YOU HAVE TO GO THROUGH, I GUESS
     LEN OR LARRY, WHOEVER.. WHOEVER.. SAYS.. SUPPOSED TO GET 'EM.

CITY OF DOTHAN/GRAY 000853
CONFIDENTIAL

I DON'T KNOW.
??: OKAY.

DS: I DON'T HANDLE THE LEGAL SIDE OF IT.  I HAVE NO IDEA.  YOU
KNOW MORE ABOUT THAT THAN I DO.
??: OKAY.

DS: (LAUGHS).. THAT'S WHAT YOU GET THE BIG BUCKS FOR. . IS THIS
ALL OF IT?
DM: YEA, THIS IS.

DS: OKAY, THIS.. I.. I WANNA KEEP THE INTEGRITY OF THE WHOLE..
THE WHOLE DISC.  THAT'S WHY.. (MOVEMENT AROUND THE
RECORDER).. THERE AT ONE TIME.
KG: MM HUH.

DS: UH.. (BACKGROUND NOISE AROUND RECORDER).. LET'S SEE.. I DON'T
REMEMBER WHAT ELSE IS ON HERE BUT LET'S SEE, I'M JUST READ
THROUGH IT WHEN YOU DO.  UH.. (LOW VOLUME.. MUMBLING). . .
OKAY, YOU SAID UH.. LET ME END THE FIRST REFERENCE WITH THE
LAST REFERENCE.  AND IT SAYS THE FIRST THING I REFERENCED
YA'LL.. THE FIRST THING I REFERENCED.. WERE THE SOLDIERS
FIGHTING AND KILLED FOR EACH OTHER, WATCHING EACH.. EACH
SOLDIER HONORING THEM BY PROTECTING THEIR BACK.  THEY HAD..
THEY HAD.. THAT PERSON'S KILLED.. KILLED SOMEBODY THAT WAS
FIXING TO KILL ME AND I DID THE SAME THING.  SO AS THEY HAD
DONE THAT AND GOTTEN INTO THE "OMC" WORLD FOR THAT SAME
PURPOSE, ARE WE TO RESPECT THAT AND DO THE SAME THING FOR
EACH OTHER.. TO THAT LEVEL.  AND YOU KNOW WE'RE ALL ON.. ONE
ACCORD ALREADY.  AND THEN YOU TALK ABOUT.. (UNINTELLIGIBLE)..
AND SOMETHING.  LET ME SEE.. (LOW VOLUME.. MUMBLING)..
KG: AND THAT WAS MAKING REFERENCE TO THE HISTORY, THE SOLDIERS..

DS: MM HUH.
KG: AND THE MILITARY AND THE WAR.

DS: YEA.. AND THE BEGINNING OF THE "OMG", OUTLAW MOTORCYCLE
GANGS.. GROUPS.. CLUBS.  LET'S SEE..
KG: ACTUALLY I THINK IT WAS JUST THE.. THE CLUBS.  UM.. (BOTH
TALKING).. HOW THEY GOT STARTED RIDING BIKES.

DS: (BOTH TALKING).. SO AS THEY HAVE DONE.. DONE AND HAD GOT INTO
THE..
KG: YEA.

DS: OUTLAW MOTORCYCLE CLUB WORLD.
KG: AND SOME OF 'EM DID.  AND SOME OF 'EM DID, YEA.

DS: OKAY.  LET'S SEE. . OKAY, THAT'S THE END OF THAT.  OKAY, WELL
THAT.. THAT.. (UNINTELLIGIBLE).. THE OTHER ONE WILL.. THAT
PART.  ALRIGHT, UM.. THAT'S ALL I HAVE HERE. .
DM: CAPTAIN, ARE YOU UH.. ISSUED A CITY CELL PHONE?

CITY OF DOTHAN/GRAY 000854
CONFIDENTIAL

KG:   YES.

DM:   DOES THAT CITY CELL PHONE HAVE INTERNET CAPABILITIES?
KG:   YEEES.

DM:   HAVE YOU EVER WENT TO ANY SITES ON YOUR CITY CELL PHONE THAT
      WOULD BE CONSIDERED SEXUAL IN NATURE?
KG:   NO.

DM:   ARE YOU FAMILIAR WITH.. BLACKBOOK.COM?
KG:   NO.

DM:   THIS IS A LIST OF FAVORITES ON YOUR CITY CELL PHONE IF YOU
      WANNA LOOK DOWN THERE. . AND THERE'S A PICTURE OF A WEB SITE,
      BLACKBOOK.COM AND IT'S SAVED IN YOUR FAVORITES ON YOUR CITY
      CELL PHONE.
KG:   NO.. NO.

DM:   NO, WHAT?
KG:   THAT ISN'T MINE. .I DON'T KNOW WHAT THEY'RE CALLING
      THEIRSELVES DOING.. AND I'VE NEVER.. (BOTH TALKING).. GONE
      TO..

DS:   WHO'S THEY?
DM:   YEA.
KG:   WHOEVER YA'LL.. WHOEVER.

DS:   THIS.. THIS COME OFF THE CELL PHONE.. (BOTH TALKING)..
KG:   (BOTH TALKING)..

DS:   THAT YOU HANDED ME TODAY IN YOUR PRESENCE.
KG:   NO.

DM:   YEA.
DS:   YES IT DID.
KG:   NO.

DS:   OKAY.
KG:   NO.

DS:   SO YOU'RE DENYING THIS?
KG:   ONE HUNDRED PERCENT EMPHATICALLY, I AM.  I DON'T KNOW WHERE
      THAT COME FROM.

DS:   YOU DON'T HAVE A UH.. YOU DON'T HAVE A USER NAME AND PASSWORD
      FOR THAT?
KG:   FOR BLACKBOOKS.COM?

DM:   XX.. BLACKBOOK..
DS:   X..

DM:   X.. XXXBLACKBOOK.COM.

CITY OF DOTHAN/GRAY 000855
CONFIDENTIAL

```
DS:  YEA.. YOU DON'T HAVE A PASSWORD FOR THAT?
??:  NUMBER 37?
KG:  OH, I'M SORRY.. (MOVEMENT AROUND RECORDER)..

DM:  ARE YOU SURE?
KG:  . . . (MOVEMENT AROUND RECORDER). UH.. UH..

DS:  SO, IF I SAID YOU HAD A PASSWORD, YOU WOULDN'T.. SOMEBODY
     MADE THAT UP ALSO?
KG:  YA'LL ARE KIDDING ME.

DS:  NO SIR.
KG:  NAH UH.

DS:  SO YOU.. YOU KNOW NOTHING OF THIS AND YOU HAVE NO PASSWORD TO
     GET INTO THIS?
??:  IS THAT WHAT THIS THING IS?  I SEE SOME PRO..

DM:  THAT'S..
??:  I DON'T KNOW SOME..

DM:  THAT'S WHEN YOU PULL IT UP ON THE SCREEN, THAT'S WHAT COMES
     UP.
DS:  YEA, AND WHEN YOU HIT.. THAT ON.. ON THE FAVORITES ON THE
     PHONE, THAT SCREEN COMES UP.
KG:  NA.. UH UH.

??:  AND YOU DID THIS WITH A COMPUTER?
DS:  MM HUH.. (BOTH TALKING)..
KG:  (BOTH TALKING).. THAT'S NOT..

DS:  SO THAT'S UH.. IF THERE'S A PASSWORD..
KG:  MM UH.

DS:  IT'S NOT YOU EITHER?
KG:  I DON'T KNOW WHAT YA'LL ARE TALKING ABOUT.. (BOTH TALKING)..

DS:  (BOTH TALKING).. I'M JUST ASKING YOU.  I'M.. I'M..
KG:  I'M JUST TELLING YOU, I'VE NOT SEEN THIS.. DON'T KNOW WHAT
     YOU'RE TALKING ABOUT.  WHY WOULD I GO ON MY FRICKIN' CITY
     CELL PHONE AND..

DS:  THAT'S A QUESTION WE HAVE TO ASK.  THAT'S WHY WE'RE HERE.
KG:  (LAUGHS).. I CAN'T BELIEVE YA'LL.

DS:  WHO'S YA'LL?
KG:  MMM.. OKAY, LET'S GO AHEAD.

??:  DOES THAT LIKE HAVE A DATE AND TIME?  IS THAT WHAT THAT IS?
     IT'S LIKE 5/8/13?
DS:  THIS WAS FORENSICALLY PULLED OFF AT THE FORENSICS LAB IN
     MONTGOMERY.  UH..
```

```
DM:  YES, THAT'S WHEN IT WAS SAVED INTO FAVORITES WAS 5/18.
DS:  IT WAS SAVED INTO FAVORITES.. (BOTH TALKING)..

DM:  (BOTH TALKING).. AT THREE FIFTY-FIVE.. (BOTH TALKING)..
     FORTY-ONE (3:55:41).
DS:  (BOTH TALKING).. THREE FIFTY-FIVE IN THE MORNING (3:55 A.M.)?

DM:  NO, IT'S UH.. P.M.. THREE FIFTY-FIVE FORTY-ONE P.M..
     (3:55:41 P.M.)
??:  5/8/13?

DS:  HAVE YOU EVER LET ANYONE HAVE YOUR CITY CELL PHONE?
KG:  (NO AUDIBLE RESPONSE).

??:  WHAT WAS 5/8?
DS:  I DON'T KNOW THE DATE, NO.

DM:  PAT, WE'RE GONNA HAVE TO.. (UNINTELLIGIBLE)..
DS:  YEA.. YEA..
KG:  YOU ARE KIDDING ME.

DS:  DO.. DO YOU KNOW UH.. HAS IT.. HAVE YOU LET ANYONE HAVE YOUR
     CELL PHONE?
KG:  . . . I'M TRYING TO THINK CAUSE WE'VE GOT.. IT WAS 5/8, CAUSE
     WE HAD TWO DIFFERENT PHONES.

DM:  OH, YOU'RE TALKING ABOUT WHEN YOU SWITCHED OVER?
KG:  WAS THAT THE.. (BOTH TALKING).. YEA.

DM:  (BOTH TALKING).. WE SWITCHED OVER IN MARCH.
KS:  YES.

DM:  AND IT WAS A BRAND NEW PHONE.
DS:  YES.

DM:  ACTUALLY, NOT EVEN ON THE MARKET YET.
KG:  MMM.. NOT THAT I RECALL.

DS:  OKAY.
DM:  OKAY.

??:  ARE YOU FAMILIAR WITH YOUR.. (BOTH TALKING)..
KG:  (BOTH TALKING).. AND THAT..

DS:  I'M SORRY, GO AHEAD.
KG:  WHAT WAS THAT SUPPOSEDLY CALLED?

DS:  XXX..
DM:  XXXBLACKBOOK.COM.
??:  LIKE TRIPLE X (XXX).
```

DS:  (BOTH TALKING).. XXBLACKBOOK.COM.
KG:  (BOTH TALKING).. THAT IS CRAZY.. (BOTH TALKING)..

DS:  (BOTH TALKING)..
DM:  OKAY, ARE YOU FAMILIAR WITH.. YOU KNOW OBVIOUSLY, THE SMART
     PHONES, HOW YOU CAN SAVE WORDS BECAUSE YOU WORDS WHEN YOU'RE
     TYPING A TEXT, CORRECT?
KG:  OKAY.

DM:  YOU KNOW. UM.. AND YOU KNOW OBVIOUSLY WHEN IT COMES UP
     FORENSICALLY ON YOUR PHONE, I'M JUST.. I'M JUST CURIOUS WHY..
     "METH" WAS SAVED IN YOUR.. COMMON.. TERMS ON YOUR CITY PHONE?
DS:  IN.. IN YOUR TEXT, WHAT DID YOU REFER TO AS "METH"?

DM:  WAS THAT SOMEBODY'S NAME OR..
KG:  LOOK AT THIS STUFF RIGHT HERE.. I DON'T USE ANY A THAT.

DS:  SOMEONE HAS SAVED THESE IN YOUR PHONE.. IF YOU HAVEN'T SAVED
     'EM IN YOUR PHONE.
DM:  OR YOU SYNCED YOUR PHONE WITH YOUR PERSONAL PHONE.

??:  AND THAT WAS THE ONE THAT SAID.. STARTED WITH A "M"?  OH..
     OKAY.
KG:  YEA.

DS:  YEA.
KG:  I DIDN'T SYNC MY.. YOU KNOW WHAT?  UM..

DS:  PAT?
KG:  OH, I'M SORRY.. I'M SORRY.. I'M SORRY.

         (ALL TALKING)..

DS:  JUST ADDRESS US PLEASE.
KG:  I'M SORRY.. I'M SORRY.  AND I.. (UNINTELLIGIBLE). . . . .

DS:  APPRECIATE IT.
KG:  UM.. I TALKED TO.. UM.. WHO'S OUR CELL PHONE LADY.. KAREN?

DS:  I HAVE NO IDEA.
KG:  KAREN, I TOLD HER THAT SOMEHOW.. THIS PHONE WAS TRYING TO
     SYNC UP WITH.. A UM.. PERSONAL ACCOUNT THAT I HAVE UM.. I
     THINK IT'S G-MAIL OR SOMETHING LIKE THAT.  SHE SAID.. SHE
     SAID.. MATTER A FACT, IT'S.. THAT PHONE'S PULLED EVERY..
     THING FROM MY PERSONAL PHONE.  IT'S LIKE MY PERSONAL ADDRESS
     BOOK AND STUFF LIKE THAT, IT PULLED IT OVER TO THIS PHONE,
     THIS CITY PHONE.  AND UH.. I TOLD HER THAT I.. THEY WEREN'T
     SUPPOSED TO SYNC UH.. TO GET.. (BOTH TALKING)..

DM:  (BOTH TALKING).. SO WAS BLACKBOOK ON YOUR..
KG:  HOLD ON..

DM: ON YOUR.. PRIVATE PHONE?
KG: THAT.. I'M.. I DO NOT.. EVEN REMEMBER EVEN SEEING THIS
    BLACKBOOK AND I DON'T REMEMBER ANYTHING ABOUT THAT, EVEN THE
    PICTURE YOU JUST UH.. SHOWED ME.  BUT, I DO.. I DID TALK TO
    KAREN AND TOLD HER THAT.. I THINK THE PHONE WAS LIKE PULLING
    MY G-MAIL AND PULLING ACCOUNTS FROM MY.. UM.. PERSONAL G-MAIL
    ACCOUNT OR SOME'EM BECAUSE SHE SAID THAT THE G-MAIL.. THE
    G-MAIL.. THIS NEW PHONE, THIS SMART PHONE, HAD TO USE A
    G-MAIL ADDRESS TO.. BE ABLE TO DO SOMETHING.

DM: IT'S A GOOGLE PHONE.  YOU GOT A G.. (BOTH TALKING).. G-MAIL
    ACCOUNT.
KG: (BOTH TALKING).. OR.. OR WHATEVER, BUT UH.. UM.. BUT IT WAS
    WHEN I SAW NAMES UM.. SUCH AS ROCKWILE AND STUFF LIKE THAT.
    UM.. OR.. WHEN I SAW NAMES.. FROM I KNOW MY PERSONAL ACCOUNT,
    LIKE IT.. IT INTEGRATED INTO MY PHONE.

DS: MM HUH.
KG: AND UH.. I TOLD HER.. THEY WERE TWO SEPARATE PHONE AND SHE
    SAID THAT I.. SHE SAID SOMETHING LIKE IT'D HAVE TO GO BACK
    AND.. UNDO IT BUT WHEN SHE DID IT, IT DID IT BECAUSE SHE..
    PUT IN.. WHATEVER THE G-MAIL AND IT POPULATED LIKE THAT.
    SO..

DS: OKAY.  SO THE WORD "METH" IS IN YOUR PERSONAL PHONE?
KG: THE WORD "METH", THE ONLY THING I CAN THINK ABOUT OF THE WORD
    UM.. "METH".. IS WHEN DOUG AND I DID A.. YOU KNOW WHAT?  WE
    DID A SCARED STRAIGHT WITH A KID UM.. FROM DOTHAN HIGH THAT
    HAD UM.. THAT HIS MOTHER BROUGHT HIM IN AND WE WERE DOING
    SOME SCARED STRAIGHT.  AND.. SEEMS LIKE HE MAY HAVE HAD
    SOMETHING TO DEAL.. TO DO WITH THAT.  BUT ANYWAY, WHAT YOU'RE
    INSINUATING IS..

DS: MM HUH.
KG: "METH" DOESN'T MEAN ANYTHING TO ME AS FAR AS SOMETHING BEIN
    SAVED AND I DON'T KNOW WHAT ALL THIS.. HECK, I DON'T EVEN
    KNOW WHAT THAT IS RIGHT THERE.  THERE'S SEVERAL THINGS IN
    HERE I DON'T KNOW.

DM: LIKE YOU HAVE MAGRINO'S NAME SAVED IN HERE AND UH.. THE UH..
KG: I DON'T HAVE MAGRINO'S NAME SAVED IN MY CELL PHONE.

DM: WELL, HOWEVER IT GOT HERE.
DS: THAT WAS ON CITY CELL PHONE.
KG: I DON'T..

DM: (BOTH TALKING).. AND ALSO..
KG: (BOTH TALKING).. HAVE.. I DON'T EVEN TALK TO MAGRINO.

DS: SO.. SO THERE IS A POSSIBILITY THAT YOU DO HAVE A PASSWORD
    FOR THAT WEB SITE THEN?  THAT WOULD BE THE..
KG: I DON'T.

CITY OF DOTHAN/GRAY 000859
CONFIDENTIAL

DS:  SO IF YOU'VE GOT A PASSWORD YOU DON'T REMEMBER IT?
KG:  I DON'T REMEMBER THE WEB SITE.

DS:  OKAY.
KG:  AND I DON'T REMEMBER A PASSWORD.  I DON'T REMEMBER THAT
     PICTURE DEALING WITH THAT AT ALL.

DS:  OKAY.
KG:  BUT, IT.. SINCE YOU'RE SHOWING ME THIS, I DO REMEMBER.. THAT
     WHEN UM.. WHAT'S HER NAME, KAREN, SWAPPED OVER PHONES..
     THAT.. SWAP OVER THAT SHE DID POPULATED.. MY.. CITY CELL
     PHONE.. WITH PERSONAL..

DS:  FROM YOUR PERSONAL PHONE.
KG:  WITH PERSONAL.. UPLOADED OR UPDATED.. INFORMATION THAT MAY
     HAVE BEEN ON MY G-MAIL OR SOME OTHER ACCOUNT.

DM:  OKAY.  WELL YOU ALSO WENT TO THAT WEB SITE TWICE ON THE CITY
     PHONE AFTER.. I MEAN IT WASN'T JUST SAVED IN YOUR FAVORITES.
     IT ACTUALLY WENT TO IT.. (BOTH TALKING).. FROM YOUR PHONE.
DS:  (BOTH TALKING).. ACCESSED FROM THE PHONE.

DM:  ACCESS.. ACCESSED FROM THE PHONE.
KG:  MM HUH.. NO.

DM:  OKAY.
DS:  WOULD ANYBODY ELSE HAVE ACCESSED IT WITH YOUR PHONE
KG:  I KNOW I DIDN'T.  AND UH..

DS:  COULD ANYBODY ELSE HAVE ACCESSED IT WITH YOUR PHONE.. THAT
     YOU KNOW OF?
KG:  . . MY.. SHH.. MY GIRLFRIEND.. I SPEND THE NIGHT WITH MY
     GIRLFRIEND AT.. HER HOUSE.  HER CHILDREN HAS BEEN AROUND ME
     AND MY. . . I'M WONDERING IF HER SON.. UH.. I WOULD HATE TO
     THINK THAT HER.. HER SON, HER TEENAGE SON, WOULD HAVE DONE..
     HEY, I.. I DON'T RECALL ANY OF THAT.  I DIDN'T DO IT AND
     SURELY ON A CITY CELL PHONE, I WOULDN'T GO.. OH MY.. NO.

DS:  AND I..
KG:  I DIDN'T DO IT AND I'LL DENY IT ONE HUNDRED PERCENT.  AND I..
     DO NOT.

DM:  HAVE YOU UH..
??:  CAN YOU GIVE US A DATE AND TIME WHEN IT WAS ACCESSED AND
     MAYBE HE CAN.. (BOTH TALKING).. RESEARCH IT?

DM:  (BOTH TALKING).. I WILL..
DS:  THERE'S FOUR..

DM:  THERE'S LIKE SIX HUNDRED PAGES ON A REPORT.  I GOTTA FIND
     EXACTLY WHAT.. WHAT..

??:  OKAY.

DS:  WE KNOW THAT IT WAS SAVED IN THE FAVORITES.. (BOTH TALKING)..
DM:  (BOTH TALKING).. I DIDN'T BRING 'EM ALL IN HERE..
     (UNINTELLIGIBLE). . . .

??:  (LAUGHS)..
KG:  AND UH..

DM:  UH..
KG:  THAT IS CRAZY.

DM:  HAVE.. AND..
DS:  WELL SEE, DURING THE PROCESS OF THIS INVESTIGATION, PART OF
     THE COMPLAINT THAT.. OR THAT COME OUT TO START WITH.. WAS
     THAT YOU WERE POSSIBLY.. GIVING INFORMATION TO GANG.. BIC..
     BIKE GANG MEMBERS.. THROUGH YOUR CONNECTIONS WITH THE POLICE
     DEPARTMENT.  SO THEREFORE, THE CITY COMPUTER AND THE CITY
     CELL PHONE HAD TO BE EXAMINED.
KG:  RIGHT.

DS:  TO.. TO PROVE.. TO DISPROVE IT.
KG:  RIGHT.

DS:  AND THAT'S WHY WE.. THAT'S WHERE WE GOT THE DISC.
KG:  RIGHT.

DS:  THAT'S WHY WE'RE WHERE WE'RE AT.
DM:  UH..
KG:  AND NO, THAT "METH" WORD DOESN'T MEAN ANYTHING OUT OF..
     TRYING TO SUPPLY.  AND LIKE I TOLD YA'LL BEFORE, I HAVE NOT
     GONE THROUGH AND STARTED RESEARCHING ANYTHING FOR ANYBODY.
     ALL THIS IS FALSE AND THAT.. WEB SITE CRAP RIGHT THERE.. NO.
     ABSOLUTELY NOT.

DS:  OKAY.
DM:  HAVE.. HAVE YOU EVER GIVEN YOUR.. CITY PASSWORD.. UH.. TO THE
     CITY SYSTEM, THE AS400, TO ANYONE?
KG:  UH.. I.T.

DM:  I.T.. OKAY.  ANYBODY ELSE BESIDES I.T.?
DS:  I GUESS THEY'RE ACTUALLY THE ONES THAT GAVE IT TO US.

DM:  WELL YEA. . ARE YOU FAMILIAR WITH THE LAW ENFORCEMENT
     PERSONNEL OPTION ON THE AS400?
KG:  YES.

DM:  UM.. WHAT PURPOSE DO YOUR DUTIES EVER REQUIRE YOU TO GO TO
     THAT SCREEN?
KG:  I'M A CAPTAIN WITH THE POLICE DEPARTMENT.  I CAN.. LOOK AT
     THAT SCREEN IF I NEED TO.

CITY OF DOTHAN/GRAY 000861
CONFIDENTIAL

DM: OKAY, WHAT.. WHAT WOULD BE YOUR NEED?
KG: ON WHAT CIRCUMSTANCES?  I MEAN WHAT.. I'VE.. I'VE GONE TO
    IT.. FOR YEARS.

DM: I MEAN.. OKAY.  SO YOU'RE FAMILIAR WITH WHAT WE'RE TALKING
    ABOUT, RIGHT?
KG: (NO AUDIBLE RESPONSE).

DM: THAT'S THE SCREEN I'M TALKING ABOUT, THE H.R. SCREEN.. SOCIAL
    SECURITY NUMBERS, DATE OF BIRTHS.
KG: YES.

DM: OKAY.. YOU'RE FAMILIAR WITH THAT?
KG: YEA.

DM: WHAT IN YOUR DUTIES WOULD REQUIRE YOU TO GO TO THAT SCREEN?
KG: WHAT IN MY DUTIES WOULD REQUIRE ME TO GO TO THAT SCREEN?
    LOOKING UP NAMES OF.. OFFICERS.  LOOKING UP THE I.D. NUMBERS
    OF OFFICERS.

DM: WHAT..
KG: HOLD ON, AND LET ME FINISH ANSWERING YOUR QUESTION.

DM: OKAY.
KG: LOOKING UP UM.. WHEN AN OFFICER.. UM.. TRAINING OPTIONS,
    COMING UP UNDER THAT WITH LAW ENFORCEMENT OFFICERS.  UM..
    I.D. NUMBERS OF OFFICERS.  IF I NEED TO MAKE A PHONE CALL TO
    AN OFFICER AT THEIR PERSONAL HOUSE, UM.. IT'S ON THERE.
    THERE'S.. SEVERAL.

DM: OKAY.  ARE YOU TALKING ABOUT PEOPLE IN YOUR CHAIN A COMMAND
    OR ARE YOU TALKING ABOUT.. PEOPLE OUTSIDE YOUR CHAIN A
    COMMAND?
KG: INSIDE.. OUTSIDE, IF I GOT A COMPLAINT FROM SOMEONE AND THEY
    SAID UH.. OFFICER SUCH AND SUCH OR.. OR IF.. IF I HAD A
    NUMBER FROM DISPATCH AND I DIDN'T KNOW WHAT THE I.D. NUMBER
    OF WHO THE OFFICER WAS.. AND I DIDN'T HAVE A ROLL CALL LIST,
    I COULD GO IN THERE AND.. AND LOOK UP THE NAME FROM AN I.D.
    NUMBER.  THERE'S.. THERE'S A MILLION DIFFERENT THINGS..
    REASONS WHY I COULD DO THAT.

DM: OKAY.  HAVE YOU EVER LOOKED UP YOUR SUPERVISOR?
KG: YES.

DM: FOR WHAT?
KG: WHO IN PARTICULAR?

DM: UH.. MAJOR PARRISH?
KG: YES.

DM: FOR WHAT?
KG: UM.. EDUCATION.

CITY OF DOTHAN/GRAY 000862
CONFIDENTIAL

```
DM:  EDUCATION ON..
KG:  MM HUH.

DM:  WHAT?
KG:  (NO AUDIBLE RESPONSE).

DM:  EDUCATION ON WHAT?
KG:  HIS EDUCATION.

DM:  UH..
DS:  WHAT WOULD THAT HAVE TO DO WITH YOUR JOB DESCRIPTION?

DM:  YEA.
KG:  WITH MY JOB DESCRIPTION?  WITH MY.. JOB.. DES-CRIP-TION?

DM:  YES.
KG:  HMM.. WITH MY JOB DESCRIPTION.. (LOW VOLUME).. UM.. I DON'T
     KNOW ABOUT MY JOB DESCRIPTION BUT I.. DO KNOW THAT.. MY
     COMPLAINT TO THE POLICE CHIEF THAT.. PARRISH HAS BEEN
     HARASSING ME SINCE UH.. AROUND BACK IN JANUARY, UM.. WAS
     CURRENTLY BEING UH.. IN.. INVESTIGATED BEFORE.. THIS CAME UP
     AND BEFORE I FILED MY.. TITLE SEVEN COMPLAINT.  UH.. SO, UM..
     YEP, I.. LOOKED UP HIS EDUCATION.

DM:  OKAY.. EIGHT TIMES?
KG:  HMM?

DM:  EIGHT TIMES IN THE MONTH OF JULY?
KG:  EIGHT TIMES IN JULY?

DM:  MM HUH.
KG:  UH.. I DON'T THINK SO.

DS:  WELL IT WAS EIGHT TIMES.  WE JUST WANNA..
KG:  WAS IT?

DS:  WHY.. WHY WOULD IT TAKE EIGHT TIMES?
DM:  YEA.
KG:  I..

DS:  AND.. AND.. AND AGAIN, WE NEED TO GO BACK.. WHAT DOES THAT
     HAVE TO DO WITH YOUR JOB?
KG:  (NO AUDIBLE RESPONSE).

DS:  HIS EDUCATION.. HAVE TO DO WITH YOUR JOB?
KG:  WITH MY JOB?

DS:  YES.. (BOTH TALKING)..
KG:  (BOTH TALKING).. IT WOULDN'T HAVE.. IT WOULDN'T HAVE TO DO
     WITH MY JOB, PER SAY, I GUESS.
```

CITY OF DOTHAN/GRAY 000863
CONFIDENTIAL

DS: SO YOU PUR.. YOU JUST LOOKED IT UP TO BE LOOKING IT UP?  IS
    THAT WHAT YOU'RE TELLING ME?
KG: (LAUGHS)..

DS: DON'T LA.. I MEAN I'M JUST ASKING YOU THE QUESTION.
KG: I JU.. YOU KNOW I JUST TOLD YOU.. WHAT I LOOKED IT UP FOR.
    EIGHT TIMES?  I DON'T KNOW ABOUT THE EIGHT TIMES.  BUT.. YEA,
    I LOOKED AT HIS NAME AND I LOOKED AT THE KIND OF EDUCATION..
    UH.. THAT HE'S HAD.  AND.. MAYBE EVEN.. MAYBE EVEN TRAINING,
    BUT I'M THINKING IT WAS.. THE ONLY THING I CAN THINK OF WAS
    EDUCATION.

DS: OKAY.. WHY?
KG: I WANTED TO SEE IF HE HAD A DEGREE IN PSYCHOLOGY.

DS: AGAIN, WHAT IN YOUR DAILY JOB FUNCTION REQUIRED YOU TO SEE IF
    HE HAD A.. (BOTH TALKING)..
KG: (BOTH TALKING).. THERE.. THERE'S NOTHING..

DS: JUST.. IT WAS JUST FOR YOUR PERSONAL..
KG: THERE'S NOTHING IN MY DAILY JOB THAT SAID THAT BUT IT RELATES
    TO MY COMPLAINT.. (BOTH TALKING).. THAT I FILED.

DS: (BOTH TALKING)..
KG: IT RELATES TO MY COMPLAINT ABOUT MAJOR PARRISH.

DS: OKAY.. ALRIGHT.
DM: ALRIGHT.. WELL, WHY'D YOU LOOK UP ME?  ON 7/31?  I'M NOT IN
    YOUR CHAIN A COMMAND, NEVER BEEN IN YOUR CHAIN A COMMAND.
KG: THERE'S NO.. G.O. THAT SAYS THAT I CAN'T LOOK IT UP.

DM: YOU ARE INCORRECT, SIR.  THERE IS A G.O.
KG: THAT SAYS WHAT?

DM: THAT YOU CANNOT LOOK IT UP UNLESS YOU HAVE A REASON.
KG: OH YEA?

DM: YES SIR.. WHY DID YOU LOOK UP OFFICER WIGGINS, WHO RESIGNED..
    TWO MONTHS.. EVEN BEFORE YOU LOOKED HIM UP?
KG: WIGGINS.. WIGGINS.. WIGGINS.. I TALKED TO WIGGINS.  I GOT HIS
    PHONE NUMBER.

DS: OKAY.  AND WHAT WAS THAT CONVERSATION IN REFERENCE TO?
DM: YEA.
KG: I HEARD THAT HE.. WAS TERMINATED.. AND.. WHAT'D I ASK HIM?
    AND I ASKED HIM ABOUT.. WHAT'D I ASK HIM?  I ASKED HIM
    ABOUT.. I ASKED HIM.. (LOW VOLUME).. OH, I ASKED HIM ABOUT A
    CONVERSATION HE HAD WITH UH.. MAJOR PARRISH AS FAR AS MORALE
    IN THE POLICE DEPARTMENT.

DM: SO AGAIN, NOT BUSINESS RELATED?
KG: I THINK SO.

CITY OF DOTHAN/GRAY 000864
CONFIDENTIAL

DM: OKAY.
KG: MORALE IN THE POLICE DEPARTMENT.

DM: AND YOUR REASONING FOR LOOKING UP ME IS.. WHAT?
KG: WHAT DAY IS THAT ON?

DM: UH.. JULY 31ST.
KG: I COULD'VE LOOKED UP A PHONE NUMBER, A HOME PHONE NUMBER OR..
    (BOTH TALKING).. SOMETHING LIKE THAT.

DM: (BOTH TALKING).. YOU DIDN'T CALL ME.
KG: LIKE I JUST SAID, I COULD'VE LOOKED UP A HOME PHONE NUMBER OR
    SOMETHING LIKE THAT.

DM: WELL YOU DIDN'T CALL ME.  WHY WOULD YOU NEED TO LOOK UP MY
    NUMBER IF YOU'RE NOT GONNA CALL ME?
KG: YOU DON'T KNOW WHETHER I CALLED OR NOT.  HOW CAN.. HOW CAN
    YOU SAY ONE HUNDRED PERCENT WHETHER I CALLED YOU OR NOT?

DM: CAUSE I ANSWER MY PHONE.
KG: (LAUGHS).. YOU GOT A HOME PHONE?

DM: NO, I DON'T.
KG: OKAY.. WELL, I THINK IT WAS A PHONE NUMBER LOOK UP.

DM: OKAY.
DS: WAS IT.. WHAT.. WHAT WAS THE BUSINESS?
KG: I CAN'T REMEMBER.

DS: OKAY.. WHAT ABOUT.. (BOTH TALKING)..
KG: (BOTH TALKING)..

DS: LIEUTENANT WOODHAM?
KG: (NO AUDIBLE RESPONSE).

DS: . . . I DON'T REALLY.. I MEAN JUST.. JUST ME, I DON'T REALLY
    SEE WHERE IT WOULD BE THAT HARD BECAUSE.. FROM HERE DOWN IS
    ALL DONE ON THE SAME DAY.  SO I MEAN IT'S..
KG: THAT'S WHAT I'M TRYING..

DS: IT'S ALL RELATED TO SOME ONE.. (BOTH TALKING).. BIG THING..
KG: (BOTH TALKING).. AND THAT.. AND THAT WAS..

DM: (BOTH TALKING).. WIGGINS.
DS: (UNINTELLIGIBLE).. WIGGINS.
KG: AND THAT WAS BACK.. IN..

DS: JULY 31ST.
DM: MM HUH.
KG: . . I DON'T REMEMBER.

CITY OF DOTHAN/GRAY 000865
CONFIDENTIAL

DS:  OKAY.
KG:  I DON'T RECALL.

DM:  YOU DON'T RECALL.. WHY YOU LOOKED UP ANYBODY THAT DAY, EXCEPT
     FOR MAJOR PARRISH.. FOR HIS EDUCATION?
KG:  AND WHY WOULD I HAVE DONE IT SEVEN TIMES.. (BOTH TALKING)..
     ON THE SAME DAY?

DM:  (BOTH TALKING).. I DON'T HAVE ANY IDEA.
KG:  ON THE SAME DAY?

DS:  MM HUH.
KG:  DOES IT SHOW A TIME?

DM:  UH.. YES IT DOES, BUT NOT.. I DON'T HAVE IT.. (BOTH
     TALKING)..
DS:  (BOTH TALKING)..

DM:  (BOTH TALKING).. ANOTHER.. THICK A SHEETS THERE SO.
KG:  I CAN'T SEE WHY I'D DO THAT.. THAT MANY TIMES ON THE SAME..
     (BOTH TALKING)..

DM:  (BOTH TALKING).. OH, I GOT.. YEA, THIS IS..
KG:  I'M NOT SURE.. (BOTH TALKING)..

DM:  (BOTH TALKING).. I MEAN, YOU LOOKED UP UH.. WELL, WHY WOULD
     YOU LOOK UP "BUBBA".. LIEUTENANT OTT?
KG:  PHONE NUMBER.

DM:  ALRIGHT.
KG:  MOST OF 'EM ARE PHONE NUMBERS.

DM:  LIEUTENANT BENNY.. SEVERAL TIMES?
KG:  MOSTLY PHONE NUMBERS, I.D. NUMBERS.. POINTS OF CONTACT.

DM:  I WAS JUST WONDERING WHAT WAS SPECIAL ABOUT THAT DAY THOUGH.
KG:  I COULDN'T TELL YOU.

DM:  YOU LOOKED UP MAJOR PARRISH ALSO ON.. 1/28/13.
KG:  (NO AUDIBLE RESPONSE).

DM:  I MEAN, DO YOU THINK HIS EDUCATION CHANGED FROM.. JANUARY TO
     JULY?
KG:  IT COULD'VE BEEN A DIFFERENT REASON.

DM:  WELL WHAT REASON?
DS:  THAT'S WHY WE HAVE TO ASK.  WE HAVE TO KNOW.. (BOTH
     TALKING)..

DM:  (BOTH TALKING).. I.. I.. IN.. (BOTH TALKING).. YOUR JOB
     DESCRIPTION..
KG:  (BOTH TALKING).. UNDER.. UNDER.. UNDER THAT.. DATA BASE WITH

CITY OF DOTHAN/GRAY 000866
CONFIDENTIAL

LAW ENFORCEMENT, WHICH I JUST HAPPEN TO.. I HAVE THE PASSWORD
TO JUST LIKE ANY OTHER CAPTAIN HAS A PASSWORD TO..

DS:   MM HUH.
KG:   AND OTHER PEOPLE HAS A PASSWORD TO.. (BACKGROUND NOISE AROUND
      RECORDER).. I SHOULD BE ABLE TO HAVE.. IF I HAVE ACCESS TO
      IT.. I WAS GRANTED ACCESS TO THAT FIRST OF ALL.  AND.. BUT,
      THROUGHOUT THAT ENTIRE HISTORY, IN LOOKING UP.. UP UNDER THAT
      MENU OF LAW ENFORCEMENT, THERE IS SO MUCH INFORMATION YOU CAN
      PULL.  AS A MATTER OF FACT, UM.. I'LL TELL YOU GUYS.. I HAD
      TO DO A SURVEY OF OFFICERS UH.. A SURVEY DEALING WITH UH..
      THE POLICE DEPARTMENT THAT WAS ASSIGNED TO ME BY THE CHIEF OF
      POLICE.  I HAD TO GO IN AND LOOK UP INDIVIDUAL INFORMATION
      UM.. ON SEVERAL DIFFERENT OFFICERS THAT I DIDN'T HAVE A
      CHOICE TO LOOK UP SO I COULD FILL OUT THAT SURVEY.  UH.. I
      GAVE THAT SURVEY TO MY SECRETARY, WHICH ACTUALLY PRINTED IT
      UP, AND IT WAS APPROVED TO.. UH.. BY THE CHIEF OF POLICE.  I
      HAD TO GET PAM TO HELP ME WITH IT.  I HAD TO GET TONJA TO
      HELP ME WITH IT.  I HAD TO GET..

DM:   ARE YOU TALKING ABOUT THE MILITARY SURVEY?
KG:   UH.. UH.. UH.. THAT'S.. A PORTION OF IT.  UH.. AND UH..
      THERE'S.. IT BROKE DOWN THINGS BY GENDER, BY RACE, BY
      OFFICERS IN THE MILITARY, BY WHATEVER.  AND THAT MAY BE WHY
      YOUR NAME IS ON THERE TOO, BUT I HAD TO.. AND I GOT.. HOLD
      ON.  AND I GOT HELP FROM PERSONNEL DEPARTMENT TO TRY TO HELP
      ME FIND OUT SOME A ALL THIS STUFF.  THERE'S EX-EMPLOYEES..
      AND DISPATCHERS AND.. AND.. THINGS THAT I'VE.. I'VE HAD TO..
      I HAD TO LOOK UP UM.. FOR THAT ENTIRE SURVEY.

DS:   OKAY.
KG:   SO I HAD TO DO IT UP UNDER THAT FIELD.

DM:   THAT SURVEY WAS ACTUALLY TURNED IN I THINK ON JUNE 9TH.
DS:   MM HUH.
KG:   HMM..

DS:   DO YOU HAVE A PASSWORD TO "LETS"?
KG:   YES.

DS:   OKAY.  SO SINCE YOU HAVE A PASSWORD, UH.. THAT MEANS YOU CAN
      GO TO IT ANYTIME YOU WANT TO.. FOR ANYTHING?
KG:   (NO AUDIBLE RESPONSE).

DS:   YOU'RE RESTRICTED, RIGHT?  YOU CAN ONLY DO IT FOR CERTAIN
      THINGS?
KG:   RIGHT.

DS:   OKAY.
KG:   THAT'S THE SAME WITH OUR.. AS400, CAUSE YOU SAID THAT YOU HAD
      THE PASSWORD TO THESE FIELDS ON AS400, UH.. THEREFORE YOU
      OUGHT TO BE ABLE TO GO TO 'EM ANYTIME YOU WANT TO.  THAT'S

CITY OF DOTHAN/GRAY 000867
CONFIDENTIAL

```
         NOT THE CASE AND IT'S THE CASE WITH "LETS".
KG:      NO EMPLOYEE SHALL ACCESS FILE DATA BASE UNLESS THEY HAVE A
         NEED.. A NEED AND A RIGHT TO DO SUCH INFORMATION.

DS:      RIGHT.
DM:      A NEED AND A RIGHT.
KG:      MM HUH.. MM HUH.

DS:      YOU NEEDED TO LOOK UP CAPTAIN PARRISH'S EDUCATION?
DM:      EDUCATION?
KG:      A NEED AND A RIGHT.

DS:      WAS THAT.. WHAT WAS THE NEED?
DM:      YOU NEED BOTH.

DS:      YOU GOTTA HAVE BOTH, YEA.
KG:      I HEAR YOU.

DS:      OKAY.
KG:      PARRISH WAS IN THE MILITARY, TOO, RIGHT?

DS:      I HAVE NO IDEA.
DM:      I HAVE NO IDEA.

DM:      WELL YOU'VE BEEN THERE TWELVE TIMES.  TELL ME.  I DON'T KNOW.
KG:      TOUCHE.. (UNINTELLIGIBLE).. YOUR ARROGANCE THERE SIR.

DM:      ALRIGHT.  SO.. SO YOU'RE TELLING ME BASED UPON THIS SURVEY
         THAT YOU WENT TO EVERY MEMBER IN THE DOTHAN POLICE
         DEPARTMENT.  IS THAT WHAT YOU'RE SAYING?
KG:      DO WHAT?

DM:      FOR THIS SURVEY, YOU HAD TO GO TO EVERY MEMBER IN THE DOTHAN
         POLICE DEPARTMENT?
KG:      I HAD TO COUNT EVERY MEMBER OF THE POLICE DEPARTMENT.

DS:      YOU HAD TO GO TO.. (BOTH TALKING).. EVERY MEMBER OF THE
         POLICE DEPARTMENT?
DM:      (BOTH TALKING).. YOU.. YOU HAD TO GO TO EVERY MEMBER OF THIS
         POLICE DEPARTMENT TO FIND OUT THEIR INFORMATION, RIGHT?
KG:      CAN I SEE WHAT YOU'RE TALKING ABOUT?

DM:      NO.. NO, I'M ASKING YOU A QUESTION.
KG:      WELL, I'M NOT..

DS:      NO, YOU.. YES, JUST WAIT A MINUTE.  YOU SAID YOU HAD A SURVEY
         TO DO THAT WAS GIVEN TO YOU BY THE CHIEF OF POLICE.
KG:      MM HUH.

DS:      SO THAT REQUIRED YOU TO GO TO EVERY MEMBER OF THE POLICE
         DEPARTMENT TO GET INFORMATION, RIGHT?  THAT'S THE QUESTION.
         THAT'S A SIMPLE QUESTION.
```

CITY OF DOTHAN/GRAY 000868
CONFIDENTIAL

KG:  DURING THE SURVEY..

DS:  YES.
KG:  IN ORDER TO FILL OUT ALL THE.. INFORMATION.. FOR THE SURVEY.

DS:  YES.
KG:  I DID WHAT THE SURVEY REQUIRED AND WENT TO.. SEVERAL.  AND I
     HAD TO ACCOUNT FOR EVERY MEMBER OF THE POLICE DEPARTMENT..
     REGARDING THAT SURVEY.

DS:  WHAT WAS THE REASONING FOR HAVING TO GO TO CERTAIN MEMBERS?
KG:  SOME MEMBERS ARE IN THE MILITARY.  SOME WEREN'T.  IT WANTED
     TO KNOW ABOUT FAMILY MEMBERS, AS FAR AS THE NUMBER.. OF.. I
     THINK SIBLINGS OR WHATEVER.  THE SURVEY WAS SEVERAL PAGES
     LONG AND IT ASKED FOR SEVERAL DIFFERENT THINGS, ALL OF WHICH
     I CAN'T RECALL RIGHT NOW.

DS:  HOW DID YOU KNOW THE ONES THAT WERE AND WERE NOT IN THE
     MILITARY?
KG:  I GOT PERSONNEL TO HURT.. HELP ME OUT WITH SOME OF IT.  TONJA
     HELPED ME OUT WITH SOME OF IT.

DS:  OKAY.  SO YOU HAD A.. A LIST PRIOR TO GOING ON IT OF
     EVERYBODY THAT WAS IN THE MILITARY?
KG:  MM..

DS:  MAYBE.. MAYBE NOT?
KG:  NO.. TONJA GAVE ME WHAT SHE HAD BUT THERE WAS UH.. THERE WAS
     SOMETHING ELSE.. DEALING WITH THAT.  THERE WAS.. IT WAS
     LIKE.. MAYBE IT WASN'T THE PEOPLE THAT WERE ACTIVE.  MAY HAVE
     BEEN.. SOME.. SOME PEOPLE THAT HAD GOTTEN OUT OF THE GUARD
     OR.. BUT ANYWAY, IT WAS UH.. THE SURVEY WILL.. (BACKGROUND
     NOISE AROUND RECORDER).. YOU KNOW TELL YOU WHAT IT..

DM:  WAS MARK NELMS.. IN THE MILITARY?
KG:  I CAN'T TELL YOU.

DM:  ALRIGHT.  LIEUTENANT ETRESS?
KG:  CAN'T TELL YOU.

DM:  OKAY.  BUT WHAT I'M SAYING IS NOT EVERYBODY'S NAME IS ON
     HERE.  DONNY SMITH'S NAME AIN'T ON HERE, RIGHT?
KG:  WELL NELM.. NELMS AND ETRESS WORKED FOR ME TOO.

DM:  OKAY.  WELL NELMS.. DIDN'T WORK FOR YOU THEN.
KG:  WELL THEY HAD.. HE HAD AT SOME TIME.  AND ACTUALLY, WHEN I
     DID HIS EVALUATIONS OR DID STUFF LIKE THAT, TOO, HE MAY HAVE
     TRANSFERRED OUT OR WHATEVER SO..

DS:  (BOTH TALKING).. YEA, JULY 30.. JULY 31ST OF THIS YEAR.
KG:  (BOTH TALKING).. NOT BEING ABLE TO SEE EVERYTHING THAT YOU'RE
     TALKING ABOUT, I CAN'T GIVE.. ONE HUNDRED PERCENT UM.. (BOTH

CITY OF DOTHAN/GRAY 000869
CONFIDENTIAL

TALKING)..

DM: (BOTH TALKING).. OKAY, ON THE SAME DAY THAT YOU RAN MAJOR
    PARRISH..
KG: I CANNOT GIVE ONE HUNDRED PERCENT.. (BOTH TALKING)..

DM: (BOTH TALKING).. LIEUTENANT WOODHAM..
DS: HOLD ON.. HOLD ON, JUST LET HIM...LET HIM FINISH.  GO AHEAD.
KG: I CANNOT GIVE ONE HUNDRED PERCENT RESPONSES TO EVERYTHING
    THAT YOU'RE SAYING IN.. IN.. IN.. (UNINTELLIGIBLE)..

DS: ALRIGHT.  NOW ASK HIM.
DM: OKAY.  ON 7/31 OF '13, YOU RAN MAJOR PARRISH.. MARCO..
    WOODHAM.. HUDSON.. MAGILL.. LIEUTENANT NELMS.  WHY?
KG: I CALLED BRUCE HUDSON.  LIKE I SAID, THAT LAW ENFORCEMENT
    DATA BASE IS ALSO A PLACE WHERE YOU CAN RECEIVE PHONE
    NUMBERS.

DM: OKAY.
KG: FROM.. FROM EMPLOYEES.

DM: YOU DIDN'T CALL ME.  I HAVE A LINC.
KG: OKAY.

DM: WE ALL HAVE ONE.
KG: OKAY.

DM: RIGHT.
KG: I DON'T CALL EVERYBODY ON LINC.

DM: OKAY.  YOU DIDN'T CALL ME THAT DAY..
KG: OKAY.

DM: THAT YOU GOT MY PERSONAL INFORMATION.. WITH MY SOCIAL
    SECURITY NUMBER.
DS: YOU CAN'T.. YOU CAN'T.. REMEMBER A VALID REASON FOR LOOKING
    HIM UP?
KG: I CANNOT RECALL EVERY REASON FOR EVERY NUMBER, EVERY COMPUTER
    ENTRY, EVERYTHING I LOOK AT.  I CANNOT RECALL THE REASON FOR
    DOING IT DURING THE COURSE OF MY BUSINESS.

DS: THANK YOU SIR.
DM: BUT WITH MAJOR PARRISH THERE WAS NO BUSINESS.  IT WAS JUST
    HIS EDUCATION?
KG: IT COULD'VE BEEN BUSINESS.  I CAN'T RECALL EVERYTHING.. THAT
    I LOOK.. EVERYBODY UP FOR.. DURING THE COURSE OF BUSINESS.
    IT COULD'VE BEEN BUSINESS, COULD A BEEN A PHONE CALL TO CALL
    HIM AT THE HOUSE.  IT COULD A BE.. IT COULD A BEEN ANYTHING.

DM: WELL HE'S SYNCED IN YOUR CONTACTS.. (BOTH TALKING)..
KG: (BOTH TALKING).. AS I SAID..

```
DM:   I GOT THAT ON THE PHONE.
KG:   AS I SAID, THAT DATA BASE.. THAT DATA BASE CONTAINS A LOT OF
      DIFFERENT THINGS.

DS:   MM HUH.
KG:   AS FAR AS.. UM.. EMPLOYEES.. (BOTH TALKING)..

DM:   (BOTH TALKING).. EVERYTHING THE CITY KNOWS ABOUT THAT
      INDIVIDUAL OFFICER IS ON THAT.. ON THAT.
KG:   THAT'S NOT TRUE.

DM:   DISCIPLINE, AWARDS, PHYSICAL FITNESS, MEDICAL.. THAT'S H.R.'S
      SCREEN.  EVERY.. EVERYTHING THE PERSONNEL DEPARTMENT KNOWS
      ABOUT DOUG MAGILL IS ON THAT SCREEN.
KG:   I DON'T THINK YOU'RE ACCURATE ON THAT.

DM:   WELL, I MEAN YOU SHOULD KNOW.  YOU'VE BEEN ON IT A LOT.
KG:   I DO NOT THINK THAT'S ACCURATE ABOUT THAT.  AND THE FACT THAT
      I'VE BEEN ON IT A LOT DOES NOT TELL YOU ANYTHING SPECIFICALLY
      OTHER THAN I'M DRAWING INFORMATION AND IT COULD BE FOR.. THE
      USE UM.. DURING MY JOB.  THERE'S VARIOUS THINGS THAT.. (BOTH
      TALKING).. I DO IN MY JOB..

DM:   (BOTH TALKING).. THE SURVEY WAS ALREADY TURNED IN.  WE CAN..
      WE CAN.. WE CAN THROW AWAY THE SURVEY.
DS:   THE SURVEY IS OVER.

DM:   AND DOUG MAGILL HAS GOT NO REASON.. FOR CAPTAIN GRAY TO PULL
      HIS NAME.
KG:   MM HUH.

DM:   NONE.  YOU DIDN'T CALL ME.
KG:   YOU DON'T KNOW WHAT IT IS.

DS:   NO WE DON'T.
DM:   NO.. (BOTH TALKING).. THAT'S WHAT I'M ASKING YOU.

DS:   (BOTH TALKING).. THAT'S WHAT WE'RE ASKING YOU.
KG:   AND THAT'S WHAT I'M TELLING YOU.

DM:   AND ACTUALLY, I'M TELLING YOU.. (BOTH TALKING).. YOU HAVE TO
      ANSWER.
DS:   (BOTH TALKING).. AND YOU DON'T KNOW WHAT.. AND YOU DON'T KNOW
      WHAT IT IS EITHER, RIGHT?

DM:   YOU HAVE TO ANSWER.
DS:   YOU HAVE TO ANSWER.
KG:   DID I JUST NOT ANSWER?

DM:   NO, YOU.. YOU DON'T..
KG:   DID I JUST TELL YOU I DON'T REMEMBER.. (BOTH TALKING)..
```

CITY OF DOTHAN/GRAY 000871
CONFIDENTIAL

DM: (BOTH TALKING).. YOU DON'T REMEMBER ON THIRTEEN ENTRIES FROM
    THAT DAY?  THIRTEEN?  ACTUALLY, UH.. IT MAY BE MORE.  ONE-
    TWO-THREE-FOUR-FIVE-SIX-SEVEN-EIGHT-NINE-TEN-ELEVEN-TWELVE-
    THIRTEEN.. THIRTEEN.
KG: BACK IN JULY..

DM: JULY 31ST
KG: BACK ON JULY THE 31ST OF 2013?
??: WHAT TIME?

DM: AFTER.. AFTER YOU WENT TO BESSEMER, RIGHT?
KG: AFTER JULY 13TH.  I DO NOT REMEMBER EVERY SINGLE THING THAT I
    DID.. (BOTH TALKING).. I DO NOT RECALL..

DM: (BOTH TALKING).. SO IF YOU DID SOME'EM EIGHT TIMES.. YOU
    WOULDN'T REMEMBER THAT?
KG: BACK IN JULY, ON THAT DATE, I CANNOT RECALL EVERY SPECIFIC
    REASON ON EVERY SPECIFIC THING I DID ON THAT DAY.

DS: OKAY.  AND THAT'S YOUR ANSWER?
KG: UNLESS YOU WANT ME TO LIE TO YOU ABOUT SOMETHING..

DS: NO.
KG: I'M TELLING YOU RIGHT NOW, AS IT RELATES TO ALL THOSE ENTRIES
    AND THINGS.. AS I'M WORKING I'M SURE THAT IT HAS TO DO WITH
    UH.. WHATEVER.. SOME.. SOME ASPECT OF MY JOB, OR INFORMATION
    I NEEDED TO DO SOMETHING ELSE WITH.

DS: OKAY, IN THE LA.. IN THE LAST INTERVIEW YOU SAID THAT YOU AND
    CAPTAIN.. UH.. MAJOR PARRISH DO NOT LIKE EACH OTHER AND THAT
    YOU HAVE NOT TALKED TO HIM IN SIX MONTHS, HAVE NOT
    COMMUNICATED WITH HIM IN SIX MONTHS.. (BOTH TALKING).. IS
    THAT RIGHT?
KG: (BOTH TALKING).. I SAID MAJOR PARRISH DOES NOT LIKE ME.

DS: AND YOU SAID YOU DO NOT LIKE HIM.
KG: MAJOR PARRISH DOES NOT LIKE ME.  HE DOESN'T CARE FOR ME.

DS: YES, AND YOU SAID YOU DIDN'T CARE FOR HIM?
KG: (NO AUDIBLE RESPONSE).

DS: WHAT DID YOU.. I MEAN SO.. DO WE NOT.. STILL NOT RECALL WHAT
    WE WENT ON HIS SCREEN FOR EIGHT, UH.. SEVEN TIMES.. EIGHT
    TIMES IN ONE DAY?
KG: I STILL THINK THAT'S A COMPUTER TYPO CAUSE I JUST DON'T..
    (BOTH TALKING).. THINK THAT I..

DS: (BOTH TALKING).. OKAY.. ALRIGHT.. YEA, THAT'S.. THAT'S WHAT
    WE'LL GO WITH.

DM: (BOTH TALKING).. SO, WE'LL GO WITH BLACKBOOK IS A COMPUTER..
KG: (BOTH TALKING)..

CITY OF DOTHAN/GRAY 000872
CONFIDENTIAL

```
DM:  IS A.. IS A.. IT'S ALL.. IT'S A MALFUNCTION NOW.. OKAY.
DS:  UM.. HAVE YOU GOT ANYTHING ELSE ON THAT END?  ON THE
     FORENSICS END?

DM:  UH.. NO, NOT.. NOT RIGHT NOW.  LET ME UH.. LET ME TAKE..
     (BOTH TALKING)..
DS:  (BOTH TALKING).. BUT DO.. DO YOU KNOW.. DO YOU KNOW WHO UH..
     "BLACK MAGIC" IS?
KG:  I DON'T KNOW HIS NAME.

DS:  BUT DO YOU KNOW WHO HE IS?
KG:  WHEN I SEE HIM, YEA.

DS:  WHO IS HE?  WHAT TITLE DOES HE HOLD IN THE BIKER WORLD?
KG:  HE STARTED DONE DEAL MOTORCYCLE CLUB.  AND HE PATCHED OVER TO
     OUTCAST MOTORCYCLE CLUB.

DS:  SO HE IS NOW AN OUTCAST?
KG:  YES.

DS:  IS HE PRESIDENT OF THE OUTCASTS?
KG:  YES.

DS:  OKAY.  HAS.. HE EVER BEEN IN YOUR HOUSE?
KG:  YES.

DS:  AND WHAT WAS THAT FOR?
KG:  WE CAME FROM.. MM.. WE CAME FROM A RIDE.  I THINK WE CAME
     FROM OZARK.. AT THE PRESIDENTS'.. THE PRESIDENTS' CLUBHOUSE I
     THINK.  WE CAME FROM OZARK.. CAME OVER.. SAT AROUND.. AND HAD
     A COUPLE A DRINKS.

DS:  SO THE LOCAL PRESIDENT OF THE OUT.. OUTLAW.. OUTCAST
     MOTORCYCLE GANG.. HAS BEEN TO YOUR RESIDENCE ON A SOCIAL
     VISIT?
KG:  ONE TIME.

DS:  ONE TIME?
KG:  THAT WAS IT.

DS:  OKAY.  ALRIGHT, AND.. THE.. FUNCTIONS THEY HAVE AT THEIR
     CLUBHOUSE, THEIR PRIVATE CLUBHOUSE WHICH IS FOR MEMBERS ONLY,
     HOW MANY FUNCTIONS HAVE YOU BEEN TO THERE?
KG:  MM.. TWO.. THREE AT THE MOST.

DS:  OKAY.. AND THIS IS THE OUTLAW.. MOTORCYCLE GANG OUTCAST..
     CLUBHOUSE?
KG:  THIS IS OUTCAST'S CLUBHOUSE.

DS:  YES, THAT'S.. THAT YOU KNOW TO BE A ONE PERCENTER OUTLAW
     MOTORCYCLE GANG?
```

CITY OF DOTHAN/GRAY 000873
CONFIDENTIAL

KG:  IT'S OUTCAST'S CLUBHOUSE.

DS:  WHAT I'M ASKING YOU.. YOU SAID YOU KNEW THEY WERE ONE
     PERCENTERS.  WE.. THIS WAS A LONG TIME AGO THIS MORNING.
     BUT YOU STILL REMEMBER THAT, RIGHT?  YOU WERE.. THEY WERE..
     THEY'RE A ONE PERCENTER CLUB..
KG:  THIS WAS AT OUTCAST'S CLUBHOUSE ON SAINT ANDREWS STREET.
     THAT IS CORRECT.

DS:  OKAY.  AND WHAT WAS THE FUNCTION THEY WERE HAVING?
KG:  I THINK THEY HAD AN OPEN.. I THINK IT WAS THE FIRST TIME THEY
     OPENED.

DS:  OKAY.
KG:  IT MAY HAVE BEEN AN OPEN HOUSE OR SOMETHING LIKE THAT.

DS:  DO YOU THINK.. THAT IT'S.. OKAY.. FOR A DOTHAN POLICE
     OFFICER.. TO ASSOCIATE WITH ANYONE INVOLVED IN AN OUTLAW
     MOTORCYCLE GANG.. AS DESCRIBED BY THE F.B.I.?
KG:  WITH ALL THE KNOWLEDGE THAT YOU HAVE JUST PLACED THERE..

DS:  MM HUH.
KG:  THAT I DIDN'T KNOW ABOUT.. (BOTH TALKING)..

DS:  (BOTH TALKING).. REMEMBER I HAVE YOUR TRANSCRIPTS NOW, FROM
     YOUR.. FROM YOUR TRAINING.
KG:  YEA, I REMEMBER THAT.

DS:  OKAY.
KG:  YOU HAVE SO MUCH MORE KNOWLEDGE AND TRAIN.. AND STUFF THAN I
     HAD..

DS:  MM HUH.
KG:  UM.. THEM.  BUT.. THE.. INTENT WASN'T ANYTHING CRIMINAL.

DS:  NO.
KG:  MM HUH.

DS:  I DIDN'T SAY IT WAS.
KG:  SO..

DS:  BUT DO YOU THINK IT'S RIGHT FOR A DOTHAN POLICE OFFICER TO
     ASSOCIATE, AND GATHER IN A PARTY SCENE WHICH YOU DESCRIBED,
     UH.. WITH A MEMBER OF OUTCAST MOTORCYCLE GANG?  THAT YOU
     DESCRIBED AS THE BAD BOYS.  I.. I CAN PULL YOUR TRANSCRIPT
     BACK OUT IF YOU WANT ME TO.. WHERE YOU DESCRIBED 'EM.
KG:  NO.. MM UH.

DS:  YOU DESCRIBED WHAT THEY WERE.
KG:  RIGHT.

DS:  OKAY.  IS THAT APPROPRIATE?

CITY OF DOTHAN/GRAY 000874
CONFIDENTIAL

KG:   VIEWING ALL THE.. DATA THAT YOU HAVE AND ALL THE UPGRADED
      INF.. ALL THE INFORMATION I'VE SEEN NO.. I CAN SEE WHERE..
      WHERE IT MIGHT NOT BE.. (BOTH TALKING)..

DS:   (BOTH TALKING).. OKAY, I'M GONNA READ.. I'M GONNA ASK IT
      AGAIN BECAUSE YOU.. YOU BASING OFF WHAT I SHOWED YOU.  YOU
      ALREADY HAD KNOWLEDGE.. OF A ONE PERCENT CLUB AND WHAT THEY
      WERE.  YOU HAD YOUR OWN KNOWLEDGE BEFORE TODAY.. THAT THEY
      WERE A ONE PERCENT CLUB.  IF YOUR TRANSCRIPT OF YOUR
      TEACHINGS, YOU DESCRIBED HOW THEY ARE.  YOU KNEW PRIOR TO THE
      PARTY.

KG:   I DIDN'T KNOW AS MUCH INFORMATION AS YOU DID.

DS:   NOT AS MUCH.  I.. I'LL GIVE YOU THAT.  NOT AS MUCH, I AGREE.
      YOU GOT ANYTHING ELSE?

DM:   YEA.. DID YOU LOG IN THE AS400 AFTER YOU WERE PUT ON ADMIN
      LEAVE REMOTELY.. ON THE 26TH.. AT NINE-O-FIVE (9:05) AND AT
      SEVENTEEN FIFTY-ONE (1751)?

KG:   . . I DON'T KNOW IF IT'S AS400. I DO HAVE A.. I DO HAVE A
      LINK THAT WAS.. THAT I'M CAPABLE OF SEEING UM.. THE CAMERAS
      THROUGH.. MY.. I-PAD.  I DON'T KNOW WHAT DAY IT WAS.. COULD A
      BEEN.. BUT IT COULD A BEEN THAT CAUSE I DON'T HAVE A
      COMPUTER.. A COMPUTER OR ANYTHING LIKE THAT.

DM:   OKAY, I'M GONNA GET TO THAT TOO.  BUT, YOU LOGGED INTO AS400
      ON THE 26TH.

KG:   IS THAT HOW IT GOES.. THROUGH AS400?

DM:   NO.  YOU LOGGED IN TO SPECIFICALLY AS400 ON THE 26TH.  YOU
      ALSO.. ACCESSED THE CITY SERVER.. FOR THE CAMERAS.  IT'S NOT
      THE SAME THING.

DS:   THIS IS AFTER BEING ON.. PUT.. PUTTING ON ADMINISTRATIVE
      LEAVE.

DM:   MM HUH.

KG:   MM.. THROUGH WHAT?  YA'LL GOT MY COMPUTERS.

DM:   FROM.. FROM HOME.. FROM YOUR HOME COMPUTER.  YEA, YOU CAN..
      DO IT FROM HOME.

KG:   NO.. UH UH.

DM:   SO YOU'RE TELLING ME YOU DIDN'T LOG INTO THE CITY.. CAMERAS,
      YOU JUST SAID ON YOUR I-PAD?

DS:   IT'S NOT.. (BOTH TALKING).. IT'S NOT.. IT'S NOT..

KG:   (BOTH TALKING).. YOU SAID.. YOU SAID TWO DIFFERENT THINGS.

DM:   OKAY, WELL LET.. LET'S TALK ABOUT THE CAMERAS.  DID YOU LOG
      IN AND LOOK AT THE CAMERAS?

KG:   YEA.

DM:   WHY?

KG:   . . . THERE'S NO PARTICULAR REASON.  I JUST DID.

DM: I MEAN IS IT SAFE TO SAY THAT IF WE TAKE YOUR BADGE, YOUR GUN
AND YOUR KEYS.. THAT YOU DON'T HAVE ACCESS TO THE BUILDING
DOESN'T MEAN THAT YOU CAN WATCH THE INVESTIGATION?
KG: NO, I STILL HAD MY.. (BOTH TALKING).. MY.. MY..

DM: (BOTH TALKING).. BECAUSE YOU WERE ON THE.. COMMAND STAFF
HALLWAY?
KG: I STILL HAD THE.. MY CELL PHONE AND EVERYTHING.

DM: WE HAVE A LINC SO WE CAN GET A HOLD A YOU.
KG: WELL I STILL HAD MY.. MY CELL PHONE THAT WAS DOWNLOADING
ALL.. (BOTH TALKING).. THE INFORMATION.

DS: (BOTH TALKING).. YEA, WE DON'T TAKE THAT FROM YOU.
KG: OKAY.. YOU DID.

DS: WELL WE DID LATER BUT NOT.. NOT THEN.  SO WE KNEW YOU STILL
HAD THAT.
KG: AND I STILL HAD ACCESS TO INFORMATION THAT WAS COMING DOWN.

DS: (BOTH TALKING).. BUT ONCE YOU'RE ON ADMIN LEAVE YOU HAVE NO
ACCESS.
KG: BUT I STILL HAD MY CELL PHONE.. MY.. MY SMART..

DS: YES.
KG: MY SMART PHONE.

DS: YES.. AND YOU AS A.. SMART CITIZEN.. SMART EMPLOYEE KNOW YOU
DON'T.. JUST CAUSE YOU HAVE ACCESS TO IT DON'T MEAN YOU'RE
SUPPOSED TO BECAUSE YOU'RE ON ADMIN LEAVE.  DO YOU UNDERSTAND
WHAT I'M SAYING?
KG: LET'S.. WHEN DID YOU TAKE MY.. SMART PHONE?

DS: I DON'T REMEMBER THE DAY.  I'D HAVE TO GO BACK AND LOOK.
KG: OKAY.. IT WAS AFTER.. IT WAS AFTER THEN.. (BOTH TALKING).. I
WAS STILL..

DS: (BOTH TALKING).. THAT YOU LOGGED ONTO THE COMPUTER.. JUST THE
CAMERAS?
KG: I WAS STILL GETTING DOWNLOADED INFORMATION.. AND INFORMATION
UNTIL YOU CAME AND TOOK.. YOU CAME AND TOOK THAT TOO.  SO
THAT'S WHAT I'M SAYING.. I HAD ACCESS TO.. MY.. CELL PHONE
WITH ALL THE DOWNLOADED.. YOU KNOW.. INFORMATION THAT I GET
FROM THE.. THE PD.. (BOTH TALKING).. YOU KNOW SO I DON'T..

DS: (BOTH TALKING).. AND YOU THOUGHT THERE WAS NO PROBLEM USING
IT?
KG: NAH, I DIDN'T.. I DON'T KNOW WHAT YOU'RE TALKING ABOUT
LOGGING ON TO AS400 AFTER BECAUSE I DON'T HAVE A WAY TO LOG
ON TO AS400.. AS YA'LL ARE SAYING WITHOUT MY.. LAPTOP.. OR
MY..

CITY OF DOTHAN/GRAY 000876
CONFIDENTIAL

```
DM:  THAT'S NOT TRUE.  THAT'S IN DEL.. DOTHAN.ORG.
DS:  MM HUH.
KG:  HUH?

DM:  THAT'S UH.. SO.. SO YOU'RE TELLING ME YOU DIDN'T KNOW YOU
     COULD LOG ON TO THE AS400 REMOTELY?
KG:  I KNOW YOU CAN REMOTELY BUT I DON'T HAVE ANYTHING TO LOG ON
     TO IT.. THAT I KNOW OF THAT'S CONNECTED REMOTELY.

DM:  WELL YOU.. YOU GOT A.. HOME COMPUTER, RIGHT?
DS:  WITH AN I.P. ADDRESS?
KG:  (NO AUDIBLE RESPONSE).

DM:  I.. I.. I CAN GO TO.. I CAN GO TO RADIO SHACK RIGHT NOW..
     (BOTH TALKING).. AND LOG ON TO AS400.
KG:  (ALL TALKING)..

DS:  (ALL TALKING).. GO AHEAD.
KG:  (ALL TALKING). . . . YA'LL ARE JUST GONNA TRY TO MAKE THIS..
     MAKE.. MAKE.. (LOW VOLUME)..

DS:  LET'S.. LET'S START OVER.  LET'S START OVER.  WHAT DAY..
KG:  LET'S..

DS:  HOLD ON JUST A SECOND.  HOLD.. HOLD ON JUST A SECOND.  WHAT
     DAY DID HE ACCESS THE CAMERAS?
DM:  I'LL HAVE TO.. I DON'T HAVE THAT RIGHT IN FRONT OF ME.

DS:  OKAY.. BUT IT WAS.. (BOTH TALKING)..
DM:  (BOTH TALKING).. BUT I HAVE THE AS400 TIMES.

DS:  OKAY.. WELL THEN LET'S GO WITH THAT.
DM:  ALRIGHT.. AND THAT WAS ON 8/26.

DS:  ALRIGHT.. GO.
DM:  NINE IN THE MORNING (9:00 A.M.) AND SEVENTEEN FIFTY-ONE AT
     NIGHT (1751.. 5:51 P.M.).. ON 8/26.
KG:  NO.. NO.. I DON'T HAVE.. COMPUTER ACCESS LINK-UP THAT I CAN
     GO IN.. ON SSL OR ANYTHING.. AND TYPE IN MY PASSWORD.. AND
     ALL THAT KIND A STUFF TO OPEN UP AS400.  I KNOW WHAT YOU'RE
     TALKING ABOUT.. (BOTH TALKING).. I DON'T HAVE..

DM:  (BOTH TALKING).. WHY?  WHY DON'T YOU HAVE IT?  I CAN DO IT
     FROM MY CELL PHONE.  HE CAN DO IT FROM HIS CELL PHONE.. IF HE
     HAD THE PASSWORD.
KG:  WHY DON'T I HAVE IT?  I DON'T KNOW.  I DON'T..

DM:  WHAT.. YOU.. APPARENTLY YOU'RE NOT UNDERSTANDING.. YOUR KNOW
     OR YOU'RE PLAYING ME TO BE STUPID.  HERE'S THE THING.. YOU
     DON'T NEED ANYTHING.  IF YOU'VE GOT INTERNET ACCESS.. AND YOU
     GO TO SSL.DOTHAN.ORG.. YOU TYPE IN YOUR USER NAME, WHICH IS
     THE SAME THING THAT YOU GET ON AS400, AND YOUR PASSWORD.. YOU
```

```
          HIT AS400.. PULLS UP EVERY FREAKIN' DATA BASE WE GOT.. IN THE
          AS400 FROM YOUR HOUSE FROM ANY COMPUTER.  IT DOESN'T MATTER.
          YOU COULD DO IT FROM WAL-MART.. OR FROM WAL-MART'S COMPUTER
          STAND.
KG:       AND MY RESPONSE IS.. I DIDN'T DO IT.  I DON'T HAVE.. WHATEVER
          IT IS YOU'RE TALKING ABOUT THAT HAS IT DOWNLOADED.. OR YOU'RE
          ASSUMING THAT I HAVE SOMETHING.. (BOTH TALKING)..

DM:       (BOTH TALKING).. YOU DON'T NEED ANYTHING.  NOW YOU'RE..
          YOU'RE MISSING THE POINT.  YOU JUST NEED A.. A COMPUTER..
          CAPTAIN.
DS:       DO YOU HAVE A HOME COMPUTER?
KG:       I HAVE A HOME COMPUTER.

DS:       THAT'S ALL YOU NEED.
DM:       THAT'S ALL YOU NEED.
KG:       OKAY.

DM:       YOU DON'T NEED A SPECIAL PROGRAM.
DS:       SO YOU'RE JUST SAYING YOU DIDN'T DO IT FROM YOUR HOME
          COMPUTER?
KG:       I DIDN'T DO IT AT ALL.

DM:       OKAY.
DS:       OKAY.
KG:       THAT'S WHAT I'VE BEEN TRYING TO SAY.

DS:       YOU DID NOT DO IT?
KG:       NO.

DS:       SO SOMEBODY HAS YOUR PASSWORD?
KG:       SOMEBODY IN THE CITY I'M PRETTY SURE SUCCEEDED IN GETTING MY
          PASSWORD FROM I.T.

DS:       WE KNOW WHAT THE I.P. ADDRESS IS.  DON'T PLAY US STUPID
          EITHER CAPTAIN.  WE KNOW WHAT THE I.P. ADDRESS FROM THE
          COMPUTER WAS.. OKAY.  I'M TRYING TO HELP YOU ALONG HERE..
          TO.. TO BE HONEST WITH ME.
KG:       (NO AUDIBLE RESPONSE).

DS:       I.. I'M.. I'M.. I AM.
KG:       DONNY?

DS:       YES.
KG:       IF I.. KNOW.. THAT I ACCESSED IT.. JUST LIKE I TOLD YOU ABOUT
          THE CAMERA SYSTEM..

DS:       MM HUH.
KG:       I WOULD TELL YOU.  WHY WOULD I TELL YOU THAT I ACCESSED..
          (BOTH TALKING).. THE CAMERA..

DS:       (BOTH TALKING).. I'M NOT.. I DON'T KNOW.
```

CITY OF DOTHAN/GRAY 000878
CONFIDENTIAL

KG:  (BOTH TALKING).. NOW..

DS:  (BOTH TALKING).. I'M JUST ASKING YOU A QUESTION.
KG:  NOW, I'M SAYING THE SAME THING.  WHATEVER TECHNOLOGY YA'LL
     ARE TALKING ABOUT.. YES, IT MAY BE THERE.. AND YES, IT MAY BE
     ON.. (BOTH TALKING).. ANY COMPUTER..

DS:  (BOTH TALKING).. BUT YOU DIDN'T DO IT?
KG:  I DON'T KNOW WHAT YOU GUYS ARE TALKING ABOUT.

DM:  OKAY.. (BOTH TALKING).. WELL LET'S GO TO THE CAMERA.. THE
     CAMERAS.
DS:  (BOTH TALKING).. OUTSTANDING.. OUT.. GO TO CAMERA NOW.
KG:  (LAUGHS)..

DM:  WHO PUT.. WHO PUT THE EX-ACTO VISION ON YOUR I-PAD?
KG:  NELMS.

DM:  LIEUTENANT NELMS?
KG:  YES.

DM:  OKAY.  AND IS THAT YOUR PERSONAL I-PAD?  OR IS THAT A CITY
     ISSUED I-PAD?
KG:  YES, IT'S MY PERSONAL ONE AND IT HAS CITY UM.. E-MAIL ON IT
     TOO.

DM:  OKAY.  SO, WHO IS THE ADMINISTRATOR OF THAT?  I MEAN WHO
     DETERMINES WHO.. WHO PUTS THAT ON A COMPUTER?  I MEAN I'M
     JUST ASKING FOR GENERAL KNOWLEDGE.  I DON'T KNOW.
KG:  I DON'T KNOW.  NELMS HAD IT ON.. HIS AND HE SAID THAT'S.. YOU
     KNOW.. WHEN I'M.. I'M OVER THE JAIL.  SO UH.. HE SAID THIS
     WAY YOU CAN MONITOR THE JAIL FROM.. YOU KNOW YOUR I-PAD OR
     WHATEVER.  AND.. AND HE DID.  HE HAD IT ON HIS SO..

DS:  SO ONCE YOU WERE PUT ON ADMINISTRATIVE LEAVE, YOU WENT ON
     YOUR PERSONAL.. COMPUTER AND PULLED UP THE CAMERAS.. FOR THE
     PD?
KG:  YEA, I PULLED IT UP.

DS:  AND WHAT WAS THE REASON FOR THAT?
KG:  . . . UH.. NO REAL REASON.. JUST TO SEE.. JUST TO SEE WHAT
     WAS GOING ON.

DS:  OKAY.  AND THIS IS AFTER YOU'VE BEEN PUT ON ADMIN LEAVE.. AND
     YOUR ACCESS TO THE PD HAS BEEN TAKEN AWAY, CORRECT?
KG:  (NO AUDIBLE RESPONSE).

DS:  A SIMPLE QUESTION.. YES OR NO?
KG:  I GUESS YOU MEAN BY MY COMPUTER.. (BOTH TALKING).. BEING
     TAKEN..

DS:  (BOTH TALKING).. NO.. NO, IT'S A SIMPLE QUESTION, YES OR NO.

CITY OF DOTHAN/GRAY 000879
CONFIDENTIAL

```
          I SAID.. (BOTH TALKING)..
KG:   (BOTH TALKING).. MY COMPUTER..

DS:   HOLD ON JUST A SECOND.  HOLD ON A SECOND.  LET ME..
KG:   MM HUH.

DS:   YOU LOGGED ONTO THE CAMERA SYSTEM AFTER YOU WERE PUT ON ADMIN
      LEAVE.. FROM THE PD?
KG:   YES.

DS:   THANK YOU.  ANYTHING ELSE YOU NEED?
DM:   NO.. I'M GOOD.

DS:   SO HARD TO GET SOME ANSWERS.
??:   COULD HE HAVE DONE IT JUST TO SEE IF HE WAS BEING CUT OFF?

DS:   I'M SORRY?
??:   COULD HE HAVE DONE IT JUST TO SEE IF HE STILL HAD ACCESS?

DS:   NO, NOT AT ALL.
DM:   NO, BECAUSE HE COULD CHANGE THE CAMERAS.
??:   WHAT NOW?

DM:   WE'LL TALK ABOUT IT.. (BACKGROUND NOISE AROUND RECORDER..
      MOVEMENT/DOOR)..
DS:   OH.. ARE YOU THROUGH?

DM:   I'M DONE.
DS:   ALRIGHT, WE'RE THROUGH.
??:   UH.. CAN I.. (BOTH TALKING).. NO?

DS:   (BOTH TALKING).. NO SIR.. ABSOLUTELY NOT.
??:   (BOTH TALKING)..

DS:   (BOTH TALKING).. COME ON.. CAPTAIN GRAY.. WE'RE THROUGH.
KG:   OKAY.

DS:   OKAY.. THANK YOU.. THANK YOU.
KG:   I STILL BELIEVE I'M THE SUBJECT OF UH.. RETALIATION.  THAT'S
      WHAT I WANNA SAY.
??:   THANK YOU.

DS:   ALRIGHT.. YA'LL KNOW THE WAY OUT?
??:   (NO AUDIBLE RESPONSE).

DS:   . . . RIGHT HERE. . .

      (BACKGROUND NOISE/MOVEMENT AROUND RECORDER)..

DM:   . . . OKAY.. (UNINTELLIGIBLE)..
DS:   THIS STUFF WON'T GO IN THERE.
```

```
DM:   HAVE YOU GOT MY KEY?
DS:   NO.. I'M GETTING OUTTA HERE.

DM:   WHERE'S MY FREAKIN' KEY DUDE?
DS:   I DON'T KNOW.

(END OF AUDIBLE)
```

CITY OF DOTHAN/GRAY 000881
CONFIDENTIAL

# EXHIBIT

# 15

# M E M O R A N D U M

**TO:**    **CHIEF GREGORY J. BENTON**

**FROM:**    **SERGEANT DONNY SMITH**

**DATE:**    **SEPTEMBER 16, 2013**

**SUBJECT: INTERNAL INVESTIGATION / CAPTAIN KEITH GRAY**

On Sunday, August 25, 2013 at 1130 hours I was contacted and instructed by Chief Gregory Benton to, along with Sergeant Doug Magill, respond to 414 North Appletree Street. Once there I was to meet with Lieutenant Will Benny to discuss some information he had received about possible wrong doing by two Dothan Police Officers.

Upon arrival I realized this location was the private clubhouse of the Outcast Motorcycle Club. Outcast is a well known and the largest all black outlaw motorcycle club in the United States. Sergeant Magill was already present and speaking with Lieutenant Benny. We were told that a serious assault had occurred outside the club involving several club members. Lieutenant Benny stated that a witness, Willie McGuire, had talked to Officer Michael Woodside about two Dothan Police Officers who were possibly involved with the Outcast motorcycle club. Mr. McGuire stated that one went by the name of Chopper and claimed to be the Assistant Chief of the Dothan Police Department. He went on to say he believed that Chopper rode with the motorcycle club Bama Boyz. He stated that he has seen Chopper, on several occasions, in the company of other Outcast members and that he has attended multiple Outcasts functions. Mr. McGuire stated that he did not know the other officer but that he rode with the motorcycle club All Throttle. He stated that All Throttle and Bama Boyz were both support groups to Outcast. I have personal knowledge that Captain Keith Gray is associated with the Bama Boyz and Officer Taiwan Truitt is associated with All Throttle.

Sergeant Magill and I returned to the Police Department in an attempt to interview the individuals who were involved with the assault. The first one was Kunta McGoley who was identified as the President of the local Outcast Club, a title he denied.

CITY OF DOTHAN/GRAY 000882
CONFIDENTIAL

He was reluctant to speak to us at first but then decided he would. He stated that he knew of two officers with the Dothan Police Department that were involved in motorcycle clubs. He stated one was Keith Gray and the other one went by the nickname Spoon. Sergeant Magill showed him a picture of Officer Truitt and he confirmed it was Spoon. He also described Keith Gray and stated he was a helicopter pilot and he was in charge of the records division of the police department. He stated Captain Gray was the founder and President of the Bama Boyz motorcycle club. He stated that the Bama Boyz is a local club that basically falls under the "guidance" of Outcast Motorcycle club. He also stated that Outcast could ask them not to wear their "colors" (jacket with their patches) for a period of time if they did something "stupid" while riding their bikes. If the Bama Boyz refused to take off their colors then Outcast would order them to remove them permanently. He stated the next step could be violence if they continued to refuse. Mr. McGoley stated that he has seen Captain Gray in his clubhouse while marijuana was being smoked but he has never seen him smoke it. He added that he has also seen Captain Gray drive drunk on several occasions. He stated that Captain Gray has told him in the past that when he is on duty he is a Police Officer but when he was off he did not care what the members did.

Mr. McGoley stated that on one occasion he asked Captain Gray if the Dothan Police Department was investigating Outcast and Captain Gray told him he would get back with him. A short time later Captain Gray told him that there was no investigation on Outcast. He stated he knew Captain Gray was lying because he had already been told that members of the Police department were watching his club. He stated he was told this by Corporal Raemonica Carney. He stated he knows her through her job in the Community Services Division and his job as an Army Recruiter.

Mr. McGoley stated that Officer Truitt is a member of the local club All Throttle. He stated that Officer Truitt is in the process in getting his colors pulled because it is rumored he is divulging motorcycle club information to his Law Enforcement co-workers. He stated he has never seen Officer Truitt involved in any club socials and has never seen him do anything that would reflect negatively on the Police Department. His lack of involvement is basically the reason he is being kicked out of the club.

The next club member interviewed was Rafael Tyrues. He stated the only police officer he knew was Captain Gray and had seen him during different club functions. He stated that approximately three months ago he saw Captain Gray in the Outcast clubhouse during a function. He stated he did not see Captain Gray smoke marijuana but it was obviously being smoked in his presence.

The next club member interviewed was Dominic Overton. He stated he only knows Captain Gray by his biker name, Chopper, and he has only seen him a few times at charity rides. He stated he has never seen him around any illegal activity. He also stated he has heard the name Spoon but he has never seen him. Mr. Overton's criminal history indicates he has been arrested in Georgia for Trafficking Cocaine.

CITY OF DOTHAN/GRAY 000883
CONFIDENTIAL

The next club member interviewed was Michael Lockett. He stated he has never heard of Spoon but he has heard of Chopper. He stated he has never met Chopper but the other club members that he was in the holding cell with were talking about him. He stated they were saying that Chopper had turned over to the police information on the club members and that he was a snitch. Mr. Lockett's Alabama criminal history indicates he has been arrested for carrying a concealed weapon, receiving stolen property 1st degree and several assault charges. He also has arrests in Illinois for carry/possession of a firearm, possession of marijuana, possession of cocaine and possession of a controlled substance.

The next club member interviewed was Wendell Key. He stated he was a member of Bama Boyz before becoming a member of Outcast. He stated that he is from Dothan and he knows both Captain Gray and Officer Truitt. He stated that he has, on several occasions, at least three times, seen Captain Gray at their parties in the clubhouse. He stated during these parties, marijuana has been smoked but he has never seen him smoke any. He also stated it is a known fact that they can do anything around Captain Gray during these parties because he has made it known that when he is off duty he is a biker only.

He stated he Officer Truitt is a church going guy and does not fit in with the biker world. He advised that on one occasion Officer Truitt was present when his club got into a "beef" with another club. He stated Officer Truitt told him he could not participate in this type activity because of his job and Christian beliefs.

He stated that Outcast was going to pull Officer Truitt's colors because he was a police officer and they felt he was a snitch. He stated he was against this because they were not pulling Captain Gray's colors. He felt that his colors needed pulling. He stated that Outcast was not pulling Captain Gray's colors because of his position with the Police department. Mr. Key's Alabama criminal history indicates he has felony arrests for Theft of Property first degree, Assault first degree, Kidnapping first degree, Distribution of a Controlled Substance, Receiving Stolen Property x2 second degree, Probation Violation, Parole Violation, Burglary third degree x4, Kidnapping second degree, Possession of Marijuana first degree and numerous misdemeanor charges.

The next club member interviewed was Eze Abuwali. He stated he is from Huntsville and just drove down for this party. He stated he does not know Chopper or Spoon and has never heard of them. Mr. Abuwali's criminal history indicates he has been arrested for Assault second degree, Aggravated Assault on a Public Official and Unlicensed Sale of Alcoholic Beverages.

Also arrested but not interviewed were Johnny Thompson and Robert Williams. Mr. Thompson's criminal history indicates he has felony arrests for Aggravated Assault on a Public Official, Assault second degree x2, Burglary, Sale of a Controlled Substance, Possession of Marijuana x2 and numerous misdemeanor charges. Mr. Williams' criminal history indicates he has felony arrests for Receiving Stolen Property first degree x2, Possession of Marijuana first degree x4, Assault second degree x2, Possession of Stolen

CITY OF DOTHAN/GRAY 000884
CONFIDENTIAL

Vehicle x2, Possession of Stolen Property, Possession of Burglar Tools x2, Burglary and numerous misdemeanor charges.

During these interviews we received information that another Outcast support member, Willie McGuire, might have some useful information about this incident. He is a Fireman with the City of Troy and lives in Troy. We called Mr. McGuire and conducted a telephone interview with him. He stated that he has seen Captain Gray, on at least four occasions, in the Outcast club house during parties. He stated there is always heavy marijuana smoke in the air but it is hard to tell who is smoking it. He stated he has never seen Captain Gray smoke it.

On Sunday August 25, 2013 at approximately 1900 hours we interviewed Officer Taiwan Truitt in my office. He stated that he was a member of the local motorcycle club All Throttle. He stated he was only a member because of the charity events they were involved in and he did not associate with them on the party scene. He stated as soon as he learned they were a support club for Outcast he immediately quit the club.

On Sunday August 25, 2013 at approximately 2245 hours we interviewed Captain Gray in the Criminal Investigation Division interview room. After explaining the reason for this interview he immediately began to ramble about this being retaliation because of a Federal Title Seven complaint he has filed against the City of Dothan. After several minutes of his accusations, we began the interview. He stated that he founded his motorcycle club, Bama Boyz, in 2008. He stated they began as a riding club before becoming a motorcycle club. He stated in order to exist as a motorcycle club there is a protocol that has to be followed. He stated he did not know if it was required but he sought approval from Outcast Motorcycle Club to protect his guys from being jumped on. He stated that each club has their own bi-laws to go buy but if you are in a territory with a dominate club it is just known that you have to have their "blessing" in order to keep from being harassed, picked on or subject to assault or whatever. He advised that Outcast is the dominate club in this area and that he had their blessing. When questioned about having to do certain things to keep the blessing, Captain Gray stated they are not required to do anything. He stated that only the support clubs are required to do certain things and Bama Boyz was not a support club. He stated support clubs usually wear a patch on their vest to indicate a support club and they did not wear the patch. He stated this was because he did not want his club to be governed by anyone else. He stated that if a club wears an Outcast supporter patch they could be told what to do such as go to certain events or to attend certain meetings. He stated they are not required to do anything by Outcast. Sergeant Magill asked him if he thought he needed protection from being bullied by Outcast with him being a Captain with the Dothan Police Department. He stated his position with the police department has no bearing on what happens when he is riding his motorcycle. Captain Gray used an example from an incident that happened to him. He stated he was riding with his guys in Florida when a group of Hells Angels tried to knock him off of his bike. He stated they did not care if he was a police officer but his blessing from Outcast would help him in this situation. Sergeant Magill told Captain Gray that this still sounded like they were supporters of Outcast even though they did not wear the

CITY OF DOTHAN/GRAY 000885
CONFIDENTIAL

patch, like a silent supporter, and that was like supporting a criminal organization because Outcast claims to be a 1% club. Captain Gray disagreed with Sergeant Magill on the definition of a 1%er. Captain Gray stated that the term 1%er was a group of hard core members. He admitted that Outcast was a 1%er but was not listed by the Federal Bureau of Investigation as an outlaw motorcycle club as everyone thinks they are. Captain Gray told us we might want to do more research on this subject. He then made the statement that he did not ask Outcast for protection when earlier in this interview those were his exact words.

Sergeant Magill then asked Captain Gray if he had ever been to the events that occur in the local Outcast clubhouse. He stated that he had been to their clubhouse once maybe twice. He stated the only things he has witnessed in the clubhouse is dancing, drinking and socializing. He stated he has never seen anyone smoking marijuana or realized anyone was smoking it while he was in the clubhouse. When he was questioned about making the statement "when I'm on duty I'm on duty but when I'm off, I'm off", Captain Gray stated that he had made it several times.

Captain Gray stated that he was seeking to start a chapter of the Bama Boyz in Anniston Alabama. In doing this he admitted that he traveled to Bessemer Alabama to speak with the president of the Outcast Motorcycle Club at his clubhouse. The person he met with is Otis "Big O" Ashford. He also stated he received the Blessing from Sin City Disciples motorcycle club to open his second club. He explained that he had to have the blessing from two 1% clubs to open this chapter. The president he spoke with at Sin City Disciples is known as Big Meat but he does not know his real name.

Captain Gray stated that on one occasion the president of the local Outcast club had asked him if the Dothan Police Department's gang unit was investigating his club. He stated he told the president, Mr. McGoley, that he has not heard of any investigation and that he did not think the police department even had a gang unit.

After this interview with Captain Gray I began to do some research into the motorcycle club world. I obtained from the Federal Bureau of Investigation (F.B.I.) their definitions of Outlaw Motorcycle Gangs, Support Clubs and One Percenters (1%er).

*OMGs are organizations whose members use their motorcycle clubs as conduits for criminal enterprises. Although some law enforcement agencies regard only One Percenters as OMGs, the NGIC, for the purpose of this assessment, covers all OMG criminal organizations, including OMG support and puppet clubs.*

*FBI defines One Percenters as any group of motorcyclists who have voluntarily made a commitment to band together to abide by their organization's rules enforced by violence and who engage in activities that bring them and their club into repeated and serious conflict with society and the law. The group must be an ongoing organization, association of three (3) or more persons which have a common interest and/or activity characterized by the commission of or involvement in a pattern of criminal or delinquent*

CITY OF DOTHAN/GRAY 000886
CONFIDENTIAL

*conduct. AT F estimates there are approximately 300 One Percenter OMGs in the United States.*

*The term "support club" refers to smaller gangs whose members regularly associate with or are friends of one of the national-level gangs.*

The following was issued by the FBI as part of their National Gang Threat Assessment.

**Outlaw Motorcycle Gangs**
*OMG-related criminal activity poses a threat to public safety in local communities in which these gangs operate because of their wide-ranging criminal activity, propensity to use violence, and ability to counter law enforcement efforts. OMGs are highly structured criminal organizations whose members engage in criminal activities such as violent crime, weapons trafficking, and drug trafficking. OMGs maintain a strong centralized leadership that implements rules regulating membership, conduct, and criminal activity. As of June 2008 state and local law enforcement agencies estimate that between 280 and 520 OMGs are operating at the national, regional, and local levels. OMGs range in size from a single chapter to hundreds of chapters worldwide. Current law enforcement intelligence estimates indicate that more than 20,000 validated OMG members, divided among hundreds of OMGs, reside in the United States.*

*• National-level OMG criminal activity poses a serious national domestic threat. National level OMGs are a considerable concern to law enforcement because they are highly structured organizations with memberships ranging into the thousands, maintaining strong associations with transnational drug trafficking organizations (DTO'S) DTOs and other criminal organizations. In addition, national-level OMGs maintain criminal networks of regional and local motorcycle clubs, commonly referred to as "support," "puppet," or "duck" clubs, whose members conduct criminal activities in support of the larger OMGs, and who are a source for new members.4 Some members of support clubs have acquired employment with private businesses or government agencies, which enables them to provide national-level OMGs with business, government, and financial information that can be used to protect their criminal enterprises, according to open source and published law enforcement information.*

*• Regional-level OMGs are highly structured organizations that range in size from 50 to several hundred members. In the United States 109 regional-level OMGs have been identified by gang investigators; most support one of the national-level OMGs. Several regional-level OMGs maintain independent associations with transnational DTOs and other criminal organizations.*

*• Local-level OMGs typically operate in a single state or in a few neighboring states and have fewer than 50 members. They are often support clubs for regional- and national-level OMGs. Local-level OMGs usually have no ties to DTOs or to other criminal organizations*

CITY OF DOTHAN/GRAY 000887
CONFIDENTIAL

# EXHIBIT

# 16

## The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III - DISCIPLINARY POLICY*

| SECTION III - EMPLOYEE INFORMATION | | | |
|---|---|---|---|
| Employee Name<br>Ivan Keith Gray | Employee ID Number<br>101492 | Hire Date<br>02-11-1985 | Department<br>Police |
| Employee Job Title<br>Captain | | Counseling Supervisor Name & Job Title<br>Gregory J. Benton, Chief | |

### SECTION IV - OFFENSE AND TYPE OF ACTION

Check (√) Category and Offense, Circle (O) Rule Number(s) violated

☐ MINOR CATEGORY   ☐ 1st Offense   ☐ 2nd Offense   ☐ 3rd Offense   ☐ 4th Offense
Violation of Rule: Section 3-41.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18

☐ MAJOR CATEGORY   ☐ 1st Offense   ☐ 2nd Offense
Violation of Rule: Section 3-42.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

X  INTOLERABLE CATEGORY  X  1st Offense
Violation of Rule: Section 3-43.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  ⑲  20

Check (√) Type of Disciplinary Action For This Offense

☐ FORMAL COUNSELING   ☐ WRITTEN WARNING   ☐ FINAL WRITTEN WARNING   X  DISCHARGE

### SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

In the space below or on additional sheets provide detailed documentation of the rule(s) violated to include dates and the specific actions of the employee. Include details of recommendations for corrective action and consequence of future violations.

You are found to be in violation of Dothan Police Department General Order 100-50, Code of Conduct, section II, paragraph B, Conduct Unbecoming of an Officer and section XXXVIII, paragraph A, Membership in Organizations; General Order 20CM2H, Mobile Data Terminals and Electronic Messaging, Section I, paragraph 6, Administrative; General Order 100-50, Code of Conduct; section XXXIII, paragraph A, Truthfulness; General Order 200-30, Professional Standards, section IV, paragraph M, Investigative Procedures and General Order 100-41, Code of Ethics, section I, paragraph I, Private Life. (See Exhibit "A" attached hereto and incorporated herein).

You have further been found in violation of City of Dothan Personnel Rules and Regulations, Sec 3-43, (19) Intolerable Offense: Other, to include Conduct Unbecoming of an Officer. (See Exhibit "A" attached hereto and incorporated herein).

| Supervisor Signature | Date signed | Department Head Signature | Date Signed |
|---|---|---|---|
| *[signature]* | 9-20-13 | *Gregory J. Benton* | 9-20-13 |

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above. I understand my signature on this form acknowledges the counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statements documented on this form. I also understand I may provide a written explanation of the offense for which the counseling or warning report has been issued and attach this written statement to this form. I understand this Personnel Form #147 and any attachments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE: *Ivan K. Gray*          Date Signed: 9-20-13

Distribution: ☐ ORIGINAL to Personnel Department   ☐ COPY to Employee   ☐ COPY to Department Head

CITY OF DOTHAN/GRAY 000938
CONFIDENTIAL

# The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III – DISCIPLINARY POLICY*

**How to use the Tables below:** Complete SECTION I by listing the employee's minor offense history for the past twelve months and/or Major offense history for the past twenty-four months. Refer to the SECTION II - DISCIPLINARY ACTIONS SUMMARY TABLE to determine the appropriate disciplinary action to be taken and whether the disciplinary action must follow the Due Process Procedure as set out in Personnel Regulation IV.

Note:    "Minor", "Major", or "Intolerable" offenses have separate disciplinary action progressions.  See the SUMMARY TABLE in SECTION II below.  The offense free time period required to clear a disciplinary record of MINOR offenses is 12 months and MAJOR offenses are 24 months from the "date of record" for last offense committed.    ("Date of Record" is date form signed by department head.)

| SECTION I - REVIEW OF EMPLOYEE DISCIPLINARY HISTORY | | | |
|---|---|---|---|
| A review of this employee's active Disciplinary History includes the following MINOR category offense(s) and/or the following Major category offense(s).  If the employee has no active disciplinary history, write N/A. | | | |
| Category | Type of Action | Dated | Specific Violation - Cite Rule and Offense |
| MINOR | Formal Counseling | | |
| MINOR | Written Warning | | |
| MINOR | Final Written Warning or Final Written Warning & 1-5 Day Suspension | | |
| MAJOR | Final Written Warning & 1-20 Day Suspension | | |

The SUMMARY TABLE below shows: (1) The disciplinary progression (1st, 2nd, 3rd, etc., offense) and resulting disciplinary action for MINOR, MAJOR, and INTOLERABLE offenses; and (2) Whether a disciplinary action requires a Due Process Hearing before being administered.

| SECTION II - REVIEW OF ACTION SUMMARY TABLE | | | | |
|---|---|---|---|---|
| **DUE PROCESS HEARING NOT REQUIRED** | First Offense MINOR<br><br>Formal Counseling | Second Offense MINOR<br><br>Written Warning | Third Offense MINOR<br><br>Final Warning or (See below) | Fourth Offense MINOR<br><br>See Below |
| **❖ DUE PROCESS HEARING REQUIRED PRIOR TO ADMINISTERING.** | First Offense MAJOR<br><br>Final Warning and 1-20 Day Suspension. | Second Offense MAJOR<br><br>Discharge | Third Offense MINOR<br><br>Final Warning and 1-5 Day Suspension | Fourth Offense MINOR<br><br>Discharge |
| | First Offense INTOLERABLE<br><br>Discharge | Due Process Hearings are implemented in accordance with Personnel Regulation IV | | |

CITY OF DOTHAN/GRAY 000939
CONFIDENTIAL



In the early morning hours of August 25, 2013, Dothan Police responded to an Assault 2nd call for assistance from 414 N. Appletree St. in Dothan, AKA the Outcast Motorcycle Club clubhouse. Officers found numerous club members inside, all of whom had extensive criminal records. Several of those club members were arrested on felony charges.

Upon your being identified by several of these club members and subsequently other members of the Outcast Motorcycle Club as being involved in various other activities, an internal police investigation was begun. This investigation confirmed your involvement, including, but not limited to, your having met with Otis "Big O" Ashford, State President of Outcast Motorcycle Club in Bessemer, AL, sometime in April, 2013. This meeting was for the purpose of receiving approval or "blessing" of Outcast Motorcycle Club for the start of a new chapter of your motorcycle club, Bama Boyz, in Anniston, AL, which in fact, you did receive. You also sought and received the "blessing" of "Big Meat" (real name unknown), President of Sin City Disciples Motorcycle Club in Alabama. These two clubs are listed by the U.S. Justice Department as "Outlaw Motorcycle Gangs" in Alabama, whose members have voluntarily made a commitment to band together to abide by their organization's rules enforced by violence and who engage in activities that bring them and their club into repeated and serious conflict with society and the law including a pattern of criminal or delinquent conduct.

The investigation confirmed that you have instructed new members of your club that it is "attached directly" to Outcast Motorcycle Club, that you "work hand-in-hand" with them and Sin City Disciples Motorcycle Clubs and that your club follows their directions and guidelines.

The investigation further revealed your misuse of DPD equipment, including, non-police business related access of personal information of your fellow officers on the City's Sungard AS400 system and inappropriate access and viewing of a pornographic internet website on your police issued cellphone.

During the course of this investigation you were untruthful with investigators and made statements intended to deceive and alter the course of their investigation into your conduct which made the basis of these charges.

1

CITY OF DOTHAN/GRAY 000940
CONFIDENTIAL

# EXHIBIT
# 17

# NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION

(Reproduce in one page (front and back) format to maintain form integrity)

| (Employee Name) | TO: | Ivan Keith Gray | Emp ID: | 101492 |
|---|---|---|---|---|
| (Department Head) | FROM: | Chief Gregory J. Benton | | |
| | DATE: | 09-20-2013 | | |

## SECTION I – NOTICE OF CATEGORY FOR CHARGES
(✓ All that apply)

| | | |
|---|---|---|
| MINOR CATEGORY: | | ✱ 3rd Offense, Final Warning & 1-5 Day Suspension |
| | | ✱ 4th Offense, Grounds for Discharge |
| MAJOR CATEGORY: | | ✱ 1st Offense, Final Warning & 1-20 Day Suspension |
| | | ✱ 2nd Offense, Grounds for Discharge |
| INTOLERABLE CATEGORY: | X | ✱ 1st Offense, Grounds for Discharge. |
| SICK LEAVE ABUSE: | | ✱ 4th Offense, Grounds for Discharge |
| VEHICLE ACCIDENT: | | ✱ 2 - 5 Points, Suspension |
| | | ✱ Over 5 Points, Suspension or Termination |

✱ PF #147 (or PF#147-A for Sick Leave Abuse, or PF#148 Vehicle Accident) is submitted when an employee commits any category offense requiring due process and is attached to PF#153 for Major and Intolerable Offenses. If after due process the Department Head or Personnel Board determines the employee did not violate any rules, all copies of the applicable PF#147/PF#147-A/PF#148 are destroyed.

## SECTION II – NOTICE OF CHARGES

You are hereby notified that possible disciplinary action is contemplated against you on the charges specified below and that such action could result in suspension, demotion or dismissal. It has been brought to my attention as Department Head that you have possibly violated the Personnel Rules and/or Civil Service Act of the City of Dothan, Alabama, in that (Give specific details of the offense(s) to include date(s), location(s), person(s) involved, cite rule(s) violated. Additional sheets may be attached if needed):

You are found to be in violation of Dothan Police Department General Order 100-50, Code of Conduct, section II, paragraph B, Conduct Unbecoming of an Officer and section XXXVIII, paragraph A, Membership in Organizations; General Order 20CM2H, Mobile Data Terminals and Electronic Messaging, Section I, paragraph 6, Administrative; General Order 100-50, Code of Conduct; section XXXIII, paragraph A, Truthfulness; General Order 200-30, Professional Standards, section IV, paragraph M, Investigative Procedures and General Order 100-41, Code of Ethics, section I, paragraph I, Private Life. (See Exhibit "A" attached hereto and incorporated herein).

You have further been found in violation of City of Dothan Personnel Rules and Regulations, Sec 3-43, (19) Intolerable Offense: Other, to include Conduct Unbecoming of an Officer. (See Exhibit "A" attached hereto and incorporated herein).

## SECTION III – NOTICE OF HEARING ON CHARGES

You are hereby given twenty-four (24) hours advance notice that a Determination Hearing will be held

| (Day of week, Calendar Date and Time of Hearing) | on: | Monday, September 23, 2013 at 0900 hours (9:00 A.M.) |
|---|---|---|
| (Location where hearing will be held) | at: | Roy M. Driggers Municipal Building (Civic Center) 1st Floor Room 101 |

At the time of the Determination Hearing you will have the opportunity to respond to the above charge(s) orally and/or in writing if you so desire. If you wish to reply to the charges in writing, you must have the documents prepared and ready to present at the time designated for the hearing. You may submit sworn affidavits in reply to these charges if you so elect. You are hereby advised that you have the right not to respond to these charges if you so elect. If you desire, you may be accompanied by an impartial observer of your choosing. This hearing will not be of an adversary nature and no examination or calling of witnesses to testify will be permitted.

You will be notified in writing of the Department Head's disciplinary decision within three (3) working days after the date of this hearing. In the event disciplinary action is taken, the procedures for review and appeal as provided by the Personnel Rules and/or Civil Service Act of the City of Dothan are available to any Classified employee or laborer, other than those under initial probationary status.

Signature of Department Head: *Gregory J. Benton*

CITY OF DOTHAN/GRAY 000941
CONFIDENTIAL

**NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION**
(Reproduce in one page (front & back format) to maintain form integrity)

**SECTION IV - DOCUMENTATION OF NOTICE BEING SERVED**
(Complete *either* Part A or both Part B and C of this section)

**PART A.**

I certify that I served _Ivan Keith Gray_ a copy of this Notice of hearing at
(Employee Name)

_0355_ O'clock (☐ am  ☑ pm) on _9·20·13_
(Time Served)                                                          (Date Served - M/D/Y)

which is at least twenty-four (24) hours prior to the date and time specified on the front of this form.

_____
(Signature of Department Head or Supervisor)

**OR**

**PART B.**

I certify that due to the unavailability of the employee I have delivered a copy of this Notice of Determination Hearing (Personnel Form #153) to the City of Dothan Police Department for service on the employee named on the front of this Notice at least twenty-four (24) hours in advance of the time and date specified on this notice.

_____
(Signature of Department Head or Supervisor)

**PART C.**

I certify that a copy of this Notice of Determination Hearing was served on the employee named on the front of this Notice at

_____ on _____
(Time of Service)                      (Date Served - M/D/Y)

_____
(Signature of Server [Member, Dothan Police Department])

**SECTION V - DOCUMENTATION OF NOTICE BEING RECEIVED**

I acknowledge that I received a copy of this Notice of Determination Hearing at least twenty-four (24) hours prior to the date and time of said hearing.

Signature of Employee:_____  Date: _9-20-13_

Distribution of PF#153:   ☐ Original to Personnel Department   ☐ Copy to Department Head   ☐ Copy to Employee

CITY OF DOTHAN/GRAY 000942
CONFIDENTIAL



In the early morning hours of August 25, 2013, Dothan Police responded to an Assault 2nd call for assistance from 414 N. Appletree St. in Dothan, AKA the Outcast Motorcycle Club clubhouse. Officers found numerous club members inside, all of whom had extensive criminal records. Several of those club members were arrested on felony charges.

Upon your being identified by several of these club members and subsequently other members of the Outcast Motorcycle Club as being involved in various other activities, an internal police investigation was begun. This investigation confirmed your involvement, including, but not limited to, your having met with Otis "Big O" Ashford, State President of Outcast Motorcycle Club in Bessemer, AL, sometime in April, 2013. This meeting was for the purpose of receiving approval or "blessing" of Outcast Motorcycle Club for the start of a new chapter of your motorcycle club, Bama Boyz, in Anniston, AL, which in fact, you did receive. You also sought and received the "blessing" of "Big Meat" (real name unknown), President of Sin City Disciples Motorcycle Club in Alabama. These two clubs are listed by the U.S. Justice Department as "Outlaw Motorcycle Gangs" in Alabama, whose members have voluntarily made a commitment to band together to abide by their organization's rules enforced by violence and who engage in activities that bring them and their club into repeated and serious conflict with society and the law including a pattern of criminal or delinquent conduct.

The investigation confirmed that you have instructed new members of your club that it is "attached directly" to Outcast Motorcycle Club, that you "work hand-in-hand" with them and Sin City Disciples Motorcycle Clubs and that your club follows their directions and guidelines.

The investigation further revealed your misuse of DPD equipment, including, non-police business related access of personal information of your fellow officers on the City's Sungard AS400 system and inappropriate access and viewing of a pornographic internet website on your police issued cellphone.

During the course of this investigation you were untruthful with investigators and made statements intended to deceive and alter the course of their investigation into your conduct which made the basis of these charges.

1

CITY OF DOTHAN/GRAY 000943
CONFIDENTIAL