# EXHIBIT
# H

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IVAN KEITH GRAY,** | ) | |
| **Gray,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO:** |
| | ) | **1:14-cv-00592-MHT-SRW** |
| **CITY OF DOTHAN,** | ) | |
| **Defendant.** | ) | |

<u>**DECLARATION OF STEVE PARRISH**</u>

I, the undersigned, Steve Parrish, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1. My name is Steve Parrish. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2. I have been employed by the City of Dothan Police Department for approximately 31 years. I currently hold the rank of major. The position of major was posted in or around June 2010 and I applied for and was selected for the position. I became major of the Dothan Police Department effective July 18, 2010.

3. I was Gray's direct supervisor from the date he was promoted to Captain, in or around October 2010 until the termination of his employment. As Gray's direct supervisor, I gave him both positive and negative feedback. I frequently commended him for actions that he had taken that were above and beyond expectations. I submitted more Guardian Tracking reports regarding Gray than any other officer under my supervision. Most of the Guardian



Initial

Tracking related to his positive participation in and involvement in the community and his positive job performance.

4.      When Gray became captain over the Administrative Services Bureau in January 2013, I asked him to develop a plan and staffing design to facilitate operational efficiency in the Bureau. Gray never submitted a plan. I made this same request of Stacey Robinson ("Robinson") while Robinson was captain of the Administrative Services Bureau. In response, Robinson proposed the creation of the new lieutenant position within the Bureau.

5.      On or about April 8, 2013, I made a Guardian Tracking entry informing Gray that a pattern of a lack of communication was developing and that as his supervisor I expect to be informed about things that relate to the operations of the Department.  On or about June 9, 2013, Gray entered a response to my April 8 Guardian Tracking entry.  On or about June 12, 2013, I sent a memo to Chief Benton forwarding the Guardian Tracking entry made by Gray and requesting that the Chief request an investigation.  Attached hereto as Exhibit 1 is a true and correct copy of the July 5, 2013 memo and supporting documentation that I submitted to Darryl Mathews in response to allegations made by in Gray's June 9, 2013 Guardian Tracking entry.  A true and correct copy of the June 12, 2013 memorandum that I sent to Chief Benton is attached hereto as Exhibit 1, Bates label City of Dothan/Gray 03268.

6.      On or about February 24, 2012, I issued Gray a performance improvement plan. A true and correct copy of the February 24, 2012 performance improvement plan is attached hereto as Exhibit 1, Bates label City of Dothan/Gray 3296-3299.  I have since learned that without my knowledge, Gray recorded the conversation that we had when I issued him the performance improvement plan.  The recording accurately captured the conversation the he and I had regarding the performance improvement plan.  Attached hereto as Exhibit 2 is a true and

Initial

correct copy of the audio recording as recorded by Gray of the conversation between Gray and me regarding his performance improvement plan. While Gray was on the performance improvement plan, he and I met from time to time to discuss his progress. On May 15, 2012, I sent Gray a memo informing him that he had satisfactorily completed the requirements of the performance improvement plan. A true and correct copy of the May 15, 2012 memorandum is attached hereto as Exhibit 1, Bates label City of Dothan/Gray 03307.

7.      On or about January 23, 2013, I submitted a memorandum to Chief Gregory Benton ("Chief Benton") regarding a conference that I had with Gray in which Gray claimed that I treated him differently. Chief Benton recommended that I discuss the issue with Darryl Mathews ("Mathews"), the EEO Training Officer. Shortly thereafter, on or about February 1, 2013, I met with Matthews, who advised me that he would stay on top of the situation. A true and correct copy of the January 23, 2013 memorandum is attached hereto as Exhibit 1, Bates label City of Dothan/Gray 3283.

8.      I had to remind Gray on at least one occasion that he needed to communicate with me when he was absent from work. Gray's lack of communication with me occasionally required me to inquire about Gray's whereabouts to others, including Gray's secretary. As Gray's direct supervisor, I was also responsible for guiding Gray in his supervisory responsibilities for his own subordinates. Due to complaints from Gray's subordinates and inefficiencies in the Patrol Bureau, I counseled Gray on his tendency to micromanage his subordinates. On one particular occasion, one of Gray's subordinates, Officer Markow, made a mistaken arrest. Gray spent so much time investigating the incident that his other responsibilities, including important paperwork, fell behind. I counseled Gray that while I agreed that Officer Markow was wrong, Gray needed to deal with the situation efficiently and move on. Some of the


Initial

paperwork that was lying stagnant was polygraph reports for which Gray was responsible for reviewing and submitting to Chief Benton.  Prior to being hired, all officers must complete and pass a polygraph examination.  Gray was not responsible for conducting the examinations but was responsible for reviewing them after they had been completed by other officers and then submitting them to Chief Benton.   Chief Benton sometimes approached me, as Gray's supervisor, to inquire about the status of the polygraph reports that had been completed but not provided to him and I reminded Gray that these reports were important and needed to be submitted in a timely manner.

9.     On three different occasions, Gray became involved in incidents occurring at night clubs while Gray was frequenting those night clubs in his off-duty capacity. As a result of these incidents triggering inquiries within the Department, I counseled Gray that he did not think it was appropriate for Gray, given his high-ranking position within the Department, to be out at night clubs into the early hours of the morning, particularly when he had to be at work at 8:00 a.m. the next day.

10.     Gray's most recent performance evaluations, which I drafted, indicate that he was an exceptional performer.  Attached hereto as Exhibit 3 are true and correct copies of portions of the performance evaluations that were provided to Gray in 2010, 2011 and 2012.  It was my opinion Gray was an exceptional performer during these performance periods.

11.     I have not been a member of the Sons of Confederate Veterans since 2006.

Dated this 27th day of March, 2015.

Steve Parrish

4

Initial

# EXHIBIT

# 1



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000



Memorandum

Date:       July 5, 2013

To:         Mr. F. Darryl Mathews, EEO/Training Officer

From:       Major Steve Parrish

RE:         Investigation of Discrimination Complaint

**Complete Document with Complaints Highlighted**

This is a copy of the document with the key points of complaint by Captain Gray highlighted. Throughout the rest of the packet, I have addressed these one by one and affixed a copy of my memorandum to you with explanations for each. I have also included other documentation that I feel would be helpful to you for your investigation.

CITY OF DOTHAN/GRAY 003260
CONFIDENTIAL



Entered by Captain Keith Gray (344) on 6/9/2013

Guardian Tracking Rebuttal
Entry by Major Steve Parrish on 4/8/13

Personnel Director:
On more than one occasion you have
On April 7, 2013 I was examined by a physician at the Southeast
Alabama Medical Center whom determined that I had a fibular fracture to
my left leg at which I received medication for pain. I received instructions
to follow up at Southern Bone and Joint in order that my leg be placed in
a cast. During this time I had a previously made arrangements to
relocate my father, whom has dementia, from Bonifay (Florida) Nursing
Home to the Veterans Affairs Hospital located in Tuskegee, Alabama on
4/8/13. I made contact with Chief Benton's Administrative Assistant
regarding my injury as well as Chief Benton. After my follow up
appointment at Southern Bone and Joint on 4/9/13 I proceeded to the
Employee Health Clinic with paperwork of my treatment and to file
Family Medical Leave regarding my elderly father care as well as my
medical issues. I brought the appropriate paperwork to the police
department and gave it to Pam Deese and spoke with Chief Benton
(Major Parrish was not in the building). I was approved for Family Medial
Leave and was directed not to return to work for approximately 3 weeks.
Once I returned to work and was able to check guardian tracking I
discovered that Major Steve Parrish had submitted a negative
Supervisor Miscellaneous Incident Report on me (See Attached Report



CITY OF DOTHAN/GRAY 003261
CONFIDENTIAL



dated 4/8/13). Within this report Parrish addresses my absence from duty and lack of communication with him regarding my injury. In addition he mentioned the deployment of the Dignitary Protection Unit recently and stated that Chief Benton was informed of the deployment and he was not. Apparently this is what led to Parrish submitting this guardian tracking entry. In response to this negative entry that will be added to my personnel file within the Coaching portion of my Employee Performance Evaluation this month I must explain issues between Parrish and I that I feel is harassment from him that dates back to January of 2013. My intent is to file a Title VII Civil Rights Act Violation regarding Racial Discrimination and Unlawful Employment Practices complaint with the Equal Employment Opportunity Commission as a result of Parrish's ongoing practices of deliberately treating me indifferent. In my opinion he has also violated the Federal Consent Decree that is currently in place.

On 1/17/13 Captain Jay came to my office and told me that I was needed in the Chief's Office. Once there Major Parrish and Chief Benton were sitting down and Parrish informed me of my transferred from the Patrol Services Bureau to the Administrative Services Bureau. I asked why and was told that Captain Robinson had health issues that they felt could be better managed if he supervised a bureau that was the most self-sustaining. In addition I was told that on occasion Captains would be transferred to all 3 bureaus for experience. I had already supervised the Administrative Bureau in the past so immediately I became suspicious at the timing of this transfer. I mentioned to Parrish that within the Administrative Bureau the Animal Control Division supervisor (Sgt.



Woodruff) and I did not see eye-to-eye and we had prior issues. Parrish then said that she would just have respect that I was her supervisor and follow my directions. These were the only reasons I received from Parrish and Chief Benton. The transfer became effective on 1/27/13. Approximately 1 or 2 weeks later I entered Parrish's office and told him that my transfer, "Didn't pass the smell test." I felt that there were other reasons unknown to me that I had been transferred. He asked me to close his door and I asked if the recent department wide survey from employees had anything to do with my transfer and he said, "No". I then asked why I was transferred. The tone of his voice changed to chastisement as he began to accuse me of "micromanaging" and said that I had called for a, " three day investigation into an incident regarding Officer Peter Markow." I explained to Parrish in detail of several department and personnel violations (some of a major category) that Markow had committed during an incident where a suspect was apprehended. I advised Parrish that I met with several supervisors to determine if the department failed in training Markow prior to seeking disciplinary action in order to reduce liability. The suspect was a Black, Male and Parrish brought to my attention that the suspect plead guilty to the charges, and I responded that he was not represented by an attorney, and one of his charges were improperly brought by Markow. Next, Parrish accused me of not forwarding a polygraph report to Chief Benton once when he was looking for the results. I informed him that Lt. Roy Woodham was the person who assigns polygraphs and he has done so for several months. Parrish then described incidents where I was off-duty and came in contact with police officers. One of these such

events I received a minor infraction for, however he mentioned another incident at Pocket's Lounge where I was threatened by a "Westside Boys Gang Member" as I was awaiting a to-go-order. Internal Affairs conducted an investigation into that incident and I was exonerated from any wrong doing. In that case I obtained a warrant for the arrest of the suspect instead of making an on-view arrest. I take offense to Parrish with this incident because I had to defend myself from being assaulted by 2 men much larger than I just because they discovered that I was an off-duty police officer and they became aware of that through other patrons of the establishment. Another incident that Parrish mentioned was that I assisted the owner of a local lounge in detaining a suspect that had counterfeit money and an illegal firearm until officers could arrive and make several felony charges. Usually this is something that an officer would normally receive praise for, but Parrish seems determined to chastise me for any small thing that he can. Parrish then told me that I, "... should not be out at 2:30 AM." I again took offense to Parrish's attempt to dictate where I go and what time that he feels I need to be at my residence during my off-duty private time. I then proceeded to inform Parrish that he needed tell juveniles what time to be in bed because I am an adult. In addition I told Parrish that he is not without fault as it relates to his job as a Major with this department. I explained that I know that he just does not like me as a person, and it is readily apparent by employees of this department that he deliberately treats his close employee friends, some of which are in the organization "Sons of Confederate Soldiers" that Parrish has been a leader of, with more respect and favor than others. I told him that as a supervisor it was

incumbent that he not show favoritism for some employees more so than other employees. He then said that maybe he needed to re-evaluate himself in that area. I have been employed with this department for over 28 years and in my opinion based on things that I have witnessed, Parrish has always been part of the "Good ol Boys" and it appears that he still subscribes to this practice. At the end of this discussion Parrish told me that he was monitoring me and that he was going to see if I let Lt. Nelms supervise without me micromanaging him. Since this conversation between Parrish and I he has removed my authority as a Bureau Commander by transferring division supervision from me to a Lieutenant Rank, as well as transferring divisions that would be under my command to be supervised by himself (Communications Division & Training Division). Parrish has created a position of "Administrative Services Bureau Supervisor" which is now the rank of Lieutenant in order to circumvent my authority. This has resulted in the alteration of the department's organizational chart which removes me, (Black, Male) from authority over my bureau and places it at the Lieutenant's level (White, Male). The other two Captains, (White, Male) still retains their authority over the other two bureaus without limitation, and does not have a "bureau supervisor" at the rank of Lieutenant.

Major Parrish has intentionally failed to make several guardian tracking entries that would be favorable for me, however he consistently makes favorable guardian tracking entries for other employees (mostly White) that seem minor. An example of that is Parrish made a favorable guardian tracking entry of an employee taking the assignment to drive newly purchased police vehicles to Dothan from another city. On the


CITY OF DOTHAN/GRAY 003265
CONFIDENTIAL

other hand Parrish failed to recognize me for: (1) Finding an Executive Protection School for several employees at no cost to the city. (2) Receiving a Commendation from the Governor of the State of Alabama for a recent Kidnapping Case. (3) Working on the kidnapping case without receiving additional compensation since I am a fixed salary. (4) Executive Protection Detail of Governor Robert Bentley during a recent economic announcement in Dothan.

Parrish has not communicated with me since our heated exchange on 1/17/13 where he falsely accused me of micromanaging and not turning in work that was not my responsibility at the time. I have since discovered that another reason for my transfer was indeed for some comments within the survey. I was not given an opportunity to address any of the above mention concerns prior to my transfer. So Parrish's negative guardian tracking regarding my lack of communication with him is hypocritical to say the least. I request to be removed from Parrish's chain-of-command due to his affiliation with Sons of Confederate Soldiers (See Attached Photo), false statements he has made to me, and absolutely no confidence I have in his ability to treat me equally as others within the department. I have two witnesses that have overheard Parrish inquiring as to the whereabouts of Captain Jay when he was absent from work recently, also with a leg injury. I feel certain that he has not written a negative guardian tracking entry such as mine on Jay. I have told Chief Benton as well as Major Parrish that due to his (Parrish's) actions I feel as if he does not have my best interest in mind as it related to my position with this department, nor as a citizen of this

CITY OF DOTHAN/GRAY 003266
CONFIDENTIAL



city. For the record, Parrish cannot speak on my behalf, nor does he represent me in any way due to false statements that he has misrepresented me on. This guardian tracking entry is just another method for Parrish to discriminate on me as an African American due to the position of authority. The attached photocopy depicts Major Parrish with several former and present police department employees who receive preferential treatment, some of who were re-assigned to work directly under Parrish instead of me. The Federal Consent Decree prohibits Parrish from treating me the way he has over several months and I refuse to be subjected to this humiliation any longer.

Captain Keith Gray

cc: Chief Gregory Benton

GT Rebuttal 4-8-13.pdf Sons of Confederate Soldiers.pdf

Captain Gray, Keith (344) printed on 6/9/2013 at 11:55 PM
Add Comment

CITY OF DOTHAN/GRAY 003267
CONFIDENTIAL



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000



Memorandum

Date:        June 12, 2013

To:          Chief Gregory Benton

From:        Major Steve Parrish

RE:          Discrimination Complaint against Me

On April 8, 2013 I completed a Guardian Tracking entry on Captain Keith Gray (see attached dated April 8) advising him to communicate with me when he was absent from work. On June 9, 2013, he responded (see attached).

Captain Gray is accusing me of being a "good ole boy", showing favoritism being a liar and a racist. His commentary was very disturbing when I read it and to say the least I am hurt and offended by the accusations.

I do however understand it is his right to report such suspected activity and in my opinion, he has done that by posting this attachment in Guardian Tracking. I therefore request you contact the Personnel Director and the Equal Opportunity Officer and request an investigation into these allegations made by Captain Gray.

He has also requested I be removed from his chain of command and said he has intentions of filing a Title 7 Discrimination complaint. I am not opposed to this for the duration of the investigation. I would respectfully request a summary of the investigators findings at the conclusion.

CITY OF DOTHAN/GRAY 003268
CONFIDENTIAL



# City of Dothan
## Alabama

F. Darryl Mathews
EEO/Training Officer

## MEMORANDUM

**TO:**      Major Steve Parrish, Dothan Police Department

**FROM:**   F. Darryl Mathews, EEO/Training Officer

**DATE:**   June 17, 2013

**SUBJECT:** Discrimination Complaints'

Please be advised that my office is in receipt of your June 12, 2013 memorandum to Police
Chief Greg Benton requesting an investigation into Captain Keith Grays' allegation of Racial
Discrimination, and Federal Consent Decree violations' against you.

As the City's EEO/Training Officer, my office will initiate an investigation in this case to
ascertain the facts and present my findings and recommendations.

cc: Mike K. West, City Manager
    Greg Benton, Police Chief
    Delvick J. McKay, Personnel Director

6-20-13
Received 0945 Hrs

CITY OF DOTHAN/GRAY 003269
CONFIDENTIAL



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:       July 3, 2013

To:         Mr. F. Darryl Mathews, EEO/Training Officer

From:       Major Steve Parrish

RE:         Investigation of Discrimination Complaint

**Original Guardian Tracking Entry dated April 8, 2013**

Attached you will find the original Guardian Tracking entry that Captain Gray took issue
with. I would like you to read it and understand the following facts with the documents
provided as evidence:

1. At the time the entry was made, Captain Gray had not made contact with Chief
   Benton (see e-mail of Guardian Tracking preview) or me that he had broken his
   leg in a skating accident and requested leave.

2. He had not completed the paperwork for FMLA until Thursday, April 11, 2013 as
   it implies in his statement of complaint.

3. I utilized this "informal" entry into Guardian Tracking rather than formally
   charging him with violating Section 3-41(2) Unauthorized Absence.

4. He did not receive approval for FMLA until April 17, 2013 on himself and
   according the documentation in the attached e-mails; he did not have approval for
   his family member either. According the attached time sheet and conferring with
   Ms. Shelley, she informed Captain Gray of the FMLA approval on him on April
   22, 2013 at 0940 hours.

CITY OF DOTHAN/GRAY 003270
CONFIDENTIAL



Parrish, Steve                              PREVIEW

**From:** Benton, Greg
**Sent:** Monday, April 08, 2013 10:16 AM
**To:** Parrish, Steve
**Subject:** RE: Here's what I'm puting In Guardian Tracking on Keith

Excellent

**From:** Parrish, Steve
**Sent:** Monday, April 08, 2013 9:52 AM
**To:** Benton, Greg
**Subject:** Here's what I'm puting In Guardian Tracking on Keith

I had a few inquires this morning as to your whereabouts. It was not until I received an e-mail from the Chief that I knew you were out due to an off duty injury. As I have informed all captains in the past, I encourage you to communicate with the Chief freely. I do however expect you to also communicate things such as an absence from duty with me. I bring this to your attention, because there seems to be a pattern developing with your lack of communications with me.

Another example was with the latest deployment of the Dignitary Protection Unit and a correspondence from you directly to the Chief, omitting me. You must know that he and I communicate several times daily; so he sends me correspondents from all the captains if he does not see my name on them. I know at one point you said you were not comfortable with communicating with me. Nevertheless, as your supervisor I expect to be informed with things that relate to the operations of this Department.

This e-mail was between Chief Benton and I before I ever put it on Guardian Tracking. It is obvious by his response that he did not know Capt. Gray was out that day. SP



1

CITY OF DOTHAN/GRAY 003271
CONFIDENTIAL

# Supervisor Miscellaneous for Captain Keith Gray (344) occurred on 4/8/2013

Entered by Major Steve Parrish (337) on 4/8/2013

I had a few inquires this morning as to your whereabouts. It was not until I received an e-mail from the Chief that I knew you were out due to an off duty injury. As I have informed all captains in the past, I encourage you to communicate with the Chief freely. I do however, expect you to also communicate things such as an absence from duty with me. I bring this to your attention, because there seems to be a pattern developing with your lack of communications with me.

Another example was with the latest deployment of the Dignitary Protection Unit and a correspondence from you directly to the Chief, omitting me. You must know that he and I communicate several times daily. He sends me correspondents from all the captains if he does not see my name on them (if these thing pertain to the operations of this Department). I know at one point you said you were not comfortable with communicating with me. Nevertheless, as your supervisor I expect to be informed with things that relate to the operations of this Department.

CITY OF DOTHAN/GRAY 003272
CONFIDENTIAL

Page 1 of Complaint

Entered by Captain Keith Gray (344) on 6/9/2013

Guardian Tracking Rebuttal
Entry by Major Steve Parrish on 4/8/13

Personnel Director:
On more than one occasion you have
On April 7, 2013 I was examined by a physician at the Southeast
Alabama Medical Center whom determined that I had a fibular fracture to
my left leg at which I received medication for pain. I received instructions
to follow up at Southern Bone and Joint in order that my leg be placed in
a cast. During this time I had a previously made arrangements to
relocate my father, whom has dementia, from Bonifay (Florida) Nursing
Home to the Veterans Affairs Hospital located in Tuskegee, Alabama on
4/8/13. I made contact with Chief Benton's Administrative Assistant
regarding my injury as well as Chief Benton. After my follow up
appointment at Southern Bone and Joint on 4/9/13 I proceeded to the
Employee Health Clinic with paperwork of my treatment and to file
Family Medical Leave regarding my elderly father care as well as my
medical issues. I brought the appropriate paperwork to the police
department and gave it to Pam Deese and spoke with Chief Benton
(Major Parrish was not in the building). I was approved for Family Medial
Leave and was directed not to return to work for approximately 3 weeks.
Once I returned to work and was able to check guardian tracking I
discovered that Major Steve Parrish had submitted a negative
Supervisor Miscellaneous Incident Report on me (See Attached Report

CITY OF DOTHAN/GRAY 003273
CONFIDENTIAL

**Parrish, Steve**

| | |
|---|---|
| **From:** | Benton, Greg |
| **Sent:** | Tuesday, April 09, 2013 2:47 PM |
| **To:** | Parrish, Steve |
| **Subject:** | Re: Hello |

*(Chief)*
*His response to me.*

10-4. Thanks *(4)*

Gregory J. Benton
Chief of Police
Dothan Police Department
Dothan, Alabama

On Apr 9, 2013, at 1:33 PM, "Parrish, Steve" <slparrish@dothan.org> wrote:

> He has not responded.  It's really starting to tick me off.  If he don't have a REAL
> good excuse, I intend on having a conference with him following our next
> meeting.  He's technically AWOL.  I'll let you know if I hear anything.
>
> Thanks
>
> Steve

*(3) My response to Chief Benton*

| | |
|---|---|
| **From:** | Benton, Greg |
| **Sent:** | Tuesday, April 09, 2013 12:11 PM |
| **To:** | Parrish, Steve |
| **Subject:** | Re: Hello |

What did you find out?  *(2)*

*Here is the chief asking me if I found out where Capt. Gray was.*

Gregory J. Benton
Chief of Police
Dothan Police Department
Dothan, Alabama

On Apr 9, 2013, at 9:57 AM, "Parrish, Steve" <slparrish@dothan.org> wrote:

> Keith,
>
> Are you taking off today?
>
> SP   *(1)*

*E-mail where I asked Captain Gray if he was taking off work the second day he was out. He states that he communicated it to the Chief. BUT*

1

CITY OF DOTHAN/GRAY 003274
CONFIDENTIAL

**Parrish, Steve**

| | |
|---|---|
| From: | Parrish, Steve |
| Sent: | Wednesday, April 10, 2013 8:10 AM |
| To: | Gray, Ivan Keith |
| Subject: | RE: Hello |

Good luck.  ② *my response to him*

---

**From:** Gray, Ivan Keith
**Sent:** Tuesday, April 09, 2013 5:45 PM
**To:** Parrish, Steve; Benton, Greg; Shelley, Tonja; Deese, Pam
**Subject:** Re: Hello

My link was dead this morning. Im just getting your text. I text Chief yesterday about my doctors appointment today. Im on pain meds and have paperwork for FMLA. This morning after Dr. appointment City nurse also directed me to stay home until im off pain meds and has me on light duty after im off pain meds. Nurse said she would forward all paperwork to PD today. I will followup in AM to ensure all paperwork is in place. According ti Kris I will be on sick leave pending my FMLA approval on me and my father.

*Connected by MOTOBLUR™*

*His response to me. First I heard from him on this saying.*  ①

-----Original message-----
**From:** "Parrish, Steve" <slparrish@dothan.org>
**To:** "Gray, Ivan Keith" <IKGray@dothan.org>
**Sent:** Tue, Apr 9, 2013 09:57:54 CDT
**Subject:** Hello

Keith,

Are you taking off today?

SP

1

CITY OF DOTHAN/GRAY 003275
CONFIDENTIAL

| Employer Notification to Employee of Family or Medical Leave Act Status | City of Dothan<br>Personnel Department<br>P O Box 2128<br>Dothan, AL 36302<br>334-615-3180 |
| --- | --- |

Date:   April 11, 2013

To:     Ivan K. Gray

From:   Delvick J McKay, Personnel Director

SUBJECT:    FAMILY OR MEDICAL LEAVE (FMLA)

On April 11, 2013, the City became aware of your need to take family or medical leave due to:

☐    The birth of a child, or the placement of a child with you for adoption or foster care; or

☒    A serious health condition that makes you unable to perform the essential functions for your job; or

☐    A serious health condition affecting your ☐ spouse, ☐ child, ☐ parent, for which you are   needed to provide care.

<u>The City is aware that the treatment for your serious medical condition commenced on or about April 9, 2013, and is expected to continue for at least 6 weeks.</u>

Except as explained below, you have a right under the FMLA for up to 12 weeks of leave in a 12 month period for the reasons listed above. Also, your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work and you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave. If you do not return to work following FMLA leave for a reason other than: (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; or (2) other circumstances beyond your control, you may be required to reimburse the City for our share of your health insurance premiums paid on your behalf during your FMLA leave.

This is to inform you that:

1.    You are ☒ eligible ☐ are not eligible for leave under the FMLA.
      You are not eligible because (N/A if eligible):

2.    The requested leave ☒ will ☐ will not be counted against your FMLA leave entitlement.

3.    You ☒ will ☐ will not be required to furnish medical certification of a serious health condition. (Medical Certification was received in Personnel on April 11, 2013.)

4.    <u>You will be required to substitute your accrued paid leave for unpaid FMLA leave. However, the concurrent use of accrued paid leave with unpaid FMLA leave will not extend the 12 week FMLA leave period. The following conditions apply to the use of your accrued paid leave while on FMLA leave: Your use of paid sick leave and/or vacation leave for this medical condition will count toward your 12-week allotment of FMLA leave.</u>

Personnel Form 381
April 11, 2013

CITY OF DOTHAN/GRAY 003276
CONFIDENTIAL

**From:** Taylor, Ann S
**Sent:** Wednesday, April 17, 2013 3:30 PM
**To:** Shelley, Tonja
**Subject:** FMLA for IK Gray

Tonja,
Keith has been approved for Family Medical Leave. Please let me know the first day he is out so that I can key the hours and a start date.
Thanks
Ann

*Ann S. Stewart*
*Personnel Analyst III*
*City of Dothan*
*P O Box 2128*
*Dothan, AL 36302*
*(w) 334-615-3191*
*(c) 334-798-2868*
*(f) 334-615-3189*
*(e) astaylor@dothan.org*

Payroll official
Notification on
Capt. Grays FMLA Approval

2

CITY OF DOTHAN/GRAY 003277
CONFIDENTIAL

**Parrish, Steve**

| | |
|---|---|
| **From:** | Shelley, Tonja |
| **Sent:** | Tuesday, June 18, 2013 9:16 AM |
| **To:** | Parrish, Steve |
| **Subject:** | FW: FMLA for IK Gray |

Tonja Shelley
Dothan Police Department
City of Dothan/Houston County E-911 District
210 N. Saint Andrews Street
Dothan, AL 36303
P (334) 615-3617
F (334) 615-3619
tlshelley@dothan.org

**From:** Shelley, Tonja
**Sent:** Wednesday, April 17, 2013 4:47 PM
**To:** Gray, Ivan Keith
**Cc:** Taylor, Ann S
**Subject:** FW: FMLA for IK Gray

*Capt. Gray*
*Notified by Ms. Shelley*

FMLA for yourself has been approved.

First day out, Monday, April 8th.

Tonja Shelley
Dothan Police Department
City of Dothan/Houston County E-911 District
210 N. Saint Andrews Street
Dothan, AL 36303
P (334) 615-3617
F (334) 615-3619
tlshelley@dothan.org

**From:** Taylor, Ann S
**Sent:** Wednesday, April 17, 2013 4:39 PM
**To:** Shelley, Tonja
**Subject:** RE: FMLA for IK Gray

He hasn't sent the paperwork in for his dad yet.

*According to this exchange*
*Capt. Gray had not "sent paperwork in*
*for his dad." As of April 17th. He said*
*this was taken care of on 4/9/13.*

**From:** Shelley, Tonja
**Sent:** Wednesday, April 17, 2013 3:46 PM
**To:** Taylor, Ann S
**Subject:** RE: FMLA for IK Gray

This is for both himself and his dad, correct?

Tonja Shelley
Dothan Police Department
City of Dothan/Houston County E-911 District
210 N. Saint Andrews Street
Dothan, AL 36303
P (334) 615-3617
F (334) 615-3619
tlshelley@dothan.org

1

CITY OF DOTHAN/GRAY 003278
CONFIDENTIAL

PAYROLL START DATE 4/7/2013 4/8/2013          PAYROLL END DATE 4/24/2013 4/21/2013

| ADMIN 800-1700 Work hrs in Military Time > | 0800 1 hr lunch 1700 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 Hr Work Schedule | SUN | MON | TUE | WED | THU | FRI | SAT | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL |
| DATES> | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | |
| RG-Regular Hours Worked | OD | FS | FS | FS | FS | FS | OD | OD | FS | FS | FS | FS | FS | OD | - |
| VS-Vacation Leave | | | | | | | | | | | | | | | - |
| HS-Holiday Spent | | | | | | | | | | | | | | | - |
| ML-Military Leave | | | | | | | | | | | | | | | - |
| SL-Sick Leave | | | | | | | | | | | | | | | - |
| FMLA-Family Medical Leave-SL | | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | | | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | | 80.0 | FS |
| AS-Advanced SL | | | | | | | | | | | | | | | - |
| HA-Accrued Holiday | | | | | | | | | | | | | | | - |
| HO-Off on actual Holiday | | FMAL Started 4/9/13 | | | | | | | | | | | | | - |
| EA-Excused Absence | | | | | | | | | | | | | | | - |
| DO-Docked Time | | | | | | | | | | | | | | | - |
| H1/H2-Hurt on Job | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | - |
| CO-Called Out Overtime | | | | | | | | | | | | | | | - |
| OC-Court Overtime | | | | | | | | | | | | | | | - |
| OS-Special Event Overtime | | | | | | | | | | | | | | | - |
| OT-Regular Overtime | | | | | | | | | | | | | | | - |
| OF-Federal Local Impact | | | | | | | | | | | | | | | - |
| OL-City Local Impact | | | | | | | | | | | | | | | - |
| OT-Grant-US Marshals Task Force | | | | | | | | | | | | | | | - |
| OT-Grant-VICE OCEDTF | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | - |
| K9-Handlers only/4.0 per wk | | | | | | | | | | | | | | | - |
| SB-Stand By | | | | | Per phone call 4/22/2013 9:40 AM | | | | | | | | | 32.0 | VB |
| VB-Vacation Bonus Pay | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | |
| TOTAL | - | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | - | - | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | - | 80.0 | 112.0 |

I certify to the accuracy and truthfulness of the time reported for pay or non-pay and such time reported will be the basis for disbursement of public funds.

SUPERVISOR

Gray, Ivan Keith #344
EMPLOYEE NAME & ID #

CITY OF DOTHAN/GRAY 003279
CONFIDENTIAL

COPY



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:       July 3, 2013

To:         Mr. F. Darryl Mathews, EEO/Training Officer

From:       Major Steve Parrish

RE:         Investigation of Discrimination Complaint

**Note on Transfer Effective Date**

Captain Gray asserts in the attachment underlined in red that is was one or two weeks
following January 27, 2013 that he came to my office. The attached memorandum of my
documentation of the meeting indicates it was actually before his transfer.

CITY OF DOTHAN/GRAY 003280
CONFIDENTIAL

Page 3 of Complaint

Woodruff) and I did not see eye-to-eye and we had prior issues. Parrish then said that she would just have respect that I was her supervisor and follow my directions. These were the only reasons I received from Parrish and Chief Benton. The transfer became effective on 1/27/13. Approximately 1 or 2 weeks later I entered Parrish's office and told him that my transfer, "Didn't pass the smell test." I felt that there were other reasons unknown to me that I had been transferred. He asked me to close his door and I asked if the recent department wide survey from employees had anything to do with my transfer and he said, "No". I then asked why I was transferred. The tone of his voice changed to chastisement as he began to accuse me of "micromanaging" and said that I had called for a, " three day investigation into an incident regarding Officer Peter Markow." I explained to Parrish in detail of several department and personnel violations (some of a major category) that Markow had committed during an incident where a suspect was apprehended. I advised Parrish that I met with several supervisors to determine if the department failed in training Markow prior to seeking disciplinary action in order to reduce liability. The suspect was a Black, Male and Parrish brought to my attention that the suspect plead guilty to the charges, and I responded that he was not represented by an attorney, and one of his charges were improperly brought by Markow. Next, Parrish accused me of not forwarding a polygraph report to Chief Benton once when he was looking for the results. I informed him that Lt. Roy Woodham was the person who assigns polygraphs and he has done so for several months. Parrish then described incidents where I was off-duty and came in contact with police officers. One of these such

CITY OF DOTHAN/GRAY 003281
CONFIDENTIAL





# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:        January 23, 2013

To:          Chief Greg Benton

From:        Major Steve Parrish

RE:          Conference with Captain Gray



Captain Gray came to my office this date about 1535 hours. We began discussing his transfer from the Patrol Division. He wanted to know if Lt. Etress moving to patrol from internal affairs had anything to do with his reassignment. He also wanted to know if these "changes" were going to take place each year at this time.

I told him I would be perfectly honest with him and I advised him I was of the opinion he micro-managed his bureau to the degree that it hindered his ability to do his job as head of that bureau. He basically spent too much time on things I felt he should delegate to lower ranking officers. Paperwork was late to our office because he did not prioritize efficiently and we were going to move in a different direction and that is why the reassignments occurred. He became upset and argumentative. I listened to what he had to say. I explained the move was made and you and I discussed it back in mid-to-late summer. I also told him that since this was the beginning of a new year, it would make evaluation planning easier.

Captain Gray pronounced hurtful words by saying that he "thinks I have a personal problem with him and treat him differently than I do the other captains". He could not provide any examples but maintained his position. In my opinion, I think he believes that, "there are certain people around here that if you mess with them…" you basically get in trouble. He referred numerous times to his actions regarding Lt. Cherry which may be the basis for that statement. He also alluded to his minority status at least three times during the thirty-five minute conversation.

CITY OF DOTHAN/GRAY 003282
CONFIDENTIAL

While we were conversing, I told him that I did not appreciate having to learn of his three night club instances through Professional Standards. He said he did not feel comfortable telling me. I also told him that I was of the opinion that a captain at this agency should not be out at night clubs on Friday morning at 0230 when he had to be at work at 0800. He then attempted to turn that into the reason I reassigned him accusing me of attempting to control his personal life. He said it was no different than being at a restaurant when someone tried to pass counterfeit money and acting upon it (referring to his latest incident). I told him that I thought there was a big difference between being at a restaurant, and a bar at 2 AM when your subordinates arrive to conduct police business.

He also questioned why I did not let him command Training and Communications and said he thought it was because Lt. Woodham was a friend of mine and so forth. I told him that I felt he was over his head commanding Patrol Division and I was going to leave Lt. Nelms as a lieutenant in his new assignment to manage operations for three months and if he shows signs of improvement; I would possibly place Training and Communications back under him at a later time. I told him I wanted him to work on building trust among his subordinates. I asked him if he felt he was "liked" among his subordinates; he seemed to not particularly care. When I asked him if he thought his subordinates trusted him he did not offer any definitive response only to say that I was well liked either.

We also discussed the various specialty details for which he wanted to take charge. I commended him on his work with the Bomb Squad. I questioned why he sends purchase requests to you on the Dignitary Protection Unit and he did not really explain it. I told him to route those requests through me in the future.

In conclusion, I think you may want to contact Mr. McKay and get an opinion from him as to what he thinks regarding his faintly veiled discrimination claim. Captain Gray seemed fixed on my opinion that he should not be "clubbing" in Dothan when his subordinates arrive on the scene as being the reason for his transfer. I also invited him to discuss this with you and he said he would. I also explained to Captain Gray that if he felt he was a victim of being treated unfairly, he should file the appropriate complaint.

Met with Darryl Mathews on 2-1-13 at 1400 Hrs. Darryl advised me that "Keith" had not filed a formal complaint, but he still need to discuss the situation to stay on top of it. I concurred and we talked for about an hour.

CITY OF DOTHAN/GRAY 003283
CONFIDENTIAL



# Dothan Police Department
210 North Saint Andrews Street.
Dothan, Alabama 36303
(334) 615-3000

Memorandum

| | |
|---|---|
| Date: | June 20, 2013 |
| To: | Mr. F. Darryl Mathews, EEO/Training Officer |
| From: | Major Steve Parrish |
| RE: | Investigation of Discrimination Complaint |

**Survey and Officer Markow Issue**

In the attachment marked "page 6 of complaint" you see where Captain Gray attributes his transfer to a department wide survey that was conducted and he had no opportunity to respond to it. He then accused me of lying to him about it. You will also find evidence in an e-mail where the dialogue between Officer Markow and I clearly demonstrate that the Chief and I were not made aware of the findings of the survey until January 25, 2013 between 0800-0952 hours.

I have also included Captain Gray's comments about Officer Markow (marked page 3) accusing me of covering for Officer Markow because he is white when the suspect in the case was black. I have attached the counseling from Officer Markow's lieutenant, Lt. Baxley to this memorandum.

Another note:  Officer Markow was assigned to the Recruiting and Retention Team headed by Sgt. Rachel David. He was delegated the responsibility of managing the survey due to his experience in having done several of these in the armed forces.

CITY OF DOTHAN/GRAY 003284
CONFIDENTIAL

page 6 of complaint

other hand Parrish failed to recognize me for: (1) Finding an Executive Protection School for several employees at no cost to the city. (2) Receiving a Commendation from the Governor of the State of Alabama for a recent Kidnapping Case. (3) Working on the kidnapping case without receiving additional compensation since I am a fixed salary. (4) Executive Protection Detail of Governor Robert Bentley during a recent economic announcement in Dothan.

Parrish has not communicated with me since our heated exchange on 1/17/13 where he falsely accused me of micromanaging and not turning in work that was not my responsibility at the time. I have since discovered that another reason for my transfer was indeed for some comments within the survey. I was not given an opportunity to address any of the above mention concerns prior to my transfer. So Parrish's negative guardian tracking regarding my lack of communication with him is hypocritical to say the least. I request to be removed from Parrish's chain-of-command due to his affiliation with Sons of Confederate Soldiers (See Attached Photo), false statements he has made to me, and absolutely no confidence I have in his ability to treat me equally as others within the department. I have two witnesses that have overheard Parrish inquiring as to the whereabouts of Captain Jay when he was absent from work recently, also with a leg injury. I feel certain that he has not written a negative guardian tracking entry such as mine on Jay. I have told Chief Benton as well as Major Parrish that due to his (Parrish's) actions I feel as if he does not have my best interest in mind as it related to my position with this department, nor as a citizen of this

**Parrish, Steve**

| | |
|---|---|
| **From:** | Markow, Peter |
| **Sent:** | Wednesday, June 19, 2013 3:21 PM |
| **To:** | Parrish, Steve |
| **Subject:** | RE: Question |

Sir, Looked it up through CAD and it was Friday 25 JAN 2013 between 0800-0952 hrs. Hope this helps

**From:** Parrish, Steve
**Sent:** Wednesday, June 19, 2013 2:41 PM
**To:** Markow, Peter
**Subject:** RE: Question

Thanks Pete. I appreciate your work!

**From:** Markow, Peter
**Sent:** Wednesday, June 19, 2013 2:40 PM
**To:** Parrish, Steve
**Subject:** RE: Question

Yes Sir, I was in the FBI SWAT school from 14-17 JAN 2013 and I know I briefed the results of the survey after I returned but Unfortunately I don't have the exact date....but I am sure If I pull my CAD data it would be on there, since I had to go out on the radio/MDB when I went to the briefing

**From:** Parrish, Steve
**Sent:** Wednesday, June 19, 2013 8:37 AM
**To:** Markow, Peter
**Subject:** RE: Question

I don't have it either. Don't worry about it. I'll get with Pam. I know it was after January 17th. Were you still at a school then?

**From:** Markow, Peter
**Sent:** Wednesday, June 19, 2013 6:18 AM
**To:** Parrish, Steve
**Subject:** RE: Question

Maj Parrish,

No Sir, unfortunately I don't. The date we sat down and briefed it may be on the Chiefs calendar though. I can check with Pam today and see if she has it.

**From:** Parrish, Steve
**Sent:** Tuesday, June 18, 2013 3:17 PM
**To:** Markow, Peter
**Subject:** Question

Pete,

Do you have any record on when you turned in the surveys to the Chief's Office?

CITY OF DOTHAN/GRAY 003286
CONFIDENTIAL

Page 3

Woodruff) and I did not see eye-to-eye and we had prior issues. Parrish then said that she would just have respect that I was her supervisor and follow my directions. These were the only reasons I received from Parrish and Chief Benton. The transfer became effective on 1/27/13. Approximately 1 or 2 weeks later I entered Parrish's office and told him that my transfer, "Didn't pass the smell test." I felt that there were other reasons unknown to me that I had been transferred. He asked me to close his door and I asked if the recent department wide survey from employees had anything to do with my transfer and he said, "No". I then asked why I was transferred. The tone of his voice changed to chastisement as he began to accuse me of "micromanaging" and said that I had called for a, " three day investigation into an incident regarding Officer Peter Markow." I explained to Parrish in detail of several department and personnel violations (some of a major category) that Markow had committed during an incident where a suspect was apprehended. I advised Parrish that I met with several supervisors to determine if the department failed in training Markow prior to seeking disciplinary action in order to reduce liability. The suspect was a Black, Male and Parrish brought to my attention that the suspect plead guilty to the charges, and I responded that he was not represented by an attorney, and one of his charges were improperly brought by Markow. Next, Parrish accused me of not forwarding a polygraph report to Chief Benton once when he was looking for the results. I informed him that Lt. Roy Woodham was the person who assigns polygraphs and he has done so for several months. Parrish then described incidents where I was off-duty and came in contact with police officers. One of these such

CITY OF DOTHAN/GRAY 003287
CONFIDENTIAL



# Incident Report
## Dothan Police Department

7/3/2013

## Counseling - Oral

**For:** DPD Member Markow, Peter (971)     **Occurred:** 11/16/2012

**By:** Lieutenant Baxley, Benny (283)     **Entered:** 1/26/2013

On 11/16/12, Officer Markow made a traffic stop on a subject for dark tinted windows and for suspected DUI. After obtaining identifying documents from the driver and passengers, Markow returned to his police vehicle to run the information through NCIC. When Markow got to his vehicle, the front seat passenger ran from the vehicle. Markow returned to the vehicle and discovered a pistol and a wooden club stuck between the front seats. Markow immediately ordered the driver and rear seat passenger out of the vehicle at gun point and secured them in the back of his patrol car. When retrieving the pistol from between the seats, Markow found the pistol to be a toy gun made of plastic with an orange tip. Markow charged the driver with Carrying a Concealed Weapon for having the toy gun. As for the suspected DUI, Markow chose not to do field sobriety tests to determine the extent of intoxication and transported the suspect to the jail. Markow had a breath test done to determine the suspect's level of intoxication without the suspect being arrested and booked into the city jail for DUI. The result of the breath test was 0.00. On 11/18/12, Markow swore to a DUI ticket to the magistrate's office for the driver being Under the Influence of Any Substance which impairs the driver.

During this traffic stop the driver pulled over onto HUD property and the front seat passenger ran from the vehicle. Prior to him running from the vehicle, Markow had obtained his personal identification. The next day (11/17/12), Markow was notified by another Officer that he saw this suspect run into an apartment in Martin Homes. This suspect I currently banned from all HUD properties. Markow made contact with this suspect in the Martin Homes' apartment and arrested the suspect for trespassing at Martin Homes. Markow also arrested the suspect for a second trespassing, carrying a concealed weapon, and obstructing government operations for the incident on 11/16/12 at Johnson Homes.

Markow failed to follow established operational procedures. In the Carrying a Concealed Weapon cases, no charges should have been made because the plastic toy gun and wooden club (in this case) are not considered by Alabama Law concealed weapons. In the DUI case, field sobriety test should have been administered. If the driver failed the field sobriety test then the driver should have been arrested and booked into the jail. As a result, both cases against the driver were dismissed by Judge Gordon.

For the second suspect (that ran from the vehicle), a warrant for the second trespassing should have been obtained for the 11/16/12 incident and not treated as an on-view arrest. The carrying a concealed weapon charge and the obstructing governmental operations charge should not have been made.



 GuardianTracking

Page: 1 of 2

CITY OF DOTHAN/GRAY 003288
CONFIDENTIAL

 Any future Incidents will lead to further disciplinary actions.




CITY OF DOTHAN/GRAY 003289
CONFIDENTIAL

ORIGINAL



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:      June 29, 2013

To:        Mr. F. Darryl Mathews, EEO/Training Officer

From:      Major Steve Parrish

RE:        Investigation of Discrimination Complaint

**Personnel Action-Improper Use of Authority**

I have attached a copy of the administrative action taken against Captain Gray in 2012. It contains the disciplinary form 147 and the Performance Improvement Plan as well as the documentation in the mentoring process. I was aware of the first incident at a bar since I completed the administrative action, but I found out about the other two from outside sources.

You informed me in our February 2013 meeting, and his complaints verifies that Captain Gray had a real problem with me telling him he should not go to clubs in the middle of the night when he had to be at work the next morning. He recounts this in his complaint (see attached). I have attached his time sheet for January 11, 2013 (the same day he was at Legacy Lounge between 0215-0330 hours). It shows he came to work at 0830 that same morning. I advised him on January 23 (see memorandum) that I was of the opinion that he should not do that as a captain at this department.

On at least two of these occasions he had interaction with his subordinates at local night clubs while off duty in a short time span. I still maintain that it does not reflect well on the rank and file to have a senior officer repeatedly encountered under such circumstances. He attributes my position on this to my lack of understanding the black culture.

CITY OF DOTHAN/GRAY 003290
CONFIDENTIAL

Woodruff) and I did not see eye-to-eye and we had prior issues. Parrish then said that she would just have respect that I was her supervisor and follow my directions. These were the only reasons I received from Parrish and Chief Benton. The transfer became effective on 1/27/13. Approximately 1 or 2 weeks later I entered Parrish's office and told him that my transfer, "Didn't pass the smell test." I felt that there were other reasons unknown to me that I had been transferred. He asked me to close his door and I asked if the recent department wide survey from employees had anything to do with my transfer and he said, "No". I then asked why I was transferred. The tone of his voice changed to chastisement as he began to accuse me of "micromanaging" and said that I had called for a, " three day investigation into an incident regarding Officer Peter Markow." I explained to Parrish in detail of several department and personnel violations (some of a major category) that Markow had committed during an incident where a suspect was apprehended. I advised Parrish that I met with several supervisors to determine if the department failed in training Markow prior to seeking disciplinary action in order to reduce liability. The suspect was a Black, Male and Parrish brought to my attention that the suspect plead guilty to the charges, and I responded that he was not represented by an attorney, and one of his charges were improperly brought by Markow. Next, Parrish accused me of not forwarding a polygraph report to Chief Benton once when he was looking for the results. I informed him that Lt. Roy Woodham was the person who assigns polygraphs and he has done so for several months. Parrish then described incidents where I was off-duty and came in contact with police officers. One of these such



events I received a minor infraction for, however he mentioned another incident at Pocket's Lounge where I was threatened by a "Westside Boys Gang Member" as I was awaiting a to-go-order. Internal Affairs conducted an investigation into that incident and I was exonerated from any wrong doing. In that case I obtained a warrant for the arrest of the suspect instead of making an on-view arrest. I take offense to Parrish with this incident because I had to defend myself from being assaulted by 2 men much larger than I just because they discovered that I was an off-duty police officer and they became aware of that through other patrons of the establishment. Another incident that Parrish mentioned was that I assisted the owner of a local lounge in detaining a suspect that had counterfeit money and an illegal firearm until officers could arrive and make several felony charges. Usually this is something that an officer would normally receive praise for, but Parrish seems determined to chastise me for any small thing that he can. Parrish then told me that I, "... should not be out at 2:30 AM." I again took offense to Parrish's attempt to dictate where I go and what time that he feels I need to be at my residence during my off-duty private time. I then proceeded to inform Parrish that he needed tell juveniles what time to be in bed because I am an adult. In addition I told Parrish that he is not without fault as it relates to his job as a Major with this department. I explained that I know that he just does not like me as a person, and it is readily apparent by employees of this department that he deliberately treats his close employee friends, some of which are in the organization "Sons of Confederate Soldiers" that Parrish has been a leader of, with more respect and favor than others. I told him that as a supervisor it was



CITY OF DOTHAN/GRAY 003292
CONFIDENTIAL

  

**PAYROLL START DATE** 12/30/2012          **PAYROLL END DATE** 1/12/2013

| Work hrs in Military Time > | OFF DAY | | 0800 1700 | 0800 1700 | 0800 1700 | 0800 1700 | OFF DAY | OFF DAY | 0800 1300 | | 0800 1700 | 0800 1700 | 0830 1730 | OFF DAY | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7K Plan - 28 Days/171.0 Hours | SUN | MON | TUE | WED | THU | FRI | SAT | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | |
| DATES> | 12/30 | 12/31 | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | | |
| RG-Regular Hours Worked | | HO | VS | 8.0 | 8.0 | 8.0 | OD | OD | 5.0 | VS | 8.0 | 8.0 | 8.0 | OD | 53.0 | RG |
| VS-Vacation Leave | | | 8.0 | | | | | | 3.0 | 8.0 | | | | | 19.0 | VS |
| HS-Holiday Spent | | | | | | | | | | | | | | | - | |
| ML-Military Leave | | | | | | | | | | | | | | | - | |
| SL-Sick Leave | | | | | | | | | | | | | | | - | |
| AS-Advanced SL | | | | | | | | | | | | | | | - | |
| HA-Accrued Holiday | | | | | | | | | | | | | | | - | |
| HO-Off on actual Holiday | | 8.0 | | | | | | | | | | | | | 8.0 | HO |
| DO-Docked Time | | | | | | | | | | | | | | | - | |
| H1/H2-Hurt on Job | | | | | | | | | | | | | | | - | |
| CO-Called Out Overtime | | | | | | | | | | | | | | | - | |
| OC-Court Overtime | | | | | | | | | | | | | | | - | |
| OS-Special Event Overtime | | | | | | | | | | | | | | | - | |
| OT-Regular Overtime | | | | | | | | | | | | | | | - | |
| OF-Federal Local Impact | | | | | | | | | | | | | | | - | |
| OL-City Local Impact | | | | | | | | | | | | | | | - | |
| K9-Handlers only/4.0 per wk | | | | | | | | | | | | | | | - | |
| SB-Stand By | | | | | | | | | | | | | | | - | |
| VB-Vacation Bonus Pay | | | | | | | | | | | | | | | - | |
| 10-Veh Tax/Non-Sworn Pers | | | | | | | | | | | | | | | $ - | |
| 20-Car Allow/Non-Sworn Pers | | | | | | | | | | | | | | | $ - | |
| | | | | | | | | | | | | | | | - | |
| **TOTAL** | - | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | - | - | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | - | 80.0 | |

I certify to the accuracy and truthfulness of the time reported for pay or non-pay and such time reported will be the basis for disbursement of public funds.



_____
SUPERVISOR

Gray, Keith #344
EMPLOYEE NAME & ID #

CITY OF DOTHAN/GRAY 003293
CONFIDENTIAL

# The City of Dothan Employee Disciplinary Action Report Form
### *Authority: Regulation III - DISCIPLINARY POLICY*



| SECTION III - EMPLOYEE INFORMATION | | | |
|---|---|---|---|
| Employee Name<br>Keith Ivan Gray | Employee ID Number<br>101492 | Hire Date<br>2/11/85 | Department<br>Police |
| Employee Job Title<br>Police Captain | | Counseling Supervisor Name & Job Title<br>Steve Parrish, Major | |

### SECTION IV - OFFENSE AND TYPE OF ACTION

Check (√) Category and Offense, Circle (O) Rule Number(s) violated

☒ MINOR CATEGORY    ☒ 1st Offense    ☐ 2nd Offense    ☐ 3rd Offense    ☐ 4th Offense
Violation of Rule: Section 3-41.   1  2  3  4  5  6  7  8  9  10  (11)  12  13  14  15  16  17  18

☐ MAJOR CATEGORY    ☐ 1st Offense    ☐ 2nd Offense
Violation of Rule: Section 3-42.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

☐ INTOLERABLE CATEGORY    ☐ 1st Offense
Violation of Rule: Section 3-43.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20

Check (√) Type of Disciplinary Action For This Offense

☒ FORMAL COUNSELING    ☐ WRITTEN WARNING    ☐ FINAL WRITTEN WARNING    ☐ DISCHARGE

### SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

In the space below or on additional sheets provide detailed documentation of the rule(s) violated to include dates and the specific actions of the employee. Include details of recommendations for corrective action and consequence of future violations.

On January 27, 2012 Officer Taiwan Truitt, Officer Brandon Dollar, Officer Adam Traylor and Officer Joe Cochran were conducting police business at the Four Stop Inn, Aka. Etons, located at 605 Webb Road. Captain Keith Gray was off-duty inside the establishment partaking in alcoholic beverages. While the officers were standing outside, Captain Gray intervened and summoned Officer Truitt back inside. Captain Gray questioned Officer Truitt concerning his being there and ultimately instructed him to leave the area. Captain Gray directed the other officers to stay. Captain Gray approached the officers and made derogative comments about Officer Truitt that were inaccurate and reflected poorly on him as a Police Officer. Captain Gray later contacted Lieutenant Will Benny and directed him to reassign Officer Truitt to another zone.

Captain Gray's actions are a violation of the City of Dothan Personnel Rules and Regulations, Sec. 3-41. (11) Improper use of, Or failure to exercise, supervisory authority and responsibility.

In the future Captain Gray should not intervene in official police business while off-duty and while under the influence of alcohol. The on-duty supervisor should have been contacted to handle any complaint or misconduct by on-duty officers.

Any future violations of this nature will be dealt with in accordance with the City of Dothan Personnel Rules and Regulations.

| Supervisor Signature | Date signed | Department Head Signature | Date Signed |
|---|---|---|---|
| *[signature]* | 2-20-12 | *[signature]* | 2-20-12 |

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above. I understand my signature on this form acknowledges the counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statements documented on this form. I also understand I may provide a written explanation of the offense for which the counseling or warning report has been issued and attach this written statement to this form. I understand this Personnel Form #147 and any attachments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE: *Capt. Keith [signature]*          Date Signed: 2-20-12

Distribution:  ☐ORIGINAL to Personnel Department          ☐ COPY to Employee          ☐ COPY to Department Head

CITY OF DOTHAN/GRAY 003294
CONFIDENTIAL

## The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III -- DISCIPLINARY POLICY*

How to use the Tables below: Complete SECTION I by listing the employee's minor offense history for the past twelve months and/or Major offense history for the past twenty-four months.  Refer to the SECTION II - DISCIPLINARY ACTIONS SUMMARY TABLE to determine the appropriate disciplinary action to be taken and whether the disciplinary action must follow the Due Process Procedure as set out in Personnel Regulation IV.

Note:   "Minor", "Major", or "Intolerable" offenses have separate disciplinary action progressions.  See the SUMMARY TABLE in SECTION II below.  The offense free time period required to clear a disciplinary record of MINOR offenses is 12 months and MAJOR offenses is 24 months from the "date of record" for last offense committed.    ("Date of Record" is date form signed by department head.)

| SECTION I - REVIEW OF EMPLOYEE DISCIPLINARY HISTORY | | | |
|---|---|---|---|
| A review of this employee's active Disciplinary History includes the following MINOR category offense(s) and/or the following Major category offense(s).  If the employee has no active disciplinary history, write N/A. | | | |
| Category | Type of Action | Dated | Specific Violation - Cite Rule and Offense |
| MINOR | Formal Counseling | | |
| MINOR | Written Warning | | |
| MINOR | Final Written Warning or Final Written Warning & 1-5 Day Suspension | | |
| MAJOR | Final Written Warning & 1-20 Day Suspension | | |

The SUMMARY TABLE below shows: (1) The disciplinary progression (1st, 2nd, 3rd, etc., offense) and resulting disciplinary action for MINOR, MAJOR, and INTOLERABLE offenses; and (2) Whether a disciplinary action requires a Due Process Hearing before being administered.

| SECTION II - REVIEW OF ACTION SUMMARY TABLE | | | | |
|---|---|---|---|---|
| **DUE PROCESS HEARING NOT REQUIRED** | First Offense MINOR<br><br>Formal Counseling | Second Offense MINOR<br><br>Written Warning | Third Offense MINOR<br><br>Final Warning or (See below) | Fourth Offense MINOR<br><br>See Below |
| **♦ DUE PROCESS HEARING REQUIRED PRIOR TO ADMINISTERING.** | First Offense MAJOR.<br><br>Final Warning and 1-20 Day Suspension. | Second Offense MAJOR<br><br>Discharge | Third Offense MINOR<br><br>Final Warning and 1-5 Day Suspension | Fourth Offense MINOR<br><br>Discharge |
| | First Offense INTOLERABLE<br><br>Discharge | Due Process Hearings are implemented in accordance with Personnel Regulation IV | | |

CITY OF DOTHAN/GRAY 003295
CONFIDENTIAL



## PERFORMANCE IMPROVEMENT PLAN

This Performance Improvement Plan (P.I.P.) has been developed because you received a formal counseling for a minor violation of Personnel Rules and Regulations 3-41 (11): Improper use of, or failure to exercise supervisory authority and responsibility. Following an Investigation by Professional Services it was determined that you intervened in an on-duty officer's job while he was doing a walk-through at a local establishment know as the Four Stop Inn. It was further determined that the intervention was unnecessary at the time and you had been consuming alcohol when you exercised your supervisory authority. It was also determined that you made derogatory comments about this officer in front of his peers that were inaccurate and reflected poorly on him.

Contained in this P.I.P. are several areas where I would like to see Improvement.

- As we have discussed on previous occasions, I would like to see you build trust among your subordinates. I have advised you that building trust is an important part of management and once trust is lost, it is seldom regained. An example of this was explained by the Chief of Police during your formal counseling session on February 20, 2012. Officer Brandon Thompson was being reassigned to a day shift. He explained to his supervisor that he would have a problem with his ex-wife/girlfriend if he moved to a day shift. You took it upon yourself to contact her and question her about this. I view this as a breach of trust. Not only are you telling Officer Thompson that you don't trust what he is telling you; you are telling everybody he talks to that you check up on them. Regardless of your findings, I am of the opinion that this contributes to a lack of trust among those you lead.

- I feel that you have a "hands-on" approach to management and realize that everyone has their own way of doing things—mine certainly may be no better than the next supervisors. With that in mind, you need to be in tune with the methods the Chief of Police would like to employ for this Department and conform as best you can to that style. On numerous occasions you have called employees in to your office and counseled with them personally about different matters. Many of these, in my opinion, could have been handled by a lower ranking supervisor. My idea has two purposes: it instills a degree of trust and respect for the supervisor in that he/she knows you rely on them to take care of issues. Secondly, you gain the respect and the undivided attention of the employees that you do call in on egregious matters.

- I would like you to discuss operational issues more with the Chief and me. The answer to rectifying what you deem as serious problems within your bureau seems to be requesting the transfer of personnel. This happened at Animal Services with Sgt. Woodruff and on Fourth Squad with Lieutenant Ott. These are staff level positions that require much thought and consideration when changing. Following a lengthy self-initiated investigation of Animal Services where you cultivated an employee to be an informer; you discovered some discrepancies with the operation. While that is commendable and certainly within what we expect a manager to do, the entire situation caused such strife within that division that it had a polarizing affect on the entire operation. You solution to this problem was to transfer Sgt. Woodruff who by other

CITY OF DOTHAN/GRAY 003296
CONFIDENTIAL



accounts (past and present) was/is doing an adequate job prior to your assignment as her supervisor. Similarly, with Lt. Ott you became "at odds" with him over the transfer of an employee to the point you wanted to transfer him to the jail operation and get Lt. Nelms to replace him.

**My recommendations as to how to correct the shortcomings are as follows:**

<u>Avoid Over-Analyzing</u>

You have explained to me that you have an analytical thought process, and I agree with that. You should not overanalyze every situation you encounter. I appreciate that you tend to step outside and try to look at things from that perspective. You tend to complicate things. I don't want this to be misinterpreted, but you have to learn to roll with the flow. Remember that Rome was not built in a day. Everybody does not think the way you do and are not going to be as responsive as you may have been at their level. Understand this and be patient and flexible.

<u>Work on Team-building</u>



Your lieutenants and division heads are there to help you manage. Let them. We have discussed this in a previous conversation that you may remember. I explained to you that when you were a sergeant, you did as your lieutenant directed you to do. When you became a lieutenant, you did as your captain asked. You have never had a problem with giving orders to your subordinates and making sure they did what you told them to do. The big difference here is that you are the main policy-maker in your bureau. Every word you speak; every action you take can affect the life of over a hundred employees. You are not just telling subordinates what to do because you have been told to do so; you are giving them direction. Rely on your lieutenants to do their job, just as your predecessor relied on you when you were in patrol. Remember, they, just like you achieved their rank because somebody out there thought they were capable. Delegate responsibility and expect accountability. Give a commander a task, mark it on your calendar and call him/her and check to see if the task was completed. You will not have to do that very many times before everyone knows you follow up on what you ask.

<u>Control Your Self-Image</u>

Personalities are different with everyone and you have to keep yours in check. How you interact with subordinates and co-workers is vital to effective leadership. Remember that leadership is getting someone to do what you want them to do because they want to do it. You seem to have a Type-A personality as most senior administrators do. We have to guard against being boastful or even emulating an attitude of being more important than we really are. For example, few people outside of your family and close friends really care if you were number one on the Captain's Assessment. You brought up your position on the promotional roster in a conversation you had with one of your subordinates during a counseling session with them. You never have to remind people that you are in charge. A good leader radiates a command presence. I cannot help but believe that your ego, combined with alcohol contributed greatly to the incident that led to the disciplinary action you received.

CITY OF DOTHAN/GRAY 003297
CONFIDENTIAL



### Communicate Better

There is a line that separates what you should inform the Chief and me (as your supervisors) on and what we don't need to know. If communications between the three of us is good, you should learn quickly what those things are. The more we communicate with one another, the more we understand what the Chief expects from us. We have to remember that he is responsible for this Department and we must strive to head in a direction he wants us to go. It is also imperative that you understand that we are a team. **Every action you take as it relates to your bureau reflects on this administration.** We (all five of us) share the glory for your excellent ideas; and we all eat the goat when you slide. We would like you to communicate major decisions such as transfer of personnel to the highest level and make sure we make these decisions as a group.

### Be Cognizant of Your Words and Actions

As I stated earlier, I expect you to let your division heads manage their personnel with few exceptions. Under certain circumstances intervening in a matter off duty is acceptable—under the influence of alcohol at a gathering place is not. You may consider your off-duty life your own; but when people around you at a local bar know you are a high-ranking police administrator in this Department, you will refrain from any action that will reflect negatively on this agency. Also, you utilize the word "liar" too much. On numerous occasions, I have heard you refer to employees as "lying" to you? You seem to write them off if you think they've been untruthful with you. Using that word is unnecessary and offensive.



### Time Frame

I will be monitoring your conduct and will we will meet regularly regarding issues outlined in this Plan. I will be utilizing Guardian Tracking to document progress as we move forward. I have set a date of **Tuesday, May 15, 2012 at 0900 hours** as the end of a monitoring period for this P.I.P. At that time, we will meet and discuss whether or not you have conformed to the requirements I have set forth. Also at that time, you may be allowed more discretion with your bureau. In the mean time, I want you to continue handling day to day administrative duties as always. Things such as time sheets, use of force reports, performance appraisals, Guardian Tracking entries and so forth will remain under your control. As this plan progresses, I will delegate more responsibility to you as I see improvement, interest and conformity. It is imperative that we communicate freely during this process. Essentially, we will be working together directing the Patrol Services Bureau until such time that the Chief and I feel comfortable that you have reached the level we expect.

### Closing Notes

I realize that this may be a very uncomfortable and maybe even an embarrassing situation. I want to encourage you to put your best foot forward and give your best effort during this process. The chief and I want to make this the very best police department we've ever had. We know you share this goal and believe you will contribute to achieving it.

CITY OF DOTHAN/GRAY 003298
CONFIDENTIAL

Performance Plan Meeting

Date_____

Time_____

Supervisor_____

Employee_____

CITY OF DOTHAN/GRAY 003299
CONFIDENTIAL

February 16, 2012

I went by Capt Gray's office this morning. He seemed deep in thought, so I stopped in and said something to him about that. He began talking about his conversation with Cpl. Schaffer and Lt. Westberry on February 15th. He seems to believe that Officer Schaffer made some out of the way comments that had racial overtones to a person that Capt. Gray had spoken to.

As the discussion progressed, he proceeded to tell me that the job he had certainly was not what he thought it would be. He said he caught himself standing on the outside trying to look in to make sure he was doing things the way he should do them. He talked about his "result oriented" personality and that he wanted things to be "right" in any assignment he had.

I tried to encourage him by telling him one of the key elements in management was to be patient—that he couldn't get everything like he wanted it right away. Move slowly and methodical and let your supervisors help you lead. I used an example of when he was a sergeant; he did what his lieutenant wanted him to do and when he was a lieutenant; he did what his captain wanted him to do. I told him that everybody did not have the same type of drive as one another and you've got to be understanding and patient with them.

We discussed trust building again and he said he had thought about what we discussed last week and said he didn't care if Officer Thompson trusted him or not because he lied to him. The subject was brought up because I had counseled with Captain Gray about transferring Officer Thompson and when Thompson said it would cause a hardship with his ex-wife; he (Gray) found the ex-wife and asked her about any hardships. I did not like this and told him we did not do that—it questioned trust in the administration from our employees. He still felt it was OK for him to have done that, so I explained my train of thought. I told him he may not care if Officer Thompson trusts him, but that officer will talk to other officers and before you know it, we're out to get them.

We spoke for about 20 minutes and I concluded by assuring him that I was aware the Patrol Bureau was the most difficult to manage and that I was there to help him in any way I could. I encouraged him to communicate with me any questions he had; even if it was just for simple advice. I told him that between the two of us, there was a good idea somewhere in there.

I spoke to Chief Benton later that day and informed him of our conversation.

CITY OF DOTHAN/GRAY 003300
CONFIDENTIAL



02-20-12

Captain Gray came into my office about 1650 hours following the meeting with Chief Benton and me. He wanted to "vent" as he put it. We spoke for about 45 minutes and I let him do most of the talking. He mentioned time and time again how he got wrote up for what he admitted he "could've handled differently" and yet Officer Truitt "broke the law and nothing happened to him" and, "that isn't right".

He initially talked about the wording of the 147. I clarified that as I saw it and we continued the discussion.

We talked about the upcoming Performance Improvement Plan that I was going to prepare for him and explained his role in the Department and his administrative function. I believe he had a problem with the restrictions I place on his command because when I told him that I was responsible for the wording in the memorandum about "operational command" of his Bureau, he said, "you can have it". He alluded to the position that he was trying to make the place better, but he was not going to do that in the future. I mainly listened to him during the conversation, and I picked up a feeling of distrust from him and a feeling that he has no intentions on doing anything other than the minimum amount of work.

I offered words of encouragement and told him we were going to move forward and hopefully put this behind us and learn from it.



He brought up the Animal Services investigation he initiated and how we (Chief and I) did nothing about it. I explained to him that it could have been handled differently as well. What would have been wrong with gathering facts and then conducting an improvement plan for Sgt. Woodruff, rather than cultivating an employee in to an informant in and interviewing all employees of the shelter and burning his source of information. He just doesn't seem to understand management concepts.

I offered him alternative ways to communicate and explained the "trust" factor when it comes to management. I gave a couple of examples of how I would handle certain situations. He made reference to other employees doing similar things that he done and received no "write up" for it.

He does not seem at this point he is very receptive to the idea of moving forward and learning from his mistakes. He continued to harp on Officer Truitt and how he broke the law and nothing was going to happen to him.

In the end, I told him we would discuss it further and I would see him tomorrow.

CITY OF DOTHAN/GRAY 003301
CONFIDENTIAL



02-28-12

Captain Gray sat in on a formal counseling with P.P.O. Timothy Key where Key was served a notice of a Determination Hearing and a PF 147 for an intolerable Offense. He answered questions for Officer Key and handled the situation with the delicacy it required.

SP





03-09-12

Following a meeting with the Chief concerning Officer Purifoy it was noted that Captain Gray's decision to place Corporal Schwab with Purifoy was a very good one. The training officers on Lt. Benny's squad had neglected to get Purifoy to sign the daily activity logs during that phase of his training process. Although the meetings with Purifoy likely occurred, it was noted properly. Captain Gray's decision to have him trained for another P.I.P. period validated the poor performance of Office Purifoy. He is working on completing the paperwork for the Chief's review on the officer and carefully analyzing the time line.

I scheduled a work session with the squad lieutenants for next week. I did not include Lt. David of the Traffic Division. Captain Gray suggested inviting him to the meeting and explained that some of the squad lieutenant may recommend abolishing the Traffic Division to supplement Patrol Division. He's exactly right. Having Lt. David there would not only make that a non-issue, but would also include him in the process.

I must continue to commend Captain Gray on his attitude. I really feel good about the direction we are headed.



CITY OF DOTHAN/GRAY 003303
CONFIDENTIAL



03-16-12

Captain Gray and I had a brief discussion on Monday and he pointed out that Lt. Westberry had a smart-ass attitude at a meeting last Friday involving the Secret Service on a protection meeting of presidential candidate Newt Gringrich. I shared his feelings of disappointment with Lt. Westberry's attitude. He said he would like to discuss this with Lt. Westberry and document this incident in Guardian Tracking. I thought that was an excellent idea.

Captain Gray reviewed and corrected the administrative paperwork on P.P.O. Purifoy. It was well prepared and well-documented. He also suggested placing Officer Purifoy on Administrative Leave after serving disciplinary action on him. This was a good idea since we had an officer several years ago tear up a vehicle after being allowed to work once on leave while pending termination.

Officer Moore is having some issues with his wife's injury as it relates to daycare of his children. He requested to transfer to a day squad temporarily until his wife gets better. I suggested transferring him to 3rd squad and moving Officer Thompson back to 4th squad in his place. He was willing to do whatever we needed to in order to resolve that issue. He is demonstrating a very positive attitude and very receptive to suggestions regarding the operations of his bureau. I appreciate the positive approach and the demonstration of flexibility I see here.



Captain Gray point out that Administrative Secretary, Ms. Roberts was late on Wednesday, March 14, 2012 by 10 minutes. He said he was going to confer with her and complete a Guardian Tracking entry. I am appreciative of his attentiveness and support this decision.

CITY OF DOTHAN/GRAY 003304
CONFIDENTIAL



04-06-12

Captain Gray is continuing to perform as I expected. He has engaged in several conversations this week involving members of the patrol services bureau. We had a discussion on a traffic supervisor assignment and discussed it with the Traffic Lieutenant. I feel his decision on the assignment was in line with what best suited the department's needs.

I am going to notify the Patrol/Traffic Commanders next week to send e-mail requests and other documentation directly to him. I expect to observe prompt responses from him to his subordinates.

He has been handling paperwork very well over the past several weeks. He has also made several documentations in Guardian Tracking that I think are a tremendous opportunity to build morale.

We had a sit-down today and met for about an hour. I feel he is rapidly grasping the path we intend to proceed down and has embraced the ideal.





CITY OF DOTHAN/GRAY 003305
CONFIDENTIAL



05-07-12

I have noted several situations over the past weeks that I feel are important regarding some decisions Captain Gray has made.

On the weekend of April 21 there was a significant power outage in the city. He attempted to get up with me for approval of the call out of additional officers but was unable to reach me. He made the call to utilize three additional officers to assist the patrol shift that was working. I appreciate this initiative, but more importantly, I appreciate it being a good one.

We had a situation where a signal 63 occurred near one of the local HUD housing projects where the officers did not complete the proper paperwork. This was headed toward being a political night-mare. Capt. Gray did some research of the case and drove by the complex to validate information we had received. Once this was done, he notified the shift lieutenant responsible for the officers who did not do what they were supposed to do; and briefed him. He let the lieutenant handle the situation as he saw fit. That is the type of action I appreciate. He is demonstrating he is willing to let his commanders handle situations rather than getting involved in them.



Captain Gray set up a helicopter training session for supervisors and coordinated it with the airport authority and the Dale County Sheriff's Office. The training was well received by the supervisors attending.

I believe that we are on schedule as per the P.I.P. to turn operational control of Patrol Services over to Captain Gray at the scheduled meeting in May.

I will compile one final memorandum analyzing the Performance Improvement Plan and expectations for a path forward.

# Dothan Police Department

210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000



Memorandum

Date:        May 15, 2012

To:          Captain Keith Gray

From:        Major Steve Parrish

RE:          Performance Improvement Plan Conclusion

Effective immediately your control of operations within the Patrol Services Bureau is
reinstated. You have satisfactorily completed the requirements contained within the
Performance Improvement Plan (PIP). I will continue to monitor the direction in which
you lead the bureau.

There are several areas in particular that I will closely monitor and have an expectation of
compliance:

- How you conduct yourself off-duty as it relates to your position in the
  Department.
- How you interact with your subordinates (i.e. how you communicate with them;
  how timely you respond to their needs, e-mails etc...).
- How well you communicate with the command staff.
- Team-building efforts; maintaining a patient, systematic and methodical approach
  to molding supervisors to conforming to your team concepts.

I have the fullest confidence that you have learned from this experience. It is my earnest
hope that we will not have to tread these grounds again. If any other actions related to
your conformity in management are necessary, it will be lengthier in duration.

CITY OF DOTHAN/GRAY 003307
CONFIDENTIAL



**COPY**

# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:       December 18, 2012

To:         Chief Greg Benton

From:       Major Steve Parrish

RE:         Captain Keith Gray


During the reporting period January 2012-December 2012, Captain Gray has performed
well commanding the Patrol Services Bureau. There was a minor incident at the
beginning of the reporting period where he received formal disciplinary action; but it was
a minor violation. He received a P.I.P. and has made the necessary adjustments to
overcome that obstacle.

Captain Gray leads the largest bureau in the Police Department, so it presents the most
challenges. He has done a good job particular "juggling resources" in lean times with a
lack of man-power. He wears a suit and his Class A uniform from time to time which I
believe reflects positively on the Department. He participated in all required training
mandated by our Department.

I would encourage you to review the entries I have included in this evaluation from
Guardian Tracking; it is one example after the other of his dedication to the Department. I
do feel however that the maximum potential of Captain Gray's ability has yet to be
achieved. I feel as he continues to develop in to a seasoned commander he will get
better. I am going to discuss some of these needs in next year's planning session.

In conclusion, I would like to say that he is reliable and conscientious; two traits that are
very important in a senior level commander of an agency this size.

CITY OF DOTHAN/GRAY 003308
CONFIDENTIAL



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000



Memorandum

Date:        July 1, 2013

To:          Mr. F. Darryl Mathews, EEO/Training Officer

From:        Major Steve Parrish

RE:          Investigation of Discrimination Complaint

**Memorandum from Chief concerning Administrative Lieutenant**

I have attached a copy of memorandum from Chief Benton to all personnel dated April 6, 2012 where he created the Administrative Lieutenant assignment. This is completely contrary to Captain Gray's assertion in his complaint that read as follows:

*"Since this conversation between Parrish and I he has removed my authority as a Bureau Commander by transferring division supervision from me to a Lieutenant Rank... Parrish has created a position of "Administrative Services Bureau Supervisor" which is now the rank of Lieutenant In order to circumvent my authority. This has resulted in the alteration of the department's organizational chart which removes me, (Black, Male) from authority over my bureau and places it at the Lieutenant's level (White, Male). The other two Captains, (White, Male) still retains their authority over the other two bureaus without limitation, and does not have a "bureau supervisor" at the rank of Lieutenant..."*

The "conversation" Captain Gray refers to occurred on January 23, 2013—9 ½ months after the assignment was modified at the request of Captain Robinson. Captain Gray acknowledged receipt of the memorandum dated April 6, 2012 at 1057 a.m. on April 13, 2012 (See attachment).

CITY OF DOTHAN/GRAY 003309
CONFIDENTIAL



THE CITY OF
# DOTHAN, ALABAMA
POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000



GREGORY J. BENTON
CHIEF OF POLICE

# M E M O R A N D U M

**TO:**       All Personnel

**FROM:**     Gregory J. Benton, Chief of Police

**DATE:**     April 6, 2012

**SUBJECT:**  Assignment

Effective immediately Lieutenant Mark Nelms is assigned the duties of Administrative Services Bureau Lieutenant. Lieutenant Nelms will assume these duties in addition to his current assigned duties. In order to maintain proper command structure each division within the Administrative Services Bureau will report to Lieutenant Nelms with the exception of the Communications Division that will continue to report to Lieutenant Woodham.

Gregory J. Benton
Chief of Police

GJB/pd

#201204061

# POLICE DEPARTMENT
210 NORTH SAINT ANDREWS STREET • DOTHAN, ALABAMA 36303 • 334-615-3601
Email: dpd@dothan.org

CITY OF DOTHAN/GRAY 003310
CONFIDENTIAL

User

## Additonal Signature Information

**Document:** 201204061
**Subject:** Assignment
**Revision Date:** 4/6/2012
**Signed File:** 201204061.pdf
**Signed By:** Ivan Gray (344)
**Signed On:** 4/13/2012 10:57 AM

Close

Capt. Grays electronic
signature acknowledging
receipt and reading
this memorandum

CITY OF DOTHAN/GRAY 003311
CONFIDENTIAL



incumbent that he not show favoritism for some employees more so than other employees. He then said that maybe he needed to re-evaluate himself in that area. I have been employed with this department for over 28 years and in my opinion based on things that I have witnessed, Parrish has always been part of the "Good ol Boys" and it appears that he still subscribes to this practice. At the end of this discussion Parrish told me that he was monitoring me and that he was going to see if I let Lt. Nelms supervise without me micromanaging him. Since this conversation between Parrish and I he has removed my authority as a Bureau Commander by transferring division supervision from me to a Lieutenant Rank, as well as transferring divisions that would be under my command to be supervised by himself (Communications Division & Training Division). Parrish has created a position of "Administrative Services Bureau Supervisor" which is now the rank of Lieutenant in order to circumvent my authority. This has resulted in the alteration of the department's organizational chart which removes me, (Black, Male) from authority over my bureau and places it at the Lieutenant's level (White, Male). The other two Captains, (White, Male) still retains their authority over the other two bureaus without limitation, and does not have a "bureau supervisor" at the rank of Lieutenant.

Major Parrish has intentionally failed to make several guardian tracking entries that would be favorable for me, however he consistently makes favorable guardian tracking entries for other employees (mostly White) that seem minor. An example of that is Parrish made a favorable guardian tracking entry of an employee taking the assignment to drive



newly purchased police vehicles to Dothan from another city. On the

CITY OF DOTHAN/GRAY 003312
CONFIDENTIAL



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:     June 27, 2013

To:       Mr. F. Darryl Mathews, EEO/Training Officer

From:     Major Steve Parrish

RE:       Investigation of Discrimination Complaint

**Guardian Tracking History as of June 27, 2013**

Attached is an incident list of my Guardian Tracking entries and entries on ALL captains since we began using the program. Incidentally, I encourage all employees that work directly under my supervision to enter information in Guardian Tracking on themselves if they feel it will help them on their evaluations. Here is the summary:

I have made a total of 246 entries to date in Guardian Tracking.

Of the 246 entries, 40 of those or 16.2% were on African Americans—more than half of those on Captain Gray.

Of the 246 entries, 41 of those or 16.6% were on females (includes black females).

**Percentages related to these facts**

Total number of employees currently at the PD  219

Percentage African American employees  12.7%

Percentage Female (including African American)  26%

Captain Gray has made a total of 109 Guardian Tracking entries for the same time period, none of them were on African Americans.

CITY OF DOTHAN/GRAY 003313
CONFIDENTIAL

incumbent that he not show favoritism for some employees more so than other employees. He then said that maybe he needed to re-evaluate himself in that area. I have been employed with this department for over 28 years and in my opinion based on things that I have witnessed, Parrish has always been part of the "Good ol Boys" and it appears that he still subscribes to this practice. At the end of this discussion Parrish told me that he was monitoring me and that he was going to see if I let Lt. Nelms supervise without me micromanaging him. Since this conversation between Parrish and I he has removed my authority as a Bureau Commander by transferring division supervision from me to a Lieutenant Rank, as well as transferring divisions that would be under my command to be supervised by himself (Communications Division & Training Division). Parrish has created a position of "Administrative Services Bureau Supervisor" which is now the rank of Lieutenant in order to circumvent my authority. This has resulted in the alteration of the department's organizational chart which removes me, (Black, Male) from authority over my bureau and places it at the Lieutenant's level (White, Male). The other two Captains, (White, Male) still retains their authority over the other two bureaus without limitation, and does not have a "bureau supervisor" at the rank of Lieutenant.

Major Parrish has intentionally failed to make several guardian tracking entries that would be favorable for me, however he consistently makes favorable guardian tracking entries for other employees (mostly White) that seem minor. An example of that is Parrish made a favorable guardian tracking entry of an employee taking the assignment to drive newly purchased police vehicles to Dothan from another city. On the

CITY OF DOTHAN/GRAY 003314
CONFIDENTIAL



other hand Parrish failed to recognize me for: (1) Finding an Executive Protection School for several employees at no cost to the city. (2) Receiving a Commendation from the Governor of the State of Alabama for a recent Kidnapping Case. (3) Working on the kidnapping case without receiving additional compensation since I am a fixed salary. (4) Executive Protection Detail of Governor Robert Bentley during a recent economic announcement in Dothan.

Parrish has not communicated with me since our heated exchange on 1/17/13 where he falsely accused me of micromanaging and not turning in work that was not my responsibility at the time. I have since discovered that another reason for my transfer was indeed for some comments within the survey. I was not given an opportunity to address any of the above mention concerns prior to my transfer. So Parrish's negative guardian tracking regarding my lack of communication with him is hypocritical to say the least. I request to be removed from Parrish's chain-of-command due to his affiliation with Sons of Confederate Soldiers (See Attached Photo), false statements he has made to me, and absolutely no confidence I have in his ability to treat me equally as others within the department. I have two witnesses that have overheard Parrish inquiring as to the whereabouts of Captain Jay when he was absent from work recently, also with a leg injury. I feel certain that he has not written a negative guardian tracking entry such as mine on Jay. I have told Chief Benton as well as Major Parrish that due to his (Parrish's) actions I feel as if he does not have my best interest in mind as it related to my position with this department, nor as a citizen of this

CITY OF DOTHAN/GRAY 003315
CONFIDENTIAL



# Incident Totals Report

7/5/2013

## Dothan Police Department

**By Employees:**     Parrish, Steve (337)

| Category | Count |
| --- | --- |
| Appearance/Hygiene | 0 |
| Attendance/Tardiness | 0 |
| Awards | 0 |
| Call Management | 0 |
| Career Development | 2 |
| Citizen Commendation | 7 |
| Citizen Complaint | 0 |
| Commendations – Formal | 0 |
| Community Relations | 4 |
| Counseling - Informal | 1 |
| Counseling - Oral | 0 |
| Counseling - Written/Formal | 1 |
| Court Attendance | 0 |
| Early Intervention Action | 0 |
| Early Intervention Response | 0 |
| Employee Involved MVC | 0 |
| Employee Recognition Response | 0 |
| Goals/Objectives | 0 |
| Grooming/Dress | 0 |
| Initiative | 73 |
| Insubordination | 0 |
| Internal Complaint | 0 |
| Intervention - Behavior | 0 |
| Intervention - Performance | 0 |
| Job/Technical/Skill | 29 |
| Operation/Care of Equipment | 1 |



 GuardianTracking

Page: 1 of 2

CITY OF DOTHAN/GRAY 003316
CONFIDENTIAL

| Category | Count |
|---|---|
| Outstanding Performance | 84 |
| Peer Documentation | 0 |
| Performance Improvement Plan | 1 |
| Performance Management | 2 |
| Policy Violation | 0 |
| Pursuit | 0 |
| Quality/Quantity of Work | 0 |
| Radio Etiquette/Procedure | 0 |
| Report Writing | 0 |
| Response to Resistance | 0 |
| Rudeness/Attitude | 0 |
| Safety Practices (All) | 0 |
| Sick Leave | 6 |
| Supervisor Miscellaneous | 19 |
| Supervisory Conference | 4 |
| Time Swap | 0 |
| Training - General | 0 |
| Training - Special Assignments | 3 |
| Unscheduled Leave | 0 |
| Volunteerism | 9 |
| **Total:** | 246 |

 GuardianTracking

CITY OF DOTHAN/GRAY 003317
CONFIDENTIAL

# Incident List Report
## Dothan Police Department

6/26/2013

**By Employees:**   Parrish, Steve (337)

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Job/Technical/Skill | Smith, Scott (302) | 6/25/2013 | Parrish, Steve (337) | 6/25/2013 |
| Job/Technical/Skill | Willard, Chaundell (072) | 6/24/2013 | Parrish, Steve (337) | 6/24/2013 |
| Career Development | Gray, Keith (344) | 6/24/2013 | Parrish, Steve (337) | 6/24/2013 |
| Job/Technical/Skill | Penn, Jason (456) | 6/21/2013 | Parrish, Steve (337) | 6/21/2013 |
| Initiative | Henderson, Eddie (246) | 6/20/2013 | Parrish, Steve (337) | 6/20/2013 |
| Initiative | Penn, Jason (456) | 6/17/2013 | Parrish, Steve (337) | 6/20/2013 |
| Initiative | Gray, Keith (344) | 6/17/2013 | Parrish, Steve (337) | 6/17/2013 |
| Initiative | Etress, Mike (366) | 6/17/2013 | Parrish, Steve (337) | 6/17/2013 |
| Initiative | Henderson, Eddie (246) | 6/17/2013 | Parrish, Steve (337) | 6/17/2013 |
| Job/Technical/Skill | Robinson, Stacy (375) | 6/17/2013 | Parrish, Steve (337) | 6/17/2013 |
| Job/Technical/Skill | Henderson, Eddie (246) | 6/12/2013 | Parrish, Steve (337) | 6/12/2013 |
| Initiative | Jay, David (281) | 6/10/2013 | Parrish, Steve (337) | 6/11/2013 |
| Operation/Care of Equipment | Schulmeister, Kurt (918) | 6/9/2013 | Parrish, Steve (337) | 6/10/2013 |
| Outstanding Performance | Nelms, Mark (382) | 6/3/2013 | Parrish, Steve (337) | 6/3/2013 |
| Job/Technical/Skill | Willard, Chaundell (072) | 5/31/2013 | Parrish, Steve (337) | 5/31/2013 |
| Job/Technical/Skill | Smith, Scott (302) | 5/28/2013 | Parrish, Steve (337) | 5/28/2013 |
| Outstanding Performance | Gray, Sheila (454) | 5/23/2013 | Parrish, Steve (337) | 5/28/2013 |
| Career Development | Driskell, Lance (983) | 5/19/2013 | Parrish, Steve (337) | 5/20/2013 |
| Initiative | Smith, Scott (302) | 5/17/2013 | Parrish, Steve (337) | 5/17/2013 |
| Initiative | Penn, Jason (456) | 5/17/2013 | Parrish, Steve (337) | 5/17/2013 |
| Outstanding Performance | Penn, Jason (456) | 5/17/2013 | Parrish, Steve (337) | 5/17/2013 |
| Job/Technical/Skill | Gray, Keith (344) | 5/17/2013 | Parrish, Steve (337) | 5/17/2013 |

 = B/M ; B/F

 = FEMALE

 GuardianTracking

Page: 1 of 11

CITY OF DOTHAN/GRAY 003318
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Outstanding Performance | Robinson, Stacy (375) | 5/16/2013 | Parrish, Steve (337) | 5/16/2013 |
| Outstanding Performance | Jay, David (281) | 5/16/2013 | Parrish, Steve (337) | 5/16/2013 |
| Initiative | Woodham, Roy (207) | 5/10/2013 | Parrish, Steve (337) | 5/10/2013 |
| Initiative | Smith, Scott (302) | 5/2/2013 | Parrish, Steve (337) | 5/2/2013 |
| Job/Technical/Skill | Heath, Scott (357) | 5/1/2013 | Parrish, Steve (337) | 5/1/2013 |
| Job/Technical/Skill | Odom, Tim (447) | 5/1/2013 | Parrish, Steve (337) | 5/1/2013 |
| Job/Technical/Skill | Garrett, Jeff (364) | 5/1/2013 | Parrish, Steve (337) | 5/1/2013 |
| Job/Technical/Skill | Anderson, Ronnie (286) | 5/1/2013 | Parrish, Steve (337) | 5/1/2013 |
| Outstanding Performance | Etress, Mike (366) | 4/27/2013 | Parrish, Steve (337) | 4/29/2013 |
| Volunteerism | Jewell, Rebecca (715) | 4/25/2013 | Parrish, Steve (337) | 4/25/2013 |
| Job/Technical/Skill | Danzey, Gentry (769) | 4/23/2013 | Parrish, Steve (337) | 4/23/2013 |
| Job/Technical/Skill | Glover, Will (701) | 4/23/2013 | Parrish, Steve (337) | 4/23/2013 |
| Supervisor Miscellaneous | Jay, David (281) | 4/22/2013 | Parrish, Steve (337) | 4/22/2013 |
| Initiative | Jarrett, Sandra (027) | 4/16/2013 | Parrish, Steve (337) | 4/16/2013 |
| Initiative | Arango, Sophie (060) | 4/16/2013 | Parrish, Steve (337) | 4/16/2013 |
| Job/Technical/Skill | Jay, David (281) | 4/9/2013 | Parrish, Steve (337) | 4/9/2013 |
| Supervisor Miscellaneous | Gray, Keith (344) | 4/8/2013 | Parrish, Steve (337) | 4/8/2013 |
| Job/Technical/Skill | Woodham, Roy (207) | 4/3/2013 | Parrish, Steve (337) | 4/5/2013 |
| Initiative | Rhodes, Alan (806) | 4/4/2013 | Parrish, Steve (337) | 4/5/2013 |
| Job/Technical/Skill | Nelms, Mark (382) | 4/4/2013 | Parrish, Steve (337) | 4/5/2013 |
| Job/Technical/Skill | Cain, Brad (676) | 4/4/2013 | Parrish, Steve (337) | 4/5/2013 |
| Job/Technical/Skill | Ott, Carlton (402) | 4/4/2013 | Parrish, Steve (337) | 4/5/2013 |
| Job/Technical/Skill | Anderson, Ronnie (286) | 4/3/2013 | Parrish, Steve (337) | 4/3/2013 |
| Initiative | Smith, Scott (302) | 4/1/2013 | Parrish, Steve (337) | 4/1/2013 |
| Sick Leave | Robinson, Stacy (375) | 3/26/2013 | Parrish, Steve (337) | 3/27/2013 |


GuardianTracking

CITY OF DOTHAN/GRAY 003319
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Initiative | Woodham, Roy (207) | 3/26/2013 | Parrish, Steve (337) | 3/26/2013 |
| Initiative | Jay, David (281) | 3/25/2013 | Parrish, Steve (337) | 3/25/2013 |
| Initiative | Nelms, Mark (382) | 3/25/2013 | Parrish, Steve (337) | 3/25/2013 |
| Initiative | Schaefer, Arthur (710) | 3/25/2013 | Parrish, Steve (337) | 3/25/2013 |
| Initiative | Collins, Jeremy (476) | 3/25/2013 | Parrish, Steve (337) | 3/25/2013 |
| Job/Technical/Skill | Ott, Carlton (402) | 3/20/2013 | Parrish, Steve (337) | 3/21/2013 |
| Outstanding Performance | Robinson, Stacy (375) | 3/19/2013 | Parrish, Steve (337) | 3/20/2013 |
| Initiative | Benny, Will (419) | 3/19/2013 | Parrish, Steve (337) | 3/20/2013 |
| Initiative | Ott, Carlton (402) | 3/19/2013 | Parrish, Steve (337) | 3/20/2013 |
| Initiative | Garrett, Jeff (364) | 3/15/2013 | Parrish, Steve (337) | 3/15/2013 |
| Initiative | Benny, Will (419) | 3/14/2013 | Parrish, Steve (337) | 3/14/2013 |
| Job/Technical/Skill | Arango, Sophie (060) | 3/14/2013 | Parrish, Steve (337) | 3/14/2013 |
| Job/Technical/Skill | Benny, Will (419) | 3/5/2013 | Parrish, Steve (337) | 3/5/2013 |
| Initiative | Woodham, Roy (207) | 2/28/2013 | Parrish, Steve (337) | 2/28/2013 |
| Outstanding Performance | Smith, Scott (302) | 2/28/2013 | Parrish, Steve (337) | 2/28/2013 |
| Initiative | Ott, Carlton (402) | 2/21/2013 | Parrish, Steve (337) | 2/25/2013 |
| Outstanding Performance | Robinson, James (483) | 2/12/2013 | Parrish, Steve (337) | 2/20/2013 |
| Outstanding Performance | Mullis, Timothy (731) | 2/20/2013 | Parrish, Steve (337) | 2/20/2013 |
| Outstanding Performance | Edwards, Becky (781) | 2/20/2013 | Parrish, Steve (337) | 2/20/2013 |
| Initiative | Jay, David (281) | 2/13/2013 | Parrish, Steve (337) | 2/14/2013 |
| Initiative | Wozniak, William (500) | 2/13/2013 | Parrish, Steve (337) | 2/14/2013 |
| Initiative | Benny, Will (419) | 2/13/2013 | Parrish, Steve (337) | 2/14/2013 |
| Initiative | Ott, Carlton (402) | 2/13/2013 | Parrish, Steve (337) | 2/14/2013 |
| Initiative | Penn, Jason (456) | 2/13/2013 | Parrish, Steve (337) | 2/14/2013 |
| Outstanding Performance | Penn, Jason (456) | 2/14/2013 | Parrish, Steve (337) | 2/14/2013 |

 GuardianTracking

Page: 3 of 11

CITY OF DOTHAN/GRAY 003320
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Outstanding Performance | Benny, Will (419) | 2/1/2013 | Parrish, Steve (337) | 2/4/2013 |
| Community Relations | Robinson, Stacy (375) | 1/29/2013 | Parrish, Steve (337) | 1/30/2013 |
| Community Relations | Jay, David (281) | 1/29/2013 | Parrish, Steve (337) | 1/30/2013 |
| Sick Leave | Robinson, Stacy (375) | 1/9/2013 | Parrish, Steve (337) | 1/9/2013 |
| Sick Leave | Robinson, Stacy (375) | 1/7/2013 | Parrish, Steve (337) | 1/7/2013 |
| Outstanding Performance | Hall, Randy (024) | 12/11/2012 | Parrish, Steve (337) | 12/31/2012 |
| Job/Technical/Skill | Long, Scott (360) | 12/12/2012 | Parrish, Steve (337) | 12/14/2012 |
| Sick Leave | Robinson, Stacy (375) | 12/12/2012 | Parrish, Steve (337) | 12/12/2012 |
| Outstanding Performance | Garrett, Jeff (364) | 11/29/2012 | Parrish, Steve (337) | 11/29/2012 |
| Initiative | Henderson, Eddie (246) | 11/28/2012 | Parrish, Steve (337) | 11/29/2012 |
| Initiative | David, Rachel (735) | 11/28/2012 | Parrish, Steve (337) | 11/29/2012 |
| Initiative | Markow, Peter (971) | 11/28/2012 | Parrish, Steve (337) | 11/29/2012 |
| Initiative | David, Rachel (735) | 11/28/2012 | Parrish, Steve (337) | 11/28/2012 |
| Outstanding Performance | Hall, Randy (024) | 11/19/2012 | Parrish, Steve (337) | 11/21/2012 |
| Outstanding Performance | Wallace, Jena (56) | 11/16/2012 | Parrish, Steve (337) | 11/19/2012 |
| Sick Leave | Robinson, Stacy (375) | 11/14/2012 | Parrish, Steve (337) | 11/14/2012 |
| Outstanding Performance | Gray, Shella (454) | 10/26/2012 | Parrish, Steve (337) | 10/26/2012 |
| Initiative | Gray, Keith (344) | 10/15/2012 | Parrish, Steve (337) | 10/15/2012 |
| Outstanding Performance | Watkins, Lynn (670) | 10/15/2012 | Parrish, Steve (337) | 10/15/2012 |
| Community Relations | Gray, Keith (344) | 10/10/2012 | Parrish, Steve (337) | 10/12/2012 |
| Operation/Care of Equipment | Long, Kenneth (733) | 10/3/2012 | Parrish, Steve (337) | 10/4/2012 |
| Outstanding Performance | Garrett, Sandra (027) | 10/4/2012 | Parrish, Steve (337) | 10/4/2012 |
| Supervisor Miscellaneous | Baum, Brad (317) | 10/4/2012 | Parrish, Steve (337) | 10/4/2012 |



GuardianTracking

Page: 4 of 11

CITY OF DOTHAN/GRAY 003321
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Job/Technical/Skill | Collins, Jeremy (476) | 9/27/2012 | Parrish, Steve (337) | 9/27/2012 |
| Outstanding Performance | David, Rachel (735) | 9/24/2012 | Parrish, Steve (337) | 9/24/2012 |
| Initiative | David, Rachel (735) | 9/14/2012 | Parrish, Steve (337) | 9/14/2012 |
| Job/Technical/Skill | Henderson, Eddie (246) | 8/29/2012 | Parrish, Steve (337) | 9/4/2012 |
| Initiative | Benny, Will (419) | 8/27/2012 | Parrish, Steve (337) | 8/27/2012 |
| Initiative | Robinson, Stacy (375) | 8/27/2012 | Parrish, Steve (337) | 8/27/2012 |
| Supervisor Miscellaneous | Cherry, Brian (347) | 8/23/2012 | Parrish, Steve (337) | 8/27/2012 |
| Supervisor Miscellaneous | Woodham, Roy (207) | 8/20/2012 | Parrish, Steve (337) | 8/20/2012 |
| Initiative | Nelms, Mark (382) | 8/15/2012 | Parrish, Steve (337) | 8/16/2012 |
| Outstanding Performance | Roberts, Joan (307) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Outstanding Performance | David, Rachel (735) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Woodham, Roy (207) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Gray, Keith (344) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Robinson, Stacy (375) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Jay, David (281) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Benny, Will (419) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Heath, Scott (357) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | David, Todd (453) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Ott, Carlton (402) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Cherry, Brian (347) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Initiative | Baxley, Benny (283) | 8/13/2012 | Parrish, Steve (337) | 8/13/2012 |
| Outstanding Performance | Hall, Randy (024) | 8/8/2012 | Parrish, Steve (337) | 8/8/2012 |
| Outstanding Performance | Gray, Keith (344) | 8/7/2012 | Parrish, Steve (337) | 8/8/2012 |
| Outstanding Performance | Jay, David (281) | 8/7/2012 | Parrish, Steve (337) | 8/8/2012 |
| Outstanding Performance | Long, Kenneth (733) | 8/7/2012 | Parrish, Steve (337) | 8/8/2012 |

 GuardianTracking

Page: 5 of 11

CITY OF DOTHAN/GRAY 003322
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Outstanding Performance | Robinson, Stacy (375) | 8/7/2012 | Parrish, Steve (337) | 8/7/2012 |
| Outstanding Performance | Woznlak, William (500) | 8/7/2012 | Parrish, Steve (337) | 8/7/2012 |
| Outstanding Performance | Smith, Scott (302) | 8/7/2012 | Parrish, Steve (337) | 8/7/2012 |
| Outstanding Performance | Penn, Jason (456) | 8/7/2012 | Parrish, Steve (337) | 8/7/2012 |
| Citizen Commendation | David, Rachel (735) | 8/3/2012 | Parrish, Steve (337) | 8/6/2012 |
| Initiative | Gray, Kelth (344) | 8/4/2012 | Parrish, Steve (337) | 8/6/2012 |
| Initiative | Robinson, Stacy (375) | 8/4/2012 | Parrish, Steve (337) | 8/6/2012 |
| Initiative | Jay, David (281) | 8/4/2012 | Parrish, Steve (337) | 8/6/2012 |
| Initiative | Gray, Keith (344) | 7/26/2012 | Parrish, Steve (337) | 7/31/2012 |
| Outstanding Performance | Gray, Keith (344) | 7/23/2012 | Parrish, Steve (337) | 7/31/2012 |
| Outstanding Performance | Henderson, Eddie (246) | 7/23/2012 | Parrish, Steve (337) | 7/27/2012 |
| Training - Special Assignments | Gray, Keith (344) | 7/11/2012 | Parrish, Steve (337) | 7/11/2012 |
| Training - Special Assignments | Robinson, Stacy (375) | 7/11/2012 | Parrish, Steve (337) | 7/11/2012 |
| Initiative | Woodham, Roy (207) | 6/15/2012 | Parrish, Steve (337) | 6/18/2012 |
| Initiative | Robinson, Stacy (375) | 6/12/2012 | Parrish, Steve (337) | 6/14/2012 |
| Initiative | Gray, Keith (344) | 6/11/2012 | Parrish, Steve (337) | 6/12/2012 |
| Initiative | Robinson, Stacy (375) | 6/11/2012 | Parrish, Steve (337) | 6/12/2012 |
| Initiative | Gray, Keith (344) | 6/2/2012 | Parrish, Steve (337) | 6/5/2012 |
| Supervisor Miscellaneous | Etress, Mike (366) | 5/23/2012 | Parrish, Steve (337) | 5/23/2012 |
| Supervisory Conference | Gray, Keith (344) | 5/15/2012 | Parrish, Steve (337) | 5/15/2012 |
| Outstanding Performance | Hall, Ronald (736) | 5/9/2012 | Parrish, Steve (337) | 5/10/2012 |
| Outstanding Performance | Godwin, Jonathan (790) | 5/9/2012 | Parrish, Steve (337) | 5/10/2012 |
| Outstanding Performance | Thompson, Brandon (826) | 5/9/2012 | Parrish, Steve (337) | 5/10/2012 |



 GuardianTracking

CITY OF DOTHAN/GRAY 003323
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Supervisor Miscellaneous | Gray, Keith (344) | 5/7/2012 | Parrish, Steve (337) | 5/7/2012 |
| Volunteerism | Gray, Keith (344) | 4/28/2012 | Parrish, Steve (337) | 4/30/2012 |
| Volunteerism | Jay, David (281) | 4/28/2012 | Parrish, Steve (337) | 4/30/2012 |
| Initiative | Woodham, Roy (207) | 4/25/2012 | Parrish, Steve (337) | 4/25/2012 |
| Initiative | Arango, Sophie (060) | 4/25/2012 | Parrish, Steve (337) | 4/25/2012 |
| Outstanding Performance | Penn, Jason (456) | 4/25/2012 | Parrish, Steve (337) | 4/25/2012 |
| Supervisor Miscellaneous | Gray, Keith (344) | 4/20/2012 | Parrish, Steve (337) | 4/20/2012 |
| Outstanding Performance | Sawyer, Kevin (928) | 4/12/2012 | Parrish, Steve (337) | 4/17/2012 |
| Outstanding Performance | Tallman, Louise (406) | 4/16/2012 | Parrish, Steve (337) | 4/16/2012 |
| Outstanding Performance | Willard, Chaundell (072) | 4/16/2012 | Parrish, Steve (337) | 4/16/2012 |
| Initiative | Woodham, Roy (207) | 4/6/2012 | Parrish, Steve (337) | 4/9/2012 |
| Supervisory Conference | Gray, Keith (344) | 4/6/2012 | Parrish, Steve (337) | 4/6/2012 |
| Citizen Commendation | Schaefer, Arthur (710) | 3/24/2012 | Parrish, Steve (337) | 4/2/2012 |
| Citizen Commendation | Ash, Shane (737) | 3/24/2012 | Parrish, Steve (337) | 4/2/2012 |
| Citizen Commendation | Benny, Will (419) | 3/30/2012 | Parrish, Steve (337) | 3/30/2012 |
| Citizen Commendation | Ott, Carlton (402) | 3/30/2012 | Parrish, Steve (337) | 3/30/2012 |
| Volunteerism | Barnes, Brandi (834) | 3/29/2012 | Parrish, Steve (337) | 3/30/2012 |
| Volunteerism | Roberts, Joan (307) | 3/29/2012 | Parrish, Steve (337) | 3/30/2012 |
| Initiative | Benny, Will (419) | 3/20/2012 | Parrish, Steve (337) | 3/20/2012 |
| Supervisor Miscellaneous | Gray, Keith (344) | 3/16/2012 | Parrish, Steve (337) | 3/16/2012 |
| Supervisor Miscellaneous | Robinson, Stacy (375) | 3/16/2012 | Parrish, Steve (337) | 3/16/2012 |
| Supervisor Miscellaneous | Jay, David (281) | 3/16/2012 | Parrish, Steve (337) | 3/16/2012 |
| Supervisor Miscellaneous | Gray, Keith (344) | 3/14/2012 | Parrish, Steve (337) | 3/14/2012 |

  GuardianTracking

Page: 7 of 11

CITY OF DOTHAN/GRAY 003324
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Supervisor Miscellaneous | Benny, Will (419) | 3/14/2012 | Parrish, Steve (337) | 3/14/2012 |
| Supervisor Miscellaneous | Heath, Scott (357) | 3/14/2012 | Parrish, Steve (337) | 3/14/2012 |
| Supervisor Miscellaneous | David, Todd (453) | 3/14/2012 | Parrish, Steve (337) | 3/14/2012 |
| Supervisor Miscellaneous | Ott, Carlton (402) | 3/14/2012 | Parrish, Steve (337) | 3/14/2012 |
| Outstanding Performance | Willard, Chaundell (072) | 3/13/2012 | Parrish, Steve (337) | 3/13/2012 |
| Citizen Commendation | Davis, Adam (866) | 3/8/2012 | Parrish, Steve (337) | 3/13/2012 |
| Citizen Commendation | Sallas, Dennis (700) | 3/8/2012 | Parrish, Steve (337) | 3/13/2012 |
| Supervisor Miscellaneous | Gray, Keith (344) | 3/9/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Gray, Keith (344) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Robinson, Stacy (375) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Jay, David (281) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Woodham, Roy (207) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Jarrett, Sandra (027) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Moody, Darren (857) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Robinson, James (483) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | David, Rachel (735) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Smith, Scott (302) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Davis, Andy (713) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Penn, Jason (456) | 3/8/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Gray, Keith (344) | 3/9/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Robinson, Stacy (375) | 3/9/2012 | Parrish, Steve (337) | 3/9/2012 |
| Outstanding Performance | Jay, David (281) | 3/9/2012 | Parrish, Steve (337) | 3/9/2012 |



**GuardianTracking**

Page: 8 of 11

CITY OF DOTHAN/GRAY 003325
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Outstanding Performance | Benny, Will (419) | 3/8/2012 | Parrish, Steve (337) | 3/8/2012 |
| Counseling - Informal | Collins, Jeremy (476) | 3/4/2012 | Parrish, Steve (337) | 3/6/2012 |
| Outstanding Performance | Schwab, David (837) | 3/1/2012 | Parrish, Steve (337) | 3/2/2012 |
| Initiative | Robinson, Stacy (375) | 2/28/2012 | Parrish, Steve (337) | 3/2/2012 |
| Initiative | Gray, Keith (344) | 2/27/2012 | Parrish, Steve (337) | 3/2/2012 |
| Initiative | Jay, David (281) | 2/27/2012 | Parrish, Steve (337) | 3/2/2012 |
| Performance Management | Hudson, Bruce (276) | 3/2/2012 | Parrish, Steve (337) | 3/2/2012 |
| Supervisory Conference | Gray, Keith (344) | 3/2/2012 | Parrish, Steve (337) | 3/2/2012 |
| Outstanding Performance | David, Rachel (735) | 3/2/2012 | Parrish, Steve (337) | 3/2/2012 |
| Initiative | Jay, David (281) | 2/28/2012 | Parrish, Steve (337) | 2/28/2012 |
| Performance Improvement Plan | Gray, Keith (344) | 2/24/2012 | Parrish, Steve (337) | 2/24/2012 |
| Outstanding Performance | Smith, Scott (302) | 2/23/2012 | Parrish, Steve (337) | 2/23/2012 |
| Outstanding Performance | Ott, Carlton (402) | 2/23/2012 | Parrish, Steve (337) | 2/23/2012 |
| Outstanding Performance | Long, Kenneth (733) | 2/23/2012 | Parrish, Steve (337) | 2/23/2012 |
| Outstanding Performance | Penn, Jason (456) | 2/23/2012 | Parrish, Steve (337) | 2/23/2012 |
| Initiative | David, Todd (453) | 2/22/2012 | Parrish, Steve (337) | 2/23/2012 |
| Counseling - Written/Formal | Gray, Keith (344) | 2/20/2012 | Parrish, Steve (337) | 2/21/2012 |
| Outstanding Performance | Penn, Jason (456) | 2/17/2012 | Parrish, Steve (337) | 2/17/2012 |
| Initiative | Robinson, Stacy (375) | 2/17/2012 | Parrish, Steve (337) | 2/17/2012 |
| Outstanding Performance | Tallman, Louise (408) | 2/15/2012 | Parrish, Steve (337) | 2/15/2012 |
| Outstanding Performance | Edwards, Becky (781) | 2/15/2012 | Parrish, Steve (337) | 2/15/2012 |
| Outstanding Performance | Roberts, Joan (307) | 2/15/2012 | Parrish, Steve (337) | 2/15/2012 |
| Outstanding Performance | Willard, Chaundell (072) | 2/15/2012 | Parrish, Steve (337) | 2/15/2012 |


GuardianTracking

Page: 9 of 11

CITY OF DOTHAN/GRAY 003326
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Supervisor Miscellaneous | Gray, Keith (344) | 2/14/2012 | Parrish, Steve (337) | 2/14/2012 |
| Job/Technical/Skill | Robinson, Stacy (375) | 2/6/2012 | Parrish, Steve (337) | 2/7/2012 |
| Community Relations | Gray, Keith (344) | 2/5/2012 | Parrish, Steve (337) | 2/6/2012 |
| Outstanding Performance | Jay, David (281) | 2/5/2012 | Parrish, Steve (337) | 2/6/2012 |
| Initiative | Willard, Chaundell (072) | 2/3/2012 | Parrish, Steve (337) | 2/3/2012 |
| Job/Technical/Skill | Robinson, Stacy (375) | 1/31/2012 | Parrish, Steve (337) | 1/31/2012 |
| Performance Management | Woodham, Roy (207) | 1/30/2012 | Parrish, Steve (337) | 1/30/2012 |
| Training - Special Assignments | David, Rachel (735) | 1/30/2012 | Parrish, Steve (337) | 1/30/2012 |
| Volunteerism | Moody, Darren (857) | 1/25/2012 | Parrish, Steve (337) | 1/25/2012 |
| Volunteerism | Arango, Sophie (060) | 1/25/2012 | Parrish, Steve (337) | 1/25/2012 |
| Volunteerism | David, Rachel (735) | 1/25/2012 | Parrish, Steve (337) | 1/25/2012 |
| Volunteerism | Petersen, Donald (982) | 1/25/2012 | Parrish, Steve (337) | 1/25/2012 |
| Outstanding Performance | David, Rachel (735) | 1/25/2012 | Parrish, Steve (337) | 1/25/2012 |
| Initiative | Gray, Keith (344) | 1/24/2012 | Parrish, Steve (337) | 1/25/2012 |
| Outstanding Performance | Collins, Jeremy (476) | 1/19/2012 | Parrish, Steve (337) | 1/19/2012 |
| Initiative | Hall, Randy (024) | 1/18/2012 | Parrish, Steve (337) | 1/18/2012 |
| Initiative | Nelms, Mark (382) | 1/10/2012 | Parrish, Steve (337) | 1/10/2012 |
| Outstanding Performance | Watkins, Lynn (670) | 12/22/2011 | Parrish, Steve (337) | 1/5/2012 |
| Supervisor Miscellaneous | Woodruff, Adrianne (372) | 11/16/2011 | Parrish, Steve (337) | 11/16/2011 |
| Outstanding Performance | David, Rachel (735) | 11/4/2011 | Parrish, Steve (337) | 11/4/2011 |
| Outstanding Performance | Benny, Will (419) | 9/5/2011 | Parrish, Steve (337) | 9/13/2011 |
| Outstanding Performance | Smith, Brian (386) | 9/11/2011 | Parrish, Steve (337) | 9/13/2011 |
| Outstanding Performance | Adkins, Jason (475) | 9/11/2011 | Parrish, Steve (337) | 9/13/2011 |

 GuardianTracking

Page: 10 of 11

CITY OF DOTHAN/GRAY 003327
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Outstanding Performance | Barberree, Chris (682) | 9/11/2011 | Parrish, Steve (337) | 9/13/2011 |
| Outstanding Performance | Allums, Clark (477) | 9/11/2011 | Parrish, Steve (337) | 9/13/2011 |
| Outstanding Performance | Glover, Will (701) | 9/11/2011 | Parrish, Steve (337) | 9/13/2011 |
| Outstanding Performance | Davis, Andy (713) | 9/11/2011 | Parrish, Steve (337) | 9/13/2011 |
| Outstanding Performance | David, Rachel (735) | 9/6/2011 | Parrish, Steve (337) | 9/7/2011 |
| Outstanding Performance | Mock, Ray (763) | 9/2/2011 | Parrish, Steve (337) | 9/2/2011 |
| Outstanding Performance | David, Rachel (735) | 8/29/2011 | Parrish, Steve (337) | 8/29/2011 |
| Outstanding Performance | Woodham, Roy (207) | 8/16/2011 | Parrish, Steve (337) | 8/17/2011 |
| Outstanding Performance | Ott, Carlton (402) | 8/8/2011 | Parrish, Steve (337) | 8/8/2011 |
| Outstanding Performance | Jay, David (281) | 7/30/2011 | Parrish, Steve (337) | 8/2/2011 |
| Outstanding Performance | Butler, Devellus (497) | 7/28/2011 | Parrish, Steve (337) | 7/28/2011 |
| Outstanding Performance | David, Rachel (735) | 7/6/2011 | Parrish, Steve (337) | 7/6/2011 |
| Outstanding Performance | Glover, Will (701) | 7/6/2011 | Parrish, Steve (337) | 7/6/2011 |
| Outstanding Performance | Garrett, Jeff (364) | 7/6/2011 | Parrish, Steve (337) | 7/6/2011 |



GuardianTracking

CITY OF DOTHAN/GRAY 003328
CONFIDENTIAL

# Incident Totals Report
Dothan Police Department

7/5/2013

**By Employees:**   Gray, Keith (344)

| Category | Count |
|---|---|
| Appearance/Hygiene | 0 |
| Attendance/Tardiness | 4 |
| Awards | 2 |
| Call Management | 0 |
| Career Development | 1 |
| Citizen Commendation | 17 |
| Citizen Complaint | 0 |
| Commendations - Formal | 8 |
| Community Relations | 13 |
| Counseling - Informal | 2 |
| Counseling - Oral | 0 |
| Counseling - Written/Formal | 0 |
| Court Attendance | 0 |
| Early Intervention Action | 0 |
| Early Intervention Response | 0 |
| Employee Involved MVC | 0 |
| Employee Recognition Response | 0 |
| Goals/Objectives | 0 |
| Grooming/Dress | 0 |
| Initiative | 8 |
| Insubordination | 0 |
| Internal Complaint | 0 |
| Intervention - Behavior | 0 |
| Intervention - Performance | 0 |
| Job/Technical/Skill | 1 |
| Operation/Care of Equipment | 0 |



Page: 1 of 2

CITY OF DOTHAN/GRAY 003329
CONFIDENTIAL



| Category | Count |
| --- | --- |
| Outstanding Performance | 6 |
| Peer Documentation | 0 |
| Performance Improvement Plan | 1 |
| Performance Management | 0 |
| Policy Violation | 0 |
| Pursuit | 0 |
| Quality/Quantity of Work | 0 |
| Radio Etiquette/Procedure | 0 |
| Report Writing | 0 |
| Response to Resistance | 0 |
| Rudeness/Attitude | 0 |
| Safety Practices (All) | 0 |
| Sick Leave | 0 |
| Supervisor Miscellaneous | 11 |
| Supervisory Conference | 1 |
| Time Swap | 0 |
| Training – General | 1 |
| Training – Special Assignments | 32 |
| Unscheduled Leave | 0 |
| Volunteerism | 1 |
| Total: | 109 |



GuardianTracking

Page: 2 of 2

CITY OF DOTHAN/GRAY 003330
CONFIDENTIAL



# Incident List Report

7/5/2013

## Dothan Police Department

**By Employees:**   Gray, Keith (344)

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Outstanding Performance | Cherry, Brian (347) | 6/5/2013 | Gray, Keith (344) | 6/11/2013 |
| Awards | Heath, Scott (357) | 5/7/2013 | Gray, Keith (344) | 6/4/2013 |
| Awards | Heath, Scott (357) | 1/29/2013 | Gray, Keith (344) | 3/25/2013 |
| Citizen Commendation | Conner, Michael (809) | 3/9/2013 | Gray, Keith (344) | 3/15/2013 |
| Supervisor Miscellaneous | David, Todd (453) | 1/22/2013 | Gray, Keith (344) | 1/25/2013 |
| Supervisor Miscellaneous | Cherry, Brian (347) | 1/3/2013 | Gray, Keith (344) | 1/24/2013 |
| Citizen Commendation | Peters, Susie (874) | 12/14/2012 | Gray, Keith (344) | 1/24/2013 |
| Outstanding Performance | Heath, Scott (357) | 12/18/2012 | Gray, Keith (344) | 1/23/2013 |
| Outstanding Performance | Odom, Tim (447) | 12/18/2012 | Gray, Keith (344) | 1/23/2013 |
| Outstanding Performance | Smith, Brian (386) | 1/14/2013 | Gray, Keith (344) | 1/23/2013 |
| Counseling - Informal | Phares, Tripp (815) | 11/4/2012 | Gray, Keith (344) | 1/9/2013 |
| Citizen Commendation | Ellison, Tim (678) | 12/23/2012 | Gray, Keith (344) | 12/27/2012 |
| Training - Special Assignments | Ott, Carlton (402) | 12/2/2012 | Gray, Keith (344) | 12/11/2012 |
| Commendations - Formal | Ott, Carlton (402) | 11/16/2012 | Gray, Keith (344) | 11/26/2012 |
| Commendations - Formal | Evans, Joseph (685) | 11/6/2012 | Gray, Keith (344) | 11/16/2012 |
| Commendations - Formal | Womack, Dereck (725) | 11/6/2012 | Gray, Keith (344) | 11/16/2012 |
| Commendations - Formal | Heath, Scott (357) | 11/6/2012 | Gray, Keith (344) | 11/16/2012 |
| Commendations - Formal | Ketchum, Glen (818) | 11/6/2012 | Gray, Keith (344) | 11/16/2012 |
| Commendations - Formal | Smith, Brian (386) | 11/6/2012 | Gray, Keith (344) | 11/16/2012 |



 GuardianTracking

Page: 1 of 5

CITY OF DOTHAN/GRAY 003331
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Citizen Commendation | Peters, Brandon (867) | 11/3/2012 | Gray, Keith (344) | 11/5/2012 |
| Citizen Commendation | Summerlin, Christopher (972) | 11/3/2012 | Gray, Keith (344) | 11/5/2012 |
| Initiative | Roberts, Joan (307) | 10/15/2012 | Gray, Keith (344) | 10/16/2012 |
| Supervisor Miscellaneous | Cherry, Brian (347) | 9/9/2012 | Gray, Keith (344) | 10/2/2012 |
| Supervisor Miscellaneous | Ott, Carlton (402) | 9/26/2012 | Gray, Keith (344) | 9/27/2012 |
| Initiative | Heath, Scott (357) | 9/21/2012 | Gray, Keith (344) | 9/26/2012 |
| Initiative | Smith, Brian (386) | 9/21/2012 | Gray, Keith (344) | 9/26/2012 |
| Career Development | David, Todd (453) | 9/13/2012 | Gray, Keith (344) | 9/26/2012 |
| Attendance/Tardiness | Roberts, Joan (307) | 9/17/2012 | Gray, Keith (344) | 9/26/2012 |
| Attendance/Tardiness | Roberts, Joan (307) | 9/17/2012 | Gray, Keith (344) | 9/17/2012 |
| Community Relations | Evans, Joseph (685) | 8/18/2012 | Gray, Keith (344) | 9/13/2012 |
| Community Relations | Smith, Brian (386) | 8/18/2012 | Gray, Keith (344) | 9/13/2012 |
| Initiative | Cherry, Brian (347) | 9/11/2012 | Gray, Keith (344) | 9/13/2012 |
| Training - General | Cherry, Brian (347) | 8/14/2012 | Gray, Keith (344) | 9/13/2012 |
| Counseling - Informal | Ott, Carlton (402) | 8/2/2012 | Gray, Keith (344) | 9/4/2012 |
| Attendance/Tardiness | Roberts, Joan (307) | 9/4/2012 | Gray, Keith (344) | 9/4/2012 |
| Supervisor Miscellaneous | Cherry, Brian (347) | 8/16/2012 | Gray, Keith (344) | 8/27/2012 |
| Supervisor Miscellaneous | Cherry, Brian (347) | 8/15/2012 | Gray, Keith (344) | 8/27/2012 |
| Citizen Commendation | Jewell, Rebecca (715) | 8/6/2012 | Gray, Keith (344) | 8/9/2012 |
| Job/Technical/Skill | Collins, Jeremy (476) | 7/24/2012 | Gray, Keith (344) | 8/7/2012 |
| Volunteerism | Baum, Brad (317) | 8/4/2012 | Gray, Keith (344) | 8/7/2012 |
| Initiative | Roberts, Joan (307) | 8/3/2012 | Gray, Keith (344) | 8/7/2012 |
| Performance Improvement Plan | Roberts, Joan (307) | 7/25/2012 | Gray, Keith (344) | 8/7/2012 |
| Citizen Commendation | Davis, Adam (866) | 6/9/2012 | Gray, Keith (344) | 6/26/2012 |


GuardianTracking

Page: 2 of 5

CITY OF DOTHAN/GRAY 003332
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Initiative | David, Todd (453) | 6/14/2012 | Gray, Keith (344) | 6/26/2012 |
| Initiative | Ott, Carlton (402) | 6/11/2012 | Gray, Keith (344) | 6/12/2012 |
| Outstanding Performance | Peters, Brandon (867) | 6/1/2012 | Gray, Keith (344) | 6/4/2012 |
| Supervisor Miscellaneous | Heath, Scott (357) | 5/24/2012 | Gray, Keith (344) | 5/29/2012 |
| Citizen Commendation | Benny, Will (419) | 4/23/2012 | Gray, Keith (344) | 5/9/2012 |
| Citizen Commendation | Watkins, Lynn (670) | 4/23/2012 | Gray, Keith (344) | 5/9/2012 |
| Citizen Commendation | McClendon, Anthony (873) | 4/23/2012 | Gray, Keith (344) | 5/9/2012 |
| Citizen Commendation | Weed, Jason (478) | 4/23/2012 | Gray, Keith (344) | 5/9/2012 |
| Citizen Commendation | Thomas, Jonathan (758) | 4/23/2012 | Gray, Keith (344) | 5/9/2012 |
| Supervisor Miscellaneous | Penn, Jason (456) | 5/9/2012 | Gray, Keith (344) | 5/9/2012 |
| Supervisor Miscellaneous | Benny, Will (419) | 5/8/2012 | Gray, Keith (344) | 5/9/2012 |
| Citizen Commendation | Overstreet, Clifton (862) | 5/2/2012 | Gray, Keith (344) | 5/7/2012 |
| Citizen Commendation | Schulmerich, Lacy (918) | 5/2/2012 | Gray, Keith (344) | 5/7/2012 |
| Community Relations | Peters, Brandon (867) | 4/30/2012 | Gray, Keith (344) | 5/1/2012 |
| Community Relations | Davis, Tom (897) | 4/30/2012 | Gray, Keith (344) | 5/1/2012 |
| Community Relations | Ash, Shane (737) | 4/30/2012 | Gray, Keith (344) | 5/1/2012 |
| Initiative | Johnson, Stacy (004) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training - Special Assignments | Cain, Brad (676) | 4/26/2012 | Gray, Keith (344) | 4/30/2012 |
| Training - Special Assignments | Woodham, Roy (207) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training - Special Assignments | Rice, Philip (681) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training - Special Assignments | Long, Scott (360) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training - Special Assignments | Benny, Will (419) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |

 GuardianTracking

Page: 3 of 5

CITY OF DOTHAN/GRAY 003333
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Training – Special Assignments | Heath, Scott (357) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Rice, Clark (436) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Baum, Brad (317) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Odom, Tim (447) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Smith, Brian (386) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | David, Todd (453) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Collins, Jeremy (476) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Ellison, Tim (678) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Jarrett, Sandra (027) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Crumpler, Stacia (112) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Edwards, Deanna (117) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Adkins, Brooke (053) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Johnson, Stacy (004) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Owens, Kayla (085) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Cornell, Krystin (061) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Danford, Jessica (099) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Jones, Ashley (105) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Arango, Sophie (060) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Hudson, Bruce (276) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Cherry, Brian (347) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Training – Special Assignments | Okonsky, Karen (138) | 4/25/2012 | Gray, Keith (344) | 4/30/2012 |
| Citizen Commendation | Moody, Darren (857) | 4/20/2012 | Gray, Keith (344) | 4/20/2012 |

 GuardianTracking

CITY OF DOTHAN/GRAY 003334
CONFIDENTIAL

| Category | Employee | Occurred | Entered By | Entered |
|---|---|---|---|---|
| Citizen Commendation | Schaefer, Arthur (710) | 4/11/2012 | Gray, Keith (344) | 4/13/2012 |
| Citizen Commendation | Ash, Shane (737) | 4/11/2012 | Gray, Keith (344) | 4/13/2012 |
| Supervisor Miscellaneous | Ott, Carlton (402) | 3/28/2012 | Gray, Keith (344) | 4/4/2012 |
| Attendance/Tardiness | Roberts, Joan (307) | 3/13/2012 | Gray, Keith (344) | 3/20/2012 |
| Community Relations | Robinson, Stacy (375) | 2/4/2012 | Gray, Keith (344) | 2/6/2012 |
| Community Relations | Jay, David (281) | 2/4/2012 | Gray, Keith (344) | 2/6/2012 |
| Community Relations | Owens, Scott (804) | 2/4/2012 | Gray, Keith (344) | 2/6/2012 |
| Community Relations | Mullis, Timothy (731) | 2/4/2012 | Gray, Keith (344) | 2/6/2012 |
| Community Relations | Davis, Adam (866) | 1/19/2012 | Gray, Keith (344) | 2/2/2012 |
| Community Relations | David, Todd (453) | 1/19/2012 | Gray, Keith (344) | 2/2/2012 |
| Community Relations | Collins, Jeremy (476) | 1/19/2012 | Gray, Keith (344) | 2/2/2012 |
| Community Relations | Ellison, Tim (678) | 1/19/2012 | Gray, Keith (344) | 2/2/2012 |
| Training - Special Assignments | Evans, Joseph (685) | 1/25/2012 | Gray, Keith (344) | 1/25/2012 |
| Training - Special Assignments | Heath, Scott (357) | 1/25/2012 | Gray, Keith (344) | 1/25/2012 |
| Training - Special Assignments | Ketchum, Glen (818) | 1/25/2012 | Gray, Keith (344) | 1/25/2012 |
| Training - Special Assignments | Smith, Brian (386) | 1/25/2012 | Gray, Keith (344) | 1/25/2012 |
| Training - Special Assignments | Conner, Michael (809) | 1/25/2012 | Gray, Keith (344) | 1/25/2012 |
| Supervisory Conference | Ott, Carlton (402) | 1/19/2012 | Gray, Keith (344) | 1/20/2012 |
| Supervisor Miscellaneous | David, Todd (453) | 12/16/2011 | Gray, Keith (344) | 12/19/2011 |
| Commendations - Formal | David, Todd (453) | 11/4/2011 | Gray, Keith (344) | 11/8/2011 |
| Outstanding Performance | Ketchum, Glen (818) | 10/12/2011 | Gray, Keith (344) | 10/14/2011 |
| Commendations - Formal | Robinson, James (483) | 3/15/2011 | Gray, Keith (344) | 3/18/2011 |



 GuardianTracking

Page: 5 of 5

CITY OF DOTHAN/GRAY 003335
CONFIDENTIAL

# Incident Details Report
## Dothan Police Department

6/10/2013

**Employees:**     Gray, Keith (344)

## Job/Technical/Skill

**For:** Gray, Keith (344)           **Occurred:** 5/17/2013
**By:** Parrish, Steve (337)          **Entered:** 5/17/2013

You did a great job of command and control with the bomb squad today at the Civic Center package scare. It's the first time I've got a "bird's eye" view of the team in action in a real-world situation. Please convey my appreciation for their efforts.

## Supervisor Miscellaneous

**For:** Gray, Keith (344)           **Occurred:** 4/8/2013
**By:** Parrish, Steve (337)          **Entered:** 4/8/2013

I had a few inquires this morning as to your whereabouts. It was not until I received an e-mail from the Chief that I knew you were out due to an off duty injury. As I have informed all captains in the past, I encourage you to communicate with the Chief freely. I do however, expect you to also communicate things such as an absence from duty with me. I bring this to your attention, because there seems to be a pattern developing with your lack of communications with me.

Another example was with the latest deployment of the Dignitary Protection Unit and a correspondence from you directly to the Chief, omitting me. You must know that he and I communicate several times daily. He sends me correspondents from all the captains if he does not see my name on them (if these thing pertain to the operations of this Department). I know at one point you said you were not comfortable with communicating with me. Nevertheless, as your supervisor I expect to be informed with things that relate to the operations of this Department.

*My entries on
Guardian Tracking
on Capt. Gray*

*TOTAL: 30*

*Positives: 20*

Page: 1 of 16

CITY OF DOTHAN/GRAY 003336
CONFIDENTIAL



**By:** Gray, Keith (344)          **Entered:** 6/9/2013

Guardian Tracking Rebuttal
Entry by Major Steve Parrish on 4/8/13

Personnel Director;
On more than one occasion you have
On April 7, 2013 I was examined by a physician at the Southeast Alabama
Medical Center whom determined that I had a fibular fracture to my left leg at
which I received medication for pain. I received instructions to follow up at
Southern Bone and Joint in order that my leg be placed in a cast. During this
time I had a previously made arrangements to relocate my father, whom has
dementia, from Bonifay (Florida) Nursing Home to the Veterans Affairs Hospital
located in Tuskegee, Alabama on 4/8/13. I made contact with Chief Benton's
Administrative Assistant regarding my injury as well a  Chief Benton. After my
follow up appointment at Southern Bone and Joint on 4/9/13 I proceeded to
the Employee Health Clinic with paperwork of my treatment and to file Family
Medical Leave regarding my elderly father care as well as my medical issues. I
brought the appropriate paperwork to the police department and gave it to
Pam Deese and spoke with Chief Benton (Major Parrish was not in the
building). I was approved for Family Medial Leave and was directed not to
return to work for approximately 3 weeks. Once I returned to work and was
able to check guardian tracking I discovered that Major Steve Parrish had
submitted a negative Supervisor Miscellaneous Incident Report on me (See
Attached Report dated 4/8/13). Within this report Parrish addresses my
absence from duty and lack o  communication with him regarding my injury. In
addition he mentioned the deployment of the Dignitary Protection Unit recently
and stated that Chief Benton was informed o  the deployment and he was not.
Apparently this i  what led to Parrish submitting this guardian tracking entry.
In response to this negative entry that will be added to my personnel file
within the Coaching portion of my Employee Performance Evaluation this
month I must explain issues between Parrish and I that I feel i  harassment
from him that dates back to January of 2013. My intent is to file a Title VII
Civil Rights Act Violation regarding Racial Discrimination and Unlawful
Employment Practices complaint with the Equal Employment Opportunity
Commission as a result of Parrish's ongoing practices of deliberately treating
me indifferent. In my opinion he has also violated the Federal Consent Decree
that is currently in place.

On 1/17/13 Captain Jay came to my office and told me that I was needed in
the Chief's Office. Once there Major Parrish and Chief Benton were sitting down
and Parrish informed me of my transferred from the Patrol Services Bureau to
the Administrative Services Bureau. I asked why and was told that Captain
Robinson had health issues that they felt could be better managed if he
supervised a bureau that was the most self-sustaining. In addition I was told





Page: 2 of 16

CITY OF DOTHAN/GRAY 003337
CONFIDENTIAL

that on occasion Captains would be transferred to all 3 bureaus for experience. I had already supervised the Administrative Bureau in the past so immediately I became suspicious at the timing of this transfer. I mentioned to Parrish that within the Administrative Bureau the Animal Control Division supervisor (Sgt. Woodruff) and I did not see eye-to-eye and we had prior issues. Parrish then said that she would just have respect that I was her supervisor and follow my directions. These were the only reasons I received from Parrish and Chief Benton. The transfer became effective on 1/27/13. Approximately 1 o 2 weeks later I entered Parrish's office and told him that my transfer, "Didn't pass the smell test." I felt that there were other reasons unknown to me that I had been transferred. He asked me to close his door and I asked if the recent department wide survey from employees had anything to do with my transfer and he said, "No". I then asked why I was transferred. The tone of his voice changed to chastisement as he began to accuse me o "micromanaging" and said that I had called for a, " three day investigation into an incident regarding Officer Peter Markow." I explained to Parrish in detail of several department and personnel violations (some o a major category) that Markow had committed during an incident where a suspect was apprehended. I advised Parrish that I met with several supervisors to determine if the department failed in training Markow prior to seeking disciplinary action in order to reduce liability. The suspect was a Black, Male and Parrish brought to my attention that the suspect plead guilty to the charges, and I responded that he was not represented by an attorney, and one of his charges were improperly brought by Markow. Next, Parrish accused me of not forwarding a polygraph report to Chief Benton once when he was looking for the results. I informed him that Lt. Roy Woodham is the person who assigns polygraphs and he has done so for several months. Parrish then described incidents where I was off-duty and came in contact with police officers. One o these such events I received a minor infraction for, however he mentioned another incident at Pocket's Lounge where I was threatened by a "Westside Boys Gang Member" as I was awaiting a to-go-order. Internal Affairs conducted an investigation into that incident and I was exonerated from any wrong doing. In that case I obtained a warrant for the arrest of the suspect instead of making an on-view arrest. I take offense to Parrish with this incident because I had to defend myself from being assaulted by 2 men much larger than I just because they discovered that I was an off-duty police officer and they became aware of that through other patrons of the establishment. Another incident that Parrish mentioned was that I assisted the owner of a local lounge in detaining a suspect that had counterfeit money and an illegal firearm until officers could arrive and make several felony charges. Usually this is something that an officer would normally receive praise for, but Parrish seems determined to chastise me for any small thing that he can. Parrish then told me that I, " should not be out at 2:30 AM." I again took offense to Parrish's attempt to dictate where I go and what time that he feels I need to be at my residence during my off-duty private time. I then proceeded to inform Parrish that he needed tell juveniles what time to be in bed because I am an adult. In addition I told Parrish that he i not without fault as it relates to his job as a Major with this department. I explained that I know that he just does not like me as a person, and it is readily apparent by employees of this department that he deliberately treats



**GuardianTracking**

CITY OF DOTHAN/GRAY 003338
CONFIDENTIAL

his close employee friends, some of which are in the organization "Sons of Confederate Soldiers" that Parrish has been a leader of, with more respect and favor than others. I told him that as a supervisor it was incumbent that he not show favoritism for some employees more so than other employees. H  then said that maybe he needed to re-evaluate himself in that area. I have been employed with this department for over 28 years and in my opinion based on things that I have witnessed, Parrish has always been part o the "Good o Boys" and it appears that he still subscribes to this practice. At the end of this discussion Parrish told me that he was monitoring me and that he was going to see if I let Lt. Nelms supervise without me micromanaging him. Since this conversation between Parrish and I he has removed my authority as a Bureau Commander by transferring division supervision from me to a Lieutenant Rank, as well a  transferring divisions that would be under my command to be supervised by himself (Communications Division & Training Division). Parrish has created a position of "Administrative Services Bureau Supervisor" which I now the rank of Lieutenant in order to circumvent my authority. This has resulted in the alteration of the department's organizational chart which removes me, (Black, Male) from authority over my bureau and places it at the Lieutenant's level (White, Male). The other two Captains, (White, Male) still retains their authority over the other two bureaus without limitation, and does not have a "bureau supervisor" at the rank of Lieutenant.



Major Parrish has intentionally failed to make several guardian tracking entries that would be favorable for me, however he consistently makes favorable guardian tracking entries for other employees (mostly White) that seem minor. An example of that I  Parrish made a favorable guardian tracking entry of an employee taking the assignment to drive newly purchased police vehicles to Dothan from another city. On the other hand Parrish failed to recognize me for: (1) Finding an Executive Protection School for several employees at no cost to the city. (2) Receiving a Commendation from the Governor of the State of Alabama for a recent Kidnapping Case. (3) Working on the kidnapping case without receiving additional compensation since I am a fixed salary. (4) Executive Protection Detail of Governor Robert Bentley during a recent economic announcement in Dothan.

Parrish has not communicated with me since our heated exchange on 1/17/13 where he falsely accused me of micromanaging and not turning in work that was not my responsibility at the time. I have since discovered that another reason for my transfer was indeed for some comments within the survey. I was not given an opportunity to address any of the above mention concerns prior to my transfer. So Parrish's negative guardian tracking regarding my lack of communication with him is hypocritical to say the least. I request to be removed from Parrish's chain-of-command due to his affiliation with Sons of Confederate Soldiers (See Attached Photo), false statements he has made to me, and absolutely no confidence I have in his ability to treat me equally as others within the department. I have two witnesses that have overheard Parrish inquiring a  to the whereabouts of Captain Jay when he was absent from work recently, also with a leg injury. I feel certain that he has not written a negative guardian tracking entry such as mine on Jay. I have told Chief Benton as well as Major Parrish that due to hi  (Parrish's) actions I feel a  if he

GuardianTracking                    Page: 4 of 16

CITY OF DOTHAN/GRAY 003339
CONFIDENTIAL

does not have my best interest in mind as it related to my position with this department, nor as a citizen of this city. For the record, Parrish cannot speak on my behalf, nor does he represent me in any way due to false statements that he has misrepresented me on. This guardian tracking entry is just another method for Parrish to discriminate. on me as an African American due to the position of authority. The attached photocopy depicts Major Parrish with several former and present police department employees who receive preferential treatment, some of who were re-assigned to work directly under Parrish instead of me. The Federal Consent Decree prohibits Parrish from treating me the way he has over several months and I refuse to be subjected to this humiliation any longer.

Captain Keith Gray

cc: Chief Gregory Benton

## Initiative

**For:** Gray, Keith (344)              **Occurred:** 10/15/2012
**By:** Parrish, Steve (337)          **Entered:** 10/15/2012

I want to commend Captain Gray for his initiative in getting the new bomb team vehicle painted. He solicited the assistance of the Sparks Community College Auto Body Repair Shop to do most of the technical labor at little cost to the City. This is a excellent example of the type of "out of the box" thinking we need in this Department. Great work Keith.

## Community Relations

**For:** Gray, Keith (344)              **Occurred:** 10/10/2012
**By:** Parrish, Steve (337)          **Entered:** 10/12/2012

Capt Gray spoke at a luncheon on Wednesday to a Community Relations Group 10/10. He did an outstanding job and recieved positives comments from those in attendance and from the local news media that evening.

Thanks Keith!

## Outstanding Performance

**For:** Gray, Keith (344)              **Occurred:** 8/13/2012

 GuardianTracking                    Page: 5 of 16

CITY OF DOTHAN/GRAY 003340
CONFIDENTIAL

**By:**  Ott, Carlton (402).                    **Entered:**    8/13/2012

On this date the department received it's certificate of accreditation from CALEA. This was the first oppurtunity I have had to wear the formal class "A" uniform and I was very impressed with the look of it. In my opinion the command staff has never looked more professional as a group than today. I know that many hours were spent looking at different options and Captain Gray did an outstanding job in picking this uniform.

I am not the only person who noticed as I had several compliments from other officers and civilians.

Good job Captain!

## Initiative
**For:**  Gray, Keith (344)                    **Occurred:**  8/13/2012
**By:**   Parrish, Steve (337)             .          **Entered:**    8/13/2012

I appreciate your attendance at our CALEA presentation. Many of you had excellent representation of your divisions. A true sign of leadership. Thank you.

## Outstanding Performance
**For:**  Gray, Keith (344)                    **Occurred:**  8/7/2012
**By:**   Parrish, Steve (337)                    **Entered:**    8/8/2012

I appreciate you attending the bus tour for our annual National Night Out block party campaign. I know it was after-hours and you didn't get paid, but it showed good leadership and a unity in our organization not only to the public, but the elected officials and department members as well. Thank you.

## Initiative
**For:**  Gray, Keith (344)                    **Occurred:**  8/4/2012
**By:**   Parrish, Steve (337)                    **Entered:**    8/6/2012

I appreciate your support and attendance at the annual National Night Out campaign. Employees who worked and/or attended noticed that you were there and giving your time for the team. Little things like this is a good example of how we continue moving forward with


**GuardianTracking**                                   Page: 6 of 16

CITY OF DOTHAN/GRAY 003341
CONFIDENTIAL

our Department.

## Initiative

**For:** Gray, Keith (344)          **Occurred:** 7/26/2012
**By:** Parrish, Steve (337)         **Entered:** 7/31/2012

Good job on the hand-out with the newly hired officers. Capt. Gray handed these out at the Academy graduation.

## Outstanding Performance

**For:** Gray, Keith (344)          **Occurred:** 7/23/2012
**By:** Parrish, Steve (337)         **Entered:** 7/31/2012

The Chief and I were out of town from 7-17-12 through 7-22-12. During our absence, Captain Gray was left in charge of the Department. He did an outstanding job during that time period. The City Manager commended him on his efforts. He had somewhat of a crisis involving a domestic kidnapping during that time and resolved it without incident making proper notifications.

## Training - Special Assignments

**For:** Gray, Keith (344)          **Occurred:** 7/11/2012
**By:** Parrish, Steve (337)         **Entered:** 7/11/2012

I appreciate you instructing a class in police supervision and management per our CALEA requirements to newly promoted supervisors. It is clear that you are interested in our Department's future.

## Initiative

**For:** Gray, Keith (344)          **Occurred:** 6/11/2012
**By:** Parrish, Steve (337)         **Entered:** 6/12/2012

I appreciate your attendance and input at the community meeting at Cloverdale United



**GuardianTracking**

CITY OF DOTHAN/GRAY 003342
CONFIDENTIAL

Methodist Church.

## Peer Documentation

**For:** Gray, Keith (344)  **Occurred:** 6/2/2012
**By:** Williams, Eugenia (817)  **Entered:** 6/10/2012

On behalf of the Williams Family and National Guard Family,
I'd like to take a moment to thank all of you who thought of and supported us with flowers and police presence during this extremely difficult process of losing my father. Captain Gray and Sergeant Baum truly represented the Dothan Police Department respectfully and honorably at my Dad's military funeral. My family and I can't express enough gratitude and appreciation to them for being there supporting us in our time of sorrow. The support and love this department has shown to me and my family definitely has reassured me that I am becoming a part of a brilliant community and police family. Again I greatly appreciate the flowers, emails, text, calls, etc... and look forward to a wonderful career with my new family members. God bless and keep all of you.

## Initiative

**For:** Gray, Keith (344)  **Occurred:** 6/2/2012
**By:** Parrish, Steve (337)  **Entered:** 6/5/2012

I appreciate Captain Gray attending the funeral in Troy for Officer Williams' father.

## Supervisory Conference

**For:** Gray, Keith (344)  **Occurred:** 5/15/2012
**By:** Parrish, Steve (337)  **Entered:** 5/15/2012

Effective immediately your control of operations within the Patrol Services Bureau i reinstated. You have satisfactorily completed the requirements contained within the Performance Improvement Plan (PIP). I will continue to monitor the direction in which you lead the bureau.

There are several areas in particular that I will closely monitor and have an expectation o compliance:

• How you conduct yourself off-duty as it relates to your position in the Department.

 GuardianTracking

Page: 8 of 16

CITY OF DOTHAN/GRAY 003343
CONFIDENTIAL

• How you interact with your subordinates (i.e. how you communicate with them; how timely you respond to their needs, e-mails etc...).
• How well you communicate with the command staff.
• Team-building efforts; maintaining a patient, systematic and methodical approach to molding supervisors to conforming to your team concepts.

I have the fullest confidence that you have learned from this experience. It is my earnest hope that we will not have to tread these grounds again. If any other actions related to your conformity in management are necessary, it will be lengthier in duration.

## Supervisor Miscellaneous

**For:** Gray, Keith (344)          **Occurred:** 5/7/2012
**By:** Parrish, Steve (337)          **Entered:** 5/7/2012

05-07-12
I have noted several situations over the past weeks that I feel are important regarding some decisions Captain Gray has made.
On the weekend of April 21 there was a significant power outage in the city. He attempted to get up with me for approval of the call out of additional officers but was unable to reach me. He made the call to utilize three additional officers to assist the patrol shift that was working. I appreciate this initiative, but more importantly, I appreciate it being a good one.
We had a situation where a signal 63 occurred near one of the local HUD housing projects where the officers did not complete the proper paperwork. This was headed toward being a political night-mare. Capt. Gray did some research of the case and drove by the complex to validate information we had received. Once this was done, he notified the shift lieutenant responsible for the officers who did not do what they were supposed to do; and briefed him. He let the lieutenant handle the situation as he saw fit. That is the type of action I appreciate. He is demonstrating he is willing to let his commanders handle situations rather than getting involved in them.
Captain Gray set up a helicopter training session for supervisors and coordinated it with the airport authority and the Dale County Sheriff's Office. The training was well received by the supervisors attending.
I believe that we are on schedule as per the P.I.P. to turn operational control of Patrol Services over to Captain Gray at the scheduled meeting in May.
I will compile one final memorandum analyzing the Performance Improvement Plan and expectations for a path forward.

## Volunteerism

**For:** Gray, Keith (344)          **Occurred:** 4/28/2012
**By:** Parrish, Steve (337)          **Entered:** 4/30/2012

 GuardianTracking

Page: 9 of 16

CITY OF DOTHAN/GRAY 003344
CONFIDENTIAL



I appreciate you taking time to volunteer for the event at Gussie Park. I realize It consumed most of your day off, but It speaks well of your concern of how our Department Is recieved In the community and you are to be commended for your efforts.

## Supervisor Miscellaneous

**For:** Gray, Keith (344)          **Occurred:** 4/20/2012
**By:** Parrish, Steve (337)          **Entered:** 4/20/2012

This week I released an e-mail to the patrol commanders having them send request to Captain Gray. My Intent was to monitor the content of his responses and the timeliness. Lt. David sent a request Involving a traffic matter to him on Monday morning. By 10:30 that morning, Captain Gray had made a good decision and communicated back to Lt. David In a timely fashion.

"I see no problem with him copying the stats from our website and putting It on his, or he can place a link on his site that would automatically pull up our site since It's already published.

From: David, Todd
Sent: Monday, April 09, 2012 7:49 AM
To: Gray, Ivan Keith
Cc: Parrish, Steve
Subject: Request for Traffic Stats
Captain,



Last week I had a phone conversation with Brandon Shoupe. He is affiliated with Strategy 6, a local web company and requested some traffic stats. Basically the Information he requested is contained In the annual traffic report. Mr. Shoupe stated that he wanted to publish the Information on a web site so interested parties could see numbers and trends with Dothan crashes.

I told Shoupe that this Information was published already on the DPD website and I would have to clear releasing the information for publication by a private company. Shoupe did say that there would not be a charge to the public for this Information.

Thanks,

Lieutenant CT David

Captain Gray requested to attend the academy graduation on Thursday, April 12th. I appreciate his understanding how important that Is to new officers assigned to his command.

Captain Gray handled a meeting on April 16th involving the transfer of a police supervisor. Some of the Items discussed were personal and sensitive to the employee; yet necessary to discuss. He handled It well and conveyed all necessary expectations to the supervisor. He followed up with an entry in Guardian Tracking.

I have also noticed over the last week that the speed In which Capt Gray processes e-mails, paperwork and other follow up to subordinates has Increased. This is commendable. I feel It is important to not only communicate with your subordinates, but to do It quickly. This makes them feel that you are specifically attentive to their needs. That helps solidify his command.



CITY OF DOTHAN/GRAY 003345
CONFIDENTIAL

## Supervisory Conference

**For:** Gray, Keith (344)

**By:** Parrish, Steve (337)

**Occurred:** 4/6/2012

**Entered:** 4/6/2012

Captain Gray is continuing to perform as expected. He has engaged in several interactions this week involving members of the patrol services bureau. We had a discussion on a traffic supervisor assignment and discussed it with the Traffic Lieutenant. I feel his decision on the assignment was in line with what best suited the Department's needs.

I am going to notify the Patrol/Traffic Commanders next week to send e-mail requests and other documentation directly to him. I expect to observe prompt responses from him to his subordinates.

He has been handling paperwork very well over the past several weeks. He has also made several documentations in Guardian Tracking that I think are a tremendous opportunity to build morale.

We had a sit-down today and met for about an hour. I feel he is rapidly grasping the path we intend to proceed down and has embraced the ideal.

## Supervisor Miscellaneous

**For:** Gray, Keith (344)

**By:** Parrish, Steve (337)

**Occurred:** 3/16/2012

**Entered:** 3/16/2012

Captain Gray and I had a brief discussion on Monday and he pointed out that Lt. Westberry had a smart-ellic attitude at a meeting last Friday involving the Secret Service on a protection meeting of presidential candidate Newt Gringrich. I shared his feelings of disappointment with Lt. Westberry's attitude. He said he would like to discuss this with Lt. Westberry and document this incident in Guardian Tracking. I thought that was an excellent idea. He did so on 03-15-12.

Captain Gray reviewed and corrected the administrative paperwork on P.P.O. Purifoy. I was well prepared and well-documented. He also suggested placing Officer Purifoy on Administrative Leave after serving disciplinary action on him. This was a good idea since we had an officer several years ago tear up a vehicle after being allowed to work once on leave while pending termination.

Officer Moore is having some issues with his wife's injury as it relates to daycare o his children. He requested to transfer to a day squad temporarily until his wife gets better. I suggested transferring him to 3rd squad and moving Officer Thompson back to 4th squad in his place. He was willing to do whatever we needed to in order to resolve that issue. He i demonstrating a very positive attitude and very receptive to suggestions regarding the operations of his bureau. I appreciate the positive approach and the demonstration of flexibility I see here.

 **GuardianTracking**

Page: 11 of 16

CITY OF DOTHAN/GRAY 003346
CONFIDENTIAL

Captain Gray point out that Administrative Secretary, Ms. Roberts was late on Wednesday, March 14, 2012 by 10 minutes. He said he was going to confer with her and complete a Guardian Tracking entry. I am appreciative of his attentiveness and support this decision.

## Supervisor Miscellaneous

**For:** Gray, Keith (344)        **Occurred:** 3/14/2012
**By:** Parrish, Steve (337)        **Entered:** 3/14/2012

Completed a strategy meeting with patrol supervisors. I received good input and some good ideas of how to better our agency and make more use of allocated manpower. Thank you for your participation and commitment.

## Supervisor Miscellaneous

**For:** Gray, Keith (344)        **Occurred:** 3/9/2012
**By:** Parrish, Steve (337)        **Entered:** 3/9/2012

Following a meeting with the Chief concerning Officer Purifoy it was noted that Captain Gray's decision to place Corporal Schwab with Purifoy was a very good one. The training officers on Lt. Benny's squad had neglected to get Purifoy to sign the daily activity logs during that phase of his training process. Although the meetings with Purifoy likely occurred, it was not noted properly. Captain Gray's decision to have him trained for another P.I.P. period validated the poor performance of the officer by another, more seasoned trainer. He is working on completing the paperwork for the Chief's review on the officer and carefully analyzing the time line.
I scheduled a work session with the squad lieutenants for next week. I did not include Lt. David of the Traffic Division. Captain Gray suggested inviting him to the meeting and explained that some of the squad lieutenant may recommend abolishing the Traffic Division to supplement Patrol Division. He's exactly right. Having Lt. David there would not only make that a non-issue, but would also include him in the process.
I must continue to commend Captain Gray on his attitude. I really feel good about the direction we are headed.

## Outstanding Performance

**For:** Gray, Keith (344)        **Occurred:** 3/8/2012
**By:** Parrish, Steve (337)        **Entered:** 3/9/2012

 GuardianTracking        Page: 12 of 16

CITY OF DOTHAN/GRAY 003347
CONFIDENTIAL

The apple doesn't fall far from the tree. Thanks to your management efforts the CALEA assessors were very impressed with the overall operations of our agency. This is a credit to the leadership you have provided in your bureau. Anyone can be a "manager" but it takes a special person to be a leader. Thank you and let's keep moving forward.

## Outstanding Performance

**For:** Gray, Keith (344)          **Occurred:** 3/9/2012
**By:** Parrish, Steve (337)         **Entered:** 3/9/2012

I appreciate you pushing our latest hiring process. Your participation has been invaluable. It looks like we are going to hire 8 new officers in record time. This is in large part to your persistance in moving this process forward. When you take a proactive approach in things like this, your staff recognizes it and it betters morale. Thank you and let's get ready to do it again!

## Initiative

**For:** Gray, Keith (344)          **Occurred:** 2/27/2012
**By:** Parrish, Steve (337)         **Entered:** 3/2/2012

The Captain made time to attend a community event at Grove Park to discuss a neighborhood watch program after duty hours. I appreciate the dedication. One may not realize how great the impact is when local residents see our senior staff in attendance to things such as these. Thank you.

## Supervisory Conference

**For:** Gray, Keith (344)          **Occurred:** 3/2/2012
**By:** Parrish, Steve (337)         **Entered:** 3/2/2012

03-02-12

Captain Gray and I had a good meeting on Tuesday and several chances to interact aside from that. He seems to be receptive to the direction we want to go. I feel he I  moving forward with a very good attitude and eagerness to succeed.
In particular, we discussed a situation that occurred a week o  so ago involving Lt. Scott Heath and a patrol officer over the purchase of a water filter for a water cooler that is located at a BED equipment storage area. Lt. Heath apparently told a junior officer that "Captain


GuardianTracking

Page: 13 of 16

CITY OF DOTHAN/GRAY 003348
CONFIDENTIAL

Gray was pissed" at a situation that I don't believe he had been properly briefed on by the Lieutenant.

Following the meeting, Captain Gray and I talked about what Lt. Heath had done and it was clear that Heath did not know the accounting system for the City of Dothan and he was the catalyst for any confusion that occurred. W  discussed how this type of comment from Lt. Heath can erode team-building efforts and we have little o  no control over them. We also talked about how we should steer Lt. Heath in a direction that he should go in the future to avoid damaging our efforts to build trust among our employees. I suggested to Captain Gray to talk to Lt. Heath and help him understand what the Team is trying to accomplish.

Also noteworthy was a meeting that occurred on Thursday when he and I met with Lt. Westberry and Corporal Schwab about a probationary officer. There was a good exchange o  dialogue. We have an employee that does not appear to be grasping the program here. We reviewed some paperwork and it appears the employee may be terminated. Captain Gray had placed this officer on a second Performance Improvement Plan when the first showed negative results. Unfortunately, this one did not prove to be much better, but what was notable was that the officer in question had a second chance to show improvement because of Captain Gray's efforts.

I feel very good about the direction we are headed and applaud his positive outlook.
SP

## Performance Improvement Plan

**For:** Gray, Keith (344)          **Occurred:** 2/24/2012
**By:**  Parrish, Steve (337)        **Entered:**  2/24/2012

Captain Gray and I met for about an hour today and covered his P.I.P. I am encouraged with the dialogue.

## Counseling - Written/Formal

**For:** Gray, Keith (344)          **Occurred:** 2/20/2012
**By:**  Parrish, Steve (337)        **Entered:**  2/21/2012

Employee received formal counseling.

## Supervisor Miscellaneous

**For:** Gray, Keith (344)          **Occurred:** 2/14/2012
**By:**  Parrish, Steve (337)        **Entered:**  2/14/2012



GuardianTracking

Page: 14 of 16

CITY OF DOTHAN/GRAY 003349
CONFIDENTIAL

Make sure pay more attention to detail when completing the performance appraisals for subordinates. Sgt. Adrianne Woodruff filed an appeal on the rating you gave her that took me several days to investigate. This caused you and I both more work on top of what we normally have to do.

The problem I discovered was primarily in documentation within the appraisal. I met with the Personnel Director, Delvick McKay after she filed the appeal and he said that any sub-par score had to be accompanied with "justification" as well as any above-par scores. While you certainly had causes for concern with some of Sgt. Woodruff's abilities to manage (and you relayed those to me as you discovered them); the adequate documentation accompanying the appraisal during the reporting period was not there. Some of the information you documented as justification in the areas she was "below standards" occurred in 2010 and therefore could not be used for documentation in 2011. Even if it were applicable, there was no Performance Improvement Plan (that according to the Personnel Department, should have been included) with such sub-par scores in 2011. You completed her mid-year "coaching" on September 13, 2011, nearly three months after it was due and when it was completed it reflected she met or exceeded goals for that nine month period.

## Community Relations

**For:** Gray, Keith (344)    **Occurred:** 2/5/2012
**By:** Parrish, Steve (337)    **Entered:** 2/6/2012

I asked Captain Gray to call Tiffany Khan regarding her 8 year old son Austin. He did so and she told him that Austin loves police officers and wanted to have his upcoming birthday party at the PD. She arranged his party at Chucky Cheese and asked if we could send an officer to attend. Capt. Gray contacted Lt. Todd David to see if we would have a traffic unit available. He arranged for Scott Owens and Mark Foster to attend the party. Capt. Gray told Pam Deese that he wanted to do a bit more for Austin and buy him a birthday card to get as many officers' signatures. Ms. Deese gave him a card, junior police badge, and stuffed bear. Tim Mullis donated a model DPD patrol car with the number "008" on the roof that signified his age, Capt. Jay & Robinson gave several kids items (balloons, badges, crayons, coloring books etc...). Several CID and Patrol officers and Chief Benton filled up his birthday card with signatures. Foster, Owens, and Captain Gray attended Austin's birthday party with two gift bags from DPD.

## Initiative

**For:** Gray, Keith (344)    **Occurred:** 1/24/2012
**By:** Parrish, Steve (337)    **Entered:** 1/25/2012

Captain Gray took the initiative to replace some cross-tyes at the range for the BED team. Got them at no cost! Great work.


**GuardianTracking**

Page: 15 of 16

CITY OF DOTHAN/GRAY 003350
CONFIDENTIAL



Major Parrish,

I have directed Lt. Heath to replace the railroad crossties that are located at the range located at our blast area where the large garbage bin i located. The existing ones have been there since Jim Smith was commanding the bomb squad and they are in need of replacement. Lt. Heath has spoken with officials with CSX Railroad and they are willing to give us what we need free of charge as long as we fill out the attached paperwork. The liability agreement that they want us to sign is required because we will be sent offsite to a storage location and will obtain, in good faith, only as many as we requested. Your approval will allow me to fill out the paperwork and obtain these materials.

The crossties are used to contain explosive evidence that will be sent off to Alcohol, Tobacco, Firearms, & Explosives (ATF), and in my opinion they need to be replaced. This i  our cheapest route.

## Supervisor Miscellaneous

**For:**  Gray, Keith (344)  **Occurred:**  6/14/2011

**By:**  Parrish, Steve (337)  **Entered:**  6/14/2011



This officer participated on a hiring board for interviewing 29 candidates for police officer positions. This took away from the officer's regular duties and is certainly important to this agency and appreciated.

 GuardianTracking         Page: 16 of 16

CITY OF DOTHAN/GRAY 003351
CONFIDENTIAL

# Incident Details Report

6/10/2013

Dothan Police Department

**Employees:**          Robinson, Stacy (375)

*21   17 positics from me*

## Outstanding Performance

| | | | |
|---|---|---|---|
| **For:** | Robinson, Stacy (375) | **Occurred:** | 5/16/2013 |
| **By:** | Parrish, Steve (337) | **Entered:** | 5/16/2013 |

A burglary in progress call went out today at 504 Falcon Dr. A suspect vehicle description was given out over the radio. You were out of the office riding in an unmarked vehicle when you observed a vehicle matching the description of the suspect vehicle. You stopped and detained the occupants and called for assistance. You "arrested" the suspect and recovered a flat-screen TV; a Playstation 3; 2 rings; and an I-Pod. tow suspects were charged with Burglary. EXCELLENT work. It speaks volumes when a member of the command staff actually does some police work. I'm proud of you and your fellow Captain. You truly set an example for others to emulate. Thank you.

| | | | |
|---|---|---|---|
| **By:** | Robinson, Stacy (375) | **Entered:** | 5/21/2013 |

Thanks

## Sick Leave

| | | | |
|---|---|---|---|
| **For:** | Robinson, Stacy (375) | **Occurred:** | 3/26/2013 |
| **By:** | Parrish, Steve (337) | **Entered:** | 3/27/2013 |

Call in sick today

## Outstanding Performance

| | | | |
|---|---|---|---|
| **For:** | Robinson, Stacy (375) | **Occurred:** | 3/19/2013 |

GuardianTracking

Page: 1 of 7

CITY OF DOTHAN/GRAY 003352
CONFIDENTIAL



**By:** Parrish, Steve (337)                    **Entered:**   3/20/2013

The latest prostitution sting was a joint effort between two of your divisions. THIS is the kind of cooperative effort I like to see between Divisions. That went well because of your leadership. Good job.

## Peer Documentation
**For:** Robinson, Stacy (375)              **Occurred:**  2/21/2013
**By:**  Adkins, Jason (475)                 **Entered:**   2/21/2013

I have been assigned to the Narcotics Division for 6 years. I have never known of a Captain that has come out and given time to ride along with the unit and see how things are done. Capt. Robinson come out with our unit tonight and took a front row seat to the normal day to day operations we deal with. He wasn't just a passenger. He helped in anyway possible even filled out a tow form (PD97) and conduct surveillance on a residence till a search warrant could be obtained. It's unusual for someone above the rank of Sergeant to actually get involved, but Captain Robinson jumped in with both feet. The result of his help help land two people in jail for POM I and UPCS charges, over $700.00, and a vehicle. Leadership like this is the reason I am proud to be a part of this Department.



## Community Relations
**For:** Robinson, Stacy (375)              **Occurred:**  1/29/2013
**By:**  Parrish, Steve (337)                **Entered:**   1/30/2013

I appreciate you attending Rotary this date. It shows great unity when we attend functions like this as a group. Commissioner Barbaree was very complementary.

## Sick Leave
**For:** Robinson, Stacy (375)              **Occurred:**  1/9/2013
**By:**  Parrish, Steve (337)                **Entered:**   1/9/2013

Captain Robinson called in sick this date



 GuardianTracking                    Page: 2 of 7

CITY OF DOTHAN/GRAY 003353
CONFIDENTIAL

## Sick Leave

**For:** Robinson, Stacy (375)
**By:** Parrish, Steve (337)

**Occurred:** 1/7/2013
**Entered:** 1/7/2013

Called in sick today

## Sick Leave

**For:** Robinson, Stacy (375)
**By:** Parrish, Steve (337)

**Occurred:** 12/12/2012
**Entered:** 12/12/2012

Capt Robinson called in sick today.

## Sick Leave

**For:** Robinson, Stacy (375)
**By:** Parrish, Steve (337)

**Occurred:** 11/14/2012
**Entered:** 11/14/2012

Stacy called in sick today

## Initiative

**For:** Robinson, Stacy (375)
**By:** Parrish, Steve (337)

**Occurred:** 8/27/2012
**Entered:** 8/27/2012

Thank you for taking time this past weekend to attend the EMA briefings for the Department on TS Isacc.

Your actions show a ginuine concern for the Department and our community. Keep up the good work!

## Initiative

**For:** Robinson, Stacy (375)

**Occurred:** 8/13/2012

GuardianTracking

Page: 3 of 7

CITY OF DOTHAN/GRAY 003354
CONFIDENTIAL

**By:**   Parrish, Steve (337)          **Entered:**   8/13/2012

I appreciate your attendance at our CALEA presentation. Many of you had excellent representation of your divisions. A true sign of leadership. Thank you.

## Outstanding Performance
**For:**   Robinson, Stacy (375)          **Occurred:**   8/7/2012
**By:**   Parrish, Steve (337)          **Entered:**   8/7/2012

I got a visit today from Corporal Helms and Sergeant Taylor (troopers) of the APOST academy in Selma. They were very complimentary of "Dothan's preparation of officers sent to the Academy". They went on to say our officer candidates were some of they best they see and also some of the most professional.

That can be attributed to your efforts in preparing them for the task. I appreciate your efforts. Everyone we hire down here goes through your division first. You have the most impact on their lives and careers for the first year or two they are here. You guys are doing your part for the team and I appreciate it.

You're in the box! Thanks.

## Initiative
**For:**   Robinson, Stacy (375)          **Occurred:**   8/4/2012
**By:**   Parrish, Steve (337)          **Entered:**   8/6/2012

I appreciate your support and attendance at the annual National Night Out campaign. Employees who worked and/or attended noticed that you were there and giving your time for the team. Little things like this is a good example of how we continue moving forward with our Department.

## Training – Special Assignments
**For:**   Robinson, Stacy (375)          **Occurred:**   7/11/2012
**By:**   Parrish, Steve (337)          **Entered:**   7/11/2012

I appreciate you instructing a class in police supervision and management per our CALEA requirements to newly promoted supervisors. It i clear that you are interested in our


GuardianTracking                                    Page: 4 of 7

CITY OF DOTHAN/GRAY 003355
CONFIDENTIAL

Department's future.



## Initiative

**For:** Robinson, Stacy (375)        **Occurred:** 6/12/2012
**By:** Parrish, Steve (337)          **Entered:** 6/14/2012

I appreciate you attending the Citizen's Police Academy graduation.

## Initiative

**For:** Robinson, Stacy (375)        **Occurred:** 6/11/2012
**By:** Parrish, Steve (337)          **Entered:** 6/12/2012

I appreciate your attendance and input at the community meeting at Cloverdale United
Methodist Church.

## Supervisor Miscellaneous

**For:** Robinson, Stacy (375)        **Occurred:** 3/16/2012
**By:** Parrish, Steve (337)          **Entered:** 3/16/2012

The Wiregrass Food Bank had a food give-away and it was poorly coordinated. Traffic backed
up and a large crowd of people were getting out of hand. Multiple units responded. I went to
the location during the mess and noticed the Captain directing traffic and coordinating issues
as they arose at the scene. Great work and excellent leadership displayed. I appreciate your
efforts.

## Outstanding Performance

**For:** Robinson, Stacy (375)        **Occurred:** 3/8/2012
**By:** Parrish, Steve (337)          **Entered:** 3/9/2012

The apple doesn't fal far from the tree. Thanks to your management efforts the CALEA
assessors were very impressed with the overall operations o our agency. This is a credit to
the leadership you have provided in your bureau. Anyone can be a "manager" but it takes a

 GuardianTracking                    Page: 5 of 7

CITY OF DOTHAN/GRAY 003356
CONFIDENTIAL

special person to be a leader. Thank you and let's keep moving forward.



## Outstanding Performance

**For:** Robinson, Stacy (375)    **Occurred:** 3/9/2012
**By:** Parrish, Steve (337)    **Entered:** 3/9/2012

I appreciate you pushing our latest hiring process. Your participation has been invaluable. It looks like we are going to hire 8 new officers in record time. This is in large part to your persistance in moving this process forward. When you take a proactive approach in things like this, your staff recognizes it and it betters morale. Thank you and let's get ready to do it again!

## Initiative

**For:** Robinson, Stacy (375)    **Occurred:** 2/28/2012
**By:** Parrish, Steve (337)    **Entered:** 3/2/2012

The Captain made time to attend a community event at Grove Park to discuss a neighborhood watch program after duty hours. I appreciate the dedication. One may not realize how great the impact is when local residents see our senior staff in attendance to things such as these. Thank you.

## Initiative

**For:** Robinson, Stacy (375)    **Occurred:** 2/17/2012
**By:** Parrish, Steve (337)    **Entered:** 2/17/2012

I commend Captain Robinson for taking the initiative to go the the EMA office for a weather briefing about some possible upcoming bad weather. This is the type of attitude and initiative I appreciate from the a captain.

## Job/Technical/Skill

**For:** Robinson, Stacy (375)    **Occurred:** 2/6/2012
**By:** Parrish, Steve (337)    **Entered:** 2/7/2012



 GuardianTracking

Page: 6 of 7

CITY OF DOTHAN/GRAY 003357
CONFIDENTIAL

Captain Robinson devised a routing method to keep track of the training budget for the Department. He did an outstanding job and this should remove all doubt about how much money we have left at the end of the year. Good job!

## Community Relations

**For:** Robinson, Stacy (375)          **Occurred:** 2/4/2012

**By:** Gray, Keith (344)          **Entered:** 2/6/2012

Major Parrish asked me to call Tiffany Khan regarding her 8 year old son Austin. I did so and she told me that he loves police officers and wanted to have his upcoming birthday party at the PD. She arranged his party at Chucky Cheese and asked if I could send an officer to attend. I contacted Lt. Todd David to see if we would have a traffic unit available. He arranged for Scott Owens and Mark Foster to attend the party. I told Pam Deese that I wanted to do a bit more for Austin and buy him a birthday card to get as many officers' signatures. Ms. Deese gave me a card, junior police badge, and stuffed bear. Tim Mullis donated a model DPD patrol car with the number "008" on the roof that signified his age, Capt. Jay & Robinson gave several kids items (balloons, badges, crayons, coloring books etc...). Several CID and Patrol officers and Chief Benton filled up his birthday card with signatures. Foster, Owens, and I attended Austin's birthday party with two gift bags from DPD. Tiffany is certain that Austin is going to become a police officer one day and I told her that on behalf of Chief Benton and DPD employees it was an honor to make Austin's birthday one that he would not forget. I invited he and his family to our upcoming Family Fun Day on April 28, 2012. (See Attachment Rickey Stokes article for photos.)

## Job/Technical/Skill

**For:** Robinson, Stacy (375)          **Occurred:** 1/31/2012

**By:** Parrish, Steve (337)          **Entered:** 1/31/2012

I gave Captain Robinson a task to research a traffic stop in reference to a complaint I had received from a Commissioner. He quickly researched it and got me call records, video recordings and even interviewed the original complaintant. As usual, excellent work!

 GuardianTracking          Page: 7 of 7

CITY OF DOTHAN/GRAY 003358
CONFIDENTIAL

# Incident Details Report

6/10/2013

Dothan Police Department

**Employees:**     Jay, David (281)

## Outstanding Performance

**For:** Jay, David (281)              **Occurred:** 5/16/2013
**By:** Parrish, Steve (337)           **Entered:** 5/16/2013

A burglary in progress call went out today at 504 Falcon Dr. A suspect vehicle description was given out over the radio. You were out of the office riding in an unmarked vehicle when you observed a vehicle matching the description of the suspect vehicle. You stopped and detained the occupants and called for assistance. You "arrested" the suspect and recovered a flat-screen TV; a Playstation 3; 2 rings; and an I-Pod. tow suspects were charged with Burglary. EXCELLENT work. It speaks volumes when a member of the command staff actually does some police work. I'm proud of you and your fellow Captain. You truly set an example for others to emulate. Thank you.

## Supervisor Miscellaneous

**For:** Jay, David (281)              **Occurred:** 4/22/2013
**By:** Parrish, Steve (337)           **Entered:** 4/22/2013

Captain Jay processes paperwork through his office and up the channels fast. I appreciate his expeditious efforts. It keeps a paper grid-lock from occurring at the top. He reviews all paperwork from his Bureau as soon as he gets here in the morning, and has it ready for my review and on to the Chief. Great job Captain.

## Job/Technical/Skill

**For:** Jay, David (281)              **Occurred:** 4/9/2013
**By:** Parrish, Steve (337)           **Entered:** 4/9/2013

I would like to commend Capt Jay on his first three months in command o the Patrol Services Bureau. He has approached it with eagerness and brought life to a struggling

 GuardianTracking

Page: 1 of 7

CITY OF DOTHAN/GRAY 003359
CONFIDENTIAL

bureau. This i in part to his proactive thinking and team-building skills. He has made improvements to the enviornment such as new desks and chairs, a new monitor in the briefing room; and currently in the process of coordinating the construction of computer desks for officers. All of this is great stuff.

## Citizen Commendation

**For:** Jay, David (281)      **Occurred:** 4/6/2013
**By:** Deese, Pam (407)      **Entered:** 4/9/2013

Citizen commendation for Mark Foster Memorial Concert (see attached).

## Initiative

**For:** Jay, David (281)      **Occurred:** 3/25/2013
**By:** Parrish, Steve (337)      **Entered:** 3/25/2013

I appreciate the initiative displayed by you regarding the full implementation of Field Reporting/AVL/LG Mobile. Our backs are against the wall and you have demonstrated an aggressive posture toward resolving this problem.

## Initiative

**For:** Jay, David (281)      **Occurred:** 2/13/2013
**By:** Parrish, Steve (337)      **Entered:** 2/14/2013

I appreciate the initiative and professionalism shown by you during the interview of police applicants. If you think about it; this is one of the most important things you can be called to do for this agency. Thank you for your participation.

## Community Relations

**For:** Jay, David (281)      **Occurred:** 1/29/2013
**By:** Parrish, Steve (337)      **Entered:** 1/30/2013

I appreciate you attending Rotary this date. It shows great unity when we attend functions

 GuardianTracking                    Page: 2 of 7

CITY OF DOTHAN/GRAY 003360
CONFIDENTIAL

like this as a group. Commissioner Barbaree was very complementary.

## Initiative

**For:** Jay, David (281)        **Occurred:** 8/13/2012
**By:** Parrish, Steve (337)     **Entered:** 8/13/2012

I appreciate your attendance at our CALEA presentation. Many of you had excellent representation of your divisions. A true sign of leadership. Thank you.

## Outstanding Performance

**For:** Jay, David (281)        **Occurred:** 8/7/2012
**By:** Parrish, Steve (337)     **Entered:** 8/8/2012

I appreciate you attending the bus tour for our annual National Night Out block party campaign. I know it was after-hours and you didn't get paid, but it showed good leadership and a unity in our organization not only to the public, but the elected officials and department members as well. Thank you.

## Initiative

**For:** Jay, David (281)        **Occurred:** 8/4/2012
**By:** Parrish, Steve (337)     **Entered:** 8/6/2012

I would like to once again commend Captain Jay on his leadership in organization of this year's National Night Out campaign. The numbers in attendance seem to be growing each year.

It is a testiment to the communities support of our Department and you are to be commended for your hard work. Thank you.

## Outstanding Performance

**For:** Jay, David (281)        **Occurred:** 4/28/2012
**By:** Carney, Raemonica (669)  **Entered:** 5/1/2012

 GuardianTracking                                    Page: 3 of 7

CITY OF DOTHAN/GRAY 003361
CONFIDENTIAL



On this date the Community Watch Program hosted its first Family Fun Day at Gussie McMillon Park during a four hour period of time. The event was a huge success as the department planned to feed 2000 people during the event free hot dogs, chips, and water and actually fed approximately 1200 men, women, and children. All of the Officers that participated in the setup of the equipment, service of the food, mingling with the residents, and then the breakdown at the end of the event are to be commended for a job well done! The Probationary Police Officers conducted themselves in a professional manner during the entire event. PPO Harvey was instrumental in taking pictures of the various events as well as monitoring the Community Watch table. PPO Williams took charge in handling the service of the food items. PPO Wallace handled working with Officer Matheny when he put on the knight suit. All of the PPOs were instrumental in the initial setup and then the breakdown of all equipment. Officer Matheny did an outstanding job cooking the majority of the hot dogs. Captain Jay and SGT Baxley took charge in my absence to make sure that all the equipment and remaining food items were properly stored, and they made sure the park was cleaned up leaving no trash behind. Thank you to everyone that participated because the event would not have gone so smoothly without all of you.

## Volunteerism

**For:** Jay, David (281)        **Occurred:** 4/28/2012
**By:** Parrish, Steve (337)      **Entered:** 4/30/2012



I appreciate you taking time to volunteer for the event at Gussie Park. I realize it consumed most of your day off, but it speaks well of your concern of how our Department is recieved in the community and you are to be commended for your efforts.

## Supervisor Miscellaneous

**For:** Jay, David (281)        **Occurred:** 3/16/2012
**By:** Parrish, Steve (337)      **Entered:** 3/16/2012

The Wiregrass Food Bank had a food give-away and it was poorly coordinated. Traffic backed up and a large crowd of people were getting out of hand. Multiple units responded. I went to the location during the mess and noticed the Captain directing traffic and coordinating issues as they arose at the scene. Great work and excellent leadership displayed. I appreciate your efforts.

## Outstanding Performance

**For:** Jay, David (281)        **Occurred:** 3/8/2012


**GuardianTracking**

Page: 4 of 7

CITY OF DOTHAN/GRAY 003362
CONFIDENTIAL

**By:**   Parrish, Steve (337)                    **Entered:**   3/9/2012

The apple doesn't fall far from the tree. Thanks to your management efforts the CALEA assessors were very impressed with the overall operations of our agency. This is a credit to the leadership you have provided in your bureau. Anyone can be a "manager" but it takes a special person to be a leader. Thank you and let's keep moving forward.

## Outstanding Performance

**For:**   Jay, David (281)                    **Occurred:**   3/9/2012
**By:**    Parrish, Steve (337)               **Entered:**    3/9/2012

I appreciate you pushing our latest hiring process. Your participation has been invaluable. It looks like we are going to hire 8 new officers in record time. This is in large part to your persistance in moving this process forward. When you take a proactive approach in things like this, your staff recognizes it and it betters morale. Thank you and let's get ready to do it again!

## Initiative

**For:**   Jay, David (281)                    **Occurred:**   2/27/2012
**By:**    Parrish, Steve (337)               **Entered:**    3/2/2012

The Captain made time to attend a community event at Grove Park to discuss a neighborhood watch program after duty hours. I appreciate the dedication. One may not realize how great the impact is when local residents see our senior staff in attendance to things such as these. Thank you.

## Initiative

**For:**   Jay, David (281)                    **Occurred:**   2/28/2012
**By:**    Parrish, Steve (337)               **Entered:**    2/28/2012

Captain Jay handled a community watch program at Grove Park on his own accord, so the Chief and I didn't have to go. I appreciate his initiative.



GuardianTracking                                   Page: 5 of 7

CITY OF DOTHAN/GRAY 003363
CONFIDENTIAL

## Community Relations

**For:** Jay, David (281)                    **Occurred:** 2/4/2012
**By:**  Gray, Keith (344)                   **Entered:**  2/6/2012

Major Parrish asked me to call Tiffany Khan regarding her 8 year old son Austin. I did so and she told me that he loves police officers and wanted to have his upcoming birthday party at the PD. She arranged his party at Chucky Cheese and asked if I could send an officer to attend. I contacted Lt. Todd David to see if we would have a traffic unit available. He arranged for Scott Owens and Mark Foster to attend the party. I told Pam Deese that I wanted to do a bit more for Austin and buy him a birthday card to get as many officers' signatures. Ms. Deese gave me a card, junior police badge, and stuffed bear. Tim Mullis donated a model DPD patrol car with the number "008" on the roof that signified his age, Capt. Jay & Robinson gave several kids items (balloons, badges, crayons, coloring books etc...). Several CID and Patrol officers and Chief Benton filled up his birthday card with signatures. Foster, Owens, and I attended Austin's birthday party with two gift bags from DPD. Tiffany is certain that Austin is going to become a police officer one day and I told her that on behalf of Chief Benton and DPD employees it was an honor to make Austin's birthday one that he would not forget. I invited he and his family to our upcoming Family Fun Day on April 28, 2012. (See Attachment Rickey Stokes article for photos.)

## Outstanding Performance

**For:** Jay, David (281)                    **Occurred:** 2/5/2012
**By:**  Parrish, Steve (337)                **Entered:**  2/6/2012

We had a serious crime in our area that led investigators on a multi-jurisdictional man-hunt. Evidence in Dothan; a dead body in Henry County...a suspect on the loose; a real "whodunit". Captain Jay spent hours working on this case during the weekend and at night. He kept the Chief and I thoroughly briefed during each phase of this investigation. EXCELLENT JOB! It is a comfort to see a senior manager step up and take a lead in situations like this.

## Initiative

**For:** Jay, David (281)                    **Occurred:** 12/26/2011
**By:**  Ott, Carlton (402)                  **Entered:**  12/27/2011

When 4th Squad arrived for briefing on this date there were several trays of home cooked candies and treats in the Patrol room along with a note from the Jay family thanking the guys for their hard work during the Holidays. While this may seem like a simple gesture it really meant a lot to the men and women on my squad. Captain Jay could have simply said "Thank


GuardianTracking

Page: 6 of 7

CITY OF DOTHAN/GRAY 003364
CONFIDENTIAL

you" but instead chose to show them that he appreciated their work.

## Outstanding Performance

**For:** Jay, David (281)       **Occurred:** 12/1/2011

**By:** Benton, Greg (285)      **Entered:** 12/2/2011

Mrs. Deese and Capt. Jay worked extremely hard to make the Police Department Christmas Party a success. Their loyalty to the PD was very evident by their actions and hard work. I commend them on a job well done and the Party was a huge success.

## Outstanding Performance

**For:** Jay, David (281)       **Occurred:** 7/30/2011

**By:** Parrish, Steve (337)      **Entered:** 8/2/2011

I want to commend Capt. Jay for another excellent year in taking the lead on National Night Out. There were over 4,000 in attendance at the Civic Center on Saturday. It keeps getting bigger and better every year. Even though he is a salaried employee, he donated countless hours to this effort for which he was not paid. This is a clear example of dedication to perfection that reflects positively on him and this Department.



CITY OF DOTHAN/GRAY 003365
CONFIDENTIAL



# Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000



## Memorandum

Date:        June 26, 2013

To:          Mr. F. Darryl Mathews, EEO/Training Officer

From:        Major Steve Parrish

RE:          Investigation of Discrimination Complaint

### Accusations of Racism/Sons of Confederate Veterans

Captain Gray seems to have a problem with what I've referred to over the years as "the photo". He has used it as his desk-top wallpaper and passed it around every time he casts stones at me, so let me explain my position.

First, it's not the Sons of Confederate Soldiers; it's the Sons of Confederate Veterans (SCV). I am a Civil War enthusiast—have been for years. I have visited most major battlefield in the Country and have written numerous publications in a historical magazine.

In 2001 I wanted to form a chapter of the SCV in Henry County, Alabama. The only focus of this chapter was to "mark" graves of Confederate soldiers. I had to have ten members to form a charter. I invited several officers in the department who share my affection for Civil War history to join in order to form the charter. We did so and the "camp" as it is referred to would meet monthly at a church in Henry County.

Over the years and many grave-markings later interest kind of dwindled and members dropped off and we eventually stopped meeting. By that time few members of the PD who joined the original charter remained. I have not been active in the SCV since 2006.

Feel free to do the research yourself, but the SCV is an internationally recognized non-profit organization. We donated the money we raised to help local little-league baseball teams, and other community organizations such as Wiregrass Hospice. I was also a long time member of the Henry County Historic Group and the Historic Chattahoochee Commission.



other hand Parrish failed to recognize me for: (1) Finding an Executive Protection School for several employees at no cost to the city. (2) Receiving a Commendation from the Governor of the State of Alabama for a recent Kidnapping Case. (3) Working on the kidnapping case without receiving additional compensation since I am a fixed salary. (4) Executive Protection Detail of Governor Robert Bentley during a recent economic announcement in Dothan.

Parrish has not communicated with me since our heated exchange on 1/17/13 where he falsely accused me of micromanaging and not turning in work that was not my responsibility at the time. I have since discovered that another reason for my transfer was indeed for some comments within the survey. I was not given an opportunity to address any of the above mention concerns prior to my transfer. So Parrish's negative guardian tracking regarding my lack of communication with him is hypocritical to say the least. I request to be removed from Parrish's chain-of-command due to his affiliation with Sons of Confederate Soldiers (See Attached Photo), false statements he has made to me, and absolutely no confidence I have in his ability to treat me equally as others within the department. I have two witnesses that have overheard Parrish inquiring as to the whereabouts of Captain Jay when he was absent from work recently, also with a leg injury. I feel certain that he has not written a negative guardian tracking entry such as mine on Jay. I have told Chief Benton as well as Major Parrish that due to his (Parrish's) actions I feel as if he does not have my best interest in mind as it related to my position with this department, nor as a citizen of this

CITY OF DOTHAN/GRAY 003367
CONFIDENTIAL

city. For the record, Parrish cannot speak on my behalf, nor does he represent me in any way due to false statements that he has misrepresented me on. This guardian tracking entry is just another method for Parrish to discriminate on me as an African American due to the position of authority. The attached photocopy depicts Major Parrish with several former and present police department employees who receive preferential treatment, some of who were re-assigned to work directly under Parrish instead of me. The Federal Consent Decree prohibits Parrish from treating me the way he has over several months and I refuse to be subjected to this humiliation any longer.

Captain Keith Gray

cc: Chief Gregory Benton

GT Rebuttal 4-8-13.pdf Sons of Confederate Soldiers.pdf

Captain Gray, Keith (344) printed on 6/9/2013 at 11:55 PM
Add Comment

CITY OF DOTHAN/GRAY 003368
CONFIDENTIAL



### Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:       June 29, 2013

To:         Mr. F. Darryl Mathews, EEO/Training Officer

From:       Major Steve Parrish

RE:         Investigation of Discrimination Complaint

**E-mail from Capt. Gray to Lt. Etress**

I have attached a copy of an email from Captain Gray to Lieutenant Etress dated June 26, 2013 concerning an employee (Sgt. Woodruff) that he says in his commentary he "did not see eye to eye and had prior issues".

In the e-mail Captain Gray appears to be "jumping to conclusions" and implying that the Animal Services (a division supervised by Sgt. Woodruff) Division caught a feral cat at his home and released from a trap.

Page two of the attachment clearly shows the cat was taken to the shelter on June 21, 2013. Although I find humor in the e-mail, I think it is a good indicator of how Captain Gray processes facts and circumstances. I have since talked to Sgt. Woodruff on an unrelated matter and she brought up the fact that she was offended by Captain Gray's implication.



CITY OF DOTHAN/GRAY 003369
CONFIDENTIAL

**Woodruff, Adrianne**

| | |
|---|---|
| **From:** | Etress, Mike |
| **Sent:** | Wednesday, June 26, 2013 8:32 AM |
| **To:** | Woodruff, Adrianne |
| **Subject:** | FW: Dumpster Pick-up |

Call me when you get this.

Lt. Etress

---

**From:** Gray, Ivan Keith
**Sent:** Wednesday, June 26, 2013 8:27 AM
**To:** Etress, Mike
**Subject:** Re: Dumpster Pick-up

Lt. Etress

Last week I asked Sgt. Woodruff to have someone to pick up a cat from my front porch that was inside of the trap. This blk & white cat was the reason I had them to place the trap in the first place and im almost positive that that cat is roaming around my house again. let me give you a little history. several weeks ago this cat was trapped immediately and when animal control came to pick it up I was told that it was gone on arrival?? Since then I have caught 3 other cats and 1 possum. But the blk/whi cat avoided the trap after it somehow got away from the trap initially. Well last week I had given up on catching the now smart cat and I asked Woodruff to pick up the trap. Well thank God it took a few days before they came to get the trap and I discovered THE blk/whi cat finally sprung the trap again and was caught. I called to have the cat removed, and I saw the trap gone assuming the elusive cat was gone with it. Well guess what I saw yesterday evening???????? The same DARN cat strutting past me meowing in my front yard. If you have not gotten the idea yet I would have driven this cat in my corvette to ensure it was gone!!! I'm thinking of buying my own trap just to catch this dang cat.

Will you find out why this cat was not taken away? How it got out of the trap again? And if there is another trap available in the interim until I can find a trap of my own. If the cat is caught again I will deliver it myself to the animal shelter or put a lock on the dam cage that only I will remove at animal control. I'm pretty sure that cat won't go near another trap.

My link has a low battery so I can be reached on my personal cell 334-796-0134.

Sent from my iPad

On Jun 25, 2013, at 4:02 PM, "Etress, Mike" <mhetress@dothan.org> wrote:

---

**From:** Corbin, Jerry
**Sent:** Tuesday, June 25, 2013 4:01 PM
**To:** Etress, Mike
**Cc:** Gray, Ivan Keith; Ward, Bernard F; Rice, Kenneth E; Head, Carol; Taylor, Leander; Davis, Larry
**Subject:** RE: Dumpster Pick-up

We will be in contact with you and/or Sgt. Woodruff tomorrow. I am sorry, it will be fixed. Thanks for letting me know.

CITY OF DOTHAN/GRAY 003370
CONFIDENTIAL


## CITY OF DOTHAN -- ANIMAL SERVICES

Case No: 20212234    Cage No: 16    Rabies Tag No., Yr. & Vet: _____

Date & Time Picked Up: 6/21/13 _____

Address of Pick-Up: 103 Mehoris Circle _____

Dog    (Cat)    Puppies    Kittens    (Stray)    Sick    Injured    Old    _____

    Breed    and    Color

1. DMH    Blk & White    (M) F  Age____  Name_____

2. _____

3. _____

4. _____

5. _____

Special Markings or Remarks: _____

Reason for Turn-In _____ TRAP

**CAPTAIN**
Animal ID: A20212234

I certify that **I do own** animal(s) described and surrender said animal(s) to the City of Dothan Animal Control. I agree that Animal Control may take the animal(s) from my property and dispose of said animal(s) as deemed advisable including humanely destroying said animal(s). To the best of my knowledge said animal(s) ( ) has or ( ) has not bitten any animal(s) or human(s) in the past 10 days.

Printed Name_____    Phone_____

Signature_____    Date:_____

I certify that **I do not own** animal(s) described and surrender said animal(s) to the City of Dothan Animal Control. I agree that Animal Control may take the animal(s) from my property and dispose of said animal(s) as deemed advisable including humanely destroying said animal(s). To the best of my knowledge said animal(s) ( ) has or (X) has not bitten any animal(s) or human(s) in the past 10 days

Printed Name_____    Phone_____

Signature_____    Date:_____

Witness: Casey Miller    Date: 6/21/13

CITY OF DOTHAN/GRAY 003371
CONFIDENTIAL

dated 4/8/13). Within this report Parrish addresses my absence from duty and lack of communication with him regarding my injury. In addition he mentioned the deployment of the Dignitary Protection Unit recently and stated that Chief Benton was informed of the deployment and he was not. Apparently this is what led to Parrish submitting this guardian tracking entry. In response to this negative entry that will be added to my personnel file within the Coaching portion of my Employee Performance Evaluation this month I must explain issues between Parrish and I that I feel is harassment from him that dates back to January of 2013. My intent is to file a Title VII Civil Rights Act Violation regarding Racial Discrimination and Unlawful Employment Practices complaint with the Equal Employment Opportunity Commission as a result of Parrish's ongoing practices of deliberately treating me indifferent. In my opinion he has also violated the Federal Consent Decree that is currently in place.

On 1/17/13 Captain Jay came to my office and told me that I was needed in the Chief's Office. Once there Major Parrish and Chief Benton were sitting down and Parrish informed me of my transferred from the Patrol Services Bureau to the Administrative Services Bureau. I asked why and was told that Captain Robinson had health issues that they felt could be better managed if he supervised a bureau that was the most self-sustaining. In addition I was told that on occasion Captains would be transferred to all 3 bureaus for experience. I had already supervised the Administrative Bureau in the past so immediately I became suspicious at the timing of this transfer. I mentioned to Parrish that within the Administrative Bureau the Animal Control Division supervisor (Sgt.

CITY OF DOTHAN/GRAY 003372
CONFIDENTIAL



Woodruff) and I did not see eye-to-eye and we had prior issues. Parrish then said that she would just have respect that I was her supervisor and follow my directions. These were the only reasons I received from Parrish and Chief Benton. The transfer became effective on 1/27/13. Approximately 1 or 2 weeks later I entered Parrish's office and told him that my transfer, "Didn't pass the smell test." I felt that there were other reasons unknown to me that I had been transferred. He asked me to close his door and I asked if the recent department wide survey from employees had anything to do with my transfer and he said, "No". I then asked why I was transferred. The tone of his voice changed to chastisement as he began to accuse me of "micromanaging" and said that I had called for a, " three day investigation into an incident regarding Officer Peter Markow." I explained to Parrish in detail of several department and personnel violations (some of a major category) that Markow had committed during an incident where a suspect was apprehended. I advised Parrish that I met with several supervisors to determine if the department failed in training Markow prior to seeking disciplinary action in order to reduce liability. The suspect was a Black, Male and Parrish brought to my attention that the suspect plead guilty to the charges, and I responded that he was not represented by an attorney, and one of his charges were improperly brought by Markow. Next, Parrish accused me of not forwarding a polygraph report to Chief Benton once when he was looking for the results. I informed him that Lt. Roy Woodham was the person who assigns polygraphs and he has done so for several months. Parrish then described incidents where I was off-duty and came in contact with police officers. One of these such



**Dothan Police Department**
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:        June 29, 2013

To:          Mr. F. Darryl Mathews, EEO/Training Officer

From:        Major Steve Parrish

RE:          Investigation of Discrimination Complaint

**Dialogue from Privileges of the Floor/Commission Meeting 2004**

I have attached a copy of the transcript from a Dothan city Commission Meeting on
December 7, 2004. In summary, Keith Gray is alleging that his fellow sergeants (at the
time) received copies of promotional exams in advance of the test being administered.
He credits this as being the reason he was not promoted. Several employee grievances
were filed as a result of his statements. I have highlight specific areas in red for
examples.

I present this as an example of his frivolous accusations (without any evidence) of
discrimination against him by not only other employees, but the entire system that is in
place. This matter was investigated by the Personnel Director (Kai Davis) and those
findings will be on file in the Personnel Office should you be interested in reviewing
them.

CITY OF DOTHAN/GRAY 003374
CONFIDENTIAL

Next is Sgt. Keith Gray:

KEITH GRAY:

First, I'd like to thank our Lord and Savior Jesus
Christ for allowing me to speak with you today,
allowing him to use me as a messenger of information
that I believe is pertinent to this Commission that
they understand.  I'd like to thank you for hearing me.

The topics that I'd like to discuss is ____-fold.
First, the consent decree, second is the item that
was placed on the administrative agenda on the October
19, 2004, meeting which deals with a police lieutenant
and captain's promotional process.  I'd like to explain
first that a trend is something that changes from time
to time.  However, a pattern is something that is
usually followed and something that is repeated time
and time again.  What I'd like to do is give you an
overview of where I'm going and then go into more
detail.  The police lieutenant and captain's
promotional process was placed before, as I said, in
October.  I want to explain the reason that may not be
coming out to you as to why this is occurring.  I have
had problems dealing with racial inequality as an
employee of the City of Dothan.  I've been an employee
for 19+ years and in two months, I will have been here
for 20 years.  I understand the operations of the
police department in and out and somewhat of the City
as well.  In reference to that promotional examination,
I met with an attorney approximately a year and a half
ago in Birmingham about this issue of racial inequality
and more so the police department's lieutenant's
examination which a co-employee filed a grievance that
this lieutenant's process had actually been
compromised.  The test itself has been compromised.
This has been known and wide-spread throughout the
department and that raised an issue to me.  Also
regarding the lieutenant's promotional examination, the
oral board has always been made up of white males.
It's never been diverse, a board that I've sat on and I
have issues with that dealing with some of the areas

CITY OF DOTHAN/GRAY 003375
CONFIDENTIAL

dealing with supervision management and other aspects that we're graded on as applicants for this position.

The reason I'm addressing you now is that I have spoken to my department head about issues of racial inequality, I've spoken with the Personnel Director, I've spoken with the former EEOC officer and I've spoken with the present EEOC officer and at present, there is a complaint that I have lodged with the present EEOC officer which has not been investigated. That was approximately a year ago.  It is still pending.  I haven't heard anything from that and I have a good reason why I believe that I haven't heard back from it.  As I said, when I went to Birmingham and spoke with this attorney, there were concerns about not being treated equally and fairly and he advised me that our testing process needs to be reviewed.  He had just finished winning a case with the City of Tuscaloosa, Alabama, regarding an assessment center.  He was going to come in and have this implemented, hopefully through litigation, and this was to be done upon the next lieutenant's promotion with the City of Dothan.  Now, this information I brought back and I spoke with Mr. Jones about because he confided in me and told me, he admitted to me that the affirmative action plan was not being followed.  With this, I spoke with my attorney and wrote him a letter to this effect and in exchange for him giving this information to me in confidence, so I was led to believe, I confided in him and I shared with him the fact that the attorney was in deed going to file suit against the City of Dothan and that this attorney was going to come to Dothan to implement changes hopefully, prayerfully that would be equal for everyone.

Well, after that meeting, I actually told Mr. Jones about that conversation and I had a discussion with my department head approximately three weeks after that.  My department head listened to my concerns, nepotism within the police department, racism, favoritism and he specifically told me that this is going to work its way out through attrition.  Well, gentlemen, in February I will have 20 years.  I have 5 years left to try to try to make the grade, so to

CITY OF DOTHAN/GRAY 003376
CONFIDENTIAL

speak. And, also, my department head told me that he
was not going to promote another person to police
lieutenant. He was going to move to go to the
assessment center and knowing that these were the same
words that came from my lawyer and I shared with Mr.
Jones, I felt that the confidence that he and I had
with that conversation had actually not, the
conversation was actually not held in confidence
because he had to have explained this to my department
head. So with this known, there has been no police
lieutenant promoted since then. You are going to be
asked to vote on this particular item that they are
going to place before and the reason why is that my
attorney was actually going to file suit as soon as
there was another lieutenant promoted.

In my opinion, this is why we did not fill
Lieutenant Stan Devane's position, this is the reason
we did not fill Captain Smith's position and this is
the reason why this item is being placed before you
because now you're going to be tasked with looking into
the promotional process now.

MAYOR SOWELL:

Sgt. Gray, let me interrupt you. You're 5 minutes is
up but I am going to grant you another 5. Go ahead.

KEITH GRAY:

Thank you sir, I'm sorry about that. I just felt that
that you should know about. Now concerning the consent
decree, I have documentation that to me proves that my
allegations of say racial inequality. The consent
decree is an item that I term an item of equality. In
1975 the City of Dothan was sued for racial inequality
by city employees and I understand this consent decree
as to be an agreement that was entered upon by the City
and the Plaintiffs in order to provide equality for
those complainants as well as blacks specifically in
the consent decree. I can list certain items that has
happened, certain things that have happened to me while
a city employee that directly is related to the consent

CITY OF DOTHAN/GRAY 003377
CONFIDENTIAL

decree.  So since 1975 to this day, it is still not
being followed.  I'll just give a couple of examples.
In the decree, it states that city employees will
refrain from using the word "nigger."  In 1997, I was
called this by a co-employee.  One year ago, there was
a police lieutenant that was disciplined one day for
using the same racial slur.  When I was in CID, my
lieutenant at the time used the same racial slur in my
presence.  So, just one example off of this.  How do
you think I will feel being evaluated by supervisors
that use this racial slur?  There are several other
things encompassed within this decree that I have feel
victim to.  I have a master's degree.  I have taught at
Troy State University.  I've had 19+ years here.  My
last 4 years evaluations have been perfect.  I've been
in almost every division in the department and I feel
that due to racial inequality, I'm not being given the
same privileges, consideration as my non-minority co-
workers.  Thank you for giving me .....

MAYOR SOWELL:

Can I ask you one question?

KEITH GRAY:

Yes, sir.

MAYOR SOWELL:

Would you then, are you saying that, and I'm asking the
question, are you saying that previous promotions have,
these promotions have been based on race instead of, I
mean, on racial issues, is that what I'm hearing?

KEITH GRAY:

We have, the last four or five lieutenants that were
promoted, don't have the time with the City that I have
or the education that I have.  There's been issues of
the test being compromised made by an individual, a
sergeant, and if I remember correctly, he filed a
grievance to that effect.  I personally feel that the

CITY OF DOTHAN/GRAY 003378
CONFIDENTIAL

test has been compromised and it's been compromised a long time ago. Now, I'm not saying that every person that holds the rank of lieutenant is not worthy of that position because they do an outstanding job, okay? I'm saying that I believe that the board, the oral board, is not a diverse board so I'm not getting a fair shake. It's the process of testing for lieutenant, if you don't make number 1, 2 or 3 out of the 26 some odd sergeants that apply for this, you're not going to be promoted within a 2 year stretch and if someone already has a copy of the examination, what are my chances of making 1, 2 or 3. So, I'm saying, yes the oral board is not a diverse board and I am not treated fairly upon the evaluation of oral boards. I'm saying that the written test has been compromised and select people, in my opinion, get a copy of that test and it needs to be changed and in addressing these issues with the department heads, the EEOC officer and the Personnel Director, they investigated and time after time again, my grievances that I've filed have either been denied, unfounded. However, a course of action takes place after every one of my grievances, going to school, being treated equally with regards to school. I filed grievances and complaints when I saw my co-workers going to high level schools such as homicide investigation, arson investigation and it was a secret within my division at the time when these people went off to school. And so, I started requesting and then I was denied, I feel that I was retaliated against by my employer and I can prove that information as well and so, at one point, I filed a grievance and spoke to Mr. Jerry Gwaltney, which was the City Manager at the time. I was able to put my hands on a copy of the travel request, all the travel requests of the investigators and I found that my travel requests were denied time and time again, where non-whites travel requests were approved and during the same time frame. I have those documents as well. So, these are reasons that I haven't.

CITY OF DOTHAN/GRAY 003379
CONFIDENTIAL





### Dothan Police Department
210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 615-3000

Memorandum

Date:       June 24, 2013

To:         Captain Keith Gray

From:       Major Steve Parrish

RE:         Career Counseling

At your career development session on Friday, June 21, 2013 you requested more clarity
and guidance as to what your role is as commander of the Administrative Bureau.  First
and foremost, I would suggest you refer to your Functions and Goals (attached).  I have
included this guide and reference for you.  Once you have read this, please feel free to
contact me with any questions you may have.

The Administrative Bureau currently encompasses three primary areas: The
Docket/Detention Facility; Records Division and Animal Services Division.  Under the
current structure, a lieutenant is serving in an administrative capacity within that bureau.
As I have discussed with you, how you utilize that lieutenant is completely up to you.
Your predecessor, Captain Robinson created the Administrative Division Lieutenant with
the approval of the Chief of Police and I to assist him the day to day operations of his
bureau.  He had the leeway to do that as a senior administrator—you have that same
leeway.  You may keep Lt. Etress in his current capacity or you may relegate his duties to
those of only the detention center as was the case prior to Captain Robinson's actions.

Referring to your functions I find a detailed outline of expectations that should assist you
in managing the Administrative Bureau.  The assignment you hold is very important.
You have seen in the past how the Animal Services has a tendency to make the news.
Speaking from experience the Chief and I can tell you that it is a tough assignment for all
who work out there, and equally as tough for those of us who manage it.  Both he and I
have done it in the past.

CITY OF DOTHAN/GRAY 003380
CONFIDENTIAL

Managing the Docket and Detention facility is probably more difficult. Any police administrator will tell you that the "jail" will cause you more trouble than any other area of your operation. We have seen a recent example of that with the inmate who was sent to his cell still wearing leg irons. Now we are most certainly facing litigation as a result. We also discovered some kind of lack of consistency in the flow of paperwork up the channels—another problem that had to be addressed. You did this probably without realizing you were doing this in compliance with Function 4-Manages Quality Assurance and the Goals associated with it (see highlight in attachment).

While the Communications Center may be the heart-beat, the Records Division is like the central nervous system of the Agency. Employees deal with reports; accuracy of reports; they sell copies of police reports and deal with the public constantly. Records Division "is" the reporting center for the agency. We've had issues in the recent past with two Bureau of Justice grants. We have received vital input and work product from employees in the Records Division that have been instrumental in keeping our agency in compliance. With all of that said, your job is to manage ALL of that. You have the flexibility to do the things you need to do and the support from the Chief and I in doing them. You have a good team in place and motivated employees to help you accomplish the mission.

C.c. Chief Benton

CITY OF DOTHAN/GRAY 003381
CONFIDENTIAL

Administrative Services Bureau Commander--Captain

Function: Manages Bureau

**Goals:** Manages Records Division, Animal Services and the Detention Center and other operations through proper scheduling and high accountability from supervisory staff. Keeps accurate and thorough records on sworn and civilian employees. Promotes harmony and a team-oriented approach in the working environment throughout your Bureau. Ensures all divisions are operating in an efficient manner and working well with other bureaus within the Agency. Keeps supervisor adequately briefed. Has good working knowledge of all departmental processes and keeps current on changes in trends with regard to liability issues and training needs. Possesses and practices the clerical and administrative skills to complete complex tasks with no supervision.

Function: Manages Resources

**Goals:** Manages overtime budget without exceeding parameters. Reviews all requests for expenditures within bureau of responsibility with high scrutiny and justification for purchase. Keeps track of all equipment to ensure it is not being abused and remains serviceable. Projects capital needs and prioritizes requests for equipment within area of responsibility. Able to draft and complete staff reports for submission to governing body without errors.

Function: Manages Supervision of Employees

**Goals:** Clearly defines rolls for supervisory staff and allow them to communicate and command their subordinates. Tasks supervisors to keep accurate records on all matters relevant to police operations. Manages the completion of all counseling sessions and performance appraisals in a timely fashion. Utilizes Guardian Tracking and expects staff to use as well. Encourages productivity and high morale by being assessable to supervisory staff. Handles complaints from personnel or the public in a timely manner completing documentation as necessary. Constantly works toward team-building.

Function:  Manages Quality Assurance

**Goals:**  Ensure that routed paperwork moves expeditiously through your office to its destination. Sets an example through physical appearance and personal demeanor that exudes a command presence. Dresses appropriately always displaying a neat and clean appearance. Able to communicate well with individuals or groups of individuals; deliver speeches and conduct media briefs as required.

CITY OF DOTHAN/GRAY 003382
CONFIDENTIAL

Completed on June 21, 2013 at 0930 hours.—Captain Keith Gray

1.  What advancement opportunities would you care to discuss as it pertains to your career at the Police Department?

2.  What needs do you have in specialized areas that you feel the Department should offer or implement? **We discussed needs for the bomb team as well as upcoming event for dignitary team.**

3.  What specific training do you feel you need to aid you in your current assignment? **Would like to attend Jail Management School; Would like expectations for new assignment more clearly defined.** See Attached

City of Dothan
Travel Request ORIGINAL

| Name of Conference or Training Course: | Location: | Troy University Dothan |
| --- | --- | --- |
| Jail Management Course | | |
| | Dates of Travel: | Sept. 9-19, 2013 |

| Traveler(s) and Job Title: | Purpose of Trip: |
| --- | --- |
| Capt. Keith Gray | Train new and existing supervisors on jail management techniques. |
| Lt. Mike Etress | |
| Jail Administrator Mamie McCory | |

**EXPENSES**

Account Charged:
001-1201-512-30-46

Registration Fee: (Includes __0__ meals) | $600.00

Finance Director Approval:

Food: ($ ____ x ____ days __3__ people) | $ --

Budgeted? [ ] Yes [ ] No

Lodging: ($ __0__ per night for ____ nights x __1__ rooms) | $ --

Requested by:

Transportation:
[ ] Airline [ ] Train [ ] Bus

Sgt. Penn
Date: 6/21/2013

*Tonja,*

*Can we use court*

[ ] No

Department Head Approval:

*Budget?*   (le Records)

Date: 6·25·13

*Jail / Municipal funds*   nile)  | $ --

*A/R Account by memo*

City Manager Approval:

*to CM. With this only*

*be $600 - No Food, Lodging etc.*

Date:

Miscellaneous

*and @ yearend -*

*I think*

Commission Approval:

*we can handle -*

Total Estimated Cost: | $600.00

*We may need*

| Mayor |
| #1 |

*to pull that $*

| #2 |

Additional Comments:

*for Ice Machine,*

| #3 |

Registration attached

*Washer, Dryer.*

| #4 |

*I will keep file*

| #5 |

*+ see if it adds up*

| #6 |

*+ We can see if we can*

Requested Cash Advance -Prior to Travel

Date:

*c/o like Seizures.*

CITY OF DOTHAN/GRAY 003384
CONFIDENTIAL

# EXHIBIT

# 2



# EXHIBIT

# 3

## CITY OF DOTHAN *FINAL APPRAISAL*

**ORIGINAL**

FINAL APPRAISAL DUE IN PERSONNEL DEPARTMENT BY JANUARY 31.

Employee Name: _____ I. Keith Gray _____

Classification: _____ Full Time _____

Department: _____ Police _____

Performance Period: _____ August-October 2010 _____

Probationary ☐   Non-Probationary ☒

### PERFORMANCE MANAGEMENT SCORE

Locate the Functions Score and write it in the appropriate space. Locate the Disciplinary Score and write it in the appropriate space. The Disciplinary Score is subtracted from the Functions Score to derive the Performance Appraisal Score.

| 40 | — | 0 | = | 40 |
|---|---|---|---|---|
| Functions Score | | Disciplinary Score | | Performance Appraisal Score |

Find the corresponding range in which the Performance Appraisal falls. Place a mark in the box above the performance category.

| ☒ | ☐ | ☐ | ☐ | **(44.7 – 50.0)** Model Performer |
|---|---|---|---|---|
| (32.7 - 44.6) Exceptional Performer | (20.7 - 32.6) Fully Competent Performer | (8.7 – 20.6) Ineffective Performer | (8.6 – below) Unacceptable Performer | ☐ |

### APPRAISAL SIGNATURES:

Signatures are to be provided after the form has been completed and discussed. Signatures do not denote agreement necessarily, only that the discussion has been held. If comments are added to the form, the box next to the corresponding name should be initialed.

Rating Supervisor Signature: _____ *[signature]* _____   Date: 10-28-10   ☐

Reviewing Supervisor Signature: _____   Date: _____   ☐

Department Head Signature: _____ *[signature]* _____   Date: 10-29-10   ☐

Employee Signature: _____ Cpt. Keith Gray _____   Date: 10-29-10   ☐

### COMMENTS/CALCULATIONS BY PERSONNEL DEPARTMENT:

### WORK CONDUCT: Check the appropriate box for each work habit area.

| | Satisfactory | Unsatisfactory |
|---|---|---|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Teamwork | ☒ | ☐ |
| Compliance with Policy/Procedures | ☒ | ☐ |

***DISCIPLINE SCORE:*** List below any discipline that was taken with the employee during the performance period. For each action, list the specific step taken and date of action.

n/a

_____

If a Formal Counseling was taken, the score is 0. If a Written Warning was taken, the score is 6. If a Final Written Warning/Minor Offense was taken, the score is 12. If a Final Written Warning/Major Offense was taken, the score is 18. If a Demotion was taken, the score is 24. Otherwise, the Disciplinary Score will be 0.

DISCIPLINARY SCORE:  ____0____

***FUNCTIONS:*** List an abbreviated version of the employee's Functions below as documented on and discussed during the Planning session. Record the appropriate rating in the box for each Function.

| 4 | 3 | 2 | 1 | 5 |
|---|---|---|---|---|
| Exceeds Goals | Meets Goals | Partially Meets Goals | Does Not Meet Goals | Consistently Exceeds Goals |

***Function Ratings***

| | | |
|---|---|---|
| 4 | 1. | see attached |
| 4 | 2. | see attached |
| 3 | 3. | see attached |
| 4 | 4. | see attached |
| | 5. | |
| | 6. | |
| | 7. | |
| | 8. | |
| | 9. | |
| | 10. | |

***FUNCTIONS SCORE:***

| 16 | ÷ | 4 | = | 4.0 | x | 10 | = | 40 |
|---|---|---|---|---|---|---|---|---|
| Total Function Ratings | | Number of Functions Listed | | Average Function Rating | | | | Functions Score |

# CITY OF DOTHAN FINAL APPRAISAL

FINAL APPRAISAL DUE IN PERSONNEL DEPARTMENT...

Employee Name: _____ i. Keith Gray _____

Classification: _____ Full Time _____

Department: _____ Police _____

Performance Period: _____ October 2010/October 2011 _____

Probationary ☒   Non-Probationary ☐

## PERFORMANCE MANAGEMENT SCORE

Locate the Functions Score and write it in the appropriate space.  Locate the Disciplinary Score and write it in the appropriate space.  The Disciplinary Score is subtracted from the Functions Score to derive the Performance Appraisal Score.

| 40 | − | 0 | = | 40 |
|----|----|----|----|----|
| Functions Score | | Disciplinary Score | | Performance Appraisal Score |

Find the corresponding range in which the Performance Appraisal falls.  Place a mark in the box above the performance category.

| ☒ | ☐ | ☐ | ☐ | (44.7 – 50.0) Model Performer ☐ |
|----|----|----|----|----|
| (32.7 - 44.6) Exceptional Performer | (20.7 – 32.6) Fully Competent Performer | (8.7 – 20.6) Ineffective Performer | (8.6 – below) Unacceptable Performer | |

## APPRAISAL SIGNATURES:
Signatures are to be provided after the form has been completed and discussed.  Signatures do not denote agreement necessarily, only that the discussion has been held.  If comments are added to the form, the box next to the corresponding name should be initialed.

Rating Supervisor Signature: _____  Date: 10-4-11  ☐

Reviewing Supervisor Signature: _____  Date: _____  ☐

Department Head Signature: _____  Date: 10-4-4  ☐

Employee Signature: _____  Date: 10-19-11  ☐

## COMMENTS/CALCULATIONS BY PERSONNEL DEPARTMENT:

## WORK CONDUCT:  Check the appropriate box for each work habit area.

| | Satisfactory | Unsatisfactory |
|----|----|----|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Teamwork | ☒ | ☐ |
| Compliance with Policy/Procedures | ☒ | ☐ |

CITY OF DOTHAN/GRAY 000390
CONFIDENTIAL

**DISCIPLINE SCORE:** List below any discipline that was taken with the employee during this performance period. For each action, list the specific step taken and date of action. *ORIGINAL*

If a Formal Counseling was taken, the score is 0. If a Written Warning was taken, the score is 6. If a Final Written Warning/Minor Offense was taken, the score is 12. If a Final Written Warning/Major Offense was taken, the score is 18. If a Demotion was taken, the score is 24. Otherwise, the Disciplinary Score will be 0.

DISCIPLINARY SCORE:    0

**FUNCTIONS:** List an abbreviated version of the employee's Functions below as documented on and discussed during the Planning session. Record the appropriate rating in the box for each Function.

| 4 | 3 | 2 | 1 | 5 |
|---|---|---|---|---|
| Exceeds Goals | Meets Goals | Partially Meets Goals | Does Not Meet Goals | Consistently Exceeds Goals |

**Function Ratings**

| Rating | # | Function |
|---|---|---|
| 4 | 1. | Manages Bureau |
| 4 | 2. | Manages Resources |
| 4 | 3. | Manages Supervision of Employees |
| 4 | 4. | Manages Quality Assurance |
|  | 5. |  |
|  | 6. |  |
|  | 7. |  |
|  | 8. |  |
|  | 9. |  |
|  | 10 |  |

**FUNCTIONS SCORE:**

| 16 | ÷ | 4 | = | 4 | x | 10 | = | 40 |
|---|---|---|---|---|---|---|---|---|
| Total Function Ratings | | Number of Functions Listed | | Average Function Rating | | | | Functions Score |

CITY OF DOTHAN/GRAY 000391
CONFIDENTIAL

## CITY OF DOTHAN *FINAL APPRAISAL*

FINAL APPRAISAL DUE IN PERSONNEL
DEPARTMENT BY JANUARY 31.

Employee Name: _____ Keith Gray _____     Classification: _____ Captain _____

Department: _____ Police _____     Performance Period: _____ 2012 _____
Probationary ☐   Non-Probationary ☒

---

### PERFORMANCE MANAGEMENT SCORE

Locate the Functions Score and write it in the appropriate space. Locate the Disciplinary Score and write it in the appropriate space. The Disciplinary Score is subtracted from the Functions Score to derive the Performance Appraisal Score.

| 35 | — | 0 | = | 35 |
|----|---|---|---|----|
| Functions Score | | Disciplinary Score | | Performance Appraisal Score |

Find the corresponding range in which the Performance Appraisal falls. Place a mark in the box above the performance category.

| ☒ | ☐ | ☐ | ☐ | (45.0 – 50.0) Model Performer |
|---|---|---|---|---|
| (35.0 - 44.9) Exceptional Performer | (25.0 - 34.9) Fully Competent Performer | (12.6 – 24.9) Ineffective Performer | (12.5 – below) Unacceptable Performer | ☐ |

---

### APPRAISAL SIGNATURES:

Signatures are to be provided after the form has been completed and discussed. Signatures do not denote agreement necessarily, only that the discussion has been held. If comments are added to the form, the box next to the corresponding name should be initialed.

Rating Supervisor Signature: _____   Date: 12-18-12   ☑

Reviewing Supervisor Signature: _____   Date: _____   ☐

Department Head Signature: _____   Date: 12-8-1_   ☐

Employee Signature: _Captain Keith Gray_   Date: 1/3/13   ☐

---

### COMMENTS/CALCULATIONS BY PERSONNEL DEPARTMENT:

---

### WORK CONDUCT: Check the appropriate box for each work habit area.

|  | Satisfactory | Unsatisfactory |
|---|---|---|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Teamwork | ☒ | ☐ |
| Compliance with Policy/Procedures | ☒ | ☐ |

CITY OF DOTHAN/GRAY 000414
CONFIDENTIAL

**DISCIPLINE SCORE:** List below any discipline that was taken with the employee during this performance period. For each action, list the specific step taken and date of action.

If a Formal Counseling was taken, the score is 0. If a Written Warning was taken, the score is 6. If a Final Written Warning/Minor Offense was taken, the score is 12. If a Final Written Warning/Major Offense was taken, the score is 18. If a Demotion was taken, the score is 24. Otherwise, the Disciplinary Score will be 0.

DISCIPLINARY SCORE:      0

**FUNCTIONS:** List an abbreviated version of the employee's Functions below as documented on and discussed during the Planning session. Record the appropriate rating in the box for each Function.

| 4 | 3 | 2 | 1 | 5 |
|---|---|---|---|---|
| Exceeds Goals | Meets Goals | Partially Meets Goals | Does Not Meet Goals | Consistently Exceeds Goals |

**Function Ratings**

| Rating | # | Function |
|---|---|---|
| 3 | 1. | Manages Bureau |
| 4 | 2. | Manages Resources |
| 3 | 3. | Manages Supervision of Employees |
| 4 | 4. | Manages Quality Assurance |
|  | 5. |  |
|  | 6. |  |
|  | 7. |  |
|  | 8. |  |
|  | 9. |  |
|  | 10 |  |

**FUNCTIONS SCORE:**

| 14 | ÷ | 4 | = | 3.5 | X | 10 | = | 35 |
|---|---|---|---|---|---|---|---|---|
| Total Function Ratings |  | Number of Functions Listed |  | Average Function Rating |  |  |  | Functions Score |

CITY OF DOTHAN/GRAY 000415
CONFIDENTIAL