# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IVAN KEITH GRAY, <br> Plaintiff, | ) <br> ) <br> ) |
| vs. | ) CIVIL ACTION NO: <br> ) 1:14-cv-00592-MHT-SRW <br> ) |
| CITY OF DOTHAN, <br> Defendant. | ) <br> ) |

## DECLARATION OF DOUG MAGILL

I, the undersigned, Doug Magill, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1. My name is Doug Magill. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2. I have been employed by the Dothan Police Department for approximately fifteen years.

3. I am currently a sergeant in the Dothan Police Department who works as an internal affairs investigator.

1


Initials

4.     On or about August 25, 2013, Chief Greg Benton contacted fellow Internal Affairs Investigator, Sergeant Donny Smith ("Sergeant Smith"), and me and instructed us to conduct an investigation into allegations that Gray was associated with Outcast Motorcycle Club. When Sergeant Smith and I began our investigation, I did not know that Gray had filed an EEOC Charge against the City.

5.     In or around late August or early September 2013, I interviewed Karen Kelley ("Kelley"), a Southern Linc representative, who informed me that Southern Linc had issued Motorola XT626 cell phones to Gray and other Dothan police department personnel in March 2013. She also informed me that the Dothan police department received the Motorola XT626 cell phones prior to them being released to the general public and all police department personnel, including Gray, were issued brand new phones.

6.     The Dothan Police Department uses the Sunguard system to maintain certain records including personal identification and contact information for officers. During the course of our investigation regarding Gray, Sergeant Smith and I learned that Gray had accessed the Sunguard system in or around July 31, 2013 and viewed the personal information of myself, Major Steve Parrish, and other officers without the need to know or an order from the chief to do so at that time.


Initials

Dated this 27 th day of March, 2015.

_____
Doug Magill

3