# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IVAN KEITH GRAY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 1:14-cv-00592-MHT-SRW |
| CITY OF DOTHAN, ) | |
| Defendant. ) | |

### DECLARATION OF ADRIANNE WOODRUFF

I, the undersigned, Adrianne Woodruff, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1. My name is Adrianne Woodruff. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2. I have been employed by the City of Dothan Police Department as a police officer for approximately 23 years. I currently hold the rank of sergeant.

3. I am a member of the Iron Dragons Motorcycle Club ("Iron Dragons"). The Iron Dragons is a law enforcement motorcycle club, so our membership is primarily made up of members of law enforcement. The Iron Dragons patch includes the letters "LE," indicating that Iron Dragons is a law enforcement motorcycle club. The Iron Dragons is not a one percenter motorcycle club. The Iron Dragons have not received a blessing from a one percenter motorcycle club. The Iron Dragons was founded in 2011, and I have been president of the club since it was founded. To become a member of the Iron Dragons, individuals must complete an

_____
Initial

application that asks whether they have been arrested or convicted of a crime. All members of the Iron Dragons stated on their applications that they had not been arrested or convicted of a crime.

4. One percenter motorcycle clubs generally do not bother law enforcement motorcycle clubs.

5. Outcast Motorcycle Club and the Hell's Angels Motorcycle Club have a reputation for being the worst one percenter clubs. Some of their members have been involved in criminal activity, including murder and theft. When clubs become support clubs for one percenter clubs, they generally do not put the agreement in writing. Motorcycle clubs do not hang around with one-percenter clubs unless they are a support club for the one-percenter club.

5. Gray mentioned to me that Outcast Motorcycle Club was coming to town and that he was scared and concerned about how their presence would affect his motorcycle club because the Outcasts are one percenters.

6. I spoke with Sergeant Donny Smith and Sergeant Doug McGill in or around late August -- September 2013 and answered their questions regarding my membership in the Iron Dragons.

7. I reported to Gray when he was a lieutenant in the Patrol Division. He repeatedly made a big deal out of little things instead of focusing on what was important. For example, he insisted that all supervisors keep their cars spotless at all times, despite the fact that this is an impossible task for officers who are actually actively engaging in police work.

8. Attached hereto as Exhibit 1 are true and correct copies of photographs that I copied from the Bama Boyz Facebook page while Mr. Gray was employed by the City of Dothan Police Department.

2


Initial

Dated this 27th day of March, 2015.

*Adrianne Woodruff*
Adrianne Woodruff

3

AW
Initial

# EXHIBIT 1











