# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IVAN KEITH GRAY,<br>Plaintiff, | )<br>)<br>) |
| vs. | )  CIVIL ACTION NO:<br>)  1:14-cv-00592-MHT-SRW |
| CITY OF DOTHAN,<br>Defendant. | )<br>) |

## DECLARATION OF CHRIS WATSON

I, the undersigned, Chris Watson, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1. My name is Chris Watson. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2. I have been employed by the City of Dothan Police Department as a police officer for approximately 15 years. I currently hold the rank of Sergeant.

3. I am a member of the Iron Pigs Motorcycle Club ("Iron Pigs"). I have been a member of Iron Pigs since the club was created in 2001. The Iron Pigs is a law enforcement motorcycle club. No more than two percent of the club's members can be non-law enforcement. I was the president of the local chapter of the Iron Pigs from in or around 2002 until in or around 2004 and I am currently serving as president again since 2014.


Initial

4.  The application for membership in the Iron Pigs requires potential members to disclose if they have felony records. Individuals with felony records are not admitted in to the Iron Pigs.

5.  Iron Pigs is not a one percenter motorcycle club and has not requested or received the blessing of a one percenter club. Per the Iron Pigs' bylaws, members of the Iron Pigs are not allowed to affiliate with one percenters. If a member of the Iron Pigs is caught affiliating with a one percenter, the member would be banned from the Iron Pigs forever. Members of the Iron Pigs are instructed that if they are at a function and member of a one percenter motorcycle club arrives, the Iron Pigs members are not to mingle with the one percenters and are to leave the function.

6.  Every officer of the Dothan Police Department receives bulletins from the federal law enforcement agencies. These bulletins included information about one percenter motorcycle clubs including Outlaws, Hell's Angels, Banditos/Pistoleros, and Pagans—and their support clubs.

7.  In or around August or September 2013, I spoke with Sergeant Donny Smith by phone and with Sergeant Doug McGill in person and told them that the Iron Pigs does not permit any association with one percenters.

Dated this 27 day of March 2015.

_Chris Watson_
Chris Watson

2

Initial