# EXHIBIT
# L

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IVAN KEITH GRAY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 1:14-cv-00592-MHT-SRW |
| CITY OF DOTHAN, ) | |
| Defendant. ) | |

### DECLARATION OF TAIWAN TRUITT

I, the undersigned, Taiwan Truitt, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1. My name is Taiwan Truitt. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2. I have been employed by the City of Dothan Police Department for approximately eight (8) years and currently hold the rank of corporal.

3. I also serve as the minister of music at my church and am a member of a gospel quartet.

4. In or around 2008, I joined the All Throttle Motorcycle Club ("All Throttle"). I joined All Throttle because of the club's commitment to community service. In order to become a member of the club, I was required to complete a certain number of hours of community service, which I enjoyed. I was a member of All Throttle off and on between 2008 until in or


Initial

around July 2013 when I permanently ended my membership. Many members of All Throttle enjoy going out of town together and going to clubs – which I do not enjoy, so I voluntarily ended my membership in or around July 2013. Between 2008 and July 2013, I ended my membership from time to time to provide care to my parents.

5. All Throttle was founded by military personnel. During the time that I was a member of All Throttle, it was not a one-percenter motorcycle club, did not participate in any events with one percenter clubs or one percenter support clubs, and had not requested the blessing of a one percenter club. All Throttle was not "blessed" or otherwise sanctioned by any motorcycle club when I was a member.

6. It is my understanding that one percenter clubs engage in criminal activity, and as an officer for the City of Dothan, it is a violation of policy to be "blessed by," associated with, or affiliated with a one percenter club in any way.

7. All Throttle Motorcycle Club members only have one patch on their vests and do not have rockers to indicate a territory. The founders of All Throttle Motorcycle Club mandated that club members could not wear a support patch of any club. It is my understanding that when motorcycle clubs indicate their territory they attract the attention of one-percenter motorcycle clubs.

8. To my knowledge, during the time that I was a member of All Throttle, no member of All Throttle was ever arrested or charged with a crime. If I had known of members of All Throttle Motorcycle Club who had criminal backgrounds, I would have ended my membership in the club because my membership would have violated the City of Dothan's policies. During the time that I was a member of All Throttle, I never attended an event where I witnessed anyone smoking marijuana or using of any other illegal drug.

Initial

9. In or around August or September 2013, I spoke with Sergeant Donny Smith and Sergeant Doug McGill and answered their questions regarding my previous membership in All Throttle.

10. Attached hereto as Exhibit 1 is a true and correct copy of the statement that I provided to Chief Benton regarding an incident that occurred on or about January 26, 2012 at Eton's lounge.

Dated this 27 day of March, 2015.

_____
Taiwan Truitt

3

T T
Initial

# EXHIBIT 1

## DOTHAN POLICE DEPARTMENT
### OFFICER'S INVESTIGATION REPORT

CN # 01 - ____ - _____   SOURCE _____

TO Chief Benton   FROM Taiwan Truitt

SUBJECT Foot Patrol Eton's   DATE 01-27-12   TIME 0045

On 01-26-12 at approximately 2350 hours, I observed a juvenile I know as Tim a former student at Dothan High walk in Etons. Officers Brandon Dollar, Adam Traylor and I with permission from Mr. Eton went inside his establishment solely to get the juvenile. We walk about 15ft inside the business and got the juvenile and exited the business. I asked Tim how old was he and he stated 20. Several of Tim's family members came out of the club to include his sister to see if he was ok. Tim's sister immediately stated he was 19 yrs old and had not drinked anything. I advised her to just take him home. I advised Tim he was too young to be in my establishment that served alcohol. A B/M exited the club and stated he was Tim's uncle. The uncle stated he was not the only juvenile in there. I went back inside and asked Mr. Eton to step outside. I advised Mr. Eton I was just told there were several underaged people in his business. Mr. Eton stated he had people at the door checking ID's and asked me if I wanted to go in and check and I told him no I will let him take care of that. I exited the business Dollar, Traylor and myself stood outside the door. There were a few people I knew personally that stopped and spoke to me. We did not check anyone's ID, pat them down or stop anyone to speak to them. All person came and went freely as they pleased. While standing on the property a security gaurd approached me and stated Captian Gray want to speak to you inside alone. I went just inside the front door to speak with Gray and stated "why are you here." I advised Gray I observed a juvenile walk inside the business. There was a heavyset B/M male standing next to Gray who said something to me I couldn't understand what he said because of the music. Gray told the heavyset male two times to go inside the business. After the person went back inside Gray yelled at me "leave, why are you standing in front of the door asking people for their ID," I advised Gray I did not ask for or check anyone's ID. Still yelling he stated what you are doing is harrassment and intimidating people by standing outside. I asked Gray what did we do wrong and he stated are there any other criminal activity you know of in the business and I stated I don't know. He asked me is there anymore underaged people in the business and I stated I don't know. He then asked me if I wanted to go check and I stated to him that wasn't my job I just advised Mr. Eton of the statement that was told to me and I advised him out of concern for his business. Gray stated on Monday at 1000 hours, I want you in my office by yourself. I stated ok. Gray yelled again leave. Gray stated agian is there any other criminal activity going inside the business and again I stated I don't know. He asked me again if I wanted to go inside the business to check and again advised him I observed a male I knew was a juvenile go inside the business. I advised Gray we walk through several establishments not just Eton's. Still yelling he stated be in my office Monday at 1000 hours and again I stated ok. Gray stated agian leave I walk outside the business to advise Dollar and Traylor, Gray stated leave the property. Gray walked outside the business behind me and stated to me again you leave and told Dollar, Traylor and Joe Cochran who had just arrived to stay. I left the property and immediately notified LT. Benny of the incident. END OF STATEMENT

792

USE THIS FORM REPORTING OCCURRENCES OTHER THAN CRIMES

PD 12
CITY OF DOTHAN/GRAY 000642
CONFIDENTIAL