# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IVAN KEITH GRAY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 1:14-cv-00592-MHT-SRW |
| CITY OF DOTHAN, ) | |
| Defendant. ) | |

## DECLARATION OF TRAMPAS GOUGLER

I, the undersigned, Trampas Gougler, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1. My name is Trampas Gougler. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2. I have been employed by the City of Dothan as a Safety Officer for approximately seven (7) years.

3. I used to be a member of "Hamsters Motorcycle Charity" ("HMC"), a group of eight (8) to twelve (12) individuals who rode motorcycles together and participated in charity events.

4. HMC was formed in 2008 and ceased to exist in 2012.

1

T G
Initials

5. HMC was not an official motorcycle club. HMC had no fees, no application, no initiation or prospecting, and no bylaws or other written rules. HMC was not a member of the Alabama Confederation of Motorcycle Clubs, which is an association of motorcycle clubs within Alabama that combats discrimination and harassment against individuals for riding a motorcycle or wearing motorcycle attire.

6. HMC was not a one percenter club. HMC did not participate in any events with one percenter clubs or one percenter supporter clubs.

7. It is my understanding that one percenter clubs engage in criminal activity and, as the safety officer for the City of Dothan, I do not believe it is appropriate for an officer to be "blessed by," associated with, or affiliated with a once percenter club in any way.

8. HMC was not "blessed" or otherwise sanctioned by any motorcycle club or other organization.

9. It is my understanding that motorcycle clubs grant "blessings" to other clubs in exchange for favors such as providing security at events, participating in charity rides, etc.

10. HMC was not a supporter club of any motorcycle club and was not associated with any motorcycle club.

11. To my knowledge, no member of HMC was ever arrested or charged with a crime. I am not aware of HMC members being at any event where people were using drugs or smoking marijuana.

12. Sometime in 2011 or 2012, an incident occurred at a Vets for Pets Poker Run in Enterprise, Alabama in which I was surrounded by a group of Pistoleros with knives who threatened to cut my patch off of my vest. I cut my patch off of my own vest and gave it to them.

T.G.
Initials

13. The Pistoleros are a one percenter motorcycle club.

14. Following this incident, the Alabama Bureau of Investigation contacted me regarding pursuing legal action against the Pistoleros. I chose not to press charges.

15. One percenter motorcycle clubs have a reputation for participating in and being connected to criminal activity.

Dated this 19th day of November, 2014.

                                                  Trampas Gougler

3

T G
Initials