# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IVAN KEITH GRAY,<br>Plaintiff,<br><br>vs.<br><br>CITY OF DOTHAN,<br>Defendant. | )<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  1:14-cv-00592-MHT-SRW<br>)<br>)<br>) |

### DECLARATION OF DELVICK MCKAY

I, the undersigned, Delvick McKay, hereby swear or affirm that the following is true and correct based on my personal knowledge and review of documents kept by the City of Dothan in the normal course of business:

1. My name is Delvick McKay. I am over the age of twenty-one, I am of sound mind, and I am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against the City of Dothan ("City") by Ivan Keith Gray ("Gray").

2. I am an African-American male and have been employed by the City of Dothan for approximately nine years. I am currently the Personnel Director for the City of Dothan. As Personnel Director, I am custodian of the personnel files of City employees and other files relating to their employment.

3. I, along with Equal Employment Opportunity ("EEO") Officer Darryl

1


Initials

Matthews ("Mathews"), also an African-American male, oversee the implementation of the 1976 Consent Decree for the City of Dothan. As the Personnel Board Director, I along with the members of the Personnel Board receive a monthly report of activity within the area of EEO. We receive a report of the new hires and promotions that are reviewed by Mathews to ensure that the hires and promotions were conducted in compliance with the Consent Decree and to ensure that no discrimination occurred during the process. We receive a report of the meetings, workshops, seminars, speaking engagements, and career fairs where Mathews has represented the City in its efforts to promote diversity, equal opportunity, and recruitment. We also receive a monthly summary of any determination hearings or EEO investigations.

4. The Personnel Board reviews an Affirmative Action Report on a monthly basis. The Affirmative Action Report contains information regarding the race, gender, and disability classifications of the City of Dothan's workforce. This data includes full-time, part-time, and seasonal employee statistics. In addition, the Personnel Board reviews monthly applicant flow reports of race, gender, disability, and veteran status of each applicant that applies for a position at the City each month. The Personnel Board also reviews the actual hire reports monthly.

5. In compliance with the Consent Decree, the City maintains a Citizens

2


Initials

Supervisory Committee ("CSC"). Currently, 29% of the organizations on this Committee have substantially African-American membership. Some of the members of the CSC include the Dothan Chapter of the National Association for the Advancement of Colored People, the Dothan Elks Club, the Men's Civic Club of Dothan, Alpha Kappa Alpha Sorority Inc., and the Multi-Racial Relations Club. The Personnel Board Chairman and the EEO Officer provide the CSC a report twice each year (April and October) at the CSC regular scheduled meetings to update them on the Civil Service System, personnel actions, and any EEO issues.

6. The City also maintains an affirmative action recruitment program. As part of this program, the City advertises its openings in the Dothan Eagle, regularly presents to African-American civic, social, fraternal, church and other organizations about job opportunities for African-Americans in the City, recruits at historically African-American colleges such as Tuskegee University and Alabama State University, and features African-American employees in its promotional literature.

7. Our written examinations and promotional assessment centers are validated. The City also uses the International Public Management Association-Human Resources (IPMA-HR) and Cooperative Personnel Services HR Consulting ("CPS HR"), a public agency, in its validation process to provide written

3


Initials

examinations and to develop promotional assessment centers.

8. The City provides a remedial program to help job applicants prepare for employment tests. In Public Safety (police and fire) entry level examinations, applicants are allowed practice attempts to complete the physical agility exam. For promotional assessment centers in Public Safety, applicants are given a reading list and candidate preparation manual for the assessment center testing process.

9. The Dothan Police Department engages in specific efforts to comply with the Consent Decree and promote diversity within their organizations, including: sending officers to training schools, cross-training them, and making job assignments in an equal and non-discriminatory manner; allowing all officers to work and interact together and serve all portions of the community regardless of race; and disciplining officers for any use of racially derogatory terms. For example, Gray received special assignments to the following roles: Helicopter Liaison for Air Operations with the City of Dothan and Dale County Sherriff's Department, Coordinator for the Dothan Police Department Bomb Squad, and Liaison for the Dothan Police Department Executive Dignitary Team. Gray has been trained in polygraph techniques and practices and was assigned as a polygraph examiner with the Dothan Police Department. He has received national improvised explosive familiarization training from the Department of Justice:

4


Initials

Federal Bureau of Investigation. He has also received executive development and survival training. During Gray's employment, he served as a Sergeant and later as a Lieutenant, both supervisory positions, in the Patrol Division. He also worked as a Criminal Investigator and in the Internal Affairs Division. He also served as Captain over the Administrative and Patrol Bureaus.

10. Finally, any time a position becomes available for a promotion or new hire, the Personnel Director certifies the top three qualified applicants as candidates for the position. The department head or other relevant decision maker performs interviews and selects among the three candidates. Since 1976, that decision maker has been required to provide a selection memo to the EEO officer explaining his or her decision and providing a legitimate, non-discriminatory reason for not hiring the other two candidates. This selection memo is required regardless of the race of the candidates selected or not selected. The EEO officer then has the opportunity to appeal the selection to the Personnel Board if he determines that racial discrimination was a factor in the decision.

Dated this 21th day of May, 2015.

_____
Delvick McKay

5


Initials