## DECLARATION OF WILLIE MCGUIRE

1. My name is Willie McGuire. I am over nineteen (19) years of age, of sound mind, and have firsthand knowledge of the facts herein. I swear under penalty of perjury that the following testimony is true and correct to the best of my knowledge.

2. I am a firefighter with the Troy Fire Department. I was a member of Outcast Motorcycle Club in 2013. Outcast is a black motorcycle club. Outcast is not a one percenter group. We did not wear the one-percenter patch that one-percenter clubs wear. The Dothan Outcast club is not a violent, criminal club. Our club exists for comradery and riding motorcycles only.

3. I was at the Outcast clubhouse on or about August 25, 2013. The Dothan Police Department showed up to investigate an incident that occurred the night before.

4. I did not approach them to make a complaint against Keith Gray. I did not even know Gray personally. Some officers approached me and asked me whether any black officers had been hanging out at the clubhouse or were members of motorcycle clubs. I had heard of Chopper, but I did not realize who it was until the police officers described him. I had seen him at several charity events.

5. I never told the Dothan Police that I witnessed Gray being around marijuana being smoked or illegal alcohol being consumed. I never saw Gray witness or be involved in any criminal activity.

4-26-15  
Date

Willie McGuire  
Willie McGuire