EXHIBIT E

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2         MIDDLE DISTRICT OF ALABAMA
 3            SOUTHERN DIVISION
 4
 5  CIVIL ACTION NO.: 1:14-CV-00592
 6
 7  IVAN "KEITH" GRAY,
 8        Plaintiff,
 9  vs.
10  CITY OF DOTHAN,
11        Defendant.
12
13
14       S T I P U L A T I O N S
15
16      IT IS STIPULATED AND AGREED by
17  and between the parties, through their
18  respective counsel that the deposition of
19  DONNY SMITH, may be taken before RHONDA W.
20  HEAD, CCR, Commissioner, at the law
21  offices of SHERRER JONES, P.C., 335 West
22  Main Street, Dothan, Alabama 36301, on the
23  25th day of February, 2015.
```

Page 2

```
 1      IT IS FURTHER STIPULATED AND
 2  AGREED that the signature to and the
 3  reading of the deposition by the witness
 4  is waived, the deposition to have the same
 5  force and effect as if full compliance had
 6  with all laws and rules of Court relating
 7  to the taking of depositions.
 8      IT IS FURTHER STIPULATED AND
 9  AGREED that it shall not be necessary for
10  any objections to be made by counsel to
11  any questions except as to form or
12  leading questions, and that counsel for
13  the parties may make objections and
14  assign grounds at the time of trial
15  or at the time said deposition is offered
16  in evidence or prior thereto.
17      IT IS FURTHER STIPULATED AND
18  AGREED that the notice of filing of the
19  deposition by the Commissioner is waived.
20
21
22
23
```

Page 3

```
 1           A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFF:
 4  SONYA C. EDWARDS, ESQUIRE
 5  EDWARDS LAW
 6  121 EDENTON STREET
 7  BIRMINGHAM, ALABAMA 35242
 8
 9  FOR THE DEFENDANT:
10  CHRIS M. MITCHELL, ESQUIRE
11  2400 REGIONS/HARBERT PLAZA
12  1901 6TH AVENUE NORTH
13  BIRMINGHAM, ALABAMA 35203
14
15  ALSO PRESENT:
16  DELVICK MCKAY
17
18
19
20
21
22
23
```

Page 4

```
 1              I N D E X
 2  EXAMINATION BY:            PAGE:
 3  MS. EDWARDS:                  6
 4  MR. MITCHELL:               195
 5  MS. EDWARDS:                195
 6
 7
 8
 9
10
11           E X H I B I T S
12              MARKED
13  PLAINTIFF'S EXHIBIT 1        38
14  PLAINTIFF'S EXHIBIT 2        60
15  PLAINTIFF'S EXHIBIT 3       130
16
17
18
19
20
21
22
23
```

Page 5

1      I, RHONDA W. HEAD, CCR, a Court
2   Reporter of Birmingham, Alabama, and
3   Notary Public for the State of Alabama at
4   Large, acting as Commissioner, certify
5   that on this date, as provided by the
6   Alabama Rules of Civil Procedure and the
7   foregoing stipulation of counsel, there
8   came before me at the law offices of
9   Sherrer James, P.C., 335 West Main Street,
10  Dothan, Alabama 36301, beginning at 9:00
11  a.m., DONNY SMITH, witness in the above
12  cause, for oral examination, whereupon the
13  following proceedings were had:
14
15          DONNY SMITH,
16  the witness, having been first duly sworn
17  by the Court Reporter, was examined and
18  testified as follows:
19
20          THE COURT REPORTER:  Usual
21  stipulations?
22          MR. MITCHELL:  Yes.
23          MS. EDWARDS:  Yes.

Page 6

1          EXAMINATION
2   BY MS. EDWARDS:
3      Q    Sergeant Smith, my name is
4   Sonya Edwards and I represent Keith Gray.
5   I'm going to ask you a series of questions
6   about your case, and I want to understand
7   your background and knowledge of the case
8   during this deposition.  If at any time I
9   ask you a question that you don't
10  understand or wish me to rephrase, if you
11  could, please, just ask me, I'll be happy
12  to reask the question.
13     A    Yes, ma'am.
14     Q    And if you could please
15  answer my questions out loud, with a yes
16  or a no instead of a shaking of your head.
17     A    Yes, ma'am.
18     Q    And that will make it easier
19  for Ms. Head to take down your testimony.
20     A    Yes, ma'am.
21     Q    We're going to take a couple
22  of breaks during your deposition, and all
23  I ask is that if I have a question pending

Page 7

1   for you, that you answer that question
2   before we take a break.
3      A    Yes, ma'am.
4      Q    Now, could you please state
5   your full name for the record?
6      A    Donny Wayne Smith.
7      Q    Do you have any nicknames
8   that you go by or any other names?
9      A    No, ma'am.
10     Q    What is your position with
11  the City of Dothan?
12     A    I'm sergeant for the Dothan
13  police department.
14     Q    Have you ever taken a
15  deposition before?
16     A    Yes, ma'am.
17     Q    How many?
18     A    I'm not sure.  Approximately
19  ten, maybe.
20     Q    What kinds of cases were
21  those?
22     A    Most of them were traffic
23  homicide investigation cases.

Page 8

1      Q    Were they -- were you
2   testifying on behalf of the City of
3   Dothan?
4      A    The accident is usually like
5   a civil matter between two parties, so I'm
6   subpoenaed by one or the other side.  And
7   usually it's involving a traffic
8   fatalities, when someone was killed, and I
9   have to go in and do the accident
10  reconstruction on it.
11     Q    How many homicide cases have
12  you testified in?
13     A    Testified in or had
14  depositions for?
15     Q    Had depositions for.
16     A    Approximately four or five.
17  I'm not real sure.
18     Q    Have you ever testified in a
19  case for the City of Dothan involving a
20  fellow officer related to an Internal
21  Affairs investigation?
22     A    No, ma'am.
23     Q    Have you ever been a party

Denny Smith

Pages 9 to 12

Page 9

1  to a lawsuit?
2      A   Yes, ma'am.
3      Q   Were you the plaintiff or
4  defendant?
5      A   The defendant.
6      Q   And can you tell me the
7  nature of that action?
8      A   It was when I was a criminal
9  investigator and I was working a burglary.
10  The suspect in the burglary accused me,
11  along with all the -- he just incorporated
12  all us in the lawsuit against him for
13  wrongful imprisonment, and I can't
14  remember the exact details on it.  It was
15  federal court.
16     Q   When did that litigation
17  occur?
18     A   Mid 2000.
19     Q   Who was the name of the
20  individual who sued you?
21     A   I do not recall.
22     Q   Did he also sue the City of
23  Dothan?

Page 10

1      A   I do not recall.
2      Q   What was the outcome of that
3  litigation?
4      A   It was thrown out.
5      Q   It was dismissed by the
6  Court.
7      A   Dismissed, yes.
8      Q   Did you testify in court in
9  that matter?
10     A   No, ma'am.
11     Q   Did the case settle or was
12  it dismissed?
13     A   Dismissed.
14     Q   Have you been a party in any
15  other lawsuit?
16     A   No, ma'am.
17     Q   Have you been a witness in
18  any other lawsuit?
19     A   No, ma'am, not that I
20  recall.
21     Q   Have you testified in court
22  for any other matter related to your role
23  in internal affairs?

Page 11

1      A   No, ma'am.
2      Q   What did you do to prepare
3  for this deposition?
4      A   Just reviewed the case file
5  and talked with the attorneys.
6      Q   And when you say "case
7  file," what did you review?
8      A   These notebooks, deposition
9  notebooks.
10     Q   The two sitting in front of
11  you.
12     A   Yes, ma'am.
13         MS. EDWARDS:  Do you mind if
14  we go off the record?
15         (Off the record.)
16     Q   (BY MS. EDWARDS:)  Sergeant
17  Smith, you just referenced the two
18  deposition notebooks in front of you that
19  you stated you referred to in preparation
20  for this deposition.
21     A   Yes, ma'am.
22     Q   And you stated that you met
23  with your attorneys in preparation for the

Page 12

1  depositions as well.
2      A   Yes, ma'am.
3      Q   I don't want to know
4  anything you discussed with your
5  attorneys, but I would like to know where
6  you met and who else was present.
7      A   We met -- did you say when?
8      A   Yes.
9      Q   We met Monday.  I don't
10  recall the time.  It was afternoon, in a
11  conference room on the 2nd Floor of the
12  Dothan Civic Center.  And I'll try to
13  remember who all was there.  It was
14  myself, Sergeant Magill, Corporal Mullis,
15  both of our attorneys, Chief Greg Benton,
16  Delvick McKay.  There were two other
17  people in there, but I don't believe they
18  were -- I think they just trying to fix
19  something.  They weren't with us.
20     Q   Were they with the City of
21  Dothan?
22     A   I don't even know who they
23  were to be honest with you.  I believe --

Danny Smith

---

Page 13

1  I take that back.  I believe one of the
2  them is the man that is in charge of the
3  Dothan Civic Center itself, and the other
4  one is a lady from, like, the IT division.
5  I think they were trying to work on the
6  TV.  And that was the first one.
7       Do you want me to keep going?
8       Q   Yes.
9       A   Okay.  The second time I met
10  with a female attorney -- I can't remember
11  her name right this second -- yesterday
12  afternoon at approximately 1 p.m. in the
13  chief's conference room, and Sergeant
14  Magill was also present then.
15       Q   Have you reviewed anything
16  other than the documents in front of you
17  to prepare for this deposition?
18       A   No, ma'am.
19       Q   Have you spoken with anyone
20  else other than the people that you just
21  mentioned?
22       A   No, ma'am.
23       Q   Have you ever been arrested?

---

Page 14

1       A   No, ma'am.
2       Q   Have you ever filed for
3  bankruptcy?
4       A   No, ma'am.
5       Q   Can you tell me your level
6  of education?
7       A   I completed high school,
8  some college.
9       Q   Where did you go to high
10  school?
11       A   Dothan High School.
12       Q   And where did you attend
13  college?
14       A   Wallace Community College.
15       Q   How many years did you
16  attend?
17       A   Two years.
18       Q   Did you obtain a degree?
19       A   No, ma'am.
20       Q   Are you a member of any
21  professional groups or organizations?
22       A   Not that I'm aware of.  I
23  believe the police department pays for us

---

Page 15

1  to be members of -- I can't name it.
2  They've paid the dues every since I've
3  been employed here.  You get a magazine,
4  but I can't -- for police officers.  I
5  can't recall.  I've never paid to be in
6  one.  The city pays for me.
7       Q   Are you a member of any
8  organizations or social clubs?
9       A   Just church.
10       Q   Where do you attend?
11       A   I am a member of Watermark
12  Church in Ashford, but we've been
13  currently attending Harvest in Dothan.
14       Q   How long have you been with
15  the City of Dothan?
16       A   April of this year will be
17  twenty-seven years.
18       Q   And what position did you
19  start in when you started with the City?
20       A   As a police officer.
21       Q   How long were you in that
22  rank?
23       A   I was a police officer

---

Page 16

1  approximately four years.
2       Q   And then what rank did you
3  hold?
4       A   Corporal.
5       Q   And how long were you
6  corporal?
7       A   I was corporal for eight
8  years.
9       Q   And then what rank?
10       A   Sergeant.
11       Q   And you have been sergeant
12  since.
13       A   Fifteen years, yes.
14       Q   How long have you been in
15  Internal Affairs?
16       A   Approximately August --
17  August of '08, I believe.
18       Q   Do you hold any other
19  special assignment type positions?
20       A   No, ma'am.
21       Q   Did you hold any prior to
22  being in Internal Affairs?
23       A   No, ma'am.

---

Page 17

1    Q   Approximately how many
2  Internal Affairs investigations have you
3  conducted?
4    A   Approximately two to three
5  hundred.  That is strictly a guess.  It
6  could be more.
7    Q   How many of your
8  investigations have focused on an
9  employee's affiliation with a group or a
10 social club?
11   A   One is all I recall.
12   Q   And who is that?
13   A   Keith Gray.
14   Q   Where did you work before
15 the City of Dothan?
16   A   I worked at the -- at the
17 time it was called Honda of Dothan.  It
18 was a motorcycle dealership.
19   Q   Anything before that?
20   A   I was a teenager.  I don't
21 remember exactly.
22   Q   Who is your supervisor?
23   A   At this time?

Page 18

1    Q   Yes.
2    A   Chief Greg Benton.
3    Q   How long have you worked for
4  him?
5    A   This time?
6    Q   Yes.
7    A   Since he made chief, which I
8  don't recall what year that was.  I was in
9  Internal Affairs when he was promoted to
10 chief, and I fall under the chief.
11   Q   Have you ever been
12 disciplined during your employment with
13 the City of Dothan?
14   A   Yes, ma'am.
15   Q   Starting with the most
16 recent, can you explain what the
17 disciplinary action was?
18   A   It was only one.  It was --
19 I had only been here, like, maybe one or
20 two years, I think, and I let a knife get
21 into the jail.  I brought a prisoner in
22 and he still had a knife on him, and I
23 didn't find it.  The jail staff found it.

Page 19

1    Q   Any other disciplinary
2  action?
3    A   No, ma'am.
4    Q   You have never been
5  counseled during your employment?
6    A   Not official counselling,
7  no.
8    Q   Have you ever been
9  unofficially canceled?
10   A   Just about every day I work.
11   Q   Explain to me what you
12 recall to be your most recent counselling.
13   A   I can't.  Most of my -- what
14 I was referring to, most of my counselling
15 was when I was in patrol, if I would do
16 something, I would call and see if they
17 didn't agree with it or they'd say, you
18 don't need to do that next time, or you
19 may need to do this.  It was just
20 something like that.
21   Q   When is the last time that
22 you recall being counseled in that manner?
23   A   I don't recall when it was.

Page 20

1    Q   Have you been counseled
2  while you have been in internal affairs?
3    A   No, ma'am.  I may have
4  remembered the last one now, since you
5  said that.
6    Before I was in Internal Affairs,
7  I was the desk sergeant in the lobby, and
8  at one point they decided that the phones
9  were going to ring to that desk instead of
10 dispatch to start with.  And that's fine
11 and dandy on days we're doing nothing, but
12 on court days, like, Monday and Tuesday,
13 the metal detectors are there, people are
14 coming in and out and all of this, and the
15 phone is ringing off the hook, so one
16 morning I forwarded the phones to dispatch
17 instead of letting them ring, I forwarded
18 to dispatch.  And Captain Parrish came out
19 and told me to not to do that again, that
20 the phones -- they sat it up to where
21 they're going to ring out here and that's
22 where they're going to ring.  I'll just
23 have to answer them when I can and not

Page 21

1  just let it ring.
2      Q   When did that occur?
3      A   2008.
4      Q   Have you ever had any
5  complaints made against you by members of
6  the public?
7      A   Not that I recall.
8      Q   Have you ever been
9  investigated by Internal Affairs?
10     A   Not that I'm aware of.
11     Q   Now, you conducted the
12  Internal Affairs investigation allegedly
13  underlying Mr. Gray's termination,
14  correct?
15     A   Yes, ma'am.
16     Q   I'd like for you to walk me
17  through your investigation, and I'd like
18  to follow this in a chronological order to
19  the extent that we can.
20     A   Okay.
21     Q   From the moment that the
22  investigation was initiated, and I guess
23  to begin, what precipitated the

Page 22

1  investigation into Mr. Gray?
2      A   I've got my report here,
3  which is also in this book you looked at.
4  I just put it to the side so it would be
5  quicker to find, instead of flipping
6  through these tabs.
7      Q   Do you mind if I look at it?
8      A   Yes, ma'am.  I also have a
9  notepad for notes.
10     Q   I'm going to make a quick
11  copy of this and it will be easier.
12     A   Okay.
13         (Off the record.).
14     Q   (BY MS. EDWARDS:)  So tell
15  me the events that led up to the
16  investigation.
17     A   Okay.  August the 25th at
18  approximately 11:30 I was in church with
19  my family and I got a call from Chief
20  Benton.  He told me that I needed to
21  respond to 414 North Oak (sic) Street and
22  meet with Lieutenant Will Benny at that
23  location, that there was an that occurred.

Page 23

1  And he would fill me in on the details
2  when I got there; and also that Sergeant
3  McGill would be responding also.
4      Q   Okay.  So Chief Benton
5  called you.
6      A   Yes.
7      Q   Told you to meet with
8  Sergeant Magill at this 414 North
9  Appletree Street, correct?
10     A   He told me to meet with
11  Lieutenant Benny, and said Sergeant McGill
12  would be responding also as well.
13     Q   Now, what is the location of
14  414 North Appletree Street?
15     A   When I arrived, I realized
16  it was the clubhouse for an outlaw
17  motorcycle gang called Outcast.
18     Q   Okay.  And upon your
19  arrival, what happened?
20     A   I spoke with Sergeant
21  Magill.  He told me a little bit of what
22  was going on.  He had arrived before I
23  did, and he had already talked with

Page 24

1  Lieutenant Benny.  And he explained that
2  there had been an assault there, a serious
3  assault between club members of the
4  motorcycle group, and he said that there
5  was -- several subjects had been arrested,
6  and that also the Alabama Beverage Control
7  officers were there, and they were also
8  opening an investigation on illegal
9  alcohol sales from the club.
10     I was told that one of the
11  officers there, Officer Woodside, had
12  contacted Lieutenant Benny or contacted
13  his supervisor, I'm not sure who, but told
14  him that a few people that were involved
15  and that were not involved had mentioned
16  that there was two Dothan police officers
17  that were also involved, associates of
18  this Outcast motorcycle group.
19     Q   Also involved in what?
20     A   He said there was a couple
21  of officers that was also involved in
22  being associated with this motorcycle
23  group, the Outcast motorcycle group.

Page 25

1      Q    Associated with the assault?
2      A    No, ma'am.  Associated with
3  the -- there was two Dothan police
4  officers that were associated with the
5  Outcast motorcycle group.
6      Q    That night?
7      A    It was approximately 11:30
8  when I get there.  No, not that night.
9  They were not there that night.  They were
10  just passing on information.
11      Q    So the individuals that you
12  arrested?
13      A    I didn't arrest anyone, no,
14  ma'am.
15      Q    Who arrested who?
16      A    I am not sure.
17      Q    You don't know who was
18  arrested that evening.
19      A    I have the names of the
20  people arrested.  I didn't arrest them.
21  You said by who.
22      Q    Yes.
23      A    I don't know who arrested

Page 26

1  them.
2      Q    Who within the Dothan Police
3  Department arrested the individuals?
4      A    I do not know.
5      Q    Who were the individuals who
6  were arrested?
7      A    Rafeal Tyrues, Dominick
8  Overton.
9      Q    I'm sorry.  What was the
10  second name?
11      A    Dominick Overton, Michael
12  Locket, Wendell Key, Eze Abuwali.
13      Q    How do you spell that?
14      A    E-z-e, and then the second
15  name is A-b-u-w-a-l-i.  And there was
16  also, I believe, two more individuals
17  arrested, Johnny Thompson and Robert
18  Williams, it appears.
19      Q    Why were they arrested?
20      A    I'm not sure of the charge.
21  I believe it was Assault 2nd.
22      Q    All of them?
23      A    I can't say.  I don't know.

Page 27

1      Q    Who would know that
2  information?
3      A    The arresting officer.
4      Q    Who is?
5      A    I did not know.
6      Q    In your investigation you
7  didn't determine who the officers were on
8  the scene who obtained the information
9  leading into an Internal Affairs
10  investigation?
11      A    Yes, ma'am.  I know who gave
12  me the information leading to the Internal
13  Affairs investigation.
14      Q    Who?
15      A    That was Officer Michael
16  Woodside, but I do not know if he was the
17  arresting officer.
18      Q    What did Michael Woodside or
19  is it Officer Woodside?
20      A    Yes, Officer Michael
21  Woodside.
22      Q    What did Officer Woodside --
23  was he on the scene when you arrived?

Page 28

1      A    I do not recall if he was
2  still there or not, to be honest with you.
3  I don't know.
4      Q    Who all was on the scene
5  when you arrived?
6      A    Lieutenant Will Benny, and
7  there was other officers around, but I
8  don't remember who they were.  They were
9  just there, with the Alabama Beverage
10  Control Board officers, they were the ones
11  in charge at that time.  They were
12  conducting their investigation.
13      This assault happened sometimes
14  during the early morning hours and those
15  people had already been arrested and taken
16  to jail and booked, and I imagine those
17  officers had already gone home, as a
18  matter of fact.
19      Q    So what did Lieutenant Will
20  Benny, what was your conversation with him
21  upon your arrival?
22      A    I don't know the exact
23  conversation, but he passed along that

Page 29

1  some people had given Officer Woodside
2  some information about two Dothan police
3  officers, possibly associated with Outcast
4  motorcycle group.  And also, inside the
5  clubhouse was a law enforcement sensitive
6  poster that was on the wall that
7  supposedly only law enforcement are
8  supposed to be able to have or have access
9  to.  And once they saw the poster and then
10  they heard the people associated the two
11  officers with the club, then that was
12  another issue we had to determine, if they
13  -- if one of those officers gave them the
14  poster.
15     Q   What poster?
16     A   It was some kind of poster
17  that dealt with all the motorcycle groups,
18  the gangs.  It was like a law enforcement
19  sensitive poster.
20         We determined it was not -- it
21  was not involved, or it was not given to
22  them by any law enforcement, so there was
23  no further needed.

Page 30

1     Q   What information was
2  included on the poster?
3     A   I don't recall all what was
4  on there.  It was just a large poster that
5  was identifying different gangs, outlaw
6  motorcycle gangs and their colors and just
7  information about the gangs.
8     Q   Did you confiscate that
9  poster?
10     A   No, ma'am, I did not.
11     Q   So you determined the poster
12  to be a non-issue upon your arrival to the
13  scene.
14     A   I did not.  I did not take
15  control of it, no, ma'am.  I don't know if
16  another officer did, but I did not.  I
17  just viewed the poster that was inside the
18  crime scene that ABC was working, so I
19  didn't touch anything.
20     Q   So you didn't collect it as
21  a part of your Internal Affairs
22  investigation, in other words.
23     A   No, ma'am.

Page 31

1     Q   So Lieutenant Benny was on
2  the scene and Sergeant Magill and
3  yourself.
4     A   Yes.
5     Q   What were your discussions
6  upon your arrival?
7     A   Like I said, Sergeant Magill
8  and I discussed the information that was
9  given to us, and the Chief wanted us to
10  look into it and see if there was anything
11  to it.
12     Q   See if there was anything
13  into what?
14     A   Into these officers being
15  associated with this outlaw motorcycle
16  gang.
17     Q   How did he say they were
18  associated with a outlaw motorcycle gang?
19     A   How did who say it?
20     Q   Chief Benton.
21     A   He said that the information
22  that Lieutenant Benny had given him was
23  that these officers were possibly involved

Page 32

1  with the outlaw motorcycle -- Outcast
2  motorcycle gang, and he relayed that
3  information to us.
4     Q   What did Lieutenant Benny
5  say to you about that?
6     A   He mostly talked to Sergeant
7  Magill.  I didn't really talk to him that
8  much.  Sergeant Magill passed it on to me.
9         And at that point we determined
10  we would start an investigation.
11     Q   What did Lieutenant Benny
12  say specifically about these accusations?
13     A   I don't recall.
14     Q   What was your next step?
15     A   We gathered paperwork that
16  we might need, copied off -- I went back
17  to the PD, copied off the arrest reports,
18  the offense report, the call catch sheet,
19  just started printing everything that we
20  needed to -- we --
21     Q   Now, before -- before we go
22  into that, had you determined upon your
23  arrival at that location that the officers

Page 33

1 in question had not in fact been at the
2 club that night before?
3     A   Had I determined they had
4 not been there that night?
5     Q   Yes.
6     A   No.
7     Q   When did you determine that?
8     A   After interviewing some of
9 the people that were in custody and two
10 people that were not in custody.
11     Q   Did Lieutenant Benny, at the
12 time that you arrived at the scene, think
13 that these officers had been involved in
14 the assault that occurred that night or
15 not?
16     A   Not that I recall.
17     Q   I guess I'm trying to
18 understand how it went from Chief Benton
19 to Lieutenant Benny that officers were
20 involved with --
21     A   you'll have to ask Chief
22 Benton that.
23     Q   -- an alleged Outcast

Page 34

1 Motorcycle Club.
2     A   Lieutenant Benny
3 contacted Chief Benton, and then Chief
4 Benton contacted us and told us to meet
5 Lieutenant Benny there.
6     Q   Well, did you not ask
7 Lieutenant Benny right then and there,
8 what did you learn or understand about
9 these officers?
10     A   Sergeant Magill talked to
11 Lieutenant Benny before I got there and
12 then once I got there, me and Sergeant
13 Magill discussed it.
14     Q   So what did Sergeant Magill
15 relate to you?
16     A   Exactly what I told you.
17     Q   Which is?
18     A   That -- that some of our
19 officers have gotten word that two Dothan
20 police officers were possibly involved
21 with the Outcast Motorcycle gang.
22     Q   Involved how?
23     A   By associates.

Page 35

1     Q   Members of?
2     A   No, associates.
3     Q   Association of.  Meaning
4 what?
5     A   I didn't know at the time,
6 that's why we started an investigation.
7     Q   So you went back to the
8 police station and you -- what did you do
9 from that point?
10     A   At that point I just started
11 looking at the computer trying to pull up
12 information on these motorcycle groups.
13 We decided we were going to interview the
14 people that were in custody.
15     Q   Well, let me just stop you
16 there.
17     A   Okay.
18     Q   So you went back and you got
19 paperwork.  What paperwork did you get?
20     A   I don't know what order I
21 got it in, a lot of this.  I got the
22 offense -- the first thing I printed off
23 was the offense report, I'm sure.

Page 36

1     Q   The offense report for what,
2 sir?
3     A   For the assault that
4 occurred.
5     Q   Who was involved in the
6 assault?
7     A   I would have to look at the
8 offense report.  I don't recall everybody
9 involved.
10     Q   Is it not part of your
11 internal investigation?
12     A   It's in the file, yes, but
13 it was not -- the people arrested was not
14 relevant for me to memorize the names of
15 everybody involved.  There were some
16 females involved.  I have no idea who they
17 were.
18     Q   It's relevant to the
19 investigation, and do you understand that
20 you have been designated by the City of
21 Dothan to testify as to the Internal
22 Affairs investigation?
23     A   Yes, ma'am.

Page 37

```
 1          MR. MITCHELL:  I object to
 2   the form of that.  The assault, I don't
 3   know that those assaults are relevant to
 4   the Internal Affairs investigation of the
 5   two police officers.
 6          MS. EDWARDS:  Of course they
 7   are, Mr. Mitchell, because --
 8          MR. MITCHELL:  You certainly
 9   may feel that way, but --
10          MS. EDWARDS:  Well, and I'm
11   certainly entitled to ask him questions
12   about it.
13          MR. MITCHELL:  You are.  And
14   if he knows, he can answer.
15      Q   (BY MS. EDWARDS:)  And the
16   assault that launched this investigation
17   is highly relevant.  And so I'm going to
18   ask you questions about it, and if there
19   is anything that you need to refresh your
20   recollection or your memory --
21      A   Yes, ma'am.
22      Q   -- I would just ask that you
23   refer to your investigative file.
```

Page 38

```
 1      A   Yes, ma'am.
 2      Q   And we can go off the
 3   record.  I can give you all the time we
 4   need.  I'm just trying to get to the full
 5   and whole truth in your deposition.
 6      A   Yes, ma'am.
 7          MR. MITCHELL:  For the
 8   record, that is outside this scope of his
 9   designation, and he can testify about any
10   personal knowledge he has about that
11   subject.
12          (Whereupon, Plaintiff's
13          Exhibit Number 1 was marked
14          for identification.)
15      Q   (BY MS. EDWARDS:)  I'm going
16   to show you what I'm going to mark as
17   Plaintiff's Exhibit 1.
18      Sir, have you seen that document?
19      A   I don't really know if I saw
20   -- no, ma'am, I have not seen this
21   document.
22      Q   This is a Fourth Notice of,
23   what when call a 30(b)(6) deposition.
```

Page 39

```
 1      A   Yes, ma'am.
 2      Q   The City of Dothan has to
 3   designate witnesses to testify on its
 4   behalf.
 5      A   Yes, ma'am.
 6      Q   Just as if the City of
 7   Dothan police department is speaking at
 8   this deposition when you're testifying.
 9      A   Yes, ma'am.
10      Q   The City of Dothan has
11   designated you for topic Number 3, which
12   is the investigation of Keith Gray
13   allegedly underlying the termination of
14   his employment.
15      A   Yes, ma'am.
16      Q   It does not specify post
17   assault that initiated the investigation.
18   And so I intend to ask you questions about
19   that.
20      A   Okay.
21      Q   Now --
22          MR. MITCHELL:  And I am
23   advising you that your designation is to
```

Page 40

```
 1   speak to the Internal Affairs
 2   investigation of Keith Gray.
 3          THE WITNESS:  Yes, sir.
 4          MR. MITCHELL:  Now, if you
 5   happen to know other information outside
 6   of that --
 7          THE WITNESS:  Okay.
 8          MR. MITCHELL:  -- you can
 9   certainly provide that.  But you're only
10   designated to speak to the investigation
11   of Captain Gray.
12          THE WITNESS:  Yes, sir.
13          MS. EDWARDS:  And I'll note
14   for the record that Mr. Mitchell is
15   coaching his witness.  I will also note
16   for the record that there have been no
17   protective orders entered in this case.
18      And Sergeant Smith, I will just
19   advise you that you have a duty to answer
20   fully any question I ask you with the
21   exception of anything that is
22   attorney/client privileged.
23          You have been noticed with this
```

Page 41

1 notice, which is essentially a subpoena of
2 the court for you to be here, and this is
3 a judicial setting for your deposition
4 testimony.
5       Now, Mr. Mitchell has not
6 obtained a predeposition protective order
7 prohibiting me from asking you any
8 question I want to. And --
9       MR. MITCHELL: Absolutely,
10 and you can, if it's within his personal
11 knowledge.
12       MS. EDWARDS: Well, if it's
13 within his corporate knowledge. Now, he's
14 been designated as a 30(b)(6) witness and
15 he had a duty to investigate all
16 information available to him to prepare
17 for the topic designated.
18       MR. MITCHELL: The topic,
19 though, is the investigation of Captain
20 Gray by Internal Affairs. The topic is
21 not assault and batteries committed within
22 the City of Dothan of which I'm sure there
23 are many. But if he knows personally

Page 42

1 something about those other topics, he can
2 be asked about those. But he has only
3 been designated, and the City, the
4 defendant, is the only person who can
5 control the topics for which he is
6 designated, and we have done that and we
7 have designated him to speak to the
8 Internal Affairs investigation which he is
9 fully prepared to do, I believe. And
10 anything else he may be asked, if he
11 knows, he can testify. If he does not, he
12 can say I don't know.
13       MS. EDWARDS: Well, it's
14 important to me to understand what
15 precipitated this investigation.
16       Q   (BY MS. EDWARDS:) Would you
17 agree that this event at this clubhouse
18 precipitated the investigation?
19       A   The information that was
20 gathered after the assault, yes.
21       Q   And the assault is what
22 caused the Dothan police department to be
23 on the scene, correct?

Page 43

1       A   Yes.
2       Q   Again, do you have in your
3 investigate files the individuals who were
4 arrested?
5       A   Possibly.
6       A   Okay. I have listed here,
7 suspect arrested, 1. Robert Williams,
8 suspect arrested, 2 is William Baker.
9       Q   First, what was Robert
10 Williams' charge?
11       A   It does not list a charge on
12 this one I'm looking at.
13       Q   We'll hold that open. Who
14 was the next individual?
15       A   William Baker Jr. The third
16 suspect slash arrested Number 3, Victoria
17 Key Thompson. The next, Number 4 says
18 Princess Diane Bolding. This one says
19 Cunta Antonio McGoley.
20       Q   How do you spell the last
21 name?
22       A   M-c-G-o-l-e-y. Number 6
23 says Wendell Zackery Key. And next one is

Page 44

1 Robert Wade Williams. The next one is
2 Dominick Titus Overton. The next one is
3 Michael Locket. The next one is Eze
4 Abuwali.
5       Q   That was E-z-e.
6       A   Yes, ma'am.
7       Q   And how do you spell his
8 last name?
9       A   A-b-u-w-a-l-i.
10       A   The next one is Johnny Frank
11 Thompson. And the next one is Rafeal
12 Tyrues, T-y-r-u-e-s. And that's the last
13 one listed.
14       Q   All of these individuals
15 were arrested the evening of August 24th;
16 is that correct?
17       A   As far as I'm aware. The
18 officer on the scene, it appears was
19 Benjamin Parrish, and it says -- in his
20 report it says that these subjects I just
21 listed were transported to police
22 headquarters for questioning. It doesn't
23 say they were arrested. I'm not sure at

Page 45

1    what point they were arrested.  They were
2    in custody whenever we got to the police
3    department.  They were in custody, but I'm
4    not sure if they were arrested.
5         Q    What was the reason that the
6    Dothan Police Department was on the scene?
7         A    The way I understand it, a
8    call came in of an assault.
9         Q    Who made that call?
10        A    It has listed as victims,
11   Alvandess, A-l-v-a-n-d-e-s-s McGoley,
12   M-c-G-o-l-e-y.  It says victim Number 2 as
13   Albert he'll L. McGoley, M-c-G-o-l-e-y.
14   And then another victim it says is Keli,
15   K-e-l-i, W. Jr.  And that's all the
16   victims that are listed.
17        Q    Who placed the call to the
18   police station?
19        A    Just a moment.  Let me see
20   if I can find it.  Caller name is a
21   Alvandess.  It looks like one of those
22   victims, Alvandess McGoley.
23        Q    What time did that call take

Page 46

1    place?
2         A    At 0223 hours in the morning
3    on 8-25 of '13, and it was listed as a
4    free-for-all.
5         Q    A fight broke out,
6    basically.
7         A    Yes.  A large fight, yes.
8         Q    Did he communicate any other
9    information during that call?
10        A    I'm not sure what he told
11   dispatch, but there's some notes on the
12   dispatch screen that they entered, so
13   someone told them this, but I don't know
14   who told them this.  But it's just -- do
15   you want me to read through these?
16        Q    Please.
17        A    It says:  One subject's in
18   possession of a pipe.  Call was changed
19   from a Signal 13 to a Signal 22B.
20        Q    What does that mean?
21        A    Changed from a free-for-all
22   to an assault with moderate injuries.
23        Q    Assault with a pipe?

Page 47

1         A    It don't say that.  It just
2    says one subject in possession of a pipe.
3         Q    Okay.
4         A    It says there's a head
5    injury.  And it says, lost contact, which
6    to me that means the dispatch lost contact
7    with whoever is calling her.  And then it
8    says, PR advised it will be a motorcycle
9    gang.  And like I said, this stuff is just
10   stuff that they, I guess, typed in.  I
11   don't know where it come from.
12        Do you want me to read the whole
13   thing?  You have it.  It's a CAD call
14   information screen.
15        Q    Tell me what the number is
16   at the bottom of that document?
17        A    002828.
18        Q    My computer is scanning
19   through two hundred documents.  Here we
20   go.
21        And so at the top of this
22   document it says SunGard CAD.
23        A    Yes, ma'am.

Page 48

1         Q    And so this is a document
2    out of your dispatch department.
3         A    Yes.
4         Q    So underneath it says, D
5    Care AMBR.
6         A    Yes, ma'am.
7         Q    What does that mean?
8         A    I do not -- under my
9    interpretation, it means dispatch care
10   ambulance, but I'm not a dispatcher so I'm
11   not one hundred percent sure on that.
12        Q    And then it says, subjects
13   possibly on motorcycle.
14        A    Yes, ma'am.
15        Q    Then it says, extreme S36.
16   What does that mean?
17        A    Extreme disorderly.
18        Q    What does this mean, E1
19   staging at downtown.
20        A    I would assume that to mean
21   Engine One.  Staging downtown, that means
22   they're not going to enter the scene until
23   the police say it's okay to enter, and

Page 49

1 1041 is our gas pumps behind the Civic
2 Center.
3     Q   Why was a wrecker called?
4     A   I do not know.
5     Q   That would have been around
6 eleven o'clock the next day or noon the
7 next day at which time, I believe, you may
8 have been on the scene.
9     A   I have -- I do not know why
10 the wrecker was called.  I didn't call it.
11 I'm not in charge of the scene when I'm
12 there.
13     Q   Okay.  So you obtained this
14 report from dispatch, correct?
15     A   Yes, I obtained it from my
16 computer system.
17     Q   What other paperwork did you
18 obtain?
19     A   During the entire
20 investigation?
21     Q   Just your next step in the
22 investigation.  So you obtained the
23 dispatch report.

Page 50

1     A   The offense report, dispatch
2 report.
3     Q   And the offense report that
4 you obtained, what offense report did you
5 obtain?
6     A   Just the one I was reading
7 from, the victims and the suspects.
8     Q   So you obtained the offense
9 reports for Robert Williams, William
10 Baker, Victoria Key Thompson, Princess
11 Diana Bolding, Cunta McGoley, Wendell Key,
12 Robert Williams, Dominick Overton, Michael
13 Locket, Eze Abuwali, Johnny Thompson,
14 Rafeal Tyrues.
15         MR. MITCHELL:  Object to
16 form.
17     Q   You can answer.
18         MR. MITCHELL:  If you
19 remember all of that.
20     A   If that's the names I gave
21 you a few moments ago, it is.
22     Q   It is.
23     A   Okay.  If that's the offense

Page 51

1 report with their names in it.
2     Q   I'm not trying to put words
3 in your mouth.
4         And you can answer, sir, your
5 attorney will make objections to preserve
6 the record, but you can answer the
7 questions unless he instructs you not to
8 answer.
9     A   Okay.
10     Q   What did you do with those
11 reports once you received them?
12     A   I just had them on my desk.
13 I read them.  I'm sorry.  I read them.
14     Q   What did you surmise from
15 those reports?
16     A   That an assault had
17 occurred.  I would have to read the
18 narrative again to figure out the exact
19 details, but like I said, I do an
20 administrative investigation, not a
21 criminal investigation.
22     Q   What were you reviewing
23 those for then?

Page 52

1     A   Just for knowledge at the
2 time.
3     Q   Looking for what precisely?
4     A   Nothing in particular, just
5 doing research.
6     Q   But you were obviously
7 beginning an investigation into an
8 officer.
9     A   Yes.
10     Q   So is it safe to say that
11 you were looking for information specific
12 to Mr. Gray?
13     A   If -- yes, if there had been
14 something in there, I would have noted it,
15 but there was not in that offense report.
16     Q   So there was nothing related
17 to Mr. Gray in these offense reports.
18     A   No, ma'am.
19     Q   So you reviewed dispatch,
20 you reviewed the offense reports, and
21 there was nothing related to Mr. Gray.
22     A   Yes, ma'am.
23     Q   What was your next step in

Page 53

1  the investigation?
2      A  Based on the information
3  that Officer Woodside had given us, and he
4  wrote a -- I think it's one of those you
5  went and copied a few moments ago that you
6  said you didn't have -- he wrote a PD 12
7  that had some information on it that he
8  had gotten from, I believe one or two
9  people that he talked to at the scene.
10  And that information was passed on to us.
11  So we started making our plans, as far as
12  who we was going to interview, when we
13  were going to interview them.
14      We interviewed --
15      Q  Let me just stop you right
16  there.
17      A  I'm sorry.  Okay.
18      Q  I have to get very detailed
19  oriented.
20      A  Okay.  I'm sorry.
21      Q  So I'm going to apologize to
22  you in advance.
23      Q  A PD-12 is what?

Page 54

1      A  Yes, ma'am.  It's a police
2  department form that officers write
3  information on.
4      Q  And so this is a form that
5  Officer Woodside completed.
6      A  Yes.
7      Q  And he gave this form to
8  you.
9      A  Yes.
10      Q  Now, is this an offense
11  report?
12      A  No, it's just an information
13  report.
14      Q  Is it in this packet of
15  documents that you gave to me earlier that
16  you stated that you would be referring to?
17      A  It could be, yes, ma'am.
18  Let me just check and see.
19      No, ma'am, it is not.  It's one
20  of those that you went and copied on the
21  copying machine, I believe.  I believe I
22  recognized those as being one of them.
23      Q  No, sir.  I don't have

Page 55

1  anything that resembles a PD-12 in the
2  stack that I copied.
3      A  The two that you took out of
4  the notebooks that you said you didn't
5  have.
6      Q  Oh, I'm sorry.
7      A  I believe it may have been
8  these two.
9      Q  Okay.  Thank you.
10      A  Uh-huh.
11      Q  Is it a document that is
12  Bates labeled 2083 at the bottom.
13      A  Are these in order?  2083?
14      Q  Yes, sir.
15      A  2083 and 2084.
16      Q  I, for some reason, do not
17  have 2084 document.  Can we go off the
18  record for a second?
19      (Off the record.)
20      (Short break.)
21      Q  (BY MS. EDWARDS:)  Sergeant
22  Smith, prior to the break we were
23  referring to a document that is Bates

Page 56

1  stamped 2083 and 2084.  You represented
2  that this is the investigation report of
3  the officer on the scene, Michael
4  Woodside.
5      A  Yes, ma'am.
6      Q  Can you explain to me when
7  you received this document?
8      A  No, ma'am.  I don't know
9  exactly when I received it.
10      Q  The date on the document is
11  August 27th, 2013, correct?
12      A  Yes, ma'am.
13      Q  That is three days after the
14  incident, correct?
15      A  It's dated two days after
16  the incident.
17      Q  The incident occurred on the
18  20 --
19      A  25th.
20      Q  When we say, "incident,"
21  we're referring to the assault at --
22      A  I'll have to go back and
23  look.

Page 57

1    Q    -- at the clubhouse.
2    A    Yes, ma'am.  The 25th.
3    Q    I will note on 2083, that
4  the date referenced by Officer Woodside
5  was August 26th, 2013.
6    A    I'm sorry?
7    Q    Read the first sentence of
8  this report.
9    A    On 8-26 of '13, Officer
10  Parrish and I responded to 414 North
11  Appletree Street in reference to an
12  assault second complaint.
13    Q    So there is a difference in
14  dates here.
15    A    It appears to be a
16  typographical error, yes, ma'am.
17    Q    So according to Officer
18  Woodside, on August 26th, 2013, he and
19  Officer Parrish responded to 414 North
20  Appletree Street.  Is that what this
21  report says at least?
22    A    Yes, ma'am.
23    Q    He references someone by the

Page 58

1  name of McGuire.
2    A    Yes, ma'am.
3    Q    Who is McGuire?
4    A    That is someone, I believe
5  his first name is Willie McGuire.  He
6  passed on information to Officer Woodside
7  at the scene.
8    Q    Mr. McGuire was on the scene
9  during the incident that led to the arrest
10  of the individuals we discussed.
11    A    Yes, ma'am.
12    Q    Was Mr. McGuire arrested?
13    A    No, ma'am.
14    Q    Mr. McGuire, it states in
15  here, is a firefighter with the Troy Fire
16  Department.
17    A    Yes, ma'am.
18    Q    Did you question Officer
19  Woodside about this report?
20    A    No, ma'am.
21    Q    What discussions did you
22  have with Officer Woodside?
23    A    I don't recall if I even

Page 59

1  spoke with him.
2    Q    Did you not feel it was
3  important to speak to the officer on the
4  scene?
5    A    This was a very well written
6  PD-12, and I used the information off of
7  it.
8    Q    Did you not inquire where he
9  obtained this information?
10    A    No, ma'am.
11    Q    For example, in his report
12  he states:  I asked McGurey -- I believe
13  that should be McGuire -- if he was aware
14  of the Outcast reputation and if he is
15  aware that they classify themselves as a
16  one percent outlaw motorcycle gang, in
17  parenthesis, OMG?
18    A    Yes, ma'am.
19    Q    Did you not ask Officer
20  Woodside where he obtained that
21  information or why he stated that in this
22  initial investigation report?
23    A    No, ma'am, not at that time

Page 60

1  I did not.
2    Q    Well, you just stated that
3  you never spoke with him.
4    A    No.  I learned what a one
5  percent motorcycle gang was after that,
6  after reading this.
7    Q    Did you not ask him how he
8  obtained his information?
9    A    No, ma'am.
10        (Whereupon, Plaintiff's
11        Exhibit Number 2 was marked
12        for identification.)
13    Q    Now, in Officer Woodside's
14  report he also mentions -- he states in
15  the third paragraph on Document 2083.
16  This is Page 1 of what I have now marked
17  as Plaintiff's Exhibit 2.  That Officer
18  Woodside asked him if he knew of any other
19  firefighters or police officers that were
20  involved with the Outcast.
21    A    Yes, ma'am.
22    Q    Correct?
23    A    Yes, ma'am.

Page 61

```
 1      Q    Are you following along with
 2 me on this document?
 3      A    Yes, ma'am.
 4      Q    McGuire stated that he knew
 5 two police officers who either lived in
 6 Dothan or worked at the Dothan PD.  He
 7 stated that one -- and he describes
 8 someone by the name of Chopper, correct?
 9      A    Yes, ma'am.
10      Q    Then he described another
11 officer who is involved with All Throttle
12 Motorcycle Club.
13      A    Yes, ma'am.
14      Q    Who is that officer?
15      A    That officer is Taiwan
16 Truitt.  I believe he lists that on the
17 next page, the last paragraph.
18      Q    Was Taiwan Truitt
19 investigated?
20      A    Yes, ma'am.
21      Q    Tell me about your
22 investigation into him.
23      A    He was actually called in
```

Page 62

```
 1 prior to our interview with Captain Gray,
 2 and it was learned through that interview
 3 that he was no longer associated with this
 4 motorcycle group All Throttle.  He stated
 5 that he had joined and he was an active
 6 member as far as doing charity rides and
 7 stuff like this, but he said he did not
 8 have any idea they were associated with
 9 any kind of outlaw motorcycle group, and
10 as soon as he learned, he immediately
11 quit.
12      Q    So your testifying under
13 oath that he had already quit --
14      A    Yes, ma'am.
15      Q    -- at the time of your
16 conversation with him?
17      A    That's what I was told, yes,
18 ma'am.
19      Q    What date did you have that
20 interview with him?
21      A    That would be August the
22 25th, the same day I spoke with Keith
23 Gray.
```

Page 63

```
 1      Q    What exactly did you ask
 2 Taiwan Truitt about his involvement with
 3 Outcast?
 4      A    He said he had no
 5 involvement with Outcast.  Like I said, he
 6 explained -- I don't remember his exact
 7 words, but he explained that he did not
 8 realize they had to associate or be
 9 involved with an outlaw motorcycle gang.
10      Q    What do you mean "had to?"
11      A    He was not an administrator
12 of the group, so he didn't realize that
13 someone with the group has to associate
14 with this one percent outlaw motorcycle
15 gang in order to be able to ride and stuff
16 like that.
17      Q    He told you this during that
18 interview.
19      A    Yes, ma'am.
20      Q    You asked him if he needed
21 to be associated.
22      A    No, ma'am.
23      Q    Well, then, where did that
```

Page 64

```
 1 conversation --
 2      A    He said he did not realize
 3 that his group was associated with Outcast
 4 motorcycle group.  He had no knowledge of
 5 that.
 6      Q    I believe you just testified
 7 that he said he did not know he had to
 8 associate.
 9      A    He, being his group.
10      Q    Correct.
11      A    Yes.  He did not realize
12 that his group had any kind of connection
13 with the Outcast motorcycle gang.
14      Q    Despite the fact that they
15 did charity rides with them.
16      A    He didn't say he did any
17 charity rides with Outcast, no, ma'am.
18      Q    Well, doesn't Officer
19 Woodside's report state that McGuire
20 advised him of that.
21      A    Yes.
22      Q    And so basically McGuire --
23 you deemed and during your investigation
```

Page 65

1  that McGuire was lying about Taiwan
2  Truitt.
3      A   No, ma'am.  Excuse me just a
4  moment.  This doesn't -- this doesn't
5  affiliate Taiwan Truitt with Outcast.  It
6  says that Officer Truitt arranged a
7  charity ride for All Throttle.
8      Q   Well, McGuire is at an
9  Outcast motorcycle clubhouse, correct?
10     A   Yes.
11     Q   And he's a member of
12 Outcast, correct?
13     A   No, ma'am.
14     Q   But he was at their
15 clubhouse.
16     A   Yes, ma'am.
17     Q   And so he is giving you
18 knowledge.  He's stating right here on
19 2083 that he knows of two officers within
20 the Dothan police department who are
21 affiliated with the Outcast Motorcycle
22 Club?
23     A   Yes, ma'am.

Page 66

1      Q   So he did state that Taiwan
2  Truitt was affiliated with them.
3      A   Yes, through All Throttle.
4      Q   Correct.  And so, why did
5  you determine, in your mind, that Taiwan
6  Truitt is not affiliated with Outcast when
7  that's the information that Officer
8  Woodside had received?
9      A   I conducted an interview
10 with him and he explained to me that he
11 had no knowledge that All Throttle was,
12 and that when he found out he quit.  And
13 this was prior to this.
14     Q   I'm just assuming that McGuire
15 did not know that Taiwan had already quit
16 his group.
17     Q   Did you inquire as to
18 whether Taiwan Truitt had ever been
19 involved in criminal activity?
20     A   Did I inquire if he had?
21     Q   Yes.
22     A   No, ma'am.
23     Q   Did you inquire as to

Page 67

1  whether Taiwan Truitt had ever witnessed
2  criminal activity?
3      A   No, ma'am.
4      Q   Did you inquire as to
5  whether Taiwan Truitt had ever received
6  permission to ride in a territory in which
7  the Outcast Motorcycle Club rode there?
8      A   Yes.
9      Q   What did he say?
10     A   He had no knowledge that you
11 had to do that.
12     Q   But had he ever?
13     A   No, ma'am.
14     Q   Did you ask him about all of
15 his interactions with Outcast Motorcycle
16 Club?
17     A   He said he's never had any.
18     Q   So you believed him over
19 McGuire within Officer Woodside's report,
20 correct?
21     A   Officer -- Mr. McGuire
22 stated that Truitt had -- is involved with
23 All Throttle.  He didn't say he had

Page 68

1  knowledge that Truitt knew that they were
2  associated with Outcast.
3      Q   Well, I'll refer you back to
4  2083.
5      A   Yes, ma'am.
6      Q   This is the first page of
7  Plaintiff's Exhibit 2, where McGuire
8  specifically states that he knows of two
9  members who either lived in Dothan or
10 worked at the Dothan Police Department.
11     A   Yes, ma'am.
12     Q   And he describes Chopper.
13     A   Yes, ma'am.
14     Q   The first page.  And then he
15 also describes it on the second page.
16     A   Yes, ma'am.
17     Q   And if you -- and he
18 specifically stated he knew of two police
19 officers that were involved with the
20 Outcast Motorcycle Club, correct?
21     A   Yes, ma'am.
22     Q   And so, again, my question
23 is:  You claim to have interviewed Taiwan

---

Page 69

1  Truitt on the 25th.
2       A   Yes, ma'am.
3       Q   You believed his story to
4  you that his club was not involved in
5  Outcast.
6       A   No, ma'am.  He learned that
7  his club was involved with Outcast, and he
8  immediately quit it when he learned that.
9       Q   Did the Dothan Police
10  Department require him to quit?  Did
11  Dothan Police Department recommend to
12  Taiwan Truitt to quit his motorcycle club?
13       A   Not that I'm aware of.
14       Q   Did he tell you that he was
15  encouraged to quit his motorcycle club?
16       A   No, ma'am.
17       Q   When did he tell you he had
18  quit his motorcycle club?
19       A   He couldn't give me an exact
20  date.  He just said he had already quit
21  them.  He didn't have anything to do with
22  them anymore.
23       Q   Did you ask him his last

---

Page 70

1  interaction with Outcast?
2       A   He said he never had an
3  interaction with Outcast.
4       Q   Well, you just said that as
5  soon as he learned that his club was
6  affiliated with Outcast that he quit it.
7       A   Yes, ma'am.
8       Q   Well, that's contradictory.
9       A   No, ma'am.  He -- he's a
10  member of All Throttle.  All Throttle has
11  to answer to and get the blessing from
12  Outcast.
13       Q   How do you know that?
14       A   Because I learned it in my
15  research after this case started.
16       Q   You hadn't learned it by the
17  time you interviewed him on the 25th.
18       A   Other officers that were
19  there, like Sergeant Magill, they knew
20  some of this stuff that I didn't know.
21       Q   How did they know all that
22  already?
23       A   About a one percent

---

Page 71

1  motorcycle club has to be blessed?
2       Q   So --
3       A   It's actually common
4  knowledge in law enforcement, a lot of law
5  enforcement.
6       Q   But you didn't know it.
7       A   No, ma'am, I did not.
8       Q   And you have been on the
9  force for twenty-seven years.
10       A   Yes, ma'am.
11       Q   And you've been in Internal
12  Affairs?
13       A   Seven.
14       Q   And you didn't know that.
15       A   I knew people rode
16  motorcycles, but I had no idea that
17  smaller local groups had any affiliation
18  with outlaw motorcycle gangs.
19       Q   And so you're a sergeant.
20       A   Yes, ma'am.
21       Q   But you got an officer who
22  has all this knowledge about one percenter
23  motorcycle clubs.

---

Page 72

1       A   Yes, ma'am.
2       Q   How would he have obtained
3  that knowledge?
4       A   Which officer you talking
5  about?
6       Q   Woodside.
7       A   He's a self -- I guess he --
8  officers have different things.  There are
9  some officers that know more about
10  narcotics than I do.  I've never been in
11  narcotics.  I couldn't tell you what tons
12  of narcotic look like.
13       Q   Do you know of any
14  specialized training that Officer Woodside
15  has had concerning motorcycle gangs prior
16  to this assault incident at this
17  motorcycle club?
18       A   No, ma'am.
19       Q   Do you know of any cases
20  that he has worked involving motorcycle
21  clubs?
22       A   No, ma'am.
23       Q   Well, you just said, first,

---

Page 73

1  that Taiwan Truitt said he had never been
2  involved with Outcast.
3       A   That's correct.
4       Q   Then you stated he quit his
5  club as soon as he found out that he was
6  involved with Outcast.
7           MR. MITCHELL:  Object to
8  form.
9       A   That his club was involved
10 with Outcast, not him personally.
11      Q   The same difference,
12 correct?
13          MR. MITCHELL:  Object to the
14 form.
15      A   That's your opinion.
16          MR. MITCHELL:  Yeah.
17      Q   Did you interview anyone
18 with Outcast and ask them about Taiwan
19 Truitt?
20      A   Yes, I did.
21      Q   Who?
22      A   We talked to Willie McGuire.
23      Q   After you spoke with him the

Page 74

1  first time?
2           MR. MITCHELL:  Object to the
3  form.
4       A   I didn't speak to him the
5  first time.
6       Q   But Officer Woodside did.
7       A   Uh-huh.
8       Q   So this was the second
9  interview of him after he gave this
10 initial statement at the scene, correct?
11      A   Yes, ma'am.  Who have I
12 given you?
13      Q   Mr. Willie McGuire.
14      A   Mr. McGoley.  His first name
15 is Cunta.  Rafeal Tyrues.  Dominick
16 Overton.  Michael Locket.  Wendell key.
17 Eze Abuwali.  And that's all.
18      Q   Where did you interview
19 these witnesses?
20      A   Mr. McGuire, the first one?
21 Is that the first name I gave you?
22      Q   Yes.
23      A   Willie McGuire, we

Page 75

1  interviewed sitting in Sergeant Magill's
2  car on the side of the road in Troy,
3  Alabama.
4       Q   Did you record that
5  conversation?
6       A   I do not know if it's
7  recorded or not.
8       Q   Is there any way to tell?
9       A   No, ma'am, not at this time.
10 It wasn't on my recorder.
11      Q   Would it have been recorded
12 inside the patrol car?
13      A   No, ma'am.
14      Q   What specifically -- and why
15 were you on the side of the road in Troy,
16 Alabama and conducted this investigation?
17      A   Sergeant Magill called him
18 from the PD, after we got back to the PD
19 and we decided we were going to interview
20 these people.  We knew the ones -- that
21 these other people we named were in
22 custody, so they were not going anywhere.
23          So at that point, we contacted

Page 76

1  Willie McGuire and asked him if we could
2  come see him in Troy and take a statement
3  from him.  He says, yes.  So me and
4  Sergeant Magill leave and go to Troy.  And
5  as we're entering the Troy City Limits,
6  Sergeant Magill calls him back and says,
7  we're entering Troy.  Where do we need to
8  meet you at?  And he says, well, I called
9  my attorney and he says that I can talk to
10 you over the phone, but he didn't want us
11 talking face to face.  So he said, okay.
12 He said, hold on.  Let me pull off on the
13 side of the road.  And he pulled off the
14 side of the road and he interviewed him
15 over the phone.
16      Q   Did he identify his
17 attorney?
18      A   No, ma'am.
19      Q   And so you had a telephone
20 conversation, a telephone interview with
21 Mr. McGuire.
22      A   Yes, ma'am.
23      Q   What did he state during

Page 77

1  that interview?
2       A   He stated that he has
3  witnessed Captain Gray on many occasions
4  at the Outcast motorcycle gang clubhouse.
5  Some occasions, he didn't really say how
6  many times.  He said he's been around when
7  dope was being smoked in the building.  He
8  said he's never seen Mr. Gray smoke it,
9  but if you're in the building, it's
10  obviously being smoked.  We asked him if
11  he's ever saw Gray do anything that was
12  unbecoming of a police officer that would
13  bring disrespect to the City.  And he
14  said, yes.  He said, when he's in that
15  club, he's tipped the strippers before,
16  put money in their underwear.  He's also
17  left the club intoxicated and drove
18  intoxicated when he left.
19       Q   You never accused him of
20  that in any --
21       A   Of what?
22       Q   Of driving under the
23  influence --

Page 78

1       A   He was asked that in the
2  interview.
3       Q   -- as to his termination?
4       A   No, ma'am.
5       Q   He was never accused of
6  that.
7       A   He was asked in the
8  interview, when we interviewed him.  He
9  denied it.  We had no proof that he did or
10  he didn't do it.
11       Q   Of course you didn't.
12       A   No, ma'am.  He was not
13  charged with it.
14       Q   You also didn't have any
15  proof that he's tipping strippers?
16       A   That's not illegal.
17       Q   Exactly.  So why are you
18  bringing it up?
19       A   Because you asked me what he
20  told me.
21       Q   I asked you what he said
22  about Taiwan Truitt, actually.
23       A   Oh, I thought you said

Page 79

1  Captain Gray.
2       Q   No, I didn't.  Now, you --
3       MR. MITCHELL:  I think your
4  question was just open ended.  What did he
5  say?
6       A   Yeah, what did he say.
7       Q   It was in the context of my
8  question about how you investigated Taiwan
9  Truitt, and you began discussing Captain
10  Gray again.
11       A   Okay.
12       Q   So my question to you is how
13  you investigated Taiwan Truitt.  Did you
14  have this off-the-side-of-the-road
15  conversation with Willie McGuire on the
16  25th?
17       A   Yes, ma'am.  When we asked
18  him about Truitt over the phone, he stated
19  that he didn't know his name, but he knew
20  he went by the name of Spoon, and he knew
21  that he rode with All Throttle, but he had
22  never seen him involved in any activity.
23  But he know he was in All Throttle.  He

Page 80

1  knew All Throttle was a support club or
2  got the blessing from Outcast.
3       Q   So based on that information
4  that he was, in fact, affiliated, what
5  else did you do to investigate Taiwan
6  Truitt?
7       A   We interviewed him.
8       Q   And so you just believed
9  Taiwan Truitt over Willie McGuire.
10       MR. MITCHELL:  Object to the
11  form.
12       A   Yes, ma'am.
13       Q   But you didn't believe
14  Captain Gray.
15       A   Yes, ma'am, I did, until I
16  interviewed him and he confirmed that he
17  was involved with him.
18       Q   How did he confirm that he
19  was involved with Outcast Motorcycle Club?
20       A   He had traveled to Bessemer,
21  Alabama to meet with Big O, Otis, the
22  president of Outcast.
23       Q   Now, first of all --

Page 81

1    MR. MITCHELL: Well, let him
2 give his answer. Don't interrupt him.
3    Q   Well, now, I want to --
4    Okay. Go ahead and finish your
5 answer.
6    A   He explained to me in the
7 interview that he had traveled to Big O --
8 to Bessemer to see Big O, Otis, to get
9 blessings for his new chapter. He said he
10 already had it for the local place here,
11 in order to ride without being harassed or
12 bothered or anything like that.
13    There was also -- he also
14 mentioned a time when Big O, Otis, was
15 here in Dothan, and they were at a club
16 on, I believe it was South St. Andrews,
17 and they were in a club together. So he
18 admitted he associated with Big O, Otis
19 Ashford, the president of the Outcast
20 motorcycle gang in Alabama.
21    Q   Was this during your
22 interview with him on the 25th?
23    A   Yes, ma'am.

Page 82

1    Q   In which you called him at
2 home at about what time?
3    A   Approximately 10:30, maybe.
4    Q   10:30 p.m.?
5    A   10:15, 10:30, yes, ma'am.
6    Q   Did you give him a notice of
7 what he was going to be questioned about
8 during that interview?
9    A   I don't recall if I did or
10 not. Once he arrived, I gave him a
11 notification.
12    Q   Do you have a copy of that
13 notification?
14    A   You should also. Yes,
15 ma'am. It's in one of these books. I'll
16 have to find it.
17    MS. EDWARDS: Go off the
18 record for a minute.
19    (Off the record.)
20    A   I'm not sure what kind of
21 order this book is in. It's not in the
22 order that my file was in.
23    Q   Did you produce your entire

Page 83

1 file to your attorneys?
2    A   Yes, ma'am. That's just
3 guaranty notice. That's not the actual
4 notice where he's being interviewed or
5 investigated. I don't see it in these
6 books.
7    Q   Is that your complete
8 investigation?
9    A   No. My investigation is on
10 my computer in my office. This is what
11 was given to my lawyers, which was a copy
12 of my complete investigation.
13    Q   Is there any way that you
14 can obtain the notice that you -- any
15 notices that you gave to Mr. Gray?
16    A   Yes, ma'am. I should be
17 able to. We also gave Mr. Gray one at the
18 time of the interview.
19    Q   I'd like to see it if it's
20 part of your investigative file, as I'm
21 sure it would be, correct?
22    A   Yes, ma'am.
23    Q   If you could provide me with

Page 84

1 a copy of that.
2    A   Yes, ma'am.
3    Q   I would appreciate it.
4    A   Yes, ma'am.
5    Q   Is that something you can
6 obtain for me today?
7    A   Yes, ma'am.
8    Q   What do you recall the
9 notice that you gave him in advance of the
10 interview as saying?
11    A   I don't know the exact words
12 of it. It's just, in general, his
13 affiliation with an outlaw motorcycle gang.
14    Q   Did you provide Taiwan
15 Truitt with the same notification?
16    A   Yes.
17    Q   Would you obtain a copy of
18 that for me as well?
19    A   It's not part of this file.
20    Q   But I'm requesting it. Do
21 you have an issue in producing your notice
22 that you gave to Taiwan Truitt, being that
23 you just testified that you interviewed

Page 85

1 him as well.
2      MR. MITCHELL:  We'll see.
3      Q   Do you?
4      A   If I can, yes, ma'am.  I
5 have no problem giving it to you if I have
6 it.
7      Q   It is something that you
8 would have if you questioned him, correct?
9      A   Yes, ma'am.  He's a separate
10 officer, so he has a separate file, and
11 those files are confidential to each
12 officer.
13      Q   So you don't mind producing
14 it to me.
15      A   I'll have to check with the
16 chief of police.
17      Q   But you would have one being
18 that you questioned Taiwan Truitt.
19      A   Yes, ma'am.
20      Q   What specific affiliation
21 were you -- did you advise Captain Gray
22 that you were going to be questioning?
23      A   What affiliation?

Page 86

1      Q   Uh-huh.
2      A   Just that the accusation
3 came up that he was affiliated with an
4 outlaw motorcycle gang.
5      Q   Affiliated?
6      A   Yes.
7      Q   So you just stated that --
8 and you're basing this off Willie
9 McGuire's word.
10      A   No, ma'am.
11      Q   Okay.  What other
12 information?
13      A   Off the list of names I gave
14 you.
15      Q   Now, these are individuals
16 who have been arrested the night before.
17      A   Not all of them, no, ma'am.
18      Q   Let's go through the list
19 and you tell me who was arrested.
20      A   I don't know who was
21 arrested.  They were detained at the PD
22 for us to interview them.  I don't know
23 who was arrested after the interviews.

Page 87

1      Q   But they were detained
2 pursuant to the assault call.
3      A   Yes.
4      Q   So they were brought in for
5 questioning under the guise of an assault
6 call.
7      A   Yes, ma'am.  CID was
8 investigating, doing a criminal
9 investigation.  They investigate crimes.
10 I investigate administrative matters.
11      Q   Why did you decide to
12 interview these individuals when Officer
13 Woodside stated he had gotten this
14 information from McGuire?
15      A   We had gotten information
16 that these guys also knew of people.
17      Q   How?
18      A   Sergeant Magill told me
19 that.  I have no idea.
20      Q   Sergeant Magill told you
21 these -- these people have information.
22      A   Let me look back at my
23 report just to make sure I'm right on

Page 88

1 that.
2      Yes.  The best I can remember,
3 that's where the information came from.
4      Q   So based on Sergeant
5 Magill's assertion to you that these
6 people had information, you interviewed
7 them.
8      A   We did.
9      Q   You and he both.
10      A   Yes.
11      Q   Where did you interview
12 them?
13      A   In the interview room in the
14 criminal investigation division.
15      Q   And so you were interviewing
16 them with the specific purpose of finding
17 out information on Keith Gray?
18      A   And Taiwan Truitt.
19      Q   When were they interviewed?
20      A   On August the 25th of 2013.
21      Q   What time?
22      A   In the afternoon and
23 evening, back-to-back.

Page 89

1      Q    Now, you interviewed them in
2  the Internal Affairs interview room,
3  correct?
4      A    No, ma'am.
5      Q    Okay.  In the criminal
6  interview room or the suspect interview
7  room?
8      A    It's just an interview room.
9  It's located in the criminal investigation
10  division.  It's the only interview room
11  that has a video camera.
12      Q    So each of these interviews
13  were recorded.
14      A    Yes, ma'am.
15      Q    And tell me how you
16  questioned these witnesses.  What did you
17  ask each of these witnesses?
18      A    Sergeant Magill interviewed
19  them.
20      Q    You asked no questions.
21      A    I may have, but I don't
22  remember.  I'd have to refer back to the
23  audio or the videos of the interviews.  I

Page 90

1  don't remember all the questions.  There's
2  lots of questions.  I would have
3  highlights of the questions, if you would
4  like for me to read those.
5      Q    I would like to know what
6  you -- you're here to testify about your
7  knowledge about this investigation.
8      A    Yes, ma'am.
9      Q    And so my question is to you
10  is what did you ask these individuals who
11  had been brought in as a result of this
12  assault call?
13      A    I do not recall my exact
14  questions, no, ma'am.
15      Q    Do you recall any questions?
16      A    No, ma'am, not specifically.
17      Q    But you knew you brought
18  them in specifically to question them
19  about Keith Gray.
20      A    Yes, and Taiwan Truitt.
21      Q    So you don't recall your
22  interviews with these individuals.
23      A    No, ma'am.

Page 91

1      Q    You don't recall your
2  questions.
3      A    No, ma'am.
4      Q    Wouldn't that be one of the
5  most important parts of this
6  investigation?  Isn't this what --
7      A    Yes, ma'am.  It's on
8  video --
9           MR. MITCHELL:  Object to
10  form.
11      A    -- and I don't --
12      Q    Isn't this what caused you
13  to bring in Mr. Gray --
14      A    Yes, it is.
15      Q    -- for his interrogation to
16  begin with?
17      A    Yes, ma'am.
18      Q    Well, this sounds to me like
19  it's a very important a part of the --
20      A    Yes, ma'am, and it's on
21  videotape.
22      Q    Did you not review those
23  videos?

Page 92

1      A    Yes, ma'am, I did, and I
2  wrote a summary right here.  Would you
3  like me to read them?  You have this.
4      Q    I want to know --
5           First of all, let's go through
6  this list and I want you to tell me who
7  was arrested and who wasn't.
8      A    I do not know who was
9  arrested.
10      Q    Do you have access to that
11  information?
12      A    Yes, I can get it.
13      Q    Would you mind getting a
14  copy for me?
15      A    I don't think we can -- it's
16  a criminal -- it's not available to the
17  public.
18      Q    Oh, it's not.  Their
19  criminal record is not available to the
20  public.
21      A    No, the criminal record is
22  definitely not available to the public.
23      Q    I'm not talking about

Page 93

1  Internal Affairs investigations of them.
2  I'm talking about whether they were
3  charged with a crime.
4        A   Yes.  Yes.  That can be
5  determined.  If they were charged with a
6  -- if they were booked into the Dothan
7  City Jail on a crime.
8        Q   Were they --  were any of
9  them booked?
10       A   I do not know.
11       Q   But they were there -- they
12  were not there under the guise of, we're
13  going to be questioned about Keith Gray.
14  They were under the guise of, we could be
15  arrested for --
16       A   Yes, ma'am.
17       Q   -- assault --
18       A   Yes, ma'am.
19       Q   -- at the time that you
20  questioned them.
21       A   Yes, ma'am.
22       Q   And you questioned them with
23  your firearms, wearing your firearms,

Page 94

1  didn't you?
2        A   I have no idea.
3        Q   So you could have.
4        A   Could have, yes, ma'am.
5        Q   And you watched the video.
6        A   Ma'am?
7        Q   You watched the video --
8        A   Yes, ma'am.
9        Q   -- of these interrogations
10  of --
11       A   Yes, ma'am.
12       Q   -- of these suspects.
13       A   Yes, ma'am.  I'm trying to
14  remember.  I believe there was a box on
15  the wall we put our guns in before we go
16  into the interview room.
17       Q   Well, the video clearly
18  shows that you were wearing them, do you
19  not recall that?
20       A   Okay.  Well, they were not
21  suspects in a crime to me.  They were part
22  of my administrative investigation.
23       Q   Well, do you not believe

Page 95

1  that it could be interpreted as being
2  somewhat intimidating when they're there?
3  They don't know the difference between
4  you.  They don't know the difference
5  between you and internal affairs and the
6  other officers.  They know they're being
7  brought in as suspects for an assault.
8  Would you agree?
9        MR. MITCHELL:  Object to
10  form.
11       Q   Would you agree with that
12  summary?
13       A   Yes, ma'am.
14       Q   That they are there
15  believing that they could be charged with
16  a crime, correct?
17       MR. MITCHELL:  Object to
18  form.
19       Q   Is that correct?  You can
20  answer unless he instructing you not to
21  answer.
22       A   We clearly explained to them
23  that we were administrative investigators,

Page 96

1  and not criminal investigators, and it had
2  nothing to do with the criminal case.  And
3  that's on each video.
4        Q   While you're wearing your
5  firearms.
6        A   Yes, ma'am.  That's part of
7  my official duties.
8        Q   And before they've been
9  charged with anything.  But they've been
10  detained.
11       A   Yes, ma'am.
12       Q   And they're in an interview
13  room.
14       A   Yes, ma'am.
15       Q   And you're asking them
16  questions, not about why they're there but
17  specifically about Keith Gray.
18       A   Yes, ma'am.
19       MR. MITCHELL:  Object to
20  form.
21       A   And Taiwan Truitt.
22       Q   And Taiwan Truitt.
23       A   Yes, ma'am.

Page 97

```
 1      Q   Two officers.
 2      A   Yes, ma'am.
 3      Q   And it's obvious from your
 4  interrogations of them that you wanted
 5  information on those two individuals.
 6      A   Yes, ma'am.
 7      Q   Aside from interviewing
 8  these individuals, who --
 9      Well, first of all, did you run
10  any kind of criminal background on these
11  individuals that you interviewed?
12      A   Yes, ma'am.
13      Q   Had any of them been
14  involved with previous criminal charges
15  or --
16      A   Yes, ma'am.
17      Q   -- convictions.
18      A   Yes, ma'am.
19      Q   Who?
20      A   Okay.  Dominick Overton's
21  criminal history indicates that he was
22  arrested in Georgia for trafficking
23  cocaine.
```

Page 98

```
 1      Michael Locket was arrested for
 2  carrying a concealed weapon, receiving
 3  stolen property first degree, and several
 4  assault charges.  He also has arrests in
 5  Illinois for carrying possession of a
 6  firearm, possession of marijuana,
 7  possession of cocaine and possession of a
 8  controlled substance.
 9      Wendell Key has been arrested for
10  theft of property first degree, assault
11  first degree, kidnapping first degree,
12  distribution of a controlled substance,
13  receiving stolen property second,
14  probation violation, parole violation,
15  burglary third degree four times,
16  kidnapping second degree, possession of
17  marijuana first degree, and numerous
18  misdemeanor charges.
19      Eze Abuwali was arrested for
20  assault second degree, aggravated assault
21  on a public official, and unlicensed sale
22  of alcoholic beverages.
23      Q   Okay.
```

Page 99

```
 1      A   That's it.
 2      Q   I'm sorry.  Did you say
 3  Robert Williams had a criminal history?
 4      A   Yes, but you asked for the
 5  ones we interviewed.
 6      Q   So you did not interview
 7  Robert Williams.
 8      A   No, ma'am.
 9      Q   Did you interview William
10  Baker?
11      A   William Baker?
12      Q   Yes, William Baker, Jr.
13      A   No, ma'am.
14      Q   Did you interview Victoria
15  Key Thompson?
16      A   No, ma'am.
17      Q   Princess Diane Bolding.
18      A   No, ma'am.
19      Q   Cunta Antonio McGoley?
20      A   Yes, ma'am.
21      Q   He didn't have a criminal
22  history?
23      A   No, ma'am.
```

Page 100

```
 1      Q   Wendell Zackery Key?
 2      A   Yes, ma'am.  His was very
 3  extensive.  You want me to give it to you
 4  again?
 5      Q   I've got it.
 6      A   Okay.  I'm sorry.
 7      Q   Robert Wade Williams?
 8      A   No, ma'am.
 9      Q   Dominick Titus Overton?
10      MR. MITCHELL:  We've covered
11  him.
12      MS. EDWARDS:  I'm asking if
13  he interviewed him.  He gave me his
14  criminal history.
15      MR. MITCHELL:  He testified
16  earlier he did interview him.
17      A   Yes, ma'am.
18      Q   Michael Locket?
19      A   Yes, ma'am.  Did I give you
20  his criminal history?
21      Q   You did.
22      A   Yes, ma'am.
23      Q   Eze Abuwali?
```

Page 101

1    A   Yes, ma'am.
2    Q   Now, did Robert Wade
3  Williams have a criminal background?
4    A   I have Robert Williams.
5    Q   Robert Williams?
6    A   Yes, ma'am.
7    Q   What was his criminal
8  background?
9    A   Aggravated assault on a
10  public official, a police officer, assault
11  second degree times two; two of those.
12  Burglary, sale of a controlled substance,
13  possession of marijuana two times, and
14  numerous misdemeanor charges.  Oh, I'm
15  sorry.  That was the wrong one.  Sorry.
16      Can you back up on that?
17    Q   I can.  So Robert Williams.
18    A   Robert Williams.  Receiving
19  stolen property first degree two times.
20  Possession of marijuana first degree four
21  times.  Assault second degree two times.
22  Possession of a stolen vehicle two times.
23  Possession of stolen property.  Possession

Page 102

1  of burglary tools two times, burglary and
2  numerous misdemeanor charges.
3    Q   Did you interview him?
4    A   No, ma'am.
5    Q   Had Johnny Frank Thompson,
6  did you interview him?
7    A   No, ma'am.
8    Q   Did he have a criminal
9  history?
10    A   Yes, ma'am.
11    Q   That's fine.  Did you
12  interview Rafeal Tyrues?
13      MR. MITCHELL:  What was the
14  first name?
15    A   That was his first name.
16    Q   Is it Rafeal?
17    A   R-a-f-a-e-l.
18    Q   Okay.
19    A   Yes, ma'am.
20    Q   You did interview him.
21    A   Yes, ma'am.
22    Q   What was his criminal
23  background, if any?

Page 103

1    A   It appears to be none.  Of
2  course, I -- yeah, that's right.  There's
3  none.
4    Q   So you ran checks on all of
5  these individuals.
6    A   Yes, ma'am.
7    Q   How did you decide who you
8  were going to interview and who you
9  weren't?
10    A   I don't recall.
11    Q   There had to be some basis
12  for picking out these certain ones that
13  you were going to interview.
14    A   No, ma'am, not that I
15  recall.  We just called for one of them.
16  I don't even remember how we brought them
17  up, to be honest with you.  Maybe we just
18  called down there and asked the jailer to
19  bring them up one at a time.
20    Q   But they didn't bring them
21  all?
22    A   No, they didn't bring them
23  all up to us, no.

Page 104

1    Q   Why not?
2    A   I do not recall.
3    Q   Did you not request to
4  interview everyone who was there?
5    A   I don't recall why we didn't
6  interview everyone.
7    Q   So of the ones that you
8  interviewed, and I'm showing you
9  interviewed Cunta McGoley, Wendell Key,
10  Dominick Thomas Overton, Michael Locket,
11  Eze Abuwali and Rafeal Tyrues; is that
12  correct?
13    A   I'm not sure.  Hold on just
14  one moment.  Let me -- okay.  Start over
15  again.
16    Q   Cunta McGoley?
17    A   Yes, ma'am.
18    Q   Wendell Key?
19    A   Yes, ma'am.
20    Q   Dominick Overton.
21    A   Yes, ma'am.
22    Q   Michael Locket?
23    A   Yes, ma'am.

Page 105

1     Q   Eze Abuwali?
2     A   Yes, ma'am.
3     Q   And Rafeal Tyrues?
4     A   Yes, ma'am.
5         MR. MITCHELL:  And McGuire.
6     Q   And McGuire?
7     A   Yes.
8     Q   But Willie McGuire was not a
9  suspect from this assault.
10    A   No, ma'am.
11    Q   Everyone except for McGuire
12 had been brought in under suspicion of
13 assault.
14    A   Yes, ma'am.
15    Q   So four of these six
16 individuals had extensive criminal
17 histories, correct?
18    A   Did you say four of them?
19    Q   Yes, I believe so.
20        MR. MITCHELL:  It would be
21 four of seven.
22    Q   Well, four of the six
23 suspects who were at the station that

Page 106

1  night.
2     A   Yes.
3     Q   Okay.  Did you run a
4  background check on Willie McGuire?
5     A   No, ma'am.
6     Q   Now, you claim to have
7  obtained information from these suspects
8  who were brought in for suspicion of
9  assault.
10    A   Yes, ma'am.
11    Q   And questioned them
12 specifically about Mr. Gray.
13    A   And Taiwan Truitt.
14    Q   And Taiwan Truitt?
15    A   Yes, ma'am.
16    Q   And they spoke to you and
17 said what specifically with regard to Mr.
18 Gray and who?  Let's take them one by one.
19    A   Okay.
20    Q   We'll start with Cunta
21 McGoley.
22    A   Okay.  What did he
23 specifically say in relation to Mr. Gray?

Page 107

1     Q   Yes.
2     A   Okay.  He stated that he
3  knew of two officers with the Dothan
4  Police Department that were involved in
5  motorcycle clubs.  He stated one was Keith
6  Gray.  He described Keith Gray and stated
7  he was a helicopter pilot and was in
8  charge of the records division of the
9  police department.  He stated that Captain
10 Gray was the founder and president of the
11 Bama Boyz Motorcycle Club.  He stated that
12 Bama Boyz was a local club that basically
13 falls under the guidance of Outcast
14 Motorcycle Club.  He also stated that
15 Outcast had asked them not to wear their
16 color, jacket with their patches for a
17 period of time if they did something
18 stupid while riding their bike.  If the
19 Bama Boyz refused to take off their
20 colors, then Outcast would order them to
21 remove them permanently.  He said the next
22 step could be violence if they continued
23 to refuse.

Page 108

1         Mr. McGoley stated he has seen
2  Captain Gray in his clubhouse while
3  marijuana was being smoked, but he has
4  never seen him smoke it.  He added that he
5  has also seen Captain Gray drive drunk on
6  several occasions.  He stated that Captain
7  Gray has told him in the past that when he
8  is on duty he is a police officer, but
9  when he is off duty, he did not care what
10 the other -- what the members did.
11        Mr. McGoley stated that on one
12 occasion he asked Captain Gray if the
13 Dothan Police Department was investigating
14 Outcast, and Captain Gray told him he
15 would get back with him.  A short time
16 later Captain Gray told him that there was
17 no investigation on Outcast.  He stated he
18 knew Captain Gray was lying because he had
19 already been told that members of the
20 Dothan Police Department were watching his
21 club.  He stated he was told this by
22 Corporal ReaMonica Carney.  He said he
23 knowed her through her job in the

Page 109

1  community services division and his job as
2  an Army recruiter.
3       Okay.  That's all he said about
4  Captain Gray.
5       Q    All right.  So this
6  individual was there under suspicion of
7  assault, and you're questioning him
8  wearing a firearm, correct?
9       A    Yes, ma'am.
10      Q    Okay.  Wendell Zackery Key.
11      A    He stated that he was a
12 member of Bama Boyz before becoming a
13 member of Outcast.  He stated that he is
14 from Dothan and he knows both Captain Gray
15 and Officer Truitt.  He stated that he has
16 on several occasions, at least three
17 times, seen Captain Gray at their parties
18 in the clubhouse.  He stated during these
19 parties marijuana has been smoked, but he
20 has never seen him smoke any.  He also
21 stated it is a known fact that they can do
22 anything around Captain Gray during these
23 parties because he has made it known that

Page 110

1  when he is off duty he is a biker only.
2       Now, he makes some statements
3  including both of them.  Do you want
4  those?
5       Q    I'm sorry?
6       A    He also makes some
7  statements referring to both of them Gray
8  and Truitt.
9       Q    Yes.
10      A    Okay.  He stated that
11 Outcast was going to pull Officer Truitt's
12 colors because he was a police officer and
13 they thought he was a snitch.  He stated
14 he was against this because they were not
15 pulling Captain Gray's colors.  He felt
16 that his colors needed pulling also.  He
17 stated that Outcast was not pulling
18 Captain Gray's colors because of his
19 position with the police department.
20      That's all I have on that.
21      Q    So you did receive
22 additional information about Taiwan
23 Truitt.

Page 111

1       A    Yes.  This was after I
2  talked with McGuire, his interview.
3       Q    Correct.  And so you
4  received this additional information from
5  this witness --
6       A    Yes.
7       Q    -- that differed from what
8  McGuire stated.
9       A    No, it didn't differ from
10 it.
11      Q    It shows that Taiwan Truitt
12 knew his club was involved with Outcast;
13 does it not?
14      MR. MITCHELL:  Object to
15 form.
16      A    No, ma'am.
17      Q    If you believe this witness.
18      A    No, ma'am, it does not to
19 me.
20      Q    Oh.
21      A    Yes, ma'am.
22      Q    How could it not?
23      MR. MITCHELL:  Object to

Page 112

1  form.
2       Q    Doesn't it specifically talk
3  about removing Taiwan's colors, Outcast
4  removing Taiwan's colors?
5       A    Taiwan's All Throttle
6  colors.
7       Q    Correct.
8       A    Yes.
9       Q    So that wasn't worthy of
10 further investigation to you.
11      A    Yes, we interviewed Taiwan
12 Truitt.
13      Q    After you interviewed him?
14      A    I believe so, yes, ma'am.
15      Q    I thought you just testified
16 that you interviewed Taiwan earlier in the
17 day.
18      A    I didn't say what time any
19 of them were.
20      Q    What time did you interview
21 Taiwan Truitt?
22      A    I don't recall.
23      Q    I'd like that information.

Page 113

1       A   Okay.
2       Q   What time did you interview
3   Mr. Key?
4       A   I don't recall.
5       Q   You don't have the times?
6       A   It's time stamped on the
7   video, yes, ma'am.
8       Q   So what you're reading from
9   right here --
10      A   Yes, ma'am.
11      Q   -- you didn't include that
12  information.
13      A   No, ma'am.
14      Q   Well, if you can get me
15  those times, I would appreciate it.
16      A   Okay.  You have the videos,
17  I believe.  Okay.
18      Q   I don't have the time that
19  you interviewed Taiwan, though.
20      A   Okay.
21      Q   Your interview with Dominick
22  Overton, what information did he give you
23  about Keith Gray?

Page 114

1       A   He stated he only knows
2   Captain Gray by his biker name Chopper,
3   and he's only seen him a few times at
4   charity rides.  He stated he had never
5   seen him around any illegal activity.  He
6   also stated he had heard the name Spoon,
7   but -- I'm sorry.  That was all on Captain
8   Gray.
9       Q   Okay.  He also mentioned
10  Taiwan Truitt.
11      A   You didn't ask me that.
12      Q   Well, I'm asking you now.
13      A   You asked me what these
14  individuals specifically said in the
15  interviews referring to Mr. Gray.
16      Q   Okay.  Well, I'm going to
17  then ask you, since you volunteered Spoon,
18  he discussed Taiwan Truitt, didn't he?
19      A   Uh-huh.  Well, I said
20  previously that in all the interviews we
21  asked them about both of the officers,
22  and they gave us both officers.
23      Q   What did he say about Taiwan

Page 115

1   Truitt?
2       A   He said -- he stated he has
3   only heard the name Spoon, but has never
4   seen him, Mr. Overton said that.
5       Q   What about Michael Locket?
6       A   What about Michael Locket?
7       Q   What did he say about Keith
8   Gray, first?
9       A   Okay.  I have he stated that
10  he has heard of Chopper.  He stated that
11  he has never met Chopper, but the other
12  club members that he was in a holding cell
13  with were talking about him.  He stated
14  they were saying that Chopper had turned
15  over to the police, information on the
16  club members and that he was a snitch.
17  That's all he said.
18      Q   Did you investigate that?
19      A   No, ma'am.
20      Q   You didn't investigate
21  whether Keith had turned in any
22  information about --
23      A   Yes.

Page 116

1       Q   -- Outcast.
2       A   I take that back.  We did,
3   yes.  Yes.
4       Q   When?
5       A   That's whenever we were
6   looking through his office and his
7   vehicle, and I believe Doug and them did
8   cell phones and computer to see if there
9   was any information on any of these people
10  that he could have gave to them.
11      Q   You didn't look within your
12  official records of the police department
13  to determine whether Keith Gray had given
14  the Dothan Police Department any
15  information --
16      A   Oh, I'm sorry.
17      Q   -- about their --
18      A   No.  No, ma'am.
19      Q   -- illegal activity.
20      A   No, ma'am.  No, ma'am.
21      Q   So Michael Locket just
22  stated that he heard other Outcast gang
23  members stating that they thought that

---

Page 117

1  Keith Gray was a snitch.
2      A   That's correct.
3      Q   What did he say about Taiwan
4  Truitt?
5      A   He stated he has never heard
6  of Spoon.
7      Q   What about Eze Abuwali?
8      A   He stated that he is from
9  Huntsville and just drove down for this
10  party.  He stated he did not know Chopper
11  or Spoon or has never heard of them.
12      Q   What about Rafeal Tyrues?
13      A   He stated the only police
14  officer he knew was Captain Gray and had
15  seen him during different club functions.
16  He stated that approximately three months
17  ago he saw Captain Gray in the Outcast
18  clubhouse during a function.  He stated he
19  did not see Captain Gray smoke marijuana,
20  but it was obviously being smoked in this
21  his presence.
22      Q   What did he stay about
23  Taiwan Truitt?

---

Page 118

1      A   He did not say anything
2  about Taiwan Truitt.
3      Q   Did you ask him about Taiwan
4  Truitt?
5      A   I do not recall.
6      Well, I take that back.  By my
7  first statement that he stated the only
8  police officer he knows.  I would have to
9  look at the video, but I believe he said,
10  do you know any police officers?
11      Q   So you had at least a couple
12  of these individuals who were at the
13  Outcast motorcycle clubhouse who thought
14  Keith Gray was a snitch, and you had
15  others who alleged -- made these
16  allegations.  And they were there under
17  suspicion of assault from the previous
18  incident --
19      A   Yes.
20      Q   -- from the incident from
21  the night before, correct?
22      MR. MITCHELL:  Object to
23  form.

---

Page 119

1      A   Yes, ma'am.
2      Q   And based on that
3  information from these individuals who you
4  knew had an extensive criminal background,
5  you decided that that was enough to bring
6  Mr. Gray in for questioning?
7      A   No, ma'am.  No, ma'am.
8      Q   What -- why did you bring
9  Mr. Gray in, then?
10      A   I'm saying no to the fact I
11  knew their criminal history.  I did not
12  want to before the interviews.
13      Q   But you knew that they were
14  there under suspicion of assault the night
15  before.
16      A   Yes, ma'am.
17      Q   And so based on the
18  information you obtained from these
19  individuals who were in your custody under
20  suspicion of assault, and you were
21  interrogating them with wearing a firearm
22  in an interrogation room, you decided that
23  that was enough to bring in Keith Gray for

---

Page 120

1  questioning --
2      MR. MITCHELL:  Object to
3  form.
4      Q   -- for an Internal Affairs
5  investigation.
6      MR. MITCHELL:  Object to the
7  form.
8      A   No, ma'am.
9      Q   Correct me.
10      MR. MITCHELL:  Well, there
11  are four or five question in there.  Which
12  one do you want corrected on?
13      Q   You questioned these
14  individuals who had been brought into the
15  Dothan Police Department under suspicion
16  of assault.  They had not yet been charged
17  with a crime, and you interrogated them
18  wearing a firearm, correct?
19      MR. MITCHELL:  Object to
20  form.
21      Q   You can answer.
22      A   No, ma'am.
23      Q   How was that incorrect?

Page 121

1        A   I interviewed them.  I did
2    not interrogate them.
3        Q   You were in the
4    interrogation room, were you not?
5        A   I was in the interview room,
6    yes, ma'am.
7        Q   You were asking them
8    questions.
9        A   Yes, ma'am.
10       Q   And they were there under
11   suspicion of assault.
12       A   Yes, ma'am.
13       Q   For an incident that
14   occurred the previous evening.
15       A   Yes, ma'am.
16       Q   And you knew at that point
17   that Keith Gray was not involved in that
18   incident whatsoever.
19       A   Yes, ma'am.
20       Q   He was not even present at
21   the clubhouse that evening, was he?
22       A   No, ma'am.
23       Q   And you questioned these

Page 122

1    individuals wearing a firearm.
2        A   Yes, ma'am.
3        Q   And a couple of them thought
4    that Keith Gray was a snitch.  A couple of
5    them made allegations that you had no
6    other evidence to corroborate.
7        A   Yes, ma'am.
8        Q   Based on that information,
9    you decided to launch an Internal Affairs
10   investigation.
11           MR. MITCHELL:  Object to
12   form.
13       Q   Correct?
14       A   No, ma'am.
15       Q   Tell me why that statement
16   is wrong.
17       A   We interviewed those.  We
18   interviewed the man in Troy.  Me and
19   Sergeant Magill discussed it.  We
20   discussed it with Chief Benton.  Chief
21   Benton told us to conduct a formal
22   investigation.
23       Q   So Chief Benton advised

Page 123

1    you --
2        A   Yes, he did.
3        Q   -- to conduct the
4    investigation.
5        A   Yes, ma'am.
6        Q   What information did Chief
7    Benton have that you didn't have?
8        A   The interviews with all the
9    subjects were streamed.  The video was
10   streamed to the conference room, and the
11   Chief was in the conference room watching
12   each interview.
13       Q   Okay.  So based on the
14   interviews of the suspects, the interview
15   of McGuire --
16       A   Yes, ma'am.
17       Q   -- your discussions with
18   Sergeant Magill --
19       A   Yes, ma'am.
20       Q   -- and Chief Benton's
21   recommendation.
22       A   Yes, ma'am.
23       Q   I mean, would you have

Page 124

1    pursued an Internal Affairs investigation
2    into Keith Gray had Chief Benton not
3    ordered you to do so?
4        A   Yes, ma'am.
5        Q   Based on your interviews of
6    these suspects --
7        A   Yes, ma'am.
8        Q   -- and your interview of
9    McGuire --
10       A   Yes, ma'am.
11       Q   -- alone?
12       A   Yes, ma'am.  We investigate
13   all information we receive, whether it's
14   sustained or not sustained.
15       Q   So you launch an Internal
16   Affairs investigation against every
17   officer that has some suspect accusing
18   them of something?
19       A   If we feel like there's a
20   need, yes, ma'am.
21       Q   What other officers do you
22   recall launching an Internal Affairs
23   investigation on related to someone who is

Page 125

1   in your custody under suspicion for a
2   crime?
3           MR. MITCHELL: Object to
4   form.
5       A   Could you repeat it one more
6   time, please?
7       Q   What other internal affairs
8   investigation have you launched against an
9   officer based on an apprehended
10  suspect's --
11      A   Many.
12      Q   -- accusations?
13      A   I can't give you a number,
14  but there is many. Everyone that's
15  arrested is charged with resisting arrest,
16  they always claim excessive use of force.
17  They're all arrested.
18      Q   How many other officers have
19  you ever investigated for their
20  affiliation with a motorcycle club?
21      A   None.
22      Q   You have other officers that
23  are members of motorcycle clubs, don't

Page 126

1   you?
2       A   Yes, ma'am.
3       Q   And you didn't investigate
4   them, did you?
5       A   I talked with them and I did
6   my own investigation into what they were a
7   part of.
8       Q   You didn't do an official
9   Internal Affairs investigation.
10      A   No, ma'am. No, ma'am.
11      Q   What other officers do you
12  know are affiliated with a motorcycle
13  club?
14      A   I have learned that Adrian
15  Woodruff was the president of her club. I
16  have learned that Chris Watson is the
17  president of his club. And I do believe
18  that's all that I remember.
19      Q   Adrian Woodruff you said?
20      A   Yes, ma'am.
21      Q   What is the name of her
22  motorcycle club?
23      A   I do not recall.

Page 127

1       Q   So you didn't investigate
2   her club.
3       A   Yes, ma'am, I did.
4       Q   Oh. And did you investigate
5   her?
6       A   I took a taped statement
7   from her.
8       Q   Did you launch an Internal
9   Affairs investigation into Adrian
10  Woodruff?
11      A   No, ma'am.
12      Q   What other police officers
13  are members of motorcycle clubs?
14      A   Other than the two I just
15  told you?
16      Q   You said Adrian Woodruff and
17  who else?
18      A   Chris Watson.
19      Q   Did you launch an Internal
20  Affairs investigation into Mr. Watson?
21      A   No, ma'am.
22      Q   What race is Adrian
23  Woodruff?

Page 128

1       A   I'm assuming she's a white
2   person.
3       Q   She's not black.
4       A   No, she's not black.
5       Q   What about Chris Watson?
6       A   I'm assuming he is white.
7       Q   He's not black.
8       A   Not that I know of.
9       Q   Have you done any
10  investigation to determine any other
11  members of the Dothan Police Department,
12  whether or not they're involved with a
13  motorcycle club?
14      A   No, ma'am.
15      Q   Have you ever investigated
16  any other officer for their affiliation
17  with any social club?
18      A   No, ma'am.
19      Q   Have you ever investigated
20  any of the Dothan police officers for
21  their affiliation with the Sons of the
22  Confederate Veterans?
23      A   What, ma'am?

Page 129

1      Q    Sons of the Confederate
2  Veterans.
3      A    No, ma'am, I have not.
4      Q    Has Chief Benton ever
5  requested that you conduct any
6  investigations into other police officers'
7  affiliations with motorcycle clubs other
8  than Keith Gray?
9      A    No, ma'am.
10     Q    Has Chief Benton ever
11 requested for you to conduct any Internal
12 Affairs investigation into any other
13 officer for any affiliation with any
14 outside club other than Keith Gray?
15     A    Not that I recall.
16     Q    So Keith Gray is the only
17 officer that Chief Benton requested that
18 you perform an Internal Affairs
19 investigation on related to his
20 involvement with an outside club --
21     A    Yes, ma'am.
22     Q    -- or organization?
23     A    Yes, ma'am.

Page 130

1      Q    I'm going to show you what
2  I'm marking as Plaintiff's Exhibit 3.
3            (Whereupon, Plaintiff's
4            Exhibit Number 3 was marked
5            for identification.)
6      A    Is this for me or you?
7      Q    That's for you.  Do you
8  recognize this document?
9      A    Yes, ma'am, I do.
10     Q    This purports to be an
11 e-mail from you to a matt dot m-a-n-c-i-l
12 at alacop dot gov.
13     A    Yes, ma'am.
14     Q    And it is dated Monday
15 August 26th, 2013.
16     A    Yes.
17     Q    Is that correct?
18     A    Yes, ma'am.
19     Q    The subject of this is LETS.
20     A    Yes.
21     Q    What does LETS mean?
22     A    I do not know the exact
23 words.  It's our system, the Alabama State

Page 131

1  system where they look up -- people look
2  up -- officers look up driver's license
3  and criminal histories on people.
4      Q    You don't know what LETS
5  stands for?
6      A    Law enforcement something
7  services.  I can't recall, no, ma'am.  I
8  could -- I have it in here somewhere,
9  but --
10     Q    I'd like to know what it is
11 if you could answer that question for me.
12     A    I'm going to take that back.
13 They just have it listed as LETS.  I can
14 get that for you later, if you would like.
15     Q    Is it an agency or a --
16     A    State of Alabama.
17     Q    Is it a specific division or
18 a department or --
19     A    I'm not sure.
20     Q    When do you use the phrase
21 LETS?  I mean, I'm just trying to figure
22 out what it is.
23     A    It's where we run people's

Page 132

1  driver's license to see if their driver's
2  license is current.  I'm sorry.  Law
3  Enforcement Tactical System.
4      Q    Could you read this e-mail
5  for me, please?
6      A    Yes, I will.  Do you want me
7  to read it?
8      Q    Yes, please.
9      A    Out loud?
10     Q    Yes.
11     A    It says:  In reference to
12 our earlier conversation, the names I need
13 you to research for me is Chief Gray and
14 RaeMonica Carney.  There was an incident
15 Dothan in the early morning hours of
16 August the 25th, 2013, involving an outlaw
17 motorcycle club.  Several members were
18 arrested for assault second degree,
19 involving one of their own.  During the
20 investigations, these two officers' names
21 came up as possibly passing along
22 sensitive information in the past for the
23 involved motorcycle club.  I would like to

Page 133

1  view their activity from the last eight
2  months if possible. Thank in advance. (As
3  read.)
4        Q    What, from what you have
5  told me in summarizing your interviews
6  with these individuals, lead you to
7  believe that Mr. Gray was passing along
8  sensitive information to a head of a
9  motorcycle club?
10       A    It was just his involvement
11  with the club.
12       Q    But there was nothing
13  specific that you had in your possession
14  at that point in time based on what you've
15  told me that he was passing along any
16  information to any motorcycle club head,
17  was there?
18       A    It's called an
19  investigation.
20       Q    You didn't have -- you made
21  a representation in this e-mail to this
22  matt.mancil@alacop.gov.
23       A    Yes, there was something in

Page 134

1  there also.
2        Q    Who is matt.mancil?
3             MR. MITCHELL:  Wait. Wait.
4  He's looking for an answer.
5             MS. EDWARDS:  I'll let him.
6        A    Wendell Key made one of the
7  comments about they were going to pull
8  Officer Truitt's colors, but not Gray.
9  And he said he was not for that.  He was
10  against that because of the reason they
11  were not going to pull Captain Gray's
12  colors because of his position in the
13  Dothan Police Department.
14       Q    That doesn't say he was
15  passing information to a head of a
16  motorcycle club, does it?
17       A    No, ma'am.
18            Do you want me to go ahead and do
19  the other one?
20       Q    Yes.
21       A    The fact that Mr. McGuire,
22  who is the president of the Dothan Chapter
23  of the Outcast motorcycle gang knew that

Page 135

1  Captain Gray was in charge of the record's
2  division of the Dothan Police Department.
3        Q    Did you ask any followup
4  questions to McGuire about what he meant
5  by record's department?
6        A    No, ma'am.
7        Q    Did you ask Mr. Gray about
8  anything related to that accusation that
9  Mr. Gray's involved in the records
10  department.
11       A    I'm sorry.  Say that again.
12       Q    Did you question Mr. Gray
13  about that allegation?
14       A    I don't recall if I did or
15  not.
16       Q    So all you had at this point
17  in time in making this request was an
18  allegation by an individual who was
19  involved with Outcast Motorcycle Club, who
20  stated that he believed Mr. Gray's was
21  involved with records.
22       A    He said he knew he was in
23  charge of records.

Page 136

1        Q    How does that translate into
2  an accusation that he could be passing
3  along sensitive information to a head of a
4  motorcycle club?
5        A    It's something we're
6  required to check to see, to confirm or
7  deny if it's true.
8        Q    That's a leap, in my
9  opinion.  Do you not agree?
10       A    No, ma'am, I do not.
11       Q    Being involved with records
12  to an accusation that Mr. Gray is passing
13  along sensitive police department
14  information to a motorcycle club head.  Do
15  you not agree that that's a leap?
16       A    No, ma'am.
17       Q    And you also accuse that of
18  ReaMonica Carney.
19       A    Yes, ma'am.
20       Q    Nothing was said about a
21  ReaMonica Carney.
22       A    Yes, ma'am, it was.
23       Q    Nothing was said about

Page 137

1  ReaMonica Carney passing along sensitive
2  information to the head of a motorcycle
3  club, was there?
4        A   I checked hers because of
5  the fact that she talked with Mr. McGoley
6  who is the president of the Dothan Chapter
7  of the Outcast motorcycle gang.  She spoke
8  with him.  It appeared to me, on a
9  personal matter about that, so --
10       Q   She was alleged to have
11  spoken to him.
12       A   That's exactly right.  It
13  was alleged to have spoken to him.
14       Q   From one of your suspects
15  who was in custody.
16       A   Not my suspects, no, ma'am.
17  But yes, he was being detained, yes.
18       Q   One of the Dothan Police
19  Department's suspects.
20       A   Yes, ma'am, that's exactly
21  right.
22       Q   But nothing was mentioned
23  about Ms. Carney passing along sensitive

Page 138

1  information to the head of a motorcycle
2  club.
3        A   No, ma'am.
4        Q   But yet your statement to
5  this individual in this e-mail dated
6  August 26th states that.
7        A   Yes, ma'am.
8        Q   So that's incorrect.
9        A   That's the way Matt Mancil
10  wanted me -- he wanted me to send him an
11  e-mail.  I had called him on the phone.
12  He said I need an e-mail in reference to
13  that for my records.  So that's when I
14  sent this e-mail.
15       Q   But your statement that
16  these two officers' names came up as
17  possibly passing along sensitive
18  information in the past --
19       A   Yes.
20       Q   -- is a misstatement.
21       A   It was -- these officers'
22  names came up as possibly passing along
23  sensitive information.  Their name came up

Page 139

1  and assumed she may have passed sensitive
2  information, so I was checking to make
3  sure she did not.
4        Q   So that was assumption on
5  your part --
6        A   Yes, ma'am, it was.
7        Q   -- that you determined had
8  no credibility.
9        A   Just an assumption on my
10  part, yes, ma'am.
11       Q   In fact, you determined that
12  neither ReaMonica Carney nor Keith Gray
13  had been passing along sensitive
14  information to a motorcycle club.
15       A   Based on the information I
16  obtained from Matt Mancil, neither one of
17  them had -- I could find neither one of
18  them had done anything like that, no,
19  ma'am.
20       Q   And neither have been
21  accused by the Dothan Police Department of
22  passing along sensitive information to a
23  motorcycle club head.

Page 140

1        A   No, ma'am.
2        Q   And so no evidence exists of
3  this statement whatsoever.
4            MR. MITCHELL:  Object to
5  form.
6        Q   Correct?
7        A   Once I received what I was
8  requesting, then it was determined that it
9  did not occur.  Up until then, we did not
10  know if it occurred.
11       Q   So you made an assumption --
12       A   Yes.
13       Q   -- that they had passed
14  along sensitive information to a
15  motorcycle club head that was proven to be
16  false.
17       A   They could or could not
18  have, yes, ma'am.
19       Q   And so Mr. Gray was not
20  terminated in any way, shape, form or
21  fashion based on this accusation in your
22  e-mail to this gentleman that he had
23  passed along sensitive information to the

Page 141

1 head of a motorcycle club.
2          MR. MITCHELL:  Object to
3 form.
4          A   No, ma'am.
5          Q   You did not request that Mr.
6 Mancil run this check on Taiwan Truitt,
7 did you?
8          A   No, ma'am.
9          Q   So you asked this gentleman
10 to run -- to quote, unquote, "view their
11 activity for the last eight months."
12          A   Yes, ma'am.
13          Q   What activity were you
14 requesting that he review?
15          A   All of their activity, when
16 they log on and when they log off.
17          Q   Of what?
18          A   Anything they may have
19 checked.
20          Q   I'm sorry.  Is this computer
21 system --
22          A   Yes, ma'am.
23          Q   Okay.  So you asked him to

Page 142

1 run a check of their computers; is that
2 correct?
3          A   To see what all these two
4 officers had ran.
5          Q   To see what they had run.
6          A   Yes.
7          Q   And what do you mean by
8 that?
9          A   To see what names they had
10 requested information on through the LETS
11 computer system.
12          Q   So to see who they performed
13 background checks on --
14          A   No, ma'am.
15          Q   -- or criminal history
16 checks.
17          What would they have been running
18 these names for?
19          A   Just anything.  To see where
20 they live, where they are, what they
21 drive.  There's a wealth of information on
22 the LETS system.  I don't know what they
23 would be looking for, but any of that is

Page 143

1 possible to obtain.
2          Q   Is this something that
3 officers runs suspects names through the
4 system?
5          A   Yes.
6          Q   Is this the system that you
7 ran these suspects names through?
8          A   No.
9          Q   So that's a different
10 system.
11          A   Yes.
12          Q   Tell me what information
13 LETS has in it.
14          A   It has like their driving
15 history.  It's just numerous.  Driving
16 history.  Any relations they may have to
17 other people.  There's a screen for that.
18 There's a screen -- it's got anything --
19 crimes they've been charged with locally
20 or in the state.  Traffic tickets.  Their
21 driving histories, such as that.
22          Q   Any other information other
23 than driving histories, relations to other

Page 144

1 people, crimes, traffic tickets?
2          A   Possibly, but I don't
3 recall.
4          Q   And so you asked this
5 individual to run Mr. Gray and Ms. Carney
6 through that system.
7          A   Yes.
8          Q   So you were checking their
9 background.
10          A   No, ma'am.  Matt Mancil can
11 run a check different than what we run,
12 Matt is in charge of it, and he can run a
13 check to see who all they have run a check
14 on.
15          Q   But didn't you state that
16 you wanted to view their activity from the
17 last eight months.
18          A   That's right.  The activity
19 that Matt Mancil can produce for us that
20 we can't produce for ourselves.
21          Q   Do you have a copy of his
22 response?
23          A   I do for Mr. Gray.

Page 145

1    Q   Okay.  Where is that?
2    A   It's in your file.
3    Q   Can you help me find that in
4  this mountain of documents?
5        MS. EDWARDS:  We'll go off
6  the record.
7        MR. MITCHELL:  Are we taking
8  a break?
9        MS. EDWARDS:  Okay.  We're
10 off the record until we can allow you to
11 find that document.
12       (Off the record.)
13   A   I have it, if that helps.
14   Q   Okay.  You said 002240.
15   A   002240.
16   Q   Uh-huh.  Okay.  Now, my
17 document begins with something that begins
18 with LETS 3 web.
19   A   That's it.
20   Q   I have a name of Warren
21 McNeil.
22   A   Yes.
23   Q   Who is that?

Page 146

1    A   I have no idea.
2    Q   You claim this is your
3  response from Matt Mancil.  This is a
4  response from him in reply to your e-mail
5  of August 26th, 2013.
6    A   Yes.
7    Q   How did he send this to you?
8    A   E-mail.
9    Q   Did he not have any
10 statement of what this is?  I mean, where
11 is the e-mail header information?
12   A   I have no idea.
13   Q   Is this not part of your
14 official file?
15   A   Yes, this is what he sent
16 me.  This is the history of Captain Gray
17 logged on to the LETS system.  That is all
18 he did.
19   Q   Where does it say that on
20 here, though, that this is his response to
21 you --
22   A   It doesn't.
23   Q   -- and that this is related

Page 147

1  to Mr. Gray?
2        Then, how do you know that?
3    A   Because I recognize the
4  document.
5    Q   But you say this document
6  came to you via e-mail.
7    A   Yes.
8    Q   Where is the e-mail that
9  attached this document?
10   A   I have no idea.  All I
11 needed was the document off the e-mail.  I
12 didn't need the e-mail.  It was sent an
13 attachment.  I just printed it off.
14   Q   So how do you know that this
15 was for Mr. Gray and not Ms. Carney?
16   A   Because I have a separate
17 one for her.
18   Q   What is hers?  What number?
19   A   It's not in this file.  Hers
20 was three or four pages full.
21   Q   So you don't know who Warren
22 McNeil is.
23   A   No, ma'am.

Page 148

1    Q   Did you investigate who it
2  was?
3    A   I compared it to any names
4  that I come across during this
5  investigation, and it did not match any
6  names that I had, so I could not connect
7  it with Mr. Gray at all.
8    Q   So based on this response
9  from Mr. Mancil, you were convinced that
10 Mr. Gray had not run any checks on any
11 members of the Outlaw Motorcycle Club,
12 correct?
13   A   That's correct.
14   Q   And so there was no evidence
15 within Mr. Mancil's response to you that
16 would indicate that Mr. Gray had been
17 passing along any information to a head of
18 a motorcycle club.
19   A   I'm sorry.  Say that one
20 more time.
21   Q   Based on this response that
22 you received from Matt Mancil --
23   A   Yes.

Page 149

1      Q   -- there was no evidence
2   there that Mr. Gray had been passing on
3   any information --
4      A   That is correct.
5      Q   -- to any motorcycle club.
6      A   That's correct.
7      Q   During your investigation,
8   did you research Mr. Gray's Bama Boyz Club
9   with regard to whether it was considered a
10  one percenter?
11     A   Yes.
12     Q   In your investigation you
13  discovered that Bama Boyz is not
14  considered a one percenter.
15     A   That's correct.
16     Q   It is not considered an
17  outlaw motorcycle club, is it?
18     A   No, it is not.
19     Q   You could not prove that Mr.
20  Gray had ever witnessed any illegal
21  activity of any other motorcycle club, did
22  you?
23           MR. MITCHELL:  Object to the

Page 150

1   form.
2      Q   What was your answer?
3      A   Say that again.  I'm sorry.
4      Q   Your investigation never
5   determined that Mr. Gray witnessed any
6   illegal activity, did it?
7      A   No, ma'am.
8      Q   Your investigation showed
9   that Mr. Gray had not participated in any
10  illegal activity, didn't it?
11     A   That is correct.
12     Q   Did you understand during
13  your investigation that the term, quote,
14  unquote, "blessing" meant that Mr. Gray
15  was requesting that his club be able to
16  ride in a particular territory without any
17  friction from another motorcycle club?
18     A   Yes.
19     Q   And that he was doing so to
20  avoid any potential conflicts or harm to
21  members of his motorcycle club, the Bama
22  Boyz.
23     A   Yes.

Page 151

1           MS. EDWARDS:  I'm going to
2   take a quick break.
3           (Short break.)
4      Q   (BY MS. EDWARDS:)  All
5   right.  As you were interviewing these
6   suspects for the previous night's assault,
7   you failed to remove your firearm when
8   questioning the suspects, correct?
9      A   You said I failed to remove
10  it.  I obviously did not remove it.  I
11  don't recall if I removed it or not.
12     Q   That would be in violation
13  of department policy, wouldn't it?
14     A   No, ma'am.
15     Q   So there is no policy that
16  you remove your firearm prior to
17  interrogating a witness?
18     A   In a criminal investigation
19  yes, ma'am, not in an administrative
20  investigation.
21     Q   So when you were -- or when
22  you are interviewing persons in the City
23  of Dothan Police Department's custody,

Page 152

1   there is no policy to remove your firearm?
2      A   No, ma'am, unless I go into
3   the jail to interview them.
4      Q   So there is a policy that
5   you have to remove it when you interview
6   in the jail.
7      A   When you enter the jail you
8   have to remove your weapon for any reason.
9      Q   Is there not a box outside
10  the room in which you were questioning
11  these suspects that is specifically for
12  the removal of your firearm?
13     A   I'll have to say no.
14     Q   There's not a box anywhere
15  around that interview room that is
16  specifically for removal of your firearms.
17     A   Yes, ma'am.
18     Q   And you failed to use that
19  box.
20     A   I wasn't required to use
21  that box.
22     Q   So you chose to interview
23  these suspects wearing your firearm.

Page 153

1      A    Yes.
2      Q    Did you request that Matt
3  Mancil run a check on any other police
4  officers who are involved with motorcycle
5  clubs?
6      A    No, ma'am.
7      Q    The two white employees that
8  you identified as that you have knowledge
9  that they're involved with motorcycle
10 clubs, you did not ask Matt Mancil to run
11 a check on them?
12     A    I did not ask him to run a
13 check on Adrian Woodruff or Chris Watson.
14     Q    Only Keith Gray and a
15 ReaMonica Carney.
16     A    Yes, ma'am.
17     Q    Now, you indicated earlier
18 that you have your complete investigative
19 file in front of you, correct?
20     A    It appears to be, yes,
21 ma'am.
22     Q    And within that file you
23 were unable to locate the notices given to

Page 154

1  Mr. Gray prior to his Internal Affairs
2  interviews; is that correct?
3      A    Yes, ma'am.
4      Q    So did you or did you not
5  give Mr. Gray notices prior to his
6  Internal Affairs interviews?
7      A    The one interview.  The
8  first interview I did.
9      Q    But you didn't the second?
10     A    No, it's not required.
11     Q    Understand what rule?
12     A    We notify them when they're
13 under investigation, not about to be
14 interviewed.  The notice was letting him
15 know he was under investigation.
16     Q    So is it your testimony that
17 you don't provide an officer with notice
18 of the areas in which they're going to be
19 interrogated during an Internal Affairs
20 investigation?
21     A    I'm sorry.  Say that again.
22     Q    Is it your testimony that
23 you do not have to provide notice to a

Page 155

1  police officer who is being interviewed as
2  part of an Internal Affairs investigation?
3          MR. MITCHELL:  Object to
4  form.
5      A    No, ma'am.
6      Q    Let me see if I can ask this
7  a better form.
8          Do you or do you not to provide
9  an officer notice prior to interviewing
10 him as part of an Internal Affairs
11 investigation?
12     A    No.
13     Q    So you don't have to advise
14 an officer of the topics in which you are
15 going to be questioning him during an
16 Internal Affairs investigation?
17     A    Yes.
18     Q    You do.
19     A    Yes, ma'am.
20     Q    And so you only provided him
21 with one notice before one interview.
22     A    Yes, ma'am.
23     Q    Now, you asked him different

Page 156

1  questions in his second interview, did you
2  not?
3      A    Yes, ma'am.
4      Q    And you failed to provide
5  him notice of those different questions,
6  didn't you?
7      A    No, ma'am.
8      Q    So you did provide a second
9  notice?
10     A    We're required to notify an
11 officer when he's under investigation,
12 when he's under investigation, not before
13 we interview them.
14     Q    The question I asked you is
15 do you or do you not have to advise an
16 officer of the areas in which you intend
17 to question him -- question him --
18     A    No, ma'am.
19     Q    -- during an Internal
20 Affairs investigation?
21     A    No, ma'am.
22     Q    Do you or do you not have to
23 provide an officer with notice of what

Page 157

1  he's being investigated for?
2       A   Yes, ma'am.
3       Q   So you provided notice to
4  Mr. Gray at the outset of the
5  investigation.
6       A   Yes, ma'am.
7       Q   Is it not true that you were
8  investigating him for other things outside
9  of that initial notice during his second
10 interview?
11      A   No, ma'am.
12      Q   Okay.  So it is your
13 testimony that the notice that he was
14 given at the outset of his Internal
15 Affairs investigation includes every area
16 in which you questioned him?
17      A   No, ma'am.
18      Q   So you admit you did not
19 provide him with notice of some of the
20 areas in which you were investigating him.
21          MR. MITCHELL:  Object to
22 form.
23      Q   You can answer.

Page 158

1       A   Say it again, please.  I'm
2  sorry.
3       Q   So you admit that Mr. Gray
4  was not provided notice of every area in
5  which you investigated him.
6       A   No, ma'am.
7       Q   You do admit that he didn't
8  receive notice.
9       A   Of what?
10      Q   Of every area in which you
11 investigated him.
12      A   What was the question you
13 asked me right before that?
14      Q   Was Mr. Gray provided notice
15 of every area in which he was questioned?
16      A   No.
17      Q   Well, isn't it true during
18 your Internal Affairs investigation that
19 Mr. Gray advised you that he had a pending
20 EEO charge?
21      A   I'm sorry.  Say that again,
22 please.
23      Q   Let me ask you this:  You

Page 159

1  knew ahead of this investigation that Mr.
2  Gray had filed an EEOC charge, correct?
3       A   No, ma'am.
4       Q   Okay.  He advised you during
5  his interrogation that he had filed an
6  EEOC charge, correct?
7       A   He advised me at the
8  beginning of the first interview of
9  something, but I did not know what he was
10 talking about.
11      Q   Wasn't he, during his
12 interview with you attempting to advise
13 you of civil rights violation, issues
14 concerning his complaint that he had
15 previously filed?
16      A   I don't recall.
17      Q   Didn't you, in fact,
18 conclude the interview while he was
19 attempting to advise you of the racial
20 discrimination and harassment complaint?
21      A   That was the second
22 interview.
23      Q   And you did not allow him --

Page 160

1       A   No, ma'am.  It's not part of
2  my investigation.
3       Q   I'd like to --
4           MR. MITCHELL:  Please let
5  her finish her question.
6           THE WITNESS:  I'm sorry.
7  I'm sorry.
8           MR. MITCHELL:  Okay.
9           THE WITNESS:  I'm sorry.
10          MS. EDWARDS:  Can we go off
11 the record for a second?
12          (Off the record.)
13      Q   (BY MS. EDWARDS:)  Sergeant
14 Smith, are you familiar with General Order
15 200-30?
16      A   Yes, ma'am.
17      Q   What is your understanding
18 of that order?
19      A   That's the professional
20 standards order.
21      Q   Yes.  And what do you
22 understand that order to involve?
23      A   It's the guidelines involved

Page 161

1 in conducting a -- I believe it's
2 conducting an internal investigation.
3 It's professional standards.
4        Q   Do you have a copy of that
5 order?
6        A   Yes, ma'am.
7        Q   Will you refer with me to
8 Section 4?
9        A   Section 4?
10       Q   Yes.  D.  Section 4 D-2.
11 Will you read that out loud?
12       A   The following topics of
13 stance shall not be forwarded back to a
14 supervisor, but will be investigated by
15 the professional standards.  Incidents
16 involving -- I'm sorry.
17       2.  Complaints involving
18 allegations of civil rights violations or
19 involving allegations of employees that
20 use racial or ethnic epithets.  (As read.)
21       Q   But you failed to
22 investigate Mr. Gray's complaints to you
23 during your Internal Affairs investigation

Page 162

1 regarding --
2        A   No, ma'am.
3        Q   -- his civil rights
4 investigation?
5        A   No, ma'am.
6        Q   You just told me that's not
7 your job, internal affairs.  Didn't you
8 just testify to that?
9        A   Yes, ma'am.
10       Q   So were you mistaken?
11       A   This is referring to when a
12 complaint comes in by a citizen.  In-house
13 complaints for this stuff involves Darryl
14 Mathews.  And once it's already -- the
15 investigation is started, which is what he
16 indicated in the first interview when he
17 said, this is in retaliation for filing
18 this complaint.  Once it's been filed, I
19 don't interfere with their investigation.
20 That's their investigation.  It's no
21 longer my point.
22       Q   Where does it say that?
23       A   That's just understood, and

Page 163

1 it's possibly in the personal handbook.
2        Q   But you don't know that.
3        A   No, ma'am.  I'd have to read
4 it and see.
5        Q   There is nothing written in
6 this policy that states that 4 D-2 only
7 applies to citizen complaints, does it?
8        A   No, ma'am.  The personnel
9 department rules trump this book, yes,
10 ma'am.
11       Q   Who says that?
12       A   The City of Dothan says
13 that.
14       Q   Where?
15       A   I don't recall.
16       Q   There is no written document
17 that you can point to that tells me that
18 personnel board rules trump Internal
19 Affairs investigation rules.
20       A   Not one that I can show you,
21 no, ma'am.
22       Q   So you don't know for sure
23 that a policy like that exists?

Page 164

1        A   I've seen something to that
2 effect, but I can't quote it exactly and I
3 can't tell you where to find it.
4        Q   There is nothing within this
5 policy that states these rules are
6 differential to the personnel board rules,
7 is there?
8        A   I do not know.
9        Q   And this is the policy that
10 governs Internal Affairs investigations,
11 correct?
12       A   Yes, ma'am.
13       Q   It does not say that these
14 rules are trumped by personnel board
15 rules, does it?
16       A   I do not know.
17       Q   Is this the full and
18 complete policy for Internal Affairs
19 investigations?
20       A   It appears to be.
21       Q   And it does not say that
22 this Section 4 D-2 only applies to citizen
23 complaints, does it?

Page 165

1      A   It possibly does before
2  that, it's continuation.  3 is Complaint
3  Process.  It starts with a citizen.
4      Q   I would like for you to take
5  a moment and read the complete policy.
6      A   Okay.  I will.
7      Q   And you tell me if you see
8  where it says anything about the Dothan
9  Police Department personnel board rules
10 trumping this set of rules or where that
11 rule only complies to citizen complaints.
12     Q   Yes, ma'am.
13     Q   Did you review the policy,
14 sir?
15     A   Yes, ma'am.
16     Q   Do you see within your
17 Internal Affairs policy what you just
18 testified is your complete Internal
19 Affairs policy where the Dothan personnel
20 board rules trump the Internal Affairs
21 rules.
22          MR. MITCHELL:  Object to
23 form.

Page 166

1      A   No, ma'am.
2      Q   It is not within that --
3  your Internal Affairs policy, is it?
4      A   Not in order 200-3, no,
5  ma'am.
6      Q   It's also not in order
7  200-3, that Section 4 D-2 only pertains to
8  complaints from citizens, doesn't it?
9      A   No, ma'am.
10     Q   It doesn't say anywhere in
11 here that it only pertains to citizens and
12 not employees, does it?
13     A   No, ma'am.
14     Q   And you did not investigate
15 Mr. Gray's complaint during your
16 investigation of the civil rights
17 violation, did you?
18     A   No, ma'am.
19     Q   Did you interview an
20 individual by the name of Big O?
21     A   No, ma'am.
22     Q   Who have you spoken to who
23 is a known member of the Outcast

Page 167

1  Motorcycle Club?
2      A   Who have I spoken to?
3      Q   Yes.
4      A   The ones we interviewed.
5      Q   Are all of the individuals
6  that you interviewed who were suspects
7  pursuant to the previous night's assault
8  members of the Outcast Motorcycle Club?
9      A   I do not know.
10     Q   Who did you question that
11 you know is a member of Outcast Motorcycle
12 Club?
13     A   The ones I recall being a
14 member that I know of for a fact was Eze
15 Abuwali, McGoley, and the local guy,
16 Wendell Key.  That's the ones I remember.
17     Q   Did you ask any of these
18 three individuals, or anyone else who
19 could have been a member of Outcast
20 Motorcycle Club, whether Taiwan Truitt
21 received a blessing to ride in a specific
22 territory?
23     A   No, ma'am.

Page 168

1      Q   Did you ask any of those
2  individuals, any individual that you have
3  ever known to be a part of Outcast
4  Motorcycle Club whether Adrian Woodruff
5  has received a blessing?
6      A   No, ma'am.
7      Q   Have you asked any known
8  member of Outcast Motorcycle Club weather
9  the other white individual -- remind me of
10 his name who you gave his testimony
11 before.
12     A   I'm not sure.
13     Q   Who was the other white
14 officer that you admitted to having
15 knowledge of being apart of a motorcycle
16 club other than Adrian Woodruff?
17     A   The other officer is Chris
18 Watson.
19     Q   Chris Watson.  Did you ask
20 any known Outcast member whether Chris
21 Watson had received a blessing?
22     A   No, I did not.
23     Q   Did you investigate whether

Page 169

1  Adrian Woodruff or Chris Watson had
2  received a blessing from any outlaw
3  motorcycle club?
4      A   Yes, I did.
5      Q   How?
6      A   I asked them.
7      Q   You asked Ms. Woodruff and
8  Mr. Watson.
9      A   Yes, I did.
10     Q   Was that the extent of your
11 investigation?
12     A   No, I interviewed them, but
13 that was what the summary of it was.  They
14 did not ask for a blessing.
15     Q   Because you never launched
16 an internal investigation into those two
17 individuals.
18     A   No, just doing an inquiry,
19 just checking.
20     Q   The City of Dothan has never
21 launched an internal investigation into
22 these two white officers regarding their
23 motorcycle club activities, have they?

Page 170

1      A   I don't know why, but no,
2  not to neither of those two officers.
3      Q   You know those two officers
4  are not black, correct?
5      A   Yes.
6      Q   You went into these
7  interviews with Keith Gray with the
8  specific intent of learning about his
9  involvement with Outcast Motorcycle Club,
10 didn't you?
11     A   Say that again.  I'm sorry.
12     Q   You went into these
13 interviews with Mr. Gray with the specific
14 intent of learning about his involvement
15 with Outcast Motorcycle Club, didn't you?
16     A   Yes.
17     Q   What were your findings as
18 far as policy violations are concerned of
19 Mr. Gray as a result of your Internal
20 Affairs investigation?
21         MR. MITCHELL:  Object to
22 form.
23     Q   What policies did you find

Page 171

1  that based on your Internal Affairs
2  investigation, what policies do you allege
3  that Mr. Gray violated?
4         MR. MITCHELL:  Object to
5  form.
6      Q   You can answer.
7      A   Say it again.  I'm sorry.
8      Q   Did you find that Mr. Gray
9  had violated any policies as a result of
10 your Internal Affairs investigation?
11     A   I turned my findings of my
12 investigation over to the Chief.
13     Q   Okay.  When you turned your
14 findings over to the Chief, how did you
15 turn them over to him?
16     A   In the form you see here.
17     Q   What form?
18     A   They were just given to him
19 in report form.
20     Q   This form, the memorandum
21 to --
22     A   This -- this memorandum,
23 yes.

Page 172

1      Q   To Gregory Benton from
2  Sergeant Donny Smith.
3      A   Yes.
4      Q   How did you give him this
5  form?
6      A   I don't recall.
7      Q   Did you hand it to him,
8  e-mail it to him?
9      A   It could have been either
10 one, yes, ma'am.
11     Q   And so is this the -- is
12 this the only information that you gave
13 Chief Benton?
14     A   No.  We had sit down
15 discussions about all of this
16 investigation.
17     Q   So did you provide him with
18 any information that's not included in
19 your report to him?
20     A   Yes, I probably did.
21     Q   Probably?
22     A   Yes, ma'am.
23     Q   Where is that in your

Page 173

1  investigative file?
2       A   It's not -- our discussions
3  is not written.  We just discussed things.
4       Q   What did you discuss that's
5  outside of this report with Chief Benton?
6       A   I don't recall.
7       Q   You understand that you're
8  under a duty to testify as to the
9  complete --
10      MR. MITCHELL:  We understand
11 that.  We understand that.
12      A   Yes, ma'am.
13      MS. EDWARDS:  Mr. Mitchell,
14 I would appreciate it if you don't
15 interrupt me.
16      MR. MITCHELL:  Uh-huh.
17      Q   I want to know, is there any
18 information not included in this report
19 that you provided to Chief Benton.
20      A   Possibly.
21      Q   What would it be?
22      A   It would be all of this in
23 these books.

Page 174

1       Q   Did you provide those books
2  to Chief Benton?
3       A   These are not my books.
4       Q   I want to know the precise
5  information that you gave to Chief Benton
6  as a result of your Internal Affairs
7  investigation that he ordered.
8       A   He has either seen or we
9  have talked about everything in these
10 books.
11      Q   How do you know what he's
12 seen?
13      A   Because I showed them to
14 him.
15      Q   You showed him these books?
16      A   Either.  No, I did not.
17      Q   Thank you.  I want to know
18 other than this written report what you
19 showed him.
20      A   I don't recall.
21      Q   So sitting here today as the
22 corporate witness responsible for
23 testifying about the Internal Affairs

Page 175

1  investigation, you don't know what you
2  provided Chief Benton.
3       MR. MITCHELL:  Object to
4  form.  That's not what he said.
5       MS. EDWARDS:  That's
6  precisely what he said.
7       MR. MITCHELL:  No.
8       Q   Did you or did you not just
9  say you don't know what you provided Chief
10 Benton?
11      A   I either talked to him or
12 showed him at least everything right here.
13      Q   Where in your --
14      MR. MITCHELL:  By "right
15 here," you're referring to two binders
16 full of information.
17      A   These two binders that were
18 provided by the law firm that I gave my
19 stuff to, that I gave my file to.
20      Q   Okay.  So your law firm gave
21 you these binders.
22      A   They created these binders.
23      Q   Correct.

Page 176

1       A   Well, I take that back.  I
2  do not know who created these binders.
3       Q   But they were given to you
4  by your attorneys?
5       A   No.  They were given to me
6  by Sergeant Doug Magill.
7       Q   Those binders were given to
8  you by Sergeant Doug Magill?
9       A   Yes, they were.
10      Q   When?
11      A   I don't recall.
12      Q   It was two weeks ago, wasn't
13 it?
14      A   When I came in the door to
15 my office, these were in my office.
16      Q   You did not have these --
17      A   So as a matter of fact, Doug
18 Magill didn't give them to me.  They were
19 in any office.
20      Q   Right.  But you didn't have
21 those at the conclusion of your Internal
22 Affairs investigation, did you?
23      A   Yes, I had every bit of this

Page 177

1  on my computer on a disc.
2      Q   They weren't in those
3  binders at the conclusion of your Internal
4  Affairs investigation, were they?
5      A   Were what in these binders?
6      Q   Those documents.  These
7  binders --
8      A   I don't know when these
9  documents were put in these binders.
10      Q   Answer my simple question.
11      A   It's not simple.
12      Q   You didn't have these
13  binders, as they sit in front of you
14  today, at the conclusion of your Internal
15  Affairs investigation, did you?
16      A   No, ma'am.  No, ma'am.
17      Q   Do you have anywhere in your
18  Internal Affairs investigation what you
19  gave to Chief Benton other than this
20  memorandum?
21      A   Say that again, please.
22      Q   This is your report to Chief
23  Benton, correct?

Page 178

1      A   Yes, ma'am.
2      Q   You don't have anything else
3  in your Internal Affairs investigation
4  showing that you gave Chief Benton
5  anything other than this document, do you?
6      A   Showing that I gave it to
7  him?
8      Q   Correct.
9      A   He didn't sign for it, no,
10  ma'am.  It's just my word that I gave it
11  all to him.
12      Q   You gave all what?
13      A   Everything involved in my
14  investigation I either gave to him, showed
15  him or discussed with him, which is what
16  we do.  I discuss things with the Chief
17  involving IA cases.
18      Q   But you didn't give him
19  these binders.
20      A   It's not required that I
21  write a memorandum to him.
22      MR. MITCHELL:  Don't argue.
23  Just answer.

Page 179

1      A   I'm sorry.  I'm sorry.
2      Q   But you did?
3      A   Yes.
4      Q   You prepared a summary of
5  your investigation that you gave to him.
6      A   The majority of it, yes.
7      Q   The majority of it.
8      A   Uh-huh.
9      Q   Oh, so you didn't include
10  your complete investigation in this
11  memorandum.
12      A   Not under the heading of
13  memorandum, no.
14      Q   Why would you draft a
15  memorandum that purports to be your
16  findings of an internal investigation into
17  Keith Gray that doesn't include
18  everything?
19      A   That memorandum sits on top
20  of all of this paperwork.
21      Q   You did not give those
22  binders to Chief Benton.  You just
23  testified as to that.

Page 180

1      MR. MITCHELL:  This is
2  ridiculous.  He gave every piece of
3  information in the binder --
4      MS. EDWARDS:  I appreciate
5  if you --
6      MR. MITCHELL:  -- but not
7  the binder.
8      MS. EDWARDS:  Oh, yeah
9  right.  You're testifying now.
10      MR. MITCHELL:  I am.
11      MS. EDWARDS:  You're
12  testifying now, Mr. Mitchell.
13      MR. MITCHELL:  I am.  I am.
14  This is becoming ridiculous.
15      Q   At the end of your
16  investigation -- when was your
17  investigation completed?
18      A   I don't recall.
19      Q   You don't have a date in
20  your internal investigation file of when
21  you concluded your Internal Affairs
22  investigation.
23      A   No, ma'am.

Page 181

1      Q   You have no record with the
2   City of Dothan of when you concluded your
3   Internal Affairs investigation?
4      A   It's completed the day the
5   Chief signs the 147 write up.
6      Q   What is 147?
7      A   The write-up form.  That's
8   the day it's considered finalized.
9      Q   What was that date?
10     A   I don't recall.
11     Q   Now, within your report to
12  Chief Benton, which was prepared on
13  September 16th, 2013, you advised him that
14  you have knowledge that Captain Keith Gray
15  is associated with Bama Boyz and that
16  Officer Taiwan Truitt is associated with
17  All Throttle, correct?
18     A   Yes.
19     Q   And you also advise Chief
20  Benton that All Throttle and Bama Boyz are
21  quote, unquote "support groups to
22  Outcast."
23     A   Yes.

Page 182

1      Q   You mentioned earlier that
2   ABI was involved in the incident that
3   occurred at the Outcast Motorcycle Club
4   based on illegal sales of alcohol, is that
5   correct?
6      A   No, ma'am.  It was Alabama
7   Beverage Control.
8      Q   Oh, I see.  How did Alabama
9   Bureau of Investigation become involved in
10  this?
11     A   I do not know.
12     Q   So you did not involve them
13  in your Internal Affairs investigation?
14     A   No, ma'am.
15     Q   Did anyone?  Did Sergeant
16  Magill, that you know of?
17     A   Not that I know of, no,
18  ma'am.
19     Q   What about the FBI?
20     A   No, ma'am.
21     Q   So you had no reason to call
22  in either the ABI or the FBI regarding Mr.
23  Gray's activities?

Page 183

1      A   Call them in to the
2   clubhouse?
3      Q   To involve them in your
4   Internal Affairs investigation with regard
5   to Keith Gray.
6      A   No.
7      Q   So you didn't -- the ABI and
8   the FBI did not investigate Keith Gray
9   regarding his motorcycle club involvement.
10     A   Not to my knowledge.
11     Q   Did you receive any formal
12  Internal Affairs training from the
13  Institute of Police Technology and
14  Management?
15     A   Yes, ma'am.
16     Q   IPTM.
17     A   Yes, ma'am.
18     Q   When?
19     A   I do not recall the exact
20  date.
21     Q   Was it a year ago, five
22  years ago?
23     A   More than that.

Page 184

1      Q   Ten years ago?
2      A   Between five and seven.
3      Q   Did you receive a
4   certificate of completion?
5      A   Yes, ma'am.
6      Q   Do you have that?
7      A   No, ma'am.
8      Q   Where would that be?
9      A   I do not recall.
10     Q   Did you receive any manuals
11  as apart of that training?
12     A   I do not recall.
13     Q   Do you adhere to the
14  information that you were trained at IPTM?
15     A   Yes, ma'am.
16     Q   Is there a policy that
17  mandates off-duty reporting of officers of
18  all police interactions other than
19  arrests?
20     A   I'm sorry.  Say that again.
21     Q   Is there a policy that
22  mandates off-duty reporting of police
23  officers of all police interactions other

Page 185

1   than arrests?
2           MR. MITCHELL:  Object to
3   form.
4       Q   I guess a better way to
5   phrase the question:  Is there any policy
6   that mandates off-duty reporting of
7   altercations or interactions between
8   police officers off duty, other than
9   making an arrest of a fellow police
10  officer?
11          MR. MITCHELL:  Object to
12  form.  Is there something that involves
13  off-duty reporting of a police officer who
14  is off duty?  Do they have some
15  responsibility to report?
16          MS. EDWARDS:  Yes.  Well,
17  let me try to make it a little bit clearer
18  for you, Mr. Mitchell.
19      Q   Is there a policy, for
20  example, there was the altercation, an
21  alleged altercation at this Eton's Lounge
22  where Taiwan Truitt had an interaction
23  with Keith Gray at Eton's, and Keith Gray

Page 186

1   is alleging some conduct by Taiwan Truitt
2   that occurred at that lounge.  Is there
3   any policy that you're aware of that
4   mandates Mr. Gray to report that
5   interaction?
6       A   Not that I'm aware of.
7       Q   So it's your -- did you
8   recommend to Chief Benton specific
9   policies that you found Mr. Gray to be in
10  violation of?
11      A   Did I recommend certain
12  policies?
13      Q   No.  Did you advise Chief
14  Benton of --
15      A   No, ma'am.
16      Q   -- policies that you found
17  within your Internal Affairs
18  investigation?
19      A   No, ma'am.
20      Q   There is nothing in your
21  memorandum of September 16, 2013, that
22  states that Mr. Gray was dishonest, is
23  there?

Page 187

1           MR. MITCHELL:  Object to
2   form.
3       A   Will you say that again,
4   please?
5       Q   In this memorandum of
6   September 16th, 2013, that purports to be
7   the results of your Internal Affairs
8   investigation, it is the memo to Chief
9   Gregory Benton from you, there is nothing
10  in the findings of your Internal Affairs
11  investigation that suggest that Mr. Gray
12  was dishonest.
13          MR. MITCHELL:  That's a
14  statement, but I guess it could be turned
15  into a question.
16      Q   Is that correct?
17          MR. MITCHELL:  Object to
18  form.
19      A   No.
20      Q   So in other words your
21  findings in the memorandum from September
22  16, 2013, do not state that Mr. Gray had
23  been dishonest during your investigation

Page 188

1   of him; is that correct?
2       A   I'm sorry.  Say again.
3       Q   This memorandum dated
4   September 16th, 2013, that purports to be
5   your findings from your Internal Affairs
6   investigation that is to Chief Benton from
7   you, does not state that you felt that
8   Keith Gray was dishonest during the
9   investigation, does it?
10      A   That does not have the
11  written statement on it, no, it does not.
12      Q   Nowhere in here does it say
13  that he was being deceptive during his
14  investigation.
15      A   That memorandum goes -- that
16  memorandum goes on the top of my file.
17      Q   What in your file do you --
18  supports your allegation -- do you allege,
19  first of all that?
20      A   Yes.
21      Q   Okay.  Tell me what in your
22  file --
23      A   Yes

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 189

1        MR. MITCHELL:  Yes, what?
2   Let mere finish her question.
3        THE WITNESS:  I'm sorry.
4   I'm sorry.
5        MR. MITCHELL:  Do you allege
6   what?
7        Q    Do you allege that Mr. Gray
8   was dishonest in any part of this
9   investigation?
10       A   Yes, ma'am.
11       Q   What in your investigative
12   file states that?  Show me a document.
13       A   It's not written -- it's not
14   written by me.
15       Q   Who wrote it?
16       A   It's not written at all.
17       Q   Nothing in your
18   investigation file do you have written --
19   a written finding that Mr. Gray was
20   dishonest during the investigation.
21       A   It's on the 147, the actual
22   official charge given to him accuses him
23   of that.

Page 190

1        Q   Drafted by Chief Benton.
2        A   Yes.
3        Q   So nothing within your
4   Internal Affairs investigation states that
5   Mr. Gray was dishonest.
6        A   No.
7        Q   There is no documentation
8   anywhere of Mr. Gray's dishonesty in this
9   investigation.
10       A   Yes, there is.
11       Q   What documentation?  Show
12   me.
13       A   There is no document written
14   that says blah, blah, blah, blah.  It's
15   the interview compared to -- transcribed
16   of a disc that was found in his vehicle,
17   which the Chief had access to.  And if you
18   -- I'm sorry.  Go ahead.
19       Q   You don't know where that
20   disc came from, do you?
21       A   No.
22       Q   You don't know who created
23   that disc, do you?

Page 191

1        A   I was told by Mr. Gray that
2   one of his members recorded it.
3        Q   Who?
4        A   I do not know who.  He may
5   have told me the name and I forgot.
6        Q   You don't know whether that
7   disc was edited, do you, at any point in
8   time before it came into your possession.
9        A   No, I do not.
10       Q   You don't know if that disc
11   was modified in any way?
12       A   No, I do not.
13       Q   So other than this
14   unauthenticated disc that you don't know
15   who recorded it, you don't know whether
16   it's been edited or manipulated, that in
17   comparison to his --
18       A   Interview.
19       Q   -- interview --
20       A   Yes, ma'am.
21       Q   -- is that the only evidence
22   or only thing within your investigation
23   that would -- that you base your

Page 192

1   allegation of his being dishonest on?
2        A   No, ma'am.
3        Q   What else?
4        A   A letter that was also
5   discovered that is written from him to his
6   members saying that they have the
7   blessings from Big O, Big Meat and someone
8   else.
9        Q   Where is that letter?
10       A   It's in the file.
11       Q   Where?
12       A   In this file.
13       Q   Will you show me the letter
14   you're referring to.
15       A   Yes, ma'am.  2035.
16       Q   Where did you obtain a copy
17   of this letter?
18       A   From Keith Gray's office.
19       Q   Do you know who wrote the
20   letter?
21       A   No, ma'am.
22       Q   You don't know where it came
23   from.

Page 193

1    A   No, ma'am.
2    Q   How do you allege that this
3  is evidence that Mr. Gray was dishonest?
4    A   It's just showing that he
5  actually did meet with these people and
6  receive their blessings.
7    Q   He never denied receiving a
8  blessing when you interviewed him.
9    A   Okay.
10    Q   Did he?
11    A   I don't believe he did.
12  You're right.
13    Q   So it's not really
14  evidence --
15    A   Not really relevant, no.
16    Q   It's not evidence that he
17  was dishonest.
18    A   No, this letter is not.
19    Q   So then, other than the
20  recording that we aren't sure where it
21  came from or who had it or who edited it,
22  in comparison to his interview --
23    Well, first of all, what within

Page 194

1  this recording that we don't know where it
2  came from is in conflict?
3    A   In his first interview he
4  stated that he had no knowledge of Outcast
5  being a one percent club, that they're not
6  bad.  It's numerous, numerous topics in
7  there.
8    Q   He never denied getting a
9  blessing.
10    A   No, he did not.
11    Q   And he told you during his
12  interview that the only reason for doing
13  so was to avoid conflict and protect his
14  club, wasn't it?
15    A   Yes.
16    Q   Other than that, is there
17  anything else within your investigation
18  that would support an allegation that Mr.
19  Gray was dishonest during the Internal
20  Affairs investigation?
21    A   No, ma'am.
22    MS. EDWARDS:  That's all I
23  have.

Page 195

1    EXAMINATION
2  BY MR. MITCHELL:
3    Q   Mr. Smith, how long have you
4  been in Internal Affairs for the City of
5  Dothan Police Department?
6    A   How long have I been?
7    Q   Yes.
8    A   Since 2008.
9    Q   In that time, are you aware
10  of Internal Affairs ever investigating any
11  employee of EEOC charges?
12    A   No, sir.
13    Q   Has Internal Affairs, to
14  your knowledge, ever investigated any
15  internal employee complaints of race
16  discrimination?
17    A   No.  No, sir.
18    MR. MITCHELL:  That's all.
19    MS. EDWARDS:  Just one
20  followup.
21    RE-EXAMINATION
22  BY MS. EDWARDS:
23    Q   Have you ever investigated

Page 196

1  an officer in an Internal Affairs
2  investigation, other than Mr. Gray where
3  they alleged race discrimination during
4  the Internal Affairs investigation?
5    A   I don't recall doing that.
6    Q   You don't recall ever doing
7  that.
8    A   I don't recall, no.
9    Q   You don't ever recall any
10  other employee complaining of race
11  discrimination or harassment during an
12  Internal Affairs interview?
13    A   No, ma'am.
14    MS. EDWARDS:  Nothing
15  further.
16
17    FURTHER THE DEPONENT SAITH NOT.
18
19
20
21
22
23

```
                              Page 197
 1           C E R T I F I C A T E
 2    STATE OF ALABAMA  )
 3    JEFFERSON COUNTY  )
 4
 5        I hereby certify that the above and
 6    foregoing deposition was taken down by me
 7    in stenotype, and the questions and
 8    answers thereto were transcribed by means
 9    of computer-aided transcription, and that
10    the foregoing represents a true and
11    correct transcript of the testimony given
12    by said witness upon said hearing.
13        I further certify that I am neither of
14    counsel, nor of any relation to the
15    parties to the action, nor am I anywise
16    interested in the result of said cause.
17
18    /s/Rhonda W. Head
19    RHONDA W. HEAD, CCR
20    CERTIFICATION NO. AL-CCR-264
21    NOTARY PUBLIC, STATE OF ALABAMA
22    MY COMMISSION EXPIRES: 03-07-2017
23
```

**A**

A-b-u-w-a-l-i
26:15 44:9
A-l-v-a-n-d-e...
45:11
a.m 5:11
ABC 30:18
ABI 182:2,22
183:7
able 29:8 63:15
83:17 150:15
Absolutely 41:9
Abuwali 26:12
44:4 50:13
74:17 98:19
100:23 104:11
105:1 117:7
167:15
access 29:8
92:10 190:17
accident 8:4,9
accusation 86:2
135:8 136:2
136:12 140:21
accusations
32:12 125:12
accuse 136:17
accused 9:10
77:19 78:5
139:21
accuses 189:22
accusing
124:17
acting 5:4
action 1:5 9:7
18:17 19:2
197:15
active 62:5
activities
169:23 182:23
activity 66:19
67:2 79:22
114:5 116:19
133:1 141:11
141:13,15
144:16,18
149:21 150:6
150:10

actual 83:3
189:21
added 108:4
additional
110:22 111:4
adhere 184:13
administrative
51:20 87:10
94:22 95:23
151:19
administrator
63:11
admit 157:18
158:3,7
admitted 81:18
168:14
Adrian 126:14
126:19 127:9
127:16,22
153:13 168:4
168:16 169:1
advance 53:22
84:9 133:2
advise 40:19
85:21 155:13
156:15 159:12
159:19 181:19
186:13
advised 47:8
64:20 122:23
158:19 159:4
159:7 181:13
advising 39:23
affairs 8:21
10:23 16:15
16:22 17:2
18:9 20:2,6
21:9,12 27:9
27:13 30:21
36:22 37:4
40:1 41:20
42:8 71:12
89:2 93:1 95:5
120:4 122:9
124:1,16,22
125:7 126:9
127:9,20
129:12,18

154:1,6,19
155:2,10,16
156:20 157:15
158:18 161:23
162:7 163:19
164:10,18
165:17,19,20
166:3 170:20
171:1,10
174:6,23
176:22 177:4
177:15,18
178:3 180:21
181:3 182:13
183:4,12
186:17 187:7
187:10 188:5
190:4 194:20
195:4,10,13
196:1,4,12
affiliate 65:5
affiliated 65:21
66:2,6 70:6
80:4 86:3,5
126:12
affiliation 17:9
71:17 84:13
85:20,23
125:20 128:16
128:21 129:13
affiliations
129:7
afternoon
12:10 13:12
88:22
agency 131:15
aggravated
98:20 101:9
ago 50:21 53:5
117:17 176:12
183:21,22
184:1
agree 19:17
42:17 95:8,11
136:9,15
AGREED 1:16
2:2,9,18
ahead 81:4

134:18 159:1
190:18
AL-CCR-264
197:20
Alabama 1:2
1:22 3:7,13
5:2,3,6,10
24:6 28:9 75:3
75:16 80:21
81:20 130:23
131:16 182:6
182:8 197:2
197:21
alacop 130:12
Albert 45:13
alcohol 24:9
182:4
alcoholic 98:22
allegation
135:13,18
188:18 192:1
194:18
allegations
118:16 122:5
161:18,19
allege 171:2
188:18 189:5
189:7 193:2
alleged 33:23
118:15 137:10
137:13 185:21
196:3
allegedly 21:12
39:13
alleging 186:1
allow 145:10
159:23
altercation
185:20,21
altercations
185:7
Alvandess
45:11,21,22
AMBR 48:5
ambulance
48:10
Andrews 81:16
answer 6:15 7:1

20:23 37:14
40:19 50:17
51:4,6,8 70:11
81:2,5 95:20
95:21 120:21
131:11 134:4
150:2 157:23
171:6 177:10
178:23
answers 197:8
Antonio 43:19
99:19
anymore 69:22
anywise 197:15
apart 168:15
184:11
apologize 53:21
appeared 137:8
appears 26:18
44:18 57:15
103:1 153:20
164:20
Appletree 23:9
23:14 57:11
57:20
applies 163:7
164:22
appreciate 84:3
113:15 173:14
180:4
apprehended
125:9
approximately
7:18 8:16
13:12 16:1,16
17:1,4 22:18
25:7 82:3
117:16
April 15:16
area 157:15
158:4,10,15
areas 154:18
156:16 157:20
argue 178:22
Army 109:2
arranged 65:6
arrest 25:13,20
32:17 58:9

125:15 185:9
**arrested** 13:23
24:5 25:12,15
25:18,20,23
26:3,6,17,19
28:15 36:13
43:4,7,8,16
44:15,23 45:1
45:4 58:12
86:16,19,21
86:23 92:7,9
93:15 97:22
98:1,9,19
125:15,17
132:18
**arresting** 27:3
27:17
**arrests** 98:4
184:19 185:1
**arrival** 23:19
28:21 30:12
31:6 32:23
**arrived** 23:15
23:22 27:23
28:5 33:12
82:10
**Ashford** 15:12
81:19
**Aside** 97:7
**asked** 42:2,10
59:12 60:18
63:20 76:1
77:10 78:1,7
78:19,21
79:17 89:20
99:4 103:18
107:15 108:12
114:13,21
141:9,23
144:4 155:23
156:14 158:13
168:7 169:6,7
**asking** 41:7
96:15 100:12
114:12 121:7
**assault** 24:2,3
25:1 26:21
28:13 33:14

36:3,6 37:2,16
39:17 41:21
42:20,21 45:8
46:22,23
51:16 56:21
57:12 72:16
87:2,5 90:12
93:17 95:7
98:4,10,20,20
101:9,10,21
105:9,13
106:9 109:7
118:17 119:14
119:20 120:16
121:11 132:18
151:6 167:7
**assaults** 37:3
**assertion** 88:5
**assign** 2:14
**assignment**
16:19
**associate** 63:8
63:13 64:8
**associated**
24:22 25:1,2,4
29:3,10 31:15
31:18 62:3,8
63:21 64:3
68:2 81:18
181:15,16
**associates**
24:17 34:23
35:2
**Association**
35:3
**assume** 48:20
**assumed** 139:1
**assuming** 66:14
128:1,6
**assumption**
139:4,9
140:11
**attached** 147:9
**attachment**
147:13
**attempting**
159:12,19
**attend** 14:12,16

15:10
**attending** 15:13
**attorney** 13:10
51:5 76:9,17
**attorney/client**
40:22
**attorneys** 11:5
11:23 12:5,15
83:1 176:4
**audio** 89:23
**August** 16:16
16:17 22:17
44:15 56:11
57:5,18 62:21
88:20 130:15
132:16 138:6
146:5
**available** 41:16
92:16,19,22
**AVENUE** 3:12
**avoid** 150:20
194:13
**aware** 14:22
21:10 44:17
59:13,15
69:13 186:3,6
195:9

_____
**B**
_____
**B** 4:11
**back** 13:1 32:16
35:7,18 56:22
68:3 75:18
76:6 87:22
89:22 101:16
108:15 116:2
118:6 131:12
161:13 176:1
**back-to-back**
88:23
**background**
6:7 97:10
101:3,8
102:23 106:4
119:4 142:13
144:9
**bad** 194:6
**Baker** 43:8,15

50:10 99:10
99:11,12
**Bama** 107:11
107:12,19
109:12 149:8
149:13 150:21
181:15,20
**bankruptcy**
14:3
**base** 191:23
**based** 53:2 80:3
88:4 119:2,17
122:8 123:13
124:5 125:9
133:14 139:15
140:21 148:8
148:21 171:1
182:4
**basically** 46:6
64:22 107:12
**basing** 86:8
**basis** 103:11
**Bates** 55:12,23
**batteries** 41:21
**becoming**
109:12 180:14
**began** 79:9
**beginning** 5:10
52:7 159:8
**begins** 145:17
145:17
**behalf** 8:2 39:4
**believe** 12:17
12:23 13:1
14:23 16:17
26:16,21 42:9
49:7 53:8
54:21,21 55:7
58:4 59:12
61:16 64:6
80:13 81:16
94:14,23
105:19 111:17
112:14 113:17
116:7 118:9
126:17 133:7
161:1 193:11
**believed** 67:18

69:3 80:8
135:20
**believing** 95:15
**Benjamin**
44:19
**Benny** 22:22
23:11 24:1,12
28:6,20 31:1
31:22 32:4,11
33:11,19 34:2
34:5,7,11
**Benton** 12:15
18:2 22:20
23:4 31:20
33:18,22 34:3
34:4 122:20
122:21,23
123:7 124:2
129:4,10,17
172:1,13
173:5,19
174:2,5 175:2
175:10 177:19
177:23 178:4
179:22 181:12
181:20 186:8
186:14 187:9
188:6 190:1
**Benton's**
123:20
**Bessemer** 80:20
81:8
**best** 88:2
**better** 155:7
185:4
**Beverage** 24:6
28:9 182:7
**beverages**
98:22
**Big** 80:21 81:7
81:8,14,18
166:20 192:7
192:7
**bike** 107:18
**biker** 110:1
114:2
**binder** 180:3,7
**binders** 175:15

175:17,21,22
176:2,7 177:3
177:5,7,9,13
178:19 179:22
**Birmingham**
3:7,13 5:2
**bit** 23:21
176:23 185:17
**black** 128:3,4,7
170:4
**blah** 190:14,14
190:14,14
**blessed** 71:1
**blessing** 70:11
80:2 150:14
167:21 168:5
168:21 169:2
169:14 193:8
194:9
**blessings** 81:9
192:7 193:6
**board** 28:10
163:18 164:6
164:14 165:9
165:20
**Bolding** 43:18
50:11 99:17
**book** 22:3
82:21 163:9
**booked** 28:16
93:6,9
**books** 82:15
83:6 173:23
174:1,3,10,15
**bothered** 81:12
**bottom** 47:16
55:12
**box** 94:14 152:9
152:14,19,21
**Boyz** 107:11,12
107:19 109:12
149:8,13
150:22 181:15
181:20
**break** 7:2 55:20
55:22 145:8
151:2,3
**breaks** 6:22

**bring** 77:13
91:13 103:19
103:20,22
119:5,8,23
**bringing** 78:18
**broke** 46:5
**brought** 18:21
87:4 90:11,17
95:7 103:16
105:12 106:8
120:14
**building** 77:7,9
**Bureau** 182:9
**burglary** 9:9,10
98:15 101:12
102:1,1

**C**
**C** 3:1,4 197:1,1
**CAD** 47:13,22
**call** 19:16 22:19
32:18 38:23
45:8,9,17,23
46:9,18 47:13
49:10 87:2,6
90:12 182:21
183:1
**called** 17:17
23:5,17 49:3
49:10 61:23
75:17 76:8
82:1 103:15
103:18 133:18
138:11
**Caller** 45:20
**calling** 47:7
**calls** 76:6
**camera** 89:11
**canceled** 19:9
**Captain** 20:18
40:11 41:19
62:1 77:3 79:1
79:9 80:14
85:21 107:9
108:2,5,6,12
108:14,16,18
109:4,14,17
109:22 110:15

110:18 114:2
114:7 117:14
117:17,19
134:11 135:1
146:16 181:14
**car** 75:2,12
**care** 48:5,9
108:9
**Carney** 108:22
132:14 136:18
136:21 137:1
137:23 139:12
144:5 147:15
153:15
**carrying** 98:2,5
**case** 6:6,7 8:19
10:11 11:4,6
40:17 70:15
96:2
**cases** 7:20,23
8:11 72:19
178:17
**catch** 32:18
**cause** 5:12
197:16
**caused** 42:22
91:12
**CCR** 1:20 5:1
197:19
**cell** 115:12
116:8
**Center** 12:12
13:3 49:2
**certain** 103:12
186:11
**certainly** 37:8
37:11 40:9
**certificate**
184:4
**CERTIFICA...**
197:20
**certify** 5:4
197:5,13
**changed** 46:18
46:21
**chapter** 81:9
134:22 137:6
**charge** 13:2

26:20 28:11
43:10,11
49:11 107:8
135:1,23
144:12 158:20
159:2,6
189:22
**charged** 78:13
93:3,5 95:15
96:9 120:16
125:15 143:19
**charges** 97:14
98:4,18
101:14 102:2
195:11
**charity** 62:6
64:15,17 65:7
114:4
**check** 54:18
85:15 106:4
136:6 141:6
142:1 144:11
144:13,13
153:3,11,13
**checked** 137:4
141:19
**checking** 139:2
144:8 169:19
**checks** 103:4
142:13,16
148:10
**chief** 12:15 18:2
18:7,10,10
22:19 23:4
31:9,20 33:18
33:21 34:3,3
85:16 122:20
122:20,23
123:6,11,20
124:2 129:4
129:10,17
132:13 171:12
171:14 172:13
173:5,19
174:2,5 175:2
175:9 177:19
177:22 178:4
178:16 179:22

181:5,12,19
186:8,13
187:8 188:6
190:1,17
**chief's** 13:13
**Chopper** 61:8
68:12 114:2
115:10,11,14
117:10
**chose** 152:22
**Chris** 3:10
126:16 127:18
128:5 153:13
168:17,19,20
169:1
**chronological**
21:18
**church** 15:9,12
22:18
**CID** 87:7
**citizen** 162:12
163:7 164:22
165:3,11
**citizens** 166:8
166:11
**city** 1:10 7:11
8:2,19 9:22
12:20 15:6,15
15:19 17:15
18:13 36:20
39:2,6,10
41:22 42:3
76:5 77:13
93:7 151:22
163:12 169:20
181:2 195:4
**Civic** 12:12
13:3 49:1
**civil** 1:5 5:6 8:5
159:13 161:18
162:3 166:16
**claim** 68:23
106:6 125:16
146:2
**classify** 59:15
**clearer** 185:17
**clearly** 94:17
95:22

club 17:10 24:3
24:9 29:11
33:2 34:1
61:12 65:22
67:7,16 68:20
69:4,7,12,15
69:18 70:5
71:1 72:17
73:5,9 77:15
77:17 80:1,19
81:15,17
107:11,12,14
108:21 111:12
115:12,16
117:15 125:20
126:13,15,17
126:22 127:2
128:13,17
129:14,20
132:17,23
133:9,11,16
134:16 135:19
136:4,14
137:3 138:2
139:14,23
140:15 141:1
148:11,18
149:5,8,17,21
150:15,17,21
167:1,8,12,20
168:4,8,16
169:3,23
170:9,15
182:3 183:9
194:5,14
clubhouse
23:16 29:5
42:17 57:1
65:9,15 77:4
108:2 109:18
117:18 118:13
121:21 183:2
clubs 15:8
71:3 72:21
107:5 125:23
127:13 129:7
153:5,10
coaching 40:15

cocaine 97:23
98:7
collect 30:20
college 14:8,13
14:14
color 107:16
colors 30:6
107:20 110:12
110:15,16,18
112:3,4,6
134:8,12
come 47:11
76:2 148:4
comes 162:12
coming 20:14
comments
134:7
COMMISSI...
197:22
Commissioner
1:20 2:19 5:4
committed
41:21
common 71:3
communicate
46:8
community
14:14 109:1
compared
148:3 190:15
comparison
191:17 193:22
complaining
196:10
complaint
57:12 159:14
159:20 162:12
162:18 165:2
166:15
complaints
21:5 161:17
161:22 162:13
163:7 164:23
165:11 166:8
195:15
complete 83:7
83:12 153:18
164:18 165:5

165:18 173:9
179:10
completed 14:7
54:5 180:17
181:4
completion
184:4
compliance 2:5
complies
165:11
computer 35:11
47:18 49:16
83:10 116:8
141:20 142:11
177:1
computer-aid...
197:9
computers
142:1
concealed 98:2
concerned
170:18
concerning
72:15 159:14
conclude
159:18
concluded
180:21 181:2
conclusion
176:21 177:3
177:14
conduct 122:21
123:3 129:5
129:11 186:1
conducted 17:3
21:11 66:9
75:16
conducting
28:12 161:1,2
Confederate
128:22 129:1
conference
12:11 13:13
123:10,11
confidential
85:11
confirm 80:18
136:6

confirmed
80:16
confiscate 30:8
conflict 194:2
194:13
conflicts 150:20
connect 148:6
connection
64:12
considered
149:9,14,16
181:8
contact 47:5,6
contacted 24:12
24:12 34:3,4
75:23
context 79:7
continuation
165:2
continued
107:22
contradictory
70:8
control 24:6
28:10 30:15
42:5 182:7
controlled 98:8
98:12 101:12
conversation
28:20,23
62:16 64:1
75:5 76:20
79:15 132:12
convictions
97:17
convinced
148:9
copied 32:16,17
53:5 54:20
55:2
copy 22:11
82:12 83:11
84:1,17 92:14
144:21 161:4
192:16
copying 54:21
corporal 12:14
16:4,6,7

108:22
corporate
41:13 174:22
correct 21:14
23:9 42:23
44:16 49:14
56:11,14
60:22 61:8
64:10 65:9,12
66:4 67:20
68:20 73:3,12
74:10 83:21
85:8 89:3
95:16,19
104:12 105:17
109:8 111:3
112:7 117:2
118:21 120:9
120:18 122:13
130:17 140:6
142:2 148:12
148:13 149:4
149:6,15
150:11 151:8
153:19 154:2
159:2,6
164:11 170:4
175:23 177:23
178:8 181:17
182:5 187:16
188:1 197:11
corrected
120:12
corroborate
122:6
counsel 1:18
2:10,12 5:7
197:14
counseled 19:5
19:22 20:1
counselling
19:6,12,14
COUNTY
197:3
couple 6:21
24:20 118:11
122:3,4
course 37:6

78:11 103:2
**court** 1:1 2:6
5:1,17,20 9:15
10:6,8,21
20:12 41:2
**covered** 100:10
**created** 175:22
176:2 190:22
**credibility**
139:8
**crime** 30:18
93:3,7 94:21
95:16 120:17
125:2
**crimes** 87:9
143:19 144:1
**criminal** 9:8
51:21 66:19
67:2 87:8
88:14 89:5,9
92:16,19,21
96:1,2 97:10
97:14,21 99:3
99:21 100:14
100:20 101:3
101:7 102:8
102:22 105:16
119:4,11
131:3 142:15
151:18
**Cunta** 43:19
50:11 74:15
99:19 104:9
104:16 106:20
**current** 132:2
**currently** 15:13
**custody** 33:9,10
35:14 45:2,3
75:22 119:19
125:1 137:15
151:23

———————

**D**

**D** 4:1 48:4
161:10
**D-2** 161:10
163:6 164:22
166:7

**dandy** 20:11
**Darryl** 162:13
**date** 5:5 56:10
57:4 62:19
69:20 180:19
181:9 183:20
**dated** 56:15
130:14 138:5
188:3
**dates** 57:14
**day** 1:23 19:10
49:6,7 62:22
112:17 181:4
181:8
**days** 20:11,12
56:13,15
**dealership**
17:18
**dealt** 29:17
**deceptive**
188:13
**decide** 87:11
103:7
**decided** 20:8
35:13 75:19
119:5,22
122:9
**deemed** 64:23
**defendant** 1:11
3:9 9:4,5 42:4
**definitely** 92:22
**degree** 14:18
98:3,10,11,11
98:15,16,17
98:20 101:11
101:19,20,21
132:18
**Delvick** 3:16
12:16
**denied** 78:9
193:7 194:8
**deny** 136:7
**department**
7:13 14:23
26:3 39:7
42:22 45:3,6
48:2 54:2
58:16 65:20

68:10 69:10
69:11 107:4,9
108:13,20
110:19 116:12
116:14 120:15
128:11 131:18
134:13 135:2
135:5,10
136:13 139:21
151:13 163:9
165:9 195:5
**Department's**
137:19 151:23
**DEPONENT**
196:17
**deposition** 1:18
2:3,4,15,19
6:8,22 7:15
11:3,8,18,20
13:17 38:5,23
39:8 41:3
197:6
**depositions** 2:7
8:14,15 12:1
**described** 61:10
107:6
**describes** 61:7
68:12,15
**designate** 39:3
**designated**
36:20 39:11
40:10 41:14
41:17 42:3,6,7
**designation**
38:9 39:23
**desk** 20:7,9
51:12
**Despite** 64:14
**detailed** 53:18
**details** 9:14
23:1 51:19
**detained** 86:21
87:1 96:10
137:17
**detectors** 20:13
**determine** 27:7
29:12 33:7
66:5 116:13

128:10
**determined**
29:20 30:11
32:9,22 33:3
93:5 139:7,11
140:8 150:5
**Diana** 50:11
**Diane** 43:18
99:17
**differ** 111:9
**differed** 111:7
**difference**
57:13 73:11
95:3,4
**different** 30:5
72:8 117:15
143:9 144:11
155:23 156:5
**differential**
164:6
**disc** 177:1
190:16,20,23
191:7,10,14
**disciplinary**
18:17 19:1
**disciplined**
18:12
**discovered**
149:13 192:5
**discrimination**
159:20 195:16
196:3,11
**discuss** 173:4
178:16
**discussed** 12:4
31:8 34:13
58:10 114:18
122:19,20
173:3 178:15
**discussing** 79:9
**discussions**
31:5 58:21
123:17 172:15
173:2
**dishonest**
186:22 187:12
187:23 188:8
189:8,20

190:5 192:1
193:3,17
194:19
**dishonesty**
190:8
**dismissed** 10:5
10:7,12,13
**disorderly**
48:17
**dispatch** 20:10
20:16,18
46:11,12 47:6
48:2,9 49:14
49:23 50:1
52:19
**dispatcher**
48:10
**disrespect**
77:13
**distribution**
98:12
**DISTRICT** 1:1
1:2
**division** 1:3
13:4 88:14
89:10 107:8
109:1 131:17
135:2
**document**
38:18,21
47:16,22 48:1
55:11,17,23
56:7,10 60:15
61:2 130:8
145:11,17
147:4,5,9,11
163:16 178:5
189:12 190:13
**documentation**
190:7,11
**documents**
13:16 47:19
54:15 145:4
177:6,9
**doing** 20:11
52:5 62:6 87:8
150:19 169:18
194:12 196:5

196:6
**Dominick** 26:7
26:11 44:2
50:12 74:15
97:20 100:9
104:10,20
113:21
**Donny** 1:19
5:11,15 7:6
172:2
**door** 176:14
**dope** 77:7
**dot** 130:11,12
**Dothan** 1:10,22
5:10 7:11,12
8:3,19 9:23
12:12,21 13:3
14:11 15:13
15:15 17:15
17:17 18:13
24:16 25:3
26:2 29:2
34:19 36:21
39:2,7,10
41:22 42:22
45:6 61:6,6
65:20 68:9,10
69:9,11 81:15
93:6 107:3
108:13,20
109:14 116:14
120:15 128:11
128:20 132:15
134:13,22
135:2 137:6
137:18 139:21
151:23 163:12
165:8,19
169:20 181:2
195:5
**Doug** 116:7
176:6,8,17
**downtown**
48:19,21
**draft** 179:14
**Drafted** 190:1
**drive** 108:5
142:21

**driver's** 131:2
132:1,1
**driving** 77:22
143:14,15,21
143:23
**drove** 77:17
117:9
**drunk** 108:5
**dues** 15:2
**duly** 5:16
**duties** 96:7
**duty** 40:19
41:15 108:8,9
110:1 173:8
185:8,14

───────
**E**
**E** 3:1,1 4:1,11
197:1,1
**e-mail** 130:11
132:4 133:21
138:5,11,12
138:14 140:22
146:4,8,11
147:6,8,11,12
172:8
**E-z-e** 26:14
44:5
**E1** 48:18
**earlier** 54:15
100:16 112:16
132:12 153:17
182:1
**early** 28:14
132:15
**easier** 6:18
22:11
**EDENTON** 3:6
**edited** 191:7,16
193:21
**education** 14:6
**Edwards** 3:4,5
4:3,5 5:23 6:2
6:4 11:13,16
22:14 37:6,10
37:15 38:15
40:13 41:12
42:13,16

55:21 82:17
100:12 134:5
145:5,9 151:1
151:4 160:10
160:13 173:13
175:5 180:4,8
180:11 185:16
194:22 195:19
195:22 196:14
**EEO** 158:20
**EEOC** 159:2,6
195:11
**effect** 2:5 164:2
**eight** 16:7
133:1 141:11
144:17
**either** 61:5 68:9
172:9 174:8
174:16 175:11
178:14 182:22
**eleven** 49:6
**employed** 15:3
**employee**
195:11,15
196:10
**employee's**
17:9
**employees**
153:7 161:19
166:12
**employment**
18:12 19:5
39:14
**encouraged**
69:15
**ended** 79:4
**enforcement**
29:5,7,18,22
71:4,5 131:6
132:3
**Engine** 48:21
**enter** 48:22,23
152:7
**entered** 40:17
46:12
**entering** 76:5,7
**entire** 49:19
82:23

**entitled** 37:11
**epithets** 161:20
**error** 57:16
**ESQUIRE** 3:4
3:10
**essentially** 41:1
**ethnic** 161:20
**Eton's** 185:21
185:23
**evening** 25:18
44:15 88:23
121:14,21
**event** 42:17
**events** 22:15
**everybody** 36:8
36:15
**evidence** 2:16
122:6 140:2
148:14 149:1
191:21 193:3
193:14,16
**exact** 9:14
28:22 51:18
63:6 69:19
84:11 90:13
130:22 183:19
**exactly** 17:21
34:16 56:9
63:1 78:17
137:12,20
164:2
**examination**
4:2 5:12 6:1
195:1
**examined** 5:17
**example** 59:11
185:20
**exception** 40:21
**excessive**
125:16
**Excuse** 65:3
**Exhibit** 4:13,14
4:15 38:13,17
60:11,17 68:7
130:2,4
**exists** 140:2
163:23
**EXPIRES**

197:22
**explain** 18:16
19:11 56:6
**explained** 24:1
63:6,7 66:10
81:6 95:22
**extensive** 100:3
105:16 119:4
**extent** 21:19
169:10
**extreme** 48:15
48:17
**Eze** 26:12 44:3
50:13 74:17
98:19 100:23
104:11 105:1
117:7 167:14

───────
**F**
**F** 197:1
**face** 76:11,11
**fact** 28:18 33:1
64:14 80:4
109:21 119:10
134:21 137:5
139:11 159:17
167:14 176:17
**failed** 151:7,9
152:18 156:4
161:21
**fall** 18:10
**falls** 107:13
**false** 140:16
**familiar** 160:14
**family** 22:19
**far** 44:17 53:11
62:6 170:18
**fashion** 140:21
**fatalities** 8:8
**FBI** 182:19,22
183:8
**February** 1:23
**federal** 9:15
**feel** 37:9 59:2
124:19
**fellow** 8:20
185:9
**felt** 110:15

188:7
**female** 13:10
**females** 36:16
**Fifteen** 16:13
**fight** 46:5,7
**figure** 51:18
131:21
**file** 11:4,7 36:12
37:23 82:22
83:1,20 84:19
85:10 145:2
146:14 147:19
153:19,22
173:1 175:19
180:20 188:16
188:17,22
189:12,18
192:10,12
**filed** 14:2 159:2
159:5,15
162:18
**files** 43:3 85:11
**filing** 2:18
162:17
**fill** 23:1
**finalized** 181:8
**find** 18:23 22:5
45:20 82:16
139:17 145:3
145:11 164:3
170:23 171:8
**finding** 88:16
189:19
**findings** 170:17
171:11,14
179:16 187:10
187:21 188:5
**fine** 20:10
102:11
**finish** 81:4
160:5 189:2
**Fire** 58:15
**firearm** 98:6
109:8 119:21
120:18 122:1
151:7,16
152:1,12,23
**firearms** 93:23

93:23 96:5
152:16
**firefighter**
58:15
**firefighters**
60:19
**firm** 175:18,20
**first** 5:16 13:6
35:22 43:9
57:7 58:5 68:6
68:14 72:23
74:1,5,14,20
74:21 80:23
92:5 97:9 98:3
98:10,11,11
98:17 101:19
101:20 102:14
102:15 115:8
118:7 154:8
159:8 162:16
188:19 193:23
194:3
**five** 8:16 120:11
183:21 184:2
**fix** 12:18
**flipping** 22:5
**Floor** 12:11
**focused** 17:8
**follow** 21:18
**following** 5:13
61:1 161:12
**follows** 5:18
**followup** 135:3
195:20
**force** 2:5 71:9
125:16
**foregoing** 5:7
197:6,10
**forgot** 191:5
**form** 2:11 37:2
50:16 54:2,4,7
73:8,14 74:3
80:11 91:10
95:10,18
96:20 111:15
112:1 118:23
120:3,7,20
122:12 125:4

140:5,20
141:3 150:1
155:4,7
157:22 165:23
170:22 171:5
171:16,17,19
171:20 172:5
175:4 181:7
185:3,12
187:2,18
**formal** 122:21
183:11
**forwarded**
20:16,17
161:13
**found** 18:23
66:12 73:5
186:9,16
190:16
**founder** 107:10
**four** 8:16 16:1
98:15 101:20
105:15,18,21
105:22 120:11
147:20
**Fourth** 38:22
**Frank** 44:10
102:5
**free-for-all**
46:4,21
**friction** 150:17
**front** 11:10,18
13:16 153:19
177:13
**full** 2:5 7:5 38:4
147:20 164:17
175:16
**fully** 40:20 42:9
**function** 117:18
**functions**
117:15
**further** 2:1,8,17
29:23 112:10
196:15,17
197:13

---
**G**

**gang** 23:17

31:16,18 32:2
34:21 47:9
59:16 60:5
63:9,15 64:13
77:4 81:20
84:13 86:4
116:22 134:23
137:7
**gangs** 29:18
30:5,6,7 71:18
72:15
**gas** 49:1
**gathered** 32:15
42:20
**general** 84:12
160:14
**gentleman**
140:22 141:9
**Georgia** 97:22
**getting** 92:13
194:8
**give** 38:3 69:19
81:2 82:6
100:3,19
113:22 125:13
154:5 172:4
176:18 178:18
179:21
**given** 29:1,21
31:9,22 53:3
74:12 83:11
116:13 153:23
157:14 171:18
176:3,5,7
189:22 197:11
**giving** 65:17
85:5
**go** 7:8 8:9 11:14
14:9 32:21
38:2 47:20
55:17 56:22
76:4 81:4
82:17 86:18
92:5 94:15
134:18 145:5
152:2 160:10
190:18
**goes** 188:15,16

**going** 6:5,21
13:7 20:9,21
20:22 22:10
23:22 35:13
37:17 38:15
38:16 48:22
53:12,13,21
75:19,22 82:7
85:22 93:13
103:8,13
110:11 114:16
130:1 131:12
134:7,11
151:1 154:18
155:15
**gotten** 34:19
53:8 87:13,15
**gov** 130:12
**governs** 164:10
**Gray** 1:7 6:4
17:13 22:1
39:12 40:2,11
41:20 52:12
52:17,21 62:1
62:23 77:3,8
77:11 79:1,10
80:14 83:15
83:17 85:21
88:17 90:19
91:13 93:13
96:17 106:12
106:18,23
107:6,6,10
108:2,5,7,12
108:14,16,18
109:4,14,17
109:22 110:7
113:23 114:2
114:8,15
115:8 116:13
117:1,14,17
117:19 118:14
119:6,9,23
121:17 122:4
124:2 129:8
129:14,16
132:13 133:7
134:8 135:1,7

135:12 136:12
139:12 140:19
144:5,23
146:16 147:1
147:15 148:7
148:10,16
149:2,20
150:5,9,14
153:14 154:1
154:5 157:4
158:3,14,19
159:2 170:7
170:13,19
171:3,8
179:17 181:14
183:5,8
185:23,23
186:4,9,22
187:11,22
188:8 189:7
189:19 190:5
191:1 193:3
194:19 196:2
**Gray's** 21:13
110:15,18
134:11 135:9
135:20 149:8
161:22 166:15
182:23 190:8
192:18
**Greg** 12:15
18:2
**Gregory** 172:1
187:9
**grounds** 2:14
**group** 17:9 24:4
24:18,23,23
25:5 29:4 62:4
62:9 63:12,13
64:3,4,9,12
66:16
**groups** 14:21
29:17 35:12
71:17 181:21
**guaranty** 83:3
**guess** 17:5
21:22 33:17
47:10 72:7

185:4 187:14
**guidance**
107:13
**guidelines**
160:23
**guise** 87:5
93:12,14
**guns** 94:15
**guy** 167:15
**guys** 87:16

―――――――
**H**
**H** 4:11
**hand** 172:7
**handbook**
163:1
**happen** 40:5
**happened**
23:19 28:13
**happy** 6:11
**harassed** 81:11
**harassment**
159:20 196:11
**harm** 150:20
**Harvest** 15:13
**he'll** 45:13
**head** 1:20 5:1
6:16,19 47:4
133:8,16
134:15 136:3
136:14 137:2
138:1 139:23
140:15 141:1
148:17 197:18
197:19
**header** 146:11
**heading** 179:12
**headquarters**
44:22
**heard** 29:10
114:6 115:3
115:10 116:22
117:5,11
**hearing** 197:12
**helicopter**
107:7
**help** 145:3
**helps** 145:13

**high** 14:7,9,11
**highlights** 90:3
**highly** 37:17
**histories** 105:17
131:3 143:21
143:23
**history** 97:21
99:3,22
100:14,20
102:9 119:11
142:15 143:15
143:16 146:16
**hold** 16:3,18,21
43:13 76:12
104:13
**holding** 115:12
**home** 28:17
82:2
**homicide** 7:23
8:11
**Honda** 17:17
**honest** 12:23
28:2 103:17
**hook** 20:15
**hours** 28:14
46:2 132:15
**hundred** 17:5
47:19 48:11
**Huntsville**
117:9

―――――――
**I**
**IA** 178:17
**idea** 36:16 62:8
71:16 87:19
94:2 146:1,12
147:10
**identification**
38:14 60:12
130:5
**identified** 153:8
**identify** 76:16
**identifying** 30:5
**illegal** 24:8
78:16 114:5
116:19 149:20
150:6,10
182:4

**Illinois** 98:5
**imagine** 28:16
**immediately**
62:10 69:8
**important**
42:14 59:3
91:5,19
**imprisonment**
9:13
**In-house**
162:12
**incident** 56:14
56:16,17,20
58:9 72:16
118:18,20
121:13,18
132:14 182:2
**Incidents**
161:15
**include** 113:11
179:9,17
**included** 30:2
172:18 173:18
**includes** 157:15
**including** 110:3
**incorporated**
9:11
**incorrect**
120:23 138:8
**indicate** 148:16
**indicated**
153:17 162:16
**indicates** 97:21
**individual** 9:20
43:14 109:6
135:18 138:5
144:5 166:20
168:2,9
**individuals**
25:11 26:3,5
26:16 43:3
44:14 58:10
86:15 87:12
90:10,22 97:5
97:8,11 103:5
105:16 114:14
118:12 119:3
119:19 120:14

122:1 133:6
167:5,18
168:2 169:17
**influence** 77:23
**information**
25:10 27:2,8
27:12 29:2
30:1,7 31:8,21
32:3 35:12
40:5 41:16
42:19 46:9
47:14 52:11
53:2,7,10 54:3
54:12 58:6
59:6,9,21 60:8
66:7 80:3
86:12 87:14
87:15,21 88:3
88:6,17 92:11
97:5 106:7
110:22 111:4
112:23 113:12
113:22 115:15
115:22 116:9
116:15 119:3
119:18 122:8
123:6 124:13
132:22 133:8
133:16 134:15
136:3,14
137:2 138:1
138:18,23
139:2,14,15
139:22 140:14
140:23 142:10
142:21 143:12
143:22 146:11
148:17 149:3
172:12,18
173:18 174:5
175:16 180:3
184:14
**initial** 59:22
74:10 157:9
**initiated** 21:22
39:17
**injuries** 46:22
**injury** 47:5

**inquire** 59:8
66:17,20,23
67:4
**inquiry** 169:18
**inside** 29:4
30:17 75:12
**Institute** 183:13
**instructing**
95:20
**instructs** 51:7
**intend** 39:18
156:16
**intent** 170:8,14
**interaction**
70:1,3 185:22
186:5
**interactions**
67:15 184:18
184:23 185:7
**interested**
197:16
**interfere**
162:19
**internal** 8:20
10:23 16:15
16:22 17:2
18:9 20:2,6
21:9,12 27:9
27:12 30:21
36:11,21 37:4
40:1 41:20
42:8 71:11
89:2 93:1 95:5
120:4 122:9
124:1,15,22
125:7 126:9
127:8,19
129:11,18
154:1,6,19
155:2,10,16
156:19 157:14
158:18 161:2
161:23 162:7
163:18 164:10
164:18 165:17
165:18,20
166:3 169:16
169:21 170:19

171:1,10
174:6,23
176:21 177:3
177:14,18
178:3 179:16
180:20,21
181:3 182:13
183:4,12
186:17 187:7
187:10 188:5
190:4 194:19
195:4,10,13
195:15 196:1
196:4,12
**interpretation**
48:9
**interpreted**
95:1
**interrogate**
121:2
**interrogated**
120:17 154:19
**interrogating**
119:21 151:17
**interrogation**
91:15 119:22
121:4 159:5
**interrogations**
94:9 97:4
**interrupt** 81:2
173:15
**interview** 35:13
53:12,13 62:1
62:2,20 63:18
66:9 73:17
74:9,18 75:19
76:20 77:1
78:2,8 81:7,22
82:8 83:18
84:10 86:22
87:12 88:11
88:13 89:2,6,6
89:8,10 94:16
96:12 99:6,9
99:14 100:16
102:3,6,12,20
103:8,13
104:4,6 111:2

112:20 113:2
113:21 121:5
123:12,14
124:8 152:3,5
152:15,22
154:7,8
155:21 156:1
156:13 157:10
159:8,12,18
159:22 162:16
166:19 190:15
191:18,19
193:22 194:3
194:12 196:12
**interviewed**
53:14 68:23
70:17 75:1
76:14 78:8
80:7,16 83:4
84:23 88:6,19
89:1,18 97:11
99:5 100:13
104:8,9
112:11,13,16
113:19 121:1
122:17,18
154:14 155:1
167:4,6
169:12 193:8
**interviewing**
33:8 88:15
97:7 151:5,22
155:9
**interviews**
86:23 89:12
89:23 90:22
114:15,20
119:12 123:8
123:14 124:5
133:5 154:2,6
170:7,13
**intimidating**
95:2
**intoxicated**
77:17,18
**investigate**
41:15 43:3
80:5 87:9,10

115:18,20
124:12 126:3
127:1,4 148:1
161:22 166:14
168:23 183:8
**investigated**
21:9 61:19
79:8,13 83:5
125:19 128:15
128:19 157:1
158:5,11
161:14 195:14
195:23
**investigating**
87:8 108:13
157:8,20
195:10
**investigation**
7:23 8:21
21:12,17,22
22:1,16 24:8
27:6,10,13
28:12 30:22
32:10 35:6
36:11,19,22
37:4,16 39:12
39:17 40:2,10
41:19 42:8,15
42:18 49:20
49:22 51:20
51:21 52:7
53:1 56:2
59:22 61:22
64:23 75:16
83:8,9,12 87:9
88:14 89:9
90:7 91:6
94:22 108:17
112:10 120:5
122:10,22
123:4 124:1
124:16,23
125:8 126:6,9
127:9,20
128:10 129:12
129:19 133:19
148:5 149:7
149:12 150:4

150:8,13
151:18,20
154:13,15,20
155:2,11,16
156:11,12,20
157:5,15
158:18 159:1
160:2 161:2
161:23 162:4
162:15,19,20
163:19 166:16
169:11,16,21
170:20 171:2
171:10,12
172:16 174:7
175:1 176:22
177:4,15,18
178:3,14
179:5,10,16
180:16,17,20
180:22 181:3
182:9,13
183:4 186:18
187:8,11,23
188:6,9,14
189:9,18,20
190:4,9
191:22 194:17
194:20 196:2
196:4
**investigations**
17:2,8 93:1
129:6 132:20
164:10,19
**investigative**
37:23 83:20
153:18 173:1
189:11
**investigator** 9:9
**investigators**
95:23 96:1
**involve** 160:22
182:12 183:3
**involved** 24:14
24:15,17,19
24:21 29:21
31:23 33:13
33:20 34:20

34:22 36:5,9
36:15,16
60:20 61:11
63:9 66:19
67:22 68:19
69:4,7 73:2,6
73:9 79:22
80:17,19
97:14 107:4
111:12 121:17
128:12 132:23
135:9,19,21
136:11 153:4
153:9 160:23
178:13 182:2
182:9
**involvement**
63:2,5 129:20
133:10 170:9
170:14 183:9
**involves** 162:13
185:12
**involving** 8:7
8:19 72:20
132:16,19
161:16,17,19
178:17
**IPTM** 183:16
184:14
**issue** 29:12
84:21
**issues** 159:13
**IVAN** 1:7

___

**J**
**jacket** 107:16
**jail** 18:21,23
28:16 93:7
152:3,6,7
**jailer** 103:18
**JEFFERSON**
197:3
**job** 108:23
109:1 162:7
**Johnny** 26:17
44:10 50:13
102:5
**joined** 62:5

**Jones** 1:21 5:9
**Jr** 43:15 45:15
99:12
**judicial** 41:3

___

**K**
**K-e-l-i** 45:15
**keep** 13:7
**Keith** 1:7 6:4
17:13 39:12
40:2 62:22
88:17 90:19
93:13 96:17
107:5,6
113:23 115:7
115:21 116:13
117:1 118:14
119:23 121:17
122:4 124:2
129:8,14,16
139:12 153:14
170:7 179:17
181:14 183:5
183:8 185:23
185:23 188:8
192:18
**Keli** 45:14
**key** 26:12 43:17
43:23 50:10
50:11 74:16
98:9 99:15
100:1 104:9
104:18 109:10
113:3 134:6
167:16
**kidnapping**
98:11,16
**killed** 8:8
**kind** 29:16 62:9
64:12 82:20
97:10
**kinds** 7:20
**knew** 60:18
61:4 68:1,18
70:19 71:15
75:20 79:19
79:20 80:1
87:16 90:17

107:3 108:18
111:12 117:14
119:4,11,13
121:16 134:23
135:22 159:1
**knife** 18:20,22
**know** 12:3,5,22
25:17,23 26:4
26:23 27:1,5
27:11,16 28:3
28:22 30:15
35:5,20 37:3
38:19 40:5
42:12 46:13
47:11 49:4,9
56:8 64:7
66:15 70:13
70:20,21 71:6
71:14 72:9,13
72:19 75:6
79:19,23
84:11 86:20
86:22 90:5
92:4,8 93:10
95:3,4,6
117:10 118:10
126:12 128:8
130:22 131:4
131:10 140:10
142:22 147:2
147:14,21
154:15 159:9
163:2,22
164:8,16
167:9,11,14
170:1,3
173:17 174:4
174:11,17
175:1,9 176:2
177:8 182:11
182:16,17
190:19,22
191:4,6,10,14
191:15 192:19
192:22 194:1
**knowed** 108:23
**knowledge** 6:7
38:10 41:11

41:13 52:1
64:4 65:18
66:11 67:10
68:1 71:4,22
72:3 90:7
153:8 168:15
181:14 183:10
194:4 195:14
**known** 109:21
109:23 166:23
168:3,7,20
**knows** 37:14
41:23 42:11
65:19 68:8
109:14 114:1
118:8

___

**L**
**L** 1:14 45:13
**labeled** 55:12
**lady** 13:4
**large** 5:4 30:4
46:7
**launch** 122:9
124:15 127:8
127:19
**launched** 37:16
125:8 169:15
169:21
**launching**
124:22
**law** 1:20 3:5 5:8
29:5,7,18,22
71:4,4 131:6
132:2 175:18
175:20
**laws** 2:6
**lawsuit** 9:1,12
10:15,18
**lawyers** 83:11
**lead** 133:6
**leading** 2:12
27:9,12
**leap** 136:8,15
**learn** 34:8
**learned** 60:4
62:2,10 69:6,8
70:5,14,16

126:14,16
**learning** 170:8
170:14
**leave** 76:4
**led** 22:15 58:9
**left** 77:17,18
**let's** 86:18 92:5
106:18
**letter** 192:4,9
192:13,17,20
193:18
**letting** 20:17
154:14
**level** 14:5
**license** 131:2
132:1,2
**Lieutenant**
22:22 23:11
24:1,12 28:6
28:19 31:1,22
32:4,11 33:11
33:19 34:2,5,7
34:11
**Limits** 76:5
**list** 43:11 86:13
86:18 92:6
**listed** 43:6
44:13,21
45:10,16 46:3
131:13
**lists** 61:16
**litigation** 9:16
10:3
**little** 23:21
185:17
**live** 142:20
**lived** 61:5 68:9
**lobby** 20:7
**local** 71:17
81:10 107:12
167:15
**locally** 143:19
**locate** 153:23
**located** 89:9
**location** 22:23
23:13 32:23
**Lockett** 26:12
44:3 50:13

74:16 98:1
100:18 104:10
104:22 115:5
115:6 116:21
**log** 141:16,16
**logged** 146:17
**long** 15:14,21
16:5,14 18:3
195:3,6
**longer** 62:3
162:21
**look** 22:7 31:10
36:7 56:23
72:12 87:22
116:11 118:9
131:1,1,2
**looked** 22:3
**looking** 35:11
43:12 52:3,11
116:6 134:4
142:23
**looks** 45:21
**lost** 47:5,6
**lot** 35:21 71:4
**lots** 90:2
**loud** 6:15 132:9
161:11
**lounge** 185:21
186:2
**lying** 65:1
108:18

---

**M**

**M** 3:10
**m-a-n-c-i-l**
130:11
**M-c-G-o-l-e-y**
43:22 45:12
45:13
**ma'am** 6:13,17
6:20 7:3,9,16
8:22 9:2 10:10
10:16,19 11:1
11:12,21 12:2
13:18,22 14:1
14:4,19 16:20
16:23 18:14
19:3 20:3

21:15 22:8
25:2,14 27:11
30:10,15,23
36:23 37:21
38:1,6,20 39:1
39:5,9,15 44:6
47:23 48:6,14
52:18,22 54:1
54:17,19 56:5
56:8,12 57:2
57:16,22 58:2
58:11,13,17
58:20 59:10
59:18,23 60:9
60:21,23 61:3
61:9,13,20
62:14,18
63:19,22
64:17 65:3,13
65:16,23
66:22 67:3,13
68:5,11,13,16
68:21 69:2,6
69:16 70:7,9
71:7,10,20
72:1,18,22
74:11 75:9,13
76:18,22 78:4
78:12 79:17
80:12,15
81:23 82:5,15
83:2,16,22
84:2,4,7 85:4
85:9,19 86:10
86:17 87:7
89:4,14 90:8
90:14,16,23
91:3,7,17,20
92:1 93:16,18
93:21 94:4,6,8
94:11,13
95:13 96:6,11
96:14,18,23
97:2,6,12,16
97:18 99:8,13
99:16,18,20
99:23 100:2,8
100:17,19,22

101:1,6 102:4
102:7,10,19
102:21 103:6
103:14 104:17
104:19,21,23
105:2,4,10,14
106:5,10,15
109:9 111:16
111:18,21
112:14 113:7
113:10,13
115:19 116:18
116:20,20
119:1,7,7,16
120:8,22
121:6,9,12,15
121:19,22
122:2,7,14
123:5,16,19
123:22 124:4
124:7,10,12
124:20 126:2
126:10,10,20
127:3,11,21
128:14,18,23
129:3,9,21,23
130:9,13,18
131:7 134:17
135:6 136:10
136:16,19,22
137:16,20
138:3,7 139:6
139:10,19
140:1,18
141:4,8,12,22
142:14 144:10
147:23 150:7
151:14,19
152:2,17
153:6,16,21
154:3 155:5
155:19,22
156:3,7,18,21
157:2,6,11,17
158:6 159:3
160:1,16
161:6 162:2,5
162:9 163:3,8

163:10,21
164:12 165:12
165:15 166:1
166:5,9,13,18
166:21 167:23
168:6 172:10
172:22 173:12
177:16,16
178:1,10
180:23 182:6
182:14,18,20
183:15,17
184:5,7,15
186:15,19
189:10 191:20
192:2,15,21
193:1 194:21
196:13
**machine** 54:21
**magazine** 15:3
**Magill** 12:14
13:14 23:8,21
31:2,7 32:7,8
34:10,13,14
70:19 75:17
76:4,6 87:18
87:20 89:18
122:19 123:18
176:6,8,18
182:16
**Magill's** 75:1
88:5
**Main** 1:22 5:9
**majority** 179:6
179:7
**making** 53:11
135:17 185:9
**man** 13:2
122:18
**Management**
183:14
**Mancil** 138:9
139:16 141:6
144:10,19
146:3 148:9
148:22 153:3
153:10
**Mancil's**

148:15
**mandates**
184:17,22
185:6 186:4
**manipulated**
191:16
**manner** 19:22
**manuals** 184:10
**marijuana** 98:6
98:17 101:13
101:20 108:3
109:19 117:19
**mark** 38:16
**marked** 4:12
38:13 60:11
60:16 130:4
**marking** 130:2
**match** 148:5
**Mathews**
162:14
**matt** 130:11
138:9 139:16
144:10,12,19
146:3 148:22
153:2,10
**matt.mancil**
134:2
**matt.mancil...**
133:22
**matter** 8:5 10:9
10:22 28:18
137:9 176:17
**matters** 87:10
**McGill** 23:3,11
**McGoley** 43:19
45:11,13,22
50:11 74:14
99:19 104:9
104:16 106:21
108:1,11
137:5 167:15
**McGuire** 58:1
58:3,5,8,12,14
59:13 61:4
64:19,22 65:1
65:8 66:14
67:19,21 68:7
73:22 74:13

74:20,23 76:1
76:21 79:15
80:9 87:14
105:5,6,8,11
106:4 111:2,8
123:15 124:9
134:21 135:4
**McGuire's** 86:9
**McGurey** 59:12
**McKay** 3:16
12:16
**McNeil** 145:21
147:22
**mean** 46:20
48:7,16,18,20
63:10 123:23
130:21 131:21
142:7 146:10
**Meaning** 35:3
**means** 47:6
48:9,21 197:8
**meant** 135:4
150:14
**Meat** 192:7
**meet** 22:22 23:7
23:10 34:4
76:8 80:21
193:5
**member** 14:20
15:7,11 62:6
65:11 70:10
109:12,13
166:23 167:11
167:14,19
168:8,20
**members** 15:1
21:5 24:3 35:1
68:9 108:10
108:19 115:12
115:16 116:23
125:23 127:13
128:11 132:17
148:11 150:21
167:8 191:2
192:6
**memo** 187:8
**memorandum**
171:20,22

177:20 178:21
179:11,13,15
179:19 186:21
187:5,21
188:3,15,16
**memorize**
36:14
**memory** 37:20
**mentioned**
13:21 24:15
81:14 114:9
137:22 182:1
**mentions** 60:14
**mere** 189:2
**met** 11:22 12:6
12:7,9 13:9
115:11
**metal** 20:13
**Michael** 26:11
27:15,18,20
44:3 50:12
56:3 74:16
98:1 100:18
104:10,22
115:5,6
116:21
**Mid** 9:18
**MIDDLE** 1:2
**mind** 11:13
22:7 66:5
85:13 92:13
**minute** 82:18
**misdemeanor**
98:18 101:14
102:2
**misstatement**
138:20
**mistaken**
162:10
**Mitchell** 3:10
4:4 5:22 37:1
37:7,8,13 38:7
39:22 40:4,8
40:14 41:5,9
41:18 50:15
50:18 73:7,13
73:16 74:2
79:3 80:10

81:1 85:2 91:9
95:9,17 96:19
100:10,15
102:13 105:5
105:20 111:14
111:23 118:22
120:2,6,10,19
122:11 125:3
134:3 140:4
141:2 145:7
149:23 155:3
157:21 160:4
160:8 165:22
170:21 171:4
173:10,13,16
175:3,7,14
178:22 180:1
180:6,10,12
180:13 185:2
185:11,18
187:1,13,17
189:1,5 195:2
195:18
**moderate** 46:22
**modified**
191:11
**moment** 21:21
45:19 65:4
104:14 165:5
**moments** 50:21
53:5
**Monday** 12:9
20:12 130:14
**money** 77:16
**months** 117:16
133:2 141:11
144:17
**morning** 20:16
28:14 46:2
132:15
**motorcycle**
17:18 23:17
24:4,18,22,23
25:5 29:4,17
30:6 31:15,18
32:1,2 34:1,21
35:12 47:8
48:13 59:16

60:5 61:12
62:4,9 63:9,14
64:4,13 65:9
65:21 67:7,15
68:20 69:12
69:15,18 71:1
71:18,23
72:15,17,20
77:4 80:19
81:20 84:13
86:4 107:5,11
107:14 118:13
125:20,23
126:12,22
127:13 128:13
129:7 132:17
132:23 133:9
133:16 134:16
134:23 135:19
136:4,14
137:2,7 138:1
139:14,23
140:15 141:1
148:11,18
149:5,17,21
150:17,21
153:4,9 167:1
167:8,11,20
168:4,8,15
169:3,23
170:9,15
182:3 183:9
**motorcycles**
71:16
**mountain** 145:4
**mouth** 51:3
**Mullis** 12:14

—————
**N**
—————
**N** 1:14 3:1 4:1
**name** 6:3 7:5
9:19 13:11
15:1 26:10,15
43:21 44:8
45:20 58:1,5
61:8 74:14,21
79:19,20
102:14,15

114:2,6 115:3
126:21 138:23
145:20 166:20
168:10 191:5
**named** 75:21
**names** 7:8
25:19 36:14
50:20 51:1
86:13 132:12
132:20 138:16
138:22 142:9
142:18 143:3
143:7 148:3,6
**narcotic** 72:12
**narcotics** 72:10
72:11
**narrative** 51:18
**nature** 9:7
**necessary** 2:9
**need** 18:18,19
32:16 37:19
38:4 76:7
124:20 132:12
138:12 147:12
**needed** 22:20
29:23 32:20
63:20 110:16
147:11
**neither** 139:12
139:16,17,20
170:2 197:13
**never** 15:5 19:4
60:3 67:17
70:2 72:10
73:1 77:8,19
78:5 79:22
108:4 109:20
114:4 115:3
115:11 117:5
117:11 150:4
169:15,20
193:7 194:8
**new** 81:9
**nicknames** 7:7
**night** 25:6,8,9
33:2,4,14
86:16 106:1
118:21 119:14

night's 151:6
167:7
non-issue 30:12
noon 49:6
North 3:12
22:21 23:8,14
57:10,19
Notary 5:3
197:21
note 40:13,15
57:3
notebooks 11:8
11:9,18 55:4
noted 52:14
notepad 22:9
notes 22:9
46:11
notice 2:18
38:22 41:1
82:6 83:3,4,14
84:9,21
154:14,17,23
155:9,21
156:5,9,23
157:3,9,13,19
158:4,8,14
noticed 40:23
notices 83:15
153:23 154:5
notification
82:11,13
84:15
notify 154:12
156:10
number 38:13
39:11 43:16
43:17,22
45:12 47:15
60:11 125:13
130:4 147:18
numerous
98:17 101:14
102:2 143:15
194:6,6

---
**O**

O 1:14 80:21
81:7,8,14,18

166:20 192:7
o'clock 49:6
Oak 22:21
oath 62:13
object 37:1
50:15 73:7,13
74:2 80:10
91:9 95:9,17
96:19 111:14
111:23 118:22
120:2,6,19
122:11 125:3
140:4 141:2
149:23 155:3
157:21 165:22
170:21 171:4
175:3 185:2
185:11 187:1
187:17
objections 2:10
2:13 51:5
obtain 14:18
49:18 50:5
83:14 84:6,17
143:1 192:16
obtained 27:8
41:6 49:13,15
49:22 50:4,8
59:9,20 60:8
72:2 106:7
119:18 139:16
obvious 97:3
obviously 52:6
77:10 117:20
151:10
occasion 108:12
occasions 77:3
77:5 108:6
109:16
occur 9:17 21:2
140:9
occurred 22:23
33:14 36:4
51:17 56:17
121:14 140:10
182:3 186:2
off-duty 184:17
184:22 185:6

185:13
off-the-side-o...
79:14
offense 32:18
35:22,23 36:1
36:8 50:1,3,4
50:8,23 52:15
52:17,20
54:10
offered 2:15
office 83:10
116:6 176:15
176:15,19
192:18
officer 8:20
15:20,23
24:11 27:3,15
27:17,19,20
27:22 29:1
30:16 44:18
52:8 53:3 54:5
56:3 57:4,9,17
57:19 58:6,18
58:22 59:3,19
60:13,17
61:11,14,15
64:18 65:6
66:7 67:19,21
71:21 72:4,14
74:6 77:12
85:10,12
87:12 101:10
108:8 109:15
110:11,12
117:14 118:8
124:17 125:9
128:16 129:13
129:17 134:8
154:17 155:1
155:9,14
156:11,16,23
168:14,17
181:16 185:10
185:13 196:1
officers 15:4
24:7,11,16,21
25:4 27:7 28:7
28:10,17 29:3

29:11,13
31:14,23
32:23 33:13
33:19 34:9,19
34:20 37:5
54:2 60:19
61:5 65:19
68:19 70:18
72:8,9 95:6
97:1 107:3
114:21,22
118:10 124:21
125:18,22
126:11 127:12
128:20 131:2
142:4 143:3
153:4 169:22
170:2,3
184:17,23
185:8
officers' 129:6
132:20 138:16
138:21
offices 1:21 5:8
official 19:6
96:7 98:21
101:10 116:12
126:8 146:14
189:22
Oh 55:6 78:23
92:18 101:14
111:20 116:16
127:4 179:9
180:8 182:8
okay 13:9 21:20
22:12,17 23:4
23:18 35:17
39:20 40:7
43:6 47:3
48:23 49:13
50:23 51:9
53:17,20 55:9
76:11 79:11
81:4 86:11
89:5 94:20
97:20 98:23
100:6 102:18
104:14 106:3

106:19,22
107:2 109:3
109:10 110:10
113:1,16,17
113:20 114:9
114:16 115:9
123:13 141:23
145:1,9,14,16
157:12 159:4
160:8 165:6
171:13 175:20
188:21 193:9
OMG 59:17
once 29:9 34:12
51:11 82:10
140:7 162:14
162:18
ones 28:10
75:20 99:5
103:12 104:7
167:4,13,16
open 43:13 79:4
opening 24:8
opinion 73:15
136:9
oral 5:12
order 21:18
35:20 41:6
55:13 63:15
81:11 82:21
82:22 107:20
160:14,18,20
160:22 161:5
166:4,6
ordered 124:3
174:7
orders 40:17
organization
129:22
organizations
14:21 15:8
oriented 53:19
Otis 80:21 81:8
81:14,18
Outcast 23:17
24:18,23 25:5
29:3 32:1
33:23 34:21

59:14 60:20
63:3,5 64:3,13
64:17 65:5,9
65:12,21 66:6
67:7,15 68:2
68:20 69:5,7
70:1,3,6,12
73:2,6,10,18
77:4 80:2,19
80:22 81:19
107:13,15,20
108:14,17
109:13 110:11
110:17 111:12
112:3 116:1
116:22 117:17
118:13 134:23
135:19 137:7
166:23 167:8
167:11,19
168:3,8,20
170:9,15
181:22 182:3
194:4
**outcome** 10:2
**outlaw** 23:16
30:5 31:15,18
32:1 59:16
62:9 63:9,14
71:18 84:13
86:4 132:16
148:11 149:17
169:2
**outset** 157:4,14
**outside** 38:8
40:5 129:14
129:20 152:9
157:8 173:5
**Overton** 26:8
26:11 44:2
50:12 74:16
100:9 104:10
104:20 113:22
115:4
**Overton's**
97:20

---
**P**

**P** 1:14 3:1,1
**P.C** 1:21 5:9
**p.m** 13:12 82:4
**packet** 54:14
**page** 4:2 60:16
61:17 68:6,14
68:15
**pages** 147:20
**paid** 15:2,5
**paperwork**
32:15 35:19
35:19 49:17
179:20
**paragraph**
60:15 61:17
**parenthesis**
59:17
**parole** 98:14
**Parrish** 20:18
44:19 57:10
57:19
**part** 30:21
36:10 83:20
84:19 91:19
94:21 96:6
126:7 139:5
139:10 146:13
155:2,10
160:1 168:3
189:8
**participated**
150:9
**particular** 52:4
150:16
**parties** 1:17
2:13 8:5
109:17,19,23
197:15
**parts** 91:5
**party** 8:23
10:14 117:10
**passed** 28:23
32:8 53:10
58:6 139:1
140:13,23
**passing** 25:10
132:21 133:7
133:15 134:15

136:2,12
137:1,23
138:17,22
139:13,22
148:17 149:2
**patches** 107:16
**patrol** 19:15
75:12
**pays** 14:23 15:6
**PD** 32:17 53:6
61:6 75:18,18
86:21
**PD-12** 53:23
55:1 59:6
**pending** 6:23
158:19
**people** 12:17
13:20 20:13
24:14 25:20
28:15 29:1,10
33:9,10 35:14
36:13 53:9
71:15 75:20
75:21 87:16
87:21 88:6
116:9 131:1,3
143:17 144:1
193:5
**people's** 131:23
**percent** 48:11
59:16 60:5
63:14 70:23
194:5
**percenter** 71:22
149:10,14
**perform** 129:18
**performed**
142:12
**period** 107:17
**permanently**
107:21
**permission**
67:6
**person** 42:4
128:2
**personal** 38:10
41:10 137:9
163:1

**personally**
41:23 73:10
**personnel**
163:8,18
164:6,14
165:9,19
**persons** 151:22
**pertains** 166:7
166:11
**phone** 20:15
76:10,15
79:18 138:11
**phones** 20:8,16
20:20 116:8
**phrase** 131:20
185:5
**picking** 103:12
**piece** 180:2
**pilot** 107:7
**pipe** 46:18,23
47:2
**place** 46:1
81:10
**placed** 45:17
**plaintiff** 1:8 3:3
9:3
**Plaintiff's** 4:13
4:14,15 38:12
38:17 60:10
60:17 68:7
130:2,3
**plans** 53:11
**PLAZA** 3:11
**please** 6:11,14
7:4 46:16
125:6 132:5,8
158:1,22
160:4 177:21
187:4
**point** 20:8 32:9
35:9,10 45:1
75:23 121:16
133:14 135:16
162:21 163:17
191:7
**police** 7:13
14:23 15:4,20
15:23 24:16

25:3 26:2 29:2
34:20 35:8
37:5 39:7
42:22 44:21
45:2,6,18
48:23 54:1
60:19 61:5
65:20 68:10
68:18 69:9,11
77:12 85:16
101:10 107:4
107:9 108:8
108:13,20
110:12,19
115:15 116:12
116:14 117:13
118:8,10
120:15 127:12
128:11,20
129:6 134:13
135:2 136:13
137:18 139:21
151:23 153:3
155:1 165:9
183:13 184:18
184:22,23
185:8,9,13
195:5
**policies** 170:23
171:2,9 186:9
186:12,16
**policy** 151:13
151:15 152:1
152:4 163:6
163:23 164:5
164:9,18
165:5,13,17
165:19 166:3
170:18 184:16
184:21 185:5
185:19 186:3
**position** 7:10
15:18 110:19
134:12
**positions** 16:19
**possession**
46:18 47:2
98:5,6,7,7,16

101:13,20,22
101:23,23
133:13 191:8
**possible** 133:2
143:1
**possibly** 29:3
31:23 34:20
43:5 48:13
132:21 138:17
138:22 144:2
163:1 165:1
173:20
**post** 39:16
**poster** 29:6,9
29:14,15,16
29:19 30:2,4,9
30:11,17
**potential**
150:20
**PR** 47:8
**precipitated**
21:23 42:15
42:18
**precise** 174:4
**precisely** 52:3
175:6
**predeposition**
41:6
**preparation**
11:19,23
**prepare** 11:2
13:17 41:16
**prepared** 42:9
179:4 181:12
**presence**
117:21
**present** 3:15
12:6 13:14
121:20
**preserve** 51:5
**president** 80:22
81:19 107:10
126:15,17
134:22 137:6
**previous** 97:14
118:17 121:14
151:6 167:7
**previously**

114:20 159:15
**Princess** 43:18
50:10 99:17
**printed** 35:22
147:13
**printing** 32:19
**prior** 2:16
16:21 55:22
62:1 66:13
72:15 151:16
154:1,5 155:9
**prisoner** 18:21
**privileged**
40:22
**probably**
172:20,21
**probation**
98:14
**problem** 85:5
**Procedure** 5:6
**proceedings**
5:13
**Process** 165:3
**produce** 82:23
144:19,20
**producing**
84:21 85:13
**professional**
14:21 160:19
161:3,15
**prohibiting**
41:7
**promoted** 18:9
**proof** 78:9,15
**property** 98:3
98:10,13
101:19,23
**protect** 194:13
**protective**
40:17 41:6
**prove** 149:19
**proven** 140:15
**provide** 40:9
83:23 84:14
154:17,23
155:8 156:4,8
156:23 157:19
172:17 174:1

**provided** 5:5
155:20 157:3
158:4,14
173:19 175:2
175:9,18
**public** 5:3 21:6
92:17,20,22
98:21 101:10
197:21
**pull** 35:11
76:12 110:11
134:7,11
**pulled** 76:13
**pulling** 110:15
110:16,17
**pumps** 49:1
**purports**
130:10 179:15
187:6 188:4
**purpose** 88:16
**pursuant** 87:2
167:7
**pursued** 124:1
**put** 22:4 51:2
77:16 94:15
177:9

___

**Q**

**question** 6:9,12
6:23 7:1 33:1
40:20 41:8
58:18 68:22
79:4,8,12 90:9
90:18 120:11
131:11 135:12
156:14,17,17
158:12 160:5
167:10 177:10
185:5 187:15
189:2
**questioned** 82:7
85:8,18 89:16
93:13,20,22
106:11 120:13
121:23 157:16
158:15
**questioning**
44:22 85:22

87:5 109:7
119:6 120:1
151:8 152:10
155:15
**questions** 2:11
2:12 6:5,15
37:11,18
39:18 51:7
89:20 90:1,2,3
90:14,15 91:2
96:16 121:8
135:4 156:1,5
197:7
**quick** 22:10
151:2
**quicker** 22:5
**quit** 62:11,13
66:12,15 69:8
69:10,12,15
69:18,20 70:6
73:4
**quote** 141:10
150:13 164:2
181:21

___

**R**

**R** 3:1 197:1
**R-a-f-a-e-l**
102:17
**race** 127:22
195:15 196:3
196:10
**racial** 159:19
161:20
**RaeMonica**
132:14
**Rafeal** 26:7
44:11 50:14
74:15 102:12
102:16 104:11
105:3 117:12
**ran** 103:4 142:4
143:7
**rank** 15:22 16:2
16:9
**RE-EXAMI...**
195:21
**read** 46:15

47:12 51:13
51:13,17 57:7
90:4 92:3
132:4,7 133:3
161:11,20
163:3 165:5
**reading** 2:3
50:6 60:6
113:8
**real** 8:17
**realize** 63:8,12
64:2,11
**realized** 23:15
**really** 32:7
38:19 77:5
193:13,15
**ReaMonica**
108:22 136:18
136:21 137:1
139:12 153:15
**reask** 6:12
**reason** 45:5
55:16 134:10
152:8 182:21
194:12
**recall** 9:21 10:1
10:20 12:10
15:5 17:11
18:8 19:12,22
19:23 21:7
28:1 30:3
32:13 33:16
36:8 58:23
82:9 84:8
90:13,15,21
91:1 94:19
103:10,15
104:2,5
112:22 113:4
118:5 124:22
126:23 129:15
131:7 135:14
144:3 151:11
159:16 163:15
167:13 172:6
173:6 174:20
176:11 180:18
181:10 183:19

184:9,12
196:5,6,8,9
**receive** 110:21
124:13 158:8
183:11 184:3
184:10 193:6
**received** 51:11
56:7,9 66:8
67:5 111:4
140:7 148:22
167:21 168:5
168:21 169:2
**receiving** 98:2
98:13 101:18
193:7
**recognize** 130:8
147:3
**recognized**
54:22
**recollection**
37:20
**recommend**
69:11 186:8
186:11
**recommenda...**
123:21
**reconstruction**
8:10
**record** 7:5
11:14,15
22:13 38:3,8
40:14,16 51:6
55:18,19 75:4
82:18,19
92:19,21
145:6,10,12
160:11,12
181:1
**record's** 135:1
135:5
**recorded** 75:7
75:11 89:13
191:2,15
**recorder** 75:10
**recording**
193:20 194:1
**records** 107:8
116:12 135:9

135:21,23
136:11 138:13
**recruiter** 109:2
**refer** 37:23
68:3 89:22
161:7
**reference** 57:11
132:11 138:12
**referenced**
11:17 57:4
**references**
57:23
**referred** 11:19
**referring** 19:14
54:16 55:23
56:21 110:7
114:15 162:11
175:15 192:14
**refresh** 37:19
**refuse** 107:23
**refused** 107:19
**regard** 106:17
149:9 183:4
**regarding**
162:1 169:22
182:22 183:9
**REGIONS/H...**
3:11
**relate** 34:15
**related** 8:20
10:22 52:16
52:21 124:23
129:19 135:8
146:23
**relating** 2:6
**relation** 106:23
197:14
**relations**
143:16,23
**relayed** 32:2
**relevant** 36:14
36:18 37:3,17
193:15
**remember** 9:14
12:13 13:10
17:21 28:8
50:19 63:6
88:2 89:22

90:1 94:14
103:16 126:18
167:16
**remembered**
20:4
**remind** 168:9
**removal** 152:12
152:16
**remove** 107:21
151:7,9,10,16
152:1,5,8
**removed**
151:11
**removing** 112:3
112:4
**repeat** 125:5
**rephrase** 6:10
**reply** 146:4
**report** 22:2
32:18 35:23
36:1,8 44:20
49:14,23 50:1
50:2,3,4 51:1
52:15 54:11
54:13 56:2
57:8,21 58:19
59:11,22
60:14 64:19
67:19 87:23
171:19 172:19
173:5,18
174:18 177:22
181:11 185:15
186:4
**Reporter** 5:2
5:17,20
**reporting**
184:17,22
185:6,13
**reports** 32:17
50:9 51:11,15
52:17,20
**represent** 6:4
**representation**
133:21
**represented**
56:1
**represents**

197:10
**reputation**
59:14
**request** 104:3
135:17 141:5
153:2
**requested**
129:5,11,17
142:10
**requesting**
84:20 140:8
141:14 150:15
**require** 69:10
**required** 136:6
152:20 154:10
156:10 178:20
**research** 52:5
70:15 132:13
149:8
**resembles** 55:1
**resisting** 125:15
**respective** 1:18
**respond** 22:21
**responded**
57:10,19
**responding**
23:3,12
**response**
144:22 146:3
146:4,20
148:8,15,21
**responsibility**
185:15
**responsible**
174:22
**result** 90:11
170:19 171:9
174:6 197:16
**results** 187:7
**retaliation**
162:17
**review** 11:7
91:22 141:14
165:13
**reviewed** 11:4
13:15 52:19
52:20
**reviewing**

51:22
**RHONDA** 1:19
5:1 197:19
**ride** 63:15 65:7
67:6 81:11
150:16 167:21
**rides** 62:6
64:15,17
114:4
**ridiculous**
180:2,14
**riding** 107:18
**right** 13:11
34:7 53:15
65:18 87:23
92:2 103:2
109:5 113:9
137:12,21
144:18 151:5
158:13 175:12
175:14 176:20
180:9 193:12
**rights** 159:13
161:18 162:3
166:16
**ring** 20:9,17,21
20:22 21:1
**ringing** 20:15
**road** 75:2,15
76:13,14
**Robert** 26:17
43:7,9 44:1
50:9,12 99:3,7
100:7 101:2,4
101:5,17,18
**rode** 67:7 71:15
79:21
**role** 10:22
**room** 12:11
13:13 88:13
89:2,6,7,8,10
94:16 96:13
119:22 121:4
121:5 123:10
123:11 152:10
152:15
**rule** 154:11
165:11

rules 2:6 5:6
  163:9,18,19
  164:5,6,14,15
  165:9,10,20
  165:21
run 97:9 106:3
  131:23 141:6
  141:10 142:1
  142:5 144:5
  144:11,11,12
  144:13 148:10
  153:3,10,12
running 142:17
runs 143:3

**S**

S 1:14,14 3:1
  4:11
s/Rhonda
  197:18
S36 48:15
safe 52:10
SAITH 196:17
sale 98:21
  101:12
sales 24:9 182:4
sat 20:20
saw 29:9 38:19
  77:11 117:17
saying 84:10
  115:14 119:10
  192:6
says 43:17,18
  43:23 44:19
  44:20 45:12
  45:14 46:17
  47:2,4,5,8,22
  48:4,12,15
  57:21 65:6
  76:3,6,8,9
  132:11 163:11
  163:12 165:8
  190:14
scanning 47:18
scene 27:8,23
  28:4 30:13,18
  31:2 33:12
  42:23 44:18

45:6 48:22
  49:8,11 53:9
  56:3 58:7,8
  59:4 74:10
school 14:7,10
  14:11
scope 38:8
screen 46:12
  47:14 143:17
  143:18
second 13:9,11
  26:10,14
  55:18 57:12
  68:15 74:8
  98:13,16,20
  101:11,21
  132:18 154:9
  156:1,8 157:9
  159:21 160:11
Section 161:8,9
  161:10 164:22
  166:7
see 19:16 31:10
  31:12 45:19
  54:18 76:2
  81:8 83:5,19
  85:2 116:8
  117:19 132:1
  136:6 142:3,5
  142:9,12,19
  144:13 155:6
  163:4 165:7
  165:16 171:16
  182:8
seen 38:18,20
  77:8 79:22
  108:1,4,5
  109:17,20
  114:3,5 115:4
  117:15 164:1
  174:8,12
self 72:7
send 138:10
  146:7
sensitive 29:5
  29:19 132:22
  133:8 136:3
  136:13 137:1

137:23 138:17
  138:23 139:1
  139:13,22
  140:14,23
sent 138:14
  146:15 147:12
sentence 57:7
separate 85:9
  85:10 147:16
September
  181:13 186:21
  187:6,21
  188:4
sergeant 6:3
  7:12 11:16
  12:14 13:13
  16:10,11 20:7
  23:2,8,11,20
  31:2,7 32:6,8
  34:10,12,14
  40:18 55:21
  70:19 71:19
  75:1,17 76:4,6
  87:18,20 88:4
  89:18 122:19
  123:18 160:13
  172:2 176:6,8
  182:15
series 6:5
serious 24:2
services 109:1
  131:7
set 165:10
setting 41:3
settle 10:11
seven 71:13
  105:21 184:2
shaking 6:16
shape 140:20
sheet 32:18
Sherrer 1:21
  5:9
short 55:20
  108:15 151:3
show 38:16
  130:1 163:20
  189:12 190:11
  192:13

showed 150:8
  174:13,15,19
  175:12 178:14
showing 104:8
  178:4,6 193:4
shows 94:18
  111:11
sic 22:21
side 8:6 22:4
  75:2,15 76:13
  76:14
sign 178:9
Signal 46:19,19
signature 2:2
signs 181:5
simple 177:10
  177:11
sir 36:2 38:18
  40:3,12 51:4
  54:23 55:14
  165:14 195:12
  195:17
sit 172:14
  177:13
sits 179:19
sitting 11:10
  75:1 174:21
six 105:15,22
slash 43:16
smaller 71:17
Smith 1:19 5:11
  5:15 6:3 7:6
  11:17 40:18
  55:22 160:14
  172:2 195:3
smoke 77:8
  108:4 109:20
  117:19
smoked 77:7,10
  108:3 109:19
  117:20
snitch 110:13
  115:16 117:1
  118:14 122:4
social 15:8
  17:10 128:17
somewhat 95:2
Sons 128:21

129:1
Sonya 3:4 6:4
soon 62:10 70:5
  73:5
sorry 26:9
  51:13 53:17
  53:20 55:6
  57:6 99:2
  100:6 101:15
  101:15 110:5
  114:7 116:16
  132:2 135:11
  141:20 148:19
  150:3 154:21
  158:2,21
  160:6,7,9
  161:16 170:11
  171:7 179:1,1
  184:20 188:2
  189:3,4
  190:18
sounds 91:18
South 81:16
SOUTHERN
  1:3
speak 40:1,10
  42:7 59:3 74:4
speaking 39:7
special 16:19
specialized
  72:14
specific 52:11
  85:20 88:16
  131:17 133:13
  167:21 170:8
  170:13 186:8
specifically
  32:12 68:8,18
  75:14 90:16
  90:18 96:17
  106:12,17,23
  112:2 114:14
  152:11,16
specify 39:16
spell 26:13
  43:20 44:7
spoke 23:20
  59:1 60:3

| | | | | |
|---|---|---|---|---|
| 62:22 73:23 | 109:13,15,18 | 5:9 22:21 23:9 | 139:3 163:22 | 88:18 90:20 |
| 106:16 137:7 | 109:21 110:10 | 23:14 57:11 | 168:12 193:20 | 96:21,22 |
| **spoken** 13:19 | 110:13,17 | 57:20 | **surmise** 51:14 | 106:13,14 |
| 137:11,13 | 111:8 114:1,4 | **strictly** 17:5 | **suspect** 9:10 | 110:22 111:11 |
| 166:22 167:2 | 114:6 115:2,9 | **strippers** 77:15 | 43:7,8,16 89:6 | 112:11,16,21 |
| **Spoon** 79:20 | 115:10,13 | 78:15 | 105:9 124:17 | 113:19 114:10 |
| 114:6,17 | 116:22 117:5 | **stuff** 47:9,10 | **suspect's** | 114:18,23 |
| 115:3 117:6 | 117:8,10,13 | 62:7 63:15 | 125:10 | 117:3,23 |
| 117:11 | 117:16,18 | 70:20 162:13 | **suspects** 50:7 | 118:2,3 141:6 |
| **St** 81:16 | 118:7 135:20 | 175:19 | 94:12,21 95:7 | 167:20 181:16 |
| **stack** 55:2 | 194:4 | **stupid** 107:18 | 105:23 106:7 | 185:22 186:1 |
| **staff** 18:23 | **statement** | **subject** 38:11 | 123:14 124:6 | **Taiwan's** 112:3 |
| **staging** 48:19 | 74:10 76:2 | 47:2 130:19 | 137:14,16,19 | 112:4,5 |
| 48:21 | 118:7 122:15 | **subject's** 46:17 | 143:3,7 151:6 | **take** 6:19,21 7:2 |
| **stamped** 56:1 | 127:6 138:4 | **subjects** 24:5 | 151:8 152:11 | 13:1 30:14 |
| 113:6 | 138:15 140:3 | 44:20 48:12 | 152:23 167:6 | 45:23 76:2 |
| **stance** 161:13 | 146:10 187:14 | 123:9 | **suspicion** | 106:18 107:19 |
| **standards** | 188:11 | **subpoena** 41:1 | 105:12 106:8 | 116:2 118:6 |
| 160:20 161:3 | **statements** | **subpoenaed** 8:6 | 109:6 118:17 | 131:12 151:2 |
| 161:15 | 110:2,7 | **substance** 98:8 | 119:14,20 | 165:4 176:1 |
| **stands** 131:5 | **states** 1:1 58:14 | 98:12 101:12 | 120:15 121:11 | **taken** 1:19 7:14 |
| **start** 15:19 | 59:12 60:14 | **sue** 9:22 | 125:1 | 28:15 197:16 |
| 20:10 32:10 | 68:8 138:6 | **sued** 9:20 | **sustained** | **talk** 32:7 76:9 |
| 104:14 106:20 | 163:6 164:5 | **suggest** 187:11 | 124:14,14 | 112:2 |
| **started** 15:19 | 186:22 189:12 | **summarizing** | **sworn** 5:16 | **talked** 11:5 |
| 32:19 35:6,10 | 190:4 | 133:5 | **system** 49:16 | 23:23 32:6 |
| 53:11 70:15 | **stating** 65:18 | **summary** 92:2 | 130:23 131:1 | 34:10 53:9 |
| 162:15 | 116:23 | 95:12 169:13 | 132:3 141:21 | 73:22 111:2 |
| **Starting** 18:15 | **station** 35:8 | 179:4 | 142:11,22 | 126:5 137:5 |
| **starts** 165:3 | 45:18 105:23 | **SunGard** 47:22 | 143:4,6,10 | 174:9 175:11 |
| **state** 5:3 7:4 | **stay** 117:22 | **supervisor** | 144:6 146:17 | **talking** 72:4 |
| 64:19 66:1 | **stenotype** 197:7 | 17:22 24:13 | | 76:11 92:23 |
| 76:23 130:23 | **step** 32:14 | 161:14 | **T** | 93:2 115:13 |
| 131:16 143:20 | 49:21 52:23 | **support** 80:1 | **T** 1:14,14 4:11 | 159:10 |
| 144:15 187:22 | 107:22 | 181:21 194:18 | 197:1,1 | **taped** 127:6 |
| 188:7 197:2 | **STIPULATED** | **supports** | **T-y-r-u-e-s** | **Technology** |
| 197:21 | 1:16 2:1,8,17 | 188:18 | 44:12 | 183:13 |
| **stated** 11:19,22 | **stipulation** 5:7 | **supposed** 29:8 | **tabs** 22:6 | **teenager** 17:20 |
| 54:16 59:21 | **stipulations** | **supposedly** | **Tactical** 132:3 | **telephone** 76:19 |
| 60:2 61:4,7 | 5:21 | 29:7 | **Taiwan** 61:15 | 76:20 |
| 62:4 67:22 | **stolen** 98:3,13 | **sure** 7:18 8:17 | 61:18 63:2 | **tell** 9:6 14:5 |
| 68:18 73:4 | 101:19,22,23 | 24:13 25:16 | 65:1,5 66:1,5 | 22:14 47:15 |
| 77:2 79:18 | **stop** 35:15 | 26:20 35:23 | 66:15,18 67:1 | 61:21 69:14 |
| 86:7 87:13 | 53:15 | 41:22 44:23 | 67:5 68:23 | 69:17 72:11 |
| 107:2,5,6,9,11 | **story** 69:3 | 45:4 46:10 | 69:12 73:1,18 | 75:8 86:19 |
| 107:14 108:1 | **streamed** 123:9 | 48:11 82:20 | 78:22 79:8,13 | 89:15 92:6 |
| 108:6,11,17 | 123:10 | 83:21 87:23 | 80:5,9 84:14 | 122:15 143:12 |
| 108:21 109:11 | **Street** 1:22 3:6 | 104:13 131:19 | 84:22 85:18 | 164:3 165:7 |

188:21
tells 163:17
ten 7:19 184:1
term 150:13
terminated
140:20
termination
21:13 39:13
78:3
territory 67:6
150:16 167:22
testified 5:18
8:12,13,18
10:21 64:6
84:23 100:15
112:15 165:18
179:23
testify 10:8
36:21 38:9
39:3 42:11
90:6 162:8
173:8
testifying 8:2
39:8 62:12
174:23 180:9
180:12
testimony 6:19
41:4 154:16
154:22 157:13
168:10 197:11
Thank 55:9
133:2 174:17
theft 98:10
thereto 2:16
197:8
they'd 19:17
thing 35:22
47:13 191:22
things 72:8
157:8 173:3
178:16
think 12:18
13:5 18:20
33:12 53:4
79:3 92:15
third 43:15
60:15 98:15
Thomas 104:10

Thompson
26:17 43:17
44:11 50:10
50:13 99:15
102:5
thought 78:23
110:13 112:15
116:23 118:13
122:3
three 17:4
56:13 109:16
117:16 147:20
167:18
Throttle 61:11
62:4 65:7 66:3
66:11 67:23
70:10,10
79:21,23 80:1
112:5 181:17
181:20
thrown 10:4
tickets 143:20
144:1
time 2:14,15
6:8 12:10 13:9
17:17,23 18:5
19:18,21
28:11 33:12
35:5 38:3
45:23 49:7
52:2 59:23
62:15 70:17
74:1,5 75:9
81:14 82:2
83:18 88:21
93:19 103:19
107:17 108:15
112:18,20
113:2,6,18
125:6 133:14
135:17 148:20
191:8 195:9
times 77:6
98:15 101:11
101:13,19,21
101:21,22
102:1 109:17
113:5,15

114:3
tipped 77:15
tipping 78:15
Titus 44:2
100:9
today 84:6
174:21 177:14
told 20:19
22:20 23:7,10
23:21 24:10
24:13 34:4,16
46:10,13,14
62:17 63:17
78:20 87:18
87:20 108:7
108:14,16,19
108:21 122:21
127:15 133:5
133:15 162:6
191:1,5
194:11
tons 72:11
tools 102:1
top 47:21
179:19 188:16
topic 39:11
41:17,18,20
topics 42:1,5
155:14 161:12
194:6
touch 30:19
traffic 7:22 8:7
143:20 144:1
trafficking
97:22
trained 184:14
training 72:14
183:12 184:11
transcribed
190:15 197:8
transcript
197:11
transcription
197:9
translate 136:1
transported
44:21
traveled 80:20

81:7
trial 2:14
Troy 58:15
75:2,15 76:2,4
76:5,7 122:18
true 136:7
157:7 158:17
197:10
Truitt 61:16,18
63:2 65:2,5,6
66:2,6,18 67:1
67:5,22 68:1
69:1,12 73:1
73:19 78:22
79:9,13,18
80:6,9 84:15
84:22 85:18
88:18 90:20
96:21,22
106:13,14
109:15 110:8
110:23 111:11
112:12,21
114:10,18
115:1 117:4
117:23 118:2
118:4 141:6
167:20 181:16
185:22 186:1
Truitt's 110:11
134:8
trump 163:9,18
165:20
trumped
164:14
trumping
165:10
truth 38:5
try 12:12
185:17
trying 12:18
13:5 33:17
35:11 38:4
51:2 94:13
131:21
Tuesday 20:12
turn 171:15
turned 115:14

115:21 171:11
171:13 187:14
TV 13:6
twenty-seven
15:17 71:9
two 8:5 11:10
11:17 12:16
14:17 17:4
18:20 24:16
25:3 26:16
29:2,10 33:9
34:19 37:5
47:19 53:8
55:3,8 56:15
61:5 65:19
68:8,18 97:1,5
101:11,11,13
101:19,21,22
102:1 107:3
127:14 132:20
138:16 142:3
153:7 169:16
169:22 170:2
170:3 175:15
175:17 176:12
type 16:19
typed 47:10
typographical
57:16
Tyrues 26:7
44:12 50:14
74:15 102:12
104:11 105:3
117:12

___

**U**

U 1:14
Uh-huh 55:10
74:7 86:1
114:19 145:16
173:16 179:8
unable 153:23
unauthentica...
191:14
unbecoming
77:12
underlying
21:13 39:13

underneath
48:4
understand 6:6
6:10 33:18
34:8 36:19
42:14 45:7
150:12 154:11
160:22 173:7
173:10,11
understanding
160:17
understood
162:23
underwear
77:16
UNITED 1:1
unlicensed
98:21
unofficially
19:9
unquote 141:10
150:14 181:21
use 125:16
131:20 152:18
152:20 161:20
Usual 5:20
usually 8:4,7

_____
V
_____

vehicle 101:22
116:7 190:16
Veterans
128:22 129:2
victim 45:12,14
victims 45:10
45:16,22 50:7
Victoria 43:16
50:10 99:14
video 89:11
91:8 94:5,7,17
96:3 113:7
118:9 123:9
videos 89:23
91:23 113:16
videotape 91:21
view 133:1
141:10 144:16
viewed 30:17

violated 171:3
171:9
violation 98:14
98:14 151:12
159:13 166:17
186:10
violations
161:18 170:18
violence 107:22
volunteered
114:17
vs 1:9

_____
W
_____

W 1:19 5:1
45:15 197:18
197:19
Wade 44:1
100:7 101:2
Wait 134:3,3
waived 2:4,19
walk 21:16
wall 29:6 94:15
Wallace 14:14
want 6:6 12:3
13:7 41:8
46:15 47:12
76:10 81:3
92:4,6 100:3
110:3 119:12
120:12 132:6
134:18 173:17
174:4,17
wanted 31:9
97:4 138:10
138:10 144:16
Warren 145:20
147:21
wasn't 75:10
92:7 112:9
152:20 159:11
176:12 194:14
watched 94:5,7
watching
108:20 123:11
Watermark
15:11
Watson 126:16

127:18,20
128:5 153:13
168:18,19,21
169:1,8
way 37:9 45:7
75:8 83:13
138:9 140:20
185:4 191:11
Wayne 7:6
We'll 43:13
85:2 106:20
145:5
we're 6:21
20:11 56:21
76:5,7 93:12
136:5 145:9
156:10
we've 15:12
100:10
wealth 142:21
weapon 98:2
152:8
wear 107:15
wearing 93:23
94:18 96:4
109:8 119:21
120:18 122:1
152:23
weather 168:8
web 145:18
weeks 176:12
Wendell 26:12
43:23 50:11
74:16 98:9
100:1 104:9
104:18 109:10
134:6 167:16
went 32:16
33:18 35:7,18
53:5 54:20
79:20 170:6
170:12
weren't 12:19
103:9 177:2
West 1:21 5:9
whatsoever
121:18 140:3
white 128:1,6

153:7 168:9
168:13 169:22
William 43:8
43:15 50:9
99:9,11,12
Williams 26:18
43:7 44:1 50:9
50:12 99:3,7
100:7 101:3,4
101:5,17,18
Williams' 43:10
Willie 58:5
73:22 74:13
74:23 76:1
79:15 80:9
86:8 105:8
106:4
wish 6:10
witness 2:3
5:11,16 10:17
40:3,7,12,15
41:14 111:5
111:17 151:17
160:6,9
174:22 189:3
197:12
witnessed 67:1
77:3 149:20
150:5
witnesses 39:3
74:19 89:16
89:17
Woodruff
126:15,19
127:10,16,23
153:13 168:4
168:16 169:1
169:7
Woodside
24:11 27:16
27:18,19,21
27:22 29:1
53:3 54:5 56:4
57:4,18 58:6
58:19,22
59:20 60:18
66:8 72:6,14
74:6 87:13

Woodside's
60:13 64:19
67:19
word 34:19
86:9 178:10
words 30:22
51:2 63:7
84:11 130:23
187:20
work 13:5
17:14 19:10
worked 17:16
18:3 61:6
68:10 72:20
working 9:9
30:18
worthy 112:9
wouldn't 91:4
151:13
wrecker 49:3
49:10
write 54:2
178:21 181:5
write-up 181:7
written 59:5
163:5,16
173:3 174:18
188:11 189:13
189:14,16,18
189:19 190:13
192:5
wrong 101:15
122:16
wrongful 9:13
wrote 53:4,6
92:2 189:15
192:19

_____
X
_____

X 4:1,11

_____
Y
_____

yeah 73:16 79:6
103:2 180:8
year 15:16 18:8
183:21
years 14:15,17
15:17 16:1,8
16:13 18:20

**Donny Smith**                                    2/25/2015

71:9 183:22
184:1
**yesterday** 13:11

---
**Z**
---

**Zackery** 43:23
100:1 109:10

---
**0**
---

**002240** 145:14
145:15
**002828** 47:17
**0223** 46:2
**03-07-2017**
197:22
**08** 16:17

---
**1**
---

**1** 4:13 13:12
38:13,17 43:7
60:16
**1:14-CV-00592**
1:5
**10:15** 82:5
**10:30** 82:3,4,5
**1041** 49:1
**11:30** 22:18
25:7
**12** 53:6
**121** 3:6
**13** 46:3,19 57:9
**130** 4:15
**147** 181:5,6
189:21
**16** 186:21
187:22
**16th** 181:13
187:6 188:4
**1901** 3:12
**195** 4:4,5

---
**2**
---

**2** 4:14 43:8
45:12 60:11
60:17 68:7
161:17
**20** 56:18
**200-3** 166:4,7
**200-30** 160:15

**2000** 9:18
**2008** 21:3 195:8
**2013** 56:11 57:5
57:18 88:20
130:15 132:16
146:5 181:13
186:21 187:6
187:22 188:4
**2015** 1:23
**2035** 192:15
**2083** 55:12,13
55:15 56:1
57:3 60:15
65:19 68:4
**2084** 55:15,17
56:1
**22B** 46:19
**2400** 3:11
**24th** 44:15
**25th** 1:23 22:17
56:19 57:2
62:22 69:1
70:17 79:16
81:22 88:20
132:16
**26th** 57:5,18
130:15 138:6
146:5
**27th** 56:11
**2nd** 12:11
26:21

---
**3**
---

**3** 4:15 39:11
43:16 130:2,4
145:18 165:2
**30(b)(6)** 38:23
41:14
**335** 1:21 5:9
**35203** 3:13
**35242** 3:7
**36301** 1:22 5:10
**38** 4:13

---
**4**
---

**4** 43:17 161:8,9
161:10 163:6
164:22 166:7
**414** 22:21 23:8

23:14 57:10
57:19

---
**5**
---

---
**6**
---

**6** 4:3 43:22
**60** 4:14
**6TH** 3:12

---
**7**
---

---
**8**
---

**8-25** 46:3
**8-26** 57:9

---
**9**
---

**9:00** 5:10

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IVAN "KEITH" GRAY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **CIVIL ACTION NO:** |
| **vs.** | )   **1:14-cv-00592** |
| | ) |
| **CITY OF DOTHAN,** | ) |
| | ) |
| **Defendant.** | ) |

## FOURTH NOTICE OF 30(b)(6) DEPOSITION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is hereby commanded to designate one or more representatives to testify on Defendant's behalf as to the matters set forth below. Each person designated shall make a diligent investigation prior to the deposition of all information available to Defendant and its attorneys, and bring to the deposition whatever notes, data, or supporting documentation is necessary to answer completely in the designated areas.

The depositions shall be taken before a court reporter and shall continue day to day in consecutive depositions until complete as follows:

Deponent:   Daryl Matthews

Date:   February 24, 2015

Time:   9:00 A.M.

Location:   Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

**PLAINTIFF'S
EXHIBIT**

*1* DD

Deponent:   Tim Mullis

Date:        February 24, 2015

Time:        1:00 P.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

Deponent:   Donny Smith

Date:        February 25, 2015

Time:        9:00 A.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

Deponent:   Doug McGill

Date:        February 25, 2015

Time:        1:00 P.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

Deponent:   Gregory Benton

Date:        February 26, 2015

Time:        9:00 A.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

2

**DEPOSITION TOPICS**

1.     Facts supporting Defendant's general and affirmative defenses to Plaintiff's claims;

2.     Defendant's Initial Disclosures, responses to Plaintiff's Interrogatories, and documents produced in response to Plaintiff's Requests for Production;

3.     The investigation of Ivan Keith Gray (hereinafter "Gray") allegedly underlying the termination of his employment;

4.     The cell phone and forensic testing of the phone allegedly underlying Gray's termination;

5.     The termination of Gray's employment;

6.     Policies and procedures used to terminate Gray's employment;

7.     Gray's replacement, or the persons that assumed Gray's duties;

8.     Qualifications for the positions of Lieutenant, Captain, Major, and Chief of Police during Gray's employment;

9.     Complaints made by Gray during his employment regarding race discrimination, harassment, retaliation, denials of promotions, and job assignments, and any investigations and resulting action;

10.     Complaints, EEOC charges, and lawsuits involving other employees alleging race discrimination, race harassment, retaliation, or violations of First

3

Amendment rights within the Dothan Police Department;

11. Defendant's Consent Decree, Affirmative Action Program, and other EEO policies;

12. Defendant's policies on First Amendment protection;

13. The identities and contact information of all witnesses with material information about Plaintiff's claims and Defendant's defenses, including a description of the information they possess.

14. Any document or thing Defendant may use at trial.

/s/Sonya C. Edwards
Sonya C. Edwards

EDWARDS LAW, LLC
121 Edenton Street
Birmingham, Alabama 35242
SonyaEdwardsLaw@gmail.com
Phone: (205) 408-0956
Fax: (877) 856-3633

/s/Jeffrey W. Bennitt
Jeffrey W. Bennitt

JEFFREY W. BENNITT & ASSOCIATES
121 Edenton Street
Birmingham, Alabama 35242
Bennittlaw@aol.com
Phone: (205) 408-7240
Fax: (877) 856-3633

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing to all counsel of record via electronic mail on February 18, 2015, as follows:

Stephanie Mays, Esq.
smays@maynardcooper.com

Chris Mitchell, Esq.
cmitchell@maynardcooper.com

Tiffany Rainbolt, Esq.
trainbolt@maynardcooper.com

/s/Sonya Edwards
Of Counsel

5

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IVAN "KEITH" GRAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO:** |
| **vs.** | ) **1:14-cv-00592** |
| | ) |
| **CITY OF DOTHAN,** | ) |
| | ) |
| **Defendant.** | ) |

## FOURTH NOTICE OF 30(b)(6) DEPOSITION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is hereby commanded to designate one or more representatives to testify on Defendant's behalf as to the matters set forth below. Each person designated shall make a diligent investigation prior to the deposition of all information available to Defendant and its attorneys, and bring to the deposition whatever notes, data, or supporting documentation is necessary to answer completely in the designated areas.

The depositions shall be taken before a court reporter and shall continue day to day in consecutive depositions until complete as follows:

Deponent:  Daryl Matthews

Date:       February 24, 2015

Time:       9:00 A.M.

Location:  Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

Deponent:   Tim Mullis

Date:         February 24, 2015

Time:         1:00 P.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

Deponent:   Donny Smith

Date:         February 25, 2015

Time:         9:00 A.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

Deponent:   Doug McGill

Date:         February 25, 2015

Time:         1:00 P.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

Deponent:   Gregory Benton

Date:         February 26, 2015

Time:         9:00 A.M.

Location:    Sherrer Jones, P.C., 335 West Main Street, Dothan, AL 36301

---

### DEPOSITION TOPICS

1.     Facts supporting Defendant's general and affirmative defenses to Plaintiff's claims;

2.     Defendant's Initial Disclosures, responses to Plaintiff's Interrogatories, and documents produced in response to Plaintiff's Requests for Production;

3.     The investigation of Ivan Keith Gray (hereinafter "Gray") allegedly underlying the termination of his employment;

4.     The cell phone and forensic testing of the phone allegedly underlying Gray's termination;

5.     The termination of Gray's employment;

6.     Policies and procedures used to terminate Gray's employment;

7.     Gray's replacement, or the persons that assumed Gray's duties;

8.     Qualifications for the positions of Lieutenant, Captain, Major, and Chief of Police during Gray's employment;

9.     Complaints made by Gray during his employment regarding race discrimination, harassment, retaliation, denials of promotions, and job assignments, and any investigations and resulting action;

10.    Complaints, EEOC charges, and lawsuits involving other employees alleging race discrimination, race harassment, retaliation, or violations of First

3

Amendment rights within the Dothan Police Department;

    11.    Defendant's Consent Decree, Affirmative Action Program, and other EEO policies;

    12.    Defendant's policies on First Amendment protection;

    13.    The identities and contact information of all witnesses with material information about Plaintiff's claims and Defendant's defenses, including a description of the information they possess.

    14.    Any document or thing Defendant may use at trial.

/s/Sonya C. Edwards
Sonya C. Edwards

EDWARDS LAW, LLC
121 Edenton Street
Birmingham, Alabama 35242
SonyaEdwardsLaw@gmail.com
Phone: (205) 408-0956
Fax: (877) 856-3633

/s/Jeffrey W. Bennitt
Jeffrey W. Bennitt

JEFFREY W. BENNITT & ASSOCIATES
121 Edenton Street
Birmingham, Alabama 35242
Bennittlaw@aol.com
Phone: (205) 408-7240
Fax: (877) 856-3633

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing to all counsel of record via electronic mail on February 18, 2015, as follows:

Stephanie Mays, Esq.
smays@maynardcooper.com

Chris Mitchell, Esq.
cmitchell@maynardcooper.com

Tiffany Rainbolt, Esq.
trainbolt@maynardcooper.com

/s/Sonya Edwards
Of Counsel

# DOTHAN POLICE DEPARTMENT
## OFFICER'S INVESTIGATION REPORT

CN # 01 - 13 - 016193          SOURCE: _____

TO:  Chief Benton                    FROM: Ofc. Michael Woodside #895 ·

SUBJECT: Outcast MC          DATE:  08/27/2013   TIME:   1700

NARRATIVE: _____

On 08-26-2013 Ofc. Parrish and I responded to 414 N. Appletree St. In reference to an Assault 2nd Complaint. During our initial investigation we were able to locate seven of the eight suspects on scene when we had all the occupants exit the Outcast MC clubhouse. One of the subjects, that exited the clubhouse, was not identified as a suspect and was cleared by all witnesses and victims and released on scene. I completed my tasks at the Police Department and was sent back to sit on the clubhouse for an eventual search warrant. When I pulled up on scene I observed two female subjects and one male subject. The male subject was the same individual who was released from the initial Assault call. I cleared the clubhouse and made contact with the three subjects to see if they had removed any potential evidence from the clubhouse.

The male subject, known to me as "McGuire", was still wearing an Outcast MC T-shirt and was in the company of Kunta McGoley's wife, Dorothy McGoley. I was given verbal consent to search the two vehicles and found no evidence related to the crime or the clubhouse. During my conversation with McGuire I learned that he is a Firefighter with Troy Fire Department. I asked McGurie if he was aware of the Outcasts' reputation and if he was aware that they classify themselves as a 1% Outlaw Motorcycle Gang (OMG). McGuire stated that he had no idea and that this was his first event at the Dothan clubhouse. McGuire stated that he was bothered by what was done to the two victims and told me that he did not want to lose his job over "some bullshit like this".

I asked McGuire to speak to me in private and pulled him away from the two female subjects. I asked McGuire how he became involved with the Outcasts and he stated that he and four of his friends have a MC club in Troy and they just participated in charity rides and other events. McGuire stated that they were approached by a member of the Outcasts and told that they had to patch over, become a support club of the Outcasts, or not be allowed to wear their "cuts" (MC vests). McGuire stated that they seemed cool and didn't have a problem, until this incident. I asked McGuire if he knew of any other Firefighters or Police Officers that were involved with the Outcasts. McGuire stated that he knew of two Police Officers who either lived in Dothan or worked at Dothan PD. McGuire stated that he knew one officer claimed to be the Assistant Chief of Dothan and went by the club name of "Chopper". McGuire described "Chopper" as an older dark skinned black male, approximately 5-08 tall, shaved head, with glasses. McGuire stated that he had personally seen "Chopper" several times in the company of other Outcast MC members and has attended multiple Outcast MC Functions. McGuire stated that he believed "Chopper" rode with the Bama Boyz MC, but was not sure.

**PLAINTIFF'S EXHIBIT**
2 DS

1 of 2

USE THIS FORM REPORTING OCCURRENCES OTHER THAN CRIMES

PD 12

CITY OF DOTHAN/GRAY 002083
CONFIDENTIAL

# DOTHAN POLICE DEPARTMENT
## OFFICER'S INVESTIGATION REPORT

CN # 01 - 13 - 016193     SOURCE: _____

TO:  Chief Benton                          FROM:  Ofc. Michael Woodside #895

SUBJECT:  Outcast MC          DATE:  08/27/2013   TIME:   1700

NARRATIVE: _____

After obtaining that information I asked McGuire about the other officer. McGuire stated that he did not know the other officer, but provided me a club name that I do not remember at this time. McGuire did state that the other officer rides with the All Throttle MC out of Dothan, AL. I verified this by having McGuire look at an "All Throttle MC" cut that was hanging in a vehicle that was driven by one of the suspects from the Assault call, Wendell Key. McGuire positively identified that cut as one similar to the one used by the other officer. I asked McGuire if the Bama Boyz MC is a support club to the Outcast MC and he stated that they do not have their support patch, but they are around the Outcasts a lot. I asked McGuire if the All Throttle MC is a support club and he stated that they are, but have not received their support patches yet. I asked McGuire if he knew of any other officer, male or female, that may be involved with the Outcast MC and he stated that he was not sure of any females, because they're not allowed to speak up. McGuire stated that he would be able to find out more if needed to.

It should be noted that I had prior information provided to me that Capt. Gray's club name, with the Bama Boyz MC, is "Chopper". I was told that he has the name "Chopper" because he is a helicopter pilot. Further, I have personal knowledge that Ofc. Truitt is currently a member of the All Throttle MC, which he had arranged a charity ride in recent months. After receiving this information, and because there are two possible Dothan PD officers in association with the Outcast MC, I contacted Lt. Benny. I provided Lt. Benny with a brief synopsis of what I had been told by McGuire. Lt. Benny instructed me to keep McGuire on scene. I had no further conversations with McGuire in regards to this matter but did talk to him about some definitions of a 1% OMG, which had him repeat his disgust for what had occurred earlier that morning. No other action was taken.

Respectfully Submitted,

Ofc. Michael Woodside #895

2 of 2

USE THIS FORM REPORTING OCCURRENCES OTHER THAN CRIMES

PD 12

CITY OF DOTHAN/GRAY 002084
CONFIDENTIAL

## Smith, Donny W

**From:** Smith, Donny W
**Sent:** Monday, August 26, 2013 12:13 PM
**To:** 'matt.mancil@alacop.gov'
**Subject:** LETS

In reference to our earlier conversation, the names I need you to research for me is Keith Gray and ReaMonica Carney. There was an incident in Dothan in the early morning hours of August 25th, 2013 involving an outlaw motorcycle club. Several members were arrested for Assault 2nd degree involving one of their own. During the investigation, these two officer's names came up as possibly passing along sensitive information in the past to the head of the involved motorcycle club. I would like to view their activity from the last eight months if possible. Thanks in advance.

*Sergeant Donny Smith*
*Dothan Police Department*
*Internal Affairs Division*
*othan, Alabama 36303*
*(334) 615-3608 Office*
*(334) 615-3608 FAX*
*dwsmith@dothan.org*

1



**PLAINTIFF'S EXHIBIT**

*3* DS

CITY OF DOTHAN/GRAY 002238
CONFIDENTIAL

# M E M O R A N D U M

**TO:**    **CHIEF GREGORY J. BENTON**

**FROM:**    **SERGEANT DONNY SMITH**

**DATE:**    **SEPTEMBER 16, 2013**

**SUBJECT: INTERNAL INVESTIGATION / CAPTAIN KEITH GRAY**

On Sunday, August 25, 2013 at 1130 hours I was contacted and instructed by Chief Gregory Benton to, along with Sergeant Doug Magill, respond to 414 North Appletree Street. Once there I was to meet with Lieutenant Will Benny to discuss some information he had received about possible wrong doing by two Dothan Police Officers.

Upon arrival I realized this location was the private clubhouse of the Outcast Motorcycle Club. Outcast is a well known and the largest all black outlaw motorcycle club in the United States. Sergeant Magill was already present and speaking with Lieutenant Benny. We were told that a serious assault had occurred outside the club involving several club members. Lieutenant Benny stated that a witness, Willie McGuire, had talked to Officer Michael Woodside about two Dothan Police Officers who were possibly involved with the Outcast motorcycle club. Mr. McGuire stated that one went by the name of Chopper and claimed to be the Assistant Chief of the Dothan Police Department. He went on to say he believed that Chopper rode with the motorcycle club Bama Boyz. He stated that he has seen Chopper, on several occasions, in the company of other Outcast members and that he has attended multiple Outcasts functions. Mr. McGuire stated that he did not know the other officer but that he rode with the motorcycle club All Throttle. He stated that All Throttle and Bama Boyz were both support groups to Outcast. I have personal knowledge that Captain Keith Gray is associated with the Bama Boyz and Officer Taiwan Truitt is associated with All Throttle.

Sergeant Magill and I returned to the Police Department in an attempt to interview the individuals who were involved with the assault. The first one was Kunta McGoley who was identified as the President of the local Outcast Club, a title he denied.



**PLAINTIFF'S EXHIBIT**

4  DS

He was reluctant to speak to us at first but then decided he would. He stated that he knew of two officers with the Dothan Police Department that were involved in motorcycle clubs. He stated one was Keith Gray and the other one went by the nickname Spoon. Sergeant Magill showed him a picture of Officer Truitt and he confirmed it was Spoon. He also described Keith Gray and stated he was a helicopter pilot and he was in charge of the records division of the police department. He stated Captain Gray was the founder and President of the Bama Boyz motorcycle club. He stated that the Bama Boyz is a local club that basically falls under the "guidance" of Outcast Motorcycle club. He also stated that Outcast could ask them not to wear their "colors" (jacket with their patches) for a period of time if they did something "stupid" while riding their bikes. If the Bama Boyz refused to take off their colors then Outcast would order them to remove them permanently. He stated the next step could be violence if they continued to refuse. Mr. McGoley stated that he has seen Captain Gray in his clubhouse while marijuana was being smoked but he has never seen him smoke it. He added that he has also seen Captain Gray drive drunk on several occasions. He stated that Captain Gray has told him in the past that when he is on duty he is a Police Officer but when he was off he did not care what the members did.

Mr. McGoley stated that on one occasion he asked Captain Gray if the Dothan Police Department was investigating Outcast and Captain Gray told him he would get back with him. A short time later Captain Gray told him that there was no investigation on Outcast. He stated he knew Captain Gray was lying because he had already been told that members of the Police department were watching his club. He stated he was told this by Corporal Raemonica Carney. He stated he knows her through her job in the Community Services Division and his job as an Army Recruiter.

Mr. McGoley stated that Officer Truitt is a member of the local club All Throttle. He stated that Officer Truitt is in the process in getting his colors pulled because it is rumored he is divulging motorcycle club information to his Law Enforcement co-workers. He stated he has never seen Officer Truitt involved in any club socials and has never seen him do anything that would reflect negatively on the Police Department. His lack of involvement is basically the reason he is being kicked out of the club.

The next club member interviewed was Rafael Tyrues. He stated the only police officer he knew was Captain Gray and had seen him during different club functions. He stated that approximately three months ago he saw Captain Gray in the Outcast clubhouse during a function. He stated he did not see Captain Gray smoke marijuana but it was obviously being smoked in his presence.

The next club member interviewed was Dominic Overton. He stated he only knows Captain Gray by his biker name, Chopper, and he has only seen him a few times at charity rides. He stated he has never seen him around any illegal activity. He also stated he has heard the name Spoon but he has never seen him. Mr. Overton's criminal history indicates he has been arrested in Georgia for Trafficking Cocaine.

The next club member interviewed was Michael Lockett. He stated he has never heard of Spoon but he has heard of Chopper. He stated he has never met Chopper but the other club members that he was in the holding cell with were talking about him. He stated they were saying that Chopper had turned over to the police information on the club members and that he was a snitch. Mr. Lockett's Alabama criminal history indicates he has been arrested for carrying a concealed weapon, receiving stolen property 1st degree and several assault charges. He also has arrests in Illinois for carry/possession of a firearm, possession of marijuana, possession of cocaine and possession of a controlled substance.

The next club member interviewed was Wendell Key. He stated he was a member of Bama Boyz before becoming a member of Outcast. He stated that he is from Dothan and he knows both Captain Gray and Officer Truitt. He stated that he has, on several occasions, at least three times, seen Captain Gray at their parties in the clubhouse. He stated during these parties, marijuana has been smoked but he has never seen him smoke any. He also stated it is a known fact that they can do anything around Captain Gray during these parties because he has made it known that when he is off duty he is a biker only.

He stated he Officer Truitt is a church going guy and does not fit in with the biker world. He advised that on one occasion Officer Truitt was present when his club got into a "beef" with another club. He stated Officer Truitt told him he could not participate in this type activity because of his job and Christian beliefs.

He stated that Outcast was going to pull Officer Truitt's colors because he was a police officer and they felt he was a snitch. He stated he was against this because they were not pulling Captain Gray's colors. He felt that his colors needed pulling. He stated that Outcast was not pulling Captain Gray's colors because of his position with the Police department. Mr. Key's Alabama criminal history indicates he has felony arrests for Theft of Property first degree, Assault first degree, Kidnapping first degree, Distribution of a Controlled Substance, Receiving Stolen Property x2 second degree, Probation Violation, Parole Violation, Burglary third degree x4, Kidnapping second degree, Possession of Marijuana first degree and numerous misdemeanor charges.

The next club member interviewed was Eze Abuwali. He stated he is from Huntsville and just drove down for this party. He stated he does not know Chopper or Spoon and has never heard of them. Mr. Abuwali's criminal history indicates he has been arrested for Assault second degree, Aggravated Assault on a Public Official and Unlicensed Sale of Alcoholic Beverages.

Also arrested but not interviewed were Johnny Thompson and Robert Williams. Mr. Thompson's criminal history indicates he has felony arrests for Aggravated Assault on a Public Official, Assault second degree x2, Burglary, Sale of a Controlled Substance, Possession of Marijuana x2 and numerous misdemeanor charges. Mr. Williams' criminal history indicates he has felony arrests for Receiving Stolen Property first degree x2, Possession of Marijuana first degree x4, Assault second degree x2, Possession of Stolen

Vehicle x2, Possession of Stolen Property, Possession of Burglar Tools x2, Burglary and numerous misdemeanor charges.

During these interviews we received information that another Outcast support member, Willie McGuire, might have some useful information about this incident. He is a Fireman with the City of Troy and lives in Troy. We called Mr. McGuire and conducted a telephone interview with him. He stated that he has seen Captain Gray, on at least four occasions, in the Outcast club house during parties. He stated there is always heavy marijuana smoke in the air but it is hard to tell who is smoking it. He stated he has never seen Captain Gray smoke it.

On Sunday August 25, 2013 at approximately 1900 hours we interviewed Officer Taiwan Truitt in my office. He stated that he was a member of the local motorcycle club All Throttle. He stated he was only a member because of the charity events they were involved in and he did not associate with them on the party scene. He stated as soon as he learned they were a support club for Outcast he immediately quit the club.

On Sunday August 25, 2013 at approximately 2245 hours we interviewed Captain Gray in the Criminal Investigation Division interview room. After explaining the reason for this interview he immediately began to ramble about this being retaliation because of a Federal Title Seven complaint he has filed against the City of Dothan. After several minutes of his accusations, we began the interview. He stated that he founded his motorcycle club, Bama Boyz, in 2008. He stated they began as a riding club before becoming a motorcycle club. He stated in order to exist as a motorcycle club there is a protocol that has to be followed. He stated he did not know if it was required but he sought approval from Outcast Motorcycle Club to protect his guys from being jumped on. He stated that each club has their own bi-laws to go buy but if you are in a territory with a dominate club it is just known that you have to have their "blessing" in order to keep from being harassed, picked on or subject to assault or whatever. He advised that Outcast is the dominate club in this area and that he had their blessing. When questioned about having to do certain things to keep the blessing, Captain Gray stated they are not required to do anything. He stated that only the support clubs are required to do certain things and Bama Boyz was not a support club. He stated support clubs usually wear a patch on their vest to indicate a support club and they did not wear the patch. He stated this was because he did not want his club to be governed by anyone else. He stated that if a club wears an Outcast supporter patch they could be told what to do such as go to certain events or to attend certain meetings. He stated they are not required to do anything by Outcast. Sergeant Magill asked him if he thought he needed protection from being bullied by Outcast with him being a Captain with the Dothan Police Department. He stated his position with the police department has no bearing on what happens when he is riding his motorcycle. Captain Gray used an example from an incident that happened to him. He stated he was riding with his guys in Florida when a group of Hells Angels tried to knock him off of his bike. He stated they did not care if he was a police officer but his blessing from Outcast would help him in this situation. Sergeant Magill told Captain Gray that this still sounded like they were supporters of Outcast even though they did not wear the

patch, like a silent supporter, and that was like supporting a criminal organization because Outcast claims to be a 1% club. Captain Gray disagreed with Sergeant Magill on the definition of a 1%er. Captain Gray stated that the term 1%er was a group of hard core members. He admitted that Outcast was a 1%er but was not listed by the Federal Bureau of Investigation as an outlaw motorcycle club as everyone thinks they are. Captain Gray told us we might want to do more research on this subject. He then made the statement that he did not ask Outcast for protection when earlier in this interview those were his exact words.

Sergeant Magill then asked Captain Gray if he had ever been to the events that occur in the local Outcast clubhouse. He stated that he had been to their clubhouse once maybe twice. He stated the only things he has witnessed in the clubhouse is dancing, drinking and socializing. He stated he has never seen anyone smoking marijuana or realized anyone was smoking it while he was in the clubhouse. When he was questioned about making the statement "when I'm on duty I'm on duty but when I'm off, I'm off", Captain Gray stated that he had made it several times.

Captain Gray stated that he was seeking to start a chapter of the Bama Boyz in Anniston Alabama. In doing this he admitted that he traveled to Bessemer Alabama to speak with the president of the Outcast Motorcycle Club at his clubhouse. The person he met with is Otis "Big O" Ashford. He also stated he received the Blessing from Sin City Disciples motorcycle club to open his second club. He explained that he had to have the blessing from two 1% clubs to open this chapter. The president he spoke with at Sin City Disciples is known as Big Meat but he does not know his real name.

Captain Gray stated that on one occasion the president of the local Outcast club had asked him if the Dothan Police Department's gang unit was investigating his club. He stated he told the president, Mr. McGoley, that he has not heard of any investigation and that he did not think the police department even had a gang unit.

After this interview with Captain Gray I began to do some research into the motorcycle club world. I obtained from the Federal Bureau of Investigation (F.B.I.) their definitions of Outlaw Motorcycle Gangs, Support Clubs and One Percenters (1%er).

*OMGs are organizations whose members use their motorcycle clubs as conduits for criminal enterprises. Although some law enforcement agencies regard only One Percenters as OMGs, the NGIC, for the purpose of this assessment, covers all OMG criminal organizations, including OMG support and puppet clubs.*

*FBI defines One Percenters as any group of motorcyclists who have voluntarily made a commitment to band together to abide by their organization's rules enforced by violence and who engage in activities that bring them and their club into repeated and serious conflict with society and the law. The group must be an ongoing organization, association of three (3) or more persons which have a common interest and/or activity characterized by the commission of or involvement in a pattern of criminal or delinquent*

*conduct. ATF estimates there are approximately 300 One Percenter OMGs in the United States.*

*The term "support club" refers to smaller gangs whose members regularly associate with or are friends of one of the national-level gangs.*

The following was issued by the FBI as part of their National Gang Threat Assessment.

**Outlaw Motorcycle Gangs**
*OMG-related criminal activity poses a threat to public safety in local communities in which these gangs operate because of their wide-ranging criminal activity, propensity to use violence, and ability to counter law enforcement efforts. OMGs are highly structured criminal organizations whose members engage in criminal activities such as violent crime, weapons trafficking, and drug trafficking. OMGs maintain a strong centralized leadership that implements rules regulating membership, conduct, and criminal activity. As of June 2008 state and local law enforcement agencies estimate that between 280 and 520 OMGs are operating at the national, regional, and local levels. OMGs range in size from a single chapter to hundreds of chapters worldwide. Current law enforcement intelligence estimates indicate that more than 20,000 validated OMG members, divided among hundreds of OMGs, reside in the United States.*

*• National-level OMG criminal activity poses a serious national domestic threat. National level OMGs are a considerable concern to law enforcement because they are highly structured organizations with memberships ranging into the thousands, maintaining strong associations with transnational drug trafficking organizations (DTO'S) DTOs and other criminal organizations. In addition, national-level OMGs maintain criminal networks of regional and local motorcycle clubs, commonly referred to as "support," "puppet," or "duck" clubs, whose members conduct criminal activities in support of the larger OMGs, and who are a source for new members.4 Some members of support clubs have acquired employment with private businesses or government agencies, which enables them to provide national-level OMGs with business, government, and financial information that can be used to protect their criminal enterprises, according to open source and published law enforcement information.*

*• Regional-level OMGs are highly structured organizations that range in size from 50 to several hundred members. In the United States 109 regional-level OMGs have been identified by gang investigators; most support one of the national-level OMGs. Several regional-level OMGs maintain independent associations with transnational DTOs and other criminal organizations.*

*• Local-level OMGs typically operate in a single state or in a few neighboring states and have fewer than 50 members. They are often support clubs for regional- and national-level OMGs. Local-level OMGs usually have no ties to DTOs or to other criminal organizations*