EXHIBIT G

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2        MIDDLE DISTRICT OF ALABAMA
 3            SOUTHERN DIVISION
 4
 5  CIVIL ACTION NO.: 1:14-CV-00592
 6
 7  IVAN "KEITH" GRAY,
 8        Plaintiff,
 9  vs.
10  CITY OF DOTHAN,
11        Defendant.
12
13
14      S T I P U L A T I O N S
15
16      IT IS STIPULATED AND AGREED by
17  and between the parties, through their
18  respective counsel that the deposition of
19  DELVICK MCKAY, may be taken before RHONDA
20  W. HEAD, CCR, Commissioner, at the law
21  offices of SHERRER JONES, P.C., 335 West
22  Main Street, Dothan, Alabama 36301, on the
23  26th day of February, 2015.
```

Page 2

```
 1      IT IS FURTHER STIPULATED AND
 2  AGREED that the signature to and the
 3  reading of the deposition by the witness
 4  is waived, the deposition to have the same
 5  force and effect as if full compliance had
 6  with all laws and rules of Court relating
 7  to the taking of depositions.
 8      IT IS FURTHER STIPULATED AND
 9  AGREED that it shall not be necessary for
10  any objections to be made by counsel to
11  any questions except as to form or
12  leading questions, and that counsel for
13  the parties may make objections and
14  assign grounds at the time of trial
15  or at the time said deposition is offered
16  in evidence or prior thereto.
17      IT IS FURTHER STIPULATED AND
18  AGREED that the notice of filing of the
19  deposition by the Commissioner is waived.
20
21
22
23      A P P E A R A N C E S
```

Page 3

```
 1
 2  FOR THE PLAINTIFF:
 3  SONYA C. EDWARDS, ESQUIRE
 4  EDWARDS LAW
 5  121 EDENTON STREET
 6  BIRMINGHAM, ALABAMA 35242
 7
 8  FOR THE DEFENDANT:
 9  STEPHANIE MAYS, ESQUIRE
10  2400 REGIONS/HARBERT PLAZA
11  1901 6TH AVENUE NORTH
12  BIRMINGHAM, ALABAMA 35203
13
14
15
16
17
18
19
20
21
22
23          I N D E X
```

Page 4

```
 1  EXAMINATION BY:          PAGE:
 2  MS. EDWARDS:              6
 3
 4
 5
 6
 7
 8
 9
10          E X H I B I T S
11
12      (No Exhibits Marked.)
13
14
15
16
17
18
19
20
21
22
23      I, RHONDA W. HEAD, CCR, a Court
```

Page 5

1 Reporter of Birmingham, Alabama, and
2 Notary Public for the State of Alabama at
3 Large, acting as Commissioner, certify
4 that on this date, as provided by the
5 Alabama Rules of Civil Procedure and the
6 foregoing stipulation of counsel, there
7 came before me at the law offices of
8 Sherrer Jones, P.C., 335 West Main Street,
9 Dothan, Alabama 36301, beginning at 3:55
10 p.m., DELVICK MCKAY, witness in the above
11 cause, for oral examination, whereupon the
12 following proceedings were had:
13
14     DELVICK MCKAY,
15 the witness, having been first duly sworn
16 by the Court Reporter, was examined and
17 testified as follows:
18
19     THE COURT REPORTER:  Usual
20 stipulations?
21     MS. EDWARDS:  Yes.
22     EXAMINATION
23 BY MS. EDWARDS:

Page 6

1     Q   Mr. McKay, my name is Sonya
2 Edwards and I represent Keith Gray.  I'm
3 going to ask you a series of questions
4 about this case and your background and
5 knowledge about this case, and if at any
6 time if I ask you a question that you do
7 not understand or you would like for me to
8 rephrase it, just let me know and I'll be
9 happy to do that.
10     A   Okay.
11     Q   If you could, please answer
12 my questions out loud with a yes or a no
13 instead of a uh-huh or a unh-unh or a
14 shaking of the head, that way it will make
15 it easier for Ms. Head to take down your
16 testimony.
17     A   Okay.
18     Q   If we take any breaks during
19 the deposition, I ask that you answer any
20 questions that I have pending prior to our
21 taking the break.  Is that agreeable?
22     A   Yes.
23     Q   Could you please state your

Page 7

1 full name for the record?
2     A   Delvick J. McKay.
3     Q   Do you have any other names
4 or nicknames that you have gone by?
5     A   No.
6     Q   And what is your position
7 with the City of Dothan?
8     A   I'm the personnel director.
9     Q   Have you ever taken a
10 deposition before?
11     A   No.
12     Q   This is your first
13 deposition,
14     A   Yes.
15     Q   Have you ever been a party
16 to a lawsuit?
17     A   No.
18     Q   Have you ever been a witness
19 to a lawsuit?
20     A   I've been called as a
21 witness.
22     Q   And in what case or matter
23 was that?

Page 8

1     A   I was called as a, I guess,
2 a corporate witness for the City of Dothan
3 in a case involving Rick McCleskey, a
4 former employee of the City.
5     Q   Was the City of Dothan a
6 defendant in that case?
7     A   Yes, I believe so.
8     Q   What was the basis of Rick
9 McCleskey's complaint?
10     A   The employee was terminated.
11 The circuit court overturned the
12 termination.  The City then appealed
13 through the Court of Appeals, and it was
14 then reversed.  I testified to what
15 benefits the employee did not receive as a
16 result of his termination in being
17 reversed by the Court of Appeals.
18     Q   So McCleskey ultimately
19 prevailed in that case?
20     A   No.
21     Q   The City of Dothan.
22     A   Yes.
23     Q   On appeal.

Page 9

```
 1        A    Yes.
 2        Q    McCleskey prevailed at the
 3  circuit court level, correct?
 4        A    Yes.
 5        Q    And then it was appealed.
 6        What did Mr. McCleskey allege --
 7        A    I do not recall.
 8        Q    -- with regard to his
 9  termination?
10        A    I do not recall.
11        Q    Was it a discrimination
12  case?
13        A    No.
14        Q    Was it a harassment case?
15        A    No.
16        Q    Was it age or -- was it race
17  related?
18        A    No.
19        Q    Was it a wrongful
20  termination case?
21        A    He was appealing his
22  termination.
23        Q    Did this go through the
```

Page 10

```
 1  personnel board?
 2        A    Yes, it did.
 3        Q    And the -- did the personnel
 4  board uphold the termination?
 5        A    Yes.
 6        Q    And then did Mr. McCleskey
 7  appeal that to circuit court?
 8        A    Yes.
 9        Q    And so circuit court
10  reversed the personnel board.
11        A    Yes.
12        Q    And then it was appealed to
13  the Court of Appeals after that.
14        A    That's correct.
15        Q    Was that the extent of your
16  testimony?
17        A    Yes.
18        Q    It was only to testify about
19  calculation of benefits.
20        A    Yes.
21        Q    What year was that case?
22        A    Approximately 2009.
23        Q    Are there any other cases in
```

Page 11

```
 1  which you have testified?
 2        A    Yes.  Lanice Bonds.  I was
 3  also a -- well, I guess I was a witness
 4  called by the District Attorney on behalf
 5  of the City of Dothan.
 6        Q    So this was a criminal case.
 7        A    Yes, it was.
 8        Q    What was the -- what was
 9  your testimony in that case?
10        A    Lanice Bonds was a former
11  police officer who was terminated by the
12  City, and convicted of a crime involving
13  inappropriate conduct or sexual acts with
14  a student.
15        Q    You testified in the
16  criminal case --
17        A    Yes.
18        Q    -- regarding those charges.
19        A    Yes.
20        Q    What was the knowledge in
21  which you -- that you shared in your
22  testimony?
23        A    I was called to testify that
```

Page 12

```
 1  he was a police officer at the City of
 2  Dothan at the time of this incident, and
 3  he was assigned as an SRO, and the City
 4  was paying his salary and benefits.
 5  That's the extent of my testimony.
 6        Q    What was the outcome of that
 7  case?
 8        A    I believe Mr. Bonds was
 9  actually convicted.
10        Q    But you don't know for sure.
11        A    No.
12        Q    What year was that case?
13        A    That was more recent, I
14  would say approximately 2014, maybe.
15        Q    Have you been a witness in
16  any other cases?
17        A    No.
18        Q    So just Rick McCleskey's
19  termination case and Lanice Bonds' case,
20  those two.
21        A    That's correct.  That's
22  correct.
23        Q    Have you ever provided
```

Page 13

1  testimony in a personnel board hearing?
2      A  Yes, I have.
3      Q  And in, I guess, beginning
4  with the most recent first, the last one.
5      A  There is actually only one
6  case.  It involved an employee who
7  adulterated his drug test.
8      Q  What was that employee's
9  name?
10     A  If I can remember, his name
11  was Riley Reynolds.
12     Q  What was your -- the extent
13  of your testimony at that hearing?
14     A  Part of the Department of
15  Transportation regulations require that
16  when a drug sample is not within a certain
17  range, that it has to be recollected under
18  direct observation.
19         And so our clinic, we have a
20  clinic there at the City of Dothan, and
21  being that Mr. Reynolds was a male and I
22  was the only male in our department, so I
23  was the one to provide the direct

Page 14

1  observation.
2      Q  And did you testify about
3  what you observed?
4      A  Yes.
5      Q  And explain your testimony
6  that you gave regarding that.
7      A  I observed Mr. Reynolds open
8  a canister that he had around his
9  waistband, and as he was getting ready to
10  submit into the container, he opened the
11  container that he brought with him and
12  poured a substance that appeared to be
13  urine, of course, it was not his, he
14  brought that to the actual test, or the
15  actual clinic to provide his urine
16  specimen.
17     Q  Did you testify about
18  anything else?
19     A  No.
20     Q  What was the outcome of that
21  hearing?
22     A  The personnel board upheld
23  his termination.

Page 15

1      Q  Did he appeal the personnel
2  board's decision?
3      A  I don't recall if he did or
4  not.
5      Q  And in what year was that
6  hearing?
7      A  Approximately 2010 or '11.
8  I'm not sure.
9      Q  Other than the personnel
10  board hearing with Riley Reynolds, have
11  you given testimony in any other personnel
12  board hearing?
13     A  No, that's the only one.
14     Q  Have you told me all of the
15  cases, matters or personnel board hearings
16  in which you have testified as a witness?
17     A  Yes.
18     Q  Have you ever been sued?
19     A  No.
20     Q  Have you ever been arrested?
21     A  No.
22     Q  Have you ever filed for
23  bankruptcy?

Page 16

1      A  No.
2      Q  How long have you worked for
3  the City of Dothan?
4      A  Nine years.
5      Q  And to what position were
6  you hired?
7      A  I was hired as a personnel
8  analyst.
9      Q  And how long did you hold
10  that position?
11     A  Approximately two years.
12     Q  Who was your supervisor?
13     A  Kay Davis was my supervisor.
14     Q  After that position, what
15  position did you hold?
16     A  I was promoted to assistant
17  personnel director.
18     Q  And how long did you hold
19  that position?
20     A  Approximately two years.
21     Q  And after that?
22     A  I was then promoted to
23  personnel director.

Page 17

1      Q    That's your current
2  position.
3      A    Yes.
4      Q    Now, who was your supervisor
5  when you were assistant personnel
6  director?
7      A    Kay Davis.
8      Q    Who is your supervisor now?
9      A    The personnel board.
10      Q    Has the personnel board
11  always been your supervisor in this
12  position?
13      A    As personnel director, yes.
14      Q    Have you ever been
15  disciplined?
16      A    No.
17      Q    Never?
18      A    No.
19      Q    In your entire career with
20  the City of Dothan.
21      A    That's correct.
22      Q    Who did you work for before
23  you went to work for the City of Dothan?

Page 18

1      A    I work for AmSouth Bank.
2      Q    And what was your position
3  with them?
4      A    I was a branch manager,
5  assistant vice president.
6      Q    How long did you work for
7  them?
8      A    Approximately four years.
9      Q    What was your reason for
10  leaving?
11      A    It was a new opportunity to
12  move back home and start working for the
13  City.
14      Q    Where was the AmSouth Bank
15  that you worked?
16      A    Huntsville.
17      Q    Who was your supervisor when
18  you worked at AmSouth Bank?
19      A    Snyder Washington.
20      Q    Were you ever disciplined --
21      A    No.
22      Q    -- when you worked at
23  AmSouth Bank?

Page 19

1      A    No.
2      Q    Were you terminated?
3      A    No.
4      Q    Or did you resign?
5      A    Resigned.
6      Q    Have you ever been counseled
7  either verbally or in writing?
8      A    Yes.  Yes.
9      Q    Tell me the most recent time
10  that you were counseled.
11      A    That would have been at that
12  particular employer.
13      Q    Which one?
14      A    With AmSouth Bank.
15      Q    And for what were you
16  counseled?
17      A    Sales performance.
18      Q    What did you sell?
19      A    Financial services.
20      Q    Were you in charge of a set
21  of accounts or territory or how did that
22  work?  What was your sales territory, I
23  suppose?

Page 20

1      A    As a branch manager you
2  would be assigned key accounts that
3  businesses would be in your general
4  locale, and so that would be your
5  territory.
6      Q    And so when you say "sales
7  performance," what exactly do you mean?
8      A    Just making sure that you
9  met your goals.
10      Q    Did you have quotas --
11      A    We had goals.
12      Q    -- or goals for sales
13  performance?
14      A    Yes.
15      Q    And were you counseled for
16  failing to meet a set goal.
17      A    At times, yeah.
18      Q    How many times were you
19  counseled for that?
20      A    I can't recall.
21      Q    Was it more than one?
22      A    Less than five.
23      Q    Were you counseled for any

Page 21

1  other reason?
2      A   No.
3      Q   Have you been counseled
4  while you have worked for the City of
5  Dothan at any point in time?
6      A   No.
7      Q   Have you ever received a
8  less than average review?
9      A   I have not.
10     Q   Did you receive a less than
11 average review for AmSouth, while working
12 with AmSouth?
13     A   I have not.
14     Q   Have you ever had any
15 complaints made against you by a coworker?
16     A   I have not.
17     Q   Have you ever had a
18 complaint made against you by a member of
19 the public?
20     A   I have not.
21     Q   You were the Dothan
22 personnel director in 2009, correct?
23     A   Yes.  I was appointed, I

Page 22

1  believe, in July of 2009, if I'm not
2  mistaken.
3      Q   Were you involved in the
4  selection process for the chief of police
5  in 2009?
6          MS. MAYS:  Object to the
7  form.
8      A   I was not.
9      Q   Did you have any role in the
10 selection process for the chief of police
11 in 2009?
12     A   Yes, but very limited.
13     Q   What was your role?
14     A   To assist with the drafting
15 of the job description for police chief.
16     Q   Who actually determined the
17 job description, because to my
18 understanding there was a change that
19 year; is that correct?
20     A   That is correct.
21     Q   Whose decision was it to
22 change the job description?
23     A   The City Manager, Mike West.

Page 23

1      Q   And isn't it true that the
2  qualifications were changed from a
3  Master's Degree being a preferred
4  qualification to FBI National Academy
5  experience being a preferred
6  qualification?
7      A   No, that's not correct.
8      Q   And how is that incorrect?
9      A   The Master's Degree had
10 always been preferred for that position.
11 The FBI National Academy was added as a
12 preferred qualification.
13     Q   Did the job description
14 state which was the more preferred
15 qualification?
16     A   No.
17     Q   So they were equal as far as
18 the job was concerned.
19         MS. MAYS:  Object to the
20 form.
21     A   Yes.
22     Q   How many police majors have
23 there been for the City of Dothan while

Page 24

1  you have been with the City?
2      A   There's only been two.
3      Q   Do you recall Keith Gray
4  meeting with you in 2009 in reference to
5  the police chief's job description?
6      A   Yes.
7      Q   And what do you recall about
8  that discussion?
9      A   I recall the brief meeting
10 Mr. Gray and I had.  This was before the
11 police chief position was advertised, and
12 he asked me -- that he wanted to insure
13 that the process was fair.  And I assured
14 him that the process would be.  And that's
15 the extent of what I remember our
16 conversation was.
17     Q   How many applicants for
18 chief of police were there in 2009 who
19 were graduates of the FBI National
20 Academy?
21     A   I do not know.
22     Q   Now, prior to the addition
23 of FBI National Academy being a preferred

Page 25

1 qualification, wasn't just having a
2 Master's Degree the only preferred
3 qualification?
4     A   Yes.
5     Q   How many times did Keith
6 Gray apply for the position of chief of
7 police?
8     A   To my knowledge, only the
9 one there in 2009.
10     Q   Are you unaware of his
11 previous applications to that position?
12     A   Other than just what I've
13 heard, but I haven't viewed his
14 application, so I couldn't say if he has
15 or not.
16     Q   So you have heard that Keith
17 Gray applied for chief of police at other
18 times.
19     A   Yes.
20     Q   In 2009, did Keith Gray meet
21 the requirements on the job description as
22 they were advertised?
23     A   No, he did not.

Page 26

1     Q   How so?
2     A   The requirements required a
3 minimum of four years -- I'm sorry -- a
4 minimum of five years --
5         If you don't mind, if I can look
6 at those documents so that I give you an
7 accurate answer.
8         Police Chief 2009.  The
9 requirements were ten years or more
10 progressively responsible experience in
11 law enforcement with a minimum of five
12 years of recent experience at the senior
13 management level.
14     Q   And in what part of that was
15 he not qualified?
16     A   He did not have a minimum of
17 five years of recent experience at the
18 senior management level.
19     Q   Prior to the change, that
20 was not a requirement, was it?
21     A   That is correct.
22     Q   That it wasn't a requirement
23 before the change, correct?

Page 27

1     A   Right.
2     Q   Would Keith Gray have been
3 qualified under the previous job
4 description before the addition of the
5 requirement of the five years of senior
6 level management experience?
7     A   Had that not been an
8 addition of the police major position and
9 the qualifications had not changed, yes.
10     Q   How many African American
11 department heads are there with the City
12 of Dothan?
13         MS. MAYS:  Object to the
14 form.
15     A   There are three.
16     Q   In what departments?
17     A   Leisure services.
18     Q   I'm sorry.  What?
19     A   Leisure services, of course,
20 the personnel department, and the judicial
21 department.
22     Q   How many department heads
23 are there with the City of Dothan?

Page 28

1     A   Twelve.
2     Q   In the entire City of
3 Dothan?
4     A   Yes.
5     Q   How many African American
6 police chiefs have there ever been?
7     A   None at the City of Dothan.
8     Q   Isn't it true that most
9 African Americans are employed at entry
10 level positions within the City?
11         MS. MAYS:  Object to the
12 form.
13     A   No, that's not true.
14     Q   What about that statement is
15 untrue?  Is it not true that most of the
16 African American that are employed with
17 the City of Dothan do not hold managerial
18 positions?
19         MS. MAYS:  Object to the
20 form.
21     A   I'm sorry.  That's not true.
22     Q   So is it your testimony
23 sitting here today under oath, that most

Page 29

1  of the African Americans who are employed
2  with the City of Dothan are in managerial
3  positions?
4        MS. MAYS:  Object to the
5  form.
6        A   I wouldn't say most, but
7  there are some that are in managerial
8  positions, yes.
9        Q   What is the percentage that
10  are in managerial positions versus
11  nonmanagerial positions?
12        MS. MAYS:  Object to the
13  form.
14        A   I don't have any percentage.
15        Q   But you can safely say
16  without looking at a document that most of
17  the African Americans employed with the
18  City of Dothan are not in managerial
19  positions; is that correct?
20        MS. MAYS:  Object to the
21  form.  Asked and answered.
22        A   No, I can't say without
23  looking at a document.

Page 30

1        Q   Now, within the City of
2  Dothan Police Department, the majority of
3  African Americans employed within the
4  police department do not hold managerial
5  positions, do they?
6        A   What do you consider as
7  managerial?
8        Q   Department heads, for
9  example.  How many African American
10  department heads are there with the police
11  department?
12        A   The police chief is the
13  department head.
14        Q   How many police officers --
15  how many African American police officers
16  are there who hold a rank?  Let's just
17  start with above officer.
18        MS. MAYS:  Object to the
19  form.  You can answer.
20        A   I do not know the specifics.
21        Q   Is it safe to say that most
22  of the -- most African Americans who are
23  employed with the City of Dothan Police

Page 31

1  Department do not hold higher level
2  positions within the department?
3        MS. MAYS:  Object to the
4  form.
5        A   No, it's not safe to say
6  that.
7        Q   Why not?
8        A   Because it's not true.
9        Q   So it's your testimony that
10  most of the African American employees who
11  work for the police department are in
12  managerial positions.
13        MS. MAYS:  Object to the
14  form.  Argumentative.
15        A   What would you consider as
16  most?
17        Q   Just most, as just the
18  common definition of the word most.
19        A   The police department has
20  African Americans in positions of
21  supervision.
22        Q   In which division of the
23  police department?

Page 32

1        A   One in particular, there is
2  a black female jail administrator.
3        Q   Isn't it true that the jail
4  is considered the least preferable part of
5  the police department in which to work?
6        A   No.
7        MS. MAYS:  Object to the
8  form.
9        A   No.
10        Q   Why is that statement
11  untrue?
12        A   Individuals are employed
13  there.  We have employees that work in
14  there.
15        Q   So other than the jail, what
16  other African American supervisors can you
17  name within the police department?
18        A   There are, without looking,
19  I know of at least one corporal.
20        Q   And who is that?
21        A   His name is Maurice
22  Egglestone.
23        Q   Anyone else?

Page 33

1        A   That's all that I can --
2   that I can think of without having that
3   information in front of me.
4        Q   As far as supervisory
5   positions, how many African American
6   employees can you think of within the
7   Dothan Police Department?
8        A   That was the only one that I
9   could think of without pulling a report.
10       Q   A corporal is not a
11  supervisor, are they?
12       A   A corporal is a supervisor.
13       Q   How many times has Keith
14  Gray complained of race discrimination
15  while -- during his employment with the
16  City of Dothan?
17       A   I cannot recall all the
18  times because, of course, my tenure with
19  the City has only been for the last nine
20  years.
21       Q   During the last nine years,
22  how many complaints are you aware of?
23       A   The ones that I am familiar

Page 34

1   with because they were brought to my
2   attention, was the one that Mr. Gray
3   delivered to my office in a packet of
4   information.
5        Q   When was that complaint
6   made?
7        A   I believe that was in 2013.
8        Q   And what was the basis of
9   his complaint?
10       A   He claimed his intention of
11  filing a complaint with the EEOC, the
12  Equal Employment Opportunity Commission,
13  and that was all.
14       Q   What was the basis of his
15  complaint that he was planning to file?
16       A   I believe there were some
17  concerns that Mr. Gray had with Major
18  Steve Parrish.
19       Q   Did Keith Gray not mention
20  race discrimination in that complaint?
21       A   Yes.
22       Q   Did he mention race
23  harassment?

Page 35

1        A   I don't recall.
2        Q   Other than that complaint,
3   has Keith Gray complained of race
4   discrimination or harassment?
5        A   I believe that was in 2013.
6   2009, when the police chief advertisement
7   was completed and Mr. Gray did not meet
8   the minimum qualifications, he did
9   complain, yes.
10       Q   Any other complaints?
11       A   That's all.
12       MS. MAYS:  Just so we're
13  clear, are we talking about internal
14  complaints or do you mean to include EEOC
15  charges as well?
16       MS. EDWARDS:  No.  I'm just
17  talking about internal complaints.
18       MS. MAYS:  Okay.
19       Q   (BY MS. EDWARDS:)  Are you
20  aware that Keith Gray complained of
21  retaliation?
22       A   Yes.
23       Q   And when did he complain of

Page 36

1   retaliation?
2        A   I believe it was in 2013.
3        Q   Was any remedial action
4   taken as a result of Mr. Gray's
5   complaints?
6        A   What do you mean by
7   "remedial?"
8        Q   Was any action taken as a
9   result of Mr. Gray's complaints?
10       A   Yes, they were investigated.
11       Q   At the conclusion of the
12  investigation, was any action taken with
13  regard to his complaints?
14       A   From my understanding, there
15  was no substantiation to Mr. Gray's
16  complaints.
17       Q   According to the City.
18       A   Yes.
19       Q   Now, isn't it true that
20  during your meeting with Mr. Gray
21  concerning the police chief
22  qualifications, that you told him that the
23  City didn't want to hire you because of

Page 37

1    your age and race?
2        A    Absolutely not.
3        Q    So you deny that under oath.
4        A    Absolutely.
5        Q    Other than Keith Gray's
6    complaint, are you aware of any other
7    complaints of race discrimination within
8    the City?
9        A    Yes.
10       Q    Who else has complained of
11   race discrimination?
12       A    ReaMonica Carney.
13       Q    Anyone else?
14       A    Since my time as personnel
15   director, that's all that I have knowledge
16   about.
17       Q    Do you have knowledge of the
18   "N" word being used within the City of
19   Dothan?
20       A    Yes.
21       Q    Tell me what knowledge you
22   have about the "N" word being used.
23       A    I believe there was a

Page 38

1    complaint that was brought to the
2    attention of either the city manager and
3    the EEO officer, that a department head
4    had used the term.
5        Q    Do you know who that
6    department head was?
7        A    Tim Stewart.
8        Q    Do you know of any other
9    instances in which the "N" word has been
10   used?
11       A    No.
12       Q    Have you ever heard anybody
13   say the "N" word while you have been
14   employed with the City of Dothan?
15       A    I have not.
16       Q    Are you aware of any
17   complaints from the public being made
18   alleging civil rights violations?
19       MS. MAYS:  Object to the
20   form.
21       A    I am not.
22       Q    Are you aware of any
23   complaints alleging excessive force

Page 39

1    against a minority citizen?
2        A    I am not.
3        Q    Are you aware of any
4    complaints about unlawful arrests against
5    a minority?
6        A    I am not.
7        Q    Has the City of Dothan been
8    a defendant in any lawsuit alleging race
9    discrimination or harassment or
10   retaliation?
11       MS. MAYS:  Object to the
12   form.
13       A    Yes.
14       Q    Tell me which ones you're
15   aware of.
16       A    I believe there was a case
17   brought by Sylvia Summers.
18       Q    Okay.  When was that case
19   brought?
20       A    It might have been 2008 or
21   2009.  I can't exactly remember.
22       Q    What was the outcome of that
23   case?

Page 40

1        A    I think it was ultimately
2    summary judgment in favor of the City.
3        Q    Do you know that for sure.
4        A    I don't.
5        Q    Any other cases that you're
6    aware of?
7        A    Related to race,
8    discrimination or harassment?
9        Q    Yes, race discrimination,
10   race, harassment or retaliation?
11       A    Other than the ReaMonica
12   Carney case.
13       Q    Any others, other than the
14   recent case?  Other than Sylvia Summers,
15   ReaMonica Carney, and the present case,
16   are you aware of any other lawsuits
17   against the City of Dothan alleging race
18   discrimination, harassment or retaliation?
19       A    No.
20       Q    Are you aware of any EEOC
21   charges filed against the City alleging
22   race discrimination or race harassment or
23   retaliation?

Page 41

1     A    Yes.
2     Q    What are those?
3     A    Mr. Gray and also Ms.
4  Carney.
5     Q    Any others?
6     A    No.
7     Q    Are you aware of any
8  complaints of race discrimination, race
9  harassment or retaliation with the City of
10  Dothan other than those that we just
11  discussed that were not formal complaints?
12     A    I am not.
13     Q    Isn't it true that as far as
14  the rank -- rank goes in the police
15  department, that officers and corporals
16  are the lowest rank, correct?
17     A    As a sworn police officer,
18  yes, officer is the lowest level.
19     Q    So it would go officer,
20  corporal, sergeant, lieutenant, captain,
21  major and chief in that order, correct?
22     A    Yes.
23     Q    And the officer and

Page 42

1  corporate ranks, being the lowest, they do
2  not conduct performance evaluations, do
3  they?
4        MS. MAYS:  I believe you
5  said corporate.  Do you mean corporal?
6     Q    Corporal, yes.
7     A    I do not know that.
8     Q    Do you know whether they
9  conduct disciplinary investigations?
10     A    I do not know that.
11     Q    And do you know whether
12  they --
13        So, in fact, you don't know for
14  sure whether a corporal is a supervisory
15  position, do you?
16        MS. MAYS:  Object to the
17  form.
18     A    Corporal is a supervisory
19  position.
20     Q    How so?
21     A    Because they provide lead --
22  leadership rolls and especially training
23  of the officers.

Page 43

1     Q    It's the second lowest level
2  in the department, correct?
3     A    Yes.
4     Q    Isn't it true that Keith
5  Gray was the only black supervisor within
6  the department until his termination?
7     A    That is not correct.
8     Q    How is that not correct?
9     A    As mentioned before, there's
10  a black female that's the jail
11  administrator who was also a supervisor.
12     Q    Is she a sworn officer?
13     A    No.
14     Q    So of your sworn officers
15  within the police department, Keith Gray
16  was the only black supervisor up until his
17  termination, correct?
18     A    There are black corporals
19  that are supervisors.
20     Q    But these corporals, once
21  again, do not conduct performance
22  evaluations, do they?
23        MS. MAYS:  Object to the

Page 44

1  form.
2     A    I don't -- I don't know
3  that.
4     Q    They don't conduct
5  disciplinary investigations, do they?
6        MS. MAYS:  Object to the
7  form.  Asked and answered.
8     A    I don't know that.
9        MS. EDWARDS:  No further
10  questions.
11
12        FURTHER THE DEPONENT SAITH NOT.
13
14
15
16
17
18
19
20
21
22
23

Page 45

```
 1          C E R T I F I C A T E
 2  STATE OF ALABAMA  )
 3  JEFFERSON COUNTY  )
 4
 5      I hereby certify that the above and
 6  foregoing deposition was taken down by me
 7  in stenotype, and the questions and
 8  answers thereto were transcribed by means
 9  of computer-aided transcription, and that
10  the foregoing represents a true and
11  correct transcript of the testimony given
12  by said witness upon said hearing.
13      I further certify that I am neither of
14  counsel, nor of any relation to the
15  parties to the action, nor am I anywise
16  interested in the result of said cause.
17
18  /s/Rhonda W. Head
19  RHONDA W. HEAD, CCR
20  CERTIFICATION NO. AL-CCR-264
21  NOTARY PUBLIC, STATE OF ALABAMA
22  MY COMMISSION EXPIRES: 03-07-2017
23
```

Page 46

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

**Delvick McKay**

## A

**Absolutely** 37:2 37:4
**Academy** 23:4 23:11 24:20 24:23
**accounts** 19:21 20:2
**accurate** 26:7
**acting** 5:3
**action** 1:5 36:3 36:8,12 45:15
**acts** 11:13
**actual** 14:14,15
**added** 23:11
**addition** 24:22 27:4,8
**administrator** 32:2 43:11
**adulterated** 13:7
**advertised** 24:11 25:22
**advertisement** 35:6
**African** 27:10 28:5,9,16 29:1 29:17 30:3,9 30:15,22 31:10,20 32:16 33:5
**age** 9:16 37:1
**agreeable** 6:21
**AGREED** 1:16 2:2,9,18
**AL-CCR-264** 45:20
**Alabama** 1:2 1:22 3:6,12 5:1,2,5,9 45:2 45:21
**allege** 9:6
**alleging** 38:18 38:23 39:8 40:17,21
**American** 27:10 28:5,16 30:9,15 31:10

32:16 33:5
**Americans** 28:9 29:1,17 30:3 30:22 31:20
**AmSouth** 18:1 18:14,18,23 19:14 21:11 21:12
**analyst** 16:8
**answer** 6:11,19 26:7 30:19
**answered** 29:21 44:7
**answers** 45:8
**anybody** 38:12
**anywise** 45:15
**appeal** 8:23 10:7 15:1
**appealed** 8:12 9:5 10:12
**appealing** 9:21
**Appeals** 8:13 8:17 10:13
**appeared** 14:12
**applicants** 24:17
**application** 25:14
**applications** 25:11
**applied** 25:17
**apply** 25:6
**appointed** 21:23
**approximately** 10:22 12:14 15:7 16:11,20 18:8
**Argumentative** 31:14
**arrested** 15:20
**arrests** 39:4
**asked** 24:12 29:21 44:7
**assign** 2:14
**assigned** 12:3 20:2
**assist** 22:14

**assistant** 16:16 17:5 18:5
**assured** 24:13
**attention** 34:2 38:2
**Attorney** 11:4
**AVENUE** 3:11
**average** 21:8,11
**aware** 33:22 35:20 37:6 38:16,22 39:3 39:15 40:6,16 40:20 41:7

## B

**B** 4:10
**back** 18:12
**background** 6:4
**Bank** 18:1,14 18:18,23 19:14
**bankruptcy** 15:23
**basis** 8:8 34:8 34:14
**beginning** 5:9 13:3
**behalf** 11:4
**believe** 8:7 12:8 22:1 34:7,16 35:5 36:2 37:23 39:16 42:4
**benefits** 8:15 10:19 12:4
**Birmingham** 3:6,12 5:1
**black** 32:2 43:5 43:10,16,18
**board** 10:1,4,10 13:1 14:22 15:10,12,15 17:9,10
**board's** 15:2
**Bonds** 11:2,10 12:8
**Bonds'** 12:19

**branch** 18:4 20:1
**break** 6:21
**breaks** 6:18
**brief** 24:9
**brought** 14:11 14:14 34:1 38:1 39:17,19
**businesses** 20:3

## C

**C** 2:23 3:3 45:1 45:1
**calculation** 10:19
**called** 7:20 8:1 11:4,23
**canister** 14:8
**captain** 41:20
**career** 17:19
**Carney** 37:12 40:12,15 41:4
**case** 6:4,5 7:22 8:3,6,19 9:12 9:14,20 10:21 11:6,9,16 12:7 12:12,19,19 13:6 39:16,18 39:23 40:12 40:14,15
**cases** 10:23 12:16 15:15 40:5
**cause** 5:11 45:16
**CCR** 1:20 4:23 45:19
**certain** 13:16
**CERTIFICA...** 45:20
**certify** 5:3 45:5 45:13
**change** 22:18 22:22 26:19 26:23
**changed** 23:2 27:9
**charge** 19:20

**charges** 11:18 35:15 40:21
**chief** 22:4,10,15 24:11,18 25:6 25:17 26:8 30:12 35:6 36:21 41:21
**chief's** 24:5
**chiefs** 28:6
**circuit** 8:11 9:3 10:7,9
**citizen** 39:1
**city** 1:10 7:7 8:2 8:4,5,12,21 11:5,12 12:1,3 13:20 16:3 17:20,23 18:13 21:4 22:23 23:23 24:1 27:11,23 28:2,7,10,17 29:2,18 30:1 30:23 33:16 33:19 36:17 36:23 37:8,18 38:2,14 39:7 40:2,17,21 41:9
**civil** 1:5 5:5 38:18
**claimed** 34:10
**clear** 35:13
**clinic** 13:19,20 14:15
**Commission** 34:12 45:22
**Commissioner** 1:20 2:19 5:3
**common** 31:18
**complain** 35:9 35:23
**complained** 33:14 35:3,20 37:10
**complaint** 8:9 21:18 34:5,9 34:11,15,20 35:2 37:6 38:1

**Delvick McKay**

complaints
21:15 33:22
35:10,14,17
36:5,9,13,16
37:7 38:17,23
39:4 41:8,11
completed 35:7
compliance 2:5
computer-aid...
45:9
concerned
23:18
concerning
36:21
concerns 34:17
conclusion
36:11
conduct 11:13
42:2,9 43:21
44:4
consider 30:6
31:15
considered 32:4
container 14:10
14:11
conversation
24:16
convicted 11:12
12:9
corporal 32:19
33:10,12
41:20 42:5,6
42:14,18
corporals 41:15
43:18,20
corporate 8:2
42:1,5
correct 9:3
10:14 12:21
12:22 17:21
21:22 22:19
22:20 23:7
26:21,23
29:19 41:16
41:21 43:2,7,8
43:17 45:11
counsel 1:18
2:10,12 5:6

45:14
counseled 19:6
19:10,16
20:15,19,23
21:3
COUNTY 45:3
course 14:13
27:19 33:18
court 1:1 2:6
4:23 5:16,19
8:11,13,17 9:3
10:7,9,13
coworker 21:15
crime 11:12
criminal 11:6
11:16
current 17:1

_____ **D** _____

**D** 3:23
date 5:4
Davis 16:13
17:7
day 1:23
decision 15:2
22:21
defendant 1:11
3:8 8:6 39:8
definition 31:18
Degree 23:3,9
25:2
delivered 34:3
Delvick 1:19
5:10,14 7:2
deny 37:3
department
13:14,22
27:11,20,21
27:22 30:2,4,8
30:10,11,13
31:1,2,11,19
31:23 32:5,17
33:7 38:3,6
41:15 43:2,6
43:15
departments
27:16
DEPONENT

44:12
deposition 1:18
2:3,4,15,19
6:19 7:10,13
45:6
depositions 2:7
description
22:15,17,22
23:13 24:5
25:21 27:4
determined
22:16
direct 13:18,23
director 7:8
16:17,23 17:6
17:13 21:22
37:15
disciplinary
42:9 44:5
disciplined
17:15 18:20
discrimination
9:11 33:14
34:20 35:4
37:7,11 39:9
40:8,9,18,22
41:8
discussed 41:11
discussion 24:8
District 1:1,2
11:4
division 1:3
31:22
document
29:16,23
documents 26:6
Dothan 1:10,22
5:9 7:7 8:2,5
8:21 11:5 12:2
13:20 16:3
17:20,23 21:5
21:21 23:23
27:12,23 28:3
28:7,17 29:2
29:18 30:2,23
33:7,16 37:19
38:14 39:7
40:17 41:10

drafting 22:14
drug 13:7,16
duly 5:15

_____ **E** _____

**E** 2:23,23 3:23
4:10 45:1,1
easier 6:15
EDENTON 3:5
Edwards 3:3,4
4:2 5:21,23
6:2 35:16,19
44:9
EEO 38:3
EEOC 34:11
35:14 40:20
effect 2:5
Eggleston
32:22
either 19:7 38:2
employed 28:9
28:16 29:1,17
30:3,23 32:12
38:14
employee 8:4
8:10,15 13:6
employee's
13:8
employees
31:10 32:13
33:6
employer 19:12
employment
33:15 34:12
enforcement
26:11
entire 17:19
28:2
entry 28:9
equal 23:17
34:12
especially 42:22
ESQUIRE 3:3
3:9
evaluations
42:2 43:22
evidence 2:16
exactly 20:7

39:21
examination
4:1 5:11,22
examined 5:16
example 30:9
excessive 38:23
Exhibits 4:12
experience 23:5
26:10,12,17
27:6
EXPIRES
45:22
explain 14:5
extent 10:15
12:5 13:12
24:15

_____ **F** _____

**F** 45:1
fact 42:13
failing 20:16
fair 24:13
familiar 33:23
far 23:17 33:4
41:13
favor 40:2
FBI 23:4,11
24:19,23
February 1:23
female 32:2
43:10
file 34:15
filed 15:22
40:21
filing 2:18
34:11
Financial 19:19
first 5:15 7:12
13:4
five 20:22 26:4
26:11,17 27:5
following 5:12
follows 5:17
force 2:5 38:23
foregoing 5:6
45:6,10
form 2:11 22:7
23:20 27:14

28:12,20 29:5
29:13,21
30:19 31:4,14
32:8 38:20
39:12 42:17
44:1,7
**formal** 41:11
**former** 8:4
11:10
**four** 18:8 26:3
**front** 33:3
**full** 2:5 7:1
**further** 2:1,8,17
44:9,12 45:13

**G**

**general** 20:3
**getting** 14:9
**give** 26:6
**given** 15:11
45:11
**go** 9:23 41:19
**goal** 20:16
**goals** 20:9,11
20:12
**goes** 41:14
**going** 6:3
**graduates**
24:19
**Gray** 1:7 6:2
24:3,10 25:6
25:17,20 27:2
33:14 34:2,17
34:19 35:3,7
35:20 36:20
41:3 43:5,15
**Gray's** 36:4,9
36:15 37:5
**grounds** 2:14
**guess** 8:1 11:3
13:3

**H**

**H** 4:10
**happy** 6:9
**harassment**
9:14 34:23
35:4 39:9 40:8
40:10,18,22

41:9
**head** 1:20 4:23
6:14,15 30:13
38:3,6 45:18
45:19
**heads** 27:11,22
30:8,10
**heard** 25:13,16
38:12
**hearing** 13:1,13
14:21 15:6,10
15:12 45:12
**hearings** 15:15
**higher** 31:1
**hire** 36:23
**hired** 16:6,7
**hold** 16:9,15,18
28:17 30:4,16
31:1
**home** 18:12
**Huntsville**
18:16

**I**

**inappropriate**
11:13
**incident** 12:2
**include** 35:14
**incorrect** 23:8
**Individuals**
32:12
**information**
33:3 34:4
**instances** 38:9
**insure** 24:12
**intention** 34:10
**interested**
45:16
**internal** 35:13
35:17
**investigated**
36:10
**investigation**
36:12
**investigations**
42:9 44:5
**involved** 13:6
22:3

**involving** 8:3
11:12
**IVAN** 1:7

**J**

**J** 7:2
**jail** 32:2,3,15
43:10
**JEFFERSON**
45:3
**job** 22:15,17,22
23:13,18 24:5
25:21 27:3
**Jones** 1:21 5:8
**judgment** 40:2
**judicial** 27:20
**July** 22:1

**K**

**Kay** 16:13 17:7
**Keith** 1:7 6:2
24:3 25:5,16
25:20 27:2
33:13 34:19
35:3,20 37:5
43:4,15
**key** 20:2
**know** 6:8 12:10
24:21 30:20
32:19 38:5,8
40:3 42:7,8,10
42:11,13 44:2
44:8
**knowledge** 6:5
11:20 25:8
37:15,17,21

**L**

**L** 1:14
**Lanice** 11:2,10
12:19
**Large** 5:3
**law** 1:20 3:4 5:7
26:11
**laws** 2:6
**lawsuit** 7:16,19
39:8
**lawsuits** 40:16
**lead** 42:21

**leadership**
42:22
**leading** 2:12
**leaving** 18:10
**Leisure** 27:17
27:19
**Let's** 30:16
**level** 9:3 26:13
26:18 27:6
28:10 31:1
41:18 43:1
**lieutenant**
41:20
**limited** 22:12
**locale** 20:4
**long** 16:2,9,18
18:6
**look** 26:5
**looking** 29:16
29:23 32:18
**loud** 6:12
**lowest** 41:16,18
42:1 43:1

**M**

**Main** 1:22 5:8
**major** 27:8
34:17 41:21
**majority** 30:2
**majors** 23:22
**making** 20:8
**male** 13:21,22
**management**
26:13,18 27:6
**manager** 18:4
20:1 22:23
38:2
**managerial**
28:17 29:2,7
29:10,18 30:4
30:7 31:12
**Marked** 4:12
**Master's** 23:3,9
25:2
**matter** 7:22
**matters** 15:15
**Maurice** 32:21
**MAYS** 3:9 22:6

23:19 27:13
28:11,19 29:4
29:12,20
30:18 31:3,13
32:7 35:12,18
38:19 39:11
42:4,16 43:23
44:6
**McCleskey** 8:3
8:18 9:2,6
10:6
**McCleskey's**
8:9 12:18
**McKay** 1:19
5:10,14 6:1
7:2
**mean** 20:7
35:14 36:6
42:5
**means** 45:8
**meet** 20:16
25:20 35:7
**meeting** 24:4,9
36:20
**member** 21:18
**mention** 34:19
34:22
**mentioned** 43:9
**met** 20:9
**MIDDLE** 1:2
**Mike** 22:23
**mind** 26:5
**minimum** 26:3
26:4,11,16
35:8
**minority** 39:1,5
**mistaken** 22:2
**move** 18:12

**N**

**N** 1:14 2:23
3:23 37:18,22
38:9,13
**name** 6:1 7:1
13:9,10 32:17
32:21
**names** 7:3
**National** 23:4

23:11 24:19
24:23
**necessary** 2:9
**neither** 45:13
**Never** 17:17
**new** 18:11
**nicknames** 7:4
**nine** 16:4 33:19
33:21
**nonmanagerial**
29:11
**NORTH** 3:11
**Notary** 5:2
45:21
**notice** 2:18

**O**

**O** 1:14
**oath** 28:23 37:3
**Object** 22:6
23:19 27:13
28:11,19 29:4
29:12,20
30:18 31:3,13
32:7 38:19
39:11 42:16
43:23 44:6
**objections** 2:10
2:13
**observation**
13:18 14:1
**observed** 14:3,7
**offered** 2:15
**office** 34:3
**officer** 11:11
12:1 30:17
38:3 41:17,18
41:19,23
43:12
**officers** 30:14
30:15 41:15
42:23 43:14
**offices** 1:21 5:7
**Okay** 6:10,17
35:18 39:18
**once** 43:20
**ones** 33:23
39:14

**open** 14:7
**opened** 14:10
**opportunity**
18:11 34:12
**oral** 5:11
**order** 41:21
**outcome** 12:6
14:20 39:22
**overturned**
8:11

**P**

**P** 1:14 2:23,23
**P.C** 1:21 5:8
**p.m** 5:10
**packet** 34:3
**PAGE** 4:1
**Parrish** 34:18
**part** 13:14
26:14 32:4
**particular**
19:12 32:1
**parties** 1:17
2:13 45:15
**party** 7:15
**paying** 12:4
**pending** 6:20
**percentage**
29:9,14
**performance**
19:17 20:7,13
42:2 43:21
**personnel** 7:8
10:1,3,10 13:1
14:22 15:1,9
15:11,15 16:7
16:17,23 17:5
17:9,10,13
21:22 27:20
37:14
**Plaintiff** 1:8 3:2
**planning** 34:15
**PLAZA** 3:10
**please** 6:11,23
**point** 21:5
**police** 11:11
12:1 22:4,10
22:15 23:22

24:5,11,18
25:7,17 26:8
27:8 28:6 30:2
30:4,10,12,14
30:15,23
31:11,19,23
32:5,17 33:7
35:6 36:21
41:14,17
43:15
**position** 7:6
16:5,10,14,15
16:19 17:2,12
18:2 23:10
24:11 25:6,11
27:8 42:15,19
**positions** 28:10
28:18 29:3,8
29:10,11,19
30:5 31:2,12
31:20 33:5
**poured** 14:12
**preferable** 32:4
**preferred** 23:3
23:5,10,12,14
24:23 25:2
**present** 40:15
**president** 18:5
**prevailed** 8:19
9:2
**previous** 25:11
27:3
**prior** 2:16 6:20
24:22 26:19
**Procedure** 5:5
**proceedings**
5:12
**process** 22:4,10
24:13,14
**progressively**
26:10
**promoted**
16:16,22
**provide** 13:23
14:15 42:21
**provided** 5:4
12:23
**public** 5:2

21:19 38:17
45:21
**pulling** 33:9

**Q**

**qualification**
23:4,6,12,15
25:1,3
**qualifications**
23:2 27:9 35:8
36:22
**qualified** 26:15
27:3
**question** 6:6
**questions** 2:11
2:12 6:3,12,20
44:10 45:7
**quotas** 20:10

**R**

**R** 2:23 45:1
**race** 9:16 33:14
34:20,22 35:3
37:1,7,11 39:8
40:7,9,10,17
40:22,22 41:8
41:8
**range** 13:17
**rank** 30:16
41:14,14,16
**ranks** 42:1
**reading** 2:3
**ready** 14:9
**ReaMonica**
37:12 40:11
40:15
**reason** 18:9
21:1
**recall** 9:7,10
15:3 20:20
24:3,7,9 33:11
35:1
**receive** 8:15
21:10
**received** 21:7
**recollected**
13:17
**record** 7:1
**reference** 24:4

**regard** 9:8
36:13
**regarding**
11:18 14:6
**REGIONS/H...**
3:10
**regulations**
13:15
**related** 9:17
40:7
**relating** 2:6
**relation** 45:14
**remedial** 36:3,7
**remember**
13:10 24:15
39:21
**rephrase** 6:8
**report** 33:9
**Reporter** 5:1
5:16,19
**represent** 6:2
**represents**
45:10
**require** 13:15
**required** 26:2
**requirement**
26:20,22 27:5
**requirements**
25:21 26:2,9
**resign** 19:4
**Resigned** 19:5
**respective** 1:18
**responsible**
26:10
**result** 8:16 36:4
36:9 45:16
**retaliation**
35:21 36:1
39:10 40:10
40:18,23 41:9
**reversed** 8:14
8:17 10:10
**review** 21:8,11
**Reynolds** 13:11
13:21 14:7
15:10
**RHONDA** 1:19
4:23 45:19

Delvick McKay

**Rick** 8:3,8
  12:18
**Right** 27:1
**rights** 38:18
**Riley** 13:11
  15:10
**role** 22:9,13
**rolls** 42:22
**rules** 2:6 5:5

---
**S**
---

**S** 1:14,14 2:23
  4:10
**s/Rhonda** 45:18
**safe** 30:21 31:5
**safely** 29:15
**SAITH** 44:12
**salary** 12:4
**sales** 19:17,22
  20:6,12
**sample** 13:16
**second** 43:1
**selection** 22:4
  22:10
**sell** 19:18
**senior** 26:12,18
  27:5
**sergeant** 41:20
**series** 6:3
**services** 19:19
  27:17,19
**set** 19:20 20:16
**sexual** 11:13
**shaking** 6:14
**shared** 11:21
**Sherrer** 1:21
  5:8
**signature** 2:2
**sitting** 28:23
**Snyder** 18:19
**Sonya** 3:3 6:1
**sorry** 26:3
  27:18 28:21
**SOUTHERN**
  1:3
**specifics** 30:20
**specimen** 14:16
**SRO** 12:3

**start** 18:12
  30:17
**state** 5:2 6:23
  23:14 45:2,21
**statement**
  28:14 32:10
**STATES** 1:1
**stenotype** 45:7
**STEPHANIE**
  3:9
**Steve** 34:18
**Stewart** 38:7
**STIPULATED**
  1:16 2:1,8,17
**stipulation** 5:6
**stipulations**
  5:20
**Street** 1:22 3:5
  5:8
**student** 11:14
**submit** 14:10
**substance**
  14:12
**substantiation**
  36:15
**sued** 15:18
**summary** 40:2
**Summers** 39:17
  40:14
**supervision**
  31:21
**supervisor**
  16:12,13 17:4
  17:8,11 18:17
  33:11,12 43:5
  43:11,16
**supervisors**
  32:16 43:19
**supervisory**
  33:4 42:14,18
**suppose** 19:23
**sure** 12:10 15:8
  20:8 40:3
  42:14
**sworn** 5:15
  41:17 43:12
  43:14
**Sylvia** 39:17

  40:14

---
**T**
---

**T** 1:14,14 4:10
  45:1,1
**take** 6:15,18
**taken** 1:19 7:9
  36:4,8,12 45:6
**talking** 35:13
  35:17
**Tell** 19:9 37:21
  39:14
**ten** 26:9
**tenure** 33:18
**term** 38:4
**terminated**
  8:10 11:11
  19:2
**termination**
  8:12,16 9:9,20
  9:22 10:4
  12:19 14:23
  43:6,17
**territory** 19:21
  19:22 20:5
**test** 13:7 14:14
**testified** 5:17
  8:14 11:1,15
  15:16
**testify** 10:18
  11:23 14:2,17
**testimony** 6:16
  10:16 11:9,22
  12:5 13:1,13
  14:5 15:11
  28:22 31:9
  45:11
**thereto** 2:16
  45:8
**think** 33:2,6,9
  40:1
**three** 27:15
**Tim** 38:7
**time** 2:14,15
  6:6 12:2 19:9
  21:5 37:14
**times** 20:17,18
  25:5,18 33:13

  33:18
**today** 28:23
**told** 15:14
  36:22
**training** 42:22
**transcribed**
  45:8
**transcript**
  45:11
**transcription**
  45:9
**Transportation**
  13:15
**trial** 2:14
**true** 23:1 28:8
  28:13,15,21
  31:8 32:3
  36:19 41:13
  43:4 45:10
**Twelve** 28:1
**two** 12:20 16:11
  16:20 24:2

---
**U**
---

**U** 1:14
**uh-huh** 6:13
**ultimately** 8:18
  40:1
**unaware** 25:10
**understand** 6:7
**understanding**
  22:18 36:14
**unh-unh** 6:13
**UNITED** 1:1
**unlawful** 39:4
**untrue** 28:15
  32:11
**upheld** 14:22
**uphold** 10:4
**urine** 14:13,15
**Usual** 5:19

---
**V**
---

**verbally** 19:7
**versus** 29:10
**vice** 18:5
**viewed** 25:13
**violations** 38:18
**vs** 1:9

---
**W**
---

**W** 1:20 4:23
  45:18,19
**waistband** 14:9
**waived** 2:4,19
**want** 36:23
**wanted** 24:12
**Washington**
  18:19
**wasn't** 25:1
  26:22
**way** 6:14
**we're** 35:12
**went** 17:23
**West** 1:21 5:8
  22:23
**witness** 2:3
  5:10,15 7:18
  7:21 8:2 11:3
  12:15 15:16
  45:12
**word** 31:18
  37:18,22 38:9
  38:13
**work** 17:22,23
  18:1,6 19:22
  31:11 32:5,13
**worked** 16:2
  18:15,18,22
  21:4
**working** 18:12
  21:11
**wouldn't** 29:6
**writing** 19:7
**wrongful** 9:19

---
**X**
---

**X** 3:23 4:10

---
**Y**
---

**yeah** 20:17
**year** 10:21
  12:12 15:5
  22:19
**years** 16:4,11
  16:20 18:8
  26:3,4,9,12,17
  27:5 33:20,21

Delvick McKay                                                   2/26/2015

**Z**

**0**

**03-07-2017**
  45:22

**1**

**1:14-CV-00592**
  1:5
**11** 15:7
**121** 3:5
**1901** 3:11

**2**

**2008** 39:20
**2009** 10:22
  21:22 22:1,5
  22:11 24:4,18
  25:9,20 26:8
  35:6 39:21
**2010** 15:7
**2013** 34:7 35:5
  36:2
**2014** 12:14
**2015** 1:23
**2400** 3:10
**26th** 1:23

**3**

**3:55** 5:9
**335** 1:21 5:8
**35203** 3:12
**35242** 3:6
**36301** 1:22 5:9

**4**

**5**

**6**

**6** 4:2
**6TH** 3:11