# EXHIBIT H

---

**Page 1**

1    IN THE UNITED STATES DISTRICT COURT

2    MIDDLE DISTRICT OF ALABAMA

3    SOUTHERN DIVISION

4

5    CIVIL ACTION NO.: 1:14-CV-00592

6

7    IVAN "KEITH" GRAY,

8         Plaintiff,

9    vs.

10   CITY OF DOTHAN,

11        Defendant.

12

13

14       S T I P U L A T I O N S

15

16       IT IS STIPULATED AND AGREED by

17   and between the parties, through their

18   respective counsel that the deposition of

19   TIMOTHY MULLIS, may be taken before RHONDA

20   W. HEAD, CCR, Commissioner, at the law

21   offices of SHERRER JONES, P.C., 335 West

22   Main Street, Dothan, Alabama 36301, on the

23   24th day of February, 2015.

---

**Page 2**

1        IT IS FURTHER STIPULATED AND

2    AGREED that the signature to and the

3    reading of the deposition by the witness

4    is waived, the deposition to have the same

5    force and effect as if full compliance had

6    with all laws and rules of Court relating

7    to the taking of depositions.

8        IT IS FURTHER STIPULATED AND

9    AGREED that it shall not be necessary for

10   any objections to be made by counsel to

11   any questions except as to form or

12   leading questions, and that counsel for

13   the parties may make objections and

14   assign grounds at the time of trial

15   or at the time said deposition is offered

16   in evidence or prior thereto.

17       IT IS FURTHER STIPULATED AND

18   AGREED that the notice of filing of the

19   deposition by the Commissioner is waived.

20

21

22

23

---

**Page 3**

1        A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4    SONYA C. EDWARDS, ESQUIRE

5    EDWARDS LAW

6    121 EDENTON STREET

7    BIRMINGHAM, ALABAMA 35242

8

9    FOR THE DEFENDANT:

10   CHRIS M. MITCHELL, ESQUIRE

11   STEPHANIE MAYS, ESQUIRE

12   2400 REGIONS/HARBERT PLAZA

13   1901 6TH AVENUE NORTH

14   BIRMINGHAM, ALABAMA 35203

15

16   ALSO PRESENT:

17   DELVICK MCKAY

18

19

20

21

22

23

---

**Page 4**

1        I N D E X

2    EXAMINATION BY:          PAGE:

3    MS. EDWARDS:             7

4

5

6

7

8

9

10

11       E X H I B I T S

12

13       (No Exhibits Marked.)

14

15

16

17

18

19

20

21

22

23

---

Page 5

1    I, RHONDA W. HEAD, CCR, a Court
2  Reporter of Birmingham, Alabama, and
3  Notary Public for the State of Alabama at
4  Large, acting as Commissioner, certify
5  that on this date, as provided by the
6  Alabama Rules of Civil Procedure and the
7  foregoing stipulation of counsel, there
8  came before me at the law offices of
9  Sherrer Jones, P.C., 335 West Main Street,
10 Dothan, Alabama 36301, beginning at 2:45
11 p.m., TIMOTHY MULLIS, witness in the above
12 cause, for oral examination, whereupon the
13 following proceedings were had:
14
15    TIMOTHY MULLIS,
16 the witness, having been first duly sworn
17 by the Court Reporter, was examined and
18 testified as follows:
19
20    THE COURT REPORTER:  Usual
21 stipulations?
22    MS. EDWARDS:  Yes.
23    MR. MITCHELL:  Yes.

Page 6

1    EXAMINATION
2  BY MS. EDWARDS:
3    Q   Mr. Mullis, my name is Sonya
4  Edwards and I represent Keith Gray.  I'm
5  going to ask you a series of questions
6  about this case, including your background
7  and your knowledge regarding the case, and
8  if at any time I ask you a question that
9  you do not understand, if you would,
10 please, just ask me to rephrase it or let
11 me know that you don't understand the
12 question and I'll be happy to rephrase it.
13    A   Yes, ma'am.
14    Q   Now, if you could, please,
15 answer out my questions out loud with a
16 yes or a no instead of a uh-huh or a
17 unh-unh, instead of a shaking or a nodding
18 of your head.  It will be easier for our
19 court reporter, Ms. Head, to take down
20 your testimony.
21    A   Yes, ma'am.
22    Q   Now, we can take a break
23 whenever you need one.  All I ask is that

Page 7

1  you answer a question that I have pending
2  or have already asked prior to our taking
3  a break.  Is that agreeable?
4    A   Yes, ma'am.
5    Q   Now, could you please state
6  your full name for the record?
7    A   Timothy O'Neal Mullis.
8    Q   Do you have any nicknames or
9  other names that you go by?
10    A   I go by Tim.
11    Q   And have you ever taken a
12 deposition before?
13    A   It's been awhile, but, yes,
14 ma'am, I have.
15    Q   How long ago was it?
16    A   Purely an estimate, I
17 believe it was in '06, so about nine years
18 ago.
19    Q   How many have you taken in
20 the past?
21    A   One.
22    Q   What type of case was that
23 in which you had your deposition taken?

Page 8

1    A   It was a traffic case.
2    Q   Were you a plaintiff or a
3  defendant or just a witness?
4    A   A witness.  Well, not really
5  a witness.  It was a traffic collision
6  that I worked.
7    Q   So you did this as part of
8  your job with the City of Dothan, you gave
9  your testimony.
10    A   Yes, ma'am.
11    Q   And so you were testifying
12 on behalf of the City of Dothan.
13    A   Yes, ma'am.
14    Q   With regard to a traffic
15 incident.
16    A   Yes, ma'am.
17    Q   What was the nature of the
18 traffic incident?
19    A   As I remember, it was a
20 dispute between the two insurance
21 companies.  I believe it was a one vehicle
22 accident, although, I could be mistaken on
23 that, but, ultimately, the vehicle ran off

Page 9

1  the road and caught fire.
2      Q   Have you ever been involved
3  in a lawsuit before?
4      A   I've been named in a
5  lawsuit. I believe it was dismissed.
6  Nothing ever came of it.
7      Q   What was the nature of the
8  lawsuit?
9      A   We were accused of taking a
10 man's computer. It was through a search
11 warrant, and he said that we were hurting
12 his business.
13     Q   Who accused you of that?
14     A   Erbie Jordan.
15     Q   When did this occur?
16     A   I believe this was 2012.
17     Q   That's when he filed the
18 lawsuit against you.
19     A   I think so.
20     Q   And he named you
21 individually as a defendant.
22     A   I actually don't remember if
23 I was named individually or if it was just

Page 10

1  the Dothan Police Department, but it was
2  my case.
3      Q   Did you actually seize the
4  computer?
5      A   We did.
6      Q   Why did you seize the
7  computer?
8      A   He told us it had child
9  pornography on it, so we seized it and
10 sent it off to be analyzed.
11     Q   Who told you it had child
12 pornography on it.
13     A   Mr. Jordan.
14     Q   How did he go about telling
15 you that he had child pornography on his
16 computer?
17     A   He said it was uploaded by
18 one of his wife's employees, and that he
19 had saved it on that computer.
20     Q   So what, he just walked into
21 the police department and volunteered this
22 information?
23     A   He called. It was, I

Page 11

1  believe it was a Saturday when he called,
2  and I was called out as an investigator.
3      Q   So Mr. Jordan called into
4  the police department to report that he
5  had child pornography on his computer.
6      A   Yes, ma'am.
7      Q   And so upon receiving that
8  call, you went to his residence or place
9  of business?
10     A   We went to the place of
11 business.
12     Q   What was his place of
13 business?
14     A   I can't remember the exact
15 name. His wife was an attorney, Deborah
16 Speegle. I can't remember the name of the
17 law firm.
18     Q   So it was at his wife's law
19 firm.
20     A   Yes, ma'am.
21     Q   How many computers did you
22 seize?
23     A   Offhand, I don't remember.

Page 12

1      Q   It was more than one.
2      A   Yes, ma'am.
3      Q   More than the one that he
4  called about.
5      A   That's what's kind of
6  confusing about the case. He wasn't able
7  to produce what he said the secretary
8  uploaded, but he said he saved it on his
9  home computer. Then told us we couldn't
10 have that computer. So we obtained a
11 search warrant to get it.
12     Q   So you also obtained his
13 computer from his home.
14     A   I think we only got that
15 computer from home. I don't remember
16 taking any from the business.
17     Q   Okay. So upon receiving his
18 call in on this Saturday, where did you go
19 exactly based on his phone call?
20     A   I was called out to respond
21 to the law firm.
22     Q   Why did you go to the law
23 firm if it was on his home computer? I'm

---

Page 13

1  sorry, I must be confused.
2      A   It was determined through
3  the investigation that the file in
4  question was on the home computer.
5      Q   So you went to his wife
6  Deborah Speegle, who is an attorney, her
7  place of business based on his phone call
8  into the police station.
9      A   Yes, ma'am.
10     Q   Why did you go to her office
11 based on his phone call?  Did he say there
12 is pornography?  What did he say exactly
13 in that call that made you go to his
14 wife's office?
15     A   That's where he called us
16 to.
17     Q   So he asked you to go to his
18 wife's law firm.
19     A   The patrol officer initially
20 responded.
21     Q   Okay.
22     A   And then I was called by
23 patrol.

---

Page 14

1      Q   So Mr. Jordan asked the
2  Dothan police department to go to his
3  wife's law firm.
4      A   Yes, ma'am.
5      Q   Because, and I'm just making
6  sure I understand your testimony, because
7  he alleged that one of her employees had
8  uploaded porn onto one of those computers.
9      A   Yes, ma'am.
10     Q   So what -- when you went to
11 Mrs. Speegle's law firm, exactly what
12 happened?
13     A   Again, by the time I got
14 there, we were trying to determine where
15 the file was.  Upon my arrival is when,
16 apparently, he had told one of the other
17 officers that it was actually on a
18 computer at home.
19     Q   So did you seize any
20 computers from Mrs. Speegle's office?
21     A   Not that I remember.
22     Q   So you went then to Mr.
23 Jordan's home.

---

Page 15

1      A   Yes, ma'am.
2      Q   Did you obtain a warrant?
3      A   Yes.  We did get a search
4  warrant for the house.
5      Q   What judge issued that
6  warrant?
7      A   I don't remember.
8      Q   And so you went to the home.
9  And then what happened?
10     A   We made entry into the
11 house.  I believe we used his keys, and we
12 took the computers that were in his
13 office.
14     Q   You used Mr. Jordan's keys.
15     A   Yes, ma'am.
16     Q   How did you have those in
17 your possession?
18     A   He gave them to us.
19     Q   Was he there with you at the
20 time?
21     A   No, ma'am.
22     Q   When had he given you his
23 keys?

---

Page 16

1      A   When we were still at the
2  office.
3      Q   Why did he give you his
4  keys?
5      A   So we wouldn't break in the
6  door.
7      Q   So he knew you were going to
8  his home to search his home computer.
9      A   Yes, ma'am.  We told him we
10 obtained a search warrant and we were
11 going to go there.
12     Q   And he didn't go with you
13 there.
14     A   No, ma'am.
15     Q   How many computers did you
16 confiscate from his home?
17     A   I don't recall.
18     Q   What is the current
19 disposition of this case?
20     A   As I understand it, it was
21 dismissed.
22     Q   In Mr. Jordan's favor?
23     A   I don't think sides were

---

Page 17

1  taken.  I think the case was just
2  dismissed.  When the county, is who we
3  sent the computer to for processing, when
4  they were done processing it, it was
5  turned back over to him.
6      Q   What did your processing of
7  his computer find?
8      A   As I recall, nothing.
9      Q   Is that why the case was
10  dismissed?
11     A   I don't know why his lawsuit
12  was dismissed.  His arrest, I believe they
13  got a guilty verdict out of.
14     Q   I'm sorry.  A what?
15     A   His arrest, I believe was
16  guilty.  The lawsuit, as I said, I believe
17  was dismissed.
18     Q   Okay.  So he sued the City
19  in a civil suit.
20     A   Yes, ma'am.
21     Q   And that was dismissed.  And
22  so you had a criminal suit against him.
23     A   Yes, ma'am, another officer

Page 18

1  did.
2      Q   Okay.  What officer was
3  that?
4      A   I think Sergeant Magill made
5  the case.  It involved a terrorist threat
6  when I wasn't there.  I did not witness
7  that part.
8      Q   But the part about anything
9  on his computers, there is no criminal
10  action pending, nor has there ever been.
11     A   As far as child pornography,
12  no, ma'am.
13     Q   Was there any other
14  computer-related charge made against Mr.
15  Jordan?
16     A   No, ma'am.
17     Q   Was he ever arrested for
18  anything related to confiscation of his
19  computer?
20     A   Yes.
21     Q   On what charge?
22     A   Terroristic threats.
23     Q   What were those threats?

Page 19

1      A   He told officers that were
2  with him that he was going to remotely
3  detonate the computer while I was seizing
4  it.
5      Q   Who did he tell that to?
6      A   I believe Sergeant Magill.
7  I'm not sure which other officers were
8  there.
9      Q   Did you have to testify in
10  that case?
11     A   No, ma'am.
12     Q   Have you ever been a party
13  to any other lawsuit?
14     A   None that I recall.
15     Q   Have you ever been a witness
16  in any other lawsuit?
17     A   How do you mean?
18     Q   Have you ever had to give a
19  statement or testimony regarding a case?
20     A   The only times I've ever
21  testified in court were criminal cases.
22     Q   On behalf of the City of
23  Dothan?

Page 20

1      A   Yes, ma'am.
2      Q   What about in your personal
3  capacity?
4      A   No, ma'am.
5      Q   Have you ever been arrested?
6      A   No, ma'am.
7      Q   What did you do to prepare
8  for this deposition?
9      A   I was given this notebook.
10     Q   Who gave you that notebook?
11     A   Sergeant Magill gave it to
12  me.  I believe it was prepared by our
13  attorneys.
14     Q   May I see it?
15         MS. EDWARDS:  Let's go off
16  the record.
17         (Off the record.)
18         MR. MITCHELL:  On the
19  record.
20         In preparing for your deposition,
21  did you listen to this tape here?
22         THE WITNESS:  Yes, sir.
23         MR. MITCHELL:  You did.

Page 21

1    Can you tell us, generally,
2  what's on it?
3        THE WITNESS: It's a
4  recording between Mr. Gray and Southern
5  Link regarding his cell phone, his city
6  issued cell phone.
7        MR. MITCHELL: Okay.
8        MS. EDWARDS: I'm just
9  confused about the date. That's all.
10       Chris, if you don't mind, I'm
11  just going to make a copy of that
12  recording just because the dates of the
13  recording that I produced to you differ
14  from the dates that's on this, and so I
15  just want to make sure that we have
16  everything.
17       MR. MITCHELL: Sure.
18       MS. EDWARDS: Because I know
19  you issued a subpoena to Southern Link as
20  well, and I just want to make sure that
21  it's not something that was produced.
22       Off the record.
23       (Off the record.)

Page 22

1    Q   (BY MS. EDWARDS:)  Mr.
2  Mullis, before the break, I had asked what
3  you had done to prepare for your
4  deposition today, and you referred me to
5  this binder in front of you of various
6  documents.
7    A   Yes, ma'am.
8    Q   Now, did you meet with your
9  attorneys?
10   A   Yes, ma'am.
11   Q   I don't want to know
12  anything that you discussed with them, but
13  I do want to know when you met with them
14  and where.
15   A   Yesterday at the Civic
16  Center. One previous time, I'm not sure
17  of the date, but that was also at the
18  Civic Center.
19   Q   And who was present at that
20  meeting?
21   A   Yesterday present was -- and
22  I've forgotten his last name. Chris. I
23  apologize.

Page 23

1        MR. MITCHELL: Just say the
2  lawyers, and the other -- name the others.
3  The lawyers don't matter.
4    A   In addition to the lawyers
5  was Mr. McKay, Chief Benton, Darryl
6  Mathews, obviously myself, Sergeant Magill
7  and Sergeant Smith.
8    Q   Was anybody else present?
9    A   For the entire meeting, I
10  don't believe so. There were some other
11  personnel, as far as getting the equipment
12  ready, but I did not know who they were.
13   Q   And what do you mean by
14  equipment?
15   A   There was a video played
16  over a laptop through the TV in the room.
17   Q   What was that video?
18       MR. MITCHELL: Do not answer
19  that question.
20       MS. EDWARDS: If it's
21  attorney/client privilege, I don't want to
22  know about it. If it's something that the
23  City of Dothan --

Page 24

1        MR. MITCHELL: Do not answer
2  that question about that video.
3        MS. EDWARDS: I will trust
4  it was attorney/client privilege.
5    Q   So in addition to watching a
6  video and reviewing this notebook, what
7  else have you reviewed to prepare for this
8  deposition?
9    A   This notebook is all I have
10  reviewed.
11   Q   And have you spoken to
12  anyone else outside of who you have just
13  named to prepare for this deposition?
14   A   No, ma'am.
15   Q   Now, can you explain to me
16  what exactly these documents are in this
17  notebook? And I'm going to come around by
18  you so that we can walk through them
19  together.
20   A   Okay. The CD is a recording
21  that was --
22   Q   Well, I'll tell you what,
23  let's start from the very beginning.

Page 25

1        Now, I notice that your notebook
2   begins with a tab Number 9.  Is there a
3   reason for that?
4        A   There were initially some
5   more pages in here that I gave back to our
6   lawyer.
7        Q   What were those documents?
8   Where did they come from?
9        A   They were included in the
10  book, so I would assume they were produced
11  by whoever produced the book.
12       MS. EDWARDS:  I notice
13  you're thumbing through some documents,
14  Mr. Mitchell.  Are those documents that do
15  not relate to his testimony?
16       MR. MITCHELL:  The tabs 1
17  through 8 that just contain the complaint
18  in this case and the answer and the EEOC
19  charges, and that kind of stuff.
20       MS. EDWARDS:  So they're not
21  documents he used to prepare for this
22  deposition.
23       MR. MITCHELL:  No.

Page 26

1        Q   All right.  So beginning
2   with Tab 9, explain to me what this
3   document is.
4        A   From what I understand, this
5   would be a log of when the mobile data
6   terminal general order was signed by
7   various employees.
8        Q   The mobile data terminal.
9        A   And electronic messages.
10  You can refer to general order 200-42
11  hotel.
12       Q   So what is a mobile data
13  terminal and electronic messaging?
14       A   This is our general order.
15  This would refer to the general orders on
16  mobile data terminals and electronic
17  messaging that we have to adhere to.
18       Q   And what does this list of
19  names and dates represent?
20       A   I believe this would be the
21  day that they were signed by the employee
22  or digitally signed.
23       Q   Okay.  Do you know that for

Page 27

1   sure?
2        A   I do not.  I did not produce
3   this.
4        Q   Who produced that?
5        A   It was included in the book.
6        Q   So this is the first time
7   you've ever seen this in preparing for
8   this deposition.
9        A   Yes, or when I got the book
10  was the first time I saw it.
11       Q   And so it's your
12  understanding that this would be dates
13  that these people received this order.
14       A   Yes, ma'am.
15       Q   Is there anything else this
16  could be that you know of?
17       A   That's all I would be able
18  to guess.
19       Q   Is that what was told to
20  you?
21       A   Actually nothing was told to
22  me regarding this.
23       Q   Oh.  So you don't know for

Page 28

1   sure that it's that.
2        A   No, ma'am.
3        Q   And just for the record,
4   those documents are Bates Numbers 2838 and
5   2839 that have been previously produced by
6   the City of Dothan.
7        What is this document?
8        A   This is a printed out
9   e-mail.
10       Q   And this is from Southern
11  Link to Pam Dees and Kay Kelley at
12  Southern Company dot com, correct?
13       A   Yes, ma'am.  That is what it
14  says.
15       Q   And it's also carbon copying
16  Kay Kelley at Southern Company dot com.
17  The subject is mobile talk account
18  activation Dothan Police Department Keith
19  Gray.  And this is Bates Stamped 001199
20  produced by the City of Dothan.
21       What is this document?
22       A   This is a document saying
23  the date that that phone was put into

Page 29

1  service, or rather the mobile talk
2  account.
3        Q    Where is the date?
4        A    Here.  May 8th, 2013.
5        Q    Now, that is the date of the
6  e-mail, correct?
7        A    Yes, ma'am.
8        Q    Now, the e-mail of May 8th
9  of 2013, states that the account has been
10  activated, correct?
11        A    Yes, ma'am.
12        Q    And the time on this e-mail
13  is 7:52 a.m., correct?
14        A    Yes, ma'am.
15        Q    What is this document?
16        A    This is actually a document
17  that I produced.  I was asked for a list
18  of web pages and browser visits that were
19  on the cell phone, and this is what I
20  produced.
21        Q    How did you produce that
22  one?
23        A    With a screen shot of the --

Page 30

1  you see it's the browser, that DB, that
2  refers to the browser database inside the
3  phone.  And this is the screen shot of
4  that database opened up on my computer.
5        Q    How did you access this?
6        A    The UFED, that stands for
7  Universal Forensics Extraction Device.
8        Q    Now, explain to me what a
9  Universal Forensics Extraction Device is.
10        A    To obtain information from a
11  cell phone, there are two main components
12  that I use.  The first is the UFED.  What
13  it is is a piece of hardware that will
14  connect to a cell phone, and it -- lack of
15  a better way to say this, or I'm really
16  trying to simplify it.  It translates
17  everything into a signal that the computer
18  can understand.  It basically creates a
19  forensic copy that can be evaluated for
20  the computer or by the computer.
21        Q    So you said you have a
22  two-phase process.  So the first thing you
23  do is explain to me exactly what you do

Page 31

1  with the UFED.  Do you plug a phone into
2  UFED?  How is UFED used?
3        A    The phone was plugged into
4  the UFED.
5        Q    All right.  And then what
6  happens?
7        A    You activate the software
8  and it makes a copy of the device data
9  memory.
10        Q    And then you -- then what do
11  you do with that from there?
12        A    Um --
13        Q    What does the actual machine
14  look like, I guess?
15        A    A tablet computer.  It's a
16  rugged version of a tablet.
17        Q    So you plug the computer
18  into this tablet, correct?
19        A    Yes, ma'am.
20        Q    What happens from there?
21        A    The tablet is plugged into
22  the computer and it transmits the memory
23  from the phone to a file on the computer.

Page 32

1  It creates a forensic copy that can be
2  evaluated.  This is to minimize any
3  changes to the -- on the phone.
4        Q    So when you -- you then
5  access the database on your computer.
6        A    Yes, ma'am.
7        Q    And how do you do that?
8        A    It's a Windows
9  graphics-based interface.  It was actuated
10  to using any Windows program.  You just
11  point and click.
12        Q    And what comes up?
13        A    It's a screen, actually,
14  very similar to this.  You see its the
15  file system of the phone, and then these
16  are all of the files that are on the
17  phone.
18        Q    So this isn't the actual
19  page that comes up when you access the
20  database on your computer?
21        A    This is the page that will
22  come up when you access the browser
23  database.

Page 33

1    Q   So what does the screen look
2   like when it first comes up on the
3   computer, when you first access the data
4   from UFED?
5        A   It's very similar to this,
6   however, this is expanded.  This is just
7   for the data.
8        Do you see the data section
9   there?
10       Q   Yes.
11       A   There is actually quite a
12  bit that's on the screen.  You have to
13  scroll up and down or side-to-side to get
14  everything.
15       Q   Are there copies of what
16  that screen looks like later in the
17  production of Mr. Gray's phone when you
18  first plugged it into UFED?
19       A   Well, what it does, you can
20  actually access it.  If the software
21  creates a pdf file and that is what is
22  here later in the binder.
23       Q   So, I guess, I just want --

Page 34

1   I want to know what you saw when you first
2   plugged in Mr. Gray's phone into UFED.  Is
3   that representative in this packet of
4   information?
5        A   Yes, ma'am.
6        Q   Okay.  Can you show me
7   where?
8        A   It gives icons for each of
9   these sections, and this is the data that
10  the software interprets from the phone.
11       Q   So according to your
12  testimony, that has been Bates Stamped
13  004086, is what you saw when you first
14  accessed Mr. Gray's phone; is that
15  correct?
16       A   This is what is produced by
17  it, yes, ma'am.
18       Q   So when you first plugged in
19  the phone, it went through UFED.  You look
20  at your computer, and this is what you
21  see.
22       A   Again, this is not exactly
23  because this isn't a screen shot.  This is

Page 35

1   the report that it produced.
2        Q   So you don't -- you don't
3   have a screen shot of what came up when
4   you first accessed the phone, correct?
5        A   No, ma'am.
6        Q   And so these documents are
7   actually further into the process of
8   analyzing the phone.
9        A   Not really.  That question
10  is a little hard to answer as asked.
11       Q   How?  Why?
12       A   Because as I said, the
13  computer or the software interprets what
14  it's received from the UFED.  It then
15  compiles a report.  This report is not
16  exactly what I see on the screen, but it
17  is representative of what I see on the
18  screen.
19       Q   Okay.  What -- okay.  Well,
20  I'll tell you, what captures what you see
21  on the screen?
22       A   There's nothing to do that.
23       Q   Okay.  So we're looking at

Page 36

1   this exhibit -- excuse me -- what has been
2   produced as Bates Number 002808.  And
3   explain this to me.  You have this
4   highlighted, which is -- what does that
5   say?
6        A   Browser dot DB.
7        Q   And so explain what this
8   means on this side.
9        A   These are the bookmarks that
10  were stored on the phone.
11       Q   And where are the dates for
12  when these sites were accessed?
13       A   The date would be this
14  screen here.  As you see, you would have
15  to scroll over to do that.
16       Q   Where is that in this
17  production?
18       A   (Witness shows document.)
19       Q   So we were looking at what
20  has been produced as 002808.  And my
21  question for you is:  Where is the edge of
22  this piece of paper that appears to have
23  been cut off?  I'll ask you where the

Page 37

1  dates are that relate to the website that
2  have been accessed on this page?  You
3  testified that they're on another page.
4  And you just referred me to what has been
5  marked has Bates Stamped 004201.
6       A   Yes, ma'am.
7       Q   Is that correct?
8       A   Yes, ma'am.
9       Q   So the second page or second
10 part of 002808 is 004201.
11      A   To answer that, let me say,
12 that page was produced to show how many
13 times the phone reported those websites
14 had been visited.
15      Q   But you can see from our
16 perspective, it's kind of irrelevant when
17 we can't see the date that they've been
18 accessed.
19      A   Well, again, I was only
20 asked to produce the number of visits.
21      Q   Oh, my whom?
22      A   Sergeant Magill.
23      Q   Not the dates.

Page 38

1       A   No, not for this printout.
2  No, ma'am.
3       Q   So he told you he didn't
4  want the dates.
5       A   No.  He just said he needed
6  to see how many times these websites had
7  been visited.
8       Q   He didn't ask you within a
9  certain time frame.
10      A   No, ma'am.  And the phone
11 actually doesn't know what dates they were
12 visited.  It just counts the numbers of
13 times.
14      Q   But yet, you testified that
15 there are dates on this second page.
16      A   Yes.  That's the date that
17 the web marks were created.
18      Q   So there are dates that are
19 generated within this program.
20      A   Yes, for the date the web
21 mark was created -- I mean, the bookmark
22 was created.
23      Q   And when you say, "bookmark

Page 39

1  was created," are you talking about hits
2  on the site?
3       A   No, ma'am.
4       Q   Okay.  So these are dates
5  for what precisely on Document Number
6  004201?
7       A   This is the date that this
8  web mark was stored on the phone.
9       Q   But weren't these stored on
10 the phone as well?
11      A   Yes.  That's actually the
12 same.  These are just the bookmarks.
13      Q   So he went to you and said,
14 all I want is when these websites, how
15 many times these website were accessed.
16          MR. MITCHELL:  Object to
17 form.
18      A   He asked me if there was
19 something I could produce that showed the
20 number of times the bookmarks had been
21 visited.
22      Q   Did he ask for dates that
23 these websites have been visited?

Page 40

1       A   Yes.
2       Q   Why aren't they on this
3  page?
4       A   Because the only date that
5  the phone stored was the date the bookmark
6  was created.  It didn't store the date
7  that the phone visited the bookmark.
8       Q   Did he request the dates
9  that the websites were visited?
10      A   I told him I wasn't able to
11 give him that.
12      Q   Did he ask for dates that
13 the websites were bookmarked on the phone?
14      A   He did not, because it was
15 included in this report.
16      Q   So did you provide this
17 report to him?
18      A   Yes, ma'am.
19      Q   What is this next document?
20      A   This is an excerpt out of
21 here (indicating).  This was done to show
22 the number of wireless networks that the
23 phone connected to.

Page 41

1    Q   Are there dates for when
2  this phone connected to these wireless
3  networks?
4    A   No, ma'am.
5    Q   Can that be generated?
6    A   Not using what I had at the
7  time.
8    Q   What do you mean by that?
9    A   What was available at the
10  time this report was created is what's
11  referred to as a logical extraction.  What
12  that means is it will only show me what it
13  is able to interpret.  So it is not able
14  to interpret a date.
15    This is the only of this
16  particular model phone that I've ever
17  examined.  So I don't know if now that is
18  available.  Some phones it can tell you
19  more date information or more information
20  in general.
21    Q   So is it your testimony that
22  UFED could not ascertain the dates that he
23  accessed these connections?

Page 42

1    A   That is correct, it does not
2  give a date that these connections were
3  accessed.
4    Q   But it can do it for other
5  phones.
6    A   I have seen some phones that
7  it could do such things for.
8    Q   And so it's your testimony
9  that it couldn't for that model.
10    A   Yes, ma'am, it could not.
11    Q   Have you tested other models
12  of this phone on UFED?
13    A   No, ma'am.  This is the only
14  XT626 that I've tested.
15    Q   Okay.  What was the model
16  that you said?
17    A   XT626.
18    Q   So these are additional
19  websites that you allege were accessed on
20  Mr. Gray's phone; is that correct?
21    MR. MITCHELL:  Object to
22  form.
23    Q   What is this at the top?

Page 43

1    A   This is what's left over
2  from the other page.  This page is put
3  here to show the wireless networks.  This
4  is just a continuation of the web
5  bookmarks.  Again, you can see this is
6  Page 118.
7    Q   Yes.
8    A   It correlates to Page 118 of
9  the report.
10    Q   Okay.  So just so I have
11  this straight, Bates Number 002809 is
12  Page 2 of Bates Number 004202?
13    A   No, ma'am.  It's a copy of
14  004202.
15    Q   What do you mean a copy of
16  it?  Is this the same document produced
17  twice?
18    A   It appears to be, yes,
19  ma'am.
20    Q   Okay.  Yeah.  All right.
21  And so this first page, 002808, ends at
22  the bottom.  It just shows website and it
23  shows a number that they were accessed,

Page 44

1  right?
2    A   Yes, ma'am.
3    Q   And so it is your testimony
4  that 2809, what's been Bates Stamped as
5  2809 is Page 2 to what's been Bates
6  Stamped 2808?
7    A   No, ma'am.
8    Q   Okay.  What is this a
9  continuation of?
10    A   Page 117 of the report.  See
11  these are the web bookmarks.  They're
12  numbered.  So this is 24 on 117.  It
13  continues with 25 on Page 118.  There were
14  38 bookmarks.
15    Q   Okay.  I've got you.  So
16  this is just stuck in here for no one
17  knows why.
18    A   This copy was produced to
19  show that the phone accessed wireless
20  networks.
21    Q   Okay.  But it was just
22  produced out of order on this one part.
23    A   Yes, whoever made this book

Page 45

1  put it in that order here (indicating).
2       Q   That's why it wasn't
3  logically showing.
4           What is this document 002810?
5       A   It's the user dictionary.
6       Q   What does that mean?
7       A   These are words that were
8  stored into the phone.  For example, if
9  you were to type a text message and it
10  doesn't recognize a word that you type,
11  the phone will give you the option to
12  store that word.
13      Q   Uh-huh.
14      A   These are words that were
15  stored.
16      Q   On what date?
17      A   It does not say.
18      Q   So you don't know what date
19  these words were typed into the phone.
20      A   No, ma'am.
21      Q   Just like you don't know
22  what date these networks were accessed on
23  2809.

Page 46

1       A   I do not know what date the
2  networks were accessed.
3       Q   And you do not know what
4  dates these websites were accessed?
5       A   No, ma'am.  I can only tell
6  you the date they were stored.
7       Q   So you're basically saying
8  that your test that you ran will not tell
9  you --
10          You tell me.  Will your machine
11  tell you specific dates that websites were
12  visited?
13      A   On this phone model, it will
14  not.
15      Q   So you can't tell.  You can
16  tell at one point in time, at some point
17  in time that phone has accessed a website,
18  but you can't tell the date.
19      A   No, ma'am.
20      Q   And you can tell that at
21  some point in time words have been typed
22  into a phone, but you can't tell when.
23      A   No, ma'am, I can't tell you

Page 47

1  what date they were stored.
2       Q   What is this?
3       A   A picture of a computer
4  screen.
5       Q   And I'm referring to what's
6  been previously produce as 002812.  What
7  is that?
8       A   It's a picture of a website.
9  I cannot read the web address on here.
10      Q   Who took this picture?
11      A   I don't know.
12      Q   Whose computer is that?
13      A   I don't know.
14      Q   Now, you understand that you
15  have been designated as the City's
16  30(b)(6) witness with regards to the
17  investigation of Mr. Gray's cell phone in
18  this case; is that correct?
19      A   Yes, ma'am.
20      Q   And so you have made a
21  diligent effort, I'm sure, to obtain all
22  of the information that you can to be able
23  to answer questions about the

Page 48

1  investigation that was performed, correct?
2       A   I can tell you what I
3  believe that picture to be.  As a matter
4  of fact, I can see.
5       Q   I want to know what you know
6  the picture to be.
7       A   Now, that I can see the
8  bookmark.  Excuse me.  There's a title
9  right there.  That's Triple X  Black Book
10  dot com.  I couldn't read it there.
11      Q   Who gave you this picture?
12      A   It was included in the book.
13      Q   So reviewing for this
14  deposition is the first time you've seen
15  that.
16      A   No.  I actually saw it when
17  I was going through the book.
18      Q   Okay.  When?
19      A   I can't tell you the date
20  that I was issued the book.  A few weeks
21  ago.  I looked at it two or three times.
22      Q   Who took this picture?
23      A   I don't know.

Page 49

1    Q   How did this picture factor
2  into your investigation?
3    A   Well, if this is Triple X
4  Black Book dot com, then that would be a
5  representative shot of what you would see
6  when you go to that website.
7    Q   Okay.  But whose computer is
8  that?
9    A   I don't know.
10   Q   So you don't know whose
11  computer it is or who took that picture of
12  Document Number 002812?
13   A   I don't know.
14   Q   And the first time you've
15  seen this was a couple of weeks ago in
16  preparing for your deposition.
17   A   Yes, ma'am.
18   Q   So you ran a test on Mr.
19  Gray's phone, correct?
20   A   I did.
21   Q   And who asked you to run
22  that test?
23   A   Sergeant Magill.

Page 50

1    Q   Sergeant Magill is in
2  Internal Affairs.
3    A   Yes, ma'am.
4    Q   Tell me about your
5  conversation with him.
6    A   He came to me the morning of
7  August 27th, swore me to secrecy, and told
8  me that I was going to be asked to search
9  a department cell phone.
10   Q   What else did he say?
11   A   That was pretty much it.  He
12  told me to search the phone.
13   Q   Did he tell you whose phone
14  it was?
15   A   In a roundabout way, yes.
16   Q   And how do you know about
17  that?
18   A   I was taken to, then,
19  Captain Gray's office to conduct the
20  examination.
21   Q   Okay.  So you were taken to
22  Mr. Gray's office to perform the
23  examination of the phone.

Page 51

1    A   Yes, ma'am.
2    Q   Was the phone -- who had the
3  phone?
4    A   It was in Captain Gray's
5  office.
6    Q   Okay.  So Mr. Magill didn't
7  have the phone in his possession.
8    A   I don't know where it was.
9  When I got to the office, it was in the
10  office.
11   Q   So you don't know who had
12  access to the phone, do you, prior to your
13  running a test on it?
14   A   I do not.
15   Q   Was Mr. Gray's phone new
16  when it was issued to him?
17   A   From what I understand, yes,
18  ma'am.
19   Q   How do you know that?
20   A   We were told that we were
21  the first to see this model of phone, that
22  it wasn't released to the market when we
23  first got the phones, is the information I

Page 52

1  was given.
2    Q   By whom?
3    A   Scuttlebutt in the
4  department.
5    Q   Who?
6    A   Scuttlebutt.  Just kind of
7  rumour.  This wasn't specific to this
8  phone, just we heard that we were going to
9  be trying out a new-to-the-market phone.
10   Q   Who issued the phones to
11  you?
12   A   My phone was issued to me by
13  Joey Franklin in the radio shop.
14   Q   In the radio shop?
15   A   Of the radio shop.
16   Q   What's the radio shop?
17  What is the radio shop?
18   A   It's what we call the
19  department that handles, mainly, our
20  radios, but they handle other
21  miscellaneous electronic items.
22   Q   So this is a department of
23  the City of Dothan.

Page 53

```
 1      A   Yes, ma'am.
 2      Q   Who issued Mr. Gray's phone
 3  to him?
 4      A   I couldn't tell you that.
 5      Q   So you don't know who had
 6  access to his phone before it came into
 7  his possession?
 8      A   No, ma'am.
 9      Q   You don't no whether
10  somebody could have potentially used the
11  phone prior to it being placed in his
12  possession?
13      A   I don't know.
14      Q   So you -- Sergeant Magill
15  came to you and said, I want to do some
16  forensic testing on a phone.
17      A   Not those exact words.
18      Q   Okay.  Well, you tell me his
19  exact words.
20      A   I mean, I don't remember his
21  exact words.  It was to the extent of,
22  here's a cell phone and we need you to
23  analyze it.
```

Page 54

```
 1      Q   Did he ask what -- did he
 2  tell you what he wanted to analyze it for?
 3      A   He asked me what I would be
 4  able to produce.  And I told him that it
 5  would depend on the model of the cell
 6  phone and what is able to be interpreted.
 7  He asked me how such an examination can be
 8  done.  And I said, the only way I can do
 9  an examination is with a full data
10  download.  I can't tell it I want web
11  bookmarks, just for example.  I told him
12  the only type of examination I could do
13  was a full one.
14      Q   Was he requesting a partial
15  one?
16      A   Not really.  He was just
17  asking -- I don't think he was familiar
18  enough with the process to know if I had
19  to pick and choose what came through.
20      Q   What did he specifically
21  want?
22      A   He never told me.
23      Q   Why did you find yourself
```

Page 55

```
 1  having to explain to him I've got to do a
 2  full investigation on this phone?
 3      A   This was actually very new
 4  to the department at the time.
 5      Q   What was?
 6      A   Being able to do cell phone
 7  extractions.
 8      Q   So UFED was new to the
 9  department.
10      A   Yes.  He had never had a
11  cell phone examined before.
12      Q   Mr. Gray's was the first
13  that he's examined.
14      A   Well, I mean, he didn't
15  examine it.  I did.  It was the first cell
16  phone he had ever asked to be examined.
17      Q   What other cell phones have
18  you ever examined?
19      A   I don't know the exact
20  number.  I've examined well over a hundred
21  cell phones.
22      Q   For the City of Dothan?
23      A   I'm given this equipment by
```

Page 56

```
 1  the Secret Service, so I do these
 2  extractions for any agency that asks me.
 3  I am one of the only people this side of
 4  the state that can do them.  So I do them
 5  for any jurisdiction that asks me to.
 6      Q   So who all has asked you to
 7  do these extractions before?  What
 8  agencies?
 9      A   I won't call this a
10  comprehensive list.  I have done stuff
11  extractions for Cottonwood, Ozark, Secret
12  Service, ABI, which would now be SBI.  Off
13  the top of my head, that's all I can think
14  of.
15      Q   So Cottonwood, ABI, which is
16  SBI.  Who else?
17      A   Ozark.  What is Ozark?
18      A   A town.
19      Q   Is that a police department
20  in Ozark?
21      A   Yes, ma'am.
22      Q   Okay.  Cottonwood, is that
23  also a police department?
```

Page 57

1      A   Yes, ma'am.
2      Q   Anyone other than
3   Cottonwood, Ozark, and the ABI or SBI?
4      A   I would have to go through
5   every cell phone I have examined.  I'm
6   just sitting here thinking.  I've done --
7   I've done cell phones for Dale County,
8   Coffee County, Houston county.  The longer
9   I sit here, probably the more I could
10  think of.
11     Q   How many have you done for
12  the City of Dothan?
13     A   I wouldn't be able to give
14  you that answer just because I haven't
15  counted specific to just the City of
16  Dothan.
17     Q   I mean, if you can just kind
18  of provide a range.
19     A   If you want me to estimate,
20  I would say I've probably examined fifty
21  to seventy-five cell phones for the City
22  of Dothan.
23     Q   And have those been for

Page 58

1   employees or have those been for phones
2   that have been confiscated during criminal
3   activity?
4      A   Those are the total.  I've
5   done two employee cell phones.
6      Q   Who is the other employee
7   for whom you have conducted?
8      A   Lanice Bonds.
9      Q   Can you spell that?
10     A   L-a-n-i-c-e B-o-n-d-s.
11     Q   Is she still with the City
12  of Dothan?
13     A   It's a male.
14     Q   Oh, is that the male, Lanice
15  Bonds?
16     A   (Witness nodding head).
17     Q   What is his position?
18     A   He was a police officer.
19     Q   Is he still with the
20  department?
21     A   No, ma'am.
22     Q   What was his position with
23  the department?

Page 59

1      A   He was a police officer.
2      Q   What rank?
3      A   Officer.
4      Q   What was his race?
5      A   Black.
6      Q   Who asked you to conduct
7   that forensic examination?
8      A   That was then Sergeant Well
9   Glover.
10     Q   What did your examination of
11  Mr. Bonds phone reveal?
12     A   Again, that's a -- it's hard
13  to answer that question.  That's a narrow
14  question with a broad answer.  Let me say
15  it like that.  It produced all of the data
16  that was contained on that phone.
17     Q   Did any disciplinary action
18  result as a result of your running the
19  test on his phone?
20     A   No, ma'am.
21     Q   How did he come to leave the
22  Dothan Police Department?
23     A   I don't know if he resigned

Page 60

1   or was fired, but he was arrested.
2      Q   What was the reason?
3      A   The crime was -- and this
4   may not be the exact Alabama Code.  School
5   employee engaging in a sex act with a
6   student.
7      Q   And so his phone was
8   analyzed as a result of that accusation?
9      A   Yes, ma'am.
10     Q   How long have you been with
11  the Dothan Police Department?
12     A   A little over twelve years.
13     Q   And so out of twelve years,
14  those were the only two employees with the
15  City of Dothan whose phones you've
16  analyzed.
17     A   I've only been analyzing
18  cell phones for almost a year and a half.
19  But, yes, I've only examined two employee
20  cell phones.
21     Q   What training have you had
22  on this?
23     A   I attended a course at

Page 61

1  Hoover at the National Computer Forensics
2  Institute. The title of the course is
3  mobile data examiner.
4        Q    And that was with Hoover?
5        A    It was in Hoover.
6        Q    In Hoover. Who provided the
7  training?
8        A    The United States Secret
9  Service.
10       Q    And on what date did you
11  receive that training?
12       A    I know I graduated August
13  12th of 2013. I believe it started August
14  -- excuse me -- August 16th. I believe it
15  started August 12th.
16       Q    I'm sorry. When did the
17  training start?
18       A    I'm not sure of the date it
19  started. I think it was August 12th,
20  2013.
21       Q    How long of a course was it?
22       A    Thirty-six hours.
23       Q    So how many days did you

Page 62

1  actually physically attend?
2        A    I can't remember if it was
3  four or five. I can't remember if it was
4  Monday through Friday or Monday through
5  Thursday.
6        Q    And is that the only
7  training that you've received related to
8  cell phone extraction?
9        A    Specific to this software,
10  yes.
11       Q    Did you use any other
12  software in analyzing Mr. Gray's phone?
13       A    No, ma'am.
14       Q    So when Mr. Magill requested
15  that you run a test on Mr. Gray's phone,
16  you did so, correct?
17       A    Yes, ma'am.
18       Q    And what did you give to
19  Sergeant Magill after that?
20       A    I gave him a CD-ROM
21  containing this file as a PDF.
22       MR. MITCHELL: This file
23  being Bates stamped 4085 through 4600.

Page 63

1        Q    Can you testify with
2  absolute certainty that the disc that you
3  gave Sergeant Magill contains these exact
4  pages that have been included in this
5  binder that was given to you two weeks
6  ago?
7        A    I have not sat down with
8  that CD versus this to compare.
9        MS. EDWARDS: I'd like to
10  request, Mr. Mitchell, that we receive an
11  actual copy of the disc that was given to
12  Sergeant Magill from Mr. Mullis. And, in
13  fact, I'd like to analyze the original if
14  you could please bring it to the
15  depositions over the next couple of days.
16  Would that be possible?
17       MR. MITCHELL: I don't know.
18       MS. EDWARDS: Is there
19  someone that you could talk to to find
20  out?
21       MR. MITCHELL: I don't know.
22       MS. EDWARDS: Is it
23  something that you are willing to find

Page 64

1  out?
2        MR. MITCHELL: I don't know.
3        MS. EDWARDS: I'll have to
4  take that as a no, if you're not -- are
5  you going to check into it?
6        MR. MITCHELL: I don't know.
7        MS. EDWARDS: And the reason
8  I ask is I don't want to have to
9  necessitate yet another Motion to Compel
10  this information. We've requested the
11  full information related to the
12  investigation of Mr. Gray's phone, and
13  were entitled to that information.
14       Q    (BY MS. EDWARDS:) So you
15  gave Sergeant Magill a disc.
16       A    Yes, ma'am.
17       Q    Where is that disc now?
18       A    I don't know.
19       Q    What other information did
20  you give to Sergeant Magill?
21       A    I believe that's all.
22       Q    Did you give any information
23  to anyone else?

Page 65

```
1        A   No, ma'am.
2        Q   Did you speak to anyone else
3   about your investigation?
4        A   No, ma'am.
5        Q   So Sergeant Magill is the
6   only person within the City of Dothan that
7   you have spoken to about the forensic
8   examination that you conducted on Mr.
9   Gray's phone?
10       A   Yes, ma'am.
11       Q   And you can say that with
12  one hundred percent certainty sitting here
13  under oath.
14       A   Yes, ma'am.
15       Q   Did you analyze the
16  information?
17       A   This information?
18       Q   Yes.
19       A   Yes.
20       Q   And for what did you analyze
21  it?
22       A   The way I can answer that,
23  because there is quite a bit of
```

Page 66

```
1   information here.  What I did is I
2   basically just looked through and compared
3   what is compiled with what shows up in the
4   report.
5        Q   What do you mean by, "what
6   is compiled?"
7        A   Well, like, for example, it
8   says that there are 83 items contained in
9   calendar.  Now, I'm not going to tell you
10  that I went through and counted to make
11  sure there were 83 items.  What I did do
12  is I just looked through calendar, for
13  example.
14       Q   Okay.  And then what did you
15  do with that information?
16       A   Specifically, what do you
17  mean?
18       Q   I mean, what deduction did
19  you draw from seeing, okay, there are 83
20  items listed in the calendar and then
21  going through the calendar entries.  Ii
22  mean, were you -- tell me -- I want to
23  know your thought process as you're
```

Page 67

```
1   analyzing this data.  That's what I need
2   to know.  I want to know what you're
3   looking for.  What deductions you made
4   from the document, from the report.
5        A   I didn't make any.  I mean,
6   to say I analyzed this is going to be more
7   specific to since I received this
8   notebook.  My job was to compile this
9   report and turn it over.  I wasn't
10  involved with interpreting the report.
11       Q   Did you analyze the data at
12  all?
13       A   What do you mean by analyze?
14       Q   Did you look for specific
15  content?
16       A   Other than when I was asked
17  about a particular website, no.
18       Q   What specific website were
19  you asked about?
20       A   Triple X Black Book dot com.
21       Q   And who asked you about that
22  specific website?
23       A   Sergeant Magill.
```

Page 68

```
1        Q   Why did he ask you about
2   that?
3            MR. MITCHELL:  Object to the
4   form.
5        A   I don't know.
6        Q   What other website did he
7   ask you specifically about?
8        A   He asked me about Covert
9   Track dot com.
10       Q   Covert Track dot com?
11       A   Yes, ma'am.
12       Q   What else?
13       A   That's all I recall.
14       Q   So when he asked you to run
15  this information, he wanted to know
16  specifically whether that phone had ever
17  accessed these two websites?
18       A   That's all I recall him
19  asking me about.
20       Q   So you can analyze websites
21  that have been visited on the phone,
22  correct?
23       A   I'm not sure what you're
```

---

Page 69

1  asking me.
2       Q   I want to know, you can
3  analyze websites that have been bookmarked
4  to the phone.
5       A   I can show you bookmarks
6  that the phone had stored.
7       Q   And you also can see
8  calendar entries.
9       A   Yes, ma'am.
10      Q   What other data do you see
11  in that report?
12      A   Starting from the top, it
13  says calendar, and under calendar it has
14  the calendar contacts, birthdays and
15  events.  Helicop63@gmail.com.
16      Q   What was that?
17      A   H-e-l-i-c-o-p 63@gmail.com.
18      Q   Okay.  What else?
19      A   It has call log.  Under call
20  log it's incoming, missed, outgoing and
21  unknown.  It has contacts, which under
22  that is uncategorized.  It has cookies.
23  It has e-mails.  And under e-mails, it has

---

Page 70

1  H-e-l-i-c-o-p @gmail.com.  It has
2  multimedia messages, and under that is
3  Inbox.  It has passwords that were stored
4  on the phone.  It has SMS messages that
5  were stored on the phone, which under that
6  is Inbox, Sent and Unknown.  It has
7  timeline, user accounts.  It has user
8  dictionary.  Under that it has
9  uncategorized.  It has a list of symbols.
10  It has a blank.  It has the letter E.  It
11  has the letters EN underscore US.  It has
12  symbols with the letters MZB.  It has the
13  letter S.
14      Q   What do these abbreviations
15  -- what type of data does that stand for?
16      A   These refer to different --
17  different ways the user dictionary is
18  stored.
19      Q   So is that just related to
20  the user dictionary you said?
21      A   Yes, ma'am.
22      Q   Define that for me.
23      A   The user dictionary are the

---

Page 71

1  words that are stored in the phone.
2       Q   Okay.
3       A   We then have web bookmark,
4  which were listed as uncategorized.  It
5  has wireless networks.  It has locations
6  under which is media locations.  It has
7  data files, under which is applications,
8  data basis, images and texts.  It has card
9  file and activity analytics.
10      On the next page it has analytics
11  e-mails.  Under that is
12  Helicop63@gmail.com.  It has analytics
13  phones, under which it says entity
14  bookmarks.
15      Q   So when you run your report,
16  you can see the details of things that Mr.
17  Gray had scheduled in his calendar,
18  correct?
19      A   Yes, ma'am.
20      Q   You can see his contacts.
21      A   Yes, ma'am.
22      Q   You can access his e-mail.
23      A   Yes, ma'am.

---

Page 72

1       Q   You can access his call log.
2       A   Yes, ma'am.
3       Q   Including the calls he made,
4  calls he missed, calls he received.
5       A   Correct.
6       Q   You can access cookies.
7       A   Yes, ma'am.
8       Q   You can access his
9  passwords.
10      A   For what's stored on the
11  phone.  All of this is what's stored on
12  the phone.
13      Q   Locations.
14      A   Yes, ma'am.
15      Q   Images he has stored on the
16  phone.
17      A   Yes, ma'am.
18      Q   Now, what else did Sergeant
19  Magill ask you to do other than scan Mr.
20  Gray's phone for Triple X Black Book and
21  Covert Track dot com.
22          MR. MITCHELL:  Object to
23  form.



Page 73

1    A    That's all he asked me about
2 this extraction.
3    Q    Did he ask you to analyze
4 any other equipment?
5    A    No, ma'am.
6    Q    So you never -- you never
7 analyzed any computer that Mr. Gray used?
8    A    I think I used software
9 called OS Triage on his office computer,
10 but what that is is a live scan tool, and
11 it doesn't produce a report.
12    I don't believe I even looked at
13 any of the data that it contained.
14    Q    Why did you run that?
15    A    I would have only done that
16 if he asked me to.
17    Q    Who?
18    A    Sergeant Magill.  But I
19 don't think I did.  I think I just gave
20 him the program and I think he ran it.
21 I'm just trying to put that out there.  I
22 don't remember if I ran it or just
23 provided the program.

Page 74

1    Q    Did he request the program
2 from you?
3    A    He asked me if I could run
4 the computer, and I didn't have the
5 hardware or software allowing me to do so.
6    Q    Why not?
7    A    The simple answer is the
8 department didn't buy it for me.
9    Q    So what is OS Triage?
10    A    It is a software that was
11 provided to me by the FBI.
12    Q    So Sergeant Magill asked you
13 to give him software provided to you by
14 the FBI --
15    A    Yes, ma'am.
16    Q    -- to run a check on Mr.
17 Gray's computer.
18    A    Yes, ma'am.
19    Q    Don't you normally run
20 checks on computers?
21    A    This software doesn't
22 require certification.
23    Q    Have you ever known of

Page 75

1 anybody other than you to run a check on a
2 computer within the department?
3    A    Yes.
4    Q    Who?
5    A    Specifically Brandy Bowen.
6    Q    Who is that?
7    A    She no longer works for us,
8 but she was sent to several computer
9 schools.
10    Q    Why didn't you run the
11 software on his computer?
12    A    Because I did not have the
13 ability to run a more detailed search than
14 what OS Triage would provide.
15    Q    Buy why didn't you run OS
16 Triage on the computer?
17    A    Because I gave the software
18 to Sergeant Magill.
19    Q    Upon his request.
20    A    Yes, ma'am.
21    Q    Where is the data from OS
22 Triage?
23    A    I don't know.  It doesn't

Page 76

1 truly produce any data.  As I said, it's a
2 live scan tool.  So you would run that on
3 the computer and it will pop up and tell
4 it will tell you, for example, the number
5 of images that are on the computer, web
6 bookmarks, accounts that are logged in, et
7 cetera.
8    Q    Where is that information,
9 though?  I haven't seen any information
10 produced in this case related to any scan
11 performed under OS Triage.
12    A    I don't know.
13    Q    Has Sergeant Magill ever
14 asked you for OS Triage or to run a scan
15 on anybody else's computer?
16    A    Through Internal Affairs,
17 no, ma'am.
18    Q    Has any other member of
19 management -- has anyone else within the
20 police department ever requested OS Triage
21 software from you to run a scan on a
22 computer?
23    A    Yes.

Page 77

1      Q   Who?
2      A   I couldn't even name how
3  many people.  We've used OS Triage quite a
4  bit.
5      Q   Whose computers have you --
6  do you know of who has had their OS Triage
7  run on it?
8      A   One that I can just tell you
9  off the top of my head was a person I
10  arrested for electronics solicitation.
11      Q   Were they an employee of the
12  department?
13      A   No, ma'am.
14      Q   Okay.  Now, I'm asking
15  specifically about employees, not
16  criminals or suspects.
17      A   Okay.  That is the only
18  time.
19      Q   So Mr. Gray is the only
20  employee within the City of Dothan who you
21  know of who has had OS Triage run on his
22  computer.
23      A   Yes, ma'am.  If it was ran.

Page 78

1      Q   But Sergeant Magill
2  requested the software from you.
3      A   Yes.
4      Q   Are you -- are you saying
5  you don't know whether he ran that
6  software?
7      A   No, ma'am, I don't know.
8      Q   What else did Sergeant
9  Magill ask you to analyze?
10      A   That is all.
11      Q   You and Sergeant Magill are
12  good friends, aren't you?
13      A   We are friends, yes, ma'am.
14      Q   You both attended polygraph
15  school together, didn't you?
16      A   Yes, ma'am.
17      Q   Would you consider -- do you
18  look up to Sergeant Magill?
19      A   Sure.
20      Q   Do you consider him superior
21  to you?
22      A   He is superior to me.
23      Q   Now, isn't it true that Mr.

Page 79

1  Gray conducted your pre-employment
2  polygraph exam?
3      A   He did.
4      Q   And that he reported the
5  results as defections indicated.
6      A   That is what he told me,
7  yes, ma'am.
8      Q   You were hired despite that
9  finding.
10      A   I was hired.
11      Q   What data specifically can
12  you tell has been accessed by Mr. Gray's
13  phone?
14      A   I'm not sure I understand
15  the question.
16      Q   I mean, I see a list of
17  websites visited at some point in time on
18  the phone.  Where within your report shows
19  the actual data accessed on those
20  websites?
21      A   Well, specifically, I would
22  point to other data files and images, and
23  if you pull that up in the report.  Okay.

Page 80

1  Under data file, first is databases.
2      Q   And just for the record, you
3  are referring to Bates Number 4203.
4      A   Yes, ma'am.  And rather than
5  going through every single page, which,
6  obviously, we can do it if you wish.  This
7  is data that's on the phone.  It gives you
8  the path of where it is on the phone.
9      So what I'm going to do is flip
10  ahead to images, because this is rather
11  easy to show the example that I'm trying
12  to make.  These are images that came
13  from the internet.  The way that I know
14  that is the path is data slash data slash
15  com dot android dot browser.  So from that
16  you can ascertain that these are images
17  that were seen in the browser.  And
18  particularly this, because as you see
19  there it says Woot (sic), which is a
20  website.
21      Q   What is that underneath?
22      A   The SHA?
23      Q   Uh-huh.

Page 81

1     A   That is the unique coding
2  for that picture, meaning, the -- every
3  time you see that exact image, that is the
4  SHA value associated with that image.
5          THE COURT REPORTER:  Can you
6  spell that for me?
7          THE WITNESS:  S-H-A, and
8  that's an abbreviation.
9     Q   Do you know what it's an
10 abbreviation of?
11    A   Off the top of my head, I
12 can't remember.  I know the A is for
13 algorithm, and that's how that number is
14 if obtained.
15    Q   Okay.  Just so the record is
16 clear, Documents 4203 through 4210 is a
17 list of the databases, access of data
18 files.
19    A   Of data files, and it
20 continues after that.
21    Q   So why does this list beyond
22 this include images and this one doesn't?
23 Why is it?

Page 82

1     A   Well, it's broken up.  Let
2  me go back to the -- you see under data
3  files, it's then broken into applications,
4  databases, images, and text.  So I skipped
5  ahead to the images, because that's easy
6  to illustrate how the phone says where it
7  came from.
8     Q   Okay.  But does this include
9  applications and databases information as
10 well?
11    A   Yes.  You see it starts with
12 databases.  See, that's how it's listed.
13 Data files, there are one thousand, one
14 hundred and forty.  databases, there are
15 one hundred and six.  So after databases,
16 I believe that's when images starts.  Is
17 that correct?  Yeah, after database it
18 becomes images.  It lists applications
19 first, but as you see there are zero.
20    Q   So he had zero apps on his
21 phone.
22    A   There were zero application
23 data files.  That does not mean there were

Page 83

1  zero applications.
2     Q   Okay.  Well, why does this
3  say that there's a total of one app, but
4  there are zero included in the report?
5     A   I couldn't tell you what
6  that means.
7     Q   So there's an app on Mr.
8  Gray's phone that wasn't detected by this
9  report.
10    A   Again, we're talking
11 specifically to data files here.  This is
12 not specific to applications.
13    Q   I see.  I've got you.  So
14 applications is somewhere -- well, I don't
15 see applications.
16        Do you see where that's included
17 in the report outside of data file?
18    A   I do not see a listing for
19 applications on the phone.
20    Q   Other than this one that's
21 under data file.
22    A   Well, again, that would be
23 the application databases, not necessarily

Page 84

1  the applications.
2     Q   So you have no explanation
3  for why there was one on the phone but
4  zero included in the report.
5     A   My explanation would be that
6  the software interpreted an application
7  database, but it didn't include it because
8  there was either nothing in it or it
9  couldn't verify that it was an application
10 database.
11    Q   Okay.  So you've got
12 databases and then images and then text.
13 So this first list that we were looking at
14 -- so this is databases included.  So the
15 list of databases is included from 4203
16 though 4210, correct?
17    A   Yes, ma'am.
18    Q   And then it begins with
19 images on 4211.
20    A   Yes, ma'am.
21    Q   And tell me where that ends.
22    A   It says there are seven
23 hundred and fifty-five, and then this is

Page 85

1   the number here (indicating).
2        A   See, seventy-five ends on
3   this page, or seventy-five on this page.
4        Q   And so all of the data
5   images found on the phone that had been
6   issued to Mr. Gray, is found on 4211
7   through 4291, correct?
8        A   Yes, ma'am.
9        Q   And so as of the date that
10  you ran your report, that's what the
11  testing --
12       A   That's what the testing
13  produced.
14       Q   -- produced.
15       Now, so we have file info.  We've
16  got additional file info.  And it says
17  dates that the images were modified.
18  Correct?
19       A   Yes, ma'am.
20       Q   So modified, what could that
21  mean?  Access?  Changed?
22       A   Changed.
23       Q   Changed as in how?

Page 86

1        A   The last time that image was
2   changed in any way.
3        Q   What can change images that
4   are stored on a phone?
5        A   Specifically, there are
6   quite a few things that could.  I can give
7   you an example.  You could open it up in
8   your Gallery, for example, and modify the
9   image.  You could crop it.  You could zoom
10  in.  There are a number of things that you
11  could do that would change an image.
12       Q   Is there any way to change
13  an image without actually accessing it?
14       A   What do you mean?
15       Q   I mean, like could an image
16  on your phone change without you purposely
17  going into that image and changing it?
18       A   You would have to do
19  something to change it.
20       Q   As in what exactly?  I mean,
21  are these images not just stored on the
22  phone from when that phone accessed this
23  website?

Page 87

1        A   That appears to be an image
2   that was stored on the phone from a
3   website.
4        Q   And so, could modified be
5   the date that it was downloaded onto the
6   phone from the website?
7        A   It could be.
8        Q   Or it could be the date that
9   it was changed.
10       A   It could also mean that.
11       Q   Because there aren't two
12  different dates.  There is only the one
13  date.
14       A   On these images on this
15  page, correct.
16       Q   Well, on all of these
17  images.  Correct?
18       A   Well, I haven't looked at
19  all of them to see in there's any
20  additional information.
21       A   Okay.  Image 273.
22       Q   Uh-huh.
23       A   You see there is additional

Page 88

1   information there.  It shows a created
2   date and a modified date, which is
3   different.
4        Q   That seems to be few and far
5   between, doesn't it?
6        MR. MITCHELL:  Object to
7   form.
8        A   That's just a difficult
9   question to answer.
10       Q   Well, so, the first one that
11  you found is listed as Image Number 273
12  out of the --
13       A   That's the first one I've
14  seen since I've skipped through, yes,
15  ma'am.
16       Q   Any others?
17       A   I have seen some that showed
18  less information too; 302, as well as 303,
19  304, 339, 367, 369, 409.
20       Q   So, basically, the majority
21  of these only have the one modified date,
22  correct, which could be the creation or
23  the modified date; is that correct?

Page 89

1     A   That seems to be correct.
2     Q   So when you presented your
3 results to Sergeant Magill, what did you
4 say?
5     A   Without knowing exactly what
6 I said:  Here's the disc.
7     Q   Did you say:  I didn't find
8 anything?
9     A   Well, I mean, he didn't tell
10 me what to look for, so you could say I
11 found 466 pages.
12    Q   Did you tell him I didn't
13 find anything from Black Triple X dot com
14 (sic), and I didn't find anything from
15 Covert Track dot com.
16    A   Well, that's what's shown
17 here on that page we had earlier.  All I
18 produced was that image showing you or
19 showing that those websites had been
20 visited.
21    Q   So the only thing in here
22 that has that information is this page out
23 of the entire investigation that you have

Page 90

1 produced to him.
2     A   Well, it's also in here
3 under the web bookmarks.
4     Q   Okay.  So this is what
5 you're referring to as 2208, correct?
6     A   Yes, ma'am.
7     Q   And on this document you do
8 not have a date that the website was
9 accessed, correct?
10    A   I do not have the date the
11 website was accessed.
12    Q   In fact, where on here do
13 you see that even accessed?
14    A   You see where it says
15 visits, and then there's a number under
16 that.
17    Q   Uh-huh.
18    A   This is the number of times
19 that that data base reports these websites
20 were visited.
21    Q   Okay.  But where is Black
22 Triple X dot com?
23    A   The very top one.

Page 91

1     Q   Where?
2     A   Number 24, it's highlighted.
3     Q   What is this number?
4     A   I don't know.  I can't see
5 the heading.  It looks like that may be
6 the date column, but I can't tell.
7     Q   And it has zeros in that
8 column, correct?
9     A   There is zero in that
10 column.
11    Q   And, again, looking at this
12 document, you cannot tell on what date
13 that was ever accessed.
14    A   It does not say what date
15 that website was accessed.
16    Q   And there is no way to tell
17 that Mr. Gray accessed that website.
18    A   Not that I'm aware of.
19    Q   And where further back in
20 here do you see where he accessed Black
21 Triple X website?
22    A   I don't believe it will show
23 you when it was accessed, but under web

Page 92

1 bookmarks, it shows where it was stored in
2 the phone.
3     Q   Okay.  So once again, you
4 can't tell with certainty the actual date.
5     A   I have not seen a date that
6 Triple X Black Book dot com was visited.
7     Q   So you can't say for sure
8 that it was visited while it was in Mr.
9 Gray's possession.
10    A   I cannot say who was holding
11 the phone.
12    Q   You can't say that it --
13 whether it could have been accessed prior
14 to its being issued to him with certainty,
15 can you?
16    A   I can tell you it was stored
17 on May 8th, and the e-mail we spoke about
18 earlier, said the phone was activated on
19 May 8th.
20    Q   And the e-mail was showing
21 that it was activated on May 8th, and that
22 website was accessed the same day.
23    A   It was stored that day.

Page 93

```
 1      Q   What could cause a phone to
 2  store a website?
 3      A   I believe Mr. Gray has
 4  explained that on his phone call to
 5  Southern Link activations.
 6      Q   What do you mean?
 7      A   He said that the phone was
 8  populated with his information when he
 9  entered his gmail account.
10      Q   So it's highly possible that
11  he did not access that website on the
12  company phone.
13      A   I can only tell you that
14  this shows that it was visited three
15  times.
16      Q   So, in your opinion, it's
17  likely that if the website was ever
18  accessed, it was likely before it came
19  into his possession --
20      A   I can't form an opinion.
21      Q   -- before the actual phone.
22      A   I can't form an opinion on
23  what happened outside of my presence.
```

Page 94

```
 1      Q   But you can't say one way or
 2  the other for sure that he accessed that
 3  website on that phone.
 4      A   I cannot say who accessed
 5  any website on that phone.
 6      Q   Did Sergeant Magill give you
 7  OS Triage back, the software that you gave
 8  him?
 9      A   I gave him a copy, and I
10  don't know.  It was just a USB drive with
11  the software on it.  I have several copies
12  of it.
13      Q   When you say you have
14  several copies of it, what do you mean?
15  Disks?
16      A   I have it stored on CD-ROM
17  and on USB drives.
18      Q   Now, you testified at the
19  personnel board that you did not -- that
20  the machine did not generate a report.  Do
21  you recall that?
22      A   I don't recall saying that.
23  As a matter of fact, I remember asking if
```

Page 95

```
 1  I could see a copy of my report because I
 2  did not have it with me.
 3      Q   Do you recall a time when
 4  you and Mr. Gray and Sergeant Magill were
 5  attending a polygraph conference in Orange
 6  Beach, Alabama?
 7      A   Yes.
 8      Q   And do you recall going to
 9  the lounge Flora-Bama together?
10      A   Yes.
11      Q   Do you recall each of you
12  consuming alcohol on that occasion?
13      A   I don't know if they did.
14      Q   You don't know whether
15  Sergeant Magill consumed alcohol that
16  night.
17      A   I do not know.
18      Q   You were with him the entire
19  night, weren't you?
20      A   No.
21      Q   Where did you go?
22      A   I walked around, went to the
23  bathroom.  I went outside and called my
```

Page 96

```
 1  wife.  That's what I remember.
 2      Q   So it's your testimony that
 3  you didn't hangout with Sergeant Magill at
 4  all that evening --
 5      A   No, we hung out.
 6      Q   -- at the Flora-Bama.
 7      A   I wasn't with him the entire
 8  time.
 9      Q   But you were with him part
10  of the time.
11      A   Yes, part of the time.
12      Q   At least half of the time.
13      A   I wouldn't even give an
14  estimation of a percentage.
15      Q   What did y'all do while you
16  were there?
17      A   Talked, listened to music,
18  hung out.
19      Q   So your testimony is sitting
20  here today under oath, that did you or did
21  you not see Sergeant Magill consume
22  alcohol that night?
23      A   I don't know if he did or
```

Page 97

1  not.
2      Q   He drove a city vehicle that
3  night leaving Flora-Bama, didn't he?
4      A   I don't remember.  I've
5  actually been there several times.
6      Q   But Sergeant Magill was
7  driving you guys in the city vehicle,
8  wasn't he?
9      A   I -- I don't remember.
10     Q   You were in a city vehicle
11  during that trip, weren't you?
12     A   Yes.
13     Q   Who drove there?
14     A   Sergeant Magill.
15     Q   Who drove back?
16     A   To Orange Beach.  That's
17  what I'm referring to, to Orange Beach and
18  back from Orange Beach, Sergeant Magill
19  drove.
20     Q   So it's safe to say he did
21  the driving.
22     A   Yes.
23     Q   So it's logical, most

Page 98

1  logical that he was the one driving to and
2  from Flora-Bama that night, correct?
3      A   I simply can't say.
4      Q   I mean, it wasn't you, was
5  it?
6      A   No.  But I rode at times
7  with other people that were also at the
8  conference.
9      Q   But you were with Doug
10  Magill and Mr. Gray at the Flora-Bama
11  specifically, weren't you?
12     A   Yes, we were.
13     Q   So it is more likely than
14  not that Doug Magill was driving the car
15  that night.
16         MR. MITCHELL:  Object to
17  form.
18     A   I don't know how many times
19  I've been to Flora-Bama.  It's more than
20  once.
21     Q   But you remember that
22  specific occasion.
23     A   I remember being at the

Page 99

1  Flora-Bama.
2      Q   You just don't remember how
3  you got there or how you got home.
4      A   I can tell you I have ridden
5  there with Sergeant Magill before.  I have
6  ridden there with a guy named Don Gome
7  (sic).  I've ridden there with a guy named
8  Jonathan Aries (sic).  I've -- that may be
9  all the times that I've been to
10  Flora-Bama, or all the people I've ridden
11  to Flora-Bama with.
12     Q   But those two guys weren't
13  there the night that you three were
14  hanging out there at this conference, were
15  they?
16     A   I think Aries was.
17     Q   Who?
18     A   Jonathan Aries.
19     Q   But he didn't go there were
20  you.
21     A   I don't remember.
22     Q   Was he riding in the car
23  with y'all?  Did he actually go with

Page 100

1  y'all?
2      A   I don't have the times
3  stored separately in my head.  So what I'm
4  trying to say is, I am not speaking of a
5  specific time, so it's hard to give a
6  specific answer.
7      Q   Have you ever known of an
8  occasion when Sergeant Magill drove a city
9  vehicle while under the influence of
10  alcohol?
11     A   Not that I can recall.
12     Q   But that's not a definite
13  no.  It's just you can't recall.
14     A   That is not a definite no.
15  I don't know when he has consumed alcohol
16  and driven or not driven a city vehicle.
17     Q   So you performed your
18  investigation on Mr. Gray's phone at the
19  request of Sergeant Magill, correct?
20     A   Yes.
21     Q   Did anyone else request that
22  you perform any examination of his phone?
23     A   Not that I recall.

Page 101

1    Q   Did anyone request that you
2  perform any investigation of his computer?
3    A   No, ma'am.
4    Q   Has anybody spoken with you
5  about any other matter related to Mr. Gray
6  with regard to electronic equipment?
7    A   Specific to this case, not
8  that I recall.
9    Q   And so it's your testimony
10 that you have spoken to only Doug Magill
11 about these tests that you performed
12 related to Mr. Gray's cell phone and
13 computer.
14   A   I'll say since the personnel
15 hearing, it's been very public that I did
16 this examination.  I won't say that I
17 haven't spoken with anyone about obliquely
18 the examination.  Specifically, I have
19 only spoken with Sergeant Magill about
20 this examination.
21   Q   Have you shared any details
22 of your findings with any one other than
23 Sergeant Magill?

Page 102

1    A   And the personnel board.
2    Q   At the hearing?
3    A   Yes.
4    Q   During you testimony.
5    A   Yes.
6    Q   When did you perform that
7  test?
8    A   August 27th at 11:32 a.m.
9  2013.  Excuse me.
10   Q   When did you give the OS
11 Triage software to Mr. Magill?
12   A   It would have been at the
13 same time.
14   Q   What did Mr. Magill say to
15 you about the investigation?
16   A   Not much.  I will say that
17 there were a lot of people talking about
18 it, but Sergeant Magill was not sharing
19 details with me of the investigation.
20   Q   Who all was talking about
21 it?
22   A   Considering it was put on
23 Ricky Stokes website, I couldn't tell you

Page 103

1  who all was talking about it.
2    Q   How did it get put on Ricky
3  Stokes website during the investigation?
4    A   I don't know.
5    Q   Wouldn't that suggest that
6  there is a leak during the department
7  while you're performing an internal
8  investigation into an officer?
9    A   I don't know.
10   Q   It had to come from within
11 the department, didn't it?
12   A   I don't know how he got his
13 information.  I don't recall that he had
14 information specific to the investigation.
15   Q   He knew one was being
16 conducted prior to Mr. Gray's termination,
17 didn't he?
18   A   I don't remember exactly
19 what was put out on the website.  I think
20 he was mentioned -- I think Mr. Gray was
21 mentioned in the initial reporting, but I
22 can't remember exactly what it said.
23   Q   Did anyone else speak to you

Page 104

1  about the testing which you performed
2  other than Sergeant Magill?
3    A   Especially since the
4  personnel hearing, it's been mentioned to
5  me.  It was actually put, again, on Ricky
6  Stokes.  Yes, other people have talked to
7  me about it.
8    Q   Who?
9    A   I don't specifically know
10 who.
11   Q   People within the
12 department?
13   A   Again, I'm speaking broadly.
14 As far as people specifically asking me
15 about the extraction, it's only been
16 Sergeant Magill.
17   Q   Did you have any other role
18 in the investigation of Mr. Gray prior to
19 his termination?
20   A   No.
21      MS. EDWARDS:  No further
22 questions.
23      MR. MITCHELL:  I don't have

Page 105

1  any.  That's all.
2
3
4          FURTHER THE DEPONENT SAITH NOT.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 106

1          C E R T I F I C A T E
2  STATE OF ALABAMA  )
3  JEFFERSON COUNTY  )
4
5      I hereby certify that the above and
6  foregoing deposition was taken down by me
7  in stenotype, and the questions and
8  answers thereto were transcribed by means
9  of computer-aided transcription, and that
10  the foregoing represents a true and
11  correct transcript of the testimony given
12  by said witness upon said hearing.
13      I further certify that I am neither of
14  counsel, nor of any relation to the
15  parties to the action, nor am I anywise
16  interested in the result of said cause.
17
18  /s/Rhonda W. Head
19  RHONDA W. HEAD, CCR
20  CERTIFICATION NO. AL-CCR-264
21  NOTARY PUBLIC, STATE OF ALABAMA
22  MY COMMISSION EXPIRES: 03-07-2017
23

**A**

**a.m** 29:13 102:8
**abbreviation** 81:8,10
**abbreviations** 70:14
**ABI** 56:12,15 57:3
**ability** 75:13
**able** 12:6 27:17 40:10 41:13 41:13 47:22 54:4,6 55:6 57:13
**absolute** 63:2
**access** 30:5 32:5,19,22 33:3,20 51:12 53:6 71:22 72:1,6,8 81:17 85:21 93:11
**accessed** 34:14 35:4 36:12 37:2,18 39:15 41:23 42:3,19 43:23 44:19 45:22 46:2,4 46:17 68:17 79:12,19 86:22 90:9,11 90:13 91:13 91:15,17,20 91:23 92:13 92:22 93:18 94:2,4
**accessing** 86:13
**accident** 8:22
**account** 28:17 29:2,9 93:9
**accounts** 70:7 76:6
**accusation** 60:8
**accused** 9:9,13
**act** 60:5
**acting** 5:4
**action** 1:5 18:10 59:17 106:15

**activate** 31:7
**activated** 29:10 92:18,21
**activation** 28:18
**activations** 93:5
**activity** 58:3 71:9
**actual** 31:13 32:18 63:11 79:19 92:4 93:21
**actuated** 32:9
**addition** 23:4 24:5
**additional** 42:18 85:16 87:20,23
**address** 47:9
**adhere** 26:17
**Affairs** 50:2 76:16
**agencies** 56:8
**agency** 56:2
**ago** 7:15,18 48:21 49:15 63:6
**agreeable** 7:3
**AGREED** 1:16 2:2,9,18
**ahead** 80:10 82:5
**AL-CCR-264** 106:20
**Alabama** 1:2 1:22 3:7,14 5:2,3,6,10 60:4 95:6 106:2,21
**alcohol** 95:12 95:15 96:22 100:10,15
**algorithm** 81:13
**allege** 42:19
**alleged** 14:7
**allowing** 74:5
**analytics** 71:9

71:10,12
**analyze** 53:23 54:2 63:13 65:15,20 67:11,13 68:20 69:3 73:3 78:9
**analyzed** 10:10 60:8,16 67:6 73:7
**analyzing** 35:8 60:17 62:12 67:1
**android** 80:15
**answer** 6:15 7:1 23:18 24:1 25:18 35:10 37:11 47:23 57:14 59:13 59:14 65:22 74:7 88:9 100:6
**answers** 106:8
**anybody** 23:8 75:1 76:15 101:4
**anywise** 106:15
**apologize** 22:23
**app** 83:3,7
**apparently** 14:16
**appears** 36:22 43:18 87:1
**application** 82:22 83:23 84:6,9
**applications** 71:7 82:3,9,18 83:1,12,14,15 83:19 84:1
**apps** 82:20
**Aries** 99:8,16 99:18
**arrest** 17:12,15
**arrested** 18:17 20:5 60:1 77:10
**arrival** 14:15

**ascertain** 41:22 80:16
**asked** 7:2 13:17 14:1 22:2 29:17 35:10 37:20 39:18 49:21 50:8 54:3,7 55:16 56:6 59:6 67:16,19,21 68:8,14 73:1 73:16 74:3,12 76:14
**asking** 54:17 68:19 69:1 77:14 94:23 104:14
**asks** 56:2,5
**assign** 2:14
**associated** 81:4
**assume** 25:10
**attend** 62:1
**attended** 60:23 78:14
**attending** 95:5
**attorney** 11:15 13:6
**attorney/client** 23:21 24:4
**attorneys** 20:13 22:9
**August** 50:7 61:12,13,14 61:15,19 102:8
**available** 41:9 41:18
**AVENUE** 3:13
**aware** 91:18
**awhile** 7:13

**B**

**B** 4:11
**B-o-n-d-s** 58:10
**back** 17:5 25:5 82:2 91:19 94:7 97:15,18
**background**

6:6
**base** 90:19
**based** 12:19 13:7,11
**basically** 30:18 46:7 66:2 88:20
**basis** 71:8
**Bates** 28:4,19 34:12 36:2 37:5 43:11,12 44:4,5 62:23 80:3
**bathroom** 95:23
**Beach** 95:6 97:16,17,18
**beginning** 5:10 24:23 26:1
**begins** 25:2 84:18
**behalf** 8:12 19:22
**believe** 7:17 8:21 9:5,16 11:1 15:11 17:12,15,16 19:6 20:12 23:10 26:20 48:3 61:13,14 64:21 73:12 82:16 91:22 93:3
**Benton** 23:5
**better** 30:15
**beyond** 81:21
**binder** 22:5 33:22 63:5
**Birmingham** 3:7,14 5:2
**birthdays** 69:14
**bit** 33:12 65:23 77:4
**Black** 48:9 49:4 59:5 67:20 72:20 89:13 90:21 91:20 92:6

**blank** 70:10
**board** 94:19
  102:1
**Bonds** 58:8,15
  59:11
**book** 25:10,11
  27:5,9 44:23
  48:9,12,17,20
  49:4 67:20
  72:20 92:6
**bookmark**
  38:21,23 40:5
  40:7 48:8 71:3
**bookmarked**
  40:13 69:3
**bookmarks**
  36:9 39:12,20
  43:5 44:11,14
  54:11 69:5
  71:14 76:6
  90:3 92:1
**bottom** 43:22
**Bowen** 75:5
**Brandy** 75:5
**break** 6:22 7:3
  16:5 22:2
**bring** 63:14
**broad** 59:14
**broadly** 104:13
**broken** 82:1,3
**browser** 29:18
  30:1,2 32:22
  36:6 80:15,17
**business** 9:12
  11:9,11,13
  12:16 13:7
**buy** 74:8 75:15

—————
**C**
**C** 3:1,4 106:1,1
**calendar** 66:9
  66:12,20,21
  69:8,13,13,14
  71:17
**call** 11:8 12:18
  12:19 13:7,11
  13:13 52:18
  56:9 69:19,19

72:1 93:4
**called** 10:23
  11:1,2,3 12:4
  12:20 13:15
  13:22 73:9
  95:23
**calls** 72:3,4,4
**capacity** 20:3
**Captain** 50:19
  51:4
**captures** 35:20
**car** 98:14 99:22
**carbon** 28:15
**card** 71:8
**case** 6:6,7 7:22
  8:1 10:2 12:6
  16:19 17:1,9
  18:5 19:10,19
  25:18 47:18
  76:10 101:7
**cases** 19:21
**caught** 9:1
**cause** 5:12 93:1
  106:16
**CCR** 1:20 5:1
  106:19
**CD** 24:20 63:8
**CD-ROM**
  62:20 94:16
**cell** 21:5,6
  29:19 30:11
  30:14 47:17
  50:9 53:22
  54:5 55:6,11
  55:15,17,21
  57:5,7,21 58:5
  60:18,20 62:8
  101:12
**Center** 22:16
  22:18
**certain** 38:9
**certainty** 63:2
  65:12 92:4,14
**certification**
  74:22 106:20
**certify** 5:4
  106:5,13
**cetera** 76:7

**change** 86:3,11
  86:12,16,19
**changed** 85:21
  85:22,23 86:2
  87:9
**changes** 32:3
**changing** 86:17
**charge** 18:14
  18:21
**charges** 25:19
**check** 64:5
  74:16 75:1
**checks** 74:20
**Chief** 23:5
**child** 10:8,11,15
  11:5 18:11
**choose** 54:19
**Chris** 3:10
  21:10 22:22
**city** 1:10 8:8,12
  17:18 19:22
  21:5 23:23
  28:6,20 52:23
  55:22 57:12
  57:15,21
  58:11 60:15
  65:6 77:20
  97:2,7,10
  100:8,16
**City's** 47:15
**Civic** 22:15,18
**civil** 1:5 5:6
  17:19
**clear** 81:16
**click** 32:11
**Code** 60:4
**coding** 81:1
**Coffee** 57:8
**collision** 8:5
**column** 91:6,8
  91:10
**com** 28:12,16
  48:10 49:4
  67:20 68:9,10
  72:21 80:15
  89:13,15
  90:22 92:6
**come** 24:17

25:8 32:22
  59:21 103:10
**comes** 32:12,19
  33:2
**COMMISSI...**
  106:22
**Commissioner**
  1:20 2:19 5:4
**companies** 8:21
**company** 28:12
  28:16 93:12
**compare** 63:8
**compared** 66:2
**Compel** 64:9
**compile** 67:8
**compiled** 66:3
  66:6
**compiles** 35:15
**complaint**
  25:17
**compliance** 2:5
**components**
  30:11
**comprehensive**
  56:10
**computer** 9:10
  10:4,7,16,19
  11:5 12:9,10
  12:13,15,23
  13:4 14:18
  16:8 17:3,7
  18:19 19:3
  30:4,17,20,20
  31:15,17,22
  31:23 32:5,20
  33:3 34:20
  35:13 47:3,12
  49:7,11 61:1
  73:7,9 74:4,17
  75:2,8,11,16
  76:3,5,15,22
  77:22 101:2
  101:13
**computer-aid...**
  106:9
**computer-rel...**
  18:14
**computers**

11:21 14:8,20
  15:12 16:15
  18:9 74:20
  77:5
**conduct** 50:19
  59:6
**conducted** 58:7
  65:8 79:1
  103:16
**conference** 95:5
  98:8 99:14
**confiscate**
  16:16
**confiscated**
  58:2
**confiscation**
  18:18
**confused** 13:1
  21:9
**confusing** 12:6
**connect** 30:14
**connected**
  40:23 41:2
**connections**
  41:23 42:2
**consider** 78:17
  78:20
**Considering**
  102:22
**consume** 96:21
**consumed**
  95:15 100:15
**consuming**
  95:12
**contacts** 69:14
  69:21 71:20
**contain** 25:17
**contained**
  59:16 66:8
  73:13
**containing**
  62:21
**contains** 63:3
**content** 67:15
**continuation**
  43:4 44:9
**continues** 44:13
  81:20

conversation
  50:5
cookies 69:22
  72:6
copies 33:15
  94:11,14
copy 21:11
  30:19 31:8
  32:1 43:13,15
  44:18 63:11
  94:9 95:1
copying 28:15
correct 28:12
  29:6,10,13
  31:18 34:15
  35:4 37:7 42:1
  42:20 47:18
  48:1 49:19
  62:16 68:22
  71:18 72:5
  82:17 84:16
  85:7,18 87:15
  87:17 88:22
  88:23 89:1
  90:5,9 91:8
  98:2 100:19
  106:11
correlates 43:8
Cottonwood
  56:11,15,22
  57:3
counsel 1:18
  2:10,12 5:7
  106:14
counted 57:15
  66:10
counts 38:12
county 17:2
  57:7,8,8 106:3
couple 49:15
  63:15
course 60:23
  61:2,21
court 1:1 2:6
  5:1,17,20 6:19
  19:21 81:5
Covert 68:8,10
  72:21 89:15

created 38:17
  38:21,22 39:1
  40:6 41:10
  88:1
creates 30:18
  32:1 33:21
creation 88:22
crime 60:3
criminal 17:22
  18:9 19:21
  58:2
criminals 77:16
crop 86:9
current 16:18
cut 36:23

**D**

D 4:1
Dale 57:7
Darryl 23:5
data 26:5,8,12
  26:16 31:8
  33:3,7,8 34:9
  54:9 59:15
  61:3 67:1,11
  69:10 70:15
  71:7,8 73:13
  75:21 76:1
  79:11,19,22
  80:1,7,14,14
  81:17,19 82:2
  82:13,23
  83:11,17,21
  85:4 90:19
database 30:2,4
  32:5,20,23
  82:17 84:7,10
databases 80:1
  81:17 82:4,9
  82:12,14,15
  83:23 84:12
  84:14,15
date 5:5 21:9
  22:17 28:23
  29:3,5 36:13
  37:17 38:16
  38:20 39:7
  40:4,5,6 41:14

41:19 42:2
  45:16,18,22
  46:1,6,18 47:1
  48:19 61:10
  61:18 85:9
  87:5,8,13 88:2
  88:2,21,23
  90:8,10 91:6
  91:12,14 92:4
  92:5
dates 21:12,14
  26:19 27:12
  36:11 37:1,23
  38:4,11,15,18
  39:4,22 40:8
  40:12 41:1,22
  46:4,11 85:17
  87:12
day 1:23 26:21
  92:22,23
days 61:23
  63:15
DB 30:1 36:6
Deborah 11:15
  13:6
deduction
  66:18
deductions 67:3
Dees 28:11
defections 79:5
defendant 1:11
  3:9 8:3 9:21
Define 70:22
definite 100:12
  100:14
DELVICK
  3:17
department
  10:1,21 11:4
  14:2 28:18
  50:9 52:4,19
  52:22 55:4,9
  56:19,23
  58:20,23
  59:22 60:11
  74:8 75:2
  76:20 77:12
  103:6,11

104:12
depend 54:5
DEPONENT
  105:4
deposition 1:18
  2:3,4,15,19
  7:12,23 20:8
  20:20 22:4
  24:8,13 25:22
  27:8 48:14
  49:16 106:6
depositions 2:7
  63:15
designated
  47:15
despite 79:8
detailed 75:13
details 71:16
  101:21 102:19
detected 83:8
determine
  14:14
determined
  13:2
detonate 19:3
device 30:7,9
  31:8
dictionary 45:5
  70:8,17,20,23
differ 21:13
different 70:16
  70:17 87:12
  88:3
difficult 88:8
digitally 26:22
diligent 47:21
disc 63:2,11
  64:15,17 89:6
disciplinary
  59:17
discussed 22:12
Disks 94:15
dismissed 9:5
  16:21 17:2,10
  17:12,17,21
disposition
  16:19
dispute 8:20

DISTRICT 1:1
  1:2
DIVISION 1:3
document 26:3
  28:7,21,22
  29:15,16
  36:18 39:5
  40:19 43:16
  45:4 49:12
  67:4 90:7
  91:12
documents 22:6
  24:16 25:7,13
  25:14,21 28:4
  35:6 81:16
Don 99:6
door 16:6
dot 28:12,16
  36:6 48:10
  49:4 67:20
  68:9,10 72:21
  80:15,15
  89:13,15
  90:22 92:6
Dothan 1:10,22
  5:10 8:8,12
  10:1 14:2
  19:23 23:23
  28:6,18,20
  52:23 55:22
  57:12,16,22
  58:12 59:22
  60:11,15 65:6
  77:20
Doug 98:9,14
  101:10
download
  54:10
downloaded
  87:5
draw 66:19
drive 94:10
driven 100:16
  100:16
drives 94:17
driving 97:7,21
  98:1,14
drove 97:2,13

97:15,19
100:8
**duly** 5:16

---

**E**

**E** 3:1,1 4:1,11
70:10 106:1,1
**e-mail** 28:9
29:6,8,12
71:22 92:17
92:20
**e-mails** 69:23
69:23 71:11
**earlier** 89:17
92:18
**easier** 6:18
**easy** 80:11 82:5
**EDENTON** 3:6
**edge** 36:21
**Edwards** 3:4,5
4:3 5:22 6:2,4
20:15 21:8,18
22:1 23:20
24:3 25:12,20
63:9,18,22
64:3,7,14
104:21
**EEOC** 25:18
**effect** 2:5
**effort** 47:21
**either** 84:8
**electronic** 26:9
26:13,16
52:21 101:6
**electronics**
77:10
**else's** 76:15
**employee** 26:21
58:5,6 60:5,19
77:11,20
**employees**
10:18 14:7
26:7 58:1
60:14 77:15
**EN** 70:11
**ends** 43:21
84:21 85:2
**engaging** 60:5

**entered** 93:9
**entire** 23:9
89:23 95:18
96:7
**entitled** 64:13
**entity** 71:13
**entries** 66:21
69:8
**entry** 15:10
**equipment**
23:11,14
55:23 73:4
101:6
**Erbie** 9:14
**Especially**
104:3
**ESQUIRE** 3:4
3:10,11
**estimate** 7:16
57:19
**estimation**
96:14
**et** 76:6
**evaluated** 30:19
32:2
**evening** 96:4
**events** 69:15
**evidence** 2:16
**exact** 11:14
53:17,19,21
55:19 60:4
63:3 81:3
**exactly** 12:19
13:12 14:11
24:16 30:23
34:22 35:16
86:20 89:5
103:18,22
**exam** 79:2
**examination**
4:2 5:12 6:1
50:20,23 54:7
54:9,12 59:7
59:10 65:8
100:22 101:16
101:18,20
**examine** 55:15
**examined** 5:17

41:17 55:11
55:13,16,18
55:20 57:5,20
60:19
**examiner** 61:3
**example** 45:8
54:11 66:7,13
76:4 80:11
86:7,8
**excerpt** 40:20
**excuse** 36:1
48:8 61:14
102:9
**exhibit** 36:1
**Exhibits** 4:13
**expanded** 33:6
**EXPIRES**
106:22
**explain** 24:15
26:2 30:8,23
36:3,7 55:1
**explained** 93:4
**explanation**
84:2,5
**extent** 53:21
**extraction** 30:7
30:9 41:11
62:8 73:2
104:15
**extractions**
55:7 56:2,7,11

---

**F**

**F** 106:1
**fact** 48:4 63:13
90:12 94:23
**factor** 49:1
**familiar** 54:17
**far** 18:11 23:11
88:4 104:14
**favor** 16:22
**FBI** 74:11,14
**February** 1:23
**fifty** 57:20
**fifty-five** 84:23
**file** 13:3 14:15
31:23 32:15
33:21 62:21

62:22 71:9
80:1 83:17,21
85:15,16
**filed** 9:17
**files** 32:16 71:7
79:22 81:18
81:19 82:3,13
82:23 83:11
**filing** 2:18
**find** 17:7 54:23
63:19,23 89:7
89:13,14
**finding** 79:9
**findings** 101:22
**fire** 9:1
**fired** 60:1
**firm** 11:17,19
12:21,23
13:18 14:3,11
**first** 5:16 27:6
27:10 30:12
30:22 33:2,3
33:18 34:1,13
34:18 35:4
43:21 48:14
49:14 51:21
51:23 55:12
55:15 80:1
82:19 84:13
88:10,13
**five** 62:3
**flip** 80:9
**Flora-Bama**
95:9 96:6 97:3
98:2,10,19
99:1,10,11
**following** 5:13
**follows** 5:18
**force** 2:5
**foregoing** 5:7
106:6,10
**forensic** 30:19
32:1 53:16
59:7 65:7
**Forensics** 30:7
30:9 61:1
**forgotten** 22:22
**form** 2:11

39:17 42:22
68:4 72:23
88:7 93:20,22
98:17
**forty** 82:14
**found** 85:5,6
88:11 89:11
**four** 62:3
**frame** 38:9
**Franklin** 52:13
**Friday** 62:4
**friends** 78:12
78:13
**front** 22:5
**full** 2:5 7:6 54:9
54:13 55:2
64:11
**further** 2:1,8,17
35:7 91:19
104:21 105:4
106:13

---

**G**

**Gallery** 86:8
**general** 26:6,10
26:14,15
41:20
**generally** 21:1
**generate** 94:20
**generated**
38:19 41:5
**getting** 23:11
**give** 16:3 19:18
40:11 42:2
45:11 57:13
62:18 64:20
64:22 74:13
86:6 94:6
96:13 100:5
102:10
**given** 15:22
20:9 52:1
55:23 63:5,11
106:11
**gives** 34:8 80:7
**Glover** 59:9
**gmail** 93:9
**gmail.com** 70:1

**go** 7:9,10 10:14
12:18,22
13:10,13,17
14:2 16:11,12
20:15 49:6
57:4 82:2
95:21 99:19
99:23
**going** 6:5 16:7
16:11 19:2
21:11 24:17
48:17 50:8
52:8 64:5 66:9
66:21 67:6
80:5,9 86:17
95:8
**Gome** 99:6
**good** 78:12
**graduated**
61:12
**graphics-based**
32:9
**Gray** 1:7 6:4
21:4 28:19
71:17 73:7
77:19 79:1
85:6 91:17
93:3 95:4
98:10 101:5
103:20 104:18
**Gray's** 33:17
34:2,14 42:20
47:17 49:19
50:19,22 51:4
51:15 53:2
55:12 62:12
62:15 64:12
65:9 72:20
74:17 79:12
83:8 92:9
100:18 101:12
103:16
**grounds** 2:14
**guess** 27:18
31:14 33:23
**guilty** 17:13,16
**guy** 99:6,7
**guys** 97:7 99:12

**H**

**H** 4:11
**H-e-l-i-c-o-p**
69:17 70:1
**half** 60:18
96:12
**handle** 52:20
**handles** 52:19
**hanging** 99:14
**hangout** 96:3
**happened**
14:12 15:9
93:23
**happens** 31:6
31:20
**happy** 6:12
**hard** 35:10
59:12 100:5
**hardware**
30:13 74:5
**head** 1:20 5:1
6:18,19 56:13
58:16 77:9
81:11 100:3
106:18,19
**heading** 91:5
**heard** 52:8
**hearing** 101:15
102:2 104:4
106:12
**Helicop63@g...**
69:15 71:12
**highlighted**
36:4 91:2
**highly** 93:10
**hired** 79:8,10
**hits** 39:1
**holding** 92:10
**home** 12:9,13
12:15,23 13:4
14:18,23 15:8
16:8,8,16 99:3
**Hoover** 61:1,4
61:5,6
**hotel** 26:11
**hours** 61:22
**house** 15:4,11
**Houston** 57:8

**hundred** 55:20
65:12 82:14
82:15 84:23
**hung** 96:5,18
**hurting** 9:11

**I**

**icons** 34:8
**Ii** 66:21
**illustrate** 82:6
**image** 81:3,4
86:1,9,11,13
86:15,17 87:1
87:21 88:11
89:18
**images** 71:8
72:15 76:5
79:22 80:10
80:12,16
81:22 82:4,5
82:16,18
84:12,19 85:5
85:17 86:3,21
87:14,17
**Inbox** 70:3,6
**incident** 8:15
8:18
**include** 81:22
82:8 84:7
**included** 25:9
27:5 40:15
48:12 63:4
83:4,16 84:4
84:14,15
**including** 6:6
72:3
**incoming** 69:20
**indicated** 79:5
**indicating**
40:21 45:1
85:1
**individually**
9:21,23
**influence** 100:9
**info** 85:15,16
**information**
10:22 30:10
34:4 41:19,19

47:22 51:23
64:10,11,13
64:19,22
65:16,17 66:1
66:15 68:15
76:8,9 82:9
87:20 88:1,18
89:22 93:8
103:13,14
**initial** 103:21
**initially** 13:19
25:4
**inside** 30:2
**Institute** 61:2
**insurance** 8:20
**interested**
106:16
**interface** 32:9
**internal** 50:2
76:16 103:7
**internet** 80:13
**interpret** 41:13
41:14
**interpreted**
54:6 84:6
**interpreting**
67:10
**interprets**
34:10 35:13
**investigation**
13:3 47:17
48:1 49:2 55:2
64:12 65:3
89:23 100:18
101:2 102:15
102:19 103:3
103:8,14
104:18
**investigator**
11:2
**involved** 9:2
18:5 67:10
**irrelevant**
37:16
**issued** 15:5
21:6,19 48:20
51:16 52:10
52:12 53:2

85:6 92:14
**items** 52:21
66:8,11,20
**IVAN** 1:7

**J**

**JEFFERSON**
106:3
**job** 8:8 67:8
**Joey** 52:13
**Jonathan** 99:8
99:18
**Jones** 1:21 5:9
**Jordan** 9:14
10:13 11:3
14:1 18:15
**Jordan's** 14:23
15:14 16:22
**judge** 15:5
**jurisdiction**
56:5

**K**

**Kay** 28:11,16
**Keith** 1:7 6:4
28:18
**Kelley** 28:11,16
**keys** 15:11,14
15:23 16:4
**kind** 12:5 25:19
37:16 52:6
57:17
**knew** 16:7
103:15
**know** 6:11
17:11 21:18
22:11,13
23:12,22
26:23 27:16
27:23 34:1
38:11 41:17
45:18,21 46:1
46:3 47:11,13
48:5,5,23 49:9
49:10,13
50:16 51:8,11
51:19 53:5,13
54:18 55:19
59:23 61:12

63:17,21 64:2
64:6,18 66:23
67:2,2 68:5,15
69:2 75:23
76:12 77:6,21
78:5,7 80:13
81:9,12 91:4
94:10 95:13
95:14,17
96:23 98:18
100:15 103:4
103:9,12
104:9
**knowing** 89:5
**knowledge** 6:7
**known** 74:23
100:7
**knows** 44:17

——————
**L**
——————
**L** 1:14
**L-a-n-i-c-e**
58:10
**lack** 30:14
**Lanice** 58:8,14
**laptop** 23:16
**Large** 5:4
**law** 1:20 3:5 5:8
11:17,18
12:21,22
13:18 14:3,11
**laws** 2:6
**lawsuit** 9:3,5,8
9:18 17:11,16
19:13,16
**lawyer** 25:6
**lawyers** 23:2,3
23:4
**leading** 2:12
**leak** 103:6
**leave** 59:21
**leaving** 97:3
**left** 43:1
**let's** 20:15
24:23
**letter** 70:10,13
**letters** 70:11,12
**Link** 21:5,19

28:11 93:5
**list** 26:18 29:17
56:10 70:9
79:16 81:17
81:21 84:13
84:15
**listed** 66:20
71:4 82:12
88:11
**listen** 20:21
**listened** 96:17
**listing** 83:18
**lists** 82:18
**little** 35:10
60:12
**live** 73:10 76:2
**locations** 71:5,6
72:13
**log** 26:5 69:19
69:20 72:1
**logged** 76:6
**logical** 41:11
97:23 98:1
**logically** 45:3
**long** 7:15 60:10
61:21
**longer** 57:8
75:7
**look** 31:14 33:1
34:19 67:14
78:18 89:10
**looked** 48:21
66:2,12 73:12
87:18
**looking** 35:23
36:19 67:3
84:13 91:11
**looks** 33:16
91:5
**lot** 102:17
**loud** 6:15
**lounge** 95:9

——————
**M**
——————
**M** 3:10
**ma'am** 6:13,21
7:4,14 8:10,13
8:16 11:6,20

12:2 13:9 14:4
14:9 15:1,15
15:21 16:9,14
17:20,23
18:12,16
19:11 20:1,4,6
22:7,10 24:14
27:14 28:2,13
29:7,11,14
31:19 32:6
34:5,17 35:5
37:6,8 38:2,10
39:3 40:18
41:4 42:10,13
43:13,19 44:2
44:7 45:20
46:5,19,23
47:19 49:17
50:3 51:1,18
53:1,8 56:21
57:1 58:21
59:20 60:9
62:13,17
64:16 65:1,4
65:10,14
68:11 69:9
70:21 71:19
71:21,23 72:2
72:7,14,17
73:5 74:15,18
75:20 76:17
77:13,23 78:7
78:13,16 79:7
80:4 84:17,20
85:8,19 88:15
90:6 101:3
**machine** 31:13
46:10 94:20
**Magill** 18:4
19:6 20:11
23:6 37:22
49:23 50:1
51:6 53:14
62:14,19 63:3
63:12 64:15
64:20 65:5
67:23 72:19
73:18 74:12

75:18 76:13
78:1,9,11,18
89:3 94:6 95:4
95:15 96:3,21
97:6,14,18
98:10,14 99:5
100:8,19
101:10,19,23
102:11,14,18
104:2,16
**main** 1:22 5:9
30:11
**majority** 88:20
**making** 14:5
**male** 58:13,14
**man's** 9:10
**management**
76:19
**mark** 38:21
39:8
**marked** 4:13
37:5
**market** 51:22
**marks** 38:17
**Mathews** 23:6
**matter** 23:3
48:3 94:23
101:5
**MAYS** 3:11
**McKay** 3:17
23:5
**mean** 19:17
23:13 38:21
41:8 43:15
45:6 53:20
55:14 57:17
66:5,17,18,22
67:5,13 79:16
82:23 85:21
86:14,15,20
87:10 89:9
93:6 94:14
98:4
**meaning** 81:2
**means** 36:8
41:12 83:6
106:8
**media** 71:6

**meet** 22:8
**meeting** 22:20
23:9
**member** 76:18
**memory** 31:9
31:22
**mentioned**
103:20,21
104:4
**message** 45:9
**messages** 26:9
70:2,4
**messaging**
26:13,17
**met** 22:13
**MIDDLE** 1:2
**mind** 21:10
**minimize** 32:2
**miscellaneous**
52:21
**missed** 69:20
72:4
**mistaken** 8:22
**Mitchell** 3:16
5:23 20:18,23
21:7,17 23:1
23:18 24:1
25:14,16,23
39:16 42:21
62:22 63:10
63:17,21 64:2
64:6 68:3
72:22 88:6
98:16 104:23
**mobile** 26:5,8
26:12,16
28:17 29:1
61:3
**model** 41:16
42:9,15 46:13
51:21 54:5
**models** 42:11
**modified** 85:17
85:20 87:4
88:2,21,23
**modify** 86:8
**Monday** 62:4,4
**morning** 50:6

**Motion** 64:9
**Mullis** 1:19
  5:11,15 6:3
  7:7 22:2 63:12
**multimedia**
  70:2
**music** 96:17
**MZB** 70:12

---

**N**

**N** 1:14 3:1 4:1
**name** 6:3 7:6
  11:15,16
  22:22 23:2
  77:2
**named** 9:4,20
  9:23 24:13
  99:6,7
**names** 7:9
  26:19
**narrow** 59:13
**National** 61:1
**nature** 8:17 9:7
**necessarily**
  83:23
**necessary** 2:9
**necessitate** 64:9
**need** 6:23 53:22
  67:1
**needed** 38:5
**neither** 106:13
**networks** 40:22
  41:3 43:3
  44:20 45:22
  46:2 71:5
**never** 54:22
  55:10 73:6,6
**new** 51:15 55:3
  55:8
**new-to-the-m...**
  52:9
**nicknames** 7:8
**night** 95:16,19
  96:22 97:3
  98:2,15 99:13
**nine** 7:17
**nodding** 6:17
  58:16

**normally** 74:19
**NORTH** 3:13
**Notary** 5:3
  106:21
**notebook** 20:9
  20:10 24:6,9
  24:17 25:1
  67:8
**notice** 2:18 25:1
  25:12
**number** 25:2
  36:2 37:20
  39:5,20 40:22
  43:11,12,23
  49:12 55:20
  76:4 80:3
  81:13 85:1
  86:10 88:11
  90:15,18 91:2
  91:3
**numbered**
  44:12
**numbers** 28:4
  38:12

---

**O**

**O** 1:14
**O'Neal** 7:7
**oath** 65:13
  96:20
**Object** 39:16
  42:21 68:3
  72:22 88:6
  98:16
**objections** 2:10
  2:13
**obliquely**
  101:17
**obtain** 15:2
  30:10 47:21
**obtained** 12:10
  12:12 16:10
  81:14
**obviously** 23:6
  80:6
**occasion** 95:12
  98:22 100:8
**occur** 9:15

**offered** 2:15
**Offhand** 11:23
**office** 13:10,14
  14:20 15:13
  16:2 50:19,22
  51:5,9,10 73:9
**officer** 13:19
  17:23 18:2
  58:18 59:1,3
  103:8
**officers** 14:17
  19:1,7
**offices** 1:21 5:8
**Oh** 27:23 37:21
  58:14
**okay** 12:17
  13:21 17:18
  18:2 21:7
  24:20 26:23
  34:6 35:19,19
  35:23 39:4
  42:15 43:10
  43:20 44:8,15
  44:21 48:18
  49:7 50:21
  51:6 53:18
  56:22 66:14
  66:19 69:18
  71:2 77:14,17
  79:23 81:15
  82:8 83:2
  84:11 87:21
  90:4,21 92:3
**once** 92:3 98:20
**open** 86:7
**opened** 30:4
**opinion** 93:16
  93:20,22
**option** 45:11
**oral** 5:12
**Orange** 95:5
  97:16,17,18
**order** 26:6,10
  26:14 27:13
  44:22 45:1
**orders** 26:15
**original** 63:13
**OS** 73:9 74:9

75:14,15,21
  76:11,14,20
  77:3,6,21 94:7
  102:10
**outgoing** 69:20
**outside** 24:12
  83:17 93:23
  95:23
**Ozark** 56:11,17
  56:17,20 57:3

---

**P**

**P** 1:14 3:1,1
**P.C** 1:21 5:9
**p.m** 5:11
**packet** 34:3
**page** 4:2 32:19
  32:21 37:2,3,9
  37:12 38:15
  40:3 43:2,2,6
  43:8,12,21
  44:5,10,13
  71:10 80:5
  85:3,3 87:15
  89:17,22
**pages** 25:5
  29:18 63:4
  89:11
**Pam** 28:11
**paper** 36:22
**part** 8:7 18:7,8
  37:10 44:22
  96:9,11
**partial** 54:14
**particular**
  41:16 67:17
**particularly**
  80:18
**parties** 1:17
  2:13 106:15
**party** 19:12
**passwords** 70:3
  72:9
**path** 80:8,14
**patrol** 13:19,23
**pdf** 33:21 62:21
**pending** 7:1
  18:10

**people** 27:13
  56:3 77:3 98:7
  99:10 102:17
  104:6,11,14
**percent** 65:12
**percentage**
  96:14
**perform** 50:22
  100:22 101:2
  102:6
**performed** 48:1
  76:11 100:17
  101:11 104:1
**performing**
  103:7
**person** 65:6
  77:9
**personal** 20:2
**personnel**
  23:11 94:19
  101:14 102:1
  104:4
**perspective**
  37:16
**phone** 12:19
  13:7,11 21:5,6
  28:23 29:19
  30:3,11,14
  31:1,3,23 32:3
  32:15,17
  33:17 34:2,10
  34:14,19 35:4
  35:8 36:10
  37:13 38:10
  39:8,10 40:5,7
  40:13,23 41:2
  41:16 42:12
  42:20 44:19
  45:8,11,19
  46:13,17,22
  47:17 49:19
  50:9,12,13,23
  51:2,3,7,12,15
  51:21 52:8,9
  52:12 53:2,6
  53:11,16,22
  54:6 55:2,6,11
  55:16 57:5

59:11,16,19
60:7 62:8,12
62:15 64:12
65:9 68:16,21
69:4,6 70:4,5
71:1 72:11,12
72:16,20
79:13,18 80:7
80:8 82:6,21
83:8,19 84:3
85:5 86:4,16
86:22,22 87:2
87:6 92:2,11
92:18 93:1,4,7
93:12,21 94:3
94:5 100:18
100:22 101:12
**phones** 41:18
42:5,6 51:23
52:10 55:17
55:21 57:7,21
58:1,5 60:15
60:18,20
71:13
**physically** 62:1
**pick** 54:19
**picture** 47:3,8
47:10 48:3,6
48:11,22 49:1
49:11 81:2
**piece** 30:13
36:22
**place** 11:8,10
11:12 13:7
**placed** 53:11
**plaintiff** 1:8 3:3
8:2
**played** 23:15
**PLAZA** 3:12
**please** 6:10,14
7:5 63:14
**plug** 31:1,17
**plugged** 31:3
31:21 33:18
34:2,18
**point** 32:11
46:16,16,21
79:17,22

**police** 10:1,21
11:4 13:8 14:2
28:18 56:19
56:23 58:18
59:1,22 60:11
76:20
**polygraph**
78:14 79:2
95:5
**pop** 76:3
**populated** 93:8
**porn** 14:8
**pornography**
10:9,12,15
11:5 13:12
18:11
**position** 58:17
58:22
**possession**
15:17 51:7
53:7,12 92:9
93:19
**possible** 63:16
93:10
**potentially**
53:10
**pre-employ...**
79:1
**precisely** 39:5
**prepare** 20:7
22:3 24:7,13
25:21
**prepared** 20:12
**preparing**
20:20 27:7
49:16
**presence** 93:23
**present** 3:16
22:19,21 23:8
**presented** 89:2
**pretty** 50:11
**previous** 22:16
**previously** 28:5
47:6
**printed** 28:8
**printout** 38:1
**prior** 2:16 7:2
51:12 53:11

92:13 103:16
104:18
**privilege** 23:21
24:4
**probably** 57:9
57:20
**Procedure** 5:6
**proceedings**
5:13
**process** 30:22
35:7 54:18
66:23
**processing** 17:3
17:4,6
**produce** 12:7
27:2 29:21
37:20 39:19
47:6 54:4
73:11 76:1
**produced** 21:13
21:21 25:10
25:11 27:4
28:5,20 29:17
29:20 34:16
35:1 36:2,20
37:12 43:16
44:18,22
59:15 76:10
85:13,14
89:18 90:1
**production**
33:17 36:17
**program** 32:10
38:19 73:20
73:23 74:1
**provide** 40:16
57:18 75:14
**provided** 5:5
61:6 73:23
74:11,13
**public** 5:3
101:15 106:21
**pull** 79:23
**Purely** 7:16
**purposely**
86:16
**put** 28:23 43:2
45:1 73:21

102:22 103:2
103:19 104:5

_____

**Q**

**question** 6:8,12
7:1 13:4 23:19
24:2 35:9
36:21 59:13
59:14 79:15
88:9
**questions** 2:11
2:12 6:5,15
47:23 104:22
106:7
**quite** 33:11
65:23 77:3
86:6

_____

**R**

**R** 3:1 106:1
**race** 59:4
**radio** 52:13,14
52:15,16,17
**radios** 52:20
**ran** 8:23 46:8
49:18 73:20
73:22 77:23
78:5 85:10
**range** 57:18
**rank** 59:2
**read** 47:9 48:10
**reading** 2:3
**ready** 23:12
**really** 8:4 30:15
35:9 54:16
**reason** 25:3
60:2 64:7
**recall** 16:17
17:8 19:14
68:13,18
94:21,22 95:3
95:8,11
100:11,13,23
101:8 103:13
**receive** 61:11
63:10
**received** 27:13
35:14 62:7
67:7 72:4

**receiving** 11:7
12:17
**recognize** 45:10
**record** 7:6
20:16,17,19
21:22,23 28:3
80:2 81:15
**recording** 21:4
21:12,13
24:20
**refer** 26:10,15
70:16
**referred** 22:4
37:4 41:11
**referring** 47:5
80:3 90:5
97:17
**refers** 30:2
**regard** 8:14
101:6
**regarding** 6:7
19:19 21:5
27:22
**regards** 47:16
**REGIONS/H...**
3:12
**relate** 25:15
37:1
**related** 18:18
62:7 64:11
70:19 76:10
101:5,12
**relating** 2:6
**relation** 106:14
**released** 51:22
**remember** 8:19
9:22 11:14,16
11:23 12:15
14:21 15:7
53:20 62:2,3
73:22 81:12
94:23 96:1
97:4,9 98:21
98:23 99:2,21
103:18,22
**remotely** 19:2
**rephrase** 6:10
6:12

report 11:4
35:1,15,15
40:15,17
41:10 43:9
44:10 66:4
67:4,9,10
69:11 71:15
73:11 79:18
79:23 83:4,9
83:17 84:4
85:10 94:20
95:1
reported 37:13
79:4
reporter 5:2,17
5:20 6:19 81:5
reporting
103:21
reports 90:19
represent 6:4
26:19
representative
34:3 35:17
49:5
represents
106:10
request 40:8
63:10 74:1
75:19 100:19
100:21 101:1
requested
62:14 64:10
76:20 78:2
requesting
54:14
require 74:22
residence 11:8
resigned 59:23
respective 1:18
respond 12:20
responded
13:20
result 59:18,18
60:8 106:16
results 79:5
89:3
reveal 59:11
reviewed 24:7

24:10
reviewing 24:6
48:13
RHONDA 1:19
5:1 106:19
Ricky 102:23
103:2 104:5
ridden 99:4,6,7
99:10
riding 99:22
right 26:1 31:5
43:20 44:1
48:9
road 9:1
rode 98:6
role 104:17
room 23:16
roundabout
50:15
rugged 31:16
rules 2:6 5:6
rumour 52:7
run 49:21 62:15
68:14 71:15
73:14 74:3,16
74:19 75:1,10
75:13,15 76:2
76:14,21 77:7
77:21
running 51:13
59:18

─────────────
          S
─────────────

S 1:14,14 3:1
4:11 70:13
S-H-A 81:7
s/Rhonda
106:18
safe 97:20
SAITH 105:4
sat 63:7
Saturday 11:1
12:18
saved 10:19
12:8
saw 27:10 34:1
34:13 48:16
saying 28:22

46:7 78:4
94:22
says 28:14 66:8
69:13 71:13
80:19 82:6
84:22 85:16
90:14
SBI 56:12,16
57:3
scan 72:19
73:10 76:2,10
76:14,21
scheduled
71:17
school 60:4
78:15
schools 75:9
screen 29:23
30:3 32:13
33:1,12,16
34:23 35:3,16
35:18,21
36:14 47:4
scroll 33:13
36:15
Scuttlebutt
52:3,6
search 9:10
12:11 15:3
16:8,10 50:8
50:12 75:13
second 37:9,9
38:15
secrecy 50:7
Secret 56:1,11
61:8
secretary 12:7
section 33:8
sections 34:9
see 20:14 30:1
32:14 33:8
34:21 35:16
35:17,20
36:14 37:15
37:17 38:6
43:5 44:10
48:4,7 49:5
51:21 69:7,10

71:16,20
79:16 80:18
81:3 82:2,11
82:12,19
83:13,15,16
83:18 85:2
87:19,23
90:13,14 91:4
91:20 95:1
96:21
seeing 66:19
seen 27:7 42:6
48:14 49:15
76:9 80:17
88:14,17 92:5
seize 10:3,6
11:22 14:19
seized 10:9
seizing 19:3
sent 10:10 17:3
70:6 75:8
separately
100:3
Sergeant 18:4
19:6 20:11
23:6,7 37:22
49:23 50:1
53:14 59:8
62:19 63:3,12
64:15,20 65:5
67:23 72:18
73:18 74:12
75:18 76:13
78:1,8,11,18
89:3 94:6 95:4
95:15 96:3,21
97:6,14,18
99:5 100:8,19
101:19,23
102:18 104:2
104:16
series 6:5
service 29:1
56:1,12 61:9
seven 84:22
seventy-five
57:21 85:2,3
sex 60:5

SHA 80:22 81:4
shaking 6:17
shared 101:21
sharing 102:18
Sherrer 1:21
5:9
shop 52:13,14
52:15,16,17
shot 29:23 30:3
34:23 35:3
49:5
show 34:6
37:12 40:21
41:12 43:3
44:19 69:5
80:11 91:22
showed 39:19
88:17
showing 45:3
89:18,19
92:20
shown 89:16
shows 36:18
43:22,23 66:3
79:18 88:1
92:1 93:14
sic 80:19 89:14
99:7,8
side 36:8 56:3
side-to-side
33:13
sides 16:23
signal 30:17
signature 2:2
signed 26:6,21
26:22
similar 32:14
33:5
simple 74:7
simplify 30:16
simply 98:3
single 80:5
sir 20:22
sit 57:9
site 39:2
sites 36:12
sitting 57:6
65:12 96:19

six 82:15
skipped 82:4
  88:14
slash 80:14,14
Smith 23:7
SMS 70:4
software 31:7
  33:20 34:10
  35:13 62:9,12
  73:8 74:5,10
  74:13,21
  75:11,17
  76:21 78:2,6
  84:6 94:7,11
  102:11
solicitation
  77:10
somebody
  53:10
Sonya 3:4 6:3
sorry 13:1
  17:14 61:16
Southern 1:3
  21:4,19 28:10
  28:12,16 93:5
speak 65:2
  103:23
speaking 100:4
  104:13
specific 46:11
  52:7 57:15
  62:9 67:7,14
  67:18,22
  83:12 98:22
  100:5,6 101:7
  103:14
specifically
  54:20 66:16
  68:7,16 75:5
  77:15 79:11
  79:21 83:11
  86:5 98:11
  101:18 104:9
  104:14
Speegle 11:16
  13:6
Speegle's 14:11
  14:20

spell 58:9 81:6
spoke 92:17
spoken 24:11
  65:7 101:4,10
  101:17,19
stamped 28:19
  34:12 37:5
  44:4,6 62:23
stand 70:15
stands 30:6
start 24:23
  61:17
started 61:13
  61:15,19
Starting 69:12
starts 82:11,16
state 5:3 7:5
  56:4 106:2,21
statement
  19:19
states 1:1 29:9
  61:8
station 13:8
stenotype 106:7
STEPHANIE
  3:11
STIPULATED
  1:16 2:1,8,17
stipulation 5:7
stipulations
  5:21
Stokes 102:23
  103:3 104:6
store 40:6
  45:12 93:2
stored 36:10
  39:8,9 40:5
  45:8,15 46:6
  47:1 69:6 70:3
  70:5,18 71:1
  72:10,11,15
  86:4,21 87:2
  92:1,16,23
  94:16 100:3
straight 43:11
Street 1:22 3:6
  5:9
stuck 44:16

student 60:6
stuff 25:19
  56:10
subject 28:17
subpoena 21:19
sued 17:18
suggest 103:5
suit 17:19,22
superior 78:20
  78:22
sure 14:6 19:7
  21:15,17,20
  22:16 27:1
  28:1 47:21
  61:18 66:11
  68:23 78:19
  79:14 92:7
  94:2
suspects 77:16
swore 50:7
sworn 5:16
symbols 70:9
  70:12
system 32:15

---

**T**

T 1:14,14 4:11
  106:1,1
tab 25:2 26:2
tablet 31:15,16
  31:18,21
tabs 25:16
take 6:19,22
  64:4
taken 1:19 7:11
  7:19,23 17:1
  50:18,21
  106:6
talk 28:17 29:1
  63:19
talked 96:17
  104:6
talking 39:1
  83:10 102:17
  102:20 103:1
tape 20:21
tell 19:5 21:1
  24:22 35:20

41:18 46:5,8
  46:10,11,15
  46:16,18,20
  46:22,23 48:2
  48:19 50:4,13
  53:4,18 54:2
  54:10 66:9,22
  76:3,4 77:8
  79:12 83:5
  84:21 89:9,12
  91:6,12,16
  92:4,16 93:13
  99:4 102:23
telling 10:14
terminal 26:6,8
  26:13
terminals 26:16
termination
  103:16 104:19
terrorist 18:5
Terroristic
  18:22
test 46:8 49:18
  49:22 51:13
  59:19 62:15
  102:7
tested 42:11,14
testified 5:18
  19:21 37:3
  38:14 94:18
testify 19:9
  63:1
testifying 8:11
testimony 6:20
  8:9 14:6 19:19
  25:15 34:12
  41:21 42:8
  44:3 96:2,19
  101:9 102:4
  106:11
testing 53:16
  85:11,12
  104:1
tests 101:11
text 45:9 82:4
  84:12
texts 71:8
thereto 2:16

106:8
thing 30:22
  89:21
things 42:7
  71:16 86:6,10
think 9:19
  12:14 16:23
  17:1 18:4
  54:17 56:13
  57:10 61:19
  73:8,19,19,20
  99:16 103:19
  103:20
thinking 57:6
Thirty-six
  61:22
thought 66:23
thousand 82:13
threat 18:5
threats 18:22
  18:23
three 48:21
  93:14 99:13
thumbing
  25:13
Thursday 62:5
Tim 7:10
time 2:14,15
  6:8 14:13
  15:20 22:16
  27:6,10 29:12
  38:9 41:7,10
  46:16,17,21
  48:14 49:14
  55:4 77:18
  79:17 81:3
  86:1 95:3 96:8
  96:10,11,12
  100:5 102:13
timeline 70:7
times 19:20
  37:13 38:6,13
  39:15,20
  48:21 90:18
  93:15 97:5
  98:6,18 99:9
  100:2
Timothy 1:19

5:11,15 7:7
**title** 48:8 61:2
**today** 22:4
  96:20
**told** 10:8,11
  12:9 14:16
  16:9 19:1
  27:19,21 38:3
  40:10 50:7,12
  51:20 54:4,11
  54:22 79:6
**tool** 73:10 76:2
**top** 42:23 56:13
  69:12 77:9
  81:11 90:23
**total** 58:4 83:3
**town** 56:18
**Track** 68:9,10
  72:21 89:15
**traffic** 8:1,5,14
  8:18
**training** 60:21
  61:7,11,17
  62:7
**transcribed**
  106:8
**transcript**
  106:11
**transcription**
  106:9
**translates**
  30:16
**transmits** 31:22
**Triage** 73:9
  74:9 75:14,16
  75:22 76:11
  76:14,20 77:3
  77:6,21 94:7
  102:11
**trial** 2:14
**trip** 97:11
**Triple** 48:9
  49:3 67:20
  72:20 89:13
  90:22 91:21
  92:6
**true** 78:23
  106:10

**truly** 76:1
**trust** 24:3
**trying** 14:14
  30:16 52:9
  73:21 80:11
  100:4
**turn** 67:9
**turned** 17:5
**TV** 23:16
**twelve** 60:12,13
**twice** 43:17
**two** 8:20 30:11
  48:21 58:5
  60:14,19 63:5
  68:17 87:11
  99:12
**two-phase**
  30:22
**type** 7:22 45:9
  45:10 54:12
  70:15
**typed** 45:19
  46:21

— U —

**U** 1:14
**UFED** 30:6,12
  31:1,2,2,4
  33:4,18 34:2
  34:19 35:14
  41:22 42:12
  55:8
**uh-huh** 6:16
  45:13 80:23
  87:22 90:17
**ultimately** 8:23
**Um** 31:12
**uncategorized**
  69:22 70:9
  71:4
**underneath**
  80:21
**underscore**
  70:11
**understand** 6:9
  6:11 14:6
  16:20 26:4
  30:18 47:14

51:17 79:14
**understanding**
  27:12
**unh-unh** 6:17
**unique** 81:1
**United** 1:1 61:8
**Universal** 30:7
  30:9
**unknown** 69:21
  70:6
**uploaded** 10:17
  12:8 14:8
**USB** 94:10,17
**use** 30:12 62:11
**user** 45:5 70:7,7
  70:17,20,23
**Usual** 5:20

— V —

**value** 81:4
**various** 22:5
  26:7
**vehicle** 8:21,23
  97:2,7,10
  100:9,16
**verdict** 17:13
**verify** 84:9
**version** 31:16
**versus** 63:8
**video** 23:15,17
  24:2,6
**visited** 37:14
  38:7,12 39:21
  39:23 40:7,9
  46:12 68:21
  79:17 89:20
  90:20 92:6,8
  93:14
**visits** 29:18
  37:20 90:15
**volunteered**
  10:21
**vs** 1:9

— W —

**W** 1:20 5:1
  106:18,19
**waived** 2:4,19
**walk** 24:18

**walked** 10:20
  95:22
**want** 21:15,20
  22:11,13
  23:21 33:23
  34:1 38:4
  39:14 48:5
  53:15 54:10
  54:21 57:19
  64:8 66:22
  67:2 69:2
**wanted** 54:2
  68:15
**warrant** 9:11
  12:11 15:2,4,6
  16:10
**wasn't** 12:6
  18:6 40:10
  45:2 51:22
  52:7 67:9 83:8
  96:7 97:8 98:4
**watching** 24:5
**way** 30:15
  50:15 54:8
  65:22 80:13
  86:2,12 91:16
  94:1
**ways** 70:17
**we're** 35:23
  83:10
**We've** 64:10
  77:3 85:15
**web** 29:18
  38:17,20 39:8
  43:4 44:11
  47:9 54:10
  71:3 76:5 90:3
  91:23
**website** 37:1
  39:15 43:22
  46:17 47:8
  49:6 67:17,18
  67:22 68:6
  80:20 86:23
  87:3,6 90:8,11
  91:15,17,21
  92:22 93:2,11
  93:17 94:3,5

102:23 103:3
  103:19
**websites** 37:13
  38:6 39:14,23
  40:9,13 42:19
  46:4,11 68:17
  68:20 69:3
  79:17,20
  89:19 90:19
**weeks** 48:20
  49:15 63:5
**went** 11:8,10
  13:5 14:10,22
  15:8 34:19
  39:13 66:10
  95:22,23
**weren't** 39:9
  95:19 97:11
  98:11 99:12
**West** 1:21 5:9
**wife** 11:15 13:5
  96:1
**wife's** 10:18
  11:18 13:14
  13:18 14:3
**willing** 63:23
**Windows** 32:8
  32:10
**wireless** 40:22
  41:2 43:3
  44:19 71:5
**wish** 80:6
**witness** 2:3
  5:11,16 8:3,4
  8:5 18:6 19:15
  20:22 21:3
  36:18 47:16
  58:16 81:7
  106:12
**Woot** 80:19
**word** 45:10,12
**words** 45:7,14
  45:19 46:21
  53:17,19,21
  71:1
**worked** 8:6
**works** 75:7
**wouldn't** 16:5

57:13 96:13
103:5

---
**X**
---
**X** 4:1,11 48:9
 49:3 67:20
 72:20 89:13
 90:22 91:21
 92:6
**XT626** 42:14,17

---
**Y**
---
**y'all** 96:15
 99:23 100:1
**Yeah** 43:20
 82:17
**year** 60:18
**years** 7:17
 60:12,13
**Yesterday**
 22:15,21

---
**Z**
---
**zero** 82:19,20
 82:22 83:1,4
 84:4 91:9
**zeros** 91:7
**zoom** 86:9

---
**0**
---
**001199** 28:19
**002808** 36:2,20
 37:10 43:21
**002809** 43:11
**002810** 45:4
**002812** 47:6
 49:12
**004086** 34:13
**004201** 37:5,10
 39:6
**004202** 43:12
 43:14
**03-07-2017**
 106:22
**06** 7:17

---
**1**
---
**1** 25:16
**1:14-CV-00592**

1:5
**11:32** 102:8
**117** 44:10,12
**118** 43:6,8
 44:13
**121** 3:6
**12th** 61:13,15
 61:19
**16th** 61:14
**1901** 3:13

---
**2**
---
**2** 43:12 44:5
**2:45** 5:10
**200-42** 26:10
**2012** 9:16
**2013** 29:4,9
 61:13,20
 102:9
**2015** 1:23
**2208** 90:5
**24** 44:12 91:2
**2400** 3:12
**24th** 1:23
**25** 44:13
**273** 87:21 88:11
**27th** 50:7 102:8
**2808** 44:6
**2809** 44:4,5
 45:23
**2838** 28:4
**2839** 28:5

---
**3**
---
**30(b)(6)** 47:16
**302** 88:18
**303** 88:18
**304** 88:19
**335** 1:21 5:9
**339** 88:19
**35203** 3:14
**35242** 3:7
**36301** 1:22 5:10
**367** 88:19
**369** 88:19
**38** 44:14

---
**4**
---
**4085** 62:23

**409** 88:19
**4203** 80:3 81:16
 84:15
**4210** 81:16
 84:16
**4211** 84:19 85:6
**4291** 85:7
**4600** 62:23
**466** 89:11

---
**5**
---

---
**6**
---
**63@gmail.com**
 69:17
**6TH** 3:13

---
**7**
---
**7** 4:3
**7:52** 29:13

---
**8**
---
**8** 25:17
**83** 66:8,11,19
**8th** 29:4,8
 92:17,19,21

---
**9**
---
**9** 25:2 26:2