# EXHIBIT I



# THE CITY OF
# DOTHAN, ALABAMA

POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000

**GREGORY J. BENTON**
CHIEF OF POLICE

# MEMORANDUM

**TO:** All Sworn Lieutenants

**FROM:** Gregory J. Benton, Chief of Police

**DATE:** April 5, 2013

**SUBJECT:** Administrative Services Lieutenant Position

Any Sworn Lieutenant interested in assuming the lieutenant duties of the Administrative Services Bureau (Detention Facility, Animal Services, and Records / Court Division) please submit written request to Major Parrish no later than April 12, 2013.

Gregory J. Benton
Chief of Police

GJB/pd

#201304053

# POLICE DEPARTMENT

210 NORTH SAINT ANDREWS STREET • DOTHAN, ALABAMA 36303 • 334-615-3601
Email: dpd@dothan.org



# THE CITY OF
# DOTHAN, ALABAMA

POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000

**GREGORY J. BENTON**
**CHIEF OF POLICE**

# MEMORANDUM

**TO:** All Personnel

**FROM:** Gregory J. Benton, Chief of Police

**DATE:** April 15, 2013

**SUBJECT:** Transfers

The following transfers will be effective on the following dates:

- Lieutenant Mark Nelms from Administrative Services Supervisor to Patrol Services 3rd Squad effective May 5, 2013

- Lieutenant Scott Long from 3rd Squad to 2nd Squad Patrol Services effective May 5, 2013

- Lieutenant Mike Etress from Patrol Services 2nd Squad to Administrative Services Supervisor effective May 5, 2013

- Corporal David Schwab from Patrol Services 4th Squad to Community Services Division effective April 21, 2013

Gregory J. Benton
Chief of Police

GJB/pd

#201304151

# POLICE DEPARTMENT

210 NORTH SAINT ANDREWS STREET • DOTHAN, ALABAMA 36303 • 334-615-3601
Email: dpd@dothan.org