**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RAEMONICA CARNEY,** | * | |
| | * | |
| Plaintiff, | * | Case No. 1:14-cv-392-WKW-WC |
| | * | |
| vs. | * | |
| | * | |
| **CITY OF DOTHAN,** | * | |
| | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, by and through her undersigned counsel, pursuant to this Court's Order, hereby provides the following identification of trial witnesses in the above-styled case:

## WITNESSES

**A. Witnesses who will be called to testify:**

1. RaeMonica Carney (Cloyd), Plaintiff
2. Kenneth Cloyd
3. Delvick McKay
4. Frederick Darryl Matthews
5. Gregory Benton
6. Steven Parrish
7. Donny Smith
8. Doug Magill
9. Scott Long

10. Anthony McClenden

11. Lacy Schulmerich

12. Taiwan Truitt

13. Derek Wieczorek

14. Ivan Keith Gray

15. Darrell Davis

16. Karla Mays

17. Will Benny

**B. Witnesses who may be called to testify:**

1. Glenda Pryor

2. Sylvia Summers

3. Jim Smith

4. Ruth Page Nelson

5. Gentry Danzey

6. Amos Newsome

7. Rickey Stokes

8. Bobby Ashley

9. Thomas Davis

10. Kevin Miller

11. John White

12. John Powell

13. Shannon Benton

14. Barbara Spann

15. Earl Tyson
16. David Jay
17. Andy Hughes
18. Scott Smith
19. Clark Rice
20. Calton "Bubba" Ott
21. Gary Coleman
22. Andy Davis
23. Duane Herring
24. Stephen Hamm
25. Matthew Brady
26. Eddie Henderson
27. Lamar Wilson
28. Chaundell Griffin
29. Timmy Ward
30. Larry Draughon
31. Stacey Robinson
32. Will Glover
33. Brandi Copes Barnes
34. Loretta Long
35. Kathy Warren
36. Cathy Fennell
37. Courtney McKee

38. Jessica Harden

39. Donald Harden

40. Brad Cain

41. Benny Baxley

42. Mike Etress

43. Ray Windham

44. Sheila Gray

45. Brian Goguen

46. Devellus Butler

47. Maurice "Mack Eggleston

48. James Harvey

49. Devon Fields

50. Katrina Lewis

51. Peter Markow

52. Lawrence Wells

53. Michael Woodside

54. Raymond Wiehe

55. Jimmy Holley

56. Eugenia Williams

57. Jason Neal

58. Charles Coachman

59. Holly Britain

60. Jena Wallace

61. Terry Hoffman

62. Adrianne Woodruff

63. William Roberson

64. David Schwab

65. Rachel David

66. Todd David

67. Tim Miller

68. Roy Woodham

69. Tabitha Farmer

70. Lance Driskell

71. Peter Nunez

72. Mamie McCory

73. David Lewis

74. Ida Hagen

75. Bradley Beatty

76. Eric Morris

77. Receda Floyd

78. Desiree Boatwright

79. Yonka Rogers

80. Wallace L. Smith

81. Gary Griffin

Plaintiff reserves the right to call as a witness at trial any individual listed on any party's witness list or necessary for authentication of evidence, rebuttal, or impeachment. Plaintiff

reserves the right to call any witness whose testimony is made necessary by developments at trial that Plaintiff could not reasonably have anticipated. Plaintiff reserves the right to amend this list, subject to the Court's approval, with any witness discovered after the date of the filing of this document. Plaintiff reserves the right to object at trial to the relevance and/or admissibility of any witness or exhibit, even those listed by the Plaintiff.

Respectfully submitted this 31st day of October, 2015.

RaeMonica Carney, Plaintiff.

/s/ Julian L. McPhillips, Jr.
Julian L. McPhillips, Jr. (ASB-3744-L74J)
Chris Worshek (ASB-9060-I41W)
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing via CM/ECF, which will cause notice to be electronically sent to the following, on this the 31st day of October, 2015:

Chris Mitchell, Esq.
Stephanie Mays, Esq.
Tiffany Rainbolt, Esq.
Maynard Cooper & Gale
1901 Sixth Avenue North
Birmingham, AL 35202

/s/ Julian McPhillips
OF COUNSEL