# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RAEMONICA CARNEY, | * | |
| | * | |
| Plaintiff, | * | Case No. 1:14-cv-392-WKW-WC |
| | * | |
| vs. | * | |
| | * | |
| CITY OF DOTHAN, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW the Plaintiff, by and through her undersigned counsel, pursuant to this Court's Order, hereby submits the following list of exhibits the Plaintiff may introduce during trial in the above-styled case:

| **Exhibit No.** | **Description** |
|---|---|
| 1 | RaeMonica Cloyd Resume (Bates 0001-0006) |
| 2 | SGT PD Announcment (Bates 0007-00013) |
| 3 | SGT PD Application (Bates 00014-00021) |
| 4 | Career Counseling Questionnaire (Battes 00022-00025) |
| 5 | Suspension and Demotion Documentation (Bates 00026-00047) |
| 6 | Memo from D Mathew re FB Complaints (Bates 00048) |
| 7 | FB Posts I (Bates 00049-00063) |
| 8 | FB Posts II (Bates 00064-00066) |
| 9 | FB Posts III (Bates 00067-00070) |
| 10 | Personnel Board Decision re FB Suspension (Bates 00071-00073) |

1

| | |
|---|---|
| 11 | Memo ref Complaint IA Investigation (Bates 00074) |
| 12 | Memo ref Complaint IA Findings (Bates 00075) |
| 13 | Memo ref Removal from Community Watch Coordinator Position (Bates 00076) |
| 14 | Memo ref Demotion to Desk Duty (Bates 00077) |
| 15 | Sgt Cain Email (Bates 00078-00079) |
| 16 | Sons of Confederate Veterans (Bates 00080) |
| 17 | Employee FB Posts (Bates 00081-00087) |
| 18 | Federal Consent Decree (Bates 00088-00096) |
| 19 | EO and Affirmative Action Plan (Bates 00097-00117) |
| 20 | 2011 Taxes -- Carney (Bates 00118-00131) |
| 21 | 2012 Taxes -- Carney (Bates 00132-00144) |
| 22 | 2013 Taxes -- Carney (Bates 00145-00152) |
| 23 | Alabama Unemployment Compensation (Bates 00153) |
| 24 | Employment Application Information (Bates 00154-00173) |
| 25 | Carney Sworn Statement ref Domestic Incident |
| 26 | Cloyd Sworn Statement ref Domestic Incident |
| 27 | Carney audio recording of Domestic Incident |
| 28 | Carney transcript of audio recording of Domestic Incident |
| 29 | Civil Action No. 1305-S, Wylie C. Yelverton v Roy Driggers, dated Feb. 7, 1974 and the original Affirmative Action Plan accepted and made part of the Consent Decree resulting in Wiggins v Hollis |
| 30 | Parrish and Benny's email ref Crime Stoppers |
| 31 | Memo ref Complaint from Rickey Stokes |

| | |
|---|---|
| 32 | Memo ref Appointment for Psychiatric Center Evaluation |
| 33 | Psychologist Fit for Duty Evaluation |
| 34 | Gross Insubordination Documentation |
| 35 | Termination Documentation |
| 36 | Memo ref LT Long and SGT Wieczorek IA Complaint |
| 37 | Memo ref Admin Leave With Pay |
| 38 | Memo ref Off Duty Employment Suspension |
| 39 | Memo ref Internal Affairs IA Complaint |
| 40 | COD Final Performance Appraisal Perf. Period 01/13-04/13/13 |
| 41 | Carney to Baxley Email ref Attachment to COD Final Appraisal |
| 42 | COD Performance Planning 04/15/13-01/13/13 |
| 43 | Cain Email ref Duty Desk Duties |
| 44 | COD Performance Improvement Plan 05/20/13 |
| 45 | Memo ref Community Impact Team |
| 46 | Memo ref Community Services/Community Watch District Coordinator |
| 47 | Memo ref Community Watch Coordinator 04/3/13 |
| 48 | Memo ref Transfers/Assignments 04/05/13 |
| 49 | Memo ref Transfers – CPL Schwab to Comm Services Div 04/15/13 |
| 50 | COD Performance Planning for 2013 dated 04/19/13 |
| 51 | DPD Incident Report Counseling 06/25/2013 |
| 52 | COD Performance Coaching 06/25/2013 |
| 53 | PrimeCare Medical Diagnosis 06/03/13 |
| 54 | Memo ref IA Complaint D Grantham, S Smith, & W Benny |

| | |
|---|---|
| 55 | Ethics Test and Carney PD12 02/18/13 |
| 56 | Plaintiff Carney's audio recordings produced in discovery to defendants |
| 57 | Facebook post of T. Truitt |
| 58 | Plaintiff Carney email to EEOC investigator concerning amended supplemental charge of discrimination on 12/17/2013 |
| 59 | City of Dothan Internal Affairs video interview of Kunta McGoley by Doug Magill and Donny Smith |
| 60 | All exhibits introduced by the City of Dothan during the personnel board hearings or circuit court proceedings concerning RaeMonica Carney (Cloyd) |
| 61 | Plaintiff's deposition and all exhibits |
| 62 | All exhibits submitted by Plaintiff in opposition to summary judgment |
| 63 | All exhibits submitted by Defendant in support of summary judgment |
| 64 | All exhibits listed by Defendant |

Plaintiff reserves the right to introduce any exhibit necessary for rebuttal or impeachment. Plaintiff reserves the right to amend this list, subject to the Court's approval, with any exhibits discovered or produced after the date of the filing of this document.

Respectfully submitted this 31st day of October, 2015.

Raemonica Carney, Plaintiff.

/s/ Julian L. McPhillips, Jr.
Julian L. McPhillips, Jr. (ASB-3744-L74J)
Chris Worshek (ASB-9060-I41W)
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

       I hereby certify that I electronically filed the foregoing via CM/ECF, which will cause notice to be electronically sent to the following, on this the 31st day of October, 2015:

Chris Mitchell, Esq.
Stephanie Mays, Esq.
Tiffany Rainbolt, Esq.
Maynard Cooper & Gale
1901 Sixth Avenue North
Birmingham, AL 35202

                                              /s/ Julian McPhillips
                                              OF COUNSEL